1 LUCIA E. COYOCA (SBN 128314)
   lec@msk.com
2 VALENTINE A. SHALAMITSKI (SBN 236061)
   vas@msk.com
3 MITCHELL SILBERBERG & KNUPP LLP
11377 West Olympic Boulevard
4 Los Angeles, CA 90064-1683
Telephone: (310) 312-2000
5 Facsimile: (310) 312-3100

6 Attorneys for Plaintiffs
Universal Cable Productions LLC and
7 Northern Entertainment Productions LLC

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNIVERSAL CABLE PRODUCTIONS LLC, a Delaware limited liability company, and NORTHERN ENTERTAINMENT PRODUCTIONS LLC, a Delaware limited liability company,<br><br>       Plaintiffs,<br><br>    v.<br><br>ATLANTIC SPECIALTY INSURANCE COMPANY, a New York insurance company,<br><br>       Defendant. | CASE NO. _____<br><br>**PLAINTIFFS' CERTIFICATION AS TO INTERESTED PARTIES [L.R. 7.1-1] AND CORPORATE DISCLOSURE STATEMENT [F.R.C.P. 7.1]** |

PLAINTIFFS' CERTIFICATION AS TO INTERESTED PARTIES AND CORPORATE
DISCLOSURE STATEMENT

6951554.2

Pursuant to Local Rule 7.1-1, the undersigned, counsel of record for plaintiffs Universal Cable Production LLC ("UCP") and Northern Entertainment Productions LLC ("Northern Entertainment") (UCP and Northern Entertainment, collectively, "Plaintiffs") certify that as of this date the following listed parties may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal:

1. UCP and Northern Entertainment, plaintiffs in the above-entitled case;
2. NBCUniversal Media, LLC, the indirect parent of Plaintiffs;
3. Comcast Corporation, the ultimate parent of Plaintiffs;
4. Atlantic Specialty Insurance Company ("Atlantic"), defendant in the above-entitled case;
5. OneBeacon Insurance Group, Ltd. ("OB"), which, on information and belief, is affiliated with, controls, and/or owns Atlantic, in whole or in part; and
6. One Beacon Entertainment, LLC, which, on information and belief, is wholly owned by OB, either directly or indirectly, and administered the policy at issue in the above-entitled case.

Pursuant to Federal Rule of Civil Procedure 7.1, Plaintiffs make the following disclosure: Plaintiffs are ultimately wholly-owned subsidiaries of Comcast Corporation, a publicly traded company.

DATED: June 20, 2016

LUCIA E. COYOCA
VALENTINE A. SHALAMITSKI
MITCHELL SILBERBERG & KNUPP LLP

By: s/ Lucia E. Coyoca
Lucia E. Coyoca
Attorneys for Plaintiffs
Universal Cable Productions LLC and
Northern Entertainment Productions LLC

PLAINTIFFS' CERTIFICATION AS TO INTERESTED PARTIES AND CORPORATE DISCLOSURE STATEMENT