| Attorney or Party without Attorney: | | | | For Court Use Only |
|---|---|---|---|---|
| LUCIA E. COYOCA, ESQ. <br> MITCHELL SILBERBERG & KNUPP LLP <br> 11377 WEST OLYMPIC BLVD. <br> LOS ANGELES, CA 90064 | | | | |
| Telephone No: 310-312-2000  FAX No: 310-312-3100 | | | | |
| | | Ref. No. or File No.: | | |
| Attorney for: Plaintiff | | | | |
| Insert name of Court, and Judicial District and Branch Court: | | | | |
| United States District Court, Central District Of California | | | | |
| Plaintiff: UNIVERSAL CABLE PRODUCTIONS, LLC, ETC., ET AL. | | | | |
| Defendant: ATLANTIC SPECIALTY INSURANCE COMPANY, ETC. | | | | |
| **PROOF OF SERVICE** | Hearing Date: | Time: | Dept/Div: | Case Number: <br> 2:16-CV-04435-PA-MRW |

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the Summons In A Civil Action As To The First Amended Complaint; First Amended Complaint; Statement Of Consent To Proceed Before A United States Magistrate Judge; Notice To Parties Of Court-Directed Adr Program; Notice To Parties: Court Policy On Settlement And Use Of Alternative Dispute Resolution (Adr); Standing Order; Notice To Parties Of Court-Directed Adr Program; Notice Of Assignment To United States Judges; Plaintiffs' Certification As To Interested Parties [L.R.7-1-1] And Corporate Disclosure Statement [F.R.C.P.7.1] Civil Cover Sheet.

3. a. Party served: ATLANTIC SPECIALITY INSURANCE COMPANY, A NEW YORK INSURANCE COMPANY
   b. Person served: BECKY DEGEORGE, CSC LAWYERS INCORPORATING SERVICE, REGISTERED AGENT.

4. Address where the party was served: 2710 GATEWAY OAKS DRIVE SUITE 150N SACRAMENTO, CA 95833

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive process for the party (1) on: Fri., Jul. 15, 2016 (2) at: 2:40PM

7. **Person Who Served Papers:** Recoverable Cost Per CCP 1033.5(a)(4)(B)
   a. Michael Morris
   
   1814 "I" Street <br> Sacramento, CA 95814 <br> Telephone (916) 444–5111 <br> Fax (916) 443–3111 <br> www.firstlegalnetwork.com
   
   d. **The Fee** for Service was: $323.52
   e. I am: (3) registered California process server
      (i) Independent Contractor
      (ii) Registration No.: 2012-33
      (iii) County: Sacramento

8. I declare under penalty of perjury under the laws of the State of California and under the laws of the United States Of America that the foregoing is true and correct.
   Date: Tue, Jul. 19, 2016

   (Michael Morris)

Judicial Council Form <br> Rule 2.150.(a)&(b) Rev January 1, 2007

PROOF OF SERVICE

3078177  .mitsi.824078