MARC J. SHRAKE (SBN 219331)
  mshrake@amclaw.com
ANDERSON, MCPHARLIN & CONNERS LLP
707 Wilshire Boulevard, Suite 4000
Los Angeles, California 90017-3623
Telephone: (213) 236-1691
Facsimile: (213) 622-7594

MICHAEL KEELEY
  michael.keeley@strasburger.com
*Pro Hac Vice Application Pending*
JOHN R. RIDDLE
  john.riddle@strasburger.com
*Pro Hac Vice Application Pending*
CARLA C. CRAPSTER
  carla.crapster@strasburger.com
*Pro Hac Vice Application Pending*
STRASBURGER & PRICE, LLP
901 Main Street, Suite 4400
Dallas, Texas 75202
Telephone: (214) 651-4300
Facsimile: (214) 651-4330

Attorneys for Defendant
Atlantic Specialty Insurance Company

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
## WESTERN DIVISION

| | |
|---|---|
| UNIVERSAL CABLE PRODUCTIONS, LLC and NORTHERN ENTERTAINMENT PRODUCTIONS LLC,<br><br>Plaintiffs,<br><br>v.<br><br>ATLANTIC SPECIALTY INSURANCE COMPANY<br><br>Defendant. | Case No. 2:16-cv-04435-PA-MRW<br><br>**DEFENDANT'S DISCLOSURE STATEMENT AND NOTICE OF INTERESTED PARTIES** |

Pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule 7.1-1, Defendant Atlantic Specialty Insurance Company files this Disclosure Statement and Notice of Interested Parties, and would respectfully show the Court as follows:

1.  Atlantic Specialty Insurance Company is a direct subsidiary of OneBeacon Insurance Group LLC and an indirect wholly owned subsidiary of

OneBeacon Insurance Group, Ltd., approximately 24.5% of the stock of which is traded on the New York Stock Exchange. Approximately 75.5% of the stock of OneBeacon Insurance Group, Ltd. is indirectly owned by White Mountains Insurance Group, Ltd., a publicly held company whose stock is also traded on the New York Stock Exchange. There is no other publicly held entity in the Company's affiliated group.

2. The undersigned, counsel of record for Atlantic Specialty Insurance Company, certifies that the following listed parties may have a pecuniary interest in the outcome of this case. These representations are made to enable the court to evaluate possible disqualification or recusal:

   a. Universal Cable Productions LLC and Northern Entertainment Productions LLC, Plaintiffs in this lawsuit;
   b. NBCUniversal Media, LLC, the indirect parent of Plaintiffs;
   c. Comcast Corporation, the ultimate parent of Plaintiffs;
   d. Lucia E. Coyoca, Valentine Al. Shalamitski, Mitchell, Silberberg & Knupp, LLP, counsel for Plaintiffs in this lawsuit.
   e. Atlantic Specialty Insurance Company, Defendant in this lawsuit.
   f. OneBeacon Insurance Group LLC, the parent of Atlantic Specialty Insurance Company.
   g. OneBeacon Insurance Group Ltd., the indirect wholly owned parent of Atlantic Specialty Insurance Company.
   h. White Mountains Insurance Group, Ltd., the indirect parent of OneBeacon Insurance Group Ltd.

/ / /

/ / /

/ / /

      i. Michael Keeley, John R. Riddle, Carla C. Crapster, Marc J. Shrake, Strasburger & Price, LLC, and Anderson, McPharlin & Conners, LLP, counsel for Defendant in this lawsuit.

DATED: August 5, 2016

MARC J. SHRAKE
ANDERSON, MCPHARLIN & CONNERS LLP

-and-

MICHAEL KEELEY
*Pro Hac Vice Application Pending*
JOHN R. RIDDLE
*Pro Hac Vice Application Pending*
CARLA C. CRAPSTER
*Pro Hac Vice Application Pending*
STRASBURGER & PRICE, LLP

By: */s/ Marc J. Shrake*
     Marc J. Shrake
     Attorneys for Defendant
     Atlantic Specialty Insurance Company