Marc J. Shrake (SBN 219331)
Anderson, McPharlin & Conners LLP
707 Wilshire Boulevard, Suite 4000
Los Angeles, CA 90017

(213) 688-0080 / (213) 622-7594

mjs@amclaw.com

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

UNIVERSAL CABLE PRODUCTIONS, LLC and NORTHERN ENTERTAINMENT PRODUCTIONS, LLC

Plaintiff(s),

v.

ATLANTIC SPECIALTY INSURANCE COMPANY

Defendant(s),

CASE NUMBER
2:16-cv-04435-PA-MRW

**APPLICATION OF NON-RESIDENT ATTORNEY
TO APPEAR IN A SPECIFIC CASE
*PRO HAC VICE***

### INSTRUCTIONS FOR APPLICANTS

(1)   *The attorney seeking to appear pro hac vice must complete Section I of this Application, personally sign, in ink, the certification in Section II, and have the designated Local Counsel sign in Section III. **ELECTRONIC SIGNATURES ARE NOT ACCEPTED.** Space to supplement responses is provided in Section IV. The applicant must also attach a Certificate of Good Standing (issued within the last 30 days) from every state bar to which he or she is admitted; failure to do so will be grounds for denying the Application. Scan the completed Application with its original ink signature, together with any attachment(s), to a single Portable Document Format (PDF) file.*

(2)   *Have the designated Local Counsel file the Application electronically (using the Court's CM/ECF System), attach a Proposed Order (using Form G-64 ORDER, available from the Court's website), and pay the required $325 fee online at the time of filing (using a credit card). The fee is required for each case in which the applicant files an Application. Failure to pay the fee at the time of filing will be grounds for denying the Application. **Out-of-state federal government attorneys are not required to pay the $325 fee.** (Certain attorneys for the United States are also exempt from the requirement of applying for pro hac vice status. See L.R. 83-2.1.4.) A copy of the G-64 ORDER in Word or WordPerfect format must be emailed to the generic chambers email address. L.R. 5-4.4.2.*

### SECTION I - INFORMATION

Keeley, Michael

*Applicant's Name (Last Name, First Name & Middle Initial)*                    *check here if federal government attorney* ☐

Strasburger & Price, LLP

*Firm/Agency Name*

| 901 Main Street | (214) 651-4718 | (214) 659-4121 |
|---|---|---|
| Suite 4400 | *Telephone Number* | *Fax Number* |
| *Street Address* | | |
| Dallas, Texas 75202 | michael.keeley@strasburger.com | |
| *City, State, Zip Code* | *E-mail Address* | |

**I have been retained to represent the following parties:**

| Atlantic Specialty Insurance Company | ☐ *Plaintiff(s)*  ☒ *Defendant(s)*  ☐ *Other:* ___ |
|---|---|
| | ☐ *Plaintiff(s)*  ☐ *Defendant(s)*  ☐ *Other:* ___ |

*Name(s) of Party(ies) Represented*

List all state and federal courts (including appellate courts) to which the applicant has been admitted, and provide the current status of his or her membership. Use Section IV if more room is needed, or to provide additional information.

| *Name of Court* | *Date of Admission* | *Active Member in Good Standing? (if not, please explain)* |
|---|---|---|
| United States Supreme Court | 2/3/1987 | Yes |
| New Mexico Supreme Court | 10/1981 | Yes |
| Texas Supreme Court | 11/2/1984 | Yes |


American LegalNet, Inc.
www.FormsWorkFlow.com

List all cases in which the applicant has applied to this Court for *pro hac vice* status in the previous three years (continue in Section IV if needed):

| Case Number | Title of Action | Date of Application | Granted / Denied? |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |

If any *pro hac vice* applications submitted within the past three (3) years have been denied by the Court, please explain:

Has the applicant previously registered as a CM/ECF user in the Central District of California?   ☐ Yes   ☒ No

If yes, was the applicant's CM/ECF User account associated with the e-mail address provided above?   ☐ Yes   ☐ No

_____
*Previous E-mail Used (if applicable)*

*Attorneys must be registered for the Court's Case Management/Electronic Case Filing ("CM/ECF") System to be admitted to practice pro hac vice in this Court. Submission of this Application will constitute your registration (or re-registration) as a CM/ECF User. If the Court signs an Order granting your Application, you will either be issued a new CM/ECF login and password, or the existing account you identified above will be associated with your case. Pursuant to Local Rule 5-3.2.3, registering as a CM/ECF User is deemed consent, for purposes of Fed. R. Civ. P. 5(b)(2)(E), to electronic service of documents through the CM/ECF System. You have the right to withhold or revoke your consent to electronic service at any time; simply complete and return a Central District Electronic Service Exemption Form (Form G-05, available from the Court's website). If the Court receives an Electronic Service Exemption Form from you, you will no longer receive notice by e-mail when Court orders or other documents are filed in cases in which you are counsel of record; instead, copies of such documents will be sent to you through the mail.*

## SECTION II - CERTIFICATION

I declare under penalty of perjury that:

(1)  All of the above information is true and correct.

(2)  I am not a resident of the State of California. I am not regularly employed in, or engaged in substantial business, professional, or other activities in the State of California.

(3)  I am not currently suspended from and have never been disbarred from practice in any court.

(4)  I am familiar with the Court's Local Civil and Criminal Rules, the Federal Rules of Civil and Criminal Procedure, and the Federal Rules of Evidence.

(5)  I designate the attorney listed in Section III below, who is a member in good standing of the Bar of this Court and maintains an office in the Central District of California for the practice of law, as local counsel pursuant to Local Rule 83-2.1.3.4.

