Marc J. Shrake, Esq.
Anderson, McPharlin & Conners LLP
707 Wilshire Boulevard, Suite 4000
Los Angeles, CA  90017
(213) 688-0080/(213) 622-7594
mjs@amclaw.com

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNIVERSAL CABLE PRODUCTIONS, LLC and NORTHERN ENTERTAINMENT PRODUCTIONS, LLC<br><br>Plaintiff(s)<br>v.<br>ATLANTIC SPECIALTY INSURANCE COMPANY<br><br>Defendant(s). | CASE NUMBER<br><br>2:16-cv-04435-PA-MRW<br><br>**(PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*** |

**The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by**

Keeley, Michael                                                                of       Strasburger & Price, LLP
*Applicant's Name (Last Name, First Name & Middle Initial)*            901 Main Street, Suite 4400
(214) 651-4718                    (214) 659-4121                                 Dallas, Texas  75202
*Telephone Number*              *Fax Number*
michael.keeley@strasburger.com
*E-Mail Address*                                                                      *Firm/Agency Name & Address*

**for permission to appear and participate in this case on behalf of**

Atlantic Specialty Insurance Company

*Name(s) of Party(ies) Represent*       ☐ *Plaintiff(s)*  ☒ *Defendant(s)*  ☐ *Other:*

**and designating as Local Counsel**

Shrake, Marc, J.                                                                  of       Anderson, McPharlin & Conners LLP
*Designee's Name (Last Name, First Name & Middle Initial)*          707 Wilshire Blvd., Suite 4000
219331                     (213) 688-0080          (213) 622-7594           Los Angeles, CA  90017
*Designee's Cal. Bar No.*     *Telephone Number*     *Fax Number*
mjs@amclaw.com
*E-Mail Address*                                                                      *Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**

☐ GRANTED

☐ DENIED:   ☐ for failure to pay the required fee.

☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.

☐ for failure to complete Application:

☐ pursuant to L.R. 83-2.1.3.2: ☐ Applicant resides in California; ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.

☐ pursuant to L.R. 83-2.1.3.4; Local Counsel: ☐ is not member of Bar of this Court; ☐ does not maintain office District.

☐ because

**IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid:** ☐ be refunded  ☐ not be refunded.

**Dated:** _____

                                                                                                        **U.S. District Judge/U.S. Magistrate Judge**