Marc J. Shrake, Esq.
Anderson, McPharlin & Conners LLP
707 Wilshire Boulevard, Suite 4000
Los Angeles, CA  90017
(213) 688-0080/(213) 622-7594
mjs@amclaw.com

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNIVERSAL CABLE PRODUCTIONS, LLC and NORTHERN ENTERTAINMENT PRODUCTIONS, LLC<br><br>Plaintiff(s)<br>v.<br>ATLANTIC SPECIALTY INSURANCE COMPANY<br><br>Defendant(s). | CASE NUMBER<br><br>2:16-cv-04435-PA-MRW<br><br>**(PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*** |

**The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by**

Crapster, Carla C.
*Applicant's Name (Last Name, First Name & Middle Initial)*

(214) 651-2034       (214) 659-4060
*Telephone Number*       *Fax Number*

carla.crapster@strasburger.com
*E-Mail Address*

of  Strasburger & Price, LLP
901 Main Street, Suite 4400
Dallas, Texas  75202
*Firm/Agency Name & Address*

**for permission to appear and participate in this case on behalf of**

Atlantic Specialty Insurance Company

*Name(s) of Party(ies) Represent*   ☐ *Plaintiff(s)* ☒ *Defendant(s)* ☐ *Other:* ____

**and designating as Local Counsel**

Shrake, Marc, J.
*Designee's Name (Last Name, First Name & Middle Initial)*

219331       (213) 688-0080       (213) 622-7594
*Designee's Cal. Bar No.*   *Telephone Number*   *Fax Number*

mjs@amclaw.com
*E-Mail Address*

of  Anderson, McPharlin & Conners LLP
707 Wilshire Blvd., Suite 4000
Los Angeles, CA  90017
*Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**

☐ GRANTED

☐ DENIED:
- ☐ for failure to pay the required fee.
- ☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.
- ☐ for failure to complete Application: ____
- ☐ pursuant to L.R. 83-2.1.3.2: ☐ Applicant resides in California; ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.
- ☐ pursuant to L.R. 83-2.1.3.4; Local Counsel: ☐ is not member of Bar of this Court; ☐ does not maintain office District.
- ☐ because ____

**IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid:** ☐ be refunded  ☐ not be refunded.

**Dated:** _____

**U.S. District Judge/U.S. Magistrate Judge**