Marc J. Shrake, Esq.
Anderson, McPharlin & Conners LLP
707 Wilshire Boulevard, Suite 4000
Los Angeles, CA  90017
(213) 688-0080/(213) 622-7594
mjs@amclaw.com

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNIVERSAL CABLE PRODUCTIONS, LLC and NORTHERN ENTERTAINMENT PRODUCTIONS, LLC <br><br> Plaintiff(s) <br> v. <br> ATLANTIC SPECIALTY INSURANCE COMPANY <br><br> Defendant(s). | CASE NUMBER <br><br> 2:16-cv-04435-PA-MRW <br><br> ~~(PROPOSED)~~ ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE* |

The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by

Keeley, Michael     of     Strasburger & Price, LLP
*Applicant's Name (Last Name, First Name & Middle Initial)*          901 Main Street, Suite 4400
(214) 651-4718      (214) 659-4121                Dallas, Texas  75202
*Telephone Number*   *Fax Number*
michael.keeley@strasburger.com
*E-Mail Address*                        *Firm/Agency Name & Address*

**for permission to appear and participate in this case on behalf of**

Atlantic Specialty Insurance Company

*Name(s) of Party(ies) Represent*    ☐ *Plaintiff(s)*  ☒ *Defendant(s)*  ☐ *Other:*

**and designating as Local Counsel**

Shrake, Marc, J.     of     Anderson, McPharlin & Conners LLP
*Designee's Name (Last Name, First Name & Middle Initial)*    707 Wilshire Blvd., Suite 4000
219331         (213) 688-0080    (213) 622-7594    Los Angeles, CA  90017
*Designee's Cal. Bar No.*  *Telephone Number*  *Fax Number*
mjs@amclaw.com
*E-Mail Address*                        *Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**

☒ GRANTED

☐ DENIED:
- ☐ for failure to pay the required fee.
- ☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.
- ☐ for failure to complete Application:
  - ☐ pursuant to L.R. 83-2.1.3.2: ☐ Applicant resides in California; ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.
  - ☐ pursuant to L.R. 83-2.1.3.4; Local Counsel: ☐ is not member of Bar of this Court; ☐ does not maintain office District.
  - ☐ because

**IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid,** ☐ be refunded ☐ not be refunded.

**Dated:** August 8, 2016

_____
U.S. District Judge/~~U.S. Magistrate Judge~~

1489209.1G-64 Order (05/16)    ~~(PROPOSED)~~ ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*    Page 1 of 1