Marc J. Shrake, Esq.
Anderson, McPharlin & Conners LLP
707 Wilshire Boulevard, Suite 4000
Los Angeles, CA 90017
(213) 688-0080/(213) 622-7594
mjs@amclaw.com

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNIVERSAL CABLE PRODUCTIONS, LLC and NORTHERN ENTERTAINMENT PRODUCTIONS, LLC<br><br>Plaintiff(s)<br>v.<br>ATLANTIC SPECIALTY INSURANCE COMPANY<br><br>Defendant(s). | CASE NUMBER<br><br>2:16-cv-04435-PA-MRW<br><br>**(PROPOSED)** ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE* |

The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by

Riddle, John. R.   of   Strasburger & Price, LLP
*Applicant's Name (Last Name, First Name & Middle Initial)*          901 Main Street, Suite 4400
(214) 651-4672   (214) 659-4038                          Dallas, Texas 75202
*Telephone Number*   *Fax Number*
john.riddle@strasburger.com
*E-Mail Address*                                                                   *Firm/Agency Name & Address*

**for permission to appear and participate in this case on behalf of**

Atlantic Specialty Insurance Company

*Name(s) of Party(ies) Represent*   ☐ *Plaintiff(s)*  ☒ *Defendant(s)*  ☐ *Other:*

**and designating as Local Counsel**

Shrake, Marc, J.   of   Anderson, McPharlin & Conners LLP
*Designee's Name (Last Name, First Name & Middle Initial)*          707 Wilshire Blvd., Suite 4000
219331   (213) 688-0080   (213) 622-7594                 Los Angeles, CA 90017
*Designee's Cal. Bar No.*   *Telephone Number*   *Fax Number*
mjs@amclaw.com
*E-Mail Address*                                                                   *Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**

☒ GRANTED

☐ DENIED:
  ☐ for failure to pay the required fee.
  ☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.
  ☐ for failure to complete Application:
  ☐ pursuant to L.R. 83-2.1.3.2: ☐ Applicant resides in California; ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.
  ☐ pursuant to L.R. 83-2.1.3.4; Local Counsel: ☐ is not member of Bar of this Court; ☐ does not maintain office District.
  ☐ because

**IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid:** ☐ be refunded  ☒ not be refunded

Dated:  August 8, 2016

                                                                                      *[signature]*
                                                                                      U.S. District Judge/~~U.S. Magistrate Judge~~