| |
|---|
| LUCIA E. COYOCA (SBN 128314); lec@msk.com<br>VALENTINE A. SHALMITSKI (SBN 236061);<br> vas@msk.com<br>MITCHELL SILBERBERG & KNUPP LLP<br>11377 West Olympic Boulevard<br>Los Angeles, CA  90064-1683<br>Tel: (310) 312-2000; Fax: (310) 312-3100 |

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNIVERSAL CABLE PRODUCTIONS LLC, et al.,<br><br>Plaintiff(s)<br>v.<br><br>ATLANTIC SPECIALTY INSURANCE COMPANY,<br><br>Defendant(s). | CASE NUMBER<br><br>2:16-cv-4435-PA-MRW<br><br><br>**REQUEST:**<br>**ADR PROCEDURE SELECTION** |

  Pursuant to Civil L.R.16-15, the parties request that the Court approve the following ADR procedure:

☐  **ADR PROCEDURE NO. 1** - The parties shall appear before the ☐ district judge *or* ☐ magistrate judge assigned to the case for such settlement proceedings as the judge may conduct or direct.

☐  **ADR PROCEDURE NO. 2** - The parties shall appear before a neutral selected from the Court's Mediation Panel for mediation.

☒  **ADR PROCEDURE NO. 3** - The parties shall participate in a private dispute resolution proceeding.

Dated: September 3, 2016    /s/ Lucia E. Coyoca

            Attorney for Plaintiffs Universal Cable Productions LLC
                     and Northern Entertainment Productions LLC

Dated:

            Attorney for Plaintiff

Dated: September 3, 2016    /s/ Marc J. Shrake

            Attorney for Defendant Atlantic Specialty Insurance Co.

Dated:

            Attorney for Defendant

NOTE: If additional signatures are required, attach an additional page to this request.