LUCIA E. COYOCA (SBN 128314)
  lec@msk.com
VALENTINE A. SHALAMITSKI (SBN 236061)
  vas@msk.com
MITCHELL SILBERBERG & KNUPP LLP
11377 West Olympic Boulevard
Los Angeles, CA 90064-1683
Telephone:  (310) 312-2000
Facsimile:  (310) 312-3100

Attorneys for Plaintiffs
Universal Cable Productions LLC and
Northern Entertainment Productions LLC

MARC J. SHRAKE (SBN 219331)
mjs@amclaw.com
ANDERSON, MCPHARLIN & CONNERS LLP
707 Wilshire Boulevard, Suite 4000
Los Angeles, CA 90017-3623
Telephone:  (213) 236-1691
Facsimile:  (213) 622-7594

MICHAEL KEELEY (*Pro Hac Vice*)
  michael.keeley@strasburger.com
JOHN R. RIDDLE (*Pro Hac Vice*)
  john.riddle@strasburger.com
CARLA C. CRAPSTER (*Pro Hac Vice*)
  carla.crapster@strasburger.com
STRASBURGER & PRICE, LLP
901 Main Street, Suite 4400
Dallas, TX 75202
Telephone:  (214) 651-4300
Facsimile:  (214) 651-4330

Attorneys for Defendant
Atlantic Specialty Insurance Company

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| UNIVERSAL CABLE PRODUCTIONS LLC, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>ATLANTIC SPECIALTY INSURANCE COMPANY, a New York insurance company,<br><br>    Defendant. | CASE NO. 2:16-cv-4435-PA-MRW<br><br>**JOINT NOTICE RE SELECTION OF MEDIATOR AND REQUEST FOR ADDITIONAL TIME**<br><br>Time:     N/A<br>Date:     N/A<br>Judge:    Hon. Percy Anderson<br><br>COMPLAINT FILED:  June 20, 2016 |

Mitchell
Silberberg &
Knupp LLP

8180382.1

1    Pursuant to the Court's September 14, 2016 Order, the parties have met and

2    conferred regarding selection of a private mediator.  Counsel for Defendant

3    Atlantic Specialty Insurance Company has provided a list of names of potential

4    mediators for consideration by Plaintiffs Universal Cable Productions LLC and

5    Northern Entertainment Productions LLC ("Plaintiffs").  Plaintiffs anticipate that

6    at least one of the mediators from that list will be acceptable to Plaintiffs; however,

7    they request a brief extension until Friday, September 30, 2016, to complete the

8    selection process and clear conflicts.

9

10   DATED:  September 28, 2016          LUCIA E. COYOCA
                                         VALENTINE A. SHALAMITSKI
11                                       MITCHELL SILBERBERG & KNUPP LLP

12

13                                       By:  /s/Lucia E. Coyoca
                                              Lucia E. Coyoca
14                                            Attorneys for Plaintiffs
                                              Universal Cable Productions LLC and
15                                            Northern Entertainment
                                              Productions LLC
16

17   DATED:  SEPTEMBER 28, 2016          MARC J. SHRAKE
                                         ANDERSON, MCPHARLIN & CONNERS
18                                       LLP
                                                   -and-
19
                                         MICHAEL KEELEY
20                                       *PRO HAC VICE* APPLICATION PENDING
                                         JOHN R. RIDDLE
21                                       *PRO HAC VICE* APPLICATION PENDING
                                         CARLA C. CRAPSTER
22                                       *PRO HAC VICE* APPLICATION PENDING
                                         STRASBURGER & PRICE, LLP
23

24

25                                       By:  /s/Marc J. Shrake
                                              Marc J. Shrake
26                                            Attorneys for Defendant
                                              Atlantic Specialty Insurance Company
27

28

## **Attestation Regarding Signatures**

I, Lucia E. Coyoca, attest that all signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

By:   /s/ Lucia E. Coyoca

Lucia E. Coyoca

Mitchell
Silberberg &
Knupp LLP

8180382.1

3

**JOINT NOTICE RE SELECTION OF MEDIATOR AND REQUEST FOR ADDITIONAL TIME**