LUCIA E. COYOCA (SBN 128314)
  lec@msk.com
VALENTINE A. SHALAMITSKI (SBN 236061)
  vas@msk.com
MITCHELL SILBERBERG & KNUPP LLP
11377 West Olympic Boulevard
Los Angeles, CA 90064-1683
Telephone:  (310) 312-2000
Facsimile:  (310) 312-3100

Attorneys for Plaintiffs
Universal Cable Productions LLC and
Northern Entertainment Productions LLC

MARC J. SHRAKE (SBN 219331)
  mjs@amclaw.com
ANDERSON, MCPHARLIN & CONNERS LLP
707 Wilshire Boulevard, Suite 4000
Los Angeles, CA 90017-3623
Telephone:  (213) 236-1691
Facsimile:  (213) 622-7594

MICHAEL KEELEY (*Admitted Pro Hac Vice*)
  michael.keeley@strasburger.com
JOHN R. RIDDLE (*Admitted Pro Hac Vice*)
  john.riddle@strasburger.com
CARLA C. CRAPSTER (*Admitted Pro Hac Vice*)
  carla.crapster@strasburger.com
STRASBURGER & PRICE, LLP
901 Main Street, Suite 4400
Dallas, TX 75202
Telephone:  (214) 651-4300
Facsimile:  (214) 651-4330

Attorneys for Defendant
Atlantic Specialty Insurance Company

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| UNIVERSAL CABLE PRODUCTIONS LLC, et al., <br><br> Plaintiffs, <br><br> v. <br><br> ATLANTIC SPECIALTY INSURANCE COMPANY, a New York insurance company, <br><br> Defendant. | CASE NO. 2:16-cv-4435-PA-MRW <br><br> **JOINT NOTICE RE SELECTION OF MEDIATOR** <br><br> Time:    N/A <br> Date:    N/A <br> Judge:  Hon. Percy Anderson <br><br> COMPLAINT FILED:  June 20, 2016 |

**JOINT NOTICE RE SELECTION OF MEDIATOR**

Pursuant to the Court's September 14, 2016 Order, counsel for plaintiffs Universal Cable Productions LLC and Northern Entertainment Productions LLC and defendant Atlantic Specialty Insurance Company have met and conferred regarding selection of a private mediator. The parties have jointly agreed to have this case mediated before the Honorable Charles "Tim" McCoy, retired Los Angeles Superior Court judge. After consulting with Judge McCoy's JAMS Case Manager, the parties do not believe there are any conflicts that would impede Judge McCoy from serving as the mediator, and that he is otherwise available to act as the settlement officer in this matter.

DATED: September 30, 2016

LUCIA E. COYOCA
VALENTINE A. SHALAMITSKI
MITCHELL SILBERBERG & KNUPP LLP

By: */s/ Lucia E. Coyoca*
    Lucia E. Coyoca
    Attorneys for Plaintiffs
    Universal Cable Productions LLC and
    Northern Entertainment
    Productions LLC

DATED: September 30, 2016

MARC J. SHRAKE
ANDERSON, MCPHARLIN & CONNERS LLP
    -and-

MICHAEL KEELEY
JOHN R. RIDDLE
CARLA C. CRAPSTER
STRASBURGER & PRICE, LLP

By: */s/ Marc J. Shrake*
    Marc J. Shrake
    Attorneys for Defendant
    Atlantic Specialty Insurance Company

**Attestation Regarding Signatures**

I, Lucia E. Coyoca, attest that all signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

By: /s/ *Lucia E. Coyoca*
Lucia E. Coyoca