MARC J. SHRAKE (SBN 219331)
  mjs@amclaw.com
ANDERSON, MCPHARLIN & CONNERS LLP
707 Wilshire Blvd., Suite 4000
Los Angeles, CA 90017-3623
Telephone: (213) 236-1691
Facsimile: (213) 622-7594

MICHAEL KEELEY
  michael.keeley@strasburger.com
*Admitted Pro Hac Vice*
JOHN R. RIDDLE
  john.riddle@strasburger.com
*Admitted Pro Hac Vice*
CARLA C. CRAPSTER
  carla.crapster@strasburger.com
*Admitted Pro Hac Vice*
STRASBURGER & PRICE, LLP
901 Main Street, Suite 6000
Dallas, TX 75202
Telephone: (214) 651-4300
Facsimile: (214) 651-4330

Attorneys for Defendant
Atlantic Specialty Insurance Company

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

| | |
|---|---|
| UNIVERSAL CABLE PRODUCTIONS, LLC and NORTHERN ENTERTAINMENT PRODUCTIONS LLC,<br><br>Plaintiffs,<br><br>v.<br><br>ATLANTIC, SPECIALTY INSURANCE COMPANY<br><br>Defendant. | Case No. 2:16-cv-04435-PA-MRW<br><br>**NOTICE OF CHANGE OF FIRM ADDRESS** |

Notice is hereby given of the following change of law firm address for counsel of record for Defendant Atlantic Specialty Insurance Company, effective November 7, 2016.

Michael Keeley
*Admitted Pro Hac Vice*
michael.keeley@strasburger.com

1
**NOTICE OF CHANGE OF FIRM ADDRESS**

|  |  |
|---|---|
| 1 | John R. Riddle |
| 2 | *Admitted Pro Hac Vice* |
|   | john.riddle@strasburger.com |
| 3 | Carla C. Crapster |
|   | *Admitted Pro Hac Vice* |
| 4 | carla.crapster@strasburger.com |
|   | STRASBURGER & PRICE, LLP |
| 5 | 901 Main Street, Suite 6000 |
|   | Dallas, Texas 75202 |
| 6 | Telephone: (214) 651-4300 |
|   | Facsimile: (214) 651-4330 |

1    John R. Riddle
     *Admitted Pro Hac Vice*
2    john.riddle@strasburger.com
     Carla C. Crapster
3    *Admitted Pro Hac Vice*
     carla.crapster@strasburger.com
4    STRASBURGER & PRICE, LLP
     901 Main Street, Suite 6000
5    Dallas, Texas 75202
     Telephone: (214) 651-4300
6    Facsimile: (214) 651-4330

7

8

9

10   DATED: November 8, 2016        MARC J. SHRAKE
                                    ANDERSON, MCPHARLIN & CONNERS LLP
11
                                    -and-
12
                                    MICHAEL KEELEY
13                                  *Admitted Pro Hac Vice*
                                    JOHN R. RIDDLE
14                                  *Admitted Pro Hac Vice*
                                    CARLA C. CRAPSTER
15                                  *Admitted Pro Hac Vice*
                                    STRASBURGER & PRICE, LLP

16

17                                  By:  */s/ Michael Keeley*
                                         Michael Keeley
                                         Attorneys for Defendant
18                                       Atlantic Specialty Insurance Company

2

**NOTICE OF CHANGE OF FIRM ADDRESS**

## PROOF OF SERVICE

I am employed in the County of Dallas, State of Texas. I am over the age of eighteen years and not a party to the within action; my business address is 901 Main Street, Suite 6000, Dallas, Texas 75202.

On November 8, 2016, I served the following document(s) described as **NOTICE OF CHANGE OF FIRM ADDRESS** on the interested parties via the Court's CM/ECF System as follows:

Lucia E. Coyoca, Esq.                             Attorneys for Plaintiffs
Valentine A. Shalamitski, Esq.
Mitchell Silberberg & Knupp LLP
11377 West Olympic Boulevard
Los Angeles, CA  90064-1683
Telephone: (310) 312-2000
Facsimile: (310) 312-3100

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am *admitted Pro Hac Vice* to the bar of this Court at whose direction the service was made. Executed on November 8, 2016, at Los Angeles, California.

*/s/ Michael Keeley*
Michael Keeley