1
2
3
4
5
6
7

8                          UNITED STATES DISTRICT COURT
9                         CENTRAL DISTRICT OF CALIFORNIA

10

| | |
|---|---|
| 11  UNIVERSAL CABLE<br>     PRODUCTIONS LLC, *et al.*,<br>12<br>              Plaintiffs,<br>13<br>         v.<br>14<br>     ATLANTIC SPECIALTY<br>15  INSURANCE COMPANY,<br>16            Defendant. | CASE NO. 2:16-cv-4435-PA-MRW<br><br>Honorable Percy Anderson<br><br>**[PROPOSED] ORDER ON JOINT STIPULATION AND APPLICATION TO MODIFY CASE SCHEDULE**<br><br>Complaint Filed:        June 20, 2016 |

17
18
19
20
21
22
23
24
25
26
27
28

**ORDER ON JOINT STIPULATION AND APPLICATION TO MODIFY CASE SCHEDULE**

8538721.1

**[PROPOSED] ORDER**

Based on the Joint Stipulation and Application to Modify Case Schedule and good cause appearing, the Court hereby modifies the Scheduling Order as follows (associated dates triggered by the dates below are adjusted accordingly):

| | |
|---|---|
| Discovery Cut-off | May 12, 2017 |
| Motion Cut-off | May 22, 2017 |
| Final Pretrial Conference | June 23, 2017, at 1:30 p.m. |
| Jury Trial | July 25, 2017, at 9 a.m. |

IT IS SO ORDERED.

Dated:  January ___, 2017

_____
The Honorable Percy Anderson
UNITED STATES DISTRICT JUDGE

ORDER ON JOINT STIPULATION AND APPLICATION TO MODIFY CASE SCHEDULE