# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNIVERSAL CABLE PRODUCTIONS LLC, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>ATLANTIC SPECIALTY INSURANCE COMPANY,<br><br>Defendant. | CASE NO. 2:16-cv-4435-PA-MRW<br><br>Honorable Percy Anderson<br><br>**ORDER ON JOINT STIPULATION AND APPLICATION TO MODIFY CASE SCHEDULE**<br><br>Complaint Filed:   June 20, 2016 |

## ~~[PROPOSED]~~ ORDER

Based on the Joint Stipulation and Application to Modify Case Schedule and good cause appearing, the Court hereby modifies the Scheduling Order as follows (associated dates triggered by the dates below are adjusted accordingly):

| | |
|---|---|
| Discovery Cut-off | May 12, 2017 |
| Motion Cut-off | May 22, 2017 |
| Final Pretrial Conference | June 16, 2017, at 1:30 p.m. |
| Jury Trial | July 25, 2017, at 9 a.m. |

IT IS SO ORDERED.

Dated: January 19, 2017

_____
The Honorable Percy Anderson
UNITED STATES DISTRICT JUDGE

2
**ORDER ON JOINT STIPULATION AND APPLICATION TO MODIFY CASE SCHEDULE**