Marc J. Shrake, Esq.
Anderson, McPharlin & Conners LLP
707 Wilshire Boulevard, Suite 4000
Los Angeles, CA 90017
(213) 688-0080 / (213) 622-7594
mjs@amclaw.com

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNIVERSAL CABLE PRODUCTIONS, LLC and NORTHERN ENTERTAINMENT PRODUCTIONS, LLC, <br><br> Plaintiff(s) <br> v. <br> ATLANTIC SPECIALTY INSURANCE COMPANY, <br><br> Defendant(s). | CASE NUMBER <br><br> 2:16-cv-04435-PA-MRW <br><br> **(PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*** |

**The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by**

Reed, Toni Scott
*Applicant's Name (Last Name, First Name & Middle Initial)*
(214) 651-4345    (214) 659-4091
*Telephone Number*    *Fax Number*
toni.reed@strasburger.com
*E-Mail Address*

of

Strasburger & Price, LLP
901 Main Street, Suite 6000
Dallas, Texas 75202

*Firm/Agency Name & Address*

**for permission to appear and participate in this case on behalf of**

Atlantic Specialty Insurance Company
*Name(s) of Party(ies) Represent*    ☐ *Plaintiff(s)* ☒ *Defendant(s)* ☐ *Other:*

**and designating as Local Counsel**

Shrake, Marc J.
*Designee's Name (Last Name, First Name & Middle Initial)*
219331    (213) 236-1691    (213) 622-7594
*Designee's Cal. Bar No.*    *Telephone Number*    *Fax Number*
mjs@amclaw.com
*E-Mail Address*

of

Anderson, McPharlin & Conners LLP
707 Wilshire Blvd., Suite 4000
Los Angeles, California 90017-3623

*Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**

☐ GRANTED

☐ DENIED:
  ☐ for failure to pay the required fee.
  ☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.
  ☐ for failure to complete Application: _____
  ☐ pursuant to L.R. 83-2.1.3.2: ☐ Applicant resides in California; ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.
  ☐ pursuant to L.R. 83-2.1.3.4; Local Counsel: ☐ is not member of Bar of this Court; ☐ does not maintain office District.
  ☐ because _____

**IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid:** ☐ be refunded  ☐ not be refunded.

**Dated:** Click here to enter a date.

**U.S. District Judge/U.S. Magistrate Judge**

G-64 Order (05/16)    (PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*    Page 1 of 1