MARC J. SHRAKE (SBN 219331)
  mjs@amclaw.com
ANDERSON, MCPHARLIN & CONNERS LLP
707 Wilshire Boulevard, Suite 4000
Los Angeles, California 90017-3623
Telephone: (213) 236-1691
Facsimile: (213) 622-7594

MICHAEL KEELEY *(Pro Hac Vice)*
  michael.keeley@strasburger.com
JOHN R. RIDDLE *(Pro Hac Vice)*
  john.riddle@strasburger.com
TONI SCOTT REED *(Pro Hac Vice)*
  toni.reed@strasburger.com
CARLA C. CRAPSTER *(Pro Hac Vice)*
  carla.crapster@strasburger.com
STRASBURGER & PRICE, LLP
901 Main Street, Suite 6000
Dallas, Texas 75202
Telephone: (214) 651-4300
Facsimile: (214) 651-4330

Attorneys for Defendant
Atlantic Specialty Insurance Company

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# WESTERN DIVISION

| | |
|---|---|
| UNIVERSAL CABLE PRODUCTIONS LLC, a Delaware limited liability company, and NORTHERN ENTERTAINMENT PRODUCTIONS LLC, a Delaware limited liability company,<br><br>Plaintiffs,<br><br>vs.<br><br>ATLANTIC SPECIALTY INSURANCE COMPANY, a New York insurance company,<br><br>Defendant. | Case No. 2:16-cv-04435-PA-MRW<br><br>**[PROPOSED ORDER] GRANTING DEFENDANT ATLANTIC SPECIALTY'S EX PARTE APPLICATION FOR ORDER CONTINUING TRIAL DATE AND ALL DEADLINES FOR 60 DAYS** |

1
**ORDER**

On this day, the Court considered Defendant's Ex Parte Application for Order Continuing Trial Date and All Deadlines for 60 days. After considering the Application, the Court is of the opinion that the Application should be GRANTED.

Based on the Application for Order Continuing Trial Date and All Deadlines for 60 days, the Court hereby modifies the Scheduling Order as follows with the associated dates triggered by the dates below adjusted accordingly:

| Event | Current Date | Proposed Date |
| --- | --- | --- |
| Deadline to Designate Rebuttal Expert Witnesses and Provide Rebuttal Expert Witness Reports | April 7, 2017 | June 6, 2017 |
| Discovery Cut-Off | May 12, 2017 | July 11, 2017 |
| Motion Cut-Off | May 22, 2017 | July 24, 2017 |
| Final pretrial Conference | June 23, 2017, at 1:30 p.m. | August 22, 2017, at 1:30 p.m. |
| Jury Trial | July 25, 2017 at 9:00 a.m. | September 25, 2017 at 9:00 a.m. |

IT IS SO ORDERED

The Honorable Percy Anderson
UNITED STATES DISTRICT JUDGE