MARC J. SHRAKE (SBN 219331)
  mjs@amclaw.com
ANDERSON, MCPHARLIN & CONNERS LLP
707 Wilshire Boulevard, Suite 4000
Los Angeles, California 90017-3623
Telephone: (213) 236-1691
Facsimile: (213) 622-7594

MICHAEL KEELEY (*Pro Hac Vice*)
  michael.keeley@strasburger.com
TONI SCOTT REED (*Pro Hac Vice*)
  toni.reed@strasburger.com
CARLA C. CRAPSTER (*Pro Hac Vice*)
  carla.crapster@strasburger.com
STRASBURGER & PRICE, LLP
901 Main Street, Suite 6000
Dallas, Texas 75202
Telephone: (214) 651-4300
Facsimile: (214) 651-4330

Attorneys for Defendant
Atlantic Specialty Insurance Company

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

| | |
|---|---|
| UNIVERSAL CABLE PRODUCTIONS LLC, a Delaware limited liability company, and NORTHERN ENTERTAINMENT PRODUCTIONS LLC, a Delaware limited liability company, <br><br> Plaintiffs, <br><br> vs. <br><br> ATLANTIC SPECIALTY INSURANCE COMPANY, a New York insurance company, <br><br> Defendant. | Case No. 2:16-cv-04435-PA-MRW <br><br> **DEFENDANT ATLANTIC SPECIALTY INSURANCE COMPANY'S AMENDED NOTICE OF AND MEMORANDUM IN SUPPORT OF EX PARTE APPLICATION FOR ORDER CONTINUING TRIAL DATE AND ALL DEADLINES FOR 60 DAYS** |

ANDERSON, McPHARLIN & CONNERS LLP
LAWYERS
707 WILSHIRE BOULEVARD, SUITE 4000
LOS ANGELES, CALIFORNIA 90017-3623

1    Atlantic Specialty Insurance Company hereby withdraws the Notice of and
2   Memorandum in Support of Ex Parte Application for Order Continuing Trial Date
3   and All Deadlines for 60 Days filed on March 30, 2017 [Dkt. 37].

4    Atlantic Specialty Insurance Company will file an amended version of the
5   pleading after further conferring with counsel for the plaintiffs.

6

7   DATED: March 31, 2017          MARC J. SHRAKE
                                   ANDERSON, McPHARLIN & CONNERS LLP
8

9                                           -and-

10                                 MICHAEL KEELEY *(Pro Hac Vice)*
11                                 TONI SCOTT REED *(Pro Hac Vice)*
                                   CARLA C. CRAPSTER *(Pro Hac Vice)*
12                                 STRASBURGER & PRICE, LLP

13
                                   By:    */s/ Michael Keeley*
14                                          Michael Keeley
15                                 Attorneys for Defendant ATLANTIC
                                   SPECIALTY INSURANCE COMPANY
16

17

18

19

20

21

22

23

24

25

26

27

28

ANDERSON, McPHARLIN & CONNERS LLP
LAWYERS
707 WILSHIRE BOULEVARD, SUITE 4000
LOS ANGELES, CALIFORNIA 90017-3623

ATLANTIC SPECIALTY INSURANCE COMPANY'S
NOTICE OF WITHDRAWAL OF EX PARTE APPLICATION

**ANDERSON, MCPHARLIN & CONNERS LLP**
LAWYERS
707 WILSHIRE BOULEVARD, SUITE 4000
LOS ANGELES, CALIFORNIA 90017-3623

## PROOF OF SERVICE

I am employed in the County of Dallas, State of Texas. I am over the age of eighteen years and not a party to the within action; my business address is 901 Main Street, Suite 6000, Dallas, Texas 75202.

On March 31, 2017, I served the following document(s) described as **DEFENDANT ATLANTIC SPECIALTY INSURANCE COMPANY'S NOTICE OF WITHDRAWAL OF EX PARTE APPLICATION** on the interested parties via the Court's CM/ECF System as follows:

Lucia E. Coyoca, Esq.                    Attorneys for Plaintiffs
Valentine A. Shalamitski, Esq.
Daniel M. Hayes, Esq.
Mitchell Silberberg & Knupp LLP
11377 West Olympic Boulevard
Los Angeles, CA 90064-1683
Telephone: (310) 312-2000
Facsimile: (310) 312-3100

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made. Executed on March 31, 2017, at Dallas, Texas.

_Marianna Green_
_____
Marianna Green

3
**ATLANTIC SPECIALTY INSURANCE COMPANY'S**
**NOTICE OF WITHDRAWAL OF EX PARTE APPLICATION**