**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

| | |
|---|---|
| UNIVERSAL CABLE PRODUCTIONS LLC, a Delaware limited liability company, and NORTHERN ENTERTAINMENT PRODUCTIONS LLC, a Delaware limited liability company, | Case No. 2:16-cv-04435-PA-MRW |
| Plaintiffs, | **DEFENDANT ATLANTIC SPECIALTY INSURANCE COMPANY'S NOTICE OF AND MEMORANDUM IN SUPPORT OF EX PARTE APPLICATION FOR ORDER CONTINUING TRIAL DATE AND ALL DEADLINES FOR 60 DAYS** |
| vs. | |
| ATLANTIC SPECIALTY INSURANCE COMPANY, a New York insurance company, | |
| Defendant. | |

# EXHIBIT 1

**Supplemental Privilege Log**

*Universal Cable Productions LLC, et al. v. Atlantic Specialty Insurance Company* , C.D. Cal. Case No. 2:16-cv-04435-PA-MRW

| Beginning Bates Number | Date | From | To | CC | Description | Privilege Asserted/ Redaction |
|---|---|---|---|---|---|---|
| UCP003425 | 11/21/2013 | Wachtel, Jeff | Hammer, Bonnie | Dolcemaschio, Steve; Binke, Mark; Shields, Cory; Roberts, Beth; Windholz, Maya | Redaction regarding legal advice with Binke, Mark; Dolcemaschio, Steve; Roberts, Beth; Shields, Cory; Windholz, Maya re security concerns in Israel. | Attorney Client |
| UCP003431 | 11/21/2013 | Wachtel, Jeff | Binke, Mark | | Readaction regarding legal advice with Dolcemaschio, Steve; Hammer, Bonnie; Roberts, Beth; Shields, Cory; Windholz, Maya re security concerns in Israel. | Attorney Client |
| | 12/3/2013 | Shields, Cory | Binke, Mark | Wachtel, Jeff; Windholz, Maya; Rothstein, Richard M | Email thread for and containing legal advice with Brady, Brian; Hampson, Chris; Jabari, Lawahez; MacLellan, Kevin; Mong, Adrienne; Noordeloos, Erin; Tofield, Geoff re security concerns in Israel. | Attorney Client |
| | 12/4/2013 | Binke, Mark | Shields, Cory | Windholz, Maya; Richmond, Randi | Email thread for and containing legal advice with Simanello, Judy re security concerns in Israel. | Attorney Client |
| | 12/5/2013 | Windholz, Maya | Binke, Mark; Shields, Cory | Richmond, Randi | Email thread for and containing legal advice with Simanello, Judy re security concerns in Israel. | Attorney Client |
| | 12/5/2013 | Shields, Cory | Windholz, Maya; Binke, Mark | Richmond, Randi; Wachtel, Jeff | Email thread for and containing legal advice with Simanello, Judy re filming in Israe and security concerns in Israel. | Attorney Client |
| | 12/5/2013 | Binke, Mark | Shields, Cory; Windholz, Maya | Richmond, Randi; Wachtel, Jeff | Email thread for and containing legal advice with Simanello, Judy re security concerns in Israel. | Attorney Client |
| | 12/5/2013 | Richmond, Randi | Windholz, Maya; Rivas, Eduardo; Aronson, Robyn; Shields, Cory | Binke, Mark; Brady, Brian | Email for and containing legal advice re filming in Israel and security concerns in Israel. | Attorney Client |
| | 12/5/2013 | Binke, Mark | Richmond, Randi; Windholz, Maya; Rivas, Eduardo; Aronson, Robyn; Shields, Cory | Brady, Brian | Email for and containing legal advice re security concerns in Israel. | Attorney Client |
| UCP003907 | 12/10/2013 | Noordeloos, Erin | McCarthy, Tom | | Redacted email regarding legal advice with Binke, Mark; Brady, Brian; MacLellan, Kevin; Wachtel, Jeff; Windholz, Maya re security concerns in Israel. | Attorney Client |
| UCP003915 | 12/10/2013 | McCarthy, Tom | Noordeloos, Erin | Patton, Brian | Redacted email regarding legal advice with Binke, Mark; Brady, Brian; MacLellan, Kevin; Wachtel, Jeff; Windholz, Maya re security concerns in Israel. | Attorney Client |
| UCP003996 | 12/10/2013 | McCarthy, Tom | Noordeloos, Erin | Patton, Brian | Redacted email regarding legal advice with Binke, Mark; Brady, Brian; MacLellan, Kevin; Wachtel, Jeff; Windholz, Maya re security concerns in Israel. | Attorney Client |
| UCP003440 | 12/10/2013 | Windholz, Maya | Binke, Mark; Richmond, Randi | | Redacted email thread regarding legal advice with Brady, Brian; Rothstein, Richard M; Shields, Cory; Sluchan, Michael re security concerns in Israel. | Attorney Client |
| | 12/10/2013 | Windholz, Maya | MacLellan, Kevin; Noordeloos, Erin; Binke, Mark; Freeman, Gidon | Brady, Brian; Wachtel, Jeff | Email thread for and containing legal advice re security concerns in Israel. | Attorney Client |
| | 12/10/2013 | Noordeloos, Erin | MacLellan, Kevin | Binke, Mark; Windholz, Maya; Brady, Brian; Wachtel, Jeff | Email thread for and containing legal advice re security concerns in Israel. | Attorney Client |

**Supplemental Privilege Log**

*Universal Cable Productions LLC, et al. v. Atlantic Specialty Insurance Company* , C.D. Cal. Case No. 2:16-cv-04435-PA-MRW

| Beginning Bates Number | Date | From | To | CC | Description | Privilege Asserted/ Redaction |
|---|---|---|---|---|---|---|
| UCP003415 | 12/10/2013 | Windholz, Maya | Binke, Mark | | Redacted email thread regarding legal advice with Brady, Brian; Wachtel, Jeff re security concerns in Israel. | Attorney Client |
| | 1/21/2014 | O'Leary, Brian | Binke, Mark; Smotkin, Rick; Footlik, Jay; Miller, Stephan; Kemble, Garrett; Rothstein, Richard M; Yass, Warren | | Email for and containing legal advice re filming in Israel. | Attorney Client |
| | 1/21/2014 | Smotkin, Rick | Binke, Mark; O'Leary, Brian; Stephan, Miller; Footlik, Jay | | Email thread for and containing legal advice with Kemble, Garrett; Rothstein, Richard M; Yass, Warren re filming in Israel. | Attorney Client |
| | 1/21/2014 | Smotkin, Rick | O'Leary, Brian; Binke, Mark; Wachtel, Jeff; Shields, Cory; Windholz, Maya | Footlik, Jay; Yass, Warren | Email for and containing legal advice re filming in Israel. | Attorney Client |
| | 1/21/2014 | Smotkin, Rick | Binke, Mark; O'Leary, Brian; Wachtel, Jeff; Shields, Cory; Windholz, Maya | Footlik, Jay; Yass, Warren | Email for and containing legal advice re filming in Israel. | Attorney Client |
| | 1/21/2014 | Smotkin, Rick | Binke, Mark | | Email thread for and containing legal advice with O'Leary, Brian; Wachtel, Jeff; Windholz, Maya; Shields, Cory; Yass, Warren; Footlik, Jay re filming in Israel. | Attorney Client |
| | 1/21/2014 | Windholz, Maya | Binke, Mark; O'Leary, Brian | | Email thread for and containing legal advice with Footlik, Jay; Shields, Cory; Smotkin, Rick; Wachtel, Jeff; Yass, Warren re filming in Israel. | Attorney Client |
| UCP002896 | 1/23/2014 | Simon, Sharon | Williams, Curt | Hayde, Theresa | Redacted email regarding legal advice with Aronson, Robyn; Markus, BJ; Richmond, Randi; Roberts, Randi re filming in Israel. | Attorney Client |
| UCP003469 | 1/23/2014 | Williams, Curt | Richmond, Randi | | Redacted email regarding legal advice with Aronson, Robyn; Markus, BJ; Roberts, Randi re security concerns in Israel. | Attorney Client |
| UCP003032 | 1/23/2014 | Williams, Curt | Simon, Sharon | Hayde, Theresa | Redacted email regarding legal advice with Aronson, Robyn; Markus, BJ; Richmond, Randi; Roberts, Randi re filming in Israel. | Attorney Client |
| UCP003046 | 1/23/2014 | Williams, Curt | Richmond, Randi | | Redacted email regarding legal advice with Aronson, Robyn; Markus, BJ; Richmond, Randi; Roberts, Randi re filming in Israel. | Attorney Client |
| UCP002903 | 1/23/2014 | Richmond, Randi | Williams, Curt | | Redacted email regarding legal advice with Aronson, Robyn; Markus, BJ; Roberts, Randi re filming in Israel. | Attorney Client |
| UCP003039 | 1/23/2014 | Williams, Curt | Richmond, Randi | | Redacted email regarding legal advice with Aronson, Robyn; Markus, BJ; Roberts, Randi re filming in Israel. | Attorney Client |
| UCP002949 | 1/23/2014 | Richmond, Randi | Williams, Curt | | Redacted email regarding legal advice with Aronson, Robyn; Markus, BJ; Roberts, Randi re filming in Israel. | Attorney Client |
| UCP001148 | 2/19/2014 | Smotkin, Rick | Shields, Cory; Burkins, Trevor; Binke, Mark; O'Leary, Brian; Caceros, Nidia | Footlik, Jay | Redacted email regarding legal advice with Binke, Mark; Burkins, Trevor; Caceros, Nidia; O'Leary, Brian; Shields, Cory re filming in Israel. | Attorney Client |
| UCP003413 | 5/18/2014 | Richmond, Randi | Binke, Mark | | Redactions regarding legal advice re filming in Israel. | Attorney Client |
| UCP003438 | 5/18/2014 | Richmond, Randi | Binke, Mark | | Redactions regarding legal advice re filming in Israel. | Attorney Client |

**Supplemental Privilege Log**

*Universal Cable Productions LLC, et al. v. Atlantic Specialty Insurance Company* , C.D. Cal. Case No. 2:16-cv-04435-PA-MRW

| Beginning Bates Number | Date | From | To | CC | Description | Privilege Asserted/ Redaction |
|---|---|---|---|---|---|---|
| | 5/27/2014 | Williams, Curt | Barrero, Nestor; Richmond, Randi | | Email thread for and containing legal advice with Aguilar, Vicki; Binke, Mark; Brady, Brian; Doyle, Dana; Noordeloos, Erin; Smith, Stephen re security concerns in Israel. | Attorney Client |
| | 6/16/2014 | Richmond, Randi | Williams, Curt; Ford, Kurt B; Aronson, Robyn | Binke, Mark | Email thread for and containing legal advice with Brady, Brian; Noordeloos, Erin; Rothstein, Richard M; Smith, Stephen re security concerns in Israel. | Attorney Client |
| | 6/16/2014 | Richmond, Randi | Williams, Curt; Ford, Kurt B; Aronson, Robyn | Binke, Mark | Email thread for and containing legal advice with Brady, Brian; Noordeloos, Erin; Potter, Paige; Rothstein, Richard M; Smith, Stephen re security concerns in Israel. | Attorney Client |
| | 6/16/2014 | Richmond, Randi | Williams, Curt; Ford, Kurt B; Aronson, Robyn | Binke, Mark | Email thread for and containing legal advice with Brady, Brian; Noordeloos, Erin; Potter, Paige; Rothstein, Richard M; Smith, Stephen re security concerns in Israel. | Attorney Client |
| | 6/16/2014 | Williams, Curt | Richmond, Randi; Lackman, Barbara | Ford, Kurt B; Aronson, Robyn; Binke, Mark | Email thread for and containing legal advice with Brady, Brian; Noordeloos, Erin; Potter, Paige; Rothstein, Richard M; Smith, Stephen re security concerns in Israel. | Attorney Client |
| | 6/16/2014 | Williams, Curt | Richmond, Randi; Lackman, Barbara | Ford, Kurt B; Aronson, Robyn; Binke, Mark | Email thread for and containing legal advice with Brady, Brian; Noordeloos, Erin; Potter, Paige; Rothstein, Richard M; Smith, Stephen re security concerns in Israel. | Attorney Client |
| | 6/16/2014 | Williams, Curt | Richmond, Randi; Lackman, Barbara | Ford, Kurt B; Aronson, Robyn; Binke, Mark | Email thread for and containing legal advice with Brady, Brian; Noordeloos, Erin; Potter, Paige; Rothstein, Richard M; Smith, Stephen re security concerns in Israel. | Attorney Client |
| UCP003420 | 6/16/2014 | Lackman, Barbara | Williams, Curt; Richmond, Randi | Ford, Kurt B; Aronson, Robyn; Binke, Mark; Lichtman, James | Redacted email thread regarding legal advice re security concerns in Israel. | Attorney Client |
| | 6/16/2014 | Lackman, Barbara | Smith, Stephen | Williams, Curt; Windholz, Maya | Email thread for and containing legal advice with inke, Mark; Brady, Brian; Noordeloos, Erin; Potter, Paige; Richmond, Randi; Rothstein, Richard M re security concerns in Israel. | Attorney Client |
| | 6/16/2014 | Richmond, Randi | Windholz, Maya | | Email for and containing legal advice re security concerns in Israel. | Attorney Client |
| | 6/16/2014 | Windholz, Maya | Richmond, Randi | | Email for and containing legal advice re security concerns in Israel. | Attorney Client |
| | 6/16/2014 | Richmond, Randi | Binke, Mark | | Email thread for and containing legal advice with Windholz, Maya re security concerns in Israel. | Attorney Client |
| UCP003407 | 6/16/2014 | Smotkin, Rick | Windholz, Maya; Binke, Mark; Richmond, Randi | Lackman, Barbara; Footlik, Jay | Redacted email thread for an containing legal advice with Aronson, Robyn; Caceros, Nidia; Carnessale, Juliana; Ford, Kurt B; Lichtman, James; Lynem, Lori; Markus, BJ; O'Neill, Steven; Rothstein, Richard M; Williams, Curt re security concerns in Israel. | Attorney Client |

**Supplemental Privilege Log**

*Universal Cable Productions LLC, et al. v. Atlantic Specialty Insurance Company , C.D. Cal. Case No. 2:16-cv-04435-PA-MRW*

| Beginning Bates Number | Date | From | To | CC | Description | Privilege Asserted/ Redaction |
|---|---|---|---|---|---|---|
| | 6/16/2014 | Windholz, Maya | Smotkin, Rick; Binke, Mark; Richmond, Randi | Lackman, Barbara; Footlik, Jay | Email thread for and containing legal advice with Araujo, Charlie; Aronson, Robyn; Caceros, Nidia; Carnessale, Juliana; Ford, Kurt B; Gray, Debbie; Hallock, Whitney; Lynem, Lori; Markus, BJ; O'Neill, Steven; Potter, Paige; Rothstein, Richard M; Smith, Stephen; Williams, Curt; Yass, Warren re security concerns in Israel. | Attorney Client |
| | 6/16/2014 | Smotkin, Rick | Binke, Mark; Windholz, Maya; Richmond, Randi | Lackman, Barbara; Footlik, Jay | Email thread for and containing legal advice with Araujo, Charlie; Aronson, Robyn; Caceros, Nidia; Carnessale, Juliana; Ford, Kurt B; Gray, Debbie; Hallock, Whitney; Lynem, Lori; Markus, BJ; O'Neill, Steven; Potter, Paige; Rothstein, Richard M; Smith, Stephen; Williams, Curt; Yass, Warren re security concerns in Israel. | Attorney Client |
| | 6/16/2014 | Footlik, Jay | Binke, Mark; Windholz, Maya; Smotkin, Rick; Richmond, Randi | Lackman, Barbara | Email thread for and containing legal advice with Araujo, Charlie; Aronson, Robyn; Caceros, Nidia; Carnessale, Juliana; Ford, Kurt B; Gray, Debbie; Hallock, Whitney; Lynem, Lori; Markus, BJ; O'Neill, Steven; Potter, Paige; Rothstein, Richard M; Smith, Stephen; Williams, Curt; Yass, Warren re security concerns in Israel. | Attorney Client |
| | 6/16/2014 | Footlik, Jay | Binke, Mark; Windholz, Maya; Smotkin, Rick; Richmond, Randi | Lackman, Barbara | Email thread for and containing legal advice with Araujo, Charlie; Aronson, Robyn; Caceros, Nidia; Carnessale, Juliana; Ford, Kurt B; Gray, Debbie; Hallock, Whitney; Lynem, Lori; O'Neill, Steven; Potter, Paige; Smith, Stephen; Williams, Curt; Yass, Warren re security concerns in Israel. | Attorney Client |
| | 6/16/2014 | Windholz, Maya | Footlik, Jay; Binke, Mark; Smotkin, Rick; Richmond, Randi; Williams, Curt | Lackman, Barbara; Aronson, Robyn | Email for and containing legal advice re security concerns in Israel. | Attorney Client |
| | 6/16/2014 | Windholz, Maya | Footlik, Jay; Binke, Mark; Smotkin, Rick; Richmond, Randi; Williams, Curt | Lackman, Barbara; Aronson, Robyn | Email for and containing legal advice re security concerns in Israel. | Attorney Client |
| | 6/16/2014 | Binke, Mark | Windholz, Maya; Footlik, Jay; Smotkin, Rick; Richmond, Randi; Williams, Curt | Lackman, Barbara; Aronson, Robyn | Email thread for and containing legal advice with Footlik, Jay re security concerns in Israel. | Attorney Client |
| UCP003403 | 6/16/2014 | Caceros, Nidia | Binke, Mark; Wachtel, Jeff | Dolcemaschio, Steve | Redacted email regarding legal advice with Aronson, Robyn; Carnessale, Juliana; Ford, Kurt B; Lackman, Barbara; Lichtman, James; Lynem, Lori; Markus, BJ; O'Neill, Steven; Williams, Curt re security concerns in Israel. | Attorney Client |
| | 6/16/2014 | Lackman, Barbara | Binke, Mark; Windholz, Maya; Footlik, Jay; Smotkin, Rick; Richmond, Randi; Williams, Curt | Aronson, Robyn | Email for and containing legal advice re security concerns in Israel. | Attorney Client |
| | 6/16/2014 | Lackman, Barbara | Binke, Mark; Windholz, Maya; Footlik, Jay; Smotkin, Rick; Richmond, Randi; Williams, Curt | Aronson, Robyn | Email thread for and containing legal advice with Footlik, Jay re security concerns in Israel. | Attorney Client |
| | 6/16/2014 | Windholz, Maya | Lackman, Barbara; Binke, Mark; Footlik, Jay; Smotkin, Rick; Richmond, Randi; Williams, Curt | Aronson, Robyn; Ford, Kurt B | Email for and containing legal advice re security concerns in Israel. | Attorney Client |
| | 6/16/2014 | Windholz, Maya | Lackman, Barbara; Binke, Mark; Footlik, Jay; Smotkin, Rick; Richmond, Randi; Williams, Curt | Aronson, Robyn; Ford, Kurt B | Email for and containing legal advice re security concerns in Israel. | Attorney Client |

Supplemental Privilege Log

*Universal Cable Productions LLC, et al. v. Atlantic Specialty Insurance Company* , C.D. Cal. Case No. 2:16-cv-04435-PA-MRW

| Beginning Bates Number | Date | From | To | CC | Description | Privilege Asserted/ Redaction |
|---|---|---|---|---|---|---|
| | 6/16/2014 | Binke, Mark | Windholz, Maya; Lackman, Barbara; Footlik, Jay; Smotkin, Rick; Richmond, Randi; Williams, Curt | Aronson, Robyn; Ford, Kurt B | Email for and containing legal advice re security concerns in Israel. | Attorney Client |
| | 6/16/2014 | Windholz, Maya | Lackman, Barbara; Binke, Mark; Footlik, Jay; Smotkin, Rick; Richmond, Randi; Williams, Curt | Aronson, Robyn; Ford, Kurt B | Email for and containing legal advice re security concerns in Israel. | Attorney Client |
| | 6/16/2014 | Windholz, Maya | Lackman, Barbara; Binke, Mark; Footlik, Jay; Smotkin, Rick; Richmond, Randi; Williams, Curt | Aronson, Robyn; Ford, Kurt B | Email for and containing legal advice re security concerns in Israel. | Attorney Client |
| | 6/16/2014 | Binke, Mark | Windholz, Maya; Lackman, Barbara; Footlik, Jay; Smotkin, Rick; Richmond, Randi; Williams, Curt | Aronson, Robyn; Ford, Kurt B | Email thread for and containing legal advice with Footlik, Jay re security concerns in Israel. | Attorney Client |
| | 6/16/2014 | Richmond, Randi | Binke, Mark; Windholz, Maya; Lackman, Barbara; Footlik, Jay; Smotkin, Rick; Williams, Curt | Aronson, Robyn; Ford, Kurt B | Email for and containing legal advice re security concerns in Israel. | Attorney Client |
| | 6/16/2014 | Richmond, Randi | Binke, Mark; Windholz, Maya; Lackman, Barbara; Footlik, Jay; Smotkin, Rick; Williams, Curt | Aronson, Robyn; Ford, Kurt B | Email thread for and containing legal advice with Footlik, Jay re security concerns in Israel. | Attorney Client |
| | 6/16/2014 | Richmond, Randi | Binke, Mark; Windholz, Maya; Lackman, Barbara; Footlik, Jay; Smotkin, Rick; Williams, Curt | Aronson, Robyn; Ford, Kurt B | Email for and containing legal advice re security concerns in Israel. | Attorney Client |
| | 6/16/2014 | Richmond, Randi | Binke, Mark; Windholz, Maya; Lackman, Barbara; Footlik, Jay; Smotkin, Rick; Williams, Curt | Aronson, Robyn; Ford, Kurt B | Email for and containing legal advice re security concerns in Israel. | Attorney Client |
| | 6/16/2014 | Richmond, Randi | Binke, Mark; Windholz, Maya; Lackman, Barbara; Footlik, Jay; Smotkin, Rick; Williams, Curt | Aronson, Robyn; Ford, Kurt B | Email for and containing legal advice re security concerns in Israel. | Attorney Client |
| | 6/16/2014 | Richmond, Randi | Binke, Mark; Windholz, Maya; Lackman, Barbara; Footlik, Jay; Smotkin, Rick; Williams, Curt | Aronson, Robyn; Ford, Kurt B | Email thread for and containing legal advice with Footlik, Jay re security concerns in Israel. | Attorney Client |
| | 6/16/2014 | Smotkin, Rick | Binke, Mark; Windholz, Maya; Lackman, Barbara; Footlik, Jay; Richmond, Randi; Williams, Curt | Aronson, Robyn; Ford, Kurt B | Email for and containing legal advice re security concerns in Israel. | Attorney Client |
| | 6/16/2014 | Smotkin, Rick | Binke, Mark; Windholz, Maya; Lackman, Barbara; Footlik, Jay; Richmond, Randi; Williams, Curt | Aronson, Robyn; Ford, Kurt B | Email for and containing legal advice re security concerns in Israel. | Attorney Client |
| | 6/16/2014 | Smotkin, Rick | Binke, Mark; Windholz, Maya; Lackman, Barbara; Footlik, Jay; Richmond, Randi; Williams, Curt | Aronson, Robyn; Ford, Kurt B | Email thread for and containing legal advice with Footlik, Jay re security concerns in Israel. | Attorney Client |
| | 6/16/2014 | Smotkin, Rick | Richmond, Randi; Binke, Mark; Windholz, Maya; Lackman, Barbara; Footlik, Jay; Williams, Curt | Aronson, Robyn; Ford, Kurt B | Email for and containing legal advice re security concerns in Israel. | Attorney Client |
| | 6/16/2014 | Smotkin, Rick | Richmond, Randi; Binke, Mark; Windholz, Maya; Lackman, Barbara; Footlik, Jay; Williams, Curt | Aronson, Robyn; Ford, Kurt B | Email for and containing legal advice re security concerns in Israel. | Attorney Client |
| | 6/16/2014 | Smotkin, Rick | Richmond, Randi; Binke, Mark; Windholz, Maya; Lackman, Barbara; Footlik, Jay; Williams, Curt | Aronson, Robyn; Ford, Kurt B | Email thread for and containing legal advice with Footlik, Jay re security concerns in Israel. | Attorney Client |
| | 6/16/2014 | Footlik, Jay | Smotkin, Rick | Richmond, Randi; Binke, Mark; Windholz, Maya; Lackman, Barbara; Williams, Curt; Aronson, Robyn; Ford, Kurt B | Email for and containing legal advice re security concerns in Israel. | Attorney Client |

**Supplemental Privilege Log**

*Universal Cable Productions LLC, et al. v. Atlantic Specialty Insurance Company , C.D. Cal. Case No. 2:16-cv-04435-PA-MRW*

| Beginning Bates Number | Date | From | To | CC | Description | Privilege Asserted/ Redaction |
|---|---|---|---|---|---|---|
| | 6/16/2014 | Footlik, Jay | Smotkin, Rick | Richmond, Randi; Binke, Mark; Windholz, Maya; Lackman, Barbara; Williams, Curt; Aronson, Robyn; Ford, Kurt B | Email for and containing legal advice re security concerns in Israel. | Attorney Client |
| | 6/16/2014 | Footlik, Jay | Smotkin, Rick | Richmond, Randi; Binke, Mark; Windholz, Maya; Lackman, Barbara; Williams, Curt; Aronson, Robyn; Ford, Kurt B | Email for and containing legal advice re security concerns in Israel. | Attorney Client |
| | 6/16/2014 | Richmond, Randi | Footlik, Jay; Smotkin, Rick | Binke, Mark; Windholz, Maya; Lackman, Barbara; Williams, Curt; Aronson, Robyn; Ford, Kurt B | Email for and containing legal advice re security concerns in Israel. | Attorney Client |
| | 6/16/2014 | Richmond, Randi | Footlik, Jay; Smotkin, Rick | Binke, Mark; Windholz, Maya; Lackman, Barbara; Williams, Curt; Aronson, Robyn; Ford, Kurt B | Email for and containing legal advice re security concerns in Israel. | Attorney Client |
| | 6/16/2014 | Richmond, Randi | Footlik, Jay; Smotkin, Rick | Binke, Mark; Windholz, Maya; Lackman, Barbara; Williams, Curt; Aronson, Robyn; Ford, Kurt B | Email thread for and containing legal advice with Footlik, Jay re security concerns in Israel. | Attorney Client |
| | 6/16/2014 | Footlik, Jay | Richmond, Randi | | Email thread for and containing legal advice with Aronson, Robyn; Binke, Mark; Ford, Kurt B; Lackman, Barbara; Smotkin, Rick; Williams, Curt; Windholz, Maya re security concerns in Israel. | Attorney Client |
| | 6/16/2014 | Binke, Mark | Smith, Stephen | Windholz, Maya; Richmond, Randi; Lackman, Barbara; Williams, Curt; Aronson, Robyn; Ford, Kurt B; Smotkin, Rick; Footlik, Jay | Email for and containing legal advice re security concerns in Israel. | Attorney Client |
| | 6/16/2014 | Binke, Mark | Smith, Stephen | Windholz, Maya; Richmond, Randi; Lackman, Barbara; Williams, Curt; Aronson, Robyn; Ford, Kurt B; Smotkin, Rick; Footlik, Jay | Email for and containing legal advice re security concerns in Israel. | Attorney Client |
| UCP003619 | 6/16/2014 | Miller, Stephan | Richmond, Randi | | Redaction regarding legal advice re security concerns in Israel. | Attorney Client |
| | 6/16/2014 | Ford, Kurt B | Dominitz, Jennifer | | Email thread for and containing legal advice with Aronson, Robyn; Binke, Mark; Footlik, Jay; Lackman, Barbara; Richmond, Randi; Smith, Stephen; Smotkin, Rick; Williams, Curt; Windholz, Maya re security concerns in Israel. | Attorney Client |
| | 6/17/2014 | Williams, Curt | Ford, Kurt B | Donovan, Pat | Email for and containing legal advice re security concerns in Israel. | Attorney Client |
| | 6/17/2014 | Windholz, Maya | Binke, Mark | | Email for and containing legal advice re security concerns in Israel. | Attorney Client |
| UCP001158 | 6/19/2014 | Cheeks, George | Binke, Mark | | Redaction regarding legal advice re security concerns in Israel. | Attorney Client |
| UCP001663 | 6/30/2014 | Binke, Mark | Richmond, Randi | | Redacted email regarding legal advice with Footlik, Jay; O'Leary, Brian; Smotkin, Rick; Winemaker, Mark re security concerns in Israel. | Attorney Client |
| UCP001549 | 7/2/2014 | Binke, Mark | Richmond, Randi | | Redaction regarding legal advice re security concerns in Israel. | Attorney Client |
| UCP000987 | 7/2/2014 | Richmond, Randi | Binke, Mark | | Redaction regarding legal advice re security concerns in Israel. | Attorney Client |
| UCP000905 | 7/2/2014 | Richmond, Randi | Footlik, Jay; Smotkin, Rick; Miller, Stephan | Binke, Mark | Redaction regarding legal advice re security concerns in Israel. | Attorney Client |
| UCP003715 | 7/2/2014 | Richmond, Randi | Windholz, Maya | | Redactions regarding legal advice re security concerns in Israel. | Attorney Client |

