LUCIA E. COYOCA (SBN 128314)
  lec@msk.com
VALENTINE A. SHALAMITSKI (SBN 236061)
  vas@msk.com
DANIEL M. HAYES (SBN 240250)
  dmh@msk.com
MITCHELL SILBERBERG & KNUPP LLP
11377 West Olympic Boulevard
Los Angeles, CA 90064-1683
Telephone:  (310) 312-2000
Facsimile:  (310) 312-3100

Attorneys for Plaintiffs
Universal Cable Productions LLC and
Northern Entertainment Productions LLC

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNIVERSAL CABLE PRODUCTIONS LLC, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>ATLANTIC SPECIALTY INSURANCE COMPANY,<br><br>Defendant. | CASE NO. 2:16-cv-4435-PA-MRW<br><br>**DECLARATION OF DANIEL M. HAYES IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANT'S EX PARTE APPLICATION FOR ORDER CONTINUING TRIAL DATE AND ALL DEADLINES FOR 60 DAYS**<br><br>Judge:           Hon. Percy Anderson<br><br>File Date:              June 20, 2016<br>Discovery Cutoff:   May 12, 2017<br>Pre-Trial Conf.:      June 16, 2017<br>Trial Date :            July 25, 2017 |

# DECLARATION OF DANIEL M. HAYES

I, Daniel M. Hayes, declare:

1. I am an attorney duly licensed to practice law in the State of California and before this Court. I am, through my professional corporation, a partner in the law firm of Mitchell Silberberg & Knupp LLP, attorneys of record for Plaintiffs Universal Cable Productions LLC ("UCP") and Northern Entertainment Productions LLC ("Plaintiffs") in the above-captioned matter. I make this declaration in support of Plaintiffs' Opposition To Defendant's Ex Parte Application For Order Continuing Trial Date And All Deadlines For 60 Days. I have personal knowledge of the following facts and, if called and sworn as a witness, could and would competently testify thereto.

2. Since the Court entered a revised Scheduling Order on January 19, 2017, I and other attorneys at my firm have engaged in lengthy and time consuming conferences regarding disputes that have arisen regarding the first sets of written discovery propounded by the parties. Some of these conferences have lasted for several hours. The parties have also exchanged numerous meet and confer letters and emails regarding the discovery disputes, some of which are attached to this declaration.

3. Attached hereto as Exhibit 1 is a true and correct copy of a November 29, 2016 meet and confer letter from Valentine Shalamitski to Michael Keeley, John Riddle, Carla Crapster and Marc Shrake.

4. Attached hereto as Exhibit 2 is a true and correct copy of a February 24, 2017 email from Daniel Hayes to Toni Reed, Lucia Coyoca and Valentine Shalamitski.

5. Attached hereto as Exhibit 3 is a true and correct copy of a March 14, 2017 letter from me to Toni Reed.

6. Attached hereto as Exhibit 4 is a true and correct copy of a March 14, 2017 letter from me to Toni Reed.

7. Attached hereto as Exhibit 5 is a true and correct copy of a March 15, 2017 email from Carla Crapster to me, Lucia Coyoca and Valentine Shalamitski.

8. Attached hereto as Exhibit 6 is a true and correct copy of a March 15, 2017 email from me to Carla Crapster, Lucia Coyoca and Valentine Shalamitski.

9. Attached hereto as Exhibit 7 is a true and correct copy of a March 16, 2017 email from Carla Crapster to me.

10. Attached hereto as Exhibit 8 is a true and correct copy of a March 17, 2017 email from Carla Crapster to Daniel Hayes.

11. Attached hereto as Exhibit 9 is a true and correct copy of a March 20, 2017 email from me to Toni Reed, Lucia Coyoca and Valentine Shalamitski.

12. On March 23, 2017 I had a telephone conference with Toni Reed and Carla Crapster. In that telephone conference, Ms. Reed said that Atlantic thought a continuance of pre-trial deadlines was necessary. Then she said she thought if pre-trial deadlines were continued, the trial date would probably have to be continued. She asked for my personal opinion regarding whether pre-trial deadlines or the trial date needed to be continued. I said that I did not think either was necessary, and said that I would check with my clients.

13. Attached hereto as Exhibit 10 is a true and correct copy of a March 23, 2017 email from Carla Crapster to me.

14. Attached hereto as Exhibit 11 is a true and correct copy of a March 24, 2017 email from me to Toni Reed.

15. Attached hereto as Exhibit 12 is a true and correct copy of a March 27, 2017 letter from Toni Reed to me, Lucia Coyoca and Valentine Shalamitski.

16. Attached hereto as Exhibit 13 is a true and correct copy of another March 27, 2017 letter from Toni Reed to me, Lucia Coyoca and Valentine Shalamitski.

2

**HAYES DECLARATION ISO PLTFS' OPP TO DEF'S EX PARTE APPLICATION FOR ORDER CONTINUING TRIAL DATE AND ALL DEADLINES**

8757604.3

17. Attached hereto as Exhibit 14 is a true and correct copy of a March 28, 2017 email exchange between me and Toni Reed and Carla Crapster.

18. Attached hereto as Exhibit 15 is a true and correct copy of a March 28, 2017 letter from me to Toni Reed.

19. Attached hereto as Exhibit 16 is a true and correct copy of a March 29, 2017 letter from Carla Crapster to Lucia Coyoca, Valentine Shalamitski and me.

20. Attached hereto as Exhibit 17 is a true and correct copy of a March 29, 2017 letter from me to Toni Reed and Carla Crapster.

21. Attached hereto as Exhibit 18 is a true and correct copy of March 29, 2017 letter from Toni Reed to me.

22. Attached hereto as Exhibit 19 is a true and correct copy of a March 30, 2017 email exchange between me and Toni Reed.

23. Attached hereto as Exhibit 20 is a true and correct copy of a March 31, 2017 email from me to Toni Reed, without its attachment.

24. Attached hereto as Exhibit 21 is a true and correct copy of an April 3, 2017 letter from me to Toni Reed. The subject matter of the parties' March 31, 2017 telephone conference is accurately summarized in my letter.

25. Attached hereto as Exhibit 22 is a true and correct copy of an April 3, 2017 letter from Toni Reed, which I received after my April 3 letter referenced above.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed April 3, 2017, at Los Angeles, California.

*/s/ Daniel M. Hayes*
Daniel M. Hayes

3
**HAYES DECLARATION ISO PLTFS' OPP TO DEF'S EX PARTE APPLICATION FOR ORDER CONTINUING TRIAL DATE AND ALL DEADLINES**

8757604.3