1 LUCIA E. COYOCA (SBN 128314)
  lec@msk.com
2 VALENTINE A. SHALAMITSKI (SBN 236061)
  vas@msk.com
3 DANIEL M. HAYES (SBN 240250)
  dmh@msk.com
4 MITCHELL SILBERBERG & KNUPP LLP
  11377 West Olympic Boulevard
5 Los Angeles, CA 90064-1683
  Telephone: (310) 312-2000
6 Facsimile: (310) 312-3100

7 Attorneys for Plaintiffs
  Universal Cable Productions LLC and
8 Northern Entertainment Productions LLC

9                  UNITED STATES DISTRICT COURT
10                 CENTRAL DISTRICT OF CALIFORNIA
11                          WESTERN DIVISION

| UNIVERSAL CABLE PRODUCTIONS LLC, *et al.*, | CASE NO. 2:16-cv-4435-PA-MRW |
|---|---|
| Plaintiffs, | **PLAINTIFFS' NOTICE OF MOTION AND MOTION TO COMPEL DISCOVERY** |
| v. | **REQUEST FOR MONETARY SANCTIONS** |
| ATLANTIC SPECIALTY INSURANCE COMPANY, | Time: 9:30 a.m.<br>Date: April 26, 2017<br>Judge: Hon. Michael R. Wilner |
| Defendant. | [Joint Stipulation; Declaration of Daniel M. Hayes; and Declaration of Carla C. Crapster filed concurrently herewith; [Proposed] Order lodged concurrently herewith] |
| | File Date:        June 20, 2016<br>Discovery Cutoff: May 12, 2017<br>Pre-Trial Conf.:  June 16, 2017<br>Trial Date :      July 25, 2017 |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD**:

PLEASE TAKE NOTICE THAT on April 26, 2017, at 9:30 a.m., or as soon as the matter may be heard in the courtroom of the Honorable Michael R. Wilner, Magistrate Judge, Plaintiffs Universal Cable Productions LLC and Northern Entertainment Productions LLC ("Plaintiffs") move the Court for an order on the Joint Stipulation Regarding Plaintiffs' Motion to Compel Discovery, regarding discovery matters that Plaintiffs and Defendant Atlantic Specialty Insurance Company ("Atlantic") were unable to resolve through the meet and confer process, relating to 1) production of a Coverage Opinion prepared for Atlantic; 2) Atlantic's responses to Interrogatories Nos. 3-14; 3) Atlantic's responses to Interrogatories Nos. 15 and 16, and Request for Production Nos. 1, 6, 7, 9, 11, 13, and 22; and 4) production of documents requested in Request for Production No. 25.

Plaintiffs also move pursuant to Fed. R. Civ. P. 37(a)(5)(A) for monetary sanctions against Atlantic in connection with this motion.

This motion is based upon the parties' Joint Stipulation and the Declarations of Daniel M. Hayes and Carla C. Crapster filed in connection herewith, the exhibits thereto, any supplemental briefing in connection with the motion, the prior papers and pleadings on file with the Court in this action, and such other evidence or argument as may be presented to the Court.

This motion is made following the conference of counsel pursuant to L.R. 37-1, which took place on December 2, 2016 and February 23, 2017.

DATED: April 5, 2017

LUCIA E. COYOCA
VALENTINE A. SHALAMITSKI
DANIEL M. HAYES
MITCHELL SILBERBERG & KNUPP LLP

By: */s/ Daniel M. Hayes*
Daniel M. Hayes
Attorneys for Plaintiffs
Universal Cable Productions LLC and
Northern Entertainment
Productions LLC