1
2
3
4
5
6
7

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNIVERSAL CABLE PRODUCTIONS LLC, a Delaware limited liability company, and NORTHERN ENTERTAINMENT PRODUCTIONS LLC, a Delaware limited liability company,<br><br>  Plaintiffs,<br><br>  v.<br><br>ATLANTIC SPECIALTY INSURANCE COMPANY, a New York insurance company,<br><br>  Defendant. | CASE NO. 2:16-cv-4435-PA-MRW<br><br>**[PROPOSED] ORDER ON PLAINTIFFS' MOTION TO COMPEL DISCOVERY**<br><br>Time:   9:30 a.m.<br>Date:   April 26, 2017<br>Judge:  Hon. Michael R. Wilner<br><br>File Date:         June 20, 2016<br>Discovery Cutoff: May 12, 2017<br>Pre-Trial Conf.:  June 16, 2017<br>Trial Date :      July 25, 2017 |

**[PROPOSED] ORDER RE: PLAINTIFFS' MOTION TO COMPEL DISCOVERY**

8766955.1

Before the Court is Plaintiffs Universal Cable Productions LLC and Northern Entertainment Productions LLC's ("Plaintiffs") Motion to Compel Discovery. Having considered the filings and heard counsels' argument, and good cause having been shown,

**IT IS HEREBY ORDERED THAT:**

Plaintiffs' Motion to Compel Discovery is HEREBY GRANTED.

No later than five (5) days following entry of this Order, Defendant Atlantic Specialty Insurance Company shall:

1. Produce the Coverage Opinion and all related correspondence;
2. Serve an amended response to Interrogatories Nos. 3–14, omitting its incorporation by reference;
3. Either:
   (a) expand its search to include documents and information dating back to January 1, 2010, as opposed to July 2013, and to supplement or amend (as necessary) its responses to Interrogatory Nos. 15 and 16, and Request for Production Nos. 1, 6, 7, 9, 11, 13, and 22; or
   (b) provide unqualified admissions to Request for Admission Nos. 34 and 35; and
4. Withdraw its objections and produce all of the documents requested pursuant to Request for Production No. 25.

It is also ORDERED that Atlantic pay Plaintiffs $_____ in monetary discovery sanctions on or before _____, 2017.

IT IS SO ORDERED.

Dated: April ___, 2017

The Honorable Michael R. Wilner
UNITED STATES MAGISTRATE JUDGE