Marc J. Shrake (SBN 219331)
Anderson, McPharlin & Conners LLP
707 Wilshire Boulevard, Suite 4000
Los Angeles, CA 90017
(213) 688-0080 / (213) 622-7594 / mjs@amclaw.com

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNIVERSAL CABLE PRODUCTIONS LLC and NORTHERN ENTERTAINMENT PRODUCTIONS LLC,<br><br>Plaintiff(s)<br>v.<br>ATLANTIC SPECIALTY INSURANCE COMPANY,<br><br>Defendant(s). | CASE NUMBER<br><br>2:16-cv-04435-PA-MRW<br><br>**(PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*** |

The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by

| Turano, Joseph A. | of | Strasburger & Price, LLP |
|---|---|---|
| *Applicant's Name (Last Name, First Name & Middle Initial)* | | 901 Main Street, Suite 6000 |
| (214) 651-4594  (214) 659-4096 | | Dallas, Texas 75202 |
| *Telephone Number*  *Fax Number* | | |
| Joseph.turano@strasburger.com | | |
| *E-Mail Address* | | *Firm/Agency Name & Address* |

for permission to appear and participate in this case on behalf of

Atlantic Specialty Insurance Company
*Name(s) of Party(ies) Represent*  ☐ Plaintiff(s) ☒ Defendant(s) ☐ Other: _____

**and designating as Local Counsel**

| Shrake, Marc J. | of | Anderson, McPharlin & Conners LLP |
|---|---|---|
| *Designee's Name (Last Name, First Name & Middle Initial)* | | 707 Wilshire Boulevard |
| 219331  (213) 688-0080  (213) 622-7594 | | Suite 4000 |
| *Designee's Cal. Bar No.*  *Telephone Number*  *Fax Number* | | Los Angeles, California 90017 |
| mjs@amclaw.com | | |
| *E-Mail Address* | | *Firm/Agency Name & Address* |

**HEREBY ORDERS THAT the Application be:**

☐ GRANTED
☐ DENIED:
  ☐ for failure to pay the required fee.
  ☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.
  ☐ for failure to complete Application: _____
  ☐ pursuant to L.R. 83-2.1.3.2: ☐ Applicant resides in California; ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.
  ☐ pursuant to L.R. 83-2.1.3.4; Local Counsel: ☐ is not member of Bar of this Court; ☐ does not maintain office District.
  ☐ because _____

**IT IS HEREBY FURTHER ORDERED THAT** the Application fee, if paid: ☐ be refunded ☐ not be refunded.

Dated: Click here to enter a date.  _____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　**U.S. District Judge/U.S. Magistrate Judge**