LUCIA E. COYOCA (SBN 128314)
  lec@msk.com
VALENTINE A. SHALAMITSKI (SBN 236061)
  vas@msk.com
DANIEL M. HAYES (SBN 240250)
  dmh@msk.com
MITCHELL SILBERBERG & KNUPP LLP
11377 West Olympic Boulevard
Los Angeles, CA 90064-1683
Telephone: (310) 312-2000
Facsimile: (310) 312-3100

Attorneys for Plaintiffs
Universal Cable Productions LLC and
Northern Entertainment Productions LLC

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| UNIVERSAL CABLE PRODUCTIONS LLC, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>ATLANTIC SPECIALTY INSURANCE COMPANY,<br><br>Defendant. | CASE NO. 2:16-cv-4435-PA-MRW<br><br>**DECLARATION OF RANDI RICHMOND IN SUPPORT OF PLAINTIFFS'** ***EX PARTE*** **APPLICATION FOR PROTECTIVE ORDER RE: DEPOSITIONS OF RANDI RICHMOND, MARK BINKE, AND PLAINTIFFS' RULE 30(B)(6) CORPORATE DESIGNEES**<br><br>Judge:      Hon. Michael R. Wilner<br><br>File Date:              June 20, 2016<br>Discovery Cutoff:   June 2, 2017<br>Pre-Trial Conf.:      June 16, 2017<br>Trial Date:             July 25, 2017 |

**RANDI RICHMOND DECLARATION ISO PLTFS' EX PARTE APPLICATION FOR PROTECTIVE ORDER RE: DEPOSITIONS OF RANDI RICHMOND, MARK BINKE, AND PLAINTIFFS' RULE 30(B)(6) CORPORATE DESIGNEES**

# DECLARATION OF RANDI RICHMOND

I, Randi Richmond, declare:

1. I currently am Senior Vice President of Production for Universal Cable Productions LLC ("UCP"). I have held that position since November 2014, and have worked for UCP since 2010. UCP is the production company for cable television shows produced by NBCUniversal Media, LLC ("NBCUniversal"). Unless otherwise noted, I have personal knowledge of the following facts and, if called and sworn as a witness, could and would competently testify thereto.

2. I was the production executive responsible for UCP's television show titled "*Dig*" in 2014 – 2015. I am currently responsible for several UCP television shows that are expected to begin production, i.e., shooting, at various points over the next three weeks, including the television series "*Falling Water*."

3. I also currently oversee at least seven shows. One of these shows has officially been given green light to proceed to production, and decisions to proceed to production as to six shows are expected to be made over the next few weeks. For each of these shows, the minute final greenlight comes in, I must immediately begin getting the show up and running in a matter of days, which is incredibly time consuming. Without belaboring the details of the process, once a show is greenlit, I am responsible for running the UCP production team who must bring the project from the original concept of an idea in development to a television show in full production, as quickly and efficiently as possible.

4. Among other things, as soon as the final greenlight comes in, we need to:

    (a) Put together a writers' room. This entails finding available writers, which is very difficult as every cable television show in town will be staffing up at the same time, and

1

RICHMOND DECLARATION ISO PLTFS' EX PARTE APPLICATION FOR PROTECTIVE ORDER RE: DEPOSITIONS OF RANDI RICHMOND, MARK BINKE, AND PLAINTIFFS' RULE 30(B)(6) CORPORATE DESIGNEES

Mitchell Silberberg & Knupp LLP

getting all writers' deals closed. (This is particularly tricky this year, as a potential writers' strike is looming.) In addition, we must find office space to lease for the writers room, and make other logistical arrangements with respect to the writing portion of the process.

    (b)    Beyond the writers' room, producers for the show need to be identified and their contracts must be negotiated and finalized.

    (c)    The rest of the crew also needs to be assembled and contractual or other arrangements need to be made to arrange for their work on the show.

    (d)    The entire production of the show must be laid out in advance so that all costs and contingencies can be anticipated. Budgets need to be prepared and submitted for approval, so that locked production budgets are determined as soon as possible.

5. In layman's terms, the process of preparing a new show for production is like opening a new company in a matter of weeks, including finding office space, setting up utilities and internet, hiring all the employees, getting finances together, and the myriad of the many other tasks which need to be accomplished before you can open for business. That is the process that needs to be undertaken for each new television show that is approved for production, as quickly as possible, so that the project can move forward from the idea of a show to the actual production stage.

6. I understand that the defendant in the above-entitled case previously requested my deposition. Previously, I held the date of February 21, 2017 for my deposition, despite having a very busy schedule in February. I also understand that

2

RICHMOND DECLARATION ISO PLTFS' EX PARTE APPLICATION FOR PROTECTIVE ORDER RE: DEPOSITIONS OF RANDI RICHMOND, MARK BINKE, AND PLAINTIFFS' RULE 30(B)(6) CORPORATE DESIGNEES

1  the defendant recently noticed my deposition for April 17, 2017, a date that falls
2  squarely in the middle of the incredibly busy production period described above,
3  during which time I have numerous responsibilities and commitments to fulfill.
4      I declare under penalty of perjury under the laws of the United States of
5  America that the foregoing is true and correct.
6      Executed April 11, 2017, at London, England.

*/s/ Randi Richmond*

Randi Richmond

Mitchell Silberberg & Knupp LLP

3

RICHMOND DECLARATION ISO PLTFS' EX PARTE APPLICATION FOR PROTECTIVE ORDER RE: DEPOSITIONS OF RANDI RICHMOND, MARK BINKE, AND PLAINTIFFS' RULE 30(B)(6) CORPORATE DESIGNEES