LUCIA E. COYOCA (SBN 128314)
  lec@msk.com
VALENTINE A. SHALAMITSKI (SBN 236061)
  vas@msk.com
DANIEL M. HAYES (SBN 240250)
  dmh@msk.com
MITCHELL SILBERBERG & KNUPP LLP
11377 West Olympic Boulevard
Los Angeles, CA 90064-1683
Telephone: (310) 312-2000
Facsimile: (310) 312-3100

Attorneys for Plaintiffs
Universal Cable Productions LLC and
Northern Entertainment Productions LLC

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNIVERSAL CABLE PRODUCTIONS LLC, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>ATLANTIC SPECIALTY INSURANCE COMPANY,<br><br>Defendant. | CASE NO. 2:16-cv-4435-PA-MRW<br><br>**DECLARATION OF MARK BINKE IN SUPPORT OF PLAINTIFFS' *EX PARTE* APPLICATION FOR PROTECTIVE ORDER RE: DEPOSITIONS OF RANDI RICHMOND, MARK BINKE, AND PLAINTIFFS' RULE 30(B)(6) CORPORATE DESIGNEES**<br><br>Judge:  Hon. Michael R. Wilner<br><br>File Date:  June 20, 2016<br>Discovery Cutoff:  June 2, 2017<br>Pre-Trial Conf.:  June 16, 2017<br>Trial Date :  July 25, 2017 |

**BINKE DECLARATION ISO PLTFS' EX PARTE APPLICATION FOR PROTECTIVE ORDER RE: DEPOSITIONS OF RANDI RICHMOND, MARK BINKE, AND PLAINTIFFS' RULE 30(B)(6) CORPORATE DESIGNEES**

# DECLARATION OF MARK BINKE

I, Mark Binke, declare:

1. I currently am Executive Vice President of Production, Universal Cable Productions LLC ("UCP") which is the production company for cable entertainment for NBCUniversal Media LLC ("NBCUniversal"). I have held that position since June of 2013. I have worked for NBCUniversal as a production executive since 2000. I am responsible for all aspects of production across NBCUniversal cable entertainment's portfolio slate of original productions and co-productions as well as for external networks and digital platforms. Current series include Golden Globe winner "*Mr. Robot*," "*Colony*," "*Suits*," "*Royal Pains*" and "*Playing House*" on USA Network; "*12 Monkeys*," "*The Magicians*" and "*Hunters*" on Syfy; "*Girlfriends' Guide to Divorce*" on Bravo; and "*Difficult People*" on Hulu. Unless otherwise noted, I have personal knowledge of the following facts and, if called and sworn as a witness, could and would competently testify thereto.

2. In my role as Executive Vice President of Production, I oversee all aspects of production for UCP. Randi Richmond, who is currently Senior Vice President of Production for UCP, reports directly to me. Ms. Richmond was the production executive responsible for production of UCP's television series titled "*Dig*" in 2014 – 2015.

3. While cable television is year round pilot and series production, UCP is currently in the middle of one of our busiest times of year. Over the next three weeks, several UCP shows are scheduled to begin production, i.e. shooting. Among other shows that are slated to begin shooting this week is UCP's drama-thriller award winning television series titled "*Mr. Robot*," which is in its third season on USA Network and is one of UCP's biggest hit shows.

Mitchell Silberberg & Knupp LLP

1

MARK BINKE DECLARATION ISO PLTFS' EX PARTE APPLICATION FOR PROTECTIVE ORDER RE: DEPOSITIONS OF RANDI RICHMOND, MARK BINKE, AND PLAINTIFFS' RULE 30(B)(6) CORPORATE DESIGNEES

4. The beginning of production for a television show is a particularly busy time for both myself and Ms. Richmond because typically there are numerous issues that need to be handled in real time as they arise at the onset of production of a new season. In addition, decisions are currently being made as to whether projects previously in development which are not currently ongoing television shows will be approved for production.

5. If a project receives a "green light," the production will essentially need to be built from the ground up in as expeditious a time frame as possible from the first moment that approval is received, which requires an enormous commitment of time and effort. It is my responsibility to ensure that production of each show is as smooth and efficient as possible, particularly in the early weeks of production, so that shows are delivered on time and within budget.

6. In addition to the onset of shooting for the upcoming next season of several shows, and beginning production on shows as they are approved in the coming weeks, I also am currently dealing with the threat of a potential WGA strike. Voting on the strike is set to begin April 18, 2017. This potential strike has added many responsibilities to my already full workload, including preparing strike contingency plans in order to anticipate how we will proceed with production if there is an industry-wide strike. Further, in addition to cable television production described above, I also oversee the unscripted studio production which is also in the middle of numerous projects in various stages.

7. I was previously informed that my deposition in this case was going to be taken on February 24, 2017, so I held that date in my calendar despite my busy schedule in February. It is my understanding that the defendant in the above-entitled action has now noticed my deposition for this Friday, April 14, 2017, a date that falls squarely in the middle of the incredibly busy production period

Mitchell Silberberg & Knupp LLP

2

MARK BINKE DECLARATION ISO PLTFS' EX PARTE APPLICATION FOR PROTECTIVE ORDER RE: DEPOSITIONS OF RANDI RICHMOND, MARK BINKE, AND PLAINTIFFS' RULE 30(B)(6) CORPORATE DESIGNEES

1  described above, during which time I have numerous responsibilities and
2  commitments to fulfill.
3     I declare under penalty of perjury under the laws of the United States of
4  America that the foregoing is true and correct.
5     Executed April 11, 2017, at Los Angeles, California.

*[signature]*

Mark Binke

Mitchell Silberberg & Knupp LLP

3

MARK BINKE DECLARATION ISO PLTFS' EX PARTE APPLICATION FOR PROTECTIVE ORDER RE: DEPOSITIONS OF RANDI RICHMOND, MARK BINKE, AND PLAINTIFFS' RULE 30(B)(6) CORPORATE DESIGNEES