UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNIVERSAL CABLE PRODUCTIONS LLC, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> ATLANTIC SPECIALTY INSURANCE COMPANY, <br><br> Defendant. | CASE NO. 2:16-cv-4435-PA-MRW <br><br> **[PROPOSED] ORDER RE PLAINTIFFS'** *EX PARTE* **APPLICATION FOR PROTECTIVE ORDER RE: DEPOSITIONS OF RANDI RICHMOND, MARK BINKE, AND PLAINTIFFS' RULE 30(B)(6) CORPORATE DESIGNEES AS TO CERTAIN TOPICS** <br><br> Judge:   Hon. Michael R. Wilner <br> Time:    n/a <br> Date:    n/a <br><br> File Date:          June 20, 2016 <br> Discovery Cutoff:   June 2, 2017 <br> Pre-Trial Conf.:    June 16, 2017 <br> Trial Date:         July 25, 2017 |

**[PROPOSED] ORDER RE PLAINTIFFS'** *EX PARTE* **APPLICATION FOR PROTECTIVE ORDER RE: DEPOSITIONS OF RANDI RICHMOND, MARK BINKE, AND PLAINTIFFS' RULE 30(B)(6) CORPORATE DESIGNEES AS TO CERTAIN TOPICS**

8779197.1

# [PROPOSED] ORDER

Based on Plaintiffs' *Ex Parte* Application for a Protective Order Regarding Depositions of Randi Richmond, Mark Binke, and Plaintiffs' Rule 30(b)(6) Corporate Designees, and good cause appearing, the Court hereby orders as follows:

1. The deposition of Randi Richmond noticed for April 17, 2017, and the deposition of Mark Binke noticed for April 14, 2017, are hereby STAYED.

2. The depositions of Plaintiffs' Rule 30(b)(6) Corporate Designees as to topics Nos. 15 and 45, deemed noticed for April 14 and 17, 2017, are likewise STAYED.

3. Counsel shall negotiate in good faith to schedule the aforementioned depositions on dates which are mutually agreed on by the parties.

Dated: _____, 2017

By: _____
The Honorable Hon. Michael R. Wilner
Judge of the United States District Court

2

**[PROPOSED] ORDER RE NOTICE OF PLAINTIFFS'** *EX PARTE* **APPLICATION FOR PROTECTIVE ORDER RE: DEPOSITIONS OF RANDI RICHMOND, MARK BINKE, AND PLAINTIFFS' RULE 30(B)(6) CORPORATE DESIGNEES AS TO CERTAIN TOPICS**

8779197.1