UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | CV 16-4435 PA (MRWx) | Date | April 13, 2017 |
|---|---|---|---|
| Title | Universal Cable Productions v. Atlantic Specialty Insurance Company | | |

Present: The Honorable   Michael R. Wilner

| Veronica Piper | None |
|---|---|
| Deputy Clerk | Court Smart / Reporter |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendant: |
|---|---|
| None Present | None Present |

**Proceedings:**   ORDER RE: DEPOSITIONS

    Plaintiff's application for an order quashing the deposition notices is granted. The parties will immediately meet to discuss dates by which both witnesses will be made available for testimony before the discovery cutoff. The Court may issue a further reasoned decision next week.