Marc J. Shrake (SBN 219331)
Anderson, McPharlin & Conners LLP
707 Wilshire Boulevard, Suite 4000
Los Angeles, CA 90017
(213) 688-0080 / (213) 622-7594 / mjs@amclaw.com

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNIVERSAL CABLE PRODUCTIONS LLC and NORTHERN ENTERTAINMENT PRODUCTIONS LLC, <br><br> Plaintiff(s) <br> v. <br> ATLANTIC SPECIALTY INSURANCE COMPANY, <br><br> Defendant(s). | CASE NUMBER <br><br> 2:16-cv-04435-PA-MRW <br><br> **ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*** |
|---|---|

The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by

Turano, Joseph A.
*Applicant's Name (Last Name, First Name & Middle Initial)*
(214) 651-4594        (214) 659-4096
*Telephone Number*     *Fax Number*
Joseph.turano@strasburger.com
*E-Mail Address*

of

Strasburger & Price, LLP
901 Main Street, Suite 6000
Dallas, Texas 75202
*Firm/Agency Name & Address*

**for permission to appear and participate in this case on behalf of**

Atlantic Specialty Insurance Company
*Name(s) of Party(ies) Represent*   ☐ Plaintiff(s) ☒ Defendant(s) ☐ Other:

**and designating as Local Counsel**

Shrake, Marc J.
*Designee's Name (Last Name, First Name & Middle Initial)*
219331           (213) 688-0080      (213) 622-7594
*Designee's Cal.*   *Telephone*        *Fax Number*
*Bar No.*          *Number*
mjs@amclaw.com
*E-Mail Address*

of

Anderson, McPharlin & Conners LLP
707 Wilshire Boulevard
Suite 4000
Los Angeles, California 90017
*Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**

[x] GRANTED
☐ DENIED:
  ☐ for failure to pay the required fee.
  ☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.
  ☐ for failure to complete Application:
  ☐ pursuant to L.R. 83-2.1.3.2: ☐ Applicant resides in California; ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.
  ☐ pursuant to L.R. 83-2.1.3.4; Local Counsel: ☐ is not member of Bar of this Court; ☐ does not maintain office District.
  ☐ because

**IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid:** ☐ be refunded. ☒ not be refunded.

**Dated:** April 13, 2017

_____
**U.S. District Judge/U.S. Magistrate Judge**