Name & Address:
Michael Keeley (Pro Hac Vice)
Strasburger & Price, LLP
901 Main Street, Suite 6000
Dallas, TX 75202
214.651.4551 / michael.keeley@strasburger.com

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNIVERSAL CABLE PRODUCTIONS, LLC, et al. | CASE NUMBER: |
|---|---|
| PLAINTIFF(S) | 2:16-cv-04435-PA-MRW |
| v. | |
| ATLANTIC SPECIALTY INSURANCE COMPANY | **NOTICE OF MANUAL FILING** |
| DEFENDANT(S). | **OR LODGING** |

PLEASE TAKE NOTICE:

Pursuant to Local Rule 5-4.2, the following document(s) or item(s) are exempt from electronic filing, and will therefore be manually ☐ Filed ☒ Lodged: (**List Documents**)

Exhibits 103 to 107 (thumb drive of video clips) to Defendant Atlantic Specialty Insurance Company's Evidence in support of its Motion for Summary Judgment

**Reason:**

☐ Under Seal
☐ In Camera
☒ Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)
☐ Per Court order dated: _____
☐ Other:

| April 24, 2017 | *s/Michael Keeley* |
|---|---|
| Date | Attorney Name |
| | Michael Keeley |
| | Defendant Atlantic Specialty Insurance Company |
| | Party Represented |

*Note: File one Notice of Manual Filing or Lodging in each case, each time you manually submit a document(s).*

G-92 (05/15)   **NOTICE OF MANUAL FILING OR LODGING**