1  **MARC J. SHRAKE (Bar No. 219331)**
     mjs@amclaw.com
2  **ANDERSON, McPHARLIN & CONNERS LLP**
   **707 Wilshire Boulevard, Suite 4000**
3  **Los Angeles, California 90017-3623**
   **Telephone: (213) 688-0080 ♦ Facsimile: (213) 622-7594**
4

5  **MICHAEL KEELEY (*Pro Hac Vice*)**
     michael.keeley@strasburger.com
6  **TONI SCOTT REED (*Pro Hac Vice*)**
     toni.reed@strasburger.com
7  **CARLA C. CRAPSTER (*Pro Hac Vice*)**
     carla.crapster@strasburger.com
8  **STRASBURGER & PRICE, LLP**
   **901 Main Street, Suite 4400**
9  **Dallas, Texas 75202**
   **Telephone:  (214) 651-2034 ♦ Facsimile: (214) 659-4060**
10

11 **Attorneys for Defendant ATLANTIC**
   **SPECIALTY INSURANCE**
12 **COMPANY**

13

14              **UNITED STATES DISTRICT COURT**

15    **CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION**

16

17 UNIVERSAL CABLE                       Case No. 2:16-cv-04435-PA-MRW
   PRODUCTIONS, LLC, a Delaware
18 limited liability company, and        **DEFENDANT ATLANTIC**
   NORTHERN ENTERTAINMENT             **SPECIALTY INSURANCE**
19 PRODUCTIONS LLC, a Delaware          **COMPANY'S APPLICATION FOR**
   limited liability company,            **AN ORDER TO FILE UNDER**
20                                       **SEAL EXHIBITS 111 THROUGH**
                                         **146 TO DECLARATION OF CARLA**
21           Plaintiffs,                 **C. CRAPSTER, AND**
                                         **UNREDACTED VERSIONS OF**
22       vs.                             **MOTION FOR SUMMARY**
                                         **JUDGMENT, OR**
23 ATLANTIC SPECIALTY                    **ALTERNATIVELY FOR PARTIAL**
   INSURANCE COMPANY, a New York        **SUMMARY JUDGMENT AND**
24 insurance company,                    **STATEMENT OF**
                                         **UNCONTROVERTED FACTS**
25                                       **AND CONCLUSIONS OF LAW**
           Defendant.
26                                       [*Filed with supporting Declaration of Carla C.*
                                         *Crapster and its Exhibits; Proposed Order]*
27

28

1610667.1 05608-054

ANDERSON, McPHARLIN & CONNERS LLP
LAWYERS
707 WILSHIRE BOULEVARD, SUITE 4000
LOS ANGELES, CALIFORNIA 90017-3623
TEL (213) 688-0080 • FAX (213) 622-7594

**PLEASE TAKE NOTICE** that Defendant Atlantic Specialty Insurance Company ("Atlantic") hereby applies for an Order to file under seal the following documents:

1. Exhibits 111 through 146 to the "Declaration of Carla C. Crapster in Support of Defendant Atlantic Specialty Insurance Company's Notice of Motion and Motion for Summary Judgment, or Alternatively Partial Summary Judgment," which declaration Atlantic will file on April 24, 2017, as a part of the Volume of Evidence- Part II - in Support of Statement of Uncontroverted Facts;

2. An Un-redacted Version of the Notice of Motion and Motion for Summary Judgment, or Alternatively Partial Summary Judgment, and Memorandum of Points and Authorities, which Atlantic will file in a redacted form on April 24, 2017; and

3. An Un-redacted Version of the Statement of Uncontroverted Facts and Conclusions of Law, in Support of Notice of Motion and Motion for Summary Judgment, or Alternatively Partial Summary Judgment, and Memorandum of Points and Authorities, which Atlantic will file in a redacted form on April 24, 2017.

This Application is submitted pursuant to L.R. 79-5.2.2(b), and is submitted with (i) the supporting Declaration of Carla C. Crapster; (ii) an un-redacted version of the documents identified above attached to the Declaration; and (iii) a proposed Order.

The nature of the information that is requested to be closed to public inspection is further described as follows (and presented to the Court as a result of the designation of such items as "Confidential" by the plaintiffs herein, and their request that such items be filed under seal):

ANDERSON, MCPHARLIN & CONNERS LLP
LAWYERS
707 WILSHIRE BOULEVARD, SUITE 4000
LOS ANGELES, CALIFORNIA 90017-3623
TEL (213) 688-0080 • FAX (213) 622-7594

