MARC J. SHRAKE (SBN 219331)
  mjs@amclaw.com
ANDERSON, MCPHARLIN & CONNERS LLP
707 Wilshire Boulevard, Suite 4000
Los Angeles, California 90017-3623
Telephone: (213) 236-1691
Facsimile:  (213) 622-7594

MICHAEL KEELEY *(Pro Hac Vice)*
  michael.keeley@strasburger.com
TONI SCOTT REED *(Pro Hac Vice)*
  toni.reed@strasburger.com
CARLA C. CRAPSTER *(Pro Hac Vice)*
  carla.crapster@strasburger.com
STRASBURGER & PRICE, LLP
901 Main Street, Suite 6000
Dallas, Texas 75202
Telephone: (214) 651-4300
Facsimile:  (214) 651-4330

Attorneys for Defendant
Atlantic Specialty Insurance Company

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION**

| | |
|---|---|
| UNIVERSAL CABLE PRODUCTIONS LLC, a Delaware limited liability company, and NORTHERN ENTERTAINMENT PRODUCTIONS LLC, a Delaware limited liability company,<br><br>Plaintiffs,<br><br>vs.<br><br>ATLANTIC SPECIALTY INSURANCE COMPANY, a New York insurance company,<br><br>Defendant. | Case No. 2:16-cv-04435-PA-MRW<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT ATLANTIC SPECIALTY INSURANCE COMPANY'S APPLICATION TO FILE UNDER SEAL EXHIBITS 111 THROUGH 146 TO DECLARATION OF CARLA C. CRAPSTER AND UNREDACTED MOTION FOR SUMMARY JUDGMENT AND STATEMENT OF UNCONTROVERTED FACTS**<br><br>**[***Filed with Application, Declaration of Carla C. Crapster and its Exhibits]* |

/ / /

/ / /

On April 24, 2017 Defendant Atlantic Specialty Insurance Company ("Atlantic") applied to this Court for an Order to file under seal the following:

1. Exhibits 111 through 146 to the "Declaration of Carla C. Crapster in Support of Defendant Atlantic Specialty Insurance Company's Notice of Motion and Motion for Summary Judgment, or Alternatively Partial Summary Judgment;"
2. An Unredacted Version of the Notice of Motion and Motion for Summary Judgment, or Alternatively Partial Summary Judgment, and Memorandum of Points and Authorities; and
3. An Unredacted Version of the Statement of Uncontroverted Facts and Conclusions of Law, in Support of Notice of Motion and Motion for Summary Judgment, or Alternatively Partial Summary Judgment, and Memorandum of Points and Authorities.

After full consideration of the Application, the Court finds that compelling reasons exist and Defendant may file under seal the following documents:

| Exhibit No. | Description | Page Nos. |
|---|---|---|
| 111. | UCP000736 E-mail from Stephen Smith to Mark Binke (July 17, 2014 06:47 PST). [Lodged Under Seal] | 1284-1285 |
| 112. | E-mail from Susan Weiss to Wendy Diaz (March 23, 2015 16:39 PST). [Lodged Under Seal] | 1286-1359 |
| 113. | UCP000442 E-mail from Andrea Garber to Randi Richmond (July 14, 2014 10:03 PST). [Lodged Under Seal] | 1360-1362 |
| 114. | UCP00663 Israel Dig Update, Security in Confidence: NBCUniversal Int'l. Security Briefing (NBCUniversal, New York, N.Y.) July 09, 2014. [Lodged Under Seal] | 1363-1372 |

2

ATLANTIC SPECIALTY INSURANCE COMPANY'S OBJECTIONS AND RESPONSES TO
PLAINTIFF UNIVERSAL CABLE PRODUCTION LLC'S FIRST SET OF REQUESTS FOR ADMISSIONS

| Exhibit No. | Description | Page Nos. |
|---|---|---|
| 115. | UCP001419 E-mail from Stephen Smith to Mark Binke (July 21, 2014 04:17 PST). [Lodged Under Seal] | 1373-1375 |
| 116. | UCP001595 E-mail from Stephen Smith, Head of Security, Europe, NBCUniversal to Paige Potter, Administrative Assistant, NBCUniversal (June 16, 2014 11:46 PST). [Lodged Under Seal] | 1376-1379 |
| 117. | UCP003562 E-mail from Stephen Smith to Randi Richmond (May 01, 2014, 03:15 a.m. PST). [Lodged Under Seal] | 1380-1383 |
| 118. | UCP001873 E-mail from Randi Richmond to Stephen Smith (June 14, 2015 05:16 PST). [Lodged Under Seal] | 1384-1388 |
| 119. | Excerpts of Stephen Smith Deposition Transcript (April 18-19, 2017). [Lodged Under Seal] | 1389-1469 |
| 120. | UCP001085-86 E-mail from Randi Richmond to Brian Brady (Feb. 03, 2014 14:30 PST). [Lodged Under Seal] | 1470-1472 |
| 121. | UCP001286 E-mail from Stephen Smith to Mark Binke (July 16, 2014 24:16 PST). [Lodged Under Seal] | 1473-1474 |
| 122. | UCP002797-2800 *Israel Dig Update*, Security in Confidence: NBCUniversal Int'l. Security Briefing (NBCUniversal, New York, N.Y.) July 01, 2014. [Lodged Under Seal] | 1475-1486 |
| 123. | UCP001874-1876 E-mail from Jay Footlik to Randi Richmond (June 13, 2014 15:16 PST). [Lodged Under Seal] | 1487-1491 |

ATLANTIC SPECIALTY INSURANCE COMPANY'S OBJECTIONS AND RESPONSES TO PLAINTIFF UNIVERSAL CABLE PRODUCTION LLC'S FIRST SET OF REQUESTS FOR ADMISSIONS

