MARC J. SHRAKE (SBN 219331)
  mjs@amclaw.com
ANDERSON, MCPHARLIN & CONNERS LLP
707 Wilshire Boulevard, Suite 4000
Los Angeles, California 90017-3623
Telephone: (213) 236-1691
Facsimile: (213) 622-7594

MICHAEL KEELEY *(Pro Hac Vice)*
  michael.keeley@strasburger.com
TONI SCOTT REED *(Pro Hac Vice)*
  toni.reed@strasburger.com
CARLA C. CRAPSTER *(Pro Hac Vice)*
  carla.crapster@strasburger.com
STRASBURGER & PRICE, LLP
901 Main Street, Suite 4400
Dallas, Texas 75202
Telephone: (214) 651-4300
Facsimile: (214) 651-4330

Attorneys for Defendant
Atlantic Specialty Insurance Company

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| UNIVERSAL CABLE PRODUCTIONS LLC, a Delaware limited liability company, and NORTHERN ENTERTAINMENT PRODUCTIONS LLC, a Delaware limited liability company,<br><br>Plaintiffs,<br><br>vs.<br><br>ATLANTIC SPECIALTY INSURANCE COMPANY, a New York insurance company,<br><br>Defendant. | Case No. 2:16-cv-04435-PA-MRW<br><br>**STIPULATION TO AUTHENTICITY OF DOCUMENTS**<br><br>[*Filed concurrently with Declaration of Carla Crapster*] |

/ / /

/ / /

/ / /

**STIPULATION TO AUTHENTICITY OF DOCUMENTS**

Atlantic Specialty Insurance Company ("Atlantic") hereby informs the Court of a written agreement between Atlantic and the plaintiffs in this case regarding the authenticity of documents produced in discovery.

Pursuant to Section II.A.4 of the Court's Civil Trial Scheduling Order, Civil Local Rule 7-1 and Federal Rule of Evidence 901, the parties to this action have stipulated in writing to the authenticity of the documents produced in discovery in this lawsuit.

Atlantic has agreed to stipulate to the authenticity of the documents it has produced in connection with discovery in this lawsuit. The plaintiffs have also agreed to stipulate to the authenticity of the documents they have produced in connection with discovery in this lawsuit, and have also agreed not to object to the authenticity of documents produced by Aon/Albert G. Ruben Services, from which Atlantic obtained documents in response to a subpoena in connection with this lawsuit.

The stipulation is made and agreed upon in the following series of emails, the relevant portions of which are attached as Exhibits A, B, C, and D to the accompanying Declaration of Carla Crapster:

    A. Email of April 10, 2017, from counsel for Atlantic Specialty Insurance Company, Carla Crapster, to counsel for Plaintiffs, Daniel Hayes, following a phone call with counsel for the plaintiffs, asking for confirmation of an oral agreement that the parties would stipulate to the authenticity of the documents "produced to each other in the lawsuit."

    B. Email of April 12, 2017, 9:07 p.m., from counsel for Plaintiffs, Daniel Hayes, to counsel for Atlantic Specialty Insurance Company, Toni Reed, stating as follows in pertinent part: "1. Plaintiffs are willing to stipulate that the documents they have produced in this case are authentic and will agree to not challenge

the authenticity of the documents AON has produced, provided that Atlantic likewise stipulates that the documents it has produced are authentic and agrees to not challenge the authenticity of the documents that Plaintiffs or AON have produced."

C. Email of April 12, 2017, 7:45 p.m., from Ms. Reed to Mr. Hayes stating as follows in pertinent part: "Thank you for the agreement in point 1 below regarding the authentication of the plaintiff/AON documents. We had stated our position on our agreement to stipulate to authenticity of the Atlantic documents in my prior correspondence. We acknowledge resolution by your statement to us."

D. Email of April 24, 2017, 5:29 p.m. from counsel for Plaintiffs, Lucia Coyoca, to Ms. Reed, stating as follows in pertinent part: "Your email of April 12, 2017 with a time stamp of 7:45 p.m. (copy attached) confirms the agreement that was reached between the parties as to stipulating to the authenticity of documents. . . . We . . . stand behind the agreement as articulated in the exchange of emails between Dan Hayes and you on April 12, 2017."

| | | |
|---|---|---|
| 1 | DATED: April 24, 2017 | MARC J. SHRAKE |
| 2 | | ANDERSON, McPHARLIN & CONNERS LLP |
| 3 | | -and- |
| 4 | | |
| 5 | | MICHAEL KEELEY *(Pro Hac Vice)* |
| | | TONI SCOTT REED *(Pro Hac Vice)* |
| 6 | | CARLA C. CRAPSTER *(Pro Hac Vice)* |
| | | STRASBURGER & PRICE, LLP |
| 7 | | |
| 8 | | By:   */s/ Michael Keeley* |
| | | Michael Keeley |
| 9 | | |
| 10 | | Attorneys for Defendant ATLANTIC SPECIALTY INSURANCE COMPANY |

ANDERSON, McPHARLIN & CONNERS LLP
LAWYERS
707 WILSHIRE BOULEVARD, SUITE 4000
LOS ANGELES, CALIFORNIA 90017-3623

1610927.1 05608-054

**4**
**STIPULATION TO AUTHENTICITY OF DOCUMENTS**