MARC J. SHRAKE (SBN 219331)
  mjs@amclaw.com
ANDERSON, MCPHARLIN & CONNERS LLP
707 Wilshire Boulevard, Suite 4000
Los Angeles, California 90017-3623
Telephone: (213) 236-1691
Facsimile: (213) 622-7594

MICHAEL KEELEY *(Pro Hac Vice)*
  michael.keeley@strasburger.com
TONI SCOTT REED *(Pro Hac Vice)*
  toni.reed@strasburger.com
CARLA C. CRAPSTER *(Pro Hac Vice)*
  carla.crapster@strasburger.com
STRASBURGER & PRICE, LLP
901 Main Street, Suite 4400
Dallas, Texas 75202
Telephone: (214) 651-4300
Facsimile: (214) 651-4330

Attorneys for Defendant
Atlantic Specialty Insurance Company

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| UNIVERSAL CABLE PRODUCTIONS LLC, a Delaware limited liability company, and NORTHERN ENTERTAINMENT PRODUCTIONS LLC, a Delaware limited liability company,<br><br>  Plaintiffs,<br><br>  vs.<br><br>ATLANTIC SPECIALTY INSURANCE COMPANY, a New York insurance company,<br><br>  Defendant. | Case No. 2:16-cv-04435-PA-MRW<br><br>**DECLARATION OF CARLA CRAPSTER IN SUPPORT OF STIPULATION TO AUTHENTICITY OF DOCUMENTS**<br><br>[*Filed concurrently with Stipulation to Authenticity of Documents*] |

/ / /

/ / /

/ / /

1611008.1 05608-054

**DECLARATION OF CARLA CRAPSTER IN SUPPORT OF
STIPULATION TO AUTHENTICITY OF DOCUMENTS**

# DECLARATION OF CARLA C. CRAPSTER

1. I am an attorney duly licensed to practice law in the State of Texas and admitted pro hac vice before this Court. I am a partner in the law firm of Strasburger & Price LLP, attorneys of record for the defendant Atlantic Specialty Insurance Company ("Atlantic") in the above-captioned matter. I have personal knowledge of the matters set forth herein, and if called upon as a witness to testify thereto, I could and would competently do so.

2. I make this declaration in support of Atlantic's Stipulation to Authenticity of Documents.

3. On April 10, 2017, I drafted an e-mail following a phone call with counsel for the plaintiffs asking for confirmation of an oral agreement that the parties would stipulate to the authenticity of the documents "produced to each other in the lawsuit." A true and correct copy of this e-mail is filed herewith as Exhibit A.

4. In an e-mail on April 12, 2017, counsel for the plaintiffs responded that "Plaintiffs are willing to stipulate that the documents they have produced in this case are authentic and will agree to not challenge the authenticity of the documents AON has produced, provided that Atlantic likewise stipulates that the documents it has produced are authentic and agrees to not challenge the authenticity of the documents that Plaintiffs or Aon have produced. A true and correct copy of the relevant portions of this e-mail are attached hereto as Exhibit B.

5. In an e-mail on April 12, 2017, counsel for Atlantic Toni Scott Reed replied, "Thank you for the agreement in point 1 below regarding the authentication of the plaintiff/AON documents. We had stated our position on our agreement to stipulate to authenticity of the Atlantic documents in my prior correspondence. We acknowledge resolution by your statement to us." A true

ANDERSON, MCPHARLIN & CONNERS LLP
LAWYERS
707 WILSHIRE BOULEVARD, SUITE 4000
LOS ANGELES, CALIFORNIA 90017-3623

1611008.1 05608-054

and correct copy of the relevant portions of this e-mail are attached hereto as Exhibit C.

6. Finally, on April 24, 2017, counsel for the plaintiffs sent an e-mail that "confirmed the agreement" of these earlier e-mails "as to stipulating to the authenticity of documents." A true and correct copy of this e-mail is attached hereto as Exhibit D.

7. I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct and that this Declaration was executed on April 24, 2017.

_____
CARLA C. CRAPSTER

ANDERSON, MCPHARLIN & CONNERS LLP
LAWYERS
707 WILSHIRE BOULEVARD, SUITE 4000
LOS ANGELES, CALIFORNIA 90017-3623

1611008.1 05608-054

3
**DECLARATION OF CARLA CRAPSTER IN SUPPORT OF STIPULATION TO AUTHENTICITY OF DOCUMENTS**