# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| UNIVERSAL CABLE PRODUCTIONS LLC, a Delaware limited liability company, and NORTHERN ENTERTAINMENT PRODUCTIONS LLC, a Delaware limited liability company,<br><br>        Plaintiffs,<br><br>    vs.<br><br>ATLANTIC SPECIALTY INSURANCE COMPANY, a New York insurance company,<br><br>        Defendant. | Case No. 2:16-cv-04435-PA-MRW<br><br>**DEFENDANT ATLANTIC SPECIALTY INSURANCE COMPANY'S NOTICE OF STIPULATION** |

# EXHIBIT A

| | |
|---|---|
| **From:** | Crapster, Carla |
| **Sent:** | Monday, April 10, 2017 7:12 PM |
| **To:** | lec@msk.com; Hayes, Daniel (dmh@msk.com) |
| **Cc:** | Keeley, Michael; Reed, Toni; mjs@amclaw.com; Shalamitski, Valentine (VAS@msk.com) |
| **Subject:** | UCP v. Atlantic - Authenticity of Documents |
| | |
| **Categories:** | In DM, #8870042 : SP : 15247 : 0131 |

Lucia and Dan,

We are following up on one of the issues raised in the call today: the authenticity of the documents the parties have produced to each other in the lawsuit. We discussed on the call today that the plaintiffs would stipulate to the authenticity of the documents produced, and we are willing to do the same on our end, so that neither side needs to spend time in depositions confirming the authenticity of any such documents. Will you also agree to stipulate to the authenticity of the documents produced by AON?

Please let us know if you are in agreement. If so, we will circulate a proposed written stipulation tomorrow.

Thank you,
Carla

**Carla Crapster** • Strasburger & Price, LLP
901 Main Street, Suite 6000, Dallas, TX 75202
214.651.2034 • Fax 214.659.4060 • <u>Strasburger.com</u>

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| UNIVERSAL CABLE PRODUCTIONS LLC, a Delaware limited liability company, and NORTHERN ENTERTAINMENT PRODUCTIONS LLC, a Delaware limited liability company,<br><br>        Plaintiffs,<br><br>   vs.<br><br>ATLANTIC SPECIALTY INSURANCE COMPANY, a New York insurance company,<br><br>        Defendant. | Case No. 2:16-cv-04435-PA-MRW<br><br>**DEFENDANT ATLANTIC SPECIALTY INSURANCE COMPANY'S NOTICE OF STIPULATION** |

# EXHIBIT B

| | |
|---|---|
| **From:** | Hayes, Daniel <dmh@msk.com> |
| **Sent:** | Wednesday, April 12, 2017 9:07 PM |
| **To:** | Reed, Toni; Coyoca, Lucia; Shalamitski, Valentine |
| **Cc:** | Keeley, Michael; Crapster, Carla |
| **Subject:** | RE: UCP v. Atlantic - Depositions |

Toni,

This email follows our two telephone conversations this afternoon. As I told you we would during our first conversation, we have reviewed and considered the letter you sent today at 11:54 a.m., in which you identified the information that Atlantic now claims it needs prior to filing its MSJ. We address your proposal in the order you presented it in your letter today.

1. Plaintiffs are willing to stipulate that the documents they have produced in this case are authentic and will agree to not challenge the authenticity of the documents AON has produced, provided that Atlantic likewise stipulates that the documents it has produced are authentic and agrees to not challenge the authenticity of the documents that Plaintiffs or AON have produced.

Regards,

Dan



**Daniel M. Hayes | Partner, through his professional corporation**
T: 310.312.3216 | dmh@msk.com
**Mitchell Silberberg & Knupp LLP | www.msk.com**
11377 W. Olympic Blvd., Los Angeles, CA 90064

