MARC J. SHRAKE (Bar No. 219331)
  mjs@amclaw.com
ANDERSON, McPHARLIN & CONNERS LLP
707 Wilshire Boulevard, Suite 4000
Los Angeles, California  90017-3623
Telephone: (213) 688-0080 ♦ Facsimile: (213) 622-7594

MICHAEL KEELEY (*Pro Hac Vice*)
  michael.keeley@strasburger.com
TONI SCOTT REED (*Pro Hac Vice*)
  toni.reed@strasburger.com
CARLA C. CRAPSTER (*Pro Hac Vice*)
  carla.crapster@strasburger.com
STRASBURGER & PRICE, LLP
901 Main Street, Suite 4400
Dallas, Texas 75202
Telephone:  (214) 651-2034 ♦ Facsimile: (214) 659-4060

Attorneys for Defendant ATLANTIC
SPECIALTY INSURANCE
COMPANY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| UNIVERSAL CABLE PRODUCTIONS, LLC, a Delaware limited liability company, and NORTHERN ENTERTAINMENT PRODUCTIONS LLC, a Delaware limited liability company,<br><br>          Plaintiffs,<br><br>     vs.<br><br>ATLANTIC SPECIALTY INSURANCE COMPANY, a New York insurance company,<br><br>          Defendant. | Case No. 2:16-cv-04435-PA-MRW<br><br>**REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF ATLANTIC SPECIALTY INSURANCE COMPANY'S MOTION FOR SUMMARY JUDGMENT, OR ALTERNATIVELY PARTIAL SUMMARY JUDGMENT**<br><br>*[Filed Concurrently with Atlantic's Notice of Motion and Motion for Summary Judgment, or Alternatively Partial Summary Judgment; Memorandum of Points and Authorities; Statement of Uncontroverted Facts and Conclusions of Law; Volume of Summary* |

ANDERSON, McPHARLIN & CONNERS LLP
LAWYERS
707 WILSHIRE BOULEVARD, SUITE 4000
LOS ANGELES, CALIFORNIA 90017-3623
TEL (213) 688-0080 • FAX (213) 622-7594

1

*Judgment Evidence – Part I (including Declarations of Frank G. Lowenstein,Peter D. Williams, and Carla C. Crapster); Volume of Summary Judgment Evidence – Part II; Proposed Judgment; Proposed Order; Application for Leave to File Under Seal (Including Declaration of Carla C. Crapster); Stipulation of Authenticity]*

Date:  May 22, 2017
Time:  1:30 p.m.
Place:  Courtroom 9A
Judge:  Honorable Percy Anderson
Discovery Cutoff:  June 2, 2017
Pretrial Conference:  June 16, 2017
Trial:  July 25, 2017

## REQUEST FOR JUDICIAL NOTICE OF DOCUMENTS

Defendant and Atlantic Specialty Insurance Company ("Atlantic"), by and through its attorneys of record, hereby requests the Court to take judicial notice pursuant to Federal Rule of Evidence 201 of the authenticity of the following documents:

1.  Universal Cable Productions LLC and Northern Entertainment Productions LLC's original Complaint in this lawsuit, filed on June 20, 2016.

2.  Universal Cable Productions LLC and Northern Entertainment Production LLC's First Amended Complaint in this lawsuit, filed on July 7, 2016. A true and correct copy of this document is attached as **Exhibit 14** to the Declaration of Carla C. Crapster, filed in the Volume of Summary Judgment Evidence – Part I, in support of Atlantic's Motion for Summary Judgment, or Alterntatively for Partial Summary Judgment.

3.  Atlantic's Original Answer to Plaintiffs' First Amended Complaint, filed on August 5, 2016.

4.  The Congressional Research Service Report entitled "The Palestinians: Background and U.S. Relations dated February 10, 2015. *See* Jim Zanotti, Cong.

ANDERSON, MCPHARLIN & CONNERS LLP
LAWYERS
707 WILSHIRE BOULEVARD, SUITE 4000
LOS ANGELES, CALIFORNIA 90017-3623
TEL (213) 688-0080 • FAX (213) 622-7594

1610640.1 05608-054

1  Research Serv., RL34074, The Palestinians: Background and U.S. Relations 2

2  (2015) (available at https://www.hsdl.org/?view&did=762873). This report is

3  available through the Homeland Security Digital Library (HSDL), which is "the

4  nation's premier collection of documents related to homeland security policy,

5  strategy, and organizational management. The HSDL is sponsored by the U.S.

6  Department of Homeland Security's National Preparedness Directorate, FEMA

7  and the Naval Postgraduate School Center for Homeland Defense and Security."

8  https://www.hsdl.org/c/about/. According to the website for the Library of

9  Congress: "The Congressional Research Service (CRS) works exclusively for the

10  United States Congress, providing policy and legal analysis to committees and

11  Members of both the House and Senate, regardless of party affiliation. As a

12  legislative branch agency within the Library of Congress, CRS has been a valued

13  and respected resource on Capitol Hill for more than a century." *See*

14  http://www.loc.gov/crsinfo/. A true and correct copy of the February 10, 2015

15  report is attached as **Exhibit 4** to the Declaration of Carla C. Crapster, filed in

16  the Volume of Summary Judgment Evidence – Part I, in support of Atlantic's

17  Motion for Summary Judgment, or Alternatively Partial Summary Judgment.

5.  The Congressional Research Report entitled "Hamas: Background and Issues for

19  Congress" dated December 2, 2010. *See* Jim Zanotti, Cong. Research Serv.,

20  R41514, Hamas: Background and Issue for Congress 1-3 (2010) (available at

21  https://fas.org/sgp/crs/mideast/R41514.pdf). A true and correct copy of the

22  December 2, 2010 report is attached as **Exhibit 8** to the Declaration of Carla C.

23  Crapster, filed in the Volume of Summary Judgment Evidence – Part I, in

24  support of Atlantic's Motion for Summary Judgment, or Alternatively Partial

25  Summary Judgment.

6.  The report entitled "Fragmented Lives Humanitarian Overview 2014," prepared

27  by the U.N. Office for the Coordination of Humanitarian Affairs. *See* U.N.

ANDERSON, McPHARLIN & CONNERS LLP
LAWYERS
707 WILSHIRE BOULEVARD, SUITE 4000
LOS ANGELES, CALIFORNIA 90017-3623
TEL (213) 688-0080 • FAX (213) 622-7594

ANDERSON, McPHARLIN & CONNERS LLP
LAWYERS
707 WILSHIRE BOULEVARD, SUITE 4000
LOS ANGELES, CALIFORNIA 90017-3623
TEL (213) 688-0080 • FAX (213) 622-7594

Office for the Coordination of Humanitarian Affairs, Fragmented Lives Humanitarian Overview 2014, 5-6 (2015), (available at: https://www.ochaopt.org/documents/annual_humanitarian_overview_2014_english_final.pdf.) The United Nations' Office for the Coordination of Humanitarian Affairs (OCHA) "is the part of the United Nations Secretariat responsible for bringing together humanitarian actors to ensure a coherent response to emergencies." *See* https://www.ochaopt.org/page/about-us. One of its stated purposes is to prepare reports, as it is the goal of OCHA to consolidate and publish information regarding humanitarian conditions and responses to humanitarian crises. *See* http://www.unocha.org/what-we-do/information-management/overview. A true and correct copy of this report is attached as **Exhibit 36** to the Declaration of Carla C. Crapster, filed in the Volume of Summary Judgment Evidence – Part I, in support of Atlantic's Motion for Summary Judgment, or Alternatively Partial Summary Judgment.

