**MARC J. SHRAKE (Bar No. 219331)**
  mjs@amclaw.com
**ANDERSON, McPHARLIN & CONNERS LLP**
707 Wilshire Boulevard, Suite 4000
Los Angeles, California  90017-3623
Telephone: (213) 688-0080 ♦ Facsimile: (213) 622-7594

**MICHAEL KEELEY (*Pro Hac Vice*)**
  michael.keeley@strasburger.com
**TONI SCOTT REED (*Pro Hac Vice*)**
  toni.reed@strasburger.com
**CARLA C. CRAPSTER (*Pro Hac Vice*)**
  carla.crapster@strasburger.com
**STRASBURGER & PRICE, LLP**
901 Main Street, Suite 4400
Dallas, Texas 75202
Telephone:  (214) 651-2034 ♦ Facsimile: (214) 659-4060

Attorneys for Defendant ATLANTIC SPECIALTY INSURANCE COMPANY

ANDERSON, McPHARLIN & CONNERS LLP
LAWYERS
707 WILSHIRE BOULEVARD, SUITE 4000
LOS ANGELES, CALIFORNIA  90017-3623
TEL (213) 688-0080 • FAX (213) 622-7594

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| UNIVERSAL CABLE PRODUCTIONS, LLC, a Delaware limited liability company, and NORTHERN ENTERTAINMENT PRODUCTIONS LLC, a Delaware limited liability company, <br><br>          Plaintiffs, <br><br>     vs. <br><br> ATLANTIC SPECIALTY INSURANCE COMPANY, a New York insurance company, <br><br>          Defendant. | Case No. 2:16-cv-04435-PA-MRW <br><br> **[PROPOSED] JUDGMENT** |

/ / /

1   Defendant Atlantic Specialty Insurance Company's ("Atlantic") Motion for
2  Summary Judgment or, Alternatively, Partial Summary Judgment ("Motion") against
3  Plaintiffs Universal Cable Productions, LLC and Northern Entertainment Productions,
4  LLC's ("Plaintiffs") First Amended Complaint came on for a regular scheduled hearing
5  before the Court on May 22, 2017, the Hon. Percy Anderson, U.S. District Court Judge
6  presiding.  Counsel of record for the parties appeared.
7   Having considered all of the arguments and evidence submitted in support of
8  and in opposition to the Motion, and the inferences reasonably deducible from them,
9  except that to which objection was sustained, the Court rules as follows:
10   **IT IS ORDERED** that Atlantic's Motion for Summary Judgment against
11  Plaintiffs is GRANTED.  Plaintiffs have failed to establish that a genuine dispute of
12  material fact exists and that Atlantic is not entitled to judgment as a matter of law.
13  Accordingly, Atlantic is entitled to summary judgment.

DATED:_____    _____
                                The Hon. Percy Anderson
                                United States District Court Judge