MARC J. SHRAKE (Bar No. 219331)
  mjs@amclaw.com
ANDERSON, McPHARLIN & CONNERS LLP
707 Wilshire Boulevard, Suite 4000
Los Angeles, California 90017-3623
Telephone: (213) 688-0080 ♦ Facsimile: (213) 622-7594

MICHAEL KEELEY (*Pro Hac Vice*)
  michael.keeley@strasburger.com
TONI SCOTT REED (*Pro Hac Vice*)
  toni.reed@strasburger.com
CARLA C. CRAPSTER (*Pro Hac Vice*)
  carla.crapster@strasburger.com
STRASBURGER & PRICE, LLP
901 Main Street, Suite 4400
Dallas, Texas 75202
Telephone: (214) 651-2034 ♦ Facsimile: (214) 659-4060

Attorneys for Defendant ATLANTIC SPECIALTY INSURANCE COMPANY

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| UNIVERSAL CABLE PRODUCTIONS, LLC, a Delaware limited liability company, and NORTHERN ENTERTAINMENT PRODUCTIONS LLC, a Delaware limited liability company,<br><br>            Plaintiffs,<br><br>    vs.<br><br>ATLANTIC SPECIALTY INSURANCE COMPANY, a New York insurance company,<br><br>            Defendant. | Case No. 2:16-cv-04435-PA-MRW<br><br>**[PROPOSED] ORDER** |

/ / /

    Defendant Atlantic Specialty Insurance Company's ("Atlantic") Motion for Summary Judgment or, Alternatively, Partial Summary Judgment ("Motion") against Plaintiffs Universal Cable Productions, LLC and Northern Entertainment Productions, LLC's ("Plaintiffs") First Amended Complaint came on for a regular scheduled hearing before the Court on May 22, 2017, the Hon. Percy Anderson, U.S. District Court Judge presiding.  Counsel of record for the parties appeared.

    Having considered all of the arguments and evidence submitted in support of and in opposition to the Motion, and the inferences reasonably deducible from them, except that to which objection was sustained, the Court rules as follows:

    **IT IS ORDERED** that Atlantic's Motion for Partial Summary Judgment against Plaintiffs is GRANTED as to the following claim(s):

    [Plaintiffs have failed to establish that a genuine dispute of material fact exists and that Atlantic is not entitled to judgment as a matter of law as to Plaintiffs' First Claim for Breach of the Insurance Contract.  Accordingly, Atlantic is entitled to partial summary judgment on this claim.]

    [Plaintiffs have failed to establish that a genuine dispute of material fact exists and that Atlantic is not entitled to judgment as a matter of law as to Plaintiffs' Second Claim for Breach of the Implied Covenant of Good Faith and Fair Dealing. Accordingly, Atlantic is entitled to partial summary judgment on this claim.]

DATED:_____    _____
                                               The Honorable Percy Anderson
                                               United States District Court Judge

ANDERSON, McPHARLIN & CONNERS LLP
LAWYERS
707 WILSHIRE BOULEVARD, SUITE 4000
LOS ANGELES, CALIFORNIA 90017-3623
TEL (213) 688-0080 • FAX (213) 622-7594

1610406.1 05608-054