# EXHIBIT 3

MARC J. SHRAKE (SBN 219331)
  mjs@amclaw.com
ANDERSON, MCPHARLIN & CONNERS LLP
707 Wilshire Boulevard, Suite 4000
Los Angeles, California 90017-3623
Telephone: (213) 236-1691
Facsimile: (213) 622-7594

MICHAEL KEELEY *(Pro Hac Vice)*
  michael.keeley@strasburger.com
TONI SCOTT REED (*Pro Hac Vice*)
  toni.reed@strasburger.com
CARLA C. CRAPSTER *(Pro Hac Vice)*
  carla.crapster@strasburger.com
STRASBURGER & PRICE, LLP
901 Main Street, Suite 4400
Dallas, Texas 75202
Telephone: (214) 651-4300
Facsimile: (214) 651-4330

Attorneys for Defendant
Atlantic Specialty Insurance Company

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| UNIVERSAL CABLE PRODUCTIONS LLC, a Delaware limited liability company, and NORTHERN ENTERTAINMENT PRODUCTIONS LLC, a Delaware limited liability company,<br><br>                Plaintiffs,<br><br>        vs.<br><br>ATLANTIC SPECIALTY INSURANCE COMPANY, a New York insurance company,<br><br>                Defendant. | Case No. 2:16-cv-04435-PA-MRW<br><br>**DECLARATION OF CARLA C. CRAPSTER IN SUPPORT OF ATLANTIC SPECIALTY INSURANCE COMPANY'S MOTION FOR SUMMARY JUDGMENT**<br><br>File Date:              June 20, 2016<br>Discovery Cutoff:    June 2, 2017<br>Pre-Trial Conf.:       June 16, 2017<br>Trial Date:            July 25, 2017 |

/ / /

/ / /

/ / /

ANDERSON, MCPHARLIN & CONNERS LLP
LAWYERS
707 WILSHIRE BOULEVARD, SUITE 4000
LOS ANGELES, CALIFORNIA 90017-3623

ANDERSON, McPHARLIN & CONNERS LLP
LAWYERS
707 WILSHIRE BOULEVARD, SUITE 4000
LOS ANGELES, CALIFORNIA 90017-3623

I, Carla C. Crapster, declare:

1. I am an attorney duly licensed to practice law in the State of Texas and admitted *pro hac vice* before this Court.  I am a partner in the law firm of Strasburger & Price LLP, attorneys of record for the defendant Atlantic Specialty Insurance Company ("Atlantic") in the above-captioned matter.  I make this declaration in support of Atlantic's Motion for Summary Judgment.   I have personal knowledge of the following facts and, if called and sworn as a witness, could and would competently testify thereto.

2. The parties in this case have agreed to stipulate to the authenticity of the documents produced to one another in the discovery process in this case. This agreement was confirmed in writing on April 12, 2017.

3. A true and correct copy of Universal Cable Productions LLC and Northern Entertainment Production LLC's First Amended Complaint in this lawsuit, filed on July 7, 2016, is attached as Exhibit 14 to Atlantic's Evidence.

4. A true and correct copy of the report prepared by Jim Zanotti dated February 10, 2015 for the Congressional Research Service entitled "The Palestinians: Background and U.S. Relations," which was found at https://www.hsdl.org/?view&did=762873,  is filed herewith as Exhibit 4.

5. A true and correct copy of the Country Report on Human Rights Practices for Israel and the Occupied Territories for 2014 prepared by the U.S. Department of State, Bureau of Democracy, Human Rights, which was found at https://www.state.gov/documents/organization/236814.pdf, is filed herewith as Exhibit 5.

6. A true and correct copy of the report entitled "Human Rights Situation in Palestine and other Occupied Arab Territories," prepared by the Human Rights Council of the United Nations (U.N. Doc. A/HRC/29/CRP.4)(June 24, 2015)"

ANDERSON, McPHARLIN & CONNERS LLP

LAWYERS

707 WILSHIRE BOULEVARD, SUITE 4000
LOS ANGELES, CALIFORNIA 90017-3623

which was found at
http://www.ohchr.org/EN/HRBodies/HRC/CoIGazaConflict/Pages/Report
CoIGaza.aspx, is filed herewith as Exhibit 6.

7. A true and correct copy of the United Nations Resolution adopted by the
General Assembly on 29 November 2012 (A/RES/67/19), which was found at
http://www.un.org/en/ga/search/view_doc.asp?symbol=A/RES/67/19, is
filed herewith as Exhibit 7.

8. A true and correct copy of the report entitled "Hamas: Background and Issues
for Congress," prepared by Jim Zanotti of the Congressional Research Service,
which was found at https://fas.org/sgp/crs/mideast/R41514.pdf, is filed
herewith as Exhibit 8.

9. A true and correct copy of "The Covenant of the Islamic Resistance Movement
(Aug. 18, 1988)," which was found at:
http://avalon.law.yale.edu/20th_century/hamas.asp, is filed herewith as Exhibit
9.

10. A true and correct copy of UCP002282-2285, an e-mail from Max Security
Intelligence to Stephen Smith (July 16, 2014 12:40 PST), which was produced by
the plaintiffs in this case, is filed herewith as Exhibit 10.

11. A true and correct copy of UCP002524, an -mail from Max Security Intelligence
to Stephen Smith  (June 15, 2014), which was produced by the plaintiffs in this
case, is filed herewith as Exhibit 11.

12. A true and correct copy of UCP002337, an e-mail from Max Security
Intelligence to Stephen Smith, Head of Security, Europe, NBCUniversal (June
16, 2014 11:20 PST), which was produced by the plaintiffs in this case, is filed
herewith as Exhibit 12.

13. A true and correct copy of UCP002205, an e-mail from Max Security

3

**DECLARATION OF CARLA C. CRAPSTER IN SUPPORT OF
ATLANTIC'S MOTION FOR SUMMARY JUDGMENT**

ANDERSON, McPHARLIN & CONNERS LLP
LAWYERS
707 WILSHIRE BOULEVARD, SUITE 4000
LOS ANGELES, CALIFORNIA 90017-3623

1 Intelligence to Stephen Smith, Head of Security, Europe, NBCUniversal (June

2 24, 2017 24:17 PST), which was produced by the plaintiffs in this case, is filed

3 herewith as Exhibit 13.

