# EXHIBIT 15



Universal Cable Producti ×

www.nbcuniversal.com/business/universal-cable-productions

**NBCUniversal** | WHO WE ARE | OUR HISTORY | NEWSROOM | VALUES | CAREERS | BUSINESSES

UCP

UNIVERSAL CABLE PRODUCTIONS

Universal Cable Productions (UCP) creates innovative and critically acclaimed original scripted and digital content across media platforms for domestic and international distribution. In the U.S., UCP's programming can be seen across various networks including the Emmy and Golden Globe award-winning drama "Mr. Robot," "Colony," "Playing House," "Shooter" and "Suits" on USA Network; "12 Monkeys," "Incorporated," "Killjoys," and "The Magicians" on Syfy; "Girlfriends' Guide To Divorce" on Bravo; "The Royals" on E!; "Difficult People" on Hulu; and "HarmonQuest" on Seeso. UCP's content library includes critic and fan favorites such as the Emmy-award winning "Monk" as well as "Psych" and "Battlestar Galactica." Universal Cable Productions is a part of NBCUniversal Cable Entertainment, a division of NBCUniversal, one of the world's leading media and entertainment companies. Follow us @UCPisTV.

**Tweets**

UniversalCableProds @UCPisTV
.@StellaMaeve14 wants Julia to become a goddess...#TheMagicians bit.ly/2o9Y2SG

"The Magicians": Stella Maeve Wants Julia to Beco...
Julia Wicker has been through a lot during this season of The Magicians. Not only was she still dealing with
ew.com

UniversalCableProds @UCPisTV
.@Syfy's #BloodDrive is the Grindhouse series you didn't know you wanted! #Trailers bit.ly/2o9VWCn

Syfy's "Blood Drive" is the Grindhouse Series Yo...
Grindhouse cinema was cool for a second - way back in 2007 when Quentin Tarantino and Robert Rodriguez
bloody-disgusting.com

Embed View on Twitter

NBCUniversal

© 2017 NBCUNIVERSAL MEDIA, LLC.

CONTACT US STORE PRIVACY POLICY TERMS OF SERVICE

# EXHIBIT 16

| | |
|---|---|
| **From:** | Jay Radzinski█████████████████████ |
| **Sent:** | May 14, 2014 6:36 AM |
| **To:** | Smith, Stephen (NBCUniversal) |
| **Cc:** | Noam Schiller;Shachar Kenion;Dor Raveh |
| **Subject:** | MAX Intelligence Introduction [NBC Universal] |
| **Attachments:** | MAX, Regional Intelligence Subscription Packages Overview.pdf, MAX Company Profile.pdf |

Hi Stephen,

My name is Jay and I am the Regional Intelligence Manager here at MAX, it is a pleasure to make your acquaintance online.

In continuation of your conversation with Noam, and ahead of your trip to Israel, I am initiating a subscription of our risk intelligence reporting service.

As your interests as of now lie in Israel, we will provide you reporting on Israel, both on the strategic and tactical levels, in addition to nations bordering Israel (Egypt, Jordan, Lebanon, Palestinian Territories, and Syria) as events in these areas can have effect on Israel's security as well.

The flow of reports can at times be heavy, so if at any time you wish that we remove your email from the reporting for a certain country, do not hesitate to let us know and we will update this.

For more information, I have attached our Company Profile, in addition to our Regional Intelligence Subscription Overview so that you can get a better understanding of the type of reports you are going to receive.

Noam also wanted me to inform you that he is looking forward to meeting with you on Friday, and in the meantime and throughout your MAX intelligence experience, I invite you to be in touch for any questions or consultations.

All the best and to great and safe travels in Israel.
**Jay B. Radzinski**
**Regional Intelligence Manager**

████████████████████

Phone: +972-3-6196297

████████████████████

www.max-security.com



CONFIDENTIAL                                                   UCP_003882

**DISCLAIMER:** Please note that any views and/or opinions and/or assessment and/or recommendations presented in this text are solely those of Max Security. If you are not the named addressee you should not disseminate, distribute or copy this text. If you are not the  intended recipient you are notified that disclosing, copying, distributing or taking any action in reliance on the contents of this information is strictly prohibited. Max Security Solutions accepts no liability for (i) the contents of this text/report being correct, complete or up to date; (ii) consequences of any actions taken or not taken as a result and/or on the basis of such contents.  Copyright - 2014 Max Security

Before printing this email, please think about the environment.

