# EXHIBIT 37

**From:**              Max Security Intelligence █████████████████
**Sent:**              July 20, 2014 1:43 AM
**To:**                Smith, Stephen (NBCUniversal)
**Subject:**           Israel & Palestinian Territories Alert: Israel expands ground operation in the Gaza Strip, rockets
fired towards central Israel, Tel Aviv on July 20

If you cannot see this email properly, please click here



**Israel & Palestinian Territories Alert: Israel expands ground operation in the Gaza Strip,
rockets      fired       towards      central      Israel,      Tel      Aviv      on      July      20
(July              20,              2014              -              08:45              UTC)**

**Please                                                        be                                                        advised**
During the early morning hours of July 20, the Israel Defense Forces (IDF) Spokespersons
Unit confirmed that the military expanded ground operations in the Gaza Strip with
unconfirmed reports indicating that the expansion was initiated during the overnight hours
of July 19-20. Reports indicate that as part of the operations, the IDF began shelling parts
of eastern Gaza City, particularly the neighborhood of Shujaiyya. The Spokespersons Unit also
confirmed the death of two additional IDF soldiers in ground operations, bringing the total
number of troops killed to five since the operations began. Additional reports indicate that
at least 17 Israeli soldiers have been injured thus far, including the Commander of the
Golani Infantry Brigade. The Spokespersons unit also stated that 70 Hamas militants were
killed during the IDF ground operations as of the late night on July 19. Reports also indicate
that the entrance to a large tunnel leading to the Gaza Strip was uncovered near Netiv
Ha'asara during the morning hours of July 20.

During the morning hours of July 20, Color Red Alert sirens were reported in two separate
incidents, separated by approximately one hour, in central Israeli cities of Raanana, Herzliya
with rockets reportedly intercepted over north Tel Aviv and Rishon Letzion by the Iron Dome
missile defense system. Meanwhile, several barrages of rockets were reportedly fired
towards Ashkelon and Beer Sheva, along with other locales within the 40 km range of the
Gaza Strip border. One direct hit was reported in Ashkelon, leading to damage to nearby
buildings, but no reports of injuries.
Meanwhile, reports indicate that the anti-war demonstrations in Haifa in the late evening
hours of July 19 devolved into unrest as right wing activists attacked the demonstrators with
bottles and stones. During the incident, a bus was also stoned, while several police officers

Page 724

were reportedly injured as they were arresting members from both sides of the clashes. Reports indicate that police used stun-grenades and water cannons to disperse the crowds.

Several arrests were also reported in Tel Aviv during confrontations as right-wing activists reportedly attempted to disrupt an anti-war demonstration at Habima Square. Additionally, reports indicate that Arab youths staged riots in East Jerusalem, throwing stones and Molotov cocktails at security forces in Issawiya, Shuafat, Tur, and at the Qalandiya checkpoint.

## Assessments

The IDF's expanded ground operations are notable in that they indicate likely long-term strategic objectives and a willingness of the military to dismantle Hamas infrastructure in the Gaza Strip, including those that are located in more densely-populated urban areas deeper in the territory. With this in mind, and given the continued lack of progress towards any ceasefire agreements between the two sides, we assess that IDF operations are likely to continue over the coming days, while an uptick in direct confrontations and military airstrikes will likely be witnessed.

Similarly, Gaza-based militants will likely continue to frequently launch rockets towards Israel. While we assess that most of these rockets will be fired towards areas within the 40 km range from the Gaza Strip, in light of the IDF's expanded operations and the two barrages fired towards central Israel relatively early on July 20, we assess that there remains a potential for an uptick in such attacks on central cities, including Tel Aviv and Jerusalem. Additionally, despite the proven efficacy of the Iron Dome missile defense system, the continued, yet relatively rare, incidents of direct hits highlight the significant risks posed by such attacks, as well as the need to seek shelter upon hearing Color Red Alert sirens. Meanwhile, Gaza-based militants are likely to continue attempting to infiltrate into Israeli territory via tunnels in order to carry out attacks.

Additionally, the near daily incidents of protests in major cities for and against the IDF operations, as well as the frequency of clashes during such demonstrations highlight increased tensions within Israeli society in regards to the conflict and the high likelihood for similar incidents to occur during future demonstrations. Similarly, in light of the increased frequency of rioting in East Jerusalem, we assess that there is a heightened potential for unrest and additional security deployments in these locales over the coming days.

## Recommendations: Israel

Those operating or residing in Israel, including Tel Aviv and Jerusalem, should adhere to all IDF Home Front Command guidelines regarding early warning sirens for incoming rockets. In case you hear a siren, seek shelter in a protected area and remain inside for at least 10 minutes. As a general security precaution, those operating or residing in Israel should ensure that contingency and emergency evacuation plans are updated due to the potential for a further deterioration in the security situation. We advise to contact us to be briefed on the situation, while consulting us for operational support.

We advise against all travel within 40 km of the Gaza Strip at this time. Those remaining

Page 725

CONFIDENTIAL

within this vicinity should initiate contingency and emergency evacuation plans due to the
deterioration in the security situation. Contact us for itinerary and contingency support
options.

For the duration of July 19 and over the coming days, those operating or residing in
Jerusalem are advised to avoid travel to the areas of Shuafat, Beit Hanina, Silwan, and Wadi
al-Joz, as well as the vicinity of the Temple Mount/al-Aqsa Mosque Compound and the
Damascus Gate given the potential for further unrest. Maintain heightened vigilance
throughout East Jerusalem and the Old City for the same reason. Avoid nonessential travel
to Arab-Israeli towns, particularly Nazareth, I'billin, Qalansawe, Tayibe, and Tira.

As a general security precaution, avoid the immediate vicinity of any political
demonstrations, given the increased incidents of clashes and unrest reported at such
events.

**Recommendations: Palestinian Territories**

We advise against all travel to the Gaza Strip at this time due to continuous border crossing
closures and the threat of militant activity. Those operating or residing in the Gaza Strip are
advised to initiate contingency and emergency evacuation plans due to deterioration in the
security situation. Contact us for itinerary and contingency support options.

As a general precaution, avoid all travel to the West Bank for the remainder of July 19 and
the coming days, due to ongoing counter-militancy operations, and relating unrest in
Palestinian urban centers. The risk for altercations remains most pronounced in the Hebron,
Jenin, and Nablus areas, and to a lesser extent within Ramallah and Bethlehem.

Be advised that crossing points between Israeli and Palestinian controlled territories,
including the Qalandiya checkpoint between Jerusalem and Ramallah, have frequently
witnessed unrest leading to violence. As a result, crossing points may be closed or
experiencing disruptions. Additionally, avoid nonessential travel to the vicinity of the Ofer
prison, due to threat of unrest.

CONFIDENTIAL





To view a complete description of icons used in intelligence reports, click here.
*(Map created using Google Earth)*

*For any questions or concerns on how these events impact your business continuity, please contact*                                                                                                                            *us:*

Intelligence                                support:                                ██████████████████████
On-ground                              support:                                 ██████████████████████
General               assistance              hotline:              +44              20-3540-0434
████████████████

**To view a description of this report and others included in our regional intelligence packages,**                                                                **click**                                                        **here.**

Page 727

DISCLAIMER: Please note that any views and/or opinions and/or assessment and/or recommendations presented in this text are solely those of Max Security. If you are not the named addressee you should not disseminate, distribute or copy this text. If you are not the intended recipient you are notified that disclosing, copying, distributing or taking any action in reliance on the contents of this information is strictly prohibited. Max Security Solutions accepts no liability for (i) the contents of this text/report being correct, complete or up to date; (ii) consequences of any actions taken or not taken as a result and/or on the basis of such contents. Copyright 2014 Max Security

To be removed from our mailing list click here

CONFIDENTIAL

# EXHIBIT 38

**From:** Max Security Intelligence ▬▬▬▬▬▬▬▬
**Sent:** July 21, 2014 7:00 AM
**To:** Smith, Stephen (NBCUniversal)
**Subject:** MAX - MENA Region Daily Summary - July 21, 2014

