# EXHIBIT 58

**NEWS ALERT**                                                                           ✕

Spicer condemns UK attack, says victims "are in our thoughts and prayers."

Opinion +                                                                    U.S. Edition +

**Our Terms of Service and Privacy Policy have changed.**
By continuing to use this site, you are agreeing to the new **Privacy Policy** and **Terms of Service**.

# Gaza war: The terrifying truth

By **Aaron David Miller**
updated 9:50 PM EDT, Sun August 3, 2014

**SHARE THIS**

**Print**
**Email**
**More sharing**



ADVERTISEMENT

• Trump's relationship with the truth is becoming a
  national embarrassment
• Haven't Tried Walmart's Grocery Pickup Service?
  Order Online, then Pickup for Free! (Walmart)
• What Trump could learn from Andrew Jackson
• The white anxiety behind Steve King's remarks
                                        Recommended by
• Schumer's warning about Gorsuch is dead wrong
• Trump's tweets: The fun's over now
• Trump's self-inflicted humiliation via Twitter
• 'SNL' is right: Ivanka is complicit
                                        Recommended by

Part of complete coverage on
**Tensions in the Middle East**

## Israel-Gaza crisis

HIDE CAPTION

<<  <  | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 |  >  >>

**Six decades of war**



Here's a look at some of the
most serious conflicts involving
Israel and its neighbors --
conflicts that have spanned
more than six decades.

**STORY HIGHLIGHTS**

Cease-fire fails in Gaza after
less than two hours

Aaron Miller: The latest events
demonstrate that this conflict is
very different from earlier ones

Both sides lack the urgency to
make concessions needed for a
lasting peace, he says

Miller: Iron Dome has given
Israel more room to fight;
Hamas is going all-out for
unlikely victory

*Editor's note: Aaron David Miller is a vice president and
distinguished scholar at the Woodrow Wilson International Center for
Scholars and was a Middle East negotiator in Democratic and
Republican administrations. Follow him on Twitter. The opinions
expressed in this commentary are solely those of the author.*

**(CNN)** -- By now it should be painfully obvious that this latest round
of the Israeli-Palestinian crisis in Gaza is fundamentally different than
its predecessors.

Unlike the two previous rounds in 2008-09 and in 2012, which ended
after three weeks and one week, respectively, this round, now in its
fourth week, is infinitely more complex. The rapid failure of the
cease-fire put in place by Thursday's agreement only emphasizes
that fact. Getting to de-escalation, let alone a durable endgame, will
be hard. And here are the five reasons why:

**1. Hamas, the political/military paradox:** One of the reasons the
conflict has dragged on for so long is Hamas' anomalous situation. It
entered the crisis -- indeed may have helped to trigger it -- because it

**Video shows ISIS beheading journalist**
updated 11:17 AM EDT, Wed August 20, 2014



A video released by ISIS
shows the beheading of U.S.
journalist James Foley and
threatens the life of another
American if President Obama
doesn't end military operations
in Iraq.

**Israelis jailed for refusing to serve**
updated 5:04 AM EDT, Tue August 19, 2014



19-year-old Udi Segal explains
why he won't join his country's
military.

**Gaza's zoo animals caught in crossfire**
updated 8:28 PM EDT, Fri August 22, 2014

ATL004606

**NEWS ALERT**

Spicer condemns U...

was weak, financially bankrupt and politically isolated, and thought it could get Israel and the world's attention through violence. This political weakness has now raised the stakes.



Aaron David Miller







Hamas can't stand down without major deliverables that will justify to its supporters and residents of Gaza the death and destruction its rockets have courted. And right now as attacks against Israeli forces attest, the military wing is dominant. Indeed, militarily it has the power to continue the fight. So there's no real urgency to back off without big gains.

Political desperation, combined with military resilience, ensures the conflict will go on. Indeed, Hamas' goal is probably to launch more rockets against Israel the day before the cease-fire is concluded than on the first day the conflict began.

**2. Iron Dome buys space and time:** Perhaps the most stunning success of this crisis on the Israeli side has been the Iron Dome missile defense system's capacity to neutralize the threat of Hamas' high trajectory weapons. With only three civilian casualties, economic damage that is relatively limited and not that dramatic a change in the routine of most Israelis (at least those who don't live close to Gaza) the anti-missile defense system has reshaped the basic contours of the conflict.

On one hand, Iron Dome has pre-empted or at least delayed the need for a large-scale ground incursion into Gaza. But on the other it has given Israeli Prime Minister Benjamin Netanyahu, the political elites and the public the latitude to continue to achieve Israel's objectives.

In short, for Israel, too, there's no real urgency to stand down. With the home front secure, the government needs to worry about two things: Israel Defense Forces casualties (so far apparently tolerable at more than 60 even though that's four times the number in both previous confrontations) and international pressure as a result of the horrific Palestinian civilian death toll in Gaza. And both of these could become magnified in the event Israel decides to launch a massive ground incursion into Gaza.





**3. No good mediator:** In 2008-09, Israel withdrew its forces and unilaterally declared a cease-fire that held more or less; in 2012, the Egyptians brokered one pretty quickly to end that round. This time around you have plenty of would-be mediators, including the United States, the United Nations and Egypt, all of which were involved in the Thursday agreement. But that agreement reflects the reality that none of these mediators had much influence with Hamas' military wing.

Moreover, all of them misjudged the degree to which Hamas on the ground in Gaza was prepared to end the fight.

There is not a single mediator among them that's trusted by both sides. Egypt -- no longer run by the pro-Hamas Mohamed Morsy -- is bent on squeezing the Islamists and is working closely with Israel. And the United States has no ties or influence with Hamas. And we don't even have a situation where one mediator can work on Israel and party X could mediate with Hamas in a kind of diplomatic tag team. Indeed, the flaws of trying to negotiate a cease-fire by committee were all too apparent in the collapse of the Thursday accord.

**4. Expectations, the real problem:** Unlike the two previous confrontations or even the second intifada where Israel and Hamas squared off, this crisis is driven by expectations on each side that will be hard, if not impossible, to meet.

The sights at the Gaza zoo couldn't be sadder, after it was nearly destroyed during recent Israel-Hamas conflict.



U.S. Edition +

**'Strive for peace and pursue it'**
updated 12:11 PM EDT, Fri August 15, 2014



Both Hamas and Israel have chosen conflict over real peace negotiations again and again in the past, writes Rabbi Yehiel Grenimann.

**How can Hamas claim victory?**
updated 11:05 AM EDT, Fri August 15, 2014



Mohammed Najib says Hamas' objectives also include ending its political isolation.

**Mideast spiraling in war and terror**
updated 6:07 PM EDT, Fri August 8, 2014



With so many conflicts, on so many fronts, here's a quick look at what's happening.

**'Teens' slayings call for justice'**
updated 10:29 AM EDT, Sat July 5, 2014



Alan Elsner: How Israel reacts will be decisive turning point for both Israelis and Palestinians.

**Father of Gaza miltant: I'm proud of son**
updated 4:59 PM EDT, Fri August 8, 2014



The Israel-Gaza conflict impacts families on both sides. Karl Penhaul speaks to the family of a militant killed in Gaza.

**Egypt: Arabs' indispensable nation**
updated 9:41 PM EDT, Wed August 6, 2014



A sense of Egypt's historic role and the traditional animosity of their military toward Islamist radicalism have propelled Egypt to take a central role in the on-off cease-fire talks.

**Which Mideast powers support Hamas?**
updated 5:50 PM EDT, Wed August 6, 2014




If the Gaza truce holds and Israel's Operation Protective Edge comes to its conclusion, some things are certain.

**Mideast peace as far away as ever?**
updated 12:26 PM EDT, Wed August 6, 2014



CNN's Tim Lister says, to secure peace, Israel needs to offer Gazans a better future.

**New low in U.S.-Israel relationship?**
updated 4:35 PM EDT, Tue August 5, 2014



Tensions between U.S. President Barack Obama and Israeli Prime Minister Benjamin Netanyahu have been strained for years.

ATL004607

**NEWS ALERT**

Spicer condemns U

Voice Opinion +
by CNN

Read Magazine

Even if the two sides wanted to stand down, they have raised the
hopes among their respective publics that can only constrain each of
them and prove disappointing to Israelis and Palestinians as well and prays

Netanyahu wants to avoid a massive ground incursion, yet he's
identified an endgame -- demilitarization of Hamas -- that would
require the forceful disarming of an organization that isn't going to
agree to give up its weapons voluntarily. And the Israeli public, which
has backed the current strategy of trying to pummel Hamas into
submission, expects an outcome that is more decisive than in
previous rounds.

Hamas, on the other hand, seems -- in a cosmic roll of the dice -- to
be holding out at all costs and somehow banking that if it does so,
Israel will be forced to agree to open up Gaza (or will do so willingly),
release Hamas prisoners and expand fishing rights and that Egypt
will agree to open up the Rafah crossing.

The more death and destruction in Gaza, the more Hamas needs an
explanation at the end of the day to justify the sacrifices and the pain
of Gaza's 1.8 million residents. And it's not even clear what the
objectives of Hamas' military wing really are. The real tragedy is that
the odds against any lasting trade-off of demilitarization for economic
freedom seem long indeed without some dramatic change in either
Israel's or Hamas' calculations or Hamas' total collapse and defeat.

**5. Not enough urgency:** It's an inconvenient fact, but the reality is
that right now, there doesn't seem to be enough urgency, let alone
an imperative for Israel or Hamas to back down. Gaza's public
doesn't have much say in the matter when it comes to the Hamas
military wing's strategy, and the Israeli public, according to opinion
polls, seems enthusiastic about keeping up the pressure. Israel's
calculations seem to be to neutralize the tunnel threat and pummel
Gaza with air and artillery until Hamas agrees to a cease-fire on
Israel's terms.

Hamas wants to survive with its military and political leadership
intact, and it hopes that massive Palestinian casualties will galvanize
the international community to press Israel to stop and that more IDF
deaths will cause Israel to sour on the operation.

