# EXHIBIT 63

Page 932



Marianna     Subscribe now

January 11, 2017
Tevet 13, 5777

Search                    🔍

Israel News | Opinion | U.S. News | World News | Middle East News | Jewish World

All |

Netanyahu's Tape Scandal
Explained: Will He Be Forced to
Resign?

'I Wouldn't Leave Tel
Anything'

**Most Popular**

Exclusive: Details of Bribery Deal Netanyahu Negotiated With Media Mogul
Revealed

**Home  >  Israel News**

# After Seven Weeks of Gaza War, Hamas 1, Israel 0

The Palestinians bled a lot more, but after nearly two months
they can see a potential improvement in their situation, which
is the goal of any show of force.

**Amir Oren** | Aug 26, 2014 12:09 PM

Share      Tweet    ✉    ♫         💬 20    ⓘ Zen    Subscribe

ATL004648



**A Palestinian walks amid the rubble of a mosque in Gaza City, following an Israeli airstrike on
Monday.** Credit: AP

- **Analysis // Egypt: The new power broker?**
- **A war of attrition is not an option in Gaza**
- **Israel's surprise assassination attempt on Deif may backfire and
  strengthen Hamas resolve**
- **Support for Netanyahu plunges, poll finds**

Discover: Hamas, Israel, Middle East, Palestinians **Powered by Codefuel**

Is what started on 7.7 going to really end after seven weeks? Will
both sides finally stop shooting at each other, wrap up Operation
Protective Edge and start recovering from it?

The feeling in Tel Aviv is that this time the end is really near, on the
assumption that the mutual concessions on the table are enough for
both Israel and Hamas – or more accurately, are preferable to
sticking to objectives that are not currently achievable.

A cold calculation of costs vs. benefits compared to the situation
that prevailed on July 7 seems to show that Israel lost more. All it
got was a restoration of the previous situation without anything to
show for it, while it paid with 68 deaths, hundreds of wounded, and
thousands of people uprooted from their homes. Although in each
of those categories Israel's loss represents only about 3 percent of

ATL004649

what the Palestinians in Gaza suffered, there was no perceptible
return on Israel's investment. The Palestinians bled a lot more, but
after less than two months of fire they can point to a potential
improvement in their situation, which is the goal of any show of
force.

In addition to the Israeli casualties, Hamas managed to disrupt life
in Israel in a number of ways: A partial suspension of flights into
Ben-Gurion Airport; the delay of the opening matches of the
Premier League soccer season, and the cancellation of numerous
concerts, performances, demonstrations and other public events,
and the threat of a possible delay in opening the school year. For a
time the communities near the border fence became an updated
version of "Gush Katif," the settlements that had to be evacuated
from Gaza nine years ago.

Hamas deterred Israel's defense minister, the celebrated hero of the
paratroopers and the General Staff, from visiting Nahal Oz, on
grounds that the damage caused by a mortar shell or by being
forced to take shelter from one would give Hamas a photographic
prize, as if there is no victory in forcing the defense minister to
avoid visiting in the first place.

Israel extracted a tactical and not substantive concession from
Hamas with regard to demilitarization that is effectively an Israeli
concession. The Israeli demand to demilitarize the Strip was not
realistic from the start. A demilitarized state can be established as a
condition for transferring control there to a new sovereign – for
example, in the West Bank, when the Palestinian Authority becomes
a state – or following the surrender of the regime in it, as in Japan
and Germany, where the Americans, within only a few years, came
to regret their demands at the end of World War II as they sought
strong allies for World War III, against the Soviets.

To expect Hamas, an organization that controls the Strip, to carry
out a suicide attack by firing thousands of rockets and turning all
the others into scrap, was noble but not serious. Insistence on it
extended the conflict until in the end Israel folded and consigned
demilitarization to the future. Hamas' concession is that it agreed to

ATL004650

allow demilitarization to be floated as a concept, to be addressed during future talks that may or may not take place, rather than having it dropped as if it had never been mentioned. When the time comes, a softer term will be chosen, like "arms control" or "thinning," which without a mechanism for inspection, enforcement, and punishment for violations will also be of limited significance.

Speaking with Hamas, which as far as Prime Minister Benjamin Netanyahu is concerned is akin to talking with the Islamic State, let alone coming to an agreement with one of these murderous Muslim groups, is just the tip of the iceberg on which Netanyahu is stuck. The patron of the talks will continue to be Egyptian President Abdul Fattah al-Sissi, who, in consultation with Palestinian Authority President Mahmoud Abbas, will be presenting Netanyahu with a big bill to pay.

What will be included in is pretty clear. The late Egyptian President Anwar Sadat, after all, refused to make peace with Menachem Begin without conditioning it on talks with the Palestinians. To move forward, Sissi and Abbas will look backward, to Security Council Resolution 242, whose essence is land for peace.

Netanyahu, meanwhile, knows he cannot let Operation Protective Edge drag into September, the fall holidays, and onward endlessly. He must bring it to an end, even though the last day of the military operation will also be the first day of the next general election campaign.



**Amir Oren**

Send me email alerts                                                    ✉

## You Might also Like                    Recommended by

ATL004651

# EXHIBIT 64



*The*Atlantic

# The One Place Where Israel and Hamas Are Communicating

How the evening news became a forum for (bizarre) dialogue.



YouTube

**DEBRA KAMIN**

**AUG 5, 2014** | **GLOBAL**

Like *The Atlantic*? Subscribe to The Atlantic Daily, our free weekday email newsletter.

Email     **SIGN UP**

TEL AVIV—At 8 p.m. on July 12, Hamas forces in Gaza announced that in one hour they would destroy the city of Tel Aviv.

ATL004748

Even for a war that has played out in the bravado of hashtag campaigns, terror-group music videos, and Israeli-military propaganda memes, such a statement was unprecedented. Hamas had never issued warnings before firing missiles at Israel. So Ehud Yaari, the Israeli television journalist who is a fixture on the nation's Channel 2 news, broke immediately from his regular coverage and reported the threat.

In the exact moment that he did, however, viewers of the Hamas-run television station Al-Aqsa TV were also watching him in Gaza. That's because on July 12, as on so many other nights of this nearly month-long conflict between Israel and Gaza, Al-Aqsa was carrying Channel 2 live on air.

Thanks to flimsy copyright laws in the region, Israeli and Palestinian television stations routinely tap into each other's transmissions and broadcast them to their viewers. Since Gazans and Israelis are barred from entering each other's territories, this swap of feeds often stands in for reporters on the ground. The news broadcasts —a fun-house mirror of Israeli television showing Palestinian television showing Israeli television—sometimes offer the only window into the reality of life on the other side.

Occasionally, the voyeurism becomes even more surreal. Yaari, one of Israel's most respected Arabists, often tries to strike up a conversation with the anchors in Gaza. Sometimes he succeeds. On July 12, however, he was rebuffed. "Can we talk?" he said in Arabic into the camera, moments after announcing the Hamas threat on Tel Aviv. In Gaza City, the anchor sneered. "There can be no dialogue between Palestinians and the Zionist occupier," he responded in Arabic.

