# EXHIBIT 77

3/22/2017                74% of Gaza homes destroyed by Israel in summer 2014 war have not been rebuilt, as violent repression escalates - Salon.com

Enter search term          Search

Home                                                                                    Sign in
VIDEO
NEWS
POLITICS
ENTERTAINMENT
LIFE
INNOVATION
AUDIO (BETA)

TUESDAY, FEB 9, 2016 01:00 PM CST

# 74% of Gaza homes destroyed by Israel in summer 2014 war have not been rebuilt, as violent repression escalates

**90,000 Gazans are displaced almost 18 months after Protective Edge, with 14,000 Palestinians injured since October**

**BEN NORTON**                                                        SKIP TO COMMENTS

**TOPICS:** GAZA, ISRAEL-PALESTINE, OCHA, U.N. SECRETARY-GENERAL BAN KI-MOON, UNITED NATIONS, POLITICS NEWS, NEWS

ATL004715



Palestinians walk through the rubble of their homes in October 2014 in Shuja'iyya, Gaza, after Israel's U.S.-backed bombing (Credit: AP/Adel Hana)

Almost 18 months after Israel's summer 2014 war in Gaza, reconstruction or repair of the homes of 74 percent of Palestinian families who were displaced has not even begun, according to a report by the U.N. Office for the Coordination of Humanitarian Affairs, or OCHA.

"The impact of the 2014 Gaza-Israel hostilities continues into 2016," notes OCHA's latest humanitarian bulletin on the occupied Palestinian territories.

Just 15 percent of Gazan families that were displaced in the war have been able to return to their repaired or reconstructed homes.

More than 16,000 families, amounting to approximately 90,000 people, remain displaced or homeless.

Roughly 160,000 of the homes that were damaged have been repaired, but hundreds of thousands more remain.

"The humanitarian situation in Gaza remains perilous," warned U.N. Secretary-General Ban Ki-moon in his January Security Council briefing.

"Security measures alone will not stop the violence. They cannot address the profound sense of alienation and despair driving some Palestinians — especially young people," Ban added, addressing the wave of deaths and injuries in recent months.

More than 2,250 Palestinians were killed in the 51-day war in July and August 2014, according to the U.N., approximately two-thirds of whom were civilians, including more than 550 children. On

ATL004716

the other side, 66 Israeli soldiers were killed, along with six civilians. 92 percent of those killed by Palestinian militants were soldiers.

Numerous human rights organizations, including Amnesty International, accused the U.S.-backed Israeli military of intentionally targeting civilian areas and engaging in war crimes.

Moreover, for close to a decade, the Israeli government has imposed a blockade on Gaza that U.N. experts have for years said is illegal.

Because of Israel's blockade and periodic wars, the U.N. has warned that Gaza will be "uninhabitable" by 2020.

"Palestinian frustration is growing under the weight of a half century of occupation and the paralysis of the peace process," the U.N. secretary-general remarked to the Security Council. "Facts on the ground in the occupied West Bank are steadily chipping away the viability of a Palestinian state and the ability of Palestinian people to live in dignity."

Since 1967, Palestinians have lived under illegal Israeli military occupation. Violence and repression is an everyday reality for Palestinians living under occupation, but in recent months, in particular, it has escalated.

# SPONSORED STORIES

Recommended by







Things You Have Been Using Wrong Your Entire Life
RightBrainNews

75% of Christians Can't Pass the Biblical Figures Quiz - Can You?
Zoo

15 New Cars To Avoid At All Costs
Forbes

From October to the end of December, roughly 14,000 Palestinians were injured in suppression of protests or in raids by Israeli occupation forces, according to OCHA.

In the past four months, close to 170 Palestinians have been killed by Israeli occupation forces or illegal settlers. 27 Israelis have been killed as well. The majority of attacks by Palestinians were carried out against Israeli occupation forces in the illegally occupied territories.

The U.N. agency furthermore indicates that 85 Palestinian structures were demolished by Israel in the occupied West Bank, and 108 people were displaced in January. Some of the properties targeted by the Israeli government included humanitarian assistance provided by the

ATL004717

targeted by the Israeli government included humanitarian assistance provided by the international community to Palestinian Bedouin communities, who OCHA says are at risk of being forcibly removed from their lands by Israel.

Since October, Israeli occupation forces have also created at least 91 new obstacles — including checkpoints, roadblocks, earth mounds and more — on roads in the occupied West Bank in order to restrict Palestinian vehicular movement. The U.N. agency says these barriers impede access to services and undermine economic activity, directly impacting at least 850,000 Palestinians.

OCHA draws attention to "a sharp rise" in the number of Palestinian children detained by Israeli occupation forces. At the end of last year, 428 Palestinian children were detained in the Israeli prison system  This is the highest number since March 2009. At least six teenagers were imprisoned without charge or trial.

The report expresses concerns over the conditions of detained Palestinian children, and raises allegations of abuse. Humanitarian group Defense for Children International-Palestine interviewed hundreds of Palestinian children over a three-year period and found that three-quarters had suffered some form of physical violence while under arrest by Israeli authorities.

*Ben Norton is a politics reporter and staff writer at AlterNet. You can find him on Twitter at @BenjaminNorton.*

**MORE BEN NORTON.**

## SPONSORED CONTENT
Recommended by





ATL004718



**We Can Guess Your Education Level With This Quiz**
Definition



**These T-Shirts Are Selling Out and It's Because They're Perfect**
American Giant on Business Insider



**32 Items Found on Earth Cannot Be Explained**
RightBrainNews



**Only 1 in 10 People Can Identify These TV Shows from One Screenshot…**
Direct Expose



**Beyond Clothes: rag & bone's Commitment to Craftsmanship**
rag & bone Official | Designer Clothing, Shoes & Accessories



**4 Kinds of German Last Names and What They Mean**
Ancestry

## Sponsored Stories

- Only 3% Can Pass This World War II Quiz. Can you? Definition
- Angie Harmon was a Superstar in the 80s, but where she ended up today? OMG!
- 'Law & Order' Cast Then and Now Your Daily Dish
- Homeowners Who Haven't Missed A Payment in 3 Years Must Read This Comparisons.org
- Surprising Causes of Intimacy Issues Health Central

## More From Salon

- Watch Trump discuss anal sex, his wife's lack of bowel movements and how sleeping around is as dangerous as Vietnam
- The swamp of Washington's elite private schools want to drain themselves of Kellyanne Conway's kids
- Melania, unmuted: Melania Trump gave a speech using her own words — which only reminded us why women can't relate to her
- Donald Trump's North Carolina death spiral: Even white suburbanites flee the "idiot"
- WATCH: Tucker Carlson slams Paul Ryan for

Recommended by

# COMMENTS

**0 Comments**                                          Sort by    Oldest

Add a comment...

