# EXHIBIT 83

You are viewing:

# ARCHIVED CONTENT

Information released online from January 20, 2009 to January 20, 2017.

**NOTE:** Content in this archive site is **NOT UPDATED**, and external links may not function. External links to other Internet sites should not be construed as an endorsement of the views contained therein.

Go to the current State.gov website for up-to-date information.
(http://www.state.gov/)

---

# U.S. Department of State
## Diplomacy in Action

## Brookings Institution's 2015 Saban Forum Keynote Address

Remarks
John Kerry
Secretary of State
Willard Hotel
Washington, DC
December 5, 2015

---

**SECRETARY KERRY:** Thank you all very, very much. Thank you, Bruce, for a very generous introduction. And thank you, ladies and gentlemen; I apologize that we are starting a few moments late. I'm delighted to be here, distinguished members of Congress, Steny and Nita I know are here, and Jolie Ruben, my former colleague and longtime friend, and I think Bogie Ya'alon is out there somewhere. And Bogie, good to see you, my friend. And also Bougie Herzog is somewhere here. And oh my gosh, yes, madam, thank you for leading Wilson and all you've been doing. Appreciate it very, very much, Jane. Thank you.

I'm really pleased that I could come here to be with you before I head back to Paris, where on Monday we sort of get into the ministerial period of the climate change negotiation. Let me just begin by thanking my very good friend, Martin Indyk. As we all know, Martin has invested literally decades of his extraordinary career in exploring ways and turning over every stone to try to help Israelis and Palestinians to find the path to lasting peace. And I know when you say those words in today's context, a lot of people recoil and say, "Well, how can you even be talking about those words in the middle of all of this?"

But it is the cause of Martin's life and it remains the fundamental quest of all administrations, Republican and Democrat alike. And I am enormously grateful for the wisdom and insight that Martin brought to our efforts, our collective efforts.

Page 1070

ATL004567

I also want to pay tribute to somebody that we all wish could have been with us today. Sandy Berger was a friend to me and I'm sure to many of you. He was someone who loved every single aspect of the give and take of politics and foreign policy. He had a truly profound understanding of American interests, and he worked literally all the time and always wanted our country to do both what was smart and what was right. He will be missed. I talked to Susan yesterday. They had services. And it is clear that the legacy of Sandy's service will truly long endure, and certainly with all of his friends.

And finally let me just thank my friends Haim and Cheryl. Thank you for your tremendous gift to all of us of this effort. It's nice for me to be able to congratulate them in person, frankly, for the incredible work that they do to strengthen the relationship between the United States and Israel.

And this forum reflects their deep commitment and it really has become the premier venue for the U.S.-Israeli dialogue. It's also a great place to generate new ideas about U.S. policy towards the Middle East. And that's why I came here two years ago, it's why I came here last year, and it's why I'm here today. I consider this a very important opportunity to have a critical conversation.

Now, the United States, it is fair to say, has an abundance of programs in the region – everything from rule of law initiatives in Jordan to vocational training in Lebanon to public-private partnerships in the West Bank. And we believe profoundly in the capacity for rapid progress. I see our good ambassador, Dan Shapiro, sitting here. He's diminishing, wasting away, folks, losing weight by the day, but for all the right reasons. (Laughter.) But we've very aware and he reminds me constantly that the pace of the progress we can make really depends to a large extent on improved security. We understand that.

And security for the region means security for us also. It's a major goal of American foreign policy in the Middle East. Last month here in Washington, Prime Minister Netanyahu was crystal clear about the stakes. He spoke about the savagery of the terrorist group known as Daesh, the aggression caused by Iran's proxies, and the turmoil that has displaced millions of people across the region. He also spoke about the commitment of his commitment to the vision of two states for two peoples living side by side in peace and security.

But my friends, it is important that that not become a slogan, not become a throwaway phrase, that it becomes a policy, which is what it is meant to be. In the same spirit, it is America's support for the builders as opposed to the destroyers in the Middle East that informs every single aspect of our policy in the region. This is the glue that holds the components of our strategy together. And yes, there is a strategy. I know the criticisms. We all hear them. We know how the chatting heads on cable television can command any day the negative, because the negative sells and the negative polarizes and the negative creates a self-selecting audience. But it doesn't mean that that's wisdom.

So there is a strategy that we can work on together whether we're mobilizing a coalition against terrorism, which we have undertaken to do, or trying to halt the sudden outbreak of violence, which I traveled to Israel recently to try to do, or striving to put in place new foundations for prosperity and stability. Our goal, our strategy, is to help ensure that the builders and the healers throughout the region have the chance that they need to accomplish their tasks. And I'll tell you this is a struggle to which we are deeply committed for the simple reason that the outcome is vital to our security interests too.

Page 1071

ATL004568

That is why we are supporting Tunisia's democratic transition by helping its leaders to reconcile differences and to defend their nation's borders. It's why I was there just a few weeks ago for a strategic dialogue and why we have worked with civil society in Tunisia to support democratic procedures and strength the rule of law.

That is why we are engaged in a vital UN-led effort to forge a genuine government of national accord in Libya. And it is why we are convening -- we, the United States, have called together and asked us other nations to join us with Martin Kobler in the UN to go with urgency to Rome in a few days in order to convene a conference so that we can help the people of that embattled nation find the common purpose and the internal stability that they need to literally cobble together a legitimate government around which we can organize future efforts which are essential to being able to push back against Daesh, which seeks to fill the vacuum.

That is why we are encouraging all the parties in Yemen to reject violence. It's why we're working for a negotiated settlement and with the parties working to agree on a process of political transition in which all can participate and the interests and the rights of every single faction will be respected.

And that is why we have led the effort to mobilize a coalition of more than 65 countries to fight and degrade and defeat Daesh. I ask you all to remember about 12 months ago there was no coalition against Daesh. Daesh had just started to move through Mosul and into Baghdad, and the President made the decision to unleash our airstrikes and to mobilize forces, and we moved immediately to keep faith with our obligations and our commitments in the region.

And the urgency of defeating Daesh cannot be overstated. Daesh are a mixture of killers and kidnappers, smugglers, thieves, and apostates who have hijacked a religion and combined a medieval thinking with modern weapons to wage an especially savage brand of war. They have conjured up an abhorrent theory that rape of non-Muslim women and girls is condoned by God and is a form of prayer. They butcher teachers, burn books, shut schools, destroy ancient sacred places including the tombs of the prophets Jonah and Daniel. And they have seized the director of antiquities in Palmyra, made him kneel in a public square, cut off his head, and left his body tied to a pole. This man was 83 years old and he had been in charge of preserving Palmyra's cultural heritage for more than 50 years.

Daesh executes people not for anything they've done but for who they are and for what they believe and for how they choose to worship God. They are fighting against everything that our ancestors fought for and stood for through the course of history and particularly the 20th century. They have a contempt for decency, for modernity, for liberty, for rule of law, the sacredness of an individual, and for truth.

And so it is that Daesh has become an overt, declared threat to the interests of the United States and to law-abiding men and women across the globe. And their aggression has fueled a refugee crisis that is placing an extraordinary burden on our friends in Jordan, Turkey, Lebanon, and now all of Europe with a profound impact on Europe itself.

And in recent weeks we have seen in Paris, Egypt, Beirut, and elsewhere the evidence of their desire to carry out and inspire murderous acts wherever they can. That is why President Obama at the very outset, folks, the moment we saw what Daesh was doing and how they were moving and coming into Iraq, he declared that we must defeat Daesh. And that is why we are now increasing the pace of doing so.

ATL004569

The President has defined three missions to achieve our goals. The first is to mobilize our partners to accelerate and broaden the international campaign to defeat Daesh. The second is to work diplomatically to bring an end to the Syrian civil war, because every single country consistently from the beginning of the Syrian revolution has said there is no military solution to this; it has to be a political one. And if you're not looking for it, you're certainly not going to find it. You're not going to stumble on it out there, and everybody here knows that.

And the third leg of the strategy, or pillar, is to ensure that the instability created by the war in Syria does not spread further beyond its borders. And so we must support Jordan, Israel, Lebanon, Turkey, any country negatively impacted by it.

So with respect to Daesh, our strategy is to attack the organization at its core in Syria and Iraq, and to strangle the networks that it is attempting to establish in other countries. We have said from the beginning that this would be a multiyear fight, but I'm telling you that we can already measure important gains. To date, the coalition has launched more than 8,200 airstrikes in Iraq and Syria, and the number is rising now every day. In the past half year, the coalition and its partners have worked with Iraqi forces in liberating Tikrit, and now 100,000 Sunni have been able to return to Tikrit and begin to rebuild their homes. We've liberated Sinjar with the Iraqis, obviously. They have liberated. We have supported it. And we have removed terrorist commanders from the battlefield. We have cut off terrorist supply lines. We've been hitting their oil facilities particularly hard over the course of the last months, including in recent weeks nearly 400 tanker trucks have been destroyed, and we are pushing Daesh out of 25 percent of the territory that it has once controlled. Now we are intensifying the pressure on Ramadi, on Mosul, in northern Syria along the Iraqi-Syrian border, on finances, recruiting, and propaganda. And the British have just begun to launch strikes of their own. Germany is stepping up with more support. And we are increasing the presence and capacity of United States Special Forces.

But we understand and I think you do too – I hope – that the fastest way to defeat Daesh is to halt the outflow of refugees by bringing an end to this war. And that is why the second core element of our strategy is political – a renewed diplomatic initiative, again, which have led, convening people in Vienna twice within two weeks to create a broader and more action-oriented effort than ever previously attempted in order to isolate the terrorists and set Syria on the path to peace.

Last month in Vienna, the International Syria Support Group, which we did summon together and who came together in a great cooperative effort, called for negotiations between the government and the moderate opposition with a target date to begin of January 1st. And even just now driving over here I was in touch with folks in Doha talking to them about what is happening with the Saudis, who we are – who are convening a conference of the opposition in order to have the opposition choose their negotiating team, their platform, and be ready to go to the table. And Russia and Iran are at the table for the first time joining with us in this communique which was consensus unanimous in which they agree that there has to be a transition.

Now, what shape it takes we're going to have to fight about, but the governments involved are going to meet later in this month in New York in order to continue to move this process forward. Our goal is to facilitate a transition that all parties have stated that they support: a unified Syria; a non-sectarian Syria; a Syria which will choose its own leadership in the future by an election that they have all agreed will be supervised by the United Nations under the highest standards of international law and of elections, with fair, full, transparency and accountability, in order for even the diaspora to be able to vote for future leadership.

ATL004570

The purpose of this transition will be to establish a credible, inclusive governance within six months. The process would include the drafting of a new constitution and arrangements for internationally supervised elections within 18 months. And I can't promise you everybody is going to make it happen, but I can promise you that the legitimacy of this effort will exhaust diplomacy and call on all of us then to make the choices we need to make in order to end this war.

Meanwhile, a nationwide ceasefire will go into effect between the government and the responsible opposition, assuming they come to the table and they begin this initial process. Imagine what that will do to take the pressure off of refugees, off of day-to-day turmoil. This step would also further isolate the terrorists and enable the coalition and its partners to then go after Daesh and other violent extremists with greater unity and power.

Now, I want to be clear. We are not naïve about the obstacles that exist for success in this diplomatic effort or any other one, nor even the one that I will come to in a few minutes about Israel. It is difficult. All of it is difficult. If it were easy, it would have happened a long time ago. And this is a conflict in many ways that has been going on for centuries. It's not new. That doesn't mean it can't be changed. There remain sharp differences and divisions within the international community regarding Syria, especially the role of President Assad. And we have emphasized from the outset that for this to work the process has to be Syrian-led and has to be Syrian-implemented.

But we also saw in Vienna an unprecedented degree of international unity on the need to implement a political transition. I want you just to imagine how difficult it is to get Saudi Arabia, Turkey, Egypt, Qatar, and Iran in the same room at the same table for the same purpose. We had representatives from governments that don't agree on much else except coming together to support this process. So we have a lot of work still to do, but make no mistake: This is the most promising political initiative that we have had in years, and it deserves to be pursued to the fullest.

Now, we have also worked hard to mitigate the incredible burden -- the third pillar -- that of the war that has been placed on the neighbors, on Lebanon, Jordan, Iraq, Turkey, Israel. And today we have contributed more than 4.5 billion. We are the largest contributor to humanitarian relief and we are constantly encouraging other countries to open their own wallets, because even as another winter closes in, the help for far -- the help that is needed far, far outweighs the supply. We've also been helping Lebanon and Jordan to strengthen their ability to defend themselves from external threats.

Now, as I said earlier. U.S. policy is to support the builders, not the destroyers. Our approach to Syria is designed with that goal in mind. But there are other elements to our strategy, because if builders are going to have the opportunity to succeed, then they have to be shielded as much as possible from the sources of imminent and potential danger. And that is why President Obama placed such importance on achieving a negotiated solution to Iran's nuclear program.

Now, I know some of you here and some of you throughout the community and the United States elsewhere, I know you still have concerns. I understand those concerns. No one is blind to that. But we are convinced based on information and judgment and years of expertise provided to us by our entire Intelligence Community and our Energy Department which manages our own nuclear weapons program that we have the ability to know what Iran is doing. And we have to remain committed to the policy and will remain committed to the policy that Iran will not get a nuclear weapon.

ATL004571

Now, two years ago when our formal negotiations began, Iran's nuclear activities had already grown from a few hundred centrifuges to more than 19,000. That's where we began. They had 19,000. They were spinning. They were enriching. They had a stockpile. They were already building a heavy water reactor able to produce enough weapons-grade plutonium for a bomb for two a year. That's what they were already doing. And Iran already had a large stockpile of enriched uranium – enough for a dozen bombs. That's where we were when we began.

Experts told us that Iran could, if it chose to, obtain all of the fissile material that it would need for a nuclear weapon in as little as two months. That's where we began. Compare that to where we are now. Under the Joint Comprehensive Plan of Action, every single one of Iran's pathways to a bomb is blocked – its uranium pathway, its plutonium pathway, its covert pathway. And due to massive cuts in its uranium stockpile and reductions in its enrichment capacity, all of which the Iranians agreed to -- people forget we already have two and a half years of compliance under our belt because we had the interim agreement which rolled back their program. And under this, the breakout time, the two months that we were living with, will now stretch to 12 months for at least a decade.

And because of the unprecedented monitoring and verification requirements that we negotiated which are an integral part of this plan, we now have 25 years of day-to-day complete visibility on every ounce of uranium that is mined, milled, put into yellowcake, into centrifuge, into gas, gas to centrifuge, out waste – we track it day-to-day, 24 hours, 24/7 we have that tracking. We will know if Iran tries to break out. I'm not telling you they might not, but I'm telling you we'll know, and we have the same option then we had now.

Now, the reason is that we will know is that if Iran did decide to get around this, its technicians would have to do more than bury a reprocessing facility deep beneath the ground. They would have to come up with a complete and completely secret nuclear supply chain from start to finish. And our experts and the experts of France, Germany, Britain, and China and Russia, four of whom are nuclear weapons countries, agree that they would never get away with such a deception, of such a complete supply chain.

And although some of the specific limitations in the plan apply for 10 years, my friends, some apply for 15, some for 20, some for 25. But here's the most important thing: The basic monitoring and verification provisions are in effect for the lifetime of Iran's nuclear program, and under the agreement Iran will be prohibited from pursuing a nuclear weapon forever. So it if ever steps out it is in contravention of this agreement and of the Nonproliferation Treaty. Now -- and of the UN resolution, I might add.

So signing a deal and implementing one are obviously two different things. We understand that too. So we have given one of our most capable Foreign Service officers, Ambassador Steve Mull, the day-to-day, 24/7 job of leading an interagency effort to ensure that Iran lives up to every single one of the commitments it has made. And we will continue to consult closely with Congress and with our allies including Israel as that process goes forward.

Now, I want to be clear, the Iran agreement was considered on its own terms. It wasn't part of some opening the door, (inaudible) shift or hope or some speculation about behavior. It was the right thing to do whether it leads to cooperation or not in other areas, because any effort to roll back Iran's behavior, my friends, is a heck of a lot easier if they don't have a nuclear weapon.

