# EXHIBIT 98

**From:**           Max Security Intelligence - ████████████████████
**Sent:**           July 08, 2014 1:46 AM
**To:**             Smith, Stephen (NBCUniversal)
**Subject:**        Israel & Palestinian Territories Alert: IDF launches Operation Protective Edge on July 8; avoid nonessential travel within 20-40 km from Gaza Strip

If you cannot see this email properly, please click here



**Israel & Palestinian Territories Alert: IDF launches Operation Protective Edge on July 8; avoid nonessential travel within 20-40 km from Gaza Strip (July 8, 2014 - 08:40 UTC)**

**Please be advised**

Following reports from July 7 that the Israeli government ordered the Israel Defense Forces (IDF) to expand military operations against Hamas, and the subsequent rocket fire into Israel, the IDF officially announced the launching of Operation Protective Shield just after midnight on July 8. Unconfirmed reports have since stated that the IDF will expand the scope of the military campaign in the coming days.

As part of the operation, the Israeli Air Force and Navy targeted some 50 militant sites in the Gaza Strip during the overnight hours of July 7-8, and included concealed rocket launchers, tunnels, training camps, weapon depots, and reportedly four homes of Hamas members. During the airstrikes, 17 Palestinians were reportedly wounded. Additional airstrikes were recorded during the late morning hours of July 8.

Concerning the aforementioned homes, reports indicate that the IDF destroyed the residence of senior Hamas military commander, Samar Abu Dekha, in Khan Younis. Hamas reportedly stated that, should attacks on its members' homes continue, the range of Hamas rocket fire would expand.

Meanwhile, rocket fire into southern Israel has persisted on July 8. Over a dozen rockets were reportedly fired towards Israeli border communities during the morning hours, while no casualties were reported. Toward the late morning hours, reports also indicate that rockets were fired toward Ashkelon, Ashdod, Beer Sheva, and Yavne. The IDF spokesperson reported that four rockets were intercepted over Ashdod, and another over Ashkelon. On July 7, approximately 100 rockets and mortars were fired into Israel, primarily targeting border communities, while rockets were also fired toward Rehovot in the country's center. Hamas claimed responsibility for a number of the incidents.

CONFIDENTIAL                                                              UCP001845

The IDF Homefront Command has ordered that all summer schools and camps located within 40 km of the Gaza Strip will be closed. In addition, residents within this range have been instructed to remain close to shelters.

In Jerusalem, reports during the overnight hours of July 7-8 indicate that masked protesters threw Molotov cocktails in East Jerusalem's neighborhood of Shuafat.

**Assessments**

Following increasing rocket fire on July 7 and the commencement of Operation Protective Edge, we assess that cross-border fire between Israel and Palestinian militants in the Gaza Strip will likely continue to intensify, both in terms of the quantity and scope of attacks. As witnessed in previous conflicts, the threat of an intensification of rocket fire into Israel over the coming hours is heightened. In this context, militants likely seek to retaliate for recent airstrikes, including the targeting of their members' homes.

Furthermore, such an intensification is likely to include rocket salvos directed toward Israeli cities located beyond the 10-20 km range from the Gaza Strip, as well as potentially past the 40 km range toward the country's center, as was witnessed during the 2012 operation. This is underscored by reports of Color Red Alert sirens and rockets over Ashdod, Beer Sheva, and Yavne, and can include the areas of Tel Aviv, Rehovot, Holon, and Jerusalem. Such attacks, which Israel has reportedly prepared for, including by the deploying of Iron Dome anti-missile batteries, would likely increase the chances of correspondingly escalated Israeli airstrikes, in addition to possibly expediting a more expansive Israeli military campaign.

With that in mind, we assess that recent statements and the characteristics of IDF activity thus far indicates that Israel seeks to control the level of escalation with Hamas in Gaza. Such a policy may have resulted in Hamas' threat to escalate should Israel continue striking its members' homes. With the overall objective of seriously curtailing Hamas and other factions' military and rocket launching abilities, Israel likely aims to reestablish a greater sense of deterrence and force Hamas into another ceasefire on its terms. In doing so, we assess that the IDF will continue to prepare for an even wider military conflict, while threatening the use of ground forces, including by calling up reservist forces. As stated previously, however, the threat of a more uncontrolled escalation will likely stem primarily from Israeli civilian casualties or a significantly increased scope of rocket fire.

Moreover, in line with already heightened tensions in the West Bank and Jerusalem over the recent deaths of one Palestinian and three Israeli youths, the escalation in the Gaza Strip further heightens the risk of additional riots and unrest. This is underscored by similar incidents that were recorded during previous Israeli operations in Gaza, which saw Israeli Arabs and Palestinians acting to condemn Israeli policy in Gaza.

**Recommendations: Israel**

We advise against all travel within 20 km of the Gaza Strip at this time. Those remaining within this vicinity should initiate contingency and emergency evacuation plans due to the deterioration in the security situation. Contact us for itinerary and contingency support options.

CONFIDENTIAL

UCP001846

It is further advised to avoid nonessential travel within 20-40 km of the Gaza Strip due to increasing cross border violence. Those conducting essential travel within the 20-40 km range should continue adhering to all IDF Homefront Command guidelines regarding early warning sirens for incoming rockets. In case you hear a siren, seek shelter in a protected area and remain inside for at least 10 minutes.

As a general security precaution, those operating or residing in Israel, particularly within the 20-40 km range of the Gaza Strip, should ensure that contingency and emergency evacuation plans are updated due to the potential for a further deterioration in the security situation.

