# EXHIBIT 105





undefined

**ALL IN WITH CHRIS HAYES** 7/17/14

# Ground war in Gaza

After days of threats, today the Israeli government launched a ground invasion into Gaza. Chris Hayes talks with Amir Tibon, on the ground in Tel Aviv.   | **Duration: 5:55**

---

## Up next in: Middle East on msnbc



Ground war in Gaza

---



Rep. Lee: 'Congress is missing in action'...

---

Trump considers more military action after...

Page 1235

Case 2:16-cv-04435-PA-MRW   Document 58-22   Filed 04/24/17   Page 3 of 39   Page ID
#:4097





Trump skimps on policy while blowing stuff up



Trump admin drops bomb as new Russia story...



Lawrence: The madman is still loose in the...



US already has troops on the ground in Syria



Trump admin keeps Syria details hazy



The world tests Trump



Trump White House Syria policy indiscernible

Case 2:16-cv-04435-PA-MRW   Document 58-22   Filed 04/24/17   Page 4 of 39   Page ID #:4098



The Trump admin's incoherent foreign policy



The Trump-Putin theory on Syria that can't...



Pentagon investigating Russia's role in...



Engel on Syria: How does this end well?



Absent policy, Trump finds other motivations



Anatomy of Trump's Airstrikes in Syria



Rep. Bass: Trump Lacks a 'Coherent'...

Senator Criticizes Trump's Strike in Syria

Case 2:16-cv-04435-PA-MRW   Document 58-22   Filed 04/24/17   Page 5 of 39   Page ID
#:4099



Iran a wild card in US Syria strike reaction



Engel: Strike ends narrative, not Assad, war

## Best of MSNBC



Chris Matthews on Trump's first 100 days: ...



Fmr. Obama official Sally Yates to testify...



NYC officials blast Trump's DOJ for...



Candidate vs. President: Trump changes his...



Pres. Trump shrugs off 100 day benchmark...

Fox News and combating the victim blaming...

Page 1238

Case 2:16-cv-04435-PA-MRW   Document 58-22   Filed 04/24/17   Page 6 of 39   Page ID
#:4100

Trump: First 100 days is 'ridiculous' –...

'Outsider candidates' key in French election

Trump exposed to conflict through real estate

Trump real estate shown as potential conflict

New Trump hire resurrects corruption question

Matthews: All eyes are on France this weekend

Protester Suing Trump Over Rally Violence...

How Close is Congress to a New Health Care...

Analysis: What Are the Chances of a...

Former National Security Advisor: Iran is...

Sessions Insists He 'Wasn't Diminishing'...

Report: Trump Met Two Fmr. Colombian...

Page 1239

Case 2:16-cv-04435-PA-MRW   Document 58-22   Filed 04/24/17   Page 7 of 39   Page ID
#:4101

Rep. Cummings: Republicans in a no-win...

Rep. Waters: What we're experiencing with...

## Politics

 Candidate vs. President: Trump changes his...

 Inside Clinton's failed 2016 campaign

 Trump Russia investigator leaving DoJ

 Report shows Russian govt role in US election

 'Mr. Skullduggery' Jeremy Bash on what new...

Now we know why the FBI pursued fmr. Trump...

Case 2:16-cv-04435-PA-MRW    Document 58-22    Filed 04/24/17    Page 8 of 39    Page ID
#:4102

Warren: Turn heat up on Trump Russia case

Erik Prince grows Trump Russia contact list

Shattered: Authors share the story behind...

CIA's Pompeo blasts Wikileaks that...

British intel spotted Trump camp Russia ties

Trump says the dollar's too strong & it's...

Second fmr Trump aide files as foreign agent

Candidate Trump: NATO is obsolete, Pres....

Is there a Trump Doctrine? President now...

Trump retracts a key campaign promise

Swalwell: Page's Russia ties worth examining

FISA warrant targeted fmr Trump advisor: WaPo

Who is Trump aide Sebastian Gorka?

FBI granted FISA warrant to monitor Carter...

## The Trump Equation

 The Trump Equation: Shock and Awe in a...

 The Trump Equation: Maybe It Was the Economy

 The Trump Equation: Minorities for Trump?

 The Trump Equation: In the Battleground...

 The Trump Equation: Millennials

The Trump Equation: Now What?

## Morning Joe

 Why Ossoff has a better chance at winning...

 100K people to volunteer for 'Comcast...

 Rep. Cummings: Republicans in a no-win...

