# EXHIBIT 109

| | |
|---|---|
| **From:** | Max Security Intelligence |
| **Sent:** | July 10, 2014 1:20 PM |
| **To:** | Smith, Stephen (NBCUniversal) |
| **Subject:** | Israel & Palestinian Territories Alert: Rockets intercepted over Jerusalem, Tel Aviv on July 10; Palestinian caught with explosive on way to Tel Aviv |

If you cannot see this email properly, please click here



**Israel & Palestinian Territories Alert: Rockets intercepted over Jerusalem, Tel Aviv on July 10; Palestinian caught with explosive on way to Tel Aviv (July 10, 2014 - 20:20 UTC)**

Please be advised
The Israel Defense Forces (IDF) confirmed that four rockets were fired towards Jerusalem from the Gaza Strip, with two being intercepted and two landing in an open area. Meanwhile, following the interception of two rockets over Tel Aviv during the morning hours of July 10 by an Iron Dome anti-missile battery, several more rockets were fired towards the city as well as other locales in the 40-80 km range from Gaza throughout the day. The Ben Gurion International Airport (TLV) continues to operate as usual.

Meanwhile, throughout July 10 Gaza-based militants continued to launch short- and medium-range rockets towards cities within 20 km from the Gaza Strip and those between 20 and 40 km from the territory. These include rockets fired towards Sderot, Ashkelon, Ashdod, and Beer Sheva.
Additionally, several rockets were fired towards the Ramat Negev Regional Council area, as well as the towns of Mitzpe Ramon, Arad, and Dimona. While the rockets were either intercepted or landed in open areas, Hamas reportedly claimed to have aimed at the nuclear reactor located in Dimona.
During the late evening hours of July 10, a rocket explosion in Ashdod set several cars on fire. While initial reports stated that one person was critically injured, Emergency Services in Israel denied these claims, stating that individuals are only being treated for shock
Meanwhile, two IDF soldiers were injured by a mortar round fired by Gaza militants into southern Israel's Eshkol Regional Council.
In Be'er Sheva, several people were treated for shock when one rocket struck a family home and another hit a sports center in the city. Direct hits were also reported on homes in the Sha'ar Hanegev Regional Council, while other rockets and shrapnel from them have landed

CONFIDENTIAL                                                                                                  UCP002599

in yards near homes. The majority of rockets continue to be either intercepted or land in open areas of Israel, mostly in the 20 km and 40 km range from the Gaza Strip.

Meanwhile, on July 10 the IDF continued to carry out constant air strikes on targets in the Gaza Strip, while reportedly warning citizens of Gaza in towns along the border with Israel to evacuate their homes. Following a security cabinet meeting, Prime Minister Benjamin Netanyahu stated that operations will escalate and continue until attacks on Israeli citizens come to a halt.

During the afternoon hours of July 10, security forces apprehended a Palestinian driver on Route 5, which connects the West Bank to northeast Tel Aviv. The security personnel noticed a suspicious device in the car, which was reportedly found to contain explosives. Reports further indicate that the individual admit to planning a militant attack in Israel. Additionally, the British Foreign and Commonwealth Office (FCO) issued an updated travel advisory, warning citizens of a heightened risk of militant attacks in Israel.

**Assessments**

Given the continued rocket fire on areas in the 40-80 km range from the Gaza Strip, we assess that similar attacks will be witnessed over the coming days. Meanwhile, the majority of rockets will likely continue to be intercepted or fall into open areas. Additionally, most rockets will continue to be fired towards locales closer to the Gaza Strip, particularly in the 20 km range and the 20-40 km range. That said, the reports of rockets hitting property, as well as some landing in yards near homes highlights the persistent risk posed by such artillery, while serving as a reminder to heed warning sirens and seek secure shelter.

That said, the reported targeting of the Dimona nuclear reactor by Hamas militants highlights the potential for the group to increasingly target sensitive infrastructure when possible. However, given the relatively rudimentary means available to the group, we assess that the potential for the success of such attacks remain limited particularly against those at such a distance. In this context, infrastructure in areas closer to Gaza, including in cities like Ashkelon as are more likely to be targeted. Similarly, in light of an IDF troop build-ups along the border with Gaza, such forces may increasingly be targeted as witnessed in previous escalations.

In light of the continued barrages of rockets, as well as the landing of several in civilian areas, the use of long-range artillery, and the statements from Netanyahu, we assess that IDF is preparing for the potential to commence a ground operation at any time. This is further supported by warnings issued to Gazan citizens along the border with Israel to evacuate their homes as well as statements from Netanyahu that while the operation is going as planned, additional stages are expected later.

Meanwhile, given the arrest of a Palestinian from the West Bank reportedly attempting to carry out a militant attack in Israel, as well as the updated travel warning from the FCO, we assess that there remains a heightened risk of militant attacks against the population in Israel. As witnessed during previous escalations, these may come in the form of improvised explosive devices (IEDs) as well as shootings or stabbings by residents from the West Bank or Israel with ties or sympathies to Hamas.

