1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION

| UNIVERSAL CABLE PRODUCTIONS LLC, a Delaware limited liability company, and NORTHERN ENTERTAINMENT PRODUCTIONS LLC, a Delaware limited liability company, Plaintiffs, v. ATLANTIC SPECIALTY INSURANCE COMPANY, a New York insurance company, Defendant. | CASE NO. 2:16-cv-4435-PA-MRW<br><br>Honorable Percy Anderson<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' APPLICATION TO FILE UNDER SEAL**<br><br>Time: 1:30 p.m.<br>Date: May 22, 2017<br>Ctrm.: 9A, First St. Courthouse<br><br>File Date: June 20, 2016<br>Discovery Cutoff: May 12, 2017<br>Pre-Trial Conf.: June 16, 2017<br>Trial Date : July 25, 2017 |
|---|---|

Mitchell Silberberg & Knupp LLP

8798337.1

**[PROPOSED] ORDER ON APPLICATION TO SEAL**

1  The Court, having reviewed Plaintiffs' Application To File Under Seal and
2  the supporting Declaration of Lucia E. Coyoca, IT IS HEREBY ORDERED
3  THAT:

5  Plaintiffs' Application To File Under Seal is HEREBY GRANTED.  The
6  following documents shall be filed under seal:

| Document | Portion to be Sealed |
| --- | --- |
| **Exhibit 13 to the Declaration of Randi Richmond (UCP002227-002237).** | The entire document. |
| **Exhibit 15 to the Declaration of Randi Richmond (UCP001013-001014).** | The entire document. |
| **Exhibit 16 to the Declaration of Randi Richmond (UCP002521-002523).** | The entire document. |

16  IT IS SO ORDERED.

18  Dated: _____         _____
                                    Honorable Percy Anderson
                                    United States District Judge