```
 1  LUCIA E. COYOCA (SBN 128314)
        lec@msk.com
 2  VALENTINE A. SHALAMITSKI (SBN 236061)
        vas@msk.com
 3  DANIEL M. HAYES (SBN 240250)
        dmh@msk.com
 4  MITCHELL SILBERBERG & KNUPP LLP
    11377 West Olympic Boulevard
 5  Los Angeles, CA 90064-1683
    Telephone:  (310) 312-2000
 6  Facsimile:  (310) 312-3100

 7  Attorneys for Plaintiffs
    Universal Cable Productions LLC and
 8  Northern Entertainment Productions LLC
```

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| UNIVERSAL CABLE PRODUCTIONS LLC and NORTHERN ENTERTAINMENT PRODUCTIONS LLC,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>ATLANTIC SPECIALTY INSURANCE COMPANY,<br><br>　　　　Defendant. | CASE NO. 2:16-cv-4435-PA-MRW<br><br>The Honorable Percy Anderson<br><br>**TABLE OF CONTENTS OF EVIDENCE IN SUPPORT OF PLAINTIFFS UNIVERSAL CABLE PRODUCTIONS LLC AND NORTHERN ENTERTAINMENT PRODUCTIONS LLC'S MOTION FOR PARTIAL SUMMARY JUDGMENT**<br><br>[Notice of Motion and Motion; Memorandum; Notice of Lodging Statement of Uncontroverted Facts and Conclusions of Law; Statement of Uncontroverted Facts and Conclusions of Law; Declarations of Andrea Garber, Kurt Ford, Randi Richmond, Matthew Levitt, Dennis Ross, Harold Koh, Ty Sagalow, and Lucia Coyoca; Request for Judicial Notice filed/lodged; and [Proposed] Order lodged concurrently herewith]<br><br>Date:　　　May 22, 2017<br>Time:　　　1:30 pm<br>Ctrm.:　　　9A, First St. Courthouse |

