1  LUCIA E. COYOCA (SBN 128314)
      lec@msk.com
2  VALENTINE A. SHALAMITSKI (SBN 236061)
      vas@msk.com
3  DANIEL M. HAYES (SBN 240250)
      dmh@msk.com
4  MITCHELL SILBERBERG & KNUPP LLP
   11377 West Olympic Boulevard
5  Los Angeles, CA 90064-1683
   Telephone:  (310) 312-2000
6  Facsimile:   (310) 312-3100

7  Attorneys for Attorneys for Plaintiffs
   Universal Cable Productions LLC and
8  Northern Entertainment Productions LLC

9              UNITED STATES DISTRICT COURT

10      CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION

11

| | |
|---|---|
| 12 UNIVERSAL CABLE PRODUCTIONS LLC and NORTHERN ENTERTAINMENT PRODUCTIONS LLC, | CASE NO. 2:16-cv-4435-PA-MRW |
| | Honorable Percy Anderson |
| Plaintiffs, | **DECLARATION OF DR. MATTHEW LEVITT IN SUPPORT OF PLAINTIFFS UNIVERSAL CABLE PRODUCTIONS LLC AND NORTHERN ENTERTAINMENT PRODUCTIONS LLC'S MOTION FOR PARTIAL SUMMARY JUDGMENT** |
| v. | |
| ATLANTIC SPECIALTY INSURANCE COMPANY, | |
| Defendant. | |

[Notice of Motion and Motion; Memorandum of Points and Authorities; Notice of Lodging Statement of Uncontroverted Facts and Conclusions of Law; Statement of Uncontroverted Facts and Conclusions of Law; Table of Contents of Evidence; Declarations of Andrea Garber, Kurt Ford, Randi Richmond, Levitt, Dennis Ross, Harold Koh, Ty Sagalow, and Lucia Coyoca; and Request for Judicial Notice filed / lodged and [Proposed] Order lodged concurrently herewith]

Time:      1:30 p.m.
Date:      May 22, 2017
Ctrm.:     9A, First Street Courthouse

## DECLARATION OF DR. MATTHEW LEVITT

I, Dr. Matthew Levitt, declare as follows:

1.     I have been retained as an expert witness on behalf of Plaintiffs Universal Cable Productions LLC and Northern Entertainment Productions LLC (collectively, "Plaintiffs") in this action.  I make this Declaration in support of Plaintiffs' Motion for Partial Summary Judgment.  I have personal knowledge of the facts set forth herein, and if called as witness, I could and would competently testify thereto.

2.     Attached hereto as **Exhibit A** is a true and correct copy of my expert report pursuant to F.R.C.P. 26(a)(2)(B) in this matter, which report is incorporated herein as though set forth in full.  I hold the opinions set forth therein in full, and if called as a witness could and would competently testify thereto.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.


Executed this 21<u>st</u> day of April, 2017, at <u>Silver Spring, MD</u>.


<u>                                             </u>
Dr. Matthew Levitt

Mitchell
Silberberg &
Knupp LLP

# EXHIBIT A

## REPORT OF DR. MATTHEW LEVITT

### I.  Scope of Engagement

I have been asked to provide expert opinion on the following issues and their implications for this case:

- A history of the Israeli-Palestinian conflict and background on the Gaza Strip;
- Background on Hamas, its history and ideology, and its activities in Gaza;
- Hamas violence and the purpose of Hamas attacks;
- Hamas and Operation Protective Edge: Before, during and after.

### II.  Qualifications

My qualifications as a noted expert in international terrorism, with a focus on Middle East terrorist groups and particular expertise in their logistical and financial support networks, are based on a multidisciplinary combination of my academic education, professional training and experience.

I am a United States citizen, residing in the Washington, D.C. area.  I hold both a Masters of Law and Diplomacy (MALD) and a Ph.D. in International Relations from The Fletcher School of Law and Diplomacy at Tufts University.  The Fletcher School, a member of the Association of Professional Schools of International Affairs and one of the preeminent graduate programs in international affairs in the United States, is renowned for its interdisciplinary curriculum and approach to international studies.

My Masters degree included concentrations in Conflict Resolution, International Security Studies, and the Middle East.  My doctoral dissertation entitled "The Impact of Acute Security Crises on the Process of Ongoing Negotiations," examines the impact of terrorism on the Arab-Israeli peace process.  I was awarded several fellowships and grants in support of this research, including a graduate research fellowship from the Program on Negotiation at Harvard Law School.  While at Harvard I conducted extensive field research in the West Bank and Gaza Strip.  In a letter supporting my application for funding for my doctoral work, an assistant director of the FBI described the project as one that "will be of great benefit to the FBI and the U.S. Intelligence Community (USIC)."

Prior to joining the Washington Institute, I served as a counterterrorism intelligence analyst with the Federal Bureau of Investigation (FBI) providing tactical and strategic analysis in support of counterterrorism operations.  There I developed a special focus on fundraising and logistical support networks for Middle East terrorist groups.  In addition, I participated as a team member in a number of crisis situations, including the terrorist threat surrounding the turn of the millennium and the September 11 attacks.  In my official capacity as a U.S. government intelligence analyst, I researched and analyzed trends and patterns of international terrorist groups, produced written products and oral presentations for FBI management, FBI field agents and other agencies, and liaised with U.S. intelligence community counterparts, other U.S.

1

government agencies, and foreign services. I received extensive training and developed particular expertise in the analysis of material collected through investigations and the synthesis and further analysis of this material together with other sources of information provided by other agencies, open source information, and more. In this capacity I also made several trips to the Middle East. Indicative of my expertise, I earned three letters of commendation for my analytical contributions to FBI counterterrorism operations, as well as five awards in recognition of superior service rendered to the FBI.

In November 2001 I joined The Washington Institute for Near East Policy as a Senior Fellow in Terrorism Studies. Founded in 1985, The Washington Institute seeks to "advance a balanced and realistic understanding of American interests in the Middle East" by bringing "scholarship to bear on the making of U.S. policy in this vital region of the world." The Institute's Board of Advisors includes several former Secretaries of State, a former Director of Central Intelligence, and other former senior government officials and diplomats. The Washington Institute holds annual conferences and periodic policy forums, hosts blue-ribbon presidential study groups, and publishes scholarly research.

From November 2005 through January 2007 I served as Deputy Assistant Secretary for Intelligence and Analysis in the United States Department of the Treasury. In that capacity, I served both as a senior official within the department's terrorism and financial intelligence branch and as deputy chief of the Office of Intelligence and Analysis, one of sixteen U.S. intelligence agencies coordinated under the Office of the Director of National Intelligence. During my tenure at Treasury, I was at the center of the government's efforts to protect the U.S. financial system from abuse and to deny terrorists, weapons proliferators, and other rogue actors the ability to finance threats to U.S. national security. In recognition of exceptional service to the department, in January 2007 I was awarded the Treasury Department's "Exceptional Service Award." In 2008-2009 I also served as an advisor on counterterrorism and intelligence for the U.S. State Department's Special Envoy Middle East Regional Security (SEMERS) whose mission was to help achieve the Secretary of State's vision of resolving the Israeli-Palestinian conflict through two states living side by side in peace and security.

In February 2007 I returned to the Washington Institute, where I am a Senior Fellow and Director of the since renamed Stein Program on Counterterrorism and Intelligence. In this capacity, I am frequently sought after as an analyst and commentator on terrorism issues for major media outlets including CNN, ABC, NBC, CBS, PBS, The New York Times, The Washington Post, The Wall Street Journal, National Public Radio, BBC, al Jazeera, al Arabiya, and more. I have lectured and consulted on terrorism for a variety of government and other organizations, including the U.S. Departments of State, Homeland Security and Justice, the Commission on Terrorist Attacks Upon the United States (9-11 Commission), the Financial Transactions Reports Analysis Centre of Canada (FINTRAC), the Canadian Security and Intelligence Service, Department of Justice Canada, and others, and write frequent policy briefs and articles on issues relating to terrorism and U.S. policy. I have also taught as a Professorial Lecturer in International Relations and Strategic Studies at Johns Hopkins University's School of Advanced International Studies (SAIS). Along with a collection of journal articles and edited volumes, I am also the author of *Targeting Terror* (Washington Institute, 2002), *Hamas: Politics, Charity and Terrorism in the Service of Jihad* (Yale University Press, 2006),

2

*Negotiating under Fire: Preserving Peace Talks in the Face of Terror Attacks* (Rowman & Littlefield, 2008) and *Hezbollah: The Global Footprint of Lebanon's Party of God* (Georgetown University Press, 2013).

I have developed particular expertise on the terrorist group Hamas and on Iranian state sponsorship of terrorism, as evidenced from the many publications I have written on these subjects, from newspaper editorials and peer reviewed journal articles to Congressional and court testimonies and a book published by Yale University Press.  In the words of Ambassador Daniel Benjamin, a National Security Council official in the Clinton administration and the State Department's Counterterrorism Coordinator in the Obama administration, "Matthew Levitt is undoubtedly one of the world's foremost experts on Hamas and an outstanding commentator on terrorism in general.  I read everything he writes, and I have a very high regard for his work."[1]

At the Institute my work includes the study of Middle Eastern terrorist groups, front organizations and state sponsors, the logistical and financial support networks that facilitate their activities, and the extremist and militant ideologies that drive their recruitment and radicalization efforts.   In my efforts to study and understand terrorism and militant Islamist ideology I interview experts, officials, academics and others with insight into these issues, both in the United States and Europe and in the Middle East.  I engage in private, personal meetings, public conferences, group discussions, and talks that are both on and off the record.  I travel to the Middle East regularly, including trips to the Palestinian territories, Israel, Jordan, Egypt, Bahrain, Kuwait, Qatar, Saudi Arabia, the UAE and Turkey.  I also attend conferences and academic and professional lectures, and read books, newspapers, academic and policy journals, and research these materials on the internet (including the websites, video and audio clips and images on sites geared towards counterterrorism and those of terrorist groups and their sympathizers as well).  These are the standard sources and methods in the academic and policy communities for developing the kind of specialized knowledge and expertise I have accumulated – and for which I have been awarded and commended – in my field.  Indeed, the Sixth Circuit has described my research methodology as "the gold standard."[2]   And, in a watershed ruling upholding the constitutionality of the material support statue §2339B, the Supreme Court of the United States cited my work twice to support its position.[3]

Compiling information from a wide variety of sources, I study and evaluate the information and data I collect, and write about and lecture on my findings.  I engage in regular discussions with other experts both to compare notes and as a means of affording myself an ongoing process of peer-review and fact-checking.  When providing expert testimony in criminal court cases, I also review evidence provided by the prosecution.  In this case, among other things, such as sources footnoted herein, I reviewed the following case-specific pleadings and documents:

---

[1] https://www.amazon.com/Hamas-Politics-Charity-Terrorism-Service/dp/0300122586

[2] See Sixth Circuit Court of Appeals ruling in US v. Damrah, at
http://ftp.resource.org/courts.gov/c/F3/412/412.F3d.618.04-4216.html

[3] See SCOTUS opinion in Humanitarian Law Project et al v. Holder et al, Pp25-26, at
http://www.supremecourt.gov/opinions/09pdf/08-1498.pdf

3

1. First Amended Complaint dated July 7, 2016
2. Answer to First Amended Complaint dated August 5, 2016
3. Letter from Pamela Johnson, One Beacon Entertainment, to Andrea Garber, NBC Universal Media, dated July 28, 2014
4. Letter from Lucia Coyoca, Mitchell Silberberg & Knupp LLP, to Pamela Johnson dated August 13, 2014
5. Letter from Pamela Johnson to Lucia Coyoca dated September 19, 2014

In addition to my work at the Institute, I use my specialized expertise to teach and consult, both for the U.S., and other governments and private sector firms.  I was a member of the Council on Foreign Relations' task force on terrorist financing, and am a member of the international advisory boards for the Institute for Counter-terrorism (ICT) in Israel and the International Centre for Political Violence & Terrorism Research (ICPVTR) in Singapore.  I served as a CTC Fellow at the Combating Terrorism Center (CTC) at U.S. Military Academy (West Point), as a senior fellow at The George Washington University's Homeland Security Policy Institute, and as a member of the Academic Advisory Board of the Emirati Center for Strategic Studies and Research (ECSSR) in Abu Dhabi.  I am a life member of The Council on Foreign Relations.

The awards and honors I have received include:

• Exceptional Service Award, U.S. Department of the Treasury, January 2007;

• Certificate of Appreciation, United States Central Command Directorate of intelligence, February 2006;

• Selected by CNN as one of "The 2005 New Guard: Washington's Next Generation of Newsmakers," April 2005;

• European Union Visitors Program (EUVP), 2005;

• Visiting Scholar, Security Studies Department, the Paul H. Nitze School of Advanced International Studies (SAIS), Johns Hopkins University, March 2003;

• U.S. Department of State Speaker and Specialist Grant (2), April 2002 (lectures in Lithuania), and January 2003 (lectures in Austria);

• Letters of Commendation from Deputy Assistant Director (3), Federal Bureau of Investigation, July 2000, August 2000, July 2001;

• Performance Awards (2), Federal Bureau of Investigation, December 1999, November 2000;

• Special Act or Service Award, Federal Bureau of Investigation, September 1999;

• Graduate Research Fellow, The Program On Negotiation at Harvard Law School, 1997-

4

EXHIBIT A, PAGE 6

1998;

• International Security Studies Fellow, International Security Studies Ph.D. Dissertation Fellowship, the Fletcher School of Law and Diplomacy, 1996-1997;

• International Security Studies Program Graduate Student Research Grant on the Emerging Issues of Ethnic, Sectarian, and Religious Conflict, William H. Donner Foundation, 1996;

• Doctoral Scholarship, the Fletcher School of Law and Diplomacy, 1995-1996;

• Sarah Scaife Frank Rockwell Barnett Memorial Grant in International Security Studies, The Fletcher School of Law and Diplomacy, 1994 and 1996

I am frequently called upon to testify before the United States Senate and House of Representatives as an expert on international terrorism, U.S. policy toward the Middle East, countering violent extremism, and terrorist financing and sanctions policy.  I have been qualified as an expert witness and provided expert testimony in many U.S. federal court proceedings and have testified as an expert in several terrorism-related immigration cases in the U.S. and Canada, as well as in terrorism-related cases in France, Denmark and Scotland.  Many of these cases involved Hamas.

I am widely published, including *Hamas: Politics, Charity and Terrorism in the Service of Jihad* (New Haven: Yale University Press, 2006); *Negotiating Under Fire: Preserving Peace Talks in the Face of Terror Attacks* (Lanham, MD: Rowman & Littlefield, 2008); and *Hezbollah: The Global Footprint of Lebanon's 'Party of God'* (Washington, DC: Georgetown University Press and Hurst Publishers, 2013).  A full list of my books, monographs, journal articles, editorials, and policy briefs is available in my professional C.V. which is attached to this report.

I am being compensated at a rate of $550.00 per hour for my work on this case.  My opinions are my own, however, and I am compensated for my time whatever my opinions may be.

## III.  History of the Israeli/Hamas Conflict

Since the United Nations voted in favor of establishing parallel Jewish and Palestinian states, and the founding of Israel in 1948, several Arab states and Palestinian groups have fought Israel and rejected its right to exist.  In the wake of Israel's military victory in the 1967 Six Day War, in which it conquered the West Bank, East Jerusalem, Gaza Strip and Golan Heights,[4] this conflict shifted in large part from a focus on the wider Arab-Israeli conflict to the Palestinian-Israeli conflict dominated by Israeli occupation of the West Bank and Gaza and Palestinian terrorism targeting both military and civilian targets.  Since then, Israelis and Palestinians have continued to clash over the same small strip of land between the Jordan River and the Mediterranean Sea.[5]

---

[4] https://history.state.gov/milestones/1961-1968/arab-israeli-war-1967

[5] http://vb3lk7eb4t.search.serialssolutions.com.libproxy.lib.unc.edu/?ctx_ver=Z39.88-

5

EXHIBIT A, PAGE 7

Following the 1991 Gulf War and the internationally-sponsored Middle East peace conference in Madrid that followed, secret negotiations led to the signing of the Oslo Accords between Israel and the Palestine Liberation Organization (PLO), at that time headed by Yasser Arafat.  A series of interim agreements were subsequently signed over the next five years, leading to the creation of the Palestinian Authority (PA) and the withdrawal of Israeli forces from most of the Gaza Strip, the main Palestinian towns and most other Palestinian populated areas in the West Bank.

While the Palestinian Authority recognized the State of Israel (and vice versa) as part of the Oslo process, radical rejectionist groups like Palestinian Islamic Jihad (PIJ) and *Harakat al-Muqaawama al-Islamiya*, more commonly known as Hamas, did not.  To counter the peace negotiations accepted by the PLO and pursued by the new Palestinian Authority, ten violent rejectionist groups banded together to form a rejectionist front against the peace process.  These Palestinian terrorist groups, which included the Marxist-oriented Popular Front for the Liberation of Palestine (PFLP) to the Islamist Palestinian Islamic Jihad and Hamas (which were already members of the National Islamic Front), rejected negotiating peace with Israel and advocated continued terrorist attacks against Israel instead.  Established in Damascus, the group was commonly referred to as the "Damascus Ten," though many of the groups were small and insignificant.  The major players behind this rejectionist front were Hamas, Palestinian Islamic Jihad, the PFLP and the Democratic Front for the Liberation of Palestine (DFLP).  According to a statement released at the end of the three-day founding conference in Damascus in October 1993, the groups specifically formed their coalition "with the aim of scuppering the [Israeli-Palestinian peace] accord."[6]

Throughout the 1990s, Hamas and other rejectionist groups maintained headquarters, propaganda offices and training camps abroad and received safe haven, and financial and logistical support from a variety of Middle Eastern governments.  Most of these groups, including Hamas, maintained their headquarters office in Damascus, Syria, which remains one of the primary reasons for Syria's longstanding presence on the State Department's list of "State Sponsors of Terrorism," which lists the "[c]ountries determined by the Secretary of State to have repeatedly provided support for acts of international terrorism."[7]  Hamas itself has been variously designated as a terrorist group by the State Department and other countries around the world.  Iran also provided significant amounts of money for Hamas, and in other states – like Sudan – Hamas has operated offices and training camps.[8]

---

2004&ctx_enc=info%3Aofi%2Fenc%3AUTF-8&rfr_id=info%3Asid%2Fsummon.serialssolutions.com&rft_val_fmt=info%3Aofi%2Ffmt%3Akev%3Amtx%3Abook&rft.genre=bookitem&rft.title=The+Encyclopedia+of+Middle+East+Wars%3A+The+United+States+in+the+Persian+Gulf%2C+Afghanistan%2C+and+Iraq+Conflicts&rft.au=Pierpaoli%2C+Paul&rft.atitle=Intifada%2C+First&rft.date=2010-01-01&rft.volume=2&rft.spage=563&rft.epage=565&rft.externalDocID=1763200392 (563)

[6] "Palestinian rejectionist groups vow to form national opposition movement," AFP, October 9, 1993.

[7] https://www.state.gov/j/ct/list/c14151.htm (State Sponsors of Terrorism)

[8] State Department, "Patterns of Global Terrorism – 2003," Department of State.  June 29, 2004; State Department, "Patterns of Global Terrorism – 1994," Department of State.  April 1995.

6

In December 2000, Israeli and Palestinian leaders and negotiators met at the Camp David Presidential retreat in Maryland in an attempt to reach a final status peace agreement that would (1) establish an independent, sovereign Palestinian state in all of the Gaza Strip and at least 93% of the West Bank, and (2) provide for the security of Israeli citizens.  The deal was to be final, putting to bed the decades old conflict, including both sides' claims and counterclaims. Unfortunately, as subsequently documented by Ambassador Dennis Ross, who mediated Israeli-Palestinian negotiations under the first Bush and both Clinton administrations, Arafat missed a historic opportunity when he turned down the Clinton Proposal presented at Camp David.[9]

Negotiations resumed at the Egyptian resort of Taba in the Sinai shortly thereafter, but fell apart despite further progress on several key issues primarily due to the outbreak of violence in the West Bank and Gaza and the subsequent collapse of the government of Israeli Prime Minister Ehud Barak.[10]

Since September 2000, the Israeli-Palestinian arena has been dominated by Palestinian street violence and organized terrorist attacks (many involving Hamas) on the one hand, and Israeli responses to these attacks.  For example, as of February 22, 2005, 970 Israelis and 3,350 Palestinians had been killed and many thousands more wounded over the course of this devastating period, commonly referred to as the Al Aqsa Intifada.[11]  In 2007, Hamas took over the Gaza Strip by force, as discussed below.

During Operation Cast Lead in 2009, Hamas hid its leaders and weapons within civilian structures such as mosques, homes, and hospitals, putting civilians at risk instead of taking measures to protect civilian population in Gaza.[12]

In mid-2009, despite talk of a ceasefire and pursuit of a peaceful resolution to the Arab-Israeli conflict, Hamas' military wing, the Izz al-Din al-Qassam Brigades, continued to engage in terrorist activities.  For example, shooting attacks remained common along the border between Israel and the Gaza Strip, including the firing of rocket-propelled grenades and mortar shells.  In late July 2009, two Qassam Brigades operatives were killed in a "work accident" while placing explosives along the border fence near the al-Buraij refugee camp in central Gaza.[13]  A few days later, Israeli defense officials revealed that Hamas has been digging tunnels—often used by the group to smuggle weapons and conduct kidnapping operations—next to UN facilities, including one near a UN school in Bait Hanun that had recently collapsed.  The placement of the tunnels near UN facilities was purportedly intended as a preventive measure against an Israeli attempt to destroy the tunnels.[14]

---

[9] http://www.pbs.org/wgbh/pages/frontline/shows/oslo/negotiations/

[10] Ibid.

[11] Anne Penketh, "End of the Intifada: Four long years of bloodshed, bulldozed homes, suicide bombs and targeted killings."  *The Independent*. February 9, 2005.

[12] See Yoram Cohen and Jeff White, *Hamas in Combat: The Military Performance of the Palestinian Islamic Resistance Movement*, Policy Focus #97 (Washington, DC: The Washington Institute for Near East Policy, 2009), available online. ↷

[13] Ali Waked, "Gaza: 2 Hamas Men Killed in "work accident," *Ynet* July 24, 2009. ↷

[14] Yaakov Katz, "Hamas tunneling near UN facilities," *JPOST*, July 27, 2009. ↷

7

### Background on the Gaza Strip

The Gaza Strip has never been a sovereign territory.  In the early 1500s, the Ottomans seized control of the territory from the Byzantine Empire.[15]  By 1917, the protracted deterioration of the Ottoman Empire allowed the British to take over the Mandate of Palestine.[16] Thirty years later, the United Nations General Assembly passed Resolution 181, which endorsed a plan to partition Palestine into separate Jewish and Arab entities.[17]  After declaring independence in 1948, Arab states declared war on the new Israeli state and the war that ensued provoked a mass exodus of tens of thousands of civilians, many of whom gravitated towards Gaza and the relative security provided by the Egyptian army.[18]  In November of 1956, Israel began its first occupation of Gaza as part of its joint response with the French and British to the Suez Crisis.[19]  Israel ultimately withdrew in March of 1957, but another conflict over the territory came only ten years later.  In June of 1967, Israel re-captured Gaza during the Six Day War after repulsing Arab state offenses on multiple borders.  In 2005, Israel withdrew from the Gaza Strip, leaving it, along with the West Bank, under the control of the Palestinian Authority.[20] The following year, Fatah and Hamas agreed to a short-lived national unity government to govern the areas of the West Bank under PA authority and all of the Gaza Strip.[21]  In 2007, Hamas took over the Gaza Strip by force of arms and violence when it turned its guns on its fellow Palestinians from the Fatah party with which it was, for a short time, a partner in a unity government.[22]  Tensions with Fatah continued, with reports that Hamas threw Fatah supporters off rooftops in 2009.[23]

Hamas does not control the Gaza Strip ground, air or sea borders.[24]  Hamas does not coin its own currency.[25]  Hamas in the Gaza Strip is not recognized as a legitimate government by the United Nations, other multilateral organizations, or the vast majority of countries around the world, including the United States.  Most countries around the world do not engage in formal

---

[15] Filiu, *Gaza,* 26.

[16] Filiu, *Gaza,* 36-37.

[17] Filiu, *Gaza,* 57.

[18] Filiu, Gaza, 69.

[19] Filiu, Gaza, 96.

[20] http://www.washingtonpost.com/wp-dyn/content/article/2005/08/10/AR2005081000713.html

[21] http://www.vanityfair.com/news/2008/04/gaza200804

[22] http://www.vanityfair.com/news/2008/04/gaza200804

[23] "Fatah Man Thrown Off Roof," AFP, March 17, 2009, http://www.news.com.au/world/breaking-news/fatah-man-thrown-off-roof/news-story/bb3a7bbe8c9311d1922ba611aa4738c8; See also https://en.europenews.dk/Shimon-Peres-at-Davos-Forum-Hamas-is-Throwing-People-off-Roofs--90274.html

[24] http://www.mfa.gov.il/mfa/foreignpolicy/peace/guide/pages/the%20israeli-palestinian%20interim%20agreement.aspx (The Israeli-Palestinian Interim Agreement, e.g., Art. XII, Annex I, Art. XIII)

[25] Indeed, no "Palestinian currency exists, but the Israeli Shekel (ILS) is the accepted currency." https://www.state.gov/e/eb/rls/othr/ics/2015/241795.htm

8

EXHIBIT A, PAGE 10

diplomatic relations with Hamas.  Hamas continues to engage in terrorist activity, and indeed it prioritizes militancy over other activities at the expense of the Gaza Strip's civilian population. Its various militant components do not always wear military uniforms, especially when fighting in civilian populations so as to blend in with the local population and effectively use residents as human shields.[26]  Rather, as discussed below, Hamas has been variously designated as a terrorist group by countries around the world.

