| | |
|---|---|
| 1 | LUCIA E. COYOCA (SBN 128314) |
|   |   lec@msk.com |
| 2 | VALENTINE A. SHALAMITSKI (SBN 236061) |
|   |   vas@msk.com |
| 3 | DANIEL M. HAYES (SBN 240250) |
|   |   dmh@msk.com |
| 4 | MITCHELL SILBERBERG & KNUPP LLP |
|   | 11377 West Olympic Boulevard |
| 5 | Los Angeles, CA 90064-1683 |
|   | Telephone: (310) 312-2000 |
| 6 | Facsimile: (310) 312-3100 |
| 7 | Attorneys for Plaintiffs |
|   | Universal Cable Productions LLC and |
| 8 | Northern Entertainment Productions LLC |

### UNITED STATES DISTRICT COURT

### CENTRAL DISTRICT OF CALIFORNIA -- WESTERN DIVISION

| | |
|---|---|
| UNIVERSAL CABLE PRODUCTIONS LLC, *et al.*, | CASE NO. 2:16-cv-4435-PA-MRW |
| Plaintiffs, | The Honorable Percy Anderson |
| v. | **DECLARATION OF KURT FORD IN SUPPORT OF PLAINTIFFS UNIVERSAL CABLE PRODUCTIONS LLC, AND NORTHERN ENTERTAINMENT PRODUCTIONS LLC'S MOTION FOR PARTIAL SUMMARY JUDGMENT** |
| ATLANTIC SPECIALTY INSURANCE COMPANY, | |
| Defendant. | |
| | [Notice of Motion and Motion; Memorandum; Notice of Lodging Statement of Uncontroverted Facts and Conclusions of Law; Statement of Uncontroverted Facts and Conclusions of Law; Table of Contents of Evidence; Declarations of Andrea Garber, Randi Richmond, Matthew Levitt, Dennis Ross, Harold Koh, Ty. Sagalow, and Lucia Coyoca; Request for Judicial Notice filed/lodged; and [Proposed] Order lodged concurrently herewith] |
| | Date: May 22, 2017 |
| | Time: 1:30 pm |
| | Ctrm.: 9A, First St Courthouse |

**FORD DECLARATION ISO PLAINTIFFS' MSJ**

8806957.1

## DECLARATION OF KURT FORD

I, Kurt Ford, declare:

1. I currently am Senior Vice President, Production Services for NBCUniversal Media, LLC ("NBCUniversal"). I have held that position since June 2008, and have worked for NBCUniversal since February 1988. In that position, I am responsible for and deal with, among other things, various aspects of production for NBCUniversal television shows including, but not limited to, production insurance coverage for these shows. In that capacity, I have access to company business books and records relating to UCP's television productions which are kept in the ordinary course of business. Unless otherwise indicated, I have personal knowledge of the following facts or based upon such business records, and, if called and sworn as a witness, could and would competently testify thereto. Unless otherwise indicated, the Exhibits referenced below and attached hereto were created, sent, and/or received in the ordinary course of business, and thereafter, maintained in the ordinary course of business.

2. Universal Cable Productions LLC ("UCP") and Northern Entertainment Productions LLC ("Northern Entertainment") are both indirect subsidiaries of and production companies for cable television shows produced by NBCUniversal. Northern Entertainment was the production company used for the *Dig* production in New Mexico which incurred the *Dig* production expenses in New Mexico, after its relocation from Israel. UCP generally incurred the production expenses elsewhere.

3. Atlantic Specialty Insurance Company ("Atlantic") was NBCUniversal's television production insurer from January 1, 2010 to June 30, 2015. In or about December 2013, NBCUniversal informed its insurance broker, Aon/Albert G. Ruben Insurance Services, Inc. ("Aon"), that NBCUniversal/UCP was planning to shoot the television show *Dig* in Israel, specifically in Tel Aviv and Jerusalem, and requested that Aon seek to have *Dig* added as an insured

1

FORD DECLARATION ISO PLAINTIFFS' MSJ

8806957.1

production to the NBCUniversal television production insurance policy issued by Atlantic. I was informed via email by Andrea Garber (then of Aon) that, after discussions between Aon, on behalf of NBCUniversal/UCP, and Atlantic, Atlantic did not require that NBCUniversal pay any additional premium or modify any coverage terms relating to the production of *Dig* in Israel. A true and correct copy of an email dated December 13, 2013 (bates numbered AONNBCU0001516) from Andrea Garber to Mark Binke and Randi Richmond, copying myself and Curt Williams (all of NBCUniversal/UCP) regarding coverage of the *Dig* production without additional premium or change in coverage terms is attached hereto as **Exhibit 1**.

