| | |
|---|---|
| 1 | LUCIA E. COYOCA (SBN 128314) |
| | lec@msk.com |
| 2 | VALENTINE A. SHALAMITSKI (SBN 236061) |
| | vas@msk.com |
| 3 | DANIEL M. HAYES (SBN 240250) |
| | dmh@msk.com |
| 4 | MITCHELL SILBERBERG & KNUPP LLP |
| | 11377 West Olympic Boulevard |
| 5 | Los Angeles, CA 90064-1683 |
| | Telephone: (310) 312-2000 |
| 6 | Facsimile: (310) 312-3100 |
| 7 | Attorneys for Plaintiffs |
| | Universal Cable Productions LLC and |
| 8 | Northern Entertainment Productions LLC |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| UNIVERSAL CABLE PRODUCTIONS LLC and NORTHERN ENTERTAINMENT PRODUCTIONS LLC,<br><br>Plaintiffs,<br><br>v.<br><br>ATLANTIC SPECIALTY INSURANCE COMPANY,<br><br>Defendant. | CASE NO. 2:16-cv-4435-PA-MRW<br><br>The Honorable Percy Anderson<br><br>**DECLARATION OF RANDI RICHMOND IN SUPPORT OF PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT**<br><br>[Notice of Motion and Motion; Memorandum; Notice of Lodging Statement of Uncontroverted Facts and Conclusions of Law; Statement of Uncontroverted Facts and Conclusions of Law; Table of Contents of Evidence; Declarations of Andrea Garber, Kurt Ford, Matthew Levitt, Dennis Ross, Harold Koh, Ty Sagalow, and Lucia Coyoca; and Request for Judicial Notice filed / lodged and [Proposed] Order lodged concurrently herewith]<br><br>[Application for Leave to File under Seal filed concurrently herewith]<br><br>Date:       May 22, 2017<br>Time:       1:30 pm<br>Ctrm.:      9A, First St Courthouse |

REDACTED VERSION OF DOCUMENT

PROPOSED TO BE FILED UNDER SEAL

**RICHMOND DECLARATION ISO PLAINTIFFS' MSJ**

# DECLARATION OF RANDI RICHMOND

I, Randi Richmond, declare:

1. I currently am Senior Vice President of Production for Universal Cable Productions LLC ("UCP"). I have held that position since November 2014, and have worked for UCP since 2010. UCP is the production company for cable television shows produced by NBCUniversal Media, LLC ("NBCUniversal"). In that position, I am responsible for and deal with, among other things, all aspects of production of UCP television shows from their inception to completion. In that capacity, I have access to the company business books and records relating to UCP's television productions which are kept in the ordinary course of business. Unless otherwise indicated, I have personal knowledge of the following facts or based upon such business records, and, if called and sworn as a witness, could and would competently testify thereto. The Exhibits referenced below and attached hereto were created, sent, and/or received in the ordinary course of business, and thereafter, maintained in the ordinary course of business.

2. I was the production executive responsible for UCP's television show titled "*Dig*" in 2014 – 2015. Thus, I was responsible for overseeing the production team who brought the project from the original concept of an idea in development to a television show in full production.

3. Before commencement of principal photography on *Dig* in Israel, I and others on the production team would receive reports from time to time regarding the security situation in Israel from Stephen Smith, who was the lead NBCUniversal security officer assigned to the Dig production. Mr. Smith's initial security assessment is set forth in an April 16, 2014 email that he sent with an attachment titled "Season 1 DIG Israel Crisis and Security Assessment" (bates numbered UCP002227-2237). Therein, Israel, and specifically Tel Aviv and Jerusalem, were rated a "low security risk." A true and correct copy of the April 16, 2014 email with attachment is attached hereto as **Exhibit 13**.

1

4. Production of the pilot episode commenced on or about June 2, 2014, and was completed on June 26, 2014. Attached hereto as **Exhibit 14** is a true and correct copy of my records of the planned and actual shoot schedule for the *Dig* pilot episode, dated January 29, 2015 (bates numbered UCP018245) which records when the pilot episode shoot occurred..

5. After completion of the pilot episode, the show went on a planned hiatus for pre-production and preparation for filming of the next five episodes, with production scheduled to resume on July 20, 2014, as reflected in the planned and actual shoot schedule attached above as **Exhibit 14**.

6. Prior to the resumption of production, I and others on the production team received reports from Mr. Smith regarding the evolving security conditions in Israel. Those reports described a deterioration of the security conditions in and around the locations where the shooting of *Dig* would occur. For example, on July 2, 2014, Mr. Smith reported there had been a "[d]eterioration in [the] general security situation effecting Jerusalem and areas bordering the West Bank in particular." He also indicated there had been an "increase in rocket attacks emanating from Gaza" and an "increase in demonstrations/disturbances and violent attacks." He also reported: "[t]he security situation remains fluid and subject to rapid change." A true and correct copy of Mr. Smith's July 2, 2014 email (bates numbered UCP001013) is attached hereto as **Exhibit 15**.

