1   LUCIA E. COYOCA (SBN 128314)
       lec@msk.com
2   VALENTINE A. SHALAMITSKI (SBN 236061)
       vas@msk.com
3   DANIEL M. HAYES (SBN 240250)
       dmh@msk.com
4   MITCHELL SILBERBERG & KNUPP LLP
     11377 West Olympic Boulevard
5   Los Angeles, CA 90064-1683
     Telephone:   (310) 312-2000
6   Facsimile:   (310) 312-3100

7   Attorneys for Attorneys for Plaintiffs
     Universal Cable Productions LLC and
8   Northern Entertainment Productions LLC

9                UNITED STATES DISTRICT COURT

10        CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION

11

12  UNIVERSAL CABLE                    CASE NO. 2:16-cv-4435-PA-MRW
     PRODUCTIONS LLC and
13  NORTHERN ENTERTAINMENT             Honorable Percy Anderson
     PRODUCTIONS LLC,
14                                     **REQUEST FOR JUDICIAL
                                       NOTICE IN SUPPORT OF
15              Plaintiffs,            PLAINTIFFS UNIVERSAL CABLE
                                       PRODUCTIONS LLC AND
16         v.                          NORTHERN ENTERTAINMENT
                                       PRODUCTIONS LLC'S MOTION
17  ATLANTIC SPECIALTY                 FOR PARTIAL SUMMARY
     INSURANCE COMPANY,                JUDGMENT**
18
                Defendant.            [Notice of Motion and Motion;
19                                     Memorandum; Notice of Lodging
                                       Statement of Uncontroverted Facts and
20                                     Conclusions of Law; Statement of
                                       Uncontroverted Facts and Conclusions
21                                     of Law; Table of Contents of Evidence;
                                       Declarations of Andrea Garber, Kurt
22                                     Ford, Randi Richmond, Matthew
                                       Levitt, Dennis Ross, Harold Koh, Ty
23                                     Sagalow, and Lucia Coyoca filed and
                                       [Proposed] Order lodged concurrently
24                                     herewith]

25                                     Date:      May 22, 2017
                                       Time:      1:30 p.m.
26                                     Ctrm.:     9A, First St Courthouse

27

28

Mitchell
Silberberg &
Knupp LLP

8810489.3

1   TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

2          PLEASE TAKE NOTICE that, pursuant to Federal Rule of Evidence 201,

3   Plaintiffs Universal Cable Productions LLC and Northern Entertainment

4   Productions LLC (collectively, "Plaintiffs") hereby request that this Court take

5   judicial notice of the below-listed documents in connection with Plaintiffs' Motion

6   for Partial Summary Judgment filed concurrently herewith.  These documents are

7   attached as Exhibits to the concurrently filed Declaration of Lucia E. Coyoca, and

8   references to Exhibits, below, are to that declaration.

9   **I.      COURT RECORDS**

10         **Exhibit 18** is a copy of the First Amended Complaint in this action (ECF

11   No. 10) filed on July 7, 2016.

12         **Exhibit 19** is a copy of the Defendant's Original Answer to Plaintiffs' First

13   Amended Complaint (ECF No. 14) filed on August 5, 2016.

14         Judicial notice of records publicly filed with a court is proper.  *See*

15   *Rodriguez v. Kwok*, 2014 U.S. Dist. LEXIS 69248, at *9 n.3 (N.D. Cal., May 20,

16   2014) ("Pursuant to Federal Rule of Evidence 201, the Court may take judicial

17   notice of this docket report because it is a matter of public record."); *Walker v.*

18   *Stanton*, 2008 U.S. Dist. LEXIS 81796, at *25 n.4 (C.D. Cal. Sept. 2, 2008) (taking

19   judicial notice of "publicly available docket reports and court filings").

20         The Court accordingly should take judicial notice of these documents.

21   **II.     GOVERNMENT RECORDS AND PUBLICATIONS**

22         **Exhibit 21** is a copy of a listing of Foreign Terrorist Organizations from the

23   U.S. State Department, also produced in this action by Plaintiffs as document no.

24   UCP00162 through UCP00165.

25         **Exhibit 23** is a copy of a listing of Independent States in the World from the

26   U.S. State Department dated July 22, 2016, also produced in this action by

27   Plaintiffs as document no. UCP00183 through UCP00200.

28

Mitchell
Silberberg &
Knupp LLP

8810489.3

1

**REQUEST FOR JUDICIAL NOTICE ISO PLAINTIFFS'
MOTION FOR PARTIAL SUMMARY JUDGMENT**

**Exhibit 28** is a copy of the Daily Press Briefing from the U.S. Department of State dated July 9, 2014, also produced in this action by Plaintiffs as document no. UCP00166 through UCP00177.

**Exhibit 22** is a copy of a U.S. Department of Treasury press release entitled "*U.S. Designates Five Charities Funding Hamas and Six Senior Hamas Leaders as Terrorist Entities*" dated August 22, 2013, also produced in this action by Plaintiffs as document no. UCP00178 through UCP00182.

