LUCIA E. COYOCA (SBN 128314)
  lec@msk.com
VALENTINE A. SHALAMITSKI (SBN 236061)
  vas@msk.com
DANIEL M. HAYES (SBN 240250)
  dmh@msk.com
MITCHELL SILBERBERG & KNUPP LLP
11377 West Olympic Boulevard
Los Angeles, CA 90064-1683
Telephone: (310) 312-2000
Facsimile: (310) 312-3100

Attorneys for Plaintiffs
Universal Cable Productions LLC and
Northern Entertainment Productions LLC

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA -- WESTERN DIVISION

| UNIVERSAL CABLE PRODUCTIONS LLC and NORTHERN ENTERTAINMENT PRODUCTIONS LLC, <br><br> Plaintiffs, <br><br> v. <br><br> ATLANTIC SPECIALTY INSURANCE COMPANY, <br><br> Defendant. | CASE NO. 2:16-cv-4435-PA-MRW <br><br> Honorable Percy Anderson <br><br> **NOTICE OF LODGING:** <br><br> **STATEMENT OF UNCONTROVERTED FACTS AND CONCLUSIONS OF LAW IN SUPPORT OF PLAINTIFFS UNIVERSAL CABLE PRODUCTIONS LLC AND NORTHERN ENTERTAINMENT PRODUCTIONS LLC'S MOTION FOR PARTIAL SUMMARY JUDGMENT** <br><br> [Notice of Motion and Motion; Memorandum; Statement of Uncontroverted Facts and Conclusions of Law; Table of Contents of Evidence; Declarations of Andrea Garber, Kurt Ford, Randi Richmond, Matthew Levitt, Dennis Ross, Harold Koh, Ty Sagalow, and Lucia Coyoca filed; and Request for Judicial Notice filed / lodged and [Proposed] Order lodged concurrently herewith] <br><br> Date: May 22, 2017 <br> Time: 1:30 p.m. <br> Ctrm.: 9A, First St Courthouse |

Mitchell Silberberg & Knupp LLP

8809758.1

**NOTICE OF LODGING**
**STATEMENT OF UNCONTROVERTED FACTS AND CONCLUSIONS OF LAW**

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD HEREIN:

PLEASE TAKE NOTICE that, in connection with their concurrently filed Motion for Partial Summary Judgment by Plaintiffs Universal Cable Productions LLC and Northern Entertainment Productions LLC (collectively, "Universal"), and pursuant to Local Rule 56-1, Universal hereby lodges its Statement of Uncontroverted Facts and Conclusions of Law in Support of Motion for Partial Summary Judgment.

DATED: APRIL 24, 2017         MITCHELL SILBERBERG & KNUPP LLP

                              By: /S/Lucia E. Coyoca
                                  Lucia E. Coyoca
                                  Attorneys for Plaintiffs
                                  Universal Cable Productions LLC and
                                  Northern Entertainment Productions LLC

1

**NOTICE OF LODGING**
**STATEMENT OF UNCONTROVERTED FACTS AND CONCLUSIONS OF LAW**