MARC J. SHRAKE (SBN 219331)
  mjs@amclaw.com
ANDERSON, MCPHARLIN & CONNERS LLP
707 Wilshire Boulevard, Suite 4000
Los Angeles, California 90017-3623
Telephone: (213) 236-1691
Facsimile: (213) 622-7594

MICHAEL KEELEY *(Pro Hac Vice)*
  michael.keeley@strasburger.com
JOHN R. RIDDLE *(Pro Hac Vice)*
  john.riddle@strasburger.com
CARLA C. CRAPSTER *(Pro Hac Vice)*
  carla.crapster@strasburger.com
STRASBURGER & PRICE, LLP
901 Main Street, Suite 6000
Dallas, Texas 75202
Telephone: (214) 651-4300
Facsimile: (214) 651-4330

Attorneys for Defendant
Atlantic Specialty Insurance Company

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION**

| | |
|---|---|
| UNIVERSAL CABLE PRODUCTIONS LLC, a Delaware limited liability company, and NORTHERN ENTERTAINMENT PRODUCTIONS LLC, a Delaware limited liability company,<br><br>Plaintiffs,<br><br>vs.<br><br>ATLANTIC SPECIALTY INSURANCE COMPANY, a New York insurance company,<br><br>Defendant. | Case No. 2:16-cv-04435-PA-MRW<br><br>**PROOF OF PERSONAL SERVICE ON NOTICE OF MANUAL FILING OR LODGING (THUMB DRIVE EXHIBITS 103 TO 107 TO EVIDENCE IN SUPPORT OF MSJ)**<br><br>Date: May 22, 2017<br>Time: 1:30 p.m.<br>Crtrm.: 9A |

/ / /

/ / /

/ / /

/ / /

1611327.1 05608-054

1

**PROOF OF SERVICE**

I am employed in the County of Los Angeles, State of California.  I am over the age of eighteen years and not a party to the within action; my business address is First Legal Support L.A., 1511 West Beverly Boulevard, Los Angeles, CA 90026.

On April 24, 2017, I served the following document(s) described as **NOTICE OF MANUAL FILING OR LODGING - Thumb drive Exhibits 103 to 107 to Evidence in support of MSJ** on the interested parties in this action by placing true copies thereof enclosed in sealed envelopes addressed as follows:

Lucia E. Coyoca, Esq.                                              Attorneys for Plaintiffs
Valentine A. Shalamitski, Esq.
Mitchell Silberberg & Knupp LLP
11377 West Olympic Boulevard
Los Angeles, CA  90064-1683
Telephone: (310) 312-2000
Facsimile: (310) 312-3100

**BY PERSONAL SERVICE:**  I personally delivered such envelope(s) directly to the person(s) being served.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.  Executed on April 24, 2017, at Los Angeles, California.

_____
FIRST LEGAL