UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 16-4435 PA (MRWx) | Date | April 25, 2017 |
|---|---|---|---|
| Title | Universal Cable Productions v. Atlantic Specialty Insurance Company | | |

Present: The Honorable  Michael R. Wilner

| Veronica Piper | CS 4/21/2017 |
|---|---|
| Deputy Clerk | Court Smart / Reporter |

Attorneys Present for Plaintiff:                Attorneys Present for Defendant:

Lucia Coyoca                                              Toni Scott Reed
Daniel Hayes                                              Carla Carpenter
                                                                  Michael Keeley

**Proceedings:** ORDER RE: TELEPHONE CONFERENCE

The Court conferred with counsel regarding the status of discovery. The parties are ordered to submit supplemental briefs by April 27, 2017. The motion hearing set for April 26, 2017 at 9:30 a.m. is rescheduled to May 3, 2017 at 9:30 a.m.

If Defendants wish to file a motion, the motion must be filed by April 28, 2017. Plaintiff's response is due by May 5, 2017. The motion will be heard on May 9, 2017 at 9:30 a.m.