# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION

| | |
|---|---|
| UNIVERSAL CABLE PRODUCTIONS LLC, a Delaware limited liability company, and NORTHERN ENTERTAINMENT PRODUCTIONS LLC, a Delaware limited liability company,<br><br>Plaintiffs,<br><br>v.<br><br>ATLANTIC SPECIALTY INSURANCE COMPANY, a New York insurance company,<br><br>Defendant. | CASE NO. 2:16-cv-4435-PA-MRW<br><br>Honorable Percy Anderson<br><br>**ORDER DENYING PLAINTIFFS' APPLICATION TO FILE UNDER SEAL**<br><br>Time:        1:30 p.m.<br>Date:        May 22, 2017<br>Ctrm.:       9A, First St. Courthouse<br><br>File Date:              June 20, 2016<br>Discovery Cutoff:   May 12, 2017<br>Pre-Trial Conf.:      June 16, 2017<br>Trial Date :            July 25, 2017 |

Mitchell Silberberg & Knupp LLP

8798337.1

**ORDER ON APPLICATION TO SEAL**

1  The Court, having reviewed Plaintiffs' Application To File Under Seal and
2  the supporting Declaration of Lucia E. Coyoca, IT IS HEREBY ORDERED
3  THAT:

5  Plaintiffs' Application To File Under Seal is HEREBY DENIED.
6  Plaintiffs failed to make required showing of compelling reasons that justifies the
7  relief sought.

| Document | Portion to be Sealed |
|---|---|
| **Exhibit 13 to the Declaration of Randi Richmond (UCP002227-002237).** | The entire document. |
| **Exhibit 15 to the Declaration of Randi Richmond (UCP001013-001014).** | The entire document. |
| **Exhibit 16 to the Declaration of Randi Richmond (UCP002521-002523).** | The entire document. |

16  IT IS SO ORDERED.

18  Dated: April 26, 2017

_____
Honorable Percy Anderson
United States District Judge

Mitchell Silberberg & Knupp LLP
8798337.1

2
**ORDER ON APPLICATION TO SEAL**