# Exhibit B

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | | |
|---|---|---|
| UNIVERSAL CABLE LLC, et al., | ) ) ) | CASE NO. 2:16-cv-4435-PA-MRW |
| Plaintiffs, | ) ) | |
| vs. | ) ) | |
| ATLANTIC SPECIALTY INSURANCE COMPANY, | ) ) ) | CONFIDENTIAL |
| Defendant. | ) ) | |

VOLUME I (Pages 1 - 260)

DEPOSITION OF PETER DONALD WILLIAMS

Wednesday, February 1, 2017

Reported by:  Ingrid Suárez Egnatuk
              CSR No. 3098

1

**Bayside Reporting Company**
**(888) 229 - 9897**

        Videotaped Deposition of PETER DONALD

WILLIAMS, VOLUME I, taken on behalf of

Plaintiffs Universal Cable Productions LLC

and Northern Entertainment Productions LLC,

at 707 Wilshire Boulevard, Suite 4000,

Los Angeles, California 90017, commencing at

9:58 a.m., Wednesday, February 1, 2017,

before Ingrid Suarez Egnatuk, CSR No. 3098.


 APPEARANCES:

    FOR PLAINTIFFS UNIVERSAL CABLE PRODUCTIONS
    LLC AND NORTHERN ENTERTAINMENT PRODUCTIONS
    LLC:

        MITCHELL SILBERBERG & KNUPP LLP
        BY:  LUCIA E. COYOCA, ESQ.
        11377 West Olympic Boulevard
        Los Angeles, California 90064-1683
        (310) 312-2000
        lec@msk.com

    FOR DEFENDANT:

        STRASBURGER & PRICE. LLP
        BY:  MICHAEL KEELEY, ESQ.
        901 Main Street
        Suite 6000
        Dallas, Texas 75202-3794
        (214) 651-4718
        michael.keeley@strasburger.com

        ANDERSON, McPHARLIN & CONNERS, LLP
        (Not present at deposition)
        707 Wilshire Boulevard
        Suite 4000
        Los Angeles, California 90017-3623
        (213) 688-0080

2

```
APPEARANCES:

     (Continued)

     THE VIDEOGRAPHER:

          VERBATIM VIDEO
          BY:  ESROM JAYASINGHE
          9725 Gladbeck Avenue
          Northridge, California 91324
          (800) 520-8273
```

Confidential

3

www.baysidedepo.com
Case 2:16-cv-04435-PA-MRW   Document 68-3   Filed 04/24/17   Page 5 of 7   Page ID #:5131
CONFIDENTIAL

```
05:13   1   opinion.
        2        Q.   In what situations do you believe it is
        3   appropriate to obtain a legal opinion?
        4        A.   If it's unclear if there is coverage, if
05:14   5   it is clear there is no coverage, but to reinforce
        6   that opinion.
        7             THE VIDEOGRAPHER:  Are we at a good point?
        8             MS. COYOCA:  Sure.
        9             THE VIDEOGRAPHER:  Thank you.
05:14  10             This is the end of Media 3.  Off record,
       11   1713.
       12             (Recess from 5:13 p.m. to 5:22 p.m.)
       13             THE VIDEOGRAPHER:  Back on record.
       14             Commencing Media 4 of the deposition of
05:23  15   Peter Williams.  On record, 1722.
       16   BY MS. COYOCA:
       17        Q.   You were talking about a legal --
       18   obtaining a legal opinion before we went for a
       19   break.
05:23  20             With respect to this DIG production claim,
       21   was a legal opinion obtained from outside counsel?
       22        A.   Yes.
       23        Q.   Who made the decision to obtain an opinion
       24   from outside legal counsel?
05:23  25        A.   Pamela Johnson, I believe.
```

218

www.baysidedepo.com
Case 2:16-cv-04435-PA-MRW   Document 68-3   Filed 04/21/17   Page 6 of 7   Page ID #:5132
CONFIDENTIAL

```
05:23  1           Q.   Did you have any discussions with
       2   Ms. Johnson about the fact that outside legal
       3   counsel was going to be sought?
       4           A.   Yes.
05:23  5           Q.   What were your conversations in that
       6   regard?
       7           A.   I thought it was a good idea.  NBC is a
       8   big client, an important client.  It was -- they
       9   deserved the recommendation.  Also I felt, you know,
05:24 10   it could be good for NBC to know that we did go to
      11   outside counsel to verify the -- the decision, or
      12   not, as the case may be.  At that point we hadn't
      13   got the legal opinion.
      14           Q.   Was it Ms. Johnson that first raised the
05:24 15   concept of going to outside counsel to get a legal
      16   opinion?
      17           A.   I don't know.  I can't recall.
      18           Q.   Did you suggest obtaining outside
      19   counsel's legal opinion on the issue of coverage for
05:24 20   the DIG production claim?
      21           A.   I can't specifically recall.  I may have
      22   done.
      23           Q.   You may have made that suggestion to her?
      24           A.   Yes.  In the form of should we, maybe we
05:25 25   should.
```

219

```
STATE OF CALIFORNIA      )
                         )
COUNTY OF LOS ANGELES    )
```

       I, Ingrid Suárez Egnatuk, CSR No. 3098, a Certified Shorthand Reporter in and for the State of California, do hereby certify:

       That the foregoing deposition of PETER DONALD WILLIAMS, VOLUME I, was taken before me at the time and place therein set forth, at which time the witness was put under oath by me;

       That the testimony of the witness and all objections made at the time of the examination were recorded stenographically by me and were thereafter transcribed under my direction;

       That the foregoing is a true record of the testimony and of all objections made at the time of the examination.

       In witness whereof, I have subscribed my name this 6th day of February, 2017.

                         Certified Shorthand Reporter
                                  No. 3098

260

Confidential