| | |
|---|---|
| 1 | LUCIA E. COYOCA (SBN 128314) |
|  |   lec@msk.com |
| 2 | VALENTINE A. SHALAMITSKI (SBN 236061) |
|  |   vas@msk.com |
| 3 | DANIEL M. HAYES (SBN 240250) |
|  |   dmh@msk.com |
| 4 | MITCHELL SILBERBERG & KNUPP LLP |
|  | 11377 West Olympic Boulevard |
| 5 | Los Angeles, CA 90064-1683 |
|  | Telephone:  (310) 312-2000 |
| 6 | Facsimile:  (310) 312-3100 |
| 7 | Attorneys for Plaintiffs |
|  | Universal Cable Productions LLC and |
| 8 | Northern Entertainment Productions LLC |
| 9 | MARC J. SHRAKE (SBN 219331) |
|  | mjs@amclaw.com |
| 10 | ANDERSON, MCPHARLIN & CONNERS LLP |
|  | 707 Wilshire Boulevard, Suite 4000 |
| 11 | Los Angeles, CA 90017-3623 |
|  | Telephone:  (213) 236-1691 |
| 12 | Facsimile:  (213) 622-7594 |
| 13 | MICHAEL KEELEY (*Admitted Pro Hac Vice*) |
|  |   michael.keeley@strasburger.com |
| 14 | JOHN R. RIDDLE (*Admitted Pro Hac Vice*) |
|  |   john.riddle@strasburger.com |
| 15 | CARLA C. CRAPSTER (*Admitted Pro Hac Vice*) |
|  |   carla.crapster@strasburger.com |
| 16 | STRASBURGER & PRICE, LLP |
|  | 901 Main Street, Suite 4400 |
| 17 | Dallas, TX 75202 |
|  | Telephone:  (214) 651-4300 |
| 18 | Facsimile:  (214) 651-4330 |
| 19 | Attorneys for Defendant |
|  | Atlantic Specialty Insurance Company |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNIVERSAL CABLE PRODUCTIONS LLC, *et al.*, | CASE NO. 2:16-cv-4435-PA-MRW |
| Plaintiffs, | **JOINT STIPULATION RE: DISCOVERY MOTION** |
| v. | Judge:  Hon. Michael R. Wilner |
| ATLANTIC SPECIALTY INSURANCE COMPANY, | File Date:  June 20, 2016<br>Discovery Cutoff:  June 2, 2017<br>Pre-Trial Conf.:  June 16, 2017 |
| Defendant. | Trial Date:  July 25, 2017 |

1

JOINT STIPULATION RE: DISCOVERY MOTION

8830706.1/46250-00001

Pursuant to Local Rule 7-1, Plaintiffs Universal Cable Productions LLC and Northern Entertainment Productions LLC ("Plaintiffs") and Defendant Atlantic Specialty Insurance Company ("Defendant," and together with Plaintiffs, the "Parties"), hereby submit the following joint stipulation to resolve Disputed Issue No. 3 addressed in Plaintiffs' April 5, 2017 motion to compel discovery (ECF Nos. 43, 44) ("Plaintiffs' April 5, 2017 Discovery Motion").

1. Plaintiffs' April 5, 2017 Discovery Motion addressed four disputed issues.

2. Disputed Issue No. 3 concerns Plaintiffs' assertion that Defendant has failed to conduct a reasonable and sufficient search for documents concerning other instances in which it has considered the applicability of a war exclusion to an insurance claim. Plaintiffs requested an order compelling Defendant to conduct a further search in the absence of certain unqualified admissions. *See* ECF Nos. 43, 43-3, 44.

3. Defendant opposed Plaintiffs' April 5, 2017 Discovery Motion, and specifically opposed the relief requested in connection with Disputed Issue No. 3, summarized above.

4. On April 10, 2017, Magistrate Judge Michael R. Wilner conducted a telephone conference regarding Plaintiffs' April 5, 2017 Discovery Motion. Lucia E. Coyoca and Daniel M. Hayes participated on behalf of Plaintiffs. Michael Keeley, Toni Scott Reed, and Carla C. Crapster participated on behalf of Defendant. Following the telephone conference, the Parties hereby stipulate that Disputed Issue No. 3 may be resolved by the following order:

> At trial in this matter, the following stipulated fact shall be read to the jury as part of the evidentiary record: "Other than in connection with the *Dig* Claim and one other claim evidenced by the email labeled ATL000785-ATL000788, and after conducting a diligent and reasonable inquiry of

current and former employees and a thorough search of all reasonably accessible records, Atlantic has found no evidence that it considered the application of a war exclusion (the exclusions set forth in General Conditions, Section III(1)-(4) of the policy at issue in this lawsuit, or any similar war exclusion language) to an insurance claim submitted to it for handling."

5. Therefore, the Parties jointly request that the Court enter the proposed order submitted concurrently with this joint stipulation, resolving Disputed Issue No. 3 addressed in Plaintiffs' April 5, 2017 Discovery Motion.

Respectfully submitted,

DATED: April 27, 2017

LUCIA E. COYOCA
VALENTINE A. SHALAMITSKI
DANIEL M. HAYES
MITCHELL SILBERBERG & KNUPP LLP

By: */s/* Daniel M. Hayes
Daniel M. Hayes
Attorneys for Plaintiffs
Universal Cable Productions LLC and
Northern Entertainment Productions LLC

DATED: April 27, 2017

MARC J. SHRAKE
ANDERSON, MCPHARLIN & CONNERS LLP

-and-

MICHAEL KEELEY
JOHN R. RIDDLE
CARLA C. CRAPSTER
STRASBURGER & PRICE, LLP

By: */s/* Carla C. Crapster
Carla C. Crapster
Attorneys for Defendant
Atlantic Specialty Insurance Company

**Attestation Regarding Signatures**

I, Daniel M. Hayes, attest that all signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

By: /s/ Daniel M. Hayes
    Daniel M. Hayes