UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNIVERSAL CABLE PRODUCTIONS LLC, *et al.*,<br><br>  Plaintiffs,<br><br>  v.<br><br>ATLANTIC SPECIALTY INSURANCE COMPANY,<br><br>  Defendant. | CASE NO. 2:16-cv-4435-PA-MRW<br><br>**[PROPOSED] ORDER ON JOINT STIPULATION RE: DISCOVERY MOTION**<br><br>Judge:           Hon. Michael R. Wilner<br><br>File Date:            June 20, 2016<br>Discovery Cutoff:  May 12, 2017<br>Pre-Trial Conf.:     June 16, 2017<br>Trial Date :          July 25, 2017 |

8780473.2

[PROPOSED] ORDER ON JOINT STIPULATION RE: DISCOVERY MOTION

# [PROPOSED] ORDER

Based on the Joint Stipulation Re: Discovery Motion and good cause appearing, the Court hereby orders as follows:

> At trial in this matter, the following stipulated fact shall be read to the jury as part of the evidentiary record: "Other than in connection with the *Dig* Claim and one other claim evidenced by the email labeled ATL000785-ATL000788, and after conducting a diligent and reasonable inquiry of current and former employees and a thorough search of all reasonably accessible records, Atlantic has found no evidence that it considered the application of a war exclusion (the exclusions set forth in General Conditions, Section III(1)-(4) of the policy at issue in this lawsuit, or any similar war exclusion language) to an insurance claim submitted to it for handling."

IT IS SO ORDERED.

Dated: _____ 2017

_____
The Honorable Michael R. Wilner
UNITED STATES MAGISTRATE JUDGE