# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 16-4435 PA (MRWx) | Date | April 28, 2017 |
|---|---|---|---|
| Title | Universal Cable v. Atlantic Specialty Ins. | | |

**Present: The Honorable** Michael R. Wilner

| Veronica Piper | n/a |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiff / Petitioner: | Attorneys Present for Defendant / Respondent: |
|---|---|
| None present | None present |

**Proceedings:** ORDER RE: DISCOVERY MOTIONS

1. The parties jointly (via e-mail) requested relief from Local Rule 37's filing requirements due to the fast-approaching discovery cutoff.

2. The request for relief is GRANTED. The parties will continue to discuss resolution of their discovery disputes as a precondition to filing any motion. Per the request, motions may be filed by May 15, oppositions by May 19, and optional reply submissions by May 22. The Court will conduct a hearing on any motion on Wednesday, May 24, at 9:30 a.m. Judge Wilner sits in Courtroom 550, Roybal Federal Building, 255 E. Temple St. in downtown Los Angeles.

3. But if the parties get relief from Rule 37, then so do I. No motion or opposition will exceed 10 pages in length. No optional reply will exceed 5 pages in length. And the parties are advised that the mandatory fee shift provisions of Federal Rule of Civil Procedure 37(a)(5) remain in force.