ANDERSON, McPHARLIN & CONNERS LLP
LAWYERS
707 WILSHIRE BOULEVARD, SUITE 4000
LOS ANGELES, CALIFORNIA 90017-3623
TEL (213) 688-0080 • FAX (213) 622-7594

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| UNIVERSAL CABLE PRODUCTIONS, LLC, a Delaware limited liability company, and NORTHERN ENTERTAINMENT PRODUCTIONS LLC, a Delaware limited liability company,<br><br>Plaintiffs,<br><br>vs.<br><br>ATLANTIC SPECIALTY INSURANCE COMPANY, a New York insurance company,<br><br>Defendant. | Case No. 2:16-cv-04435-PA-MRW<br><br>**[PROPOSED] ORDER SUSTAINING ATLANTIC SPECIALTY INSURANCE COMPANY'S OBJECTIONS TO EVIDENCE SUBMITTED BY PLAINTIFFS IN SUPPORT OF THEIR MOTION FOR PARTIAL SUMMARY JUDGMENT** |

Plaintiffs' Motion for Partial Summary Judgment, Atlantic Specialty Insurance Company's Motion for Summary Judgment, or Alternatively Partial Summary Judgment, and Atlantic Specialty Insurance Company's Objections to Evidence submitted with Plaintiffs' Motion for Partial Summary Judgment came on for a scheduled hearing before the Honorable Percy Anderson, Judge Presiding, for the United States District Court, Central District of California on May 22, 2017.

1615555.1 05608-054

ORDER SUSTAINING DEFENDANT'S OBJECTIONS TO EVIDENCE SUBMITTED BY PLAINTIFFS IN SUPPORT OF THEIR MOTION FOR PARTIAL SUMMARY JUDGMENT

Counsel of record for the parties appeared.

After full consideration of the evidence, authorities submitted by both parties, and the oral arguments of counsel, the Court finds that the following of Atlantic Specialty Insurance Company's objections to evidence should be SUSTAINED.

IT IS, THEREFORE, ORDERED that:

1. Objection to Fact 10 is sustained.
2. Objection to Fact 13 is sustained.
3. Objection to Fact 19 is sustained.
4. Objection to Fact 28 is sustained.
5. Objection to Fact 36 is sustained.
6. Objection to Fact 50 is sustained.
7. Objection to Fact 53 is sustained.
8. Objection to Fact 54 is sustained.
9. Objection to Fact 55 is sustained.
10. Objection to Fact 56 is sustained.
11. Objection to Fact 62 is sustained.
12. Objection to Fact 63 is sustained.
13. Objection to Fact 65 is sustained.
14. Objection to Fact 66 is sustained.
15. Objection to Fact 67 is sustained.
16. Objection to Fact 70 is sustained.
17. Objection to Fact 71 is sustained.
18. Objection to Fact 72 is sustained.
19. Objection to Fact 73 is sustained.
20. Objection to Fact 75 is sustained.
21. Objection to Fact 76 is sustained.
22. Objection to Fact 78 is sustained.

ANDERSON, MCPHARLIN & CONNERS LLP
LAWYERS
707 WILSHIRE BOULEVARD, SUITE 4000
LOS ANGELES, CALIFORNIA 90017-3623
TEL (213) 688-0080 • FAX (213) 622-7594
1615555.1 05608-054

1  23.  Objection to Fact 82 is sustained.

2  24.  Objection to Fact 86 is sustained.

3  25.  Objection to Fact 87 is sustained.

4  26.  Objection to Fact 88 is sustained.

5  SO ORDERED.

9  DATED:_____     _____
                                  The Honorable Percy Anderson
                                  Judge of the United States District Court

1615555.1 05608-054

3

ORDER SUSTAINING DEFENDANT'S OBJECTIONS TO EVIDENCE SUBMITTED BY PLAINTIFFS IN
SUPPORT OF THEIR MOTION FOR PARTIAL SUMMARY JUDGMENT