Dated  August 4, 2016

Michael Keeley
_____
*Applicant's Name (please type or print)*

_____
*Applicant's Signature*

## SECTION III - DESIGNATION OF LOCAL COUNSEL

Shrake, Marc J.
_____

*Designee's Name (Last Name, First Name & Middle Initial)*

Anderson, McPharlin & Conners LLP
_____

*Firm/Agency Name*

707 Wilshire Blvd.
_____

Suite 4000
_____

*Street Address*

Los Angeles, California 90017-3623
_____

*City, State, Zip Code*

(213) 236-1691          (213) 622-7594

*Telephone Number*       *Fax Number*

mjs@amclaw.com

*E-mail Address*

219331

*Designee's California State Bar Number*

**I hereby consent to the foregoing designation as local counsel, and declare under penalty of perjury that I maintain an office in the Central District of California for the practice of law.**

Dated   August 5, 2016

Marc J. Shrake
_____

*Designee's Name (please type or print)*

*Designee's Signature*

## SECTION IV - SUPPLEMENT ANSWERS HERE (ATTACH ADDITIONAL PAGES IF NECESSARY)

Arkansas Supreme Court - 4/6/2015 - Yes
State of New York - 7/14/2015 - Yes
USDC Northern District of Texas - 1/20/1984 - Yes
USDC Western District of Texas - 8/1/1989 - Yes
USDC Southern District of Texas - 4/20/1989 - Yes
USDC Eastern District of Texas - 7/3/2001 - Yes
USDC District of New Mexico - 2/2/1982 - Yes
USDC District of Colorado - 12/3/2007 - Yes
Tenth Circuit Court of Appeals - 3/5/1982 - Yes
Fifth Circuit Court of Appeals - 3/7/1984 - Yes
Sixth Circuit Court of Appeals - 8/2/2005 - Yes
Eleventh Circuit Court of Appeals - 10/10/2012

# The Supreme Court of Texas

AUSTIN

### CLERK'S OFFICE

      **I, BLAKE HAWTHORNE,** Clerk of the Supreme Court of Texas, certify that the records of this office show that

### Michael Keeley

was duly admitted and licensed as an attorney and counselor at law by the Supreme Court of Texas on the 2nd day of November, 1984.

I further certify that the records of this office show that, as of this date

### Michael Keeley

is presently enrolled with the State Bar of Texas as an active member in good standing.

      **IN TESTIMONY WHEREOF** witness my hand and the seal of the Supreme Court of Texas at the City of Austin, this, the 29th day of July, 2016.

BLAKE HAWTHORNE, Clerk

by _____

Brad Sonego, Deputy Clerk

No. 0729J1

This certification expires thirty days from this date, unless sooner revoked or rendered invalid by operation of rule or law.

*Supreme Court*

# State of Arkansas
## Little Rock

# CERTIFICATE OF GOOD STANDING

State of Arkansas

in the Supreme Court

I, Stacey Pectol, Clerk of the Supreme Court of Arkansas, do hereby certify that Michael Keeley was enrolled as an Attorney at Law and Solicitor in Chancery by the Supreme Court of this State on April 6, 2015; that no disbarment proceedings have been filed against in this court, that has not had any adverse disciplinary action whatsoever during the past three year period, and that private and professional character appear to be good.

In Testimony Whereof, I hereunto
set my hand as Clerk and affix the seal of Said Court
this the 28th day of July, 2016.

STACEY PECTOL
(CLERK SUPREME COURT OF ARKANSAS)

By _____
Deputy Clerk



# IN THE SUPREME COURT OF THE STATE OF NEW MEXICO

# Certificate

STATE OF NEW MEXICO }
                     } ss.
SUPREME COURT        }

      I, JOEY D. MOYA, Chief Clerk of the Supreme Court of the State of New Mexico, hereby certify that, upon passing a written examination prescribed by the New Mexico Board of Examiners,

## MICHAEL KEELEY

was admitted to practice law in the Supreme Court and other courts of the State of New Mexico on _____ October 6, 1981 _____, and, except as otherwise noted below, has at all times since been and is now an active a member of the Bar of said Supreme Court in good standing.*

      "Good standing" means that the attorney is current on payment of State Bar dues; has complied with Minimum Continuing Legal Education requirements; and is not presently under either administrative or disciplinary suspension. This certification expires 30 days from this date, unless sooner revoked or rendered invalid by operation of rule or law.

WITNESS, My official signature and the seal of said Court this _____ 28th _____ day of _____ July, 2016 _____.

_____ Joey D. Moya _____
                                    Chief Clerk

By _____
                                    Chief Deputy Clerk

* NOTE: Mr. Keeley was granted inactive status on January 1, 1988 and reinstated to active status on January 2, 2015.



# State of New York
# Supreme Court, Appellate Division
# Third Judicial Department

I, Robert D. Mayberger, Clerk of the Appellate Division of the Supreme Court of the State of New York, Third Judicial Department, do hereby certify that

# Michael Keeley

having taken and subscribed the Constitutional Oath of Office as prescribed by law, was duly licensed and admitted to practice by this Court as an Attorney and Counselor at Law in all courts of the State of New York on the **14th day of July, 2015**, is currently in good standing and is registered with the Administrative Office of the Courts as required by section four hundred sixty-eight-a of the Judiciary Law.

In Witness Whereof, I have hereunto set my hand and affixed the Seal of said Court, at the City of Albany, this **1st day of August, 2016**.

Robert D Mayberger

Clerk