Supplemental Privilege Log

*Universal Cable Productions LLC, et al. v. Atlantic Specialty Insurance Company* , C.D. Cal. Case No. 2:16-cv-04435-PA-MRW

| Beginning Bates Number | Date | From | To | CC | Description | Privilege Asserted/ Redaction |
|---|---|---|---|---|---|---|
| | 7/2/2014 | Windholz, Maya | Freeman, Gidon | Richmond, Randi; Binke, Mark | Email thread for and containing legal advice with Footlik, Jay; Miller, Stephan; Smith, Stephen; Smotkin, Rick re security concerns in Israel. | Attorney Client |
| | 7/3/2014 | Freeman, Gidon | Windholz, Maya | Richmond, Randi; Binke, Mark | Email thread for and containing legal advice with Footlik, Jay; Miller, Stephan; Smith, Stephen; Smotkin, Rick re security concerns in Israel. | Attorney Client |
| | 7/3/2014 | Freeman, Gidon | Windholz, Maya | Richmond, Randi; Binke, Mark | Email thread for and containing legal advice with Footlik, Jay; Miller, Stephan; Smotkin, Rick re security concerns in Israel. | Attorney Client |
| | 7/3/2014 | Richmond, Randi | Freeman, Gidon; Windholz, Maya | Binke, Mark | Email thread for and containing legal advice with Footlik, Jay; Miller, Stephan; Smotkin, Rick re security conerns in Israel. | Attorney Client |
| | 7/3/2014 | Windholz, Maya | Freeman, Gidon | Richmond, Randi; Binke, Mark | Email thread for and containing legal advice with Footlik, Jay; Miller, Stephan; Smith, Stephen; Smotkin, Rick re security concerns in Israel. | Attorney Client |
| | 7/3/2014 | Windholz, Maya | Freeman, Gidon | Richmond, Randi; Binke, Mark | Email thread for and containing legal advice with Footlik, Jay; Miller, Stephan; Smith, Stephen; Smotkin, Rick re security concerns in Israel. | Attorney Client |
| | 7/4/2014 | Footlik, Jay | Richmond, Randi; Binke, Mark | Smotkin, Rick; O'Leary, Brian | Email for and containing legal advice re security concerns in Israel. | Attorney Client |
| | 7/5/2014 | Footlik, Jay | Binke, Mark | Miller, Stephan; Smotkin, Rick; O'Leary, Brian; Richmond, Randi | Email for and containing legal advice re security concerns in Israel. | Attorney Client |
| | 7/5/2014 | Richmond, Randi | Footlik, Jay; Binke, Mark | Miller, Stephan; Smotkin, Rick; O'Leary, Brian | Email for and containing legal advice re security concerns in Israel. | Attorney Client |
| | 7/5/2014 | Footlik, Jay | Richmond, Randi | Binke, Mark; Miller, Stephan; Smotkin, Rick; O'Leary, Brian | Email for and containing legal advice re security concerns in Israel. | Attorney Client |
| | 7/5/2014 | Binke, Mark | Smotkin, Rick; Richmond, Randi | Footlik, Jay; O'Leary, Brian; | Email thread for and containing legal advice re security concerns in Israel. | Attorney Client |
| | 7/5/2014 | Footlik, Jay | Binke, Mark | Richmond, Randi; Miller, Stephan; Smotkin, Rick; O'Leary, Brian | Email for and containing legal advice re security concerns in Israel. | Attorney Client |
| | 7/8/2014 | Aronson, Robyn | Richmond, Randi; Ford, Kurt B | Rivas, Eduardo | Email for and containing legal advice re insurance coverage. | Attorney Client |
| | 7/8/2014 | Ford, Kurt B | Garber, Andrea | | Email thread for and containing legal advice with Aronson, Robyn; Richmond, Randi; Rivas, Eduardo re filming in Israel andinsurance coverage. | Attorney Client |
| | 7/8/2014 | Aronson, Robyn | Richmond, Randi; Ford, Kurt B | Rivas, Eduardo | Email for and containing legal advice re insurance coverage. | Attorney Client |
| | 7/8/2014 | Ford, Kurt B | Garber, Andrea | | Emailthread  for and containing legal advice with Aronson, Robyn; Richmond, Randi; Rivas, Eduardo re filming in Israel and insurance coverage. | Attorney Client |
| | 7/8/2014 | Ford, Kurt B | Garber, Andrea | | Email thread for and containing legal advice with Aronson, Robyn; Richmond, Randi; Rivas, Eduardo re insurance coverage. | Attorney Client |
| | 7/9/2014 | Footlik, Jay | Binke, Mark; Richmond, Randi; Smotkin, Rick; O'Leary, Brian | | Email for and containing legal advice re security concerns in Israel. | Attorney Client |
| | 7/9/2014 | Ford, Kurt B | Binke, Mark; Garber, Andrea; Dominitz, Jennifer | | Email for and containing legal advice re security concerns in Israel. | Attorney Client |
| | 7/9/2014 | Binke, Mark | Ford, Kurt B; Garber, Andrea; Dominitz, Jennifer | | Email for and containing legal advice re DIG insurance claim. | Attorney Client |

Supplemental Privilege Log

*Universal Cable Productions LLC, et al. v. Atlantic Specialty Insurance Company* , C.D. Cal. Case No. 2:16-cv-04435-PA-MRW

| Beginning Bates Number | Date | From | To | CC | Description | Privilege Asserted/ Redaction |
|---|---|---|---|---|---|---|
| | 7/9/2014 | Binke, Mark | Wachtel, Jeff; Dolcemaschio, Steve; Richmond, Randi; Rothstein, Richard M | Binke, Mark | Email thread for and containing legal advice with Dominitz, Jennifer; Ford, Kurt B; Garber, Andrea re security concerns in Israel. | Attorney Client |
| UCP002859 | 7/9/2014 | Binke, Mark | Ford, Kurt B; Smotkin, Rick; Windholz, Maya; Garber, Andrea | Richmond, Randi | Redaction regarding legal advice re security concerns in Israel. | Attorney Client |
| UCP003625 | 7/9/2014 | Binke, Mark | Ford, Kurt B; Smotkin, Rick; Windholz, Maya; Garber, Andrea | Richmond, Randi | Redaction regarding legal advice re security concerns in Israel. | Attorney Client |
| | 7/9/2014 | Binke, Mark | Ford, Kurt B; Smotkin, Rick; Windholz, Maya; Garber, Andrea | Richmond, Randi | Email thread for legal advice re security concerns in Israel. | Attorney Client |
| | 7/9/2014 | Potter, Paige | Smith, Stephen; Footlik, Jay; Smotkin, Rick; Garber, Andrea; Ford, Kurt B; O'Leary, Brian | Yass, Warren; Mancia, Marilu; Hallock, Whitney; Mullins, Catherine; Nesbitt, Jennifer | Email for and containing legal advice re security concerns in Israel. | Attorney Client |
| UCP000881 | 7/9/2014 | Ford, Kurt B | Garber, Andrea; Dominitz, Jennifer | | Redaction regarding legal advice re security concerns in Israel. | Attorney Client |
| | 7/9/2014 | Smotkin, Rick | Binke, Mark | Footlik, Jay | Email thread for and containing legal advice with Dolcemaschio, Steve; Ford, Kurt B; Garber, Andrea; Richmond, Randi; Rothstein, Richard M; Smith, Stephen; Wachtel, Jeff; Windholz, Maya re security concerns in Israel. | Attorney Client |
| | 7/9/2014 | Dominitz, Jennifer | Ford, Kurt B; Garber, Andrea | Windholz, Maya; Aronson, Robyn | Email thread for and containing legal advice with Potter, Paige; Richmond, Randi re security concerns in Israel. | Attorney Client |
| | 7/9/2014 | Dominitz, Jennifer | Ford, Kurt B; Garber, Andrea | Windholz, Maya; Aronson, Robyn | Email thread for and containing legal advice with Potter, Paige; Richmond, Randi re security concerns in Israel. | Attorney Client |
| UCP000487 | 7/9/2014 | Lynem, Lori | Carnessale, Juliana; Richmond, Randi | | Redacted email regarding legal advice re security concerns in Israel. | Attorney Client |
| | 7/9/2014 | Richmond, Randi | Lynem, Lori; Carnessale, Juliana | | Email thread for legal advice re security concerns in Israel. | Attorney Client |
| UCP001070 | 7/9/2014 | O'Neill, Steven | Richmond, Randi | Rothstein, Richard M; Binke, Mark | Redacted email thread regarding legal advice with Carnessale, Juliana; Lynem, Lori re security concerns in Israel. | Attorney Client |
| UCP000936 | 7/9/2014 | Caceros, Nidia | Binke, Mark; Richmond, Randi; Rothstein, Richard M | O'Neill, Steven | Redacted email thread regarding legal advice with Carnessale, Juliana; Lynem, Lori re security concerns in Israel. | Attorney Client |
| UCP003653 | 7/9/2014 | Caceros, Nidia | Binke, Mark; Richmond, Randi; Rothstein, Richard M | O'Neill, Steven | Redacted email thread regarding legal advice with Carnessale, Juliana; Lynem, Lori re security concerns in Israel. | Attorney Client |
| | 7/9/2014 | Wachtel, Jeff | Binke, Mark | Rothstein, Richard M | Email thread for and containing legal advice with Dolcemaschio, Steve; Footlik, Jay; Ford, Kurt B; Garber, Andrea; Harris, Kimberley; Richmond, Randi; Smith, Stephen; Smotkin, Rick; Windholz, Maya re security concerns in Israel. | Attorney Client |
| UCP003338 | 7/9/2014 | Binke, Mark | Wachtel, Jeff | Rothstein, Richard M | Redacted email thread for and containing legal advice with Footlik, Jay; Ford, Kurt B; Garber, Andrea; Smotkin, Rick; Windholz, Maya re security concerns in Israel. | Attorney Client |

Supplemental Privilege Log

*Universal Cable Productions LLC, et al. v. Atlantic Specialty Insurance Company* , C.D. Cal. Case No. 2:16-cv-04435-PA-MRW

| Beginning Bates Number | Date | From | To | CC | Description | Privilege Asserted/ Redaction |
|---|---|---|---|---|---|---|
| | 7/9/2014 | Binke, Mark | Wachtel, Jeff | Rothstein, Richard M | Email thread for and containing legal advice with Dolcemaschio, Steve; Footlik, Jay; Ford, Kurt B; Garber, Andrea; Richmond, Randi; Smith, Stephen; Smotkin, Rick; Windholz, Maya re security concerns in Israel. | Attorney Client |
| | 7/9/2014 | Ford, Kurt B | Dominitz, Jennifer; Binke, Mark; Richmond, Randi | Garber, Andrea; Windholz, Maya; Aronson, Robyn | Email thread for and containing legal advice with Ford, Kurt B; Potter, Paige re security concerns in Israel. | Attorney Client |
| UCP003632 | 7/9/2014 | Ford, Kurt B | Dominitz, Jennifer; Binke, Mark; Richmond, Randi | Garber, Andrea; Windholz, Maya; Aronson, Robyn | Redacted email thread for and containing legal advice re security concerns in Israel. | Attorney Client |
| | 7/9/2014 | Ford, Kurt B | Dominitz, Jennifer; Binke, Mark; Richmond, Randi | Garber, Andrea; Windholz, Maya; Aronson, Robyn | Email thread for and containing legal advice with Potter, Paige re security concerns in Israel. | Attorney Client |
| | 7/9/2014 | Wachtel, Jeff | Shields, Cory | Binke, Mark; Guarino, Jordanna | Email thread for and containing legal advice with Dolcemaschio, Steve; Footlik, Jay; Ford, Kurt B; Garber, Andrea; Richmond, Randi; Rothstein, Richard M; Smith, Stephen; Smotkin, Rick; Windholz, Maya re security concerns in Israel. | Attorney Client |
| | 7/9/2014 | Richmond, Randi | Ford, Kurt B; Dominitz, Jennifer; Binke, Mark | Garber, Andrea; Windholz, Maya; Aronson, Robyn | Email thread for and containing legal advice with Potter, Paige re security concerns in Israel. | Attorney Client |
| | 7/9/2014 | Richmond, Randi | Ford, Kurt B; Dominitz, Jennifer; Binke, Mark | Garber, Andrea; Windholz, Maya; Aronson, Robyn | Email thread for and containing legal advice with Potter, Paige re security concerns in Israel. | Attorney Client |
| UCP000964 | 7/9/2014 | Berman, Gail | Binke, Mark | Berman, Gail | Redaction regarding legal advice re security concerns in Israel and insurance coverage. | Attorney Client |
| | 7/9/2014 | Richmond, Randi | Garber, Andrea; Ford, Kurt B | Aronson, Robyn; Carnessale, Juliana; Lynem, Lori; Binke, Mark; Rothstein, Richard M; O'Neill, Steven | Email for and containing legal advice re security concerns in Israel. | Attorney Client |
| | 7/9/2014 | Aronson, Robyn | Richmond, Randi | | Email thread for and containing legal advice with Binke, Mark; Carnessale, Juliana; Garber, Andrea; Lynem, Lori; O'Neill, Steven; Rothstein, Richard M re security concerns in Israel. | Attorney Client |
| UCP001026 | 7/9/2014 | Richmond, Randi | Rothstein, Richard M; Binke, Mark; O'Neill, Steven | Carnessale, Juliana | Redacted email regarding legal advice re security concerns in Israel. | Attorney Client |
| UCP001033 | 7/9/2014 | Rothstein, Richard M | Binke, Mark | Caceros, Nidia; Richmond, Randi; O'Neill, Steven; Fung, Stacy | Redacted email thread regarding legal advice with Carnessale, Juliana; Lynem, Lori re security concerns in Israel. | Attorney Client |
| UCP003365 | 7/9/2014 | Fung, Stacy | Rothstein, Richard M; Richmond, Randi | Binke, Mark; O'Neill, Steven; Carnessale, Juliana | Redacted email thread regarding legal advice re security concerns in Israel. | Attorney Client |
| UCP003500 | 7/9/2014 | Fung, Stacy | Rothstein, Richard M; Richmond, Randi | Binke, Mark; O'Neill, Steven; Carnessale, Juliana | Redacted email thread regarding legal advice re security concerns in Israel. | Attorney Client |
| UCP003368 | 7/9/2014 | Richmond, Randi | Fung, Stacy; Rothstein, Richard M | Binke, Mark; O'Neill, Steven; Carnessale, Juliana | Redacted email thread regarding legal advice re security concerns in Israel. | Attorney Client |
| | 7/9/2014 | Carnessale, Juliana | Richmond, Randi; Garber, Andrea; Ford, Kurt B | Aronson, Robyn; Lynem, Lori; Binke, Mark; Rothstein, Richard M; O'Neill, Steven; Abayomi, Olayemi | Email for and containing legal advice re security concerns in Israel. | Attorney Client |
| | 7/9/2014 | Shields, Cory | Wachtel, Jeff | Binke, Mark; Guarino, Jordanna; Caceros, Nidia | Email thread for and containing legal advice with Dolcemaschio, Steve; Footlik, Jay; Ford, Kurt B; Garber, Andrea; Richmond, Randi; Rothstein, Richard M; Smith, Stephen; Smotkin, Rick; Windholz, Maya re security concerns in Israel. | Attorney Client |

**Supplemental Privilege Log**

*Universal Cable Productions LLC, et al. v. Atlantic Specialty Insurance Company* , C.D. Cal. Case No. 2:16-cv-04435-PA-MRW

| Beginning Bates Number | Date | From | To | CC | Description | Privilege Asserted/ Redaction |
|---|---|---|---|---|---|---|
| UCP003380 | 7/9/2014 | Wachtel, Jeff | Shields, Cory | Binke, Mark; Guarino, Jordanna; Caceros, Nidia | Redactions regarding legal advice including email with Ford, Kurt B; Garber, Andrea; Richmond, Randi; Windholz, Maya re security concerns in Israel. | Attorney Client |
| UCP003321 | 7/9/2014 | Carnessale, Juliana | Richmond, Randi; Fung, Stacy; Rothstein, Richard M | Binke, Mark; O'Neill, Steven; Abayomi, Olayemi | Redacted email thread for and containing legal advice re security concerns in Israel. | Attorney Client |
| UCP003718 | 7/9/2014 | Carnessale, Juliana | Richmond, Randi; Fung, Stacy; Rothstein, Richard M | Binke, Mark; O'Neill, Steven; Abayomi, Olayemi | Redacted email thread regarding legal advice re security concerns in Israel. | Attorney Client |
| | 7/9/2014 | Dominitz, Jennifer | Ford, Kurt B | | Email thread for and containing legal advice with Aronson, Robyn; Binke, Mark; Garber, Andrea; Potter, Paige; Richmond, Randi; Windholz, Maya re security concerns in Israel. | Attorney Client |
| | 7/9/2014 | Ford, Kurt B | Dominitz, Jennifer | | Email thread for and containing legal advice with Aronson, Robyn; Binke, Mark; Garber, Andrea; Potter, Paige; Richmond, Randi; Windholz, Maya re security concerns in Israel. | Attorney Client |
| | 7/9/2014 | Dominitz, Jennifer | Ford, Kurt B | | Email thread for and containing legal advice with Aronson, Robyn; Binke, Mark; Garber, Andrea; Potter, Paige; Richmond, Randi; Windholz, Maya re security concerns in Israel. | Attorney Client |
| | 7/9/2014 | Cheeks, George | Binke, Mark | | Email thread for and containing legal advice with Aronson, Robyn; Binke, Mark; Carnessale, Juliana; Ford, Kurt B; Garber, Andrea; Lynem, Lori; O'Neill, Steven; Richmond, Randi; Rothstein, Richard M re security concerns in Israel. | Attorney Client |
| | 7/9/2014 | Kasdan, Sheldon | Binke, Mark; Richmond, Randi; Carnessale, Juliana | Gorham, Keith; Caprielian, Stephanie | Email for and containing legal advice re security concerns in Israel. | Attorney Client |
| | 7/9/2014 | Carnessale, Juliana | Kasdan, Sheldon; Binke, Mark; Richmond, Randi; Abayomi, Olayemi | Gorham, Keith; Caprielian, Stephanie; Lynem, Lori | Email for and containing legal advice re security concerns in Israel. | Attorney Client |
| UCP003388 | 7/9/2014 | Abayomi, Olayemi | Carnessale, Juliana; Richmond, Randi; Fung, Stacy; Rothstein, Richard M | Binke, Mark; O'Neill, Steven | Redacted email thread for and containing legal advice re security concerns in Israel. | Attorney Client |
| UCP003551 | 7/9/2014 | Abayomi, Olayemi | Carnessale, Juliana; Richmond, Randi; Fung, Stacy; Rothstein, Richard M | Binke, Mark; O'Neill, Steven | Redacted email thread for and containing legal advice re security concerns in Israel. | Attorney Client |
| UCP003333 | 7/9/2014 | Carnessale, Juliana | Binke, Mark; Abayomi, Olayemi; Richmond, Randi; Fung, Stacy; Rothstein, Richard M | O'Neill, Steven; Dolcemaschio, Steve | Redacted email thread for and containing legal advice re security concerns in Israel. | Attorney Client |
| UCP003371 | 7/9/2014 | Carnessale, Juliana | Binke, Mark; Abayomi, Olayemi; Richmond, Randi; Fung, Stacy; Rothstein, Richard M | O'Neill, Steven; Dolcemaschio, Steve | Redacted email thread for and containing legal advice re security concerns in Israel. | Attorney Client |
| UCP003343 | 7/9/2014 | O'Neill, Steven | Binke, Mark | Carnessale, Juliana; Abayomi, Olayemi; Richmond, Randi; Fung, Stacy; Rothstein, Richard M; Dolcemaschio, Steve | Redacted email thread for and containing legal advice re security concerns in Israel. | Attorney Client |
| | 7/9/2014 | O'Neill, Steven | Binke, Mark | Carnessale, Juliana; Abayomi, Olayemi; Richmond, Randi; Fung, Stacy; Rothstein, Richard M; Dolcemaschio, Steve | Email thread for and containing legal advice with re security concerns in Israel. | Attorney Client |
| | 7/9/2014 | Binke, Mark | O'Neill, Steven | Carnessale, Juliana; Abayomi, Olayemi; Richmond, Randi; Fung, Stacy; Rothstein, Richard M; Dolcemaschio, Steve | Email thread for and containing legal advice re security concerns in Israel. | Attorney Client |

Supplemental Privilege Log

*Universal Cable Productions LLC, et al. v. Atlantic Specialty Insurance Company* , C.D. Cal. Case No. 2:16-cv-04435-PA-MRW

| Beginning Bates Number | Date | From | To | CC | Description | Privilege Asserted/ Redaction |
|---|---|---|---|---|---|---|
| UCP003359 | 7/9/2014 | O'Neill, Steven | Binke, Mark | | Redacted email thread for and containing legal advice with Abayomi, Olayemi; Binke, Mark; Carnessale, Juliana; Dolcemaschio, Steve; Fung, Stacy; O'Neill, Steven; Rothstein, Richard M re security concerns in Israel. | Attorney Client |
| | 7/9/2014 | Binke, Mark | Ford, Kurt B; Garber, Andrea | | Email thread for and containing legal advice with Abayomi, Olayemi; Caprielian, Stephanie; Carnessale, Juliana; Gorham, Keith; Kasdan, Sheldon; Lynem, Lori; Richmond, Randi re security concerns in Israel. | Attorney Client |
| UCP003324 | 7/9/2014 | Carnessale, Juliana | Binke, Mark; O'Neill, Steven | Abayomi, Olayemi; Richmond, Randi; Fung, Stacy; Rothstein, Richard M; Dolcemaschio, Steve | Redacted email thread for and containing legal advice re security concerns in Israel. | Attorney Client |
| | 7/10/2014 | Binke, Mark | Kasdan, Sheldon; Richmond, Randi; Carnessale, Juliana | Gorham, Keith; Caprielian, Stephanie | Email thread for and containing legal advice re security concerns in Israel. | Attorney Client |
| UCP003288 | 7/10/2014 | Ford, Kurt B | Garber, Andrea; Dominitz, Jennifer | | Redacted email thread for and containing legal advice re security concerns in Israel. | Attorney Client |
| UCP003101 | 7/10/2014 | Ford, Kurt B | Williams, Curt | | Redacted email thread for and containing legal advice with Dominitz, Jennifer; Garber, Andrea re security concerns in Israel. | Attorney Client |
| UCP003019 | 7/10/2014 | Ford, Kurt B | Williams, Curt | | Redacted email thread for and containing legal advice with Dominitz, Jennifer; Garber, Andrea re security concerns in Israel. | Attorney Client |
| UCP003212 | 7/10/2014 | Williams, Curt | Ford, Kurt B | | Redacted email thread for and containing legal advice with Dominitz, Jennifer; Garber, Andrea re security concerns in Israel. | Attorney Client |
| UCP003073 | 7/10/2014 | Williams, Curt | Ford, Kurt B | | Redacted email thread for and containing legal advice with Dominitz, Jennifer; Garber, Andrea re security concerns in Israel. | Attorney Client |
| UCP000598 | 7/10/2014 | Rothstein, Richard M | Binke, Mark | Caceros, Nidia; Richmond, Randi; O'Neill, Steven; Fung, Stacy | Redacted emails regarding legal advice with Carnessale, Juliana; Lynem, Lori re security concerns in Israel. | Attorney Client |
| UCP003291 | 7/10/2014 | Ford, Kurt B | Binke, Mark; Dominitz, Jennifer; Richmond, Randi | | Redacted email for and containing legal advice re security concerns in Israel. | Attorney Client |
| | 7/10/2014 | Cohen, David | Binke, Mark | Harris, Kimberley; Hammer, Bonnie; Wachtel, Jeff; Shields, Cory | Email for and containing legal advice re security concerns in Israel. | Attorney Client |
| UCP003304 | 7/10/2014 | Garber, Andrea | Ford, Kurt B | | Redacted email for and containing legal advice with Dominitz, Jennifer; Fprd. Kurt; Garber, Andrea re security concerns in Israel. | Attorney Client |
| UCP003331 | 7/10/2014 | Footlik, Jay | Binke, Mark | Smotkin, Rick; Freeman, Gidon; Windholz, Maya; Richmond, Randi | Redacted email thread for and containing legal advice with Footlik, Jay; Freeman, Gidon; Smotkin, Rick; Windholz, Maya re security concerns in Israel. | Attorney Client |
| | 7/10/2014 | Footlik, Jay | Binke, Mark | Smotkin, Rick; Freeman, Gidon; Windholz, Maya; Richmond, Randi | Email thread for and containing legal advice with Dolcemaschio, Steve; Ford, Kurt B; Rothstein, Richard M; Shields, Cory; Smith, Stephen; Wachtel, Jeff re security concerns in Israel. | Attorney Client |