1610667.1 05608-054

2

ANDERSON, McPHARLIN & CONNERS LLP
LAWYERS
707 WILSHIRE BOULEVARD, SUITE 4000
LOS ANGELES, CALIFORNIA  90017-3623
TEL (213) 688-0080 • FAX (213) 622-7594

| Exhibit No. | Description | Page Nos. |
|---|---|---|
| 111. | UCP000736 E-mail from Stephen Smith to Mark Binke (July 17, 2014 06:47 PST). | 1284-1285 |
| 112. | E-mail from Susan Weiss to Wendy Diaz (March 23, 2015 16:39 PST). | 1286-1359 |
| 113. | UCP000442 E-mail from Andrea Garber to Randi Richmond (July 14, 2014 10:03 PST). | 1360-1362 |
| 114. | UCP00663 Israel Dig Update, Security in Confidence: NBCUniversal Int'l. Security Briefing (NBCUniversal, New York, N.Y.) July 09, 2014. | 1363-1372 |
| 115. | UCP001419 E-mail from Stephen Smith to Mark Binke (July 21, 2014 04:17 PST). | 1373-1375 |
| 116. | UCP001595 E-mail from Stephen Smith, Head of Security, Europe, NBCUniversal to Paige Potter, Administrative Assistant, NBCUniversal (June 16, 2014 11:46 PST). | 1376-1379 |
| 117. | UCP003562 E-mail from Stephen Smith to Randi Richmond (May 01, 2014, 03:15 a.m. PST). | 1380-1383 |
| 118. | UCP001873 E-mail from Randi Richmond to Stephen Smith (June 14, 2015 05:16 PST). | 1384-1388 |
| 119. | Excerpts of Stephen Smith Deposition Transcript (April 18-19, 2017). | 1389-1469 |
| 120. | UCP001085-86 E-mail from Randi Richmond to Brian Brady (Feb. 03, 2014 14:30 PST). | 1470-1472 |

1610667.1 05608-054

3

ANDERSON, McPHARLIN & CONNERS LLP
LAWYERS
707 WILSHIRE BOULEVARD, SUITE 4000
LOS ANGELES, CALIFORNIA 90017-3623
TEL (213) 688-0080 • FAX (213) 622-7594

| Exhibit No. | Description | Page Nos. |
|---|---|---|
| 121. | UCP001286 E-mail from Stephen Smith to Mark Binke (July 16, 2014 24:16 PST). | 1473-1474 |
| 122. | UCP002797-2800 *Israel Dig Update*, Security in Confidence: NBCUniversal Int'l. Security Briefing (NBCUniversal, New York, N.Y.) July 01, 2014. | 1475-1486 |
| 123. | UCP001874-1876 E-mail from Jay Footlik to Randi Richmond (June 13, 2014 15:16 PST). | 1487-1491 |
| 124. | UCP002343 E-mail from Stephen Smith to Randi Richmond (June 15, 2014 07:38 PST). | 1492-1494 |
| 125. | UCP000349 E-mail from Stephen Smith to Randi Richmond (June 15, 2014 09:36 PST). | 1495-1501 |
| 126. | UCP003591-92 E-mail from Penelope Kennedy to Randi Richmond (July 03, 2014 23:22 PST). | 1502-1504 |
| 127. | UCP000485 E-mail from Erin Noordeloos to Mark Binke (July 08, 2014 09:23 PST). | 1505-1506 |
| 128. | UCP002468-2470 E-mail from Chris Biggs to Erin Noordeloos and to Stephen Smith (July 10, 2014 02:40 PST). | 1507-1510 |
| 129. | UCP000940 E-mail from Stephen Smith to Mark Binke (July 10, 2014 8:09). | 1511-1512 |
| 130. | UCP002710 E-mail from Stephen Smith to Randi Richmond (July 08, 2014 12:41 PST). | 1513-1515 |
| 131. | UCP002790 E-mail from Chris Biggs to Stephen Smith, with attachment (July 1, 2014 02:12 PST). | 1516-1527 |

1610667.1 05608-054

4

Defendant Atlantic Specialty Insurance Company's Application For An Order To File Under Seal Exhibits 111 Through 146 To Declaration Of Carla C. Crapster, And Unredacted Versions Of Motion For Summary Judgment, etc.

ANDERSON, MCPHARLIN & CONNERS LLP
LAWYERS
707 WILSHIRE BOULEVARD, SUITE 4000
LOS ANGELES, CALIFORNIA 90017-3623
TEL (213) 688-0080 • FAX (213) 622-7594

| Exhibit No. | Description | Page Nos. |
|---|---|---|
| 132. | UCP001855 E-mail from Stephen Smith to Randi Richmond (July 8, 2014 12:41 PST). | 1528-1530 |
| 133. | UCP000888-000896 E-mail from Stephen Smith to Randi Richmond (July 09, 2014 06:16 PST). | 1531-1540 |
| 134. | UCP003467 E-mail from Stephen Smith to Mark Binke  (July 17, 2014 13:01 PST). | 1541-1542 |
| 135. | UCP000503 E-mail from Tom McCarthy to Mark Binke (July 17, 2014 15:03 PST). | 1543-1544 |
| 136. | UCP001462 E-mail from Stephen Smith to Mark Binke (July 18, 2014 06:43 PST). | 1545-1546 |
| 137. | UCP001013 E-mail from Randi Richmond to Stephen Smith (July 02, 2014 05:49 PST). | 1547-1549 |
| 138. | UCP000993 E-mail from Stephen Smith to Mark Binke (July 10, 2014 07:52 PST). | 1550-1551 |
| 139. | UCP000346 E-mail from Curt Williams to Deborah Kizner (June 16, 2014 08:05 PST). | 1552-1558 |
| 140. | UCP000870 E-mail from Malika Adams to Kurt Ford (July 03, 2014 10:58 PST). | 1559-1567 |
| 141. | UCP000422 E-mail from Malika Adams to Randi Richmond (July 07, 2014 20:11 PST). | 1568-1576 |
| 142. | UCP001037 E-mail from Stephen Smith to Mark Binke (July 02, 2014 02:21 PST). | 1577-1580 |