ANDERSON, MCPHARLIN & CONNERS LLP
LAWYERS
707 WILSHIRE BOULEVARD, SUITE 4000
LOS ANGELES, CALIFORNIA 90017-3623
TEL (213) 688-0080 • FAX (213) 622-7594

| Exhibit No. | Description | Page Nos. |
|---|---|---|
| 124. | UCP002343 E-mail from Stephen Smith to Randi Richmond (June 15, 2014 07:38 PST). [Lodged Under Seal] | 1492-1494 |
| 125. | UCP000349 E-mail from Stephen Smith to Randi Richmond (June 15, 2014 09:36 PST). [Lodged Under Seal] | 1495-1501 |
| 126. | UCP003591-92 E-mail from Penelope Kennedy to Randi Richmond (July 03, 2014 23:22 PST). [Lodged Under Seal] | 1502-1504 |
| 127. | UCP000485 E-mail from Erin Noordeloos to Mark Binke (July 08, 2014 09:23 PST). [Lodged Under Seal] | 1505-1506 |
| 128. | UCP002468-2470 E-mail from Chris Biggs to Erin Noordeloos and to Stephen Smith (July 10, 2014 02:40 PST). [Lodged Under Seal] | 1507-1510 |
| 129. | UCP000940 E-mail from Stephen Smith to Mark Binke (July 10, 2014 8:09). [Lodged Under Seal] | 1511-1512 |
| 130. | UCP002710 E-mail from Stephen Smith to Randi Richmond (July 08, 2014 12:41 PST). [Lodged Under Seal] | 1513-1515 |
| 131. | UCP002790 E-mail from Chris Biggs to Stephen Smith, with attachment (July 1, 2014 02:12 PST). [Lodged Under Seal] | 1516-1527 |
| 132. | UCP001855 E-mail from Stephen Smith to Randi Richmond (July 8, 2014 12:41 PST). [Lodged Under Seal] | 1528-1530 |
| 133. | UCP000888-000896 E-mail from Stephen Smith to Randi Richmond (July 09, 2014 06:16 PST). [Lodged Under Seal] | 1531-1540 |

ANDERSON, McPHARLIN & CONNERS LLP
LAWYERS
707 WILSHIRE BOULEVARD, SUITE 4000
LOS ANGELES, CALIFORNIA 90017-3623
TEL (213) 688-0080 • FAX (213) 622-7594

4
ATLANTIC SPECIALTY INSURANCE COMPANY'S OBJECTIONS AND RESPONSES TO
PLAINTIFF UNIVERSAL CABLE PRODUCTION LLC'S FIRST SET OF REQUESTS FOR ADMISSIONS

| Exhibit No. | Description | Page Nos. |
|---|---|---|
| 134. | UCP003467 E-mail from Stephen Smith to Mark Binke (July 17, 2014 13:01 PST). [Lodged Under Seal] | 1541-1542 |
| 135. | UCP000503 E-mail from Tom McCarthy to Mark Binke (July 17, 2014 15:03 PST). [Lodged Under Seal] | 1543-1544 |
| 136. | UCP001462 E-mail from Stephen Smith to Mark Binke (July 18, 2014 06:43 PST). [Lodged Under Seal] | 1545-1546 |
| 137. | UCP001013 E-mail from Randi Richmond to Stephen Smith (July 02, 2014 05:49 PST). [Lodged Under Seal] | 1547-1549 |
| 138. | UCP000993 E-mail from Stephen Smith to Mark Binke (July 10, 2014 07:52 PST). [Lodged Under Seal] | 1550-1551 |
| 139. | UCP000346 E-mail from Curt Williams to Deborah Kizner (June 16, 2014 08:05 PST). [Lodged Under Seal] | 1552-1558 |
| 140. | UCP000870 E-mail from Malika Adams to Kurt Ford (July 03, 2014 10:58 PST). [Lodged Under Seal] | 1559-1567 |
| 141. | UCP000422 E-mail from Malika Adams to Randi Richmond (July 07, 2014 20:11 PST). [Lodged Under Seal] | 1568-1576 |
| 142. | UCP001037 E-mail from Stephen Smith to Mark Binke (July 02, 2014 02:21 PST). [Lodged Under Seal] | 1577-1580 |
| 143. | UCP020043-47:  E-mail chain regarding Jerusalem Film Fest postponing opening night in wake of Israeli-Palestinian Hostilities. [Lodged Under Seal] | 1581-1586 |

ATLANTIC SPECIALTY INSURANCE COMPANY'S OBJECTIONS AND RESPONSES TO
PLAINTIFF UNIVERSAL CABLE PRODUCTION LLC'S FIRST SET OF REQUESTS FOR ADMISSIONS

| Exhibit No. | Description | Page Nos. |
|---|---|---|
| 144. | UCP001877 E-mail from Stephen Smith to Stephen Smith, with attachment (May 22, 2014 09:09 PST) [Lodged Under Seal] | 1587-1598 |
| 145. | UCP001129 E-mail from Stephen Smith to Randi Richmond (June 17, 2014 22:14 PST). [Lodged Under Seal] | 1599-1601 |
| 146. | UCP001065 E-mail from Stephen Smith to Mark Binke (July 1, 2014 06:05 PST). [Lodged Under Seal] | 1602-1605 |

The Court finds that compelling reasons exist and Defendant may file under seal the following pleadings:

- Un-redacted version of the Notice of Motion, Motion for Summary Judgment, or Alternatively for Partial Summary Judgment, and Points of Authority.
- Un-redacted version of Statement of Uncontroverted Facts and Conclusions of Law.

**IT IS SO ORDERED.**

Dated: April ____, 2017

_____
Hon. Percy Anderson, District Judge