THE INFORMATION CONTAINED IN THIS E-MAIL MESSAGE IS INTENDED ONLY FOR THE PERSONAL AND CONFIDENTIAL USE OF THE DESIGNATED RECIPIENTS. THIS MESSAGE MAY BE AN ATTORNEY-CLIENT COMMUNICATION, AND AS SUCH IS PRIVILEGED AND CONFIDENTIAL. IF THE READER OF THIS MESSAGE IS NOT AN INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY REVIEW, USE, DISSEMINATION, FORWARDING OR COPYING OF THIS MESSAGE IS STRICTLY PROHIBITED. PLEASE NOTIFY US IMMEDIATELY BY REPLY E-MAIL OR TELEPHONE, AND DELETE THE ORIGINAL MESSAGE AND ALL ATTACHMENTS FROM YOUR SYSTEM. THANK YOU.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| UNIVERSAL CABLE PRODUCTIONS LLC, a Delaware limited liability company, and NORTHERN ENTERTAINMENT PRODUCTIONS LLC, a Delaware limited liability company,<br><br>    Plaintiffs,<br><br>  vs.<br><br>ATLANTIC SPECIALTY INSURANCE COMPANY, a New York insurance company,<br><br>    Defendant. | Case No. 2:16-cv-04435-PA-MRW<br><br>**DEFENDANT ATLANTIC SPECIALTY INSURANCE COMPANY'S NOTICE OF STIPULATION** |

# EXHIBIT C

| | |
|---|---|
| **From:** | Reed, Toni |
| **Sent:** | Wednesday, April 12, 2017 9:45 PM |
| **To:** | 'Hayes, Daniel'; Coyoca, Lucia; Shalamitski, Valentine |
| **Cc:** | Keeley, Michael; Crapster, Carla |
| **Subject:** | RE: UCP v. Atlantic - Depositions |

Dan,

Our emails have crossed this evening.

Please confirm in regard to mine, prior to travel time.

Thank you for the agreement in point 1 below regarding the authentication of the plaintiff/AON documents.  We had stated our position on our agreement to stipulate to authenticity of the Atlantic documents in my prior correspondence.  We acknowledge resolution by your statement to us.


Best regards,
Toni Scott Reed

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| UNIVERSAL CABLE PRODUCTIONS LLC, a Delaware limited liability company, and NORTHERN ENTERTAINMENT PRODUCTIONS LLC, a Delaware limited liability company,<br><br>　　　　　Plaintiffs,<br><br>　　vs.<br><br>ATLANTIC SPECIALTY INSURANCE COMPANY, a New York insurance company,<br><br>　　　　　Defendant. | Case No. 2:16-cv-04435-PA-MRW<br><br>**DEFENDANT ATLANTIC SPECIALTY INSURANCE COMPANY'S NOTICE OF STIPULATION** |

# EXHIBIT D

| | |
|---|---|
| **From:** | Coyoca, Lucia <lec@msk.com> |
| **Sent:** | Monday, April 24, 2017 5:29 PM |
| **To:** | Reed, Toni; Beckman-Straus, Naomi; Crapster, Carla; Keeley, Michael |
| **Cc:** | Shalamitski, Valentine; Hayes, Daniel |
| **Subject:** | RE: UCP v. Atlantic: Confidentiality |
| **Attachments:** | RE UCP v. Atlantic - Depositions |

Toni,
Your email of April 12, 2017 with a time stamp of 7:45 p.m. (copy attached) confirms the agreement that was reached between the parties as to stipulating to the authenticity of documents.  The proposed stipulation that Carla Crapster sent on Friday afternoon April 21, 2017 exceeds the scope of that agreement in several ways.  We are not willing to agree to the terms of your proposed stipulation, but stand behind the agreement as articulated in the exchange of emails between Dan Hayes and you on April 12, 2017.



**Lucia E. Coyoca** | **Partner, through her professional corporation**
T: 310.312.3250 | lec@msk.com
**Mitchell Silberberg & Knupp LLP** | **www.msk.com**
11377 W. Olympic Blvd., Los Angeles, CA 90064

THE INFORMATION CONTAINED IN THIS E-MAIL MESSAGE IS INTENDED ONLY FOR THE PERSONAL AND CONFIDENTIAL USE OF THE DESIGNATED RECIPIENTS. THIS MESSAGE MAY BE AN ATTORNEY-CLIENT COMMUNICATION, AND AS SUCH IS PRIVILEGED AND CONFIDENTIAL. IF THE READER OF THIS MESSAGE IS NOT AN INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY REVIEW, USE, DISSEMINATION, FORWARDING OR COPYING OF THIS MESSAGE IS STRICTLY PROHIBITED. PLEASE NOTIFY US IMMEDIATELY BY REPLY E-MAIL OR TELEPHONE, AND DELETE THE ORIGINAL MESSAGE AND ALL ATTACHMENTS FROM YOUR SYSTEM. THANK YOU.