7. The Country Reports on Human Rights Practices for 2014 for Israel and The Occupied Territories. *See*  U.S. Dep't of State, Bureau of Democracy, Human Rights and Labor, Country Report on Human Rights Practices for 2014, 1 (2015), (available at https://www.state.gov/documents/organization/236814.pdf). According to the U.S. Department of State, "The annual Country Reports on Human Rights Practices – the Human Rights Reports – cover internationally recognized individual, civil, political, and worker rights, as set forth in the Universal Declaration of Human Rights and other international agreements. The U.S. Department of State submits reports on all countries receiving assistance and all United Nations member states to the U.S. Congress in accordance with the Foreign Assistance Act of 1961 and the Trade Act of 1974." *See* https://www.state.gov/j/drl/rls/hrrpt/. A true and correct copy of this report

1610640.1 05608-054

REQUEST OR JUDICIAL NOTICE

is attached as **Exhibit 5** to the Declaration of Carla C. Crapster, filed in the Volume of Summary Judgment Evidence – Part I, in support of Atlantic's Motion for Summary Judgment, or Alternatively Partial Summary Judgment.

8. The Report of the Independent Commission of Inquiry on the 2014 Gaza Conflict prepared by the United Nations Human Rights Office of the High Commissioner. *See* Human Rights Council, *Human Rights Situation in Palestine and other Occupied Arab Territories*, 69, U.N. Doc. A/HRC/29/CRP.4 (June 24, 2015). (available at http://www.ohchr.org/EN/HRBodies/HRC/CoIGazaConflict/Pages/ReportCoIGaza.aspx). This report states that it "contains the detailed finding of the independent commission of inquiry established pursuant to Human Rights Council resolution S-21/1." *Id.* The Office of the United Nations High Commissioner for Human Rights (OHCHR) "spearheads the United Nations' human rights efforts." *See* http://www.ohchr.org/EN/AboutUs/Pages/WhoWeAre.aspx. The OHCHR issues publications with the goal "to increase knowledge and raise awareness about human rights and fundamental freedoms, and to publicize ways of promoting and protecting them worldwide." *See* http://www.ohchr.org/EN/PublicationsResources/Pages/Publications.aspx. A true and correct copy of this report is attached as **Exhibit 6** to the Declaration of Carla C. Crapster, filed in the Volume of Summary Judgment Evidence – Part I, in support of Atlantic's Motion for Summary Judgment, or Alternatively Partial Summary Judgment.

As to items 4 through 8 on this list, there is support for taking judicial notice of these types of official reports. "It is not uncommon for courts to take judicial notice of factual information found on the world wide web." *O'Toole v. Northrop Grumman Corp.*, 499 F.3d 1218, 1225 (10th Cir. 2007). "This is particularly true of information on

ANDERSON, MCPHARLIN & CONNERS LLP
LAWYERS
707 WILSHIRE BOULEVARD, SUITE 4000
LOS ANGELES, CALIFORNIA 90017-3623
TEL (213) 688-0080 • FAX (213) 622-7594

1610640.1 05608-054

government agency websites, which have often been treated as proper subjects for judicial notice." *Id.* (citing *Kitty Hawk Aircargo, Inc. v. Chao,* 418 F.3d 453, 457 (5th Cir. 2005) (taking judicial notice of approval by the National Mediation Board published on the agency's website); *Coleman v. Dretke,* 409 F.3d 665, 667 (5th Cir. 2005) (per curiam) (taking judicial notice of the Texas Council on Sex Offender website); *Denius v. Dunlap,* 330 F.3d 919, 926-27 (7th Cir. 2003) (taking judicial notice of information on official government website); *In re Wellbutrin SR/Zyban Antitrust Litig.,* 281 F. Supp. 2d 751, 754 n.2 (E.D. Pa. 2003) (taking judicial notice of the Food and Drug Administration's list of new and approved drugs); *United States ex rel. Dingle v. BioPort Corp.,* 270 F. Supp. 2d 968, 972 (W.D. Mich. 2003) ("Public records and government documents are generally considered not to be subject to reasonable dispute . . . . This includes public records and government documents available from reliable sources on the Internet."); *Cali v. E. Coast Aviation Servs., Ltd.,* 178 F. Supp. 2d 276, 287 n.6 (E.D.N.Y. 2001) (taking judicial notice of documents from Pennsylvania state agencies and Federal Aviation Administration); *In re Agribiotech Sec. Litig.,* No. CV-S-990144 PMP (LRL), 2000 U.S. Dist. LEXIS 5643, *4-5, 2000 WL 35595963, *2 (D. Nev. Mar. 2, 2000) ("In this new technological age, official government or company documents may be judicially noticed insofar as they are available via the worldwide web")).

## REQUEST FOR JUDICIAL NOTICE OF CERTAIN FACTS

This case involves historical facts relating to Israel and Palestine, and in particular the 2014 conflict between those two entities. Courts often take judicial notice of historical events. *Cactus Corner, LLC v. United States Dep't of Agric.*, 346 F. Supp. 2d 1075, 1099 (E.D. Cal. 2004) ("Courts will also take judicial notice of historical happenings and events."); *see also Akira Ono v. United States*, 267 F. 359, 362 (9th Cir. 1920) ("Courts take judicial notice of the history of the country, and consequently this court knows what is known to every well-informed person, that the Japanese government made objection to the language employed in [a proclamation of President

ANDERSON, MCPHARLIN & CONNERS LLP

LAWYERS
707 WILSHIRE BOULEVARD, SUITE 4000
LOS ANGELES, CALIFORNIA 90017-3623
TEL (213) 688-0080 • FAX (213) 622-7594

1610640.1 05608-054

ANDERSON, McPHARLIN & CONNERS LLP
LAWYERS
707 WILSHIRE BOULEVARD, SUITE 4000
LOS ANGELES, CALIFORNIA 90017-3623
TEL (213) 688-0080 • FAX (213) 622-7594

1    Roosevelt], resulting in what is commonly known as the 'gentlemen's agreement'

2    between the two countries, by which the government of Japan agreed to issue more

3    passports …."); *Korematsu v. United States*, 584 F. Supp. 1406, 1415 (N.D. Cal. 1984) (in

4    a case involving the Japanese internment camps, the court held it was "proper to take

5    judicial notice of the purpose of the [Commission on Wartime Relocation and

6    Internment of Civilians], the manner in which it was established and, subject to a

7    finding of trustworthiness, the general nature and substance of its conclusions.").

8    There is also precedent for taking judicial notice of the facts of war and political

9    turmoil. "Courts may take judicial notice of important historical facts relating to war."

10   *Miller v. Fowler*, 28 So. 2d 837, 838 (Miss. 1947) (citing 31 C. J. S., Evidence, Sec. 62, pp.

11   639-642).  In that case, the court held: "We may take judicial knowledge of the fact that

12   after September 27, 1943, all acts of warfare between the United States and Italy came

13   to an end, and likewise on May 8, 1945, as between the United States and Germany;

14   and we may take notice also from the current and undisputed facts of history that all

15   armed conflicts in those two countries ceased on the stated dates, except as to an

16   occasional group of unauthorized marauders, who were not engaged in acts of warfare,

17   but rather in the enterprises of outlaws or criminals." *Id.* The Ninth Circuit has held it

18   appropriate to take judicial notice of political and military events in Fiji. *Gafoor v. INS*,

19   231 F.3d 645, 656 (9th Cir. 2000). The court held that its decision to do so was "well

20   supported by case law." *Id.* It stated: "American courts generally will take judicial notice

21   of a state of uprising." (quoting *Quinn v. Robinson*, 783 F.2d 776, 797 n.18 (9th Cir.