4 14. A true and correct copy of Universal Cable Productions LLC and Northern

5 Entertainment Production LLC's First Amended Complaint in this lawsuit, filed

6 on July 7, 2016, is attached as Exhibit 14 to Atlantic's Evidence.

7 15. A true and correct copy of the webpage including a statement regarding the

8 connection between Universal Cable Productions and NBCUniversal, which was

9 found at http://www.nbcuniversal.com/business/universal-cable-productions

10 is filed herewith  as Exhibit 15.

11 16. A true and correct copy of UCP003882, an e-mail from Jay Radzinski to

12 Stephen Smith (May 14, 2014 06:36 PST), which was produced by the plaintiffs

13 in this case, is filed herewith as Exhibit 16.

14 17. A true and correct copy of UCP002422, an e-mail from Max Security

15 Intelligence to Stephen Smith (July 07, 2014 01:57 PST), which was produced by

16 the plaintiffs in this case, is filed herewith as Exhibit 17.

17 18. A true and correct copy of UCP002149-54 , an e-mail from Max Security

18 Intelligence to Stephen Smith (July 05, 2014 03:16 PST), which was produced by

19 the plaintiffs in this case, is filed herewith as Exhibit 18.

20 19. A true and correct copy of UCP002181-2188, Israel Dig Update, Security in

21 Confidence: NBCUniversal Int'l. Security Briefing (NBCUniversal, New York,

22 N.Y.) July 01, 2014, which was produced by the plaintiffs in this case, is filed

23 herewith as Exhibit 19.

24 20. A true and correct copy of UCP002683-2684, an e-mail from Country Risk

25 Forecast and Travel Security Online to Stephen Smith (July 09, 2014, 05:16

26 PST), which was produced by the plaintiffs in this case, is filed herewith as

27

28

4

**DECLARATION OF CARLA C. CRAPSTER IN SUPPORT OF
ATLANTIC'S MOTION FOR SUMMARY JUDGMENT**

Exhibit 20.

21.  A true and correct copy of UCP003798-3804, an e-mail from Max Security Intelligence to Stephen Smith (July 10, 2014 07:32 PST), which was produced by the plaintiffs in this case, is filed herewith as Exhibit 21.

22.  A true and correct copy of UCP002288-2292, an e-mail from Max Security Intelligence to Stephen Smith (July 11, 2014 02:06 PST), which was produced by the plaintiffs in this case, is filed herewith as Exhibit 22.

23.  A true and correct copy of UCP002514-2517, an e-mail from Max Security Intelligence to Stephen Smith (July 12, 2014 03:33 PST), which was produced by the plaintiffs in this case, is filed herewith as Exhibit 23.

24.  A true and correct copy of UCP002712-2716, an e-mail from Max Security Intelligence to Stephen Smith (July 14, 2014 12:30 PST), which was produced by the plaintiffs in this case, is filed herewith as Exhibit 24.

25.  A true and correct copy of UCP002809-2812, an e-mail from Max Security Intelligence to Stephen Smith (July 15, 2014 12:39 PST), which was produced by the plaintiffs in this case, is filed herewith as Exhibit 25.

26.  A true and correct copy of UCP002332-2336, an e-mail from Max Security Intelligence to Stephen Smith (July 16, 2014 12:53 PST), which was produced by the plaintiffs in this case, is filed herewith as Exhibit 26.

27.  A true and correct copy of UCP002507, an e-mail from Chris Biggs to Stephen Smith (July 11, 2014 03:58 PST) which was produced by the plaintiffs in this case, is filed herewith as Exhibit 27.

28.  A true and correct copy of UCP002704, an e-mail from Chris Biggs to Stephen Smith, with attachment (July 1, 2014 02:12 PST), which was produced by the plaintiffs in this case, is filed herewith as Exhibit 28.

29.  A true and correct copy of UCP001845, an e-mail from Max Security

**DECLARATION OF CARLA C. CRAPSTER IN SUPPORT OF
ATLANTIC'S MOTION FOR SUMMARY JUDGMENT**

ANDERSON, McPHARLIN & CONNERS LLP
LAWYERS
707 WILSHIRE BOULEVARD, SUITE 4000
LOS ANGELES, CALIFORNIA 90017-3623

Intelligence to Stephen Smith (July 08, 2014 01:46 PST), which was produced by the plaintiffs in this case, is filed herewith as Exhibit 29.

30. A true and correct copy of UCP000292, a copy of U.S. Dep't. of State: Bureau of Consular Affairs, Israel, the West Bank and Gaza Travel Warning, U.S. Passports & Int'l. Travel (July 11, 2014), also available at https://web.archive.org/web/20140724171638/http://travel.state.gov/content/passports/english/alertswarnings/Israel-travel-warning.html (last visited on May 18, 2016), which was produced by the plaintiffs in this case, is filed herewith as Exhibit 30.

31. A true and correct copy of UCP002372, an e-mail from Max Security Intelligence to Stephen Smith (July 09, 2014 24:57 PST), which was produced by the plaintiffs in this case, is filed herewith as Exhibit 31.

32. A true and correct copy of UCP001851, an e-mail from Max Security Intelligence to Stephen Smith (July 11, 2014 12:26 PST), which was produced by the plaintiffs in this case, is filed herewith as Exhibit 32.

33. A true and correct copy of UCP002155-57, an e-mail from Chris Biggs to Stephen Smith (Aug. 01, 2014 01:20 PST), which was produced by the plaintiffs in this case, is filed herewith as Exhibit 33.

34. A true and correct copy of UCP003777, an e-mail from Chris Biggs to Stephen Smith (Aug. 01, 2014 02:34 PST), which was produced by the plaintiffs in this case, is filed herewith as Exhibit 34.

35. A true and correct copy of UCP003612, an e-mail from Stephen Smith to Mark Binke (July 17, 2014 01:29 PST), which was produced by the plaintiffs in this case, is filed herewith as Exhibit 35.