CONFIDENTIAL



*'Enabling your business continuity'*

# Proactive Security Risk Management

CONFIDENTIAL                                                                UCP_003884

# Max Security Solutions

### Proactive Risk Management

## What we do

**Max Security** provides comprehensive security and risk management solutions for the business sector, private clients and governmental sectors. Max specializes in providing **customized, proactive risk mitigation** measures, specific to our client's needs and operating environments.

Our services include risk management solutions for foreign and unfamiliar environments, including ground support and contingency planning, security consulting, intelligence, travel security solutions, professional security training and investigations.



Intelligence — Security Consulting — Travel Security Solutions — Global Response Network — Contingency Planning & Crisis management

## Where we do it

Wherever you go, Max will be by your side.
Max has 4 regional offices and a network of representatives globally. Our offices are located in:

- ❖ Max Security **Middle East**, Tel-Aviv, Israel (Main headquarters)
- ❖ Max Security **Asia**, Mumbai, India (Regional office)
- ❖ Max Security **Europe**, Vicenza, Italy (Regional office)
- ❖ Max Security **Nigeria**, Lagos, Nigeria (Regional office)



**Integrating between local knowledge, Israeli methodologies and Max Security's vast experience** – our global offices and partners create a network of security professionals you can rely on in over 100 countries.

CONFIDENTIAL                                                          UCP_003885



## Who we are

Max is headed by veterans of the Israeli Defense Forces, Special Forces and the Israeli security agencies. Our personnel have extensive international operational experience in a variety of sectors. This allows for rapid adaptation and modification of specific solutions to different environments.





## Why Max

Max-Security has been providing risk mitigation solutions tailored to the complexities of the Middle East and other regions since 1996. Clients choose Max because of the dedication and the personal attention that our customers receive. Our handpicked team allows us to integrate the knowledge and experience of field operatives, with the expert analysis of our office team. Max provides clients with a unique and comprehensive security perspective.

- Seasoned Personnel
- A Client-Oriented approach
- Special Operations Methodologies
  - ✓ Strong Intelligence Base
  - ✓ Meticulous Planning
  - ✓ Operational Readiness
  - ✓ Flexible Execution



CONFIDENTIAL                                                    UCP_003886



# Security Consulting

## Providing life-saving advice and guidance

Max security provides clients with a comprehensive, turnkey consulting service. Our consultants are able to transform their vast field experience in physical security, information security, and the implementation of technological aids into extensive solutions. Our team is committed to tailoring specific customer orientated, cost-effective, business friendly solutions that address modern day threats.

Our consulting department provides the following services:

- **RTVA Surveys** - Risk, Threat, Vulnerability, Analysis
- **Master Security Plans** including "Safe City" projects
- Customs and border protection standard **compliance audits**
- **Travel security and safety consulting**
- **Event security consulting**
- **Facility management and loss prevention consulting**
- **Command center establishment and support**
- **Crisis management and consulting**
- **Investigation Services – Due diligence, background checks, in depth investigations**

Our past projects include consulting for government facilities, international corporations with multiple locations and travelers, high-risk and hazardous industries, international sporting events, large-scale private projects, crisis management during natural disasters, armed conflict and civil unrest.



CONFIDENTIAL                                                    UCP_003887



# Intelligence

## Separating the essential from the 'white noise'

Max Security Intelligence (MSI) provides critical intelligence information and assessments, integrating deep local knowledge by ground contacts, social networks and traditional media. Our intelligence reports will assist you in taking proactive safety measures, making informed decisions, saving money, and most importantly help you ensure the security and safety of your most valuable assets.

**We emphasize concise and timely reporting with a focus on solid assessments and practical recommendations in order to support your Business Continuity and Travel Security.**

## Our Methodology

Max-Security Intelligence combines modern technology with proven intelligence gathering techniques in order to adapt to each of our operating environments.

Our analysts triangulate and assess information from local press, blogs, social media, and reliable ground sources, in order to have a full overview of events.

Our intelligence team integrates the knowledge and experience of our ground operatives with expert analysts - providing our clients with a comprehensive and practical security perspective.