If you cannot see this email properly, please click here



## MAX
## MENA Region Daily Summary
## July 21, 2014

*The following report reviews current events in the MENA region and their possible effect on business continuity and security.*

## Actionable items

**Israel & Palestinian Territories: Two rockets intercepted over Tel Aviv during the late morning hours of July 21; at least ten militants killed in tunnel infiltration into Israel**
Multiple rockets were intercepted by Iron Dome anti-missile batteries in Tel Aviv, Ashdod, and Ashkelon, while additional rockets exploded in open areas of the Sha'ar Hanegev Regional Council, the Eshkol Regional Council, the Beer Tuvia Regional Council, Ashkelon, and Rishon Letzion. Minor damages have been reported from rocket shrapnel, however, no injuries have been reported at the time of writing. As underscored by today's rocket fire into central Israel, we continue to assess that Gaza-based militants are likely to continue rocket fire towards major Israeli cities, including Tel Aviv, Jerusalem, and possibly Haifa, as well as population centers located within 40 km of the Gaza Strip over the coming hours and days. While most rockets will likely either be intercepted by Iron Dome anti-missile batteries or land in open areas, there remains the potential for direct hits, which may result in casualties. *Those operating or residing in Israel, including Tel Aviv and Jerusalem, should adhere to all IDF Home Front Command guidelines regarding early warning sirens for incoming rockets.*

**Egypt: Muslim Brotherhood protests slated for July 22 in the framework of week-long demonstration campaign denouncing Israeli operations in Gaza**
On July 17, the pro-Muslim Brotherhood National Alliance Supporting Legitimacy (NASL)

Page 730

UCP002136

called for a week long protest campaign, with demonstrations already being held on July 18 in several neighborhoods of Cairo. As the Israeli operation is continuing and in light of the growing death toll in Gaza, we assess that it will likely have turnouts similar to the ones witnessed during the July 18 protest that were held after the Friday prayers. Past precedent indicates that such protests bear a high likelihood to devolve into clashes with security forces. Demonstrations are likely to be held in Nasr City, al-Matariyya, al-Haram and Mohandiseen districts of Cairo, and the Sidi Beshir and Borg al-Arab areas in Alexandria, as these are traditional focal points of Brotherhood protests.

*On July 22, those operating in Cairo are advised to avoid aforementioned locales of Cairo and Alexandria, due to threat of unrest and clashes from protests.*

**Israel & Palestinian Territories: Palestinian officials call for 24 hour strike in protest of ongoing IDF operations in the Gaza Strip**
Reports further indicate that Palestinian religious and state institutions are currently holding a 24 hour strike in protest of the ongoing Israel Defense Forces (IDF) ground operations in the Gaza Strip. The strike is being held in the West Bank, East Jerusalem, and the "Triangle", which consists of the villages of Qalansawe, Tayibe, and Tira. Additional reports indicate that a large-scale demonstration has been called for in Nazareth at 16:00 (local time). While the death of Palestinian teenager Muhammad Abu Khadir on July 2 sparked several days of unrest throughout the West Bank, East Jerusalem, and the "Triangle", today marks the first major demonstration since the launch of IDF ground operations into the Gaza Strip on July 18. In this context, today's labor strikes and the accompanying demonstration are likely to result in scuffles between Palestinian protesters and Israeli security forces over the coming hours.

*For the duration of July 21 and in the coming days, those operating or residing in Israel are advised to avoid nonessential travel to Arab-Israeli towns, particularly Nazareth, I'billin, and the "Triangle". We also advise against nonessential travel to the West Bank at this time.*

**Jordan: Sit-in called for in front of the UN building in Amman during the afternoon hours of July 21; avoid nonessential travel to vicinity.**
Reports indicate that a coalition of civil society groups have called for a sit-in in front of the UN building in Amman's Shmeisani neighborhood to protest against the UN Security Council's perceived lack of action in regard to Israel's ongoing military operations in the Gaza Strip.
Given that several hundred people participated in a demonstration outside the Israeli Embassy on July 20, we assess that today's sit-in is likely to garner a similar turnout. As a result, there remains an elevated potential for unrest and heightened security measures in the vicinity of the UN building. With this in mind, there is an increased likelihood for additional protests over the coming days given the continuation of Israel's military operations in the Gaza Strip.

*Those operating or residing in Amman on July 21 are advised to avoid nonessential travel to the UN building in the Shmeisani neighborhood due to the scheduled sit-in and potential for*

Page 731

UCP002137

*unrest.*

**Libya: Hostilities between rival militias at Tripoli International Airport intensifies; 47 reportedly                           killed                           in                           24                           hours**
Death tolls are liable to rise as not all casualty reports have been received, according to reports. Meanwhile, the Libyan state news agency reported that on July 20, a bomb was dismantled near a power station in Benghazi, while five assassinations were reported in the city                           over                           July                           19-21.
The intensified hostilities over the airport further underscore a breakdown in recent ceasefire efforts led by the Tripoli Local Council (TLC). The reportedly high death toll also further validates descriptions of the attack as "the most intense bombardment so far" by the Airport authority. Additional fighting for the airport will likely continue in the near term. As a result, further mobilization of militia reinforcements may be witnessed over the coming hours. The uptick in hostilities comes on the heels of a warning by Major General Khalifa Haftar of an escalation in Islamist attacks ahead of the anticipated announcement of the House           of           Representative's           election           results           on           July           21.
*For those remaining in Tripoli, it is advised to minimize all movement and strictly avoid all nighttime           travel,           including           to           and           from           the           airport.*

**Turkey: Anti-Israel demonstration currently underway in Istanbul; additional protest slated                  for                  evening                  hours                  in                  Ankara**
Reports indicate that several hundred people have gathered outside the Israeli Consulate in Istanbul's Levent neighborhood during the early afternoon hours of July 21, while a protest march has been called for in Ankara from Kugulu Park to the Israeli Embassy beginning at 19:00                                (local                                time).
Protests outside Israeli diplomatic missions in Istanbul and Ankara have become an almost daily occurrence since the launch of Israel's ground operations in the Gaza Strip on July 17-18, underscoring the increased animosity towards Israel from Turkish civil society leaders. In this context, we assess that both protests today are accompanied by a heightened risk of unrest, especially considering the violence witnessed during similar protests in the overnight hours of July 17-18. We assess that there is a heightened potential for additional protests over     the     coming     days,     given     the     continuation     of     Israel's     operation.
*Those operating or residing in Istanbul are advised to avoid nonessential travel to the Israeli Consulate, while those operating or residing in Ankara are advised to avoid nonessential travel           to           Kugulu           Park           and           the           Israeli           Embassy.*

## Notable                                                                                    events

**Bahrain: Ministry of Justice, Islamic Affairs and Endowments files lawsuit against opposition movement al-Wefaq National Islamic Society on July 20 to suspend activities for                                      three                                      months**
Bahrain's official news agency reported that the suspension will remain until al-Wefaq "rectifies its  illegal status following the annulment of four general assemblies for lack of

Page 732

quorum and the non-commitment to the public and transparency requirements for holding them". Al-Wefaq's Secretary General, Ali Salman, stated that, "if this attack is to pressure the movement, al-Wefaq will not participate in the elections under pressure and coercion", referring to the fall Parliamentary elections. The aforementioned lawsuit, as well as charges filed against Salman and his assistant, Khalil Marzouq, earlier in July after meeting with an American official, underscore recent efforts by the government to restrict al-Wefaq's movements. These actions follow events that suggested the government was attempting to appease the organization, including the acquittal of Marzooq. In this context, it remains possible that, after attempts to appease the movement to encourage participation in elections were perceived as inefficient,the government has decided to pursue legal measures as a means of pressuring al-Wefaq.

**Iraq: At least 16 killed in Mahmoudiya and Abu Ghraib during overnight hours of July 20-21 by Sunni militants**
In Mahmoudiya, mortar rounds fired on Shiite neighborhoods killed 11 and wounded 31, according to security officials. In Abu Ghraib, a western suburb of Baghdad, reports indicate that two soldiers and three Shiite militia volunteers were killed by a roadside bomb. A further eight people were wounded in the explosion. Given the attacks' targets and their locations, we assess Islamic State (IS) or other insurgent factions were likely responsible. The locations of the two aforementioned attacks, along with a wave of car bombings in Baghdad on July 19, further indicate that IS and fellow militants are aiming to solidify their control of areas surrounding the capital. Attacks in the Baghdad belt will therefore continue at an exacerbated pace in the near term.