So where is this headed? In both previous confrontations, we might
have confidently predicted some diplomatic endgame. Not now. For
the moment, the focus has shifted from a brief foray into diplomacy
back to escalating conflict. The prospects of some kind of an
expanded Israeli operation into Gaza are highly likely, with all the
casualties that could entail.

What separates this round of the Israel-Hamas battle from the others
is that there's no predictable path away from much more bloodshed.
And that -- given the tragic loss of life -- is the terrifying truth.

*Note: This article was updated to delete references to the capture of
an IDF soldier; Israeli authorities now say the soldier was among
those killed by a suicide bomber.*

*Read CNNOpinion's new Flipboard magazine.*

*Follow us on Twitter @CNNOpinion.*

*Join us on Facebook.com/CNNOpinion.*

· You've committed the graver sin, Senator Scott (CNN Opinion)
· The Dutch election might be over, but Europe's headache isn't (CNN Opinion)
· Need to Strengthen Your Digital Skills? Find Out Which Ones with This AARP Inventory (AARP)
· Trump is winning (CNN Opinion)

Recommended by

**Why so many civilian deaths?**
updated 9:06 AM EDT, Wed August 6, 2014

Images from the conflict
between Israel and Hamas
depict apparent civilians,
caught in the middle. Opinion +

**'Bring Hamas to the table'**
updated 9:06 AM EDT, Tue August 5, 2014

Hamas must be tamed through
politics, not the failed strategy
of war, argues Ed Husain.

**Brand, Hannity trade barbs**
updated 9:55 AM EDT, Mon August 4, 2014

It may have started as a TV
debate about the Israel-Hamas
conflict, but it's now turned into
an online war of words.

**Inside mind of Hamas' political leader**
updated 2:20 PM EDT, Mon August 4, 2014

Hamas' political leader, who
lives in Qatar, sits down with
CNN for an exclusive
interview.

**Misery heightened by war**
updated 6:43 AM EDT, Mon August 4, 2014

Nafoz Mohammed is living in a
cramped two-room apartment
with 16 other people, hours
holed up in fear.

**Prayers and dreams in Gaza**
updated 12:54 AM EDT, Sun August 3, 2014

Karl Penhaul visits a destroyed
section of Gaza and learns
how the bombing has affected
one student's aspirations.

**Infants face precarious future**
updated 2:15 AM EDT, Fri August 1, 2014

The birth of a child is normally
a joyous occasion, but it is
tinged by sadness and anxiety
in Gaza. Ian Lee reports.

**Who's who in Hamas**
updated 1:24 PM EDT, Thu July 31, 2014

Amid the Gaza conflict,
experts try to figure out who's
in charge of "the resistance."

**Inside a Hamas tunnel**
updated 6:10 AM EDT, Wed July 30, 2014

The opening was so small that
CNN's Wolf Blitzer -- no
physical giant -- had to bend
down to climb inside.

**Read more on CNNArabic**

Follow CNNArabic for the
latest news and analysis from
the Middle East and rest of the
world.

http://www.cnn.com/2014/08/01/opinion/miller-gaza-hamas-israel-cease-fire-obstacles/    3/22/2017



NEWS ALERT
Spicer condemns UK attack, says victims "are in our thoughts and prayers."

ADVERTISEMENT

U.S. Edition +

Opinion

**Paid Content**

What Vitamin D Tells Us about Rheumatoid Arthritis *(Health Central)*

The sweatshirt designed by an Apple engineer that's bringing manufacturing back to America. *(American Giant on Business Insider)*

Can't Find The Good Movies On Netflix? These Are The Best *(Digital Trends)*

Things You Never Knew You Were Using Wrong *(RightBrainNews)*

**Recommended for You**

Samuel L. Jackson has a point

Preet Bharara's clever move

The President who got impeached for being embarrassing

Trump's Russia crisis is just beginning

Recommended by

ADVERTISEMENT ADVERTISEMENT ADVERTISEMENT

Search CNN...

U.S.
Crime + Justice
Energy + Environment
Extreme Weather
Space + Science

World
Africa
Americas
Asia
Europe
Middle East

45
Congress
Security
The Nine
Trumpmerica

Markets
Tech
Media
Personal Finance
Luxury

Opinion
Political Op-Eds
Social Commentary

Health
Diet + Fitness
Living Well
Parenting + Family

Stars
Screen
Binge
Culture
Media

Business
Culture
Gadgets
Future
Startups



**NEWS ALERT**

Spicer condemns UK attack, says victims "are in our thoughts and prayers."

Travel

Living

×

Fashion

Food

Design

Opinion +

Architecture

Arts

Autos

Luxury

Sleeps + Eats

Business Travel

Aviation + Beyond

College Football

Basketball

Baseball

Soccer

Relationships

Religion

U.S. Edition +

Video

Live TV

Digital Studios

CNN Films

HLN

TV Schedule

TV Shows A-Z

new

How To Watch VR

Archives

More...

Photos

Longform

Investigations

iReport

CNN profiles

CNN Leadership

CNN Newsletters

CNN U.S. Edition +

© 2017 Cable News Network. Turner Broadcasting System, Inc. All Rights Reserved.
CNN Sans ™ & © 2016 Cable News Network.

Terms of Use | Privacy Policy | AdChoices  | About us | Visit CNN | Newsletters | Work for us | Help | Transcripts | License Footage | CNN Newsource

# EXHIBIT 59

US News (https://www.usnews.com) //www.usn (//www.usnews.com/opinion)/video(/news.com/s.com//news/best news.com/news/bestus
MORE    News»    Opinion    Photos    Video    countries)    states)    report)

U.S.News

NEWS (//WWW.USNEWS.COM/NEWS)  /  WORLD NEWS (//WWW.USNEWS.COM/NEWS/WORLD)

( https://www.facebook.com/sharer/sharer.php?u=https%3A%2F%2Fwww.usnews.com%2Fnews%2Fworld%2Farticles%2F2016-08-24%2Fisrael-clears-forces-in-several-deadly-2014-gaza-war-cases%3Fsrc=usn_fb )

# Israel clears forces in several deadly 2014 Gaza war cases

( https://twitter.com/share?url=https%3A%2F%2Fwww.usnews.com%2Fnews%2Fworld%2Farticles%2F2016-08-24%2Fisrael-clears-forces-in-several-deadly-2014-gaza-war-cases%3Fsrc=usn_tw&amp;text=Israel%20clears%20forces%20in%20several%20deadly%202014%20Gaza%20war%20cases%20%7C%20World%20News%20%7C%20US%20News )

Israel's military has cleared its forces of wrongdoing in three deadly incidents of the 2014 Gaza war_ including an airstrike that killed 15 members of a single family.



( https://www.reddit.com/submit?url=https%3A%2F%2Fwww.usnews.com%2Fnews%2Fworld%2Farticles%2F2016-08-24%2Fisrael-clears-forces-in-several-deadly-2014-gaza-war-cases%3Fsrc=usn_rd )

| Aug. 24, 2016, at 4:20 p.m.                                                    MORE

**AP**

By JOSEF FEDERMAN, Associated Press

JERUSALEM (AP) — The Israeli military on Wednesday cleared its forces of wrongdoing in three deadly incidents that took place during the 2014 Gaza war — including an airstrike that killed 15 members of a single family.

Israel's investigative process is at the heart of a Palestinian case to press for war crimes charges against Israel at the International Criminal Court in the Hague. The Palestinians say that Israel has a poor record of prosecuting wrongdoing in its ranks. Wednesday's announcement was likely to add to those claims.

In a statement Wednesday, the military said it had closed a total of seven investigations without filing charges after a special team collected testimony from Gaza residents and Israeli officers.

The deadliest incident involved an airstrike in the southern Gaza town of Rafah on Aug. 1, 2014, that killed 15 members of the Zoroub family.

The army said the building was used by Hamas as a command and control center. While its statement suggested that the civilian casualties were higher than expected, it said the airstrike was in line with international law, which can allow attacks on homes used for military purposes. It said that among the dead was Nazmi Zoroub, whom it identified as a senior Hamas commander.


Earn 1.00% APY and a $200 bonus    Start Saving
when you deposit $10,000 or more.
FDIC    CapitalOne    360 Money Market℠

cases    "The attack complied with the principle of proportionality, as at the time the decision to attack was taken it was considered that the collateral damage expected to arise as a result of the attack would not be excessive in relation to the military advantage anticipated from it," it said.

"This assessment was not unreasonable under the circumstances, despite the discovery, in the wake of the strike, of discrepancies between the reality prevailing on the ground and the information available at the time," it added.

Adel Zoroub, whose sister's home was destroyed, rejected the army's findings. He said Nazmi Zoroub was wounded in a different Israeli attack and was not in the building.

"The Zionists justify their massacres by saying they target militants," he said. "This is nonsense because all of Rafah knows that Nazmi was killed in a home far away."

The army also said it would not file charges in a July 21, 2014, incident that left 12 members of the Siyam family in Rafah dead. It said it could not find evidence to back claims that they were killed by an Israeli airstrike and that they had in fact been killed by mortar shells misfired by Palestinian militants.

The army also found no wrongdoing in an airstrike a day earlier that killed seven members of the Ziyadeh family in the Bureij refugee camp. It said the building had been used as a command and control center by Hamas and that several militants, including three members of the family and a top Hamas military leader, were among the dead.

The Ziyadeh family declined comment, and Siyam family members could not immediately be reached.

Israel launched the war in response to weeks of heavy rocket fire by Palestinian militants in the Hamas-ruled Gaza Strip. During 50 days of fighting, over 2,200 Palestinians were killed, and 73 people on the Israeli side were killed. More than 1,400 Palestinian civilians were among the dead, according to U.N. figures.

Israel says Hamas is responsible for the high civilian death toll, saying the group used the local population as human shields while firing rockets from residential areas.

A 2015 U.N. investigation found evidence of war crimes by both sides, saying Israel appeared to have used disproportionate force and endangered civilians. It also criticized Hamas for firing rockets indiscriminately toward civilian areas in Israel.