Despite the snub, Al-Aqsa didn't cut away from the Israeli station. Instead, it stayed with Channel 2 as Hamas militants launched their promised barrage of rockets at Tel Aviv just after 9 p.m. But rather than conveying scenes of destruction and death, the tapped Channel 2 feed showed Israel's Iron Dome missile-defense system knocking the rockets out of the sky. Minutes after air-raid sirens had blared across the city, residents were back strolling on the streets and eating at outdoor

ATL004749

Case 2:16-cv-04435-PA-MRW Document 58-16 Filed 04/24/17 Page 9 of 58 Page ID #:3801

cafes. At one point in the clip, Yaari has the following exchange with a female anchor in his studio:

> Female anchor: "You're saying that they're broadcasting us, and we're broadcasting them. ..."
>
> Yaari: "They broadcast us all the time. ... If you were to go to the beach in Gaza, everybody would recognize you."
>
> Female anchor: "I really hope that one day we will all be able to visit Gaza."

"They were embarrassed," says Yaari, 69. "There were no explosions in Tel Aviv. The Iron Dome did its job and they had to improvise all sorts of explanations, saying things like 'the enemy is hiding its casualties.' It's tricky when you do it live, for both sides."

ATL004750

During Operation Pillar of Defense in 2012, Israel's last incursion into Gaza, Yaari decided the time had come to reach out to his Palestinian counterparts. "I had noticed for years that sometimes they carry us live," he notes of Al-Aqsa TV. "And I said to myself, 'Well, I speak Arabic. The guy is there on the air, translating what I'm saying. I should call on him and engage him.' So I did."

Channel 2's anchors were having a roundtable discussion inside their studios in the Jerusalem suburbs, and had Al-Aqsa TV playing live on the massive flatscreen behind their heads. Yaari, seeing his face fill the frame, directed his question to Al-Aqsa's translator in the corner of the screen.

"You at Al-Aqsa, what do you think of our broadcast?" he asked in Hebrew.

There was a long silence, and then the translator answered—first in Arabic, and then in fluent but accented Hebrew—that he had watched Yaari for years while in an Israeli prison and always thought he was a "very good" journalist. Then he turned the question back on Yaari, asking, in a sentence blending Hebrew and Arabic, what the anchor thought about Israeli Prime Minister Benjamin Netanyahu's request for a ceasefire. "Hamas needs to understand that there isn't going to be a victory for Hamas," Yaari responded. When asked about the mood in Gaza, the translator labeled it "excellent," adding, "The homefront is very strong."

ATL004751

This time around, Yaari says, Hamas is feeling a lot less friendly. Twice during the latest conflict, which has cost the lives of nearly 2,000 Gazans and 70 Israelis, the Israeli anchor has tried to create another on-screen dialogue. Both times he has received a response, but then been shut down.

"By now," he says, "they have issued an instruction to the anchors in the studio to not let me engage them. To not be responsive. So they tell me, 'Yes we hear you, but we won't talk to the enemy.'" Hopes of conversations were further dashed when Israel launched a ground invasion of Gaza on July 17, and then, last week, carried out a bombing campaign on several major Hamas targets, including Al-Aqsa's Gaza City headquarters. Its studio was badly damaged, but the channel continues to broadcast.

That doesn't mean that communication between the two sides has been completely shut off. Behind the scenes at both news stations, Yaari explains, the reality is quite

ATL004752

different. "I speak to Hamas all the time. And they know who I am," he says. "They are under strict orders not to talk to us, but they do."

Sometimes, he says, they have an agenda—*Can you pass a message to the prime minister? Can you make this statement on air?* Other times, however, they just feel like chatting. Either way, once the conversation is concluded and Yaari takes his seat before the camera, he knows that his sources are watching intently.

## "They are under strict orders not to talk to us, but they do."

"They try to use you," he says. "Of course they have other channels as well, but they will suggest to me, can you drop this idea to someone? And since they follow us, they know exactly what I say on air, what I took from the conversation and what my interpretation is."

Sometimes Yaari knows what his sources are going to say to him before he even gets them on the phone. That's because his reporting team—four Channel 2 reporters who work alongside him, plus two others who routinely monitor hundreds of Arabic-language news channels, fed into the station's control room through a forest of satellite dishes—does journalistic work that could be mistaken for Israeli intelligence operations. They maintain a slew of computers with hidden IP addresses that can't be traced back to Israel, and manage dozens of Arabic-language social-media profiles. They slip into chat rooms, monitor YouTube videos and Facebook feeds, and click away on smartphones in WhatsApp groups. It's here, in the nooks and crannies of the Arabic-language Internet, that Yaari gets his most reliable information (Yaari claims that news operations across the Arab world are engaged in similar initiatives).

When Hamas was prepping the first-ever video of Gilad Shalit, the former IDF soldier who was captured in a cross-border raid in 2006 and held in captivity for five years, Channel 2 got wind of the video days before it was due to be released to the Israeli government. "They were in the course of preparing the video. They had

ATL004753

a raw version, without graphics, and it wasn't ready for release," Yaari says now. "We broke the story—it was such big news, the first video of the abducted soldier— and they were stunned ... they never learned who it was."

Yaari, for his part, regularly arrives in the Channel 2 studio with an earpiece in each ear—one in Hebrew for his producer, who speaks to him while he delivers the news, and one in Arabic, hooked up to a Palestinian station and offering a live feed that he can drop into the broadcast if he so chooses.

Regardless of when the current conflict in Gaza subsides for good, the two sides will continue watching each other religiously. "We are playing a very dangerous game," Yaari admits. "Whether they pick up our feed or we pick up theirs, when we do it live on air we lose control." Nevertheless, he remains convinced that the benefits outweigh the risks.

"We have achieved the dream of any journalist, especially on air," he says of his work at Channel 2. "Which is the ability, in times of crisis, to be instantaneous."

**ABOUT THE AUTHOR**

 **DEBRA KAMIN** is a writer and editor living in Israel.

🐦 Twitter

ATL004754

# EXHIBIT 65

# 13,000 families in Gaza still displaced two years after war with Israel

**Abeer Ayyoub, Special for USA TODAY**   Published 11:21 a.m. ET Aug. 10, 2016 | **Updated 3:27 p.m. ET Aug. 12, 2016**



*(Photo: Abeer Ayyoub, Special for USA TODAY)*

GAZA CITY — For the past two years, Iftetah Amsha, 50, has been sharing a hot, cramped mobile home with her husband and 10 children. Their house was destroyed during the 50-day war with Israel that ended two years ago this month. "I don't know when I will get out of here," she said.

The conflict left 18,000 housing units destroyed or damaged, according to the United Nations. Fewer than 4,500 have been reconstructed and more than 13,000 families remain displaced in this crowded strip of land along Israel's southwestern border.

Palestinian Housing and Public Works Minister Mofeed Al-Hasayneh said delays in international aid are partly to blame. Only 30% of $5.4 billion pledged for the Palestinians at an October 2014 donors conference in Cairo has arrived, mainly from Europe, he said.

STORY FROM THE MOTLEY FOOL

**A little-known Canadian company just IPO'd, and it's already making people rich**



(http://www.usatoday.com/story/sponsor-story/motley-fool/2017/03/20/could-like-buying-amazon-319/99251352/)

Squeezed by the low price of oil, Gulf states such as Saudi Arabia and Qatar have delayed billions in payments. In addition, the United States has been slow to disperse aid to the Palestinian Authority in the West Bank because of concerns the money could reach Hamas, a U.S.-designated terrorist group that governs Gaza.

ADVERTISING

Adding to Gaza's aid woes, the international charity World Vision has suspended its Gaza program amid accusations by Israel that the group's Gaza director funneled $7.2 million a year to Hamas for five years. Germany and Australia also suspended donations to World Vision in Gaza, according to The Associated Press.

Israeli restrictions on Gaza's imports of construction materials are another factor slowing reconstruction here, Hasayna added. Residents such as Amsha have been trying to register to receive construction materials to rebuild the family home, but the wait is long.