Facebook Comments Plugin

# SPONSORED STORIES

Recommended by

**How To: Get Rid of Dark Under Eye Circles**
Sponsored | Health Headlines

**Why Doctors In The Know No Longer Prescribe**
Sponsored | Vibrant Health Network

**Reclusive Millionaire Warns: "Get Out**
Sponsored | DailyWealth

**Wild West Photos That Will Leave You Breathless**
Sponsored | HeadlineLeak

**The 10 Best Neighborhoods in America**
Sponsored | AARP

**Small Virginia company could be the next $400**
Sponsored | The



**Tiny Device to be in 50 Billion**



**These two were married with**

in 50 billion
Products by

married with
children, when

Sponsored | Banyan
Hill Publishing

Sponsored | CBS
News

# WATCH THIS NEXT



**Lawyers for Ethan Couch, "affluenza" teen, say court had no right to sentence him**

MATTHEW ROZSA



**Yes, Comey's testimony was a turning point: Consider the reaction from Trump and the GOP**

HEATHER DIGBY PARTON



ATL004721



**Don't look now: It's President Pence! Donald Trump can be deposed, even without impeachment**

HEATHER DIGBY PARTON

# READ THIS NEXT



"Oh, I know that": President Trump shrugs off the devastating impact



Intelligence expert Malcolm Nance on Trump scandal: "As close to Benedict



The dark side of the brain: Too much emotional intelligence is a bad thing



Tomi Lahren steps on the third rail: 3 things we learned from her suspension from The



Bad boy gone worse: Vice co-founder Gavin McInnes slides from right-wing provocateur



The smug style in American liberalism: It's not helping, folks — but there's a better



Donald Trump may have violated the Constitution, Harvard doctoral candidate



Mick Mulvaney's "compassion" justification for



Trump supporters call for "liberal genocide" and deportation of Jews at Arizona rally



Fox News commentator Andrew Napolitano suspended after his latest conspiracy



Yes, Comey's testimony was a

Page 1035

ATL004722

testimony was a
**turning point: Consider
the reaction from**

**The day I put my bikini
away**

**Decoding Steve
Bannon: Is his hateful
ideology rooted in
family trauma — or is**

**Jimmy Fallon's
unwinnable war: A
political culture creates
a bleak future for "The**

**Hillbilly sellout: The
politics of J. D. Vance's
"Hillbilly Elegy" are
already being used to**

Recommended by

Email Address          SUBSC

AFTER KILLING FOUR AND INJURING 11
OTHERS IN 2013 WHILE DRIVING DRUNK,
COUCH RECEIVED ONLY 10 YEARS' PROBATION

*video*

ATL004723

Home | About | Advertising | Contact | Corrections | Help | Investor Relations | Privacy | Terms of Service

Copyright © 2017 Salon Media Group, Inc. Reproduction of material from any Salon pages without written permission is strictly prohibited.

SALON ® is registered in the U.S. Patent and Trademark Office as a trademark of Salon Media Group Inc.

Associated Press articles: Copyright © 2017 The Associated Press. All rights reserved. This material may not be published, broadcast, rewritten or redistributed.

Page 1037

ATL004724

# EXHIBIT 78

2/28/2017                    Rocket fired from Gaza hits southern Israel, military says - CBS News



WATCH LIVE

NEWS    SHOWS    VIDEO    MORE    SEARCH    SPEECH EXPECTATIONS

AP / *December 19, 2014, 7:45 AM*

# Rocket fired from Gaza hits southern Israel, military says

LEGAL



/ AP

Comment / Share / Tweet / Stumble / Email

**JERUSALEM** -- The Israeli military says a rocket fired from the Gaza Strip struck southern Israel in the first such attack since September.

The military says air raid sirens were sounded Friday in the Eshkol region bordering the Palestinian territory. Security forces are searching the area to determine where the rocket landed.

In September, a rocket landed on the border fence.

Israel fought a 50-day war this summer with Hamas, the Palestinian militant group that controls Gaza. Hamas launched thousands of rockets and mortars toward Israel, which carried out an aerial campaign and a ground invasion.

The Gaza war left more than 2,100 Palestinians dead, according to Palestinian and U.N. officials. On the Israeli side, 66 soldiers and six civilians were killed.

*AP*

Comment / Share / Tweet / Stumble / Email

## Recommended

Sponsored Links by Taboola

AdChoices ▷



*Sponsored by Caterpillar*

**D/N doubles down.**

Caterpillar helps duo double sales.

From 60 Minutes


The ride of a lifetime


"I thought he was a great guy"


"We only had one son, and I lost him"


Speak out against abuse? "It hurts your chances"


"You need to be strong, silent and let everything go"

**Israel-Gaza conflict**    *Latest*   |   Battle reports   |   More


U.S. again condemns Israel's planned settlements in West Bank


2 Israelis sentenced for murder of Palestinian teen


Two Israeli youths con for grisly 2014 killing

Trend Chaser

**Taxpayers Foot The Bill For Trump Sons Travel**

**Colbert & Corden React To The Oscars Snafu**

**Three Die In Fiery California Plane Crash**

**Who Will Take The Blame For The Oscars Snafu?**

SHOW COMMENTS +

## Featured in World



### ISIS drones disrupt U.S.-backed Iraqis' fight for Mosul

U.S. advisers are operating closer to the front lines in an attempt to help the Iraqis better coordinate their attacks



### Syrian intel official killed in deadly attack

Senior security official who heads branch of Syria's feared Military Intelligence services among dozens killed by suicide bombers

## Popular

Promoted Links by Taboola

**Dallas, Texas: This Brilliant Company Is Disrupting a $19 Billion Industry**
EverQuote Insurance Quotes

**The Most Addictive Game Of The Year!**
Forge Of Empires - Free Online Game

**95% Of People Cannot Pass This Illusions Test**
My Daily Viral

**Want $7,000 Every Tuesday For Life? Enter Now!**
Publishers Clearing House

**Dennis Farina dies at 69**

**Missing teen found after 13 years**

**Attys: Man accused of killing, cannibalizing girlfriend not competent for trial**

**Prison for pair in armed threats at black child's party**


ONLY AT H-E-B
Text to Help Feed TEXAS
Valid 2/14/17 – 2/11/17
LEARN MORE
© General Mills