ATL004572

Now, we aren't making any assumptions about Iran's future policies because we base our policy on observable facts, on actions that we can see and verify. And the fact is that Tehran's policies are a major reason why we work so closely and supportively with our partners in the region. And nowhere, nowhere, nowhere, is that more evident than with our friend and ally Israel. Prime Minister Netanyahu and Israeli defense and intelligence officials will agree we have engaged in an unprecedented level of military, intelligence, and security cooperation. Defense Minister Ya'alon told this gathering yesterday that those relations were superb, and they are. And we are determined to help Israel to address new and complex security threats because it is changing, and we understand that. We know how this region in turmoil poses a challenge to Israel. And we are absolutely determined, Mr. Minister, Tzipi, to guarantee that there is a qualitative military edge.

Now, we work with Israel every day to enforce sanctions, to prevent terrorist organizations such as Hamas and Hizballah from obtaining the financing and the weapons that they seek, whether from Iran or from any other source. And we will stand with Israel to stop its adversaries from once again launching deadly and unprovoked attacks against civilians. Since 2009, we have provided $20 billion in foreign military financing to Israel, more than half of all the military assistance we have given worldwide. Over and above that we have invested some $3 billion in the production and deployment of Iron Dome and other missile defense programs and systems. And we saw how in Israel's last conflicts with Hamas lives were saved in Israel because of that assistance. We have given privileged access to advanced military equipment such as the F-35 Joint Strike Fighter. Israel is the only nation in the Middle East to which the United States sold this fifth-generation aircraft. And earlier this year the President authorized a massive arms resupply package featuring air-to-air missiles and other advanced munitions.

Diplomatically our support for Israel also remains as rock solid as we continue to oppose any effort to de-legitimize the Jewish state or to pass biased resolutions against it in international bodies. I have personally been on the phone lobbying, whether it's a human rights commission or council or individuals, UN, you name it. We are constantly fighting that battle, but I'll get to something about that in a little bit in my comments.

Just last month I went to New York and I spoke a very moving event commemorating Chaim Herzog's extraordinary speech 40 years ago denouncing the UN General Assembly's infamous Zionism is Racism resolution – one of the finest speeches I've ever heard, both his and Daniel Patrick Moynihan's. Patrick Moynihan called it the day of infamy when the abomination of anti-Semitism was given the appearance of international sanctions. And to equate the national movement of the Jewish people with racism and Nazism, as the resolution in fact did, was not only absurd, it was a sad day for the United Nations itself. It brought people together to seek nothing less than to grant a global license to hate. And I am delighted that Bougie Herzog is here. Bougie, we honor your father, President Herzog, because he spoke the truth, and so must we. Anti-Semitism is there today, it's a threat today in Europe, in the Middle East, in parts of Asia, and in every part of our body politics. And the imperative to identify it no matter what the euphemisms are that are used to mask it, to rebut it and to defeat it, is our responsibility – all of us – and we accept it.

So that, my friends, is a lesson taught to us by history which we must never, ever forget. But history also teaches us the importance of peace, because peace is ultimately the best guarantor of security. The United States is deeply committed to secure Israel's future as a Jewish and democratic state. And we are also committed to an independent and viable Palestinian state where Palestinians can live with freedom and dignity. The only way to achieve that is through a negotiated solution that creates two states for two peoples living side by side in peace and security.

ATL004573

Now, I know how complicated it is today. I've been out there enough times. I think I understand it. And the United States remains deeply committed to helping the parties realize the vision that we just articulated that the prime minister and everybody has accepted. It's a vision that we put out there not for our sake, but because it's the best hope for both Israelis and Palestinians.

But ultimately, it's up to both sides to take the steps necessary to make peace possible. So today I want to talk about some of the difficult questions and hard choices that everybody faces, because there are no easy answers here. It will take leadership. It takes courage. And both sides have to make decisions that could have a profound impact on their future and on the future of the entire region.

First, the violence must stop. Nobody should ever be subjected to attacks as they go about their daily lives, and there is no justification for violence targeted against civilians now or ever, and we condemn these outrageous attacks in the strongest possible terms. President Obama has made clear that Israel has not only the right but the obligation to defend its citizens. And we have worked hard to try to find a way to end the violence. We have stressed the importance of refraining from inflammatory rhetoric and to refrain from steps that obviously are going to have an impact on other people's perceptions. We need to have people exercise restraint and take affirmative steps to reduce tensions. And I have called on the Palestinian leadership publicly and privately to do everything possible to combat all forms of incitement and to explicitly condemn terrorist attacks. I have urged Israeli leaders to bring those responsible for terrorism against Palestinian civilians to justice, and I applaud the recent arrest that was made in that regard.

And we worked with Jordanian and Israeli leaders to lower the tensions surrounding the Temple Mount/Haram al-Sharif that were fueling much of the violence. Last week, because of our concern about the increased violence, I again visited Jerusalem and the West Bank. A terrorist attack had just tragically claimed the life of Ezra Schwartz, an 18-year-old American student from my home state of Massachusetts. And President Obama and I both talked to his parents and both of us as fathers had brought home to us the horrendous, incomprehensible, unfathomable level of grief a parent feels for the loss of a child, and particularly under those circumstances. We also had brought home to us the urgency of preventing the senseless loss of more innocent lives, any innocent lives.

Now, I heard Prime Minister Netanyahu describe the fears Israelis live with on a daily basis, and I heard his solemn obligation to provide them with basic security. And President Abbas spoke more despairingly, my friends, than I have ever heard him about the sense of hopelessness that the Palestinian people feel. And I have been traveling over there since the 1980s and I've spent hours, probably more hours with Abu Mazen than any other leader in America today. I've had a lot of discussions with both sides over the past three years, and let me tell you the level of distrust between them has never been more profound.

Israelis believe the Palestinians will never accept Israel's right to live in peace as a Jewish state and that they are teaching hate and glorifying terrorists, and that a peace agreement would just turn the West Bank into another Gaza. I've heard all of that. The Palestinians believe this Israeli government will never give them a state and that their land is being systematically taken away and the daily indignations of occupation will never end and that there is impunity for attacks against Palestinians. That's what they believe.

ATL004574

Here's what I know: The Israeli and Palestinian people deserve better, but the current path is not leading to a more peaceful future. I am concerned that unless significant efforts are made to change the dynamic – and I mean significant – it will only bring more violence, more heartbreak, and more despair. That's a fear, not a threat. And changing course will require real courage, leadership, and difficult choices. The Palestinians must decide what kind of future they want for their people.

This forum focuses on U.S.-Israel relations, but I want to highlight for you nevertheless some of the key questions now facing the Palestinians. How would ceasing security coordination and cooperation and dissolving the Palestinian Authority, which some over there have suggested, how would that bring them closer to peace? Isn't it the Palestinian people who would then suffer most if their leadership took those steps? Do they really believe that boycotts and efforts to de-legitimize Israel or pass biased resolutions in international bodies are going to help them achieve a Palestinian state? President Abbas has long been committed to nonviolence. Don't forget that. But are Palestinian officials really doing everything possible to prevent all forms of incitement? Don't these terrorist attacks against innocent civilians deserve public condemnation? And how can Israelis be assured that the Palestinians are truly prepared to end the conflict and allow them to live in peace as part of a two-state solution? How do they address Israel's concerns about not creating another situation like Gaza in the West Bank?

Israel also faces important questions and difficult choices. And by the way, there are answers to the issues of Gaza in the West Bank. Believe me, there are all kinds of security and other kinds of steps that could be taken, and buffers and guarantees and oversight and cooperation. Countless answers if you want to find them.

Israelis are appropriately debating some of these issues. Some officials in Israel have reportedly argued that it's not in Israel's interest to even have a Palestinian Authority. Prime Minister Netanyahu made clear he does not wish for the collapse of the PA because despite serious differences with Abu Mazen he recognizes that the alternative could be worse. Nobody can tell you what the alternative is in a world buzzing with Daesh and jihad and Hamas. Some have dismissed this possibility. But circumstances I believe force us to consider it seriously because there are valid questions as to how long the PA will survive if the current situation continues. Mark my words.

Remember there are some 30,000 Palestinian Authority security forces in the West Bank, and Israel's security officials acknowledge their key role in preventing the situation from spiraling out of control, including by the way during the turmoil of three wars with Gaza. It didn't blow up in the West Bank. Without the PA security forces, the IDF could be forced to deploy tens of thousands of soldiers to the West Bank indefinitely to fill the void. Are Israelis prepared for the consequences this would have for their children and grandchildren who serve in the IDF when the inevitable friction leads to confrontation and violence?

What are the financial and strategic costs when Israel is now already facing new threats in the region? Are Israelis ready to accept the heightened risk that chaos, lawlessness, and desperation can allow terrorists and extremists to take hold of and fill the vacuum and take advantage of? Without the PA Israel would also shoulder the responsibility for providing basic services in the West Bank, including for maintaining schools, hospitals, and law and order. Are Israelis ready to make up for over a billion dollars a year in assistance that the PA would no longer see provided by the international community because it's no longer there? What about the additional billion dollars in development-related assistance, most of it for the West Bank? What would happen if the Palestinian economy and private sector collapsed under the pressure and there was widespread unemployment and poverty?

ATL004575

This brings us to a broader question. If there is a risk that the PA could collapse, and it is in Israel's interest for it to in fact survive, as the prime minister suggested, should more therefore not be done to help sustain it? This really goes to the heart of a bigger debate, because the truth is that many of those arguing against the PA simply don't believe in two states. The prime minister has been clear that he does not want a bi-national state and that he remains committed to the vision of two states for two peoples. But at the same time, many current Israeli ministers have been equally clear that they oppose a Palestinian state – not just now but ever.

So my friends, we've got to be clear-eyed about this. We can't come to a forum like this, we can't have meetings, we can't go back and forth and maintain the norms of diplomacy and pretend. We have to be honest about what a one-state solution actually looks like. First, nobody should be lulled into a forced complacency that the PA would still be there under those circumstances. In fact, the chances that it would collapse increase over time every day now, let alone what would happen if that were the direction you're moving in. And it would collapse sooner rather than later under those circumstances along with all of the risks and worst outcomes.

Let's focus on a few other critical questions that that approach raises. I'm just asking questions. How does Israel possibly maintain its character as a Jewish and democratic state when from the river to the sea there would not even be a Jewish majority? Then next question: Would millions of Palestinians be given the basic rights of Israeli citizens including the right to vote, or would they be relegated to a permanent underclass? Would the Israelis and Palestinians living in such close quarters have segregated roads and transportation systems with different laws applying in the Palestinian enclaves? Would anyone really believe they were being treated equally? What would the international response be to that, my friends, or to a decision by Israel to unilaterally annex large portions of the West Bank? How could Israel ever have true peace with its neighbors, as the Arab Peace Initiative promises and as every Arab leader I have met with in the last year reinforces to me as recently as in the last month that they are prepared to do?

But how will they do that if there is no chance for a two-state solution? How will the Arab street in today's world let that go by? And wouldn't Israel risk being in perpetual conflict with millions of Palestinian living in the middle of a state? I think the answers ought to make it clear to all the one-state solution is no solution at all for a secure Jewish democratic Israel living in peace. It is simply not a viable option. And no less a statesman and one of the men I admire the most in the world, one of the most eloquent people that I've ever heard talk and one of the great warriors for peace as Shimon Peres put it himself: Anyone who rejects the two-state solution won't bring a one-state solution; they will instead bring one war, not one state.

So my friends, that again brings us to a broader question. If the two-state solution is the only real option, what more can actually be done to advance it? These are important questions for all of us who care deeply about Israel, and I do care deeply. I had a 100 percent voting record over 28-plus years and I remember fondly every visit I've ever made over there and I have great friends, great friends.

But I ask people to answer this question as honestly as possible. And this is not an abstract issue that you can put off for some distant day. The status quo is simply not sustainable. And the fact is that current trends including violence, settlement activity, demolitions, are imperiling the viability of a two-state solution. And that trend has to be reversed in order to prevent this untenable one-state reality from taking hold. I can't stress this enough. The terrorist attacks are devastating the hopes of Israelis who want to believe that peace is possible, and the violence must stop. Yes.

ATL004576

But Palestinian hopes are also being dashed by what they see happening every day. They're focused on a reality that few others see, that the transition to greater Palestinian civil authority contemplated by the Oslo process has in many ways been reversed. In fact, nearly all of Area C which comprises 60 percent of the West Bank is effectively restricted for any Palestinian development, much of it claimed for Israeli state land or for settlement councils. We understand there was only one Palestinian building permit granted for all of Area C all of last year. And settler outposts are regularly being legalized while demolition of the Palestinian structures is increasing. You get it? At the same time the settler population in the West Bank has increased by tens of thousands over just the past five years including many in remote areas.

Settlements are absolutely no excuse for violence. No, they're not. And we are clear about that. But the continued settlement growth raises honest questions about Israel's long-term intentions and will only make separating from the Palestinians much more difficult. There are no easy answers, but we can't stop trying to find solutions that move us closer to peace. And that is why President Obama has called on both sides to demonstrate with actions and policies a genuine commitment to a two-state solution. The Quartet has suggested steps on the ground that would reverse current trends and resume the Oslo transition in ways that do not affect Israel's security at all. And I want to stress that point. Increasing Palestinian civil authority does not happen at the expense of Israeli security. In fact, strengthening the Palestinian economy will enhance security for Israelis and Palestinians alike. And the Palestinians must also meet their commitments including combatting violence and incitement, improving governance, and building their institutions.

These steps, my friends, can be a very important beginning, and they won't ever take the place, however, of a real, credible political horizon for two states that meets the legitimate aspirations of both peoples. But these steps could help begin to reduce tensions, build some trust, restore a measure of hope, open up new possibilities, and hopefully create some political space for people to be able to make bigger, more critical decisions. Again, I repeat, I know these are difficult decisions. I understand why Israelis feel besieged. I understand why Palestinians feel there's no hope. And there will always be a reason not to act, but you have to keep those questions I put to you in front of you every moment of that time.

Now is the time to see beyond the politics and the pressures of the moment and to look to the future. Both sides need to act in the long-term best interests of their people, not as a kind of concession. It is not a concession to be doing things that make you safer and broaden the political space to make choices and to begin to give justice and sense of rectitude to agreements which have been signed. And if everybody keeps waiting for the other person to move first, the risk is the situation spirals downwards and it makes it harder to ever be that first person to move.

And we obviously hope that both sides will choose a path that leads towards peace. We want both to show that they are serious, and we will be there every step of the way in every way possible to support them in that effort. We're ready to bring Jordan, Egypt, the rest of the Gulf states, others to the table for a regional security arrangement that includes Israel that will make the entire region safer.

And I know that many in the region are absolutely committed to recognizing Israel in the way that Israel wants to be recognized and to move forward to send embassies, to open relations, to begin to make the region a financial hub and an agricultural and technology hub for the world. And they are waiting to help realize the Arab Peace Initiative's

ATL004577

vision of a true peace between Israel and the Arab world and greater security for all. And we all know from years of discussion and effort this is not – this is not – an impossible dream. It's achievable, but it demands that we never lose hope and we all draw strength from those who have sacrificed so much for peace.

Yitzhak Rabin, who was murdered 20 years ago last month, is the example of that. Prime Minister Rabin dared to take risks. He dared to take bold initiatives to end the conflict despite terrorism and violence, because he knew the answers to some of those questions I posed, because he knew the alternative, because he believed it was essential for the future security and prosperity of the Jewish and democratic state of Israel, and because he understood beyond all the complicating factors that influenced the events in the region that this is a struggle that transcends any distinction of national or religious identity, a struggle between people who are intent on opening wounds versus those who want to close them. Rabin is gone, but his legacy endures as a challenge and as an inspiration to all of us. And in his memory I ask everybody here to try to find a way to recommit to use our words and our actions to advance the cause of peace. Thank you very much. (Applause.)

**AMBASSADOR INDYK:** Thank you very much, Mr. Secretary. It's wonderful to have you here again, and that was a really great speech. And I just want to say on behalf of everybody here how much we appreciate everything that you do – your untiring efforts in every regard, not just on the Israeli-Palestinian issue but on Syria and Libya and Yemen and climate change and so on. You're an inspiration and we just hope that your energy never flags.