For the duration of July 8 and in the coming days, those operating or residing in Jerusalem are advised to avoid travel to the areas of Shuafat, Beit Hanina, Silwan, and Wadi al-Joz, as well as the vicinity of the Temple Mount/al-Aqsa Mosque Compound and the Damascus Gate given the potential for further unrest. Maintain heightened vigilance throughout East Jerusalem and the Old City for the same reason. Avoid nonessential travel to Arab-Israeli towns, particularly Nazareth, I'billin, Qalansawe, Tayibe, and Tira.

**Recommendations: Palestinian Territories**

We advise against all travel to the Gaza Strip at this time due to continuous border crossing closures and the threat of militant activity.

As a general precaution, avoid all travel to the West Bank for the remainder of July 7 and over the coming days, due to the potential for expanding counter-militancy operations, and relating unrest in Palestinian urban centers. The risk for altercations remains most pronounced in the Hebron, Jenin, and Nablus areas, and to a lesser extent within Ramallah and Bethlehem.

Be advised that crossing points between Israeli and Palestinian controlled territories, including the Qalandiya checkpoint between Jerusalem and Ramallah, have frequently witnessed unrest leading to violence. As a result, crossing points may be closed, or experiencing disruptions. Additionally, avoid nonessential travel to the vicinity of the Ofer prison, due to threat of unrest.

CONFIDENTIAL

UCP001847





To view a complete description of icons used in intelligence reports, click here.
*(Map created using Google Earth)*

*For any questions or concerns on how these events impact your business continuity, please contact                                                                                                            us:*
Intelligence                          support:
On-ground                      support:
General            assistance            hotline:      +44              20-3540-0434
www.max-security.com

**To view a description of this report and others included in our regional intelligence packages,                                                                click                                                                  here.**

Page 1193

**DISCLAIMER: Please note that any views and/or opinions and/or assessment and/or recommendations presented in this text are solely those of Max Security. If you are not the named addressee you should not disseminate, distribute or copy this text. If you are not the intended recipient you are notified that disclosing, copying, distributing or taking any action in reliance on the contents of this information is strictly prohibited. Max Security Solutions accepts no liability for (i) the contents of this text/report being correct, complete or up to date; (ii) consequences of any actions taken or not taken as a result and/or on the basis of such contents. Copyright 2014 Max Security**

To be removed from our mailing list click here

CONFIDENTIAL

UCP001849

# EXHIBIT 99

**From:** Max Security Intelligence ██████████████████
**Sent:** July 08, 2014 11:17 PM
**To:** Smith, Stephen (NBCUniversal)
**Subject:** Israel & Palestinian Territories Alert: Five rockets reportedly intercepted over Tel Aviv during morning hours of July 9

If you cannot see this email properly, please click here



**Israel & Palestinian Territories Alert: Five rockets reportedly intercepted over Tel Aviv during morning hours of July 9**

(July              9,              2014              -              06:15              UTC)

**Please                              be                              advised**

Reports indicate that five rockets were fired from the Gaza Strip towards Tel Aviv this morning, July 9. According to initial reports, the rockets were intercepted by Israel's Iron Dome missile defense system. No casualties have been reported.

The barrage follows dozens of rockets fired towards central Israel, including Jerusalem and Tel Aviv, during the evening hours of July 8. Long-range rockets also impacted in Hadara, north of Tel Aviv.

Overnight, Israel reportedly struck some 160 militant targets in the Gaza Strip, in addition to killing a senior Islamic Jihad leader and members of his family.

**Assessments**

Following the firing of numerous rockets towards central Israel on July 8, this morning's barrage indicates that Gaza-based militants, specifically Hamas and Islamic Jihad, are intent on continuing such longer-range attacks. In this context, additional rockets against Tel Aviv, Jerusalem, and other major population centers in central Israel should be expected for the duration of July 9. In line with Israel's overnight response, Israel is likely to view this morning's barrage as a further escalation and will likely continue to respond with more extensive attacks against the Gaza Strip within the next 24 to 48 hours.

**Recommendations: Israel**

Those operating or residing in the 40-80 km range of the Gaza Strip, including Tel Aviv and Jerusalem, should adhere to all IDF Home Front Command guidelines regarding early warning sirens for incoming rockets. In case you hear a siren, seek shelter in a protected

CONFIDENTIAL

area and remain inside for at least 10 minutes.

We advise against all travel within 20 km of the Gaza Strip at this time. Those remaining within this vicinity should initiate contingency and emergency evacuation plans due to the deterioration in the security situation. Contact us for itinerary and contingency support options.

It is further advised to avoid nonessential travel within 20-40 km of the Gaza Strip due to increasing cross border violence. Those conducting essential travel within the 20-40 km range should continue adhering to all IDF Home Front Command guidelines regarding early warning sirens for incoming rockets. In case you hear a siren, seek shelter in a protected area and remain inside for at least 10 minutes.

As a general security precaution, those operating or residing in Israel, particularly within the 20-40 km range of the Gaza Strip, should ensure that contingency and emergency evacuation plans are updated due to the potential for a further deterioration in the security situation. For the duration of July 8 and in the coming days, those operating or residing in Jerusalem are advised to avoid travel to the areas of Shuafat, Beit Hanina, Silwan, and Wadi al-Joz, as well as the vicinity of the Temple Mount/al-Aqsa Mosque Compound and the Damascus Gate given the potential for further unrest. Maintain heightened vigilance throughout East Jerusalem and the Old City for the same reason. Avoid nonessential travel to Arab-Israeli towns, particularly Nazareth, I'billin, Qalansawe, Tayibe, and Tira.

**Recommendations: Palestinian Territories**

We advise against all travel to the Gaza Strip at this time due to continuous border crossing closures and the threat of militant activity.

As a general precaution, avoid all travel to the West Bank for the remainder of July 9 and over the coming days, due to the potential for ongoing counter-militancy operations, and relating unrest in Palestinian urban centers. The risk for altercations remains most pronounced in the Hebron, Jenin, and Nablus areas, and to a lesser extent within Ramallah and Bethlehem.