 Rep. Waters: What we're experiencing with...

 Trump driving Obamacare reform before 100...

The changing landscape and faces at Fox News

What China is doing to defuse North Korea...

Joe to Democratic Party: Do you want to...

Valerie Jarrett full extended interview

Page 1243

Case 2:16-cv-04435-PA-MRW   Document 58-22   Filed 04/24/17   Page 11 of 39   Page ID #:4105

Valerie Jarrett: You can't give up on our...

Time releases '100 most influential list

Judge Curiel, once slammed by Trump, gets...

Potential GOP problems in the lone star state

Sen. Van Hollen explains why Dems need to...

The target audience for tough talk on Iran

Trump approval rebounds 6 points in new poll

Was the world 'duped by Trump' on warship...

Is the era of 'strategic patience' over?

Trump talks about health care for tax...

Columnist prescribes 'manly virtues' for...

Rachel Maddow

 New Trump hire resurrects corruption question

 Trump real estate shown as potential conflict

 Trump exposed to conflict through real estate

 'Outsider candidates' key in French election

 Excess Trump cash pairs with donor access

Report shows Russian govt role in US election

Trump Russia investigator leaving DoJ

Ossoff builds local strategy in national eye

Erik Prince grows Trump Russia contact list

Page 1245

Case 2:16-cv-04435-PA-MRW   Document 58-22   Filed 04/24/17   Page 13 of 39   Page ID #:4107

Warren: Trump beating down working families

---

Warren: Turn heat up on Trump Russia case

---

Warren: 'Democracy can't be a spectator...

---

Trump study a game of 'stupid or nefarious?'

---

Senator Warren joins Rachel Maddow Wednesday

---

Trump military confusion risks mixed message

---

Political favor backfiring on new senator

---

Trump scandals give new meaning to Tax Day

---

Sanders rallies with Dems to take red seats

---

Real Trump deportation plan seen in arrests

---

Trump ignores oppression in call to Erdogan

---

Case 2:16-cv-04435-PA-MRW   Document 58-22   Filed 04/24/17   Page 14 of 39   Page ID
#:4108

Page 1247

# EXHIBIT 106

Case 2:16-cv-04435-PA-MRW  Document 58-22  Filed 04/24/17  Page 16 of 39  Page ID #:4110

NEWS MIDDLE EAST UNREST JUL 30 2014, 4:21 AM ET

# How Technology Is Intensifying Gaza War Between Israel and Hamas

by ALASTAIR JAMIESON

Graphic and visceral accounts from the deadly conflict in Gaza are streaming around the world in real time – along with a parallel rise in fake images and propaganda.

It's not just Twitter that is changing the way each side is tackling its enemy: from drones to smartphone apps, innovation in information has changed the pace of one of the world's oldest conflicts. Here are 8 ways that technology is at the forefront of the war in Gaza.

## 1. APPS

More than 750,000 people have downloaded Red Alert, an unofficial smartphone app that uses real-time information from the Israel Defense Forces and Homefront Command to give a warning of between 15 and 90 seconds when a rocket is fired into Israel from Gaza. Developed during the 2012 Operation Pillar of Defense, it allows users to select push alerts based on where they live.

For those concerned about kidnappings – the current military flare-up was triggered by the capture and murder last month of three Israeli teens – there is SOS, which triggers a personal safety alert with a single right-swipe, making it easier to raise the alarm when a phone call is not possible.

There's also an app that helps Israelis find their nearest bomb shelter. Not all apps have endured: a Palestinian-made iPhone app promoting a third intifada (Arabic for uprising) Palestinians against Israel was reportedly removed by Apple because it was deemed offensive.

## 2. TWITTER

The fastest-moving social media battleground is Twitter, where breaking news and eyewitness accounts are rapidly changing the course of diplomacy as well as events on the ground.

The Israeli Defense Force public information account has almost 350,000 followers and supplies a constant stream of official statements and updates about IDF activity, including reports of targeted strikes against militants who



it euphemistically describes as having been "neutralized." Israeli police spokesman Micky Rosenfeld also shares pictures and updates on his own feed.

"Social media is actually a war zone for us here in Israel," Lt. Col. Avital Leibovich, who founded an IDF unit dedicated to producing online postings, told CNBC. "Here we can have our own campaigns, we can decide on the size of the headline, what that headline will be and exactly which pictures and which footage to upload."