**Recommendations: Israel**

Those operating or residing in Israel, including Tel Aviv and Jerusalem, should adhere to all IDF Home Front Command guidelines regarding early warning sirens for incoming rockets. In case you hear a siren, seek shelter in a protected area and remain inside for at least 10 minutes. As a general security precaution, those operating or residing in Israel should ensure that contingency and emergency evacuation plans are updated due to the potential for a further deterioration in the security situation. We advise to contact us to be briefed on the situation, while consulting us for operational support.

We advise against all travel within 40 km of the Gaza Strip at this time. Those remaining within this vicinity should initiate contingency and emergency evacuation plans due to the deterioration in the security situation. Contact us for itinerary and contingency support options.

Those operating or residing in Israel are advised to remain vigilant in the vicinities of crowded commercial centers, public transport hubs, and while using public transportation. Alert authorities to suspicious or unattended packages or baggage in these areas.

For the duration of July 10 and in the coming days, those operating or residing in Jerusalem are advised to avoid travel to the areas of Shuafat, Beit Hanina, Silwan, and Wadi al-Joz, as well as the vicinity of the Temple Mount/al-Aqsa Mosque Compound and the Damascus Gate given the potential for further unrest. Maintain heightened vigilance throughout East Jerusalem and the Old City for the same reason. Avoid nonessential travel to Arab-Israeli towns, particularly Nazareth, I'billin, Qalansawe, Tayibe, and Tira.

**Recommendations: Palestinian Territories**

We advise against all travel to the Gaza Strip at this time due to continuous border crossing closures and the threat of militant activity.

As a general precaution, avoid all travel to the West Bank for the remainder of July 9 and over the coming days, due to the potential for ongoing counter-militancy operations, and relating unrest in Palestinian urban centers. The risk for altercations remains most pronounced in the Hebron, Jenin, and Nablus areas, and to a lesser extent within Ramallah and Bethlehem.

Be advised that crossing points between Israeli and Palestinian controlled territories, including the Qalandiya checkpoint between Jerusalem and Ramallah, have frequently witnessed unrest leading to violence. As a result, crossing points may be closed, or experiencing disruptions. Additionally, avoid nonessential travel to the vicinity of the Ofer prison, due to threat of unrest.





To view a complete description of icons used in intelligence reports, click here.
*(Map created using Google Earth)*

*For any questions or concerns on how these events impact your business continuity, please contact us:*
Intelligence support:
On-ground support:
General assistance hotline: +44 20-3540-0434
www.max-security.com

**To view a description of this report and others included in our regional intelligence packages, click here.**

Page 1277

DISCLAIMER: Please note that any views and/or opinions and/or assessment and/or recommendations presented in this text are solely those of Max Security. If you are not the named addressee you should not disseminate, distribute or copy this text. If you are not the intended recipient you are notified that disclosing, copying, distributing or taking any action in reliance on the contents of this information is strictly prohibited. Max Security Solutions accepts no liability for (i) the contents of this text/report being correct, complete or up to date; (ii) consequences of any actions taken or not taken as a result and/or on the basis of such contents. Copyright 2014 Max Security

To be removed from our mailing list click here

# EXHIBIT 110

| | |
|---|---|
| **From:** | Max Security Intelligence |
| **Sent:** | July 12, 2014 12:41 PM |
| **To:** | Smith, Stephen (NBCUniversal) |
| **Subject:** | Israel and Palestinian Territories Alert (UPDATE): Barrage of rockets target Tel Aviv, central Israel; demonstration slated for Jerusalem on July 14 |

If you cannot see this email properly, please click here



**Israel and Palestinian Territories Alert (UPDATE): Barrage of rockets target Tel Aviv, central Israel; demonstration slated for Jerusalem on July 14 (July 12, 2014 - 19:35 UTC)**

(Click here to read the previous report)

**Please be advised**

Reports indicate that a barrage of long-range rockets was launched from the Gaza Strip towards Tel Aviv and surrounding areas following Hamas' threat to do so at 21:00 (local time). Initial reports indicate that three rockets were reportedly intercepted over the Tel Aviv metropolitan area. No injuries or damage was reported. Rockets at the same time also reportedly targeted Rishon Le Zion, Rehovot, Ramat Gan, Herzeliya, Beer Sheva, Beit Shemesh, Kiryat Malhi, Geddera. No casualties have been reported in these locations either. Hamas claimed that the rockets fired were of a new design.

Meanwhile, right-wing Israeli activists are slated to hold a demonstration at 18:30 (local time) marching from Zion Square to the Damascus Gate in Jerusalem's Old City on July 14. The protests will call on the IDF to enact a stronger response to ongoing rocket fire from Gaza Strip.