---

**TABLE OF CONTENTS OF EVIDENCE**
**IN SUPPORT OF UNIVERSAL'S MOTION FOR PARTIAL SUMMARY JUDGMENT**

8810344.2

# TABLE OF CONTENTS OF EVIDENCE

**Declarations and Exhibits in support of Plaintiffs' Motion For Partial Summary Judgment**

1. **Declaration of Dr. Matthew Levitt**

   **Exhibit A**: Expert Report of Dr. Matthew Levitt

2. **Declaration of Ambassador Dennis Ross**

   **Exhibit B**: Expert Report of Ambassador Dennis Ross

3. **Declaration of Professor Harold Hongju Koh**

   **Exhibit C**: Expert Report of Professor Harold Hongju Koh

4. **Declaration of Ty R. Sagalow**

   **Exhibit D**: Expert Report of Ty R. Sagalow

5. **Declaration of Kurt Ford**

   **Exhibit 1**: December 13, 2013 email from Andrea Garber to Mark Binke and Randi Richmond

6. **Declaration of Andrea Garber**

   **Exhibit 2**: Motion Picture/Television Producers Portfolio Policy

   **Exhibit 3**: December 3, 2013 email from Andrea Garber to Wanda Phillips

   **Exhibit 4**: December 6, 2013 email from Andrea Garber to Kurt Ford, Randi Richmond, and Curt Williams

   **Exhibit 5**: December 11, 2013 application to add *Dig* as an Insured Production

   **Exhibit 6**: December 11, 2013 email from Andrea Garber to Wanda Phillips)

   **Exhibit 7**: December 12-13, 2013 email chain among Andrea Garber, Randi Richmond, Kurt Ford, and Curt Williams

   **Exhibit 8**: December 13, 2013 email from Andrea Garber to Wanda

Phillips

**Exhibit 9**:  December 16, 2013 email chain between Andrea Garber, Wanda Phillips and Bernadette Milinovic

**Exhibit 10**:  January 13, 2014 email with an attachment from Andrea Garber to Bernadette Milinovic

**Exhibit 11**:  January 14, 2014 email from Bernadette Milinovic to Andrea Garber

**Exhibit 12**:  July 28, 2014 letter to Andrea Garber from Pamela Johnson

7. **Declaration of Randi Richmond**

**Exhibit 13**:  April 16, 2014 email from Stephen Smith to Randi Richmond with an attachment

**Exhibit 14**:  January 29, 2015 *Dig* planned and actual shoot schedule

**Exhibit 15**:  July 2, 2014 email chain among Stephen Smith, Randi Richmond, and Mark Binke

**Exhibit 16**:  July 9, 2014 email chain among Stephen Smith, Randi Richmond, and Mark Binke

**Exhibit 17**:  July 10, 2014 email from Stephen Smith to Erin Noordeloos

8. **Declaration of Lucia Coyoca**

**Exhibit 18**:  Plaintiffs' First Amended Complaint

**Exhibit 19**:  Defendant Atlantic Specialty Insurance Company's Answer to Plaintiffs' First Amended Complaint

**Exhibit 20**:

http://www.onebeacon.com/OneBeacon/pages/corppolicies/underwriting_companies.page

**Exhibit 21**:  U.S. Department of Treasury press release titled "U.S.

Mitchell Silberberg & Knupp LLP

8810344.2

Designates Five Charities Funding Hamas and Six Senior Hamas Leaders as Terrorist Entities"

**Exhibit 22**: U.S. Department of Treasury press release titled "U.S. Designates Five Charities Funding Hamas and Six Senior Hamas Leaders as Terrorist Entities"

**Exhibit 23**: U.S. Department of State Fact Sheet

**Exhibit 24**: July 16, 2014 email chain between Wanda Phillips and Daniel Gutterman, Exhibit 29 to the deposition of Daniel Gutterman ("Gutterman Dep.")

**Exhibit 25**: U.S. Department of State Travel Warning regarding travel to Israel, The West Bank and Gaza, as updated February 3, 2014

**Exhibit 26**: June 18, 2014 U.S. Department of State Daily Press Briefing

**Exhibit 27**: June 30, 2014 U.S. Department of State Daily Press Briefing

**Exhibit 28**: July 9, 2014 U.S. Department of State Daily Press Briefing

**Exhibit 29**: July 8, 2014 U.S. Department of State Daily Press Briefing

**Exhibit 30**: July 8, 2014 Daily Briefing by the Department of State Press Secretary

**Exhibit 31**: July 15, 2014 email chain between Michael Arevalo, Susan Weiss, Peter Williams, and Deborah Kizner, Exhibit 10 to the deposition of Peter Williams ("Williams Dep.")

**Exhibit 32**: July 16, 2014 U.S. Department of State Daily Press Briefing

**Exhibit 33**:  July 16, 2014 email chain between Pamela Johnson and Daniel Gutterman,  Exhibit 30 to the Gutterman Dep.

**Exhibit 34**:  July 16, 2014 email chain between Peter Williams, Pamela Johnson and Daniel Gutterman (without attachment), Exhibit 11 to the Williams Dep.

**Exhibit 35**:  September 19, 2014 letter from Pamela Johnson to Lucia Coyoca, Exhibit 20 to the Gutterman Dep.

**Exhibit 36**:  sample OneBeacon insurance policy

**Exhibit 37**:  Merriam-Webster Dictionary definition of "war"

**Exhibit 38**:  Encyclopedia Britannica Online definition of "atomic bomb"

**Exhibit 39**:  U.S. Nuclear Regulatory Commission Glossary definition of "radioactivity"

**Exhibit 40**:  U.S. Nuclear Regulatory Commission Glossary definition of "atomic energy"

**Exhibit 41**:  Article, *How much did the September 11 terrorist attack cost America?*

**Exhibit 42**:  *Timeline: Terror Attacks Linked to Islamists Since 9/11*

**Exhibit 43**:  Deposition Transcript of Peter Williams (excerpts)

**Exhibit 44**:  Deposition Transcript of Daniel Gutterman (excerpts)

**Exhibit 45**:  Deposition Transcript of Theresa Gooley (excerpts)

**Exhibit 46**:  Deposition Transcript of Andrea Garber (excerpts)

**Exhibit 47**:  Deposition Transcript of Susan Weiss (excerpts)

**Exhibit 48**: July 16, 2014 Remarks of the President on Foreign Policy

**Exhibit 49**: July 21, 2014 U.S. Department of State travel warning entitled "Israel, The West Bank and Gaza Travel Warning"

**Exhibit 50**:  Hamas Founding Charter (1988)