## IV.  Background on Hamas

In 1995, the United States government designated Hamas a Specially Designated Terrorist ("SDT").[27]  In 1997, the United States government designated Hamas a Foreign Terrorist Organization ("FTO"), a designation that has been renewed every two years.[28]  In 2001, the United States government designated Hamas a Specially Designated Global Terrorist ("SDGT"), a designation Hamas has retained through the present.[29]  Additionally, several individuals and front organizations associated with Hamas have been designated SDTs and SDGTs.[30]

### *The Ideology of Hamas*

From its inception, Hamas has been explicitly dedicated to the destruction of the State of Israel and the establishment in its place of an Islamist Palestinian state in all of what was once British Mandatory Palestine--a territory that today comprises Israel, the West Bank, and the Gaza Strip .[31]  Its core ideology is manifest in its 1988 charter, which rejects any permanent peace with Israel on religious, nationalist, and ideological grounds.  The Hamas charter also states that: "The Islamic Resistance Movement believes that the land of Palestine is an Islamic Waqf (Trust) consecrated for future Muslim generations until Judgment Day.  It, or any part of it, should not

---

[26] http://blogs.timesofisrael.com/the-use-of-uniforms-in-the-israelpalestinian-conflict/

[27] Executive Order 12947, "Prohibiting Transactions with Terrorists Who Threaten to Disrupt the Middle East Peace Process," Part IX, January 25, 1995, available online at http://www.treasury.gov/resource-center/sanctions/Documents/12947.pdf

[28] Office of the Coordinator for Counterterrorism, Designation of Foreign Terrorist Organizations, October 8, 1997, available online at http://www.state.gov/www/global/terrorism/fs_terrorist_orgs.html

[29] See Executive Order 13224 - Blocking Property And Prohibiting Transactions With Persons Who Commit, Threaten To Commit, Or Support Terrorism, available online at http://www.treasury.gov/resource-center/sanctions/Documents/13224.pdf

[30] See, for example, "US Designates Five Charities Funding Hamas and Six Senior Hamas Leaders as Terrorists," Office of Public Affairs, U.S. Treasury Department, August 22, 2003, available online at http://www.treasury.gov/press-center/press-releases/Pages/js672.aspx

[31] The Covenant of the Islamic Resistance Movement, August 18, 1988, see, e.g. Article 2 of Hamas's charter that states the movement (i.e. Hamas) is a wing of The Muslim Brotherhood. In Articles 6, 7, 11 and 13 of the charter, there are repeated references to the establishment of a Muslim state in Historical Palestine and of the necessity to wage Jihad in order to free all of Palestine and to destroy the Jews.  See: http://avalon.law.yale.edu/20th_century/hamas.asp

9

be squandered: it, or any part of it, should not be given up."[32]  It therefore flows logically, according to the charter, that with respect to negotiations with Israel and the prospect of any international peace conference:

> There is no solution for the Palestinian question except through Jihad. Initiatives, proposals and international conferences are all a waste of time and vain endeavors.  The Palestinian people know better than to consent to having their future, rights and fate toyed with.[33]

The charter calls for the creation of an Islamic state, rather than a secular one: "Secularism completely contradicts religious ideology.  Attitudes, conduct and decisions stem from ideologies."[34]

Hamas was formally established in December 1987.  Hamas' activities span three primary areas covering the group's political, social and charitable, and military operations. Sheikh Ahmed Yassin, the spiritual founder of Hamas, himself rejected the idea that Hamas' political and social wings are unconnected to its military wing, the Izz al-Din al-Qassam Brigades: "We cannot separate the wing from the body.  If we do so, the body will not be able to fly.  Hamas is one body."[35]

For Hamas, mutating the predominantly ethno-political Palestinian national struggle into a fundamentally religious conflict is critical to the group's ideology and its continued ability to inspire Palestinians to reject compromise or peaceful solutions to the conflict.

Hamas emphasizes its campaign of radicalization targeting Palestinian youth.  During the summer 2009, more than 120,000 Palestinian children attended Hamas-run summer camps that focused not only on Islamic teachings, but also on "semi-military training with toy guns." Hamas campers recently staged a play reenacting the Gilad Shalit abduction before an audience that included Hamas officials such as Usama Mazini and Sheikh Ahmad Bahar.  For Hamas leaders like Bahar, this is business as usual.  In July 2003, a Hamas camp run by Bahar, the al-Aqsa Intifada Martyrs Summer Camp, conducted classes in radical Islam that exposed campers to images of suicide bombers plastered on the camp's walls.  As explained by Bahar, teaching children the history of Islam while surrounding them with pictures of martyrs instills "seeds of hate against Israel."[36]

---

[32] The Covenant of the Islamic Resistance Movement, August 18, 1988, Article 11 of the Hamas Charter, available online via the Avalon Project at Yale Law School, at http://avalon.law.yale.edu/20th_century/hamas.asp

[33] The Covenant of the Islamic Resistance Movement, August 18, 1988, Article 13 of the Hamas Charter, available online via the Avalon Project at Yale Law School, at http://avalon.law.yale.edu/20th_century/hamas.asp

[34] The Covenant of the Islamic Resistance Movement, August 18, 1988, Article 27 of the Hamas Charter, available online via the Avalon Project at Yale Law School, at http://avalon.law.yale.edu/20th_century/hamas.asp

[35] "Yassin Sees Israel 'Eliminated' Within 25 Years," Reuters, May 27, 1998.

[36] MFA, "Participation of Children and Teenagers in Terrorist Activity During the Al Aqsa Intifada," MFA Library,

Exposing Palestinian children to such radical messages at a young age has been a tactic employed not only in recreational institutions but also in schools. In 2001, the Islamic Society (al-Jamiyah al-Islamiyah)--a bedrock Hamas institution in Gaza--held a graduation ceremony for the 1,650 children who attended its forty-one kindergartens.[37]  Photographs of the ceremony show young, uniformly dressed children carrying mock rifles. In the photos, a five-year-old girl dips her hands in red paint to mimic the bloodied hands Palestinians proudly displayed after the lynching of two Israelis in Ramallah. Another child, dressed as Hamas founder Sheikh Ahmed Yassin, is surrounded by other children costumed as suicide bombers. Hamas does not keep its reason for these ceremonies a secret. After his capture, Hamas activist Ibrahim Abd al-Fatah Shubaka told Israeli authorities that the Islamic Charitable Association in Hebron maintains two orphanages and schools that "instill the pupils with Hamas values, and their graduates include operational Hamas activists."[38]

### Hamas' Da'wa and its Primary Purposes in Support of Hamas' Terrorist Acts

The "beauty" of the Hamas' *da'wa*—its proselytizing and social and charitable activities—model is that funds supporting any part of Hamas free up existing monies to support its terrorist activities including, among other things, by funding the construction of Hamas' terror tunnels from Gaza into Israel as discussed below. As a U.S. Treasury official testified in 2003, "Hamas is loosely structured, with some elements working clandestinely and others working openly through mosques and social service institutions to recruit members, raise money, organize activities, and distribute propaganda."[39]  Then-Assistant Secretary for Economic and Business Affairs at the U.S. Department of State E. Anthony Wayne testified in 2003 that "This [the flow of money to Hamas] is a sensitive issue given that some of these financial flows are used to support charitable activities. There can be no doubt, however, that donations to Hamas for charitable purposes free up funds for use in terrorism."[40]  Similarly, in a 2008 U.S. Department of Treasury designation, Under Secretary for Terrorism and Financial Intelligence, Stuart Levey, stated, "Terrorist groups such as Hamas continue to exploit charities to radicalize vulnerable communities and cultivate support for their violent activities."[41]

---

January 2003.

[37] C.S.S. "Subject: Education for Hatred and Terrorism – The Graduation Ceremony of Children from 'Islamic Association' Network Kindergartens Supported by Saudi Money," *Saudi Transfers to the Hamas and to Extremist Groups Identified with It.*

[38] Dale L. Watson, assistant director for counterterrorism, Federal Bureau of Investigation, memorandum to R. Richard Newcomb, director of the Office of Foreign Assets Control, U.S. Department of the Treasury, "Holy Land Foundation for Relief and Development, International Emergency Economic Powers Act, Action Memorandum," November 5, 2001.

[39] David Aufhauser, testimony before House Committee on Financial Services, Subcommittee on Oversight and Investigations, September 24, 2003, http://www.treasury.gov/press-center/press-releases/Pages/js758.aspx

[40] Testimony of E. Anthony Wayne, Assistant Secretary for Economic and Business Affairs, U.S. Department of State, to the House of Representatives Committee on Financial Services, September 24, 2003, available at http://financialservices.house.gov/media/pdf/092403eaw.pdf

[41] "Treasury Designates the Union of Good," U.S. Department of Treasury, November 12, 2008. http://www.treasury.gov/press-center/press-releases/Pages/hp1267.aspx

11

Hamas deems legitimate the mingling of these funds, as it considers the social services it provides a jihadist extension of its terrorist attacks. For example, in 2003, the Muslim Brotherhood's Hamas-associated "Islam-online" website featured a special page glorifying suicide attacks and stressing the need to support not only Palestinian armed struggle but also youth education, social activity and economic assistance as a means of fighting the "economic Jihad."[42]

Hamas' *da'wa* facilitates that activity. In fact, all of Hamas' services and organizations ultimately help facilitate Hamas militancy and attacks. In other words, without its *da'wa*, Hamas would not have the capacity to commit terrorist attacks on the scale that it has to date.

Investigations into Hamas activity in the U.S. led investigators to similar conclusions and to the determination that, in light of the links between the *da'wa* networks and terrorist operatives plotting attacks, tracking the money through the *da'wa* system of logistical supporters of terrorism can be particularly effective in preventing attacks by Hamas. FBI Deputy Director John Pistole testified to Congress in 2003 that FBI investigations into the financial activities of terrorist supporters in the United States helped prevent four different terror attacks abroad.[43] According to Pistole, at least "a portion" of contributions made to Hamas fronts directly support "the terrorist organization's military wing;" other funds support Hamas attacks indirectly, as "any contribution to Hamas, for any purpose, frees up other funds for its planned violence."[44]

Hamas actively solicits the assistance of "civilian" Hamas members to facilitate its terrorist attacks, especially those who can make use of their places of employment to facilitate the al-Qassam Brigades. For example, Hamas recruited Mustafa Amjad, a doctor at al-Razi Hospital in Jenin, to help infiltrate suicide bombers into Israel. After his arrest in June 2002, Amjad confessed to helping Hamas terrorists enter Israel while delivering medicines in his professional capacity.[45] Similarly, according to Israeli intelligence information cited by the FBI, the Dar el-Salam Hospital "was founded in 1995 with HAMAS funds and protection. The building is located on the land of a HAMAS associated- family by the name of Al Bata from Khan Yunis."[46]

---

[42] Israel Defense Forces Spokesperson's Unit, "Hamas-Related Associations Raising Funds Throughout Europe, the US and the Arab World," September 3, 2002.

[43] Whether these pertained to Hamas or other international terrorist groups, the example highlights the close link between those who provide logistical and financial support to terrorist groups and those who actually execute the attacks. See John Pistole testimony before Senate Committee on Banking, Housing and Urban Affairs, September 25, 2003. At the time of his testimony Pistole was Assistant Director of the FBI.

[44] John Pistole testimony before House Committee on Financial Services, Subcommittee on Oversight and Investigations, September 24, 2003, available online at http://www.house.gov/financialservices/media/pdf/092403jp.pdf

[45] "Terrorist Misuse of Medical Services to Further Terrorist Activity," Israel Foreign Ministry, August 26, 2002, available at http://www.mfa.gov.il/MFA/MFAArchive/2000_2009/2002/8/Terrorist%20Misuse%20of%20Medical%20 Services%20to%20Further%20Te

[46] Dale L. Watson, assistant director for counterterrorism, Federal Bureau of Investigation, "Holy Land Foundation for Relief and Development, International Emergency Economic Powers Act, Action

12

EXHIBIT A, PAGE 14

In another case, Hamas operative and financial intermediary Muhammad Salah met al-Qassam Brigades recruits at several mosques, including the al-Bireh mosque and the al-Nasser mosque.[47]  According to al-Qassam Brigades activist Salah Arouri, "I received 96,000 American dollars from Abu Ahmad [Muhammad Salah] which he gave me personally in the Abd al-Nasser mosque in al-Bireh.  He told me that the money was meant for our weapons procurement activity."[48]

Mosques associated with Hamas also serve as meeting places for Hamas fugitives.  For example, arrested al-Qassam Brigades member Salah Arouri recounted hiding al-Qassam Brigades activists Bashir Hamad, Talal Salah, and Imad Aqel in the al-Hares mosque in Hebron after three other members of their cell were captured in October 1992.  Muhammad Salah then personally ferried two of these fugitives to Ramallah.[49]

The *da'wa* network also serves as an opportunity for Hamas to identify and enlist individuals into Hamas.  For example, Ahmad Salim Ahmad Salatneh, head of the Jenin Zakat Committee, recruited young men working for that charity committee into Hamas.[50]

The Jihad Mosque in Hebron was one such breeding ground.  The Mosque had its own soccer team, which produced several Hamas terrorists responsible for a string of attacks conducted over the first six months of 2003, five of which were suicide bombings executed by team members.[51]  The team's jerseys bore a picture of a hand holding an axe with an inscription reading, "Prepare for the enemy and to fight the occupation."[52]  Another Hamas-affiliated sports club has the infamous reputation of serving as the recruitment grounds for six different suicide bombers.[53]

Hamas terrorist operatives frequently hold day jobs within Hamas' *da'wa* system, which provides them with both a salary and cover for their less charitable activities plotting and carrying out terrorist attacks.  For example, documents seized from the offices of the Islamic Relief Agency ("IRA") revealed that it had been paying the salaries of ten West Bank Hamas activists.[54]  Additionally, the placement of battle-hardened operatives in key *da'wa* positions

Memorandum," memorandum to R. Richard Newcomb, director of the Office of Foreign Assets Control, U.S. Department of the Treasury, November 5, 2001 ("Watson Memorandum"), p. 43.

[47] "Subject: Transcriptions of the Police Interviews with Salah Arouri," Israeli Police Document recording Arouri's January 27, 1993 interview.

[48] *Id*.

[49] *Id*.

[50] Watson Memorandum, November 5, 2001, p. 34.

[51] Ian Fisher, "A Sudden, Violent End for a Promising Youth," The New York Times, June 13, 2003.

[52] http://www.telegraph.co.uk/news/worldnews/middleeast/israel/1432360/mosque-football-team-was-terrorists-cover.html

[53] "Unmasking Hamas' Hydra of Terror," A Simon Wiesenthal Center Snider Social Action Institute Report, August 2003. See also: Arnon, Regular. "Hebron's playing and plotting field," Haaretz, May 30, 2003 at: http://www.haaretz.com/hasen/pages/ShArt.jhtml?itemNo=298535&sw=soccer

[54] Watson Memorandum, November 5, 2001, p. 43.

13

streamlines Hamas' ability to skim and launder funds from its charities and social service organizations.

The support Hamas provides is largely determined by a cost-benefit analysis that links the amount of aid awarded to the extent of support that aid will presumably buy.[55]  According to Sheikh Yassin, during the Second Intifada, Hamas distributed $2 million to $3 million in monthly handouts to the relatives of Palestinian suicide bombers, "martyrs" who have been killed by Israelis, and prisoners in Israeli jails.[56]

Dr. Ibrahim al-Yazuri, one of the original founders of Hamas, offered a similar description of Hamas' philosophy regarding charitable giving:

> Everyone knows that the Islamic Resistance Movement, Hamas, is a Palestinian Jihad movement that strives for the liberation of all Palestine, from the (Mediterranean) sea to the river (Jordan), from the north to the south, from the tyrannical Israeli occupation, and this is the main part of its concern.  Social work is carried out in support of this aim, and it is considered to be part of the Hamas movement's strategy.  The Hamas movement is concerned about its individuals and its elements, especially those who engage in the blessed jihad against the hateful Israeli occupation, since they are subjected to detention or martyrdom. The movement takes care of their families and their children and provides them with as much material and moral support as it can.  This is one of the fundamental truths of Islamic work and thus represents the duties of the Islamic state.  The movement provides this aid through the support and assistance it gives to the zakat (Islamic alms-giving) committees and the Islamic associations and institutions in the Gaza Strip.[57]

One specific documented example of Hamas' use of charitable giving to enhance its image in the Palestinian community was its use of the Holy Land Foundation (HLF)—a charity based in Texas—to support its activities.  U.S. officials investigating HLF noted that Hamas' "benevolent programs are used to enhance its image and earn goodwill in the Palestinian

---

[55] To be sure, individuals tied to Hamas receive more assistance than those unaffiliated with it, while members linked to terrorist activity receive the most.  An Israeli government report notes that Hamas charitable organizations "grant preference" to those close to the movement and see to it that those in its favor receive increased financial assistance." According to the report, families of Hamas activists killed or wounded while carrying out terror attacks, and those imprisoned for their involvement in such attacks, "typically receive an initial, one-time grant of between $500-5,000, as well as a monthly allowance of approximately $100."  Significantly, "the families of Hamas terrorists usually receive larger payments than those of non-Hamas terrorists."  See "Hamas's Use of Charitable Societies to Fund and Support Terror," Communicated by the Israel Government Press Office, Monday, September 22, 2003, available online at http://www.mfa.gov.il/MFA/MFAArchive/2000_2009/2003/9/Hamas-s%20use%20of%20charitable%20societies%20to%20fund%20and%20su

[56] Lee Hockstader, "Palestinians Find Heroes in Hamas; Popularity Surges for Once-Marginal Sponsor of Suicide Bombings," Washington Post, August 11, 2001.

[57] Watson Memorandum, November 5, 2001, p. 17.

EXHIBIT A, PAGE 16

community."[58]   To that end, HLF funded zakat (charity) committees tied to Hamas.  In 2004, HLF and several of its directors were indicted on criminal charges that they were illegally providing material support to Hamas.  In 2008, after a jury trial, HLF and five of its former directors were found guilty of illegally transferring more than $12 million to Hamas.[59]

And there is ample evidence that this support of Hamas' *da'wa* – whether motivated by ideological conviction or abject need – plays a vital role in the terrorist activities Hamas leaders and commanders direct and authorize.  Inside the Palestinian territories, the battery of mosques, schools, orphanages, medical clinics, sports leagues, and summer camps are integral components of an overarching apparatus Hamas created and manipulated to incite, recruit, and provide logistical and operational support for weapons smuggling, reconnaissance, and suicide bombings.[60] These entities provide day jobs for field commanders, and shelter fugitive operatives.  They socialize even the youngest children to aspire to die as martyrs.[61]

### *Hamas in the Gaza Strip*

Such activities by Hamas continue today.  One of Hamas' Gaza based charities–The Al-Nur Prisoner Society–has been specifically linked in Israeli police and court documents to the June 2014 attack in which the three Israeli teens, including an American dual national, were kidnapped and murdered.[62] The Al-Nur Prisoner Society has a history of being involved in funding Hamas.  In April 2012 Ahmed Kadi, a former security prisoner, asked for thousands in compensation from Hamas via the Al-Nur Prisoner Society, who offered to give him financial assistance in return for facilitating Al-Nur's transfer of cash to other former prisoners.  On June 12, 2012, Kadi "drove to Dhahiriya southwest of Hebron to give the money to the two beneficiaries, but was arrested by IDF troops, who discovered a total of $19,000 cash in Kadi's car."  As a result, Kadi was indicted on charges of contacting a foreign agent, attempting to provide service to an illegal organization and carrying out a prohibited property transaction in

---

[58] U.S. Department of the Treasury, "Shutting Down the Terrorist Financial Network," December 4, 2001, available at http://www.treas.gov/press/releases/po841.htm (http://www.investigativeproject.org/documents/misc/29.pdf).

[59] U.S. Department of Justice, "Holy Land Foundation, Leaders, Accused of Providing Material Support to Hamas Terrorist Organization," July 27, 2004, available at http://www.justice.gov/opa/pr/2004/July/04_crm_514.htm; U.S. Department of Justice, "Federal Jury in Dallas Convicts Holy Land Foundation and Its Leaders for Providing Material Support to Hamas Terrorist Organization," November 24, 2008, available at http://www.justice.gov/opa/pr/2008/November/08-nsd-1046.html

[60] Israeli Ministry of Foreign Affairs, "The Exploitation of Children for Terrorist Purposes—Jan 2003," MFA Library, January 2003, January 15, 2003, available at http://mfa.gov.il/MFA/MFA-Archive/2003/Pages/The%20Exploitation%20of%20Children%20for%20Terrorist%20Purpose.aspx; Watson Memorandum, November 5, 2001, p. 37; U.S. vs. HLF, et al., GX 3:04-CR-240-G  Palestinian Authority - 2 - 3:04-CR-240-G. PA report entitled "Man Tamwil Hamas? (Who Finances Hamas?)."

[61] *Id.*

[62] See Israeli Police Statement of Hussam Qawasmeh dated July 18, 2014; Israeli Military Court Indictment of Hussam Qawasmeh in File No. 3365/14; Israeli Military Court Conviction of Hussam Qawasmeh in Case No. 6586/14.

15

EXHIBIT A, PAGE 17

reward for terrorist acts.[63] Indeed, a U.S. federal district court jury recently found the Arab Bank civilly liable under U.S. anti-terror laws for providing financial services to Hamas, including 11 Hamas charities, among them the Al-Nur Prisoner Society.[64]  This kidnapping and murder, and its fallout, was a major contributor to the events that led to the conflict between Hamas in Gaza and Israel in the summer of 2014.

In the first half of 2012, Hamas underwent a significant change of its own.  In April 2012, Hamas hardliners dominated in secret elections for the Hamas Shura Council and Political Bureau in Gaza.  For example, the former head of the Damascus-based military committee, Imad al-Alami, was elected deputy chief of the Gaza Political Bureau.  Relative moderates were defeated, while Qassam Brigade leaders loyal to military leader Mohammad Deif won or retained seats on the Political Bureau, including the late Ahmed Jabari, his deputy and successor Marwan Issa, and others.  Under this new, more militant leadership, Hamas leaders gave even greater weight to engaging in terrorist acts against Israel.

Hamas in Gaza has systematically leveraged the agencies and departments it controls to benefit not the people of Gaza but the Hamas movement and its militant agenda.  For example, in 2008 the U.S. Department of the Treasury designated the Union of Good as a terrorist entity, describing it as "an organization created by Hamas leadership to transfer funds to the terrorist organization."  According to information released by the Treasury Department, the Union of Good provided support to Hamas by sending funds to Hamas-controlled organizations in the West Bank and Gaza.  "The primary purpose of this activity is to strengthen Hamas' political and military position in the West Bank and Gaza, including by: (i) diverting charitable donations to support Hamas members and the families of terrorist operatives; and (ii) dispensing social welfare and other charitable services on behalf of Hamas."  The Union of Good facilitated the transfer of tens of millions of dollars a year to "Hamas- managed associations in the West Bank and Gaza Strip," Treasury added, noting further that "some of the funds transferred by the Union of Good have compensated Hamas terrorists by providing payments to the families of suicide bombers."[65]

Consider also the 2010 Treasury Department designation as terrorist entities of a bank and a television station, both set up by Hamas in the Gaza Strip.  The Treasury Department targeted the Islamic National Bank (INB) of Gaza "for being controlled by Hamas, a Specially Designated Global Terrorist, and for providing financial services to Hamas members and employees, including members of the organization's military wing."  Since it is not a recognized sovereign entity, Hamas' founding of a bank outside the bounds of international financial norms and procedures was especially disconcerting, especially to the legitimate Palestinian Monetary

---

[63] Joanna Paraszczuk, "Indictment says former prisoner assisted Gaza terror group," *Jerusalem Post,* June 26, 2012, http://www.jpost.com/Middle-East/Indictment-says-former-prisoner-assisted-Gaza-terror-group

[64] UNITED STATES DISTRICT COURT EASTERN DISTRICT OF NEW YORK, "Courtney Linde, et al., - against – Arab Bank, PLC.," Case 1:04-cv-02799-BMC-VVP Document 1241 Filed 04/08/15, PageID #: 89137

[65] https://www.treasury.gov/press-center/press-releases/Pages/hp1267.aspx

16

Authority of the Palestinian Authority which was (and still does) oversee financial regulation in the Gaza Strip.[66]  The Treasury Department was very clear on its concerns:

> Hamas opened INB in Gaza City in April 2009 after more than two years of planning.   Lacking a legal license from the Palestinian Monetary Authority (PMA), Hamas officials "authorized" the opening of the institution and provided $20 million of the initial capital.   The INB operates outside the legitimate financial system and is not in compliance with Palestinian Authority (PA) banking or securities regulations.   The PA, the PMA and the Palestinian Capital Market Authority have publicly declared the business illegal and have issued public warnings to citizens against doing business with INB or buying its shares.

> While posing as a legitimate financial institution, INB is providing Hamas with a means to receive and store large amounts of smuggled cash to use at the organization's discretion.   In May 2009, Hamas's finance office in Gaza moved 1.1 million Euros to INB, with which it then paid the salaries of members of Hamas's military wing who held accounts there.   Hamas has also opened thousands of accounts for its members at INB through which it pays salaries.