    4.    At no time prior to Atlantic's denial of the *Dig* claim did Atlantic communicate to me, or to my knowledge, anyone else at NBCUniversal or UCP, that Atlantic intended to exclude terrorist attacks or violence in Israel by terrorist groups, like Hamas, from coverage. Instead, as stated in the above-referenced email, we were told that the Atlantic underwriter knew, among other things, that "Jerusalem is a fluctuating environment and that [Atlantic] would like periodic updates on production's activities leading up to and during principal photography." Therefore, my understanding was that *Dig* was added to the television production insurance policy and was insured against, among other things, acts of terrorism in Israel, such as attacks by the terrorist group Hamas.

    I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on April 20, 2017, at Universal City, California.

_____
Kurt Ford

# EXHIBIT 1

| | |
|---|---|
| From: | Andrea Garber |
| To: | Richmond, Randi (NBCUniversal); Binke, Mark (NBCUniversal) |
| Cc: | Ford, Kurt B (NBCUniversal); Williams, Curt (NBCUniversal) |
| Subject: | RE: "Dig" potential Morocco shoot |
| Date: | Friday, December 13, 2013 5:57:00 PM |
| Attachments: | image001.png |
| | image002.png |

Hi, Randi and Mark –

I spoke today with our underwriter and she has advised that she will not be imposing any additional premium or additional coverage terms on "Dig" relating to the work in Israel. The primary reason for this is our insurer's confidence in the safety and security measures that will be taken during the production. Our underwriter did stress that Jerusalem is a fluctuating environment and that she would like periodic updates on production's activities leading up to and during principal photography. Once the scripts are written and more of the production team is on board, perhaps we can provide further details on production's plans for their work in Jerusalem. This will not be a burdensome matter and I can work with Kurt and Curt to get periodic information as things develop.

Regarding Morocco, there are numerous locations that are low risk and will not present an issue for our underwriter regarding coverage. She is doing research to let me know what areas of the country they might take issue with. Since you are just beginning to look at Morocco as an alternative, perhaps this information will assist you in your upcoming scout. A lot of filming does take place in Morocco and there apparently is some infrastructure there that facilitates this work. I do not anticipate issues with a Morocco shoot that cannot be overcome with good information and confirmation your customary prudent procedures.

I'd like to point out that we have a good working relationship with our underwriter and the goal is to keep the standard terms in place. Our underwriter is not looking for reasons to increase premiums or narrow the terms of coverage. It is a process, however, to develop a comfort level with the risks involved when a project is in such a preliminary stage of development. I am quite sure that any outside production that boasts of not having issues with their coverage goes through this process to achieve that end and very likely a more onerous process than we are engaged in with "Dig".

We will be in touch.

Best Regards,
- Andrea

**Andrea Garber | Account Executive**
**Aon/Albert G. Ruben Insurance Services, Inc.**
15303 Ventura Blvd., Suite 1200
Sherman Oaks, CA  91403-5817
CA License:  0806034
Tel: +1 818.777.5179 | Mobile: REDACTED          Fax: +1 847.953.2846
Email: REDACTED                    | http://www.aonagr.com



This email message, including any attachment(s), is intended only for the named recipient(s) and may contain confidential, proprietary or legally privileged information. Unauthorized individuals or entities are not permitted access to this information. Any dissemination, distribution, disclosure,

CONFIDENTIAL                                                                                                                    AONNBCU0001516

or copying of this information is unauthorized and strictly prohibited. If you have received this message in error, please advise the sender by reply email, and delete this message and any attachments.

**From:** Andrea Garber
**Sent:** Thursday, December 12, 2013 5:21 PM
**To:** 'Richmond, Randi (NBCUniversal)'
**Cc:** Ford, Kurt B (NBCUniversal); Williams, Curt (NBCUniversal); 'Markus, BJ (NBCUniversal)'
**Subject:** RE: "Dig" potential Morocco shoot

Hi, Randi –

I was hoping to hear something definitive today regarding any special terms our underwriter might impose on the Israel shoot but it looks like it will be tomorrow. I am not expecting an exorbitant additional premium over and above our standard rate. The standard rate for 2014 went up to $^{REDACTED}$ per$^{REDACTED}$ in 2013 it was REDACTED) of net insurable production costs. Your controller can run the formula for you and give you an idea of what the premium would be at the standard rate for the production package. I followed up several times today on this and will continue push further tomorrow to get better information for you.