7. On July 9, 2014, I and others on the production team received a report from Mr. Smith describing the deteriorating security situation which indicated: "rockets were fired from the Gaza Strip towards Tel Aviv" and rockets also were "fired towards central Israel, including Jerusalem and Tel Aviv" and that "long range rockets also impacted in Hadara, north of Tel Aviv." His July 9, 2014 report referenced the latest update from the U.S. State Department Regional Security Officer in Jerusalem which reported: "The Gaza rocket activity is a new and emerging concern. Very unpredictable." A true and correct copy of Mr. Smith's

Mitchell
Silberberg &
Knupp LLP

2
**RICHMOND DECLARATION ISO PLAINTIFFS' MSJ**

July 9, 2014 email (bates numbered UCP002521-002523) is attached hereto as **Exhibit 16**.

8. Ultimately, on July 10, 2014, the production team received an email from Mr. Smith advising that "the security environment in Israel currently prohibits NBCUniversal security from being able to guarantee the safety and security of our employees, production partners and associated crew and talent." Attached hereto as **Exhibit 17** is a true and correct copy of an email dated July 10, 2014 (bates numbered UCP001955) from Mr. Smith. Among other things, Mr. Smith indicated "[t]here are no current security controls that would allow NBCU Security to guarantee the safety and security of our personnel without the prospect of serious injury or loss of life."

9. Based on that assessment, on July 11, 2014, UCP decided to postpone for one week production of the *Dig* episodes which had been scheduled to resume on July 20, 2014. Because the situation did not improve, and the security conditions were continuing to deteriorate even further, the decision was ultimately made to move the *Dig* production out of Israel.

10. The production of *Dig* was subsequently completed in Croatia and the State of New Mexico as an alternative to Israel. I oversaw production in both locations. UCP and Northern Entertainment incurred significant extra expenses in connection with the initial delay in production, and subsequently in relocating the *Dig* production out of Israel to Croatia and New Mexico.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on April 21, 2017, at Universal City, California.