**Exhibit 26** is a copy of the Daily Press Briefing from the U.S. Department of State dated June 18, 2014, also produced in this action by Plaintiffs as document no. UCP00201 through UCP00215.

**Exhibit 27** is a copy of the Daily Press Briefing from the U.S. Department of State dated June 30, 2014, also produced in this action by Plaintiffs as document no. UCP00216 through UCP00229.

**Exhibit 29** is a copy of the Daily Press Briefing from the U.S. Department of State dated July 8, 2014, also produced in this action by Plaintiffs as document no. UCP00230 through UCP00245.

**Exhibit 30** is a copy of the Daily Press Briefing by the Press Secretary of the White House dated July 8, 2014, also produced in this action by Plaintiffs as document no. UCP00246 through UCP00273.

**Exhibit 48** is a copy of the Remarks of the President on Foreign Policy released by the Press Secretary of the White House dated July 16, 2014, also produced in this action by Plaintiffs as document no. UCP00274 through UCP00278.

**Exhibit 32** is a copy of the Daily Press Briefing from the U.S. Department of State dated July 16, 2014, also produced in this action by Plaintiffs as document no. UCP00279 through UCP00291.

1    **Exhibit 49** is a copy of the U.S. Department of State travel warning entitled

2    "Israel, The West Bank and Gaza Travel Warning" dated July 21, 2014, also

3    produced in this action by Plaintiffs as document no. UCP00292 through

4    UCP00295.

5    **Exhibit 25** is a copy of the U.S. Department of State travel warning entitled

6    "Israel, The West Bank and Gaza Travel Warning"  dated February 3, 2014,

7    available at

8    https://web.archive.org/web/20140718040911/http:/travel.state.gov/content/passpo

9    rts/english/alertswarnings/israel-travel-warning.html (last visited April 22, 2017).

10   This document was produced in this action by Plaintiffs as document no.

11   UCP035240-35243.

12   **Exhibit 39** is a copy of the U.S. Nuclear Regulatory Commission, Glossary,

13   Radioactivity, available at https://www.nrc.gov/reading-rm/basic-

14   ref/glossary/radioactivity.html.  This document was produced in this action by

15   Plaintiffs as document no. UCP035327.

16   **Exhibit 40** is a copy of the U.S. Nuclear Regulatory Commission, Glossary,

17   Atomic Energy, available at https://www.nrc.gov/reading-rm/basic-

18   ref/glossary/atomic-energy.html.  This document was produced in this action by

19   Plaintiffs as document no. UCP035328.

20   Courts routinely take judicial notice of government publications and publicly

21   available websites.  *Indep. Living Ctr. of S. Cal. v. City of L.A.*, 973 F. Supp. 2d

22   1139, 1155, n.14 (C.D. Cal. 2013) (taking notice of federal agency manuals);

23   *O'Toole v. Northrop Grumman Mitchell Corp.*, 499 F.3d 1218, 1225 (10th Cir.

24   2007); *Wible v. Aetna Life Ins. Co.*, 375 F. Supp. 2d 956, 965 (C.D. Cal. 2005)

25   (taking judicial notice of Amazon.com web pages).

26   Moreover, the Court may properly take judicial notice of Hamas's

27   designation as a terrorist group.  Courts often take judicial notice of the U.S.

28

Mitchell
Silberberg &
Knupp LLP

8810489.3

3

**REQUEST FOR JUDICIAL NOTICE ISO PLAINTIFFS'
MOTION FOR PARTIAL SUMMARY JUDGMENT**

government's official policies and opinions.  *See, e.g., United States v. Penn Foundry & Mfg. Co.*, 337 U.S. 198, 215 (1949) (Douglas, J., concurring) ("The policy of the Navy, revealed as it was in official communications to Congress, is a matter of which we can take judicial notice").[1]  Indeed, courts specifically have taken judicial notice of government pronouncements that designate a group as a foreign terrorist organization.  For example, in *United States v. Abdi*, 498 F. Supp. 2d 1048 (S.D. Ohio 2007), the government filed a motion asking the court to take judicial notice that al Qaeda is a terrorist organization.  After hearing the defendant's objections to this motion, the court took judicial notice of the fact that, as of October 8, 1999, al Qaeda was a designated foreign terrorist organization.  *Id.* at 1079; *see also United States v. State of Alaska*, 236 F. Supp. 388, 394 (D. Alaska 1964) (judicial notice of a "statement by a duly authorized official of the State Department as to the policy of the Executive Branch of the Government"), *rev'd on other grounds*, 353 F.2d 210 (9th Cir. 1965).

The Court accordingly should take judicial notice of the above-listed documents.

## III.   PUBLICLY-AVAILABLE INSURANCE DOCUMENTS

**Exhibit 20** is a copy of the listing of OneBeacon Insurance Group's underwriting companies available at http://www.onebeacon.com/OneBeacon/pages/corppolicies/underwriting_companies.page.  This document was produced in this action by Plaintiffs as document no. UCP035239.