**Supplemental Privilege Log**

*Universal Cable Productions LLC, et al. v. Atlantic Specialty Insurance Company , C.D. Cal. Case No. 2:16-cv-04435-PA-MRW*

| Beginning Bates Number | Date | From | To | CC | Description | Privilege Asserted/ Redaction |
|---|---|---|---|---|---|---|
| | 7/10/2014 | Windholz, Maya | Footlik, Jay; Binke, Mark | Smotkin, Rick; Freeman, Gidon; Richmond, Randi | Email thread for and containing legal advice with Dolcemaschio, Steve; Ford, Kurt B; Rothstein, Richard M; Shields, Cory; Smith, Stephen; Wachtel, Jeff re security concerns in Israel. | Attorney Client |
| | 7/10/2014 | Windholz, Maya | Footlik, Jay; Binke, Mark | Smotkin, Rick; Freeman, Gidon; Richmond, Randi | Email thread for and containing legal advice with Dolcemaschio, Steve; Ford, Kurt B; Rothstein, Richard M; Shields, Cory; Smith, Stephen; Wachtel, Jeff re security concerns in Israel. | Attorney Client |
| UCP003712 | 7/10/2014 | Binke, Mark | Footlik, Jay | Smotkin, Rick; Freeman, Gidon; Windholz, Maya; Richmond, Randi | Redacted email for and containing legal advice re security concerns in Israel. | Attorney Client |
| | 7/10/2014 | McCarthy, Tom | Wallace, John | | Email for and containing legal advice re security concerns in Israel. | Attorney Client |
| UCP018046 | 7/10/2014 | Wachtel, Jeff | Binke, Mark | Dolcemaschio, Steve; Rothstein, Richard M | Redacted email regarding legal advice with Dominitz, Jennifer; Richmond, Randi; Ford, Kurt; Binke, Mark re filming in Israel and security concerns in Israel. | Attorney Client |
| UCP003353 | 7/10/2014 | Richmond, Randi | Binke, Mark; Footlik, Jay | Smotkin, Rick; Freeman, Gidon; Windholz, Maya | Redacted email thread for and containing legal advice with Footlik, Jay; Freeman, Gidon; Smotkin, Rick; Windholz, Maya re security concerns in Israel. | Attorney Client |
| | 7/10/2014 | Smotkin, Rick | Binke, Mark | | Email thread for and containing legal advice with Dolcemaschio, Steve; Footlik, Jay; Ford, Kurt B; Freeman, Gidon; Richmond, Randi; Rothstein, Richard M; Shields, Cory; Smith, Stephen; Wachtel, Jeff; Windholz, Maya re security concerns in Israel. | Attorney Client |
| UCP003722 | 7/10/2014 | Caceros, Nidia | Rothstein, Richard M | Binke, Mark; Fung, Stacy; Richmond, Randi | Redacted email thread regarding legal advice with Carnessale, Juliana; Lynem, Lori re security concerns in Israel. | Attorney Client |
| UCP000883 | 7/10/2014 | Rothstein, Richard M | Caceros, Nidia | Binke, Mark; Fung, Stacy; Richmond, Randi; O'Neill, Steven | Redacted email thread regarding legal advice with Carnessale, Juliana; Lynem, Lori re security concerns in Israel. | Attorney Client |
| | 7/10/2014 | Cheeks, George | Binke, Mark | | Email thread for and containing legal advice with Dolcemaschio, Steve; Ford, Kurt B; Richmond, Randi; Rothstein, Richard M; Shields, Cory; Smith, Stephen; Wachtel, Jeff re security concerns in Israel and filming in Israel. | Attorney Client |
| | 7/10/2014 | Richmond, Randi | Rothstein, Richard M; O'Neill, Steven; Binke, Mark; Carnessale, Juliana; Lynem, Lori | | Email thread for and containing legal advice with Winemaker, Mark re security concerns in Israel. | Attorney Client |
| | 7/10/2014 | Aronson, Robyn | Carnessale, Juliana; Lynem, Lori; Windholz, Maya; Binke, Mark; Richmond, Randi; Ford, Kurt B | Abayomi, Olayemi | Email for and containing legal advice re security concerns in Israel. | Attorney Client |
| | 7/10/2014 | Aronson, Robyn | Carnessale, Juliana; Lynem, Lori; Windholz, Maya; Binke, Mark; Richmond, Randi; Ford, Kurt B | Abayomi, Olayemi | Email for and containing legal advice re security concerns in Israel. | Attorney Client |
| UCP003316 | 7/10/2014 | Dominitz, Jennifer | Ford, Kurt B | | Redacted email thread for and containing legal advice re security concerns in Israel. | Attorney Client |

**Supplemental Privilege Log**

*Universal Cable Productions LLC, et al. v. Atlantic Specialty Insurance Company , C.D. Cal. Case No. 2:16-cv-04435-PA-MRW*

| Beginning Bates Number | Date | From | To | CC | Description | Privilege Asserted/ Redaction |
|---|---|---|---|---|---|---|
| UCP003292 | 7/10/2014 | Ford, Kurt B | Dominitz, Jennifer | | Redacted email thread for and containing legal advice re security concerns in Israel. | Attorney Client |
| UCP003309 | 7/10/2014 | Dominitz, Jennifer | Ford, Kurt B | | Redacted email thread for and containing legal advice re security concerns in Israel. | Attorney Client |
| | 7/10/2014 | Kasdan, Sheldon | Binke, Mark; Carnessale, Juliana; Richmond, Randi; Abayomi, Olayemi | Gorham, Keith; Caprielian, Stephanie; Lynem, Lori; Dolcemaschio, Steve; Aronson, Robyn | Email for and containing legal advice re security concerns in Israel. | Attorney Client |
| | 7/10/2014 | Kasdan, Sheldon | Binke, Mark; Carnessale, Juliana; Richmond, Randi; Abayomi, Olayemi | Gorham, Keith; Caprielian, Stephanie; Lynem, Lori; Dolcemaschio, Steve; Aronson, Robyn | Email for and containing legal advice re security concerns in Israel. | Attorney Client |
| | 7/10/2014 | Binke, Mark | Smith, Stephen | Richmond, Randi | Email thread for and containing legal advice with Abayomi, Olayemi; Aronson, Robyn; Caprielian, Stephanie; Carnessale, Juliana; Dolcemaschio, Steve; Gorham, Keith; Kasdan, Sheldon; Lynem, Lori re security concerns in Israel. | Attorney Client |
| | 7/10/2014 | Smith, Stephen | Binke, Mark | | Email thread for and containing legal advice with Abayomi, Olayemi; Aronson, Robyn; Caprielian, Stephanie; Carnessale, Juliana; Dolcemaschio, Steve; Gorham, Keith; Kasdan, Sheldon; Lynem, Lori; Richmond, Randi re security concerns in Israel. | Attorney Client |
| | 7/10/2014 | Binke, Mark | Smith, Stephen | | Email thread for and containing legal advice with Abayomi, Olayemi; Aronson, Robyn; Caprielian, Stephanie; Carnessale, Juliana; Dolcemaschio, Steve; Gorham, Keith; Kasdan, Sheldon; Lynem, Lori; Richmond, Randi re security concerns in Israel. | Attorney Client |
| | 7/10/2014 | Carnessale, Juliana | Binke, Mark; Rothstein, Richard M; Richmond, Randi; O'Neill, Steven | Abayomi, Olayemi; Caprielian, Stephanie; Kasdan, Sheldon; DeLima, Brad; Lynem, Lori; Paul, David; Aronson, Robyn; Matthys, Philip | Email for and containing legal advice re filming in Israel. | Attorney Client |
| | 7/10/2014 | Carnessale, Juliana | Binke, Mark; Rothstein, Richard M; Richmond, Randi; O'Neill, Steven | Abayomi, Olayemi; Caprielian, Stephanie; Kasdan, Sheldon; DeLima, Brad; Lynem, Lori; Paul, David; Aronson, Robyn; Matthys, Philip | Email for and containing legal advice re filming in Israel. | Attorney Client |
| UCP003703 | 7/10/2014 | Rothstein, Richard M | Richmond, Randi | Binke, Mark; O'Neill, Steven; Carnessale, Juliana; Fung, Stacy | Redaction regarding legal advice re security concerns in Israel. | Attorney Client |
| | 7/10/2014 | Carnessale, Juliana | Binke, Mark; Rothstein, Richard M; Richmond, Randi; O'Neill, Steven | Abayomi, Olayemi; Caprielian, Stephanie; Kasdan, Sheldon; DeLima, Brad; Lynem, Lori; Paul, David; Aronson, Robyn; Matthys, Philip | Email for and containing legal advice re security concerns in Israel. | Attorney Client |
| | 7/10/2014 | Harris, Kimberley | Binke, Mark | | Email thread for and containing legal advice with Richmond, Randi; Smith, Stephen re security concerns in Israel. | Attorney Client |
| | 7/11/2014 | Smith, Stephen | Binke, Mark | | Email for and containing legal advice with Abayomi, Olayemi; Aronson, Robyn; Caprielian, Stephanie; Carnessale, Juliana; Dolcemaschio, Steve; Gorham, Keith; Kasdan, Sheldon; Lynem, Lori; Richmond, Randi re security concerns in Israel. | Attorney Client |

**Supplemental Privilege Log**

*Universal Cable Productions LLC, et al. v. Atlantic Specialty Insurance Company* , C.D. Cal. Case No. 2:16-cv-04435-PA-MRW

| Beginning Bates Number | Date | From | To | CC | Description | Privilege Asserted/ Redaction |
|---|---|---|---|---|---|---|
| | 7/11/2014 | Smith, Stephen | Binke, Mark | | Email thread for and containing legal advice with Abayomi, Olayemi; Aronson, Robyn; Caprielian, Stephanie; Carnessale, Juliana; Dolcemaschio, Steve; Gorham, Keith; Kasdan, Sheldon; Lynem, Lori; Richmond, Randi re security concerns in Israel. | Attorney Client |
| | 7/11/2014 | Binke, Mark | Smith, Stephen | | Email thread for and containing legal advice with Abayomi, Olayemi; Aronson, Robyn; Caprielian, Stephanie; Carnessale, Juliana; Dolcemaschio, Steve; Gorham, Keith; Kasdan, Sheldon; Lynem, Lori; Richmond, Randi re security concerns in Israel. | Attorney Client |
| | 7/11/2014 | Smith, Stephen | Binke, Mark | | Email thread for and containing legal advice with Abayomi, Olayemi; Aronson, Robyn; Caprielian, Stephanie; Carnessale, Juliana; Dolcemaschio, Steve; Gorham, Keith; Kasdan, Sheldon; Lynem, Lori; Richmond, Randi re security concerns in Israel. | Attorney Client |
| | 7/11/2014 | Smith, Stephen | Binke, Mark | | Email thread for and containing legal advice with Abayomi, Olayemi; Aronson, Robyn; Caprielian, Stephanie; Carnessale, Juliana; Dolcemaschio, Steve; Gorham, Keith; Kasdan, Sheldon; Lynem, Lori; Richmond, Randi re security concerns in Israel. | Attorney Client |
| | 7/11/2014 | Binke, Mark | Smith, Stephen | | Email thread for and containing legal advice with Abayomi, Olayemi; Aronson, Robyn; Caprielian, Stephanie; Carnessale, Juliana; Dolcemaschio, Steve; Gorham, Keith; Kasdan, Sheldon; Lynem, Lori; Richmond, Randi re security concerns in Israel. | Attorney Client |
| | 7/11/2014 | Smith, Stephen | Binke, Mark | | Email thread for and containing legal advice with Abayomi, Olayemi; Aronson, Robyn; Caprielian, Stephanie; Carnessale, Juliana; Dolcemaschio, Steve; Gorham, Keith; Kasdan, Sheldon; Lynem, Lori; Richmond, Randi re security concerns in Israel. | Attorney Client |
| | 7/11/2014 | Binke, Mark | Smith, Stephen | | Email thread for and containing legal advice with Abayomi, Olayemi; Aronson, Robyn; Caprielian, Stephanie; Carnessale, Juliana; Dolcemaschio, Steve; Gorham, Keith; Kasdan, Sheldon; Lynem, Lori; Richmond, Randi re security concerns in Israel. | Attorney Client |
| | 7/11/2014 | McCarthy, Tom | Noordeloos, Erin | | Email regarding legal advice re security concerns in Israel. | Attorney Client |
| | 7/11/2014 | Kasdan, Sheldon | Binke, Mark; Carnessale, Juliana; Richmond, Randi; Abayomi, Olayemi | Gorham, Keith; Caprielian, Stephanie; Lynem, Lori; Dolcemaschio, Steve; Aronson, Robyn | Email for and containing legal advice re security concerns in Israel. | Attorney Client |
| | 7/11/2014 | Kasdan, Sheldon | Binke, Mark; Carnessale, Juliana; Richmond, Randi; Abayomi, Olayemi | Gorham, Keith; Caprielian, Stephanie; Lynem, Lori; Dolcemaschio, Steve; Aronson, Robyn | Email for and containing legal advice re security concerns in Israel. | Attorney Client |

**Supplemental Privilege Log**

*Universal Cable Productions LLC, et al. v. Atlantic Specialty Insurance Company , C.D. Cal. Case No. 2:16-cv-04435-PA-MRW*

| Beginning Bates Number | Date | From | To | CC | Description | Privilege Asserted/ Redaction |
|---|---|---|---|---|---|---|
| | 7/11/2014 | Carnessale, Juliana | Kasdan, Sheldon | Binke, Mark; Richmond, Randi; Abayomi, Olayemi; Gorham, Keith; Caprielian, Stephanie; Lynem, Lori; Dolcemaschio, Steve; Aronson, Robyn | Email for and containing legal advice re security concerns in Israel and filming in Israel. | Attorney Client |
| | 7/11/2014 | Kasdan, Sheldon | Carnessale, Juliana | Binke, Mark; Richmond, Randi; Abayomi, Olayemi; Gorham, Keith; Caprielian, Stephanie; Lynem, Lori; Dolcemaschio, Steve; Aronson, Robyn | Email for and containing legal advice re security concerns in Israel and filming in Israel. | Attorney Client |
| | 7/11/2014 | Kasdan, Sheldon | Carnessale, Juliana | Binke, Mark; Richmond, Randi; Abayomi, Olayemi; Gorham, Keith; Caprielian, Stephanie; Lynem, Lori; Dolcemaschio, Steve; Aronson, Robyn | Email for and containing legal advice re security concerns in Israel and filming in Israel. | Attorney Client |
| | 7/11/2014 | O'Leary, Brian | Binke, Mark | | Email for and containing legal advice re filming in Israel. | Attorney Client |
| | 7/11/2014 | Abayomi, Olayemi | Lynem, Lori; Richmond, Randi; Carnessale, Juliana | | Email for and containing legal advice re security concerns in Israel. | Attorney Client |
| | 7/11/2014 | Abayomi, Olayemi | Carnessale, Juliana; Binke, Mark; Rothstein, Richard M; Richmond, Randi; O'Neill, Steven | Caprielian, Stephanie; Kasdan, Sheldon; DeLima, Brad; Lynem, Lori; Paul, David; Aronson, Robyn; Matthys, Philip | Email for and containing legal advice re filming in Israel. | Attorney Client |
| | 7/11/2014 | | | | Confidential document (attachment) reflecting legal advice re filming in Israel. | Attorney Client |
| | 7/11/2014 | Abayomi, Olayemi | Carnessale, Juliana; Binke, Mark; Rothstein, Richard M; Richmond, Randi; O'Neill, Steven | Caprielian, Stephanie; Kasdan, Sheldon; DeLima, Brad; Lynem, Lori; Paul, David; Aronson, Robyn; Matthys, Philip | Email for and containing legal advice re filming in Israel. | Attorney Client |
| | 7/11/2014 | | | | Confidential document (attachment) reflecting legal advice re move from Israel. | Attorney Client |
| | 7/11/2014 | Carnessale, Juliana | Rothstein, Richard M; O'Neill, Steven | Lynem, Lori; Richmond, Randi; Binke, Mark | Email for and containing legal advice re security concerns in Israel and move from Israel. | Attorney Client |
| UCP003985 | 7/11/2014 | McCarthy, Tom | Harris, Kimberley; Wallace, John | | Redacted email for and containing legal advice re DIG insurance claim. | Attorney Client |
| | 7/12/2014 | O'Leary, Brian | Binke, Mark | | Email for and containing legal advice re security concerns in Israel. | Attorney Client |
| | 7/12/2014 | O'Leary, Brian | Binke, Mark | | Email for and containing legal advice re move from Israel. | Attorney Client |
| | 7/13/2014 | Kasdan, Sheldon | Binke, Mark; Carnessale, Juliana; Richmond, Randi; Abayomi, Olayemi | Gorham, Keith; Caprielian, Stephanie; Lynem, Lori; Dolcemaschio, Steve; Aronson, Robyn | Email for and containing legal advice re security concerns in Israel and move from Israel. | Attorney Client |
| | 7/13/2014 | Binke, Mark | Kasdan, Sheldon; Carnessale, Juliana; Richmond, Randi; Abayomi, Olayemi | Gorham, Keith; Caprielian, Stephanie; Lynem, Lori; Dolcemaschio, Steve; Aronson, Robyn | Email for and containing legal advice re security concerns in Israel. | Attorney Client |
| UCP003351 | 7/13/2014 | Richmond, Randi | Binke, Mark | | Redaction regarding legal adivce re security concerns in Israel. | Attorney Client |
| | 7/13/2014 | O'Leary, Brian | Binke, Mark | | Email for and containing legal advice re filming in Israel. | Attorney Client |
| | 7/14/2014 | Smotkin, Rick | Binke, Mark | | Email thread for and containing legal advice with Dolcemaschio, Steve; Footlik, Jay; O'Leary, Brian; Rothstein, Richard M; Wachtel, Jeff re security concerns in Israel. | Attorney Client |
| | 7/14/2014 | O'Leary, Brian | Binke, Mark; Footlik, Jay; Smotkin, Rick | O'Leary, Brian; Richmond, Randi | Email for and containing legal advice re filming in Israel. | Attorney Client |

Supplemental Privilege Log

*Universal Cable Productions LLC, et al. v. Atlantic Specialty Insurance Company* , C.D. Cal. Case No. 2:16-cv-04435-PA-MRW

| Beginning Bates Number | Date | From | To | CC | Description | Privilege Asserted/ Redaction |
|---|---|---|---|---|---|---|
| | 7/14/2014 | Footlik, Jay | O'Leary, Brian | Binke, Mark; Smotkin, Rick; Richmond, Randi; Shields, Cory | Email for and containing legal advice re filming in Israel. | Attorney Client |
| | 7/14/2014 | Smotkin, Rick | Binke, Mark; Footlik, Jay | O'Leary, Brian; Wachtel, Jeff; Rothstein, Richard M; Dolcemaschio, Steve | Email for and containing legal advice re filming in Israel. | Attorney Client |
| | 7/14/2014 | Smotkin, Rick | Footlik, Jay; O'Leary, Brian | Binke, Mark; Richmond, Randi; Shields, Cory | Email for and containing legal advice re filming in Israel. | Attorney Client |
| | 7/14/2014 | Smotkin, Rick | Footlik, Jay; O'Leary, Brian | Binke, Mark; Richmond, Randi; Shields, Cory | Email for and containing legal advice re security concerns in Israel. | Attorney Client |
| | 7/15/2014 | Footlik, Jay | Smotkin, Rick; Binke, Mark | O'Leary, Brian; Wachtel, Jeff; Rothstein, Richard M; Dolcemaschio, Steve | Email for and containing legal advice re security concerns in Israel and filming in Israel. | Attorney Client |
| | 7/15/2014 | Footlik, Jay | Smotkin, Rick; Binke, Mark | O'Leary, Brian; Wachtel, Jeff; Rothstein, Richard M; Dolcemaschio, Steve | Email for and containing legal advice re security concerns in Israel. | Attorney Client |
| | 7/15/2014 | O'Leary, Brian | Richmond, Randi | | Email for and containing legal advice re move to Croatia. | Attorney Client |
| | 7/15/2014 | O'Leary, Brian | Binke, Mark | Footlik, Jay; Smotkin, Rick | Email for and containing legal advice re security concerns in Israel and move from Israel. | Attorney Client |
| | 7/15/2014 | Binke, Mark | O'Leary, Brian | Footlik, Jay; Smotkin, Rick; Wachtel, Jeff; Dolcemaschio, Steve; Rothstein, Richard M; Richmond, Randi | Email for and containing legal advice re move from Israel. | Attorney Client |
| | 7/15/2014 | Binke, Mark | O'Leary, Brian | Footlik, Jay; Smotkin, Rick; Wachtel, Jeff; Dolcemaschio, Steve; Rothstein, Richard M; Richmond, Randi; Shields, Cory | Email for and containing legal advice re move from Israel. | Attorney Client |
| | 7/15/2014 | Windholz, Maya | Binke, Mark; O'Leary, Brian | | Email thread for and containing legal advice with Footlik, Jay; Richmond, Randi; Smotkin, Rick re move from Israel. | Attorney Client |
| | 7/15/2014 | Carnessale, Juliana | Richmond, Randi; Lynem, Lori | | Email thread for and containing legal advice re security concerns in Israel. | Attorney Client |
| | 7/15/2014 | Carnessale, Juliana | Richmond, Randi; Paul, David | Lynem, Lori | Email thread for and containing legal advice with Batsell, Carter re move to New Mexico. | Attorney Client |
| UCP001424 | 7/15/2014 | Binke, Mark | Garber, Andrea; Ford, Kurt B | Richmond, Randi | Redacted email regarding legal advice with Carlson, Aimee; Crow, Bryan; De Jesus, Danielle; DeLima, Brad; Dolcemaschio, Steve; Doliane, Tippy; Fenske, Kate; Fung, Stacy; Gersten, Amy; Glover, Thomas A; Gray, Eric; Hwang, Kimberly; Kemble, Garrett; Matthys, Philip; Mu, Bryan; Olmstead, Dawn; O'Neill, Steven; Rand, Ellen; Rauch, Melissa A; Roberts, Beth; Rothstein, Richard M; Sharood, Claire; Stevenson, Barbie; Tancak, Lynn; Wachtel, Jeff; Williamson, Shanda; Windholz, Maya re filming in Israel. | Attorney Client |
| UCP003572 | 7/15/2014 | | | | Redacted confidential information reflecting legal advice re move from Israel and DIG insurance claim. | Attorney Client |
| | 7/15/2014 | Paul, David | Richmond, Randi; Carnessale, Juliana; Markus, BJ | Lynem, Lori; Abayomi, Olayemi | Email thread for and containing legal advice with Batsell, Carter re move to New Mexico. | Attorney Client |

Supplemental Privilege Log

*Universal Cable Productions LLC, et al. v. Atlantic Specialty Insurance Company* , C.D. Cal. Case No. 2:16-cv-04435-PA-MRW

| Beginning Bates Number | Date | From | To | CC | Description | Privilege Asserted/ Redaction |
|---|---|---|---|---|---|---|
| | 7/15/2014 | Markus, BJ | Paul, David; Richmond, Randi; Carnessale, Juliana | Lynem, Lori; Abayomi, Olayemi; Markus, BJ | Email thread for and containing legal advice with Batsell, Carter re move to New Mexico. | Attorney Client |
| | 7/15/2014 | Windholz, Maya | Binke, Mark; Smotkin, Rick; Freeman, Gidon; O'Leary, Brian | Footlik, Jay | Email for and containing legal advice with Richmond, Randi re move from Israel. | Attorney Client |
| | 7/15/2014 | Gray, Eric | Dunleavy, Catherine | Windholz, Maya; Wachtel, Jeff; Dolcemaschio, Steve; Binke, Mark | Email for and containing legal advice re move from Israel. | Attorney Client |
| | 7/15/2014 | Footlik, Jay | Windholz, Maya | Binke, Mark; Smotkin, Rick; Freeman, Gidon; O'Leary, Brian | Email thread for and containing legal advice with Richmond, Randi re security concerns in Israel and move from Israel. | Attorney Client |
| | 7/15/2014 | Footlik, Jay | Freeman, Gidon | Binke, Mark; O'Leary, Brian; Smotkin, Rick; Shields, Cory; Windholz, Maya | Email thread for and containing legal advice with Richmond, Randi re move from Israel. | Attorney Client |
| | 7/15/2014 | Smotkin, Rick | Windholz, Maya; Binke, Mark; Freeman, Gidon; O'Leary, Brian | Footlik, Jay | Email thread for and containing legal advice with Richmond, Randi re security concerns in Israel and move from Israel. | Attorney Client |
| | 7/16/2014 | Freeman, Gidon | Footlik, Jay | Binke, Mark; O'Leary, Brian; Smotkin, Rick; Shields, Cory; Windholz, Maya | Email thread for and containing legal advice with Richmond, Randi re move from Israel. | Attorney Client |
| | 7/16/2014 | Smotkin, Rick | Freeman, Gidon; Footlik, Jay | Binke, Mark; O'Leary, Brian; Shields, Cory; Windholz, Maya | Email thread for and containing legal advice with Richmond, Randi re move from Israel. | Attorney Client |
| | 7/16/2014 | Footlik, Jay | Smotkin, Rick | Freeman, Gidon; Binke, Mark; O'Leary, Brian; Shields, Cory; Windholz, Maya | Email thread for and containing legal advice with Richmond, Randi re security concerns in Israel and move from Israel. | Attorney Client |
| | 7/16/2014 | Smotkin, Rick | Binke, Mark; Footlik, Jay; Shields, Cory; Dolcemaschio, Steve; Rothstein, Richard M; Windholz, Maya; Wachtel, Jeff; O'Leary, Brian | Smotkin, Rick | Email for and containing legal advice re security concerns in Israel and move from Israel. | Attorney Client |
| | 7/16/2014 | Smotkin, Rick | Binke, Mark; Footlik, Jay; Shields, Cory; Dolcemaschio, Steve; Rothstein, Richard M; Windholz, Maya; Wachtel, Jeff; O'Leary, Brian | Freeman, Gidon | Email for and containing legal advice re move from Israel. | Attorney Client |
| | 7/16/2014 | Wachtel, Jeff | Rothstein, Richard M; Binke, Mark; Dolcemaschio, Steve; Gray, Eric; Windholz, Maya | Guarino, Jordanna | Email for and containing legal advice re move from Israel. | Attorney Client |
| | 7/16/2014 | Windholz, Maya | Harris, Kimberley | Freeman, Gidon; Binke, Mark | Email for and containing legal advice re security concerns in Israel and move from Israel. | Attorney Client |
| | 7/16/2014 | Cheeks, George | Binke, Mark | Dolcemaschio, Steve; Gray, Eric; Guarino, Jordanna; Rothstein, Richard M; Wachtel, Jeff; Windholz, Maya re move from Israel. | Email thread for and containing legal advice with | Attorney Client |
| UCP003714 | 7/16/2014 | Binke, Mark | Wachtel, Jeff; Dolcemaschio, Steve; Rothstein, Richard M; Garber, Andrea; Ford, Kurt B; Windholz, Maya; Matthys, Philip | Richmond, Randi | Redacted email regarding legal advice re security concerns in Israel. | Attorney Client |
| | 7/16/2014 | Kasdan, Sheldon | Richmond, Randi | Caprielian, Stephanie | Email for and containing legal advice re move from Israel and move to New Mexico. | Attorney Client |
| | 7/16/2014 | Harris, Kimberley | Windholz, Maya | Freeman, Gidon; Binke, Mark; Shields, Cory | Email for and containing legal advice re move from Israel. | Attorney Client |
| | 7/16/2014 | Windholz, Maya | Harris, Kimberley | Freeman, Gidon; Binke, Mark; Shields, Cory; O'Leary, Brian; Footlik, Jay; Smotkin, Rick; Dolcemaschio, Steve; Wachtel, Jeff | Email for and containing legal advice re security concerns in Israel and move from Israel. | Attorney Client |