1610667.1 05608-054

5

Defendant Atlantic Specialty Insurance Company's Application For An Order To File Under Seal Exhibits 111 Through 146 To Declaration Of Carla C. Crapster, And Unredacted Versions Of Motion For Summary Judgment, etc.

| Exhibit No. | Description | Page Nos. |
|---|---|---|
| 143. | UCP020043-47:  E-mail chain regarding Jerusalem Film Fest postponing opening night in wake of Israeli-Palestinian Hostilities. | 1581-1586 |
| 144. | UCP001877 E-mail from Stephen Smith to Stephen Smith, with attachment (May 22, 2014 09:09 PST) | 1587-1598 |
| 145. | UCP001129 E-mail from Stephen Smith to Randi Richmond (June 17, 2014 22:14 PST). | 1599-1601 |
| 146. | UCP001065 E-mail from Stephen Smith to Mark Binke (July 1, 2014 06:05 PST). | 1602-1605 |

The un-redacted versions of the Motion for Summary Judgment, or Alternatively Partial Summary Judgment, and the Statement of Uncontroverted Facts are requested to be filed under seal because they recite or quote the contents of various items listed above.

## **RELIEF REQUESTED**

The Court entered a protective order in this case on September 14, 2016 (Doc. 25). That order states:

Confidential Material, including any portion of a deposition transcript designated as Confidential or Attorney's Eyes Only, is included in any papers to be filed with the Court, such papers shall be accompanied by an application to (a) file the confidential portions thereof under seal (if such portions are segregable), or (b) file the papers in their entirety under seal (if the confidential portions are not segregable). The application shall be filed in accordance with Local Rule 79-5 and directed to the judge to whom the papers are directed. Pending the ruling on the application, the papers or

ANDERSON, McPHARLIN & CONNERS LLP
LAWYERS
707 WILSHIRE BOULEVARD, SUITE 4000
LOS ANGELES, CALIFORNIA 90017-3623
TEL (213) 688-0080 • FAX (213) 622-7594

1610667.1 05608-054

Defendant Atlantic Specialty Insurance Company's Application For An Order To File Under Seal Exhibits 111 Through 146 To Declaration Of Carla C. Crapster, And Unredacted Versions Of Motion For Summary Judgment, etc.

ANDERSON, McPHARLIN & CONNERS LLP
LAWYERS
707 WILSHIRE BOULEVARD, SUITE 4000
LOS ANGELES, CALIFORNIA 90017-3623
TEL (213) 688-0080 • FAX (213) 622-7594

1   portions thereof subject to the sealing application shall be lodged under

2   seal.

3   As set forth in the declaration of Carla C. Crapster filed herewith, the plaintiffs have

4   designated nearly every document produced during the course of this case as

5   "Confidential." By making this designation, the plaintiffs are "certifying to the Court that

6   there is a good faith basis in law and in fact for the designation within the meaning of

7   Federal Rule of Civil Procedure 26(g)." (Doc. 25 at ¶ 2). Counsel for Atlantic has

8   conferred with counsel for the plaintiffs, and the plaintiffs have stated that the documents

9   identified in this Application need to be filed under seal. The parties have separately

10  reached agreement about the public filing of additional documents with redactions, and

11  those are not a part of this Application.

12  In regard to each of the items set forth above, Atlantic is seeking to file under seal

13  such items as a result of the plaintiffs' designation of confidentiality and the plaintiffs'

14  request. Because these documents have been designated confidential by another party (the

15  plaintiffs), Atlantic hereby requests, in accordance with L.R. 79-5.2.2(b), permission to file

16  these documents under seal.

17  As required by L.R. 79-5.2.2(b) this application and the attached supporting

18  declaration are being served on the Designating Party (the plaintiffs and counsel for

19  Allianz) on the same day they are filed, and proof of this service is filed herewith.

20  DATED: April 24, 2017          ANDERSON, McPHARLIN & CONNERS LLP
                                    STRASBURGER & PRICE, LLP

21

22                                  By:   */s/ Michael Keeley*
                                          Michael Keeley

23                                  Attorneys for Defendant ATLANTIC SPECIALTY
                                    INSURANCE COMPANY

24

25

26

27

28

1610667.1 05608-054

7

Defendant Atlantic Specialty Insurance Company's Application For An Order To File Under Seal Exhibits 111
Through 146 To Declaration Of Carla C. Crapster, And Unredacted Versions Of Motion For Summary Judgment, etc.

# EXHIBITS
# 111 through 146

# Pages 1284 through 1605

**to Defendant Atlantic Specialty Insurance Company's Evidence In Support Of Statement of Uncontroverted Facts and Conclusions of Law In Support for Summary Judgment (Part II)**