22   1986)); *see also Desir v. Ilchert*, 840 F.2d 723, 730 (9th Cir. 1988) (in a habeas corpus

23   proceeding brought by an asylum applicant, the court took judicial notice of political

24   changes in Haiti). Other courts have also taken judicial notice of political

25   developments. *See Kaczmarczyk v. INS*, 933 F.2d 588, 594 n.4 (7th Cir. 1991) ("We

26   exercise our discretion to take judicial notice of further changes in Polish politics that

27   occurred between the time of the BIA's decision and our review."); *Coriolan v. INS*, 559

28

1610640.1 05608-054

F.2d 993, 1002-04 (5th Cir. 1977) (relying on Amnesty International report not part of administrative record to remand for reconsideration); *Ritter v. Hughes Aircraft Co.*, 58 F.3d 454, 458 (9th Cir. 1995) (taking judicial notice of newspaper article describing widespread layoffs at Hughes where the fact of layoffs was generally known in Southern California and the objecting party testified to the same in his deposition); *Peters v. Del. River Port Auth.*, 16 F.3d 1346, 1357 (3d Cir. 1994) ("While not critical to our holding, we take judicial notice of newspaper accounts highlighting controversies over the DRPA's toll increases, spending practices, and public announcements.").

Here, there are historical and political facts at issue of which the Court may take judicial notice. Specifically, Atlantic requests that the Court take judicial notice of the following historical events:

1. In 1947, the United Nations founded the Jewish state of Israel.

    a. Sources: Jim Zanotti, Cong. Research Serv., RL34074, The Palestinians: Background and U.S. Relations 2 (2015). Ex. 4 to Atlantic's Evidence in Support of its Motion for Summary Judgment ("Atlantic's Evid.").

    b. U.S. Office of the Historian, *Creation of Israel, 1948*, *available at* https://history.state.gov/milestones/1945-1952/creation-israel.

    c. The Learning Network, *Nov. 29, 1947: U.N. Partitions Palestine, Allowing for Creation of Israel*, N.Y. Times, Nov. 29, 2011, available at https://learning.blogs.nytimes.com/2011/11/29/nov-29-1947-united-nations-partitions-palestine-allowing-for-creation-of-israel/comment-page-1/?_r=0.

    d. The Jacob Blaustein Institute for the Advancement of Human Rights, Mandate of Destiny: The 1947 United Nations Decision to Partition Palestine, 8-10 (2008), available at http://www.google.com/url?sa=t&rct=j&q=&esrc=s&source=web&

ANDERSON, McPHARLIN & CONNERS LLP
LAWYERS
707 WILSHIRE BOULEVARD, SUITE 4000
LOS ANGELES, CALIFORNIA 90017-3623
TEL (213) 688-0080 • FAX (213) 622-7594

REQUEST OR JUDICIAL NOTICE

1610640.1 05608-054

cd=21&ved=0ahUKEwjUxZvPvLHTAhULQlQKHat2AP84FBAWC
CEwAA&url=http%3A%2F%2Fwww.ajc.org%2Fatf%2Fcf%2F%257
B42d75369-d582-4380-8395-
d25925b85eaf%257D%2FMANDATEDESTINY.PDF&usg=AFQjC
NH0hhI7Nit6TpmGf1Ulsn59tM_SoQ.

e. *1948: The state of Israel is founded*, BBC News, May 08, 2008, available at
http://news.bbc.co.uk/2/hi/middle_east/7381315.stm.

f. *1948 State of Israel proclaimed,* History.com, 2010, available at
http://www.history.com/this-day-in-history/state-of-israel-
proclaimed.

g. Avi Shlaim, *The Middle East: The Origins of Arab-Israeli Wars*, Oxford
University Press 219-40 (1996), available at
http://users.ox.ac.uk/~ssfc0005/The%20Middle%20East%20The%2
0Origins%20of%20Arab-Israeli%20Wars.html.

h. *The Arab-Israeli conflict, 1947-present*, USA Today, Aug. 28, 2001,
available at
http://usatoday30.usatoday.com/news/world/mideast/timeline.htm.

i. Oraneet Orevi, A Holistic Approach to the Conflict of Israel and
Palestine: Where we are now and where we can go, 19 Ann. Surv. Int'l
& Comp. L. 105, 107 (2013).

2.  In 1947 and 1948, there was an "Arab-Israeli war."

a. Sources: Jim Zanotti, Cong. Research Serv., RL34074, The
Palestinians: Background and U.S. Relations 2 (2015). Ex. 4 to
Atlantic's Evid.

b. U.S. Dep't of State, Bureau of Democracy, Human Rights and Labor,
Country Report on Human Rights Practices for 2014, 17 (2015),
available at

ANDERSON, McPHARLIN & CONNERS LLP
LAWYERS
707 WILSHIRE BOULEVARD, SUITE 4000
LOS ANGELES, CALIFORNIA 90017-3623
TEL (213) 688-0080 • FAX (213) 622-7594

REQUEST OR JUDICIAL NOTICE

1610640.1 05608-054

ANDERSON, McPHARLIN & CONNERS LLP
LAWYERS
707 WILSHIRE BOULEVARD, SUITE 4000
LOS ANGELES, CALIFORNIA 90017-3623
TEL (213) 688-0080 • FAX (213) 622-7594

https://www.state.gov/documents/organization/236814.pdf. Ex. 5 to Atlantic's Evid.

   c.  Avi Shlaim, The Middle East: The Origins of Arab-Israeli Wars, Oxford University Press 219-40 (1996), available at http://users.ox.ac.uk/~ssfc0005/The%20Middle%20East%20The%20Origins%20of%20Arab-Israeli%20Wars.html.

   d.  U.S. Office of the Historian, *The Arab-Israeli War of 1948*, available at https://history.state.gov/milestones/1945-1952/arab-israeli-war.

   e.  *The Arab-Israeli conflict, 1947-present*, USA Today, Aug. 28, 2001, available at http://usatoday30.usatoday.com/news/world/mideast/timeline.htm.

   f.  George E. Bisharat, et. al, Israel's Invasion of Gaza in International Law, 38 Denv. J. Int'l L. & Pol'y 41, 47 (2009).

   g.  Oraneet Orevi, A Holistic Approach to the Conflict of Israel and Palestine: Where we are now and where we can go, 19 Ann. Surv. Int'l & Comp. L. 105, 107-08 (2013).

   h.  Emily Christian, Note & Comment: Violations of International Criminal Law in the Israeli-Palestinian Conflict: Why the International Criminal Court should not Prosecute in the "Interest of Justice", 29 Temp. Int'l & Comp. L.J. 275, 285 (2015).

3.  In June of 1967, the Six-Day War occurred, in which Israel defeated the Arab states who had styled themselves as Palestinians' protectors.

   a.  Sources: Jim Zanotti, Cong. Research Serv., RL34074, The Palestinians: Background and U.S. Relations 3 (2015). Ex. 4 to Atlantic's Evid.

   b.  Avi Shlaim, The Middle East: The Origins of Arab-Israeli Wars, Oxford University Press 219-40 (1996), available at

1610640.1 05608-054

ANDERSON, McPHARLIN & CONNERS LLP
LAWYERS
707 WILSHIRE BOULEVARD, SUITE 4000
LOS ANGELES, CALIFORNIA 90017-3623
TEL (213) 688-0080 • FAX (213) 622-7594

http://users.ox.ac.uk/~ssfc0005/The%20Middle%20East%20The%20Origins%20of%20Arab-Israeli%20Wars.html.

   c. *The Arab-Israeli conflict, 1947-present*, USA Today, Aug. 28, 2001, available at

http://usatoday30.usatoday.com/news/world/mideast/timeline.htm.

   d. Solon Solomon, Occupied or Not: the Question of Gaza's Legal Status after the Israeli Disengagement, 19 Cardozo J. Int'; & Comp. L. 59, 61 (2011).

   e. Oraneet Orevi, A Holistic Approach to the Conflict of Israel and Palestine: Where we are now and where we can go, 19 Ann. Surv. Int'l & Comp. L. 105, 108 (2013).

   f. Emily Christian, Note & Comment: Violations of International Criminal Law in the Israeli-Palestinian Conflict: Why the International Criminal Court should not Prosecute in the "Interest of Justice", 29 Temp. Int'l & Comp. L.J. 275, 285 (2015).