36. A true and correct copy of the report prepared by the U.N. Office for the Coordination of Humanitarian Affairs, entitled " Fragmented Lives

ANDERSON, MCPHARLIN & CONNERS LLP
LAWYERS
707 WILSHIRE BOULEVARD, SUITE 4000
LOS ANGELES, CALIFORNIA 90017-3623

6

**DECLARATION OF CARLA C. CRAPSTER IN SUPPORT OF
ATLANTIC'S MOTION FOR SUMMARY JUDGMENT**

ANDERSON, McPHARLIN & CONNERS LLP
LAWYERS
707 WILSHIRE BOULEVARD, SUITE 4000
LOS ANGELES, CALIFORNIA 90017-3623

1  Humanitarian Overview 2014, which was found at

2  https://www.ochaopt.org/documents/annual_humanitarian_overview_2014_en

3  glish_final.pdf. is filed herewith as Exhibit 36.

4  37. A true and correct copy of UCP002054, an e-mail from Max Security

5  Intelligence to Stephen Smith (July 20, 2014 01:43 PST), which was produced by

6  the plaintiffs in this case, is filed herewith as Exhibit 37.

7  38. A true and correct copy of UCP002136, an e-mail from Max Security

8  Intelligence to Stephen Smith (July 21, 2014 07:00 PST), which was produced by

9  the plaintiffs in this case, is filed herewith as Exhibit 38.

10  39. A true and correct copy of UCP000340-42, an e-mail from Susan Weiss to

11  Andrea Garber (July 15, 2014 13:34 PST), which was produced by the plaintiffs

12  in this case, is filed herewith as Exhibit 39.

13  40. A true and correct copy of Plaintiffs' Supplemental Responses to Defendant's

14  Second Set of Interrogatories: Supplemental Response to Interrogatory No. 25,

15  is filed herewith as Exhibit 40.

16  41. A true and correct copy of Plaintiffs' Response to Defendant's First Set of

17  Interrogatories: Response to Interrogatory No. 16, is filed herewith as Exhibit

18  41.

19  42. A true and correct copy of AONNBCU000916, an e-mail from Susan Weiss to

20  Kurt Ford (Nov. 24, 2009 20:00 PST), which was produced by the plaintiffs in

21  this case, is filed herewith as Exhibit 42.

22  43. A true and correct copy of the statement on Aon's website, which was found at

23  http://www.aon.com/about-aon/about-aon.jsp, is filed herewith as Exhibit 43.

24  44. A true and correct copy of UCP000056-000110, Atlantic Specialty Insurance

25  Company Policy Number No. MP00163-04, which was produced by the

26  plaintiffs in this case, is filed herewith as Exhibit 44.

27

28

7

**DECLARATION OF CARLA C. CRAPSTER IN SUPPORT OF
ATLANTIC'S MOTION FOR SUMMARY JUDGMENT**

ANDERSON, McPHARLIN & CONNERS LLP

LAWYERS

707 WILSHIRE BOULEVARD, SUITE 4000
LOS ANGELES, CALIFORNIA 90017-3623

45. A true and correct copy of ATL005260, Gaza cease-fire holds between Hamas and Israel after 50-day war, NBC News, Aug. 27, 2014, which was found at http://www.nbcnews.com/storyline/middle-east-unrest/gaza-cease-fire-holds-between-hamas-israel-after-50-day-n189821 is filed herewith as Exhibit 45.

46. A true and correct copy of ATL004726-004729, Alastair Jamieson, How technology is intensifying Gaza War between Israel and Hamas, NBC News, July 30, 2014, which was found at http://www.nbcnews.com/storyline/middle-east-unrest/how-technology-intensifying-gaza-war-between-israel-hamas-n158536 is filed herewith as Exhibit 46.

47. A true and correct copy of ATL004732, Israel and Hamas exchange missile fire as Gaza War looms, NBC News, July 8, 2014, which was found at http://www.nbcnews.com/news/world/israel-hamas-exchange-missile-fire-gaza-war-looms-n151111 is filed herewith as Exhibit 47.

48. A true and correct copy of ATL004736-004738,Public support for Israel shifting amid Gaza War, Britain warns, NBC News, July 30, 2014, which was found at http://www.nbcnews.com/storyline/middle-east-unrest/public-support-israel-shifting-amid-gaza-war-britain-warns-n168366 is filed herewith as Exhibit 48.

49. A true and correct copy of ATL004741, Gaza death toll nears 1,500 as 72-hour truce with Israel begins, NBC News, Aug. 01, 2014, which was found at http://www.nbcnews.com/storyline/middle-east-unrest/gaza-death-toll-nears-1-500-72-hour-truce-israel-n170236 is filed herewith as Exhibit 49.

50. A true and correct copy of ATL004588-004597, Benjamin Landy & Maria Lokke, Scenes of war and heartbreak as Israel-Hams conflict intensifies, MSNBC, July 18, 2014, which was found at http://www.msnbc.com/msnbc/scenes-war-and-heartbreak-israel-hamas-conflict-intensifies is filed herewith as Exhibit 50.

8

**DECLARATION OF CARLA C. CRAPSTER IN SUPPORT OF
ATLANTIC'S MOTION FOR SUMMARY JUDGMENT**

ANDERSON, MCPHARLIN & CONNERS LLP
LAWYERS
707 WILSHIRE BOULEVARD, SUITE 4000
LOS ANGELES, CALIFORNIA 90017-3623

51. A true and correct copy of ATL004598-004602, Donna Stefano, In Israel and Palestine, children imagine a world without war, MSNBC, July 06, 2014, which was found at http://www.msnbc.com/msnbc/israel-and-palestine-children-imagine-world-without-war is filed herewith as Exhibit 51.

52. A true and correct copy of the statement regarding the relationship between NBCUniversal and MSNBC, which was found at http://www.nbcuniversal.com/business/msnbc is filed herewith as Exhibit 52.

53. A true and correct copy of the statement regarding the relationship between NBCUniversal and NBC News, which was found at http://www.nbcuniversal.com/business/nbc-news is filed herewith as Exhibit 53.