MSI's intelligence reports and assessments are not focused solely on 'security' but on a wide scope of events affecting *Business Continuity*, such as:

-*Terror Attacks*
- *Natural Disasters*
- *Armed Conflict*
- *Health Hazards*
 - *Civil Unrest (Political, Ethnic, Religious)*
- *Emerging Militant Groups and Social Movements*

## Intelligence Products

- **Custom reports** – 'Tailored' according to your specific needs, location, vulnerabilities, etc.
- **Regional Packages** – Including: Alert reports, Regional Summaries and Special coverage reports.
- **Travel Security** – Travel briefs, country profiles, alerts and reports.
- **Tactical Intelligence monitoring** – Timely reports covering specific locations or itineraries live and updating as events take place.
- **Max Dynamic Mapping** – A sophisticated tool based on Google Earth, providing multi-layered custom maps with relevant points of interests.

CONFIDENTIAL                                    UCP_003888



# Max Travel Security

## Comprehensive services for global travelers

- Elite protection and security support services.
- Archangel Global Locator application on your smart phone, vehicle or hand held devices.
- Global Command Center, operating 24/7, available for emergency support.
- Intelligence travel briefs, reports and itinerary-based Tactical monitoring.

## The Human Factor – Handpicked security and support personnel

Our in-house security operatives are ready to operate locally in select areas around the world. Our operatives are vetted, elite, reliable, security and crisis management professionals, operating in full coordination with our Global Command Center.  Utilizing their profound local knowledge of operational and cultural aspects, they will be your personal angels, on call and at your service for:

- Executive protection
- Secure transportation
- Medical assistance
- Logistical support
- On site assistance for bureaucratic, legal and cultural difficulties





CONFIDENTIAL

UCP_003889



# Max Security Academy

Max Security Solutions Training Academy provides professional, comprehensive, practical training.

Our programs fuse between the Israeli knowledge and methodologies for counter-terrorism and security, and our instructorss extensive operational background in the official and private sectors. Our instructors are an integral part of Max's operational teams. Their knowledge is derived from extensive fieldwork and real scenarios. They are active operational agents who are committed to the integration of field work and training.

The Academy runs various security training programs, security management seminars and courses.

We make a thorough assessment of the client's needs and operations and then recommend the most suitable training solution. Once the exact requirement is established Max provides all the necessary physical training and operational practices to establish and operate the client's security team; whether it is establishing a new Special Forces unit, training a multi-national corporation's security staff or private security professionals.



Our training emphasizes the virtues of a <u>resourceful and thinking combatant</u>, allowing graduates to work in unfamiliar scenarios and to operate in environments with high levels of uncertainty.

 The following are selected courses and seminars offered by our Training Academy:

- Executive protection, Advanced Security Specialist.
- Counter-Terrorism Seminars and practical training.
- Intelligence Training (Humint, Desk…).
- Krav-Maga, Protective Driving, Medical Care in emergency situations.
- Aviation Security Trainings (management, operatives, x-ray…).
- Surveillance detection and disruption.
- Security management, profiling, security awareness seminars and more.

Visit our website for additional services and information [www.max-security.com](www.max-security.com)



# Regional Intelligence Packages

Strategic and Tactical Risk Information and Analysis



*Max Security Solutions Ltd.*        *Office*: +44 2035400434        *www.max-security.com*

CONFIDENTIAL                                    UCP_003891



## Introduction

Our Regional Intelligence Packages are designed to provide complete familiarity with the world's most volatile regions. Fit to meet the needs of every level of today's security management department, the package provides a range of reports covering everything from day-to-day hindrances affecting business continuity to game-changing developments.

### *'Our goal is to enable and support your business continuity'*





## A comprehensive approach to risk management

Our approach to intelligence risk management is broad. We provide comprehensive coverage, analysis, and consulting on any and all issues which may impact our clients' ability to conduct smooth business in the region. These issues include political turmoil, cultural and religious trends, bureaucratic hindrances, infrastructure failures, in addition to classic security threats.

**Recognizing a gap in the commercial intelligence market, Max has developed *Tactical Intelligence capabilities*, providing fast updates before and during on-ground events that may affect business continuity.**

**We are well aware of our client's needs and time restraints,  emphasizing concise and prompt reporting with clear 'bottom lines' to allow for quick, proactive decision making.**

2|Page

CONFIDENTIAL                                                                UCP_003892



## Why Max?

Max Security has been providing risk mitigation solutions tailored to the complexities of various work environments for over 15 years. Customers choose Max because of our client-oriented approach combined with our proven operational expertise. Our diverse team of risk consultants and intelligence analysts include multinational veterans of official security and intelligence agencies, as well as expert academics. At Max we integrate the knowledge and experience of our ground operatives with in-depth analysis, providing our clients with a comprehensive perspective.