**Iraq: Mortar shells fall near al-Askari Mosque in Samarra during morning hours of July 21**
An Iraqi official security source reportedly claimed that the mortar rounds fell about 60-70 meters from the mosque, a holy site in Shiite Islam. Al-Askari Mosque was attacked and nearly destroyed in two attacks in 2006 and 2007. The 2006 attack set off a round of retaliatory violence that left over 1000 people dead in the days following the attack. The attack was seen as a major catalyst for Iraq's civil war. We assess that Islamic State (IS) or other Sunni militants were likely responsible, seeking to damage the mosque and exacerbate sectarian tensions in Iraq. IS and its allies have made attempts to take Samarra, and have shelled the city periodically. However, protecting the mosque has become a rallying cry for the Iraqi Shiite community and Iran; prompting the Iranian Revolutionary Guard Corps (IRGC) and several militias, including rivals, to deploy forces throughout Samarra. Sunni attempts to target the mosque will nonetheless likely continue, especially given the ongoing stalemate around the city. In that context, damage to the mosque carries the potential to seriously erode already volatile security conditions in Iraq.

**Lebanon: General Labor Confederation (GLC) calls for escalation in protests after Ramadan on July 27**
On July 21, GLC head Ghassan Ghosn called for an escalation in protests and labor strikes

Page 733

UCP002139

until the passage of a new public sector wage law. Furthermore, Ghosn warned of "dire consequences much worse than the darkest days of Lebanon's past wars" in the event that the law is not passed over the coming weeks. Given the current political deadlock which has resulted in diminished chances for the passage of the draft law, we assess that labor-oriented protests and work stoppages are likely to increase in scope and size over the coming weeks. This is further exacerbated by the ongoing boycott of Parliamentary sessions by several political blocs from both the March 8 and March 14 Alliances, which has further contributed to a virtual halt in Lebanon's legislative activity. In this context, the GLC is likely to coordinate its demonstrations and work stoppages with the Syndicate Coordination Committee (SCC), a public sector union that has held public sector labor strikes every Wednesday since July 9.

**Lebanon: Security forces arrest top-level Sunni militia commander in Tripoli on July 20**
Reports indicate that Lebanese Armed Forces (LAF) conducted several raids in Tripoli, arresting Salafist militia leader Hussam al-Sabbagh while also killing Monzer al-Hasan, who is alleged to have provided explosives to Sunni militant groups planning to carry out major attacks in Lebanon. Following the raids, approximately 150 Sunni militants reportedly blocked roads in the predominantly Sunni neighborhood of Bab al-Tabbaneh. Tripoli has witnessed intermittent bouts of sectarian violence since the outbreak of the Syrian Civil War in 2011, most notably between the predominantly Sunni Bab al-Tabbaneh and Alawite Jabal Mohsen neighborhoods. While there has been a notable decrease in violence in Tripoli since the implementation of an LAF security plan in April 2014, Sunni accusations of the LAF disproportionately targeting Sunni militant groups has led to sporadic clashes between them and LAF soldiers in recent months. That said, given that operations are unlikely to abate in the near term, we assess that incidents of unrest in Tripoli are likely to continue.

**Syria: Inter-rebel clashes reported in southern neighborhoods of Damascus on July 21**
Rebel groups reportedly fought against members of IS (Islamic State) in the southern Damascus neighborhoods of al-Hajar al-Aswad and Qadam during the early morning hours of July 21.
IS fighters have reportedly retreated to southern neighborhoods of Damascus in recent days due to inter-rebel fighting, concentrating in the neighborhoods of Tadamon, al-Hajar al-Aswad and Qadam. Given the momentum of combat, beginning about three weeks ago in a rebel offensive, with rebel forces expelling IS from southern neighborhoods, we assess that the rebels ultimately seek to remove IS from the Damascus area, and will continue fighting in these neighborhoods in the coming days. Over the long term, the Assad regime will likely seek to capitalize on such inter-rebel tensions in order to reassert control over the suburbs of Damascus.

**Tunisia: Interior Ministry reportedly warns secularist MP over potential assassination attempt on July 22**
Samir Taieb, a member of the Social Democratic Path (VDS), reportedly received a warning

Page 734

from the Interior Ministry over an assassination attempt planned against him on July 22. Taieb, who is also a member of parliament, has been under protection since last year, due to            other            threats            against            him. Death threats in Tunisia now carry heightened sensitivities, since militants assassinated two opposition MPs in February and July 2013, leading to accusations that the then ruling-party and main Islamist party Ennahda, was directly or indirectly responsible. With this in mind and given a recent uptick in militancy in Tunisia, there remains a possibility that militants are attempting to foment political instability in the lead up to October elections. As a result, any threat against a member of the parliament during this period is likely to be taken very seriously    by    the    government,    as    it    seeks    to    mitigate    such    threats.

**Yemen: Government reportedly cracking down on motorbike violations in Aden as a means                        to                        reduce                        assassinations**
Reports indicate that the police crackdown began on July 19, in cooperation with the army and security forces. 33 vehicles have reportedly been seized for violations. The reported crackdown is not the first time Yemeni authorities have undertaken such measures in an effort to reduce assassinations, of which a prefered method in Yemen is via armed men on motorbikes. This includes a widespread ban on motorbikes that has reportedly remained in place in Sanaa since December 2013. However, while reports indicate that the Sanaa ban reduced the number of targeted shootings, Aden authorities will crackdown on violations rather than ban their use. As a result, it remains to be seen how successful the effort will be and how effectively the regulations will be enforced. Regardless, the move highlights the threat of violence in Aden, especially from al-Qaeda in the Arabian Peninsula (AQAP) operatives, who have been known to utilize such methods. In this context, we assess that these measures, especially if they eventually involve a broader motorbike ban, could force militants to alter their tactics. However, a significant reduction in overall militancy    in    and    around    Aden    is    unlikely,    given    instability    throughout    Yemen.

CONFIDENTIAL                                                                                                UCP002141

*For any questions or concerns on how these events impact your business continuity, please contact us:*



| | |
|---|---|
| Intelligence support: | |
| On-ground support: | |
| General assistance hotline: | +44 20-3540-0434 |

**To view a description of this report and others included in our regional intelligence packages,** <span style="color:#1F6FD6;">**click**</span> <span style="color:#1F6FD6;">**here**</span>.

DISCLAIMER: Please note that any views and/or opinions and/or assessment and/or recommendations presented in this text are solely those of Max Security. If you are not the named addressee you should not disseminate, distribute or copy this text. If you are not the intended recipient you are notified that disclosing, copying, distributing or taking any action in reliance on the contents of this information is strictly prohibited. Max Security Solutions accepts no liability for (i) the contents of this text/report being correct, complete or up to date; (ii) consequences of any actions taken or not taken as a result and/or on the basis of such contents. Copyright 2014 Max Security

To be removed from our mailing list click here

Page 736

# EXHIBIT 39

Page 737

**From:**          Susan Weiss ███████████████████
**Sent:**          July 15, 2014 1:34 PM
**To:**            Garber, Andrea (NBCUniversal)
**Cc:**            Deborah Kizner
**Subject:**       RE: "DIG" Season 1 - Imminent Peril claim notification

Andrea,
Just got an email from Michael at OBI. He confirmed receipt of my email and said it was forwarded to the Claims Dept to start the process. Either Danny Gutterman ███████, Pamela Johnson █████████ or both will follow up on the matter.

Let me know how your call goes later today.


Susan M. Weiss  | Senior Vice President
Aon/Albert G. Ruben Insurance Services, Inc.
15303 Ventura Blvd., Suite 1200
Sherman Oaks, CA  91403-5817

Tel: +1 818.742.0521 ███████████████ | Fax: +1 847.953.2479
Email: ██████████████████████████████

This email message, including any attachment(s), is intended only for the named recipient(s) and may contain confidential, proprietary or legally privileged information. Unauthorized individuals or entities are not permitted access to this information. Any dissemination, distribution, disclosure, or copying of this information is unauthorized and strictly prohibited. If you have received this message in error, please advise the sender by reply email, and delete this message and any attachments.