The International Criminal Court has opened a preliminary examination of Israeli conduct in the war, but issued no conclusions. The court can intervene in cases where a country is deemed incapable of conducting a proper investigation.

The military says it looked into some 360 complaints connected to the war. It has found enough evidence to launch some 31 criminal investigations. At least 13 of those probes have been closed, with indictments in just three cases of alleged looting by soldiers.

—

Associated Press writer Fares Akram in Amman, Jordan contributed to this report.

Copyright 2016 The Associated Press (http://www.ap.org). All rights reserved. This material may not be published, broadcast, rewritten or redistributed.

3 Fatigue-Causing Foods - Never eat these 3 foods

Boost your energy level every day by never eating these 3 foods

haveenergyatanyage.com

Top Saving Advice Deals

Get The Best Deals In The Market.

WizardSavings.com

6 Stocks To Never Sell

Collect 24 Dividend Payments A Year For An Average Yield Up To 4.98%

Wealthy Retirement

2016 Top Franchises

100's of Franchise Opportunities to Choose From. Start Here

www.FranchiseGator.com

**Latest Videos**



Schwarzenegger slams Trump over low approval ratings

More videos:



USNews BrandFuse

(https://www.usnews.com/sponsored?

prx_t=5JICA07sMAPfMPA&ntv_fr)

cases

MORE

**Ad Content by Wells Fargo**

6 Wealth Planning Essentials You Need to Know (https://www.usnews.com/sponsc prx_t=5JICA07sMAPfMPA&ntv_fr)

The estate planning process for most people is challenging at best. Learn about six key areas to consider before making a comprehensive estate...

TRUMPS ON A ROLL

WILL HE ALSO REPEAL OBAMA'S MORTGAGE BAILOUT FOR HOMEOWNERS WHO HAVE NOT MISSED A PAYMENT IN 6 MONTHS?

If you owe less than $300,000 on your home, use the Government's once in a lifetime mortgage relief program. The program is totally free and doesn't add any cost to your refi, but it expires this year. You'll be shocked when you see how much you can save.

TAP YOUR AGE:

| TAP YOUR AGE: | TAP YOUR AGE: | TAP YOUR AGE: |
| 18-25 | 26-35 | 36-45 |
| TAP YOUR AGE: | TAP YOUR AGE: | TAP YOUR AGE: |
| 46-55 | 56-65 | OVER 65 |

RECALCULATE YOUR HOUSE PAYMENT

## Recommended Articles



(//www.usnews.com/news/special-reports/slideshows/the-10-worst-presidents?int=news-rec)

**The 10 Worst Presidents (//www.usnews.com/news/special-reports/slideshows/the-10-worst-presidents?int=news-rec)**

Andrew Soergel (/topics/author/andrew-soergel), Jay Tolson (/topics/author/jay_tolson)   |   Dec. 31, 2014

Not all U.S. presidents are missed once they leave the White House.



(//www.usnews.com/cartoons/donald-trump-cartoons?int=news-rec)

**Editorial Cartoons on Donald Trump (//www.usnews.com/cartoons/donald-trump-cartoons?int=news-rec)**

June 14, 2012



(//www.usnews.com/photos/obama-behind-the-scenes?int=news-rec)

**Photos: Obama Behind the Scenes (//www.usnews.com/photos/obama-behind-the-scenes?int=news-rec)**

Sept. 10, 2014

A collection of moments subtle and grand of the 44th president of the United States.

## Popular Articles

Acosta: 'I Never Said I Accept' Trump's Budget Proposal (//www.usnews.com/news/economy/articles/2017-03-22/alexander-acosta-i-never-said-i-accept-trumps-budget-proposal)

U.S. High Court Hands Disabled Students Win on Education Standards (//www.usnews.com/news/us/articles/2017-03-22/us-high-court-hands-disabled-students-win-on-education-standards)

Surveillance Findings Raise Concern About Spying on Trump Campaign: Nunes (//www.usnews.com/news/top-news/articles/2017-03-22/surveillance-findings-raise-concern-about-spying-on-trump-campaign-nunes)

Macri Public School Gaffe Helps Fuel Argentine Teachers' Protest (//www.usnews.com/news/world/articles/2017-03-22/macri-public-school-gaffe-helps-fuel-argentine-teachers-protest)

Parliament Gunman Shot in London (//www.usnews.com/news/world/articles/2017-03-22/palace-of-westminster-uk-parliament-building-attacked-in-possible-terrorist-incident

cases          MORE



**Extremely Brilliant Way to Pay Off Your Mortgage**
Do NOT pay your next mortgage payment until you see this!

Banks hate it when homeowners figure this out.

**[read more]**

teachers-protest)

westminster-uk-parliament-building-attacked-in-possible-terrorist-incident)



**Acosta: 'I Never Said I Accept' Trump's Budget Proposal**
**(//www.usnews.com/news/economy/articles/2017-03-22/alexander-acosta-i-never-said-i-accept-donald-trumps-budget-proposal?int=news-rec)**
Andrew Soergel (/topics/author/andrew-soergel)  |  March 22, 2017

President Donald Trump's choice to head the Labor Department advocated for job training programs during his confirmation hearing Wednesday.

(//www.usnews.com/news/economy/articles/2017-03-22/alexander-acosta-i-never-said-i-accept-donald-trumps-budget-proposal?int=news-rec)



**Parliament Gunman Shot in London**
**(//www.usnews.com/news/world/articles/2017-03-22/palace-of-westminster-uk-parliament-building-attacked-in-possible-terrorist-incident?int=news-rec)**
Curt Mills (/topics/author/curt-mills)  |  March 22, 2017

The events in London on Wednesday come on the one-year anniversary of the attacks at the Brussels airport.

(//www.usnews.com/news/world/articles/2017-03-22/palace-of-westminster-uk-parliament-building-attacked-in-possible-terrorist-incident?int=news-rec)



**Dianne Feinstein Presses Neil Gorsuch on Abortion Issues**
**(//www.usnews.com/news/politics/articles/2017-03-22/dianne-feinstein-presses-neil-gorsuch-on-abortion-issues?int=news-rec)**
Joseph P. Williams (/topics/author/joseph-p-williams)  |  March 22, 2017

The senator questioned whether the judge, who has said he takes a literal view of the Constitution, would uphold the precedent set by Roe v. Wade.

(//www.usnews.com/news/politics/articles/2017-03-22/dianne-feinstein-presses-neil-gorsuch-on-abortion-issues?int=news-rec)

**2017: Extreme and Unusual Weather Continues**
**(//www.usnews.com/news/national-news/articles/2017-03-22/extreme-and-unusual-weather-continues-in-2017-un-weather-association-warns?int=news-rec)**
Curt Mills (/topics/author/curt-mills)  |  March 22,

cases



2017

(//www.usnews.com/news/national-
news/articles/2017-03-22/extreme-and-
unusual-weather-continues-in-2017-un-
weather-association-warns?int=news-
rec)

The World Meteorological Association says
intense weather has continued so far in 2017,
after record-hot 2016.



**Paul Manafort Denies New Allegations of Trump-
Russia Connection**
(//www.usnews.com/news/politics/articles/2017-
03-22/paul-manafort-denies-new-allegations-of-
trump-russia-connection?int=news-rec)
Gabrielle Levy (/topics/author/gabrielle-levy)   |   March 22, 2017

The new allegations provided new fodder for Democrats
pressing for a more robust investigation into ties
between President Trump and Russia.

(//www.usnews.com/news/politics/articles/2017-
03-22/paul-manafort-denies-new-allegations-of-
trump-russia-connection?int=news-rec)



Get CenturyLink®
High-Speed Internet

FREE SHIPPING
& Activation on your order.

CenturyLink



**Patty Murray Outlines Case Against
Trump's School Choice Agenda**
(//www.usnews.com/news/education-
news/articles/2017-03-22/patty-murray-
outlines-case-against-trumps-school-
choice-agenda?int=news-rec)
Lauren Camera (/topics/author/lauren-camera)   |
March 22, 2017

The president's budget includes a $9 billion
reduction in funding to the Department of
Education.

(//www.usnews.com/news/education-
news/articles/2017-03-22/patty-
murray-outlines-case-against-trumps-
school-choice-agenda?int=news-rec)



**Acosta: 'Unfortunate' Overtime Went
Unaddressed**
(//www.usnews.com/news/national-
news/articles/2017-03-22/acosta-
unfortunate-overtime-went-unaddressed-
for-so-long?int=news-rec)
Andrew Soergel (/topics/author/andrew-soergel)   |
March 22, 2017

(//www.usnews.com/news/national-
news/articles/2017-03-22/acosta-

cases   unfortunate-overtime-went-
        unac... esseMQRE-so-long?int=news-rec)

President Donald Trump's choice to head the
Labor Department hinted Wednesday that he
supports the idea of a higher overtime
threshold.



(//www.usnews.com/news/national-
news/articles/2017-03-22/patty-
murray-after-puzder-senate-shouldnt-
lower-its-standards-for-acosta?
int=news-rec)

**Murray: Senate Shouldn't 'Lower Its
Standards' for Acosta
(//www.usnews.com/news/national-
news/articles/2017-03-22/patty-murray-
after-puzder-senate-shouldnt-lower-its-
standards-for-acosta?int=news-rec)**
Andrew Soergel (/topics/author/andrew-soergel)   |
March 22, 2017

Confirmation proceedings for President Donald
Trump's second labor secretary pick kicked off
with skepticism from Sen. Patty Murray and
praise from a handful of Republicans.



(//www.usnews.com/news/politics/articles/2017-
03-22/rex-tillerson-didnt-want-to-be-secretary-of-
state?int=news-rec)

**Tillerson: I Didn't Want This Job
(//www.usnews.com/news/politics/articles/2017-
03-22/rex-tillerson-didnt-want-to-be-secretary-of-
state?int=news-rec)**
Curt Mills (/topics/author/curt-mills)   |   March 22, 2017

Returning from his Asia trip, the secretary revealed it
was his wife who encouraged him to accept the
position.