Two years after Gaza war, Israel wants underground wall to block another war (http://www.usatoday.com/story/news/world/2016/06/22/israel-hamas-gaza-strip/86173362/)

"If the process keeps moving this slowly, Gaza would need three more years to be totally reconstructed," Hasayna complained.

A September 2014 agreement brokered by the United Nations was supposed to ease Israeli restrictions on allowing building materials through so they won't be used for military purposes, such as constructing tunnels or weapons storage facilities. Israel, however, continues to detect new tunnels being built by Hamas, which used them to smuggle supplies, weapons and fighters to attack Israel during the war, which began July 8, 2014.

Even as Palestinians complain about Israeli restrictions, some also blame Hamas' slow efforts to rebuild the Mediterranean coastal enclave of 1.8 million.

Hussien Hameed Zwaidy, 36, lost all five of his brothers and sisters in an Israeli airstrike during the war, and he now struggles to look after their children and his own. Between Hamas' inefficient bureaucracy and Israeli hurdles, he says has no idea when he'll be able to rebuild his two-story home.

"I'm here fighting to reconstruct the house and take care of my children along with their (siblings') orphans," he said.

Like many others displaced in Gaza, Zwaidy receives $200 a month from the U.N. Relief and Works Agency for Palestine Refugees to help him meet costs until he can return home.

The housing shortage is one of many problems compounded by the war, which the U.N. estimates killed nearly 2,200 Palestinians, roughly 70% of them civilians, and 71 Israelis, including five civilians. Even before the conflict, which destroyed much of the territory's infrastructure, power shortages have been common since Israel hit the main power plant in 2007.

The World Bank said last year that Gaza had the world's highest unemployment rate at 43%. Nearly 80% of the population receives some form of social assistance.

In the Shejaayaa district, Vivian Aamer Hatehat, 32, recounted her losses as she sat on the ground in a makeshift shelter near the rubble of her home.

"I still can't believe it. I lost my home, memories, money. I'm not even sure I will ever be back there," she said over tea with her seven children and two sisters who came to visit. "At least I got the television. My children are displaced, but they still can watch cartoons."

Hatehat's home was among dozens destroyed when the neighborhood was hit by shelling and airstrikes.

The war erupted after three Israeli teenagers were kidnapped and killed by two men with suspected links to Hamas. That prompted an Israeli crackdown. Hamas responded by firing rockets into Israel, and the Israeli military launched airstrikes and a ground offensive to destroy the rockets and tunnels.

Hopes have been raised that an agreement last month between Israel and Turkey could alleviate Gaza's woes. Turkey has begun to send aid, and President Recep Tayyip Erdogan said his country will help restore Gaza's power lines and improve water supplies, housing and health care.



**Reem Amsha, a recent graduate, can't wait to move out of the trailer that is her home since the war two years ago.** *(Photo: Abeer Ayyoub, Special for USA TODAY)*

Still, the Turkish help is unlikely to end the suffering of Amsha and her family any time soon. The noisy trailer is "either too cold or severely hot," she said. "I wish I could leave tomorrow."

Read or Share this story: http://usat.ly/2bg5uEW

ATL004653

http://www.usatoday.com/story/news/world/2016/08/10/gaza-city-families-displaced-war-israel/880022...   3/22/2017

ATL004654

# EXHIBIT 66

Case 2:16-cv-04435-PA-MRW   Document 58-16   Filed 04/24/17   Page 19 of 58   Page ID #:3811

Children suffer and die in Gaza. Who notices? - Chicago Tribune                    Page 1 of 3

# Children suffer and die in Gaza. Who notices?



A Palestinian child fixes his bike Jan. 28, 2015, in a neighborhood east of Khan Younis in the Gaza Strip that was destroyed during the 50-day war last year between Israel and Hamas-led militants. (Said Khatib, AFP/Getty Images)

By **Najla Shawa**

---

**SHARE THIS**



The senseless deaths of babies in Gaza scarcely register with the international community.

---

JANUARY 29, 2015, 11:48 AM

**I**n the Gaza Strip, the main daily activity of every family is to try to secure and maximize the use of energy. Even the lives of "privileged" families — those whose houses weren't damaged or destroyed in the recent war and who have some money to pay inflated prices and middlemen — are affected.

Power is cut up to 18 hours per day. When there is electricity, we rush to recharge all our batteries, heat water, operate the water filters, check the fuel level in the electrical generator, check the fuel

ATL004655

level in the car and so on. Most lack these basics. When the power is out, we need to find other ways to stay warm, to cook, to work, to live.

My husband and I have been waiting for several weeks to refill our cooking-gas cylinders. Given the insecurity of life in Gaza, we'd like to have some reserves, but distributors aren't able to respond to the demand. Israel limits the quantity of cooking gas that enters the Gaza Strip, and it's simply not enough. We have to get on a list and wait for our turn. Even before the recent, historic winter storm hit, we couldn't find any to refill more than one cylinder for cooking. It took effort and connections to get another one refilled so that we could keep our newborn daughter warm during the storm.

As parents and as human beings, our hearts ache for the Palestinian children who have minimum shelter and are hardly ever warm and dry. Five months after the cease-fire that ended Israel's 50-day assault, there are still 100,000 people sheltering at designated United Nations schools or making do in their ruined homes.

During the war, we thought things couldn't get worse. Now we realize they can.

Thousands of families suffered from cold caused by Huda, a storm that brought historic low temperatures. In a region known for its moderate climate, the bad weather hit while thousands were displaced in the Gaza Strip, Syria and elsewhere.

On the second day of the storm, we heard the terrible news. Two-month-old Rahaf Abu Assi from Khan Younis had been in the warmest room of the family's war-damaged home. Her mother came to check on her while the family sat in a part of the house that hardly had a roof. The baby started to turn blue and showed trouble breathing. The family rushed Rahaf to the hospital, but it was too late. The cold had blocked her bronchial tubes. At least three more infants died of cold that week. Adel Al Lahham, 1 month old, had been living in a makeshift, tin-sheet-covered home in Khan Younis. Salma Al-Massri, 3 months old, had been living in a school used as a shelter in Beit Hanoun. The last tiny victim was 18 months old. Fadi Qudeih was in temporary caravan housing provided as humanitarian assistance, but it wasn't warm enough to sustain his life.

"

# During the war, we thought things couldn't get worse. Now we realize they can.

— Najla Shawa, a humanitarian worker from Gaza

ATL004656

Case 2:16-cv-04435-PA-MRW  Document 58-16  Filed 04/24/17  Page 21 of 58  Page ID #:3813

Children suffer and die in Gaza. Who notices? - Chicago Tribune                Page 3 of 3

Israel would surely blame Hamas for these deaths. Here in Gaza, however, we blame Israel and, increasingly, governments around the world that have successfully achieved their own independence and then disregarded those still struggling for freedom.

The Gaza Strip has 1.8 million people locked into one of the most densely populated areas in the world. Israel controls the economy, natural resources and communications. It also prohibits the vast majority of Palestinians in Gaza from traveling, permitting only a small number to enter. Egypt controls the other side of the Gaza Strip, also imposing restrictions due to political tensions with Hamas.

Largely a refugee population expelled from homes and private property in what is now Israel, people here have endured three Israeli aggressions in six short years. In 2008-2009, 1,391 Palestinians were killed and 5,300 were injured. In 2012, Israeli attacks resulted in the death of 167 Palestinians. The latest assault in the summer of 2014 wrought the most damage to essential infrastructure, schools and hospitals. At least 2,139 Palestinians were killed and more than 11,000 were injured. More than 500 children were killed.