*play* **VIDEO**
Fiery California plane crash




61 **PHOTOS**

**Israel-Gaza conflict**    *Latest* | *Battle reports* | *More*

Page 1040

ATL005257

Case 2:16-cv-04435-PA-MRW   Document 58-18   Filed 04/24/17   Page 15 of 42   Page ID #:3902



U.S. again condemns Israel's planned settlements in West Bank



2 Israelis sentenced for murder of Palestinian teen



Two Israeli youths cor for grisly 2014 killing



defends Priebus' contacts with FBI



Poll: Immigration is most important problem for Trump and Congress



Kasich: House Republicans may block Obamacare replacement



More than 100 generals sign letter warning against budget cuts



Nearly six in 10 don't think Trump understands the complicated problems a president faces



New Fire TV App

New Fire TV App

LEGAL

**Israel-Gaza conflict**    *Latest*    *Battle reports*    *More*

ATL005258

Case 2:16-cv-04435-PA-MRW   Document 58-18   Filed 04/24/17   Page 16 of 42   Page ID #:3903

 U.S. again condemns Israel's planned settlements in West Bank

 2 Israelis sentenced for murder of Palestinian teen

 Two Israeli youths con... for grisly 2014 killing

Careers
CBSi Careers
Internships
Development Programs

About CBS
Advertise
Closed Captioning
CBS News Store

YouTube
CBS Radio News
CBS Local

**Israel-Gaza conflict**     *Latest*   |   *Battle reports*   |   *More*

Page 1042

ATL005259

# EXHIBIT 79

**From:**        Biggs, Chris ██████████████████████████

**Sent:**        July 02, 2014 2:23 AM
**To:**          Smith, Stephen (NBCUniversal)
**Subject:**     RE: Israel

CONFIDENTIAL



**From:** Biggs, Chris (NBCUniversal)
**Sent:** 02 July 2014 10:06
**To:** Smith, Stephen (NBCUniversal)
**Subject:** RE: Israel

FCO travel advice updated yesterday 01 July 2014.

Page 1045

CONFIDENTIAL

UCP002617

The situation in the West Bank is tense following the deaths of three Israelis who
were kidnapped on 12 June. A heavy Israeli security presence is likely. Take extra
care if you are travelling near settlements or to Hebron or Ramallah. You should avoid
moving around after dark in the West Bank.

State department haven't issued any updates.

---

**From:** Biggs, Chris (NBCUniversal)
**Sent:** 02 July 2014 10:00
**To:** Smith, Stephen (NBCUniversal)
**Subject:** Israel

*IHS: Killing of Israeli abductees increases pressure on Israeli government to retaliate militarily, raising war and unrest risks*

**Analysis**: Security forces discovered the bodies of three abducted Israeli teenagers in the Palestinian town of Halhul on the outskirts of Hebron yesterday (30 June 2014). Prime Minister Benjamin Netanjahu publicly blamed Hamas for the killings, and stated that the group would "pay a heavy price". The killings will put significant pressure on Netanyahu to retaliate militarily against Hamas. Israel probably wants to avoid a major escalation during the month of Ramadan for fear of provoking a third intifada, but it will also feel obliged to deter further kidnappings by "punishing" Hamas. For its part, Hamas has faced a far more effective siege from Egypt since the removal of former president Mohammad Morsi, and most likely would rather avoid a full confrontation with Israel while its supply routes are closed. However, Hamas probably also assesses that a military confrontation with Israel would serve to force Fatah closer to Hamas, and that high-casualty attacks against civilians in Gaza would force Egypt to reconsider the blockade.

**Risk Implications**: While both sides most likely want to avoid a broad confrontation similar to that of December 2012, the risk of unintended escalation is now higher. The most likely Israeli response to the deaths of the teenagers includes targeted killings of Hamas leaders, as well as airstrikes on known weapons caches and rocket launch sites in Gaza. A broader Gaza war would become more likely if Hamas or other Gaza-based militants responded with several dozen rockets per day into southern Israel over a sustained period. A broader war would result in a much higher likelihood of Hamas using Fajr-5 rockets, capable of reaching Tel Aviv. It would also make it more difficult for Palestinian Authority security services to contain civil unrest in the West Bank, and prevent Palestinian civilians from protesting at the Wall.

## Reuters News Story:

Palestinians clashed with Israeli forces in Jerusalem on Wednesday after the discovery of a body raised *suspicions a Palestinian youth had been killed by Israelis avenging the deaths of three abducted Jewish teens.*

Palestinian residents in ***Shuafat, an Arab suburb of Jerusalem***, told Reuters they had seen a teenager forced into a vehicle outside a supermarket on Tuesday night.

CONFIDENTIAL                                    UCP002618

Residents say the boy was Mohammed Abu Khudair, 16.

Micky Rosenfeld, a spokesman for Israeli police, said police had been notified of a youth "pulled into a vehicle and possibly kidnapped" and roadblocks were set up in search of suspects.

Later "police discovered a body in the Jerusalem forest and were looking to see if there was a connection between the missing youth and the body that was found", Rosenfeld said.

A senior official of the Palestinian President Mahmoud Abbas's Fatah movement told Reuters the missing teenager's family had identified the corpse as their son. The family was not immediately available for comment.

"The Israeli government bears responsibility for Jewish terrorism and for the kidnapping and murder in occupied Jerusalem," the official, Dmitry Diliani, said.

An Israeli security source, speaking on condition of anonymity, said Israel suspected the youth had been kidnapped and murdered, possibly in retribution for the killings of the Israeli teens, whose bodies were found on Monday, nearly three weeks after they were abducted in the occupied West Bank.

As word spread of the Palestinian teenager's disappearance and the discovery of a body, hundreds of Arab youths blocked Jerusalem's light railway and threw rocks at Israeli security forces, who responded with rubber-coated bullets.

There were no reports of serious injuries.

On Tuesday, the three slain Jewish seminary students were buried in a funeral attended by tens of thousands of mourners. Israel says Hamas militants killed them. The Palestinian Islamist group has neither confirmed nor denied the allegation.