In that regard, I got a sense –

**SECRETARY KERRY:** I used to ask him all the questions. (Laugher.) Role reversal here.

**AMBASSADOR INDYK:** No, your staff said I was the only one that could ask you questions because I think they were worried about your answers. (Laughter.)

But in that regard, there was a certain sense I felt in what you had to say of a frustration and that the underlying message – correct me if I'm wrong – is basically it's up to them now, it's up to Bibi Netanyahu and Abu Mazen and the Palestinian Authority and the Government of Israel; that in a sense you've done what you can and they're going to have to take the steps. Is that the message you're sending here?

**SECRETARY KERRY:** Not completely. No, not entirely. Is there some frustration? Sure there is, because I believe it's doable. I mean, you were there working with us for two years. We made great progress. And Tzipi Livni knows that we really advanced the ball in many different ways. We were very close on certain things. And then things got in the way of that. I don't want to go backwards and talk about that, but I think that – I believe we do still have – I don't think it's just exclusively up to them, but it is mostly up to them.

We can help shape. We can support. We can provide a foundation which will give them confidence that if they do X, Y, or Z we will be there, others will be there, and the following things will happen as a result of the choices that they make. That's very important. And I think the United States always plays a very critical role in providing that kind of assurance, and we are a, I think, unparalleled convener on the planet. We have an ability through many years of relationships, through alliances, through our economic strength, through our values, to be able to bring people to the table to help in these matters.

ATL004578

But fundamentally – I say this very respectfully and there are a couple cabinet members here and folks outside the cabinet on the other side of the fence – the choices are clear. If Abu Mazen gets weaker, I believe that's a danger for Israel. How is Israel advantaged to have chaos in the West Bank or to have another war with Gaza? Gaza is ready to – it's very, very tense, and it's very important for us to take steps with respect to Gaza and the West Bank together. Now, I think the prime minister has some good ideas about Gaza. There's some things that I think he is prepared to try to do there. But obviously, the violence has made the climate very difficult. When politicians are screaming at you from one side or the other that you're not doing enough, and this and that, it closes the political space. But nevertheless, you have to do what is in the best interests of the country and its security. And I believe strengthening Abu Mazen is now and has been for years – and it hasn't happened sufficiently for years – is critical, because if you don't strength the one person who is most committed to nonviolence you send an incredibly negative message to all the rest of the people who are frustrated. And they'll finally say, "Well, we can't do it that way. He tried it. They tried it for 30 years. We got Oslo. It was signed. Wye was signed. Madrid – all these things were done and signed, but nothing happened."

Folks, if that's – you can't do that. You have to give life to these instruments or want to find ways to give life to them in order to build that different set of possibilities. But right now, you've got a lot of young people growing up in the West Bank who don't have jobs, who aren't – they don't see a future. And the question is: What choices are they going to make? I think Israel has a vital national security interest in wanting to do more, and I believe – I say this nicely, but I believe there are people within the security establishment of Israel who believe just what I said and who would like to see more done to strengthen the Palestinians.

So it's not exclusively up to them, but it's predominantly up to them, and there's got to be a greater indication of the things that both – both – are willing to do to move down this road.

**AMBASSADOR INDYK:** Can you – without violating any diplomatic protocols or so on, but can you give us a sense of what those things should be?

**SECRETARY KERRY:** Well, an example. Oslo called for – Oslo divided the West Bank into three sectors, A, B, C. A is a sector which has exclusive security and administrative rights to the Palestinians; B is a split, security to Israel, administrative to Palestinians; and C has both security and administrative in the hands of Israelis. C is the predominance, the largest amount forces of the West Bank, 60 percent, as I just said. And so A, regrettably, has seen multiple incursions of security forces from Israel notwithstanding that it's supposed to be exclusively within the jurisdiction of the Palestinians. And the reason for that – and I'm sympathetic to some of it – is that Israel asserts that they don't do it or they're not getting it done or they haven't done things to protect Israel and so forth. And Israel gets wind of some nefarious activities, and so Israel is going to resort to self-help. And I'm sympathetic to that, yes.

But there should be a greater effort cooperatively with everybody, including us by the way. We play a role. We have a person who's involved, a military representative to the West Bank who evaluates, and we work with some of the training. The Jordanians do it. We need to do more to guarantee they are getting the job done and work with them and uphold the agreement. But more importantly, what we need to do now and the reason we need to do this – we went – when I first went over there three years ago and we started this process, we put in a whole bunch of economic measures – opening the Allenby Bridge for a period of time, increasing the amount of water that flowed, increasing the number of permits for work, lowering the age for this or that. I mean, we did a lot of things. Some of them were fully implemented. Many were not fully implemented. But those are the things we agreed on.

ATL004579

The problem is now we're three years down the road with a disappointing process in the intervening time that reduces trust and hope, and so just coming in with the same kinds of measures will not get it done again. So what I'm trying to persuade people is you have to go a little further to indicate to the Palestinians a political horizon, something that begins to say to them, "Yes, you can have a state. There is a way to get there. Here's what you have to do." And begin to open up some opportunities in the Area C for them to build, to have some agriculture, do some business, and begin to strengthen themselves.

That would begin to send a very different message. And it doesn't mean you have a big negotiation. It's not opening up a whole new set of promises for some outcome you can't produce. But it's real and tangible in terms of the transition to Oslo and to rights. And as I said earlier, it does not have any negative impact on Israel's security because in Area C you would still have the legal right to Israel for full security; it only affects their right to build some housing, not to have their houses demolished, and to begin to have some hope. That's one of the kinds of steps we're looking forward to.

**AMBASSADOR INDYK:** And it sends a signal that –

**SECRETARY KERRY:** It sends the –

**AMBASSADOR INDYK:** – all the C Area is not going to be in Israel's hands forever.

**SECRETARY KERRY:** That's absolutely correct. And that's very important, my friends, because right now, because of the municipality laws, and because of the settlements that are there, there is a significant reduction in the availability. There is a lot of Area C that's actually been, as I said, taken under state control and therefore not available to Palestinians, which raises their questions about whether it's ever going to come back to them or not, and where Israel is really going with this.

So both sides have legitimate questions of the other. But you've got to sit down – the other day I was in Cyprus, where we're working very hard to try to break a frozen conflict. And I had dinner with Mr. Akinci, who is the leader of the Turk Cypriots, and with President Anastasiades, who is the leader of the Greek Cypriots. And we have now built the support of both the Turkish Government and the Greek Government, very much supporting the movement forward. And they're talking to each other. We had dinner together, and they sat there and had a discussion about how they could provide for each other's security, or how they might resolve. That doesn't happen in this conflict of 30 – whatever, 1948. I mean it just doesn't happen.

So we have to change the paradigm. And rather than keep blaming each other, we've got to start saying, "You know what? We got to build." I just talked to you about builders. We need to build. And that's what we think these policies could begin to do.

**AMBASSADOR INDYK:** What would you want to see Abu Mazen do?

**SECRETARY KERRY:** Well, Abu Mazen needs to – he needs to change the rhetoric, above all. He made some very incendiary comments, which I called him on. I was very direct with him about the al-Aqsa Mosque. And there was some very inciteful comments made.

I think one of the problems is Abu Mazen now doesn't control some of the people. He doesn't control an Arab Israeli who runs around with a pair of scissors or grabs a knife. In fact, nobody, to some degree, controls that now. That's social media-driven, and it's a reflection of some of the challenge we face in fighting Daesh, and what is happening in terms of the radicalization of unemployed, youthful populations that have no sense of future.

So the issue here is: Can the Palestinians work to deal with a transition in their own governance which has to improve? There are levels of some corruption and challenges within the PA that have to be taken on. There are, in addition, textbooks, education, maps, I mean, things like – there are a lot of things that could begin to change that would reflect to Israel that, in fact, the Palestinians are working sincerely.

But if you're not sitting down, if all you're doing is hurling invective at each other on a daily basis, there is no prayer of beginning that kind of conversation. And that's the problem today. There is – other than the security exchanges, which Bogie is responsible for, ultimately, but Shin Bet and Mossad – there is good cooperation there. They're working still despite everything else. If that could be translated to another level, you could begin to break down some of these barriers.

**AMBASSADOR INDYK:** I am very conscious of the pressures on your time, so just one more question, which is if we can go to Daesh.

You've done an amazing job in managing to get all of these external parties around the table, even though, as you said in your speech, they disagree on so much. But how do you see them actually getting to agreement between Iran, with its commitment to the Assad regime – because if Assad were to go, they fear that their opposition in the regions is going to go; the Russians, who fear that if Assad goes, there will be chaos; and the Saudis, who won't do anything unless Assad goes? How do you navigate that? In particular, how do you deal with the fears about the day after? Because that seems to be what motivates a lot of the concerns.

**SECRETARY KERRY:** Well, I think the key is that you don't have one day after. You have a process. And this is what we've worked very hard to achieve. And I had a very constructive meeting with Foreign Minister Lavrov in Belgrade the other day on the sidelines of the OSCE. And that followed a very constructive meeting that President Obama and I had with President Putin and Lavrov the day before in Paris – two days before in Paris, where we really talked about these hard kinds of questions. And believe it or not, despite all the other problems, it was genuinely constructive in trying to find answers to this way forward.

I think Russia understands and I think Iran is coming to understand that no matter how much you might want to keep Assad, even if we were the most Machiavellian in the world and we went back on our promises and everything else – which we're not about to do, I want to emphasize – but let's say we said we want Assad. Okay, let's keep him for a while and see what happens, and go fight Daesh. Couldn't do it. You can't do it. There is no way to stop the support for the Sunni fighters – and remember, most of this is on that side of the ledger. There is no way to stop them from attacking and going after Assad, as long as he's there.

ATL004581

So no matter what your feelings are about supporting him, you can't end the war. And if your goal is to get Daesh out of the picture, which ours certainly is, to get it out as fast as you can – because part of Daesh's attraction is the fact that it's there and it has this declared caliphate that is sort of taking on Russia and United States and giving people a sense of external assault by the rest of the world, which, if you have the right narrative, you can build into a pretty good recruitment tool. And that's what they're doing. And that's the danger.

And so, if Assad stays, those who are continuing to fight Assad will attract more jihadis, more Daesh. And ultimately, it is they who will be the tougher fighters and the better armed and the more perceived as capable of getting rid of Assad.

Then what do you have? That's your day of implosion, not progressive transfer. And I think that's one of the things that's motivating Russia and their understanding of this. Right now, Russia has just plunked itself in, gone into the fight to, quote, support their friend, Assad. But in doing so, they are supporting Hizballah, Iran, and Assad. And if you have an interest in having a relationship with the Sunni world, which they do, that is not a good equation.

So I think there is a reason here, and that's what happens always in diplomacy, obviously, or in anything in politics. People have to have a reason for doing something. They have to have an interest. It has to – your interest has to be defined. You have to be able to make it tangible. In this case, Russia has lost an aircraft. They have seen what has happened with respect to the beheading of their Russian citizen the other day. There is – I just saw today's newspapers, which had a report on unrest in Russia because of the economic situation.

So I think there are reasons that we all have to want to end this as fast as possible. And what we've tried to set up is a transitional negotiation where Assad has to, under the Geneva communique, begin to devolve some power. The election is fixed. We've all said we're going to have an election. Even Iran and Russia have accepted that. Iran actually had its own proposal of a ceasefire, constitutional rewrite, a unity government, and election. So even Iran is pushing for a transition of some kind.

And the question here is: When and how can we get to the point where it is clear that really Assad has to make a choice? And you can have a smooth transition, where the Alawi are protected, the Christians are protected, the Druze are protected, the Ismaili are protected, the Sunni are protected, and you have all segments of society.

The other thing, as I said, that everybody accepted – which is not a small deal – is a non-sectarian, unified state. It's absolutely vital to have Iran, Turkey, Jordan, Lebanon, Russia, the United States, and all of the other allies in the coalition united in wanting a united Syria. So that's why I think this is sort of a decent shot.

Now, if Russia and Iran stand as a bloc and allow Assad to simply stiff the process, and we get no transition at all, then it will be clear who the problem children are, and our options will be narrowed, and we will have to make some tough choices, because we cannot allow this to go on. It is a security threat to the United States and every country in Europe. And it's not just a threat to Europe in terms of what happened in Paris or elsewhere. It's a threat because this migration can alter the politics of Europe in an existential way forever.

And so we all have an obligation to recognize the danger. It's a danger to Russia, because there are more than 2,000 Chechens in Syria, fighting, learning the trade craft of terror, who could return to Russia and bring it to their Muslim population.

ATL004582

So there is a lot of reason that people, I think, have an interest here. And what we've been doing -- and I think it's the right strategy -- is we've been trying to underscore to everybody what their interests are and get them to act on those interests. And if we can do that successfully, we may get somewhere. I'm not sitting here saying this will work. I'm saying it could, if everybody plays the role making the right choice of the road they go down. But if they don't, we're still going to have to go destroy Daesh; we're just going to have to decide to do it in a different way.

**AMBASSADOR INDYK:** Mr. Secretary, as you head off to Paris again, I think I could speak for everybody here. We wish you godspeed and thank you for all that you do. (Applause.)



The Office of Website Management, Bureau of Public Affairs, manages this site as a portal for information from the U.S. State Department.
External links to other Internet sites should not be construed as an endorsement of the views or privacy policies contained therein.
Note: documents in Portable Document Format (PDF) require Adobe Acrobat Reader 5.0 or higher to view, download Adobe Acrobat Reader (http://get.adobe.com/reader/).

# EXHIBIT 84

You are viewing:

# ARCHIVED CONTENT

Information released online from January 20, 2009 to January 20, 2017.

**NOTE:** Content in this archive site is **NOT UPDATED**, and external links may not function. External links to other Internet sites should not be construed as an endorsement of the views contained therein.

Go to the current State.gov website for up-to-date information.
(http://www.state.gov/)

# U.S. Department of State
## Diplomacy in Action

## Remarks on Middle East Peace

Remarks
John Kerry
Secretary of State
The Dean Acheson Auditorium
Washington, DC
December 28, 2016

**SECRETARY KERRY:** Thank you very much. Thank you. Thank you very, very much. Thank you. (Coughs.) Excuse me. Thank you for your patience, all of you. For those of you who celebrated Christmas, I hope you had a wonderful Christmas. Happy Chanukah. And to everybody here, I know it's the middle of a holiday week. I understand. (Laughter.) But I wish you all a very, very productive and Happy New Year.

Today, I want to share candid thoughts about an issue which for decades has animated the foreign policy dialogue here and around the world – the Israeli-Palestinian conflict.

Throughout his Administration, President Obama has been deeply committed to Israel and its security, and that commitment has guided his pursuit of peace in the Middle East. This is an issue which, all of you know, I have worked on intensively during my time as Secretary of State for one simple reason: because the two-state solution is the only way to achieve a just and lasting peace between Israelis and Palestinians. It is the only way to ensure Israel's future as a Jewish and democratic state, living in peace and security with its neighbors. It is the only way to ensure a future of freedom and dignity for the Palestinian people. And it is an important way of advancing United States interests in the region.

Now, I'd like to explain why that future is now in jeopardy, and provide some context for why we could not, in good conscience, stand in the way of a resolution at the United Nations that makes clear that both sides must act now to preserve the possibility of peace.

ATL004550

I'm also here to share my conviction that there is still a way forward if the responsible parties are willing to act. And I want to share practical suggestions for how to preserve and advance the prospects for the just and lasting peace that both sides deserve.

So it is vital that we have an honest, clear-eyed conversation about the uncomfortable truths and difficult choices, because the alternative that is fast becoming the reality on the ground is in nobody's interest – not the Israelis, not the Palestinians, not the region – and not the United States.

Now, I want to stress that there is an important point here: My job, above all, is to defend the United States of America – to stand up for and defend our values and our interests in the world. And if we were to stand idly by and know that in doing so we are allowing a dangerous dynamic to take hold which promises greater conflict and instability to a region in which we have vital interests, we would be derelict in our own responsibilities.

Regrettably, some seem to believe that the U.S. friendship means the U.S. must accept any policy, regardless of our own interests, our own positions, our own words, our own principles – even after urging again and again that the policy must change. Friends need to tell each other the hard truths, and friendships require mutual respect.