Be advised that crossing points between Israeli and Palestinian controlled territories, including the Qalandiya checkpoint between Jerusalem and Ramallah, have frequently witnessed unrest leading to violence. As a result, crossing points may be closed, or experiencing disruptions. Additionally, avoid nonessential travel to the vicinity of the Ofer prison, due to threat of unrest.

CONFIDENTIAL

UCP002829





To view a complete description of icons used in intelligence reports, click here.
*(Map created using Google Earth)*

*For any questions or concerns on how these events impact your business continuity, please contact* *us:*

Intelligence                    support:
On-ground                    support:
General            assistance            hotline:            +44            20-3540-0434
www.max-security.com

**To view a description of this report and others included in our regional intelligence packages,                                        click                                        here.**

Page 1198

UCP002830

**DISCLAIMER: Please note that any views and/or opinions and/or assessment and/or recommendations presented in this text are solely those of Max Security. If you are not the named addressee you should not disseminate, distribute or copy this text. If you are not the intended recipient you are notified that disclosing, copying, distributing or taking any action in reliance on the contents of this information is strictly prohibited. Max Security Solutions accepts no liability for (i) the contents of this text/report being correct, complete or up to date; (ii) consequences of any actions taken or not taken as a result and/or on the basis of such contents. Copyright 2014 Max Security**

To be removed from our mailing list <u>click here</u>

CONFIDENTIAL

UCP002831

# EXHIBIT 100

**From:**          Max Security Intelligence ███████████████
**Sent:**          July 09, 2014 12:57 PM
**To:**            Smith, Stephen (NBCUniversal)
**Subject:**       Israel & Palestinian Territories Analysis: Israel likely to escalate air campaign as numerous long-range rockets fired toward central, northern Israel

If you cannot see this email properly, please click here



---

### MAX Analysis
### Israel & Palestinian Territories: Israel likely to escalate air campaign as numerous long-range rockets fired towards central, northern Israel
### July 9, 2014

**Current Situation**
Since the launching of Israel's "Operation Protective Edge" on July 7, over 225 rockets have been launched at Israel from the Gaza Strip, while the Israel Defense Forces (IDF) has reportedly carried out more than 550 air strikes in the Gaza Strip since July 6, largely targeting rocket-launching sites throughout the territory, as well as tunnels and militant leaders. Several of these rockets fired from Gaza reached areas beyond 40 km north of the territory's border with Israel. This includes three rockets that were intercepted by the Iron Dome missile defense system over Tel Aviv on July 9, while one was intercepted over the city on July 8. Meanwhile, three rockets hit the Jerusalem hills during the late evening hours of July 8, while one hit the city of Hadera. Additionally, following a Color Red Alert siren in Zikhron Yaakov on July 9, two rockets reportedly fell in open areas of the Hof Hacarmel Regional Council, marking the farthest range such Gaza-based rockets have ever reached. Finally, the IDF spokesperson stated that one rocket was intercepted by Iron Dome over Dimona during the evening hours of July 9, while two others fell in open areas. Dimona is located several kilometers northwest of Israel's nuclear reactor.

Overall, while dozens of rockets have been fired towards central Israel since July 8, the majority of these have been intercepted or landed in open areas. Additionally, sirens have been sounded following the launching of most rockets.
Furthermore, most rockets continue to target the southern regions of Israel, particularly those within the 20 km range from the Gaza Strip, such as Sderot and Ashkelon, as well as the Eshkol and Sha'ar Hanegev regional councils. An increasing amount of rockets has also been fired towards cities in the 20-40 km range from Gaza, such as Beer Sheva and Ashdod.

Page 1201

That said, measures have been taken to protect the Israeli public in Tel Aviv and Jerusalem, as well as other cities past the 40 km range, including Rishon Letzion. This includes the evacuation of some beaches in the area and the opening of public bomb shelters. Reports indicate that the mayor of Haifa has called for similar measures to be implemented on July 9.

Moreover, the IDF began calling up 40,000 reservists to replace forces in the West Bank in order to allow them to deploy along the Gaza border, while on July 9 Prime Minister Benjamin Netanyahu stated that the military will intensify its assault in Gaza.

In addition to rocket fire from the Gaza Strip, five Hamas militants infiltrated into Israel through the waters off the coast near Kibbutz Zikim on July 8. Israeli troops engaged the militants in a firefight, killing all five while one soldier was wounded. Similarly, reports indicate that Hamas militants attempted to enter Israeli territory through a tunnel near Kibbutz Kerem Shalom also on July 8, but an explosion in the tunnel prevented them from succeeding. The cause of the explosion remains unclear at this time.

In response to the ongoing conflict, the British Foreign and Commonwealth Office (FCO) updated its travel warning on July 8, advising against all nonessential travel to areas within the 40 km range from the border of the Gaza Strip. Meanwhile, the US Embassy in Tel Aviv stated that the facility will operate with minimal staffing "until further notice" while advising staff members' families in Tel Aviv to "remain at home and in close contact with one another".

## Assessments: Long-range rocket fire likely to continue as fighting escalates

Since the Israeli military embarked on Operation Protective Edge on July 7, cross-border fire continues to escalate. While Egypt may be pressured by various international factions to continue with ceasefire negotiations to end the current round of fighting, tensions and increased domestic pressure indicate that such an agreement is not near. Therefore, we assess the steady escalation thus far will continue, as was highlighted by Prime Minister Netanyahu on July 9, who stated that Israel will expand operations and will continue attacks against militants until rocket fire from the Gaza Strip stops. This comes after Israel's Defense Minister, Moshe Yaalon, also stated the operation will escalate.