On the Palestinian side, the military wing of Hamas, the al-Qassam Brigades, has several similar accounts in different languages including an English feed with more than 11,000 followers. The accounts are sometimes suspended - but new ones routinely pop up to take their place. Visceral eyewitness pictures of dead and dying are often shared by activists under hashtags including #GazaUnderAttack and #PrayForGaza.

The Red Alert app gives Israelis real-time warnings of incoming militant rockets by sending push alerts to smartphones.

### 3. YOUTUBE PROPAGANDA VIDEOS

Both Israel and the Palestinians have uploaded polished videos to YouTube as part of their social media war. The IDF has an official YouTube channel that includes a clip from spokesman Lt. Col Peter Lerner explaining the Israeli military's position on civilian targets as well as military footage of attacks on Hamas targets.

The al-Qassam Brigades has produced its own slick propaganda videos including a clip boasting of its home-made rocket arsenal. The clips are similar to those created by ISIS – the al-Qaeda-linked terror group running rampant in Iraq - and lean heavily on music which appeals to young supporters and recruits. Al-Qassam has even designed a Hebrew version of one of its existing videos, taunting Israelis with images of Hamas fighters in fatigues.

### 4. BLOGS, FACEBOOK AND GOOGLE+

In response to the popular #GazaUnderFire Twitter hashtag, a group of students at the Interdisciplinary Center in Herzliya (IDC) has convened a propaganda "war room" to promote Israel's case under a website called Israel Under Fire.

Case 2:16-cv-04435-PA-MRW   Document 58-22   Filed 04/24/17   Page 18 of 39   Page ID
#:4137

"In view of the incomplete information provided by many international news outlets, it is in our hands to ensure that our friends and neighbors abroad are properly informed of the events taking place in Israel," the students say. (They also invite you to 'like' them on Facebook.)

The students aim to counter the tide of images posted by Palestinians illustrating the horrifying human toll of Israeli airstrikes. These often gruesome pictures are shared extensively by the Palestinian Interior Ministry on its website, and by the al-Qassam Brigades via its Google Plus account.

## 5. DRONES

The current conflict has seen Hamas deploy drones for this first time, according to Israel. The first was intercepted by the Iron Dome defense system and shot down by a U.S.-made Patriot missile close to the port of Ashdod. The al-Qassam Brigades said earlier this year that it had found an Israeli drone which it said had crashed in the Gaza Strip.

## 6. HACKING

As technology comes to the fore, so does the risk of enemy infiltration. The Free Syrian Army hacked into the IDF Twitter account earlier this month, posting a false claim that rockets had hit an Israeli nuclear plant.

Hackers reportedly took control of the Facebook page of Domino Pizza in Israel earlier this month, publishing warnings in English, Arabic and Hebrew. "Today will strike deep in Israel, Tel Aviv, Haifa, Jerusalem, Ashkelon, Ashdod more than 2000 rockets. We'll start at 7. Counting back towards the end of Israel…Be warned!"

## 7. INTELLIGENCE

In the 2012 conflict, the IDF warned Israelis that Hamas was using information in posts on Facebook and Twitter to help improve the aim of its rockets. Posts revealing the exact locations of rockets which had fallen in open areas could help militants reach their intended targets in future, according to the IDF.

The rapid rise of online propaganda by the likes of ISIS and al-Qassam poses a headache for counterterrorism experts who fear a surge in Western recruits to Islamic jihad. However, it also creates an opportunity for intelligence agencies to use the material to help identify suspects and glean information about the locations and activities of individual terror cells. The Pentagon, which monitors militant contributions to social media, takes on some of postings by reporting the accounts or flagging them for suspension or removal.

Page 1251

Case 2:16-cv-04435-PA-MRW   Document 58-22   Filed 04/24/17   Page 19 of 39   Page ID
#:1273

It recently emerged that the activities of Twitter and Facebook users were recorded and analyzed as part of a project funded by the Department of Defense's military research department, Darpa. The study, which examined how users are influenced by information, included analysis of the tweets of celebrities such as Lady Gaga and Justin Bieber, according to The Guardian.

## 8. TEXTS … AND TELEPHONE CALLS

For those without smartphones or apps, Israel's Homefront Command can deliver urgent SMS updates to Israelis with warnings of incoming rocket attacks. It has used automated calls -- similar to Reverse 911 alerts in the United States - to warn residents in northern Gaza to evacuate ahead of planned airstrikes.