**Assessments**

The recent barrage of rockets is the largest targeting the Tel Aviv metropolitan area thus far. In response, an increase in attacks by the Israel Defense Force (IDF) on militant targets in the Gaza Strip in the coming hours should be expected. This is further underscored by unconfirmed reports of a senior Israeli military official stating that Israel will move to a more significant attack in the coming hours. Additional long-range rocket attacks against central Israel are very possible over the coming hours, yet the bulk of rocket fire is likely to remain focused on locales within 40 km of the Gaza Strip.

Page 1280

CONFIDENTIAL UCP001831

Meanwhile, given past occurrences, the protest on July 14 is likely to witness a high turnout, possibly with thousands taking part in the event. Additionally, an increased security presence is likely to be witnessed in the area, with security forces likely to react strongly to incidents of unrest, mainly in the form of dispersing or arresting suspected activists.

Furthermore, during similar protests condemning the Israeli government's perceived inability to protect the three murdered Jewish teenagers on July 1, clashes and traffic disruptions were reported in several locales throughout Jerusalem. With this in mind, the event carries a heightened potential for unrest, including scuffles with security forces, as well as attempts to disrupt traffic with tire fires. Additionally, considering heightened tensions between the Jewish and Arab populations of Jerusalem, clashes between Arab residents and protesters cannot be ruled out. This is further underscored by the fact that the organizers, likely affiliated to the far right Oztma LeYisrael political party, called on protesters to "tell the Arabs from the East Jerusalem that we are the owners of this place".

**Recommendations: Israel**

Those operating or residing in Israel, including Tel Aviv and Jerusalem, should adhere to all IDF Home Front Command guidelines regarding early warning sirens for incoming rockets. In case you hear a siren, seek shelter in a protected area and remain inside for at least 10 minutes. As a general security precaution, those operating or residing in Israel should ensure that contingency and emergency evacuation plans are updated due to the potential for a further deterioration in the security situation. We advise to contact us to be briefed on the situation, while consulting us for operational support.

We advise against all travel within 40 km of the Gaza Strip at this time. Those remaining within this vicinity should initiate contingency and emergency evacuation plans due to the deterioration in the security situation. Contact us for itinerary and contingency support options.

For the duration of July 12 and in the coming days, those operating or residing in Jerusalem are advised to avoid travel to the areas of Shuafat, Beit Hanina, Silwan, and Wadi al-Joz, as well as the vicinity of the Temple Mount/al-Aqsa Mosque Compound and the Damascus Gate given the potential for further unrest. Maintain heightened vigilance throughout East Jerusalem and the Old City for the same reason. Avoid nonessential travel to Arab-Israeli towns, particularly Nazareth, I'billin, Qalansawe, Tayibe, and Tira.

In the afternoon and evening hours of July 14, those operating or residing in Jerusalem are advised to avoid nonessential travel to the vicinity of Zion Square and Jaffa road on the section between the square and the Old City, given the heightened potential for unrest.

**Recommendations: Palestinian Territories**

We advise against all travel to the Gaza Strip at this time due to continuous border crossing closures and the threat of militant activity.

As a general precaution, avoid all travel to the West Bank for the remainder of July 12 and over the coming days, due to the potential for further counter-militancy operations, and relating unrest in Palestinian urban centers. The risk for altercations remains most

CONFIDENTIAL                                                    UCP001832

pronounced in the Hebron, Jenin, and Nablus areas, and to a lesser extent within Ramallah and Bethlehem.

Be advised that crossing points between Israeli and Palestinian controlled territories, including the Qalandiya checkpoint between Jerusalem and Ramallah, have frequently witnessed unrest leading to violence. As a result, crossing points may be closed, or experiencing disruptions. Additionally, avoid nonessential travel to the vicinity of the Ofer prison, due to threat of unrest.



Focal points in and around Gaza



Focal points in Jerusalem



To view a complete description of icons used in intelligence reports, click here.
*(Map created using Google Earth)*
*For any questions or concerns on how these events impact your business continuity, please contact us:*
Intelligence support:
On-ground support:
General assistance hotline: +44 20-3540-0434
www.max-security.com

**To view a description of this report and others included in our regional intelligence packages, click here.**

DISCLAIMER: Please note that any views and/or opinions and/or assessment and/or recommendations presented in this text are solely those of Max Security. If you are not the named addressee you should not disseminate, distribute or copy this text. If you are not the intended recipient you are notified that disclosing, copying, distributing or taking any action in reliance on the contents of this information is strictly prohibited. Max Security Solutions accepts no liability for (i) the contents of this text/report being correct, complete or up to date; (ii) consequences of any actions taken or not taken as a result and/or on the basis of such contents. Copyright 2014 Max Security

To be removed from our mailing list click here