> The INB's board of directors and its senior management consist of high-ranking and prominent Hamas activists, including the chairman of the board of directors and chief executive officer, both of whom were appointed to their positions because of their connections with Hamas.[67]

At the same time it designated the Hamas bank as a terrorist entity, the Treasury Department made the same designation as to the Hamas financed and controlled Al Aqsa Television station.  According to the Treasury Department, "Al-Aqsa is a primary Hamas media outlet and airs programs and music videos designed to recruit children to become Hamas armed fighters and suicide bombers upon reaching adulthood."[68]

To be sure, Hamas leverages its position in Gaza to radicalize Palestinians to support its commitment to violence.  For example, Hamas embarked on a large public relations campaign, using culture and the arts to glorify violence and demonize Israel.  In a telling example, Hamas produced a feature-length film in 2009 that celebrated the life of Emad Akel, a leading Hamas terrorist who was killed by Israeli troops in 1993.  Written by hardline Hamas leader Mahmoud Zahar, *Emad Akel* was first screened in July 2009 at the Islamic University in Gaza City and described by Hamas interior minister in Gaza Fathi Hamad as the first production of "Hamaswood instead of Hollywood."[69]

---

[66] https://www.treasury.gov/press-center/press-releases/Pages/tg594.aspx

[67] https://www.treasury.gov/press-center/press-releases/Pages/tg594.aspx

[68] https://www.treasury.gov/press-center/press-releases/Pages/tg594.aspx

[69] "Gaza: Hamas produces first feature film," Jerusalem Post, July 18, 2009, available online at http://www.jpost.com/servlet /Satellite?cid=1246443841068&pagename=JPArticle%2FShowFull

17

Similarly, Hamas' Al Aqsa Television produced a children's show featuring a Mickey Mouse look alike named Farfur who praised "martyrs" and preached Islamic domination.  After being roundly condemned, including being described as "pure evil" by Walt Disney's daughter, Hamas ran one final skit in which Farfur refused to sell his land to an Israeli, who then murdered the Palestinian mouse.[70]  The young Palestinian girl presenting the skit commented, "Farfur was martyred while defending his land."  He was killed "by the killers of children."[71]  Farfur was quickly replaced with a new character, Nahoul the Bee: "I want to continue in the path of Farfur, the path of Islam, of heroism, of martyrdom and of the mujahedeen. … We will take revenge of the enemies of Allah."[72]  Most recently, the program introduced Nassur, a stuffed bear who called for "slaughter" of Jews "so they will be expelled from our land."[73]  Notably, in 2016, the State Department designated Fathi Hammad himself as a specially designated terrorist for his ongoing terrorist activities on behalf of Hamas.[74]

Militancy and terrorism is central to the Hamas leadership in the Gaza Strip.  In May 2014, Gaza's Finance Ministry indicated that Hamas' security services include approximately 25,000 employees, "and most of them belong to the Qassam Brigades," the group's elite terrorist wing.  According to one account, two-thirds of Hamas policemen were serving as police officers by day and Qassam Brigade operatives by night as early as 2010.

Negotiations on a reconciliation deal between Fatah and Hamas were challenged by Hamas' explicit commitment to continue battling Israel, and therefore how to deal with Hamas militants.  In the spring of 2014 one Qassam Brigade official explained that under a new unity government, "these employees will take orders from the brigade's military leadership, not their current manager at the Ministry of Interior."[75]

In this regard, Hamas was attempting to follow the well-worn and successful path of the militant Lebanese Shiite group Hezbollah.  Following the 2007 takeover of Gaza, Qassam Brigade commanders reorganized their loosely structured underground militia into a semi-formal security service with weapons such as missiles and rockets.  Hamas is now loath to relinquish these many capabilities and sought to negotiate an arrangement in which it retained its arsenal and independent "resistance" militia even as its members were to participate in the unity government -- similar to Lebanon, where Hezbollah ministers serve in government.  "Hamas wants to avoid ministerial responsibility for civilian matters," one unnamed group official recently remarked, "but it wants to maintain its power as a popular-resistance group."[76]

---

[70] Yaakov Lappin, "Disney's daughter slams Hamas' Mickey," Ynet, May 9, 2007, available online at http://www.ynetnews.com/articles/0,7340,L- 3397982,00.html

[71] "Hamas TV Kills Off Mickey Mouse Double," Associated Press, June 30, 2007, available online at http://www.ynetnews.com/articles/0,7340,L- 3419244,00.html

[72] Simon Mcrgegor-Wood, "Bye, Bye Mickey! Hamas TV Abuzz Over Nahoul the Bee," ABC News, July 17, 2007, available online at http://abcnews.go.com /International/story?id=3384547

[73] Josiah Daniel Ryan, "Hamas Children's TV Program Again Calls for 'Slaughter of Jews'," Jerusalem Post, October 4, 2009.

[74] https://www.state.gov/j/ct/rls/other/des/266484.htm

[75] http://www.timesofisrael.com/hamas-official-abbas-wont-control-our-forces/

[76] Jack Khoury, "Hamas Wants to Employ the 'Hezbollah Model'," Haaretz, May 19, 2014

18

## V.  Hamas Violence and the Purpose of Hamas Attacks

Hamas' slogan, as declared in Article 8 of the group's charter, reflects the centrality of violent *jihad*--religiously sanctioned resistance against perceived enemies of Islam--to its objectives: "Allah is its target, the Prophet is its model, the Koran its constitution: Jihad is its path and death for the sake of Allah is the loftiest of its wishes."[77]  Indeed, the National Counterterrorism Center notes the importance of the group's charter: "The group's charter calls for establishing an Islamic Palestinian state in place of Israel and rejects all agreements made between the PLO and Israel."[78]

Since its founding in 1987, Hamas has committed countless acts of violence against both military and civilian targets, including bombings, rocket and mortar attacks, shooting attacks, stabbing attacks, kidnappings and attempted kidnappings and car ramming attacks.  Intended to terrorize not only the targeted individuals but the general Israeli population, Hamas attacks are indiscriminate in nature.  While Hamas terror attacks may not target Westerners, the group's terrorist weapons do not discriminate among their victims.  As such, innocent civilians from around the world have been killed in Hamas attacks, including civilians from the United States, the United Kingdom, Ukraine, Romania, China, the Philippines and Sweden, among other nationalities.  Hamas has purposely targeted many busy civilian venues including, buses, bus and light rail stops, discotheques, restaurants, markets, universities and even a hotel hosting a Passover Seder.[79]

Hamas attacks are intended to terrorize, to instill fear in the civilians who comprise the local population so that they will either leave the land Hamas maintains belongs to the Palestinians or, at a minimum, pressure their leaders to give concessions to Hamas such as to obtain the release of Palestinian prisoners being held in Israeli prisons.  For example, both before and after the so-called "Shalit deal" in which Israel released over 1,000 Palestinian security prisoners in exchange for one captured Israeli soldier in Gaza – Gilad Shalit[80] – Hamas has ceaselessly engaged in kidnappings and attempted kidnappings in hopes of gaining a valuable bargaining chip to use in future negotiations with Israel.

---

http://www.haaretz.com/.premium-1.591501

[77] The Covenant of the Islamic Resistance Movement," Hamas Covenant 1988, The Avalon Project at Yale Law School, http://www.yale.edu/lawweb/avalon/mideast/hamas.htm

[78] "Hamas," Counterterrorism Guide, National Counterterrorism Center, http://www.nctc.gov/site/groups/hamas.html

[79] "Chinese Worker, Palestinian killed in Gaza Settlement Attack," Agence France Presse, June 7, 2005; Beyond Images, "The Family of Nations Under Fire: Victims of Palestinian Violence From 18 Countries," March 2, 2004, http://www.beyondimages.info/b79.html; Beyond Images, "Palestinian Suicide Bombings 1994-2004: Don't Let the World Forget. . .," September 2, 2004, http://www.beyondimages.info/b78.html

[80] William Booth, "Israel's prisoner swaps have been far more lopsided than Obama's Bergdahl deal," *Washington Post*, June 5, 2014, https://www.washingtonpost.com/news/worldviews/wp/2014/06/05/israels-prisoner-swaps-have-been-far-more-lopsided-than-obamas-bergdahl-deal/

19

## VI.  Hamas and Operation Protective Edge: Before, During and After

### Hamas Kidnaps and Murders Three Israeli Teens

On June 12, 2014, three teenage Israelis, one an Israel-American dual citizen, decided to hitchhike home from their schools near the West Bank settlement of Alon Shvut.[81]   Naftali Frenkel, 16, Gilad Shaer, 16, and Eyal Yifrah, 19, were picked up in a car with Israeli plates; the two drivers were wearing traditional Jewish skullcaps.[82]   After the car abruptly turned around from its purported destination, the teenagers realized they were in danger.   Sixteen-year-old Shaer called the police hotline, whispering, "They kidnapped me."[83]   The hotline operator, who did not understand Shaer, heard background noises, and the call ended.   The noises were later found to be the sound of gunshots at close range.[84]   Late that night, Marwan Qawasmeh, one of the kidnappers, knocked on his relative Hussam Qawasmeh's door.   The two men drove to move the bodies from their hiding place to Hussam's land.   On the way, Marwan explained to Hussam that he had threatened the boys, but "one made trouble," so he killed them all.[85]

The pursuit of the three teenagers and their kidnappers, called Operation Brother's Keeper, lasted for over two weeks.   It ended in inevitable tragedy on June 30, 2014 – the boys' bodies were found bound and partially buried in a field near the West Bank city of Hebron.[86]

The sophistication of the plot to kidnap the three boys, and Hamas members' clear and expressed involvement, cannot be denied.   The kidnappers Marwan and Abu Aisheh, killed in a shoot-out with Israelis soldiers, were previously known to Israeli authorities.   The Israeli Shin Bet intelligence agency claimed that both men had "a history of terrorist activity."[87]   Marwan Qawasmeh was held for ten months in 2010, and "admitted to having been recruited to the Hamas military wing in the Hebron area in 2009."[88]

Hussam Qawasmeh, the mastermind of the operation, is a known hardened Hamas operative from the West Bank.   His inspiration for the kidnapping comes from more than just Hamas' leader Salah al-Arouri: his brother Mahmoud, a fellow Hamas operative, was released in a prison exchange for the kidnapped Israeli soldier Gilad Shalit in 2011.[89]   In his Shin Bet investigation, Hussam Qawasmeh revealed the kidnapping was no amateur plot – he had first

---

[81] http://www.haaretz.com/israel-news/.premium-1.660854

[82] http://www.haaretz.com/israel-news/.premium-1.660854

[83] http://www.haaretz.com/israel-news/.premium-1.660854

[84] http://www.haaretz.com/israel-news/.premium-1.660854

[85] http://www.haaretz.com/israel-news/.premium-1.660854

[86] http://www.timesofisrael.com/bodies-of-three-kidnapped-teens-found/

[87] http://www.cnn.com/2014/06/26/world/meast/israel-kidnapped-teenagers-hamas

[88] http://www.cnn.com/2014/06/26/world/meast/israel-kidnapped-teenagers-hamas

[89] http://www.haaretz.com/israel-news/.premium-1.660854

learnt of the plot four or five months earlier from a relative.[90]  Hussam collected $39,000 for the plot from his brother Mahmoud in Gaza, who obtained it from Hamas operatives.[91]  Hussam received most of the money in three separate deliveries from a female interlocutor, and the remaining money was transferred to Hussam in an offsetting transaction.  Hussam used the money to buy three M-16 rifles, the Israeli car in which the boys were picked up, and the jeep in which their bodies were transported after their murder.

In August 2014, Arouri claimed that Hamas was responsible for the kidnapping and murder of the three teenagers.  Speaking at an Islamic scholars' event in Turkey, Arouri boasted, "the [Iz al-Din] al-Qassam's mujahedeen were the ones to carry out [the abduction] in show of support for the prisoners' hunger strike."[92]

Beyond Hamas leadership's claims of responsibility, the group's ties to the plot were plentiful.  The perpetrators were active Hamas members, and they used Hamas funds to purchase cars and weapons.  Their connections through Hamas channels implicate Hamas structures and finances, whether or not the group's senior leadership was aware of the plot or not.  These resources contributed to the sophistication of the plot: the Israeli car the kidnappers used to fool the teenagers, the weapons that killed them, the network drawn upon to plan the attack and hide the perpetrators from Israeli authorities for three months.  Additionally Hamas' political leadership's official sanctioning and encouragement of similar plots paved the way for this particular attack.

In the 12 months leading up to Operation Protective Edge in 2014, Israeli intelligence reportedly foiled 64 kidnapping plots,[93] most plotted by Hamas.  Hamas explicitly referenced their use of kidnappings as a terror tactic, just two months before the kidnapping of the three teenagers.  In April 2014, Hamas Prime Minister in Gaza Isamil Haniyeh insisted that "abducting Israeli soldiers is a top priority on the agenda of Hamas and the Palestinian resistance."[94]

### *Hamas Terrorist Activities during the Summer 2014 Conflict*

In June 2014, Hamas responded to the allegations by Israeli Prime Minister Netanyahu that the group kidnapped Israeli teenagers by launching an onslaught of indiscriminate rocket and mortar attacks into Israel.[95]  According to the Israeli Ministry of Health, between July 7 and August 26 alone, Palestinian armed groups led by Hamas fired 4,881 rockets and 1,753 mortars towards Israel, killing six civilians and injuring as many as 1,600 people, including 270

---

[90] http://www.haaretz.com/israel-news/.premium-1.660854

[91] http://www.haaretz.com/israel-news/.premium-1.609167

[93] https://www.washingtonpost.com/world/middle_east/israel-goes-after-hamas-in-west-bank-in-wake-of-teens-abduction/2014/06/18/d3576d56-adc5-4027-9a0b-90e570346543_story.html?utm_term=.e72d6cd68ea1

[94] http://www.maannews.com/Content.aspx?id=690269

[95] Jefferis, J. (2016). *Hamas: Terrorism, Governance, and Its Future in Middle East Politics.* Santa Barbara, CA: Praeger Security International.

21

children.[96]   Magen David Adom, the Israeli national movement of the Red Cross, reported treating a total of 836 injuries of Israeli civilians, including 36 people who were injured by shrapnel, 33 people who were injured by shattered glass or building debris during rocket and mortar attacks, and 159 people who fell or were injured while running to shelters when alarms sounded.[97]

Amnesty International reported that scores of Hamas rocket and mortar hits in built-up Israeli civilian areas damaged residential homes, infrastructure, public buildings, and educational institutions.[98]   In many cases throughout the 2014 hostilities, Hamas launched both rockets and mortars in the general direction of residential centers containing high numbers of civilians.   The al-Qassam Brigades issued statements, in some cases several times a day, claiming responsibility for rocket and mortar attacks directed at specific Israeli civilian population centers.   For example, the Brigades issued a statement on August 26, 2014 claiming responsibility for rocket attacks launched toward Ofakim, Kiryat Malakhi, Ashdod, Rehovot, Netivot, Tel Aviv, and Be'er Sheva.[99]

Hamas admittedly launched rocket and mortar barrages towards populated areas, though the group often defended its actions by claiming to have been targeting Israeli military forces. Nevertheless, most of the projectiles fired by Hamas were rockets or mortars that lacked guidance systems and thus could not have been directed at specific military objectives. [100]   All the rockets used by Hamas were unguided projectiles, and not even well-trained militants have the accuracy to hit a specific target with mortar rounds.   For these reasons, a UN report from the commission of inquiry established pursuant to Human Rights Council resolution S-21/1 determined that the weapons used could not have been accurately aimed in a manner that distinguished between military objectives and civilian objects and were thus inherently indiscriminate because using them was likely to injure and kill civilians and damage civilian objects.[101]   The report explicitly highlighted the terrorist nature of this lack of control: "The absence of any possible military advantage resulting from rockets that cannot be directed at a military objective, coupled with statements by Palestinian armed groups, strongly suggest that

---

[96]https://unispal.un.org/DPA/DPR/UNISPAL.NSF/5ba47a5c6cef541b802563e000493b8c/d9b813ba823bf05585257e6c004e12ef?OpenDocument

[97] Israel Ministry of Foreign Affairs, Violations of the Law of Armed Conflict, War Crimes, and Crimes Against Humanity Committed by Hamas and Other Terrorist Organizations During Operation Protective Edge, no date, p. 4, http://mfa.gov.il/ProtectiveEdge/Documents/HamasCrimes.pdf (accessed 15 March 2015) (Israel Ministry of Foreign Affairs, Hamas' Violations of the Law). This figure likely includes those treated for shock or anxiety attacks.

[98] https://www.amnesty.ch/fr/pays/moyen-orient-afrique-du-nord/israel-et-territoires-occupes/docs/2015/des-groupes-palestiniens-ont-commis-des-crimes-de-guerre/rapport-unlawful-and-deadly-rocket-and-mortar-attacks-by-palestinian-armed-groups-during-the-2014-gaza-israel-conflict-64-pages-en-anglais

[99]https://unispal.un.org/DPA/DPR/UNISPAL.NSF/5ba47a5c6cef541b802563e000493b8c/d9b813ba823bf05585257e6c004e12ef?OpenDocument

[100]https://unispal.un.org/DPA/DPR/UNISPAL.NSF/5ba47a5c6cef541b802563e000493b8c/d9b813ba823bf05585257e6c004e12ef?OpenDocument

[101] *Id.*

22

the primary purpose of the rocket attacks was to spread terror among the civilian population…"[102]

In addition to conducting indiscriminate rocket and mortar fire towards populated areas, Hamas further endangered Gazan civilians by using civilian sites to conduct military operations. Firstly, Hamas was found to have hidden rockets and other weapons in civilian spaces such as schools, hospitals, and churches.  The aforementioned UN report found that Hamas frequently placed command and control centers and firing positions in residential buildings as well as stockpiled weapons and located tunnel entrances in prima facie civilian buildings.  For example, the United Nations Relief and Works Agency for Palestine Refugees in the Near East (UNRWA) discovered weapons stored in three of its (vacant) schools, one of which was closely situated between two other UNRWA schools each containing 1,500 internally displaced persons.[103]

Hamas also used these civilian areas as bases from which to actually launch attacks. Israeli authorities claimed that the al-Wafa hospital in Shuja'iyyeh was used as a "command center, rocket-launching site, observation point, sniper's post, weapons storage facility, cover for tunnel infrastructure, and a general base for attacks against Israel."[104]  Witness testimonies corroborate many of Israel's claims regarding Hamas' widespread use of civilian areas.  A resident of the al-Karama neighborhood described a July Israeli air strike on his home which killed his parents and two of his nieces to Amnesty International: "That day, while I was resting, two Qassam rockets were fired from the right and left of the house, at the same time that the missiles from the plane hit us."[105]  In an interview with CBN News, Archbishop Alexios confirmed that Hamas militants had used his church in Gaza City, which he had opened up to 2,000 Muslims escaping the conflict, as a compound from which to launch rockets into Israel.[106] Additionally, several international journalists reporting from Gaza City recorded footage of rockets being launched from areas populated by high numbers of civilians during the conflict.  A France 24 correspondent was reporting live from a civilian area in Gaza City when a rocket was launched nearby, and he subsequently broadcasted footage of the rocket launcher, located just 50m from a hotel frequented by international correspondents, 100m away from a UN building, and very near several civilian homes.  His footage also reveals children playing next to the rocket launcher.[107]  On August 4, a crew from NDTV, an Indian television network, filmed Hamas

---

[102] *Id.*

[103] http://www.unrwa.org/newsroom/press-releases/unrwa-condemns-placement-rockets-second-time-one-its-schools

[104] http://embassies.gov.il/MFA/FOREIGNPOLICY/Terrorism/Pages/Hamas-uses-hospitals-and-ambulances-for-military-terrorist-purposes.aspx

[105] https://www.amnesty.ch/fr/pays/moyen-orient-afrique-du-nord/israel-et-territoires-occupes/docs/2015/des-groupes-palestiniens-ont-commis-des-crimes-de-guerre/rapport-unlawful-and-deadly-rocket-and-mortar-attacks-by-palestinian-armed-groups-during-the-2014-gaza-israel-conflict-64-pages-en-anglais

[106] http://www1.cbn.com/cbnnews/insideisrael/2014/August/Gaza-Bishop-Hamas-Used-Church-to-Fire-Rockets

[107] https://www.amnesty.ch/fr/pays/moyen-orient-afrique-du-nord/israel-et-territoires-occupes/docs/2015/des-groupes-palestiniens-ont-commis-des-crimes-de-guerre/rapport-unlawful-and-deadly-rocket-and-mortar-attacks-by-palestinian-armed-groups-during-the-2014-gaza-israel-conflict-64-pages-en-anglais

23

militants burying and rigging a rocket launcher in an open area directly next to the al-Mashtal hotel in Gaza City in an area surrounded by residential buildings.  The crew then caught the rocket being launched the following morning.[108]  Both Israeli monitoring authorities and non-biased witnesses throughout Gaza believe Hamas intentionally used civilian areas to fire rockets and mortars.  In fact, despite the group's typical denials of these various reports, a senior Hamas official, Ghazi Hamad, even told the *Associated Press,* "The Israelis kept saying rockets were fired from schools or hospitals when in fact they were fired 200 or 300 meters away.  Still, there were some mistakes made and they were quickly dealt with."[109]

### Hamas' Terror Tunnels from Gaza into Israel

The 2014 conflict itself led to a disturbing realization: Hamas had been constructing a massive underground tunnel system to terrorize and kill Israelis.  This was far from the first time that Hamas had dug tunnels into Israeli territory – the infamous kidnapping of Israeli soldier Gilad Shalit in 2006 was also carried out by Hamas operatives who had travelled into Israel via tunnel.[110]  Yet the sophistication of the tunnel network had surged since the terror organization had seized control of Gaza.  In 2013, workers at Kibbutz Ein Hashlosha, a residential area near the Israeli-Gazan border, reported strange sounds coming from beneath their village.  Upon investigation, Israeli authorities found a tunnel 50 feet underground, over a mile and a half long, an entry point in Khan Younis, and an exit in Ein Hashlosha.[111]  Hamas had used about 500 tons of cement, earmarked for civilian infrastructure, in this colossal project.  Its detection – and destruction – was mourned by senior Hamas officials.  Confirming its purpose as a kidnapping vehicle, Hamas leader Khaled Mishal's deputy, Moussa Abu Marzouk, lamented its loss on his Facebook page.  "The tunnel which was revealed was extremely costly in terms of money, effort, and blood," Abu Marzouk wrote.[112]

Prior to Operation Protective Edge, Hamas had constructed a sophisticated tunnel network "between posts, positions, mosques, training camps, and rocket launching sites."[113]  All told, the Israeli Defense Forces neutralized 32 tunnels in less than a month in 2014.  According to the IDF, 14 of these tunnels had exits in Israel.[114]  In 2013, the IDF claims to have discovered only three tunnels along the Gaza-Israel border, indicating a dedicated and intentional build-up of tunnel infrastructure by Hamas in the months leading up the summer 2014 conflict.[115]  A senior Israeli intelligence official alleged that Gazan leadership "invested…millions of dollars

---

[108] http://www.ndtv.com/world-news/ndtv-exclusive-how-hamas-assembles-and-fires-rockets-641680

[109] http://www.theatlantic.com/international/archive/2014/09/hamas-quietly-admits-it-fired-rockets-from-civilian-areas/380149/

[110] http://usatoday30.usatoday.com/news/world/2007-06-25-israeli-palestinian_N.htm

[111] http://www.timesofisrael.com/hamas-terror-tunnel-found-running-from-gaza-to-israel/

[112] http://www.timesofisrael.com/how-the-tunnels-in-gaza-are-dug-and-detected/

[113] http://www.vanityfair.com/news/politics/2014/10/gaza-tunnel-plot-israeli-intelligence

[114] https://www.idfblog.com/2014/08/05/operation-protective-edge-numbers/

[115] https://www.idfblog.com/2014/03/21/idf-soldiers-unveil-terror-tunnel-gaza-2/

24

every year" – in an area known for its crippling poverty and unemployment – for the production of these highly sophisticated tunnels.[116]

As the dust settled after Operation Protective Edge, IDF spokesman Lt. Col. Peter Lerner asserted that Israel had averted a massive attack by targeting the tunnel network during the conflict.  Before the June 2014 kidnapping of three Israeli teenagers sparked the conflict, and led to the discovery of Hamas' tunnel network, the organization had planned a "simultaneous, coordinated, surprise attack within Israel."  According to Lerner, "200 terrorists armed to the teeth" were to move underground "toward civilian populations," in an attack to comprise 14 tunnels into Israel.[117]  "With at least 10 men in each tunnel, they would infiltrate and inflict mass casualties."[118]  The goal of the mission was two-fold: to massacre civilians for propaganda-production purposes, and to kidnap Israelis to be used in prisoner swaps.[119]

### Hamas' Terrorist Activities Continue

Despite its ongoing status as an international pariah, Hamas continues to pursue terrorist activity.  Take, for example, some of Hamas' activities in 2016 alone.  In February 2016, senior Hamas official Mahmoud al-Zahar proclaimed the reconstruction of the tunnels into Israel at the funeral of a militant who had recently died in a tunnel's collapse.[120]  Hamas also released a video encouraging suicide attacks, in a clip frighteningly reminiscent of its activities during the Second Intifada.  The video dramatizes a suicide bomber boarding an Israeli commuter bus, proclaiming, "The intifada is not an intifada if the bus roof doesn't fly off."[121]

In April 2016, Israel discovered a cross-border tunnel in southern Israel, the first such discovery since Operation Protective Edge.[122]  May 2016 saw a renewal of Hamas rocket fire into Israel.  Against a backdrop of this renewed violence, Israel discovered another tunnel 90 feet below the earth in the Gazan-Israeli border area.[123]

In October 2016, Israeli authorities arrested a Hamas operative who, at Hamas' direction, had been planning a number of terror attacks in and around Jerusalem, including a suicide bombing a bus.  Muhammad Fuaz Ibrahim Julani had received 7,000 shekels from his handlers for the attacks, and had begun constructing bombs to use in attacks to include a bombing at the

---

[116] https://www.idfblog.com/2014/02/03/terror-underground-hamas-digging-tunnels-building-rockets-gaza/

[117] http://www.vanityfair.com/news/politics/2014/10/gaza-tunnel-plot-israeli-intelligence

[118] http://www.vanityfair.com/news/politics/2014/10/gaza-tunnel-plot-israeli-intelligence