Best Regards,
- Andrea

**Andrea Garber | Account Executive**
**Aon/Albert G. Ruben Insurance Services, Inc.**
15303 Ventura Blvd., Suite 1200
Sherman Oaks, CA  91403-5817
CA License:  0806034
Tel: +1 818.777.5179 | Mobile: REDACTED    | Fax: +1 847.953.2846
Email: ;REDACTED              | http://www.aonagr.com



This email message, including any attachment(s), is intended only for the named recipient(s) and may contain confidential, proprietary or legally privileged information. Unauthorized individuals or entities are not permitted access to this information. Any dissemination, distribution, disclosure, or copying of this information is unauthorized and strictly prohibited. If you have received this message in error, please advise the sender by reply email, and delete this message and any attachments.

**From:** Richmond, Randi (NBCUniversal) [mailto:REDACTED
**Sent:** Thursday, December 12, 2013 4:06 PM
**To:** Andrea Garber
**Cc:** Ford, Kurt B (NBCUniversal); Williams, Curt (NBCUniversal)
**Subject:** Re: "Dig" potential Morocco shoot

Andrea do you know when you may have a premium cost for Israel?
We are curious as many things are jumping out at us. Do u anticpate a huge cost ? Any idea would be helpful.

**From:** Andrea Garber [mailto:REDACTED
**Sent:** Thursday, December 12, 2013 01:00 PM Pacific Standard Time
**To:** Richmond, Randi (NBCUniversal)
**Cc:** Ford, Kurt B (NBCUniversal); Williams, Curt (NBCUniversal)
**Subject:** RE: "Dig" potential Morocco shoot

Thanks, Randi -

I will see if there are specific concerns about Morocco as a whole.

Best Regards,
- Andrea

**Andrea Garber | Account Executive**
Aon/Albert G. Ruben Insurance Services, Inc.
15303 Ventura Blvd., Suite 1200
Sherman Oaks, CA 91403-5817
CA License: 0806034
Tel: +1 818.777.5179 | Mobile: REDACTED | Fax: +1 847.953.2846
Email: REDACTED    http://www.aonagr.com



This email message, including any attachment(s), is intended only for the named recipient(s) and may contain confidential, proprietary or legally privileged information. Unauthorized individuals or entities are not permitted access to this information. Any dissemination, distribution, disclosure, or copying of this information is unauthorized and strictly prohibited. If you have received this message in error, please advise the sender by reply email, and delete this message and any attachments.

**From:** Richmond, Randi (NBCUniversal) [mailto:REDACTED]
**Sent:** Thursday, December 12, 2013 12:56 PM
**To:** Andrea Garber
**Cc:** Ford, Kurt B (NBCUniversal); Williams, Curt (NBCUniversal)
**Subject:** Re: "Dig" potential Morocco shoot

Do not know what region yet. And yes, morocco would be for entire shoot instead of israel.

**From:** Andrea Garber [mailto:REDACTED]
**Sent:** Thursday, December 12, 2013 10:29 AM Pacific Standard Time
**To:** Richmond, Randi (NBCUniversal)
**Cc:** Ford, Kurt B (NBCUniversal); Williams, Curt (NBCUniversal)
**Subject:** "Dig" potential Morocco shoot

Hi, Randi –

I understand that you will be scouting locations in Morocco for the upcoming production "Dig". I'd like to run this alternative scenario past the underwriter to see what, if any, concerns there might be. Are you considering shooting the entire project in Morocco instead of Israel (except for the snowy scenes) or would this be a short diversion to a Morocco location keeping the main body of work in Israel? Do you have an idea of what region in Morocco you are looking at?

Best Regards,
- Andrea

**Andrea Garber | Account Executive**
Aon/Albert G. Ruben Insurance Services, Inc.
15303 Ventura Blvd., Suite 1200
Sherman Oaks, CA 91403-5817
CA License: 0806034
Tel: +1 818.777.5179 | Mobile: REDACTED | Fax: +1 847.953.2846
Email: REDACTED    http://www.aonagr.com

CONFIDENTIAL                AONNBCU0001518

This email message, including any attachment(s), is intended only for the named recipient(s) and may contain confidential, proprietary or legally privileged information. Unauthorized individuals or entities are not permitted access to this information. Any dissemination, distribution, disclosure, or copying of this information is unauthorized and strictly prohibited. If you have received this message in error, please advise the sender by reply email, and delete this message and any attachments.

CONFIDENTIAL

AONNBCU0001519