_____
Randi Richmond

# EXHIBIT 13

# DOCUMENT FILED UNDER SEAL

# EXHIBIT 14

{USA} **DIG**  
planned shoot vs reality

1/29/2015

| WK BEG | HOLIDAYS | planned Israel shoot | AIR | actual shoot schedule IS/ABQ/CR | AIR | WK BEG |
|---|---|---|---|---|---|---|
| 12-May-2014 | Upfronts | prep week 6 | | prep week 6 | | 12-May-2014 |
| 19-May-2014 | | prep week 7 | | prep week 7 | | 19-May-2014 |
| 26-May-2014 | US Memorial Day | prep week 8 | | prep week 8 | | 26-May-2014 |
| 2-Jun-2014 | shavout 3 + 4 | Pilot shoot (3) + hol (2) | | Pilot shoot (3) + hol (2) | | 2-Jun-2014 |
| 9-Jun-2014 | | Pilot shoot wk 2 (5) | | Pilot shoot wk 2 (5) | | 9-Jun-2014 |
| 16-Jun-2014 | | Pilot shoot wk 3 (5) | | Pilot shoot wk 3 (5) | | 16-Jun-2014 |
| 23-Jun-2014 | | Pilot shoot wk 4 (4) | | Pilot shoot wk 4 (4) | | 23-Jun-2014 |
| 30-Jun-2014 | us holiday | Prep wk 1 | | director's cut | | 30-Jun-2014 |
| 7-Jul-2014 | | Prep wk 2 | | director's cut | | 7-Jul-2014 |
| 14-Jul-2014 | TCA'S | Prep wk 3 | | director's cut | | 14-Jul-2014 |
| 21-Jul-2014 | COMICON | 102/103 (5) | | producers cut | | 21-Jul-2014 |
| 28-Jul-2014 | | 102/103 (5) | | soft prep ABQ | | 28-Jul-2014 |
| 4-Aug-2014 | | 102/103 (5) | | soft prep ABQ | | 4-Aug-2014 |
| 11-Aug-2014 | | 102/103 (1) ~ 104/105 (4) | | prep wk 1 ABQ | | 11-Aug-2014 |
| 18-Aug-2014 | | 104/105 (5) | | prep wk 2 ABQ / prep International | | 18-Aug-2014 |
| 25-Aug-2014 | | 104/105 (5) | | prep wk 3 ABQ / prep International | | 25-Aug-2014 |
| 1-Sep-2014 | us holiday | 104/105 (2) ~ 106 (3) | | prep wk 4 ABQ / shoot 5 days Croatia | | 1-Sep-2014 |
| 8-Sep-2014 | | 106 (5) | | prep wk 5 ABQ / shoot 6 days Croatia | | 8-Sep-2014 |
| 15-Sep-2014 | | 107 /108 (5) | | prep wk 6 ABQ / shoot 2 days Croatia | | 15-Sep-2014 |
| 22-Sep-2014 | | 107 /108 (5) | | prep wk 7 ABQ | | 22-Sep-2014 |
| 29-Sep-2014 | | 107 /108 (2) hol (3) | | prep (3) ~ Thurs OCT 2 102/103 (2) | | 29-Sep-2014 |
| 6-Oct-2014 | | 107/108 (4) ~ 109/110 (1) | | 102/103 (5) | | 6-Oct-2014 |
| 13-Oct-2014 | | hol (2) 109/110 (3) | | 102/103 (3) ~ company down (2) | | 13-Oct-2014 |
| 20-Oct-2014 | | hol (2) 109/110(3) | | tech scout (1) ~ 104/105 (4) | | 20-Oct-2014 |
| 27-Oct-2014 | | 109/110(5) | | 104/105 (4) ~ 106 (1) | | 27-Oct-2014 |
| 3-Nov-2014 | | 109/110(4) | Pilot | 106 (5) | | 3-Nov-2014 |
| 10-Nov-2014 | | | 102 | 104/105 (3) ~ pilot reshoots (2) | | 10-Nov-2014 |
| 17-Nov-2014 | | | 103 | 107/108 (5) | | 17-Nov-2014 |
| 24-Nov-2014 | US Thxgv Day | | 104 | 107/108 (3) + hol (2) | | 24-Nov-2014 |
| 1-Dec-2014 | | | 105 | 109/110 (5) | | 1-Dec-2014 |
| 8-Dec-2014 | | | 106 | 109/110 (3) ~ wrap | | 8-Dec-2014 |
| 15-Dec-2014 | | | | SCOUT CROATIA ~ ABQ wrap | | 15-Dec-2014 |
| 22-Dec-2014 | | | | | | 22-Dec-2014 |
| 29-Dec-2014 | | | | | | 29-Dec-2014 |
| 5-Jan-2015 | | | 107 | Croatia soft prep | | 5-Jan-2015 |
| 12-Jan-2015 | | | 108 | Croatia PREP | | 12-Jan-2015 |
| 19-Jan-2015 | | | 109 | Croatia PREP | | 19-Jan-2015 |
| 26-Jan-2015 | | | 110 | shoot Croatia (5 days) Jan 27 | | 26-Jan-2015 |
| 2-Feb-2015 | | | | shoot Croatia (6 days) | | 2-Feb-2015 |
| 9-Feb-2015 | | | | shoot Croatia (6 days) | | 9-Feb-2015 |
| 16-Feb-2015 | | | | shoot Croatia (6 days) | | 16-Feb-2015 |
| 23-Feb-2015 | | | | NYC premiere 2/25 | | 23-Feb-2015 |
| 2-Mar-2015 | | | | Mar 5 Launch --> | Pilot | 2-Mar-2015 |
| 9-Mar-2015 | | | | | 102 | 9-Mar-2015 |
| 16-Mar-2015 | | | | | 103 | 16-Mar-2015 |
| 23-Mar-2015 | | | | | 104 | 23-Mar-2015 |
| 30-Mar-2015 | Easter | | | | 105 | 30-Mar-2015 |
| 6-Apr-2015 | | | | | 106 | 6-Apr-2015 |
| 13-Apr-2015 | | | | | 107 | 13-Apr-2015 |
| 20-Apr-2015 | | | | | 108 | 20-Apr-2015 |
| 27-Apr-2015 | | | | | 109 | 27-Apr-2015 |
| 4-May-2015 | | | | | 110 | 4-May-2015 |
| 11-May-2015 | | | | | | 11-May-2015 |
| 18-May-2015 | | | | | | 18-May-2015 |

CONFIDENTIAL        UCP018245

# EXHIBIT 15

# DOCUMENT FILED UNDER SEAL

# EXHIBIT 16

# DOCUMENT FILED UNDER SEAL

# EXHIBIT 17

| | |
|---|---|
| **From:** | Smith, Stephen (NBCUniversal) </o=NBC Universal/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=Stephen.Smith> |
| **Sent:** | July 10, 2014 7:36 AM |
| **To:** | Noordeloos, Erin (NBCUniversal) |
| **Cc:** | Biggs, Chris (NBCUniversal) |
| **Subject:** | Statement |

The security environment in Israel currently prohibits NBCU Security from being able to guarantee the safety and security of our employees, production partners and associated crew and talent. NBCU Security have monitored and evaluated the events in Israel, Gaza and the West Bank, since inception and analysed information from multiple sources. All current intelligence and activity in country points to events still being in escalation phase without a predictable or realistic timeframe for a reduction in hostilities. The magnitude and range, of current rocket attacks, targeting locations to be used in forthcoming filming, civil disorder and potential for a further increase in hostilities including a ground campaign, acts of terrorism within Israel and potential loss of life mean there is no short term and realistic likelihood for positive changes to the security landscape. There are no current security controls that would allow NBCU Security to guarantee the safety and security of our personnel without the prospect of serious injury or loss of life.

I have not included numbers etc. as that is supporting documentation that they may want supplied at a later date.

**Stephen Smith**
**Head of Security, Europe**
**International Security & Crisis Management**

+44 (0) 20 3618 5082 (office)
REDACTED

**NBCUniversal**
NBCUniversal International
1 Central St Giles
St Giles High Street
London WC2H 8NU
United Kingdom
www.nbcuni.com