---

[1] *See also American-Arab Anti-Discrimination Committee v. Reno*, 70 F.3d 1045, 1069-70 (9th Cir. 1995) (taking judicial notice of undisclosed government documents to establish the strength of the government's interest in deporting individuals it perceived to be threats to national security); *Nat'l Coalition Gov't of Burma v. Unocal, Inc.*, 176 F.R.D. 329, 352 (C.D. Cal. 1997) (taking judicial notice of the fact that the United States conducts diplomatic relations with SLORC as the current government of Burma).

**Exhibit 36** is a copy of OneBeacon Insurance Group's sample insurance policy available at https://www.onebeaconentertainment.com/sites/OneBeaconEntertainment/pdfs/tulip/Standard_TULIP_Policy.pdf.  This document was produced in this action by Plaintiffs as document no. UCP035244-35315.

As noted in Section II above, the Court may take judicial notice of documents publicly-available on websites.  *See Wible*, 375 F. Supp. 2d at 965 (taking judicial notice of Amazon.com web pages).  Judicial notice of the above-listed documents is accordingly warranted.

## IV.   DICTIONARY AND ENCYCLOPEDIA ENTRIES AND PUBLICLY-AVAILABLE WEBSITES

Plaintiffs also request that the Court take judicial notice of the following:

**Exhibit 37** is a copy of the primary Merriam-Webster Dictionary definition of the term "war," available at https://www.merriam-webster.com/dictionary/war. This document was produced in this action by Plaintiffs as document no. UCP035316.

**Exhibit 38** is a copy of the Encyclopædia Britannica Online entry for "atomic bomb," available at https://www.britannica.com/technology/atomic-bomb. This document was produced in this action by Plaintiffs as document no. UCP035317-35326.

These documents are properly subject to judicial notice.  *Romero v. Flowers Bakeries, LLC,* 2015 U.S. Dist. LEXIS 59498, at *6 (N.D. Cal. May 6, 2015) (taking judicial notice of dictionary definitions: "Dictionary meanings, guidance from and public records of the FDA, and court filings are all matters not subject to reasonable dispute.").

Lastly, Plaintiffs request that the Court take judicial notice of the following publicly-available documents:

Mitchell
Silberberg &
Knupp LLP

8810489.3

**REQUEST FOR JUDICIAL NOTICE ISO PLAINTIFFS'
MOTION FOR PARTIAL SUMMARY JUDGMENT**

**Exhibit 42** is a copy of the article Timeline: Terror Attacks Linked to Islamists Since 9/11, available at http://graphics.wsj.com/terror-timeline-since-911/.  This document was produced in this action by Plaintiffs as document no. UCP035331-35337.

**Exhibit 41** is a copy of the article How much did the September 11 terrorist attack cost America?  Institute for the Analysis of Global Security, available at http://www.iags.org/costof911.html.  This document was produced in this action by Plaintiffs as document no. UCP035329-35330.

**Exhibit 50** is a copy of the Hamas Founding Charter (1988), available at http://avalon.law.yale.edu/20th_century/hamas.asp.  This document was produced in this action by Plaintiffs as document no. UCP035338-35346.

The documents are properly subject to judicial notice.  *See  Hodsdon v. Mars, Inc.*, 162 F. Supp. 3d 1016, 1021 n.2 (N.D. Cal. 2016) (judicial notice of, *inter alia*, academic studies).

In addition, Federal Rule of Evidence 201(b) provides that "a judicially noticed fact must be one not subject to reasonable dispute in that it is…capable of accurate and ready determination by resort to sources whose accuracy cannot reasonably be questioned."  Here, the above-listed documents satisfy this requirement.

**V.     CONCLUSION**

For the foregoing reasons, judicial notice of the documents listed above and attached to the concurrently-filed declaration of Lucia E. Coyoca is proper, for the purposes of and in connection with the concurrently-filed Plaintiffs' Motion for Partial Summary Judgment.  *See* Fed. R. Evid. 201(d) (judicial notice proper "if requested by a party and [the Court is] supplied with the necessary information.").

//

//

Mitchell
Silberberg &
Knupp LLP

8810489.3

6

REQUEST FOR JUDICIAL NOTICE ISO PLAINTIFFS'
MOTION FOR PARTIAL SUMMARY JUDGMENT

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Respectfully submitted,

DATED:  APRIL 24, 2017          MITCHELL SILBERBERG & KNUPP LLP


By:/S/Lucia E. Coyoca
      Lucia E. Coyoca
      Attorneys for Plaintiffs
      Universal Cable Productions LLC and
      Northern Entertainment Productions LLC

Mitchell
Silberberg &
Knupp LLP

8810489.3

7

**REQUEST FOR JUDICIAL NOTICE ISO PLAINTIFFS'
MOTION FOR PARTIAL SUMMARY JUDGMENT**