Supplemental Privilege Log

*Universal Cable Productions LLC, et al. v. Atlantic Specialty Insurance Company* , C.D. Cal. Case No. 2:16-cv-04435-PA-MRW

| Beginning Bates Number | Date | From | To | CC | Description | Privilege Asserted/ Redaction |
|---|---|---|---|---|---|---|
| | 7/16/2014 | Kasdan, Sheldon | Richmond, Randi | Caprielian, Stephanie | Email for and containing legal advice re security concerns in Israel. | Attorney Client |
| | 7/16/2014 | O'Leary, Brian | Windholz, Maya; Harris, Kimberley | Freeman, Gidon; Binke, Mark; Shields, Cory; Footlik, Jay; Smotkin, Rick; Dolcemaschio, Steve; Wachtel, Jeff | Email for and containing legal advice re move from Israel. | Attorney Client |
| | 7/16/2014 | Harris, Kimberley | O'Leary, Brian | Windholz, Maya; Freeman, Gidon; Binke, Mark; Shields, Cory; Footlik, Jay; Smotkin, Rick; Dolcemaschio, Steve; Wachtel, Jeff | Email for and containing legal advice re move from Israel. | Attorney Client |
| | 7/16/2014 | Harris, Kimberley | O'Leary, Brian | Windholz, Maya; Freeman, Gidon; Binke, Mark; Shields, Cory; Footlik, Jay; Smotkin, Rick; Dolcemaschio, Steve; Wachtel, Jeff | Email for and containing legal advice re security concerns in Israel and move from Israel. | Attorney Client |
| | 7/16/2014 | Windholz, Maya | Harris, Kimberley; O'Leary, Brian | Freeman, Gidon; Binke, Mark; Shields, Cory; Footlik, Jay; Smotkin, Rick; Dolcemaschio, Steve; Wachtel, Jeff | Email for and containing legal advice re move from Israel. | Attorney Client |
| | 7/16/2014 | | | | Confidential document (attachment) reflecting legal advice re move from Israel. | Attorney Client |
| | 7/16/2014 | Carnessale, Juliana | Kasdan, Sheldon; Caprielian, Stephanie | Gorham, Keith; Binke, Mark; Windholz, Maya | Email for and containing legal advice re security concerns in Israel and move from Israel. | Attorney Client |
| | 7/16/2014 | Harris, Kimberley | Windholz, Maya | O'Leary, Brian; Freeman, Gidon; Binke, Mark; Shields, Cory; Footlik, Jay; Smotkin, Rick; Dolcemaschio, Steve; Wachtel, Jeff | Email for and containing legal advice re move from Israel. | Attorney Client |
| | 7/16/2014 | Windholz, Maya | Harris, Kimberley | O'Leary, Brian; Freeman, Gidon; Binke, Mark; Shields, Cory; Footlik, Jay; Smotkin, Rick; Dolcemaschio, Steve; Wachtel, Jeff | Email for and containing legal advice re move from Israel. | Attorney Client |
| | 7/16/2014 | Windholz, Maya | Wachtel, Jeff | | Email thread for and containing legal advice with Binke, Mark; Dolcemaschio, Steve; Footlik, Jay; Freeman, Gidon; Harris, Kimberley; O'Leary, Brian; Shields, Cory; Smotkin, Rick re security concerns in Israel and move from Israel. | Attorney Client |
| | 7/16/2014 | Windholz, Maya | Binke, Mark | | Email thread for and containing legal advice with Dolcemaschio, Steve; Footlik, Jay; Freeman, Gidon; Harris, Kimberley; O'Leary, Brian; Shields, Cory; Smotkin, Rick; Wachtel, Jeff re security concerns in Israel and re move from Israel. | Attorney Client |
| | 7/16/2014 | Wachtel, Jeff | Windholz, Maya | | Email thread for and containing legal advice with Binke, Mark; Dolcemaschio, Steve; Footlik, Jay; Freeman, Gidon; Harris, Kimberley; O'Leary, Brian; Shields, Cory; Smotkin, Rick re security concerns in Israel and move from Israel. | Attorney Client |
| | 7/17/2014 | Footlik, Jay | Binke, Mark | Smotkin, Rick; O'Leary, Brian | Email for and containing legal advice re security concerns in Israel. | Attorney Client |
| | 7/17/2014 | Footlik, Jay | Binke, Mark | Smotkin, Rick; O'Leary, Brian | Email for and containing legal advice re security concerns in Israel. | Attorney Client |
| | 7/17/2014 | Smotkin, Rick | Footlik, Jay; Binke, Mark | O'Leary, Brian | Email for and containing legal advice re security concerns in Israel. | Attorney Client |

**Supplemental Privilege Log**

*Universal Cable Productions LLC, et al. v. Atlantic Specialty Insurance Company , C.D. Cal. Case No. 2:16-cv-04435-PA-MRW*

| Beginning Bates Number | Date | From | To | CC | Description | Privilege Asserted/ Redaction |
|---|---|---|---|---|---|---|
| | 7/17/2014 | Smotkin, Rick | Harris, Kimberley; O'Leary, Brian | Windholz, Maya; Freeman, Gidon; Binke, Mark; Shields, Cory; Footlik, Jay; Dolcemaschio, Steve; Wachtel, Jeff; Smotkin, Rick | Email for and containing legal advice re move from Israel. | Attorney Client |
| | 7/17/2014 | Smotkin, Rick | Harris, Kimberley; O'Leary, Brian | Windholz, Maya; Freeman, Gidon; Binke, Mark; Shields, Cory; Footlik, Jay; Dolcemaschio, Steve; Wachtel, Jeff | Email for and containing legal advice re security concerns in Israel and move from Israel. | Attorney Client |
| | 7/17/2014 | Harris, Kimberley | Smotkin, Rick; O'Leary, Brian | Windholz, Maya; Freeman, Gidon; Binke, Mark; Shields, Cory; Footlik, Jay; Dolcemaschio, Steve; Wachtel, Jeff | Email for and containing legal advice re move from Israel. | Attorney Client |
| | 7/17/2014 | Harris, Kimberley | Smotkin, Rick; O'Leary, Brian | Windholz, Maya; Freeman, Gidon; Binke, Mark; Shields, Cory; Footlik, Jay; Dolcemaschio, Steve; Wachtel, Jeff | Email for and containing legal advice re security concerns in Israel and move from Israel. | Attorney Client |
| | 7/17/2014 | Williams, Curt | Richmond, Randi | Aronson, Robyn | Email for and containing legal advice re move to Croatia. | Attorney Client |
| | 7/17/2014 | Williams, Curt | Aronson, Robyn | | Email thread for and containing legal advice with Richmond, Randi re move to Croatia. | Attorney Client |
| | 7/17/2014 | Williams, Curt | Aronson, Robyn | | Email thread for and containing legal advice with Richmond, Randi re move to Croatia. | Attorney Client |
| | 7/17/2014 | Williams, Curt | Richmond, Randi; Aronson, Robyn | | Email for and containing legal advice re move to Croatia. | Attorney Client |
| | 7/17/2014 | Wachtel, Jeff | Smotkin, Rick | Harris, Kimberley; O'Leary, Brian; Windholz, Maya; Freeman, Gidon; Binke, Mark; Shields, Cory; Footlik, Jay; Dolcemaschio, Steve | Email for and containing legal advice re move from Israel. | Attorney Client |
| | 7/17/2014 | Wachtel, Jeff | Smotkin, Rick | Harris, Kimberley; O'Leary, Brian; Windholz, Maya; Freeman, Gidon; Binke, Mark; Shields, Cory; Footlik, Jay; Dolcemaschio, Steve | Email for and containing legal advice re security concerns in Israel and move from Israel. | Attorney Client |
| | 7/17/2014 | Aronson, Robyn | Richmond, Randi; Markus, BJ; Williams, Curt | | Email for and containing legal advice re move to Croatia. | Attorney Client |
| | 7/17/2014 | Garriga, Larissa | Richmond, Randi | Williams, Curt | Email for and containing legal advice re move to Croatia. | Attorney Client |
| | 7/17/2014 | Susan Weiss | Garber, Andrea | Deborah Kizner | Email at the request and direction of counsel and containing legal advice with Binke, Mark; Ford, Kurt B; Richmond, Randi re DIG insurance claim. | Attorney Client; Work Product; Settlement/Mediation Discussions |
| | 7/17/2014 | Footlik, Jay | Binke, Mark; Richmond, Randi; O'Leary, Brian; Smotkin, Rick; Freeman, Gidon | | Email for and containing legal advice re security concerns in Israel. | Attorney Client |
| | 7/17/2014 | Richmond, Randi | Footlik, Jay; Binke, Mark; O'Leary, Brian; Smotkin, Rick; Freeman, Gidon | | Email for and containing legal advice re security concerns in Israel. | Attorney Client |
| | 7/17/2014 | Carnessale, Juliana | Binke, Mark; Windholz, Maya; Garber, Andrea; Richmond, Randi | | Email thread for and containing legal advice re security concerns in Israel. | Attorney Client |
| | 7/17/2014 | Carnessale, Juliana | Binke, Mark; Windholz, Maya; Garber, Andrea; Richmond, Randi | | Email for and containing legal advice re security concerns in Israel. | Attorney Client |
| UCP001025 | 7/17/2014 | Cheeks, George | Binke, Mark | | Redacted email regarding legal advice re security concerns in Israel and move from Israel. | Attorney Client |
| | 7/17/2014 | Wachtel, Jeff | Hammer, Bonnie | | Email regarding and containing legal advice re move from Israel. | Attorney Client |

Supplemental Privilege Log

*Universal Cable Productions LLC, et al. v. Atlantic Specialty Insurance Company* , C.D. Cal. Case No. 2:16-cv-04435-PA-MRW

| Beginning Bates Number | Date | From | To | CC | Description | Privilege Asserted/ Redaction |
|---|---|---|---|---|---|---|
| | 7/17/2014 | Binke, Mark | Dolcemaschio, Steve; Windholz, Maya | Garber, Andrea | Email thread for and containing legal advice with Ford, Kurt B; McCarthy, Tom; Richmond, Randi; Wachtel, Jeff re DIG insurance claim. | Attorney Client; Work Product |
| | 7/17/2014 | Kasdan, Sheldon | Binke, Mark; Windholz, Maya; Carnessale, Juliana; Richmond, Randi | Gorham, Keith; Caprielian, Stephanie | Email thread for and containing legal advice re security concerns in Israel and move from Israel. | Attorney Client |
| | 7/17/2014 | Kasdan, Sheldon | Binke, Mark; Windholz, Maya; Carnessale, Juliana; Richmond, Randi | Gorham, Keith; Caprielian, Stephanie | Email thread for and containing legal advice re security concerns in Israel and move from Israel. | Attorney Client |
| | 7/17/2014 | Carnessale, Juliana | Kasdan, Sheldon; Binke, Mark; Windholz, Maya; Richmond, Randi | Gorham, Keith; Caprielian, Stephanie | Email thread for and containing legal advice re security concerns in Israel and move from Israel. | Attorney Client |
| UCP002857 | 7/18/2014 | Binke, Mark | Smith, Stephen; Richmond, Randi; Dolcemaschio, Steve; Windholz, Maya; Garber, Andrea | | Redacted email regarding legal advice re security concerns in Israel. | Attorney Client |
| | 7/18/2014 | Richmond, Randi | Williams, Curt; Aronson, Robyn; Ford, Kurt B | | Email for and containing legal advice re move from Israel and move to Croatia. | Attorney Client |
| | 7/18/2014 | Aronson, Robyn | Richmond, Randi; Williams, Curt; Ford, Kurt B | | Email for and containing legal advice re move to Croatia. | Attorney Client |
| | 7/18/2014 | Carnessale, Juliana | Binke, Mark; Richmond, Randi; Matthys, Philip | Gorham, Keith; Caprielian, Stephanie; Abayomi, Olayemi; Kasdan, Sheldon; Lynem, Lori | Email for and containing legal advice re move from Israel. | Attorney Client |
| | 7/18/2014 | Carnessale, Juliana | Binke, Mark; Richmond, Randi; Matthys, Philip | Gorham, Keith; Caprielian, Stephanie; Abayomi, Olayemi; Kasdan, Sheldon; Lynem, Lori | Email for and containing legal advice re security concerns in Israel and move from Israel. | Attorney Client |
| | 7/18/2014 | Abayomi, Olayemi | Carnessale, Juliana; Binke, Mark; Richmond, Randi; Matthys, Philip | Gorham, Keith; Caprielian, Stephanie; Kasdan, Sheldon; Lynem, Lori | Email for and containing legal advice re move from Israel. | Attorney Client |
| | 7/19/2014 | Smotkin, Rick | Wachtel, Jeff | Harris, Kimberley; O'Leary, Brian; Windholz, Maya; Freeman, Gidon; Binke, Mark; Shields, Cory; Footlik, Jay; Dolcemaschio, Steve | Email for and containing legal advice re move from Israel. | Attorney Client |
| | 7/19/2014 | Smotkin, Rick | Wachtel, Jeff | Harris, Kimberley; O'Leary, Brian; Windholz, Maya; Freeman, Gidon; Binke, Mark; Shields, Cory; Footlik, Jay; Dolcemaschio, Steve | Email for and containing legal advice re security concerns in Israel and move from Israel. | Attorney Client |
| | 7/19/2014 | Dolcemaschio, Steve | Smotkin, Rick; Wachtel, Jeff | Harris, Kimberley; O'Leary, Brian; Windholz, Maya; Freeman, Gidon; Binke, Mark; Shields, Cory; Footlik, Jay | Email for and containing legal advice re move from Israel. | Attorney Client |
| | 7/19/2014 | Dolcemaschio, Steve | Binke, Mark; Rothstein, Richard M; Caceros, Nidia; Matthys, Philip | Wachtel, Jeff | Email for and containing legal advice re security concerns in Israel and move from Israel. | Attorney Client |
| | 7/20/2014 | Harris, Kimberley | Dolcemaschio, Steve | Smotkin, Rick; Wachtel, Jeff; O'Leary, Brian; Windholz, Maya; Freeman, Gidon; Binke, Mark; Shields, Cory; Footlik, Jay | Email for and containing legal advice re move from Israel. | Attorney Client |
| | 7/20/2014 | Wachtel, Jeff | Smotkin, Rick | Harris, Kimberley; O'Leary, Brian; Windholz, Maya; Freeman, Gidon; Binke, Mark; Shields, Cory; Footlik, Jay; Dolcemaschio, Steve | Email for and containing legal advice re move from Israel. | Attorney Client |

Supplemental Privilege Log

*Universal Cable Productions LLC, et al. v. Atlantic Specialty Insurance Company* , C.D. Cal. Case No. 2:16-cv-04435-PA-MRW

| Beginning Bates Number | Date | From | To | CC | Description | Privilege Asserted/ Redaction |
|---|---|---|---|---|---|---|
| | 7/20/2014 | Wachtel, Jeff | Smotkin, Rick | Harris, Kimberley; O'Leary, Brian; Windholz, Maya; Freeman, Gidon; Binke, Mark; Shields, Cory; Footlik, Jay; Dolcemaschio, Steve | Email for and containing legal advice re security concerns in Israel and move from Israel. | Attorney Client |
| | 7/20/2014 | Smotkin, Rick | Harris, Kimberley; Dolcemaschio, Steve | Wachtel, Jeff; O'Leary, Brian; Windholz, Maya; Freeman, Gidon; Binke, Mark; Shields, Cory; Footlik, Jay | Email for and containing legal advice re move from Israel. | Attorney Client |
| | 7/20/2014 | Smotkin, Rick | Harris, Kimberley; Dolcemaschio, Steve | Wachtel, Jeff; O'Leary, Brian; Windholz, Maya; Freeman, Gidon; Binke, Mark; Shields, Cory; Footlik, Jay | Email for and containing legal advice re security concerns in Israel and move from Israel. | Attorney Client |
| | 7/20/2014 | Dolcemaschio, Steve | Binke, Mark; Smotkin, Rick; Harris, Kimberley | Wachtel, Jeff; O'Leary, Brian; Windholz, Maya; Freeman, Gidon; Shields, Cory; Footlik, Jay | Email for and containing legal advice re move from Israel. | Attorney Client |
| | 7/20/2014 | Rothstein, Richard M | Binke, Mark; Dolcemaschio, Steve; Richmond, Randi; Matthys, Philip; Carnessale, Juliana; O'Neill, Steven; Caceros, Nidia; Fung, Stacy | | Email for and containing legal advice re move from Israel. | Attorney Client |
| | 7/20/2014 | Binke, Mark | Binke, Mark | Rothstein, Richard; Dolcemaschio, Steve; Richmond, Randi; Matthys, Philip; Carnessale, Juliana; O'Neill, Steven; Caceros, Nidia; Fung, Stacy; Windholz, Maya; Ford, Kurt B; Garber, Andrea | Email thread for and containing legal advice re security concerns in Israel and move from Israel. | Attorney Client |
| | 7/20/2014 | Smotkin, Rick | Dolcemaschio, Steve; Binke, Mark; Harris, Kimberley | Wachtel, Jeff; O'Leary, Brian; Windholz, Maya; Freeman, Gidon; Shields, Cory; Footlik, Jay | Email for and containing legal advice re move from Israel. | Attorney Client |
| | 7/20/2014 | Freeman, Gidon | Smotkin, Rick | Dolcemaschio, Steve; Binke, Mark; Harris, Kimberley; Wachtel, Jeff; O'Leary, Brian; Windholz, Maya; Shields, Cory; Footlik, Jay | Email for and containing legal advice re move from Israel. | Attorney Client |
| | 7/20/2014 | Harris, Kimberley | Freeman, Gidon | Smotkin, Rick; Dolcemaschio, Steve; Binke, Mark; Wachtel, Jeff; O'Leary, Brian; Windholz, Maya; Shields, Cory; Footlik, Jay | Email for and containing legal advice re move from Israel. | Attorney Client |
| | 7/20/2014 | Mark Winemaker | Richmond, Randi | | Email thread for and containing legal advice with Benasuly, Liat; Binke, Mark; Caceros, Nidia; Dolcemaschio, Steve; Footlik, Jay; O'Leary, Brian; Shields, Cory; Smotkin, Rick re move from Israel. | Attorney Client; Work Product |
| | 7/20/2014 | Wachtel, Jeff | Freeman, Gidon | Smotkin, Rick; Dolcemaschio, Steve; Binke, Mark; Harris, Kimberley; O'Leary, Brian; Windholz, Maya; Shields, Cory; Footlik, Jay | Email for and containing legal advice re move from Israel. | Attorney Client |
| | 7/20/2014 | Wachtel, Jeff | Freeman, Gidon | Smotkin, Rick; Dolcemaschio, Steve; Binke, Mark; Harris, Kimberley; O'Leary, Brian; Windholz, Maya; Shields, Cory; Footlik, Jay | Email for and containing legal advice re security concerns in Israel and move from Israel. | Attorney Client |

Supplemental Privilege Log

*Universal Cable Productions LLC, et al. v. Atlantic Specialty Insurance Company* , C.D. Cal. Case No. 2:16-cv-04435-PA-MRW

| Beginning Bates Number | Date | From | To | CC | Description | Privilege Asserted/ Redaction |
|---|---|---|---|---|---|---|
| | 7/20/2014 | Wachtel, Jeff | Hammer, Bonnie | | Email thread for and containing legal advice with Binke, Mark; Dolcemaschio, Steve; Footlik, Jay; Freeman, Gidon; Harris, Kimberley; O'Leary, Brian; Shields, Cory; Smotkin, Rick; Windholz, Maya re security concerns in Israel and move from Israel. | Attorney Client; Work Product |
| | 7/21/2014 | Smotkin, Rick | Harris, Kimberley; Freeman, Gidon | Dolcemaschio, Steve; Binke, Mark; Wachtel, Jeff; O'Leary, Brian; Windholz, Maya; Shields, Cory; Footlik, Jay | Email for and containing legal advice re move from Israel. | Attorney Client |
| | 7/21/2014 | Smotkin, Rick | Harris, Kimberley; Freeman, Gidon | Dolcemaschio, Steve; Binke, Mark; Wachtel, Jeff; O'Leary, Brian; Windholz, Maya; Shields, Cory; Footlik, Jay | Email for and containing legal advice re security concerns in Israel and move from Israel. | Attorney Client |
| | 7/21/2014 | Dolcemaschio, Steve | Smotkin, Rick; Harris, Kimberley; Freeman, Gidon | Binke, Mark; Wachtel, Jeff; O'Leary, Brian; Windholz, Maya; Shields, Cory; Footlik, Jay | Email for and containing legal advice re move from Israel. | Attorney Client |
| | 7/21/2014 | Binke, Mark | Smith, Stephen | Richmond, Randi; Dolcemaschio, Steve; Garber, Andrea; Ford, Kurt B; Windholz, Maya | Email for and containing legal advice re security concerns in Israel. | Attorney Client |
| UCP001476 | 7/21/2014 | Caceros, Nidia | Footlik, Jay | Binke, Mark; Shields, Cory; Dolcemaschio, Steve; Richmond, Randi; O'Leary, Brian; Smotkin, Rick | Redacted email regarding legal advice re security concerns in Israel. | Attorney Client |
| UCP003648 | 7/21/2014 | Footlik, Jay | Caceros, Nidia | Binke, Mark; Shields, Cory; Dolcemaschio, Steve; Richmond, Randi; O'Leary, Brian; Smotkin, Rick | Redacted email regarding legal advice re security concerns in Israel and move from Israel. | Attorney Client |
| | 7/21/2014 | Wachtel, Jeff | Hammer, Bonnie | | Email thread with Binke, Mark; Dolcemaschio, Steve; Footlik, Jay; Freeman, Gidon; Harris, Kimberley; O'Leary, Brian; Shields, Cory; Smotkin, Rick; Windholz, Maya for and containing legal advice with re security concerns in Israel, move from Israel, move to Croatia, move to New Mexico and DIG insurance claim. | Attorney Client; Work Product |
| | 7/21/2014 | Carnessale, Juliana | Rothstein, Richard M; O'Neill, Steven; Binke, Mark; Matthys, Philip; Richmond, Randi; Lynem, Lori; Fung, Stacy; DeLima, Brad; Abayomi, Olayemi | | Email for and containing legal advice re move from Israel. | Attorney Client |
| | 7/21/2014 | Carnessale, Juliana | Rothstein, Richard M; O'Neill, Steven; Binke, Mark; Matthys, Philip; Richmond, Randi; Lynem, Lori; Fung, Stacy; DeLima, Brad; Abayomi, Olayemi | | Email for and containing legal advice re move from Israel. | Attorney Client |
| | 7/21/2014 | Garber, Andrea | Carnessale, Juliana | | Email for and containing legal advice re insurance coverage. | Attorney Client |
| | 7/21/2014 | Wachtel, Jeff | Binke, Mark | | Email thread for and containing legal advice with Dolcemaschio, Steve; Footlik, Jay; Freeman, Gidon; Harris, Kimberley; O'Leary, Brian; Shields, Cory; Smotkin, Rick; Windholz, Maya re move from Israel. | Attorney Client; Work Product |

**Supplemental Privilege Log**

*Universal Cable Productions LLC, et al. v. Atlantic Specialty Insurance Company , C.D. Cal. Case No. 2:16-cv-04435-PA-MRW*

| Beginning Bates Number | Date | From | To | CC | Description | Privilege Asserted/ Redaction |
|---|---|---|---|---|---|---|
| | 7/21/2014 | Wachtel, Jeff | Binke, Mark | | Email thread for and containing legal advice with Dolcemaschio, Steve; Footlik, Jay; Freeman, Gidon; Harris, Kimberley; O'Leary, Brian; Shields, Cory; Smotkin, Rick; Windholz, Maya re security concerns in Israel andmove from Israel. | Attorney Client; Work Product |
| | 7/21/2014 | Cheeks, George | Binke, Mark | | Email thread for and containing legal advice with Dolcemaschio, Steve; Footlik, Jay; Freeman, Gidon; Harris, Kimberley; O'Leary, Brian; Shields, Cory; Smotkin, Rick; Wachtel, Jeff; Windholz, Maya re move from Israel. | Attorney Client |
| | 7/21/2014 | Rothstein, Richard M | Carnessale, Juliana; O'Neill, Steven; Binke, Mark; Matthys, Philip; Richmond, Randi; Lynem, Lori; Fung, Stacy; DeLima, Brad; Abayomi, Olayemi | | Email for and containing legal advice re filming in Israel. | Attorney Client |
| | 7/21/2014 | Richmond, Randi | Rothstein, Richard M; Carnessale, Juliana; O'Neill, Steven; Binke, Mark; Matthys, Philip; Lynem, Lori; Fung, Stacy; DeLima, Brad; Abayomi, Olayemi | | Email for and containing legal advice re move from Israel. | Attorney Client |
| | 7/21/2014 | Binke, Mark | Richmond, Randi; Rothstein, Richard M; Carnessale, Juliana; O'Neill, Steven; Matthys, Philip; Lynem, Lori; Fung, Stacy; DeLima, Brad; Abayomi, Olayemi | | Email for and containing legal advice re move from Israel, move to Croatia, and move to New Mexico. | Attorney Client |
| | 7/21/2014 | Richmond, Randi | Kasdan, Sheldon | Caprielian, Stephanie | Email for and containing legal advice re move to Croatia and move to New Mexico. | Attorney Client |
| | 7/21/2014 | Richmond, Randi | Ford, Kurt B; Williams, Curt; Aronson, Robyn; Windholz, Maya; Carnessale, Juliana; Garber, Andrea; Lynem, Lori; O'Leary, Brian; Markus, BJ; Doyle, Dana; Winnie, Richard | Potter, Paige; Binke, Mark | Email thread for and containing legal advice with Smith, Stephen re move to Croatia. | Attorney Client |
| | 7/21/2014 | Richmond, Randi | Ford, Kurt B; Williams, Curt; Aronson, Robyn; Windholz, Maya; Carnessale, Juliana; Garber, Andrea; Lynem, Lori; O'Leary, Brian; Markus, BJ; Doyle, Dana; Winnie, Richard | Potter, Paige; Binke, Mark | Email thread for and containing legal advice with Smith, Stephen re move to Croatia. | Attorney Client |
| | 7/21/2014 | Winnie, Richard | Richmond, Randi | Ford, Kurt B; Williams, Curt; Aronson, Robyn; Windholz, Maya; Carnessale, Juliana; Garber, Andrea; Lynem, Lori; O'Leary, Brian; Markus, BJ; Doyle, Dana; Potter, Paige; Binke, Mark | Email thread for and containing legal advice with Smith, Stephen re move to Croatia. | Attorney Client |
| | 7/21/2014 | Winnie, Richard | Richmond, Randi | Ford, Kurt B; Williams, Curt; Aronson, Robyn; Windholz, Maya; Carnessale, Juliana; Garber, Andrea; Lynem, Lori; O'Leary, Brian; Markus, BJ; Doyle, Dana; Potter, Paige; Binke, Mark | Email thread for and containing legal advice with Smith, Stephen re move to Croatia. | Attorney Client |
| | 7/21/2014 | Richmond, Randi | Winnie, Richard | Ford, Kurt B; Williams, Curt; Aronson, Robyn; Windholz, Maya; Carnessale, Juliana; Garber, Andrea; Lynem, Lori; O'Leary, Brian; Markus, BJ; Doyle, Dana; Potter, Paige; Binke, Mark | Email thread for and containing legal advice with Smith, Stephen re move to Croatia. | Attorney Client |