4. As a result of the 1967 Six-Day War, Israel gained control over Palestine.

   a. Jim Zanotti, Cong. Research Serv., RL34074, The Palestinians: Background and U.S. Relations 3 (2015). Ex. 4 to Atlantic's Evid.

   b. U.S. Dep't of State, Bureau of Democracy, Human Rights and Labor, Country Report on Human Rights Practices for 2014, 52 (2015), available at

https://www.state.gov/documents/organization/236814.pdf.  Ex. 5 to Atlantic's Evid.

   c. Avi Shlaim, The Middle East: The Origins of Arab-Israeli Wars, Oxford University Press 219-40 (1996), available at

http://users.ox.ac.uk/~ssfc0005/The%20Middle%20East%20The%20Origins%20of%20Arab-Israeli%20Wars.html.

REQUEST OR JUDICIAL NOTICE

1610640.1 05608-054

ANDERSON, McPHARLIN & CONNERS LLP
LAWYERS
707 WILSHIRE BOULEVARD, SUITE 4000
LOS ANGELES, CALIFORNIA 90017-3623
TEL (213) 688-0080 • FAX (213) 622-7594

d. *The Arab-Israeli conflict, 1947-present*, USA Today, Aug. 28, 2001, available at http://usatoday30.usatoday.com/news/world/mideast/timeline.htm.

e. Richard D. Rosen, Goldstone Reconsidered, 21 J. Transnat'l L. & Pol'y, 35, 41 (2011).

f. George E. Bisharat, et. al, Israel's Invasion of Gaza in International Law, 38 Denv. J. Int'l L. & Pol'y 41, 47 (2009).

g. Solon Solomon, Occupied or Not: the Question of Gaza's Legal Status after the Israeli Disengagement, 19 Cardozo J. Int'; & Comp. L. 59, 61 (2011).

h. Oraneet Orevi, A Holistic Approach to the Conflict of Israel and Palestine: Where we are now and where we can go, 19 Ann. Surv. Int'l & Comp. L. 105, 107 (2013).

i. Emily Christian, Note & Comment: Violations of International Criminal Law in the Israeli-Palestinian Conflict: Why the International Criminal Court should not Prosecute in the "Interest of Justice", 29 Temp. Int'l & Comp. L.J. 275, 285 (2015).

5. Israel effectively annexed East Jerusalem and the Golan Heights, leaving the West Bank and Gaza under military occupation, but not truly incorporated into Israel.

a. Jim Zanotti, Cong. Research Serv., RL34074, The Palestinians: Background and U.S. Relations 3 (2015). Ex. 4 to Atlantic's Evid.

b. U.S. Dep't of State, Bureau of Democracy, Human Rights and Labor, Country Report on Human Rights Practices for 2014, 52 (2015), available at https://www.state.gov/documents/organization/236814.pdf.  Ex. 5 to Atlantic's Evid.

REQUEST OR JUDICIAL NOTICE

1610640.1 05608-054

ANDERSON, McPHARLIN & CONNERS LLP
LAWYERS
707 WILSHIRE BOULEVARD, SUITE 4000
LOS ANGELES, CALIFORNIA 90017-3623
TEL (213) 688-0080 • FAX (213) 622-7594

      c.  Richard D. Rosen, Goldstone Reconsidered, 21 J. Transnat'l L. & Pol'y, 35, 41 (2011).

      d.  Solon Solomon, Occupied or Not: the Question of Gaza's Legal Status after the Israeli Disengagement, 19 Cardozo J. Int'; & Comp. L. 59, 61 (2011).

      e.  Nicholas Rostow, The Historical and Legal Contexts of Israel's Borders, Jerusalem Center for Public Affairs 79 (2011), available at http://jcpa.org/article/historical-legal-contexts-israels-borders1/.

6.  In the mid-1990s, the Palestinian Authority (PA) was granted limited rule (under supervening Israeli occupational authority) in the Gaza Strip and parts of the West Bank.

      a.  Jim Zanotti, Cong. Research Serv., RL34074, The Palestinians: Background and U.S. Relations 26 (2015). Ex. 4 to Atlantic's Evid.

      b.  Stephen J. DiGregoria, Note: If we don't bring them to Court, the Terrorists will have won: Reinvigorating the Anti-Terrorist Act and General Jurisdiction in a Post-Daimler Era, 82 Brooklyn L. Rev. 357, 363 (2016).

      c.  The Jewish Virtual Library: A Project of AICE, The Palestinian Authority: History & Overview, available at http://www.jewishvirtuallibrary.org/palestinian-authority-history-and-overview.

      d.  *The Palestinian Authority: News about the Palestinian Authority, including commentary and archival articles published in the New York Times*, N.Y. Times, available at https://www.nytimes.com/topic/organization/the-palestinian-authority.

ANDERSON, McPHARLIN & CONNERS LLP
LAWYERS
707 WILSHIRE BOULEVARD, SUITE 4000
LOS ANGELES, CALIFORNIA 90017-3623
TEL (213) 688-0080 • FAX (213) 622-7594

e.  Mission of Palestine, Palestinian Government, available at http://palestine.dk/palestine/government / (last visited Apr. 20, 2017).

7.  The PA, although not a state, is organized like one—complete with democratic mechanisms; security forces; and executive, legislative, and judicial organs of governance. The executive branch has both a president and a prime minister-led cabinet, the Palestinian Legislative Council (PLC) is its legislature, and the judicial branch has separate high courts to decide substantive disputes and to settle controversies, as well as a High Judicial Council.

a.  Jim Zanotti, Cong. Research Serv., RL34074, The Palestinians: Background and U.S. Relations 26 (2015). Ex. 4 to Atlantic's Evid.

b.  The Jewish Virtual Library: A Project of AICE, The Palestinian Authority: History & Overview, available at http://www.jewishvirtuallibrary.org/palestinian-authority-history-and-overview.

c.  U.S. Dep't of State, Bureau of Democracy, Human Rights and Labor, Country Report on Human Rights Practices for 2014, 52 (2015), available at https://www.state.gov/documents/organization/236814.pdf. Ex. 5 to Atlantic's Evid.

d.  Treaties and Agreements Israel-Palestine Liberation Organization Agreement on the Gaza Strip and the Jericho Area, 628-31, 33 I.L.M. 622 (1994).

e.  Asem Khalil, Beyond the written constitution: Constitutional crisis of, and the institutional deadlock in the Palestinian political system as

REQUEST OR JUDICIAL NOTICE

1610640.1 05608-054

ANDERSON, McPHARLIN & CONNERS LLP
LAWYERS
707 WILSHIRE BOULEVARD, SUITE 4000
LOS ANGELES, CALIFORNIA 90017-3623
TEL (213) 688-0080 • FAX (213) 622-7594

entrenched in the basic law, Int'l J. Constitutional Law (2013) 11 (1): 34.