54. A true and correct copy of ATL005261-005267, Nicholas Casey, Joshua Mitnick & Nicholas Casey, Israel, Hamas set out demands on Gaza, The Wall Street Journal, Oct. 23, 2014, which was found at https://www.wsj.com/articles/israel-pulls-forces-from-gaza-as-cease-fire-begins-1407231543 is filed herewith as Exhibit 54.

55. A true and correct copy of ATL004603-004605, Isabel Kershner, Israel clears troops in airstrike near school in 2014 Gaza War, N.Y. Times, Aug. 24, 2016, which was found at https://www.nytimes.com/2016/08/25/world/middleeast/israel-gaza-war.html?_r=0 is filed herewith as Exhibit 55.

56. A true and correct copy of ATL004771-04774, Ilene Prusher, Israel seeks to gain advantage by reversing course in Gaza, Time Magazine, Aug. 03, 2014, which was found at http://time.com/3076594/israel-gaza-cease-fire-hamas-netanyahu/ is filed herewith as Exhibit 56.

57. A true and correct copy of ATL004776-004779, William Booth, Here's what

9

**DECLARATION OF CARLA C. CRAPSTER IN SUPPORT OF
ATLANTIC'S MOTION FOR SUMMARY JUDGMENT**

ANDERSON, McPHARLIN & CONNERS LLP

LAWYERS

707 WILSHIRE BOULEVARD, SUITE 4000

LOS ANGELES, CALIFORNIA 90017-3623

really happened in the Gaza war (according to the Israelis), The Washington Post, Sept. 03, 2014, which was found at https://www.washingtonpost.com/news/worldviews/wp/2014/09/03/heres-what-really-happened-in-the-gaza-war-according-to-the-israelis/?utm_term=.18ba9ee8a00e is filed herewith as Exhibit 57.

58. A true and correct copy of ATL004606-004610, Aaron D. Miller, Gaza war: The terrifying truth, CNN, Aug. 03, 2014, which was found at http://www.cnn.com/2014/08/01/opinion/miller-gaza-hamas-israel-cease-fire-obstacles/ is filed herewith as Exhibit 58.

59. A true and correct copy of ATL004611-004630, Josef Federman, Israel clears forces in several deadly 2014 Gaza war cases, U.S. News and World Report, Associated Press, Aug. 24, 2016, which was found at https://www.usnews.com/news/world/articles/2016-08-24/israel-clears-forces-in-several-deadly-2014-gaza-war-cases is filed herewith as Exhibit 59.

60. A true and correct copy of ATL004755-004758, Lizzie Dearden, Israel-Gaza conflict: 50-day war by numbers, The Independent, Aug. 27, 2014, which was found at http://www.independent.co.uk/news/world/middle-east/israel-gaza-conflict-50-day-war-by-numbers-9693310.html is filed herewith as Exhibit 60.

61. A true and correct copy of ATL004631-004634, Batsheva Sobelman, Israel and Hamas may have committed war crimes in Gaza, U.N. report says, The Los Angeles Times, June 22, 2015, which was found at http://www.latimes.com/world/middleeast/la-fg-un-report-gaza-war-20150622-story.html is filed herewith as Exhibit 61.

62. A true and correct copy of ATL004635-004647, Israeli 2014 Gaza war actions lawful, report says, BBC News, June 14, 2015, which was found at http://www.bbc.com/news/world-middle-east-33128955 is filed herewith as

10

ANDERSON, MCPHARLIN & CONNERS LLP

*LAWYERS*

707 WILSHIRE BOULEVARD, SUITE 4000
LOS ANGELES, CALIFORNIA 90017-3623

1    Exhibit 62.

2    63. A true and correct copy of ATL004648-004651, Amir Oren, After seven weeks

3    of Gaza War, Hamas 1, Israel 0, Haaretz News, Aug. 26, 2014, which was found

4    at  http://www.haaretz.com/israel-news/.premium-1.612437 is filed herewith as

5    Exhibit 63.

6    64. A true and correct copy of ATL00004748-004754, Debra Kamin, The one place

7    where Israel and Hamas are communicating, The Atlantic, Aug. 05, 2014, which

8    was found at https://www.theatlantic.com/international/archive/2014/08/the-

9    one-place-where-israel-and-hamas-are-communicating/375589/ is filed herewith

10   as Exhibit 64.

11   65. A true and correct copy of ATL004652-004654, Abeer Ayyoub, 13,000 families

12   in Gaza still displaced two years after war with Israel, USA Today, Aug. 10,

13   2016, which was found at

14   https://www.usatoday.com/story/news/world/2016/08/10/gaza-city-families-

15   displaced-war-israel/88002220/ is filed herewith as Exhibit 65.

16   66. A true and correct copy of ATL004655-004657, Najla Shawa, Children suffer

17   and die in Gaza. Who Notices?, The Chicago Tribune, Jan. 29, 2015, which was

18   found at http://www.chicagotribune.com/news/opinion/commentary/ct-

19   deaths-babies-gaza-war-palestinians-perspec-0129-20150128-story.html is filed

20   herewith as Exhibit 66.

21   67. A true and correct copy of ATL004658, Sarahtr, Decimated Hamas makes

22   ludicrous claims, The Chicago Sun Times, Sept. 05, 2014, which was found at

23   http://chicago.suntimes.com/politics/decimated-hamas-makes-ludicrous-

24   claims/ is filed herewith as Exhibit 67.

25   68. A true and correct copy of ATL004659-004661, The Associated Press, Israel and

26   Hamas reach an uneasy cease-fire in 50-day Gaza war, The Denver Post, Aug.

27                                    11

28   **DECLARATION OF CARLA C. CRAPSTER IN SUPPORT OF
     ATLANTIC'S MOTION FOR SUMMARY JUDGMENT**

26, 2014, which was found at http://www.denverpost.com/2014/08/26/israel-and-hamas-reach-an-uneasy-cease-fire-in-50-day-gaza-war/ is filed herewith as Exhibit 68.

69. A true and correct copy of ATL004662-004665, Gaza cease-fire reached after 50-day war that killed 2,200 and settled little, Dallas Morning News, Aug. 2014, which was found at https://www.dallasnews.com/news/news/2014/08/26/gaza-cease-fire-reached-after-50-day-war-that-killed-2200-and-settled-little is filed herewith as Exhibit 69.