## Available Packages

**Middle East & North Africa**
*Covering* Algeria, Bahrain, Egypt, Iran, Iraq, Israel, Jordan, Kuwait, Lebanon, Libya, Morocco, Oman, Palestinian Territories, Qatar, Saudi Arabia, Syria , Tunisia, Turkey, United Arab Emirates, and  Yemen.

**Sub-Saharan Africa**
*Full Coverage*

**Spotlight Packages**
Receive full coverage for up to three of the above countries of interest to better meet your budget.

**Custom Package**
Mix and match coverage and reporting types to create the optimal package to meet your business needs and interests.

**Central & East Asia**
*Coming soon*

**For price options and a free trial subscription to any of our regional intelligence packages, contact us at intel@max-security.com**

## Our Methodology

Max Security Intelligence combines modern technology with proven intelligence gathering techniques in order to adapt to each of our operating environments. Our analysts triangulate and assess information from **global and local press, social media, and a reliable network of on-ground sources** in order to encompass a full view of events.

3|Page

CONFIDENTIAL                    UCP_003893

  

## Reports included in our Regional Intelligence Packages

To ensure maximum client convenience, we categorize each of our reports according to country and impact of each event being reported. Our branding system allows clients to pick and choose which report is crucial for their immediate management responsibilities or long term decision making.

❖ **Tactical Intelligence Alerts ('Tacticals')**

This unique service provides real-time reporting and ongoing updates on *localized* hindrances to security and business continuity. Clients can modify their Tactical subscriptions according to their specific countries of interest – receiving brief reports which allow for easy decision making for *day-to-day business operations*. 'Tacticals' cover both classic security-related events such as civil unrest and militancy, in addition to other hindrances to business continuity such as localized labor strikes, major traffic jams, weather, bureaucratic hindrances, and infrastructure failures. Click to view a sample Tactical Intelligence Alert.

❖ **Intelligence Alerts**

Max Security Alerts provide rapid reporting on *major* incidents or upcoming events which are likely to directly impact security, stability, and business continuity. Regional Intelligence Package subscribers receive alerts for every country, remaining cognizant of major game-changers which could *impact long-term decision making*. Alerts cover major militant attacks, outbreaks of armed conflict, destabilizing political developments, natural disasters, kidnappings, attacks/hindrances on/to foreign interests, mass protests, and other events which could impact the relative stability of each country. Click here to view a sample Intelligence Alert.

❖ **Intelligence Analysis**

CONFIDENTIAL                                                    UCP_003894



Max Security Analyses investigate security and stability-related incidents and trends occurring in specific countries or throughout a given region. Each Analysis includes the latest updates on a given trend, followed by actionable, bottom line assessments and practical recommendations for the best course of action. Max's Intelligence Division also regularly provides more **in-depth Special Reports** on regional political, religious, and militant trends. Special Reports include historical background, detailed assessments, in addition to dossiers and profiles of involved parties. Click here to view a sample Intelligence Analysis.

❖ **Daily Summary**

Issued every morning (Eastern Standard Time), Daily Summaries provide a **brief rundown** of security and stability-related events occurring in each country throughout a given region. Daily Summaries conveniently separate **actionable** incidents which may require immediate attention, and **notable** events which may indirectly impact business continuity in the long-term.   Click here to view a sample Daily Summary.

❖ **Regional Intelligence Report (Bi-Weekly)**

Every two weeks, Regional Intelligence Package Subscribers receive an in-depth update on political and security-related trends for each country in their region. Each country portion provides a convenient summary of events, followed by both short and long term assessments and practical recommendations. Regional Summaries are designed to give security managers and executives a **broad overview** of the stability and security situation in their region of operations. Click here to view a sample Regional Intelligence Report.




5<sub>Page</sub>

CONFIDENTIAL                                                                 UCP_003895



## Additional Products and Services Provided On-Demand

These products and services may be provided per client request, and are priced per item.

1. Itinerary/Event based Tactical Intelligence Coverage.
2. Travel security material: Destination Briefs, long-term relocation guides, and custom travel risk assessments.
3. Dynamic Mapping: Visually Displayed Intelligence.
4. Custom-tailored intelligence briefings.
5. Customized intelligence: Reports, analysis, research, business risk assessments, stability assessments. Our custom intelligence is tailored according to the client's specific needs with a high flexibility and prompt delivery.