-----Original Message-----
From: Garber, Andrea (NBCUniversal) ██████████████████
Sent: Tuesday, July 15, 2014 10:59 AM
To: Susan Weiss
Cc: Deborah Kizner
Subject: RE: "DIG" Season 1 - Imminent Peril claim notification

Hi, Susan -

Kurt and Mark Binke are thinking that OneBeacon may have some initial comment. I don't think they really would with just this initial submission but we'd like to ask if they have any questions to see if there are underlying concerns. Give me a call when you have a minute.

Thanks,
Andrea

-----Original Message-----
From: Susan Weiss ████████████████████████
Sent: Tuesday, July 15, 2014 10:19 AM
To: Garber, Andrea (NBCUniversal)
Cc: Deborah Kizner
Subject: RE: "DIG" Season 1 - Imminent Peril claim notification

It has been reported to the carrier.

Page 738

CONFIDENTIAL                                        UCP000340

FYI, Kurt called me this morning to just circle back on the issue.  We've been playing phone tag.


Susan M. Weiss  | Senior Vice President Aon/Albert G. Ruben Insurance Services, Inc.
15303 Ventura Blvd., Suite 1200
Sherman Oaks, CA  91403-5817

Tel: +1 818.742.0521                              Fax: +1 847.953.2479
                                    http://www.aonagr.com


This email message, including any attachment(s), is intended only for the named recipient(s) and may contain confidential, proprietary or
legally privileged information. Unauthorized individuals or entities are not permitted access to this information. Any dissemination,
distribution, disclosure, or copying of this information is unauthorized and strictly prohibited. If you have received this message in error,
please advise the sender by reply email, and delete this message and any attachments.


-----Original Message-----
From: Garber, Andrea (NBCUniversal)
Sent: Monday, July 14, 2014 2:15 PM
To: Susan Weiss
Cc: Deborah Kizner
Subject: "DIG" Season 1 - Imminent Peril claim notification

Hi, Susan -

Following our discussion on Friday with Peter, below is the email I received from Randi Richmond, the Production Executive on the
show, outlining the situation in Israel on our production "Dig" season 1.  Due to the perilous conditions in both Tel Aviv and Jerusalem,
production has postponed their start of the episode 2/3 block by one week.  They were scheduled to start PP on 7/20 /14.  The estimated
cost of this push is $300K to $350K.

Please forward this on to OneBeacon on our behalf.  In the past, the claim notifications have gone to Michael Arevalo and he distributes
them internally as necessary.

Please give me a call if you there are any questions.

Thanks,
Andrea


Andrea Garber
Sr. Director, Risk Management
NBCUniversal
100 Universal City Plaza
Bldg. 1280, 8th Floor
Universal City, CA  91608
Phone: (818) 777-5179



-----Original Message-----
From: Richmond, Randi (NBCUniversal)
Sent: Monday, July 14, 2014 12:44 PM

Page 739

UCP000341

To: Garber, Andrea (NBCUniversal)
Cc: Binke, Mark (NBCUniversal); Ford, Kurt B (NBCUniversal)
Subject: DIG


A) summary of where you are in the production schedule

 -Production completed the pilot on June26,2014 and was on a 'shooting' hiatus from June 29 thru July 19 and had ended the 2nd week
 of a 3 week 'prep' prior to  shooting the next 5 episodes.
At the end of the 2nd week on July 11,2014 the crew was alerted to the following week being now a 'push' and their services not
required.



B) what you have been advised of by security regarding the imminent peril to your operations


- the following was an email send to Mark Binke 7/10/14 "This is to advise you that the security environment in Israel currently prohibits
NBCU Security from being able to guarantee the safety and security of our employees, production partners and associated crew and
talent.

NBCU Security have monitored and evaluated the events in Israel, Gaza and the West Bank, since inception and analysed information
from multiple sources. All current intelligence and activity in country points to events still being in escalation phase without a predictable
or realistic timeframe for a reduction in hostilities. We have looked at the magnitude and range, of current rocket attacks (which appear to
target locations to be used in forthcoming filming), the escalation of civil disorder and potential for a further increase in hostilities
including a ground campaign and  acts of terrorism within Israel, all of which mean there is no short term and realistic likelihood for
positive changes to the security landscape.

As the situation is unlikely to change, this raises significant concern over the level of risk facing our crew and talent, and the liability
over duty of care to which NBCUniversal would be exposed. There are no current security controls that would allow NBCU Security to
guarantee the safety and security of our personnel planning to arrive or currently based in Israel without the prospect of serious injury or
loss of life. Personnel based in country in relation to this production should make arrangements to leave.

Thanks"

Stephen Smith
Head of Security, Europe
International Security & Crisis Management

+44 (0) 20 3618 5082 (office)



NBCUniversal International
T1 Central St Giles
St Giles High Street
London WC2H 8NU
United Kingdom
www.nbcuni.com

C) what you are doing to address that (one week push at this time) and how that will impact production.


-Any crew that were hired from out of country were flown home.
Local crew reduced to minimum staffing.

CONFIDENTIAL                                     UCP000342

Majority of crew require 1 week notice prior to time off work with no pay, therefore majority of crew will get paid for the first push week
Impact to production is a delay in prep and shooting.

Page 741

CONFIDENTIAL

# EXHIBIT 40

RECEIVED
APR 19 2017
By_____

1    LUCIA E. COYOCA (SBN 128314)
       lec@msk.com
2    VALENTINE A. SHALAMITSKI (SBN 236061)
       vas@msk.com
3    DANIEL M. HAYES (SBN 240250)
       dmh@msk.com
4    MITCHELL SILBERBERG & KNUPP LLP
     11377 West Olympic Boulevard
5    Los Angeles, CA 90064-1683
     Telephone: (310) 312-2000
6    Facsimile: (310) 312-3100

7    Attorneys for Plaintiffs
     Universal Cable Productions LLC and
8    Northern Entertainment Productions LLC

9                    UNITED STATES DISTRICT COURT

10                  CENTRAL DISTRICT OF CALIFORNIA

11                         WESTERN DIVISION

12

13   UNIVERSAL CABLE                    CASE NO. 2:16-cv-4435-PA-MRW
     PRODUCTIONS LLC, *et al.*,
14                                      **PLAINTIFFS' SUPPLEMENTAL
            Plaintiffs,                 RESPONSES TO DEFENDANT'S
15                                      SECOND SET OF
            v.                          INTERROGATORIES**
16
     ATLANTIC SPECIALTY                 Filed:      June 20, 2016
17   INSURANCE COMPANY,                 Trial:      July 25, 2017

18          Defendant.

19

20   PROPOUNDING PARTY:        Defendant, Atlantic Specialty Insurance Company

21                             (hereinafter, "Atlantic" or "Defendant")

22   RESPONDING PARTY:         Plaintiffs, Universal Cable Productions LLC

23                             (hereinafter, "UCP") and Northern Entertainment

24                             Productions LLC ("Northern Entertainment,"

25                             hereinafter collectively with UCP, "Plaintiffs").[1]

26   SET NUMBER:               Two

27   _____
     [1] Defendant served identical sets of interrogatories on each Plaintiff.  This response
28   is on behalf of both Plaintiffs.

Mitchell
Silberberg &
Knupp LLP

8725209

                                                                 Page 743

PLAINTIFFS' SUPPLEMENTAL RESPONSES TO DEFENDANT'S SECOND SET OF INTERROGATORIES

1    Pursuant to Rules 26 and 33 of the Federal Rules of Civil Procedure

2  ("FRCP"), Plaintiffs hereby provide this Supplemental Responses to Defendant's

3  Second Set of Interrogatories ("Response").

4                          **PRELIMINARY STATEMENT**

5      1.    The responses provided herein are made solely for the purposes of this

6  action.  All information provided in response to these interrogatories are subject to

7  all objections as to competence, relevance, materiality, propriety, admissibility,

8  and all other objections on any grounds that would permit or require the exclusion

9  of the information if offered into evidence, and all objections and grounds are

10  hereby expressly reserved and may be interposed at the time of any deposition,

11  during any hearing or trial, or any other proceeding in this matter.