(//www.usnews.com/news/politics/articles/2017-
03-21/highlights-from-day-two-of-the-neil-
gorsuch-hearings?int=news-rec)

**Highlights From Day Two of the Neil Gorsuch
Hearings
(//www.usnews.com/news/politics/articles/2017-
03-21/highlights-from-day-two-of-the-neil-
gorsuch-hearings?int=news-rec)**
Joseph P. Williams (/topics/author/joseph-p-williams)   |   March
21, 2017

The second day of the hearings offered insights into
both the judge and the Senate Judiciary Committee
members grilling him.



$259
ARRENDAMIENTO AL MES*

MÁS $3,540 De Ahorro Total*

NISSAN LA TOTALMENTE
NUEVA TITAN® 2017
*Más información del arrendamiento
Se Muestra 2017 Titan $460 de
arrendamiento al mes.          COMPRA HOY     CREA

**Acosta Still an Unknown as Confirmation
Starts
(//www.usnews.com/news/national-**

cases



(//www.usnews.com/news/national-news/articles/2017-03-21/alexander-acosta-still-an-unknown-walking-into-labor-confirmation?int=news-rec)

news/articles/2017-03-21/alexander-acosta-still-an-unknown-walking-into-labor-confirmation?int=news-rec)
Andrew Soergel (/topics/author/andrew-soergel)  |  March 21, 2017

Despite his extensive government and judicial experience, Acosta's personal opinions on key labor issues remain a mystery.



(//www.usnews.com/news/national-news/articles/2017-03-21/what-sparked-the-laptop-ban?int=news-rec)

What Sparked the 'Laptop Ban' (//www.usnews.com/news/national-news/articles/2017-03-21/what-sparked-the-laptop-ban?int=news-rec)
Alan Neuhauser (/topics/author/alan-neuhauser)  |  March 21, 2017

Terrorists in Somalia have detonated laptop bombs. Was that enough to spur a new rule barring laptops from certain flights?



(//www.usnews.com/news/politics/articles/2017-03-21/trumps-strong-arm-on-obamacare-repeal-could-backfire?int=news-rec)

Trump's Strong-Arm on Obamacare Repeal Could Backfire (//www.usnews.com/news/politics/articles/2017-03-21/trumps-strong-arm-on-obamacare-repeal-could-backfire?int=news-rec)
Susan Milligan (/topics/author/susan-milligan)  |  March 21, 2017

President visits Capitol Hill to twist arms and win votes, but was it too heavy-handed?



(//www.usnews.com/news/politics/articles/2017-03-21/al-franken-hammers-neil-gorsuch-on-his-political-leanings?int=news-rec)

Franken Hammers Gorsuch on Political Past (//www.usnews.com/news/politics/articles/2017-03-21/al-franken-hammers-neil-gorsuch-on-his-political-leanings?int=news-rec)
Joseph P. Williams (/topics/author/joseph-p-williams)  |  March 21, 2017

The senator said the Supreme Court nominee was described by Trump advisers as playing a key role in deconstructing the "regulatory state."



(//www.usnews.com/news/national-

In Gorsuch Hearings, a Focus on 'The Little Guy' (//www.usnews.com/news/national-news/articles/2017-03-21/in-neal-gorsuch-hearings-a-focus-on-the-little-guy?int=news-rec)
Joseph P. Williams (/topics/author/joseph-p-williams)  |  March 21, 2017

ATL004617

cases news/articles/2017-03-21/in-neal-gors... h-h... is-a-focus-on-the-little-guy?int=news-rec)

Democrats voiced concern that the Supreme Court nominee would favor Big Business, while Republicans offered opportunities for Gorsuch to show his compassionate site.



$259
ARRENDAMIENTO AL MES*
MÁS $3,540 De Ahorro Total*
NISSAN LA TOTALMENTE NUEVA TITAN® 2017
*Más información del arrendamiento
Se Muestra 2017 Titan $450 de arrendamiento al mes.
COMPRA HOY    CREA



**Nixon's Lawyer: White House in 'Cover-Up Mode'** (//www.usnews.com/news/politics/articles/2017-03-21/nixon-counsel-during-watergate-says-trump-administration-showing-how-damn-guilty-they-are?int=news-rec)

Gabrielle Levy (/topics/author/gabrielle-levy) | March 21, 2017

"I've been inside a cover-up. I know how they look and feel. And every signal they're sending is 'we're covering this up.'"

(//www.usnews.com/news/politics/articles/2017-03-21/nixon-counsel-during-watergate-says-trump-administration-showing-how-damn-guilty-they-are?int=news-rec)



**Congress Crafting New Iran Sanctions** (//www.usnews.com/news/politics/articles/2017-03-21/congress-races-to-craft-iran-sanctions-bills-ahead-of-aipac-conference?int=news-rec)

March 21, 2017

Lawmakers hope to have bipartisan legislation ready when thousands of pro-Israel advocates descend on Capitol Hill next week.

(//www.usnews.com/news/politics/articles/2017-03-21/congress-races-to-craft-iran-sanctions-bills-ahead-of-aipac-conference?int=news-rec)



**Gorsuch Refutes Claim of Inappropriate Remarks in Ethics Class** (//www.usnews.com/news/national-news/articles/2017-03-21/gorsuch-refutes-claim-of-inappropriate-remarks-in-ethics-class?int=news-rec)

Joseph P. Williams (/topics/author/joseph-p-williams) | March 21, 2017

A law student had accused the Supreme Court nominee of making comments suggesting that women mislead employers about their family plans.

(//www.usnews.com/news/national-news/articles/2017-03-21/gorsuch-refutes-claim-of-inappropriate-remarks-in-ethics-class?int=news-rec)

ATL004618

cases



**U.K. Bans Laptops From Select Countries
(//www.usnews.com/news/world/articles/2017-
03-21/uk-follows-us-in-banning-laptops-on-
airplanes?int=news-rec)**
Curt Mills (/topics/author/curt-mills)   |   March 21, 2017

Turkey, Lebanon, Jordan, Egypt, Tunisia and Saudi
Arabia are affected by the British decision.

(//www.usnews.com/news/world/articles/2017-
03-21/uk-follows-us-in-banning-laptops-on-
airplanes?int=news-rec)



**Many Americans Think They Need $1M for
Retirement, Half Have Less Than $25K
(//www.usnews.com/news/economy/articles/2017-
03-21/many-americans-think-they-need-1m-for-
retirement-half-have-less-than-25k?int=news-rec)**
Andrew Soergel (/topics/author/andrew-soergel)   |   March 21,
2017

Workers' confidence in their ability to retire sits well below
where it did before the Great Recession.

(//www.usnews.com/news/economy/articles/2017-
03-21/many-americans-think-they-need-1m-for-
retirement-half-have-less-than-25k?int=news-rec)





**Neil Gorsuch Hearing: Lindsey Graham Lashes
Out at Democrats
(//www.usnews.com/news/politics/articles/2017-
03-21/neil-gorsuch-hearing-lindsey-graham-
lashes-out-at-democrats?int=news-rec)**
Joseph P. Williams (/topics/author/joseph-p-williams)   |   March
21, 2017

The senator from South Carolina took aim at Democrats
for eliminating the filibuster for judicial nominees and
rewarding ideological extremes.

(//www.usnews.com/news/politics/articles/2017-
03-21/neil-gorsuch-hearing-lindsey-graham-
lashes-out-at-democrats?int=news-rec)

**Trump Pushes GOP to Support Health Bill
(//www.usnews.com/news/health-care-
news/articles/2017-03-21/donald-trump-
pressures-republicans-to-support-health-
care-bill?int=news-rec)**
Kimberly Leonard (/topics/author/kimberly_leonard)
|   March 21, 2017

ATL004619

cases



The president warned House members they
should be concerned about 2018 elections if
they do not vote to replace Obamacare.

(//www.usnews.com/news/health-care-
news/articles/2017-03-21/donald-
trump-pressures-republicans-to-support-
health-care-bill?int=news-rec)



**Gorsuch Questioned Early on Torture Memo
(//www.usnews.com/news/politics/articles/2017-
03-21/gorsuch-questioned-early-on-torture-
memo?int=news-rec)**
Joseph P. Williams (/topics/author/joseph-p-williams)   |   March
21, 2017

The Supreme Court nominee was disciplined in his
approach to sometimes contentious questioning from
the Senate Judiciary Committee.

(//www.usnews.com/news/politics/articles/2017-
03-21/gorsuch-questioned-early-on-torture-
memo?int=news-rec)



**Trump Isn't Ready for the ISIS Summit
(//www.usnews.com/news/politics/articles/2017-
03-21/trump-administration-to-host-isis-summit?
int=news-rec)**
Paul D. Shinkman (/topics/author/paul_d_shinkman)   |   March
21, 2017

The White House has not finalized essential details
ahead of meeting with delegates from 68 countries to
discuss the Islamic State group.

(//www.usnews.com/news/politics/articles/2017-
03-21/trump-administration-to-host-isis-summit?
int=news-rec)



**Ivanka Trump's West Wing Move Debated
(//www.usnews.com/news/national-
news/articles/2017-03-21/ivanka-
trumps-west-wing-move-garners-some-
criticism?int=news-rec)**
Curt Mills (/topics/author/curt-mills)   |   March 21,
2017

Some decry the first daughter's move as
troubling, nepotistic, while others hail her as a
moderating force.

(//www.usnews.com/news/national-
news/articles/2017-03-21/ivanka-
trumps-west-wing-move-garners-some-
criticism?int=news-rec)

ATL004620

cases

MORE

Rest In Peace
With A $350,000 Life
Insurance Policy For
$21/Month

18-25   Tap Your Age To   Over 75
        Calculate Payment:
26-35                      66-75

   36-45          56-65
          46-55

©2017                    lmlinsurance.com



**Trump Goes Silent as White House Builds Wall Around Wiretapping Claim**
(//www.usnews.com/news/politics/articles/2017-03-21/trump-goes-silent-as-white-house-builds-wall-around-wiretapping-claim?int=news-rec)
David Catanese (/topics/author/david-catanese)  |  March 21, 2017

There's a hint Trump wants to move beyond the wiretapping controversy, but he may be dug in too deep.