The greatest damage was to our sense of hope.

The word "reconstruction" has earned a bad reputation since the International Conference on Reconstruction in Cairo back in October. For us, "reconstruction" is like a broken promise. The U.N.-brokered agreement has not changed or eased any bit of Israel's strangulating siege on the Gaza Strip. Some people even accuse the U.N. of managing this siege rather than challenging it.

At least during the war, the international community was paying attention. Now, even though we're a "protected" population under international humanitarian law, the Gaza Strip seems to be forgotten, and the senseless deaths of our babies scarcely register with the international community.

*Najla Shawa is a humanitarian worker from Gaza.*

*Twitter @WhateverInGaza*

Copyright © 2017, Chicago Tribune

**This article is related to:** Middle East, Gaza Strip, Israel, United Nations

ATL004657

# EXHIBIT 67

# Chicago Sun Times

## Decimated Hamas makes ludicrous claims

**sarahtr**
**09/05/214, 04:29 p.m.**

The Hamas terrorists that rule the Gaza Strip are good at one thing: Getting Palestinians killed. More than 2,100 Palestinians died in the 50-day war against Israel that ended on the same truce terms offered to Hamas in the early days of the conflict before most of the casualties occurred.

News media accounts, quoting U.N. and Palestinian sources, say the majority of the deaths were civilians. That's misleading in that it suggests overwhelming civilian casualties.

Analyses, such as one by the Committee for Accuracy in Middle East Reporting in America, note that 44 percent of the deaths came among males 17 to 30 years old, meaning men of fighting age.

That matches the assessment of the Israel Defense Forces that 45 percent of the deaths are Hamas combatants or "terrorist operatives" from other groups.

Fighting in an urban environment like Gaza usually results in a much higher proportion of civilian deaths, an average worldwide of one fighter to four civilian deaths, according to a British mil

itary expert. The high civilian death count is especially true when, as Hamas did, combatants hide among civilians and launch attacks from or near homes, schools, hospitals and mosques. Israeli soldiers fighting in Gaza found a Hamas "urban warfare" manual. It recognized that the Israelis would "limit their use of weapons and tactics" and it advocated the deployment of "civilians as pockets of resistance."

The Gaza figures amount to a ratio of about one terrorist death to one inadvertent civilian death. That reflects the great lengths taken by Israel to avoid civilian deaths, carefully targeting Hamas facilities and rocket launchers, issuing warnings before attacks and calling off strikes if too many civilians were endangered.

While the truce holds, the propaganda war continues.

CONTINUE READING AT SUNTIMES.COM

ATL004658

# EXHIBIT 68

**NEWS**

# Israel and Hamas reach an uneasy cease-fire in 50-day Gaza war

By **THE ASSOCIATED PRESS**

August 26, 2014 at 2:10 pm

GAZA CITY, Gaza Strip — Israel and Gaza's ruling Hamas agreed Tuesday to an open-ended cease-fire after seven weeks of fighting — an uneasy deal that halts their deadliest war in years but puts off the most difficult issues.

In the end, both sides settled for an ambiguous interim agreement in exchange for a period of calm.

Hamas, although badly battered, remains in control of Gaza with part of its military arsenal intact. Israel and Egypt will continue to control access to blockaded Gaza, despite Hamas' long-running demand that the border closures imposed in 2007 be lifted.

Hamas declared victory, even though it has little to show for a 50-day war that killed more than 2,100 Palestinians, wounded more than 11,000 and left some 100,000 homeless. On the Israeli side, 64 soldiers and six civilians were killed, including two by Palestinian mortar fire shortly before the cease-fire was announced.

Palestinians poured into Gaza streets to celebrate the announcement with gunfire and fireworks.

ATL004659

"We have won," Hamas spokesman Sami Abu Zuhri exulted at a news conference in front of Shifa Hospital. He said the group's fighters had accomplished "what no Arab army has done. We have defeated them," referring to Israel.

His exuberance aside, officials from Hamas and another Gaza-based militant group, Islamic Jihad, said the cease-fire agreement essentially brings Israel and Palestinians back to terms agreed upon in the truce signed after the 2012 Gaza war.

A senior official in Israeli Prime Minister Benjamin Netanyahu's office, speaking on the condition of anonymity, said Hamas had gained little, if anything, from the conflict, which has left vast tracts of Gaza in ruins.

"Hamas is now finally accepting a cease-fire proposal that was first proposed by Egypt on July 15," the official said. "There is nothing more to the proposal than there was a month and a half ago."

Under the deal, Israel will ease restrictions immediately on Gaza and allow relief aid and construction materials to enter the coastal enclave. The deal also will allow Gaza fishermen to venture 6 miles offshore; until now, they had been restricted to 3 miles.

Other demands by the Palestinians — building a seaport and an airport, opening border crossings and improving the movement of goods and people — are set to be discussed later in Cairo. Israel also will press its demand that Gaza be demilitarized.

The cease-fire deal was modest, leaving big questions about who will control the Gaza Strip — Hamas, which denies Israel's right to exist, or the Palestinian Authority, which is committed to nonviolence and has been unsuccessfully seeking to create a sovereign state in the West Bank and Gaza — to be dealt with later.

U.S. Secretary of State John Kerry sounded a note of caution, saying in a statement, "We are all aware that this is an opportunity, not a certainty. … We are approaching the next phase with our eyes wide open. We have been down this road before and we are all aware of the challenges ahead."

The senior Netanyahu official expressed similar views.

"There have been 11 cease-fire attempts that have either been rejected or violated by Hamas, and the key to moving forward and easing the restrictions is honoring cease-fires," he said.

ATL004660

Israeli hard-liners are complaining that the deal did little to guarantee Hamas would not quickly rearm and renew firing rockets and mortar rounds.

Economy Minister Naftali Bennett, who according to the news portal Walla, requested that Netanyahu bring the proposal to a Cabinet vote.

*The Washington Post contributed to this report.*



SPONSORED
CONTENT

**Veteran Homeowners Get A Huge Reward In 2017**

Sponsored By MorningFinance

If you own a home, you should read this. Thousands with VA benefits have done this. Do this now before your next mortgage payment...

**CLICK FOR DIGITAL & HOME DELIVERY - 50%**

# EXHIBIT 69

Gaza cease-fire reached after 50-day war that killed 2,200 and settled little | News | Dallas...   Page 1 of 4



Don't miss a story. Like us on Facebook.          Like  359K

JERUSALEM — After 50 days of fighting that took 2,200 lives, Israeli and Palestinian leaders reached an open-ended cease-fire agreement Tuesday that promised only limited change to conditions in Gaza and left unresolved the issues underpinning the conflict.

Hamas, the militant Islamist faction that dominates Gaza, declared victory even though it had abandoned most of its demands, ultimately accepting an Egyptian-brokered deal that differs little from one offered on the battle's seventh day. In effect, the deal put both sides back where they were at the end of eight days of fighting in 2012, with terms that called for easing but not lifting Israeli restrictions on travel, trade and fishing in Gaza.

In Israel, continual barrages of rocket fire and fears about starting school Monday without a cease-fire had increased pressure on the government from citizens exhausted by what had become a war of attrition.

In Gaza City, "God is great" blared from mosque loudspeakers and celebratory gunshots exploded in the air as hundreds waved the green flags of Hamas, while displaced residents raced back to damaged or destroyed homes in border areas.