While the teenagers were being buried in the city of Modi'in, dozens of Israelis, some chanting "Death to Arabs", blocked a road in Jerusalem.

Tensions were also high in the West Bank, where around 40 Palestinians were arrested in raids throughout the West Bank on Tuesday, the latest in a campaign by Israel to cripple Hamas there. Four people were wounded by live bullets early on Wednesday in an Israeli raid in the Palestinian city of Jenin.

Palestinian President Mahmoud Abbas called on Israeli Prime Minister Benjamin Netanyahu to condemn the youth's killing, the Palestinian state news agency WAFA said. Abbas had condemned the kidnapping of the three Israeli youngsters.

CONFIDENTIAL                    UCP002619

"The murder of the Arab youth is despicable and shocking. I call on the police not to spare any effort and to apprehend the murderers as quickly as possible and to bring them to justice," Uri Ariel, Israel's right wing housing minister, said in a statement on Wednesday.

**Al Jazeera:**

Israeli police and Palestinian youths have clashed in East Jerusalem after the body of a Palestinian teenager was found in a forest in the city, sparking a police investigation into a possible link to the murder of three Israeli settlers.

Jerusalem has been tense since the bodies of the young Israeli settlers were found, and the police have beefed up their presence in Palestinian neighbourhoods.

An Al Jazeera journalist at the scene reported that at least two Palestinians had been hit with rubber bullets during the pitched battles in the Palestinian Shuafat neighbourhood.

Israeli police told Al Jazeera they received a call early on Wednesday about an alleged kidnapping in Shuafat. They said they had yet to establish a link between the alleged kidnapping and the body found in Jerusalem.

Local media have identified the missing boy as 17-year-old Mohammed Hasan Abu Khdair.

Jerusalem has been tense since the bodies of the settlers were found, and the police have beefed up their presence in Palestinian neighbourhoods.

Nearly 50 people were arrested at right-wing demonstrations on Tuesday, during which protesters chanted "death to the Arabs" and tried to assault Palestinians.

The police said one man was jailed overnight for attacking a Palestinian worker in a fast-food restaurant in the city, and two other assaults were reported on Tuesday.

CONFIDENTIAL



**Chris Biggs**
Security & Intelligence Analyst
International Security
NBCUniversal International

CONFIDENTIAL                    UCP002621

T: +44 203 618 7832

**NBCUniversal International**
1 Central St Giles
St Giles High Street
London WC2H 8NU
United Kingdom
www.nbcuni.com

 Global Security

CONFIDENTIAL

# EXHIBIT 80

**From:**         Max Security Intelligence ███████████████

**Sent:**          July 26, 2014 9:54 AM

**To:**            Smith, Stephen (NBCUniversal)

**Subject:**      Israel & Palestinian Territories Alert: Protest slated for Tel Aviv during evening hours of July 26; international mediation efforts continue

If you cannot see this email properly, please click here



---

**Israel & Palestinian Territories Alert: Protest slated for Tel Aviv during evening hours of July 26; international mediation efforts continue (July 26, 2014 - 16:50 UTC)**

**Please                                        be                                        advised**

Activists have called for an anti-war demonstration at Tel Aviv's Rabin Square at 20:00 (local time) on July 26. The demonstration is slated to denounce the "heavy toll in lives and injuries on both sides", referencing the ongoing conflict in the Gaza Strip, while demanding the "end of war" and negotiations between both sides.

According to the organizers of the protest, the demonstration has been authorized by security forces, which are slated to be deployed in its vicinity. However, a police spokesperson has stated that security forces are advising against participating in any gathering outdoor following recommendations from the Homefront Command.

Meanwhile, US Secretary of State John Kerry is reportedly in Paris with foreign ministers from Qatar and Turkey, as well as French and British diplomats, as part of international efforts to broker a ceasefire. Egypt representatives are reportedly not present in Paris.

In his July 25 statement in Cairo, Kerry further stated that the ongoing 12-hour long ceasefire may be extended to last 24 hours. Reports indicate that Israel has accepted an additional four hour extension to the current ceasefire, while Hamas is still considering it.

An Israeli cabinet meeting is slated to be held at 21:30, 1.5 hour following the scheduled conclusion of the 12-hour cessation of hostilities, in order to discuss the ongoing operation and diplomatic talks regarding a possible ceasefire.

In addition, the IDF spokesperson has released the name of four additional soldiers that have been killed since July 25; 40 IDF soldiers have been killed since the beginning of the ground operation.

Additionally, prior to the ceasefire, the Gaza Health Ministry stated that 985 Palestinians

Page 1052

have been killed since the beginning of the operation. Following the beginning of the ceasefire, at least 85 bodies were reportedly found in Beit Hanun and Shujaiyya.

## Assessments

While anti-war protests have generally remained peaceful in Israel, since the beginning of the Israel Defense Forces' (IDF) Operation Protective Edge, scuffles have erupted between rival protesters, particularly when demonstrations supporting the operation have been held in the vicinity of anti-war protests. With this in mind, the holding of the protest in a central area of Tel Aviv may attract right-wing activists denouncing the anti-war demonstration. A heavy security presence is likely to be witnessed in and near the Square and its access may be restricted as means to prevent the breaking out of scuffles and in anticipation that protesters will disregard police recommendations.

Meanwhile, we continue to assess that while, thus far, the ceasefire has been respected, localized clashes and incidents may occur and bear the potential to renew hostilities prior to the 20:00 (local time) deadline or an extended deadline that may be agreed upon. In this context, the IDF's continued operation targeting tunnels may prompt militant retaliations and efforts to hinder such operation. However, we assess that as long as the IDF will be permitted to continue its operation against tunnels, Israel will accept extensions of the humanitarian ceasefire. This is particularly likely due to the Muslim holiday of Eid al-Fitr, which falls on July 27, with the holiday held in the Palestinian Territories from July 27-30. Israel may seek to extend any ceasefire that enables the continued operations against tunnels during this period as a means to continue pursuing the primary stated goal of the operation and preventing increased Palestinian casualties during the Muslim holiday. On the other hand, Hamas' agreement may depend upon the group's ability to utilize the ceasefire period to send reinforcements to districts of the Gaza Strip that have been targeted by IDF operations, including the neighborhoods of Shujaiyya, Beit Hanun, Beit Lahiya, the Maghazi and Bureij camps, as well as the area east of Khan Younis. Should this prove impossible, the group may seek to resume its operations.