Israel's permanent representative to the United Nations, who does not support a two-state solution, said after the vote last week, quote, "It was to be expected that Israel's greatest ally would act in accordance with the values that we share," and veto this resolution. I am compelled to respond today that the United States did, in fact, vote in accordance with our values, just as previous U.S. administrations have done at the Security Council before us.

They fail to recognize that this friend, the United States of America, that has done more to support Israel than any other country, this friend that has blocked countless efforts to delegitimize Israel, cannot be true to our own values – or even the stated democratic values of Israel – and we cannot properly defend and protect Israel if we allow a viable two-state solution to be destroyed before our own eyes.

And that's the bottom line: the vote in the United Nations was about preserving the two-state solution. That's what we were standing up for: Israel's future as a Jewish and democratic state, living side by side in peace and security with its neighbors. That's what we are trying to preserve for our sake and for theirs.

In fact, this Administration has been Israel's greatest friend and supporter, with an absolutely unwavering commitment to advancing Israel's security and protecting its legitimacy.

On this point, I want to be very clear: No American administration has done more for Israel's security than Barack Obama's. The Israeli prime minister himself has noted our, quote, "unprecedented" military and intelligence cooperation. Our military exercises are more advanced than ever. Our assistance for Iron Dome has saved countless Israeli lives. We have consistently supported Israel's right to defend itself, by itself, including during actions in Gaza that sparked great controversy.

Time and again we have demonstrated that we have Israel's back. We have strongly opposed boycotts, divestment campaigns, and sanctions targeting Israel in international fora, whenever and wherever its legitimacy was attacked, and we have fought for its inclusion across the UN system. In the midst of our own financial crisis and budget deficits, we repeatedly increased funding to support Israel. In fact, more than one-half of our entire global Foreign Military

ATL004551

Financing goes to Israel. And this fall, we concluded an historic S38 billion memorandum of understanding that exceeds any military assistance package the United States has provided to any country, at any time, and that will invest in cutting-edge missile defense and sustain Israel's qualitative military edge for years to come. That's the measure of our support.

This commitment to Israel's security is actually very personal for me. On my first trip to Israel as a young senator in 1986, I was captivated by a special country, one that I immediately admired and soon grew to love. Over the years, like so many others who are drawn to this extraordinary place, I have climbed Masada, swum in the Dead Sea, driven from one Biblical city to another. I've also seen the dark side of Hizballah's rocket storage facilities just across the border in Lebanon, walked through exhibits of the hell of the Holocaust at Yad Vashem, stood on the Golan Heights, and piloted an Israeli jet over the tiny airspace of Israel, which would make anyone understand the importance of security to Israelis. Out of those experiences came a steadfast commitment to Israel's security that has never wavered for a single minute in my 28 years in the Senate or my four years as Secretary.

I have also often visited West Bank communities, where I met Palestinians struggling for basic freedom and dignity amidst the occupation, passed by military checkpoints that can make even the most routine daily trips to work or school an ordeal, and heard from business leaders who could not get the permits that they needed to get their products to the market and families who have struggled to secure permission just to travel for needed medical care.

And I have witnessed firsthand the ravages of a conflict that has gone on for far too long. I've seen Israeli children in Sderot whose playgrounds had been hit by Katyusha rockets. I've visited shelters next to schools in Kiryat Shmona that kids had 15 seconds to get to after a warning siren went off. I've also seen the devastation of war in the Gaza Strip, where Palestinian girls in Izbet Abed Rabo played in the rubble of a bombed-out building.

No children – Israeli or Palestinian – should have to live like that.

So, despite the obvious difficulties that I understood when I became Secretary of State, I knew that I had to do everything in my power to help end this conflict. And I was grateful to be working for President Obama, who was prepared to take risks for peace and was deeply committed to that effort.

Like previous U.S. administrations, we have committed our influence and our resources to trying to resolve the Arab-Israeli conflict because, yes, it would serve American interests to stabilize a volatile region and fulfill America's commitment to the survival, security and well-being of an Israel at peace with its Arab neighbors.

Despite our best efforts over the years, the two-state solution is now in serious jeopardy.

The truth is that trends on the ground – violence, terrorism, incitement, settlement expansion and the seemingly endless occupation – they are combining to destroy hopes for peace on both sides and increasingly cementing an irreversible one-state reality that most people do not actually want.

ATL004552

Today, there are a number – there are a similar number of Jews and Palestinians living between the Jordan River and the Mediterranean Sea. They have a choice. They can choose to live together in one state, or they can separate into two states. But here is a fundamental reality: if the choice is one state, Israel can either be Jewish or democratic – it cannot be both – and it won't ever really be at peace. Moreover, the Palestinians will never fully realize their vast potential in a homeland of their own with a one-state solution.

Now, most on both sides understand this basic choice, and that is why it is important that polls of Israelis and Palestinians show that there is still strong support for the two-state solution – in theory. They just don't believe that it can happen.

After decades of conflict, many no longer see the other side as people, only as threats and enemies. Both sides continue to push a narrative that plays to people's fears and reinforces the worst stereotypes rather than working to change perceptions and build up belief in the possibility of peace.

And the truth is the extraordinary polarization in this conflict extends beyond Israelis and Palestinians. Allies of both sides are content to reinforce this with an us or – "you're with us or against us" mentality where too often anyone who questions Palestinian actions is an apologist for the occupation and anyone who disagrees with Israel policy is cast as anti-Israel or even anti-Semitic.

That's one of the most striking realties about the current situation: This critical decision about the future – one state or two states – is effectively being made on the ground every single day, despite the expressed opinion of the majority of the people.

The status quo is leading towards one state and perpetual occupation, but most of the public either ignores it or has given up hope that anything can be done to change it. And with this passive resignation, the problem only gets worse, the risks get greater and the choices are narrowed.

This sense of hopelessness among Israelis is exacerbated by the continuing violence, terrorist attacks against civilians and incitement, which are destroying belief in the possibility of peace.

Let me say it again: There is absolutely no justification for terrorism, and there never will be.

And the most recent wave of Palestinian violence has included hundreds of terrorist attacks in the past year, including stabbings, shootings, vehicular attacks and bombings, many by individuals who have been radicalized by social media. Yet the murderers of innocents are still glorified on Fatah websites, including showing attackers next to Palestinian leaders following attacks. And despite statements by President Abbas and his party's leaders making clear their opposition to violence, too often they send a different message by failing to condemn specific terrorist attacks and naming public squares, streets and schools after terrorists.

President Obama and I have made it clear to the Palestinian leadership countless times, publicly and privately, that all incitement to violence must stop. We have consistently condemned violence and terrorism, and even condemned the Palestinian leadership for not condemning it.

ATL004553

Far too often, the Palestinians have pursued efforts to delegitimize Israel in international fora. We have strongly
opposed these initiatives, including the recent wholly unbalanced and inflammatory UNESCO resolution regarding
Jerusalem. And we have made clear our strong opposition to Palestinian efforts against Israel at the ICC, which only
sets back the prospects for peace.

And we all understand that the Palestinian Authority has a lot more to do to strengthen its institutions and improve
governance.

Most troubling of all, Hamas continues to pursue an extremist agenda: they refuse to accept Israel's very right to
exist. They have a one-state vision of their own: all of the land is Palestine. Hamas and other radical factions are
responsible for the most explicit forms of incitement to violence, and many of the images that they use are truly
appalling. And they are willing to kill innocents in Israel and put the people of Gaza at risk in order to advance that
agenda.

Compounding this, the humanitarian situation in Gaza, exacerbated by the closings of the crossings, is dire. Gaza is
home to one of the world's densest concentrations of people enduring extreme hardships with few opportunities. 1.3
million people out of Gaza's population of 1.8 million are in need of daily assistance – food and shelter. Most have
electricity less than half the time and only 5 percent of the water is safe to drink. And yet despite the urgency of these
needs, Hamas and other militant groups continue to re-arm and divert reconstruction materials to build tunnels,
threatening more attacks on Israeli civilians that no government can tolerate.

Now, at the same time, we have to be clear about what is happening in the West Bank. The Israeli prime minister
publicly supports a two-state solution, but his current coalition is the most right wing in Israeli history, with an agenda
driven by the most extreme elements. The result is that policies of this government, which the prime minister himself
just described as "more committed to settlements than any in Israel's history," are leading in the opposite direction.
They're leading towards one state. In fact, Israel has increasingly consolidated control over much of the West Bank
for its own purposes, effectively reversing the transitions to greater Palestinian civil authority that were called for by
the Oslo Accords.

I don't think most people in Israel, and certainly in the world, have any idea how broad and systematic the process
has become. But the facts speak for themselves. The number of settlers in the roughly 130 Israeli settlements east of
the 1967 lines has steadily grown. The settler population in the West Bank alone, not including East Jerusalem, has
increased by nearly 270,000 since Oslo, including 100,000 just since 2009, when President Obama's term began.

There's no point in pretending that these are just in large settlement blocks. Nearly 90,000 settlers are living east of
the separation barrier that was created by Israel itself in the middle of what, by any reasonable definition, would be
the future Palestinian state. And the population of these distant settlements has grown by 20,000 just since 2009. In
fact, just recently the government approved a significant new settlement well east of the barrier, closer to Jordan than
to Israel. What does that say to Palestinians in particular – but also to the United States and the world – about Israel's
intentions?

Let me emphasize, this is not to say that the settlements are the whole or even the primary cause of this conflict. Of
course they are not. Nor can you say that if the settlements were suddenly removed, you'd have peace. Without a
broader agreement, you would not. And we understand that in a final status agreement, certain settlements would

ATL004454

become part of Israel to account for the changes that have taken place over the last 49 years – we understand that – including the new democratic demographic realities that exist on the ground. They would have to be factored in. But if more and more settlers are moving into the middle of Palestinian areas, it's going to be just that much harder to separate, that much harder to imagine transferring sovereignty, and that is exactly the outcome that some are purposefully accelerating.

Let's be clear: Settlement expansion has nothing to do with Israel's security. Many settlements actually increase the security burden on the Israeli Defense Forces. And leaders of the settler movement are motivated by ideological imperatives that entirely ignore legitimate Palestinian aspirations.

Among the most troubling illustrations of this point has been the proliferation of settler outposts that are illegal under Israel's own laws. They're often located on private Palestinian land and strategically placed in locations that make two states impossible. There are over 100 of these outposts. And since 2011, nearly one-third of them have been or are being legalized, despite pledges by past Israeli governments to dismantle many of them.

Now leaders of the settler movement have advanced unprecedented new legislation that would legalize most of those outposts. For the first time, it would apply Israeli domestic law to the West Bank rather than military law, which is a major step towards the process of annexation. When the law passed the first reading in the Israeli parliament, in the Knesset, one of the chief proponents said proudly – and I quote – "Today, the Israeli Knesset moved from heading towards establishing a Palestinian state towards Israeli sovereignty in Judea and Samaria." Even the Israeli attorney general has said that the draft law is unconstitutional and a violation of international law.

Now, you may hear from advocates that the settlements are not an obstacle to peace because the settlers who don't want to leave can just stay in Palestine, like the Arab Israelis who live in Israel. But that misses a critical point, my friends. The Arab Israelis are citizens of Israel, subject to Israel's law. Does anyone here really believe that the settlers will agree to submit to Palestinian law in Palestine?

Likewise, some supporters of the settlements argue that the settlers could just stay in their settlements and remain as Israeli citizens in their separate enclaves in the middle of Palestine, protected by the IDF. Well, there are over 80 settlements east of the separation barrier, many located in places that would make a continuous – a contiguous Palestinian state impossible. Does anyone seriously think that if they just stay where they are you could still have a viable Palestinian state?

Now, some have asked, "Why can't we build in the blocs which everyone knows will eventually be part of Israel?" Well, the reason building there or anywhere else in the West Bank now results in such pushback is that the decision of what constitutes a bloc is being made unilaterally by the Israeli Government, without consultation, without the consent of the Palestinians, and without granting the Palestinians a reciprocal right to build in what will be, by most accounts, part of Palestine. Bottom line – without agreement or mutuality, the unilateral choices become a major point of contention, and that is part of why we are here where we are.

You may hear that these remote settlements aren't a problem because they only take up a very small percentage of the land. Well, again and again we have made it clear, it's not just a question of the overall amount of land available in the West Bank. It's whether the land can be connected or it's broken up into small parcels, like a Swiss cheese, that could never constitute a real state. The more outposts that are built, the more the settlements expand, the less

ATL004555

possible it is to create a contiguous state. So in the end, a settlement is not just the land that it's on, it's also what the location does to the movement of people, what it does to the ability of a road to connect people, one community to another, what it does to the sense of statehood that is chipped away with each new construction. No one thinking seriously about peace can ignore the reality of what the settlements pose to that peace.

But the problem, obviously, goes well beyond settlements. Trends indicate a comprehensive effort to take the West Bank land for Israel and prevent any Palestinian development there. Today, the 60 percent of the West Bank known as Area C – much of which was supposed to be transferred to Palestinian control long ago under the Oslo Accords – much of it is effectively off limits to Palestinian development. Most today has essentially been taken for exclusive use by Israel simply by unilaterally designating it as "state land" or including it within the jurisdiction of regional settlement councils. Israeli farms flourish in the Jordan River Valley, and Israeli resorts line the shores of the Dead Sea – a lot of people don't realize this – they line the shore of the Dead Sea, where Palestinian development is not allowed. In fact, almost no private Palestinian building is approved in Area C at all. Only one permit was issued by Israel in all of 2014 and 2015, while approvals for hundreds of settlement units were advanced during that same period.

Moreover, Palestinian structures in Area C that do not have a permit from the Israeli military are potentially subject to demolition. And they are currently being demolished at an historically high rate. Over 1,300 Palestinians, including over 600 children, have been displaced by demolitions in 2016 alone – more than any previous year.

So the settler agenda is defining the future of Israel. And their stated purpose is clear. They believe in one state: greater Israel. In fact, one prominent minister, who heads a pro-settler party, declared just after the U.S. election – and I quote – "the era of the two-state solution is over," end quote. And many other coalition ministers publicly reject a Palestinian state. And they are increasingly getting their way, with plans for hundreds of new units in East Jerusalem recently announced and talk of a major new settlement building effort in the West Bank to follow.

So why are we so concerned? Why does this matter? Well, ask yourself these questions: What happens if that agenda succeeds? Where does that lead?

There are currently about 2.75 million Palestinians living under military occupation in the West Bank, most of them in Areas A and B – 40 percent of the West Bank – where they have limited autonomy. They are restricted in their daily movements by a web of checkpoints and unable to travel into or out of the West Bank without a permit from the Israelis.

So if there is only one state, you would have millions of Palestinians permanently living in segregated enclaves in the middle of the West Bank, with no real political rights, separate legal, education, and transportation systems, vast income disparities, under a permanent military occupation that deprives them of the most basic freedoms. Separate and unequal is what you would have. And nobody can explain how that works. Would an Israeli accept living that way? Would an American accept living that way? Will the world accept it?

If the occupation becomes permanent, over the time the Palestinian Authority could simply dissolve, turn over all the administrative and security responsibilities to the Israelis. What would happen then? Who would administer the schools and hospitals and on what basis? Does Israel want to pay for the billions of dollars of lost international assistance that the Palestinian Authority now receives? Would the Israel Defense Force police the streets of every single Palestinian city and town?

ATL004556

How would Israel respond to a growing civil rights movement from Palestinians, demanding a right to vote, or widespread protests and unrest across the West Bank? How does Israel reconcile a permanent occupation with its democratic ideals? How does the U.S. continue to defend that and still live up to our own democratic ideals?

Nobody has ever provided good answers to those questions because there aren't any. And there would be an increasing risk of more intense violence between Palestinians and settlers, and complete despair among Palestinians that would create very fertile ground for extremists.

With all the external threats that Israel faces today, which we are very cognizant of and working with them to deal with, does it really want an intensifying conflict in the West Bank? How does that help Israel's security? How does that help the region?

The answer is it doesn't, which is precisely why so many senior Israeli military and intelligence leaders, past and present, believe the two-state solution is the only real answer for Israel's long term security.