In this context, long-range rocket fire into northern and central Israel should be expected over the coming hours, especially following the attacks against Zichron Yaakov, Jerusalem, Hadera, and Tel Aviv over July 8-9. Such attacks could also include a greater number of rockets fired simultaneously, as militants attempt to bypass Israel's Iron Dome defense system. It is plausible that more of such long-range attacks will be carried out during rush hour and surrounding Israel's 20:00 (local time) news hour. However, the majority of rocket fire will likely remain localized within 40 km of the Gaza Strip, especially within 20 km. Moreover, and as was done in central and southern Israel, the military and local authorities are also likely to enhance defensive preparations for the public in northern Israel following the rocket strikes outside Zichron Yaakov.

Beyond rocket fire, militants could also attempt further special operations to bypass Israel's defense systems on the ground around the Gaza Strip, including further militant incursions

Page 1202

UCP002373

into Israel. This was witnessed on July 8, after five Hamas militants raided Kibbutz Zikim from the sea. All five militants were killed shortly after. An interest to conduct such operations is likely high, given that Hamas and other factions likely seek a symbolic achievement.

In line with the ongoing escalation, Israel is likely to intensify air strikes over the coming hours. Thus far, Israel has largely focused on targets relating to militants' rocket arsenals. Targets have mostly included above and underground rocket launching sites, weapons depots, tunnels, command and control posts, and the homes of senior militant commanders. Several of the latter strikes were assassinations. In line with Netanyahu's declaration, new targets could include infrastructure, government buildings, and other militant-related sites located within heavily populated urban areas.

In this context, given the capabilities displayed in the most recent rocket attacks on Zikhron Yaakov, as well as Hadera, we assess that Israel is preparing for the potential to commence a ground operation at any time. While the timing of such an operation remains unclear, we assess that the potential for such action will increase in light of a perceived unacceptable number of Israeli casualties or accelerated rocket fire over the coming days. That being said, the Israeli military is likely to remain committed to expanding the campaign, but from the air and sea during this period.

**Recommendations: Israel**

Those operating or residing in Israel, including Tel Aviv and Jerusalem, should adhere to all IDF Home Front Command guidelines regarding early warning sirens for incoming rockets. In case you hear a siren, seek shelter in a protected area and remain inside for at least 10 minutes. As a general security precaution, those operating or residing in Israel, particularly within the 20-40 km range of the Gaza Strip, should ensure that contingency and emergency evacuation plans are updated due to the potential for a further deterioration in the security situation. We advise to contact us to be briefed on the situation, while consulting us for operational support.

We advise against all travel within 20 km of the Gaza Strip at this time. Those remaining within this vicinity should initiate contingency and emergency evacuation plans due to the deterioration in the security situation. Contact us for itinerary and contingency support options.

It is further advised to avoid nonessential travel within 20-40 km of the Gaza Strip due to increasing cross border violence. Those conducting essential travel within the 20-40 km range should continue adhering to all IDF Home Front Command guidelines regarding early warning sirens for incoming rockets. In case you hear a siren, seek shelter in a protected area and remain inside for at least 10 minutes.

For the duration of July 9 and in the coming days, those operating or residing in Jerusalem are advised to avoid travel to the areas of Shuafat, Beit Hanina, Silwan, and Wadi al-Joz, as well as the vicinity of the Temple Mount/al-Aqsa Mosque Compound and the Damascus Gate given the potential for further unrest. Maintain heightened vigilance throughout East Jerusalem and the Old City for the same reason. Avoid nonessential travel to Arab-Israeli

CONFIDENTIAL

towns, particularly Nazareth, I'billin, Qalansawe, Tayibe, and Tira.

**Recommendations: Palestinian Territories**

We advise against all travel to the Gaza Strip at this time due to continuous border crossing closures and the threat of militant activity.

As a general precaution, avoid all travel to the West Bank for the remainder of July 9 and over the coming days, due to the potential for ongoing counter-militancy operations, and relating unrest in Palestinian urban centers. The risk for altercations remains most pronounced in the Hebron, Jenin, and Nablus areas, and to a lesser extent within Ramallah and Bethlehem.

Be advised that crossing points between Israeli and Palestinian controlled territories, including the Qalandiya checkpoint between Jerusalem and Ramallah, have frequently witnessed unrest leading to violence. As a result, crossing points may be closed, or experiencing disruptions. Additionally, avoid nonessential travel to the vicinity of the Ofer prison, due to threat of unrest.



Page 1204

UCP002375



To view a complete description of icons used in intelligence reports, click here.
*(Map created using Google Earth)*

*For any questions or concerns on how these events impact your business continuity, please contact us:*

Intelligence support:
On-ground support:
General assistance hotline:     +44       20-3540-0434
www.max-security.com

**To view a description of this report and others included in our regional intelligence packages,                                    click                                    here.**

DISCLAIMER: Please note that any views and/or opinions and/or assessment and/or recommendations presented in this text are solely those of Max Security. If you are not the named addressee you should not disseminate, distribute or copy this text. If you are not the intended recipient you are notified that disclosing, copying, distributing or taking any action in reliance on the contents of this information is strictly prohibited. Max Security Solutions accepts no liability for (i) the contents of this text/report being correct, complete or up to date; (ii) consequences of any actions taken or not taken as a result and/or on the basis of such contents. Copyright 2014 Max Security

To be removed from our mailing list click here

Page 1205

# EXHIBIT 101

**From:** Max Security Intelligence ███████████
**Sent:** July 15, 2014 1:18 AM
**To:** Smith, Stephen (NBCUniversal)
**Subject:** Israel & Palestinian Territories Alert (UPDATE): Ceasefire proposal from Egypt reportedly agreed upon by Israel, rejected by Hamas