Sometimes the oldest technology can prove to be the most effective. Israel released a recording of a telephone call it says was made by the IDF to a house in Gaza warning those inside of an impending direct missile strike on a nearby target.

---

Page 1252

# EXHIBIT 107





**7/18/14**

# MH17 mystery and war in Gaza

For the second day in a row two stories dominated global news coverage: the downed Malaysia Airlines flight and the escalating conflict between Israel and Hamas.  |  **Duration: 1:31**

---

## Up next in: National Security on msnbc



<u>MH17 mystery and war in Gaza</u>

---



<u>What China is doing to defuse North Korea...</u>

---

<u>Was the world 'duped by Trump' on warship...</u>        Page 1254



---



Is the era of 'strategic patience' over?

---



Then & Now: Trump Admin. remarks on USS...

---



Trump White House defends comments on...

---



Pres. Trump orders review of Iran Nuclear...

---



Trump team's mixed messages on North Korea

---



Is tough talk against North Korea helpful?

---

WH shows 'strong diplomacy' with China on...

---

Case 2:16-cv-04435-PA-MRW   Document 58-22   Filed 04/24/17   Page 23 of 39   Page ID
#:4117



Can Trump really be 'unpredictable' on...



North Korea threatens U.S. with preemptive...



Have intel community and Trump reconciled?



Trump: 'I don't know' if ISIS strike sends...



Depleted or incredible? Candidate vs....



Trump admin drops bomb as new Russia story...



British intel spotted Trump camp Russia ties



The 'Mother of All Bombs,' Explained

Case 2:16-cv-04435-PA-MRW   Document 58-22   Filed 04/24/17   Page 24 of 39   Page ID
#:4118



Thursday columns: Syria 'shock and awe...



Senator says US allies confused over Syria...

## Best of MSNBC



Chris Matthews on Trump's first 100 days: ...



Fmr. Obama official Sally Yates to testify...



NYC officials blast Trump's DOJ for...



Candidate vs. President: Trump changes his...

Pres. Trump shrugs off 100 day benchmark...

Fox News and combating the victim blaming...

Trump: First 100 days is 'ridiculous' –...

'Outsider candidates' key in French election

Trump exposed to conflict through real estate

Trump real estate shown as potential conflict

New Trump hire resurrects corruption question

Matthews: All eyes are on France this weekend

Protester Suing Trump Over Rally Violence...

How Close is Congress to a New Health Care...

Analysis: What Are the Chances of a...

Former National Security Advisor: Iran is...

Sessions Insists He 'Wasn't Diminishing'...

Report: Trump Met Two Fmr. Colombian...

Rep. Cummings: Republicans in a no-win...

Rep. Waters: What we're experiencing with...

## Politics

 Candidate vs. President: Trump changes his...

 Inside Clinton's failed 2016 campaign

 Trump Russia investigator leaving DoJ

 Report shows Russian govt role in US election

 'Mr. Skullduggery' Jeremy Bash on what new...

Now we know why the FBI pursued fmr. Trump...

http://www.msnbc.com/the-last-word/watch/mh17-mystery-and-war-in-gaza-308247107963        4/23/2017

Warren: Turn heat up on Trump Russia case

---

Erik Prince grows Trump Russia contact list

---

Shattered: Authors share the story behind...

---

CIA's Pompeo blasts Wikileaks that...

---

British intel spotted Trump camp Russia ties

---

Trump says the dollar's too strong & it's...

---

Second fmr Trump aide files as foreign agent

---

Candidate Trump: NATO is obsolete, Pres....

---

Is there a Trump Doctrine? President now...

---

Trump retracts a key campaign promise

---

Swalwell: Page's Russia ties worth examining

---

FISA warrant targeted fmr Trump advisor: WaPo

Who is Trump aide Sebastian Gorka?

FBI granted FISA warrant to monitor Carter...

## The Trump Equation



The Trump Equation: Shock and Awe in a...



The Trump Equation: Maybe It Was the Economy



The Trump Equation: Minorities for Trump?



The Trump Equation: In the Battleground...



The Trump Equation: Millennials

The Trump Equation: Now What?

Case 2:16-cv-04435-PA-MRW   Document 58-22   Filed 04/24/17   Page 29 of 39   Page ID #:4123

Morning Joe

 Why Ossoff has a better chance at winning...

 100K people to volunteer for 'Comcast...

 Rep. Cummings: Republicans in a no-win...

 Rep. Waters: What we're experiencing with...

 Trump driving Obamacare reform before 100...