[119] http://www.vanityfair.com/news/politics/2014/10/gaza-tunnel-plot-israeli-intelligence

[120] http://www.timesofisrael.com/hamas-official-confirms-then-denies-tunnels-reach-into-israel/

[121] http://www.timesofisrael.com/hamas-calls-for-suicide-bombings-in-israelis-buses/

[122] https://www.nytimes.com/2016/04/19/world/middleeast/israelis-find-new-tunnel-from-gaza-into-israel.html?rref=collection%2Ftimestopic%2FHamas

[123] https://www.nytimes.com/2016/05/06/world/middleeast/israelis-find-second-tunnel-from-gaza-and-may-know-of-others.html?rref=collection%2Ftimestopic%2FHamas

EXHIBIT A, PAGE 27

Jerusalem Central Bus Station.[124]  Israeli authorities disrupted more Hamas attacks in December, seizing large quantities of weapons and ammunition from two Hamas cells in the West Bank. One of the cells was directed by Ibrahim Abdallah Ghnimat, a Hamas militant serving a life prison in Israel for his roles in a mass attack in Tel Aviv and the kidnapping and murder of an Israeli soldier.[125]  When they were disrupted by Israeli authorities, the cells had been in the process of planning to kidnap and murder Israeli soldiers.[126]

Hamas has put its full terrorist nature on display in its recent elevation of Yahya Sinwar to be its new political head in Gaza.  Sinwar, a longtime leader in the Qassem Brigades, was designated as a Specially Designated Global Terrorist (SDGT) by the U.S. State Department in 2015.[127]  He was released from Israeli prison in 2011 as part of the prisoner swap in exchange for the release of Israeli soldier Gilad Shalit.  At the time of his release, Sinwar had been serving four life sentences for the kidnapping and murder of two Israeli soldiers in 1988.[128]  In the designation press release, the U.S. Government described Sinwar as "one of the most senior and prominent prisoners" returned to Hamas in 2011.  Sinwar has repeatedly "called on militants to capture more Israeli soldiers."[129]  Analysts claim he will further link the supposedly separate political and military wings of Hamas; his brother Mohammed is the head of the Qassem Brigades.  Sinwar is considered a hardliner even by Hamas standards; he is known for founding Munazzamat al Jihad w'al-Dawa [Majd], the Hamas body responsible for identifying – and killing – any and all Palestinians suspected of "collaboration" with Israel.[130]  He famously rejected the deal that led to his release, saying that the over one thousand Hamas prisoners exchanged for Shalit was not enough.[131]

## VII.  Conclusion

In summary, the Gaza Strip has never been a sovereign territory.  In turn, Hamas does not control the Gaza Strip ground, air or sea borders.  Hamas in the Gaza Strip is not recognized as a legitimate government by the United States, the United Nations, other multilateral organizations,

---

[124] http://www.jpost.com/Arab-Israeli-Conflict/Israel-thwarts-Hamas-plan-to-detonate-suicide-bomb-on-bus-in-Jerusalem-469919

[125] http://www.jpost.com/Annual-Conference/Hamas-kidnapping-shooting-attack-plot-foiled-by-Israel-474817

[126] http://www.jpost.com/Annual-Conference/Hamas-kidnapping-shooting-attack-plot-foiled-by-Israel-474817

[127] https://www.state.gov/j/ct/rls/other/des/266520.htm

[128] https://www.washingtonpost.com/world/middle_east/hamas-names-hard-liner-as-its-new-political-leader-in-gaza-/2017/02/13/b4e31518-f1f6-11e6-9fb1-2d8f3fc9c0ed_story.html?utm_term=.32d84d5403ce

[129] https://www.state.gov/j/ct/rls/other/des/266520.htm

[130] https://www.theguardian.com/world/2017/feb/13/hamas-elects-hardliner-yahya-sinwar-as-its-gaza-strip-chief

[131] https://www.theguardian.com/world/2017/feb/13/hamas-elects-hardliner-yahya-sinwar-as-its-gaza-strip-chief

26

or the vast majority of countries around the world, and most countries around the world do not engage in formal diplomatic relations with Hamas. Rather, as discussed above, Hamas has been variously designated as a terrorist group by countries around the world.

Hamas continues to produce and field weapons targeting civilians, and continues to engage in terrorist activity, and indeed it prioritizes militancy over other activities at the expense of the Gaza Strip's civilian population. It digs tunnels from the Gaza Strip into Israel for the purpose of carrying out terrorist attacks and produces Hebrew-language videos threatening to kill Israeli civilians. In one video, produced in early 2017, Hamas threatens, "we will eat you, Zionists, without salt," adding, "ooooh...Zionist, a rocket will get you where you live."[132] Hamas continues to fire rockets indiscriminately at Israeli civilian population centers, prompting Israeli airstrikes against Hamas positions.[133]

Hamas uses its position in Gaza to further its expressly militant and terrorist objectives. Hamas remains an internationally recognized terrorist group and is so designated (in whole or in part) by the United States, European Union, Canada Australia, Israel and more. The fact that Hamas controls the Gaza Strip makes it no more a legitimate entity than other terrorist groups that control territory they took over by force, including Boko Haram in Nigeria, al Qaeda in the Arabian Peninsula (AQAP) in Yemen, and the Islamic State (ISIL) in Syria, Iraq, Libya, and Egypt (among others).

Dated:        March 7, 2017

_____
Dr. Matthew Levitt

---

[132] http://www.jpost.com/Arab-Israeli-Conflict/New-Hamas-music-video-threatens-to-rain-down-rockets-on-Israel-480917

[133] http://www.jpost.com/Arab-Israeli-Conflict/Rocket-fired-from-Gaza-lands-in-southern-Israel-none-hurt-480695

EXHIBIT A, PAGE 29

# CURRICULUM VITAE

EXHIBIT A, PAGE 30

# *Matthew Levitt,* Ph.D.

1111 19th Street, NW, suite 500, Washington, DC  20036  *  mlevitt@washingtoninstitute.org

**Experience:**

**The Washington Institute for Near East Policy**　　　　　　　　Washington, DC
*Fromer-Wexler Fellow*
*Director of the Stein Program on Counterterrorism & Intelligence*　　2007- Present
• Write, lecture and consult on terrorism, intelligence, the Middle East and U.S. policy

**Combating Terrorism Center, U.S. Military Academy at West Point**
*Instructor, External Education Program*　　　　　　　　　　May 2008 – 2013
• Teach a variety of counterterrorism courses for CTC's external education program

**Johns Hopkins University, Paul H. Nitze School of Advanced International Studies (SAIS)**
*Professorial Lecturer in International Relations – Strategic Studies*　　Washington, DC
• Teach graduate course entitled "Combating the Funding of Transnational Threats"　　2007 - 2012
• Teach graduate course entitled "Terrorism: Concepts and Problems"　　2004 – 2005

**U.S. Department of State, Special Envoy for Middle East Regional Security**　　Washington, DC
*Counterterrorism Advisor (part time, Temporary Government Employee)*　　Feb 2008 – April 2009
• Advise Special Envoy General (ret) James Jones and staff on counterterrorism and intelligence issues
• Contribute to team's assessment of Palestinian/Israeli security sector and help draft final report

**U.S. Department of the Treasury**　　　　　　　　　　　　Washington, DC
*Deputy Assistant Secretary for Intelligence and Analysis*　　　　2005- 2007
• Senior Executive Service (SES) manager within Terrorism and Financial Intelligence branch
• Deputy Chief of the Office of Intelligence and Analysis, one of the 16 US intelligence agencies

**The Washington Institute for Near East Policy**　　　　　　　Washington, DC
*Senior Fellow and Director of Terrorism Studies*　　　　　　　2001- 2005
• Direct Terrorism Studies Program; write, lecture and consult on terrorism, the Middle East and U.S. policy

**Johns Hopkins University, Zanvyl Krieger School of Arts and Sciences**
*Lecturer*　　　　　　　　　　　　　　　　　　　　Washington, DC
• Taught graduate course on "Contemporary Terrorism and the American Response"　　Summer 2005

**Federal Bureau of Investigation,** International Terrorism Intelligence Unit　　Washington, DC
*Intelligence Research Specialist*　　　　　　　　　　　　1998 - 2001
• Provided tactical and strategic analysis in support of FBI counterterrorism operations

**The Washington Institute for Near East Policy**　　　　　　　Washington, DC
*Soref Fellow*　　　　　　　　　　　　　　　　　　1998
• Analyst focused on the Middle East peace process, terrorism and Palestinian politics and society

**The Program on Negotiation at Harvard Law School**　　　　Cambridge, MA
*Graduate Research Fellow*　　　　　　　　　　　　　1997-1998
• Doctoral fellowship to pursue field research in the Middle East and commence writing of doctoral thesis

1

EXHIBIT A, PAGE 31

**Additional Affiliations:**

- Associate Fellow, The Henry Jackson Society (2016-present)
- Contributor, The Hill (2014-present)
- Academic Advisory Board Member, Emirati Center for Strategic Studies and Research (ECSSR), Jan 2015-Jan 2017
- Senior Fellow, Homeland Security Policy Institute, The George Washington University (2009-2015)
- Member, The Council on Foreign Relations (2011-present; Term Member 2005-2010)
- Associate Fellow, Combating Terrorism Center (CTC) at U.S. Military Academy at West Point (2007-2012)
- Member, Association for the Study of the Middle East and Africa (ASMEA)
- Advisory Board Member, Institute for Counter-terrorism (ICT), Israel
- Advisory Board Member, Center on Sanctions and Illicit Finance, Foundation for Defense of Democracies (2015-present)
- Advisory Board Member, ICT Working Paper Series, Institute for Counter-terrorism (ICT), Israel
- Advisory Council Member, International Centre for Political Violence & Terrorism Research (ICPVTR), Singapore
- Member, Middle East Strategy at Harvard (MESH), John M. Olin Institute for Strategic Studies at Harvard University
- Member, Working Group on "Containing a Nuclear Iran," Saban Center at the Brookings Institution (2010-2011)
- Member, Counterterrorism and Intelligence Task Force, Homeland Security Policy Institute, The George Washington University (2011)
- Member, Advisory Committee for production of the Council on Foreign Relations Special Report "Yemen: Meeting the Challenge" (2011)
- Member, Crisis in Middle East Task Force, Saban Center at the Brookings Institution (2008)
- Member, Council on Foreign Relations Task Force on Terrorist Financing (2005)

**Education:**

**Tufts University, The Fletcher School of Law and Diplomacy**                    Medford, MA
- Ph.D. in International Relations (Terrorism and Conflict Resolution)          May 2005
  - ~ Passed Ph.D. Oral Exam with Distinction
- Master of Arts in Law and Diplomacy (M.A.L.D.)                              May 1995
  - ~ Concentrations: Negotiation and Conflict Resolution, International Security Studies, the Middle East

**Yeshiva University**                                                        New York, NY
- BA *cum laude* in Political Science                                          June 1992

**Selected Honors/Awards:**

- U.S. Department of Justice, Certificate of Recognition, October 2015
- U.S. Secret Service, Certificate of Appreciation, 2015
- U.S. Marine Corps Forces Cyber Command, Letter of Appreciation, April 3, 2013
- U.S. Department of Justice, Federal Bureau of Investigation, Certificate of Appreciation, March 22, 2103
- U.S. Department of State "Counter-Terrorism Policy" Speaker Grant (lectures in Germany), January 2010
- Ministry of Interior, Kingdom of Bahrain, Award Certificate, February 25, 2009
- *Hamas: Politics, Charity and Terrorism in the Service of Jihad* selected as a 2007 Top Seller in Politics and Law as compiled by YBP Library Service
- *Hamas: Politics, Charity and Terrorism in the Service of Jihad* selected as a 2007 AAUP University Press Book for Public and Secondary School Libraries
- Exceptional Service Award, U.S. Department of the Treasury, January 2007
- Certificate of Appreciation, United States Central Command Directorate of Intelligence, February 2006
- Selected by CNN as one of "The 2005 New Guard: Washington's Next Generation of Newsmakers," April 2005
- European Union Visitors Program (EUVP) 2005
- Certificate of Commendation, U.S. Attorney Office, District of Idaho, Department of Justice, December 2004

2

EXHIBIT A, PAGE 32

- Visiting Scholar, The Paul H. Nitze School of Advanced International Studies (SAIS), Johns Hopkins University, March 2003
- U.S. Department of State Speaker and Specialist Grant (lectures in Austria), January 2003
- U.S. Department of State Speaker and Specialist Grant (lectures in Lithuania), April 2002
- Outstanding Service award, International Terrorism Analysis Unit, Federal Bureau of Investigation, November 2001
- Letter of Commendation from Deputy Assistant Director (3), Federal Bureau of Investigation, July 2000, August 2000, July 2001
- Time Off Award (2), Federal Bureau of Investigation, April 2000, April 2001
- Performance Awards (2), Federal Bureau of Investigation, December 1999, November 2000
- Special Act or Service Award, Federal Bureau of Investigation, September 1999
- Graduate Research Fellow, The Program On Negotiation at Harvard Law School, 1997-1998
- International Security Studies Fellow, International Security Studies Ph.D. Dissertation Fellowship, The Fletcher School of Law and Diplomacy, 1996-1997
- International Security Studies Program Graduate Student Research Grant on the Emerging Issues of Ethnic, Sectarian, and Religious Conflict, William H. Donner Foundation, 1996
- Doctoral Scholarship, The Fletcher School of Law and Diplomacy, 1995-1996
- Sarah Scaife Frank Rockwell Barnett Memorial Grant in International Security Studies, The Fletcher School of Law and Diplomacy, 1994 and 1996

**Court Testimony:**

- Qualified as an expert witness and provided expert testimony in several U.S. federal court proceedings, including US v. Mohamed Yousef Hammoud, et al (Western District of North Carolina, June 2002); US v. Fowad Assed (Eastern District of New York, March 2003); US v. Fawaz Damrah (Northern District of Ohio, June 2004); US v Mohammed Ali Hassan Al Moayad (Eastern District of New York, February 2005); US v Sami Amin Al Arian et al (Middle District of Florida, 2005); US v Mousa Abu Marzook et al (Northern District of Illinois, Eastern Division, November 2006); US v Holy Land Foundation for Relief and Development et al (Northern District of Texas, Dallas Division, July 2007); US v Muhamed Mubayyid et al (District of Massachusetts, December 2007); US v Holy Land Foundation for Relief and Development et al (Northern District of Texas, Dallas Division, September 2008 retrial); Soussi v. Napolitano et al (Eastern District of California, August 2009); US v Mahmoud Reza Banki (Southern District of New York, May 2010); US v Defreitas et al (Eastern District of New York, July 2010); US v Vaghari (Eastern District of Pennsylvania, February 2011); Atalla v. USCIS et al (District of Arizona, April 2011); US v Ibrahim (Eastern District of New York, May 2011); US v Allouche (Western District of Texas, February 2015); US v Tsarnaev, District of Massachusetts, March 2015)

- Testified as expert witness in foreign terrorism cases: Denmark v Al Aqsa Foundation et al (Copenhagen City Court, Courts of Law of the Kingdom of Denmark, December 2007); CBSP v. S. Samuels (Court of Appeals, Paris, France, 2008); Denmark v "Fighters + Lovers," (Copenhagen City Court, Courts of Law of the Kingdom of Denmark, September 2008); HMA v Nasserdine Menni (Scottish High Court of Judiciary, Glasgow, June 12, 2012); HMA v Yousef Badri (Scottish High Court of Judiciary, Glasgow, September 2015)

- Served as expert witness in several terrorism-related Immigration Court proceedings in the United States and Canada.

- Served as expert witness in several U.S. civil terrorism cases, including Stanley Boim et al v. Quranic Literacy Institute et al (Northern District of Illinois, Eastern Division, December 2004); Gates v. Syria (United States District Court for the District of Columbia, January 2008); Amduso v Sudan (United States District Court for the District of Columbia, October 2010); Wultz et al v Islamic Republic of Iran et al (United States District Court for the District of Columbia, February 2012); Wyatt v Syria (United States District Court for the District of Columbia, August 2012); Linde et al v. Arab Bank (Eastern District of New York, August 2014); Fraenkel v. Iran (United States District Court for the District of Columbia, December 2016)

- Provided expert reports in criminal and civil terrorism cases, in U.S. and foreign jurisdictions, related to terrorism, weapons proliferation, and Iran sanctions violation cases.

**Publications:**

*Books:*

- *Hezbollah: The Global Footprint of Lebanon's 'Party of God'* (Georgetown University Press/Hurst Publishers, 2013)

  ~Available in Spanish as *Hezbola: Las huellas en el mundo del parido de dios* (Buenos Aires: Hojas del Sur, 2015)

- *Negotiating under Fire: Preserving Peace Talks in the Face of Terror Attacks* (Lanham, MD: Rowman & Littlefield, 2008)

- *Hamas: Politics, Charity and Terrorism in the Service of Jihad*, (New Haven: Yale University Press, 2006)

  ~ Available in Spanish as *Hamas: Politica, Beneficencia Y Terrorismo Al Servicio De La* Yihad (Barcelona: Belacqva, 2007)

  ~ Available in Polish as *Hamas: Polityka, dobroczynność i terroryzm w służbie dżihadu* (Krakow: Jagiellonian University Press, 2008)

- *The Impact of Acute Security Crises on the Process of Ongoing Negotiations: Lessons from the Palestinian-Israeli Peace Process, 1993-1996* (Ph.D. dissertation, The Fletcher School of Law & Diplomacy at Tufts University, 2005)

- *Targeting Terror: US Policy toward Middle Eastern Terrorist Groups and State Sponsors in the War on Terror* (Washington, DC: The Washington Institute for Near East Policy, 2002)

*Monographs:*

- *Defeating Ideologically Inspired Violent Extremism: A Strategy to Build Strong Communities and Protect the U.S. Homeland*. Report of a Bipartisan Washington Institute Study Group, Transition 2017 Policy  for the Trump Administration (Washington, D.C.: The Washington Institute for Near East Policy, March 2017)

- *Reinforcing the Role of Sanctions in Restraining Iran,* with Katherine Bauer and Patrick Clawson, Policy Note 38 (Washington, D.C.: The Washington Institute for Near East Policy, February 2017)

- *The Rise of ISIL: Counterterrorism Lectures 2016,* editor, Policy Focus 148 (Washington, D.C.: The Washington Institute for Near East Policy, August 2016)

- *A History of Hezbollah Activities in the Arabian Gulf Region,* Occasional Paper Sereis #87 (Abu Dhabi: The Emirates Center for Strategic Studies and Research, 2016)

- *From the Boston Marathon to the Islamic State: Countering Violent Extremism,* editor, Policy Focus 139 (Washington, D.C.: The Washington Institute for Near East Policy, April 2015)

- *Hizballah and the Qods Force in Iran's Shadow War with the West,* Policy Focus 123 (Washington, D.C.: The Washington Institute for Near East Policy, January 2013)

4

- *Finding a Balance: U.S. Security Interests and the Arab Awakening,* editor, (Washington, D.C.: The Washington Institute for Near East Policy, May 2012)

- *Obama's National Security Vision: Confronting Transnational Threats with Global Cooperation,* editor (Washington, DC: The Washington Institute for Near East Policy, October 2010)

- *Fighting the Ideological Battle: The Missing Link in U.S. Strategy to Counter Violent Extremism,* co-author with J. Scott Carpenter, Steven Simon and Juan Zarate (Washington, DC: The Washington Institute for Near East Policy, July 2010)

- *Continuity and Change: Reshaping the Fight against Terrorism,* co-edited with Michael Jacobson (Washington, DC: The Washington Institute for Near East Policy, April 2010)

- *Deterred but Determined: Salafi-Jihadi Groups in the Palestinian Arena,* co-authored with Yoram Cohen and Becca Wasser, (Washington, DC: The Washington Institute for Near East Policy, January 2010)

- *Combating the Financing of Transnational Threats*, co-authored with Michael Jacobson, Emirates Lecture Series #76 (Abu Dhabi: The Emirates Center for Strategic Studies and Research, 2009)

- *Rewriting the Narrative: An Integrated Strategy for Counterradicalization. Report of the Task Force on Confronting the Ideology of Radical Extremism,* co-convener and co-author with Michael Jacobson and J. Scott Carpenter (Washington, DC: The Washington Institute for Near East Policy, March 2009)

- *Countering Transnational Threats: Terrorism, Narco-Trafficking, and WMD Proliferation,* co-edited with Michael Jacobson (Washington, DC: The Washington Institute for Near East Policy, February 2009)

- *The Money Trail: Finding, Following and Freezing Terrorist Finances,* co-authored with Michael Jacobson (Washington, DC: The Washington Institute for Near East Policy, October 2008)

- *Terrorist Threat and U.S. Response: A Changing Landscape,* co-edited with Michael Jacobson (Washington, DC: The Washington Institute for Near East Policy, September 2008)

*Chapters:*

- "Hezbollah's Criminal Networks: Useful Idiots, Henchmen, and Organized Criminal Facilitators," in Hilary Matfess and Michael Miklaucic, eds., *Beyond Convergence: World Without Order* (Washington, DC: National Defense University, 2016)

- "Hamas's Not-So-Secret Weapon," in *Clueless in Gaza* (New York: Foreign Affairs, 2014)

- "The Syrian War, Israel, and Hezbollah's Ideological Crisis," in Patrick Clawson, Ed., *No Good Outcome: How Israel Could be Drawn into the Syrian Conflict*, Policy Focus 131, The Washington Institute for Near East Policy, November 2013

- "Stemming the Flow of Terrorist Financing: Practical and Conceptual Challenges," in Naveen Beekarry, Ed., *Combating Money Laundering and Terrorism Finance: Past and Current Challenges* (Edward Elger Publishing, 2013)

- "Hizballah's Canadian Procurement Network," in *Terror in the Peaceable Kingdom: Understanding and Addressing Violent Extremism in Canada*, Daveed Gartenstein-Ross and Senator Linda Frum, Editors (Washington, DC: FDD Press, 2012)

5

EXHIBIT A, PAGE 35

- "Hezbollah," in Ilan Berman, Chief Editor, *World Almanac of Islamism 2011* (Lanham, MD: Rowman & Littlefield, 2011)

- "Financial Sanctions," in Robin Wright, Editor, *The Iran Primer: Power, Politics, and U.S. Policy* (Washington, DC: U.S. Institute of Peace Press, 2010)

- "The Evolving Threat of International Terrorism and Government Response," in Boaz Ganor and Eitan Azani, Eds., *The Global Impact of Terrorism 2008* (The International Institute for Counter-Terrorism, 2010)

- "Threat Finance and Counterradicalization," in Ronald R. Luman, Editor, *2009 Unrestricted Warfare Symposium: Proceedings on Integrating Action for Attacks Involving: Terrorism, Resources, Economics and Cyberspace* (Laurel, Maryland: The Johns Hopkins University Applied Physics Laboratory, 2009)

- "Disrupting Adversary Networks," in Ronald R. Luman, Editor, *2008 Unrestricted Warfare Symposium: Proceedings on Integrating Strategy, Analysis, and Technology in Support of the U.S. War on Terrorism Campaign* (Laurel, Maryland: The Johns Hopkins University Applied Physics Laboratory, 2008)

- "Investigacion Y Persecution: Entrevista a Matthew Levitt," in *La Lucha Contra el Terrorismo y Sus Limites* (Madrid, Spain: Adhara Publicaciones, 2006)

- "Hizballah Finances: Funding the Party of God," in *Terrorism Financing and State Responses in Comparative Perspective* (Stanford CA:  Stanford University Press, 2006), available online at http://www.washingtoninstitute.org/templateC06.php?CID=772

- "Hamas Social Welfare: In the Service of Terror," in James JF Forest, editor, *The Making of a Terrorist: Recruitment, Training, and Root Causes* (New York: Praeger Publishers, 2005)

- "Hizballah's Global Reach," in Boaz Ganor, Editor, *Post Modern Terrorism: Trends, Scenarios and Future Threats* (Herzliya, Israel: The International Policy Institute for Counter-Terrorism, Herliya Project Publishing House, Ltd., 2005)

- "Iran and Syria: State Sponsorship in the Age of Terror Networks," in *Confronting Terrorism Financing* (Lanham, MD: University Press of America - American Foreign Policy Council, 2004)

- Several contributions to Peacewatch/Policywatch Anthology 2003: A Year of Victory and Challenge (Washington, DC: The Washington Institute for Near East Policy, 2004)

- "International Military Intervention and the Impact of Terrorism," in Robert B. Satloff, Ed., *International Military Intervention: A Detour on the Road to Israeli-Palestinian Peace* (Washington D.C.: The Washington Institute for Near East Policy, 2003)

- *Winning the Peace in the Middle East: A Bipartisan Blueprint for Postwar U.S. Policy*, coauthored with Patrick Clawson and David Makovsky and edited by Dennis Ross and Robert Satloff (Washington, DC: The Washington Institute for Near East Policy, 2003)

- Several contributions to Peacewatch/Policywatch Anthology 2002: America and the Middle East – Expanding Threat, Broadening Response (Washington, DC: The Washington Institute for Near East Policy, 2003)

- "Iranian State Sponsorship of Terrorism," *The Encyclopedia of World Terrorism, 1996-2002,* (Armonk, NY: Sharpe Reference, 2002), 379-382

- Several contributions to Peacewatch/Policywatch Anthology 2001: A Year of Terror (Washington, DC: The

6

EXHIBIT A, PAGE 36

Washington Institute for Near East Policy, 2002), p. 174, 186, 423

- Several contributions to <u>Peacewatch/Policywatch Anthology 1998: Inching Toward Peace, Inching Toward War</u>
  (Washington, DC: The Washington Institute for Near East Policy, 1999), p. 78, 112