Supplemental Privilege Log

*Universal Cable Productions LLC, et al. v. Atlantic Specialty Insurance Company* , C.D. Cal. Case No. 2:16-cv-04435-PA-MRW

| Beginning Bates Number | Date | From | To | CC | Description | Privilege Asserted/ Redaction |
|---|---|---|---|---|---|---|
| | 7/21/2014 | Richmond, Randi | Winnie, Richard | Ford, Kurt B; Williams, Curt; Aronson, Robyn; Windholz, Maya; Carnessale, Juliana; Garber, Andrea; Lynem, Lori; O'Leary, Brian; Markus, BJ; Doyle, Dana; Potter, Paige; Binke, Mark | Email thread for and containing legal advice with Smith, Stephen re move to Croatia and security concerns in Israel. | Attorney Client |
| | 7/21/2014 | Williams, Curt | Aronson, Robyn | | Email thread for and containing legal advice with Binke, Mark; Carnessale, Juliana; Doyle, Dana; Ford, Kurt B; Garber, Andrea; Lynem, Lori; Markus, BJ; O'Leary, Brian; Potter, Paige; Richmond, Randi; Smith, Stephen; Windholz, Maya; Winnie, Richard re move to Croatia and security concerns in Israel. | Attorney Client |
| | 7/21/2014 | Aronson, Robyn | Williams, Curt | | Email thread for and containing legal advice with Binke, Mark; Carnessale, Juliana; Doyle, Dana; Ford, Kurt B; Garber, Andrea; Lynem, Lori; Markus, BJ; O'Leary, Brian; Potter, Paige; Richmond, Randi; Smith, Stephen; Windholz, Maya; Winnie, Richard re move to Croatia. | Attorney Client |
| | 7/21/2014 | Kasdan, Sheldon | Richmond, Randi; Arana, Luis | Caprielian, Stephanie; Gorham, Keith | Email for and containing legal advice re move to Croatia and move to New Mexico. | Attorney Client |
| | 7/21/2014 | Matthys, Philip | Binke, Mark; Richmond, Randi; Rothstein, Richard M; Carnessale, Juliana; O'Neill, Steven; Lynem, Lori; Fung, Stacy; DeLima, Brad; Abayomi, Olayemi | | Email for and containing legal advice re move from Israel. | Attorney Client |
| | 7/21/2014 | Williams, Curt | Aronson, Robyn | | Email thread for and containing legal advice with Binke, Mark; Carnessale, Juliana; Doyle, Dana; Ford, Kurt B; Garber, Andrea; Lynem, Lori; Markus, BJ; O'Leary, Brian; Potter, Paige; Richmond, Randi; Windholz, Maya; Winnie, Richard re move to Croatia and security concerns in Israel. | Attorney Client |
| UCP003456 | 7/21/2014 | Garber, Andrea | Richmond, Randi; Ford, Kurt B; Williams, Curt; Aronson, Robyn; Windholz, Maya; Carnessale, Juliana; Lynem, Lori; O'Leary, Brian; Markus, BJ; Doyle, Dana; Winnie, Richard | Potter, Paige; Binke, Mark | Redacted email thread for and containing legal advice re security concerns in Israel. | Attorney Client |
| | 7/21/2014 | Garber, Andrea | Richmond, Randi; Ford, Kurt B; Williams, Curt; Aronson, Robyn; Windholz, Maya; Carnessale, Juliana; Lynem, Lori; O'Leary, Brian; Markus, BJ; Doyle, Dana; Winnie, Richard | Potter, Paige; Binke, Mark | Email thread for and containing legal advice with Smith, Stephen re move to Croatia. | Attorney Client |
| | 7/21/2014 | Garber, Andrea | Richmond, Randi; Ford, Kurt B; Williams, Curt; Aronson, Robyn; Windholz, Maya; Carnessale, Juliana; Lynem, Lori; O'Leary, Brian; Markus, BJ; Doyle, Dana; Winnie, Richard | Potter, Paige; Binke, Mark | Email thread for and containing legal advice with Smith, Stephen re move to Croatia. | Attorney Client |
| | 7/21/2014 | Garber, Andrea | Richmond, Randi; Ford, Kurt B; Williams, Curt; Aronson, Robyn; Windholz, Maya; Carnessale, Juliana; Lynem, Lori; O'Leary, Brian; Markus, BJ; Doyle, Dana; Winnie, Richard | Potter, Paige; Binke, Mark | Email thread for and containing legal advice with Smith, Stephen re move to Croatia. | Attorney Client |

**Supplemental Privilege Log**

*Universal Cable Productions LLC, et al. v. Atlantic Specialty Insurance Company , C.D. Cal. Case No. 2:16-cv-04435-PA-MRW*

| Beginning Bates Number | Date | From | To | CC | Description | Privilege Asserted/ Redaction |
|---|---|---|---|---|---|---|
| | 7/21/2014 | Williams, Curt | Richmond, Randi | Aronson, Robyn | Email thread for and containing legal advice with Binke, Mark; Carnessale, Juliana; Doyle, Dana; Ford, Kurt B; Garber, Andrea; Lynem, Lori; Markus, BJ; O'Leary, Brian; Potter, Paige; Smith, Stephen; Windholz, Maya; Winnie, Richard re move to Croatia and security concerns in Israel. | Attorney Client |
| | 7/21/2014 | Binke, Mark | Garber, Andrea; Richmond, Randi; Ford, Kurt B; Williams, Curt; Aronson, Robyn; Windholz, Maya; Carnessale, Juliana; Lynem, Lori; O'Leary, Brian; Markus, BJ; Doyle, Dana; Winnie, Richard | Potter, Paige | Email for and containing legal advice re move to Croatia. | Attorney Client |
| | 7/21/2014 | Binke, Mark | Garber, Andrea; Richmond, Randi; Ford, Kurt B; Williams, Curt; Aronson, Robyn; Windholz, Maya; Carnessale, Juliana; Lynem, Lori; O'Leary, Brian; Markus, BJ; Doyle, Dana; Winnie, Richard | Potter, Paige | Email thread for and containing legal advice with Smith, Stephen re move to Croatia and security concerns in Croatia. | Attorney Client |
| | 7/21/2014 | Binke, Mark | Garber, Andrea; Richmond, Randi; Ford, Kurt B; Williams, Curt; Aronson, Robyn; Windholz, Maya; Carnessale, Juliana; Lynem, Lori; O'Leary, Brian; Markus, BJ; Doyle, Dana; Winnie, Richard | Potter, Paige | Email thread for and containing legal advice with Smith, Stephen re move to Croatia. | Attorney Client |
| | 7/21/2014 | Ford, Kurt B | Binke, Mark; Garber, Andrea; Richmond, Randi; Williams, Curt; Aronson, Robyn; Windholz, Maya; Carnessale, Juliana; Lynem, Lori; O'Leary, Brian; Markus, BJ; Doyle, Dana; Winnie, Richard; Garriga, Larissa | Potter, Paige | Email thread for and containing legal advice with Smith, Stephen re move to Croatia. | Attorney Client |
| | 7/21/2014 | Ford, Kurt B | Binke, Mark; Garber, Andrea; Richmond, Randi; Williams, Curt; Aronson, Robyn; Windholz, Maya; Carnessale, Juliana; Lynem, Lori; O'Leary, Brian; Markus, BJ; Doyle, Dana; Winnie, Richard; Garriga, Larissa | Potter, Paige | Email for and containing legal advice re move to Croatia. | Attorney Client |
| | 7/21/2014 | Ford, Kurt B | Binke, Mark; Garber, Andrea; Richmond, Randi; Williams, Curt; Aronson, Robyn; Windholz, Maya; Carnessale, Juliana; Lynem, Lori; O'Leary, Brian; Markus, BJ; Doyle, Dana; Winnie, Richard; Garriga, Larissa | Potter, Paige | Email thread for and containing legal advice with Smith, Stephen re move to Croatia. | Attorney Client |
| | 7/21/2014 | Winnie, Richard | Richmond, Randi | Ford, Kurt B; Williams, Curt; Aronson, Robyn; Windholz, Maya; Carnessale, Juliana; Garber, Andrea; Lynem, Lori; O'Leary, Brian; Markus, BJ; Doyle, Dana; Potter, Paige; Binke, Mark | Email thread for and containing legal advice with Smith, Stephen re move to Croatia. | Attorney Client |
| | 7/21/2014 | Richmond, Randi | Winnie, Richard | Ford, Kurt B; Williams, Curt; Aronson, Robyn; Windholz, Maya; Carnessale, Juliana; Garber, Andrea; Lynem, Lori; O'Leary, Brian; Markus, BJ; Doyle, Dana; Potter, Paige; Binke, Mark | Email thread for and containing legal advice with Smith, Stephen re move to Croatia. | Attorney Client |

**Supplemental Privilege Log**

*Universal Cable Productions LLC, et al. v. Atlantic Specialty Insurance Company , C.D. Cal. Case No. 2:16-cv-04435-PA-MRW*

| Beginning Bates Number | Date | From | To | CC | Description | Privilege Asserted/ Redaction |
|---|---|---|---|---|---|---|
| | 7/21/2014 | Winnie, Richard | Richmond, Randi | Ford, Kurt B; Williams, Curt; Aronson, Robyn; Windholz, Maya; Carnessale, Juliana; Garber, Andrea; Lynem, Lori; O'Leary, Brian; Markus, BJ; Doyle, Dana; Potter, Paige; Binke, Mark | Email thread for and containing legal advice with Smith, Stephen re move to Croatia and security concerns in Israel. | Attorney Client |
| | 7/21/2014 | Richmond, Randi | Winnie, Richard | Ford, Kurt B; Williams, Curt; Aronson, Robyn; Windholz, Maya; Carnessale, Juliana; Garber, Andrea; Lynem, Lori; O'Leary, Brian; Markus, BJ; Doyle, Dana; Potter, Paige; Binke, Mark | Email thread for and containing legal advice with Smith, Stephen re move to Croatia and  security concerns in Israel. | Attorney Client |
| | 7/21/2014 | Matthys, Philip | Binke, Mark; Richmond, Randi; Rothstein, Richard M; Carnessale, Juliana; O'Neill, Steven; Lynem, Lori; Fung, Stacy; DeLima, Brad; Abayomi, Olayemi | | Email for and containing legal advice re move from Israel. | Attorney Client |
| | 7/21/2014 | Matthys, Philip | Binke, Mark; Richmond, Randi; Rothstein, Richard M; Carnessale, Juliana; O'Neill, Steven; Lynem, Lori; Fung, Stacy; DeLima, Brad; Abayomi, Olayemi | | Email for and containing legal advice re move to New Mexico. | Attorney Client |
| | 7/21/2014 | Winnie, Richard | Richmond, Randi | Ford, Kurt B; Williams, Curt; Aronson, Robyn; Windholz, Maya; Carnessale, Juliana; Garber, Andrea; Lynem, Lori; O'Leary, Brian; Markus, BJ; Doyle, Dana; Potter, Paige; Binke, Mark; Smith, John | Email thread for and containing legal advice with Smith, Stephen re move to Croatia. | Attorney Client |
| | 7/21/2014 | Winnie, Richard | Richmond, Randi | Ford, Kurt B; Williams, Curt; Aronson, Robyn; Windholz, Maya; Carnessale, Juliana; Garber, Andrea; Lynem, Lori; O'Leary, Brian; Markus, BJ; Doyle, Dana; Potter, Paige; Binke, Mark; Smith, John | Email thread for and containing legal advice with Smith, Stephen re move to Croatia and  security concerns in Israel. | Attorney Client |
| UCP018047 | 7/21/2014 | Wachtel, Jeff | Caceros, Nidia; McCumber, Chris | Shields, Cory; Smith, Hilary | Redactions regarding legal advice re move from Israel. | Attorney Client |
| UCP018042 | 7/21/2014 | Wachtel, Jeff | Caceros, Nidia | | Redactions regarding legal advice re move from Israel. | Attorney Client |
| UCP018053 | 7/21/2014 | Wachtel, Jeff | Shields, Cory; Caceros, Nidia; Smith, Hilary; McCumber, Chris | | Redactions regarding legal advice re move from Israel. | Attorney Client |
| UCP018050 | 7/21/2014 | Wachtel, Jeff | Caceros, Nidia; Shields, Cory; Smith, Hilary; McCumber, Chris | | Redactions regarding legal advice re move from Israel. | Attorney Client |
| | 7/21/2014 | Richmond, Randi | Rothstein, Richard M; Fung, Stacy; Binke, Mark; Wachtel, Jeff; Aronson, Robyn; Matthys, Philip; Abayomi, Olayemi; Windholz, Maya; Ford, Kurt B; Williams, Curt; Garriga, Larissa; Carnessale, Juliana; Lynem, Lori; Doyle, Dana; Arana, Luis; Markus, BJ; O'Neill, Steven; DeLima, Brad; Rodine, Denise; Kasdan, Sheldon; Caprielian, Stephanie; Schneider, Alicen; Winnie, Richard; Smith, Stephen; Valtier, Jonathan; Glover, Thomas A; Rauch, Melissa A; Gray, Eric; St.Pierre, Tracy; Lackman, Barbara; Maas, Rick; Caceros, Nidia | Potter, Paige; Yass, Warren; Abele, Joseph; Hallock, Whitney; Molloy, Jordana | Email for and containing legal advice re move to New Mexico and security in Croatia. | Attorney Client |

**Supplemental Privilege Log**

*Universal Cable Productions LLC, et al. v. Atlantic Specialty Insurance Company , C.D. Cal. Case No. 2:16-cv-04435-PA-MRW*

| Beginning Bates Number | Date | From | To | CC | Description | Privilege Asserted/ Redaction |
|---|---|---|---|---|---|---|
| | 7/21/2014 | Fung, Stacy | Matthys, Philip; Binke, Mark; Richmond, Randi; Rothstein, Richard M; Carnessale, Juliana; O'Neill, Steven; Lynem, Lori; DeLima, Brad; Abayomi, Olayemi | | Email for and containing legal advice re move from Israel. | Attorney Client |
| | 7/21/2014 | Fung, Stacy | Matthys, Philip; Binke, Mark; Richmond, Randi; Rothstein, Richard M; Carnessale, Juliana; O'Neill, Steven; Lynem, Lori; DeLima, Brad; Abayomi, Olayemi | | Email for and containing legal advice re move from Israel. | Attorney Client |
| | 7/21/2014 | Footlik, Jay | Binke, Mark; Richmond, Randi; Rothstein, Richard M | Smotkin, Rick; O'Leary, Brian | Email for and containing legal advice re security concerns in Israel. | Attorney Client |
| | 7/21/2014 | Footlik, Jay | Binke, Mark; Richmond, Randi; Rothstein, Richard M | Smotkin, Rick; O'Leary, Brian | Email for and containing legal advice re security concerns in Israel. | Attorney Client |
| UCP003463 | 7/22/2014 | Smotkin, Rick | Footlik, Jay; Binke, Mark; Richmond, Randi; Rothstein, Richard M | O'Leary, Brian | Redacted email for and containing legal advice re security concerns in Israel. | Attorney Client |
| UCP003460 | 7/22/2014 | Richmond, Randi | Smotkin, Rick; Footlik, Jay; Binke, Mark; Rothstein, Richard M | O'Leary, Brian | Redacted email for and containing legal advice re security concerns in Israel. | Attorney Client |
| | 7/22/2014 | Footlik, Jay | Binke, Mark; Richmond, Randi; Rothstein, Richard M | Smotkin, Rick; O'Leary, Brian | Email for and containing legal advice re security concerns in Israel. | Attorney Client |
| | 7/22/2014 | Binke, Mark | Richmond, Randi | | Email thread for and containing legal advice with Footlik, Jay; O'Leary, Brian; Rothstein, Richard M; Smotkin, Rick re DIG insurance claim. | Attorney Client; Work Product |
| | 7/22/2014 | Richmond, Randi | Binke, Mark | | Email regarding legal advice with Rothstein, Richard, Smotkin; Rick; O'Leary, Brian; Footlik, Jay re security concerns in Israel. | Attorney Client; Work Product |
| | 7/22/2014 | Footlik, Jay | Rothstein, Richard M | Richmond, Randi; Binke, Mark; Smotkin, Rick; O'Leary, Brian | Email for and containing legal advice re move from Israel. | Attorney Client |
| | 7/22/2014 | Garber, Andrea | Richmond, Randi | | Email at the request and direction of counsel with Binke, Mark; Footlik, Jay; O'Leary, Brian; Rothstein, Richard M; Smotkin, Rick re DIG insurance claim. | Work Product |
| | 7/22/2014 | Garber, Andrea | Richmond, Randi | | Email thread for and containing legal advice with Binke, Mark; Footlik, Jay; O'Leary, Brian; Rothstein, Richard M; Smotkin, Rick re security concerns in Israel. | Attorney Client |
| UCP003028 | 7/22/2014 | Smith, John | Winnie, Richard; Richmond, Randi | Ford, Kurt B; Williams, Curt; Aronson, Robyn; Windholz, Maya; Carnessale, Juliana; Garber, Andrea; Lynem, Lori; O'Leary, Brian; Markus, BJ; Doyle, Dana; Potter, Paige; Binke, Mark | Redacted email thread for and containing legal advice re move to Croatia. | Attorney Client |
| UCP003446 | 7/22/2014 | Smith, John | Binke, Mark; Richmond, Randi | | Redacted email thread for and containing legal advice with Aronson, Robyn; Carnessale, Juliana; Doyle, Dana; Ford, Kurt B; Garber, Andrea; Lynem, Lori; Markus, BJ; O'Leary, Brian; Potter, Paige; Williams, Curt; Windholz, Maya; Winnie, Richard re move to Croatia. | Attorney Client; Work Product |
| | 7/22/2014 | Richmond, Randi | Garber, Andrea | Binke, Mark | Email thread for and containing legal advice with Footlik, Jay; O'Leary, Brian; Rothstein, Richard M; Smotkin, Rick re DIG insurance claim. | Attorney Client; Work Product |

Supplemental Privilege Log

*Universal Cable Productions LLC, et al. v. Atlantic Specialty Insurance Company* , C.D. Cal. Case No. 2:16-cv-04435-PA-MRW

| Beginning Bates Number | Date | From | To | CC | Description | Privilege Asserted/ Redaction |
|---|---|---|---|---|---|---|
| UCP003451 | 7/22/2014 | Richmond, Randi | Smith, John; Binke, Mark; Winnie, Richard | | Redacted email thread for and containing legal advice with Aronson, Robyn; Carnessale, Juliana; Doyle, Dana; Ford, Kurt B; Garber, Andrea; Lynem, Lori; Markus, BJ; O'Leary, Brian; Potter, Paige; Williams, Curt; Windholz, Maya re move to Croatia. | Attorney Client; Work Product |
| | 7/22/2014 | O'Neill, Steven | Fung, Stacy; Matthys, Philip; Binke, Mark; Richmond, Randi; Rothstein, Richard M; Carnessale, Juliana; Lynem, Lori; DeLima, Brad; Abayomi, Olayemi | | Email for and containing legal advice re move from Israel. | Attorney Client |
| | 7/22/2014 | O'Neill, Steven | Fung, Stacy; Matthys, Philip; Binke, Mark; Richmond, Randi; Rothstein, Richard M; Carnessale, Juliana; Lynem, Lori; DeLima, Brad; Abayomi, Olayemi | | Email for and containing legal advice re move from Israel, move to Croatia, and move to New Mexico. | Attorney Client |
| | 7/22/2014 | Fung, Stacy | O'Neill, Steven; Matthys, Philip; Binke, Mark; Richmond, Randi; Rothstein, Richard M; Carnessale, Juliana; Lynem, Lori; DeLima, Brad; Abayomi, Olayemi | | Email for and containing legal advice re move from Israel. | Attorney Client |
| | 7/22/2014 | Fung, Stacy | O'Neill, Steven; Matthys, Philip; Binke, Mark; Richmond, Randi; Rothstein, Richard M; Carnessale, Juliana; Lynem, Lori; DeLima, Brad; Abayomi, Olayemi | | Email for and containing legal advice re move from Israel, move to Croatia, and move to New Mexico. | Attorney Client |
| | 7/22/2014 | Caceros, Nidia | Wachtel, Jeff; Rothstein, Richard M; Binke, Mark; Dolcemaschio, Steve; Dolcemaschio, Steve; Matthys, Philip; Fung, Stacy; Sharood, Claire; Carlson, Aimee; Rauch, Melissa A; Mu, Bryan; Olmstead, Dawn; Kemble, Garrett; Gray, Eric; Windholz, Maya; Stevenson, Barbie | | Email for and containing legal advice re security concerns in Israel and move from Israel. | Attorney Client |
| | 7/22/2014 | Adi Navon | Richmond, Randi | | Email thread for and containing legal advice with Binke, Mark; Footlik, Jay; O'Leary, Brian; Rothstein, Richard M; Smotkin, Rick re security concerns in Israel. | Attorney Client; Work Product |
| UCP002853 | 7/24/2014 | Binke, Mark | Garber, Andrea; Windholz, Maya; Ford, Kurt B | Richmond, Randi | Redacted email for and containing legal advice re DIG insurance claim. | Attorney Client |
| | 7/24/2014 | Windholz, Maya | Binke, Mark; Garber, Andrea; Ford, Kurt B | Richmond, Randi | Email thread for and containing legal advice with Smith, Stephen re security concerns in Israel. | Attorney Client |
| | 7/24/2014 | Palotay, Marc | Richmond, Randi; Markus, BJ; O'Leary, Brian | Palotay, Marc | Email for and containing legal advice re move to Croatia. | Attorney Client |
| | 7/24/2014 | | | | Confidential document (attachment) reflecting legal advice re move to Croatia. | Attorney Client; Work Product |
| | 7/25/2014 | Gray, Eric | Markus, BJ | Richmond, Randi | Email at the request and direction of counsel re DIG insurance claim and DIG litigation. | Work Product |
| | 7/25/2014 | Garber, Andrea | Markus, BJ | Binke, Mark; Richmond, Randi; Ford, Kurt B | Email at the request and direction of counsel re DIG insurance claim. | Work Product |
| | 7/25/2014 | Richmond, Randi | Gray, Eric | Markus, BJ; Binke, Mark | Email at the request and direction of counsel re DIG insurance claim and DIG litigation. | Work Product |
| | 7/25/2014 | | | | Confidential document (attachment) created because of litigation re DIG insurance claim and DIG litigation. | Work Product |

Supplemental Privilege Log

*Universal Cable Productions LLC, et al. v. Atlantic Specialty Insurance Company* , C.D. Cal. Case No. 2:16-cv-04435-PA-MRW

| Beginning Bates Number | Date | From | To | CC | Description | Privilege Asserted/ Redaction |
|---|---|---|---|---|---|---|
| | 7/25/2014 | | | | Confidential document (attachment) created because of litigation re DIG insurance claim and DIG litigation. | Work Product |
| | 7/25/2014 | Gray, Eric | Richmond, Randi | Markus, BJ; Binke, Mark | Email at the request and direction of counsel re DIG insurance claim. | Work Product |
| | 7/25/2014 | Richmond, Randi | Gray, Eric | Markus, BJ; Binke, Mark | Email at the request and direction of counsel re DIG insurance claim. | Work Product |
| | 7/25/2014 | | | | Confidential document (attachment) created because of litigation re DIG insurance claim. | Work Product |
| | 7/25/2014 | Gray, Eric | Richmond, Randi | Markus, BJ; Binke, Mark | Email at the request and direction of counsel re DIG insurance claim. | Work Product |
| | 7/28/2014 | O'Leary, Brian | Caceros, Nidia; Binke, Mark | Richmond, Randi | Email for and containing legal advice re move to New Mexico. | Attorney Client |
| | 7/28/2014 | O'Leary, Brian | Caceros, Nidia; Binke, Mark | Richmond, Randi | Email for and containing legal advice re move to New Mexico. | Attorney Client |
| UCP002855 | 7/28/2014 | Richmond, Randi | Windholz, Maya; Ford, Kurt B; Garber, Andrea | | Redacted email regarding legal advice re security concerns in Israel. | Attorney Client |
| UCP003458 | 7/28/2014 | Garber, Andrea | Binke, Mark | | Redacted email thread for and containing legal advice with Hoff, Tania re insurance coverage. | Attorney Client |
| | 7/29/2014 | Richmond, Randi | Gray, Eric; Binke, Mark | Markus, BJ; Yass, Warren | Email at the request and direction of counsel re DIG insurance claim. | Work Product |
| | 7/29/2014 | Gray, Eric | Richmond, Randi; Binke, Mark | Markus, BJ; Yass, Warren | Email at the request and direction of counsel re DIG insurance claim. | Work Product |
| | 7/29/2014 | Gray, Eric | Richmond, Randi; Binke, Mark | Markus, BJ; Yass, Warren | Email at the request and direction of counsel re DIG insurance claim. | Work Product |
| | 7/29/2014 | Richmond, Randi | Ford, Kurt B; Garber, Andrea; Windholz, Maya | | Email thread for and containing legal advice with Binke, Mark; Smith, Stephen re security concerns in Israel. | Attorney Client |
| | 7/30/2014 | Windholz, Maya | Hammer, Bonnie; Shields, Cory | Wachtel, Jeff | Email for and containing legal advice re insurance coverage. | Attorney Client |
| | 8/1/2014 | Ford, Kurt B | Berardi, Rosanna | | Email for and containing legal advice re move from Israel. | Attorney Client |
| | 8/5/2014 | Ford, Kurt B | Berardi, Rosanna | | Email thread for and containing legal advice with Grist, Yvonne re move to Croatia. | Attorney Client |
| | 8/5/2014 | Richmond, Randi | Ford, Kurt B; Garber, Andrea; Windholz, Maya | | Email thread for and containing legal advice with Binke, Mark; Smith, Stephen re security concerns in Israel. | Attorney Client |
| UCP003252 | 8/5/2014 | Richmond, Randi | Ford, Kurt B; Garber, Andrea; Windholz, Maya | | Redacted email regarding legal advice re security concerns in Israel. | Attorney Client |
| | 8/6/2014 | Carnessale, Juliana | Richmond, Randi; Markus, BJ; Ford, Kurt B; O'Neill, Steven | Lynem, Lori; Gomez, Rafael C | Email for and containing legal advice re move to Croatia. | Attorney Client |
| | 8/6/2014 | | | | Confidential document (attachment) reflecting legal advice re move to Croatia. | Attorney Client; Work Product |
| | 8/6/2014 | Carnessale, Juliana | Liat Benasuly; Dorit Beller | Lynem, Lori; Batsell, Carter; Gomez, Rafael C; Richmond, Randi | Email for and containing legal advice re move to Croatia. | Attorney Client |
| | 8/8/2014 | Binke, Mark | Garber, Andrea; Windholz, Maya | | Email thread for and containing legal advice with Smith, Stephen re security concerns in Israel. | Attorney Client |