8. The United Nations recognizes Palestine as a non-member state.

   a. G.A. Res. 67/19, at 2, U.N. Doc. A/RES/67/19 (Nov. 29, 2012). Ex, 7 to Atlantic's Evid.

   b. Jim Zanotti, Cong. Research Serv., RL34074, The Palestinians: Background and U.S. Relations 10-11 (2015). Ex. 4 to Atlantic's Evid.

   c. Stephen J. DiGregoria, Note: If we don't bring them to Court, the Terrorists will have won: Reinvigorating the Anti-Terrorist Act and General Jurisdiction in a Post-Daimler Era, 82 Brooklyn L. Rev. 357, 363 (2016).

   d. Permanent Observers: Non-member States, United Nations, available at http://www.un.org/en/sections/member-states/non-member-states/index.html.

   e. *The Palestinian Authority: News about the Palestinian Authority, including commentary and archival articles published in the New York Times*, N.Y. Times, available at https://www.nytimes.com/topic/organization/the-palestinian-authority.

   f. Mirren Gidda, *No easy answers to charges of war crimes in Gaza*, Time Magazine, Aug. 05, 2014, available at http://time.com/3082458/gaza-war-crimes-israel-palestine/.

9. In 2005, Israel unilaterally withdrew its military forces and all of its civilians from Gaza, leaving control to the PA.

   a. Sources: Human Rights Council, *Human Rights Situation in Palestine and other Occupied Arab Territories*, 8, U.N. Doc. A/HRC/29/CRP.4 (June 24, 2015). Ex. 6 to Atlantic's Evid.

1610640.1 05608-054

ANDERSON, McPHARLIN & CONNERS LLP
LAWYERS
707 WILSHIRE BOULEVARD, SUITE 4000
LOS ANGELES, CALIFORNIA 90017-3623
TEL (213) 688-0080 • FAX (213) 622-7594

b. Jim Zanotti, Cong. Research Serv., RL33476, Israel: Backgrounds and U.S. Relations 33 (2016).

c. Richard D. Rosen, Goldstone Reconsidered, 21 J. Transnat'l L. & Pol'y, 35, 41 (2011).

d. Mark S. Kaliser, Note, A Modern Day Exodus: International Human Rights Law and International Humanitarian Law Implications of Israel's withdrawal from the Gaza Strip, 17 Ind. Int'l & Comp. L. Rev. 187, 219 (2007).

e. Carey James, Commentary, Mere Words: The 'Enemy Entity' Designation of the Gaza Strip, 32 Hastings Int'l & Comp. L. Rev. 643 (2009).

f. George E. Bisharat, et. al, Israel's Invasion of Gaza in International Law, 38 Denv. J. Int'l L. & Pol'y 41, 48 (2009).

g. Robert D. Sloane, Puzzles of Proportion and the "Reasonable Military Commander": Reflections on the Law, Ethics, and Geopolitics of Proportionality, 6 Harv. Nat'l Sec. J. 299 (2015).

h. Solon Solomon, Occupied or Not: the Question of Gaza's Legal Status after the Israeli Disengagement, 19 Cardozo J. Int'; & Comp. L. 59, 60, 65 (2011).

10. In 2006, an entity known as Hamas, was elected to the Palestinian Legislative Council (the legislative branch of the PA) and became the governing authority over Gaza.

a. Sources: Jim Zanotti, Cong. Research Serv., RL34074, The Palestinians: Background and U.S. Relations 29 (2015). Ex. 4 to Atlantic's Evid.

b. U.S. Dep't of State, Bureau of Democracy, Human Rights and Labor, Country Report on Human Rights Practices for 2014, 52 (2015),

1610640.1 05608-054

available at

https://www.state.gov/documents/organization/236814.pdf. Ex. 5 to

Atlantic's Evid.

c. Richard D. Rosen, Goldstone Reconsidered, 21 J. Transnat'l L. & Pol'y, 35, 41 (2011).

d. Carey James, Commentary, Mere Words: The 'Enemy Entity' Designation of the Gaza Strip, 32 Hastings Int'l & Comp. L. Rev. 643, 647 (2009).

e. George E. Bisharat, et. al, Israel's Invasion of Gaza in International Law, 38 Denv. J. Int'l L. & Pol'y 41, 57 (2009).

f. Emily Christian, Note & Comment: Violations of International Criminal Law in the Israeli-Palestinian Conflict: Why the International Criminal Court should not Prosecute in the "Interest of Justice", 29 Temp. Int'l & Comp. L.J. 275, 286 (2015).

g. The Jewish Virtual Library: A Project of AICE, The Palestinian Authority: History & Overview, available at http://www.jewishvirtuallibrary.org/palestinian-authority-history-and-overview.

h. *The Palestinian Authority: News about the Palestinian Authority, including commentary and archival articles published in the New York Times*, N.Y. Times, available at https://www.nytimes.com/topic/organization/the-palestinian-authority.

11. Hamas' charter "commits the group to the destruction of Israel and the establishment of an Islamic state in all of historic Palestine, comprised of present-day Israel, the West Bank, and Gaza." The charter states: "Israel will exist and will continue to exist until Islam will obliterate it, just as it obliterated others before it."

ANDERSON, MCPHARLIN & CONNERS LLP
LAWYERS
707 WILSHIRE BOULEVARD, SUITE 4000
LOS ANGELES, CALIFORNIA 90017-3623
TEL (213) 688-0080 • FAX (213) 622-7594

ANDERSON, McPHARLIN & CONNERS LLP
LAWYERS
707 WILSHIRE BOULEVARD, SUITE 4000
LOS ANGELES, CALIFORNIA 90017-3623
TEL (213) 688-0080 • FAX (213) 622-7594

a. Sources: Jim Zanotti, Cong. Research Serv., RL34074, The Palestinians: Background and U.S. Relations 33 (2015). Ex. 4 to Atlantic's Evid.

b. The Covenant of the Islamic Resistance Movement (Aug. 18, 1988), available at: http://avalon.law.yale.edu/20th_century/hamas.asp.

c. Richard D. Rosen, Goldstone Reconsidered, 21 J. Transnat'l L. & Pol'y, 35, 43-44 (2011). Ex. 9 to Atlantic's Evid.

d. Regina Goff, The Legality of Israel's Blockade of Gaza, 8 Regent J. Int'l L. 83, 87 (2011).

e. Toby Unger, The status of the arts in an emerging state of Palestine, 14 Ariz. J. Int'l & Comp. Law 193, 193-34 (1997).

f. *United States v. El-Mezain*, 664 F.3d 467, 485-486 (5th Cir. 2011), *reversed and remanded by United Stated v. Holy Land Found. for Relief & Dev.*, 722 F.3d 677 (5th Cir. 2013).