70. A true and correct copy of ATL004666-004668, Zachary R. Dowdy, Israeli, Palestinian leaders air differences at United Nations, Newsday, Sept. 22, 2016, which was found at http://www.newsday.com/news/world/at-un-israeli-and-palestinian-leaders-air-differences-1.12354379 is filed herewith as Exhibit 70.

71. A true and correct copy of ATL004669-004673, Fares Akram, Mohammed Daraghmeh & Karin Laub, Israeli house strikes killed mostly civilians, The Houston Chronicle, Feb. 13, 2015, which was found at http://www.houstonchronicle.com/news/nation-world/world/article/Israeli-house-strikes-killed-mostly-civilians-6080436.php is filed herewith as Exhibit 71.

72. A true and correct copy of ATL004674-004677, Hazem Balousha & Harriet Sherwood, Gaza ceasefire: Israel and Palestinians agree to halt weeks of fighting, The Guardian, Aug. 27, 2014, which was found at https://www.theguardian.com/world/2014/aug/26/gaza-ceasefire-israel-palestinians-halt-fighting is filed herewith as Exhibit 72.

73. A true and correct copy of ATL004763-004769, Lizzie Dearden, Israel Conflict: 50-day war by numbers, The Times of India, Aug. 27, 2014, which was found at http://timesofindia.indiatimes.com/world/middle-east/Israel-Gaza-conflict-50-day-war-by-numbers/articleshow/41000781.cms is filed herewith as Exhibit 73.

ANDERSON, MCPHARLIN & CONNERS LLP
LAWYERS
707 WILSHIRE BOULEVARD, SUITE 4000
LOS ANGELES, CALIFORNIA 90017-3623

12

**DECLARATION OF CARLA C. CRAPSTER IN SUPPORT OF
ATLANTIC'S MOTION FOR SUMMARY JUDGMENT**

ANDERSON, MCPHARLIN & CONNERS LLP

LAWYERS

707 WILSHIRE BOULEVARD, SUITE 4000

LOS ANGELES, CALIFORNIA 90017-3623

74. A true and correct copy of ATL004678-004679, David Rothkopf, Why Israel lost the war in Gaza, The Sydney Morning Herald, Aug. 11, 2014, which was found at http://www.smh.com.au/comment/why-israel-lost-the-war-in-gaza-20140808-101ruh.html is filed herewith as Exhibit 74.

75. A true and correct copy of ATL004680-004699, In photos: Gaza healing from war after ceasefire, China Daily, Aug. 28, 2014, which was found at http://www.chinadaily.com.cn/world/2014-08/28/content_18500736.htm is filed herewith as Exhibit 75.

76. A true and correct copy of ATL004700-4714, James Rush, Inside bombed-out Gaza: One week on from end of 50-day war and the true scale of devastation is revealed, The Daily Mail, Sept. 02 2014, which was found at http://www.dailymail.co.uk/news/article-2740643/Inside-bombed-Gaza-One-week-end-50-day-war-true-scale-devastation-revealed.html is filed herewith as Exhibit 76.

77. A true and correct copy of ATL004715-4724, Ben Norton, 74% of Gaza homes destroyed by Israel in summer 2014 war have not been rebuilt, as violent repression escalates, Salon, Feb. 09, 2016, which was found at http://www.salon.com/2016/02/09/74_of_gaza_homes_destroyed_by_israel_in_summer_2014_war_have_not_been_rebuilt_as_violent_repression_escalates/ is filed herewith as Exhibit 77.

78. A true and correct copy of ATL005256-005259, Rocket fired from Gaza hits southern Israel, military says, CBS News, Dec. 19, 2014, which was found at http://www.cbsnews.com/news/rocket-fired-from-gaza-hits-southern-israel-military-says/ is filed herewith as Exhibit 78.

79. A true and correct copy of UCP002618, an e-mail from Chris Biggs to Stephen Smith (July 02, 2014 10:00 PST), which was produced by the plaintiffs in this

13

**DECLARATION OF CARLA C. CRAPSTER IN SUPPORT OF
ATLANTIC'S MOTION FOR SUMMARY JUDGMENT**

ANDERSON, MCPHARLIN & CONNERS LLP
LAWYERS
707 WILSHIRE BOULEVARD, SUITE 4000
LOS ANGELES, CALIFORNIA 90017-3623

case, is filed herewith as Exhibit 79.

80. A true and correct copy of UCP002496, an e-mail from Max Security Intelligence to Stephen Smith (July 26, 2014 09:54 PST), which was produced by the plaintiffs in this case, is filed herewith as Exhibit 80.

81. A true and correct copy of U.S. Dep't. of State, Foreign Terrorist Organizations, Which was found at https://www.state.gov/j/ct/rls/other/des/123085.htm, is filed herewith as Exhibit 81.

82. A true and correct copy of ATL004584-004587, a speech by John Kerry, Secretary of State, entitled Remarks at the Gaza Donors Conference (Oct. 12, 2014), which was found at  https://2009-2017.state.gov/secretary/remarks/2014/10/232896.htm is filed herewith as Exhibit 82.

83. A true and correct copy of ATL004567-004583, a speech by John Kerry, Secretary of State, entitled Brookings Institution's 2015 Saban Forum Keynote Address (Dec. 05, 2015), which was found at https://2009-2017.state.gov/secretary/remarks/2015/12/250388.htm is filed herewith as Exhibit 83.

84. A true and correct copy of ATL004550-004566, a speech by John Kerry, Secretary of State, entitled Remarks on Middle East Peace (Dec. 28, 2016), which was found at https://2009-2017.state.gov/secretary/remarks/2016/12/266119.htm is filed herewith as Exhibit 84.