For additional information on our custom intelligence products and services, contact us at intel@max-security.com

For additional information on our ground support, security consulting, or training options, contact us at operations@max-security.com.

*Sincerely,*

*The MAX Team*



# EXHIBIT 17

**From:** Max Security Intelligence ▮▮▮▮▮▮▮▮▮▮▮▮▮▮
**Sent:** July 07, 2014 1:57 AM
**To:** Smith, Stephen (NBCUniversal)
**Subject:** Israel & Palestinian Territories Alert: Israeli Air Force (IAF) strikes kill nine Gaza-based militants during overnight hours of July 6-7

If you cannot see this email properly, please click here



### Israel & Palestinian Territories Alert: Israeli Air Force (IAF) strikes kill nine Gaza-based militants during overnight hours of July 6-7 (July 7, 2014 - 08:50 UTC)

**Please                                        be                                        advised**

During the overnight hours of July 6-7, Israeli Air Force (IAF) airstrikes in the Gaza Strip targeted 14 militant installations belonging to Hamas and Palestinian Islamic Jihad (PIJ) in Rafah, al-Bureij, Beit Hanoun and Khan Yunis. Seven Hamas militants were killed and six were wounded in the airstrikes, while two PIJ militants were also killed. Reports indicate that six Palestinian civilians were wounded in the airstrikes. Following the incident, Hamas Spokesperson Sami Abu Zuhri stated that "this is a severe escalation and Israel will pay the price."

Following 25 rockets launched into southern Israel on July 6, during the early morning hours of July 7 five rockets reportedly landed in an open field in Sderot, and two rockets landed in the Eshkol Regional Council. Reports indicate that one Israeli Defense Forces (IDF) soldier was lightly wounded and several vehicles were damaged near the impact site in the Eshkol Regional Council. Additionally, during the late morning hours of July 7, one Grad rocket from the Gaza Strip reportedly landed in an open field near Beer Sheva.

During the morning hours of July 7, an IDF patrol along the security fence near southern Gaza was reportedly attacked by militants using an anti-tank missile and light weaponry; however, no injuries were reported in the incident.

In addition, reports indicate that several hundred Border Police as well as several SWAT teams have been deployed to East Jerusalem as of July 7 in order to prevent additional acts of unrest. During the late morning hours of July 7, clashes were reported on the Temple Mount/al-Aqsa Mosque Complex. One Arab Israeli was arrested in the incident.

During the early morning hours of July 7, an attempted kidnapping was reported in Jerusalem's Pisgat Zev neighborhood.

Page 600

UCP002422

During the evening hours of July 6, Palestinian Authority (PA) security forces reportedly used tear gas to prevent several hundred rioters from attacking Joseph's Tomb in Nablus. Additional incidents of unrest were reported in East Jerusalem's Shuafat, Hizmeh, and a-Tur neighborhoods, as well as in Nazareth and I'billin. In southern Israel, several riots were reported during the evening hours of July 6 in Omer, Tel Sheva, Lakiya, and Hura. According to Israeli Police Spokesman Micky Rosenfeld, 30 Arab protesters were arrested following the riots.

During the overnight hours of July 6-7, a mortar from Syria landed in the northern Golan Heights area according to an official IDF spokesman statement. The IDF responded with tank artillery fire; no injuries or damages were reported in the incident.

## Assessments

The IAF airstrikes against Hamas and PIJ rocket launching installations in the Gaza Strip during the overnight hours of July 6-7 underscore the increased potential for an escalation in hostilities over the coming days. Given that rhetoric from both Israeli and Hamas officials has increased following the airstrikes, which tallied the highest death toll in recent months, we assess that Gaza-based militants are likely to continue firing rockets at areas in southern Israel, while the IAF is likely to continue to target Hamas and PIJ infrastructures in the Gaza Strip. In this context, the potential for a broad escalation is increased in the event that the IAF chooses to conduct targeted assassinations against Hamas' military wing, the Izz al-Din al-Qassam Brigades. This in turn, could incite Hamas militants to utilize long-range rockets targeting major cities in southern Israel, including Ashdod and Beer Sheva, as well as Israel's home front, including Rehovot, Rishon Letzion, and Tel Aviv, all of which were targeted during the November 2012 "Pillar of Defense" Operation.