12      2.    The following responses are based on information presently available

13  to and located by Plaintiffs and no incidental or implied admissions are intended

14  hereby.  The fact that Plaintiffs respond or object to any interrogatory is not

15  intended and shall not be construed as an admission that Plaintiffs accept or admit

16  the existence of any facts set forth in or assumed by such interrogatory, or that

17  such response or objection constitutes admissible evidence.  The fact that Plaintiffs

18  respond to all, or part, of any interrogatory is not intended to be and should not be

19  construed as a waiver by Plaintiffs of all, or any part, of any objection to any

20  interrogatory made herein.

21      3.    Plaintiffs' discovery is ongoing.  Plaintiffs reserve the right to

22  supplement, amend, alter and/or modify their responses to these interrogatories,

23  and the following objections and responses are without prejudice to Plaintiffs' right

24  to provide supplemental responses as additional information is discovered, or

25  present additional responsive information at or before any hearing or trial in this

26  matter, or any other proceeding in this matter.

27

28

Mitchell
Silberberg &
Knupp LLP

**Page 744**

PLAINTIFFS' SUPPLEMENTAL RESPONSES TO DEFENDANT'S SECOND SET OF INTERROGATORIES

1  where each such person went and the date the person next resumed working on

2  *DIG*.

3  **RESPONSE TO INTERROGATORY NO. 24:**

4          Plaintiffs object to this interrogatory because it seeks information not

5  relevant to any party's claim or defense or proportional to the needs of the case.

6  Plaintiffs also object to this interrogatory to the extent it contains multiple subparts

7  within the meaning of FRCP 33(a)(1), is burdensome, oppressive, vague, and

8  ambiguous, and would require expenditure of efforts and resources

9  incommensurate with the needs of the case.

10          Subject to and without waiving the foregoing objections and preliminary

11  statement, Plaintiffs respond as follows:  Plaintiffs do not believe information

12  concerning the exact dates that each person who worked on the *DIG* production

13  arrived in and left Israel in July 2014, and where each such person went after

14  he/she left Israel, and the date the person next resumed working on *Dig*, has any

15  relevance to the issues in dispute in this lawsuit.  The time and resources that

16  would be required to research and obtain this information (if it is even available)

17  would be considerable and it is unknown whether this information exists and can

18  be located in a reasonable time frame.  However, Plaintiffs are willing to meet and

19  confer as to this interrogatory to ascertain Atlantic's intent in seeking the requested

20  information, and its purported relevance to the issues in this case.

21  **INTERROGATORY NO. 25:**

22          IDENTIFY the date upon which YOU decided to move production out of

23  Israel, and IDENTIFY all DOCUMENTS that evidence the timing of and factual

24  basis for the decision.

25  **SUPPLEMENTAL RESPONSE TO INTERROGATORY NO. 25:**

26          Plaintiffs object to this interrogatory to the extent it seeks information

27  potentially protected by the attorney-client privilege or work product doctrine.

28  Plaintiffs also object to this interrogatory to the extent it contains multiple subparts

Mitchell
Silberberg &
Knupp LLP

**Page 745**

12

PLAINTIFFS' SUPPLEMENTAL RESPONSES TO DEFENDANT'S SECOND SET OF INTERROGATORIES

1   within the meaning of FRCP 33(a)(1), is burdensome, oppressive, vague, and

2   ambiguous, particularly to the extent that Atlantic demands that Plaintiffs identify

3   "all DOCUMENTS that evidence the timing of and factual basis for the decision."

4   Plaintiffs also object to the interrogatory on the grounds that it seeks information

5   duplicative of information Plaintiffs previously provided in response to

6   Interrogatory Nos. 3 and 15.  Moreover, Plaintiffs object to the extent this

7   interrogatory seeks information not relevant to any party's claim or defense or

8   proportional to the needs of the case, particularly because Atlantic already has

9   admitted that the situation in Israel in the summer of 2014 constituted "imminent

10  peril" within the meaning of the Policy, Section III – Extra Expense, § I.  *See, e.g.*,

11  Atlantic's (Pamela Johnson) July 28, 2014 denial of coverage letter, p. 5

12  [ATL00094-101] ("Rockets launched toward areas where filming is taking place

13  would no doubt reasonably constitute a 'certain, immediate and impending danger

14  of such probability and severity to person or property that it would be unreasonable

15  or unconscionable to ignore.'  …  The question now is not whether the loss falls

16  within the insuring clause but whether the war exclusion or the terrorism coverage

17  applies.").  In addition, Atlantic's July 28, 2014 denial of coverage letter expressly

18  acknowledged that on July 17, 2014, it was informed that Plaintiffs had decided to

19  move the production.  ("On Thursday afternoon [July 17, 2014], we had another

20  telephone conversation which included Danny Gutterman and Susan Weiss. In this

21  conversation, you informed us that NBCU had decided to move the production due

22  to the ongoing hostilities which were creating dangerous conditions in Tel Aviv

23  and Jerusalem.")

24       Plaintiffs already have produced numerous documents relating to the

25  conditions in Israel in the summer of 2014 which precipitated Plaintiffs' decision

26  to move the production.  Plaintiffs refer Atlantic to such documents from which

27  Atlantic may determine additional responsive information to this interrogatory, and

28

Mitchell
Silberberg &
Knupp LLP

**Page 746**

13

1   the burden of ascertaining this information from those documents is substantially

2   the same for Atlantic as it would be for Plaintiffs.

3           Subject to and without waiving the foregoing objections and preliminary

4   statement, Plaintiffs provide their supplemental response as follows:

5           Plaintiffs incorporate herein and refer Atlantic to Plaintiffs' response dated

6   December 30, 2016 to Interrogatory Nos. 3 and 15 which, among other things,

7   provided detailed information responsive to this interrogatory.

8           Plaintiffs finalized their decision to move the *Dig* production out of Israel on

9   July 16, 2014, and promptly communicated that decision to Atlantic on July 17,

10  2014.  *See, e.g.*, UCP000854 (July 17, 2014 email from Susan Weiss to Daniel

11  Gutterman, Pamela Johnson, cc:  Andrea Garber and Peter Williams).

12          Furthermore, in addition to Atlantic's admission that the situation in Israel in

13  the summer of 2014 constituted "imminent peril" within the meaning of the Policy,

14  Section III – Extra Expense, § I and the facts and documents identified in

15  Plaintiffs' response to Interrogatory Nos. 3 and 15, Plaintiffs refer Atlantic to,

16  without limitation, the multiple security advisory documents regarding the

17  situation in Israel in the summer of 2014 that Plaintiffs already have produced

18  including:  UCP000482-UCP000483, UCP000507, UCP000613-UCP000614,

19  UCP000668-UCP000669, UCP000727-UCP000728, UCP000888-UCP000890,

20  UCP000940, UCP001025, UCP0001286, UCP0001413-UCP0001414,

21  UCP0001595-UCP0001597, UCP0001975-UCP0001976, UCP0002094-

22  UCP0002098, UCP0002282-UCP0002285, UCP0002302-UCP0002305,

23  UCP0002332-UCP0002336, UCP0002459-UCP0002462, UCP0002524-

24  UCP0002529, UCP0002809-UCP0002812, UCP0003321.

25          Plaintiffs also note that discovery is ongoing and additional facts may

26  subsequently be discovered which may be responsive to this interrogatory.