(//www.usnews.com/news/politics/articles/2017-03-21/trump-goes-silent-as-white-house-builds-wall-around-wiretapping-claim?int=news-rec)



**Manafort Accused of Money Laundering in Ukraine**
(//www.usnews.com/news/national-news/articles/2017-03-21/lawmaker-paul-manafort-laundered-750-000-from-ukraine-in-2009?int=news-rec)
Gabrielle Levy (/topics/author/gabrielle-levy)  |  March 21, 2017

(//www.usnews.com/news/national-news/articles/2017-03-21/lawmaker-paul-manafort-laundered-750-000-from-ukraine-in-2009?int=news-rec)

The former chairman of Donald Trump's presidential campaign resigned after his name was discovered in a "black ledger" of allegedly illicit payments.



**What Would MLK Do if He Were Alive Today?**
(//www.usnews.com/news/national-news/articles/2017-03-21/what-would-martin-luther-king-jr-do-if-he-were-alive-today-6-essential-reads?int=news-rec)
The Conversation (/topics/author/the-conversation)  |  March 21, 2017

(//www.usnews.com/news/national-news/articles/2017-03-21/what-would-martin-luther-king-jr-do-if-he-were-alive-today-6-essential-reads?int=news-rec)

Martin Luther King Jr. led one of the most successful nonviolent resistance movements in American history.



**GOP Makes Changes to Health Bill**
(//www.usnews.com/news/health-care-news/articles/2017-03-21/gop-makes-changes-to-health-care-bill-among-inter-party-disputes?int=news-rec)
Kimberly Leonard (/topics/author/kimberly_leonard)  |  March 21, 2017

(//www.usnews.com/news/health-care-

ATL004621

cases   news/articles/2017-03-21/gop-makes-
char...es-to-health-care-bill-among-inter-
party-disputes?int=news-rec)

Republicans are trying to win over enough
votes to guarantee the passage of the
Obamacare repeal and replace bill's in the
House.



(//www.usnews.com/news/national-
news/articles/2017-03-21/rex-tillerson-
to-visit-russia-skip-nato-meeting?
int=news-rec)

**Tillerson to Skip NATO, Visit Russia in
April (//www.usnews.com/news/national-
news/articles/2017-03-21/rex-tillerson-
to-visit-russia-skip-nato-meeting?
int=news-rec)**
Curt Mills (/topics/author/curt-mills)   |   March 21,
2017

As controversy over President Donald Trump's
alleged connections to Russia continue, the
secretary of State plans meetings with
Moscow.



Extremely
Brilliant Way
to Pay Off
Your Mortgage
Do NOT pay your
next mortgage
payment until you
see this!
Banks hate it when
homeowners figure
this out.
[read more]



(//www.usnews.com/news/national-
news/articles/2017-03-21/dhs-issues-
surprise-rule-barring-laptops-e-readers-
and-other-devices-from-certain-flights?
int=news-rec)

**DHS Bars Laptops From Certain Flights
(//www.usnews.com/news/national-
news/articles/2017-03-21/dhs-issues-
surprise-rule-barring-laptops-e-readers-
and-other-devices-from-certain-flights?
int=news-rec)**
Alan Neuhauser (/topics/author/alan-neuhauser)   |
March 21, 2017

The agency cited security risks in rolling out
the new restrictions.



(//www.usnews.com/news/education-
news/articles/2017-03-20/betsy-devos-
lips-sealed-on-trump-school-choice-
program?int=news-rec)

**DeVos' Lips Sealed on School Choice
Program
(//www.usnews.com/news/education-
news/articles/2017-03-20/betsy-devos-
lips-sealed-on-trump-school-choice-
program?int=news-rec)**
Lauren Camera (/topics/author/lauren-camera)   |
March 20, 2017

The new education secretary indicates the
Trump administration's plan for a new program
emphasizing private schools is still being
worked out.

ATL004622

cases



(//www.usnews.com/news/politics/articles/2017-03-20/merrick-garland-looms-over-neil-gorsuch-confirmation-hearing?int=news-rec)

**Garland Looms Over Gorsuch Confirmation Hearing (//www.usnews.com/news/politics/articles/2017-03-20/merrick-garland-looms-over-neil-gorsuch-confirmation-hearing?int=news-rec)**

Joseph P. Williams (/topics/author/joseph-p-williams)   |   March 20, 2017

Former President Barack Obama's Supreme Court nominee was mentioned often by Democrats weighing President Donald Trump's pick.



(//www.usnews.com/news/national-news/articles/2017-03-20/spicer-golf-part-of-being-president-but-potus-doesnt-always-play-on-trips-to-courses?int=news-rec)

**White House Defends Trump's Frequent Golf Trips (//www.usnews.com/news/national-news/articles/2017-03-20/spicer-golf-part-of-being-president-but-potus-always-play-on-trips-to-courses?int=news-rec)**

Gabrielle Levy (/topics/author/gabrielle-levy)   |   March 20, 2017

The president has traveled to golf courses he owns 10 times since taking office two months ago.



(//www.usnews.com/news/national-news/articles/2017-03-20/neil-gorsuch-hearings-gorsuch-pledges-to-apply-justice-equally?int=news-rec)

**Gorsuch Pledges to Apply Justice Equally (//www.usnews.com/news/national-news/articles/2017-03-20/neil-gorsuch-hearings-gorsuch-pledges-to-apply-justice-equally?int=news-rec)**

Joseph P. Williams (/topics/author/joseph-p-williams)   |   March 20, 2017

"My decisions have never reflected a judgment about the people before me — only my best judgment about the law and facts at issue in each particular case," he told lawmakers.



Don't break the bank on Internet!

**John Elway Urges Senate to Confirm Neil Gorsuch (//www.usnews.com/news/politics/articles/2017-03-20/john-elway-urges-senate-to-confirm-neil-gorsuch?int=news-rec)**

Joseph P. Williams (/topics/author/joseph-p-williams)   |   March 20, 2017

The Hall of Fame quarterback for the Denver Broncos lauded the 'tremendous intelligence, character and fairness' of the nominee and Colorado native.

cases



(//www.usnews.com/news/politics/articles/2017-03-20/john-elway-urges-senate-to-confirm-neil-gorsuch?int=news-rec)



(//www.usnews.com/news/articles/2017-03-20/is-social-media-to-blame-for-political-polarization-in-america?int=news-rec)

**Is Social Media to Blame for Political Polarization in America?** (//www.usnews.com/news/articles/2017-03-20/is-social-media-to-blame-for-political-polarization-in-america?int=news-rec)

Andrew Soergel (/topics/author/andrew-soergel)   |   March 20, 2017

A new study suggests there may not be an easy answer to what's driving political leanings toward the extremes.



(//www.usnews.com/news/national-news/articles/2017-03-20/neil-gorsuch-hearings-senators-reference-other-court-cases?int=news-rec)

**Neil Gorsuch Hearings: Senators Reference Other Court Cases** (//www.usnews.com/news/national-news/articles/2017-03-20/neil-gorsuch-hearings-senators-reference-other-court-cases?int=news-rec)

Joseph P. Williams (/topics/author/joseph-p-williams)   |   March 20, 2017

One case in particular could shows his willingness to uphold the law at all costs -- or his favoring of corporations over individuals.



(//www.usnews.com/news/national-news/articles/2017-03-20/stephen-hawking-not-sure-i-am-welcome-in-trumps-america?int=news-rec)

**Hawking: Not Sure I'm Welcome Under Trump** (//www.usnews.com/news/national-news/articles/2017-03-20/stephen-hawking-not-sure-i-am-welcome-in-trumps-america?int=news-rec)

Curt Mills (/topics/author/curt-mills)   |   March 20, 2017

The renowned British physicist expressed his frustrations with the new American administration as well as concerns about his own native Great Britain.

**10 Things to Know About David Friedman** (//www.usnews.com/news/national-news/articles/2017-03-20/10-things-you-didnt-know-about-david-friedman?int=news-rec)

Gaby Galvin (/topics/author/gaby-galvin)   |   March 20, 2017

ATL004624

cases



The lawyer has been a friend and adviser to President Donald Trump for more than a decade.

(//www.usnews.com/news/national-news/articles/2017-03-20/10-things-you-didnt-know-about-david-friedman?int=news-rec)



**PayPal**

Appeal to millions of customers who prefer to pay with PayPal.

Get Started



(//www.usnews.com/news/national-news/articles/2017-03-20/neil-gorsuch-hearing-senators-opening-statements-arent-all-about-gorsuch?int=news-rec)

**Start to Gorsuch Hearing Not All About Him** (//www.usnews.com/news/national-news/articles/2017-03-20/neil-gorsuch-hearing-senators-opening-statements-arent-all-about-gorsuch?int=news-rec)

Joseph P. Williams (/topics/author/joseph-p-williams)  |  March 20, 2017

The confirmation hearing opened with statements about presidential power, Merrick Garland and warnings about balance on the Supreme Court.



(//www.usnews.com/news/national-news/articles/2017-03-20/6-charts-that-illustrate-the-divide-between-rural-and-urban-america?int=news-rec)

**The Divide Between Rural and Urban America** (//www.usnews.com/news/national-news/articles/2017-03-20/6-charts-that-illustrate-the-divide-between-rural-and-urban-america?int=news-rec)

The Conversation (/topics/author/the-conversation)  |  March 20, 2017

Experts illustrate the 'rural-urban divide' in graphs and maps.