"We declare the victory of the Palestinian resistance, the victory of Gaza," Sami Abu Zuhri, a Hamas spokesman, announced at Al Shifa Hospital. "We achieved some of our instantaneous demands out of this battle."

A statement from Egypt's Foreign Ministry describing the deal included only vague language about "the aspirations of the Palestinian people" and the need to create "an independent Palestinian state to achieve peace and security in the region."

Hamas' call for a seaport and airport in Gaza, and Israel's call for demilitarization of the coastal territory — along with an exchange of Israeli soldiers' remains for Palestinians in Israeli prisons — were put off for discussion within a month if the truce holds.

"We are all aware that this is an opportunity, not a certainty," Secretary of State John Kerry said in a statement.

He described "certain bedrock outcomes" as essential to a long-term solution, saying that Israel needed to live "without terrorist attacks, without rockets, without tunnels," and that Palestinians required "full economic and social opportunities to build better lives for themselves and for their children."

The agreement followed a week of renewed fighting after the collapse of an earlier cease-fire.

Israel killed several top Hamas military commanders and felled three high-rise buildings in airstrikes, while more than 100 rockets a day pounded Israel's battered south.

More than 2,100 Palestinians were killed since the operation began July 8. Most of them were civilians, including two young siblings struck in their car in the southern city of Khan Younis moments before the cease-fire took effect at 7 p.m. Tuesday, according to the Gaza Health Ministry. On the Israeli side, 64 soldiers and six civilians were killed, including two men felled by a mortar that exploded near a swimming pool in a kibbutz just outside Gaza about 6 p.m., the military said.

In Gaza City, a 20-year-old woman was killed and several dozen people were wounded by celebratory gunfire after the truce was announced.

ATL004663

"The human catastrophe is just very immense, it's getting worse and worse every day, and I think that's one of the reasons Hamas took into consideration in accepting the cease-fire," said Mkhaimar Abusada, a political scientist at Al-Azhar University in Gaza City. "The mood is very critical of Israel, but they are also asking questions of Hamas: Why did we have to go through all this? ... Why did we provoke Israel into this war?"

In Israel, support for Prime Minister Benjamin Netanyahu's performance dropped by more than half this weekend from a high of more than 80 percent in the battle's early days, according to polls conducted for Channel 2 News.

President Mahmoud Abbas of the Palestinian Authority, whose stature fell throughout the conflict, promised Tuesday a new diplomatic initiative to accompany the cease-fire. His allies said it would demand international guarantees for a clear deadline to end Israel's occupation of Palestinian territories, bypass U.S.-brokered peace talks, and use U.N. institutions and the International Criminal Court as leverage.

"The vision should be very clear, very specific, and understood from A to Z," Abbas said as he convened an evening meeting of 52 Palestinian leaders at his headquarters in the West Bank city of Ramallah, "because engaging in vague negotiations is something we cannot continue to do."

Though Egypt, Israel and the United States have all said a cease-fire should strengthen Abbas and give him the leading role in rebuilding Gaza, he was not mentioned in the Egyptian statement. The statement also said nothing about Gaza's southern Rafah crossing with Egypt, whose frequent closings since President Abdel-Fattah el-Sissi came to power in Egypt have been a prime Palestinian complaint.

The agreement restores the 6-nautical-mile fishing zone off Gaza's coast that Israel agreed to in 2012 but later cut back. It also says that Israeli-controlled border crossings will be opened to allow the "quick entry" of humanitarian aid and materials to reconstruct Gaza, where more than 11,000 homes and scores of schools and mosques have been reduced to rubble.

A senior Israeli official said the entry of cement and concrete would be monitored to ensure it was used for civilian purposes, because "we're not interested in allowing Hamas to rebuild its military machine."

Mahmoud Zahar, a senior Hamas leader, promised to rebuild homes destroyed in the war and said that Hamas would rearm. "We will build and upgrade our arsenal to be ready for the coming battle, the battle of full liberation," he said.

*The New York Times,*

*The Associated Press*

○ VIEW COMMENTS

NEWS

## Get the Most Important D-FW News in Your Inbox

Sign up for our daily email newsletters

your@email.com

Get Headlines, Business, SportsDay, and GuideLive. Change

SIGN UP NOW

Love your job?
Show it off with Top 100.

The Dallas Morning News
TOP 100
PLACES TO WORK 2017
Powered by DNNmedia

Nominate your company for a
2017 Top 100 Award

## *NEWS*

⟳ LOADING...

| About Us | Contact Us | Privacy Policy |
| Careers | Special Sections | Terms of Service |
| Advertise | FAQ | Site Map |

©2017, The Dallas Morning News Inc. All Rights Reserved.

ATL004665

# EXHIBIT 70



Reprints

http://www.newsday.com/news/world/at-un-israeli-and-palestinian-
leaders-air-differences-1.12354379

This copy is for your personal, non-commercial use only. To order presentation-ready copies
for distribution to colleagues, clients or customers, use the Reprints tool at the top of any
article or order a reprint of this article now.

# Israeli, Palestinian leaders air differences at United Nations

September 22, 2016 By Zachary R. Dowdy   zachary.dowdy@newsday.com



Palestinian Authority President Mahmoud Abbas speaks during the General Debate of the 71st session of the UN General Assembly at UN headquarters in Manhattan on Thursday, Sept. 22, 2016. (Credit: EPA / Justin Lane)

UNITED NATIONS — The leaders of the Israeli and Palestinian people once again aired their differences before diplomats assembled at the UN General Assembly and accused each other of stalling the important talks that would create peace between them.

Palestinian Authority President Mahmoud Abbas said Israel has avoided substantive talks that would pave the way for the elusive two-state solution where both countries would live side by side in peace.

Netanyahu beckoned Abbas to begin talks right away, as he has done in previous speeches during the General Debate, adding that Israel has been negotiating in good faith.

During his address Thursday, Abbas said Israel has stepped up settlements that he — and the UN — has said are a clear violation of international law.

"It must cease all of its settlement colonization activities and aggressions against our cities, villages and refugee camps," Abbas said of Israel. "It must cease its policies of collective punishment and its demolition of Palestinian homes. It must cease its extrajudicial executions and cease the arrest of our people, and must release the thousands of our prisoners and detainees."

Abbas said Israel has occupied the West Bank and Gaza since 1967, though Israel has withdrawn physically from Gaza, and allowed

settlers to develop communities on the territory.

"I am compelled to again warn that what the Israeli government is doing in pursuit of its expansionist settlement plans will destroy whatever possibility and hopes are left for the two-state solution on the 1967 borders," he said. "The settlements are illegal in every aspect and any manifestation."

He accused Israeli governments of derailing all initiatives over the decades to resolve the stubborn crisis.

"All of these Israeli policies, actions and measures are the reasons for the failure of all international efforts, particularly that of the international quartet for the past 13 years, just as Israel has sabotaged the efforts of successive American administrations over the decades," he said.

The quartet consists of the United States, the UN, Russia and the European Union.

Netanyahu said Thursday his state's counterpart, the Palestinian leadership, has encouraged terrorist acts and launched bombs into Israel's cities.

Moreover, Netanyahu said, the conflict between the two peoples stems not from the skirmishes over settlements, but mainly from Palestinians' refusal to accept the Jewish state altogether.

"This remains the core of the conflict," Netanyahu said, speaking after Abbas on the third day of the General Debate. "The persistent refusal of the Palestinians to recognize the Jewish state."