## Recommendations: Israel

Those operating or residing in Israel, including Tel Aviv and Jerusalem, should adhere to all IDF Home Front Command guidelines regarding early warning sirens for incoming rockets. In case you hear a siren, seek shelter in a protected area and remain inside for at least 10 minutes. As a general security precaution, those operating or residing in Israel should ensure that contingency and emergency evacuation plans are updated due to the potential for a further deterioration in the security situation. We advise to contact us to be briefed on the situation, while consulting us for operational support.

Those conducting travel to or from Israel by air on July 26 and over the coming days are advised to confirm flight statuses ahead of time given the possibility for flight delays or cancellations.

On July 26, those operating in Tel Aviv are advised to maintain heightened vigilance in the vicinity of Rabin Square, while remaining cognizant of potential counter-demonstrations

CONFIDENTIAL

UCP002497

which would increase the potential for violence to be recorded.

We advise against all travel within 40 km of the Gaza Strip at this time. Those remaining within this vicinity should initiate contingency and emergency evacuation plans due to the deterioration in the security situation. Contact us for itinerary and contingency support options.

For the duration of July 26 and in the coming days, those operating or residing in Jerusalem are advised to avoid nonessential travel to the areas of Shuafat, Beit Hanina, Silwan, and Wadi al-Joz, as well as the vicinity of the Temple Mount/al-Aqsa Mosque Compound and the Damascus Gate given the potential for further unrest. Maintain heightened vigilance throughout East Jerusalem and the Old City for the same reason. Avoid nonessential travel to Arab-Israeli towns, particularly Nazareth, I'billin, Qalansawe, Tayibe, and Tira.

**Recommendations: Palestinian Territories**

We advise against all travel to the Gaza Strip at this time due to continuous border crossing closures and the threat of militant activity. Those operating or residing in the Gaza Strip are advised to initiate contingency and emergency evacuation plans due to deterioration in the security situation. Contact us for itinerary and contingency support options.

As a general precaution, avoid all travel to the West Bank for the remainder of July 26 and the coming days, due to ongoing counter-militancy operations, and relating unrest in Palestinian urban centers. The risk for altercations remains most pronounced in the Hebron, Jenin, and Nablus areas, and to a lesser extent within Ramallah and Bethlehem.

Be advised that crossing points between Israeli and Palestinian controlled territories, including the Qalandiya checkpoint between Jerusalem and Ramallah, have frequently witnessed unrest leading to violence. As a result, crossing points may be closed or experiencing disruptions. Additionally, avoid nonessential travel to the vicinity of the Ofer prison, due to threat of unrest.



Page 1054

CONFIDENTIAL

UCP002498

Focal point in Tel Aviv



Gaza Strip



To view a complete description of icons used in intelligence reports, click here.
*(Map created using Google Earth)*

*For any questions or concerns on how these events impact your business continuity, please contact                                                                                          us:*
Intelligence                          support:
On-ground                          support:
General            assistance            hotline:            +44            20-3540-0434
www.max-security.com

Page 1055

UCP002499

**To view a description of this report and others included in our regional intelligence packages,** **click** **here.**

DISCLAIMER: Please note that any views and/or opinions and/or assessment and/or recommendations presented in this text are solely those of Max Security. If you are not the named addressee you should not disseminate, distribute or copy this text. If you are not the intended recipient you are notified that disclosing, copying, distributing or taking any action in reliance on the contents of this information is strictly prohibited. Max Security Solutions accepts no liability for (i) the contents of this text/report being correct, complete or up to date; (ii) consequences of any actions taken or not taken as a result and/or on the basis of such contents. Copyright 2014 Max Security

To be removed from our mailing list click here

Page 1056

# EXHIBIT 81

# U.S. Department of State
## Diplomacy in Action

## Foreign Terrorist Organizations
### BUREAU OF COUNTERTERRORISM

Foreign Terrorist Organizations (FTOs) are foreign organizations that are designated by the Secretary of State in accordance with section 219 of the Immigration and Nationality Act (INA), as amended. FTO designations play a critical role in our fight against terrorism and are an effective means of curtailing support for terrorist activities and pressuring groups to get out of the terrorism business.

| Designated Foreign Terrorist Organizations | |
|---|---|
| **Date Designated** | **Name** |
| 10/8/1997 | Abu Nidal Organization (ANO) |
| 10/8/1997 | Abu Sayyaf Group (ASG) |
| 10/8/1997 | Aum Shinrikyo (AUM) |
| 10/8/1997 | Basque Fatherland and Liberty (ETA) |
| 10/8/1997 | Gama'a al-Islamiyya (Islamic Group) (IG) |
| 10/8/1997 | HAMAS |
| 10/8/1997 | Harakat ul-Mujahidin (HUM) |
| 10/8/1997 | Hizballah |
| 10/8/1997 | Kahane Chai (Kach) |
| 10/8/1997 | Kurdistan Workers Party (PKK) (Kongra-Gel) |
| 10/8/1997 | Liberation Tigers of Tamil Eelam (LTTE) |
| 10/8/1997 | National Liberation Army (ELN) |
| 10/8/1997 | Palestine Liberation Front (PLF) |
| 10/8/1997 | Palestinian Islamic Jihad (PIJ) |

ATL004789

| | |
|---|---|
| 10/8/1997 | Popular Front for the Liberation of Palestine (PFLF) |
| 10/8/1997 | PFLP-General Command (PFLP-GC) |
| 10/8/1997 | Revolutionary Armed Forces of Colombia (FARC) |
| 10/8/1997 | Revolutionary People's Liberation Party/Front (DHKP/C) |
| 10/8/1997 | Shining Path (SL) |
| 10/8/1999 | al-Qa'ida (AQ) |
| 9/25/2000 | Islamic Movement of Uzbekistan (IMU) |
| 5/16/2001 | Real Irish Republican Army (RIRA) |
| 12/26/2001 | Jaish-e-Mohammed (JEM) |
| 12/26/2001 | Lashkar-e Tayyiba (LeT) |
| 3/27/2002 | Al-Aqsa Martyrs Brigade (AAMB) |
| 3/27/2002 | Asbat al-Ansar (AAA) |
| 3/27/2002 | al-Qaida in the Islamic Maghreb (AQIM) |
| 8/9/2002 | Communist Party of the Philippines/New People's Army (CPP/NPA) |
| 10/23/2002 | Jemaah Islamiya (JI) |
| 1/30/2003 | Lashkar i Jhangvi (LJ) |
| 3/22/2004 | Ansar al-Islam (AAI) |
| 7/13/2004 | Continuity Irish Republican Army (CIRA) |
| 12/17/2004 | Islamic State of Iraq and the Levant (formerly al-Qa'ida in Iraq) |
| 6/17/2005 | Islamic Jihad Union (IJU) |
| 3/5/2008 | Harakat ul-Jihad-i-Islami/Bangladesh (HUJI-B) |
| 3/18/2008 | al-Shabaab |
| 5/18/2009 | Revolutionary Struggle (RS) |
| 7/2/2009 | Kata'ib Hizballah (KH) |