Now, one thing we do know: if Israel goes down the one state path, it will never have true peace with the rest of the Arab world, and I can say that with certainty. The Arab countries have made clear that they will not make peace with Israel without resolving the Israeli-Palestinian conflict. That's not where their loyalties lie. That's not where their politics are.

But there is something new here. Common interests in countering Iran's destabilizing activities, and fighting extremists, as well as diversifying their economies have created real possibilities for something different is Israel takes advantage of the opportunities for peace. I have spent a great deal of time with key Arab leaders exploring this, and there is no doubt that they are prepared to have a fundamentally different relationship with Israel. That was stated in the Arab Peace Initiative, years ago. And in all my recent conversations, Arab leaders have confirmed their readiness, in the context of Israeli-Palestinian peace, not just to normalize relations but to work openly on securing that peace with significant regional security cooperation. It's waiting. It's right there.

Many have shown a willingness to support serious Israeli-Palestinian negotiations and to take steps on the path to normalization to relations, including public meetings, providing there is a meaningful progress towards a two-state solution. My friends, that is a real opportunity that we should not allow to be missed.

And that raises one final question: Is ours the generation that gives up on the dream of a Jewish democratic state of Israel living in peace and security with its neighbors? Because that is really what is at stake.

Now, that is what informed our vote at the Security Council last week – the need to preserve the two-state solution – and both sides in this conflict must take responsibility to do that. We have repeatedly and emphatically stressed to the Palestinians that all incitement to violence must stop. We have consistently condemned all violence and terrorism, and we have strongly opposed unilateral efforts to delegitimize Israel in international fora.

ATL004557

We've made countless public and private exhortations to the Israelis to stop the march of settlements. In literally hundreds of conversations with Prime Minister Netanyahu, I have made clear that continued settlement activity would only increase pressure for an international response. We have all known for some time that the Palestinians were intent on moving forward in the UN with a settlements resolution, and I advised the prime minister repeatedly that further settlement activity only invited UN action.

Yet the settlement activity just increased, including advancing the unprecedented legislation to legalize settler outposts that the prime minister himself reportedly warned could expose Israel to action at the Security Council and even international prosecution before deciding to support it.

In the end, we could not in good conscience protect the most extreme elements of the settler movement as it tries to destroy the two-state solution. We could not in good conscience turn a blind eye to Palestinian actions that fan hatred and violence. It is not in U.S. interest to help anyone on either side create a unitary state. And we may not be able to stop them, but we cannot be expected to defend them. And it is certainly not the role of any country to vote against its own policies.

That is why we decided not to block the UN resolution that makes clear both sides have to take steps to save the two-state solution while there is still time. And we did not take this decision lightly. The Obama Administration has always defended Israel against any effort at the UN and any international fora or biased and one-sided resolutions that seek to undermine its legitimacy or security, and that has not changed. It didn't change with this vote.

But remember it's important to note that every United States administration, Republican and Democratic, has opposed settlements as contrary to the prospects for peace, and action at the UN Security Council is far from unprecedented. In fact, previous administrations of both political parties have allowed resolutions that were critical of Israel to pass, including on settlements. On dozens of occasions under George W. Bush alone, the council passed six resolutions that Israel opposed, including one that endorsed a plan calling for a complete freeze on settlements, including natural growth.

Let me read you the lead paragraph from a *New York Times* story dated December 23rd. I quote: "With the United States abstaining, the Security Council adopted a resolution today strongly deploring Israel's handling of the disturbances in the occupied territories, which the resolution defined as, including Jerusalem. All of the 14 other Security Council members voted in favor." My friends, that story was not written last week. It was written December 23rd, 1987, 26 years to the day that we voted last week, when Ronald Reagan was president.

Yet despite growing pressure, the Obama Administration held a strong line against UN action, any UN action, we were the only administration since 1967 that had not allowed any resolution to pass that Israel opposed. In fact, the only time in eight years the Obama Administration exercised its veto at the United Nations was against a one-sided settlements resolution in 2011. And that resolution did not mention incitement or violence.

Now let's look at what's happened since then. Since then, there have been over 30,000 settlement units advanced through some stage of the planning process. That's right – over 30,000 settlement units advanced notwithstanding the positions of the United States and other countries. And if we had vetoed this resolution just the other day, the United States would have been giving license to further unfettered settlement construction that we fundamentally oppose.

ATL004558

So we reject the criticism that this vote abandons Israel. On the contrary, it is not this resolution that is isolating Israel; it is the permanent policy of settlement construction that risks making peace impossible. And virtually every country in the world other than Israel opposes settlements. That includes many of the friends of Israel, including the United Kingdom, France, Russia – all of whom voted in favor of the settlements resolution in 2011 that we vetoed, and again this year along with every other member of the council.

In fact, this resolution simply reaffirms statements made by the Security Council on the legality of settlements over several decades. It does not break new ground. In 1978, the State Department Legal Adviser advised the Congress on his conclusion that Israel's government, the Israeli Government's program of establishing civilian settlements in the occupied territory is inconsistent with international law, and we see no change since then to affect that fundamental conclusion.

Now, you may have heard that some criticized this resolution for calling East Jerusalem occupied territory. But to be clear, there was absolutely nothing new in last week's resolution on that issue. It was one of a long line of Security Council resolutions that included East Jerusalem as part of the territories occupied by Israel in 1967, and that includes resolutions passed by the Security Council under President Reagan and President George H.W. Bush. And remember that every U.S. administration since 1967, along with the entire international community, has recognized East Jerusalem as among the territories that Israel occupied in the Six-Day War.

Now, I want to stress this point: We fully respect Israel's profound historic and religious ties to the city and to its holy sites. We've never questioned that. This resolution in no manner prejudges the outcome of permanent status negotiations on East Jerusalem, which must, of course, reflect those historic ties and the realities on the ground. That's our position. We still support it.

We also strongly reject the notion that somehow the United States was the driving force behind this resolution. The Egyptians and Palestinians had long made clear to all of us – to all of the international community – their intention to bring a resolution to a vote before the end of the year, and we communicated that to the Israelis and they knew it anyway. The United States did not draft or originate this resolution, nor did we put it forward. It was drafted by Egypt – it was drafted and I think introduced by Egypt, which is one of Israel's closest friends in the region, in coordination with the Palestinians and others.

And during the time of the process as it went out, we made clear to others, including those on the Security Council, that it was possible that if the resolution were to be balanced and it were to include references to incitement and to terrorism, that it was possible the United States would then not block it, that – if it was balanced and fair. That's a standard practice with resolutions at the Security Council. The Egyptians and the Palestinians and many others understood that if the text were more balanced, it was possible we wouldn't block it. But we also made crystal clear that the President of the United States would not make a final decision about our own position until we saw the final text.

In the end, we did not agree with every word in this resolution. There are important issues that are not sufficiently addressed or even addressed at all. But we could not in good conscience veto a resolution that condemns violence and incitement and reiterates what has been for a long time the overwhelming consensus and international view on settlements and calls for the parties to start taking constructive steps to advance the two-state solution on the ground.

ATL004559

Ultimately, it will be up to the Israeli people to decide whether the unusually heated attacks that Israeli officials have directed towards this Administration best serve Israel's national interests and its relationship with an ally that has been steadfast in its support, as I described. Those attacks, alongside allegations of U.S.-led conspiracy and other manufactured claims, distract attention from what the substance of this vote was really all about.

And we all understand that Israel faces very serious threats in a very tough neighborhood. Israelis are rightfully concerned about making sure that there is not a new terrorist haven right next door to them, often referencing what's happened with Gaza, and we understand that and we believe there are ways to meet those needs of security. And Israelis are fully justified in decrying attempts to legitimize[1] their state and question the right of a Jewish state to exist. But this vote was not about that. It was about actions that Israelis and Palestinians are taking that are increasingly rendering a two-state solution impossible. It was not about making peace with the Palestinians now – it was about making sure that peace with the Palestinians will be possible in the future.

Now, we all understand that Israel faces extraordinary, serious threats in a very tough neighborhood. And Israelis are very correct in making sure that there's not a terrorist haven right on their border.

But this vote – I can't emphasize enough – is not about the possibility of arriving at an agreement that's going to resolve that overnight or in one year or two years. This is about a longer process. This is about how we make peace with the Palestinians in the future but preserve the capacity to do so.

So how do we get there? How do we get there, to that peace?

Since the parties have not yet been able to resume talks, the U.S. and the Middle East Quartet have repeatedly called on both sides to independently demonstrate a genuine commitment to the two-state solution – not just with words, but with real actions and policies – to create the conditions for meaningful negotiations.

We've called for both sides to take significant steps on the ground to reverse current trends and send a different message – a clear message – that they are prepared to fundamentally change the equation without waiting for the other side to act.

We have pushed them to comply with their basic commitments under their own prior agreements in order to advance a two-state reality on the ground.

We have called for the Palestinians to do everything in their power to stop violence and incitement, including publicly and consistently condemning acts of terrorism and stopping the glorification of violence.

And we have called on them to continue efforts to strengthen their own institutions and to improve governance, transparency, and accountability.

And we have stressed that the Hamas arms buildup and militant activities in Gaza must stop.

Along with our Quartet partners, we have called on Israel to end the policy of settlement construction and expansion, of taking land for exclusive Israeli use and denying Palestinian development.

ATL004560

To reverse the current process, the U.S. and our partners have encouraged Israel to resume the transfer of greater civil authority to the Palestinians in Area C, consistent with the transition that was called for by Oslo. And we have made clear that significant progress across a range of sectors, including housing, agriculture, and natural resources, can be made without negatively impacting Israel's legitimate security needs. And we've called for significantly easing the movement and access restrictions to and from Gaza, with due consideration for Israel's need to protect its citizens from terrorist attacks.

So let me stress here again: None of the steps that I just talked about would negatively impact Israel's security.

Let me also emphasize this is not about offering limited economic measures that perpetuate the status quo. We're talking about significant steps that would signal real progress towards creating two states.

That's the bottom line: If we're serious about the two-state solution, it's time to start implementing it now. Advancing the process of separation now, in a serious way, could make a significant difference in saving the two-state solution and in building confidence in the citizens of both sides that peace is, indeed, possible. And much progress can be made in advance of negotiations that can lay the foundation for negotiations, as contemplated by the Oslo process. In fact, these steps will help create the conditions for successful talks.

Now, in the end, we all understand that a final status agreement can only be achieved through direct negotiations between the parties. We've said that again and again. We cannot impose the peace.

There are other countries in the UN who believe it is our job to dictate the terms of a solution in the Security Council. Others want us to simply recognize a Palestinian state, absent an agreement. But I want to make clear today, these are not the choices that we will make.

We choose instead to draw on the experiences of the last eight years, to provide a way forward when the parties are ready for serious negotiations. In a place where the narratives from the past powerfully inform and mold the present, it's important to understand the history. We mark this year and next a series of milestones that I believe both illustrate the two sides of the conflict and form the basis for its resolution. It's worth touching on them briefly.

A hundred and twenty years ago, the First Zionist Congress was convened in Basel by a group of Jewish visionaries, who decided that the only effective response to the waves of anti-Semitic horrors sweeping across Europe was to create a state in the historic home of the Jewish people, where their ties to the land went back centuries – a state that could defend its borders, protect its people, and live in peace with its neighbors. That was the vision. That was the modern beginning, and it remains the dream of Israel today.

Nearly 70 years ago, United Nations General Assembly Resolution 181 finally paved the way to making the State of Israel a reality. The concept was simple: to create two states for two peoples – one Jewish, one Arab – to realize the national aspirations of both Jews and Palestinians. And both Israel and the PLO referenced Resolution 181 in their respective declarations of independence.

ATL004561

The United States recognized Israel seven minutes after its creation. But the Palestinians and the Arab world did not, and from its birth, Israel had to fight for its life. Palestinians also suffered terribly in the 1948 war, including many who had lived for generations in a land that had long been their home too. And when Israel celebrates its 70th anniversary in 2018, the Palestinians will mark a very different anniversary: 70 years since what they call the Nakba, or catastrophe.

Next year will also mark 50 years since the end of the Six-Day War, when Israel again fought for its survival. And Palestinians will again mark just the opposite: 50 years of military occupation. Both sides have accepted UN Security Council Resolution 242, which called for the withdrawal of Israel from territory that it occupied in 1967 in return for peace and secure borders, as the basis for ending the conflict.

It has been more than 20 years since Israel and the PLO signed their first agreement -- the Oslo Accords -- and the PLO formally recognized Israel. Both sides committed to a plan to transition much of the West Bank and Gaza to Palestinian control during permanent status negotiations that would put an end to their conflict. Unfortunately, neither the transition nor the final agreement came about, and both sides bear responsibility for that.

Finally, some 15 years ago, King Abdullah of Saudi Arabia came out with the historic Arab Peace Initiative, which offered fully normalized relations with Israel when it made peace – an enormous opportunity then and now, which has never been fully been embraced.

That history was critical to our approach to trying to find a way to resolve the conflict. And based on my experience with both sides over the last four years, including the nine months of formal negotiations, the core issues can be resolved if there is leadership on both sides committed to finding a solution.

In the end, I believe the negotiations did not fail because the gaps were too wide, but because the level of trust was too low. Both sides were concerned that any concessions would not be reciprocated and would come at too great a political cost. And the deep public skepticism only made it more difficult for them to be able to take risks.

In the countless hours that we spent working on a detailed framework, we worked through numerous formulations and developed specific bridging proposals. and we came away with a clear understanding of the fundamental needs of both sides. In the past two and a half years, I have tested ideas with regional and international stakeholders, including our Quartet partners. And I believe what has emerged from all of that is a broad consensus on balanced principles that would satisfy the core needs of both sides.

President Clinton deserves great credit for laying out extensive parameters designed to bridge gaps in advanced final status negotiations 16 years ago. Today, with mistrust too high to even start talks, we're at the opposite end of the spectrum. Neither side is willing to even risk acknowledging the other's bottom line, and more negotiations that do not produce progress will only reinforce the worst fears.

Now, everyone understands that negotiations would be complex and difficult, and nobody can be expected to agree on the final result in advance. But if the parties could at least demonstrate that they understand the other side's most basic needs – and are potentially willing to meet them if theirs are also met at the end of comprehensive negotiations – perhaps then enough trust could be established to enable a meaningful process to begin.

ATL004562

It is in that spirit that we offer the following principles – not to prejudge or impose an outcome, but to provide a possible basis for serious negotiations when the parties are ready. Now, individual countries may have more detailed policies on these issues – as we do, by the way – but I believe there is a broad consensus that a final status agreement that could meet the needs of both sides would do the following.

Principle number one: Provide for secure and recognized international borders between Israel and a viable and contiguous Palestine, negotiated based on the 1967 lines with mutually agreed equivalent swaps.

Resolution 242, which has been enshrined in international law for 50 years, provides for the withdrawal of Israel from territory it occupied in 1967 in return for peace with its neighbors and secure and recognized borders. It has long been accepted by both sides, and it remains the basis for an agreement today.

As Secretary, one of the first issues that I worked out with the Arab League was their agreement that the reference in the Arab Peace Initiative to the 1967 lines would from now on include the concept of land swaps, which the Palestinians have acknowledged. And this is necessary to reflect practical realities on the ground, and mutually agreed equivalent swaps that will ensure that the agreement is fair to both sides.

There is also broad recognition of Israel's need to ensure that the borders are secure and defensible, and that the territory of Palestine is viable and contiguous. Virtually everyone that I have spoken to has been clear on this principle as well: No changes by Israel to the 1967 lines will be recognized by the international community unless agreed to by both sides.

Principle two: Fulfill the vision of the UN General Assembly Resolution 181 of two states for two peoples, one Jewish and one Arab, with mutual recognition and full equal rights for all their respective citizens.

This has been the fundamental – the foundational principle of the two-state solution from the beginning: creating a state for the Jewish people and a state for the Palestinian people, where each can achieve their national aspirations. And Resolution 181 is incorporated into the foundational documents of both the Israelis and Palestinians. Recognition of Israel as a Jewish state has been the U.S. position for years, and based on my conversations in these last months, I am absolutely convinced that many others are now prepared to accept it as well – provided the need for a Palestinian state is also addressed.