If you cannot see this email properly, please click here



**Israel & Palestinian Territories Alert (UPDATE): Ceasefire proposal from Egypt reportedly agreed upon by Israel, rejected by Hamas (July 15, 2014 - 08:10 UTC )**

(Click here to read the previous report)

**Please be advised**

Reports from the morning hours of July 15 indicate that the Israeli Cabinet approved an Egyptian proposal for a ceasefire agreement. The reported proposal, which was introduced during the night hours of July 14 and intended to begin at 9:00 (local time), included a cessation of all Israeli military operations on the one hand and Palestinian rocket fire on the other. The ceasefire reportedly also allows for the opening of crossings between the two areas and requires delegations from the two parties to meet in Egypt for talks regarding specifics of the deal. The Israel Defense Forces (IDF) spokesperson has stated that the IDF has "ceased fire against Hamas, but remains prepared for further attacks from Gaza and any other potential developments".

Meanwhile, also during the morning hours of July 15, Hamas rejected the proposal. This includes its military wing, Izz ad-Din al-Qassam Brigades, which stated that "the fighting will continue" and escalate. In addition, Hamas' Political Bureau member, Ezzat Rishq, stated that the Egyptian ceasefire "has not been discussed with any faction of the Gaza Strip".
Additionally, the US Secretary of State John Kerry reportedly decided not to travel to Cairo on July 15. This follows reports from July 14 of Kerry's intentions to arrive to Egypt in order to promote the Egyptian ceasefire agreement.
Moreover, the Israel Police spokesperson reported that two rockets were fired during the overnight hours of July 14-15 toward Eilat, with one landing in an open area and the other causing damage. Reports also indicate that one person was wounded in the incident.
Following reports of a rocket fired from Lebanon during the night hours of July 14, which

Page 1207

landed in the northern Galilee region causing no damage or injuries, the Israel Defense Forces (IDF) reportedly fired artillery shells toward southern Lebanon's Batoulieh and Ras al-Ain near the Palestinian refugee camp of Rashidieh, located at the outskirts of Tyre.

Moreover, rocket fire continued during the overnight and morning hours targeting areas within the 40 km range of the Gaza Strip, including Ashkelon, as well as the Hof Ashkelon and Eshkol Regional Councils. Additionally, Israel Air Force (IAF) airstrikes have also continued during the overnight and morning hours in Gaza, which has reportedly resulted in the death of three Palestinians in Khan Yunis.

Finally, reports indicate that two Israeli drivers were lightly wounded as a result of stone and Molotov Cocktails throwing by Palestinians south of Jerusalem in the vicinity of Husan. During the overnight hours, the IDF reportedly arrested nine Palestinians throughout the West Bank, four of whom are Hamas members.

**Assessments**

We assess that Hamas has not accepted the Egyptian-proposed ceasefire agreement given their likely perception that they would not benefit from such agreement. In this context, reports indicate that Hamas' primary demands in this round, including the release of prisoners that were rearrested after their release in the Gilad Shalit prisoner exchange deal, and the permanent opening of border crossings, particularly the Rafah crossing with Egypt, is not included in the Egyptian proposal. Meanwhile, Israel's acceptance of the terms of the ceasefire may lead to increased pressure for Hamas to similarly accept the proposal, including potentially from Qatar and Turkey.

However, given that the ceasefire has not been accepted by Hamas at this time, we continue to assess that Gaza-based militants are likely to continue firing rockets toward Israel in the coming hours. While rockets are likely to primarily target areas of southern Israel within the 40 km range, locales at further distances remain at risk, including Tel Aviv and Jerusalem. The majority are liable to continue being intercepted by the Iron Dome anti-missile batteries or landing in an open areas; however, there remains a possibility for damage or injuries caused by a direct hit or shrapnel. Given the IDF's report of a unilateral ceasefire, we assess that Israeli retaliation will be halted at this time; however, rocket barrages toward major population centers outside of the 40 km range may trigger limited airstrikes. This is underscored by reports that the IDF spokesperson also stated that, "if Hamas fires at Israel, [they] will respond with force".

Moreover, the reports of the rocket fire from Lebanon underscores the persistent threat of such attacks in Israel's northern region, emanating from both Lebanon and Syria. This is highlighted by similar incidents that have been recorded over the past several days. We continue to assess that the rocket fire are acts of solidarity by small militant Palestinian factions or those with sympathies with the Gaza Strip, highlighted by the IDF retaliation that targeted the vicinity of a Palestinian refugee camp. That said, such hostilities are likely to remain localized and limited in their scale and scope, underlined by reports that the Lebanese military has undertaken efforts to respond to such incidents.

Similarly, the reports of rocket fire toward Eilat from the Sinai Peninsula underscores the

Page 1208

persistent threat of Islamist militants targeting Israel from the Egyptian border, with Eilat serving as a favored target given its proximity and tourist population. In this context, on July 12, the Sinai-based Islamist militant group, Ansar Bayt al-Maqdis (ABM), claimed responsibility for launching five rockets towards Israel in recent days. That said, we continue to assess that the continuing cooperation between the Egyptian and Israeli security forces is likely to limit the risk for persistent attacks emanating from the Sinai Peninsula.

Finally, given persisting tensions surrounding the ongoing situation in Gaza, we continue to assess that additional unrest remains likely over the coming days throughout the West Bank and in the Arab neighborhoods of East Jerusalem. Focal points include the cities of Hebron, Jenin, and Ramallah, while, in East Jerusalem, unrest is possible in the vicinity of the Temple Mount/al-Aqsa Mosque Compound, the Damascus Gate, as well as the neighborhoods of Shuafat, Beit Hanina, Silwan, and Wadi al-Joz. Such unrest likely to manifest in the throwing of rocks and Molotov cocktails, including at passing Israeli vehicles and IDF troops.