The changing landscape and faces at Fox News

What China is doing to defuse North Korea...

Joe to Democratic Party: Do you want to...

Valerie Jarrett full extended interview

Page 1262

Valerie Jarrett: You can't give up on our...

Time releases '100 most influential list

Judge Curiel, once slammed by Trump, gets...

Potential GOP problems in the lone star state

Sen. Van Hollen explains why Dems need to...

The target audience for tough talk on Iran

Trump approval rebounds 6 points in new poll

Was the world 'duped by Trump' on warship...

Is the era of 'strategic patience' over?

Trump talks about health care for tax...

Columnist prescribes 'manly virtues' for...

Rachel Maddow

 New Trump hire resurrects corruption question

 Trump real estate shown as potential conflict

 Trump exposed to conflict through real estate

 'Outsider candidates' key in French election

 Excess Trump cash pairs with donor access

Report shows Russian govt role in US election

Trump Russia investigator leaving DoJ

Ossoff builds local strategy in national eye

Erik Prince grows Trump Russia contact list

Page 1264

Case 2:16-cv-04435-PA-MRW   Document 58-22   Filed 04/24/17   Page 32 of 39   Page ID #:4126

Warren: Trump beating down working families

_____

Warren: Turn heat up on Trump Russia case

_____

Warren: 'Democracy can't be a spectator...

_____

Trump study a game of 'stupid or nefarious?'

_____

Senator Warren joins Rachel Maddow Wednesday

_____

Trump military confusion risks mixed message

_____

Political favor backfiring on new senator

_____

Trump scandals give new meaning to Tax Day

_____

Sanders rallies with Dems to take red seats

_____

Real Trump deportation plan seen in arrests

_____

Trump ignores oppression in call to Erdogan

_____

Page 1266

# EXHIBIT 108

**From:**          Max Security Intelligence ███████████████
**Sent:**          July 03, 2014 1:49 AM
**To:**            Smith, Stephen (NBCUniversal)
**Subject:**       Israel & Palestinian Territories Tactical: Rocket strikes residential building in Sderot on July 3; overnight unrest recorded in Jerusalem

If you cannot see this email properly, please click here



**Israel & Palestinian Territories Tactical: Rocket strikes residential building in Sderot on July 3; overnight unrest recorded in Jerusalem (July 3, 2014 - 08:40 UTC)**

**Please                          be                          advised**

During the morning hours of July 3, the Israel Defense Forces (IDF) spokesperson reported that at least three rockets were fired from the Gaza Strip toward the southern Israeli city of Sderot, with one causing damage to a residential home. No injuries have been recorded.

This follows repeated incidents of tit-for-tat exchanges between Gaza militants and the Israeli Air Force (IAF) during the evening hours of July 2 and the overnight hours of July 2-3. Beginning during the predawn hours of July 2, the IDF spokesperson reported that nine mortar shells targeted southern Israel, after which the IAF struck a launching site during the evening hours. Subsequent rocket and mortar fire during the evening and overnight hours of July 2-3, including one intercepted by the Iron Dome Missile Defense System over Ashkelon and one that struck a house in Sderot, were similarly followed by IAF airstrikes against 15 targets in the Gaza Strip, including rocket launchers and weapons storage facilities.

In addition, the organization Peace Now has called for a demonstration at 19:30 (local time) on July 3 in Tel Aviv's HaBima Square under the slogan "Rally for Sanity".

Also on July 3, the official Palestinian news agency reported that Palestinian residents of Jerusalem have called for a "general strike" in commemoration of the death of Palestinian youth, Muhammed Abu Khadir, killed on July 2.

Meanwhile, unrest continued in Arab neighborhoods of East Jerusalem, including Shuafat, during the late evening and overnight hours of July 2-3 condemning the death of Abu Khadir. This includes reports that light rail stations were set on fire. As a result, Jerusalem's Light Rail has stated that it is operating only between Mount Hertzl and Ammunition Hill, with a shuttle between Ammunition Hill and Givat HaMivtar. North of Givat HaMivtar, the light rail will not be running.

Page 1268

CONFIDENTIAL

The US Embassy in Tel-Aviv issued a security message to its citizens on July 2 regarding unrest emanating from the demonstrations in Shuafat, Beit Hanina, and Wadi Joz neighborhoods of Jerusalem, advising to avoid such protests due to the threat of violence. They further reported that the light rail has ceased its service north of French Hill, referring to the Givat HaMivtar station. Similarly, the British Foreign Commonwealth Office (FCO) also updated its travel advice for Israel and Palestinian Territories following the aforementioned unrest. They advised to remain vigilant throughout the West Bank and East Jerusalem following Friday prayers, while taking extra care if traveling in the vicinity of settlements.