*Testimony/Lectures:*

- "The Islamic State, Extremism, and the Spread of Transnational Terrorism," testimony before the Senate Committee
  on Foreign relations on April 12, 2016

- "Hezbollah's Growing Threat Against U.S. National Security Interests in the Middle East," testimony before the
  House Foreign Affairs Subcommittee on the Middle East and North Africa on March 22, 2016
- "Major Beneficiaries of the Iran Deal: IRGC and Hezbollah," testimony before the House Foreign Affairs
  Subcommittee on the Middle East and North Africa on September 17, 2015

- "The Implications of Sanctions Relief Under the Iran Agreement," testimony before the Senate Committee on
  Banking, Housing, and Urban Affairs on August 5, 2015

- "Status Report on Countering Terrorist Financing," testimony before the Canadian House of Commons Standing
  Committee on Finance and the Standing Senate Committee on National Security and Defence, May 11, 2015

- "New Battlefields/Old Laws: The Next Steps in Counterterrorism, Adapting to an Evolving and Expanding
  Battlefield," Workshop panel at World Summit on Counter-Terrorism, Herzliya, Israel, September 10, 2014

- "Iran's Involvement in Local, Regional, and Global Terrorism," Workshop panel at World Summit on Counter-
  Terrorism, Herzliya, Israel, September 10, 2014

- "Syria Spillover: The Growing Threat of Terrorism and Sectarianism in the Middle East," testimony before the
  Senate Foreign Relations Committee, March 6, 2014

- "Iran's Support for Terrorism Worldwide," Testimony before the House Committee on Foreign Affairs
  Subcommittee on Terrorism, Nonproliferation, and Trade, Subcommittee on the Middle East and North Africa,
  March 4, 2014

- "Examining the State Department's Report on Iranian Presence in the Western Hemisphere Nineteen Years after the
  AMIA Attack," Testimony before the House Committee on Foreign Affairs, Subcommittee on the Middle East and
  North Africa and Subcommittee on the Western Hemisphere, Washington DC, August 1, 2013

- "Threat to the Homeland: Iran's Extending Influence in the Western Hemisphere," Written Testimony before the
  House Committee on Homeland Security, Subcommittee on Oversight and Management Efficiency, Washington
  DC, July 9, 2013
- "Hearing on the Blacklisting of Hezbollah by the European Union," Testimony before the Foreign Affairs
  Committee, European Parliament, Brussels, Belgium, July 9, 2013
- "Threat to the Homeland: Iran's Extending Influence in the Western Hemisphere," written testimony before the
  House Committee on Homeland Security, Subcommittee on Oversight and Management Efficiency, July 9, 2013
- "Iranian Support for Terrorism and Violations of Human Rights," Testimony before the Standing Committee on
  Foreign Affairs and International Development, International Human Rights Subcommittee, House of Commons,
  Parliament of Canada, May 30, 2013
- "Understanding the Hezbollah and Iranian Attack Strategy: Plots from Bulgaria to Washington, DC," The
  Washington Institute for Near East Policy, New York City, April 30, 2013

EXHIBIT A, PAGE 37

- "Hezbollah: The Global Footprint of Lebanon's Party of God," U.S. Military Academy at West Point, West Point, NY, April 29, 2013

- "Hezbollah: The Global Footprint of Lebanon's Party of God," Alexander Hamilton Center for Political Economy, New York University, New York City, April 25, 2013

- "Hezbollah: The Global Footprint of Lebanon's Party of God," Terrorist Screening Center, Virginia, April 24, 2013

- "Hezbollah and the Qods Force in Iran's Shadow War with the West," University of Maryland Hillel, April 20, 2013

- "Implications of Recent Developments in the Middle East," Lecture for J.P. Morgan Investor Seminar, Washington DC, April 19, 2013

- "Contending with Hezbollah Financing," panelist, Center for a New American Security (CNAS), Washington DC, April 17, 2013

- "Combating Terrorism: Protecting our Communities," panelist, conference on "European Union and United States Law Enforcement Co-operation Making it Safer for Citizens: A global Approach," An EU Rendez-Vous Event, Organized by the Delegation of the European Union to the United States and Europol, Washington, DC, April 16, 2013

- "Hezbollah: The Global Footprint of Lebanon's Party of God," Terrorism, Transnational Crime, and Corruption Center (TraCCC), George Mason University, April 12, 2013

- "Hezbollah: The Global Footprint of Lebanon's Party of God," 4/5th Special Forces Group (Airborne), Fort Campbell, Kentucky, April 10, 2013

- "Hezbollah and the Qods Force in Iran's Shadow War with the West," US Marine Corps Forces Cyber Command, Fort Meade, Maryland, April 5, 3013

- "Hezbollah: The Global Footprint of Lebanon's Party of God," Inter-University Center for Terrorism Studies, Potomac Institute, Arlington, VA, April 4, 2013

- "What Europe Should Do About Hezbollah," American Council on Germany and American Friends of Bucerius, New York City, April 3, 2013

- "Hezbollah: The Global Footprint of Lebanon's Party of God," DI Speaker Series, Directorate of Intelligence and Senior Intelligence Officer Council, Federal Bureau of Investigation, Washington DC, March 22, 2013

- "Hezbollah's Strategic Shift: A Global Terrorist Threat," Testimony before the House Foreign Affairs subcommittee on Terrorism, Proliferation and Trade, March 20, 2013

- "Hezbollah—A Threat for Europe?" The American Academy in Berlin Hans Arnold Center, Germany, March 18, 2013

- "Iran's Nuclear Program: News Paths out of the Deadlock?" Expert Discussion co-sponsored by AJC Berlin and the Heinrich Boll Stiftung, Berlin, Germany, March 18, 2013

- "Hezbollah—A Threat for Europe?" AJC Transatlantic Roundtable, JAC Berlin Ramer Institute, Germany, March 18, 2013

- "Europe's Hezbollah Problem," American University of Rome, Italy, March 13, 2013

8

EXHIBIT A, PAGE 38

- "Closing the Ranks on Iran: The United States, Israel, and Europe," panel at a conference on "Iran's Nuclear Program: New Paths out of the Deadlock?" Heinrich Boll Stifung and American Jewish Committee, Berlin, Germany, March 18, 2013

- "Hezbollah and the Qods Force in Iran's Shadow War with the West," La Societa Italiana per l'Organizzazione Internazionale, in collaboration with the American Jewish Committee, Rome, Italy, March 13, 2013

- "Terror from Tehran: Iran as a Global Threat," forum lecture, AIPAC Policy Conference, Washington, DC, March 3, 2012

- "Inside Hezbollah: A Close Look at a Top Terrorist Organization," Scholar-in-Residence lecture, AIPAC Policy Conference, Washington, DC, March 3, 2012

- "Europe's Hezbollah Dilemma: What's Next?" Foundation for Defense of Democracies, Congressional Meeting Room South, Capitol Hill, March 1, 2013

- "Hezbollah and the Qods Force in Iran's Shadow War with the West," George Washington University's Homeland Security Policy Institute, February 14, 2013

- "Europe's Hezbollah Problem," The Washington Institute for Near East Policy, February 8, 2013

- "The Fatah-Hamas Reconciliation: Threatening Peace Prospects," Testimony before the US House of Representatives, Committee on Foreign Relations, Subcommittee on the Middle East and South Asia, February 5, 2013

- "Hezbollah and the Qods Force in Iran's Shadow War with the West," Maryland State Antiterrorism Advisory Council (ATAC), Howard County, Maryland, January 30, 2013

- "Hezbollah and Iran," Lectures for the FBI Fly Team, Northern Virginia, January 11, 2013

- "From Beirut to the Blue Ridge: Hezbollah's Reach into North America," Anti-Defamation League Advanced Training School, Extremist and Terrorist Threats Course, Washington DC, December 3, 2012

- "Hezbollah in Southeast Asia," Asymmetric Operations Working Group, Hybrid Threat Networks in the Asia Pacific Rim, Honolulu, HI, November 28, 2012

- "Hezbollah: The Global Footprint of Lebanon's Party of God," Bureau of Intelligence and Research, U.S. Department of State, Washington, DC, November 19, 2012

- "Is Hezbollah a Threat to the U.S. and Canada?" Lecture at a workshop on "Understanding Hezbollah's Impact on the Security of Canada and the United States," held jointly by Canadian Security Intelligence Service and Public Safety Canada, Ottawa, Canada, November 13, 2012

- "Hezbollah, the Qods Force, and Iran's Shadow War Against the West," UK House of Commons, Henry Jackson Society, London, UK, November 7, 2012

- "Why Hezbollah is Europe's Problem Too," A Berlin Middle East Talk by Scholars for Peace in the Middle East and the Mideast Freedom Forum Berlin, Berlin, Germany, November 6, 2012

- "Why Hezbollah in Europe's Problem Too," Concordia Press Club, Stop The Bomb, Vienna, Austria, November 5, 2012

- "Crime without Punishment?  Stopping Hezbollah's Terrorist and Criminal Activities, Friedrich-Naumann-Stiftung für die Freiheit and Transatlantic Institute, Belgium, Brussels, October 24, 2012

- "Hezbollah, Qods Force, and the Shadow War against the West," U.S. Special Operations Command, Tampa, FL, October 11, 2012

- "AQ finance," conference entitled, *Financial Intelligence (FININT) Support to Counterintelligence*, The US Army 902d Military Intelligence (MI) Group (Gp), Ft. Meade, MD, September 19, 2012

- "Hezbollah in the Hot Seat: Fallout from the Syrian Insurgency and Criminal Investigations," Workshop on Lebanon and Syria, 12th Annual Global Counterterrorism Conference, Institute for Counter-Terrorism, Herzliya, Israel, September 12, 20112

- "The Changing Political Topography of Shia Militancy in the Gulf and Beyond," Workshop on Sunni-Shia Tensions in Iraq and the Gulf, 12th Annual Global Counterterrorism Conference, Institute for Counter-Terrorism, Herzliya, Israel, September 12, 20112

- "Is al-Qaeda Central Still Relevant?" Moderator and panelist, Washington Institute Policy Forum, September 4, 2012, Washington DC

- "Hezbollah and Iran," Lecture for FBI Counterterrorism Investigation and Operations (CTIOPS) course, Manassas, VA., August 15, 2012

- "Israeli-Palestinian Conflict,"  Lecture for FBI Counterterrorism Investigation and Operations (CTIOPS) course, Manassas, VA., August 15, 2012

- "Hezbollah's Global Footprint," Lecture for Department of the Treasury, Treasury Executive Institute, Washington DC, June 28, 2012

- "Combating Terror Financing," Lecture for Scottish Police and UK Security Service, Glasgow, Scotland, June 12, 2012

- "The Middle East in the Arab Awakening," Lecture for J.P. Morgan Investor Conference, Washington DC, April 20, 2012

- "Hezbollah's Global Footprint," Lecture for Tennessee State Office of Homeland Security, Nashville, TN, April 9, 2012

- "Party of Fraud: Hizballah's Criminal Enterprises," Policy Forum panelist, The Washington Institute for Near East Policy, Washington DC, March 20, 2012

- "Iran, Hizballah and the Threat to the Homeland," Testimony before the House Committee on Homeland Security, Washington DC, March 21, 2012

10

EXHIBIT A, PAGE 40

- "Combating the Financing of Transnational Threats," Week long course taught for the Counter-Terrorism Studies Program, Executive Certificate Program at the Interdisciplinary Center (IDC), Herzliya, Israel, February 14-17, 2012

- "Iranian Terror Co-Chair of Roundtable Expert Meeting on "Rehabilitation and Reintegration of Violent Extremist Offender: Good Practices & Lessons Learned," co-sponsored by the International Centre for Counter-Terrorism – The Hague (ICCT) and the UN Interregional Crime and Justice Research Institute (UNICRI), The Hague, December 6-7, 2011

- "Iranian Terror Operations on American Soil," Testimony before a joint hearing of the House Homeland Security Subcommittee on Counterterrorism and Intelligence and Subcommittee on Oversight, Investigations, and Management, Washington DC, October 26, 2011

- "September Reflections: Where We Stand Countering Terrorism and Pursuing Peace," New York University SHARP Lecture Series, New York City, September 20, 2011

- "Countering Terror Finance a Decade after 9/11," Workshop presentation at the 11th Annual Global Counterterrorism Conference, Institute for Counter-Terrorism, Herzliya, Israel, September 13, 2011

- "Hamas and Hezbollah as Hybrid Terrorist Organizations," Workshop presentation at the 11th Annual Global Counterterrorism Conference, Institute for Counter-Terrorism, Herzliya, Israel, September 13, 2011

- "Missing the Forest for the Trees: A Call for Strategic Counterterrorism Ten Years after 9/11," Plenary Keynote Lecture at the 11th Annual Global Counterterrorism Conference, Institute for Counter-Terrorism, Herzliya, Israel, September 12, 2011

- "Hamas Financing," Mid-Atlantic Regional Intelligence Group (MARIG), Federal Bureau of Investigation, Washington, DC, August 3, 2011

- "Terrorism in and from the Middle East," Security Policy Course on the Middle East, Royal Danish Defence College, Denmark, June 22, 2011

- "Leveraging Financial Intelligence to Combat Transnational Threats," Program on Terrorism and Security Studies, George C. Marshall European Center for Security Studies, Garmsich, Germany, July 13, 2011

- "Drivers of Homegrown Terrorism," panelist, at "Leading Thinkers" conference on "Terrorism in Canada: Threats, Vulnerabilities, and Strategies," Foundation for Defense of Democracies, Ottawa, Canada, June 12-13, 2011

- "Upstream Prevention and Downstream Disengagement, Rehabilitation and Reintegration," United Nations Interregional Crime and Justice Research Institute (UNICRI), Center on Polici9es to Counter the Appeal of Terrorism, Chairman of three afternoon panels on upstream prevention, Lucca, Italy, May 24-26, 2001

- "Combating Terror Financing," Comprehensive Security Response to Terrorism Course, Asia-Pacific Center for Security Studies (APCSS), Honolulu, Hawaii, March 16, 2011

- "Responding to Radicalization and Violent Extremism," panel moderator, "At the Crossroads of Violent Extremism and Foreign Directed Domestic Threats: Homeland Implications," conference cosponsored by the Department of Homeland Security, Federal Bureau of Investigation and hosted by the Office of the Director of National

11

EXHIBIT A, PAGE 41

Intelligence, Washington, DC, February 17, 2001

- "Combating Violent Extremism: The Counterradicalization Debate in 2011," panel participant, The Washington Institute for Near East Policy, January 5, 2011

- "The Unifying Narrative in Domestic Radicalization," Panel chair at Colloquium on "Countering the Narrative: The Role of Ideology in the Radicalization Process," The Washington Institute for Near East Policy, Washington, DC, November 19, 2010

- Roundtable discussion on Counterterrorism, Lowy Institute, Sydney, Australia, November 9, 2010

- "Challenges and Opportunities in Financial Intelligence," Australian Transaction Reports and Analysis Center (AUSTRAC), Intelligence Branch, Sydney, Australia, November 8, 2010

- Roundtable discussion on Counterterrorism, Menzies Research Center, Sydney, Australia, November 8, 2010

- "International Terrorism Today: What we Need to Know," Australian Institute of International Affairs (AIIA), Melbourne, Australia, November 4, 2010

- Roundtable discussion on Counterterrorism and Counterproliferation at Office of National Assessments, Canberra, Australia, November 2, 2010

- "Combating Terror Finance," lecture at the Australian Federal Police (AFP) Advanced Counter Terrorism Investigations Program, Canberra, Australia, November 2, 2010

- "Glocalization of the Global Jihad," panel chair at Counterterrorrim Colloquium on "Unconventional Warfare: Lessons for U.S. and Israeli Policy," The Washington Institute for Near East Policy, Washington, DC, October 29, 2010

- "What Policymakers can Learn from Palestinian Social Media," Discussant, Foundation for Defense of Democracies, Washington DC, October 19, 2010

- "Terrorism Networks" breakout panel at by-invitation-only conference on "Cutting the Fuse: Moving Beyond the War on Terror," New America Foundation and The University of Chicago, Washington DC, October 13, 2010

- "Combating Terror Financing," Comprehensive Security Response to Terrorism Course 10-1, Asia-Pacific Center for Security Studies (APCSS), Honolulu, Hawaii, July 28 2010

- "Disrupting the Flow of Funds to Terrorist Groups and their Supporters: How *The Justice Against Sponsors of Terrorism Act* Could Help," written testimony submitted to the Senate Committee on the Judiciary, Subcommittee on Crime and Drugs, Hearing entitled "Evaluating The Justice Against Sponsors of Terrorism Act, S. 2930," July 14, 2010

- "The Changing Face of Jihadi Terror: Lessons from the Near Miss in Times Square," panel with Juan Zarate and Dan Freedman, Washington Institute Lafer Symposium, New York City, June 14, 2010

EXHIBIT A, PAGE 42

- "Hezbollah and Hamas South of the Border: Terrorist Networks in Latin America," lecture at event on "Terrorists, Drug Traffickers and Gangs in Latin America: Undermining Democracy," The Hudson Institute, Washington, DC, Jun3 9, 2010

- "Combining Broad and Targeted Sanctions, Informal and Formal Sanctions," Washington Institute Colloquium "One Year After June 12: The Iranian Nuclear Impasse," Washington DC, June 3, 2010

- "Combating Terror Finance," Baltimore Joint Terrorism Task Force, Baltimore, MD, June 1, 2010

- "Anti-Money Laundering: Blocking Terrorist Financing and Its Impact on Lawful Charities," testimony before the House of Representatives Committee on Financial Services Subcommittee on Oversight and Investigations, May 26, 2010

- "Challenges for U.S. Policy in the War on Terror," ADL National Leadership Conference, Washington DC, May 3, 2010

- "Rewriting the Narrative: An Integrated Approach for Counterradicalization," Los Angeles Joint Regional Intelligence Center, Los Angeles, CA, May 11, 2010

- "Combating Terrorist Financing," Los Angeles Joint Regional Intelligence Center, Los Angeles, CA, May 11, 2010

- "Rewriting the Narrative: An Integrated Approach for Counterradicalization," National Security Management Course, National Security Studies Program, Maxwell School of Citizenship and Public Affairs, Syracuse University, April 29, 2010

- "Iran's Economic Health and the Impact of Sanctions," panelist at Carnegie Endowment for International Peace, Washington, D.C., April 27, 2010

- "A Strategic Approach to Counter-Radicalisation," Henry Jackson Society and Legatum Institute, London, UK, April 15, 2010

- "Combating Terrorist Financing," Counterterror Expo 2010," London, UK, April 15, 2010

- "Contending with Transnational Threats," Counterterror Expo 2010," London, UK, April 15, 2010

- "Counter Threat Finance Intelligence: What It Can and Cannot Do for Mission Success in Afghanistan," lecture at a DOD/USDI-sponsored  "Symposium on Counter-Threat Finance Intelligence and Why It Is Critical to Mission Success in Afghanistan," The Pentagon, Arlington, VA, February 1, 2010

- "The Obama Administration and Counterterrorism: A New Approach?" Parlor meeting lecture and discussion hosted by U.S. Consul General to Dusseldorf, Dusseldorf, Germany, January 27, 2010

- "Combating Terrorist Financing," Bundeskriminalamt (BKA), Meckenheim, Germany, January 27, 2010

- "The Obama Administration and Counterterrorism: A New Approach?" German Landeskriminalamt (LKA) Nordrhein-Westfalen, Dusseldorf, Germany, January 26, 2010

13

EXHIBIT A, PAGE 43

- "Finding and Following Terrorist Financial Networks - Challenges faced by Financial Intelligence Units," Financial Transactions and Reports Analysis Centre of Canada (FINTRAC), Ottawa, Canada, January 12, 2010

- "Hizballah Financing and Resourcing," Financial Transactions and Reports Analysis Centre of Canada (FINTRAC), Ottawa, Canada, January 12, 2010

- "Finding and Following Terrorist Financial Networks - Challenges faced by the Intelligence Community," Canadian Security Intelligence Service (CSIS), Ottawa, Canada, January 12, 2010

- "Terrorism, Crime and the Narco-Terror Connection," Canadian Security Intelligence Service (CSIS), Ottawa, Canada, January 12, 2010

- "Al Qaeda in the West Bank and Gaza: One Year After Cast Lead" The Washington Institute for Near East Policy, Washington DC, January 11, 2010

- "Combating the Financing of Transnational Threats," Seminar organized by Booz Allen Hamilton, December 16, 2009

- "The Threat of Islamist Terrorism: Have We Become Complacent?" The Heritage Foundation, Washington DC, December 14, 2009

- "The Financing of Terrorist Organizations," American Institute for Contemporary German Studies (AICGS) workshop, Potsdam, Germany, December 7, 2009

- "Can Sanctions Work Against Iran?" Indiana University, Bloomington, Indiana, November 30, 2009

- "Contending with Iran's Proxies," University of Maryland, November 18, 2009

- "Multilateral Issues in Combating Terror Finance," Comments to US-EU Troika meeting, US State Department, Washington DC, November 17, 2009

- "The Muslim Brotherhood," and "Hamas," and "Global Jihadist Movements," New Agent Training Lectures at FBI Academy, Quantico, VA, November 12, 2009

- "Hizballah," lecture at conference on "Israel's Counterterrorism Challenges and Implications for the United States," Center for Peace and Security Studies, Edmund A. Walsh School of Foreign Service, Georgetown University (co-sponsored by NCTC), Washington DC, September 23, 2009

- "Terrorist Financing: A Look Inside," panel lecture organized by the ABA Section of International Law International Anti-Money Laundering Committee and the Association of Certified Anti-Money Laundering Specialists, Washington DC, September 23, 2009

- "Contending "FININT 101: Introduction to Financial Intelligence," Seminar organized by Booz Allen Hamilton, September 21, 2009

EXHIBIT A, PAGE 44

- "Contending with Iran's State Sponsorship of Terrorism in the Context of its Nuclear Program," World Summit on Counter-Terrorism: Terrorism's Global Impact, International Institute for Counter-Terrorism (ICT) 9th Annual International Conference, Herzliya, Israel, September 7, 2009

- "Minimizing Potential Threats from Iran: Assessing Economic Sanctions and Other U.S. Policy Options**,**" Testimony before Senate Committee on Banking, Housing and Urban Affairs, U.S. Senate, July 30, 2009

- "Disrupting Adversary Networks: Combating Terror Finance," George C Marshal Center, Garmisch, Germany, July 16, 2009

- "Minimizing Potential Threats from Iran: Assessing Economic Sanctions and Other U.S. Policy Options**,**" Testimony before Senate Committee on Banking, Housing and Urban Affairs, U.S. Senate, July 30, 2009

- "Contending with Iran's State Sponsorship of Terrorism in the Context of its Nuclear Program," World Summit on Counter-Terrorism: Terrorism's Global Impact, International Institute for Counter-Terrorism (ICT) 9th Annual International Conference, Herzliya, Israel, September 7, 2009

- "FININT 101: Introduction to Financial Intelligence," Seminar organized by Booz Allen Hamilton, September 21, 2009

- "Terrorist Financing: A Look Inside," panel lecture organized by the ABA Section of International Law International Anti-Money Laundering Committee and the Association of Certified Anti-Money Laundering Specialists, Washington DC, September 23, 2009

- "Hizballah," lecture at conference on "Israel's Counterterrorism Challenges and Implications for the United States," Center for Peace and Security Studies, Edmund A. Walsh School of Foreign Service, Georgetown University (co-sponsored by NCTC), Washington DC, September 23, 2009

- "Foreign Fighters and their Economic Impact: A Case Study of Syria and al Qaeda in Iraq (AQI)," Foreign Policy Research Institute conference, Washington DC, July 14, 2009

- "Rewriting the Narrative: An Integrated Strategy for Counterradicalization," HSPI Policy and Research Forum, Homeland Security Policy Institute, George Washington University, Washington DC, June 4, 2009

- "Rewriting the Narrative: An Integrated Strategy for Counterradicalization," Luncheon Briefing at the Transatlantic Institute, Brussels, Belgium, April 2, 2009

- "Rewriting the Narrative: An Integrated Strategy for Counterradicalization," Danish Institute for International Studies (DIIS), Copenhagen, Denmark, April 1, 2009

- "The Money Trail: Finding, Following and Freezing Terrorism Finances," with Michael Jacobson, Bi-partisan Anti-Terrorism Caucus Briefing, Cannon House Office Building, March 12, 2009

- "Terror Finance: The Imperative of Interagency Synergy," testimony before the House Committee on Armed Services Subcommittee on Terrorism and Unconventional Threats and Capabilities, March 11, 2009, available online at http://www.washingtoninstitute.org/templateC07.php?CID=449

- "Internationalizing the Financial Flight against Terror Finance," lecture at the George C. Marshall Center, Garmisch,

15

EXHIBIT A, PAGE 45

Germany, March 4, 2009

- "Dealing with Hamas: Future Pathways for Britain," lecture at the Quilliam Foundation, London, March 3, 2009

- "Fixing Fissures: What Role for the United States in the World – the Case of the Middle East," lecture for Young Professionals in Foreign Policy (London), co-sponsored by the U.S. Embassy London, March 2, 2009

- "Scaling Back the 'Long War'? How Obama will Combat Terrorism," lecture at the International Institute for Strategic Studies, London, March 2, 2009

- "Reforming U.S. Counter-Terrorism Assistance Programs," Hill briefing sponsored by the Potomac Institute for Policy Studies, Rayburn House Office Building, February 12, 2009

- "The Money Trail: Finding, Following and Freezing Terrorism Finances," with Michael Jacobson, National Counterterrorism Center Lunch and Learn Distinguished Speakers Series, January 26, 2009

- "What Next in Gaza?" Congressional Staff Briefing for the Democratic Israel Working Group, Rayburn House Office Building, Washington, DC, January 16, 2009

- "Negotiating Under Fire," Center for Peace and Security Studies, School of Foreign Service, Georgetown University, Washington, DC, January 15, 2009