**Supplemental Privilege Log**

*Universal Cable Productions LLC, et al. v. Atlantic Specialty Insurance Company , C.D. Cal. Case No. 2:16-cv-04435-PA-MRW*

| Beginning Bates Number | Date | From | To | CC | Description | Privilege Asserted/ Redaction |
|---|---|---|---|---|---|---|
| | 8/12/2014 | Markus, BJ | Richmond, Randi; O'Leary, Brian | Markus, BJ | Email thread for and containing legal advice with Djebro, Violeta; Hammer, Adrian; Ifkovic, Sonja; O'Driscoll, Lucy; Schmidt, Helena; Vorkapic, Petra; Vukusic, Daniela re move to Croatia. | Attorney Client |
| | 8/12/2014 | Aronson, Robyn | Binke, Mark; Richmond, Randi; Markus, BJ; Garber, Andrea | Paul, David; Abayomi, Olayemi; Dominitz, Jennifer; Windholz, Maya | Email for and containing legal advice re move from Israel and move to Croatia. | Attorney Client |
| | 8/13/2014 | Milutin, Erika | Richmond, Randi | | Email thread at the request and direction of counsel and containing legal advice with Abayomi, Olayemi; Aronson, Robyn; Diller, Steven; Greig, Ryan; Williams, Curt re insurance coverage. | Attorney Client; Work Product |
| | 8/13/2014 | O'Leary, Brian | Richmond, Randi; Markus, BJ; Binke, Mark | O'Driscoll, Lucy; Palotay, Marc | Email thread for and containing legal advice with Djebro, Violeta; Hammer, Adrian; Ifkovic, Sonja; Milutin, Erika; Schmidt, Helena; Stanka, Bako; Vorkapic, Petra; Vukusic, Daniela re move to Croatia. | Attorney Client |
| | 8/13/2014 | Richmond, Randi | O'Leary, Brian; Markus, BJ; Binke, Mark; Aronson, Robyn | O'Driscoll, Lucy; Palotay, Marc | Email thread for and containing legal advice with Djebro, Violeta; Hammer, Adrian; Ifkovic, Sonja; Schmidt, Helena; Vorkapic, Petra; Vukusic, Daniela re move to Croatia. | Attorney Client |
| | 8/13/2014 | O'Leary, Brian | Richmond, Randi | Markus, BJ; Binke, Mark; Aronson, Robyn; O'Driscoll, Lucy; Palotay, Marc | Email thread for and containing legal advice with Djebro, Violeta; Hammer, Adrian; Ifkovic, Sonja; Milutin, Erika; Schmidt, Helena; Stanka, Bako; Vorkapic, Petra; Vukusic, Daniela re move to Croatia. | Attorney Client |
| | 8/13/2014 | Aronson, Robyn | O'Leary, Brian; Richmond, Randi | Markus, BJ; Binke, Mark; O'Driscoll, Lucy; Palotay, Marc | Email thread for and containing legal advice with Djebro, Violeta; Hammer, Adrian; Ifkovic, Sonja; Schmidt, Helena; Vorkapic, Petra; Vukusic, Daniela re move to oatia. | Attorney Client |
| | 8/13/2014 | Garber, Andrea | Ford, Kurt B; Adams, Malika; Aronson, Robyn | Richmond, Randi; Binke, Mark | Email thread for and containing legal advice with Kizner, Deborah; Kujundzic, Milena; Marin, Tatjana; Weiss, Susan; Zulj, Ivan re move to Croatia. | Attorney Client |
| | 8/14/2014 | Dorit Beller | Abayomi, Olayemi | Richmond, Randi | Email for and containing legal advice re move from Israel. | Attorney Client |
| | 8/14/2014 | Aronson, Robyn | Milutin, Erika | Diller, Steven; Richmond, Randi; Ryan Greig; Winemaker, Mark; Markus, BJ; Potter, Paige; Romana Lulić | Email for and containing legal advice re move from Israel and DIG insurance claim. | Attorney Client |
| | 8/18/2014 | O'Leary, Brian | Dolcemaschio, Steve; Binke, Mark | Footlik, Jay; Smotkin, Rick | Email for and containing legal advice re move from Israel. | Attorney Client |
| | 8/18/2014 | | | | Confidential document (attachment) reflecting legal advice re move from Israel. | Attorney Client; Work Product |
| | 8/18/2014 | O'Leary, Brian | Binke, Mark; Dolcemaschio, Steve | Footlik, Jay; Smotkin, Rick | Email for and containing legal advice re move from Israel. | Attorney Client |
| | 8/18/2014 | Smotkin, Rick | Binke, Mark; O'Leary, Brian; Dolcemaschio, Steve | Footlik, Jay | Email for and containing legal advice re move from Israel. | Attorney Client |
| | 8/18/2014 | Footlik, Jay | Smotkin, Rick | Binke, Mark; O'Leary, Brian; Dolcemaschio, Steve | Email for and containing legal advice re DIG insurance claim. | Attorney Client |
| | 8/18/2014 | O'Leary, Brian | Footlik, Jay; Smotkin, Rick; Binke, Mark; Shields, Cory; Freeman, Gidon | Caraballo, Irene | Email for and containing legal advice re move from Israel. | Attorney Client |

**Supplemental Privilege Log**

*Universal Cable Productions LLC, et al. v. Atlantic Specialty Insurance Company , C.D. Cal. Case No. 2:16-cv-04435-PA-MRW*

| Beginning Bates Number | Date | From | To | CC | Description | Privilege Asserted/ Redaction |
|---|---|---|---|---|---|---|
| | 8/18/2014 | | | | Confidential document (attachment) reflecting legal advice re move from Israel. | Attorney Client; Work Product |
| | 8/18/2014 | O'Leary, Brian | Binke, Mark | | Email thread for and containing legal advice with Caraballo, Irene; Footlik, Jay; Freeman, Gidon; Shields, Cory; Smotkin, Rick re move from Israel. | Attorney Client |
| | 8/18/2014 | O'Leary, Brian | Binke, Mark | | Email thread for and containing legal advice with Caraballo, Irene; Footlik, Jay; Freeman, Gidon; Shields, Cory; Smotkin, Rick re move from Israel. | Attorney Client |
| | 8/18/2014 | Ford, Kurt B | Richmond, Randi | | Email thread for and containing legal advice with Berardi, Rosanna; Grist, Yvonne re security concerns in Israel. | Attorney Client; Work Product |
| | 8/18/2014 | O'Leary, Brian | Dolcemaschio, Steve; Footlik, Jay; Smotkin, Rick | Binke, Mark | Email for and containing legal advice re move from Israel. | Attorney Client |
| | 8/18/2014 | Footlik, Jay | O'Leary, Brian | Dolcemaschio, Steve; Smotkin, Rick; Binke, Mark | Email for and containing legal advice re move from Israel. | Attorney Client |
| | 8/19/2014 | Binke, Mark | Windholz, Maya; Garber, Andrea | Richmond, Randi | Email thread for and containing legal advice with Smith, Stephen re security concerns in Israel. | Attorney Client |
| | 8/20/2014 | Carnessale, Juliana | Penelope Kennedy | Lynem, Lori; Richmond, Randi; Mark Winemaker | Email for and containing legal advice re move to Croatia. | Attorney Client |
| | 8/26/2014 | Gray, Eric | Binke, Mark | | Email at the request and direction of counsel re DIG insurance claim. | Work Product |
| | 8/26/2014 | Diller, Steven | Richmond, Randi; Ryan Grieg | Erika Milutin | Email thread for and containing legal advice with Aronson, Robyn; Milutin, Erika; Markus, BJ; Potter, Page re move to Croatia. | Attorney Client; Work Product |
| | 8/29/2014 | Kasdan, Sheldon | Richmond, Randi | Arana, Luis; Caprielian, Stephanie | Email thread for and containing legal advice re move from Israel, move to Croatia and move to New Mexico. | Attorney Client |
| | 9/4/2014 | Susan Weiss | Garber, Andrea | Deborah Kizner | Email at the request and direction of counsel re DIG insurance claim. | Attorney Client; Settlement/Mediation Discussions |
| | 9/4/2014 | Susan Weiss | Garber, Andrea | Deborah Kizner | Email for and containing legal advice re DIG insurance claim. | Work Product; Settlement/Mediation Discussions |
| | 9/18/2014 | Cleaver, Debbie | Richmond, Randi; Markus, BJ | | Email at the request and direction of counsel re DIG insurance claim. | Work Product |
| | 9/22/2014 | Markus, BJ | Richmond, Randi | Markus, BJ | Email thread at the request and direction of counsel with Ford, Kurt B; Garber, Andrea re DIG insurance claim. | Work Product |
| | 9/26/2014 | Garber, Andrea | Susan Weiss | Deborah Kizner | Email at the request and direction of counsel re DIG insurance claim. | Work Product Settlement/Mediation Discussions |
| | 9/26/2014 | Susan Weiss | Garber, Andrea | | Email at the request and direction of counsel re DIG insurance claim. | Work Product Settlement/Mediation Discussions |
| | 10/1/2014 | Dalusong, Brenda | Garber, Andrea | | Email for and containing legal advice re DIG insurance claim. | Attorney Client |
| | 10/7/2014 | Markus, BJ | Askar Nisan; Meryle Selinger | Markus, BJ; Richmond, Randi | Email at the request and direction of counsel re DIG insurance claim. | Work Product |

Supplemental Privilege Log

*Universal Cable Productions LLC, et al. v. Atlantic Specialty Insurance Company* , C.D. Cal. Case No. 2:16-cv-04435-PA-MRW

| Beginning Bates Number | Date | From | To | CC | Description | Privilege Asserted/ Redaction |
|---|---|---|---|---|---|---|
| | 10/13/2014 | Binke, Mark | Richmond, Randi; Windholz, Maya | | Email for and containing legal advice re DIG insurance claim. | Attorney Client; Work Product |
| | 10/13/2014 | Windholz, Maya | Binke, Mark; Richmond, Randi | | Email for and containing legal advice re DIG insurance claim. | Attorney Client |
| | 10/13/2014 | Richmond, Randi | Windholz, Maya; Binke, Mark | | Email for and containing legal advice re DIG insurance claim. | Attorney Client |
| | 10/13/2014 | Windholz, Maya | Richmond, Randi; Binke, Mark | | Email for and containing legal advice re DIG insurance claim. | Attorney Client |
| | 10/13/2014 | Windholz, Maya | Richmond, Randi; Binke, Mark | | Email for and containing legal advice re DIG insurance claim. | Attorney Client |
| | 10/20/2014 | Arana, Luis | Markus, BJ; Richmond, Randi; Kasdan, Sheldon | | Email for and containing legal advice re move to Croatia and DIG insurance claim. | Attorney Client |
| | 10/27/2014 | Richmond, Randi | Yass, Warren; Binke, Mark | | Email at the request and direction of counsel re DIG insurance claim. | Work Product |
| | 10/27/2014 | Binke, Mark | Richmond, Randi | | Email at the request and direction of counsel re DIG insurance claim. | Work Product |
| | 10/28/2014 | Markus, BJ | Richmond, Randi | Markus, BJ | Email at the request and direction of counsel re DIG insurance claim. | Work Product |
| | 10/28/2014 | Binke, Mark | | | Draft email at the request and direction of counse re DIG insurance claim | Work Product |
| | 10/28/2014 | | | | Confidential document created because of litigation re DIG insurance claim. | Work Product |
| | 10/28/2014 | Richmond, Randi | Dolcemaschio, Steve; Windholz, Maya; Garber, Andrea; Ford, Kurt B; | Binke, Mark; Markus, BJ | Email for and containing legal advice re DIG insurance claim. | Attorney Client; Work Product |
| | 10/30/2014 | | | | Confidential document (attachment) created because of litigation re filming in Israel and security concerns in Israel. | Work Product |
| | 10/31/2014 | O'Leary, Brian | Markus, BJ; Richmond, Randi | Palotay, Marc | Email for and containing legal advice re DIG insurance claim. | Attorney Client; Work Product |
| | 11/14/2014 | Markus, BJ | Binke, Mark; Garber, Andrea; Ford, Kurt B | Markus, BJ; Richmond, Randi | Email at the request and direction of counsel re DIG insurance claim. | Work Product |
| | 12/2/2014 | Richmond, Randi | Markus, BJ; Mark Winemaker; Michael Wray; Carnessale, Juliana | Williams, Curtis | Email for and containing legal advice re move to Croatia. | Attorney Client |
| | 12/16/2014 | Arana, Luis | Richmond, Randi; Kasdan, Sheldon | | Email for and containing legal advice re move to Croatia. | Attorney Client |
| | 1/30/2015 | Garber, Andrea | Adams, Malika | | Email at the request and direction of counsel re DIG insurance claim and insurance coverage. | Work Product |
| | 1/30/2015 | Adams, Malika | Garber, Andrea | | Email at the request and direction of counsel re DIG insurance claim and insurance coverage. | Work Product |
| | 1/30/2015 | Markus, BJ | Richmond, Randi | | Email thread at the request and direction of counsel with Binke, Mark; Ford, Kurt B; Garber, Andrea re DIG insurance claim. | Work Product |
| | 1/30/2015 | | | | Confidential document (attachment) created because of litigation re DIG insurance claim. | Work Product |
| | 3/17/2015 | Susan Weiss | Garber, Andrea | | Email thread at the request and direction of counsel and containing legal advice with Daar, Henry; Kizner, Deborah; Scher, Margo re DIG insurance claim. | Attorney-Client; Work Product; Settlement/Mediation Discussions |
| | 4/6/2015 | Susan Weiss | Garber, Andrea | | Email at the request and direction of counsel re DIG insurance claim. | Work Product; Settlement/Mediation Discussions |

**Supplemental Privilege Log**

*Universal Cable Productions LLC, et al. v. Atlantic Specialty Insurance Company , C.D. Cal. Case No. 2:16-cv-04435-PA-MRW*

| Beginning Bates Number | Date | From | To | CC | Description | Privilege Asserted/ Redaction |
|---|---|---|---|---|---|---|
| | 4/7/2015 | Henry Daar | Garber, Andrea | | Email at the request and direction of counsel re DIG insurance claim. | Work Product; Settlement/Mediation Discussions |
| | 4/7/2015 | Henry Daar | Garber, Andrea | | Email thread at the request and direction of counsel with Weiss, Susan re DIG insurance claim. | Work Product; Settlement/Mediation Discussions |
| | 4/7/2015 | Susan Weiss | Garber, Andrea | | Email at the request and direction of counsel re DIG insurance claim. | Work Product; Settlement/Mediation Discussions |
| | 4/8/2015 | Henry Daar | Garber, Andrea | | Email at the request and direction of counsel re DIG insurance claim. | Work Product; Settlement/Mediation Discussions |
| | 4/8/2015 | Susan Weiss | Garber, Andrea | | Email at the request and direction of counsel re DIG insurance claim. | Work Product; Settlement/Mediation Discussions |
| | 8/26/2015 | Markus, BJ | Richmond, Randi | | Email thread at the request and direction of counsel and containing legal advice with Binke, Mark re DIG insurance claim. | Attorney Client; Work Product |
| | 8/26/2015 | | | | Confidential document (attachment) reflecting legal advice and created because of litigation re DIG insurance claim. | Attorney Client; Work Product |
| | 8/26/2015 | Richmond, Randi | Ford, Kurt B; Williams, Curt | | Email at the request and direction of counsel re security concerns in Israel, DIG insurance claim, and DIG litigation. | Work Product |
| | 8/26/2015 | Ford, Kurt B | Richmond, Randi; Williams, Curt | | Email at the request and direction of counsel and containing legal advice re security concerns in Israel, DIG insurance claim, and DIG litigation. | Work Product |
| | 8/31/2015 | Ford, Kurt B | Garber, Andrea | | Email thread at the request and direction of counsel and containing legal advice with Richmond, Randi; Williams, Curt re DIG insurance claim and DIG litigation. | Attorney Client; Work Product |
| | 10/13/2015 | Ford, Kurt B | Binke, Mark | Windholz, Maya | Email thread for and containing legal advice re DIG insurance claim. | Attorney Client; Work Product |
| | 10/13/2015 | | | | Confidential document (attachment) reflecting legal advice and created because of litigation re DIG insurance claim. | Attorney Client; Work Product |
| | 10/13/2015 | | | | Confidential document (attachment) reflecting legal advice and created because of litigation re DIG insurance claim. | Attorney Client; Work Product |
| | 8/31/2016 | Markus, BJ | Joshua P. Dease | Markus, BJ | Email at the request and direction of counsel re DIG insurance claim and DIG litigation. | Work Product |
| | 9/8/2016 | Markus, BJ | Richmond, Randi | | Email at the request and direction of counsel re DIG insurance claim and DIG litigation. | Work Product |
| | 9/8/2016 | | | | Confidential document (attachment) reflecting legal advice and created because of litigation re DIG insurance claim. | Attorney Client; Work Product |

Plaintiffs reserve the right to supplement, amend, alter and/or modify this privilege log.  Inclusion on or omission of a document from this log shall not constitute a waiver of any privilege or exemption from discovery.

As Atlantic is aware, MSK attorneys, counsel of record in this action, and in-house litigation counsel have been counsel for Plaintiffs in connection with this matter before the lawsuit was filed.  Accordingly, Plaintiffs are not including on this log presumptively privileged communications including MSK attorneys and in-house litigation counsel prior to and after the filing of this action, without waiver of any privilege or exemption from discovery.

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

| | |
|---|---|
| UNIVERSAL CABLE PRODUCTIONS LLC, a Delaware limited liability company, and NORTHERN ENTERTAINMENT PRODUCTIONS LLC, a Delaware limited liability company,<br><br>    Plaintiffs,<br><br>  vs.<br><br>ATLANTIC SPECIALTY INSURANCE COMPANY, a New York insurance company,<br><br>    Defendant. | Case No. 2:16-cv-04435-PA-MRW<br><br>**DEFENDANT ATLANTIC SPECIALTY INSURANCE COMPANY'S NOTICE OF AND MEMORANDUM IN SUPPORT OF EX PARTE APPLICATION FOR ORDER CONTINUING TRIAL DATE AND ALL DEADLINES FOR 60 DAYS** |

# EXHIBIT 2

| | |
|---|---|
| **From:** | Reed, Toni |
| **Sent:** | Friday, February 17, 2017 4:01 PM |
| **To:** | Hayes, Daniel; Coyoca, Lucia; Shalamitski, Valentine |
| **Cc:** | Keeley, Michael; Crapster, Carla |
| **Subject:** | RE: Conference on Discovery Responses |
| | |
| **Categories:** | In DM, #8708422 : SP : 15247 : 0131 |

Daniel,

Greetings on a Friday afternoon. I hope you are well.

As I advised below, we have worked with our client on a full set of Amended Responses and a letter discussion that our client has been reviewing and finalizing. I indicated that, as soon as the amended responses are back from our client, we will be able to provide those and the accompanying letter, and we will be happy to propose a time to speak again. Finally, I advised that we are moving the process as expeditiously as possible. I did not indicate that I knew when these would be approved for service, but again, we are moving along as quickly as we can. I have just received an update after 3:30 p.m. central time that I will not have the final and signed Amended Responses back in hand today. I do anticipate that we will be serving them early next week (note that Monday is a federal holiday and company holiday for many), but I will know more on Monday. Once again, I will state we are making every effort to expedite the process, and of course want to move forward on these items, and all outstanding discovery matters.

On some of our other pending issues, and in follow-up to my message to Valentine this week, can the Plaintiffs now confirm that they have produced the responsive documents that they have previously agreed to produce in regard to the Defendant's First Request for Production to Plaintiffs? The prior message about the rolling production was that a final installment would be delivered by February 14, but I want to understand the most updated information you have on that.

If, based upon your current information, there will be any additional documents forthcoming, please let me know the date by which they will be received. If there are others forthcoming, are they now limited to damage-related documents?

Regarding items from our January 25 telephone conference of counsel (where Lucia and Valentine participated):

1. Have you discussed with your clients a search for categories of damage documents as backup for the general item produced? We had discussed (a) the government-related documents or audit records that exist, as a result of the fact that there were tax incentives in both Croatia and New Mexico, (b) the documents that reflect the breakdown of the full damages by categories or synopsis, both through Excel-type records and any reports or memos or analysis of categories and amounts incurred, and (c) the records that establish your clients' basis for arguing that the expenses were reasonable and necessary, including the documents reviewed by and relied upon by your damage expert. Has your client agreed to produce those?

2.  Do you have a position from your client regarding making Mr. Smith available in the U.S. for his deposition, strictly for the pragmatic considerations discussed?

3.  Have you confirmed that the Aon documents noted as "redacted" on the initial privilege log have been actually redacted and will be provided?  We have understood from Aon previously that you as counsel were involved with designations of privilege, and therefore we direct the request for the redacted documents (relating to your designations of privilege) to you.

Finally, we are still waiting on an updated privilege log on the Aon documents, with specifics on individuals (regarding identification of title, employer, and designation as lawyer where applicable) mentioned in various correspondence.  Will that be available this week?

We also anticipate that you will be updating your clients' privilege log in light of the various recent rolling productions.  Additionally, we have sent requests that you complete the information on the existing privilege log, particularly with respect to identifying individuals by employer.  There is no confirmation that each is an employee of one of the Plaintiffs, and it is appropriate and necessary to identify their employers otherwise.  Will that be available this week?

I will appreciate your updates on all these items, and I'll look forward to working with you to progress through the discovery process for the case.

Best regards,
Toni Scott Reed

**Toni Scott Reed** • Strasburger & Price, LLP
901 Main Street, Suite 6000, Dallas, TX 75202
214.651.4345 • Fax 214.659-4091 • Strasburger.com

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

| | |
|---|---|
| UNIVERSAL CABLE PRODUCTIONS LLC, a Delaware limited liability company, and NORTHERN ENTERTAINMENT PRODUCTIONS LLC, a Delaware limited liability company,<br><br>       Plaintiffs,<br><br>   vs.<br><br>ATLANTIC SPECIALTY INSURANCE COMPANY, a New York insurance company,<br><br>       Defendant. | Case No. 2:16-cv-04435-PA-MRW<br><br>**DEFENDANT ATLANTIC SPECIALTY INSURANCE COMPANY'S NOTICE OF AND MEMORANDUM IN SUPPORT OF EX PARTE APPLICATION FOR ORDER CONTINUING TRIAL DATE AND ALL DEADLINES FOR 60 DAYS** |

# EXHIBIT 3

| | |
|---|---|
| **From:** | Crapster, Carla |
| **Sent:** | Thursday, February 23, 2017 8:50 PM |
| **To:** | Lucia Coyoca; Valentine Shalamitski; dmh@msk.com |
| **Cc:** | Keeley, Michael; Reed, Toni |
| **Subject:** | UCP v Atlantic - Additional Discovery Issues |
| | |
| **Categories:** | In DM, #8728485 : SP : 15247 : 0131 |

Dan,

We are in the process of drafting a letter raising several issues regarding your discovery responses, now that we have received most of the documents and are wrapping up review of the documents produced. We have, however, already identified the following issues that we would like to address with you:

1.    The AON privilege log includes entries dated July 17, 2014 (AONNBCU0003663 and AONNBCU0003666) that are being withheld on the grounds of Work Product and Settlement/Mediation Discussions. We do not understand the basis for such assertions on July 17, 2014. What anticipation of litigation or discussion of mediation or settlement of the claim existed on that date? Please explain the basis for your assertion of privilege on this date, particularly with these two individuals. What work product was created?

2.    Our review of the documents has made clear to us that your responses to Interrogatory No. 18 and Requests for Production 10, 11, and 12 are not complete. There are references in the documents you have produced to a "corporate terrorism policy," but your responses to discovery do not address this. Interrogatory No. 18 asks: "State whether YOU have sought insurance coverage for any losses related to the CLAIM from any other insurer and whether YOU had any other insurance in place during the time that DIG was being produced that covered losses RELATING to delays in production or the moving of a production from one place to another." In response, you stated: "Subject to and without waiving the foregoing preliminary statement and objections, Plaintiffs respond that there is no other insurance coverage for any losses related to the CLAIM, and the POLICY at issue is the only applicable POLICY that Plaintiffs are aware of at this time that provides coverage for the LOSS." This does not directly answer the question. You do not state whether you have *sought* insurance coverage under any other policy for the CLAIM. Please answer the question directly posed in the interrogatory. Your responses to Requests for Production Nos. 10, 11, and 12, which all relate to whether "YOU" sought insurance under any other policies, are similarly deficient. You state in response to those RFPs that "Atlantic's Policy is the only applicable policy that provides coverage for this claim." But this does not directly address whether there are any documents responsive to those RFPs. Please produce the corporate terrorism policies and any related documents we have requested.

3.    Many of the documents you have produced to date are redacted, and we have no indication from you what the basis for these redactions are. We would like to see a privilege log identifying all redactions made. We are willing to reciprocate and provide an updated privilege log that identifies the basis for our redactions.

4.     Aside from the redaction issue, we assume that you will be producing an updated privilege log soon, given the large volume of documents produced and the very small number of documents identified on your privilege log to date. And Valentine mentioned on our call today that you are still working on a privilege log. Please let us know when we can expect to receive the updated privilege log from you.

We look forward to discussing the points from our email of last Friday, along with these issues with you tomorrow at 2 p.m. Pacific Time.

Carla

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

## WESTERN DIVISION

| | |
|---|---|
| UNIVERSAL CABLE PRODUCTIONS LLC, a Delaware limited liability company, and NORTHERN ENTERTAINMENT PRODUCTIONS LLC, a Delaware limited liability company, | Case No. 2:16-cv-04435-PA-MRW |
| Plaintiffs, | **DEFENDANT ATLANTIC SPECIALTY INSURANCE COMPANY'S NOTICE OF AND MEMORANDUM IN SUPPORT OF EX PARTE APPLICATION FOR ORDER CONTINUING TRIAL DATE AND ALL DEADLINES FOR 60 DAYS** |
| vs. | |
| ATLANTIC SPECIALTY INSURANCE COMPANY, a New York insurance company, | |
| Defendant. | |

# EXHIBIT 4

| | |
|---|---|
| **From:** | Reed, Toni |
| **Sent:** | Thursday, March 02, 2017 9:43 PM |
| **To:** | Lucia Coyoca; Valentine Shalamitski; dmh@msk.com |
| **Cc:** | Keeley, Michael; Crapster, Carla |
| **Subject:** | RE: UCP v Atlantic - Additional Discovery Issues |
| | |
| **Categories:** | In DM, #8755201 : SP : 15247 : 0131 |

Dan,

Regarding the documents received to date from Plaintiffs, and further to our communication of last Thursday (set out below), we need to include in our ongoing meet and confer the following items set out below.  We ask that you please be prepared to discuss these as a part of our scheduled call for Monday.

First, it is now March 2, and we are still awaiting a final report on what additional documents will be forthcoming from Plaintiffs, and what the types and/or categories of documents those are.  As you know, your clients' documents were due back in December.  Given the very tight schedule we have in this case, having this significant part of the discovery still not completed is unacceptable.  Accordingly, we need to know Monday exactly where things stand on your production of documents.  Additionally, we need to resolve the points detailed in this communication.

Once again, we cannot address further issues on the Plaintiffs' discovery responses, or move forward to other phases of discovery, until we have received all Plaintiffs' documents and resolved the issues regarding (a) completeness of the Plaintiffs' production; and (b) resolution of the Plaintiffs' assertions of various privileges and/or refusal to produce various documents.

Based strictly upon the documents we have received to date, and to keep this process moving along, we do need to have Plaintiffs address the following, in full, so that these issues are clearly resolved.

1.      <u>Numerous documents, mostly emails, have been heavily redacted (see also item 3 below)</u>:  These redacted items do not appear on the privilege log, and therefore we have not been provided any factual or legal basis for the redactions to date. We understand if there is personal information concerning cast members, and similar personal information, that may need to be redacted, but there is no explanation for the very large volume of content that has not been provided.  Further, in light of the Confidentiality Agreement, there is no need for the lengthy redactions you have made.  We believe plaintiffs are obligated to produce the complete documents, with only minor redactions, along with a full explanation of the basis for any redactions.   We need to receive the remainder of the communications, and to have confirmation from Plaintiffs that all have been produced.