12. In November 14, 2012, Israel declared Operation Pillar of Defense, in which the IDF struck more than 1,000 sites in the Gaza Strip and over a hundred Gazans died and over a hundred were wounded.

a. Sources: Human Rights Council, *Human Rights Situation in Palestine and other Occupied Arab Territories*, 69, U.N. Doc. A/HRC/29/CRP.4 (June 24, 2015). Ex. 6 to Atlantic's Evid.

b. Daphne Richemond-Barak & Ayal Feinberg, The Irony of the Iron Dome: Intelligent Defense Systems, Law, and Security, 7 Harv. Nat'l Sec. J. 469, 473 (2016).

c. U.N. Office for the Coordination of Humanitarian Affairs, Fragmented Lives Humanitarian Overview 2014, 5-6 (2015), available at

REQUEST OR JUDICIAL NOTICE

1610640.1 05608-054

ANDERSON, McPHARLIN & CONNERS LLP
LAWYERS
707 WILSHIRE BOULEVARD, SUITE 4000
LOS ANGELES, CALIFORNIA 90017-3623
TEL (213) 688-0080 • FAX (213) 622-7594

https://www.ochaopt.org/documents/annual_humanitarian_overview_2014_english_final.pdf.  Ex. 36 to Atlantic's Evid.

   d. U.S. Dep't of State, Bureau of Democracy, Human Rights and Labor, Country Report on Human Rights Practices for 2014, 4 (2015), available at https://www.state.gov/documents/organization/236814.pdf.  Ex. 5 to Atlantic's Evid.

   e. Jim Zanotti, Cong. Research Serv., RL34074, The Palestinians: Background and U.S. Relations 9 (2015). Ex. 4 to Atlantic's Evid.

   f. Amnesty International, Unlawful and Deadly: Rocket and Mortar Attacks by Palestinian Armed groups during the 2014 Gaza/Israel conflict 10 (March 2015), available at https://www.amnesty.org/en/documents/mde21/1178/2015/en/.

13. In June 2014, Hamas reached an agreement with Fatah, the other powerful—and far more peaceful—political group in Gaza, to establish a "consensus" or "unity" PA government.

   a. Sources: Jim Zanotti, Cong. Research Serv., RL34074, The Palestinians: Background and U.S. Relations 1 (2015). Ex. 4 to Atlantic's Evid.

   b. Human Rights Council, *Human Rights Situation in Palestine and other Occupied Arab Territories*, 17-18, U.N. Doc. A/HRC/29/CRP.4 (June 24, 2015). Ex. 6 to Atlantic's Evid.

   c. Amnesty International, Unlawful and Deadly: Rocket and Mortar Attacks by Palestinian Armed groups during the 2014 Gaza/Israel conflict 7 (March 2015), available at https://www.amnesty.org/en/documents/mde21/1178/2015/en/.

14. On July 8, 2014, Israel launched Operation Protective Edge.

REQUEST OR JUDICIAL NOTICE

ANDERSON, McPHARLIN & CONNERS LLP
LAWYERS
707 WILSHIRE BOULEVARD, SUITE 4000
LOS ANGELES, CALIFORNIA 90017-3623
TEL (213) 688-0080 • FAX (213) 622-7594

a. Sources: U.S. Dep't of State, Bureau of Democracy, Human Rights and Labor, Country Report on Human Rights Practices for 2014, 1, 52-53 (2015), available at https://www.state.gov/documents/organization/236814.pdf.  Ex. 5 to Atlantic's Evid.

b. Amnesty International, Unlawful and Deadly: Rocket and Mortar Attacks by Palestinian Armed groups during the 2014 Gaza/Israel conflict 11 (March 2015), available at https://www.amnesty.org/en/documents/mde21/1178/2015/en/.

c. Robert D. Sloane, Puzzles of Proportion and the "Reasonable Military Commander": Reflections on the Law, Ethics, and Geopolitics of Proportionality, 6 Harv. Nat'l Sec. J. 299 (2015).

d. B'Tselem, The Israeli Information Centre for Human Rights in the Occupied Territories, The Legal and Moral Implications of the Policy of Attacking Residential Buildings in the Gaza Strip, Summer 2014, at 5 (2015).

e. Benjamin Landy & Maria Lokke, *Scenes of war and heartbreak as Israel-Hamas conflict intensifies*, MSNBC, July 18, 2014, available at http://www.msnbc.com/msnbc/scenes-war-and-heartbreak-israel-hamas-conflict-intensifies.

f. Cassandra Vinograd, *Public Support for Israel shifting amid Gaza War, Britain warns*, NBC News, July 30, 2014, available at http://www.nbcnews.com/storyline/middle-east-unrest/public-support-israel-shifting-amid-gaza-war-britain-warns-n168366.

15. Israel continued Operation Protective Edge from July 8 to August 26, 2014, nearly 50 days.

ANDERSON, McPHARLIN & CONNERS LLP
LAWYERS
707 WILSHIRE BOULEVARD, SUITE 4000
LOS ANGELES, CALIFORNIA 90017-3623
TEL (213) 688-0080 • FAX (213) 622-7594

a. Sources: U.S. Dep't of State, Bureau of Democracy, Human Rights and Labor, Country Report on Human Rights Practices for 2014 1, 52-53 (2015), available at https://www.state.gov/documents/organization/236814.pdf.  Ex. 5 to Atlantic's Evid.

b. Robert D. Sloane, Puzzles of Proportion and the "Reasonable Military Commander": Reflections on the Law, Ethics, and Geopolitics of Proportionality, 6 Harv. Nat'l Sec. J. 299 (2015).

c. B'Tselem, The Israeli Information Centre for Human Rights in the Occupied Territories, The Legal and Moral Implications of the Policy of Attacking Residential Buildings in the Gaza Strip, Summer 2014, at 5 (2015).

d. Human Rights Council, *Human Rights Situation in Palestine and other Occupied Arab Territories*, 20, U.N. Doc. A/HRC/29/CRP.4 (June 24, 2015). Ex. 6 to Atlantic's Evid.

e. Amnesty International, Unlawful and Deadly: Rocket and Mortar Attacks by Palestinian Armed groups during the 2014 Gaza/Israel conflict 3 (March 2015), available at https://www.amnesty.org/en/documents/mde21/1178/2015/en/.

16. On July 17, Israel's ground forces invaded Gaza.

a. Sources: Human Rights Council, *Human Rights Situation in Palestine and other Occupied Arab Territories*, 18-19, 69, U.N. Doc. A/HRC/29/CRP.4 (June 24, 2015). Ex. 6 to Atlantic's Evid.

b. Amnesty International, Unlawful and Deadly: Rocket and Mortar Attacks by Palestinian Armed groups during the 2014 Gaza/Israel conflict 11 (March 2015), available at https://www.amnesty.org/en/documents/mde21/1178/2015/en/.

1610640.1 05608-054

c. U.N. Office for the Coordination of Humanitarian Affairs, *Fragmented Lives Humanitarian Overview 2014*, 8 (2015), available at https://www.ochaopt.org/documents/annual_humanitarian_overview_2014_english_final.pdf. Ex. 36 to Atlantic's Evid.

17. On August 26, 2014, both sides agreed to an indefinite ceasefire, drawing the war to a close.

a. Sources: U.S. Dep't of State, Bureau of Democracy, Human Rights and Labor, *Country Report on Human Rights Practices for 2014* 1, 59 (2015), available at https://www.state.gov/documents/organization/236814.pdf. Ex. 5 to Atlantic's Evid.

b. Human Rights Council, *Human Rights Situation in Palestine and other Occupied Arab Territories*, 18, U.N. Doc. A/HRC/29/CRP.4 (June 24, 2015). Ex. 6 to Atlantic's Evid.

c. Robert D. Sloane, *Puzzles of Proportion and the "Reasonable Military Commander": Reflections on the Law, Ethics, and Geopolitics of Proportionality*, 6 Harv. Nat'l Sec. J. 299 (2015).

d. Wajiha Rais, Comment: *Defending Israelis or Suppressing Palestinian Self-Determination? An Analysis of Operation Protective Edge Using the Two-Factor Test*, 11 FIU L. Rev. 255 (2015).

e. Emily Christian, Note & Comment: *Violations of International Criminal Law in the Israeli-Palestinian Conflict: Why the International Criminal Court should not Prosecute in the "Interest of Justice"*, 29 Temp. Int'l & Comp. L.J. 275, 295 (2015).

f. B'Tselem, The Israeli Information Centre for Human Rights in the Occupied Territories, *The Legal and Moral Implications of the Policy*

ANDERSON, McPHARLIN & CONNERS LLP
LAWYERS
707 WILSHIRE BOULEVARD, SUITE 4000
LOS ANGELES, CALIFORNIA 90017-3623
TEL (213) 688-0080 • FAX (213) 622-7594

1610640.1 05608-054

of Attacking Residential Buildings in the Gaza Strip, Summer 2014, at 5 (2015).