85. A true and correct copy of the statement by Australian Minister for Foreign Affairs, The Hon Julie Bishop MP (Media Release July 12, 2014), which was found at http://foreignminister.gov.au/releases/Pages/2014/jb_mr_140712.aspx?w=tb1

14

**DECLARATION OF CARLA C. CRAPSTER IN SUPPORT OF ATLANTIC'S MOTION FOR SUMMARY JUDGMENT**

ANDERSON, McPHARLIN & CONNERS LLP

LAWYERS

707 WILSHIRE BOULEVARD, SUITE 4000
LOS ANGELES, CALIFORNIA 90017-3623

1    CaGpkPX%2FlS0K%2Bg9ZKEg%3D%3D is filed herewith as Exhibit 85.

2  86. A true and correct copy of "Jeffrey Goldberg, Hillary Clinton: 'Failure' to Help

3    Syrian Rebels Led to the Rise of ISIS, THE ATLANTIC (Aug. 10, 2014),"

4    which was found at

5    https://www.theatlantic.com/international/archive/2014/08/hillary-clinton-

6    failure-to-help-syrian-rebels-led-to-the-rise-of-isis/375832/?single_page=true is

7    filed herewith as Exhibit 86.

8  87. A true and correct copy of "Alex Park, Gaza Conflict Divides Congressional

9    Progressives, Mother Jones (July 31, 2014)," which was found at

10    http://www.motherjones.com/mojo/2014/07/gaza-conflict-divides-

11    congressional-progressives is filed herewith as Exhibit 87.

12  88. A true and correct copy of "Presidency: Palestinians have right to defend

13    themselves, Ma'an News Agency (July 8, 2014)," which was found at

14    http://www.maannews.com/Content.aspx?id=711019 is filed herewith as

15    Exhibit 88.

16  89. A true and correct copy of "United Nations, Meetings Coverage, Urging Israeli-

17    Palestinian Parties to Renew Ceasefire Efforts, Secretary-General Tells Security

18    Council Conflict's Root Causes Must Be Addressed (July 22, 2014)," which was

19    found at https://www.un.org/press/en/2014/sc11485.doc.htm is filed herewith

20    as Exhibit 89.

21  90. A true and correct copy of "Al-Qassam Brigades Information Office: Military

22    Communique, Al Qassam Brigades retaliate with 35 missiles on Israeli military

23    bases (July 07, 2014)," which was found at http://www.qassam.ps/statement-

24    1506-

25    Al_Qassam_Brigades_retaliate_with_35_missiles_on_Israeli_military_bases.html

26    is filed herewith as Exhibit 90.

27

15

28    **DECLARATION OF CARLA C. CRAPSTER IN SUPPORT OF
ATLANTIC'S MOTION FOR SUMMARY JUDGMENT**

91. A true and correct copy of "Al-Qassam Brigades Information Office: Military Communique, Al Qassam Brigades retaliate with 8 missiles on Israeli military bases (July 08, 2014)," which was found at http://www.qassam.ps/statement-1507-
Al_Qassam_Brigades_retaliate_with_8_missiles_on_Israeli_military_bases.html. is filed herewith as Exhibit 91.

92. A true and correct copy of UCP002579-002581, an e-mail from Max Security Intelligence to Shachar Kenion (June 30, 2014 20:17 PST), which was produced by the plaintiffs in this case, is filed herewith as Exhibit 92.

93. A true and correct copy of "Al-Qassam Brigades Information Office: Military Communique, Press Release of Abu Obeida, Al Qassam spokesperson (Aug. 20, 2014)," which was found at http://www.qassam.ps/statement-1509-Press_Release_of_Abu_Obeida_Al_Qassam_spokesperson.html is filed herewith as Exhibit 93.

94. A true and correct copy of "Al Qassam Brigades Information Office, About Us," which was found at http://www.qassam.ps/aboutus.html is filed hereweith as Exhibit 94.

95. A true and correct copy of UCP002473, a Max Security Intelligence E-mail to Stephen Smith (July 1, 2014 4:09 a.m.) ,which was produced by the plaintiffs in this case, is filed herewith as Exhibit 95.

96. A true and correct copy of UCP002727, a Shachar Kenion Email to Stephen Smith forwarding Max Security Intelligence report (July 3, 2014 12:53 p.m.), which was produced by the plaintiffs in this case, is filed herewith as Exhibit 96.

97. A true and correct copy of UCP002816, a Max Security Intelligence E-mail to Stephen Smith (July 7, 2014 12:13 p.m.), which was produced by the plaintiffs in this case, is filed herewith as Exhibit 97.

16

**DECLARATION OF CARLA C. CRAPSTER IN SUPPORT OF
ATLANTIC'S MOTION FOR SUMMARY JUDGMENT**

ANDERSON, McPHARLIN & CONNERS LLP

LAWYERS

707 WILSHIRE BOULEVARD, SUITE 4000
LOS ANGELES, CALIFORNIA 90017-3623

98. A true and correct copy of UCP001845, a Max Security Intelligence E-mail to Stephen Smith (July 8, 2014 1:46 a.m.) which was produced by the plaintiffs in this case, is filed herewith as Exhibit 98.

99. A true and correct copy of UCP002828, a Max Security Intelligence E-mail to Stephen Smith (July 8, 2014 11:17 p.m.), which was produced by the plaintiffs in this case, is filed herewith as Exhibit 99.

100.      A true and correct copy of UCP002372, a Max Security Intelligence E-mail to Stephen Smith (July 9, 2014 12:57 p.m.), which was produced by the plaintiffs in this case, is filed herewith as Exhibit 100.

101.      A true and correct copy of UCP002094, a Max Security Intelligence E-mail to Stephen Smith (July 15, 2014 1:18 a.m.), which was produced by the plaintiffs in this case, is filed herewith as Exhibit 101.

102.      A true and correct copy of UCP002459, a Max Security Intelligence E-mail to Stephen Smith (July 16, 2014 7:38 a.m.), which was produced by the plaintiffs in this case, is filed herewith as Exhibit 102.

103.      A true and correct copy of *Face the Nation* (CBS News television broadcast July 13, 2014), which was found at http://www.cbsnews.com/videos/new-clashes-between-israel-palestinians-is-ground-war-next/ is filed herewith as Exhibit 103 and provided to the Court via flash drive.