Given the increased tensions following the discovery of the body of murdered Palestinian teenager Muhammad Abu Khdeir on July 2, as well as the reported arrest of several youths for involvement in the killing,  rioting in East Jerusalem's Arab neighborhoods of Shuafat, Silwan, Beit Hanina, and Wadi al-Joz, the West Bank cities of Nablus, Ramallah, Hebron, and Jenin, as well as predominantly Arab towns in Israel, including Nazareth, I'billin, Qalansawe, Tayibe, and Tira is liable to continue over the coming days. Additional protests in predominantly Arab towns in southern Israel, including Omer, Tel Sheva, Lakia, and Hura, are likely to continue over the coming days. In this context, Israel's decision to deploy several hundred additional security forces to East Jerusalem further increases the potential for additional incidents of unrest in the vicinity of the Old City's Damascus Gate and the Temple Mount/al-Aqsa Mosque Complex.

In addition to general incidents of unrest, we assess that there remains an increased potential for nationalistically motivated attacks against Jewish Israelis, Arab Israelis, and Palestinians in the aforementioned areas over the coming days. With this in mind, it remains possible that any future nationalistically motivated attacks from either side, as well as any casualties that may arise from scuffles between Israeli security forces and Palestinian protesters, have the potential to trigger an intensification of hostilities in both the West Bank and the Gaza Strip.

Page 601

CONFIDENTIAL

UCP002423

**Recommendations: Israel**

Travel to Israel may continue while adhering to security precautions regarding civil unrest, militancy and travel to border areas.

Those operating or residing in Israel are advised to avoid the immediate vicinities of all border areas due to the persistent risk for cross border violence. Those traveling in the 40 km area surrounding the Gaza Strip should continue adhering to all safety precautions regarding early warning sirens for incoming rockets. In case you hear a siren, seek shelter in a protected area and remain inside for at least 10 minutes.

For the duration of July 7 and in the coming days, those operating or residing in Jerusalem are advised to avoid nonessential travel to the areas of Shuafat, Beit Hanina, Silwan, and Wadi al-Joz, as well as the vicinity of the Temple Mount/al-Aqsa Mosque Compound and the Damascus Gate given the potential for further unrest. Maintain heightened vigilance throughout East Jerusalem and the Old City for the same reason. Avoid nonessential travel Arab-Israeli towns, particularly Nazareth, I'billin, Qalansawe, Tayibe, and Tira.

**Recommendations: Palestinian Territories**

We advise against all travel to the Gaza Strip at this time due to continuous border crossing closures and the threat of militant activity.

As a general precaution, avoid all travel to the West Bank for the remainder of July 7 and over the coming days, due to the potential for expanding counter-militancy operations, and relating unrest in Palestinian urban centers. The risk for altercations remains most pronounced in the Hebron, Jenin, and Nablus areas, and to a lesser extent within Ramallah and Bethlehem.

Be advised that crossing points between Israeli and Palestinian controlled territories, including the Qalandiya checkpoint between Jerusalem and Ramallah, have frequently witnessed unrest leading to violence. As a result, crossing points may be closed, or experiencing disruptions. Additionally, avoid nonessential travel to the vicinity of the Ofer prison, due to threat of unrest.

CONFIDENTIAL

UCP002424



**Israel/Palestinian Territories**



**Jerusalem**

Page 603

CONFIDENTIAL

UCP002425



To view a complete description of icons used in intelligence reports, click here.
*(Map created using Google Earth)*

*For any questions or concerns on how these events impact your business continuity, please contact                                                                                                                  us:*
Intelligence                              support:
On-ground                            support:
General            assistance             hotline:         +44            20-3540-0434
www.max-security.com

**To view a description of this report and others included in our regional intelligence packages,                                                                    click                                                            here.**

DISCLAIMER: Please note that any views and/or opinions and/or assessment and/or recommendations presented in this text are solely those of Max Security. If you are not the named addressee you should not disseminate, distribute or copy this text. If you are not the intended recipient you are notified that disclosing, copying, distributing or taking any action in reliance on the contents of this information is strictly prohibited. Max Security Solutions accepts no liability for (i) the contents of this text/report being correct, complete or up to date; (ii) consequences of any actions taken or not taken as a result and/or on the basis of such contents. Copyright 2014 Max Security

To be removed from our mailing list click here

CONFIDENTIAL

UCP002426