27  ///

28  ///

Mitchell
Silberberg &
Knupp LLP

**Page 747**

14

PLAINTIFFS' SUPPLEMENTAL RESPONSES TO DEFENDANT'S SECOND SET OF INTERROGATORIES

1  DATED:  April 12, 2017          LUCIA E. COYOCA
                                   VALENTINE A. SHALAMITSKI
2                                  DANIEL M. HAYES
                                   MITCHELL SILBERBERG & KNUPP LLP
3

4

5                                  By:   /s/ Lucia E. Coyoca
                                         Lucia E. Coyoca
6                                        Attorneys for Plaintiffs
                                         Universal Cable Productions LLC and
7                                        Northern Entertainment
                                         Productions LLC
8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Mitchell
Silberberg &
Knupp LLP

15

**Page 748**

PLAINTIFFS' SUPPLEMENTAL RESPONSES TO DEFENDANT'S SECOND SET OF INTERROGATORIES

1

## **PROOF OF SERVICE**

2    STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

3          I am employed in the County of Los Angeles, State of California, I am over
4    the age of eighteen years and am not a party to this action; my business address is
     Mitchell Silberberg & Knupp LLP, 11377 West Olympic Boulevard, Los Angeles,
5    CA  90064-1683.

6          On April 12, 2017, I served a copy of the foregoing document(s) described
     as **PLAINTIFFS' SUPPLEMENTAL RESPONSES TO DEFENDANT'S
7    SECOND SET OF INTERROGATORIES** on the interested parties in this action
     at their last known address as set forth below by taking the action described below:

8    Marc J. Shrake, Esq.                    Michael Keeley, Esq.
     ANDERSON, MCPHARLIN &                   Toni Scott Reed
9    CONNERS LLP                             Carla C. Crapster, Esq.
     707 Wilshire Boulevard, Suite 4000      STRASBURGER & PRICE, LLP
10   Los Angeles, CA  90017-3623             901 Main Street, Suite 6000
     Tel:  (213) 236-1691                    Dallas, TX  75202
11   Fax:  (213) 622-7594                    Tel:  (214) 651-4300
     Email:  mjs@amclaw.com                  Fax:  (214) 651-4330
12                                           Email: michael.keeley@strasburger.com;
     *Attorneys for Defendant Atlantic*      toni.Reed@strasburger.com;
13   *Specialty Insurance Company*           carla.crapster@strasburger.com

14                                           *Attorneys for Defendant Atlantic Specialty*
15                                           *Insurance Company*

16   ☑   **BY MAIL**:  I placed the above-mentioned document(s) in sealed
         envelope(s) addressed as set forth above, and deposited each envelope in the
17       mail at Los Angeles, California.  Each envelope was mailed with postage
         thereon fully prepaid.

18   ☑   **BY ELECTRONIC MAIL**:  I served the above-mentioned document
19       electronically on the parties listed at the email addresses above and, to the
         best of my knowledge, the transmission was complete and without error in
20       that I did not receive an electronic notification to the contrary.

21         I declare under penalty of perjury under the laws of the United States that
22   the above is true and correct.

           Executed on April 12, 2017, at Los Angeles, California.
23

24                                    _____
25                                         Valentine A. Shalamitski

26

27

28

Mitchell
Silberberg &                                                           **Page 749**
Knupp LLP
                                  16
PLAINTIFFS' SUPPLEMENTAL RESPONSES TO DEFENDANT'S SECOND SET OF INTERROGATORIES

# EXHIBIT 41

LUCIA E. COYOCA (SBN 128314)
  lec@msk.com
VALENTINE A. SHALAMITSKI (SBN 236061)
  vas@msk.com
MITCHELL SILBERBERG & KNUPP LLP
11377 West Olympic Boulevard
Los Angeles, CA 90064-1683
Telephone: (310) 312-2000
Facsimile: (310) 312-3100

Attorneys for Plaintiffs
Universal Cable Productions LLC and
Northern Entertainment Productions LLC

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNIVERSAL CABLE PRODUCTIONS LLC, *et al.*,<br><br>             Plaintiffs,<br><br>      v.<br><br>ATLANTIC SPECIALTY INSURANCE COMPANY,<br><br>             Defendant. | CASE NO. 2:16-cv-4435-PA-MRW<br><br>**PLAINTIFFS' RESPONSE TO DEFENDANT'S FIRST SET OF INTERROGATORIES**<br><br>Filed:       June 20, 2016<br>Trial:       May 23, 2017 |

PROPOUNDING PARTY:        Defendant, Atlantic Specialty Insurance Company

                          (hereinafter, "Atlantic" or "Defendant")

RESPONDING PARTY:         Plaintiffs, Universal Cable Productions LLC

                          (hereinafter, "UCP") and Northern Entertainment

                          Productions LLC ("Northern Entertainment,"

                          hereinafter collectively with UCP, "Plaintiffs").[1]

SET NUMBER:               One

---

[1] Defendant served identical sets of interrogatories on each Plaintiff.  This response is on behalf of both Plaintiffs.

Page 751

PLAINTIFFS' RESPONSES TO DEFENDANT'S FIRST SET OF INTERROGATORIES

Pursuant to Rules 26 and 33 of the Federal Rules of Civil Procedure ("FRCP"), Plaintiffs hereby provide this Response to Defendant's First Set of Interrogatories ("Response").  Pursuant to the parties' agreement, this Response is timely provided on December 30, 2016.

## **PRELIMINARY STATEMENT**

1.     The responses provided herein are made solely for the purposes of this action.  All information provided in response to these interrogatories are subject to all objections as to competence, relevance, materiality, propriety, admissibility, and all other objections on any grounds that would permit or require the exclusion of the information if offered into evidence, and all objections and grounds are hereby expressly reserved and may be interposed at the time of any deposition, during any hearing or trial, or any other proceeding in this matter.

2.     The following responses are based on information presently available to and located by Plaintiffs and no incidental or implied admissions are intended hereby.  The fact that Plaintiffs respond or object to any interrogatory is not intended and shall not be construed as an admission that Plaintiffs accept or admit the existence of any facts set forth in or assumed by such interrogatory, or that such response or objection constitutes admissible evidence.  The fact that Plaintiffs respond to all, or part, of any interrogatory is not intended to be and should not be construed as a waiver by Plaintiffs of all, or any part, of any objection to any interrogatory made herein.

3.     Plaintiffs' discovery is ongoing.  Plaintiffs reserve the right to supplement, amend, alter and/or modify their responses to these interrogatories, and the following objections and responses are without prejudice to Plaintiffs' right to provide supplemental responses as additional information is discovered, or present additional responsive information at or before any hearing or trial in this matter, or any other proceeding in this matter.

Mitchell
Silberberg &
Knupp LLP

Page 752

2

1    suitable for filming interior scenes.  Conversely, while New Mexico

2    had suitable studio facilities, it did not have the same look or feel as

3    Jerusalem as did Croatia.  Therefore, it was necessary to film in both

4    Croatia and New Mexico.

5  •  Under similar circumstances where an entire production was required

6    to be moved, additional production days would typically be added to

7    the schedule, which would have significantly increased costs.  UCP

8    personnel and the *Dig* production crew went above and beyond the

9    normal requirements of a television production to ensure that

10    additional days were not added, working around the clock for multiple

11    weeks to ensure that additional shooting days were not needed.

12    Relocation would have justified extending the number of shooting

13    days beyond the originally scheduled number, at a considerable

14    expense for each additional day.  UCP, however, made significant

15    efforts to adhere to the schedule.  As a result, shooting was completed

16    in the same number of days as originally scheduled, significantly

17    decreasing the ultimate amount of Plaintiffs' LOSS.

18    The persons primarily involved in connection with the above-described

19    efforts are:  Mark Binke, Randi Richmond, and Kurt Ford.

20    Atlantic's conduct in failing and refusing to pay the *Dig* claim made it

21    impossible and prevented Plaintiffs from minimizing or mitigating other damages

22    claimed in this action, including but not limited to Plaintiffs' legal fees, expenses,

23    and costs incurred and to be incurred as a result of their efforts to obtain coverage

24    under the POLICY, punitive damages, interest, and other relief.

25  **INTERROGATORY NO. 16:**

26    State all facts that support YOUR position that the activity in Israel and

27    Palestine in 2014 that led YOU to move the production of *DIG* did not relate

28    directly or indirectly from the use of any weapon of war.