(//www.usnews.com/news/national-news/articles/2017-03-20/neil-

**Neil Gorsuch Senate Confirmation Hearings Begin** (//www.usnews.com/news/national-news/articles/2017-03-20/neil-gorsuch-senate-confirmation-hearings-begin?int=news-rec)

Joseph P. Williams (/topics/author/joseph-p-williams)  |  March 20, 2017

The room fell silent as Donald Trump's nominee entered.

cases   gorsuch-senate-confirmation-hearings-
        begi...int=n[MORE]rec)



(//www.usnews.com/news/national-
news/articles/2017-03-20/comey-fbi-
justice-department-have-no-
information-to-support-trump-
wiretapping-claims?int=news-rec)

**Comey: 'No Information' to Back Trump
Wiretap Claims
(//www.usnews.com/news/national-
news/articles/2017-03-20/comey-fbi-
justice-department-have-no-information-
to-support-trump-wiretapping-claims?
int=news-rec)**
Alan Neuhauser (/topics/author/alan-neuhauser)   |
March 20, 2017

One of the nation's top law enforcement officials
publicly addressed the president's allegation
that Trump Tower was wiretapped during the
presidential campaign.



(//www.usnews.com/news/world/articles/2017-
03-20/russia-enters-growing-israel-syria-feud?
int=news-rec)

**Israel-Syria Feud Takes New Turn
(//www.usnews.com/news/world/articles/2017-
03-20/russia-enters-growing-israel-syria-feud?
int=news-rec)**
Curt Mills (/topics/author/curt-mills)   |   March 20, 2017

Moscow summoned the Israeli ambassador to explain
an Israeli air raid on Syrian government forces.



(//www.usnews.com/news/education-
news/articles/2017-03-20/betsy-devos-
trump-budget-will-protect-vulnerable-
students-despite-9b-cut?int=news-rec)

**DeVos Praises Trump Budget Proposal
(//www.usnews.com/news/education-
news/articles/2017-03-20/betsy-devos-
trump-budget-will-protect-vulnerable-
students-despite-9b-cut?int=news-rec)**
Lauren Camera (/topics/author/lauren-camera)   |
March 20, 2017

The education secretary says the president's
spending blueprint will protect the 'vulnerable'
despite its cutting of billions of dollars from
her department.

**Comey: FBI Investigating Trump-Russia
Ties (//www.usnews.com/news/national-
news/articles/2017-03-20/fbi-director-
james-comey-confirms-investigation-into-
trump-russia-ties?int=news-rec)**

cases



Alan Neuhauser (/topics/author/alan-neuhauser)   |
March 20, 2017

The FBI director confirmed the existence of an
investigation that had been widely reported.

(//www.usnews.com/news/national-
news/articles/2017-03-20/fbi-director-
james-comey-confirms-investigation-
into-trump-russia-ties?int=news-rec)



**Trump Tweetstorm Before House Intelligence
Hearing
(//www.usnews.com/news/politics/articles/2017-
03-20/trump-tweets-call-russia-connection-fake-
news-hours-before-comey-clapper-testify?
int=news-rec)**
Gabrielle Levy (/topics/author/gabrielle-levy)   |   March 20, 2017

President blasts media, others ahead of FBI Director
James Comey's appearance on Capitol Hill.

(//www.usnews.com/news/politics/articles/2017-
03-20/trump-tweets-call-russia-connection-fake-
news-hours-before-comey-clapper-testify?
int=news-rec)



**Report: U.K. to Formally Declare Brexit
March 29
(//www.usnews.com/news/articles/2017-
03-20/report-uk-to-formally-declare-
brexit-march-29?int=news-rec)**
Andrew Soergel (/topics/author/andrew-soergel)   |
March 20, 2017

Months after the U.K.'s referendum vote, the
government will soon formally begin divorce
proceedings with the EU.

(//www.usnews.com/news/articles/2017-
03-20/report-uk-to-formally-declare-brexit-
march-29?int=news-rec)



**Allies Decry North Korea's 'Meaningful
Progress' on Missiles
(//www.usnews.com/news/world/articles/2017-
03-20/north-koreas-meaningful-nuclear-
progress-causes-concerns?int=news-rec)**
Curt Mills (/topics/author/curt-mills)   |   March 20, 2017

Kim hails 'a new birth' for country, while former U.S.
defense secretary calls North Korea the world's most
dangerous problem.

(//www.usnews.com/news/world/articles/2017-
03-20/north-koreas-meaningful-nuclear-
progress-causes-concerns?int=news-rec)

ATL004627

cases

MORE





(//www.usnews.com/news/national-news/articles/2017-03-20/what-to-expect-from-neil-gorsuchs-confirmation-hearings?int=news-rec)

**What to Expect From Neil Gorsuch's Confirmation Hearings (//www.usnews.com/news/national-news/articles/2017-03-20/what-to-expect-from-neil-gorsuchs-confirmation-hearings?int=news-rec)**

Joseph P. Williams (/topics/author/joseph-p-williams) | March 20, 2017

While opponents aim to portray the Supreme Court nominee as a right-wing ideologue, it's likely Gorsuch will reveal very little about how he'd rule on controversial cases.



(//www.usnews.com/news/national-news/articles/2017-03-18/whats-next-for-trumps-travel-ban?int=news-rec)

**What's Next for Trump's Travel Ban? (//www.usnews.com/news/national-news/articles/2017-03-18/whats-next-for-trumps-travel-ban?int=news-rec)**

Alan Neuhauser (/topics/author/alan-neuhauser) | March 18, 2017

Two rulings that are freezing key parts of the executive order are almost certainly Supreme Court-bound, experts say.



(//www.usnews.com/news/politics/articles/2017-03-17/donald-trump-and-angela-merkels-awkward-white-house-summit?int=news-rec)

**Trump's Awkward Merkel Summit (//www.usnews.com/news/politics/articles/2017-03-17/donald-trump-and-angela-merkels-awkward-white-house-summit?int=news-rec)**

David Catanese (/topics/author/david-catanese) | March 17, 2017

The president's visit with the German chancellor featured a joke about U.S. surveillance and two differing personalities.



(//www.usnews.com/news/articles/2017-03-17/popped-pimp-may-uncork-warrant-

**Popped Pimp May Uncork Warrant Protection for Cellphone Location (//www.usnews.com/news/articles/2017-03-17/popped-pimp-may-uncork-warrant-protection-for-cellphone-location?int=news-rec)**

Steven Nelson (/topics/author/steven_nelson) | March 17, 2017

Will the 9th Circuit break with four others?

cases  protection-for-cellphone-location?
int=r-.vs-reMORE                                    Advocates hope so.



**Trump to Appeal Ruling on Travel Ban**
**(//www.usnews.com/news/national-**
**news/articles/2017-03-17/trump-**
**administration-to-appeal-ruling-against-**
**travel-ban?int=news-rec)**
Alan Neuhauser (/topics/author/alan-neuhauser)   |
March 17, 2017

(//www.usnews.com/news/national-
news/articles/2017-03-17/trump-         The Justice Department, as expected, file a
administration-to-appeal-ruling-against-  notice saying it intends to appeal a restraining
travel-ban?int=news-rec)                order issued by a federal judge in Maryland.





**Trump: Calling Me an Isolationist Is 'Fake**
**News' (//www.usnews.com/news/articles/2017-**
**03-17/trump-calling-me-an-isolationist-is-fake-**
**news?int=news-rec)**
Andrew Soergel (/topics/author/andrew-soergel)   |   March 17,
2017

The president on Friday defended his public stance on
(//www.usnews.com/news/articles/2017-  international trade during an appearance with German
03-17/trump-calling-me-an-isolationist-is-  Chancellor Angela Merkel.
fake-news?int=news-rec)



**5 Things to Know About the Economy**
**(//www.usnews.com/news/slideshows/trump-**
**unveils-budget-fed-raises-rates-5-things-to-**
**know-about-the-economy?int=news-rec)**
Andrew Soergel (/topics/author/andrew-soergel)   |   March
17, 2017

U.S. News breaks down the week's most notable
economic developments.

(//www.usnews.com/news/slideshows/trump-
unveils-budget-fed-raises-rates-5-things-to-
know-about-the-economy?int=news-rec)

See More (/news/world/articles/2016-08-24/israel-clears-forces-in-several-
deadly-2014-gaza-war-cases?renderer=json&renderer=json&offset=60)

$259 ARRENDAMIENTO AL MES*   MAS Hasta $3,540 de Ahorro Total*   COMPRA HOY   CREA
LA TOTALMENTE NUEVA TITAN® 2017
Se Muestra 2017 Titan $400 de arrendamiento al mes   *Más información del arrendamiento

ATL004629

cases

(https://www.usnews.com)

About U.S. News (https://www.usnews.com/info/features/about-usnews)    Contact (https://www.usnews.com/info/features/contact)
Press (https://www.usnews.com/info/blogs/press-room)    Advertise (http://mediakit.usnews.com/index.php)
Jobs (https://www.usnews.com/info/features/employment)
Copyright 2017 © U.S. News & World Report L.P.    Terms and Conditions (https://www.usnews.com/info/features/terms)
Privacy Policy (https://www.usnews.com/info/features/terms#privacy)

ATL004630

# EXHIBIT 60

 **INDEPENDENT**      ews   Voices   Sports   Culture   Indy/Life   Tech   Daily Edition

News › World › Middle East

# Israel-Gaza conflict: 50-day war by numbers

The latest conflict has left more than 2,200 people dead, mostly civilians

Lizzie Dearden | @lizziedearden | Wednesday 27 August 2014 10:15 BST | ⧠0 comments

 **212** shares

👍 Like   Click to follow
The Independent Online



Two boys walk past destroyed homes in northern Gaza, close to the border with Israel, just before the whole region was shaken by violence and then relieved by a new ceasefire last night *Getty Images*

As discussions for a long-term truce between Israel and Hamas continue in Cairo, Gaza is picking up the pieces of a 50-day war that left more than 2,200 people dead.

People are beginning to leave refugee camps and UN shelters amid hopes that a ceasefire declared yesterday will hold but many have no home to return to.