Pay off your mortgage faster with a 15-year fixed loan

Select remaining balance

$225,000

advertisement | advertise on newsday

Netanyahu reminded the assembly that Israel withdrew from Gaza in 2005 and "we didn't get peace, we got thousands of rockets."

Gaza is controlled by Hamas, a Palestinian political faction that has differed sharply with the wishes of Abbas' administration of the Palestinian Authority and has, indeed, launched rockets into Israel, most notably during a 50-day war with Israel in 2014. During that conflict, more than 2,100 Palestinians were killed, mostly civilians, UN officials have said, while about 70 Israelis died, mostly soldiers.

Netanyahu also condemned Palestinians' efforts over the years to establish Palestine as a member state of the UN as an end-run around the hard talks necessary to resolve so-called Final Status issues with Israel including the fate of refugees, borders, and security arrangements.

ATL004667

The State of Palestine now enjoys observer status, the same as the Holy See.

In recent years, Palestinians have sought and obtained recognition from other nations and membership in UN agencies.

"The road to peace runs through Jerusalem and Ramallah, not through New York," Netanyahu said, referring to the two capitals of Israelis and Palestinians and the UN. The Israeli leader said he had invited Abbas to speak in the Knesset and Netanyahu has offered to speak to the Palestinians in Ramallah.

< back to article

ATL004668

# EXHIBIT 71

Israeli house strikes killed mostly civilians - Houston Chronicle                    Page 1 of 5

# Israeli house strikes killed mostly civilians

**KARIN LAUB, FARES AKRAM AND MOHAMMED DARAGHMEH, ASSOCIATED PRESS**

February 13, 2015

0



Photo: Adel Hana, STF

**IMAGE 1 OF 9**

Mahmoud Abu Amer, 37, walks amid the ruins of an apartment building where 16 relatives were killed by an Israeli airstrike on July 29 in Khan Younis, Gaza. The building was one of scores targeted by Israel in ... more

ATL004669

RAFAH, Gaza Strip - The youngest to die was a 4-day-old girl, the oldest a 92-year-old man.

They were among at least 844 Palestinians killed as a result of airstrikes on Gaza homes during Israel's summer war with the Islamic militant group, Hamas.



Under the rules of war, homes are protected civilian sites unless used for military purposes. Israel says it attacked only legitimate targets, alleging militants used the houses to hide weapons, fighters and command centers. Palestinians say Israel's warplanes often struck without regard for civilians.

The Associated Press examined 247 airstrikes, interviewing witnesses, visiting attack sites and compiling a detailed casualty count.

*Women weren't fighters*

The review found that 508 of the dead - more than 60 percent - were children, women and older men, all presumed to be civilians. Hamas says it did not use women as fighters, and an Israel-based research group, the Meir Amit Intelligence and Terrorism Information Center, which tracks militants among the war dead, said it has no evidence women participated in combat.

The review was the most painstaking attempt to date to try to determine who was killed in strikes on homes; Israel's army and Gaza militants have refused to release information about targets and casualties. The count tracked all known airstrikes on homes, though not all strikes had witnesses and damage inspected by the AP wasn't always conclusive.

The number of civilian deaths has been a key issue in the highly

**MORE INFORMATION**

**Findings from the AP review**

charged battle over the dominant narrative of the 50-day war.

Fighting erupted in July, after a month of escalating tensions triggered by Hamas' abduction and killing of three Israeli teens in the West Bank, and an Israeli arrest sweep of Hamas supporters that led to renewed Gaza rocket fire on Israel.

Israel says it tried to avoid harming civilians, even as Hamas embedded weapons and fighters in residential areas.

**Children younger than 16 made up one-third of the total: 280 killed, including 19 babies and 108 preschoolers between the ages of 1 and 5.**

**In 83 strikes, three or more members of one family died.**

**Among those killed were 96 confirmed or suspected militants - just over 11 percent of the total - though the actual number could be higher since armed groups have not released detailed casualty lists.**

**The remaining 240 dead were males between the ages of 16 and 59 whose names did not appear in AP searches of militant websites or on street posters honoring fighters.**

"Our position is very clear. Israel did not commit war crimes," said Foreign Ministry spokesman Emmanuel Nahshon.

Palestinians say Israel attacked with disproportionate force and callous disregard for civilians.

Palestinian President Mahmoud Abbas has asked the International Criminal Court to investigate the war, a move that could pave the way for possible prosecution of both Israel and Hamas.

International law experts note that a high civilian death toll alone does not constitute conclusive evidence of war crimes. But it "raises a red flag and suggests that further investigation is warranted," said Alex Whiting, a former top official at the ICC in The Hague, Netherlands.

### *Defending the bombing*

Israel would not say how many of its 5,000 air attacks were directed at

TRANSLATOR

Israeli house strikes killed mostly civilians - Houston Chronicle                 Page 4 of 5

homes. However, it insists it only aimed at legitimate military targets.

Asked for comment on the AP's findings, an Israeli army spokesman, Lt. Peter Lerner, said that "one cannot draw broad conclusions" by examining only a small percentage of Israel's airstrikes.

Reuven Erlich, a former Israeli intelligence officer, questioned the reliability of Gaza witnesses and said only military experts could determine what happened in each strike.

According to U.N. figures, at least 1,483 Palestinian civilians were killed in the war - 66 percent of the overall death toll of 2,205.

To read this article in one of Houston's most-spoken languages, click on the button below.

Select Language ▼

**US & WORLD**



**Lawyer: ICE agent shot unarmed Chicago man as he opened door**

**Petition would seek reduced sentence for Pamela Smart**

**Girl gets cellphone back thanks to quick-thinking deputy**



**The Latest: Club operator denies security bypassed**

**Rattlesnake bites Florida boy who mistook it for a toy**

Gaza militants fired about 4,300 rockets and mortar rounds at Israel, according to the Israeli military. The barrages drove tens of thousands of Israelis from their homes to seek cover. Five civilians were killed, among them a 4-year-old boy, along with 67 soldiers.

The AP examined cases in which people were killed in homes or adjacent yards, including those hit by shrapnel or debris from attacks on neighboring buildings. The count excluded artillery strikes which are inaccurate.

Starting in November, three reporters visited the majority of attack sites, interviewed survivors and collected hundreds of death certificates - documents recognized by Israel as proof of mortality.

The youngest victim, Shayma Sheik Ali, died four days after her pregnant mother's body was pulled from the rubble of their home in the Deir el-Balah refugee camp.

In January, the Palestinians joined the International Criminal Court, opening the way for possible investigations of both Israel and Hamas. In response, the ICC prosecutor launched a preliminary review of whether a full probe is warranted.

Israel's military says it is conducting a transparent investigation of any wrongdoing by its forces in the Gaza war. However, rights groups in Israel and abroad demand an independent investigation, arguing that house strikes were part of a policy approved at the highest levels and the Israeli military cannot investigate itself.

ACCESS A WEEKEND PREVIEW OF

EVERYTHING HAPPENING IN HOUSTON

GET WEEKEND PREVIEW

HEARST newspapers

© 2017 Hearst Newspapers, LLC.

ATL004673

# EXHIBIT 72

# **the**guardian

# Gaza ceasefire: Israel and Palestinians agree to halt weeks of fighting

No reports of violence on Wednesday after Egypt brokered indefinite ceasefire between two sides



After 50 days of the Gaza conflict, more than 2,100 people were killed, most of them civilians, including about 500 children. Photograph: Majdi Fathi/Corbis

### Harriet Sherwood in Jerusalem and Hazem Balousha in Gaza City

Wednesday 27 August 2014 03.50 EDT

The war in Gaza ended on Tuesday after Israel and the Palestinians agreed to halt fighting indefinitely, putting an end to seven weeks of catastrophic loss of life and destruction, but on terms which are likely to leave many on both sides of the conflict wondering what was achieved.