ATL004790

4/20/2017                                                   Foreign Terrorist Organizations

| | |
|---|---|
| 1/19/2010 | al-Qa'ida in the Arabian Peninsula (AQAP) |
| 8/6/2010 | Harakat ul-Jihad-i-Islami (HUJI) |
| 9/1/2010 | Tehrik-e Taliban Pakistan (TTP) |
| 11/4/2010 | Jundallah |
| 5/23/2011 | Army of Islam (AOI) |
| 9/19/2011 | Indian Mujahedeen (IM) |
| 3/13/2012 | Jemaah Anshorut Tauhid (JAT) |
| 5/30/2012 | Abdallah Azzam Brigades (AAB) |
| 9/19/2012 | Haqqani Network (HQN) |
| 3/22/2013 | Ansar al-Dine (AAD) |
| 11/14/2013 | Boko Haram |
| 11/14/2013 | Ansaru |
| 12/19/2013 | al-Mulathamun Battalion |
| 1/13/2014 | Ansar al-Shari'a in Benghazi |
| 1/13/2014 | Ansar al-Shari'a in Darnah |
| 1/13/2014 | Ansar al-Shari'a in Tunisia |
| 4/10/2014 | ISIL Sinai Province (formally Ansar Bayt al-Maqdis) |
| 5/15/2014 | al-Nusrah Front |
| 8/20/2014 | Mujahidin Shura Council in the Environs of Jerusalem (MSC) |
| 9/30/2015 | Jaysh Rijal al-Tariq al Naqshabandi (JRTN) |
| 1/14/2016 | ISIL-Khorasan (ISIL-K) |
| 5/20/2016 | Islamic State of Iraq and the Levant's Branch in Libya (ISIL-Libya) |
| 6/30/2016 | Al-Qa'ida in the Indian Subcontinent |
| | **Delisted Foreign Terrorist Organizations** |

Foreign Terrorist Organizations

| Date Removed | Name | Date Orginally Designated |
|---|---|---|
| 10/8/1999 | Democratic Front for the Liberation of Palestine -Hawatmeh Faction | 10/8/1997 |
| 10/8/1999 | Khmer Rouge | 10/8/1997 |
| 10/8/1999 | Manuel Rodriguez Patriotic Front Dissidents | 10/8/1997 |
| 10/8/2001 | Japanese Red Army | 10/8/1997 |
| 10/8/2001 | Tupac Amaru Revolution Movement | 10/8/1997 |
| 5/18/2009 | Revolutionary Nuclei | 10/8/1997 |
| 10/15/2010 | Armed Islamic Group (GIA) | 10/8/1997 |
| 9/28/2012 | Mujahedin-e Khalq Organization (MEK) | 10/8/1997 |
| 5/28/2013 | Moroccan Islamic Combatant Group (GICM) | 10/11/2005 |
| 7/15/2014 | United Self Defense Forces of Colombia | 9/10/2001 |
| 9/3/2015 | Revolutionary Organization 17 November (17N) | 10/8/1997 |
| 12/9/2015 | Libyan Islamic Fighting Group (LIFG) | 12/17/2004 |

## Identification

The Bureau of Counterterrorism in the State Department (CT) continually monitors the activities of terrorist groups active around the world to identify potential targets for designation. When reviewing potential targets, CT looks not only at the actual terrorist attacks that a group has carried out, but also at whether the group has engaged in planning and preparations for possible future acts of terrorism or retains the capability and intent to carry out such acts.

## Designation

Once a target is identified, CT prepares a detailed "administrative record," which is a compilation of information, typically including both classified and open sources information, demonstrating that the statutory criteria for designation have been satisfied. If the Secretary of State, in consultation with the Attorney General and the Secretary of the Treasury, decides to make the designation, Congress is notified of the Secretary's intent to designate the organization and given seven days to review the designation, as the INA requires. Upon the expiration of the seven-day waiting period and in the absence of Congressional action to block the designation, notice of the designation is published in the *Federal Register*, at which point the designation takes effect. By law an organization designated as an FTO may seek judicial review of the designation in the United States Court of Appeals for the District of Columbia Circuit not later than 30 days after the designation is published in the *Federal Register*.

Until recently the INA provided that FTOs must be redesignated every 2 years or the designation would lapse. Under the Intelligence Reform and Terrorism Prevention Act of 2004 (IRTPA), however, the redesignation requirement was replaced by certain review and revocation procedures. IRTPA provides that an FTO may file a petition for revocation 2 years after its designation date (or in the case of redesignated FTOs, its most recent redesignation date) or 2 years after the determination date on its most recent petition for revocation. In order to provide a basis for revocation, the petitioning FTO must provide evidence

ATL004792

that the circumstances forming the basis for the designation are sufficiently different as to warrant revocation. If no such review has been conducted during a 5 year period with respect to a designation, then the Secretary of State is required to review the designation to determine whether revocation would be appropriate. In addition, the Secretary of State may at any time revoke a designation upon a finding that the circumstances forming the basis for the designation have changed in such a manner as to warrant revocation, or that the national security of the United States warrants a revocation. The same procedural requirements apply to revocations made by the Secretary of State as apply to designations. A designation may be revoked by an Act of Congress, or set aside by a Court order.

**Legal Criteria for Designation under Section 219 of the INA as amended**

It must be a *foreign organization*.

The organization must *engage in terrorist activity*, as defined in section 212 (a)(3)(B) of the INA (8 U.S.C. § 1182(a)(3) (B)),**\* (http://2001-2009.state.gov/g/ct/rls/fs/08/103399.htm)** or *terrorism*, as defined in section 140(d)(2) of the Foreign Relations Authorization Act, Fiscal Years 1988 and 1989 (22 U.S.C. § 2656f(d)(2)),**\*\* (http://2001-2009.state.gov/g/ct/rls/fs/08/103401.htm)** *or retain the capability and intent to engage in terrorist activity or terrorism*. The organization's terrorist activity or terrorism must threaten the security of U.S. nationals *or* the national security (national defense, foreign relations, *or* the economic interests) of the United States.