We also know that there are some 1.7 million Arab citizens who call Israel their home and must now and always be able to live as equal citizens, which makes this a difficult issue for Palestinians and others in the Arab world. That's why it is so important that in recognizing each other's homeland – Israel for the Jewish people and Palestine for the Palestinian people – both sides reaffirm their commitment to upholding full equal rights for all of their respective citizens.

Principle number three: Provide for a just, agreed, fair, and realistic solution to the Palestinian refugee issue, with international assistance, that includes compensation, options and assistance in finding permanent homes, acknowledgment of suffering, and other measures necessary for a comprehensive resolution consistent with two states for two peoples.

ATL004563

The plight of many Palestinian refugees is heartbreaking, and all agree that their needs have to be addressed. As part of a comprehensive resolution, they must be provided with compensation, their suffering must be acknowledged, and there will be a need to have options and assistance in finding permanent homes. The international community can provide significant support and assistance. I know we are prepared to do that, including in raising money to help ensure the compensation and other needs of the refugees are met, and many have expressed a willingness to contribute to that effort, particularly if it brings peace. But there is a general recognition that the solution must be consistent with two states for two peoples, and cannot affect the fundamental character of Israel.

Principle four: Provide an agreed resolution for Jerusalem as the internationally recognized capital of the two states, and protect and assure freedom of access to the holy sites consistent with the established status quo.

Now, Jerusalem is the most sensitive issue for both sides, and the solution will have to meet the needs not only of the parties, but of all three monotheistic faiths. That is why the holy sites that are sacred to billions of people around the world must be protected and remain accessible and the established status quo maintained. Most acknowledge that Jerusalem should not be divided again like it was in 1967, and we believe that. At the same time, there is broad recognition that there will be no peace agreement without reconciling the basic aspirations of both sides to have capitals there.

Principle five: Satisfy Israel's security needs and bring a full end, ultimately, to the occupation, while ensuring that Israel can defend itself effectively and that Palestine can provide security for its people in a sovereign and non-militarized state.

Security is the fundamental issue for Israel together with a couple of others I've mentioned, but security is critical. Everyone understands that no Israeli Government can ever accept an agreement that does not satisfy its security needs or that risk creating an enduring security threat like Gaza transferred to the West Bank. And Israel must be able to defend itself effectively, including against terrorism and other regional threats. In fact, there is a real willingness by Egypt, Jordan, and others to work together with Israel on meeting key security challenges. And I believe that those collective efforts, including close coordination on border security, intelligence-sharing, joint cooperations – joint operation, can all play a critical role in securing the peace.

At the same time, fully ending the occupation is the fundamental issue for the Palestinians. They need to know that the military occupation itself will really end after an agreed transitional process. They need to know they can live in freedom and dignity in a sovereign state while providing security for their population even without a military of their own. This is widely accepted as well. And it is important to understand there are many different ways without occupation for Israel and Palestine and Jordan and Egypt and the United States and others to cooperate in providing that security.

Now, balancing those requirements was among the most important challenges that we faced in the negotiations, but it was one where the United States has the ability to provide the most assistance. And that is why a team that was led by General John Allen, who is here, for whom I am very grateful for his many hours of effort, along with – he is one of our foremost military minds, and dozens of experts from the Department of Defense and other agencies, all of them engaged extensively with the Israeli Defense Force on trying to find solutions that could help Israel address its legitimate security needs.

ATL004564

They developed innovative approaches to creating unprecedented, multi-layered border security; enhancing Palestinian capacity; enabling Israel to retain the ability to address threats by itself even when the occupation had ended. General Allen and his team were not suggesting one particular outcome or one particular timeline, nor were they suggesting that technology alone would resolve these problems. They were simply working on ways to support whatever the negotiators agreed to. And they did some very impressive work that gives me total confidence that Israel's security requirements can be met.

Principle six: End the conflict and all outstanding claims, enabling normalized relations and enhanced regional security for all as envisaged by the Arab Peace Initiative. It is essential for both sides that the final status agreement resolves all the outstanding issues and finally brings closure to this conflict, so that everyone can move ahead to a new era of peaceful coexistence and cooperation. For Israel, this must also bring broader peace with all of its Arab neighbors. That is the fundamental promise of the Arab Peace Initiative, which key Arab leaders have affirmed in these most recent days.

The Arab Peace Initiative also envisions enhanced security for all of the region. It envisages Israel being a partner in those efforts when peace is made. This is the area where Israel and the Arab world are looking at perhaps the greatest moment of potential transformation in the Middle East since Israel's creation in 1948. The Arab world faces its own set of security challenges. With Israeli-Palestinian peace, Israel, the United States, Jordan, Egypt – together with the GCC countries – would be ready and willing to define a new security partnership for the region that would be absolutely groundbreaking.

So ladies and gentlemen, that's why it is vital that we all work to keep open the possibility of peace, that we not lose hope in the two-state solution, no matter how difficult it may seem – because there really is no viable alternative.

Now, we all know that a speech alone won't produce peace. But based on over 30 years of experience and the lessons from the past 4 years, I have suggested, I believe, and President Obama has signed on to and believes in a path that the parties could take: realistic steps on the ground now, consistent with the parties' own prior commitments, that will begin the process of separating into two states; a political horizon to work towards to create the conditions for a successful final status talk; and a basis for negotiations that the parties could accept to demonstrate that they are serious about making peace.

We can only encourage them to take this path; we cannot walk down it for them. But if they take these steps, peace would bring extraordinary benefits in enhancing the security and the stability and the prosperity of Israelis, Palestinians, all of the nations of the region. The Palestinian economy has amazing potential in the context of independence, with major private sector investment possibilities and a talented, hungry, eager-to-work young workforce. Israel's economy could enjoy unprecedented growth as it becomes a regional economic powerhouse, taking advantage of the unparalleled culture of innovation and trading opportunities with new Arab partners. Meanwhile, security challenges could be addressed by an entirely new security arrangement, in which Israel cooperates openly with key Arab states. That is the future that everybody should be working for.

President Obama and I know that the incoming administration has signaled that they may take a different path, and even suggested breaking from the longstanding U.S. policies on settlements, Jerusalem, and the possibility of a two-state solution. That is for them to decide. That's how we work. But we cannot – in good conscience – do nothing, and say nothing, when we see the hope of peace slipping away.

ATL004565

This is a time to stand up for what is right. We have long known what two states living side by side in peace and security looks like. We should not be afraid to say so.

Now, I really began to reflect on what we have learned – and the way ahead – when I recently joined President Obama in Jerusalem for the state funeral for Shimon Peres. Shimon was one of the founding fathers of Israel who became one of the world's great elder statesmen – a beautiful man. I was proud to call him my friend, and I know that President Obama was as well.

And I remembered the first time that I saw Shimon in person – standing on the White House lawn for the signing the historic Oslo Accords. And I thought about the last time, at an intimate one-on-one Shabbat dinner just a few months before he died, when we toasted together to the future of Israel and to the peace that he still so passionately believed in for his people.

He summed it up simply and eloquently, as only Shimon could, quote, "The original mandate gave the Palestinians 48 percent, now it's down to 22 percent. I think 78 percent is enough for us."

As we laid Shimon to rest that day, many of us couldn't help but wonder if peace between Israelis and Palestinians might also be buried along with one of its most eloquent champions. We cannot let that happen. There is simply too much at stake – for future generations of Israelis and Palestinians – to give in to pessimism, especially when peace is, in fact, still possible.

We must not lose hope in the possibility of peace. We must not give in to those who say what is now must always be, that there is no chance for a better future. It is up to Israelis and Palestinians to make the difficult choices for peace, but we can all help. And for the sake of future generations of Israelis and Palestinians, for all the people of the region, for the United States, for all those around the world who have prayed for and worked for peace for generations, let's hope that we are all prepared – and particularly Israelis and Palestinians – to make those choices now.

Thank you very much. (Applause.)

---

---

The Office of Website Management, Bureau of Public Affairs, manages this site as a portal for information from the U.S. State Department.
External links to other Internet sites should not be construed as an endorsement of the views or privacy policies contained therein.
Note: documents in Portable Document Format (PDF) require Adobe Acrobat Reader 5.0 or higher to view, download Adobe Acrobat Reader (http://get.adobe.com/reader/).

ATL004566

# EXHIBIT 85



Skip to content

# Warning to Australians in Israel and the Palestinian Territories

Media release

12 July 2014

The Australian Government urges Australians currently in the Gaza Strip to make arrangements to depart immediately.

The Australian Embassy in Tel Aviv is arranging a one-off assisted departure of Australians from the Gaza Strip.

Australians wishing to depart should urgently contact the Department of Foreign Affairs and Trade's 24-hour Consular Emergency Centre on +61 2 6261 3305 or the Australian Embassy in Tel Aviv on +972 3 693 5000 for information and advice on options.

There are no plans for any further assisted departures. Australians are strongly advised not to travel to the Gaza Strip because of the extremely dangerous and unpredictable security situation and the possibility of further Israeli military operations against militants.

I continue to be deeply concerned by the deteriorating situation in Israel and the Palestinian Territories.

The actions of militants in Gaza, who are firing rockets indiscriminately into Israel, are inexcusable and must be condemned.

The retaliatory acts from both sides that have led to civilian deaths and injuries are deeply regrettable, and I call on all parties to exercise restraint and do everything necessary to avoid a further escalation of violence.

The Australian Government has updated its travel advice for Israel and the Palestinian Territories, with the full advisory available at: www.smartraveller.gov.au.

## Media enquiries

- Minister's office: (02) 6277 7500
- DFAT Media Liaison: (02) 6261 1555



Download the official portrait of the Minister [JPEG 4.9 MB]
Biography

## Connect

@JulieBishopMP
Facebook
Personal website
Contact details

## Subscribe

RSS feed

## Portfolio agencies

Department of Foreign Affairs and Trade
Austrade

Tourism Australia
Export Finance and Insurance Corporation
Australian Centre for International Agricultural Research
Australian Secret Intelligence Service

## Archives

Archives from former Ministers

- Accessibility
- Copyright
- Disclaimer
- FOI Disclosure Log
- Privacy

Like 0    Tweet        Share

Pages - Warning to Australians in Israel and the Palestinian Territories

# EXHIBIT 86

# The Atlantic

# Hillary Clinton: 'Failure' to Help Syrian Rebels Led to the Rise of ISIS

The former secretary of state, and probable candidate for president, outlines her foreign-policy doctrine. She says this about President Obama's: "Great nations need organizing principles, and 'Don't do stupid stuff' is not an organizing principle."



Jonathan Ernst/Reuters

**JEFFREY GOLDBERG**

**AUG 10, 2014**   |   **GLOBAL**

Like *The Atlantic*? Subscribe to The Atlantic Daily, our free weekday email newsletter.

| Email | | **SIGN UP** |

Page 1109

President Obama has long ridiculed the idea that the U.S., early in the Syrian civil war, could have shaped the forces fighting the Assad regime, thereby stopping al Qaeda-inspired groups—like the one rampaging across Syria and Iraq today—from seizing control of the rebellion. In an interview in February, the president told me that "when you have a professional army ... fighting against a farmer, a carpenter, an engineer who started out as protesters and suddenly now see themselves in the midst of a civil conflict—the notion that we could have, in a clean way that didn't commit U.S. military forces, changed the equation on the ground there was never true."

Well, his former secretary of state, Hillary Rodham Clinton, isn't buying it. In an interview with me earlier this week, she used her sharpest language yet to describe the "failure" that resulted from the decision to keep the U.S. on the sidelines during the first phase of the Syrian uprising.

"The failure to help build up a credible fighting force of the people who were the originators of the protests against Assad—there were Islamists, there were secularists, there was everything in the middle—the failure to do that left a big vacuum, which the jihadists have now filled," Clinton said.

As she writes in her memoir of her State Department years, *Hard Choices*, she was an inside-the-administration advocate of doing more to help the Syrian rebellion. Now, her supporters argue, her position has been vindicated by recent events.

Professional Clinton-watchers (and there are battalions of them) have told me that it is only a matter of time before she makes a more forceful attempt to highlight her differences with the (unpopular) president she ran against, and then went on to serve. On a number of occasions during my interview with her, I got the sense that this effort is already underway. (And for what it's worth, I also think she may have told me that she's running for president—see below for her not-entirely-ambiguous nod in that direction.)

Of course, Clinton had many kind words for the "incredibly intelligent" and "thoughtful" Obama, and she expressed sympathy and understanding for the

Page 1110

devilishly complicated challenges he faces. But she also suggested that she finds his approach to foreign policy overly cautious, and she made the case that America needs a leader who believes that the country, despite its various missteps, is an indispensable force for good. At one point, I mentioned the slogan President Obama recently coined to describe his foreign-policy doctrine: "Don't do stupid shit" (an expression often rendered as "Don't do stupid stuff" in less-than-private encounters).

This is what Clinton said about Obama's slogan: "Great nations need organizing principles, and 'Don't do stupid stuff' is not an organizing principle."

She softened the blow by noting that Obama was "trying to communicate to the American people that he's not going to do something crazy," but she repeatedly suggested that the U.S. sometimes appears to be withdrawing from the world stage.

During a discussion about the dangers of jihadism (a topic that has her "hepped-up," she told me moments after she greeted me at her office in New York) and of the sort of resurgent nationalism seen in Russia today, I noted that Americans are quite wary right now of international commitment-making. She responded by arguing that there is a happy medium between bellicose posturing (of the sort she associated with the George W. Bush administration) and its opposite, a focus on withdrawal.

"You know, when you're down on yourself, and when you are hunkering down and pulling back, you're not going to make any better decisions than when you were aggressively, belligerently putting yourself forward," she said. "One issue is that we don't even tell our own story very well these days."

I responded by saying that I thought that "defeating fascism and communism is a pretty big deal." In other words, that the U.S., on balance, has done a good job of advancing the cause of freedom.

Clinton responded to this idea with great enthusiasm: "That's how I feel! Maybe this is old-fashioned." And then she seemed to signal that, yes, indeed, she's

Page 1111

planning to run for president. "Okay, I feel that this might be an old-fashioned idea, but I'm about to find out, in more ways than one."

She said that the resilience, and expansion, of Islamist terrorism means that the U.S. must develop an "overarching" strategy to confront it, and she equated this struggle to the one the U.S. waged against Soviet-led communism.

## Clinton-watchers say it's a matter of time before she highlights her differences with Obama. I got the sense that this effort is well underway.

"One of the reasons why I worry about what's happening in the Middle East right now is because of the breakout capacity of jihadist groups that can affect Europe, can affect the United States," she said. "Jihadist groups are governing territory. They will never stay there, though. They are driven to expand. Their raison d'etre is to be against the West, against the Crusaders, against the fill-in-the-blank—and we all fit into one of these categories. How do we try to contain that? I'm thinking a lot about containment, deterrence, and defeat."

She went on, "You know, we did a good job in containing the Soviet Union but we made a lot of mistakes, we supported really nasty guys, we did some things that we are not particularly proud of, from Latin America to Southeast Asia, but we did have a kind of overarching framework about what we were trying to do that did lead to the defeat of the Soviet Union and the collapse of Communism. That was our objective. We achieved it." (This was one of those moments, by the way, when I was absolutely sure I wasn't listening to President Obama, who is loath to discuss the threat of Islamist terrorism in such a sweeping manner.)

Much of my conversation with Clinton focused on the Gaza war. She offered a vociferous defense of Israel, and of its prime minister, Benjamin Netanyahu, as well. This is noteworthy because, as secretary of state, she spent a lot of time yelling at Netanyahu on the administration's behalf over Israel's West Bank

Page 1112

settlement policy. Now, she is leaving no daylight at all between the Israelis and herself.

"I think Israel did what it had to do to respond to the rockets," she told me. "Israel has a right to defend itself. The steps Hamas has taken to embed rockets and command-and-control facilities and tunnel entrances in civilian areas, this makes a response by Israel difficult."

I asked her if she believed that Israel had done enough to prevent the deaths of children and other innocent people.

"[J]ust as we try to do in the United States and be as careful as possible in going after targets to avoid civilians," mistakes are made, she said. "We've made them. I don't know a nation, no matter what its values are—and I think that democratic nations have demonstrably better values in a conflict position—that hasn't made errors, but ultimately the responsibility rests with Hamas."