**Recommendations: Israel**

Those operating or residing in Israel, including Tel Aviv, Jerusalem, and Eilat, should adhere to all IDF Home Front Command guidelines regarding early warning sirens for incoming rockets. In case you hear a siren, seek shelter in a protected area and remain inside for at least 10 minutes. As a general security precaution, those operating or residing in Israel should ensure that contingency and emergency evacuation plans are updated due to the potential for a further deterioration in the security situation. We advise to contact us to be briefed on the situation, while consulting us for operational support.

We advise against all travel within 40 km of the Gaza Strip at this time. Those remaining within this vicinity should initiate contingency and emergency evacuation plans due to the deterioration in the security situation. Contact us for itinerary and contingency support options.

For the duration of July 15 and in the coming days, those operating or residing in Jerusalem are advised to avoid travel to the areas of Shuafat, Beit Hanina, Silwan, and Wadi al-Joz, as well as the vicinity of the Temple Mount/al-Aqsa Mosque Compound and the Damascus Gate given the potential for further unrest. Maintain heightened vigilance throughout East Jerusalem and the Old City for the same reason. Avoid nonessential travel to Arab-Israeli towns, particularly Nazareth, I'billin, Qalansawe, Tayibe, and Tira.

**Recommendations: Palestinian Territories**

We advise against all travel to the Gaza Strip at this time due to continuous border crossing closures and the threat of militant activity. Those operating or residing in the Gaza Strip are advised to initiate contingency and emergency evacuation plans due to deterioration in the security situation. Contact us for itinerary and contingency support options.

As a general precaution, avoid all travel to the West Bank for the remainder of July 15 and on July 15 and over the coming days, due to ongoing counter-militancy operations, and relating unrest in Palestinian urban centers. The risk for altercations remains most pronounced in the Hebron, Jenin, and Nablus areas, and to a lesser extent within Ramallah

CONFIDENTIAL

UCP002096

and Bethlehem.

Be advised that crossing points between Israeli and Palestinian controlled territories, including the Qalandiya checkpoint between Jerusalem and Ramallah, have frequently witnessed unrest leading to violence. As a result, crossing points may be closed, or experiencing disruptions. Additionally, avoid nonessential travel to the vicinity of the Ofer prison, due to threat of unrest.



Focal points in Israel



Focal points in Israel

Page 1210



To view a complete description of icons used in intelligence reports, click here.
*(Map created using Google Earth)*

*For any questions or concerns on how these events impact your business continuity, please contact*                                                                                                                    *us:*

Intelligence                            support:
On-ground                       support:
General              assistance              hotline:          +44           20-3540-0434
www.max-security.com

**To view a description of this report and others included in our regional intelligence packages,                                                click                                                here.**

**DISCLAIMER: Please note that any views and/or opinions and/or assessment and/or recommendations presented in this text are solely those of Max Security. If you are not the named addressee you should not disseminate, distribute or copy this text. If you are not the intended recipient you are notified that disclosing, copying, distributing or taking any action in reliance on the contents of this information is strictly prohibited. Max Security Solutions accepts no liability for (i) the contents of this text/report being correct, complete or up to date; (ii) consequences of any actions taken or not taken as a result and/or on the basis of such contents. Copyright 2014 Max Security**

To be removed from our mailing list click here

Page 1211

UCP002098

# EXHIBIT 102

**From:**         Max Security Intelligence ███████████
**Sent:**         July 16, 2014 7:38 AM
**To:**         Smith, Stephen (NBCUniversal)
**Subject:**        Israel and Palestinian Territories Alert (UPDATE): Hamas officially rejects Egyptian ceasefire proposal on July 16 as hostilities continue

If you cannot see this email properly, please click here



### Israel and Palestinian Territories Alert (UPDATE): Hamas officially rejects Egyptian ceasefire proposal on July 16 as hostilities continue (July 16, 2014 - 14:40 UTC)

(Click here to read the previous report)

**Please be advised**

Following the refusal of Hamas's military wing to abide by a ceasefire agreed upon by Israel on July 15, reports indicate that Hamas, likely referring to the political wing, officially rejected the ceasefire during the afternoon hours of July 16. Prior to today's declaration, July 15 saw Israel hold fire for several hours as Hamas continued to launch rockets into Israel. One Israeli was killed in the subsequent shelling, while Israeli attacks over July 15-16 reportedly pushed the death toll in the Gaza Strip above 200 people.

At the time of writing, hostilities between Gaza-based militants and Israel are continuing, with Israel launching at least 60 airstrikes since the morning of July 16, according to the Israel Defense Forces (IDF). Targets included launch sites, tunnels, militant command centers, and infrastructure relating to Hamas. The home
Dozens of rockets had been fired into Israel thus far on July 16, including four interceptions over Tel Aviv during the morning hours. No casualties were reported in Tel Aviv. According to the IDF, ten rockets were fired at Beersheva. The Iron Dome reportedly intercepted six of them.

**Assessments**

As stated previously, we assess that cross-border hostilities between Israel and Gaza-based militants will continue throughout July 16. In this context, further barrages targeting central Israel, especially at Tel Aviv and Jerusalem, are additionally possible over the coming hours. Moreover, we assess that Hamas also has a persistent interest in launching projectiles into

Page 1213

northern Israel; thus further attempts to target Haifa are also possible. However, the majority of rocket fire will likely remain focused on Israeli locales within 40 km of the Gaza Strip. The rate of rocket fire, including towards central Israel, is nonetheless liable to intensify over the coming hours.