Finally, reports indicate that the investigation into Abu Khadir's death remains ongoing to determine whether motives behind the death are nationalistic or criminal. However, on July 2, both Hamas and PIJ officials reportedly claimed that Israel will "bear the consequences for Abu Khadir's death and will pay the price for its crimes".

**Assessments**

Given ongoing tit-for-tat exchanges between the IAF and Gaza-based militants, we assess that we assess that an IAF response and further rocket fire should be anticipated in the coming 12-24 hours, as well as in the coming days. This is particularly likely given that a residential building was struck during recent rocket attacks, which will likely trigger retaliation similar in scale and scope to that recorded during the overnight hours of July 2-3, in which 15 locales were targeted in the Gaza Strip.

In this context, we further assess that the Israeli military is likely to refrain from escalation until they consider themselves able to conduct a focused response, which may include a number of targeted assassinations in Gaza of key and high-level figures within Hamas and the Palestinian Islamic Jihad (PIJ). In this context, the recent kidnappings and deaths of three Jewish youth may have caused a number of such figures to temporarily go into hiding. However, it also remains possible that an escalated response from Israel will be deemed necessary prior to this, particularly in the event that incidents of rocket fire incrementally increase or citizen deaths are recorded.

In addition, while the circumstances surrounding the death of the Palestinian youth in East Jerusalem have yet to be confirmed, reports indicate a prevailing perception that it was conducted in retaliation for the deaths of three Jewish youth. As a result, further demonstrations and unrest are liable to be recorded in the coming hours and days, particularly in Shuafat, Beit Hanina, and Wadi al-Joz as well as near the entrance to the Temple Mount/al-Aqsa Mosque Compound, which also witnessed unrest on July 2. In this context, given that Friday prayers are the most popular prayers and often serve as a rallying point, we assess that there is the highest risk for unrest immediately following such prayers, which are scheduled to begin at 12:45.

Finally, given and sensitivities surrounding the ongoing issues, we assess that turnout at tonight's demonstration in Tel Aviv is likely to be in the hundreds, with a heightened police presence likely to be witnessed. That said, given the nature of the protest, unrest is unlikely to be recorded.

**Recommendations**

Page 1269

We advise against all travel to the Gaza Strip at this time due to continuous border crossing closures and the threat of militant activity.

Those traveling in the 40 km area surrounding the Gaza Strip should continue adhering to all safety precautions regarding early warning sirens for incoming rockets. In case you hear a siren, seek shelter in a protected area and remain inside for at least 10 minutes.

Those operating or residing in Jerusalem are advised to avoid nonessential travel to the Shuafat, Beit Hanina, and Wadi al-Joz, as well as the vicinity of the Temple Mount/al-Aqsa Mosque Compound given the potential for further unrest. Maintain heightened vigilance in East Jerusalem and the Old City for the same reason.

Those operating or residing in Tel Aviv are advised to allot extra time for travel while maintaining heightened vigilance at HaBima Square due to the scheduled demonstration.



Focal points in southern Israel

Page 1270

CONFIDENTIAL



Focal points in Jerusalem



Focal point in Tel Aviv

Page 1271

CONFIDENTIAL                              UCP002222



To view a complete description of icons used in intelligence reports, click here.
*(Map created using Google Earth)*

*For any questions or concerns on how these events impact your business continuity, please
contact                                                                            us:*

Intelligence                              support:
On-ground                    support:
General          assistance          hotline:          +44          20-3540-0434
www.max-security.com

**To view a description of this report and others included in our regional intelligence
packages,                                        click                                        here.**

DISCLAIMER: Please note that any views and/or opinions and/or assessment and/or recommendations presented in this text are solely those of
Max Security. If you are not the named addressee you should not disseminate, distribute or copy this text. If you are not the intended recipient
you are notified that disclosing, copying, distributing or taking any action in reliance on the contents of this information is strictly prohibited.
Max Security Solutions accepts no liability for (i) the contents of this text/report being correct, complete or up to date; (ii) consequences of any
actions taken or not taken as a result and/or on the basis of such contents. Copyright 2014 Max Security

To be removed from our mailing list click here

Page 1272