- "The Money Trail: Finding, Following and Freezing Terrorist Finances," Woodrow Wilson International Center for Scholars, Council on Global Terrorism, Washington, DC, January 13, 2009

- "Crime-Terror Nexus:  Illicit Networks, Terrorism, Insurgency and WMD Proliferation," National Defense University's Near East/South Asia Center, Washington, D.C., December 5, 2008

- "Combating the Ideology of Radical Jihadism," The Washington Institute for Near East Policy, Los Angeles, November 25, 2008

- "The Money Trail: Finding, Freezing and Following Terrorist Financing," with Michael Jacobson, The Washington Institute for Near East Policy, November 17, 2008

- "Iran, Hamas and the Palestinians," panel at conference on 'Iran, Hezbollah and Hamas: Tehran's War against the West by Proxy?" Hudson Institute, Washington, D.C., November 19, 2008

- "Negotiating Under Fire," The Program on Negotiation at Harvard Law School, Cambridge, MA, November 12, 2008

- "The Money Trail: Finding, Freezing and Following Terrorist Financing," The International Security Studies Program at Tufts University's Fletcher School of Law and Diplomacy, Medford, MA, November 13, 2008

- "The Utility of Targeted Financial Measures to Deal with Iran," Brandeis University's Crown Center for Middle East Studies, Waltham, MA, November 13, 2008

- "The Money Trail: Finding, Freezing and Following Terrorist Financing," with Michael Jacobson, The Washington

Institute for Near East Policy, November 17, 2008

- "Iran, Hamas and the Palestinians," panel at conference on 'Iran, Hezbollah and Hamas: Tehran's War against the West by Proxy?" Hudson Institute, Washington, D.C., November 19, 2008

- "Combating the Ideology of Radical Jihadism," The Washington Institute for Near East Policy, Los Angeles, November 25, 2008

- "Crime-Terror Nexus:  Illicit Networks, Terrorism, Insurgency and WMD Proliferation," National Defense University's Near East/South Asia Center, Washington, D.C., December 5, 2008

- "Opportunities for the Next Administration: Targeting Terrorist Finances," Homeland Security Policy Institute at The George Washington University, October 7, 2008

- "The Evolving Threat of International Terrorism and the U.S. Government Response," Plenary Address at the World Summit on Counter-Terrorism: Terrorism's Global Impact, The International Institute for Counter-Terrorism, Herzliya, Israel, September 9, 2008

- "The Terrorism-Crime Nexus," lecture at The Combating Terrorism Center at West Point, U.S. Military Academy, April 24, 2008

- "Iran and the United States: Outlook for the Next Decade?" Rayburn House Office Building, co-sponsored by the Counterterrorism Foundation; the Inter-University Center for Terrorism Studies, the International Center for Terrorism Studies at the Potomac Institute for Policy Studies, and the Inter-University Center for Legal Studies at the International Law Institute, Washington DC, April 15, 2002

- 2008 Unrestricted Warfare Symposium on *Integrating Strategy, Analysis, and Technology in Support of the U.S. War on Terrorism Campaign*, roundtable on "Disrupting Adversary Networks," Johns Hopkins University, Applied Physics Laboratory, Laurel, Maryland, March 10-11, 2008

- "Practical and Conceptual Challenges to Counter the Financing of Terrorism," NYPD Financial Intelligence Workshop, New York, March 6, 2008

- "Targeted Financial Measures to Protect National Security," Treasury Legal Division annual conference, U.S. Mint, Washington, DC, February 29, 2008

- Panel on "Perspectives on the Long War," Marine Corps Command and Staff College, Quantico, Virginia, February 26, 2008

- "The "Israel, the Palestinian Territories, and the Peace Process: Domestic, Regional and International Perspectives," A Workshop Sponsored by the U.S. intelligence community, CENTRA Technology, Inc., Arlington, Virginia, February 6, 2008

- "The Future of Palestinian Terrorism," A Workshop Sponsored by the U.S. intelligence community, CENTRA Technology, Inc., Arlington, Virginia, January 8-9, 2008

- "National Finance and Global Security:  Status Check on the Effort to Combat Terror Financing," Carnegie Council,

New York City, November 29, 2007

- "Combating Terror Financing," 2nd Annual Anti-Money Laundering & Counter-Terrorist Financing Forum, New York City, November 28, 2007

- "Hamas: Politics, Charity and Terrorism in the Service of Jihad," American Council on Germany, New York City, November 27, 2007

- "Combating Terror Financing," Department of Justice Executive Law Enforcement Summit, Lake Tahoe, California, November 5, 2007

- Moderator, "Homegrown Radicalism in the United States," The Washington Institute for Near East Policy's annual Weinberg Founder's Conference, October 19-21, 2007, Leesburg, Virginia.

- "Combating the Financing of Transnational Threats," Anti-Terrorism Caucus, U.S. House of Representatives, Washington, D.C., October 23, 2007

- Moderate session with Under Secretary of the Treasury Stuart Levey on "Iran Sanctions: Where We are and Where We are Going," Radio Free Europe / Radio Liberty, Washington DC, October 16, 2007

- Chair panel on "Security in the West Bank" at a conference entitled "Whither the Palestinians?  Politics and Policy at a Time of Crisis," The Washington Institute for Near East Policy, July 30, 2007

- "Adding Hezbollah to the EU Terrorism List," written testimony before the Committee on Foreign Affairs, Subcommittee on Europe, United States House of Representatives, June 20, 2007, available online at http://www.washingtoninstitute.org/templateC14.php?CID=352

- Speaker on panel on "The Levant, Maghreb and Sub-Saharan Africa," International Terrorism and Intelligence 2007 (ITI 2007) Conference, hosted by the University of St. Andrews Centre for the Study of Terrorism and Political, Washington DC, June 13, 2007

- "Understanding the Threat: Contemporary Terrorism and the American Response," Anti Defamation League (ADL) Advanced Training School, June 11, 2007, Washington, D.C.

- "Terror Financing: New Trends and Developments," Training Day on Counterterrorism, German Ministry of Foreign Affairs, Berlin, German, June 7, 2007

- "Internationalizing the Financial Fight against Terrorism," George C. Marshall European Center for Security Studies in Garmisch, Germany, June 6, 2007

- Panelist at session on "Policy Options" at a workshop on "Confronting the Iranian Threat: The Way Forward.  What We Know and what to Do."  Foundation for Defense of Democracies, Freeport, Bahamas, May 30 – June 1, 2007

- "Financial Tools to Combat the Evolving Terrorist Threat," with Michael Jacobson, Soref Symposium, The Washington Institute for Near East Policy, Washington, DC, May 10, 2007

- "State Sponsorship of Terrorism in the Age of Binladenism," National Security Management Course, Maxwell School of Citizenship and Public Affairs, Syracuse University, May 8, 2007

18

EXHIBIT A, PAGE 48

- "Confronting the Iranian Threat," Anti-Defamation League Leadership Conference, Washington DC, April 30, 2007

- "Power of the Purse: Combating Terror Finance," seminar sponsored by Eden Intelligence at the Royal College of Defense Studies, Seaford House, Belford Square, London, England, April 26, 2007

- "Hamas: Politics, Charity and Jihad," Chatham House, Middle East Programme Roundtable Meeting, London, England, April 25, 2007, audio of lecture available online at

- "Can Sanctions and Financial Restrictions Avoid a Showdown with Iran?"  Transatlantic Institute Roundtable Discussion at the Residence Palace, Brussels, Belgium, April 24, 2007

- "Hamas: Politics, Charity and Terrorism in the Service of Jihad," Transatlantic Institute Roundtable Discussion, Brussels, Belgium, April 23, 2007

- "Pulling Tehran's Purse Stings: Leveraging Sanctions and Market Forces to Alter Iranian Behavior," testimony before the House of Representatives Committee on Foreign Affairs Subcommittee on Terrorism, Nonproliferation and Trade and Subcommittee on the Middle East and Central Asia, March 15, 2007, available online at http://www.washingtoninstitute.org/templateC07.php?CID=333

- "Teaching Terror: How Hamas Radicalizes Palestinian Society," comments for a panel discussion on the topic of environments that enable terrorism at a conference titled, "The Roots of Terror: Understanding the Evolving Threat of Global Terrorism," sponsored by Women in International Security and the U.S. Army War College, February 12, 2007, available online at http://www.washingtoninstitute.org/templateC07.php?CID=331

- "Follow the Money: Challenges and Opportunities in the Campaign to Combat Terrorism Financing," Policy Forum at The Washington Institute for Near East Policy, February 23, 2007, available online at http://www.washingtoninstitute.org/templateC05.php?CID=2576

- "Iran's Pretensions and a Turbulent Middle East," lecture at a conference on "US-Iran Relations: Collision, Stand-Off, or Convergence?" sponsored by The New America Foundation and The National Iranian American Council, Washington, DC, February 14, 2007

- "Understanding the Terrorist Threat," Presentation via VTC for the George C. Marshall European Center for Security Studies in Garmisch, Germany, February 6, 2007

- "Advantages and Limits to Evidence-Based Analysis," commentary on a panel on "Future Directions: How Can We Determine Which Analytic Practices Work?  Can Analytic Practices Become Evidence-Based?" at a conference sponsored by the Office of the Director of National Intelligence (ODNI) on Improving Intelligence Analysis, Chantilly, Virginia, January 10, 2007

- "Hezbollah Fundraising through Criminal Enterprises," Testimony before the Committee on Governmental Affairs, United States Senate, May 25, 2005, available online at http://www.washingtoninstitute.org/templateC07.php?CID=238

- "Islamic Extremism in Europe – Beyond al-Qaeda: Hamas and Hezbollah in Europe," Testimony before the Committee on International Relations, Subcommittee on Europe and Emerging Threats, United States House of

19

EXHIBIT A, PAGE 49

Representatives, April 27, 2005, available online at http://www.washingtoninstitute.org/templateC07.php?CID=234

- "Iranian State Sponsorship of Terror: Threatening U.S. Security, Global Stability, and Regional Peace," Testimony before the Committee on International Relations, Subcommittee on the Middle East and Central Asia Subcommittee on International Terrorism and Nonproliferation, United States House of Representatives, February 16, 2005, available online at http://www.washingtoninstitute.org/templateC07.php?CID=228

- "Charitable Organizations and Terrorist Financing: A War on Terror Status-Check," Paper presented at the workshop "The Dimensions of Terrorist Financing," University of Pittsburgh, March 19, 2004, available online at http://www.washingtoninstitute.org/templateC07.php?CID=104

- "Terrorism in West Africa, Post 9/11," A rapporteur's summary of remarks to a workshop on "Oil, Terrorism, and More: The Growing Strategic Significance of West Africa" organized by the CNA Corporation's Center for Strategic Studies, March 1, 2004, available online at http://www.washingtoninstitute.org/templateC07.php?CID=101

- "Hezbollah: A Case Study of Global Reach" Remarks to a conference on "Post-Modern Terrorism: Trends, Scenarios, and Future Threats," International Policy Institute for Counter-Terrorism, Herzliya, Israel, September 8, 2003, available online at http://www.washingtoninstitute.org/templateC07.php?CID=132

- "Untangling the Terror Web: The Need for a Strategic Understanding of the Crossover Between International Terrorist Groups to Successfully Prosecute the War on Terror," Testimony before the Committee on Banking, Housing, and Urban Affairs, United States Senate, October 22, 2003, available online at http://www.washingtoninstitute.org/templateC07.php?CID=15

- Chaired panel discussion on "The Matrix of International Terrorism: The Global Jihadist Threat" at a conference entitled "Between Hope and Challenge: The Bush Administration and the Middle East, 2003," The Washington Institute for Near East Policy, Lansdowne, Virginia, September 19-21, 2003.

- "Subversion From Within: Saudi Funding of Islamic Extremist Groups Undermining US Interests and the War on Terror from within the United States," Testimony before the Subcommittee on Terrorism, Technology and Homeland Security, Judiciary Committee, U.S. Senate, September 10, 2003, available online at http://www.washingtoninstitute.org/templateC07.php?CID=13

- "Combating Terrorist Financing: Where the War on Terror Intersects the 'Road Map'," *Jerusalem Issue Brief (Jerusalem Center for Public Affairs)*, August 14, 2003, available online at http://www.washingtoninstitute.org/templateC06.php?CID=481

- "Fighting Illegal Transfers Through Alternative Means of Money Transfer," Remarks to a Conference on "The Economic War on Terrorism: Money Laundering and Terrorist Financing" Garmisch, Germany, George C. Marshall European Center for Security Studies in cooperation with U.S. Department of the Treasury, U.S. Federal Bureau of Investigation, US Department of Justice, July 21-25, 2003, available online at http://www.washingtoninstitute.org/templateC07.php?CID=11

- "Developing Global Mechanisms to Combat Terror:  Stemming the Flow of Terrorist Financing," Remarks to a Conference on "Global Terrorism:  If This is World War III, How Do We Win?"  Sponsored by the Strategic Dialogue Center, Netanya College, Israel, New York City, April 6, 2003, available online at http://www.washingtoninstitute.org/templateC07.php?CID=134

20

EXHIBIT A, PAGE 50

- "Culture and the Practice of Deception: Discussant Comments," Colloquium on Foreign Strategic Denial and Deception, The Cantril Group, May 15, 2003

- "The Causes of the 9/11 Attacks and the Scope of the Threat," Address to the 19th World Media Conference: "Media's Role in Peace and Conflict: Covering the Consequences of 9/11," Plenary Session I, "The Causes of the 9/11 Attacks and the Scope of the Threat" Washington, D.C., September 27, 2002, available online at http://www.wmassociation.com/reports/spkers/levitt.html

- "Syrian Sponsorship of Global Terrorism: The Need for Accountability," Testimony on the Syrian Accountability Act before the Subcommittee on the Middle East and South Asia, Committee on International Relations, United States House of Representatives, September 18, 2002, available online at http://www.washingtoninstitute.org/templateC07.php?CID=14

- "Charitable and Humanitarian Organizations in the Network of International Terrorist Financing," Testimony before the Subcommittee on International Trade and Finance, Committee on Banking, Housing, and Urban Affairs, United States Senate (August 1, 2002), available online at http://www.washingtoninstitute.org/templateC07.php?CID=138

*Journal Articles:*

- "The Islamic State's Lone-Wolf Era Is Over," *Foreign Policy*, March 24, 2016, available online at http://www.washingtoninstitute.org/policy-analysis/view/the-islamic-states-lone-wolf-era-is-over

- "Iranian and Hezbollah Operations in South America: Then and Now," *PRISM,* December 16, 2015, available online at http://www.washingtoninstitute.org/policy-analysis/view/iranian-and-hezbollah-operations-in-south-america-then-and-now

- "Anatomy of  a Bombing," *Foreign Affairs,* September 1, 2015, available online at https://www.foreignaffairs.com/articles/lebanon/2015-09-01/anatomy-bombing

- "Waking Up the Neighbors: How Regional Intervention is Transforming Hezbollah," *Foreign Affairs,* July 23, 2015, available online at https://www.foreignaffairs.com/articles/israel/2015-07-23/waking-neighbors

- "Keeping Iran's Feet to the Fire," *Foreign Policy*, July 14, 2015, available online at http://www.washingtoninstitute.org/policy-analysis/view/keeping-irans-feet-to-the-fire

- "Hezbollah Pulled Between Resistance to Israel and Defense of Syria," *CTC Sentinel,* Vol 8, Issue 2, February 2015, available online at http://www.washingtoninstitute.org/uploads/Documents/opeds/Levitt20150227-CTCSentinel.pdf

- "The Composing of ISIS: Let it Rot," *CCHS Security Insights,* February 4, 2015, available online at http://www.washingtoninstitute.org/policy-analysis/view/the-composting-of-isis-let-it-rot

EXHIBIT A, PAGE 51

- "Can Argentina Find Justice Without Alberto Nisman?" *Foreign Policy,* January 22, 2015, available online at http://www.washingtoninstitute.org/policy-analysis/view/can-argentina-find-justice-without-alberto-nisman

- "Hezbollah's Syrian Quaqmire," *PRISM,* Vol 5, Issue 4, September 2014, available online at http://www.washingtoninstitute.org/policy-analysis/view/hezbollahs-syrian-quagmire

- "Hezbollah and Iran's Strategic Partnership," *Harvard Journal of Middle East Politics and Policy*, Vol. III, 2013-2014

- "Hamas's Not-So-Secret Weapon," *Foreign Affairs*, July 9, 2014, available online at http://www.washingtoninstitute.org/policy-analysis/view/hamass-not-so-secret-weapon

- "Regional Implications of the War in Syria," *Defense Dossier*, Issue 11, June 2014, available online at http://www.washingtoninstitute.org/policy-analysis/view/regional-implications-of-the-war-in-syria

- "Hezbollah's Man in Egypt," *Perspectives on Terrorism*, Vol 8, Issue 2, April 2014, available online at http://www.washingtoninstitute.org/policy-analysis/view/hezbollahs-man-in-egypt

- "Hizb Allah's Gambit in Syria," with Aaron Y. Zelin, *CTC Sentinel*, Special Issue, Vol 6 Issue 8, August 2013, available online at http://www.washingtoninstitute.org/policy-analysis/view/hizb-allahs-gambit-in-syria

- "Hezbollah's Organized Criminal Enterprises in Europe," *Perspectives on Terrorism*, Vol 7 Issue 4, August 2013, available online at http://www.washingtoninstitute.org/policy-analysis/view/hezbollahs-organized-criminal-enterprises-in-europe

- "Criminal Connections: Hizbullah's Global Illicit Financial Activities," *IHS Defense, Risk and Security Consulting*, September 2012, available online at http://www.washingtoninstitute.org/policy-analysis/view/criminal-connections-hizbullahs-global-illicit-financing-activities

- "Hizbullah Narco-Terrorism: A Growing Cross-Border Threat," *IHS Defense, Risk and Security Consulting*, September 2012, available online at http://www.washingtoninstitute.org/policy-analysis/view/hizbullah-narco-terrorism-a-growing-cross-border-threat

- "The Tragedy in Toulouse: When Kinetic Counterterrorism Tactics Aren't Enough," *HSPI Commentary* 26, The Homeland Security Policy Institute, The George Washington University, March 29, 2012, available online at http://www.washingtoninstitute.org/templateC06.php?CID=1849

- "Money Troubles: The Financial Woes of al-Qaeda's Leaders," *IHS Jane's*, January 2012, available online at www.washingtoninstitute.org/templateC06.php?CID=1830

- "It's the Ideology, Stupid," *Journal of International Security Affairs*, September 2011, available online at http://www.washingtoninstitute.org/templateC06.php?CID=1710

- "Hezbollah: Party of Fraud," *Foreign Affairs*, July 27, 2011, available online at http://www.washingtoninstitute.org/templateC06.php?CID=1685

- "Follow the Money: Leveraging Financial Intelligence to Combat Transnational Threats," *Georgetown Journal of International Affairs* (Winter/Spring 2011), available online at http://www.washingtoninstitute.org/templateC06.php?CID=1606

- "Al Qaeda Targeting Israel: Between Rhetoric and Reality," *Orbis,* volume 54, number 3 (Summer 2010)

- "Tracking Narco-Terrorist Networks: The Money Trail," co-authored with Michael Jacobson, *The Fletcher Forum of International Affairs*, vol. 34:1, winter 2010, available online at http://www.washingtoninstitute.org/templateC06.php?CID=1444

- "What Europe Can Do to Secure a Deal with Iran," *Europe's World* (Spring 2010), available online at http://www.washingtoninstitute.org/templateC06.php?CID=1425

- "Syria's Financial Support for Jihad," *Middle East Quarterly* (Winter 2010), available online at http://www.meforum.org/2579/syria-financial-support-jihad

- "Staying Solvent – Assessing Al-Qaeda's Financial Portfolio," co-authored with Michael Jacobson in *Al-Qaeda's Senior Leadership (AQSL) – a Jane's Strategic Advisory Services (JSAS) supplement,* IHS Jane's, November 2009, available online at http://www.washingtoninstitute.org/templateC06.php?CID=1396

- "Hamas's Ideological Crisis," *Current Trends in Islamist Ideology* (November 2009), available online at http://www.washingtoninstitute.org/templateC06.php?CID=1376

- "Israel as an Al-Qa'ida Target: Sorting Rhetoric from Reality," *CTC Sentinel*, volume 2:10, October 2009, available online at http://www.washingtoninstitute.org/templateC06.php?CID=1370

- "Foreign "South of the Border, a Threat from Hezbollah," *Journal of International Security Affairs*, Spring 2013, available online at http://www.washingtoninstitute.org/policy-analysis/view/south-of-the-border-a-threat-from-hezbollah

- "Foreign Fighters and Their Economic Impact: A Case Study of Syria and al-Qaeda in Iraq," *Perspectives on Terrorism*, Volume 3, Issue 3, September 2009, available online at http://www.washingtoninstitute.org/templateC06.php?CID=1363

- "Confronting the Ideology of Radical Extremism," co-authored with J. Scott Carpenter and Michael Jacobson, *Journal of National Security Law & Policy*, volume 3:2, Fall 2009, available online at http://www.washingtoninstitute.org/templateC06.php?CID=1354

- "The Making of a Martyr" (Book Review), *The Journal of International Security Affairs*, Fall 2009, available online at http://www.washingtoninstitute.org/templateC06.php?CID=1353

- "Drug Wars: How Obama can Use Narcotics Enforcement to Fight Terrorism," co-authored with Michael Jacobson, *The New Republic*, January 26, 2009 available online at http://www.washingtoninstitute.org/templateC06.php?CID=1223

- "The U.S. Campaign to Squeeze Terrorist's Financing," co-authored with Michael Jacobson, *Columbia Journal of International Affairs*, Fall/Winter 2008, available online at

http://www.washingtoninstitute.org/templateC06.php?CID=1196

- "Al Qa'ida's Finances: Evidence of Organizational Decline?" *CTC Sentinel*, April 2008, available online at http://www.washingtoninstitute.org/templateC06.php?CID=1150

- "Could Hamas Target the West?" *Studies in Conflict & Terrorism*, vol. 30, no. 11, 2007, available online at http://www.washingtoninstitute.org/templateC06.php?CID=1098

- "Countering the Theological Case for 'Economic Jihad' is Vital," *RUSI/Jane's Homeland Security and Resilience Monitor*, (July 1, 2005), available online at http://www.washingtoninstitute.org/opedsPDFs/42a8bf8bbf6a6.pdf

- "Hamas and Islamic Jihad Clash over 'Media Jihad'," *RUSI/Jane's Homeland Security and Resilience Monitor*, January 12, 2005, available online at http://www.washingtoninstitute.org/templateC06.php?CID=768

- "Zarqawi's Jordanian Agenda," (with Julie Sawyer), *Terrorism Monitor: In-Depth Analysis of the War on Terror*, Vol. II, Issue 24, The Jamestown Foundation (December 16, 2004), available online at http://www.jamestown.org/publications_details.php?volume_id=400&issue_id=3179&article_id=2369022

- "Untangling the Terror Web: Identifying and Counteracting the Phenomenon of Crossover between Terrorist Groups," *SAIS Review*, vol. XXIV, no. 1 (Winter-Spring 2004), available online at http://www.washingtoninstitute.org/templateC06.php?CID=786

- "USA Ties Terrorist Attacks in Iraq to Extensive Zarqawi Network," *Jane's Intelligence Review, Terrorism and Insurgency*, April 1, 2004 (posted online March 16, 2004), available online at http://www.washingtoninstitute.org/templateC06.php?CID=471

- "Hizbullah's African Activities Remain Undisrupted," *RUSI/Jane's Homeland Security and Resilience Monitor*, March 1, 2004 (posted online February 4, 2004), available online at http://www.washingtoninstitute.org/templateC06.php?CID=463

- "Hamas from Cradle to Grave," *Middle East Quarterly*, vol. 11, no. 1 (January 2004), available online at http://www.meforum.org/article/582

- "Hezbollah's West Bank Terror Network," *Middle East Intelligence Bulletin (MEIB)*, vol. 5, no. 8 (August 2003), available online at http://www.meib.org/articles/0308_13.htm

- "Confronting Syrian Support for Terrorist Groups," *Middle East Intelligence Bulletin (MEIB)*, vol. 5, no. 5 (May 2003), available online at http://www.meib.org/articles/0305_s1.htm

- "Stemming the Flow of Terrorist Financing: Practical and Conceptual Challenges." *The Fletcher Forum of World Affairs*, vol. 27, no. 1, (Winter/Spring 2003), available online at http://fletcher.tufts.edu/forum/27-1pdfs/Levitt3.pdf

- "The Political Economy of Middle East Terrorism," *The Middle East Review of International Affairs (MERIA) Journal*, vol. 6, no. 4 (December 2002), available online at http://www.washingtoninstitute.org/templateC06.php?CID=794

- "Sponsoring Terrorism: Syria and Islamic Jihad," *Middle East Intelligence Bulletin (MEIB)*, vol. 4, no. 11 (November 2002), available online at http://www.meforum.org/meib/articles/0211_s1.htm

- "Eradicating Evil: Cracking Down on Terrorist Financing," *Harvard International Review online,* vol. XXIV, Issue 3, (Fall 2002), available online at http://www.hir.harvard.edu/articles/index.html?id=1080

24

EXHIBIT A, PAGE 54

- "War on Terrorism Scorecard," *Middle East Quarterly,* vol. 9, no. 3 (Summer 2002), available online at http://www.meforum.org/article/494

- "The Taliban, Islam, and Women's Rights in the Muslim World," *The Fletcher Forum of World Affairs*, vol. 21, no. 1 (Winter/Spring 1998)

- "Kilometer 101: Oasis or Mirage?  An Analysis of Third-Party Self-Interest in International Mediation," *Mediation Quarterly*, vol. 15, no. 2, (Winter 1998); earlier version published in The Program on Negotiation at Harvard Law School, *Working Paper Series,* no. 96-1 (March 1996), and presented at a Ph.D. conference entitled "Conflict Studies: A New Generation of Ideas" held at The University of Massachusetts, Boston, MA, October 4-5, 1996.