2.      <u>Documents on Plaintiffs' Privilege Log (see also item 4 below)</u>:  We will look forward to your report on the supplement to the privilege log.  As you know, it is very out of date, since the rolling production process has been continuing for many weeks since receipt of that first log.  Additionally, with regard to items withheld and already shown on the current log, our understanding is that the entirety of the documents described on the log have been withheld. If that is not correct, please advise.  In that regard, the privilege protects confidential communications, but not the facts discussed or included in any regard. Thus, withholding entire documents does not appear to be appropriate.  We

are requesting clarification on this issue, and for documents to be produced, save and except for only the truly privileged portions. Thus, our position at this point is that plaintiffs are not entitled to withhold entire documents on the basis of the privilege/exemption asserted. We look forward to discussing this with you.

3.      <u>Documents withheld on the basis of the Work Product Doctrine (see also item 1 below):</u> The amended privilege log provided last week indicates Plaintiffs claim Work Product as of July 17, 2014. As you know, we indicated that we need a full explanation of the plaintiffs' position on anticipation of litigation as of this date. We look forward to receiving Plaintiffs' response for the grounds to assert Work Product, for the particular items identified. We need to conclude our meet and confer on this subject on Monday.

4.      <u>AONNBC0001111:</u> (Email from Susan Weiss to Wanda Phillips attaching a copy of a policy form sent "to George earlier today.") We need to receive the policy form that was sent, per the reference in this specific document.

5.      <u>AONNBC000916:</u> (Email from Susan Weiss to Kent Ford referring to "Elm Form" and a "new manuscript form created by AON/Rubin.") We need each of these policy forms that were sent, per the reference in this specific document.

6.      <u>Other insurance policies under which Plaintiffs either submitted a claim or considered submitting a claim (see also item 2 below):</u> There is significant discussion in the emails concerning a terrorism policy, and a "property policy" that also had a war exclusion. We need to have these policies produced, along with any internal or external communications regarding possibly making a claim under the policies and any communications with insurers regarding possible claims under the policies, claims submitted, and/or the response to any claims submitted, as they involve the facts of the current suit. In addition, we need to receive the full response to Interrogatory 18 and information set forth below.

7.      <u>Lapse of Large Date Range of Documents:</u> AON's documents skip from an email dated September 8, 2010 (No. 1054) to one on October 2, 2013 (No. 219) regarding renewal. We have not received the documents from September 8, 2010, through October 21, 2013, and we request that those be produced immediately, including both by the Plaintiffs and by Aon.

8.      <u>Documents from July 10 through July 14:</u> AON's production skips from July 10, 2014, at 9:52 p.m. to Monday, July 14, 2014. Where are the emails in between these dates? Please address what appear to be  gaps in the production and explain whether Plaintiffs have produced all documents for the months of July 2014 and August 2014. If documents are being withheld, we need an immediate and full explanation about all that have not been produced.

9.      <u>Other July 2014 Documents</u>: It also appear that we do not have all of Plaintiff's documents around the July 17 time frame. There are emails from that morning discussing  the situation in Israel, but then there is a gap for the rest of the day. Are there no emails or other documents discussing the decision to pull out of Israel all together. It appears the emails just stop. Please be prepared to discuss, and please confirm whether all communications of that date and surrounding dates have been produced by Plaintiffs.

10.     <u>Nos. 2004-2014</u>: Submission materials by AON to Reel Media produced include only a chart of coverages and information regarding the coverage requests. There is no application nor any correspondence. We need to have production of all of the other documents submitted to Reel Media. We also need all other applications and other documents that were submitted to other

insurance carriers for a policy to replace the OneBeacon 2014-15 policy.  These documents should be produced by Plaintiffs as well as by Aon.

11.     No. 18036: "NBCUniversal Israel: DIG update." Have all such updates been produced by Plaintiffs?  If not, we need to receive all updates written and/or received.

12.     Max Security Documents:  We do not have security updates from Max Security for July 17, and various other dates.  We are requesting production of the July 17 report of Max Security, as well as any others not provided.

Dan, we will appreciate your cooperation in addressing these important matters, and look forward to our call on Monday.

We also note that we have not yet received any additional documents (previously noted as redacted) from Aon this week.

Best regards,
Toni Scott Reed

**Toni Scott Reed** • Strasburger & Price, LLP
901 Main Street, Suite 6000, Dallas, TX 75202
214.651.4345 • Fax 214.659-4091 • Strasburger.com

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

| | |
|---|---|
| UNIVERSAL CABLE PRODUCTIONS LLC, a Delaware limited liability company, and NORTHERN ENTERTAINMENT PRODUCTIONS LLC, a Delaware limited liability company,<br><br>        Plaintiffs,<br><br>    vs.<br><br>ATLANTIC SPECIALTY INSURANCE COMPANY, a New York insurance company,<br><br>        Defendant. | Case No. 2:16-cv-04435-PA-MRW<br><br>**DEFENDANT ATLANTIC SPECIALTY INSURANCE COMPANY'S NOTICE OF AND MEMORANDUM IN SUPPORT OF EX PARTE APPLICATION FOR ORDER CONTINUING TRIAL DATE AND ALL DEADLINES FOR 60 DAYS** |

# EXHIBIT 5



March 10, 2017

TONI SCOTT REED
(214) 651-4345
Direct Fax (214) 659-4091
Toni.Reed@strasburger.com


<u>Via Email</u>

Mr. Daniel M. Hayes
Mitchell Silberberg Knupp LLP
11377 W. Olympic Boulevard
Los Angeles, CA 90064

Re:   *Universal Cable Productions LLC and Northern Entertainment Productions*
      *LLC v. Atlantic Specialty Insurance Company*; Case No. 2:16-cv-04435-PA-
      MRW, pending in the United States District Court for the Central District of
      California, Western Division

Dear Daniel:

As you know, we have several issues that have been the subject of meet-and-confer
discussions dating back to at least January 25. Many of those have been discussed
a number of times. It appears we are at an impasse on many of those, and therefore
it appears that a motion to compel is necessary. We will seek to involve Judge
Wilner's suggested method of sending an e-mail briefly setting forth the issues, and
then holding a conference call before Judge Wilner to present our respective
positions, as needed. To the extent you are seeking to invoke that process, we will
also agree to do so, as long as all issues for both sides are addressed at the same
time and as a part of the same submission and arguments.

In regard to timing, we are otherwise committed on Monday through Wednesday on
other matters out of town. We can be in communication on Thursday to receive
your proposed background piece. We suggest that Friday will be the date when we
can work to exchange position pieces and work to incorporate those together to be
submitted as a single item, addressing the Plaintiffs' issues and Atlantic's issues
together.

First, we have repeatedly requested to receive the Plaintiffs' full privilege log, as we
have been advised that there are large quantities of items that have been withheld
and that will not be produced. Most recently, you have indicated that the privilege

Strasburger & Price, LLP

901 Main Street, Suite 6000 | Dallas, Texas 75202.3794 | 214.651.4300 tel | 214.651.4330 fax | www.strasburger.com
Austin | Collin County | Dallas | Houston | San Antonio | New York, N.Y. | Washington, D.C. | Mexico City - Strasburger & Price, SC



Mr. Daniel M. Hayes
March 10, 2017
Page 2

log will be delivered next week. We have no specificity on the day next week. If we receive the privilege log before we jointly institute proceedings with Judge Wilner, then the privilege log will not be an item in the motion to compel. If it is not received by then, it will be one of our items, and should be included with the list below.

In regard to other issues that appear to require court intervention now, please refer to the specifics below:

**1. Privilege Log – stating the employer of each person listed on the log.**

Plaintiffs have declined to provide the name of the specific company for whom each individual on the privilege log works. You have not stated that they work only for the Plaintiffs specifically. You have declined to provide the specific employers.

It appears that court action is required. We will be seeking a motion to compel the Plaintiffs to fully identify the persons through whom they claim privilege applies.

**2. Redaction of Large Portions of Documents.**

We intend to move to compel the production of substantive material that has been redacted for confidentiality. We believe from the context of many of the redactions that they were not made based on privilege but on confidentiality. As we have stated in our telephonic meet-and-confers, we do not object to the redaction of contact information of celebrities or private identifying information such as social security numbers. But it appears that the actual substance of certain conversations has been redacted. For example, UCP000487, an e-mail from Randi Richmond to Mark Binke and Richard Rothstein on July 9, 2014, reads: "And so it begins. This just came to BA re Lauren Ambrose. Gail Berman has already fielded calls from Omar Metwally's reps about him not wanting to return because he is an Arab American. Monday is TCA's where Cast and producers will get asked about returning. We need to have a plan by then I would think." There is then a large block of redacted text, that appears to be the text of an entire e-mail. The context of this conversation does not concern privileged matters and the redaction seems far too large to have been redacting only personal and confidential information. We intend to move to compel the text of this e-mail, and other similar redactions. Other



## Strasburger
### ATTORNEYS AT LAW

Mr. Daniel M. Hayes
March 10, 2017
Page 3

documents that contain similarly unexplained redactions include: UCP000987, UCP000980, UCP0001025, UCP0001026, UCP0001082, UCP0001083, UCP001171, UCP001242, UCP00001928, UCP0003343-45, and UCP0003324-27. These are mere examples, as the amount of redacted information is large.

### 3. Work Product Claim (August 17 date – unspecified time)

We have asked for production of documents for the date of July 17. You have advised many are being withheld. You have noted two such documents on the AON privilege log that has been provided.

We understand that you are standing by your position that the plaintiffs anticipated litigation as of July 17, 2014 (specific timing not provided, which is relevant because you have produced some materials dated July 17).

We do not agree with Plaintiffs' position that the Work Product doctrine is applicable effective July 17, and intend to move to compel all documents dated July 17, 2014, and dates thereafter, withheld on the basis of work product. For purposes of advising you of the basis for the motion to compel, Atlantic's position is that the earliest there could have been anticipation of litigation was after the written denial of the claim and Plaintiffs' statement of disagreement to it.

There are also a number of items that remain pending and currently unresolved. We believe that these may also require a motion to compel, subject to further discussion. We are prepared to have a final meet and confer on these, so that they can be raised with the Court as well.

### 4. Request for production of documents supporting the Plaintiffs' damage claim.

Plaintiffs have lodged objections to producing all invoices that are the backup for the damages claimed in the case. We have had a number of discussions of other options to have sufficient backup.



Mr. Daniel M. Hayes
March 10, 2017
Page 4

We have requested and not received the following:

    a. Existing Documents (in either Excel or narrative form) that discuss the differences between the initial budget for DIG and the final incurred total costs and expenses for the DIG series, including but not limited to those that discuss why there were differences in total costs and what made up the differences.  We have explained that we anticipate that there are budget reports and discussions about extra costs and categories.  We continue to seek those documents.

    b. Documents that establish the reasonable and necessary extra expenses incurred, including those provided to the expert witnesses who will testify.

Plaintiffs have not agreed to produce these, and it appears that court action is required.   We will be seeking a motion to compel immediate production of documents in these categories.

   **5.  Withholding Entire Documents.**

We also intend to move to compel documents withheld on the basis of privilege in light of our understanding that you are withholding more than the truly privileged information. Our position is that the privilege cannot protect facts, only legal advice and communications made for the purpose of obtaining legal advice. In our last phone conference of March 6th, you stated you needed to look at this on an item-by-item basis and review the documents you had redacted for privilege. So we "put a pin" in this issue. To the extent you confirm that you have withheld facts on the basis of privilege, we do intend to move to compel, so please confirm your position on this as soon as possible.

   **6.  Privilege Claims where Attorneys are Merely CC's**

There are a number of documents identified on the AON privilege log that assert the attorney-client privilege for e-mails on which an attorney was merely CC'ed. We do not believe the privilege applies to these e-mails, and intend to move to compel them. Please provide your position on this item.



## Strasburger
### ATTORNEYS AT LAW

Mr. Daniel M. Hayes
March 10, 2017
Page 5

   **7. Claim of Privilege including AON**

Plaintiffs have asserted privilege when a third-party and non-client is included in a communication. We intend to move to compel the production of all e-mails withheld on the basis of privilege that included a representative of AON in the e-mail. It is Atlantic's position that this inclusion of a third party on the communication waives the privilege. Please provide your position on this item.

Please let us know if you believe we need any further conferences on these final four issues. Otherwise, as soon as we receive word from you, we will prepare to include these in the resolution process we jointly undertake.

Also please be advised that the process of reviewing discovery materials from Plaintiffs is ongoing, as Plaintiffs have neither (a) confirmed the finality of their production of documents; nor (b) provided a full privilege log. There may be additional items that are necessary to address upon receipt of such items.

Very truly yours,

Toni Scott Reed

cc:   Mr. Michael Keeley
      Ms. Carla Crapster

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

| | |
|---|---|
| UNIVERSAL CABLE PRODUCTIONS LLC, a Delaware limited liability company, and NORTHERN ENTERTAINMENT PRODUCTIONS LLC, a Delaware limited liability company,<br><br>       Plaintiffs,<br><br>   vs.<br><br>ATLANTIC SPECIALTY INSURANCE COMPANY, a New York insurance company,<br><br>       Defendant. | Case No. 2:16-cv-04435-PA-MRW<br><br>**DEFENDANT ATLANTIC SPECIALTY INSURANCE COMPANY'S NOTICE OF AND MEMORANDUM IN SUPPORT OF EX PARTE APPLICATION FOR ORDER CONTINUING TRIAL DATE AND ALL DEADLINES FOR 60 DAYS** |

# EXHIBIT 6



**Strasburger**
ATTORNEYS AT LAW

March 17, 2017

TONI SCOTT REED
(214) 651-4345
Direct Fax (214) 659-4091
Toni.Reed@strasburger.com

<u>**Via Email**</u>

Mr. Daniel M. Hayes
Mitchell Silberberg Knupp LLP
11377 W. Olympic Boulevard
Los Angeles, CA 90064

Re:   *Universal Cable Productions LLC and Northern Entertainment Productions
      LLC v. Atlantic Specialty Insurance Company*; Case No. 2:16-cv-04435-PA-
      MRW, pending in the United States District Court for the Central District of
      California, Western Division

Dear Daniel:

This letter responds to your letter of March 14, 2017, and your requests for legal
authority for our position on several issues. As we stated in our last letter dated
March 10, we would like to use Judge Wilner's expedited process of phone hearings
to resolve these matters next week.   We disagree there is any reason we should not
be able to consult with the magistrate next week.

First, you have repeatedly promised us your updated privilege log.  Last week you
assured us we would have it this week. Now you are saying we will have it on
Monday, March 20. The log is now approximately three months overdue, and it has
been promised to us multiple times now—and to date you have never followed
through with those promises. That log is *critical* to our ability to resolve some of our
outstanding issues, and of course we expect there to be new issues raised by the log.
Atlantic has been prejudiced by not having this log, and not being able to bring
before the magistrate any issues that we expect this log will raise or any of the
issues that we already have that this log might shed light on. It should go without
saying that if we do not have the log as promised on Monday, we intend to
immediately raise it with the magistrate. We trust you will agree that we need not
provide you with any authority for this issue.  We also need to make you aware that
we may be forced to seek a continuance in this case based on the fact that we are
still receiving documents responsive to our first set of requests for production and

**Strasburger & Price, LLP**

901 Main Street, Suite 6000 | Dallas, Texas 75202.3794 | 214.651.4300 tel | 214.651.4330 fax | www.strasburger.com
Austin | Collin County | Dallas | Houston | San Antonio | New York, N.Y. | Washington, D.C. | Mexico City - Strasburger & Price, SC



## Strasburger
### ATTORNEYS AT LAW

Mr. Daniel M. Hayes
March 17, 2017
Page 2

do not yet have your privilege log. We propose discussing this during a call on
Monday, along with all the other issues, as discussed below.

Regarding our other issues, we address below each issue that we feel confident is
ready to proceed before the magistrate:

1. **Privilege Log – stating the employer of each person listed on the log**

As we know from the Plaintiffs' complaint, NBCUniversal Media, LLC has *many*
affiliates and related entities. We have simply requested that you specifically
identify the exact employer of each person listed on your privilege log, through
whom privilege is claimed.

Various court courts in the Ninth Circuit have required that a privilege log contain
the identity and position of all senders and recipients of communications. *See
Jumping Turtle Bar & Grill v. City of San Marcos*, No. 10-CV-270-IEG (BGS), 2010
U.S. Dist. LEXIS 119390, at *13 (S.D. Cal. Nov. 10, 2010) (ordering a party to serve
an amended privilege log that includes all the recipients of the communications and
provides the position held by each person identified in the privilege log); *Wacom Co.,
Ltd. v. Hanvon Corp.*, No. C06-5701RJB, 2008 U.S. Dist. LEXIS 9971, at *5 (W.D.
Wash. Jan. 8, 2008) (finding that a privilege log that identified each individual's
employer was sufficient); *Ho v. Ernst & Young, LLP*, No. C05-04867 JF (HRL), 2008
U.S. Dist. LEXIS 8902, at *6 (N.D. Cal. Jan. 24, 2008) (ordering the production of a
privilege log containing the identity and position of the material's author and all
recipients); *Solis v. Seafood Peddler of San Rafael, Inc.*, No. 12-cv-0116 JW (NC),
2012 U.S. Dist. LEXIS 118390, at *2 (N.D. Cal. Aug. 20, 2012) (explaining that a
privilege log must provide the identity and position of the material's author and all
recipients); *S. Cal. Hous. Rights Ctr. v. Los Feliz Towers Homeowners Ass'n*, No. CV
04-2716-CBM (CTx), 2005 U.S. Dist. LEXIS 41106, at *16 (C.D. Cal. Apr. 25, 2005)
(ordering a party to prepare a supplemental privilege log identifying persons by
name and title receiving or sending a privilege document or informed of the
substance of such document); *Vieste, LLC v. Hill Redwood Dev.*, No. C-09-04024
JSW (DMR), 2010 U.S. Dist. LEXIS 126607, at *31 (N.D. Cal. Nov. 18, 2010)
("Defendants must also provide an explanation of the identities and positions of
each author and recipient of the documents"); *Friends of Hope Valley v. Frederick
Co.*, 268 F.R.D. 643, 651 (E.D. Cal. 2010) (finding a privilege log deficient when it



Mr. Daniel M. Hayes
March 17, 2017
Page 3

contained names but no information on who the individuals were for purposes of assessing the privilege claim).

The purpose behind the holding in all these cases is that privilege logs need to contain enough information to allow the opposing party to identify whether the attorney-client privilege or work-product doctrine applies. Here, it is critical to our analysis to know precisely which company employed the persons listed on your log. By your position to date, it is clear that all individuals are not employed by Plaintiffs. We therefore need to know their employers both to determine whether each person is a client (or whether their presence might have destroyed any attorney-client privilege that might otherwise apply) and to determine whether they are closely enough connected to the case and the claim that they can anticipate litigation.

In *Layman v. Combs*, No. C-86-1692 CAL (JSB); 1988 U.S. Dist. LEXIS 18517, at *5 (N.D. Cal. Feb. 22, 1988), the court found a party's privilege log inadequate because it identified only the documents to which the party claimed privilege and the privilege claimed. The court ordered the party to serve a supplemental privilege log including "a glossary of all persons whose names appear in the Privilege Log, including, *the identity of each person's employer*, the position held by each person and his or her relationship to the litigation, if not clear from their title and employment." *Id.* (emphasis added).

These cases support our position, and we feel our request is more than reasonable. Your letter dated March 14 states that you will consider this request. But you also stated that you would not even confer with your client on this point until you complete your supplemental privilege log, which you have "estimated" will be provided to us on Monday, March 20. We see no reason for you to wait until your supplemental privilege log is complete to make a decision on our straightforward request for you to identify the employers of each person listed. Please simply provide us with your position on this one way or the other. There is no reason this issue should not be ready to appear before the magistrate next week.



## Strasburger
ATTORNEYS AT LAW

Mr. Daniel M. Hayes
March 17, 2017
Page 4_____

### 2. Redaction of Large Portions of Documents.

This is another issue on which we have been prejudiced by the extreme tardiness of your privilege log. You tell us that UCP000487, which certainly appears to have been redacted for confidentiality, was redacted for privilege. This highlights our desperate need for your client's privilege log.

We are willing to agree to log Atlantic's redactions of information that was withheld for confidentiality reasons in exchange for your agreement to do the same. However, we have not withheld entire documents based upon confidentiality.  Instead, our redactions are narrow to cover only sensitive information. We have agreed you may do the same by redacting, for example, social security numbers, etc.  But, we are unwilling to agree that you may redact entire documents only because they contain some confidential information.  We have discussed this issue with you at length. If you remain unwilling to provide us the redacted documents with only limited redactions, then this issue is ready for the magistrate to resolve.

### 3. Work Product on July 17

Atlantic did not deny coverage on July 17, as you have suggested.  Instead, on that date Pamela Johnson and Danny Gutterman informed Susan Weiss and Andrea Garber that Atlantic was considering denial based upon the war exclusions. Pamela Johnson's denial letter dated July 28 confirmed this point by stating that on July 17, she informed them Atlantic was "seriously considering whether the exclusion for war and warlike actions would preclude coverage for the claim." And as you know, after the July 17th call, Atlantic went on to obtain a coverage opinion from Leon Gladstone, which is obviously further evidence that  Atlantic had not communicated a final coverage determination at that point. You note that Theresa Gooley stated that Atlantic denied the claim on July 17. Ms. Gooley also testified that she was *not on that call*. Her memory on this point is not only three years old, it is a memory of a phone call that she was not on. Moreover, Ms. Gooley testified that she did not have a clear memory of what was said on the July 17 call. When asked whether a decision to deny the claim had been made as of July 18, she stated: "I'm – I – I don't --- I don't know if by that point we had made the decision or not. I simply can't remember." Gooley Deposition at 165:6-10. Ms. Gooley also stated, when asked when the first time Pamela Johnson recommended that the claim



Mr. Daniel M. Hayes
March 17, 2017
Page 5

should be denied that "[i]t would have been sometime in late July, around the 22nd I think, sometime in that range." *Id.* at 162:17-21. Moreover, Ms. Johnson will testify what her letter dated July 28, 2014 reflects, and what the very existence of the Gladstone coverage opinion confirms: that Atlantic did not deny the claim on July 17, 2014. It merely conveyed that it was seriously considering application of the war exclusions on that date. We assume Ms. Garber and Ms. Weiss will confirm this point.

If you continue to maintain that your clients anticipated litigation on July 17, then this issue also is ready for the magistrate to decide.

### 4. Damages Documents

You state in your letter of March 14 that you believe you produced the types of documents we are seeking in your February 17th production. Please identify by Bates numbers the documents that you believe satisfy our request for documents that "discuss the differences between the initial budget for DIG and the final incurred total costs and expenses for the DIG series." If we can identify the documents that you believe satisfy our requests, we can more precisely explain to you why we believe they are not what we are seeking.

Atlantic is willing to produce the documents it provides to its expert witness to analyze the Plaintiffs' damages claim (or a list of those documents to the extent they are documents we have received from the Plaintiffs), and we appreciate the Plaintiffs' willingness to do the same. We expect to receive these today, as your designations and expert reports are due.

We also need confirmation from you that you have now produced all the damages documents that you intend to produce. Please let us know if this is the case.

### 5. Privilege Claims where Attorneys are Merely Carbon Copied

As we have previously raised with you, a communication is not privileged merely because an attorney is carbon copied on the correspondence. The U.S. District Court for the Central District of California has reached this very conclusion, stating that "the mere 'cc-ing' of counsel on an email or the forwarding of an email to counsel



**Strasburger**
ATTORNEYS AT LAW

Mr. Daniel M. Hayes
March 17, 2017
Page 6

does not extend the attorney-client privilege to an otherwise non-privileged document." *Arfa v. Zionist Org. of Am.*, No. CV 13-2942 ABC (SS), 2014 U.S. Dist. LEXIS 26970, at *19 (C.D. Cal. Mar. 3, 2014). The U.S. District Court for the Eastern District of California has held that California Evidence Code § 952 "cannot be read as permitting a privilege to apply to the 'abundance of caution' copying of a lawyer on every business document that the author would otherwise not care to see made public at a later time. Nor can it automatically be done so as to place every communication within the ambit of the privilege." *Fru-Con Constr. Corp v. Sacramento Mun. Util. Dist.*, No. S-05-0583, 2006 U.S. Dist. LEXIS 59066, at *6 (E.D. Cal. Aug. 7, 2006). In short, the attorney-client privilege applies to information transmitted "between a client and his or her lawyer in the course of that relationship and in confidence." *Id.* "CC'ing numerous people who are ancillary to the discussion, one of whom happens to be an attorney … does not amount to 'attorney client communication.'" *Id.*

You also asked us for specific documents that are included on the AON privilege log on which a lawyer was merely copied. Below is a list of the documents identified on the AON privilege log that are being withheld solely on the basis of the attorney-client privilege, and on which a lawyer is merely carbon copied:

AONNBCU0001226
AONNBCU0001230
AONNBCU0001231
AONNBCU0001239
AONNBCU0001269
AONNBCU0001295
AONNBCU0001332
AONNBCU0001343
AONNBCU0001541

6. **Limiting the Deposition of Sean Duffy and Barring the Deposition of Dennis Crosby**

You have asked us for our authority regarding our position that Sean Duffy's deposition should be limited, and that Dennis Crosby's deposition should not be taken at all. Here is that authority:



Mr. Daniel M. Hayes
March 17, 2017
Page 7

In general, Rule 26(b)(2)(C)(i) of the Federal Rules of Civil Procedure grants a district court power to limit discovery if the discovery sought "can be obtained from some other source that is more convenient, less burdensome, or less expensive." Further, Rule 26(c) provides that "[t]he court may, for good cause, issue an order to protect a party or person from annoyance, embarrassment, oppression, or undue burden or expense," including an order forbidding the discovery at issue. FED. R. CIV. P. 26(c)(1)(A). See also FED. R. CIV. P. 26(c)(1)(B)-(D) (protective order may also specify the terms for the discovery, prescribe a method other than the one selected by the party seeking discovery, and/or limit the scope of discovery to certain matters). Pursuant to Fed. R. Civ. P. 26(c), a court has the discretion to fashion orders to prevent improper discovery. *McDowell v. Calderon*, 197 F.3d 1253, 1256 (9th Cir. 1999).

Recognizing the potential for abuse when parties target high-level executives for deposition, federal courts "generally do not allow a plaintiff's deposition power to automatically reach the pinnacle of the corporate structure." *Liberty Mutual Ins. Co. v. Superior Court of San Mateo County*, 10 Cal. App. 4th 1282, 1288 (Cal. App. 1992). "Virtually every court that has addressed deposition notices directed at an official at the highest level or 'apex' of corporate management has observed that such discovery creates a tremendous potential for abuse or harassment." *Groupion, LLC v. Groupon, Inc.*, No. 11-0870 MEJ, 2012 U.S. Dist. LEXIS 12684 (N.D. Cal. Feb. 2, 2012) (citations and internal quotation marks omitted); *see also, e.g., Klungvedt v. Unum Group*, No. 2:12-cv-00651- JWS, 2013 U.S. Dist. LEXIS 20105 (D. Ariz. Feb. 13, 2013) (same). When a party seeks to depose an official at the "apex" of a corporation, "a stricter standard applies to the party seeking discovery, and the court may exercise its authority under the federal rules to limit discovery." *Simmons v. Morgan Stanley Smith Barney, LLC*, No. 11cv2889-WQH (MDD), 2012 U.S. Dist. LEXIS 182355 (S.D. Cal. Dec. 27, 2012). "Where a high-level decision maker 'removed from the daily subjects of the litigation' has no unique personal knowledge of the facts at issue, a deposition of the official is improper." *Celerity, Inc. v. Ultra Clean Holdings, Inc.*, No. C 05-4374 MMC (JL), 2007 U.S. Dist. LEXIS 8295 (N.D. Cal. Jan. 25, 2007) (citing and quoting *Baine v. General Motors Corp.*, 141 F.R.D. 332, 334 (M.D. Ala. 1991)). "This is especially so where the information sought...can be obtained through less intrusive discovery methods," including



**Strasburger**
ATTORNEYS AT LAW

Mr. Daniel M. Hayes
March 17, 2017
Page 8

"depositions of lower-level employees with more direct knowledge of the facts at issue." *Celerity*, 2007 U.S. Dist. LEXIS 8295 at *8.