18. Palestinian fatalities totaled approximately 2,200, at least half of whom were civilians.

    a. Sources: U.S. Dep't of State, Bureau of Democracy, Human Rights and Labor, Country Report on Human Rights Practices for 2014, 1 (2015), available at https://www.state.gov/documents/organization/236814.pdf.  Ex. 45 to Atlantic's Evid.

    b. Jim Zanotti, Cong. Research Serv., RL34074, The Palestinians: Background and U.S. Relations 9 (2015). Ex. 4 to Atlantic's Evid.

    c. Amnesty Int'l Rep. 2016/17, The State of the World's Human Rights 205 (2017), available at https://www.amnesty.org/en/countries/middle-east-and-north-africa/israel-and-occupied-palestinian-territories/report-israel-and-occupied-palestinian-territories/.

    d. Robert D. Sloane, Puzzles of Proportion and the "Reasonable Military Commander": Reflections on the Law, Ethics, and Geopolitics of Proportionality, 6 Harv. Nat'l Sec. J. 299 (2015).

    e. Wajiha Rais, Comment: Defending Israelis or Suppressing Palestinian Self-Determination? An Analysis of Operation Protective Edge Using the Two-Factor Test, 11 FIU L. Rev. 255 (2015).

    f. Emily Christian, Note & Comment: Violations of International Criminal Law in the Israeli-Palestinian Conflict: Why the International Criminal Court should not Prosecute in the "Interest of Justice", 29 Temp. Int'l & Comp. L.J. 275, 294-295 (2015).

ANDERSON, McPHARLIN & CONNERS LLP
LAWYERS
707 WILSHIRE BOULEVARD, SUITE 4000
LOS ANGELES, CALIFORNIA 90017-3623
TEL (213) 688-0080 • FAX (213) 622-7594

ANDERSON, McPHARLIN & CONNERS LLP

LAWYERS

707 WILSHIRE BOULEVARD, SUITE 4000
LOS ANGELES, CALIFORNIA 90017-3623
TEL (213) 688-0080 • FAX (213) 622-7594

g.  B'Tselem, The Israeli Information Centre for Human Rights in the Occupied Territories, The Legal and Moral Implications of the Policy of Attacking Residential Buildings in the Gaza Strip, Summer 2014, at 5 (2015).

h.  *Gaza cease-fire holds between Hamas and Israel after 50-day war*, NBC News, Aug. 27, 2017, available at http://www.nbcnews.com/storyline/middle-east-unrest/gaza-cease-fire-holds-between-hamas-israel-after-50-day-n189821.

i.  Lizzie Dearden, *Israel-Gaza conflict: 50-day war by numbers, The Independent*, Aug. 27, 2014, available at http://www.independent.co.uk/news/world/middle-east/israel-gaza-conflict-50-day-war-by-numbers-9693310.html.

19. Approximately 11,000 Palestinians were wounded.

a.  U.N. Office for the Coordination of Humanitarian Affairs, Fragmented Lives Humanitarian Overview 2014, 5-6 (2015), available at https://www.ochaopt.org/documents/annual_humanitarian_overview_2014_english_final.pdf.  Ex. 36 to Atlantic's Evid.

b.  *Gaza cease-fire holds between Hamas and Israel after 50-day war*, NBC News, Aug. 27, 2017, available at http://www.nbcnews.com/storyline/middle-east-unrest/gaza-cease-fire-holds-between-hamas-israel-after-50-day-n189821.

c.  Lizzie Dearden, *Israel-Gaza conflict: 50-day war by numbers, The Independent*, Aug. 27, 2014, available at http://www.independent.co.uk/news/world/middle-east/israel-gaza-conflict-50-day-war-by-numbers-9693310.html.

d. Batsheva Sobelman, *Israel and Hamas may have committed war crimes in Gaza, U.N. report says*, Los Angeles Times, June 22, 2015, available at http://www.latimes.com/world/middleeast/la-fg-un-report-gaza-war-20150622-story.html.

20. The Israeli Defense Force lost 67 soldiers, and 6 Israeli citizens and one citizen of Thailand were killed.

a. Sources: U.S. Dep't of State, Bureau of Democracy, Human Rights and Labor, Country Report on Human Rights Practices for 2014, 1 (2015), available at https://www.state.gov/documents/organization/236814.pdf. Ex. 5 to Atlantic's Evid.

b. Jim Zanotti, Cong. Research Serv., RL34074, The Palestinians: Background and U.S. Relations 9 (2015) (listing slightly different numbers of Israeli deaths—71 as opposed to 74). Ex. 4 to Atlantic's Evid.

c. *Gaza cease-fire holds between Hamas and Israel after 50-day war*, NBC News, Aug. 27, 2017, available at http://www.nbcnews.com/storyline/middle-east-unrest/gaza-cease-fire-holds-between-hamas-israel-after-50-day-n189821.

d. Josef Federman, *Israel clears forces in several deadly 2014 Gaza war cases*, U.S. News, Aug. 24, 2016, available at https://www.usnews.com/news/world/articles/2016-08-24/israel-clears-forces-in-several-deadly-2014-gaza-war-cases.

e. Lizzie Dearden, *Israel-Gaza conflict: 50-day war by numbers, The Independent*, Aug. 27, 2014, available at http://www.independent.co.uk/news/world/middle-east/israel-gaza-conflict-50-day-war-by-numbers-9693310.html.

ANDERSON, MCPHARLIN & CONNERS LLP
LAWYERS
707 WILSHIRE BOULEVARD, SUITE 4000
LOS ANGELES, CALIFORNIA 90017-3623
TEL (213) 688-0080 • FAX (213) 622-7594

REQUEST OR JUDICIAL NOTICE

1610640.1 05608-054

ANDERSON, McPHARLIN & CONNERS LLP
LAWYERS
707 WILSHIRE BOULEVARD, SUITE 4000
LOS ANGELES, CALIFORNIA 90017-3623
TEL (213) 688-0080 • FAX (213) 622-7594

21. The existence of the statements made by the military wing of Hamas, the Izz al Din al Qassam Brigades (Al Qassam) on their public website: http://qassam.ps/. In particular that al Qassam launched 35 missiles on Israeli military bases on July 7, 2014.

    a. Sources: Al-Qassam Brigades Information Office: Military Communique, Al Qassam Brigades retaliate with 35 missiles on Israeli military bases (July 07, 2014), available at http://www.qassam.ps/statement-1506-Al_Qassam_Brigades_retaliate_with_35_missiles_on_Israeli_military_bases.html. Ex. 90 to Atlantic's Evid.

22. The existence of the statements made by al Qassam on their public website: http://qassam.ps/. In particular that al Qassam launched eight missiles on Israeli military bases on July 8, 2014.

    a. Sources: Al-Qassam Brigades Information Office: Military Communique, Al Qassam Brigades retaliate with 8 missiles on Israeli military bases (July 08, 2014), available at http://www.qassam.ps/statement-1507-Al_Qassam_Brigades_retaliate_with_8_missiles_on_Israeli_military_bases.html. Ex. 91 to Atlantic's Evid.