104.      A true and correct copy of *Melissa Harris-Perry* (MSNBC television broadcast July 20, 2014), which was found at http://www.msnbc.com/melissa-harris-perry/watch/what-it-means-to-live-in-a-war-zone-309370947801 is filed herewith as Exhibit 104 and provided to the Court via flash drive.

105.      A true and correct copy of *All in with Chris Hayes* (MSNBC television broadcast July 17, 2014), which was found at http://www.msnbc.com/all-in-with-chris-hayes/watch/ground-war-in-gaza-307290179722 is filed herewith as

17

ANDERSON, MCPHARLIN & CONNERS LLP
LAWYERS
707 WILSHIRE BOULEVARD, SUITE 4000
LOS ANGELES, CALIFORNIA 90017-3623

1    Exhibit 105 and provided to the Court via flash drive.

2    106.    A true and correct copy of *Today* (NBC News television broadcast July 30,

3    2014), which was found at http://www.nbcnews.com/storyline/middle-east-

4    unrest/how-technology-intensifying-gaza-war-between-israel-hamas-n158536 is

5    filed herewith as Exhibit 106 and provided to the Court via flash drive.

6    107.    A true and correct copy of *The Last Word with Lawrence O'Donnell* (MSNBC

7    television broadcast July 18, 2014), which was found at

8    http://www.msnbc.com/the-last-word/watch/mh17-mystery-and-war-in-gaza-

9    308247107963 is filed herewith as Exhibit 107 and provided to the Court via

10   flash drive.

11   108.    A true and correct copy of UCP002219, a Max Security Intelligence E-

12   mail to Stephen Smith (July 3, 2014 1:49 a.m.), which was produced by the

13   plaintiffs in this case, is filed herewith as Exhibit 108.

14   109.    A true and correct copy of UCP002599, Max Security Intelligence E-mail

15   to Stephen Smith (July 10, 2014 1:20 p.m.), which was produced by the plaintiffs

16   in this case, is filed herewith as Exhibit 109.

17   110.    A true and correct copy of UCP001831, a Max Security Intelligence E-

18   mail to Stephen Smith (July 12, 2014 12:41 p.m.), which was produced by the

19   plaintiffs in this case, is filed herewith as Exhibit 110.

20   111.    A true and correct copy of UCP000736, an e-mail from Stephen Smith to

21   Mark Binke (July 17, 2014 06:47 PST), which was produced by the plaintiffs in

22   this case, is filed herewith as Exhibit 111.

23   112.    A true and correct copy of an e-mail from Susan Weiss to Wendy Diaz

24   dated March 23, 2015 16:39 PST, which was produced to Atlantic in response to

25   a subpoena served upon Allianz Global Corporate & Specialty, is filed herewith

26   as Exhibit 112.

27                                        18

28          **DECLARATION OF CARLA C. CRAPSTER IN SUPPORT OF
            ATLANTIC'S MOTION FOR SUMMARY JUDGMENT**

ANDERSON, McPHARLIN & CONNERS LLP
LAWYERS
707 WILSHIRE BOULEVARD, SUITE 4000
LOS ANGELES, CALIFORNIA 90017-3623

113.    A true and correct copy of UCP000442, an e-mail from Andrea Garber to Randi Richmond (July 14, 2014 10:03 PST), which was produced by the plaintiffs in this case, is filed herewith as Exhibit 113.

114.    A true and correct copy of UCP00663, an Israel Dig Update, Security in Confidence: NBCUniversal Int'l. Security Briefing (NBCUniversal, New York, N.Y.) July 09, 2014, which was produced by the plaintiffs in this case, is filed herewith as Exhibit 114.

115.    A true and correct copy of UCP001419, an e-mail from Stephen Smith to Mark Binke (July 21, 2014 04:17 PST), which was produced by the plaintiffs in this case, is filed herewith as Exhibit 115.

116.    A true and correct copy of UCP001595, an e-mail from Stephen Smith, Head of Security, Europe, NBCUniversal to Paige Potter, Administrative Assistant, NBCUniversal (June 16, 2014 11:46 PST), which was produced by the plaintiffs in this case, is filed herewith as Exhibit 116.

117.    A true and correct copy of UCP003562, an e-mail from Stephen Smith to Randi Richmond (May 01, 2014, 03:15 a.m. PST), which was produced by the plaintiffs in this case, is filed herewith as Exhibit 117.

118.    A true and correct copy of UCP001873, an e-mail from Randi Richmond to Stephen Smith (June 14, 2015 05:16 PST), which was produced by the plaintiffs in this case, is filed herewith as Exhibit 118.

119.    A true and correct copy of Excerpts of the Stephen Smith Deposition Transcript (taken on April 18-19, 2017) is filed herewith as Exhibit 119.

120.    A true and correct copy of UCP001085-86, an e-mail from Randi Richmond to Brian Brady (Feb. 03, 2014 14:30 PST), which was produced by the plaintiffs in this case, is filed herewith as Exhibit 120.

121.    A true and correct copy of UCP001286, an e-mail from Stephen Smith to

19

Mark Binke (July 16, 2014 24:16 PST), which was produced by the plaintiffs in

this case, is filed herewith as Exhibit 121.

122.      A true and correct copy of UCP002797-2800, an Israel Dig Update,

Security in Confidence: NBCUniversal Int'l. Security Briefing (NBCUniversal,

New York, N.Y.) July 01, 2014, which was produced by the plaintiffs in this

case, is filed herewith as Exhibit 122.

123.      A true and correct copy of UCP001874-1876, an e-mail from Jay Footlik

to Randi Richmond (June 13, 2014 15:16 PST), which was produced by the

plaintiffs in this case, is filed herewith as Exhibit 123.

124.      A true and correct copy of UCP002343, an e-mail from Stephen Smith to

Randi Richmond (June 15, 2014 07:38 PST), which was produced by the

plaintiffs in this case, is filed herewith as Exhibit 124.

125.      A true and correct copy of UCP000349, an e-mail from Stephen Smith to

Randi Richmond (June 15, 2014 09:36 PST), Exhibit 125.

126.      A true and correct copy of UCP003591-92, an e-mail from Penelope

Kennedy to Randi Richmond (July 03, 2014 23:22 PST), which was produced by

the plaintiffs in this case, is filed herewith as Exhibit 126.