Mitchell
Silberberg &
Knupp LLP

Page 753

27

**RESPONSE TO INTERROGATORY NO. 16:**

Plaintiffs object to this interrogatory to the extent it seeks information potentially protected by the attorney-client privilege or work product doctrine. Plaintiffs also object to the extent the interrogatory calls for a legal conclusion. Plaintiffs also object on the grounds of relevance to the extent that Atlantic uses the term "the use of any weapon of war" in any sense other than that intended by the exclusion language in Section III.4. of the General Conditions of the Policy." Plaintiffs further object to this interrogatory to the extent it misstates the language of the POLICY. Plaintiffs also object to the extent the interrogatory seeks to shift the burden from Atlantic to Plaintiffs to prove that the exclusions set forth in Section III of the General Conditions of the POLICY do not apply to this claim. Plaintiffs also object to the extent this interrogatory asks Plaintiffs to state all facts which support Plaintiffs' position. Plaintiffs note that discovery is ongoing and additional facts may subsequently be discovered which may be responsive to this interrogatory.

Subject to and without waiving the foregoing objections and preliminary statement, key facts which support Plaintiffs' position that the activity in and around the filming locations of *Dig* in Israel in July 2014 did not fall within the exclusion language of Section III.4. of the General Conditions of the Policy include all facts stated in Plaintiffs' response to Interrogatory Nos. 5 and 7 above. Additional facts supporting Plaintiffs' position include, but are not limited to:

i.      The United States government considers Hamas' violent acts directed against Israeli citizens to be acts of terror, not war.[24]

ii.     Hamas is not a sovereign or quasi-sovereign entity.[25]

---

[24] U.S. Department of State, Israel, The West Bank and Gaza Travel Warning, July 21, 2014 (available at https://web.archive.org/web/20140724171638/ http://travel.state.gov/content/passports/english/alertswarnings/israel-travel-warning.html).

[25] U.S. Department of State, Foreign Terrorist Organizations (available at http://www.state.gov/j/ct/rls/other/des/123085.htm); U.S. Department of State,

28

Mitchell Silberberg & Knupp LLP

1    iii.    Hamas deliberately targeted rockets and mortars directed at Israel's

2   civilian population.[26]

3    iv.    Hamas was acting outside the norms of warfare when it arbitrarily

4   targeted civilian populations for the purpose of inciting terror.[27]

5    v.    Atlantic concedes that Hamas' actions fall outside "established norms

6   of warfare" and that "the rockets are being fired into civilian areas, which may

7   violate established norms of warfare and armed conflict under international law."

8   Atlantic's July 28, 2014 coverage opinion letter, p. 7.

9    vi.    No rockets or mortar fire landed on any *Dig* production location.

10   Weapons of war did not cause the LOSS sustained by Plaintiffs because the LOSS

11   was caused by the atmosphere of terror created by Hamas' random and

12   indiscriminate firing of mortars and rockets and the potential threat of other attacks

13   which could be used by Hamas, such as suicide bombers.

14    vii.    In Atlantic's July 28, 2014 coverage position letter (ATL00094-101),

15   Atlantic did not invoke a coverage exclusion based on "any weapon of war

16   including atomic fission or radioactive force" as set forth in the POLICY, General

17   Conditions, § III.  Atlantic only raised this exclusion in its Answer to the FAC

18   (ECF No. 14) filed on August 5, 2016.  It is Atlantic's burden to prove that an

19   exclusion applies which precludes coverage for loss that is otherwise covered

20   under the POLICY.  Atlantic cannot shift its initial burden to prove that an

21   exclusion applies to Plaintiffs.

22

23

24
_____

(…continued)

25   Independent States in the World (available at
http://www.state.gov/s/inr/rls/4250.htm).

26   [26] U.S. Department of State, Daily Press Briefing, Washington, DC, July 8, 2014
(available at http://www.state.gov/r/pa/prs/dpb/2014/07/228878.htm).

27   [27] U.S. Department of Treasury, U.S. Designates Five Charities Funding Hamas
and Six Senior Hamas Leaders as Terrorist Entities (available at

28   https://www.treasury.gov/press-center/press-releases/Pages/js672.asp...    Page 755

1  for Atlantic's tortious breach of the insurance contract, including but not limited to

2  Plaintiffs' legal fees, expenses, and costs incurred and to be incurred as a result of

3  their efforts to obtain coverage under the POLICY, and punitive damages.

4       Plaintiffs will also seek pre-judgment interest on all of the above amounts to

5  the full extent permitted by law, in an amount to be determined at trial.

6

7  DATED:  December 30, 2016       LUCIA E. COYOCA

8                      VALENTINE A. SHALAMITSKI
                       MITCHELL SILBERBERG & KNUPP LLP

9

10                      By:  /s/ Valentine A. Shalamitski

11                         Valentine A. Shalamitski
                           Attorneys for Plaintiffs

12                         Universal Cable Productions LLC and
                           Northern Entertainment

13                         Productions LLC

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Mitchell
Silberberg &
Knupp LLP

Page 756

34

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## **VERIFICATION**

I, Gabriela Kornzweig, am Vice President, Corporate Secretary for NBCUniversal Media, LLC, and am authorized to make this verification for and on behalf of Universal Cable Productions LLC, a party to this action, and I make this verification for that reason.

I have read the foregoing **PLAINTIFFS' RESPONSE TO DEFENDANT'S FIRST SET OF INTERROGATORIES**, and the matters contained therein are true to the best of my knowledge, information and belief.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: December __, 2016

_____
GABRIELA KORNZWEIG

Page 757

8483412.1

1

## <u>VERIFICATION</u>

2  I, Gabriela Kornzweig, am Vice President, Corporate Secretary for

3  NBCUniversal Media, LLC, and am authorized to make this verification for and on

4  behalf of Northern Entertainment Productions LLC, a party to this action, and I

5  make this verification for that reason.

6  I have read the foregoing **PLAINTIFFS' RESPONSE TO**

7  **DEFENDANT'S FIRST SET OF INTERROGATORIES**, and the matters

8  contained therein are true to the best of my knowledge, information and belief.

9  I declare under penalty of perjury under the laws of the United States of

10  America that the foregoing is true and correct.

11

12  Dated:  December ___, 2016                    _____

13                                                 GABRIELA KORNZWEIG

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Page 758

# PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

    I am employed in the County of Los Angeles, State of California, I am over the age of eighteen years and am not a party to this action; my business address is Mitchell Silberberg & Knupp LLP, 11377 West Olympic Boulevard, Los Angeles, CA 90064-1683, and my business email address is mxb@msk.com.

    On December 30, 2016, I served a copy of the foregoing document(s) described as **PLAINTIFFS' RESPONSE TO DEFENDANT'S FIRST SET OF INTERROGATORIES** on the interested parties in this action at their last known address as set forth below by taking the action described below:

| | |
|---|---|
| Marc J. Shrake, Esq.<br>ANDERSON, MCPHARLIN &<br>CONNERS LLP<br>707 Wilshire Boulevard, Suite 4000<br>Los Angeles, CA  90017-3623<br>Tel:  (213) 236-1691<br>Fax:  (213) 622-7594<br>Email:  mjs@amclaw.com<br><br>*Attorneys for Defendant Atlantic<br>Specialty Insurance Company* | Michael Keeley, Esq.<br>John R. Riddle, Esq.<br>Carla C. Crapster, Esq.<br>STRASBURGER & PRICE, LLP<br>901 Main Street, Suite 6000<br>Dallas, TX  75202<br>Tel:  (214) 651-4300<br>Fax:  (214) 651-4330<br>Email: michael.keeley@strasburger.com;<br>john.riddle@strasburger.com;<br>carla.crapster@strasburger.com<br><br>*Attorneys for Defendant Atlantic Specialty<br>Insurance Company* |

☑   **BY ELECTRONIC MAIL**:  I served the above-mentioned document electronically before 5:00 p.m. on the parties listed at the email addresses above and, to the best of my knowledge, the transmission was complete and without error in that I did not receive an electronic notification to the contrary.

☑   **BY MAIL**:  I placed the above-mentioned document(s) in sealed envelope(s) addressed as set forth above, and deposited each envelope in the mail at Los Angeles, California.  Each envelope was mailed with postage thereon fully prepaid.

    I declare under penalty of perjury under the laws of the United States that the above is true and correct.

    Executed on December 30, 2016, at Los Angeles, California.