We use cookies to enhance your visit to our site and to bring you advertisements that might interest you. Read our **Privacy** and **Cookie** Policies to find out more.                        ✕

ATL004755

4/7/2017 Israel-Gaza conflict: 50-day war by numbers | The Independent


Forces (IDF) claimed targeted only "terrorist" sites used by Hamas for military purposes.

Just a day before the peace deal was struck, bombing toppled one of Gaza's tallest buildings, the 15-storey Basha Tower full of apartments and offices, after days of strikes against shopping complexes and high rises.

The UN estimates that more than 20,000 homes have been reduced to rubble or rendered uninhabitable and workers are racing to avert humanitarian crisis by fixing damaged water mains and power lines.



According to the United Nations Relief and Work Agency (UNRWA), more than 300,000 Gazans had been sheltering in its schools on Tuesday and up to 500,000 people have been displaced by the conflict.

Pierre Krähenbühl, UNRWA Commissioner-General, appealed for £178 million ($295 million) of international aid towards its recovery operations.

He said: "During a week when children should have been starting their new school year, they are instead facing prolonged insecurity, fear and suffering.

"To make matters worse, the extensive destruction caused by the conflict means that many Palestinians will have no home to return to once hostilities have ended.

"Many will face a harsh winter in emergency shelters."

 **In pictures: Israel-Gaza conflict - summer 2014**




**Comfy Casual Dresses**
Up To 60% OFF
Shop Now>>
*Rotita*

 indy100 TRENDING

 The average penis size is getting bigger

 People who yawn more tend to be more intelligent

 9 of the worst advertising fails ever

 The Daily Show's 'Ivanktionary' is mercilessly mocking Ivanka Trump

 Why the middle seat is about to become the best place to sit on a plane

**MOST POPULAR**

 Russia suspends agreement that prevents direct conflict with US forces

US air strikes in Syria

We use cookies to enhance your visit to our site and to bring you advertisements that might interest you. Read our **Privacy** and **Cookie** Policies to find out more. ✕

ATL004756

 **INDEPENDENT**        ews   Voices   Sports   Culture   Indy/Life   Tech   Daily Edition


📷 **18**
show all

Palestinian health officials say 2,139 people, most of them civilians, including more than 490 children, have been killed in Gaza since Israel launched Operation Protective Edge on 8 July.

Israel's death toll stands at 64 soldiers and six civilians, including a four-year-old boy who died after a Hamas rocket hit a house in Eshkol.

The IDF claimed more than 3,700 rockets had been fired towards Israel by 20 August and it had destroyed 32 Hamas tunnels and killed 750 alleged militants and commanders.

**2014 Gaza war by numbers:**
Palestinians killed: 2,139

Palestinian children killed: 490

Israeli soldiers killed: 64

Israeli civilians killed: 6

Israeli children killed: 1

Palestinians wounded: 11,000

Palestinian children wounded: 3,000

Gaza residents displaced: Up to 500,000

Homes destroyed in Gaza: 20,000

*Source: UN* ●

### READ MORE
- Hamas claims victory as truce talks continue

- Video captures moment one of Gaza's tallest buildings destroyed by Israeli air strikes

- BENJAMIN NETANYAHU WARNS PALESTINIANS TO FLEE HAMAS 'TARGETS'

🔖 Reuse content

**PROMOTED STORIES**
Sponsored Links by Taboola ▷

**An Astonishing Card Now Offering 0% Interest Until 2018**
NextAdvisor

**See how Brightwood College can help your career**
Brightwood College

**The Highest Paying Cash Back Card Has Arrived (No Annual Fee)**
Credit.com Credit Card Offers


**Brazilian team use shirt numbers to advertise supermarket prices**


**Texas anti-masturbation bill moves closer to becoming law**


**Donald Trump's biggest fans desert him over Syria air strikes**

**PROMOTED STORIES**   Sponsored Links

**How Much Money Do You Really Get from a Reverse Mortgage?**
NewRetirement

**Winner: Our Best Cash Back Card [Highest Paying + No Annual Fee]**
Credit.com Credit Card Offers

**DALLAS/FORT WORTH How A Smart Home Helps You Get To Work On Time**
Alarm.com

**We Tried Bombas Socks. Here's What Happened:**
Business Insider | Bombas Socks

**Getting New Perfume Is a Commitment, But It Doesn't Have to Be**
Bridgette Rays for Scentbird

by Taboola ▷

**VIDEO**


**Everything we know so far about the Stockholm attack**


**Stockholm attack: Witnesses tell of terror as truck ploughs into crowd**


**Video shows horror as truck ploughs into crowd in Sweden**

**SPONSORED FEATURES**

Discover Portland's smartest places to shop

Inside the world of Ghost In The Shell

We use cookies to enhance your visit to our site and to bring you advertisements that might interest you. Read our **Privacy** and **Cookie** Policies to find out more.                                    ✕

ATL004757

 **INDEPENDENT**     ews   Voices   Sports   Culture   Indy/Life   Tech   Daily Edition

**The One Reason ABC7 Liked This Meal Service**
Home Chef

5 best bikes for beginners

**The Most Addictive Game for Women: Discover Elvenar**
Elvenar - Free Online Game

Exploring the Mississippi by steamboat

**We Tried HelloFresh: Here's How Convenient It Was**
Popdust

**If you own a computer you must try this game!**
Online Strategy Game

**Want A Smart Home? You Don't Have To Go It Alone**
Alarm.com

**The Apparel College Sports Fans Are Loving**
Peter Millar

**We Tested Nutrisystem: Here's What Happened**
Popdust for Nutrisystem

**Try Not To Be Stunned By How Erika Eleniak Looks Today**
Journalistate

## MORE FROM THE INDEPENDENT

**Police find wet, naked woman who only knows she's a mermaid. Then they spotted her webbed feet**

**Putin has offered a stern warning to the US over Syrian air strikes**

**Woman who filmed her maid falling from a building and didn't try to help 'detained by police'**

by Taboola

 Start your day with
The Independent's news email 

## COMMENTS

Log in or register to comment

We use cookies to enhance your visit to our site and to bring you advertisements that might interest you. Read our **Privacy** and **Cookie** Policies to find out more.                                                                                    ×

ATL004758

# EXHIBIT 61

# Israel and Hamas may have committed war crimes in Gaza, U.N. report says



A Palestinian boy rides his bicycle past buildings that were destroyed during the 50-day war between Israel and Hamas militants in the summer of 2014. (Said Khatib / AFP/Getty Images)

By **Batsheva Sobelman**

---

**SHARE THIS**

 

U.N. panel finds evidence of war crimes in Gaza by Israel and Hamas. Both sides disagree

---

JUNE 22, 2015, 10:09 AM   |   REPORTING FROM JERUSALEM

 long-awaited report by a United Nations special investigative panel concluded that both Israel and the Palestinian militant group Hamas may have been guilty of war crimes during last summer's Gaza war.

The report released Monday said the commission, appointed by the U.N. Human Rights Council, gathered "substantial evidence pointing to serious violations of international humanitarian law and international human rights" by both sides that in some cases "may amount to war crimes."

ATL004631

Both sides immediately rejected the findings, denying any complicity in war crimes, although both Hamas and the Palestinian Authority welcomed the criticism of Israel.

The 50-day war broke out in July after the abduction and killing of three Jewish teens in the West Bank and the subsequent kidnapping and burning of a Palestinian youth in an apparent revenge attack. With tension escalating between the two sides, Israel launched a crackdown on Hamas in the West Bank and the militants unleashed repeated rocket attacks on Israel, events that led to an Israeli assault on the coastal enclave.

The fiercest military clash between Israel and Hamas, the fighting resulted in the deaths of 2,251 Palestinians — more than half of whom were civilians, according to the report — injured more than 11,000 and caused widespread devastation to civilian property and infrastructure throughout the Gaza Strip.

"The effects of this devastation had a severe impact on the human rights of Palestinians in Gaza and will do so for generations to come," the report said.

The report also acknowledged the "tragic results of hostilities" on the Israeli side, where civilians were pinned down in bomb shelters as thousands of rockets were fired from Gaza. Sixty-seven Israeli soldiers died in the conflict, and rockets killed six civilians inside Israel.

The panel said it was "deeply moved by the immense suffering" of Palestinian and Israeli victims alike and urged both sides to restore human rights and dignity to all civilians and take "immediate steps to ensure accountability," calling Israel's investigating mechanisms "flawed" and Palestinian investigations "woefully inadequate."

Israel released its own report on the conflict last week, defending the need for military action and accusing Hamas of war crimes.

The Israeli military continues to review 190 cases of suspected violations of international law, and the Military Advocate General has ordered several criminal investigations as it continued to examine the rest.

Israel did not cooperate with the U.N. investigation and denied the panel access on the ground. Testimony was heard in Amman, Jordan, and in Geneva as well as electronically and through written submissions and open sources.

The panel's report cited Israeli missile strikes in densely populated neighborhoods as possible war crimes, saying the location of the targets, the weapons used and the timing of the attacks indicated that the Israel Defense Forces may not have done everything feasible to avoid civilian casualties.

ATL004632

Also cited as possible war crimes were the killing of 21 suspected collaborators by Hamas' armed wing.

A statement from Israel's foreign ministry on Monday expressed regret that the report equated "Israel's moral behavior" with that of the "terror organizations it confronted."

"Israel does not commit war crimes. Israel defends itself from a terror organization that calls for its destruction and commits many war crimes," Israeli Prime Minister Benjamin Netanyahu said in parliament.

Any country would do the same under the circumstances, Netanyahu added.

"We will continue acting with force and determination against anyone trying to hurt our citizens, and we will do so in keeping with international law," he said.

Palestinians expressed satisfaction with the report's findings about Israel, but Hamas rejected what it called a "false balance" between the two sides.

"Hamas believes that the U.N. condemnation of the Zionist occupation in the report of the recent offensive on Gaza and committing war crimes against our children, women and elderly people is a positive development, despite the attempt of equality between the victim and executioner," said Fawzi Barhoum, a Hamas spokesman.