Hamas and Islamic Jihad – the main militant groups in Gaza – the Palestinian Authority and Israel agreed on an open-ended ceasefire beginning at 7pm on Tuesday evening, bringing relief to civilians on both sides of the border. The Israeli army said in a

ATL004674

statement on Wednesday that there had been no reports of violence since the ceasefire began.

Rocket fire and air strikes had continued until the last moments, and sirens sounded across southern Israel past 7pm. Two Israelis were killed and several injured by a mortar shortly before the deadline, the Israel Defence Forces said. In Gaza two children were killed in an air strike in Khan Younis shortly before the ceasefire, and police reported that an Israeli air strike flattened a seven-storey building in Beit Lahiya, the sixth high-rise to be toppled since the weekend.

As the ceasefire came into effect Gaza echoed with celebratory gunfire and mosques announced victory through their loudspeakers. Tens of thousands of people took to the streets in response to text messages sent by Hamas urging victory celebrations.

But the terms of the deal – brokered by the Egyptian government, and reached on the 50th day of the conflict – appeared to be almost identical to those agreed at the end of the previous war 21 months ago. Israel will open crossings on its border to allow humanitarian aid and construction materials to enter Gaza, and will extend the permitted fishing zone to six miles off the coast of Gaza. The Rafah border crossing between Gaza and Egypt is also to be opened.

More difficult issues will be deferred for further indirect talks between the two parties in a month. They include Hamas's demands for an airport and seaport in Gaza and the release of Palestinian prisoners, and Israel's insistence on the disarmament of militant groups and the return of the remains of two of its soldiers killed in the fighting.

In a televised address the Palestinian president, Mahmoud Abbas, thanked the Egyptians, Qataris and US secretary of state John Kerry for their efforts to secure a ceasefire. He added: "The question is now 'What's next?' Gaza suffered three wars and are we expecting another one? We will consult friends and the international community, and we can't continue with cloudy negotiations."

At a press conference at the Shifa hospital in Gaza City, Hamas spokesman Sami Abu Zuhri said: "Hamas is grateful to the people of Gaza who sacrificed their homes, children and money. We announce the victory today after achieving our goals."

He added: "[Israeli prime minister Binyamin] Netanyahu has failed to force Gaza to surrender. Yes, we defeated them by our standing and our resistance. We will stand by our people and we won't leave them."

Israel accepted the ceasefire, although three cabinet members, including the hardline foreign minister, Avigdor Lieberman, voiced opposition, according to Israeli media. A government official said: "Israel has accepted an Egyptian proposal for a complete and unlimited-in-time ceasefire. Israel accepted already the Egyptian proposal on 15 July. Israel has always supported an unconditional, open-ended ceasefire."

ATL004675

A US state department spokeswoman said: "We call on all parties to fully and completely comply with its terms, and hope very much that the ceasefire will prove to be durable and sustainable. We view this as an opportunity, not a certainty. There is a long road ahead and we're aware of that, and we're going into this eyes wide open."

The deal follows at least eight temporary ceasefires during the course of the conflict. In Gaza more than 2,100 people have been killed, most of them civilians, including about 500 children, in the past seven weeks. At least 11,000 people were injured and more than 17,000 homes destroyed or badly damaged. Around a third of Gaza's 1.8 million people have been displaced, many now living in United Nations shelters. Schools, hospitals, factories, farms, mosques and infrastructure such as power and water plants were hit. Reconstruction could take up to 10 years, say analysts. On the Israeli side 64 soldiers died along with six civilians including a four-year-old boy. Hundreds of families relocated from homes near the Gaza border to safer areas further north.

The Israeli military estimates that the weapons stocks of Hamas and other militant groups have fallen to less than a third of their pre-war levels, by being fired or destroyed in air strikes.

Three of Hamas's top military commanders were killed last week and the fate of its military chief , is still unknown after his wife and two children were killed in a massive air strike last Tuesday. However the organisation claims to have won respect among Palestinians for putting up strong resistance against Israel's military onslaught.

Israeli leaders are expected to claim to have severely weakened Hamas over the past seven weeks, and restored "quiet" to areas within rocket range.

Egypt will hope to gain international credibility from finally brokering a ceasefire agreement after weeks of abortive talks hosted in Cairo.

The Gaza conflict began on 8 July following weeks of tension after the abduction and murder of three Israeli teenagers in the West Bank, and the subsequent revenge killing of a Palestinian youth. Israel responded with a wave of arrests of Hamas members, which triggered intensified rocket fire from Gaza.

### Since you're here ...

... we've got a small favour to ask. More people are reading the Guardian than ever, but far fewer are paying for it. Advertising revenues across the media are falling fast. And unlike many news organisations, we haven't put up a paywall - we want to keep our journalism as open as we can. So you can see why we need to ask for your help. The Guardian's independent, investigative journalism takes a lot of time, money and hard work to produce. But we do it because we believe our perspective matters - because it might well be your perspective, too.

ATL004676

If everyone who reads our reporting, who likes it, helps to support it, our future would
be much more secure.

**Become a supporter**       **Make a contribution**
Topics
**Gaza**
**Middle East and North Africa** **Palestinian territories** **Israel** **Egypt** news

ATL004677

# EXHIBIT 73

4/7/2017                                    Israel-Gaza conflict: 50-day war by numbers - Times of India

Printed from
# THE TIMES OF INDIA

# Israel-Gaza conflict: 50-day war by numbers

The Independent | Aug 27, 2014, 04.21 PM IST



*Israel-Gaza conflict: 50-day war by numbers*

As discussions for a long-term truce between Israel and Hamas continue in Cairo, Gaza is picking up the pieces of a 50-day war that left more than 2,200 people dead.

People are beginning to leave refugee camps and UN shelters amid hopes that a ceasefire declared yesterday will hold but many have no home to return to.

More than 20,000 homes are estimated to have been rendered uninhabitable by shelling and air strikes that the Israel Defence Forces (IDF) claimed targeted only "terrorist" sites used by Hamas for military purposes.

Just a day before the peace deal was struck, bombing toppled one of Gaza's tallest buildings, the 15-storey Basha Tower full of apartments and offices, after days of strikes against shopping complexes and high rises.

The UN estimates that more than 20,000 homes have been reduced to rubble or rendered uninhabitable and workers are racing to avert humanitarian crisis by fixing damaged water mains and power lines.

According to the United Nations Relief and Work Agency (UNRWA), more than 300,000 Gazans had been sheltering in its schools on Tuesday and up to 500,000 people have been displaced by the conflict.

ATL004763

Pierre Krahenbuhl, UNRWA commissioner-general, appealed for £178 million ($295 million) of international aid towards its recovery operations.

He said, "During a week when children should have been starting their new school year, they are instead facing prolonged insecurity, fear and suffering.

"To make matters worse, the extensive destruction caused by the conflict means that many Palestinians will have no home to return to once hostilities have ended. Many will face a harsh winter in emergency shelters."

Palestinian health officials say 2,139 people, most of them civilians, including more than 490 children, have been killed in Gaza since Israel launched operation protective edge on 8 July.

Israel's death toll stands at 64 soldiers and six civilians, including a four-year-old boy who died after a Hamas rocket hit a house in Eshkol.