**Legal Ramifications of Designation**

It is unlawful for a person in the United States or subject to the jurisdiction of the United States to knowingly provide "material support or resources" to a designated FTO. (The term "material support or resources" is defined in 18 U.S.C. § 2339A(b)(1) as " any property, tangible or intangible, or service, including currency or monetary instruments or financial securities, financial services, lodging, training, expert advice or assistance, safehouses, false documentation or identification, communications equipment, facilities, weapons, lethal substances, explosives, personnel (1 or more individuals who maybe or include oneself), and transportation, except medicine or religious materials." 18 U.S.C. § 2339A(b)(2) provides that for these purposes "the term 'training' means instruction or teaching designed to impart a specific skill, as opposed to general knowledge." 18 U.S.C. § 2339A(b)(3) further provides that for these purposes the term 'expert advice or assistance' means advice or assistance derived from scientific, technical or other specialized knowledge."

Representatives and members of a designated FTO, if they are aliens, are inadmissible to and, in certain circumstances, removable from the United States (see 8 U.S.C. §§ 1182 (a)(3)(B)(i)(IV)-(V), 1227 (a)(1)(A)).

Any U.S. financial institution that becomes aware that it has possession of or control over funds in which a designated FTO or its agent has an interest must retain possession of or control over the funds and report the funds to the Office of Foreign Assets Control of the U.S. Department of the Treasury.

**Other Effects of Designation**

Supports our efforts to curb terrorism financing and to encourage other nations to do the same.

Stigmatizes and isolates designated terrorist organizations internationally.

Deters donations or contributions to and economic transactions with named organizations.

Heightens public awareness and knowledge of terrorist organizations.

Signals to other governments our concern about named organizations.

**Revocations of Foreign Terrorist Organizations**

The Immigration and Nationality Act sets out three possible basis for revoking a Foreign Terrorist Organization designation:

The Secretary of State must revoke a designation if the Secretary finds that the circumstances that were the basis of the designation have changed in such a manner as to warrant a revocation;

The Secretary of State must revoke a designation if the Secretary finds that the national security of the United States warrants a revocation;

The Secretary of State may revoke a designation at any time.

Any revocation shall take effect on the date specified in the revocation or upon publication in the Federal Register if no effective date is specified. The revocation of a designation shall not affect any action or proceeding based on conduct committed prior to the effective date of such revocation.

---

The Office of Website Management, Bureau of Public Affairs, manages this site as a portal for information from the U.S. State Department.

External links to other Internet sites should not be construed as an endorsement of the views or privacy policies contained therein.

Note: documents in Portable Document Format (PDF) require Adobe Acrobat Reader 5.0 or higher to view, download Adobe Acrobat Reader (http://get.adobe.com/reader/).

ATL004794

# EXHIBIT 82

You are viewing:

# ARCHIVED CONTENT

Information released online from January 20, 2009 to January 20, 2017.

**NOTE:** Content in this archive site is **NOT UPDATED**, and external links may not function. External links to other Internet sites should not be construed as an endorsement of the views contained therein.

Go to the current State.gov website for up-to-date information.
(http://www.state.gov/)

# U.S. Department of State
## Diplomacy in Action

## Remarks at the Gaza Donors Conference

Remarks
John Kerry
Secretary of State
Cairo, Egypt
October 12, 2014

Thank you very much, Foreign Minister Shoukry. Thank you Secretary-General Ban Ki-moon; Vice Prime Minister Mustafa; our co-host, Foreign Minister Brende; and our colleague Cathy Ashton, the EU High Representative. I want to particularly thank President Sisi and Foreign Minister Shoukry for their leadership and for their partnership in their efforts for the Palestinian Authority and to help bring all of us here today for their work with Israel on the ceasefire. And we respect and thank them also for their partnership with the United States, not just in working towards a durable ceasefire, but also in helping to pull together, and helping to pull together this massive reconstruction effort.

But President Sisi's efforts, I think it's fair to say, have really helped to reaffirm the pivotal role that Egypt has played in this region for so long. The same can also be said of Foreign Minister Brende and Norway, whose historic connection and commitment to these issues go back more than two decades to the Oslo Accords, and I'm personally always impressed by the deep engagement of Norway in efforts to make peace, not just here but elsewhere in the world. And of course, President Abbas, thank you for your perseverance and your partnership.

This has been a difficult few months on a difficult issue in a difficult neighborhood, and no one feels that more than the people of Gaza. This summer, as we've heard in some of the statistics that Secretary-General shared with us, more than half a million Gazans had to flee their homes and seek safety. Twenty thousand homes were destroyed or severely damaged, and more than a hundred thousand people remain displaced. And winter is fast approaching.

ATL004584

I have been to Gaza at a time like this, and I will never forget traveling to Izbet Abed Rabo in Gaza in 2009 and watching children playing in the rubble, seeing little Palestinian girls playing where just months earlier, homes and buildings had stood. The humanitarian challenge then was enormous, and shockingly, amazingly – and every speaker has mentioned we area back yet again – the humanitarian challenge is no less enormous in 2014. So the people of Gaza do need our help desperately – not tomorrow, not next week, but they need it now. And that's why we are all gathered here.

I am proud, personally, that the people of the United States have been working to do their part. We provided $118 million in immediate humanitarian assistance at the time of the crisis, at its height, and the $84 million that we also provided to UNRWA for operations.

Today, I'm pleased to announce an additional immediate $212 million in assistance to the Palestinian people, and obviously we will have to see how things develop in the days ahead. But this immediate money will mean immediate relief and reconstruction, and this money will help meet the Palestinian Authority's budget needs. This money will, we hope, help promote security and stability, and economic development, and it will provide for immediate distribution of food, medicine, and shelter materials for hundreds of thousands for the coming winter. And it is money that is going to help reconstruct Gaza's damaged water and sanitation system, so that Palestinians in Gaza will have access to water that they can drink and homes that they can actually start rebuilding.