She went on to say that "it's impossible to know what happens in the fog of war. Some reports say, maybe it wasn't the exact UN school that was bombed, but it was the annex to the school next door where they were firing the rockets. And I do think oftentimes that the anguish you are privy to because of the coverage, and the women and the children and all the rest of that, makes it very difficult to sort through to get to the truth."

She continued, "There's no doubt in my mind that Hamas initiated this conflict. ... So the ultimate responsibility has to rest on Hamas and the decisions it made."

When I asked her about the intense international focus on Gaza, she was quick to identify anti-Semitism as an important motivating factor in criticism of Israel. "It is striking ... that you have more than 170,000 people dead in Syria. ... You have Russia massing battalions—Russia, that actually annexed and is occupying part of a UN member-state—and I fear that it will do even more to prevent the incremental success of the Ukrainian government to take back its own territory, other than Crimea. More than 1,000 people have been killed in Ukraine on both sides, not counting the [Malaysia Airlines] plane, and yet we do see this enormous

Page 1113

international reaction against Israel, and Israel's right to defend itself, and the way Israel has to defend itself. This reaction is uncalled for and unfair."

She went on, "You can't ever discount anti-Semitism, especially with what's going on in Europe today. There are more demonstrations against Israel by an exponential amount than there are against Russia seizing part of Ukraine and shooting down a civilian airliner. So there's something else at work here than what you see on TV." Clinton also blamed Hamas for "stage-managing" the conflict. "What you see is largely what Hamas invites and permits Western journalists to report on from Gaza. It's the old PR problem that Israel has. Yes, there are substantive, deep levels of antagonism or anti-Semitism towards Israel, because it's a powerful state, a really effective military. And Hamas paints itself as the defender of the rights of the Palestinians to have their own state. So the PR battle is one that is historically tilted against Israel."

Clinton also seemed to take an indirect shot at administration critics of Netanyahu, who has argued that the rise of Muslim fundamentalism in the Middle East means that Israel cannot, in the foreseeable future, withdraw its forces from much of the West Bank. "If I were the prime minister of Israel, you're damn right I would expect to have control over security, because even if I'm dealing with [Palestinian Authority President Mahmoud] Abbas, who is 79 years old, and other members of Fatah, who are enjoying a better lifestyle and making money on all kinds of things, that does not protect Israel from the influx of Hamas or cross-border attacks from anywhere else. With Syria and Iraq, it is all one big threat. So Netanyahu could not do this in good conscience."

Page 1114



Hillary Clinton arrives in Berlin to mark the 20th anniversary of the fall of the Berlin Wall.
(Thomas Peter/Reuters)

She also struck a notably hard line on Iran's nuclear demands. "I've always been in
the camp that held that they did not have a right to enrichment," Clinton said.
"Contrary to their claim, there is no such thing as a right to enrich. This is
absolutely unfounded. There is no such right. I am well aware that I am not at the
negotiating table anymore, but I think it's important to send a signal to everybody
who is there that there cannot be a deal unless there is a clear set of restrictions on
Iran. The preference would be no enrichment. The potential fallback position
would be such little enrichment that they could not break out." When I asked her if
the demands of Israel, and of America's Arab allies, that Iran not be allowed any
uranium-enrichment capability whatsoever were militant or unrealistic, she said, "I
think it's important that they stake out that position."

What follows is a transcript of our conversation. It has been edited for clarity but
not for length, as you will see. Two other things to look for: First, the masterful way
in which Clinton says she has drawn no conclusions about events in Syria and
elsewhere, and then draws rigorously reasoned conclusions. Second, her

Page 1115

fascinating and complicated analysis of the Muslim Brotherhood's ill-fated dalliance with democracy.

---

**JEFFREY GOLDBERG:** It seems that you've shifted your position on Iran's nuclear ambitions. By [chief U.S. negotiator] Wendy Sherman's definition of maximalism, you've taken a fairly maximalist position—little or no enrichment for Iran. Are you taking a harder line than your former colleagues in the Obama administration are taking on this matter?

**HILLARY RODHAM CLINTON:** It's a consistent line. I've always been in the camp that held that they did not have a right to enrichment. Contrary to their claim, there is no such thing as a right to enrich. This is absolutely unfounded. There is no such right. I am well aware that I am not at the negotiating table anymore, but I think it's important to send a signal to everybody who is there that there cannot be a deal unless there is a clear set of restrictions on Iran. The preference would be no enrichment. The potential fallback position would be such little enrichment that they could not break out. So, little or no enrichment has always been my position.

**JG:** Am I wrong in saying that the Obama administration's negotiators have a more flexible understanding of this issue at the moment?

**HRC:** I don't want to speak for them, but I would argue that Iran, through the voice of the supreme leader, has taken a very maximalist position—he wants 190,000 centrifuges and the right to enrich. And some in our Congress, and some of our best friends, have taken the opposite position—absolutely no enrichment. I think in a negotiation you need to be very clear about what it is going to take to move the other side. I think at the moment there is a big debate going on in Tehran about what they can or should do in order to get relief from the sanctions. It's my understanding that we still have a united P5+1 position, which is intensive inspections, very clear limits on what they can do in their facilities that they would permitted to operate, and then how they handle this question of enrichment, whether it's done from the outside, or whether it can truly be constrained to meet

Page 1116

what I think our standard should be of little-to-no enrichment. That's what this negotiation is about.

**JG:** But there is no sign that the Iranians are willing to pull back—freezing in place is the farthest they seem to be willing to go. Am I wrong?

**HRC:** We don't know. I think there's a political debate. I think you had the position staked out by the supreme leader that they're going to get to do what they want to do, and that they don't have any intention of having a nuclear weapon but they nevertheless want 190,000 centrifuges *(laughs)*. I think the political, non-clerical side of the equation is basically saying, "Look, you know, getting relief from these sanctions is economically and politically important to us. We have our hands full in Syria and Iraq, just to name two places, maybe increasingly in Lebanon, and who knows what's going to happen with us and Hamas. So what harm does it do to have a very strict regime that we can live under until we determine that maybe we won't have to any longer?" That, I think, is the other side of the argument.

**JG:** Would you be content with an Iran that is perpetually a year away from being able to reach nuclear-breakout capability?

**HRC:** I would like it to be more than a year. I think it should be more than a year. No enrichment at all would make everyone breathe easier. If, however, they want a little bit for the Tehran research reactor, or a little bit for this scientific researcher, but they'll never go above 5 percent enrichment—

**JG:** So, a few thousand centrifuges?

**HRC:** We know what "no" means. If we're talking a little, we're talking about a discrete, constantly inspected number of centrifuges. "No" is my preference.

**JG:** Would you define what "a little" means?

**HRC:** No.

Page 1117

**JG:** So what the Gulf states want, and what the Israelis want, which is to say no enrichment at all, is not a militant, unrealistic position?

**HRC:** It's not an unrealistic position. I think it's important that they stake out that position.

**JG:** So, Gaza. As you write in your book, you negotiated the last long-term ceasefire in 2012. Are you surprised at all that it didn't hold?

**HRC:** I'm surprised that it held as long as it did. But given the changes in the region, the fall of [former Egyptian President Mohamed] Morsi, his replacement by [Abdel Fattah] al-Sisi, the corner that Hamas felt itself in, I'm not surprised that Hamas provoked another attack.

**JG:** The Israeli response, was it disproportionate?

**HRC:** Israel was attacked by rockets from Gaza. Israel has a right to defend itself. The steps Hamas has taken to embed rockets and command-and-control facilities and tunnel entrances in civilian areas, this makes a response by Israel difficult. Of course Israel, just like the United States, or any other democratic country, should do everything they can possibly do to limit civilian casualties.

## "We see this enormous international reaction against Israel. This reaction is uncalled for and unfair."

**JG:** Do you think Israel did enough to limit civilian casualties?

**HRC:** It's unclear. I think Israel did what it had to do to respond to the rockets. And there is the surprising number and complexity of the tunnels, and Hamas has consistently, not just in this conflict, but in the past, been less than protective of their civilians.

**JG:** Before we continue talking endlessly about Gaza, can I ask you if you think we spend too much time on Gaza and on Israel-Palestine generally? I ask because over

Page 1118

the past year or so your successor spent a tremendous amount of time on the Israel-Palestinian file and in the same period of time an al Qaeda-inspired organization took over half of Syria and Iraq.

**HRC:** Right, right.

**JG:** I understand that secretaries of state can do more than one thing at a time. But what is the cause of this preoccupation?

**HRC:** I've thought a lot about this, because you do have a number of conflicts going on right now. As the U.S., as a U.S. official, you have to pay attention to anything that threatens Israel directly, or anything in the larger Middle East that arises out of the Palestinian-Israeli situation. That's just a given.

It is striking, however, that you have more than 170,000 people dead in Syria. You have the vacuum that has been created by the relentless assault by Assad on his own population, an assault that has bred these extremist groups, the most well-known of which, ISIS—or ISIL—is now literally expanding its territory inside Syria and inside Iraq. You have Russia massing battalions—Russia, that actually annexed and is occupying part of a UN member state—and I fear that it will do even more to prevent the incremental success of the Ukrainian government to take back its own territory, other than Crimea. More than 1,000 people have been killed in Ukraine on both sides, not counting the [Malaysia Airlines] plane, and yet we do see this enormous international reaction against Israel, and Israel's right to defend itself, and the way Israel has to defend itself. This reaction is uncalled for and unfair.

**JG:** What do you think causes this reaction?

**HRC:** There are a number of factors going into it. You can't ever discount anti-Semitism, especially with what's going on in Europe today. There are more demonstrations against Israel by an exponential amount than there are against Russia seizing part of Ukraine and shooting down a civilian airliner. So there's something else at work here than what you see on TV.

Page 1119

And what you see on TV is so effectively stage-managed by Hamas, and always has been. What you see is largely what Hamas invites and permits Western journalists to report on from Gaza. It's the old PR problem that Israel has. Yes, there are substantive, deep levels of antagonism or anti-Semitism towards Israel, because it's a powerful state, a really effective military. And Hamas paints itself as the defender of the rights of the Palestinians to have their own state. So the PR battle is one that is historically tilted against Israel.

## "There's no doubt in my mind that Hamas initiated this conflict and did so to leverage its position."

**JG:** Nevertheless there are hundreds of children—

**HRC:** Absolutely, and it's dreadful.

**JG:** Who do you hold responsible for those deaths? How do you parcel out blame?

**HRC:** I'm not sure it's possible to parcel out blame because it's impossible to know what happens in the fog of war. Some reports say, maybe it wasn't the exact UN school that was bombed, but it was the annex to the school next door where they were firing the rockets. And I do think oftentimes that the anguish you are privy to because of the coverage, and the women and the children and all the rest of that, makes it very difficult to sort through to get to the truth.

There's no doubt in my mind that Hamas initiated this conflict and wanted to do so in order to leverage its position, having been shut out by the Egyptians post-Morsi, having been shunned by the Gulf, having been pulled into a technocratic government with Fatah and the Palestinian Authority that might have caused better governance and a greater willingness on the part of the people of Gaza to move away from tolerating Hamas in their midst. So the ultimate responsibility has to rest on Hamas and the decisions it made.

Page 1120

That doesn't mean that, just as we try to do in the United States and be as careful as
possible in going after targets to avoid civilians, that there aren't mistakes that are
made. We've made them. I don't know a nation, no matter what its values are—and
I think that democratic nations have demonstrably better values in a conflict
position—that hasn't made errors, but ultimately the responsibility rests with
Hamas.

**JG:** Several years ago, when you were in the Senate, we had a conversation about
what would move Israeli leaders to make compromises for peace. You've had a lot
of arguments with Netanyahu. What is your thinking on Netanyahu now?

**HRC:** Let's step back. First of all, [former Israeli Prime Minister] Yitzhak Rabin was
prepared to do so much and he was murdered for that belief. And then [former
Israeli Prime Minister] Ehud Barak offered everything you could imagine being
given under any realistic scenario to the Palestinians for their state, and [former
Palestinian leader Yasir] Arafat walked away. I don't care about the revisionist
history. I know that Arafat walked away, okay? Everybody says, "American needs to
say something." Well, we said it, it was the Clinton parameters, we put it out there,
and Bill Clinton is adored in Israel, as you know. He got Netanyahu to give up
territory, which Netanyahu believes lost him the prime ministership [in his first
term], but he moved in that direction, as hard as it was.

Bush pretty much ignored what was going on and they made a terrible error in the
Palestinian elections [in which Hamas came to power in Gaza], but he did come
with the Roadmap [to Peace] and the Roadmap was credible and it talked about
what needed to be done, and this is one area where I give the Palestinians credit.
Under [former Palestinian Prime Minister] Salam Fayyad, they made a lot of
progress.

I had the last face-to-face negotiations between Abbas and Netanyahu. [Secretary
of State John] Kerry never got there. I had them in the room three times with
[former Middle East negotiator] George Mitchell and me, and that was it. And I saw
Netanyahu move from being against the two-state solution to announcing his

Page 1121

support for it, to considering all kinds of Barak-like options, way far from what he is, and what he is comfortable with.

Now I put Jerusalem in a different category. That is the hardest issue, Again, based on my experience—and you know, I got Netanyahu to agree to the unprecedented settlement freeze, it did not cover East Jerusalem, but it did cover the West Bank and it was actually legitimate and it did stop new housing starts for 10 months. It took me nine months to get Abbas into the negotiations even after we delivered on the settlement freeze, he had a million reasons, some of them legitimate, some of them the same old, same old.

So what I tell people is, yeah, if I were the prime minister of Israel, you're damn right I would expect to have control over security [on the West Bank], because even if I'm dealing with Abbas, who is 79 years old, and other members of Fatah, who are enjoying a better lifestyle and making money on all kinds of things, that does not protect Israel from the influx of Hamas or cross-border attacks from anywhere else. With Syria and Iraq, it is all one big threat. So Netanyahu could not do this in good conscience. If this were Rabin or Barak in his place—and I've talked to Ehud about this—they would have to demand a level of security that would be provided by the [Israel Defense Forces] for a period of time. And in my meetings with them I got Abbas to about six, seven, eight years on continued IDF presence. Now he's fallen back to three, but he was with me at six, seven, eight. I got Netanyahu to go from forever to 2025. That's a negotiation, okay? So I know. Dealing with Bibi is not easy, so people get frustrated and they lose sight of what we're trying to achieve here.

https://www.theatlantic.com/international/archive/2014/08/hillary-clinton-failure-to-help-syrian-rebels-led-to-the-rise-of-isis-375832/?single_page=true

Hillary Clinton meets Israeli Prime Minister Benjamin Netanyahu in 2010. (Jonathan
Ernst/Reuters)

**JG:** You go out of your way in *Hard Choices* to praise Robert Ford, who recently quit
as U.S. ambassador to Syria, as an excellent diplomat. Ford quit in protest and has
recently written strongly about what he sees as the inadequacies of Obama
administration policy. Do you agree with Ford that we are at fault for not doing
enough to build up a credible Syrian opposition when we could have?

**HRC:** I have the highest regard for Robert. I'm the one who convinced the
administration to send an ambassador to Syria. You know, this is why I called the
chapter on Syria "A Wicked Problem." I can't sit here today and say that if we had
done what I recommended, and what Robert Ford recommended, that we'd be in a
demonstrably different place.

**JG:** That's the president's argument, that we wouldn't be in a different place.

**HRC:** Well, I did believe, which is why I advocated this, that if we were to carefully
vet, train, and equip early on a core group of the developing Free Syrian Army, we

Page 1123

would, number one, have some better insight into what was going on the ground. Two, we would have been helped in standing up a credible political opposition, which would prove to be very difficult, because there was this constant struggle between what was largely an exile group outside of Syria trying to claim to be the political opposition, and the people on the ground, primarily those doing the fighting and dying, who rejected that, and we were never able to bridge that, despite a lot of efforts that Robert and others made.

So I did think that eventually, and I said this at the time, in a conflict like this, the hard men with the guns are going to be the more likely actors in any political transition than those on the outside just talking. And therefore we needed to figure out how we could support them on the ground, better equip them, and we didn't have to go all the way, and I totally understand the cautions that we had to contend with, but we'll never know. And I don't think we can claim to know.