As a consequence of the rejection of Egypt's ceasefire proposal by both Hamas's political and military wings, Israel, as was stated by Netanyahu on July 15, is likely to intensify its attacks. This could include attacking more sensitive targets in built-up areas, likely either to target senior militant leadership, command centers, or long-range rocketry. This is highlighted by additional calls for locals to evacuate certain areas in northern Gaza. Meanwhile, we assess that the Israeli military is likely to continue with its force build-up around the Gaza Strip, thus maintaining the threat of a ground campaign. With such forces in place, the Israeli government is likely to continue debating such an option.

Despite ongoing hostilities, we continue to assess that international players will continue to forward proposals to end the fighting. However, it is likely that the Israeli government is intending to continue the operation at least in the near term following Hamas's rejection.

**Recommendations: Israel**

Those operating or residing in Israel, including Tel Aviv and Jerusalem, should adhere to all IDF Home Front Command guidelines regarding early warning sirens for incoming rockets. In case you hear a siren, seek shelter in a protected area and remain inside for at least 10 minutes. As a general security precaution, those operating or residing in Israel should ensure that contingency and emergency evacuation plans are updated due to the potential for a further deterioration in the security situation. We advise to contact us to be briefed on the situation, while consulting us for operational support.

We advise against all travel within 40 km of the Gaza Strip at this time. Those remaining within this vicinity should initiate contingency and emergency evacuation plans due to the deterioration in the security situation. Contact us for itinerary and contingency support options.

For the duration of July 16 and in the coming days, those operating or residing in Jerusalem are advised to avoid travel to the areas of Shuafat, Beit Hanina, Silwan, and Wadi al-Joz, as well as the vicinity of the Temple Mount/al-Aqsa Mosque Compound and the Damascus Gate given the potential for further unrest. Maintain heightened vigilance throughout East Jerusalem and the Old City for the same reason. Avoid nonessential travel to Arab-Israeli towns, particularly Nazareth, I'billin, Qalansawe, Tayibe, and Tira.

**Recommendations: Palestinian Territories**

We advise against all travel to the Gaza Strip at this time due to continuous border crossing closures and the threat of militant activity. Those operating or residing in the Gaza Strip are advised to initiate contingency and emergency evacuation plans due to deterioration in the security situation. Contact us for itinerary and contingency support options.

As a general precaution, avoid all travel to the West Bank for the remainder of July 16 and the coming days, due to ongoing counter-militancy operations, and relating unrest in

CONFIDENTIAL

Palestinian urban centers. The risk for altercations remains most pronounced in the Hebron, Jenin, and Nablus areas, and to a lesser extent within Ramallah and Bethlehem.

Be advised that crossing points between Israeli and Palestinian controlled territories, including the Qalandiya checkpoint between Jerusalem and Ramallah, have frequently witnessed unrest leading to violence. As a result, crossing points may be closed or experiencing disruptions. Additionally, avoid nonessential travel to the vicinity of the Ofer prison, due to threat of unrest.





To view a complete description of icons used in intelligence reports, click here.
*(Map created using Google Earth)*

*For any questions or concerns on how these events impact your business continuity, please contact* *us:*

Intelligence                               support:
On-ground                               support:

Page 1215

CONFIDENTIAL

General            assistance            hotline:            +44            20-3540-0434
www.max-security.com

**To view a description of this report and others included in our regional intelligence packages,                                        click                                        here.**

DISCLAIMER: Please note that any views and/or opinions and/or assessment and/or recommendations presented in this text are solely those of Max Security. If you are not the named addressee you should not disseminate, distribute or copy this text. If you are not the intended recipient you are notified that disclosing, copying, distributing or taking any action in reliance on the contents of this information is strictly prohibited. Max Security Solutions accepts no liability for (i) the contents of this text/report being correct, complete or up to date; (ii) consequences of any actions taken or not taken as a result and/or on the basis of such contents. Copyright 2014 Max Security

To be removed from our mailing list click here

Page 1216

# EXHIBIT 103

New clashes between Israel, Palestinians: Is ground war next?                Page 1 of 2

Case 2:16-cv-04435-PA-MRW   Document 58-21   Filed 04/24/17   Page 30 of 45   Page ID
#:4079



New clashes between Israel, Palestinians: Is ground war next?          Page 2 of 2

Case 2:16-cv-04435-PA-MRW   Document 58-21   Filed 04/24/17   Page 31 of 45   Page ID
#:4080

**"Shark Tank" Star's Brilliant Trick On Paying Off Mortgage**
The Easy Loan Site by Bills.com

**Video of woman getting punched at Berkeley protest sparks outrage**

**New details on teacher's arrest, teen student's rescue at remote cabin**

**Water streaming across Antarctica surprises, worries scientists**

**CBSNews.com**

Site Map
Help
Contact Us
CBS Bios
Careers
CBSi Careers
Internships
Development Programs

**Follow Us**

Facebook
Twitter
RSS
Email Newsletters
YouTube
CBS Radio News
CBS Local

Search...

© 2017 CBS Interactive Inc. All rights reserved.
Privacy Policy / Ad Choice / Terms of Use
Mobile User Agreement / About CBS
Advertise / Closed Captioning

# EXHIBIT 104





**MELISSA HARRIS-PERRY** 7/20/14

# What it means to live in a war zone

NBC's Ayman Mohyeldin reports the latest from the ground on the Israeli ground invasion into Gaza. Then, Palestinian journalist Lara Aburamadan joins to discuss the daily experiences of living in Gaza.

---

## Up next in: Melissa Harris-Perry



What it means to live in a war zone

---



Governors push back in GOP debate

---

Did debate performance break Rubio's...                    Page 1221

Case 2:16-cv-04435-PA-MRW   Document 58-21   Filed 04/24/17   Page 34 of 45   Page ID
#:4083





GOP candidates tackle abortion, selective...