- Academic Book Review of Faith and Freedom: Women's Human Rights in the Muslim World, Mahnaz Afkhami, Ed. (Syracuse University Press, 1995), *Journal of International Affairs,* vol. 50, no. 1 (Summer 1996)

- "Let Them Eat Figs: An Analysis of the Negotiation Process Leading to the Madrid Peace Conference," The Program on Negotiation at Harvard Law School, *Working Paper Series,* no. 94-4 (February 1994)

- A variety of classified articles published in FBI and U.S. intelligence community publications, 1998-2001

*Editorial Articles:*

- "Why Trump and Netanyahu Might Keep the Iran Deal After All," The Hill (with Katherine Bauer and Patrick Clawson, Februa 15, 2017, http://www.washingtoninstitute.org/policy-analysis/view/why-trump-and-netanyahu-might-keep-iran-nuclear-deal-after-all

- "Hizbullah Under Fire in Syria," co-authored with Nadav Pollak, *Tony Blair Faith Foundation,* June 9, 2016, available online at http://www.washingtoninstitute.org/policy-analysis/view/hizbullah-under-fire-in-syria

- "The View from Tehran's Twilight Zone: Iran's Continued Illicit Finance Activities and Their Implications," *Henry Jackson Society*, May 2016, available online at http://www.washingtoninstitute.org/policy-analysis/view/the-view-from-tehrans-twilight-zone

- "Where Iran's Complaint About Banking Integration Misses the Mark," *Wall Street Journal*, April 18, 2016, available online at http://www.washingtoninstitute.org/policy-analysis/view/where-irans-complaint-about-banking-integration-misses-the-mark

- "My Journey Through Brussels' Terrorist Safe Haven," *Politico*, March 27, 2016, available online at http://www.washingtoninstitute.org/policy-analysis/view/my-journey-through-brussels-terrorist-safe-haven

- "Brussels Attacks Raise Questions on Readiness," *New York Times*, March 22, 2016, available online at http://www.washingtoninstitute.org/policy-analysis/view/brussels-attacks-raise-questions-on-readiness

- "Genocide or Not, Civilians Need Protection from ISIS," *The Hill*, March 11, 2016, available online at http://www.washingtoninstitute.org/policy-analysis/view/genocide-or-not-civilians-need-protection-from-isis

- "Behind the GCC's Terrorist Designation of Hizbullah," *Tony Blair Faith Foundation* March 10, 2016, available online at http://www.washingtoninstitute.org/policy-analysis/view/behind-the-gccs-terrorist-designation-of-hizbullah

25

EXHIBIT A, PAGE 55

- "The Crackdown on Hezbollah's Financing Network," *Wall Street Journal*, January 27, 2016, available online at http://www.washingtoninstitute.org/policy-analysis/view/the-crackdown-on-hezbollahs-financing-network

- "Prisoner Release," *Cipher Brief*, January 20, 2016, available online at http://www.washingtoninstitute.org/policy-analysis/view/prisoner-release

- "A Counterterrorism Restructuring That Can't Work Without Funding," *Wall Street Journal* January 16, 2016, available online at http://www.washingtoninstitute.org/policy-analysis/view/a-counterterrorism-restructuring-that-cant-work-without-funding

- "America May Have Unlocked a Key to Fighting Terrorism -- and It Doesn't Involve Drones," *Washington Post*, January 8, 2016, available online at http://www.washingtoninstitute.org/policy-analysis/view/america-may-have-unlocked-a-key-to-fighting-terrorism-and-it-doesnt-involve

- "U.S. Sanctions Delay Could Open Door for Iranian Weapons Violations," *Wall Street Journal,* January 1, 2016, available online at http://www.washingtoninstitute.org/policy-analysis/view/u.s.-sanctions-delay-could-open-door-for-iranian-weapons-violations

- "As Argentinian 'Truth Commission' Ends Before It Starts, Time to Investigate Iranian Agents," *The Hill*, December 28, 2015, available online at http://www.washingtoninstitute.org/policy-analysis/view/as-argentinian-truth-commission-ends-before-it-starts-time-to-investigate-i

- "The Islamic State Is Financially Self-Sufficient," *BBC News*, December 19, 2015, available online at http://www.washingtoninstitute.org/policy-analysis/view/the-islamic-state-is-financially-self-sufficient

- "Two Steps to Crack Down on Islamic State Financing Options," *Wall Street Journal,* December 17, 2015, available online at http://www.washingtoninstitute.org/policy-analysis/view/two-steps-to-crack-down-on-islamic-state-financing-options

- "On Iran Sanctions, Mixed News -- and Warnings for Potential Investors," *Wall Street Journal,* December 9, 2015 available online at http://www.washingtoninstitute.org/policy-analysis/view/on-iran-sanctions-mixed-news-and-warnings-for-potential-investors

- "Sophisticated Finances That Could Trip Up ISIS," *New York Times*, November 22, 2015 available online at http://www.washingtoninstitute.org/policy-analysis/view/sophisticated-finances-that-could-trip-up-isis

- "How Do ISIS Terrorists Finance Their Attacks?" *The Hill,* November 18, 2015, available online at http://www.washingtoninstitute.org/policy-analysis/view/how-do-isis-terrorists-finance-their-attacks

- "How to Beat ISIL Without 50,000 Troops," *Politico,* November 18, 2015, available online at http://www.washingtoninstitute.org/policy-analysis/view/how-to-beat-isil-without-50000-troops

- "The Middle East After the Iran Nuclear Deal: Hezbollah," *Council on Foreign Relations*, September 7, 2015, available online at http://www.washingtoninstitute.org/policy-analysis/view/the-middle-east-after-the-iran-nuclear-deal-hezbollah

- "Inside Hezbollah's European Plots," *Daily Beast*, July 20, 2015, available online at http://www.washingtoninstitute.org/policy-analysis/view/inside-hezbollahs-european-plots

- "With Nisman Dead, AMIA Case Falls Down the Rabbit Hole," *Clarín,* June 4, 2015, available online at http://www.washingtoninstitute.org/policy-analysis/view/with-nisman-dead-amia-case-falls-down-the-rabbit-hole

- "Why the Saudis Just Blacklisted Two Lebanese Militants," *The Hill,* May 29, 2015, available online at

http://www.washingtoninstitute.org/policy-analysis/view/why-the-saudis-just-blacklisted-two-lebanese-militants

- "Brooklyn Terror Plot Shows No Community Is Immune," co-authored with Kelsey Segawa, *New York Daily News,* February 26, 2015 available online at http://www.washingtoninstitute.org/policy-analysis/view/brooklyn-terror-plot-shows-no-community-is-immune

- "The P.L.O. Verdict Should Be No Surprise," *New York Times*, February 25, 2015, available online at http://www.washingtoninstitute.org/policy-analysis/view/the-p.l.o.-verdict-should-be-no-surprise

- "Why the CIA Killed Imad Mughniyeh," *Politico*, February 9, 2015, available online at http://www.washingtoninstitute.org/policy-analysis/view/why-the-cia-killed-imad-mughniyeh

- " 'Fox' Hunt: The Search for Hezbollah's Imad Mughniyeh," *The Hill* February 4, 2015, available online at http://www.washingtoninstitute.org/policy-analysis/view/fox-hunt-the-search-for-hezbollahs-imad-mughniyeh

- "Israel vs. Hezbollah, Spy vs. Spy," *National Post*, January 19, 2015, available online at http://www.washingtoninstitute.org/policy-analysis/view/israel-vs.-hezbollah-spy-vs.-spy

- "Terrorist 'Frenemies,'" *Politico*, January 16, 2015, available online at http://www.washingtoninstitute.org/policy-analysis/view/terrorist-frenemies

- "Hezbollah's Syria Problem," *Politico,* December 1, 2014, available online at http://www.washingtoninstitute.org/policy-analysis/view/hezbollahs-syria-problem1

- "Don't Bank on Bankrupting ISIS, but Here's How We Shrink Its Wallet," *The Hill*, November 19, 2014, available online at  http://www.washingtoninstitute.org/policy-analysis/view/dont-bank-on-bankrupting-isis-but-heres-how-we-shrink-its-wallet

- "Hamas is Going Through a Rough Patch, So What is it Singing About?" co-authored with Oula Abdulhamid Alrifai and Kelsey Segawa, *The Hill*, October 15, 2014, available online http://www.washingtoninstitute.org/policy-analysis/view/hamas-is-going-through-a-rough-patch-so-what-is-it-singing-about

- "The Khorasan Group Should Scare Us," *Politico*, September 24, 2014, available online at http://www.washingtoninstitute.org/policy-analysis/view/the-khorasan-group-should-scare-us

- "Qater's Not-So-Charitable Record on Terror Finance," *The Hill*, September 24, 2014, available online at http://www.washingtoninstitute.org/policy-analysis/view/qatars-not-so-charitable-record-on-terror-finance

- "While Still Risky, Military Intervention Against ISIS May be the Only Good Option for President Obama," *New York Daily News*, September 4, 2014, http://www.washingtoninstitute.org/policy-analysis/view/while-still-risky-military-intervention-against-isis-may-be-the-only-good-o

- "What is Hizbullah? Domestic Aspects and International Influence," *Tony Blair Faith Foundation*, August 19, 2014, available online at http://www.washingtoninstitute.org/uploads/Documents/opeds/Levitt20140819-TonyBlairFoundation.pdf

- "Is 'Reconstruction for Demilitarization' the Way Forward in Gaza?" *Fathom Journal* Interview, August 7, 2014, available online http://www.washingtoninstitute.org/policy-analysis/view/is-reconstruction-for-demilitarisation-the-way-forward-in-gaza

- "Gaza is Not About to Become an Islamic State," *The New Republic*, August 7, 2014, available online at http://www.washingtoninstitute.org/policy-analysis/view/gaza-is-not-about-to-become-an-islamic-state

- "What Is Hezbollah Doing in Europe?" *The Atlantic*, July 24, 2014, http://www.washingtoninstitute.org/policy-analysis/view/what-is-hezbollah-doing-in-europe

- "Declaring an Islamic State, Running a Criminal Enterprise," *The Hill*, July 7, 2014, available online at http://www.washingtoninstitute.org/policy-analysis/view/declaring-an-islamic-state-running-a-criminal-enterprise

- "Kidnapped Israeli Teens Compel Scrutiny of Hamas's International Finances: Going After the 'Hamas HQ in Europe'," *The New Republic*, June 24, 2014, available online at http://www.washingtoninstitute.org/policy-analysis/view/kidnapped-israeli-teens-compel-scrutiny-of-hamass-international-finances

- "Closing the Gap on Hezbollah's Global Operations," *The Hill*, June 18, 2014, available online at http://www.washingtoninstitute.org/policy-analysis/view/closing-the-gaps-on-hezbollahs-global-operations

- "Syria's Jihadis are Coming Home to Roost," *National Post* (Canada), June 5, 2014, available online at http://www.washingtoninstitute.org/policy-analysis/view/syrias-jihadis-are-coming-home-to-roost

- "Imad Mughniyeh's Legacy Six Years On," *The Weekly Standard*, February 12, 2014, available online at http://www.washingtoninstitute.org/policy-analysis/view/imad-mughniyehs-legacy-six-years-on

- "Zawahiri Aims at Israel: Behind Al Qaeda's Pivot to the Levant," *Foreign Affairs*, February 3, 2014, available online at http://www.washingtoninstitute.org/policy-analysis/view/zawahiri-aims-at-israel-behind-al-qaedas-pivot-to-the-levant

- "Hezbollah's Ideological Crisis," *Times of Israel*, January 6, 2014, available online at http://www.washingtoninstitute.org/policy-analysis/view/hezbollahs-ideological-crisis

- "Long Reach of Hezbollah Makes it a Threat Close to Home," *Australian Financial Review*, December 13, 2013, available online at http://www.washingtoninstitute.org/policy-analysis/view/long-reach-of-hezbollah-makes-it-a-threat-close-to-home

- Strange Bedfellows: Is the turbulent Middle East bringing Sunni and Shiite jihadists together, or driving them to war?" *Foreign Policy*, August 16, 2013, available online at http://www.washingtoninstitute.org/policy-analysis/view/strange-bedfellows

- "There is No Distinct Hezbollah 'Military Wing,' So Why Ban It?" with Jonathan Prohov, *The Daily Beast*, July 25, 2013, available online at http://www.washingtoninstitute.org/policy-analysis/view/there-is-no-distinct-hezbollah-military-wing-so-why-ban-it

- "Beware of Hezbollah in New York," *New York Post*, July 18, 2013, available online at http://www.washingtoninstitute.org/policy-analysis/view/beware-of-hezbollah-in-new-york

- "Exporting Terror in America's Backyard," *Foreign Policy*, June 13, 2013, available online at http://www.washingtoninstitute.org/policy-analysis/view/exporting-terror-in-americas-backyard

- **"Hezbollah's Criminal Network Expanding in Size, Scope and Savvy," *World Politics Review*, May 1, 2013

- "Hezbollah's 1992 Attack in Argentina Is a Warning for Modern-Day Europe," *The Atlantic*, March 19, 2013, available online at http://www.washingtoninstitute.org/policy-analysis/view/hezbollahs-1992-attack-in-argentina-is-a-warning-for-modern-day-europe

- "Why Europe Should Ban Hezbollah," Al-Sharq al-Awsat (Arabic), March 18, 2013, available online (in English

28

EXHIBIT A, PAGE 58

and Arabic) at http://www.washingtoninstitute.org/policy-analysis/view/why-europe-should-ban-hezbollah

- "Hezbollah's European Enablers," *National Post* (Canada), March 11, 2013, available online at
  http://www.washingtoninstitute.org/policy-analysis/view/hezbollahs-european-enablers

- "Hezbollah Worried; Europe Should be Too," with Magnus Norell, *The Daily Beast*, February 26, 2013, available
  online at http://www.washingtoninstitute.org/policy-analysis/view/hezbollah-worried-europe-should-be-too

- "Europe's Hezbollah Problem," With Daniel Benjamin and Karen Betts, *The Jerusalem Post*, February 24, 2013,
  available online at http://www.jpost.com/MiddleEast/Article.aspx?id=304336

- "On a Military Wing and a Prayer," *Foreign Policy*, February 12, 2013, available online at
  http://www.washingtoninstitute.org/policy-analysis/view/on-a-military-wing-and-a-prayer

- "Why Bulgaria? Why Now?" *CNN Global Public Square*, February 12, 2013, available online at
  http://www.washingtoninstitute.org/policy-analysis/view/why-bulgaria-why-now

- "Hezbollah's Syria Problem," Fikra Forum, February 6, 2013, available online at
  http://www.washingtoninstitute.org/policy-analysis/view/hezbollahs-syria-problem

- Republished by Voice of America, Middle East Voices, February 13, 2013, available online at
  http://middleeastvoices.voanews.com/2013/02/insight-hezbollahs-syria-problem-82585/

- "Did Iran Bomb AMIA?  The Evidence is Clear," *Jewish Chronicle* (UK), December 14, 2012, available online at
  http://www.thejc.com/comment-and-debate/analysis/94147/did-iran-bomb-amia-the-evidence-clear

- "29 Years Later, Echoes of 'Kuwait 17'," *The Weekly Standard*, December 13, 2012, available online at
  http://www.washingtoninstitute.org/policy-analysis/view/29-years-later-echoes-of-kuwait-17

- "Will the Ceasefire Last?" *The Daily Beast*, November 22, 2012, available online at
  http://www.washingtoninstitute.org/policy-analysis/view/will-the-ceasefire-last

- "Ignoring the Warning Lights on Hezbollah," Henry Jackson Society, November 8, 2012, available online at
  http://www.washingtoninstitute.org/policy-analysis/view/ignoring-the-warning-lights-on-hezbollah-the-case-for-a-european-ban

- "Why Iran Wants to Attack the United States," *Foreign Policy*, October 29, 2012, available online at
  http://www.washingtoninstitute.org/policy-analysis/view/why-iran-wants-to-attack-the-united-states

- "Tehran's Unlikely Assassins," *The Weekly Standard*, August 20, 2012,
  http://www.weeklystandard.com/blogs/tehran-s-unlikely-assassins_650307.html

- "Did Hezbollah Do It?" *The Daily Beast, Open Zion*, July 18, 2012, available online at
  http://www.thedailybeast.com/articles/2012/07/18/did-hezbollah-do-it.html

- "Iran, Hizballah and the Threat to the U.S. Homeland," YaLIBNAN, March 27, 2012, available online at
  http://www.yalibnan.com/2012/03/27/iran-hizballah-and-the-threat-to-the-u-s-homeland/

29

EXHIBIT A, PAGE 59

- "An Anti-Crime Strategy to Combat the PKK," Hurriyet Daily News, February 16, 2012, available online at http://www.washingtoninstitute.org/policy-analysis/view/an-anti-crime-strategy-to-combat-the-pkk

- "U.S. Court Ruling Links Iran to Al Qaeda," *Iran Primer*, December 13, 2011, available online at http://www.washingtoninstitute.org/html/pdf/IranPrimer_Levitt3.pdf

- "Treasury Tightens Squeeze on Iran Front Companies," *Iran Primer*, October 27, 2011, available online at http://www.washingtoninstitute.org/html/pdf/IranPrimer_Levitt2.pdf

- "A History of Violence," *Foreign Policy*, October 12, 2011, available online at http://www.washingtoninstitute.org/templateC06.php?CID=1731

- "Iranian Doublespeak on the Anniversary of the AMIA Bombing," *The Jerusalem Post*, July 20, 2011, available online at http://www.jpost.com/Opinion/Op-EdContributors/Article.aspx?id=230258

- "Senior Hizballah Official Wanted for Murder," NOW Lebanon, July 21, 2011, available online at http://www.nowlebanon.com/NewsArticleDetails.aspx?ID=293278&MID=0&PID=0

- "Obama Puts the Onus on Hamas, Where It Belongs – and 1967 Borders, With Swaps, Makes Sense," New *York Daily News*, May 20, 2001, available online at http://www.washingtoninstitute.org/templateC06.php?CID=1632

- "Checkbook Jihad," *Foreign Policy*, May 12, 2011, available online at http://www.washingtoninstitute.org/templateC06.php?CID=1625

- **"With Osama Bin Laden Gone, Al Qaeda Just Got A Lot Weaker,"** *New York Daily News*, May 3, 2011

- "Hizballah: Governing Faction in Lebanon, Criminal Group Abroad," *NOWlebanon.com*, February 17, 2011, available online at http://www.nowlebanon.com/NewsArticleDetails.aspx?ID=241398

- "We Must Challenge the Ideology Driving Terrorism," with Scott Carpenter, *The Australian*, November 16, 2010, available online at http://www.washingtoninstitute.org/templateC06.php?CID=1534

- "Center of Jihadism Moves from the M.E. to South Asia, Africa," *The Jerusalem Post*, August 17, 2010, available online at http://www.jpost.com/Features/InThespotlight/Article.aspx?id=184989

- "Why the Iran Sanctions Matter," *Foreign Policy*, June 11, 2010, available online at http://www.washingtoninstitute.org/templateC06.php?CID=1476

- "Crime Links Aid Counter-Terror Efforts," *Oxford Analytica*, May 19, 2010, available online at http://www.washingtoninstitute.org/templateC06.php?CID=1460

- "What Did Tehran Ask of Hizballah?" *The Jerusalem Post*, March 4, 2010, available online at http://www.jpost.com/MiddleEast/Article.aspx?id=170155

- "Can Gaza Become a Somalia or Yemen?" *The Jerusalem Post*, February 9, 2010, available online at http://www.washingtoninstitute.org/templateC06.php?CID=1412

30

EXHIBIT A, PAGE 60

- "When Yemen Meets Gaza," *Foreign Policy*, January 25, 2010, available online at http://www.washingtoninstitute.org/templateC06.php?CID=1408

- "The World Can't Trust Iran," co-authored with Michael Jacobson, *The Guardian*, September 26, 2009, available online at http://www.washingtoninstitute.org/templateC06.php?CID=1348

- "Radicalization: Made in the USA?" HSPI Commentary 03, Homeland Security Policy Institute, George Washington University, June 2, 2009, available online at http://www.washingtoninstitute.org/templateC06.php?CID=1283

- "Hamas: Hits and Misses," The Australian, May 30, 2009, available online at http://www.washingtoninstitute.org/templateC06.php?CID=1281

- "Analysis: Egypt Still has its Head in the Sand," with Yoram Cohen, *The Jerusalem Post*, March 3, 2009

- "Focus to Remain on Terrorist Financing," Oxford Analytica March 3, 2009, available online at http://www.washingtoninstitute.org/templateC06.php?CID=1246

- "How Not to Fund Hamas: Scrutinize those who Receive U.S. Aid," *New York Daily News*, February 4, 2009, available online at http://www.washingtoninstitute.org/templateC06.php?CID=1229

- "Targeting Terrorists' Financial Networks," co-authored with Michael Jacobson, *The Jerusalem Post*, January 6, 2009, available online at http://www.washingtoninstitute.org/templateC06.php?CID=1205

- "Holding Hamas Accountable," *The Forward*, January 2, 2009, available online at http://www.washingtoninstitute.org/templateC06.php?CID=1204

- "Bridging the Persian Gulf: Terrorist Networks are Active in the Persian Gulf, U.S. Diplomacy in the Region is the Key to Combating Them," co-authored with Michael Jacobson, *The Guardian* online, December 11, 2008, available online at http://www.washingtoninstitute.org/templateC06.php?CID=1197

- "Where We've Come Since 9/11," co-authored with Michael Jacobson, *San Francisco Chronicle*, September 9, 2008, available online at http://www.washingtoninstitute.org/templateC06.php?CID=1177

- "Franchises of al-Qaida Pose a Great Threat," co-authored with Michael Jacobson, *Courier-Post* (NJ), September 7, 2008, available online at http://www.washingtoninstitute.org/templateC06.php?CID=1175

- "Legitimizing Hamas: Carter's Visit Sends the Wrong Message," *The Weekly Standard*, April 16, 2008, available online at http://www.washingtoninstitute.org/templateC06.php?CID=1148

- "Is Combating the Financing of Terrorism Worthwhile?" A World-Check Terrorism Brief Paper, March 10, 2008, available online at http://www.world-check.com/media/d/content_experttalk_reference/ExpertTalk_Levitt_2008March.pdf

- "Globalized Jihad then (1993) and Now," Middle East Strategy at Harvard (MESH), March 11, 2008, available online at http://blogs.law.harvard.edu/mesh/2008/03/globalized_jihad_then_1993_now/

- "Hamas in the Spotlight," Middle East Strategy at Harvard (MESH), February 27, 2008, available online at http://blogs.law.harvard.edu/mesh/2008/02/hamas_in_the_spotlight/

- "Why Following the Money Leads to Terrorists," *European Voice*, February 14, 2008, available online at http://www.washingtoninstitute.org/templateC06.php?CID=1133

31

EXHIBIT A, PAGE 61

- "GAO Misleads on Iran Sanctions," Middle East Strategy at Harvard (MESH), January 17, 2008, available online at http://www.washingtoninstitute.org/templateC06.php?CID=1122

- "The Clock Ticks: Sanction Iran Now," *Financial Times Deutschland* (German), December 19, 2007, English version available online at http://www.washingtoninstitute.org/templateC06.php?CID=1118

- "Contending with Iran's Nuclear Intentions and Capabilities," *San Francisco Chronicle*, December 5, 2007, available online at http://www.washingtoninstitute.org/templateC06.php?CID=1112

- "Can Sanctions Be Effective in Halting Iran's Nuclear Program?" Council on Foreign Relations online debate, October 15-18, 2007, available online at http://www.cfr.org/publication/14500/can_sanctions_be_effective_in_halting_irans_nuclear_program.html?breadcrumb=%2Fpublication%2Fpublication_list%3Ftype%3Donline_debate

- "Chilling Effect: The U.S. Courts Wouldn't Stop Me from Writing about Terrorist Funding, but England Might," *The New Republic* online, October 12, 2007, available online at http://www.washingtoninstitute.org/templateC06.php?CID=1099

- "Hamas' Hidden Economy," *Los Angeles Times*, July 3, 2007 (also ran in the *Singapore Straits Times* on July 5, 2007 as "The Covert Funding of Hamas"), available online at http://www.washingtoninstitute.org/templateC06.php?CID=1073

- "Making Iran Feel the Pain," *Wall Street Journal Europe*, July 2, 2007, available online at http://www.washingtoninstitute.org/templateC06.php?CID=1071

- "Prized Fighter: How Nicolas Sarkozy Could Help Destroy Hezbollah," co-authored with Michael Jacobson, *The New Republic Online*, May 28, 2007, available online at http://www.washingtoninstitute.org/templateC06.php?CID=1058

- "Pulling Tehran's Purse Strings," Transatlantic Issues #16, May 4, 2007, available online at http://www.transatlanticinstitute.org/html/pu_articles.html?id=337

- "Blocking Terror Finances," UPI Outside View, May 3, 2007, available online at http://www.washingtoninstitute.org/templateC06.php?CID=1050

- "Putin's New Friends: Moscow Hosts Hamas," *The Weekly Standard*, March 19, 2007, available online at http://www.washingtoninstitute.org/templateC06.php?CID=1038

- "Target Iranian Forces," *The Washington Times*, February 16, 2007, available online at http://www.washingtoninstitute.org/templateC06.php?CID=1026

- "Hamas's Muddied Waters," *The Chronicle Review*, May 12, 2006, available online (by subscription) at http://chronicle.com/weekly/v52/i36/36b01201.htm

- "No Excuse," *The Wall Street Journal Europe*, July 28, 2005, available online at http://www.washingtoninstitute.org/templateC06.php?CID=856