"In determining whether to allow an apex deposition, courts consider (1) whether the deponent has unique first-hand, non-repetitive knowledge of facts at issue in the case and (2) whether the party seeking the deposition has exhausted other less intrusive discovery methods." *Affinity Labs of Texas v. Apple, Inc.*, No. C 09-4436 CW (JL), 2011 U.S. Dist. LEXIS 53649, at *40 (N.D. Cal. May 9, 2011) (citation omitted). Moreover, California district courts have repeatedly required the party seeking the apex deposition to make such a showing. *See, e.g., id.* ("[P]arties seeking to depose a high ranking corporate officer must first establish that the executive (1) has unique, nonrepetitive, firsthand knowledge of the facts at issue in the case, and (2) that other less intrusive means of discovery, such as interrogatories and depositions of other employees, have been exhausted without success."); *Simmons*, 2012 U.S. Dist. LEXIS 182355 at *8 (finding that plaintiff had not presented sufficient evidence that proposed deponent had any "relevant, non-cumulative personal knowledge" of circumstances regarding alleged employment discrimination); *Celerity*, 2007 U.S. Dist. LEXIS 8295 at *10 (finding that party seeking depositions failed to show that proposed deponent's alleged personal knowledge regarding the intellectual property at issue was "unique").
A case that is particularly on point is *Ellena v. Std. Ins. Co.*, 2013 U.S. Dist. LEXIS 121215, at *6-7 (N.D. Cal. Aug. 23, 2013). In that case, the court granted a protective order preventing the deposition of an insurance vice president had no knowledge about the information the party sought.

Here, both Sean Duffy and Dennis Crosby are "apex" employees. Sean Duffy is the Chief Claims Officer for all of OneBeacon, which means he oversees all claims handled by OneBeacon. Dennis Crosby is the Executive Vice President Specialty over all of OneBeacon. Mr. Duffy had only fleeting involvement with the *Dig* claim. As you know from the correspondence we produced, he stated in a one-sentence e-mail that he agreed with the analysis in the denial letter. This was the extent of his involvement. Mr. Crosby had even less involvement with the *Dig* claim. He was forwarded the denial letter at one point and then proceeded to forward it on to Peter Williams (who already knew of the *Dig* claim) and in that forwarding e-mail said only: "FYI." This is the total of his involvement in the *Dig* claim.



**Strasburger**
ATTORNEYS AT LAW

Mr. Daniel M. Hayes
March 17, 2017
Page 9

In short, both Mr. Duffy and Mr. Crosby are "apex" employees who have nothing more than second-hand cumulative knowledge of the claim, to the extent they have any knowledge at all.

Under the case law discussed above, we believe we would be justified in taking the position that neither Mr. Duffy nor Mr. Crosby should be deposed at all. We are, however, willing to allow a limited deposition of Mr. Duffy, given that he at least had some very minor involvement in approving the decision to deny the *Dig* claim. There is precedent for limiting the time of a deposition "to safeguard against undue burden or repetition." *Kelley v. Microsoft Corp.*, No. C07-0475MJP, 2008 U.S. Dist. LEXIS 97340, at *6 (W.D. Wash. Nov. 21, 2008) (limiting the deposition to three hours). If you have authority to the contrary, we are of course willing to consider it.

We trust you will agree this finalizes our positions on all these outstanding issues. As we have stated above and in other correspondence, we continue to believe that it is in everyone's best interest to have all discovery disputes presented to the magistrate at one time. If you would like another call to discuss any of the above issues, then please let us know what time on Monday works for you. We are willing to discuss your issues at the same time. Otherwise, we assume you agree these issues are ready to present to the magistrate. If you disagree, then we will have no choice but to move forward with a motion.

Very truly yours,

Toni Scott Reed

Toni Scott Reed

cc:    Mr. Michael Keeley
       Ms. Carla Crapster

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNIVERSAL CABLE PRODUCTIONS LLC, a Delaware limited liability company, and NORTHERN ENTERTAINMENT PRODUCTIONS LLC, a Delaware limited liability company, <br><br>              Plaintiffs, <br><br>     vs. <br><br> ATLANTIC SPECIALTY INSURANCE COMPANY, a New York insurance company, <br><br>              Defendant. | Case No. 2:16-cv-04435-PA-MRW <br><br> **DEFENDANT ATLANTIC SPECIALTY INSURANCE COMPANY'S NOTICE OF AND MEMORANDUM IN SUPPORT OF EX PARTE APPLICATION FOR ORDER CONTINUING TRIAL DATE AND ALL DEADLINES FOR 60 DAYS** |

# EXHIBIT 7



**Strasburger**
ATTORNEYS AT LAW

March 10, 2017

TONI SCOTT REED
(214) 651-4345
Direct Fax (214) 659-4091
Toni.Reed@strasburger.com

Mr. Daniel M. Hayes
Mitchell Silberberg Knupp LLP
11377 W. Olympic Boulevard
Los Angeles, CA 90064

Re:   *Universal Cable Productions LLC and Northern Entertainment Productions*
*LLC v. Atlantic Specialty Insurance Company*; Case No. 2:16-cv-04435-PA-
MRW, pending in the United States District Court for the Central District of
California, Western Division

Dear Daniel:

This letter addresses several issues regarding the deposition notices the plaintiffs
served on March 7, 2017. You have noticed all these depositions in Los Angeles. The
general rule (which you have already raised in regard to NBC witnesses), however,
is that witnesses are to be deposed in the place where they reside. We intend to
move for a protective order if you will not agree to depose the defendant and the
other persons whom you have noticed where they reside.

In particular, you have noticed the deposition of Wanda Phillips, who no longer
works for Atlantic and is therefore not subject to Atlantic's control. She resides in
New York, and obviously cannot be subpoenaed to Los Angeles. We will reach out to
Ms. Phillips to see if we can accept a subpoena on her behalf, but she will need to be
deposed in New York, unless we can persuade her to travel elsewhere.

Atlantic objects to any deposition of Dennis Crosby in this case. Mr. Crosby had no
involvement with the *Dig* claim whatsoever. He has no knowledge of any
information relevant to this case, and unless we can reach agreement on this issue,
Atlantic intends to move for a protective order stating that Mr. Crosby should not
be deposed in connection with this case.

Atlantic also objects to the deposition notice of Sean Duffy to the extent that the
plaintiffs intend to depose Mr. Duffy beyond the limited scope of his knowledge of
the *Dig* claim. As is clear from the documents we have produced, Mr. Duffy had a
very limited role in the claim process.   A lengthy deposition of Mr. Duffy is
unnecessary. We therefore propose that we discuss limiting the time for Mr. Duffy's
deposition to a period of well under seven hours. Any deposition of Mr. Duffy that



## Strasburger
### ATTORNEYS AT LAW

Mr. Daniel M. Hayes
March 10, 2017
Page 2

goes on for the maximum permitted time will be solely for purposes of harassment, given his extremely limited role in the *Dig* claim. Please let us know when we can set up a time to discuss limiting the scope of Mr. Duffy's deposition.

In regard to the notice of deposition for a corporate representative, your designated subjects are objectionable on many grounds. You will separately receive a full set of Objections to the Notice of Deposition.

As a general point, you have chosen dates without discussing the availability of witnesses with us. We cannot state whether any of the witnesses are available on the dates you have unilaterally selected. Accordingly, it will be necessary to discuss scheduling, in the context of the affected persons' availability.

Finally, and in the context of discussing scheduling overall, we also need to move forward with the scheduling of the depositions that Atlantic will take. Those depositions were of course raised some time ago, although we have been waiting for Plaintiffs' full production of documents and privilege log, and resolution of discovery issues, to proceed. We intend to take a 30(b)(6) deposition. We also intend to depose the following individuals: Susan Weiss, Thomas McCarthy, Stephen Smith, Randi Richmond, Mark Binke, Kurt Ford, Jeff Wachtel, Andrea Garber, and Malika Adams. For purposes of scheduling, we need to know right away whether Stephen Smith will be traveling to the United States for his deposition (as you have at various times indicated he may be a designated corporate representative). Please let us know this as soon as possible.

We look forward to resolving these issues promptly.

Very truly yours,

*Toni Scott Reed*

Toni Scott Reed

cc:    Mr. Michael Keeley
       Ms. Carla Crapster

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

| | |
|---|---|
| UNIVERSAL CABLE PRODUCTIONS LLC, a Delaware limited liability company, and NORTHERN ENTERTAINMENT PRODUCTIONS LLC, a Delaware limited liability company, <br><br> Plaintiffs, <br><br> vs. <br><br> ATLANTIC SPECIALTY INSURANCE COMPANY, a New York insurance company, <br><br> Defendant. | Case No. 2:16-cv-04435-PA-MRW <br><br> **DEFENDANT ATLANTIC SPECIALTY INSURANCE COMPANY'S NOTICE OF AND MEMORANDUM IN SUPPORT OF EX PARTE APPLICATION FOR ORDER CONTINUING TRIAL DATE AND ALL DEADLINES FOR 60 DAYS** |

# EXHIBIT 8

| | |
|---|---|
| **From:** | Crapster, Carla |
| **Sent:** | Thursday, March 16, 2017 4:10 PM |
| **To:** | Hayes, Daniel (dmh@msk.com) |
| **Cc:** | Keeley, Michael; Reed, Toni; lec@msk.com; Shalamitski, Valentine (VAS@msk.com) |
| **Subject:** | UCP v. Atlantic - Deposition Dates |
| | |
| **Categories:** | Processing, In DM, #8783995 : SP : 15247 : 0131 |

Dan,

We are waiting to confirm dates for the depositions you have noticed. But in the meantime, please note that the dates you have noticed for next week do not work for either our 30(b)(6) representative or Wanda Phillips. We will get back to you with dates that do work as soon as possible.

In the meantime, we remind you that we also have an outstanding request for dates that work for the depositions we intend to notice. Please provide us with the dates that will work for the individuals we listed in our letter of March 10.

Thank you,
Carla

**Carla Crapster** • Strasburger & Price, LLP
901 Main Street, Suite 6000, Dallas, TX 75202
214.651.2034 • Fax 214.659.4060 • Strasburger.com

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

| | |
|---|---|
| UNIVERSAL CABLE PRODUCTIONS LLC, a Delaware limited liability company, and NORTHERN ENTERTAINMENT PRODUCTIONS LLC, a Delaware limited liability company,<br><br>              Plaintiffs,<br><br>    vs.<br><br>ATLANTIC SPECIALTY INSURANCE COMPANY, a New York insurance company,<br><br>              Defendant. | Case No. 2:16-cv-04435-PA-MRW<br><br>**DEFENDANT ATLANTIC SPECIALTY INSURANCE COMPANY'S NOTICE OF AND MEMORANDUM IN SUPPORT OF EX PARTE APPLICATION FOR ORDER CONTINUING TRIAL DATE AND ALL DEADLINES FOR 60 DAYS** |

# EXHIBIT 9



**Strasburger**
ATTORNEYS AT LAW

March 21, 2017

TONI SCOTT REED
(214) 651-4345
Direct Fax (214) 659-4091
Toni.Reed@strasburger.com

<u>**Via Email**</u>

Mr. Daniel M. Hayes
Mitchell Silberberg Knupp LLP
11377 W. Olympic Boulevard
Los Angeles, CA 90064

Re:    *Universal Cable Productions LLC and Northern Entertainment Productions*
       *LLC v. Atlantic Specialty Insurance Company*; Case No. 2:16-cv-04435-PA-
       MRW, pending in the United States District Court for the Central District of
       California, Western Division

Dear Daniel:

We are writing to once again address several urgent and outstanding items that
Plaintiffs need to complete. Atlantic continues to be significantly prejudiced in this
matter by the lack of timely response and required action by Plaintiffs. We address
the specifics of these items below:

   1.  Failure to Provide Complete Privilege Log for Production in response to First
       Request for Production of Documents

Plaintiffs have repeatedly represented that a full Privilege Log will be provided, but
as of March 21, none has been provided. Most recently, in your letter of March 14,
2017, you stated that the Plaintiffs would produce a complete privilege log by March
20, 2017. That day has come and gone, and we still have not received your complete
log or any update. The complete log is approximately three months overdue, and we
can wait for this no longer. The failure of Plaintiffs to timely provide this item has
prejudiced Atlantic's ability to proceed with other discovery and its ability to
address many outstanding document issues.

**Strasburger & Price, LLP**

901 Main Street, Suite 6000 | Dallas, Texas 75202-3794 | 214.651.4300 tel | 214.651.4330 fax | www.strasburger.com
Austin | Collin County | Dallas | Houston | San Antonio | New York, N.Y. | Washington, D.C. | Mexico City - Strasburger & Price, SC



# Strasburger
### ATTORNEYS AT LAW

Mr. Daniel M. Hayes
March 21, 2017
Page 2

    2. Failure to Complete Production in response to Atlantic's First Request for
       Production of Documents to Plaintiffs

We have continued to ask for confirmation of the date when the Plaintiffs will
complete their production in response to the First Request for Production of
Documents served upon them.  As you know, those documents were due
approximately three months ago.  As of March 21, we have not received this
confirmation, which is critical to our ability to determine the parameters for the
next stages of discovery, and to fully address other potential items in a motion to
compel.

    3. Plaintiffs' Failure to Produce Documents in Response to Second Request for
       Production

Plaintiffs have not produced any documents in response to the Second Request for
Production.  Additionally, we have not received any privilege log that would be
associated with that production, if any.

In regard to all these issues, given the tight timelines in this case, we cannot afford
these types of delays.  All such items need to be timely addressed.

Please provide immediately the privilege log and all documents responsive to
Atlantic's Second Request for Production to Plaintiffs, and please also immediately
confirm in writing whether you have completed production of documents responsive
to Atlantic's First Requests for Production.

As we stated to you in our letter dated March 17, 2014, we believe a continuance for
the case may be necessary in light of these numerous delays in discovery by
Plaintiffs.  We need your response on these items, as well as the other outstanding
discovery items, as soon as possible.  Please let us know when you are available for
a call on these important matters.

The issues from our correspondence of March 17 remain outstanding from you.
Finally, we have not received proposed deposition dates for the NBC witnesses,
which witnesses were a part of the initial round of depositions discussed.



Mr. Daniel M. Hayes
March 21, 2017
Page 3

Very truly yours,

Toni Scott Reed

cc:     Mr. Michael Keeley
        Ms. Carla Crapster

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

| | |
|---|---|
| UNIVERSAL CABLE PRODUCTIONS LLC, a Delaware limited liability company, and NORTHERN ENTERTAINMENT PRODUCTIONS LLC, a Delaware limited liability company,<br><br>          Plaintiffs,<br><br>     vs.<br><br>ATLANTIC SPECIALTY INSURANCE COMPANY, a New York insurance company,<br><br>          Defendant. | Case No. 2:16-cv-04435-PA-MRW<br><br>**DEFENDANT ATLANTIC SPECIALTY INSURANCE COMPANY'S NOTICE OF AND MEMORANDUM IN SUPPORT OF EX PARTE APPLICATION FOR ORDER CONTINUING TRIAL DATE AND ALL DEADLINES FOR 60 DAYS** |

# EXHIBIT 10

| | |
|---|---|
| **From:** | Coyoca, Lucia <lec@msk.com> |
| **Sent:** | Tuesday, November 15, 2016 8:39 PM |
| **To:** | Keeley, Michael; Crapster, Carla |
| **Cc:** | Shalamitski, Valentine |
| **Subject:** | UCP et al. v. Atlantic Specialty -- Discovery Responses |

Mike and Carla,

Atlantic's discovery responses to Plaintiffs' First of Set of Requests for Production of Documents (the "Requests") and First Set of Interrogatories were deficient in many respects. We will be writing under separate cover to meet and confer with respect to those deficiencies. In the meantime, however, and due to the tight deadlines in this case, we write to address Atlantic's failure to produce *any* responsive documents or its privilege log when Atlantic served its responses last Friday. To date, we have not received any explanation as to why the documents and privilege log were not produced at the time the responses were served. Moreover, Atlantic's responses did not specify when it will be producing its responsive documents or a privilege log.

Therefore, we request that Atlantic promptly advise as to when Atlantic will be producing the responsive documents it has thus far agreed to produce and its privilege log. To the extent the entire production is not forthcoming within the next few days, please confirm that Atlantic will be producing documents on a rolling basis, when the first production will occur, and when production is anticipated to be completed. Finally, in connection with the production of electronically stored information ("ESI"), please confirm Atlantic will comply with the form of ESI production specified in Plaintiffs' Appendix A to the Requests.

We reiterate that in light of, *inter alia*, the tight time deadlines in this case, including the upcoming mediation in early January, the March 13 discovery cut-off, and the May 23, 2017 trial date, any further delay in Atlantic's production of documents and the privilege log will prejudice Plaintiffs. Thus, Plaintiffs reserve all rights in connection with Atlantic's failure to produce responsive documents and its privilege log on a timely basis.

Thank you.
Lucia



**Lucia E. Coyoca | Partner, through her professional corporation**
T: 310.312.3250 | lec@msk.com
**Mitchell Silberberg & Knupp LLP | www.msk.com**
11377 W. Olympic Blvd., Los Angeles, CA 90064

THE INFORMATION CONTAINED IN THIS E-MAIL MESSAGE IS INTENDED ONLY FOR THE PERSONAL AND CONFIDENTIAL USE OF THE DESIGNATED RECIPIENTS. THIS MESSAGE MAY BE AN ATTORNEY-CLIENT COMMUNICATION, AND AS SUCH IS PRIVILEGED AND CONFIDENTIAL. IF THE READER OF THIS MESSAGE IS NOT AN INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY REVIEW, USE, DISSEMINATION, FORWARDING OR COPYING OF THIS MESSAGE IS STRICTLY PROHIBITED. PLEASE NOTIFY US IMMEDIATELY BY REPLY E-MAIL OR TELEPHONE, AND DELETE THE ORIGINAL MESSAGE AND ALL ATTACHMENTS FROM YOUR SYSTEM. THANK YOU.

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

| | |
|---|---|
| UNIVERSAL CABLE PRODUCTIONS LLC, a Delaware limited liability company, and NORTHERN ENTERTAINMENT PRODUCTIONS LLC, a Delaware limited liability company,<br><br>      Plaintiffs,<br><br>  vs.<br><br>ATLANTIC SPECIALTY INSURANCE COMPANY, a New York insurance company,<br><br>      Defendant. | Case No. 2:16-cv-04435-PA-MRW<br><br>**DEFENDANT ATLANTIC SPECIALTY INSURANCE COMPANY'S NOTICE OF AND MEMORANDUM IN SUPPORT OF EX PARTE APPLICATION FOR ORDER CONTINUING TRIAL DATE AND ALL DEADLINES FOR 60 DAYS** |

# EXHIBIT 11



**MITCHELL SILBERBERG & KNUPP LLP**
A LAW PARTNERSHIP INCLUDING PROFESSIONAL CORPORATIONS

Daniel M. Hayes
Partner
(310) 312-3216 Phone
(310) 231-8436 Fax
dmh@msk.com

March 28, 2017

**VIA E-MAIL ONLY [TONI.REED@STRASBURGER.COM]**

Toni Scott Reed
Strasburger & Price, LLP
901 Main Street, Suite 6000
Dallas, Texas 75202-3794

Re:     <u>Universal Cable Productions LLC, et al. v. Atlantic Specialty Insurance Company</u>

Dear Toni:

Over the past five months, Plaintiffs have provided an abundant amount of financial information supporting their damage claim. Notwithstanding that voluminous production, during the ongoing meet and confer process, you have continued to request additional documents, and your position is constantly shifting as to what it is that you contend Atlantic needs in order to analyze Plaintiffs' damage claim. Moreover, you persist in requesting documents that already have been produced, and it appears you have not taken the time to analyze what already has been produced. Indeed, today, you again asked for documents that, as I had told you previously, were already produced on February 17, 2017. This letter summarizes our substantial efforts to provide you and your client with all of the information you might need to evaluate Plaintiffs' damage claim – and much more – and sets forth what additional efforts we will make. Upon completion of those additional efforts, the matter of Plaintiffs' financial document production will be closed.

**I.     Brief History**

On October 26, 2016, Plaintiffs produced the Extra Expense production bible which, as you know, contains an enormous amount of detailed financial data supporting Plaintiffs' extra expense claim. Following that production, Atlantic requested the underlying invoices for tens of thousands of entries in the production bible. As we explained in our January 23, 2017 letter, producing every single invoice is unreasonable (because, *inter alia*, it is wholly unnecessary) and would be unduly burdensome. That said, in the same letter, we told you that to the extent you continued to demand back up invoices, "we believe that the onus is on Atlantic to pay for all of the expenses associated with such a production" and asked that you "please confirm that Atlantic will pay the costs associated therewith and we will send you an anticipated budget." **You never responded to this request.**

Instead, during a meet-and-confer call on January 25, 2017, your office requested other information to help it evaluate Plaintiffs' claim. Specifically, Atlantic requested four additional categories of information:

11377 West Olympic Boulevard, Los Angeles, California 90064-1683
Phone: (310) 312-2000 Fax: (310) 312-3100 Website: WWW.MSK.COM

Toni Scott Reed
March 28, 2017
Page 2

1. Documentation showing the tax credits provided by the Croatia and New Mexico taxing authorities and the accounting reports or documents submitted to the taxing authorities to substantiate the credits;

2. Documents showing a further breakdown of the extra expenses (as reflected in the Extra Expense production bible) by categories or synopsis, whether in Excel form or some type of a narrative;

3. A list of abbreviations used in the Extra Expense production bible; and

4. Documents provided to Plaintiffs' damages expert and relied upon by the expert to support Plaintiffs' damages calculation.

Plaintiffs produced the documents in Categories 1-3 on (or in some cases, before) February 25, 2017. As we discussed today, the documents in Category 4 have been produced as well, all prior to the delivery of Robert Wunderlich's expert report on March 17, 2017.

On February 23, 2017, you requested a new vague category of financial documents, which you later would describe in a March 10, 2017 letter to me, as follows: "Existing Documents (in either Excel or narrative form) that discuss the differences between the initial budget for DIG and the final incurred total costs and expenses for the DIG series, including but not limited to those that discuss why there were differences in total costs and what made up the differences." The next day, February 24, 2017, I noted in our telephone call that Plaintiffs produced documents labeled UCP004076-UCP018002 on February 17, 2017 which contain, among other information, numerous budgets and cost reports related to the *Dig* Production. I asked that you review the document production and let me know whether those documents satisfied your new request. I followed our conversation with an email that same date, confirming what I had told you.

On March 6, 2017, in another telephone conversation, without any prompting from me, you said that you did *not* want to have to review thousands of invoices, and then made your new request for documents that show the variance between budgeted and actual costs *again*, without confirming whether you had actually reviewed our production as I previously requested.

On March 10, 2017, you reversed your position on the "invoice" issue from a few days earlier. In an effort to justify your new request for documents that show the variance between budgeted and actual costs, you made the following assertion: "Plaintiffs have lodged objections to producing all invoices that are the backup for the damages claimed in the case."

On March 14, 2017, I responded to your March 10 letter, to set the record straight, and told you, in pertinent part, the following information:

First, I told you that I had checked our February 17, 2014 production and confirmed that we did indeed produce documents that show the variance between budgeted and actual costs, with explanation, on that date.



Toni Scott Reed
March 28, 2017
Page 3

Second, I explained that your assertion that "Plaintiffs have lodged objections to producing all invoices that are the backup for the damages claimed in the case" was inaccurate, incomplete, and that it mischaracterized the history of our meet-and-confer on this issue (summarized above). I explained, once again, that we had told you repeatedly that the search for and retrieval of each and every invoice would be an expensive and burdensome process, but that to the extent you continued to demand back up invoices, we asked you confirm that Atlantic would pay the costs associated with collecting the invoices. Again, **you never responded to our offer.**

With respect to your request for documents that show the variance between budgeted and actual costs, despite the numerous exchanges on this issue summarized above, you *again* raised your request in your March 17, 2017 letter, and asked for the Bates number of a specific document that we thought met your description. We gave that to you today when we spoke – UCP015288-15309. We told you that document was merely exemplary, and there were many more like it in our February 17 production. Of course, it is your burden to analyze the documents that have been produced, and we are not required to do your work for you.

## II.     Final Efforts To Resolve Any Remaining Disputes Over The Production Of Financial Information

We stand by our objection that there is no reason Atlantic would need the underlying cost backup documentation. The extensive and substantial financial data that Plaintiffs have already produced, together with Mr. Wunderlich's report, is more than enough for Atlantic to evaluate Plaintiffs' damage claim. Nonetheless, and even though you have never responded to our offer to search for documents at Atlantic's expense, in order to put an end to the "invoice" debate, we have continued to try to find alternative reasonable ways to accommodate as much of your requests for additional documents as possible, and have located two sources of at least a substantial portion of the same:

1.  We collected certain information stored in an electronic database maintained by a third-party vendor called "Optimis." The documents that we were able to collect consist of invoices and other backup documentation that were coded to the New Mexico and Croatia portions of the *Dig* production. To be clear: this is a subset of the backup – it is not each and every invoice that was submitted in connection with the New Mexico and Croatia portions of the *Dig* production. Archived hard copies – which may be more complete – are kept in storage and are not reasonably accessible. Moreover, the information does not relate solely to extra expenses, because to cull those documents out from the entire database would be, as we have previously advised, too time consuming and burdensome to undertake if Atlantic is not going to pay for it. (This is particularly true in light of the fact that Atlantic does not even need these invoices to evaluate the extra expenses.)

    We are preparing these documents for production to Atlantic tomorrow.

2.  We are (and have been) in contact with the Croatian production company involved in the Croatia portion of the *Dig* production – who we do not control – and have requested they search for and collect any *Dig* related invoices and other cost backup they have in their



Toni Scott Reed
March 28, 2017
Page 4

possession that is reasonably accessible, **at Plaintiffs' cost**, and deliver that documentation to us.  When we receive that documentation, we will review it and produce it to Atlantic as quickly as possible (subject, of course, to our identification of any that must be withheld on the basis of an objection).

***

None of the documents we intend to produce in the above two categories are necessary to resolve Plaintiffs' damage claim, considering the substantial detailed financial reports and other data Plaintiffs have already produced.  On the contrary, we are producing these two additional categories of documents to eliminate the need to discuss Plaintiffs' production of financial documents any further.  After a limited production today (containing mostly duplicative information), the only documents that remain to be produced in response to the First Set of Requests for Production are the two categories of financial documents, described above.  If you think you require additional information concerning the documents Plaintiffs have produced, you are free to explore the same in your depositions.

We now consider the issue of Plaintiffs' production of financial information closed.

Regards,

Daniel M. Hayes
Partner of
MITCHELL SILBERBERG & KNUPP LLP

8741929.1/46250-00001