23. The existence of the statements made by al Qassam on their public website: http://qassam.ps/. In particular that al Qassam spokesperson Abu Obeida published a press release on August 20, 2014.

    a. Sources: Al-Qassam Brigades Information Office: Military Communique, Press Release of Abu Obeida, Al Qassam spokesperson (Aug. 20, 2014), available at http://www.qassam.ps/statement-1509-Press_Release_of_Abu_Obeida_Al_Qassam_spokesperson.html. Ex. 93 to Atlantic's Evid.

1610640.1 05608-054

REQUEST OR JUDICIAL NOTICE

24. The Israeli Navy attacked Hamas militants via gun boats from the sea.

    a. Sources: U.S. Dep't of State, Bureau of Democracy, Human Rights and Labor, Country Report on Human Rights Practices for 2014, 59 (2015), available at https://www.state.gov/documents/organization/236814.pdf.  Ex. 5 to Atlantic's Evid.

    b. Uzi Rubin, *Israel's Air and Missile Defense during the 2014 Gaza War*, BESA, February 11, 2015, available at https://besacenter.org/mideast-security-and-policy-studies/israels-air-missile-defense-2014-gaza-war/.

25. The Israeli air force conducted airstrike via fighter jets.

    a. Sources: U.S. Dep't of State, Bureau of Democracy, Human Rights and Labor, Country Report on Human Rights Practices for 2014, 59 (2015), available at https://www.state.gov/documents/organization/236814.pdf.  Ex. 5 to Atlantic's Evid.

    b. Human Rights Council, *Human Rights Situation in Palestine and other Occupied Arab Territories*, 42, U.N. Doc. A/HRC/29/CRP.4 (June 24, 2015).

    c. Uzi Rubin, *Israel's Air and Missile Defense during the 2014 Gaza War*, BESA, February 11, 2015, available at https://besacenter.org/mideast-security-and-policy-studies/israels-air-missile-defense-2014-gaza-war/.

26. The Israeli army used tanks during the ground offensive into Gaza.

    a. Sources: U.S. Dep't of State, Bureau of Democracy, Human Rights and Labor, Country Report on Human Rights Practices for 2014, 59 (2015), available at https://www.state.gov/documents/organization/236814.pdf.  Ex. 5 to Atlantic's Evid.

ANDERSON, McPHARLIN & CONNERS LLP
LAWYERS
707 WILSHIRE BOULEVARD, SUITE 4000
LOS ANGELES, CALIFORNIA 90017-3623
TEL (213) 688-0080 • FAX (213) 622-7594

REQUEST OR JUDICIAL NOTICE

1610640.1 05608-054

ANDERSON, McPHARLIN & CONNERS LLP
LAWYERS
707 WILSHIRE BOULEVARD, SUITE 4000
LOS ANGELES, CALIFORNIA 90017-3623
TEL (213) 688-0080 • FAX (213) 622-7594

   b.  Human Rights Council, *Human Rights Situation in Palestine and other Occupied Arab Territories*, 81, U.N. Doc. A/HRC/29/CRP.4 (June 24, 2015). Ex. 6 to Atlantic's Evid.

27. Israel used the Iron Dome missile defense system to intercept incoming missiles from Gaza.

   a.  Sources: Human Rights Council, *Human Rights Situation in Palestine and other Occupied Arab Territories*, 151, U.N. Doc. A/HRC/29/CRP.4 (June 24, 2015). Ex. 6 to Atlantic's Evid.

   b.  Yoav Zitun, *IDF: Iron Dome intercepted 90% of rockets*, Ynetnews, August, 15, 2014, available at http://www.ynetnews.com/articles/0,7340,L-4558517,00.html.

   c.  Jim Zanotti, Cong. Research Serv., RL34074, The Palestinians: Background and U.S. Relations 9 (2015). Ex. 4 to Atlantic's Evid.

   d.  Amnesty International , Unlawful and Deadly: Rocket and Mortar Attacks by Palestinian Armed groups during the 2014 Gaza/Israel conflict 5 (March 2015), available at https://www.amnesty.org/en/documents/mde21/1178/2015/en/.

28. Prior to the August 26, 2014 cease-fire, previous cease-fires were rejected or short-lived by both Israel and Hamas.

   a.  Sources: U.N. Office for the Coordination of Humanitarian Affairs, Fragmented Lives Humanitarian Overview 2014, 8, 12 (2015), available at https://www.ochaopt.org/documents/annual_humanitarian_overview_2014_english_final.pdf. Ex. 36 to Atlantic's Evid.

   b.  Amnesty International , Unlawful and Deadly: Rocket and Mortar Attacks by Palestinian Armed groups during the 2014 Gaza/Israel

ANDERSON, MCPHARLIN & CONNERS LLP
LAWYERS
707 WILSHIRE BOULEVARD, SUITE 4000
LOS ANGELES, CALIFORNIA 90017-3623
TEL (213) 688-0080 • FAX (213) 622-7594

conflict 42 (March 2015), available at

https://www.amnesty.org/en/documents/mde21/1178/2015/en/.

29. Hamas fired thousands of Rockets into Israel from Gaza.

    a.  Sources: U.S. Dep't of State, Bureau of Democracy, Human Rights and Labor, Country Report on Human Rights Practices for 2014, 1 (2015), available at

        https://www.state.gov/documents/organization/236814.pdf.  Ex. 5 to Atlantic's Evid.

    b.  Human Rights Council, *Human Rights Situation in Palestine and other Occupied Arab Territories*, 19-20, U.N. Doc. A/HRC/29/CRP.4 (June 24, 2015). Ex. 6 to Atlantic's Evid.

    c.  B'Tselem, The Israeli Information Centre for Human Rights in the Occupied Territories, The Legal and Moral Implications of the Policy of Attacking Residential Buildings in the Gaza Strip, Summer 2014, at 5 (2015).

    d.  Ashley Fantz, *Why are so many civilians dying in Hamas-Israel war?*, CNN, Aug. 06, 2014, available at

        http://www.cnn.com/2014/08/04/world/meast/gaza-israel-why-civilian-deaths/.

    e.  Lizzie Dearden, *Israel-Gaza conflict: 50-day war by numbers, The Independent*, Aug. 27, 2014, available at

        http://www.independent.co.uk/news/world/middle-east/israel-gaza-conflict-50-day-war-by-numbers-9693310.html.

/ / /

/ / /

/ / /

/ / /

f.   Amnesty International, Unlawful and Deadly: Rocket and Mortar Attacks by Palestinian Armed groups during the 2014 Gaza/Israel conflict 3 (March 2015), available at https://www.amnesty.org/en/documents/mde21/1178/2015/en/.

DATED: April 24, 2017

MARC J. SHRAKE
ANDERSON, McPHARLIN & CONNERS LLP

-and-

MICHAEL KEELEY *(Pro Hac Vice)*
TONI SCOTT REED *(Pro Hac Vice)*
CARLA C. CRAPSTER *(Pro Hac Vice)*
STRASBURGER & PRICE, LLP

By:      */s/ Michael Keeley*
_____
Michael Keeley
Attorneys for Defendant ATLANTIC SPECIALTY INSURANCE COMPANY

ANDERSON, McPHARLIN & CONNERS LLP
LAWYERS
707 WILSHIRE BOULEVARD, SUITE 4000
LOS ANGELES, CALIFORNIA 90017-3623
TEL (213) 668-0080 • FAX (213) 622-7594

1610640.1 05608-054

REQUEST OR JUDICIAL NOTICE