127.      A true and correct copy of UCP000485, an e-mail from Erin Noordeloos

to Mark Binke (July 08, 2014 09:23 PST), which was produced by the plaintiffs

in this case, is filed herewith as Exhibit 127.

128.      A true and correct copy of UCP002468-2470, an e-mail from Chris Biggs

to Erin Noordeloos and to Stephen Smith (July 10, 2014 02:40 PST), which was

produced by the plaintiffs in this case, is filed herewith as Exhibit 128.

129.      A true and correct copy of UCP000940, an e-mail from Stephen Smith to

Mark Binke (July 10, 2014 8:09), which was produced by the plaintiffs in this

case, is filed herewith as Exhibit 129.

ANDERSON, MCPHARLIN & CONNERS LLP
LAWYERS
707 WILSHIRE BOULEVARD, SUITE 4000
LOS ANGELES, CALIFORNIA 90017-3623

20

**DECLARATION OF CARLA C. CRAPSTER IN SUPPORT OF
ATLANTIC'S MOTION FOR SUMMARY JUDGMENT**

ANDERSON, McPHARLIN & CONNERS LLP
LAWYERS
707 WILSHIRE BOULEVARD, SUITE 4000
LOS ANGELES, CALIFORNIA 90017-3623

130.     A true and correct copy of UCP002710, an e-mail from Stephen Smith to Randi Richmond (July 08, 2014 12:41 PST), which was produced by the plaintiffs in this case, is filed herewith as Exhibit 130.

131.     A true and correct copy of UCP002790, an e-mail from Chris Biggs to Stephen Smith, with attachment (July 1, 2014 02:12 PST), which was produced by the plaintiffs in this case, is filed herewith as Exhibit 131.

132.     A true and correct copy of UCP001855, an e-mail from Stephen Smith to Randi Richmond (July 8, 2014 12:41 PST), which was produced by the plaintiffs in this case, is filed herewith as Exhibit 132.

133.     A true and correct copy of UCP000888-000896, an e-mail from Stephen Smith to Randi Richmond (July 09, 2014 06:16 PST), which was produced by the plaintiffs in this case, is filed herewith as Exhibit 133.

134.     A true and correct copy of UCP003467,  e-mail from Stephen Smith to Mark Binke  (July 17, 2014 13:01 PST), which was produced by the plaintiffs in this case, is filed herewith as Exhibit 134.

135.     A true and correct copy of UCP000503, an e-mail from Tom McCarthy to Mark Binke (July 17, 2014 15:03 PST), which was produced by the plaintiffs in this case, is filed herewith as Exhibit 135.

136.     A true and correct copy of UCP001462, an e-mail from Stephen Smith to Mark Binke (July 18, 2014 06:43 PST), which was produced by the plaintiffs in this case, is filed herewith as Exhibit 136.

137.     A true and correct copy of UCP001013, an e-mail from Randi Richmond to Stephen Smith (July 02, 2014 05:49 PST), which was produced by the plaintiffs in this case, is filed herewith as Exhibit 137.

138.     A true and correct copy of UCP000993, an e-mail from Stephen Smith to Mark Binke  (July 10, 2014 07:52 PST), which was produced by the plaintiffs in

21

ANDERSON, MCPHARLIN & CONNERS LLP
LAWYERS
707 WILSHIRE BOULEVARD, SUITE 4000
LOS ANGELES, CALIFORNIA 90017-3623

1    this case, is filed herewith as Exhibit 138.

2    139.    A true and correct copy of UCP000346, an e-mail from Curt Williams to

3    Deborah Kizner  (June 16, 2014 08:05 PST), which was produced by the

4    plaintiffs in this case, is filed herewith as Exhibit 139.

5    140.    A true and correct copy of UCP000870, an e-mail from Malika Adams to

6    Kurt Ford (July 03, 2014 10:58 PST), which was produced by the plaintiffs in

7    this case, is filed herewith as Exhibit 140.

8    141.    A true and correct copy of UCP000422, an e-mail from Malika Adams to

9    Randi Richmond (July 07, 2014 20:11 PST), which was produced by the

10   plaintiffs in this case, is filed herewith as Exhibit 141.

11   142.    A true and correct copy of UCP001037, an e-mail from Stephen Smith to

12   Mark Binke (July 02, 2014 02:21 PST), which was produced by the plaintiffs in

13   this case, is filed herewith as Exhibit 142.

14   143.    A true and correct copy of UCP020043-47, an e-mail chain regarding

15   Jerusalem Film Fest postponing opening night in wake of Israeli-Palestinian

16   Hostilities, which was produced by the plaintiffs in this case, is filed herewith as

17   Exhibit 143.

18   144.    A true and correct copy of UCP001877, an e-mail from Stephen Smith to

19   Stephen Smith, with attachment (May 22, 2014 09:09 PST), which was produced

20   by the plaintiffs in this case, is filed herewith as Exhibit 144.

21   145.    A true and correct copy of UCP001129, an e-mail from Stephen Smith to

22   Randi Richmond (June 17, 2014 22:14 PST), which was produced by the

23   plaintiffs in this case, is filed herewith as Exhibit 145.

24   146.    A true and correct copy of UCP001065, an e-mail from Stephen Smith to

25   Mark Binke (July 1, 2014 06:05 PST), which was produced by the plaintiffs in

26   this case, is filed herewith as Exhibit146.

27                                          22

28   **DECLARATION OF CARLA C. CRAPSTER IN SUPPORT OF
     ATLANTIC'S MOTION FOR SUMMARY JUDGMENT**

147.   I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed April 24, 2017, at Dallas, Texas.

_____
Carla C. Crapster

ANDERSON, MCPHARLIN & CONNERS LLP
LAWYERS
707 WILSHIRE BOULEVARD, SUITE 4000
LOS ANGELES, CALIFORNIA 90017-3623

23

**DECLARATION OF CARLA C. CRAPSTER IN SUPPORT OF
ATLANTIC'S MOTION FOR SUMMARY JUDGMENT**

8895704.1/SP/15247/0131/042417