_____
Monica Bowdre

Mitchell
Silberberg &
Knupp LLP

8502109.1

Page 759

# EXHIBIT 42

| From: | Susan Weiss |
|---|---|
| To: | Ford, Kurt B (NBC Universal) |
| Cc: | george, Walden; Rivera, Rafael (GE, Corporate); Susan Weiss |
| Subject: | RE: Policy Language |
| Date: | Tuesday, November 24, 2009 1:48:00 PM |
| Attachments: | ED NBC 09 001.pdf |

Kurt,

I wanted to give you an update on the policy review as well as where George and I are at with the marketing of your TV production package policy.

Policy Form
I have reviewed the Elm form and compared it to two of the broadest studio policy forms (one of which was NBCU) as well as with a new manuscripted studio form created by Aon/Ruben. We believe that this new manuscripted form should be used as the starting point with the carriers. It encompasses the elements found in the Elm form and also includes the newer coverages found on the master studio forms. Below are a few of the coverages on the new form that are being proposed to the carrier:

1) Term of coverage on all sections - 180 days prior to principal photography through protection print (including cast)
2) Cast - unlimited cast, unknown pregnancy & undeclared cast coverage
3) Delivery date expediting cost coverage
4) Hiatus coverage from pilot to season 1
5) Kidnap (unlawful detention) to include sublimit for ransom
6) Extra Expense - includes strike coverage for non-signatory unions, imminent peril coverage, mechanical breakdown for all equipment & props/sets & vehicles, cast & crew fatality

Please keep in mind we are still waiting on confirmation from the carrier that they will agree to the above as well as the remaining items in the new form.

TV Insurance Program Marketing
As George outlined in his 11/19/09 e-mail, our key goal is to find a carrier that will agree to a broad insurance contract, flexible underwriting & medical procedures, efficient and timely claims handling and competitive pricing. We have already approached Chubb, One Beacon, Fireman's Fund, Houston Casualty & Berkley (with Chubb writing excess over Berkley) to let them know of our priorities. We do not believe Chubb, on a primary basis, will be able to deliver, and Berkley can only put up $10mil in limit but Chubb could come in over that. We believe that One Beacon and possibly Fireman's Fund & Houston Casualty will be able to put up favorable terms.

We're hoping to have more from the carriers next week and will keep you posted.

Feel free to contact me if you have any questions or wish to discuss this further.

Regards, Susan

Susan M. Weiss
Vice President

CONFIDENTIAL

AONNBCU0000916

Aon/Albert G. Ruben Insurance Services, Inc.

████████

Direct Phone: (310) 234-6832
Direct Fax: (847) 953-2479

This transmission is intended only for the use of the individual or entity to which it is addressed, and may contain information that is privileged and confidential. If the reader of this message is not the intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distributing or copying of this information is unauthorized and prohibited. If you have received this communication in error, please notify me immediately by telephone and return the original message to me at the above address.

"Ford, Kurt B (NBC Universal)" ████████



| **"Ford, Kurt B (NBC Universal)"** ████████ | To"Susan Weiss" ████████ |
| | cc"Rivera, Rafael (GE, Corporate)" ████████ "george_Walden" |
| 10/26/2009 03:54 PM | SubjectRE: Policy Language |

Hi Susan,

Attached is a copy of the ELM Policy.

We appreciate any suggestions you might have.

Thanks again.

Kurt

---

**From:** Susan Weiss ████████
**Sent:** Monday, October 26, 2009 3:30 PM
**To:** Ford, Kurt B (NBC Universal)
**Cc:** Rivera, Rafael (GE, Corporate); george_Walden
**Subject:** Policy Language

Kurt,
Just following up on my vm to you from Friday regarding the policy language that was briefly discussed by you and George Walden.

I will gladly help you out with that and can probably provide you with language that you may find useful. I certainly have some good hiatus language for shows going either from pilot to series and series to series.

Let me know how I can assist.

Page 762

Regards, Susan

Susan M. Weiss
Vice President
Aon/Albert G. Ruben Insurance Services, Inc.
█████████████

Direct Phone: (310) 234-6832
Direct Fax: (847) 953-2479

---

This transmission is intended only for the use of the individual or entity to which it is
addressed, and may contain information that is privileged and confidential. If the reader of this
message is not the intended recipient, or the employee or agent responsible for delivering the
message to the intended recipient, you are hereby notified that any dissemination, distributing
or copying of this information is unauthorized and prohibited. If you have received this
communication in error, please notify me immediately by telephone and return the original
message to me at the above address. *(See attached file: ED NBC 09 001.pdf)*

CONFIDENTIAL

# EXHIBIT 43



Risk | Reinsurance | Human Resources          Careers



## About Aon

Aon plc (NYSE:AON) is the leading global provider of risk management, insurance and reinsurance brokerage, and human resources solutions and outsourcing services. Through its more than 72,000 colleagues worldwide, Aon unites to empower results for clients in over 120 countries via innovative and effective risk and people solutions and through industry-leading global resources and technical expertise. Aon has been named repeatedly as the world's best broker, best insurance intermediary, best reinsurance intermediary, best captives manager, and best employee benefits consulting firm by multiple industry sources. Read on for more information about Aon, and visit aon.com/manchesterunited to learn about Aon's global partnership with Manchester United.

### Industry Leading Global Resources

Our industry-leading global resources, technical expertise and industry knowledge are delivered locally through more than 500 offices in more than 120 countries. Aon was ranked by A.M. Best as the No. 1 global insurance brokerage in 2009, based on brokerage revenues, and voted best insurance intermediary, best reinsurance intermediary and best captives manager in 2010 by the readers of *Business Insurance.*

Aon recognized many years ago that our clients want products and services built around their unique needs and provided by professionals with deep expertise in their industries and local markets. We saw that globalization demanded two capabilities: gather the best thinking from around the world and then deliver solutions locally. With worldwide distribution, a vast base of intellectual capital, and leading technology, we have built a professional services company to achieve these important goals—all focused on areas increasingly in demand: insurance brokerage, risk management, and human capital consulting.

### Insurance and Risk Management

Insurance and risk management is now widely viewed as a critical boardroom issue. It is the cornerstone of every company's capital structure. A poorly constructed program may leave your organization vulnerable to major long-term setbacks, or worse, insolvency and bankruptcy. When well-designed, an insurance and risk management program frees you to pursue your vision—unhindered by concerns that you may need to hoard precious financial capital or maintain unusually high levels of liquidity.

### Human Capital Consulting

Aon Hewitt is among the world's top global human capital and management consulting firms, providing a complete array of consulting, outsourcing and insurance brokerage services. Our professionals possess extensive knowledge and experience in a variety of fields and help companies of all sizes attract and retain top talent. We can help you achieve better business results by finding, developing, motivating and rewarding employees in ways that fit with your broad financial and business goals.

### Reinsurance

Reinsurance is critical to helping insurance companies underwrite risk profitably, while preserving or enhancing capital strength and ratings.  Aon Benfield, the world's leading reinsurance broker and intermediary, provides clients with integrated capital solutions and services, delivering objective advice and fostering competition among highly rated reinsurers and an expanding array of new and alternative capital providers. Clients are better able to differentiate and meet their business objectives with our treaty and facultative reinsurance placement services, capital markets expertise, and relevant analytics and technical expertise, including catastrophe management, actuarial and rating agency counsel.

To effectively deliver these, and other, services, Aon has developed a global network of local resources brought together via our Global Business Units and a Strategic Account Management system. These resources let us deliver services around the world—to multinational companies, small businesses, independent agents or brokers, associations and

affinity groups and even individual consumers—with the local expertise necessary to meet your specific needs.

Aon plc - Facts about Aon and how we operate

Aon Client Promise - Defines the way we work together with our clients, what they can expect from us, and the value we will deliver

Careers - Employment opportunities and information about working at Aon

Contact Us - Get in touch with Aon

Corporate Governance - Aon Board of Directors, Corporate Officers, and related governance information

Colleague Services - UPoint HR portal, Emergency Communications, Aon Ethics Helpline

Investor Information - Annual reports, SEC filings, stock information and more

Newsroom - Current and archived press releases

Supplier Information - Information for suppliers working with Aon plc

Aon Remembers September 11, 2001