Chief Palestinian negotiator Saeb Erekat said the "State of Palestine" would review the findings and recommendations in keeping with its "staunch commitment" to ensuring respect for international law.

Erekat said the only true path to peace was ending the Israeli occupation of Palestinian territories, and decried the "impunity with which [crime] continues to be perpetrated" against Palestinians.

The U.N. panel was appointed in July 2014 to investigate the situation of Palestinian human rights in Gaza, the West Bank and east Jerusalem while the fighting in Gaza was still taking place. Israel rejected the commission from the outset as biased.

Earlier this year, international legal expert William Schabas resigned as head of the panel after being accused of bias against Israel for a one-time professional association with the Palestine Liberation Organization.

*Sobelman is a special correspondent. Special correspondent Maher Abukhater in Ramallah and Rushdi abu Alouf in Gaza City contributed to this report.*

ATL004633

Israel and Hamas may have committed war crimes in Gaza, U.N. report says - LA Times     Page 4 of 4

Copyright © 2017, Los Angeles Times

## UPDATES

**10:09 a.m.:** This report was updated with additional details from the report and reaction from Hamas.

**9:05 a.m.:** This report was updated with staff reporting, reactions from Israel, Hamas, Palestinian Authority, background.

This article was originally published at 4:42 a.m.

**This article is related to:** Middle East, Israel, Palestinian, Gaza Strip, West Bank, Juvenile Delinquency, United Nations

ATL004634

# EXHIBIT 62



LA TOTALMENTE NUEVA
TITAN® 2017

MAS
Hasta
$3,540
de Ahorro Total*

$259
ARRENDAMIENTO AL MES*

Se Muestra 2017 Titan $460 de arrendamiento al mes.

COMPRA

CREA

*Más información del arre

ADVERT

# Israeli 2014 Gaza war actions lawful, report says

14 June 2015 | Middle East                                     Share



At least 18,000 homes in Gaza were destroyed during Israel's 50-day military operation

**The Israeli government has issued a
report into the 2014 war in Gaza, saying
that its military actions were "lawful"
and "legitimate".**

Israel made "substantial efforts" to avoid
civilian deaths, it said.

The militant group Hamas, which
dominates the Gaza Strip, called the
Israeli report worthless.

It comes ahead of the publication of a UN
inquiry into possible war crimes committed
during the war, a report Israel dismissed
as a waste of time.

The 50-day conflict between Israel and
Gaza militants, lasted from July to late
August 2014. It left at least 2,189
Palestinians dead, including more than 1,486 civilians, according to
the UN.

On the Israeli side, 67 soldiers were killed along with six civilians.

**The 277-page report**, released by the Israeli foreign ministry,
disputed the UN figures, estimating that 2,125 Palestinians had
been killed, including 936 militants and 761 civilians, with the
status of the remaining casualties unknown.

It said that Hamas militants disguised themselves as civilians and
converted civilian buildings into military centres.

"This exploitation of civilian surroundings - which often constituted
war crimes and crimes against humanity - posed significant
operational, legal and ethical challenges for the IDF," the report
said.

**Israel and the
Palestinians**

**Can Jewish settlement
issue be resolved?**

**What will the Trump
presidency mean for
Israel?**

**Israel-Palestinians:
Blame and bitterness
keeping peace at bay**

**Israel-Palestinian
tensions return to
boiling point**

"Harm to the civilian population... occurred as the result of unfortunate - yet lawful - incidental effects of legitimate military action in the vicinity of civilians and their surroundings," it added.

"Israel did not intend, and deeply regrets, the harm caused to the Palestinian civilian population and surroundings during the 2014 Gaza Conflict."

REUTERS

Israeli PM Benjamin Netanyahu said the report showed the military had acted within international law

A spokesman for Hamas said the Israeli report was "valueless".

"Israeli war crimes are clear because they were committed in front of live cameras," Sami Abu Zuhri said.

Meanwhile, a report from the UN Human Rights Council on the war is also expected to be published this week.

**The council** says its inquiry will cover "all violations of international humanitarian law" committed by both sides during the Gaza conflict.

ATL004637

GETTY IMAGES

Rockets fired by Hamas struck Israeli homes during the war

Israeli Prime Minister Benjamin Netanyahu said on Sunday: "Whoever wants a baseless, automatic accusation against Israel can waste their time reading the UN report."

In April, **a UN inquiry** said that at least 44 Palestinians had been killed by "Israeli actions" while sheltering at seven UN schools during the war.

The inquiry also found that three empty UN schools were used by Palestinian militants to store weapons, and that in two cases they likely fired from them.

Related Topics

**Israel**    **Palestinian territories**

## Share this story About sharing

## Israel and the Palestinians

ATL004638

**Can Jewish settlement issue be resolved?**

16 February 2017

**Israel-Palestinians: Blame and bitterness keeping peace at bay**

1 July 2016

**Is Palestinian-Israeli violence being driven by social media?**

22 October 2015

**Israel-Palestinians: World diplomacy's Gordian knot**

20 October 2015

**Who are Hamas?**

11 July 2014

**Palestinian territories profile**

8 July 2015

**What will the Trump presidency mean for Israel?**

3 February 2017

**Israel-Palestinian tensions return to boiling point**

4 May 2016

**Jerusalem's flashpoint holy site**

15 October 2015

## Backgrounders

**Mid-East talks: Where they stand**

22 July 2013

**History of Mid-East peace talks**

29 July 2013

## Watch/Listen

**Growing tension at Jerusalem holy site**

7 November 2014

**'Feels like normal life in Gaza'**

27 August 2014

**Jerusalem unrest as tensions rise**

7 November 2014

**Israel 'considered' Gaza reoccupation**

27 August 2014

## Middle East

**US forces back assault on Syria dam**
22 March 2017 | Middle East

**Civilians 'killed in Raqqa school strike'**
22 March 2017 | Middle East

**WWI alcohol stash unearthed in Israel**
22 March 2017 | UK

ATL004639

# More Videos from the BBC

Recommended by Outbrain



**Student jailed for attacking a man who said train had reached 'end**



**Afghan migrant boy dubbed 'Little Picasso'**



**Handbag designer: 'I am moving manufacturing to Italy'**



**How chewing gum helped to catch a killer after 35 years**



**Short film encourages mothers to breastfeed toddlers**



**London attack: 'Man in black... stabbing or striking'**

# Elsewhere on BBC

Recommended by Outbrain

# You Might Also Like



BBC Capital

**What's the best country for you?**



BBC Future

**The invention of 'heterosexuality'**

ATL004640



BBC News

**'My life was ruined by a typo'**



BBC Travel

**A city with too much history to handle**



BBC News

**Wartime RAF bomber being restored in Lincolnshire**



BBC Culture

**A make-up designer's tricks of the trade**

## Top Stories

**Terror attack at UK Parliament**

Four people dead as a car mows down pedestrians and a police officer is stabbed.

3 hours ago

**Four dead in Westminster terror attack**

16 minutes ago

**US forces back assault on Syria dam**

1 hour ago

ADVERTISEMENT

Features

ATL004642



**The other Ivankas around the world**



**Syria: Football on the frontline**



**Laptop ban sends shivers down parents' spines**

▶

**How your phone could unlock thousands of bikes**

▶

**Clooney can call any time, says fan, 87**

**The online scammer who wanted sex, not cash**

**Has this dress been to more countries than you?**

**What really makes Bear Grylls afraid?**

▶

**The female football coach who manages Italy's under-16s**

ATL004643



## Most Popular

**Read**    **Watched**

| | | | |
|---|---|---|---|
| Westminster attack - latest updates | **1** | Westminster attack: As it happened | **6** |
| Two killed in Westminster 'terror' attack | **2** | No parole for first killer caught by DNA<br>Last updated 29 April 2016 | **7** |
| Trump strategist 'offered to help Putin' | **3** | Rapist moved to female jail after sex change | **8** |
| Laptop flight ban 'sparked by IS threat' | **4** | Laptop flight ban 'in force by Saturday' | **9** |
| Did technology kill or save the book?<br>Last updated 14 August 2015 | **5** | Stalking the 'elusive' Tasmanian tiger<br>Last updated 8 September 2016 | **10** |

ADVERTISEMENT

ATL004644



$259
ARRENDAMIENTO AL MES*

MÁS $3,540 de Ahorro Total*
Hasta

NISSAN LA TOTALMENTE
NUEVA TITAN® 2017
*Más información del arrendamiento
Se Muestra 2017 Titan $460 de
arrendamiento al mes.          COMPRA HOY          CREA

# From Around the Web

Promoted content by Outbrain



**Here's Why Guys Are Obsessed With This Underwear…**
MackWeldon



**The Data Doesn't Lie: Blue Apron is Cheaper Than the…**
Blue Apron



**Meet the bomber we're sending to crush ISIS**
CNET



**Japan on track to approve law allowing emperor…**
Nikkei Asian Review



**2017 Solar Rebates Eliminate Upfront Installation Costs**
Energy Bill Cruncher



**The absolute fastest U.S. Air Force planes in…**
CNET

ATL004645

## Ads by Google

**The cameras saw it all.**
MTV VMAs: Hottest Red Carpet
Looks of All Time
tvguide.com

## BBC News Services

| On your mobile | On your connected tv | Get news alerts | Contact BBC News |
|---|---|---|---|

## Explore the BBC

| News | Sport |
|---|---|
| Weather | Shop |
| Earth | Travel |
| Capital | Culture |
| Autos | Future |
| TV | Radio |
| CBBC | CBeebies |
| Food | iWonder |
| Bitesize | Music |
| Arts | Make It Digital |
| Taster | Nature |

ATL004646

| Terms of Use | About the BBC |
| --- | --- |
| Privacy Policy | Cookies |
| Accessibility Help | Parental Guidance |
| Contact the BBC | Advertise with us |
| Ad choices | |

**Copyright © 2017 BBC.** The BBC is not responsible for the content of external sites. **Read about our approach to external linking.**

ATL004647