The IDF claimed more than 3,700 rockets had been fired towards Israel by August 20 and it had destroyed 32 Hamas tunnels and killed 750 alleged militants and commanders.

2014 Gaza war by numbers:

Palestinians killed: 2,139

ATL004764



Palestinian children killed: 490



ATL004765

Page 982

Israeli soldiers killed: 64



Israeli civilians killed: 6

Page 983

ATL004766



Israeli children killed: 1



ATL004767

Palestinians wounded: 11,000



Palestinian children wounded: 3,000



ATL004768

Gaza residents displaced: Up to 500,000



Homes destroyed in Gaza: 20,000

*Source: UN*

ATL004769

# EXHIBIT 74

# The Sydney Morning Herald

🖨 Print this article | ⊠ Close this window

# Why Israel lost the war in Gaza

David Rothkopf
Published: August 11, 2014 - 12:15AM

There is no doubt that Israeli leaders feel justified in their actions in Gaza. Polls show that more than nine out of 10 Israelis supported the  war. Hamas is a very bad actor. Israel has every right to defend itself.

Yet, whenever this most recent conflict is seen to be over, it will not be remembered for the security logic behind it or the speeches justifying it. Nor will it be remembered for the tactical gains that Israel may have achieved. No, the lasting image this war will leave the world is of four boys on a beach, playing soccer and then running for their lives, hurtled from a carefree moment of childhood to oblivion in the blink of an eye.

There is no Iron Dome that can protect Israel from images like that. There is no Iron Dome that can undo the images of suffering and destruction burned into our memories or justify away the damage to Israel's legitimacy that comes from such wanton slaughter. Most importantly, the Iron Dome protects Israel only from the damage others try to inflict on it; it cannot save the country from the damage it does to itself.

Let's accept for a moment every single argument made by the Israeli leadership for their actions in Gaza: Missile attacks are intolerable. Kidnapping and killing Israeli boys is a horror. Hamas is a terrorist group. It uses human shields to protect its munitions and its fighters. It actively invites Israeli attacks that inevitably wreak havoc on innocent Palestinians. Every country has a right to defend itself. Other countries have done worse to protect the security of their citizens. It is easy to accept all these things. They are all true.

Also, let's set aside the counter-arguments. Set aside the reality that this war was started as much as a response to Israeli government anger over the Palestinian unity government as it was to address the security concerns above. Set aside that it was in part an emotional response to the kidnapping and murder of three Israeli teens as it was to missile attacks. Set aside that these missile attacks launched from Hamas-controlled Gaza have inflicted relatively limited damage since they started more than  a decade ago and that Israel's response to these attacks has been – by any measure – disproportionate. These things may also be true, but there are counter-arguments to the counter-arguments.

If you were an Israeli and you had lost one relative, or watched your child huddle in a shelter through even just one missile attack, your concern would be the safety of your family. Further, it would be impossible to look at the threat posed by any individual attack or any series of attacks as being isolated or limited; greater risks still loomed. As Jeffrey Goldberg points out in his well-argued and thoughtful piece in the *Atlantic*, ''What Would Hamas Do If It Could Do Whatever It Wanted?'', it is a fact that Hamas lists among its stated goals the destruction not only of Israel but of all Jews.

And of course these counter-arguments to the counter-arguments are no less compelling than those of Gazans who feel that blockading 1.8 million people in a bleak urban environment is oppressive, and who have every right to demand the freedom, dignity, and personal security they are not receiving – people who rightly feel that no matter what Hamas' tactics, there is nothing that justifies the killing of their children, not to mention their innocent sisters, brothers, mothers and fathers.

That is the horrible reality of this situation. With an open mind, it is easy to see the perspectives of both sides. With an open heart, it is easy to understand the fear and the heartbreak and the impulse for survival that have pushed both groups to the desperate acts they have committed.

But if, in committing this show of egregious force, Israel's primary goal was to enhance its security, it is likely to have achieved only near-term gains on that front. Hamas remains. The populace from which it recruits is inflamed.

ATL004678

Its global funders in faraway places such as Qatar remain safe and intact and no less inclined to write cheques. Indeed, they have gained standing through this conflict and been invited to join the table in diplomatic exchanges where, had they not been funders of terrorism, they would have had no place.

If Israel's goal was to delegitimise Hamas, whatever it achieved during these past three weeks came at the expense of its own reputation. No matter how many articulate spokespeople Israel rolls out to discuss human shields, they are trumped by the images of dead and wounded women and children, the stories of displaced families, the ground truth of an advanced, technologically sophisticated, militarily powerful nation laying waste to a land it occupies in order to root out a small cadre of fighters who pose little strategic threat to it. In short, Israel was waging a military action against an adversary that was waging a political campaign and thus adopted the wrong tactics and measured their progress by the wrong metrics. In fact, there is no denying that the Israeli tactics (it seems very unlikely there was any real strategising going on) in this war do not pass the most basic tests available by which to assess them, those of morality, proportionality and effectiveness.

Strategically, this is about neither missiles nor tunnels. It is, at its heart, like most aspects of Israel's long struggle with the Palestinians, about the terms by which the people of Palestine will get the state that is theirs by every right and precept of international law and decency. Therefore, Israel's action has to be assessed in terms of whether it will help or hurt its own standing in that negotiation, in which both sides participate by virtue of their daily actions whether there's a formal negotiating table in place or not. And for all the reasons cited above, it can only hurt.

Further, it must be asked whether the bloodshed in Gaza will make it more or less likely that the world will embrace Palestinian efforts to claim independence with or without Israeli cooperation. What is more, even if Hamas is weakened by the actions of the past few weeks, and the world (including perhaps Hamas) realises the benefits of allowing the Palestinian Authority to take the lead on behalf of the Palestinian people, that transfer to a more legitimate leadership takes away one of Israel's favourite excuses for not making progress towards an agreement. In the absence of Hamas and the divisions it brought, you have a more unified and internationally acceptable Palestinian regime.

The situation on the ground in Gaza in the wake of the violence of this past month does not help much to identify a winner or a loser from this knot of absolutes and moral ambiguities, rights and violations, human needs and political agendas. Israel can rightly claim to have inflicted great damage on Hamas, destroying rockets and tunnel complexes and exposing their cowardly and reckless tactics for what they are. Hamas can claim to have won simply because they survived and will live to fight another day, in that instance with a new army of recruits inflamed into action by this last war.

Such claims aside, the reality is that it is almost certainly more true that both sides lost than it is that either won. Israel's standing internationally is further damaged, as is whatever slight credibility Hamas may have had as an advocate for the Palestinian people. It will cost billions to rebuild Gaza. The economic crater created by the conflict will harm both sides.

In the end, Israel lost in large part because, despite its massive military and resource and advantages and Palestinian poverty and the comparative weakness of Hamas' fighters, the Palestinians have one secret weapon that, like the images and narrative of the past conflict, trumps the Iron Dome. They have the clock on their side. With each day their population grows, as does the injustice under which they suffer. With each day Israel's arguments for delaying the establishment of that state grow weaker.

But for all the care we may and should give to looking at such a crisis in a balanced way, at the end of the day, it is hard to avoid the conclusion that one side actually did come out of this the loser. That is because when the final results and long-term implications of those results are tallied up, they are likely to suggest Israel both won less and lost more than did the Palestinian people.

**David Rothkopf is the editor of *Foreign Policy*.**

*This story was found at: **http://www.smh.com.au/comment/why-israel-lost-the-war-in-gaza-20140808-101ruh.html***

ATL004679