Taken together, the United States has provided more than $400 million in assistance to the Palestinians over this last year, $330 million just since this summer's conflict began. But I will say to all of you, and I think everybody knows it: We come here with a sense of awesome responsibility and even resignation about the challenge that we face because we all know that so much more needs to be done, even though there have been encouraging steps.

I'm particularly grateful to UN Secretary-General Ban Ki-moon and Special Coordinator Robert Serry for helping to broker an important agreement between Israel and the Palestinian Authority for an end-use monitoring mechanism. And we appreciate Israel's cooperation in continuing to provide humanitarian access to Gaza through its crossing, which is essential if all of this is going to work.

We welcome that Israel has recently announced new measures that should allow increased trade in agricultural goods between Gaza and the West Bank, and more permits for Palestinian business leaders to enter Israel. We hope to see many more positive steps announced and implemented in the coming weeks and months. And we need to get back to the difficult work not just of reconstruction and recovery in Gaza, but of actually building Gaza's economy for the long term and developing its institutions under the Palestinian Authority.

The Palestinian Authority and President Abbas must be empowered in all that we do in order to define and determine Gaza's future. There is, simply, no other way forward, and all of us here need to help the ability of the Palestinian Authority to be able to deliver. There are many steps that we can take. We can and should see Palestinian Authority customs officials at Gaza's borders. We can and should help the PA to expand its control in Gaza, streamline Gaza's workforce, and continue to play a key role in the end-use monitoring mechanism for Gaza. And this is absolutely essential, because as long as there is a possibility that Hamas could fire rockets on Israeli civilians at any time, the people of Gaza will remain at risk of future conflict. And even as we work to reconstruct Gaza, we cannot lose sight of the importance of the long-term economic investment for the Palestinian economy that can create a vibrant private sector.

Shortly after I became Secretary of State, working with the Quartet and international local business leaders, we launched the Initiative for the Palestinian Economy. The IPE is a comprehensive plan for Palestinian economic growth in the billions of dollars. And this effort is not about donor projects or corporate social responsibility; we're talking about real investment. We had McKinsey & Company come in and make analysis of every sector of the Palestinian economy and make a determination about those areas where you could actually reduce unemployment from 21 percent to 8 percent in a period of three years. We're talking about real investment that produces real jobs and opportunities for thousands of Palestinians, and that is what is going to make the difference over the long term.

Now, we were making real progress, laying down specific projects, creating new opportunities for goods and peoples to move in and out, when tragically conflict once again replaced dialogue. But what I really want to underscore to everyone is what all of us know, but not everyone perhaps wants to confront. This is the third time in less than six years that together with the people of Gaza, we have been forced to confront a reconstruction effort. This is the third time in less than six years that we've seen war break out and Gaza left in rubble. This is the third time in less than six years that we've had to rely on a ceasefire, a temporary measure, to halt the violence.

Now, I don't think there's any person here who wants to come yet again to rebuild Gaza only to think that two years from now or less we're going to be back at the same table talking about rebuilding Gaza again because the fundamental issues have not been dealt with. A ceasefire is not peace, and we've got to find a way to get back to the table and help people make tough choices, real choices. Choices that everybody in this room and outside of it understands have been on the table for too long. Choices about more than just a ceasefire. Because even the most durable of ceasefires is not a substitute for peace. Even the most durable of ceasefires is not a substitute of security for Israel and a state and dignity for the Palestinians.

As everyone here knows, last year the United States joined Israel and the Palestinian Authority in renewed peace negotiations towards a final status settlement. The truth that has not been talked about very much, and there are still legitimate reasons for maintaining that respect for the process, but the truth is that real and significant process was made on substantive issues. Longtime gaps were narrowed and creative ideas were actively being deployed to solve remaining differences.

So I say clearly and with deep conviction here today: The United States remains fully, totally committed to returning to the negotiations not for the sake of it, but because the goal of this conference and the future of this region demand it. There is nothing sustainable about the status quo. In the end, the underlying causes of discontent and suspicion and anger that exist in Israel, the West Bank, and Gaza can only be eliminated by resolving the conflict itself. There is no way to fully satisfy the parties' various demands, no way to bring the full measure of recovery to Gaza, without a long-term prospect for peace that builds confidence about the future. And everything else will be a Band-Aid fix, not a long-term resolution. Everything else will still regrettably fail to address the underlying discontent and suspicion in both Israel and Gaza and the West Bank. Everything else will be the prisoner of impatience that has brought us to this unacceptable and unsustainable status quo.

Make no mistake: What was compelling about a two-state solution a year ago is even more compelling today. Now, I know that in Israel as well as in Gaza and the West Bank, most people would quickly tell you today that as much as they want peace, they think it is a distant dream, something that's just not possible now. The problem is, having said that, no one then offers an alternative that makes sense. I say it is unacceptable to want peace but then buy into an

ATL004586

attitude that makes it inevitable that you cannot have peace. It is unacceptable to simply shrug one's shoulders, say peace isn't possible now, and then by doing nothing to make it possible, actually add to the greater likelihood of a downward spiral.

So I say to you clearly and with great conviction: The United States will continue to work with our partners to find a way forward. We are convinced that the needs to both parties on even the most critical issues can be met, and that with common sense, goodwill, and courage we can not only address the long-term needs of Gaza, but we can actually achieve a lasting peace between Israel, the Palestinians, and all their neighbors. We have been clear from day one about the difficulty of the challenge ahead, and we knew there would be tough times. But in the end, we all want the same things: security for the Israelis; freedom, dignity, and a state for the Palestinians; peace and prosperity for both peoples.

So this is a time for leadership. It's a time for leaders to lead. And at a time when extremism, which offers no constructive vision for the future, is capitalizing on the vacuum, it is imperative for all of us to fill that vacuum with a prospect of peace. That's what the people of our countries expect from us, and that's what we must offer them -- no less. So out of this conference must come not just money, but a renewed commitment from everybody to work for a peace that meets the aspirations of all -- for Israelis, for Palestinians, and for all the peoples of this region. And I promise you the full commitment of President Obama, myself, and the United States of America to try to achieve that. Thank you. (Applause.)

The Office of Website Management, Bureau of Public Affairs, manages this site as a portal for information from the U.S. State Department.
External links to other Internet sites should not be construed as an endorsement of the views or privacy policies contained therein.
Note: documents in Portable Document Format (PDF) require Adobe Acrobat Reader 5.0 or higher to view, download Adobe Acrobat Reader (http://get.adobe.com/reader/).

ATL004587