**JG:** You do have a suspicion, though.

**HRC:** Obviously. I advocated for a position.

**JG:** Do you think we'd be where we are with ISIS right now if the U.S. had done more three years ago to build up a moderate Syrian opposition?

**HRC:** Well, I don't know the answer to that. I know that the failure to help build up a credible fighting force of the people who were the originators of the protests against Assad—there were Islamists, there were secularists, there was everything in the middle—the failure to do that left a big vacuum, which the jihadists have now filled.

They were often armed in an indiscriminate way by other forces and we had no skin in the game that really enabled us to prevent this indiscriminate arming.

**JG:** Is there a chance that President Obama overlearned the lessons of the previous administration? In other words, if the story of the Bush administration is one of overreach, is the story of the Obama administration one of underreach?

Page 1124

**HRC:** You know, I don't think you can draw that conclusion. It's a very key question. How do you calibrate, that's the key issue. I think we have learned a lot during this period, but then how to apply it going forward will still take a lot of calibration and balancing. But you know, we helped overthrow [Libyan leader Muammar] Qaddafi.

**JG:** But we didn't stick around for the aftermath.

**HRC:** Well, we did stick around. We stuck around with offers of money and technical assistance, on everything from getting rid of some of the nasty stuff he left behind, to border security, to training. It wasn't just us, it was the Europeans as well. Some of the Gulf countries had their particular favorites. They certainly stuck around and backed their favorite militias. It is not yet clear how the Libyans themselves will overcome the lack of security, which they inherited from Qaddafi. Remember, they've had two good elections. They've elected moderates and secularists and a limited number of Islamists, so you talk about democracy in action—the Libyans have done it twice—but they can't control the ground. But how can you help when you have so many different players who looted the stuffed warehouses of every kind of weapon from the Qaddafi regime, some of which they're using in Libya, some of which they're passing out around the region?

So you can go back and argue either, we should we have helped the people of Libya try to overthrow a dictator who, remember, killed Americans and did a lot of other bad stuff, or we should have been on the sidelines. In this case we helped, but that didn't make the road any easier in Syria, where we said, "It's messy, it's complicated, we're not sure what the outcome will be." So what I'm hoping for is that we sort out what we have learned, because we've tried a bunch of different approaches. Egypt is a perfect example. The revolution in Tahrir Square was not a Muslim Brotherhood revolution. It was not led by Islamists. They came very late to the party. Mubarak falls and I'm in Cairo a short time after, meeting the leaders of this movement, and I'm saying, "Okay, who's going to run for office? Who's going to form a political party?" and they're saying, "We don't do that, that's not who we are."

Page 1125

And I said that there are only two organized groups in this country, the military and the Muslim Brotherhood, and what we have here is an old lesson that you can't beat somebody with nobody. There was a real opportunity here to, if a group had arisen out of the revolution, to create a democratic Egyptian alternative. Didn't happen. What do we have to think about? In order to do that better, I see a lot of questions that we have to be answering. I don't think we can draw judgments yet. I think we can draw a judgment about the Bush administration in terms of overreach, but I don't know that we can reach a conclusion about underreach.



Hillary Cliinton poses with Libyan soldiers in the fall of 2011. (Kevin Lamarque/Reuters)

**JG:** There is this moment in your book, in which Morsi tells you not to worry about jihadists in the Sinai—he says in essence that now that a Muslim Brotherhood government is in charge, jihadists won't feel the need to continue their campaign. You write that this was either shockingly sinister or shockingly naïve. Which one do you think it was?

**HRC:** I think Morsi was naïve. I'm just talking about Morsi, not necessarily anyone else in the Muslim Brotherhood. I think he genuinely believed that with the

legitimacy of an elected Islamist government, that the jihadists would see that there was a different route to power and influence and would be part of the political process. He had every hope, in fact, that the credible election of a Muslim Brotherhood government would mean the end of jihadist activities within Egypt, and also exemplify that there's a different way to power.

The debate is between the bin Ladens of the world and the Muslim Brotherhood. The bin Ladens believe you can't overthrow the infidels or the impure through politics. It has to be through violent resistance. So when I made the case to Morsi that we were picking up a lot of intelligence about jihadist groups creating safe havens inside Sinai, and that this would be a threat not only to Israel but to Egypt, he just dismissed this out of hand, and then shortly thereafter a large group of Egyptian soldiers were murdered.

**JG:** In an interview in 2011, I asked you if we should fear the Muslim Brotherhood —this is well before they came into power—and you said, 'The jury is out." Is the jury still out for you today?

**HRC:** I think the jury would come back with a lesser included offense, and that is a failure to govern in a democratic, inclusive manner while holding power in Cairo. The Muslim Brotherhood had the most extraordinary opportunity to demonstrate the potential for an Islamist movement to take responsibility for governance, and they were ill-prepared and unable to make the transition from movement to responsibility. We will see how they respond to the crackdown they're under in Egypt, but the Muslim Brotherhood itself, although it had close ties with Hamas, for example, had not evidenced, because they were kept under tight control by Mubarak, the willingness to engage in violent conflict to achieve their goals. So the jury is in on their failure to govern in a way that would win the confidence of the entire Egyptian electorate. The jury is out as to whether they morph into a violent jihadist resistance group.

**"The jury is out as to whether the Muslim Brotherhood morphs into a violent jihadist resistance group."**

Page 1127

Case 2:16-cv-04435-PA-MRW   Document 58-19   Filed 04/34/13   Page 60 of 68   Page ID #:3989

**JG:** There's a critique you hear of the Obama administration in the Gulf, in Jordan, in Israel, that it is a sign of naiveté to believe that there are Islamists you can work with, and that Hamas might even be a group that you could work with. Is there a role for political Islam in these countries? Can we ever find a way to work with them?

**HRC:** I think it's too soon to tell. I would not put Hamas in the category of people we could work with. I don't think that is realistic because its whole reason for being is resistance against Israel, destruction of Israel, and it is married to very nasty tactics and ideologies, including virulent anti-Semitism. I do not think they should be in any way treated as a legitimate interlocutor, especially because if you do that, it redounds to the disadvantage of the Palestinian Authority, which has a lot of problems, but historically has changed its charter, moved away from the kind of guerrilla resistance movement of previous decades.

I think you have to ask yourself, could different leaders have made a difference in the Muslim Brotherhood's governance of Egypt? We won't know and we can't know the answer to that question. We know that Morsi was ill-equipped to be president of Egypt. He had no political experience. He was an engineer, he was wedded to the ideology of top-down control.

**JG:** But you're open to the idea that there are sophisticated Islamists out there?

**HRC:** I think you've seen a level of sophistication in Tunisia. It's a very different environment than Egypt, much smaller, but you've seen the Ennahda Party evolve from being quite demanding that their position be accepted as the national position but then being willing to step back in the face of very strong political opposition from secularists, from moderate Muslims, etc. So Tunisia might not be the tail that wags the dog, but it's an interesting tail. If you look at Morocco, where the king had a major role in organizing the electoral change, you have a head of state who is a monarch who is descended from Muhammad, you have a government that is largely but not completely representative of the Muslim party of Morocco. So I think that there are not a lot of analogies, but when you look around the world

there's a Hindu nationalist party now, back in power in India. The big question for Prime Minister Modi is how inclusive he will be as leader because of questions raised concerning his governance of Gujurat [the state he governed, which was the scene of anti-Muslim riots in 2002]. There were certainly Christian parties in Europe, pre- and post-World War II. They had very strong values that they wanted to see their society follow, but they were steeped in democracy, so they were good political actors.

**JG:** So, it's not an impossibility.

**HRC:** It's not an impossibility. So far, it doesn't seem likely. We have to say that. Because for whatever reason, whatever combination of reasons, there hasn't been the soil necessary to nurture the political side of the experience, for people whose primary self-definition is as Islamists.

---

## "We've learned about the limits of our power. But we've also learned about the importance of our power appropriately deployed and explained."

---

**JG:** Are we so egocentric, so Washington-centric, that we think that our decisions are dispositive? As secretary, did you learn more about the possibilities of American power or the limitations of American power?

**HRC:** Both, but it's not just about American power. It's American values that also happen to be universal values. If you have no political—small "p"—experience, it is really hard to go from a dictatorship to anything resembling what you and I would call democracy. That's the lesson of Egypt. We didn't invade Egypt. They did it themselves, and once they did it they looked around and didn't know what they were supposed to do next.

I think we've learned about the limits of our power to spread freedom and democracy. That's one of the big lessons out of Iraq. But we've also learned about the importance of our power, our influence, and our values appropriately deployed

Page 1129

https://www.theatlantic.com/international/archive/2014/08/hillary-clinton-failure-to-help-syrian-rebels-led-to-the-rise-of-isis/375832/?single_page=true

and explained. If you're looking at what we could have done that would have been more effective, would have been more accepted by the Egyptians on the political front, what could we have done that would have been more effective in Libya, where they did their elections really well under incredibly difficult circumstances but they looked around and they had no levers to pull because they had these militias out there. My passion is, let's do some after-action reviews, let's learn these lessons, let's figure out how we're going to have different and better responses going forward.

**JG:** Is the lesson for you, like it is for President Obama, "Don't do stupid shit"?

**HRC:** That's a good lesson but it's more complicated than that. Because your stupid may not be mine, and vice versa. I don't think it was stupid for the United States to do everything we could to remove Qaddafi because that came from the bottom up. That was people asking us to help. It was stupid to do what we did in Iraq and to have no plan about what to do after we did it. That was really stupid. I don't think you can quickly jump to conclusions about what falls into the stupid and non-stupid categories. That's what I'm arguing.

**JG:** Do you think the next administration, whoever it is, can find some harmony between muscular intervention—"We must do something"—vs. let's just not do something stupid, let's stay away from problems like Syria because it's a wicked problem and not something we want to tackle?

**HRC:** I think part of the challenge is that our government too often has a tendency to swing between these extremes. The pendulum swings back and then the pendulum swings the other way. What I'm arguing for is to take a hard look at what tools we have. Are they sufficient for the complex situations we're going to face, or not? And what can we do to have better tools? I do think that is an important debate.

One of the reasons why I worry about what's happening in the Middle East right now is because of the breakout capacity of jihadist groups that can affect Europe, can affect the United States. Jihadist groups are governing territory. They will never

Page 1130

Hillary Clinton: 'Failure' to Help Syrian Rebels Led to the Rise of ISIS - The Atlantic

stay there, though. They are driven to expand. Their raison d'être is to be against the West, against the Crusaders, against the fill-in-the-blank—and we all fit into one of these categories. How do we try to contain that? I'm thinking a lot about containment, deterrence, and defeat. You know, we did a good job in containing the Soviet Union, but we made a lot of mistakes, we supported really nasty guys, we did some things that we are not particularly proud of, from Latin America to Southeast Asia, but we did have a kind of overarching framework about what we were trying to do that did lead to the defeat of the Soviet Union and the collapse of Communism. That was our objective. We achieved it.

Now the big mistake was thinking that, okay, the end of history has come upon us, after the fall of the Soviet Union. That was never true, history never stops and nationalisms were going to assert themselves, and then other variations on ideologies were going to claim their space. Obviously, jihadi Islam is the prime example, but not the only example—the effort by Putin to restore his vision of Russian greatness is another. In the world in which we are living right now, vacuums get filled by some pretty unsavory players.



Hillary Clinton and Vladimir Putin, in 2012 (Jim Watson/Reuters)

Page 1131

Hillary Clinton: 'Failure' to Help Syrian Rebels Led to the Rise of ISIS - The Atlantic

**JG:** There doesn't seem to be a domestic constituency for the type of engagement you might symbolize.

**HRC:** Well, that's because most Americans think of engagement and go immediately to military engagement. That's why I use the phrase "smart power." I did it deliberately because I thought we had to have another way of talking about American engagement, other than unilateralism and the so-called boots on the ground.

You know, when you're down on yourself, and when you are hunkering down and pulling back, you're not going to make any better decisions than when you were aggressively, belligerently putting yourself forward. One issue is that we don't even tell our own story very well these days.

**JG:** I think that defeating fascism and communism is a pretty big deal.

**HRC:** That's how I feel! Maybe this is old-fashioned. Okay, I feel that this might be an old-fashioned idea—but I'm about to find out, in more ways than one.

Great nations need organizing principles, and "Don't do stupid stuff" is not an organizing principle. It may be a necessary brake on the actions you might take in order to promote a vision.

**JG:** So why do you think the president went out of his way to suggest recently that that this is his foreign policy in a nutshell?

**HRC:** I think he was trying to communicate to the American people that he's not going to do something crazy. I've sat in too many rooms with the president. He's thoughtful, he's incredibly smart, and able to analyze a lot of different factors that are all moving at the same time. I think he is cautious because he knows what he inherited, both the two wars and the economic front, and he has expended a lot of capital and energy trying to pull us out of the hole we're in.

So I think that that's a political message. It's not his worldview, if that makes sense to you.

Page 1132



Hillary Clinton and Barack Obama on the campaign trail, in 2008 (Jim Young/Reuters)

**JG:** There is an idea in some quarters that the administration shows signs of believing that we, the U.S., aren't so great, so we shouldn't be telling people what to do.

**HRC:** I know that that is an opinion held by a certain group of Americans, I get all that. It's not where I'm at.

**JG:** What is your organizing principle, then?

**HRC:** Peace, progress, and prosperity. This worked for a very long time. Take prosperity. That's a huge domestic challenge for us. If we don't restore the American dream for Americans, then you can forget about any kind of continuing leadership in the world. Americans deserve to feel secure in their own lives, in their own middle-class aspirations, before you go to them and say, "We're going to have to enforce navigable sea lanes in the South China Sea." You've got to take care of your home first. That's another part of the political messaging that you have to engage in right now. People are not only turned off about being engaged in the world, they're pretty discouraged about what's happening here at home.

Page 1133

I think people want—and this is a generalization I will go ahead and make—people want to make sure our economic situation improves and that our political decision-making improves. Whether they articulate it this way or not, I think people feel like we're facing really important challenges here at home: The economy is not growing, the middle class is not feeling like they are secure, and we are living in a time of gridlock and dysfunction that is just frustrating and outraging.

People assume that we're going to have to do what we do so long as it's not stupid, but what people want us to focus on are problems here at home. If you were to scratch below the surface on that—and I haven't looked at the research or the polling—but I think people would say, first things first. Let's make sure we are taking care of our people and we're doing it in a way that will bring rewards to those of us who work hard, play by the rules, and yeah, we don't want to see the world go to hell in a handbasket, and they don't want to see a resurgence of aggression by anybody.

**JG:** Do you think they understand your idea about expansionist jihadism following us home?

**HRC:** I don't know that people are thinking about it. People are thinking about what is wrong with people in Washington that they can't make decisions, and they want the economy to grow again. People are feeling a little bit that there's a little bit happening that is making them feel better about the economy, but it's not nearly enough where it should be.

**JG:** Have you been able to embed your women's agenda at the core of what the federal government does?

**HRC:** Yes, we did. We had the first-ever ambassador for global women's issues. That's permanent now, and that's a big deal because that is the beachhead.

Secretary Kerry to his credit has issued directions to embassies and diplomats about this continuing to be a priority for our government. There is also a much greater basis in research now that proves you cannot have peace and security

Page 1134

without the participation of women. You can't grow your GDP without opening the doors to full participation of women and girls in the formal economy.

**JG:** There's a link between misogyny and stagnation in the Middle East, which in many ways is the world's most dysfunctional region.

**HRC:** It's now very provable, when you look at the data from the IMF and the World Bank and what opening the formal economy would mean to a country's GDP. You have Prime Minister [Shinzo] Abe in Japan who was elected to fix the economy after so many years of dysfunction in Japan, and one of the major elements in his plan is to get women into the workforce. If you do that, if I remember correctly, the GDP for Japan would go up nine percent. Well, it would go up 34 percent in Egypt. So it's self-evident and provable.

### ABOUT THE AUTHOR



**JEFFREY GOLDBERG** is the editor in chief of *The Atlantic* and a recipient of the National Magazine Award for Reporting. He is the author of *Prisoners: A Story of Friendship and Terror*.

 Twitter   Facebook  ✉ Email

Page 1135

Page 1136