Flint mayor calls for pipe system replacement



Beyonce evokes New Orleans in new video



Why the wave of criticism for Cam Newton?



Sweet Honey in the Rock give special...



World tackles Zika outbreak

Should feminism play a role in the 2016...

Page 1222

Case 2:16-cv-04435-PA-MRW   Document 58-21   Filed 04/24/17   Page 35 of 45   Page ID #:4084



Congress grills EPA over role in Flint

---



Sanders, Clinton spar over college costs

---



When did the war over "progressivism" begin?

---



How Democrats and Republicans caucus

---



Candidates make final pitches before IA...

---



Candidates strategize on building a...

---



Which way will African American women vote?

---

Man on death row appeals to CA governor

Case 2:16-cv-04435-PA-MRW   Document 58-21   Filed 04/24/17   Page 36 of 45   Page ID #:4085



MHP's 'Wake the Vote' comes to Iowa



Cam Newton criticized for victory dances

---

## Best of MSNBC



Chris Matthews on Trump's first 100 days: ...



Fmr. Obama official Sally Yates to testify...



NYC officials blast Trump's DOJ for...



Candidate vs. President: Trump changes his...



Pres. Trump shrugs off 100 day benchmark...

---

Fox News and combating the victim blaming...

Page 1224

Case 2:16-cv-04435-PA-MRW   Document 58-21   Filed 04/24/17   Page 37 of 45   Page ID
#:4086

Trump: First 100 days is 'ridiculous' –...

'Outsider candidates' key in French election

Trump exposed to conflict through real estate

Trump real estate shown as potential conflict

New Trump hire resurrects corruption question

Matthews: All eyes are on France this weekend

Protester Suing Trump Over Rally Violence...

How Close is Congress to a New Health Care...

Analysis: What Are the Chances of a...

Former National Security Advisor: Iran is...

Sessions Insists He 'Wasn't Diminishing'...

Report: Trump Met Two Fmr. Colombian...

Page 1225

Rep. Cummings: Republicans in a no-win...

Rep. Waters: What we're experiencing with...

## Politics

   Candidate vs. President: Trump changes his...

   Inside Clinton's failed 2016 campaign

   Trump Russia investigator leaving DoJ

   Report shows Russian govt role in US election

   'Mr. Skullduggery' Jeremy Bash on what new...

Now we know why the FBI pursued fmr. Trump...

Warren: Turn heat up on Trump Russia case

---

Erik Prince grows Trump Russia contact list

---

Shattered: Authors share the story behind...

---

CIA's Pompeo blasts Wikileaks that...

---

British intel spotted Trump camp Russia ties

---

Trump says the dollar's too strong & it's...

---

Second fmr Trump aide files as foreign agent

---

Candidate Trump: NATO is obsolete, Pres....

---

Is there a Trump Doctrine? President now...

---

Trump retracts a key campaign promise

---

Swalwell: Page's Russia ties worth examining

---

FISA warrant targeted fmr Trump advisor: WaPo                Page 1227

Who is Trump aide Sebastian Gorka?

FBI granted FISA warrant to monitor Carter...

## The Trump Equation


The Trump Equation: Shock and Awe in a...


The Trump Equation: Maybe It Was the Economy


The Trump Equation: Minorities for Trump?


The Trump Equation: In the Battleground...


The Trump Equation: Millennials

The Trump Equation: Now What?

# Morning Joe

 Why Ossoff has a better chance at winning...

 100K people to volunteer for 'Comcast...

 Rep. Cummings: Republicans in a no-win...

 Rep. Waters: What we're experiencing with...

 Trump driving Obamacare reform before 100...

The changing landscape and faces at Fox News

What China is doing to defuse North Korea...

Joe to Democratic Party: Do you want to...

Valerie Jarrett full extended interview

Case 2:16-cv-04435-PA-MRW   Document 58-21   Filed 04/24/17   Page 42 of 45   Page ID
#:4091

Valerie Jarrett: You can't give up on our...

_____

Time releases '100 most influential list

_____

Judge Curiel, once slammed by Trump, gets...

_____

Potential GOP problems in the lone star state

_____

Sen. Van Hollen explains why Dems need to...

_____

The target audience for tough talk on Iran

_____

Trump approval rebounds 6 points in new poll

_____

Was the world 'duped by Trump' on warship...

_____

Is the era of 'strategic patience' over?

_____

Trump talks about health care for tax...

_____

Columnist prescribes 'manly virtues' for...

_____

Rachel Maddow



New Trump hire resurrects corruption question



Trump real estate shown as potential conflict



Trump exposed to conflict through real estate



'Outsider candidates' key in French election



Excess Trump cash pairs with donor access

Report shows Russian govt role in US election

Trump Russia investigator leaving DoJ

Ossoff builds local strategy in national eye

Erik Prince grows Trump Russia contact list

Page 1231

Case 2:16-cv-04435-PA-MRW   Document 58-21   Filed 04/24/17   Page 44 of 45   Page ID #:4093

Warren: Trump beating down working families

---

Warren: Turn heat up on Trump Russia case

---

Warren: 'Democracy can't be a spectator...

---

Trump study a game of 'stupid or nefarious?'

---

Senator Warren joins Rachel Maddow Wednesday

---

Trump military confusion risks mixed message

---

Political favor backfiring on new senator

---

Trump scandals give new meaning to Tax Day

---

Sanders rallies with Dems to take red seats

---

Real Trump deportation plan seen in arrests

---

Trump ignores oppression in call to Erdogan

---

Case 2:16-cv-04435-PA-MRW   Document 58-21   Filed 04/24/17   Page 45 of 45   Page ID
#:4094

Page 1233