- "A Major Blow to Al-Qaeda," *The National Post* (Canada), May 5, 2005, available online at http://www.washingtoninstitute.org/templateC06.php?CID=826

- "Ready, Aim, Ceasefire: How to Sustain the Spirit of Shem-el-Sheikh," *The Review*, Vol. 30, No. 3, March 2005

- "Injustice in Gaza," The Baltimore Sun, October 18, 2004, available online at

http://www.washingtoninstitute.org/templateC06.php?CID=732

- "A Report Whose Tactical and Strategic Goals Don't Square," *The Daily Star*, August 30, 2004, available online at http://www.dailystar.com.lb/article.asp?edition_id=10&categ_id=5&article_id=7848#

- "The 9/11 Report and U.S. Middle East Strategy: Little Impact," *Bitterlemons-international.org*, August 27, 2004, available online at http://www.bitterlemons-international.org/inside.php?id=218

- "The Missing Link: Saddam and al Qaeda," *The Washington Post*, June 2, 2004, page C4, available online at http://www.washingtonpost.com/wp-dyn/articles/A8112-2004Jun1.html

- "Moderately Deadly: Yassin's Long History of Terror," *National Review Online*, March 26, 2004, available online at http://www.nationalreview.com/comment/levitt200403261126.asp

- "Who Did It?" *The Baltimore Sun*, March 14, 2004, available online at http://www.washingtoninstitute.org/templateC06.php?CID=468

- "Charity Begins in Riyadh," *The Weekly Standard*, vol. 9, no. 20, February 2, 2004, available online at http://www.washingtoninstitute.org/templateC06.php?CID=462

- "Shut Down Hamas," *The Baltimore Sun*, January 22, 2004, available online at http://www.washingtoninstitute.org/templateC06.php?CID=460

- "Turning a Blind Eye to Hamas in London," *The Wall Street Journal Europe*, October 24, 2003, available online at http://www.washingtoninstitute.org/templateC06.php?CID=490

- "Palestinian terrorists expand their reach, *The National Post*, October 18, 2002, available online at http://www.washingtoninstitute.org/templateC06.php?CID=489

- "PLO Penetrates Homeland Security," *The Jerusalem Post*, October 11, 2003, available online at http://www.washingtoninstitute.org/templateC06.php?CID=488

- "Still With Us?  Testing Britain's Counterterror Resolve," *National Review Online*, September 5, 2003, available online at http://www.nationalreview.com/comment/comment-levitt090503.asp

- "Tackling Terror in Iraq," *The Baltimore Sun*, September 3, 2003, available online at http://www.washingtoninstitute.org/templateC06.php?CID=484

- "Who Pays for Palestinian Terror?"  *The Weekly Standard*, August 18, 2003, available online at http://www.washingtoninstitute.org/templateC06.php?CID=482

- "The Two Faces of Saudi Arabia: Dubious Allies in the War on Terror," *The Weekly Standard*, June 30, 2003, available online at http://www.washingtoninstitute.org/templateC06.php?CID=479

- "Smeared in Blood, Hezbollah Fingerprints All Over Globe," *The Australian*, June 9, 2003, available online at http://www.washingtoninstitute.org/templateC06.php?CID=478

- "Blood Money," *The Wall Street Journal*, June 4, 2003, available online at http://www.washingtoninstitute.org/templateC06.php?CID=477

- "Heart of the Axis - Al Qaeda has long called Iran home," *National Review Online*, May 29, 2003, available online at http://www.nationalreview.com/comment/comment-levitt052903.asp

- "Drawing a Line in the Saudi Sand," *National Review Online*, April 16, 2002, available online at
  http://www.nationalreview.com/comment/comment-levitt041603.asp

- "KSM in Custody," *National Review Online*, March 5, 2003, available online at
  http://www.nationalreview.com/comment/comment-levitt030503.asp

- "To Win the Terror War," *The New York Post*, March 4, 2003, available online at
  http://www.washingtoninstitute.org/templateC06.php?CID=466

- "The State of Denial: Arab Journalists and Intellectuals are Apologists for Terror," *National Review Online*,
  January 28, 2003, available online at http://www.nationalreview.com/comment/comment-levitt012803.asp

- "The Zarqawi Node in the Terror Matrix: Linking the Terrorists," *National Review Online*, February 6, 2003,
  available online at http://www.nationalreview.com/comment/comment-levitt020603.asp

- "World Should Confront Terrorist Have of Syria," *The Baltimore Sun*, November 25, 2002, available online at
  http://www.washingtoninstitute.org/templateC06.php?CID=492

- "Diplomacy Run Amuck," *The Jerusalem Post*, October 9, 2002, available online at
  http://www.washingtoninstitute.org/templateC06.php?CID=487

- "Money, Terror and Palestinian Reform: Accounting 101," *The Review* (Australia)*, vol. 27, no. 8 (August 2002)

- "Bush Administration Two-Faced on Terror," *The Baltimore Sun* (June 6, 2002), available online at
  http://www.washingtoninstitute.org/templateC06.php?CID=457

- "The Wrong Models for Tenet," *The Jerusalem Post* (June 5, 2002), available online at
  http://www.washingtoninstitute.org/templateC06.php?CID=459

*Washington Institute Policy Briefs:*

**1998**
- "U.S. Mediation in the Peace Process:  Context for the Ross Mission,"  PeaceWatch # 177, September 16, 1998.
- "Human Rights in the Wye River," PeaceWatch #188, November 4, 1998.


**2001**
- "Navigating the U.S. Government's Terrorist Lists," PolicyWatch #585. November 30, 2001.
- "Words And Actions: Leading By Example," PeaceWatch #353, December 4, 2001.
- "Assessing Arafat's Performance in the Fight Against Terror," PeaceWatch #356, December 21, 2001.

**2002**
- "Syria and the War on Terrorism: Challenges for U.S. Policy (Part I)," PolicyWatch #595, January 23, 2002.
- "Syria and the War on Terrorism: Challenges for U.S. Policy (Part II)," PolicyWatch #596, January 24, 2002.
- "New Arenas for Iranian-Sponsored Terrorism: The Arab-Israeli Heartland," PolicyWatch #605, February 22, 2002.
- "Hamas: Toward a Lebanese-Style War of Attrition?," PeaceWatch #367, February 26, 2002.
- "Tackling the Financing of Terrorism in Saudi Arabia," PolicyWatch #609, March 11, 2002.
- "Next Steps in the War on Terrorism," PolicyWatch #610, March 12, 2002.
- "Designating the Al-Aqsa Martyrs Brigades," PeaceWatch #371, March 25, 2002.

- "Defensive Shield Counterterrorism Accomplishments," PeaceWatch #377, April 17, 2002 (with Seth Wikas).
- "The Return of Palestinian Nationalist Terrorism," PeaceWatch #379, May 3, 2002 (with Ehud Waldoks).
- "Anticipating Patterns of Global Terrorism 2001," PolicyWatch #626, May 20, 2002.
- "PLOCCA 2002: Empty Words," PeaceWatch #384, May 24, 2002.
- "Europe and Middle East Terrorism," PolicyWatch #627, May 29, 2002.
- "Accounting and Accountability: Defining Donor Requirements for Palestinian Reform," PolicyWatch #638, July 18, 2002.
- "PLOCCA Redux: The State Department's Subtle Swipe at the Concept of Demanding Palestinian Compliance," PolicyWatch #640, July 25, 2002.
- "The Network of Terrorist Financing," PolicyWatch #646, August 6, 2002.
- "Palestinian Islamic Jihad: Getting by with a Little Help From Its Friends," PeaceWatch #396, September 3, 2002.
- "Syrian Sponsorship of Global Terrorism: The Need for Accountability," PolicyWatch #660, September 19, 2002.
- "Untangling the Terror Web: Al-Qaeda is Not the Only Element," PolicyWatch #671, October 28, 2002.
- "Combating Terrorist Financing, Despite the Saudis," PolicyWatch #673, November 1, 2002.
- "Saudi Financial Counterterrorism Measures (Part II): Smokescreen or Substance?," PolicyWatch #687,  December 10, 2002.
- "The War on Terror in the Shadow of the Iraq Crisis,"  PolicyWatch #690, December 12, 2002 (with Bruce Hoffman and Daniel Benjamin).

**2003**
- "Criminal Enterprise in the Political Economy of Middle Eastern Terrorism," PolicyWatch #697, January 3, 2003.
- "Banning Hizballah Activity in Canada," PolicyWatch #698, January 6, 2003.
- "Placing Iraq and Zarqawi in the Terror Web," PolicyWatch #710, February 13, 2003.
- "Palestinian Terrorist Groups Threaten U.S. Interests," PeaceWatch, PeaceWatch #413, February 14, 2003.
- "A Terrorist Front in Iraq?"  PolicyWatch #745, April 8, 2003 (with Roger Cressey and Avi Jorisch).
- "Patterns of Terrorism 2002: Terror, Counterterror, and State Sponsorship," PolicyWatch #753, April 30, 2003.
- "Hamas Blood Money: Mixing Good Works and Terror is No Formula for Peace," PeaceWatch #418, May 5, 2003.
- "Terror from Damascus, Part I: The Palestinian Terrorist Presence in Syria," PeaceWatch #420, May 7, 2003.
- "Terror from Damascus, Part II: The Palestinian Terrorist Presence in Syria," PeaceWatch #421, May 9, 2003.
- "U.S.-Saudi Counterterrorism Cooperation in the Wake of the Riyadh Bombing,"  PolicyWatch #759, May 23, 2003 (with Simon Henderson).
- "Hizballah's West Bank Foothold," PeaceWatch #429, August 20, 2003.
- "Ban Hamas in Europe," PeaceWatch #430, September 4, 2003 (with Jeff Cary).
- "Terrorist Attacks Against Western Officials in Gaza, the West Bank, and Israel," PeaceWatch #431, October 15, 2003.
- "Untangling the Web: Crossovers Among International Terrorist Groups," PolicyWatch #799, October 24, 2003.
- "Waging the War on Terror: Are the Saudis Starting to Turn the Corner?"  PolicyWatch #822, December 31, 2003 (with Simon Henderson).

**2004**
- "The Hizballah Threat in Africa," PolicyWatch #823, January 2, 2004.
- "Hamas's Political Wing: Terror by Other Means," PeaceWatch #440. January 6, 2004.
- "Radical Islamist Groups in Germany: A Lesson in Prosecuting Terror in Court," PolicyWatch #834, February 19, 2004 (with Assaf Moghadam).
- "Shaykh Yassin and Hamas Terror," PeaceWatch #448, March 23, 2004.
- "Assesing Hizballah's West Bank Foothold," PeaceWatch #463, June 18, 2004 (with Zohar Palti)

- "The Threat of Jewish Terror in Israel and the West Bank," PeaceWatch #470, August 9, 2004 (with Julie Sawyer).
- "Indicting Hamas: By Disrupting its Operations, Does the West Become a Target?" PeaceWatch #471, August 26, 2004.
- "Terror on the UN Payroll?," PeaceWatch #475, October 13, 2004.
- "Banning Hizballah TV in America," PolicyWatch #930, December 17, 2004 (with Avi Jorisch).

## 2005
- "Sustaining an Israeli-Palestinian Ceasefire," PeaceWatch #491, February 10, 2005
- "Ban Hizballah in Europe," PolicyWatch #958, February 16, 2005
- "Iranian State Sponsorship of Terror: Threatening U.S. Security, Global Stability, and Regional Peace," PolicyWatch #964, February 23, 2005
- "Hizballah Finances: Funding the Party of God," PolicyWatch #965,  March 1, 2005
- "Palestinian Authority Minister of Economy Tied to Hamas?" PeaceWatch #496, March 4, 2005
- "Freezing U.S. Assets of Syrian Officials," PolicyWatch #1012: July 13, 2005 (with Jamie Chosak)
- "The New Lebanon: Democratic Reform and State Sponsorship," PolicyWatch #1016: July 21, 2005
- "Undermining Hamas and Empowering Moderates by Filling the Humanitarian Void," PeaceWatch #514: September 7, 2005 (with Jamie Chosak)
- "A Hamas Headquarters in Saudi Arabia?" PeaceWatch #521: September 28, 2005

## 2007
- "Prosecuting Terrorism Supporters: Lessons from a Recent Verdict," Policywatch # 1192, February 6, 2007.
- "Shutting Hizballah's Construction Jihad," Policywatch #1202, February 20, 2007.  .
- "Follow the Money: Challenges and Opportunities in the Campaign to Combat Terrorism Financing," Policy Forum at The Washington Institute for Near East Policy, February 23, 2007.
- "U.S.-Designated Hamas Front Gets Symbolic Win in France," Policywatch #1210, March 20, 2007.
- "Brazilian Counterterrorism Efforts: Legislative Progress, But Little Action on the Ground," with David Jacobson, Policywatch #1222, April 18, 2007.
- "Global Anti-Terrorism Financing Group Challenged by Syria's Application," Policywatch #1238, May 31, 2007.
- "Adding Hizballah to the European Union's Terrorism List," with Michael Jacobson, Policywatch #1249, June 21, 2007.
- "Gaza:  The Next Terrorist Safe Haven?"  Policywatch #1255, June 29, 2007.
- "Dangerous Partners: Targeting the Iran-Hizballah Alliance," with Jake Lipton, Policywatch #1267, July 31, 2007.
- "Better Late than Never:  Keeping USAID Funds out of Terrorist Hands," Policywatch #1277, August 24, 2007.
- "Iran Sanctions: Can They Be Effective?" Policywatch #1297, October 25, 2007.
- Holy Land Mistrial: Judging a Designated Terrorist Entity, Policywatch #1311, November 27, 2007.

## 2008
- "Prosecuting Terrorism beyond 'Material Support'," Policywatch #1326, January 14, 2008.
- "Who was Imad Mughniyeh?" with David Schenker, Policywatch #1340, February 14, 2008.
- "Timely Reminder of Iranian Support for Terrorism," with Michael Jacobson, Policywatch #1345, February 22, 2008.
- "Highlighting al-Qaeda's Bankrupt Ideology," with Michael Jacobson, Policywatch #1371, May 7, 2008.
- "Hizballah's Military Wing Under Pressure Despite Political Gains," Policywatch 1389, July 16, 2008.
- "Amman Warms to Hamas," with David Schenker, Policywatch 1400, August 28, 2008.
- "Violence by Extremists in the Jewish Settler Movement: A Rising Challenge," with Becca Wasser, Policywatch #1434, November 25, 2008.

36

- "Financial Setbacks for Hamas," Policywatch #1436, December 2, 2008.

### 2009

- "Political Hardball within Hamas: Hardline Militants Calling Shots in Gaza," Policywatch #1450, January 6, 2009.
- "The Iran-al-Qaeda Conundrum," with Michael Jacobson, Policywatch #1461, January 23, 2009.
- "Al-Qaeda Today," with Assaf Moghadam and Farhad Khosrokhavar, Policywatch #1477, February 13, 2009.
- "Hamas Arms Smuggling: Egypt's Challenge," with Yoram Cohen, Policywatch #1484, March 2, 2009.
- "Making Smugglers Pay: Underwriting Egyptian Border Security," with Becca Wasser, Policywatch #1505, April 13, 2009.
- "Hizballah Campaigns at Home, Exposed Abroad," Policywatch #1528, June 5, 2009.
- "Reality Contradicts New Hamas Spin," Policywatch #1565, August 7, 2009.
- "Contending with the PKK's Narco-Terrorism," with Benjamin Freedman, Policywatch #1611, December 8, 2009.

### 2010

- "Al Qaeda in the West Bank and Gaza," Special Policy Forum report featuring Matthew Levitt and Bruce Riedel, Policywatch #1619, January 13, 2010
- "New Multilateral Consensus Emerges on Iran," with Patrick Clawson, Policywatch #1633, February 23, 2010
- "Dinner in Damascus: What Did Iran Ask of Hizballah?" with David Schenker, Policywatch #1637, March 2, 2010
- "Fallout from the Gaza Flotilla Tragedy," with David Makovsky and Jeffrey White, Policywatch #1622, June 1, 2010
- "Fighting the Ideological Battle: The Missing Link in America's Effort to Counter Violent Extremism," rapporteur's summary of event featuring J. Scott Carpenter, Matthew Levitt and Juan Zarate, PolicyWatch #1673, June 24, 2010
- "Giving Teeth to Iran Sanctions: Targeting Re-Export Loopholes," PolicyWatch #1674, June 25, 2010
- "Status Check on the Struggle against Global Terrorism," PolicyWatch #1687, August 10, 2010

### 2011

- "Combating Violent Extremism: The Counterradicalization Debate in 2011," with Maajid Nawaz and Peter Neumann, PolicyWatch #1738, January 7, 2001
- "Hizballah Challenges Lebanon's Prime Minister Hariri -- and President Obama," with David Schenker, PolicyWatch #1741, January 13, 2011
- "Hizballah: Governing Faction in Lebanon, Criminal Group Abroad," PolicyWatch #1758, February 16, 2011
- "Asserting Liberal Values: The Future of British and U.S. Counterradicalization Strategies," with Mark Williams and Seamus Hughes, PolicyWatch #1776, March 2, 2011
- "How to Deal with Islamist Movements in Post-Revolutionary Regimes?" Policy Alert, March 4, 2011
- "Yemeni Military Leader Tied to Terrorism Pledges to Protect Protestors," Policy Alert, March 23, 2011
- "Usama bin Laden: A Post-Mortem," Policy Alert, May 2, 2011
- "UN Promotes Splitting the Taliban from al Qaeda," with Sam Cutler, PolicyWatch #1824, June 27, 2011
- "Senior Hizballah Official Wanted for Murder," PolicyWatch #1833, July 20, 2011
- "White House Set to Release Strategy to Combat Violent Extremism," Policy Alert, August 2, 2011
- "Hamas Shifts to an Outside-In Operational Strategy," PolicyWatch #1848, September 26, 201

### 2012

- "Hizballah Poised to Strike in Southeast Asia," PolicyWatch #1892, January 18, 2012
- "Party of Fraud: Hizballah's Criminal Enterprises," PolicyWatch #1911, March 22, 2012

- "Iran, Hizballah and the Threat to the U.S. Homeland," PolicyWatch #1913, March 26, 2012
- "Looming U.S.-Iraqi Row over Decision to Release Hizballah Commander," PolicyWatch #1970, August 7, 2012
- "Is al-Qaeda Central Still Relevant?" Together with Bruce Hoffman, Mary Habeck and Aaron Zelin, PolicyWatch #1979,September 12, 2012

**2013**

- "Europe's Hezbollah Problem," Policywatch #2038, Feburary 13, 2013, available online at http://www.washingtoninstitute.org/policy-analysis/view/europes-hezbollah-problem-part-2
- "Cyprus Court Convicts Hezbollah Operative: Next Steps," Policy Alert, March 22, 2013, available online at http://www.washingtoninstitute.org/policy-analysis/view/cyprus-court-convicts-hezbollah-operative-next-steps
- "Iranian Terrorism under 'Moderate' Presidents," Policywatch #2095, July 25, 2013, available online at http://www.washingtoninstitute.org/policy-analysis/view/iranian-terrorism-under-moderate-presidents
- "Europe's Moment of Decision on Hezbollah," Policywatch #2104, July 22, 2013, available online at http://www.washingtoninstitute.org/policy-analysis/view/europes-moment-of-decision-on-hezbollah
- "New Strategies for Countering Homegrown Violent Extremism," Policywatch #2172, Policy Forum Report, November 21, 2013, with Hedieh Mirahmadi, George Selim and J. Thomas Manger, http://www.washingtoninstitute.org/policy-analysis/view/new-strategies-for-countering-homegrown-violent-extremism

**2014**

- "West Bank Violence and Gaza Rockets Could Spark Wider Conflict," PolicyWatch #2226, March 20, 2014, available online at http://www.washingtoninstitute.org/policy-analysis/view/west-bank-violence-and-gaza-rockets-could-spark-wider-conflict
- "Iran and Bahrain: Crying Wolf or Wolf at the Door?" PolicyWatch #2255, May 16, 2014, http://www.washingtoninstitute.org/policy-analysis/view/iran-and-bahrain-crying-wolf-or-wolf-at-the-door
- "Palestinian Reconciliation: Devil in the Details?" with Neri Zilber, PolicyWatch #2258, May 28, 2014, http://www.washingtoninstitute.org/policy-analysis/view/palestinian-reconciliation-devil-in-the-details
- "Hezbollah in Iraq: A Little Help Can Go a Long Way," with Nadav Pollack, PolicyWatch #2277, June 25, 2014, available online at http://www.washingtoninstitute.org/policy-analysis/view/hezbollah-in-iraq-a-little-help-can-go-a-long-way
- "Hezbollah's Message for Israel," PolicyWatch #2327, October 21, 2014, available online at http://www.washingtoninstitute.org/policy-analysis/view/hezbollahs-message-for-israel
- "The Battle of Ideas 2.0: Combatting ISIS Ideology at Home and Abroad," PolicyWatch #2349, December 16, 2014, available online at http://www.washingtoninstitute.org/policy-analysis/view/the-battle-of-ideas-2.0-combating-isis-ideology-at-home-and-abroad
- "EU Court Expected to Annul Hamas Terrorist Designation," PolicyWatch #2348, December 16, 2014, available online at http://www.washingtoninstitute.org/policy-analysis/view/eu-court-expected-to-annul-hamas-terrorist-designation

**2015**

- "Kataib al-Imam Ali: Portrait of an Iraqi Shiite Militant Group Fighting ISIS," with Phillip Smyth, PolicyWatch #2352, January 15, 2015, available online at http://www.washingtoninstitute.org/policy-analysis/view/kataib-al-imam-ali-portrait-of-an-iraqi-shiite-militant-group-fighting-isis

- "Rehabilitation and Reintegration of Returning Foreign Terrorist Fighters," with Gilles de Kerchove, Jacob Bundsgaard, Maj. Gen. Doug Stone, USMC (ret.), PolicyWatch #2376, February 23, 2015, available online at http://www.washingtoninstitute.org/policy-analysis/view/rehabilitation-and-reintegration-of-returning-foreign-terrorist-fighters
- "The Islamic State's Backdoor Banking," PolicyWatch #2390, March 24, 2015, available online at http://www.washingtoninstitute.org/policy-analysis/view/the-islamic-states-backdoor-banking
- "The EU Still Has Issues with Hamas," PolicyWatch #2397, April 2, 2015, available online at http://www.washingtoninstitute.org/policy-analysis/view/the-eu-still-has-issues-with-hamas
- "Iranian and Hezbollah Threats to Saudi Arabia: Past Precedents," PolicyWatch #2426, May 19, 2015, available online at http://www.washingtoninstitute.org/policy-analysis/view/iranian-and-hezbollah-threats-to-saudi-arabia-past-precedents
- "Syria's Druze Under Threat," with Noam Raydan, PolicyWatch #2437, June 17, 2015, available online at http://www.washingtoninstitute.org/policy-analysis/view/syrias-druze-under-threat
- "Findings from the State Department's Annual Terrorism Report (Part 1): Hezbollah and Iran," with Kelsey Segawa, PolicyWatch #2439, June 19, 2015, available online at http://www.washingtoninstitute.org/policy-analysis/view/findings-from-the-state-departments-annual-terrorism-report-part-1-hezbolla
- "Findings from the State Department's Annual Terrorism Report (Part 2): The Rise of ISIL," with Ryan Youkilis, PolicyWatch #2440, June 19, 2015, available online at http://www.washingtoninstitute.org/policy-analysis/view/findings-from-the-state-departments-annual-terrorism-report-part-2-the-rise
- "The Regional Impact of Additional Iranian Money," with Michael Eisenstadt, Simon Henderson, Michael Knights, and Andrew J. Tabler, Policy Watch #2456, July 28, 2015, available online at http://www.washingtoninstitute.org/policy-analysis/view/the-regional-impact-of-additional-iranian-money
- "Beyond the Vote (Part 4): Challenges for the Sanctions Regime," with Chip Poncy and Patrick Clawson, Policy Watch #2488, September 22, 2015, available online at http://www.washingtoninstitute.org/policy-analysis/view/beyond-the-vote-part-4-challenges-for-the-sanctions-regime

**2016**

- "Denying the Islamic State Access to Money-Exchange Houses," with Katherine Bauer, PolicyWatch #2552, February 3, 2016, available online at http://www.washingtoninstitute.org/policy-analysis/view/denying-the-islamic-state-access-to-money-exchange-houses
- "Terror in Europe: Combating Foreign Fighters and Homegrown Networks," with Olivier Decottignies and Eric Rosand, PolicyWatch #2598, March 31, 2016, available online at http://www.washingtoninstitute.org/policy-analysis/view/terror-in-europe-combating-foreign-fighters-and-homegrown-networks
- "Combating Genocide: Reassessing the Fight Against the Islamic State," with Naomi Kikoler and James F. Jeffrey, PolicyWatch #2605, April 7, 2016, available online at http://www.washingtoninstitute.org/policy-analysis/view/combating-genocide-reassessing-the-fight-against-the-islamic-state
- "Hezbollah's Transnational Organized Crime," PolicyWatch #2609, April 21, 2016, available online at http://www.washingtoninstitute.org/policy-analysis/view/hezbollahs-transnational-organized-crime

**Blogs**:

➢ My articles posted at the Homeland Security Policy Institute Blog can be accessed at http://hspi.org/

➢ My articles posted at the Counterterrorism Blog can be accessed at http://counterterrorismblog.org/

➢ My articles posted at the Middle East Strategy at Harvard (MESH) blog can be accessed at http://blogs.law.harvard.edu/mesh/category/members/matthew-levitt/

➢   My articles posted at the Security Debrief blog can be access at http://securitydebrief.com/

➢   My Twitter feed is @Levitt_Matt

EXHIBIT A, PAGE 70