MARC J. SHRAKE (SBN 219331)
 mjs@amclaw.com
ANDERSON, McPHARLIN & CONNERS LLP
707 Wilshire Boulevard, Suite 4000
Los Angeles, California 90017-3623
Telephone: (213) 236-1691
Facsimile: (213) 622-7594

MICHAEL KEELEY *(Pro Hac Vice)*
 michael.keeley@strasburger.com
TONI SCOTT REED *(Pro Hac Vice)*
 toni.reed@strasburger.com
CARLA C. CRAPSTER *(Pro Hac Vice)*
 carla.crapster@strasburger.com
STRASBURGER & PRICE, LLP
901 Main Street, Suite 6000
Dallas, Texas 75202
Telephone: (214) 651-4300
Facsimile: (214) 651-4330

Attorneys for Defendant
Atlantic Specialty Insurance Company

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

| | |
|---|---|
| UNIVERSAL CABLE PRODUCTIONS LLC, *et al.*,<br><br>    Plaintiffs,<br><br>v.<br><br>ATLANTIC SPECIALTY INSURANCE COMPANY,<br><br>    Defendant. | CASE NO. 2:16-cv-4435-PA-MRW<br><br>**REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF ATLANTIC SPECIALTY INSURANCE COMPANY'S OPPOSITION TO PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT**<br><br>[*Filed Concurrently with Opposition to Plaintiffs' Motion for Partial Summary Judgment; Declarations of Peter D. Williams; Declarations of Frank G. Lowenstein; Declaration of Aaron T. Stone; Declaration of Carla C. Crapster; and [Proposed] Order; Statement of Genuine Disputes; Volume of Evidence; Objections to* |

ANDERSON, McPHARLIN & CONNERS LLP
LAWYERS
707 WILSHIRE BOULEVARD, SUITE 4000
LOS ANGELES, CALIFORNIA 90017-3623
TEL (213) 688-0080 • FAX (213) 622-7594

*Plaintiffs' Evidence and [Proposed] Order; Motion to Strike Plaintiffs' Evidence and [Proposed] Order]*

Date:  May 22, 2017
Time:  1:30 p.m.
Place:  Courtroom 9A
Judge:  Honorable Percy Anderson
Discovery Cutoff:  June 2, 2017
Pretrial Conference:  June 16, 2017
Trial:  July 25, 2017

## REQUEST FOR JUDICIAL NOTICE OF DOCUMENTS

Defendant and Atlantic Specialty Insurance Company ("Atlantic"), by and through its attorneys of record, hereby requests the Court to take judicial notice pursuant to Federal Rule of Evidence 201 of the authenticity of the following documents:

1. Universal Cable Productions LLC and Northern Entertainment Productions LLC's original Complaint in this lawsuit, filed on June 20, 2016.

2. Universal Cable Productions LLC and Northern Entertainment Production LLC's First Amended Complaint in this lawsuit, filed on July 7, 2016. A true and correct copy of this document is attached as **Exhibit 14** to the Declaration of Carla C. Crapster, filed in the Volume of Summary Judgment Evidence – Part I, in support of Atlantic's Motion for Summary Judgment, or Alterntatively for Partial Summary Judgment.

3. Atlantic's Original Answer to Plaintiffs' First Amended Complaint, filed on August 5, 2016.

4. The Congressional Research Service Report entitled "The Palestinians: Background and U.S. Relations dated February 10, 2015. *See* Jim Zanotti, Cong. Research Serv., RL34074, The Palestinians: Background and U.S. Relations 2

ANDERSON, McPHARLIN & CONNERS LLP
LAWYERS
707 WILSHIRE BOULEVARD, SUITE 4000
LOS ANGELES, CALIFORNIA 90017-3623
TEL (213) 688-0080 • FAX (213) 622-7594

ANDERSON, McPHARLIN & CONNERS LLP

LAWYERS

707 WILSHIRE BOULEVARD, SUITE 4000

LOS ANGELES, CALIFORNIA 90017-3623

TEL (213) 688-0080 • FAX (213) 622-7594

1   (2015) (available at https://www.hsdl.org/?view&did=762873). This report is

2   available through the Homeland Security Digital Library (HSDL), which is "the

3   nation's premier collection of documents related to homeland security policy,

4   strategy, and organizational management. The HSDL is sponsored by the U.S.

5   Department of Homeland Security's National Preparedness Directorate, FEMA

6   and the Naval Postgraduate School Center for Homeland Defense and Security."

7   https://www.hsdl.org/c/about/. According to the website for the Library of

8   Congress: "The Congressional Research Service (CRS) works exclusively for the

9   United States Congress, providing policy and legal analysis to committees and

10  Members of both the House and Senate, regardless of party affiliation. As a

11  legislative branch agency within the Library of Congress, CRS has been a valued

12  and respected resource on Capitol Hill for more than a century." *See*

13  http://www.loc.gov/crsinfo/. A true and correct copy of the February 10, 2015

14  report is attached as **Exhibit 4** to the Declaration of Carla C. Crapster, filed in

15  the Volume of Summary Judgment Evidence – Part I, in support of Atlantic's

16  Opposition to Plaintiffs' Motion for Summary Judgment.

17  5.  The Congressional Research Report entitled "Hamas: Background and Issues for

18  Congress" dated December 2, 2010. *See* Jim Zanotti, Cong. Research Serv.,

19  R41514, Hamas: Background and Issue for Congress 1-3 (2010) (available at

20  https://fas.org/sgp/crs/mideast/R41514.pdf). A true and correct copy of the

21  December 2, 2010 report is attached as **Exhibit 8** to the Declaration of Carla C.

22  Crapster, filed in the Volume of Summary Judgment Evidence – Part I, in

23  support of Atlantic's Opposition to Plaintiffs' Motion for Summary Judgment.

24  6.  The Congressional Research Report entitled "Al Qaeda and U.S. Policy: Middle

25  East and Africa" dated August 11, 2016. *See* Carla E. Humud, Cong. Research

26  Serv., R43756, Al Qaeda and U.S. Policy: Middle East and Africa (2016)

27  (available at https://fas.org/sgp/crs/mideast/R43756.pdf). A true and correct

28

ANDERSON, McPHARLIN & CONNERS LLP
LAWYERS
707 WILSHIRE BOULEVARD, SUITE 4000
LOS ANGELES, CALIFORNIA 90017-3623
TEL (213) 688-0080 • FAX (213) 622-7594

copy of the August 11, 2016 report is attached as **Exhibit 153** to the Declaration of Carla C. Crapster, filed in the Volume of Summary Judgment Evidence—Part II, in support of Atlantic's Opposition to Plaintiffs' Motion for Summary Judgment.

7. The report entitled "Fragmented Lives Humanitarian Overview 2014," prepared by the U.N. Office for the Coordination of Humanitarian Affairs. *See* U.N. Office for the Coordination of Humanitarian Affairs, Fragmented Lives Humanitarian Overview 2014, 5-6 (2015), (available at: https://www.ochaopt.org/documents/annual_humanitarian_overview_2014_english_final.pdf.) The United Nations' Office for the Coordination of Humanitarian Affairs (OCHA) "is the part of the United Nations Secretariat responsible for bringing together humanitarian actors to ensure a coherent response to emergencies." *See* https://www.ochaopt.org/page/about-us. One of its stated purposes is to prepare reports, as it is the goal of OCHA to consolidate and publish information regarding humanitarian conditions and responses to humanitarian crises. *See* http://www.unocha.org/what-we-do/information-management/overview. A true and correct copy of this report is attached as **Exhibit 36** to the Declaration of Carla C. Crapster, filed in the Volume of Summary Judgment Evidence – Part I, in support of Atlantic's Opposition to Plaintiffs' Motion for Summary Judgment.

8. The Country Reports on Human Rights Practices for 2014 for Israel and The Occupied Territories. *See*  U.S. Dep't of State, Bureau of Democracy, Human Rights and Labor, Country Report on Human Rights Practices for 2014, 1 (2015), (available at https://www.state.gov/documents/organization/236814.pdf). According to the U.S. Department of State, "The annual Country Reports on Human Rights Practices – the Human Rights Reports – cover internationally recognized

1615380.1 05608-054

**ATLANTIC SPECIALTY INSURANCE COMPANY'S REQUEST FOR JUDICIAL NOTICE**

8914549.1/SP/15247/0131/050117

ANDERSON, McPHARLIN & CONNERS LLP
LAWYERS
707 WILSHIRE BOULEVARD, SUITE 4000
LOS ANGELES, CALIFORNIA 90017-3623
TEL (213) 688-0080 • FAX (213) 622-7594

1    individual, civil, political, and worker rights, as set forth in the Universal

2    Declaration of Human Rights and other international agreements. The U.S.

3    Department of State submits reports on all countries receiving assistance and all

4    United Nations member states to the U.S. Congress in accordance with the

5    Foreign Assistance Act of 1961 and the Trade Act of 1974." *See*

6    https://www.state.gov/j/drl/rls/hrrpt/. A true and correct copy of this report

7    is attached as **Exhibit 5** to the Declaration of Carla C. Crapster, filed in the

8    Volume of Summary Judgment Evidence – Part I, in support of Atlantic's

9    Opposition to Plaintiffs' Motion for Summary Judgment.

10   9.   The Report of the Independent Commission of Inquiry on the 2014 Gaza

11        Conflict prepared by the United Nations Human Rights Office of the High

12        Commissioner. *See* Human Rights Council, *Human Rights Situation in Palestine and*

13        *other Occupied Arab Territories*, 69, U.N. Doc. A/HRC/29/CRP.4 (June 24, 2015).

14        (available at

15        http://www.ohchr.org/EN/HRBodies/HRC/CoIGazaConflict/Pages/Report

16        CoIGaza.aspx). This report states that it "contains the detailed finding of the

17        independent commission of inquiry established pursuant to Human Rights

18        Council resolution S-21/1." *Id.* The Office of the United Nations High

19        Commissioner for Human Rights (OHCHR) "spearheads the United Nations'

20        human rights efforts." *See*

21        http://www.ohchr.org/EN/AboutUs/Pages/WhoWeAre.aspx. The OHCHR

22        issues publications with the goal "to increase knowledge and raise awareness

23        about human rights and fundamental freedoms, and to publicize ways of

24        promoting and protecting them worldwide." *See*

25        http://www.ohchr.org/EN/PublicationsResources/Pages/Publications.aspx. A

26        true and correct copy of this report is attached as **Exhibit 6** to the Declaration

27        of Carla C. Crapster, filed in the Volume of Summary Judgment Evidence – Part

28

1615380.1 05608-054

**ATLANTIC SPECIALTY INSURANCE COMPANY'S REQUEST FOR JUDICIAL NOTICE**

8914549.1/SP/15247/0131/050117

1    I, in support of Atlantic's Opposition to Plaintiffs' Motion for Summary

2    Judgment.

3    As to items 4 through 9 on this list, there is support for taking judicial notice of these

4    types of official reports. "It is not uncommon for courts to take judicial notice of

5    factual information found on the world wide web." *O'Toole v. Northrop Grumman Corp.,*

6    499 F.3d 1218, 1225 (10th Cir. 2007). "This is particularly true of information on

7    government agency websites, which have often been treated as proper subjects for

8    judicial notice." *Id.* (citing *Kitty Hawk Aircargo, Inc. v. Chao,* 418 F.3d 453, 457 (5th Cir.

9    2005) (taking judicial notice of approval by the National Mediation Board published on

10   the agency's website); *Coleman v. Dretke,* 409 F.3d 665, 667 (5th Cir. 2005) (per curiam)

11   (taking judicial notice of the Texas Council on Sex Offender website); *Denius v. Dunlap,*

12   330 F.3d 919, 926-27 (7th Cir. 2003) (taking judicial notice of information on official

13   government website); *In re Wellbutrin SR/Zyban Antitrust Litig.,* 281 F. Supp. 2d 751, 754

14   n.2 (E.D. Pa. 2003) (taking judicial notice of the Food and Drug Administration's list of

15   new and approved drugs); *United States ex rel. Dingle v. BioPort Corp.,* 270 F. Supp. 2d 968,

16   972 (W.D. Mich. 2003) ("Public records and government documents are generally

17   considered not to be subject to reasonable dispute . . . . This includes public records

18   and government documents available from reliable sources on the Internet."); *Cali v. E.*

19   *Coast Aviation Servs., Ltd.,* 178 F. Supp. 2d 276, 287 n.6 (E.D.N.Y. 2001) (taking judicial

20   notice of documents from Pennsylvania state agencies and Federal Aviation

21   Administration); *In re Agribiotech Sec. Litig.,* No. CV-S-990144 PMP (LRL), 2000 U.S.

22   Dist. LEXIS 5643, *4-5, 2000 WL 35595963, *2 (D. Nev. Mar. 2, 2000) ("In this new

23   technological age, official government or company documents may be judicially noticed

24   insofar as they are available via the worldwide web")).

25   / / /

26   / / /

27   / / /

28

ANDERSON, McPHARLIN & CONNERS LLP
LAWYERS
707 WILSHIRE BOULEVARD, SUITE 4000
LOS ANGELES, CALIFORNIA 90017-3623
TEL (213) 688-0080 • FAX (213) 622-7594

**ATLANTIC SPECIALTY INSURANCE COMPANY'S REQUEST FOR JUDICIAL NOTICE**

1615380.1 05608-054

8914549.1/SP/15247/0131/050117

ANDERSON, McPHARLIN & CONNERS LLP
LAWYERS
707 WILSHIRE BOULEVARD, SUITE 4000
LOS ANGELES, CALIFORNIA 90017-3623
TEL (213) 688-0080 • FAX (213) 622-7594

## REQUEST FOR JUDICIAL NOTICE OF CERTAIN FACTS

This case involves historical facts relating to Israel and Palestine, and in particular the 2014 conflict between those two entities. Courts often take judicial notice of historical events. *Cactus Corner, LLC v. United States Dep't of Agric.*, 346 F. Supp. 2d 1075, 1099 (E.D. Cal. 2004) ("Courts will also take judicial notice of historical happenings and events."); *see also Akira Ono v. United States*, 267 F. 359, 362 (9th Cir. 1920) ("Courts take judicial notice of the history of the country, and consequently this court knows what is known to every well-informed person, that the Japanese government made objection to the language employed in [a proclamation of President Roosevelt], resulting in what is commonly known as the 'gentlemen's agreement' between the two countries, by which the government of Japan agreed to issue more passports …."); *Korematsu v. United States*, 584 F. Supp. 1406, 1415 (N.D. Cal. 1984) (in a case involving the Japanese internment camps, the court held it was "proper to take judicial notice of the purpose of the [Commission on Wartime Relocation and Internment of Civilians], the manner in which it was established and, subject to a finding of trustworthiness, the general nature and substance of its conclusions.").

There is also precedent for taking judicial notice of the facts of war and political turmoil. "Courts may take judicial notice of important historical facts relating to war." *Miller v. Fowler*, 28 So. 2d 837, 838 (Miss. 1947) (citing 31 C. J. S., Evidence, Sec. 62, pp. 639-642). In that case, the court held: "We may take judicial knowledge of the fact that after September 27, 1943, all acts of warfare between the United States and Italy came to an end, and likewise on May 8, 1945, as between the United States and Germany; and we may take notice also from the current and undisputed facts of history that all armed conflicts in those two countries ceased on the stated dates, except as to an occasional group of unauthorized marauders, who were not engaged in acts of warfare, but rather in the enterprises of outlaws or criminals." *Id.* The Ninth Circuit has held it appropriate to take judicial notice of political and military events in Fiji. *Gafoor v. INS*,

ANDERSON, MCPHARLIN & CONNERS LLP
LAWYERS
707 WILSHIRE BOULEVARD, SUITE 4000
LOS ANGELES, CALIFORNIA 90017-3623
TEL (213) 688-0080 • FAX (213) 622-7594

231 F.3d 645, 656 (9th Cir. 2000). The court held that its decision to do so was "well supported by case law." *Id.* It stated: "American courts generally will take judicial notice of a state of uprising." (quoting *Quinn v. Robinson*, 783 F.2d 776, 797 n.18 (9th Cir. 1986)); *see also Desir v. Ilchert*, 840 F.2d 723, 730 (9th Cir. 1988) (in a habeas corpus proceeding brought by an asylum applicant, the court took judicial notice of political changes in Haiti). Other courts have also taken judicial notice of political developments. *See Kaczmarczyk v. INS*, 933 F.2d 588, 594 n.4 (7th Cir. 1991) ("We exercise our discretion to take judicial notice of further changes in Polish politics that occurred between the time of the BIA's decision and our review."); *Coriolan v. INS*, 559 F.2d 993, 1002-04 (5th Cir. 1977) (relying on Amnesty International report not part of administrative record to remand for reconsideration); *Ritter v. Hughes Aircraft Co.*, 58 F.3d 454, 458 (9th Cir. 1995) (taking judicial notice of newspaper article describing widespread layoffs at Hughes where the fact of layoffs was generally known in Southern California and the objecting party testified to the same in his deposition); *Peters v. Del. River Port Auth.*, 16 F.3d 1346, 1357 (3d Cir. 1994) ("While not critical to our holding, we take judicial notice of newspaper accounts highlighting controversies over the DRPA's toll increases, spending practices, and public announcements.").

Here, there are historical and political facts at issue of which the Court may take judicial notice. Specifically, Atlantic requests that the Court take judicial notice of the following historical events:

1. President George W. Bush, speaking to the 107th Joint Session of Congress, stated "[o]n September 11th, the enemies of freedom committed an act war against our country." President Bush went on to state "[o]ur war on terror begins with Al Qaeda…"

    a. George W. Bush, U.S. President, Address to the Joint Session of the 107th Congress (Sept. 20, 2001) at p. 66, 68. available at
    https://georgewbush-

1615380.1 05608-054

8914549.1/SP/15247/0131/050117

ANDERSON, McPHARLIN & CONNERS LLP
LAWYERS
707 WILSHIRE BOULEVARD, SUITE 4000
LOS ANGELES, CALIFORNIA 90017-3623
TEL (213) 688-0080 • FAX (213) 622-7594

1
2
whitehouse.archives.gov/infocus/bushrecord/documents/Selected_S

peeches_George_W_Bush.pdf

3   2.   Currently 137 countries bilaterally recognize Palestine as an independent

4        state.

5        a.   Jim Zanotti, Cong. Research Serv., RL34074, The Palestinians:

6             Background and U.S. Relations 17 (2015). Ex. 4 to Atlantic's Evidence

7             in Support of its Motion for Summary Judgment ("Atlantic's Evid.").

8        b.   Press Release, Deputy Secretary General, World must stay committed

9             to two-state solution after 'Lost Decade,' Deputy Secretary-General

10            tells event on solidarity with Palestinians, U.N. Press Release

11            DSG/SM/1030-GA/PAL/1380-OBV/1692 (Nov. 29, 2016).

12       c.   Permanent Observer Mission of the State of Palestine to the United

13            Nations New York: Diplomatic Relations (last visited May 05, 2017),

14            available at http://palestineun.org/about-palestine/diplomatic-

15            relations/.

16       d.   *Jimmy Carter*, America must recognize Palestine, The New York Times,

17            Nov. 28, 2016, *available at*

18            https://www.nytimes.com/2016/11/28/opinion/jimmy-carter-

19            america-must-recognize-palestine.html?_r=0.

20       e.   Julia Holman, *Kevin Rudd calls for Australia to formally recognise Palestinian*

21            *state*, ABC, Feb. 17, 2017, available at

22            http://www.abc.net.au/news/2017-02-17/kevin-rudd-calls-for-

23            australia-to-formally-recognise-palestine/8281708.

24  3.   In 1947, the United Nations founded the Jewish state of Israel.

25       a.   Sources: Jim Zanotti, Cong. Research Serv., RL34074, The

26            Palestinians: Background and U.S. Relations 2 (2015). Ex. 4 to

27
28

**ATLANTIC SPECIALTY INSURANCE COMPANY'S REQUEST FOR JUDICIAL NOTICE**

1615380.1 05608-054
8914549.1/SP/15247/0131/050117

ANDERSON, MCPHARLIN & CONNERS LLP
LAWYERS
707 WILSHIRE BOULEVARD, SUITE 4000
LOS ANGELES, CALIFORNIA 90017-3623
TEL (213) 688-0080 • FAX (213) 622-7594

1   Atlantic's Evidence in Support of its Motion for Summary Judgment

2   ("Atlantic's Evid.").

3   b. U.S. Office of the Historian, *Creation of Israel, 1948*, *available at*

4   https://history.state.gov/milestones/1945-1952/creation-israel.

5   c. The Learning Network, *Nov. 29, 1947: U.N. Partitions Palestine, Allowing*

6   *for Creation of Israel*, N.Y. Times, Nov. 29, 2011, available at

7   https://learning.blogs.nytimes.com/2011/11/29/nov-29-1947-united-

8   nations-partitions-palestine-allowing-for-creation-of-israel/comment-

9   page-1/?_r=0.

10   d. The Jacob Blaustein Institute for the Advancement of Human Rights,

11   Mandate of Destiny: The 1947 United Nations Decision to Partition

12   Palestine, 8-10 (2008), available at

13   http://www.google.com/url?sa=t&rct=j&q=&esrc=s&source=web&

14   cd=21&ved=0ahUKEwjUxZvPvLHTAhULqlQKHat2AP84FBAWC

15   CEwAA&url=http%3A%2F%2Fwww.ajc.org%2Fatf%2Fcf%2F%257

16   B42d75369-d582-4380-8395-

17   d25925b85eaf%257D%2FMANDATEDESTINY.PDF&usg=AFQjC

18   NH0hhI7Nit6TpmGf1Ulsn59tM_SoQ.

19   e. *1948: The state of Israel is founded*, BBC News, May 08, 2008, available at

20   http://news.bbc.co.uk/2/hi/middle_east/7381315.stm.

21   f. *1948 State of Israel proclaimed,* History.com, 2010, available at

22   http://www.history.com/this-day-in-history/state-of-israel-

23   proclaimed.

24   g. Avi Shlaim, *The Middle East: The Origins of Arab-Israeli Wars*, Oxford

25   University Press 219-40 (1996), available at

26   http://users.ox.ac.uk/~ssfc0005/The%20Middle%20East%20The%2

27   0Origins%20of%20Arab-Israeli%20Wars.html.

28

1615380.1 05608-054

**ATLANTIC SPECIALTY INSURANCE COMPANY'S REQUEST FOR JUDICIAL NOTICE**

8914549.1/SP/15247/0131/050117

ANDERSON, McPHARLIN & CONNERS LLP

LAWYERS
707 WILSHIRE BOULEVARD, SUITE 4000
LOS ANGELES, CALIFORNIA 90017-3623
TEL (213) 688-0080 • FAX (213) 622-7594

h. *The Arab-Israeli conflict, 1947-present*, USA Today, Aug. 28, 2001, available at

http://usatoday30.usatoday.com/news/world/mideast/timeline.htm.

i. Oraneet Orevi, A Holistic Approach to the Conflict of Israel and Palestine: Where we are now and where we can go, 19 Ann. Surv. Int'l & Comp. L. 105, 107 (2013).

4. In 1947 and 1948, there was an "Arab-Israeli war."

a. Sources: Jim Zanotti, Cong. Research Serv., RL34074, The Palestinians: Background and U.S. Relations 2 (2015). Ex. 4 to Atlantic's Evid.

b. U.S. Dep't of State, Bureau of Democracy, Human Rights and Labor, Country Report on Human Rights Practices for 2014, 17 (2015), available at

https://www.state.gov/documents/organization/236814.pdf. Ex. 5 to Atlantic's Evid.

c. Avi Shlaim, The Middle East: The Origins of Arab-Israeli Wars, Oxford University Press 219-40 (1996), available at

http://users.ox.ac.uk/~ssfc0005/The%20Middle%20East%20The%20Origins%20of%20Arab-Israeli%20Wars.html.

d. U.S. Office of the Historian, *The Arab-Israeli War of 1948*, available at

https://history.state.gov/milestones/1945-1952/arab-israeli-war.

e. *The Arab-Israeli conflict, 1947-present*, USA Today, Aug. 28, 2001, available at

http://usatoday30.usatoday.com/news/world/mideast/timeline.htm.

f. George E. Bisharat, et. al, Israel's Invasion of Gaza in International Law, 38 Denv. J. Int'l L. & Pol'y 41, 47 (2009).

**ATLANTIC SPECIALTY INSURANCE COMPANY'S REQUEST FOR JUDICIAL NOTICE**

1615380.1 05608-054

8914549.1/SP/15247/0131/050117

ANDERSON, McPHARLIN & CONNERS LLP

LAWYERS

707 WILSHIRE BOULEVARD, SUITE 4000

LOS ANGELES, CALIFORNIA 90017-3623

TEL (213) 688-0080 • FAX (213) 622-7594

g.  Oraneet Orevi, A Holistic Approach to the Conflict of Israel and Palestine: Where we are now and where we can go, 19 Ann. Surv. Int'l & Comp. L. 105, 107-08 (2013).

h.  Emily Christian, Note & Comment: Violations of International Criminal Law in the Israeli-Palestinian Conflict: Why the International Criminal Court should not Prosecute in the "Interest of Justice", 29 Temp. Int'l & Comp. L.J. 275, 285 (2015).

5.  In June of 1967, the Six-Day War occurred, in which Israel defeated the Arab states who had styled themselves as Palestinians' protectors.

a.  Sources: Jim Zanotti, Cong. Research Serv., RL34074, The Palestinians: Background and U.S. Relations 3 (2015). Ex. 4 to Atlantic's Evid.

b.  Avi Shlaim, The Middle East: The Origins of Arab-Israeli Wars, Oxford University Press 219-40 (1996), available at http://users.ox.ac.uk/~ssfc0005/The%20Middle%20East%20The%20Origins%20of%20Arab-Israeli%20Wars.html.

c.  The Arab-Israeli conflict, 1947-present, USA Today, Aug. 28, 2001, available at http://usatoday30.usatoday.com/news/world/mideast/timeline.htm.

d.  Solon Solomon, Occupied or Not: the Question of Gaza's Legal Status after the Israeli Disengagement, 19 Cardozo J. Int'; & Comp. L. 59, 61 (2011).

e.  Oraneet Orevi, A Holistic Approach to the Conflict of Israel and Palestine: Where we are now and where we can go, 19 Ann. Surv. Int'l & Comp. L. 105, 108 (2013).

f.  Emily Christian, Note & Comment: Violations of International Criminal Law in the Israeli-Palestinian Conflict: Why the International

**ATLANTIC SPECIALTY INSURANCE COMPANY'S REQUEST FOR JUDICIAL NOTICE**

1615380.1 05608-054

8914549.1/SP/15247/0131/050117

ANDERSON, MCPHARLIN & CONNERS LLP
LAWYERS
707 WILSHIRE BOULEVARD, SUITE 4000
LOS ANGELES, CALIFORNIA 90017-3623
TEL (213) 688-0080 • FAX (213) 622-7594

1  Criminal Court should not Prosecute in the "Interest of Justice", 29

2  Temp. Int'l & Comp. L.J. 275, 285 (2015).

3  6.  As a result of the 1967 Six-Day War, Israel gained control over Palestine.

4  a.  Jim Zanotti, Cong. Research Serv., RL34074, The Palestinians:

5  Background and U.S. Relations 3 (2015). Ex. 4 to Atlantic's Evid.

6  b.  U.S. Dep't of State, Bureau of Democracy, Human Rights and Labor,

7  Country Report on Human Rights Practices for 2014, 52 (2015),

8  available at

9  https://www.state.gov/documents/organization/236814.pdf.  Ex. 5

10  to Atlantic's Evid.

11  c.  Avi Shlaim, The Middle East: The Origins of Arab-Israeli Wars,

12  Oxford University Press 219-40 (1996), available at

13  http://users.ox.ac.uk/~ssfc0005/The%20Middle%20East%20The%2

14  0Origins%20of%20Arab-Israeli%20Wars.html.

15  d.  *The Arab-Israeli conflict, 1947-present*, USA Today, Aug. 28, 2001,

16  available at

17  http://usatoday30.usatoday.com/news/world/mideast/timeline.htm.

18  e.  Richard D. Rosen, Goldstone Reconsidered, 21 J. Transnat'l L. &

19  Pol'y, 35, 41 (2011).

20  f.  George E. Bisharat, et. al, Israel's Invasion of Gaza in International

21  Law, 38 Denv. J. Int'l L. & Pol'y 41, 47 (2009).

22  g.  Solon Solomon, Occupied or Not: the Question of Gaza's Legal Status

23  after the Israeli Disengagement, 19 Cardozo J. Int'; & Comp. L. 59, 61

24  (2011).

25  h.  Oraneet Orevi, A Holistic Approach to the Conflict of Israel and

26  Palestine: Where we are now and where we can go, 19 Ann. Surv. Int'l

27  & Comp. L. 105, 107 (2013).

28

1615380.1 05608-054

**ATLANTIC SPECIALTY INSURANCE COMPANY'S REQUEST FOR JUDICIAL NOTICE**

8914549.1/SP/15247/0131/050117

ANDERSON, McPHARLIN & CONNERS LLP
LAWYERS
707 WILSHIRE BOULEVARD, SUITE 4000
LOS ANGELES, CALIFORNIA 90017-3623
TEL (213) 688-0080 • FAX (213) 622-7594

       i.   Emily Christian, Note & Comment: Violations of International Criminal Law in the Israeli-Palestinian Conflict: Why the International Criminal Court should not Prosecute in the "Interest of Justice", 29 Temp. Int'l & Comp. L.J. 275, 285 (2015).

7.  Israel effectively annexed East Jerusalem and the Golan Heights, leaving the West Bank and Gaza under military occupation, but not truly incorporated into Israel.

      a.  Jim Zanotti, Cong. Research Serv., RL34074, The Palestinians: Background and U.S. Relations 3 (2015). Ex. 4 to Atlantic's Evid.

      b.  U.S. Dep't of State, Bureau of Democracy, Human Rights and Labor, Country Report on Human Rights Practices for 2014, 52 (2015), available at https://www.state.gov/documents/organization/236814.pdf.  Ex. 5 to Atlantic's Evid.

      c.  Richard D. Rosen, Goldstone Reconsidered, 21 J. Transnat'l L. & Pol'y, 35, 41 (2011).

      d.  Solon Solomon, Occupied or Not: the Question of Gaza's Legal Status after the Israeli Disengagement, 19 Cardozo J. Int'; & Comp. L. 59, 61 (2011).

      e.  Nicholas Rostow, The Historical and Legal Contexts of Israel's Borders, Jerusalem Center for Public Affairs 79 (2011), available at http://jcpa.org/article/historical-legal-contexts-israels-borders1/.

8.  In the mid-1990s, the Palestinian Authority (PA) was granted limited rule (under supervening Israeli occupational authority) in the Gaza Strip and parts of the West Bank.

      a.  Jim Zanotti, Cong. Research Serv., RL34074, The Palestinians: Background and U.S. Relations 26 (2015). Ex. 4 to Atlantic's Evid.

1615380.1 05608-054

**ATLANTIC SPECIALTY INSURANCE COMPANY'S REQUEST FOR JUDICIAL NOTICE**

8914549.1/SP/15247/0131/050117

ANDERSON, MCPHARLIN & CONNERS LLP
LAWYERS
707 WILSHIRE BOULEVARD, SUITE 4000
LOS ANGELES, CALIFORNIA 90017-3623
TEL (213) 688-0080 • FAX (213) 622-7594

    b.   Stephen J. DiGregoria, Note: If we don't bring them to Court, the Terrorists will have won: Reinvigorating the Anti-Terrorist Act and General Jurisdiction in a Post-Daimler Era, 82 Brooklyn L. Rev. 357, 363 (2016).

    c.   The Jewish Virtual Library: A Project of AICE, The Palestinian Authority: History & Overview, available at http://www.jewishvirtuallibrary.org/palestinian-authority-history-and-overview.

    d.   *The Palestinian Authority: News about the Palestinian Authority, including commentary and archival articles published in the New York Times*, N.Y. Times, available at https://www.nytimes.com/topic/organization/the-palestinian-authority.

    e.   Mission of Palestine, Palestinian Government, available at http://palestine.dk/palestine/government / (last visited Apr. 20, 2017).

9. The PA, although not a state, is organized like one—complete with democratic mechanisms; security forces; and executive, legislative, and judicial organs of governance. The executive branch has both a president and a prime minister-led cabinet, the Palestinian Legislative Council (PLC) is its legislature, and the judicial branch has separate high courts to decide substantive disputes and to settle controversies, as well as a High Judicial Council.

    a.   Jim Zanotti, Cong. Research Serv., RL34074, The Palestinians: Background and U.S. Relations 26 (2015). Ex. 4 to Atlantic's Evid.

    b.   The Jewish Virtual Library: A Project of AICE, The Palestinian Authority: History & Overview, available at

1615380.1 05608-054

8914549.1/SP/15247/0131/050117

ANDERSON, McPHARLIN & CONNERS LLP
LAWYERS
707 WILSHIRE BOULEVARD, SUITE 4000
LOS ANGELES, CALIFORNIA 90017-3623
TEL (213) 688-0080 • FAX (213) 622-7594

     http://www.jewishvirtuallibrary.org/palestinian-authority-history-and-overview.

c.  U.S. Dep't of State, Bureau of Democracy, Human Rights and Labor, Country Report on Human Rights Practices for 2014, 52 (2015), available at https://www.state.gov/documents/organization/236814.pdf. Ex. 5 to Atlantic's Evid.

d.  Treaties and Agreements Israel-Palestine Liberation Organization Agreement on the Gaza Strip and the Jericho Area, 628-31, 33 I.L.M. 622 (1994).

e.  Asem Khalil, Beyond the written constitution: Constitutional crisis of, and the institutional deadlock in the Palestinian political system as entrenched in the basic law, Int'l J. Constitutional Law (2013) 11 (1): 34.

10. The United Nations recognizes Palestine as a non-member state.

a.  G.A. Res. 67/19, at 2, U.N. Doc. A/RES/67/19 (Nov. 29, 2012). Ex, 7 to Atlantic's Evid.

b.  Jim Zanotti, Cong. Research Serv., RL34074, The Palestinians: Background and U.S. Relations 10-11 (2015). Ex. 4 to Atlantic's Evid.

c.  Stephen J. DiGregoria, Note: If we don't bring them to Court, the Terrorists will have won: Reinvigorating the Anti-Terrorist Act and General Jurisdiction in a Post-Daimler Era, 82 Brooklyn L. Rev. 357, 363 (2016).

d.  Permanent Observers: Non-member States, United Nations, available at http://www.un.org/en/sections/member-states/non-member-states/index.html.

1615380.1 05608-054

**ATLANTIC SPECIALTY INSURANCE COMPANY'S REQUEST FOR JUDICIAL NOTICE**

8914549.1/SP/15247/0131/050117

ANDERSON, McPHARLIN & CONNERS LLP
LAWYERS
707 WILSHIRE BOULEVARD, SUITE 4000
LOS ANGELES, CALIFORNIA 90017-3623
TEL (213) 688-0080 • FAX (213) 622-7594

e.  *The Palestinian Authority: News about the Palestinian Authority, including commentary and archival articles published in the New York Times*, N.Y. Times, available at https://www.nytimes.com/topic/organization/the-palestinian-authority.

f.  Mirren Gidda, *No easy answers to charges of war crimes in Gaza*, Time Magazine, Aug. 05, 2014, available at http://time.com/3082458/gaza-war-crimes-israel-palestine/.

11. In 2005, Israel unilaterally withdrew its military forces and all of its civilians from Gaza, leaving control to the PA.

a.  Sources: Human Rights Council, *Human Rights Situation in Palestine and other Occupied Arab Territories*, 8, U.N. Doc. A/HRC/29/CRP.4 (June 24, 2015). Ex. 6 to Atlantic's Evid.

b.  Jim Zanotti, Cong. Research Serv., RL33476, Israel: Backgrounds and U.S. Relations 33 (2016).

c.  Richard D. Rosen, Goldstone Reconsidered, 21 J. Transnat'l L. & Pol'y, 35, 41 (2011).

d.  Mark S. Kaliser, Note, A Modern Day Exodus: International Human Rights Law and International Humanitarian Law Implications of Israel's withdrawal from the Gaza Strip, 17 Ind. Int'l & Comp. L. Rev. 187, 219 (2007).

e.  Carey James, Commentary, Mere Words: The 'Enemy Entity' Designation of the Gaza Strip, 32 Hastings Int'l & Comp. L. Rev. 643 (2009).

f.  George E. Bisharat, et. al, Israel's Invasion of Gaza in International Law, 38 Denv. J. Int'l L. & Pol'y 41, 48 (2009).

1615380.1 05608-054

**ATLANTIC SPECIALTY INSURANCE COMPANY'S REQUEST FOR JUDICIAL NOTICE**

8914549.1/SP/15247/0131/050117

ANDERSON, McPHARLIN & CONNERS LLP
LAWYERS
707 WILSHIRE BOULEVARD, SUITE 4000
LOS ANGELES, CALIFORNIA 90017-3623
TEL (213) 688-0080 • FAX (213) 622-7594

g.  Robert D. Sloane, Puzzles of Proportion and the "Reasonable Military Commander": Reflections on the Law, Ethics, and Geopolitics of Proportionality, 6 Harv. Nat'l Sec. J. 299 (2015).

h.  Solon Solomon, Occupied or Not: the Question of Gaza's Legal Status after the Israeli Disengagement, 19 Cardozo J. Int'; & Comp. L. 59, 60, 65 (2011).

12. In 2006, an entity known as Hamas, was elected to the Palestinian Legislative Council (the legislative branch of the PA) and became the governing authority over Gaza.

a.  Sources: Jim Zanotti, Cong. Research Serv., RL34074, The Palestinians: Background and U.S. Relations 29 (2015). Ex. 4 to Atlantic's Evid.

b.  U.S. Dep't of State, Bureau of Democracy, Human Rights and Labor, Country Report on Human Rights Practices for 2014, 52 (2015), available at https://www.state.gov/documents/organization/236814.pdf. Ex. 5 to Atlantic's Evid.

c.  Richard D. Rosen, Goldstone Reconsidered, 21 J. Transnat'l L. & Pol'y, 35, 41 (2011).

d.  Carey James, Commentary, Mere Words: The 'Enemy Entity' Designation of the Gaza Strip, 32 Hastings Int'l & Comp. L. Rev. 643, 647 (2009).

e.  George E. Bisharat, et. al, Israel's Invasion of Gaza in International Law, 38 Denv. J. Int'l L. & Pol'y 41, 57 (2009).

f.  Emily Christian, Note & Comment: Violations of International Criminal Law in the Israeli-Palestinian Conflict: Why the International

1615380.1 05608-054

8914549.1/SP/15247/0131/050117

1          Criminal Court should not Prosecute in the "Interest of Justice", 29

2          Temp. Int'l & Comp. L.J. 275, 286 (2015).

3     g.  The Jewish Virtual Library: A Project of AICE, The Palestinian

4          Authority: History & Overview, available at

5          http://www.jewishvirtuallibrary.org/palestinian-authority-history-and-

6          overview.

7     h.  *The Palestinian Authority: News about the Palestinian Authority, including*

8          *commentary and archival articles published in the New York Times*, N.Y.

9          Times, available at https://www.nytimes.com/topic/organization/the-

10         palestinian-authority.

11  13. Hamas' charter "commits the group to the destruction of Israel and the

12       establishment of an Islamic state in all of historic Palestine, comprised of

13       present-day Israel, the West Bank, and Gaza." The charter states: "Israel will

14       exist and will continue to exist until Islam will obliterate it, just as it

15       obliterated others before it."

16     a.  Sources: Jim Zanotti, Cong. Research Serv., RL34074, The

17          Palestinians: Background and U.S. Relations 33 (2015). Ex. 4 to

18          Atlantic's Evid.

19     b.  The Covenant of the Islamic Resistance Movement (Aug. 18, 1988),

20          available at: http://avalon.law.yale.edu/20th_century/hamas.asp.

21     c.  Richard D. Rosen, Goldstone Reconsidered, 21 J. Transnat'l L. &

22          Pol'y, 35, 43-44 (2011). Ex. 9 to Atlantic's Evid.

23     d.  Regina Goff, The Legality of Israel's Blockade of Gaza, 8 Regent J.

24          Int'l L. 83, 87 (2011).

25     e.  Toby Unger, The status of the arts in an emerging state of Palestine,

26          14 Ariz. J. Int'l & Comp. Law 193, 193-34 (1997).

27

28

ANDERSON, McPHARLIN & CONNERS LLP
LAWYERS
707 WILSHIRE BOULEVARD, SUITE 4000
LOS ANGELES, CALIFORNIA 90017-3623
TEL (213) 688-0080 • FAX (213) 622-7594

1615380.1 05608-054

**ATLANTIC SPECIALTY INSURANCE COMPANY'S REQUEST FOR JUDICIAL NOTICE**

8914549.1/SP/15247/0131/050117

ANDERSON, McPHARLIN & CONNERS LLP

LAWYERS
707 WILSHIRE BOULEVARD, SUITE 4000
LOS ANGELES, CALIFORNIA 90017-3623
TEL (213) 688-0080 • FAX (213) 622-7594

f. *United States v. El-Mezain*, 664 F.3d 467, 485-486 (5th Cir. 2011), *reversed and remanded by United Stated v. Holy Land Found. for Relief & Dev.*, 722 F.3d 677 (5th Cir. 2013).

14. In November 14, 2012, Israel declared Operation Pillar of Defense, in which the IDF struck more than 1,000 sites in the Gaza Strip and over a hundred Gazans died and over a hundred were wounded.

   a. Sources: Human Rights Council, *Human Rights Situation in Palestine and other Occupied Arab Territories*, 69, U.N. Doc. A/HRC/29/CRP.4 (June 24, 2015). Ex. 6 to Atlantic's Evid.

   b. Daphne Richemond-Barak & Ayal Feinberg, The Irony of the Iron Dome: Intelligent Defense Systems, Law, and Security, 7 Harv. Nat'l Sec. J. 469, 473 (2016).

   c. U.N. Office for the Coordination of Humanitarian Affairs, Fragmented Lives Humanitarian Overview 2014, 5-6 (2015), available at https://www.ochaopt.org/documents/annual_humanitarian_overview_2014_english_final.pdf.  Ex. 36 to Atlantic's Evid.

   d. U.S. Dep't of State, Bureau of Democracy, Human Rights and Labor, Country Report on Human Rights Practices for 2014, 4 (2015), available at https://www.state.gov/documents/organization/236814.pdf.  Ex. 5 to Atlantic's Evid.

   e. Jim Zanotti, Cong. Research Serv., RL34074, The Palestinians: Background and U.S. Relations 9 (2015). Ex. 4 to Atlantic's Evid.

   f. Amnesty International , Unlawful and Deadly: Rocket and Mortar Attacks by Palestinian Armed groups during the 2014 Gaza/Israel

1615380.1 05608-054

**ATLANTIC SPECIALTY INSURANCE COMPANY'S REQUEST FOR JUDICIAL NOTICE**

8914549.1/SP/15247/0131/050117

conflict 10 (March 2015), available at

https://www.amnesty.org/en/documents/mde21/1178/2015/en/.

15. In June 2014, Hamas reached an agreement with Fatah, the other powerful—and far more peaceful—political group in Gaza, to establish a "consensus" or "unity" PA government.

   a. Sources: Jim Zanotti, Cong. Research Serv., RL34074, The Palestinians: Background and U.S. Relations 1 (2015). Ex. 4 to Atlantic's Evid.

   b. Human Rights Council, *Human Rights Situation in Palestine and other Occupied Arab Territories*, 17-18, U.N. Doc. A/HRC/29/CRP.4 (June 24, 2015). Ex. 6 to Atlantic's Evid.

   c. Amnesty International , Unlawful and Deadly: Rocket and Mortar Attacks by Palestinian Armed groups during the 2014 Gaza/Israel conflict 7 (March 2015), available at https://www.amnesty.org/en/documents/mde21/1178/2015/en/.

16. On July 8, 2014, Israel launched Operation Protective Edge.

   a. Sources: U.S. Dep't of State, Bureau of Democracy, Human Rights and Labor, Country Report on Human Rights Practices for 2014, 1, 52-53 (2015), available at https://www.state.gov/documents/organization/236814.pdf.  Ex. 5 to Atlantic's Evid.

   b. Amnesty International , Unlawful and Deadly: Rocket and Mortar Attacks by Palestinian Armed groups during the 2014 Gaza/Israel conflict 11 (March 2015), available at https://www.amnesty.org/en/documents/mde21/1178/2015/en/.

ANDERSON, MCPHARLIN & CONNERS LLP
LAWYERS
707 WILSHIRE BOULEVARD, SUITE 4000
LOS ANGELES, CALIFORNIA 90017-3623
TEL (213) 688-0080 • FAX (213) 622-7594

1615380.1 05608-054

8914549.1/SP/15247/0131/050117

ANDERSON, McPHARLIN & CONNERS LLP
LAWYERS
707 WILSHIRE BOULEVARD, SUITE 4000
LOS ANGELES, CALIFORNIA 90017-3623
TEL (213) 688-0080 • FAX (213) 622-7594

  c.   Robert D. Sloane, Puzzles of Proportion and the "Reasonable Military Commander": Reflections on the Law, Ethics, and Geopolitics of Proportionality, 6 Harv. Nat'l Sec. J. 299 (2015).

  d.   B'Tselem, The Israeli Information Centre for Human Rights in the Occupied Territories, The Legal and Moral Implications of the Policy of Attacking Residential Buildings in the Gaza Strip, Summer 2014, at 5 (2015).

  e.   Benjamin Landy & Maria Lokke, *Scenes of war and heartbreak as Israel-Hamas conflict intensifies*, MSNBC, July 18, 2014, available at http://www.msnbc.com/msnbc/scenes-war-and-heartbreak-israel-hamas-conflict-intensifies.

  f.   Cassandra Vinograd, *Public Support for Israel shifting amid Gaza War, Britain warns*, NBC News, July 30, 2014, available at http://www.nbcnews.com/storyline/middle-east-unrest/public-support-israel-shifting-amid-gaza-war-britain-warns-n168366.

17. Israel continued Operation Protective Edge from July 8 to August 26, 2014, nearly 50 days.

  a.   Sources: U.S. Dep't of State, Bureau of Democracy, Human Rights and Labor, Country Report on Human Rights Practices for 2014 1, 52-53 (2015), available at https://www.state.gov/documents/organization/236814.pdf.  Ex. 5 to Atlantic's Evid.

  b.   Robert D. Sloane, Puzzles of Proportion and the "Reasonable Military Commander": Reflections on the Law, Ethics, and Geopolitics of Proportionality, 6 Harv. Nat'l Sec. J. 299 (2015).

  c.   B'Tselem, The Israeli Information Centre for Human Rights in the Occupied Territories, The Legal and Moral Implications of the Policy

1615380.1 05608-054

8914549.1/SP/15247/0131/050117

of Attacking Residential Buildings in the Gaza Strip, Summer 2014, at 5 (2015).

    d.  Human Rights Council, *Human Rights Situation in Palestine and other Occupied Arab Territories*, 20, U.N. Doc. A/HRC/29/CRP.4 (June 24, 2015). Ex. 6 to Atlantic's Evid.

    e.  Amnesty International , Unlawful and Deadly: Rocket and Mortar Attacks by Palestinian Armed groups during the 2014 Gaza/Israel conflict 3 (March 2015), available at https://www.amnesty.org/en/documents/mde21/1178/2015/en/.

18. On July 17, Israel's ground forces invaded Gaza.

    a.  Sources: Human Rights Council, *Human Rights Situation in Palestine and other Occupied Arab Territories*, 18-19, 69, U.N. Doc. A/HRC/29/CRP.4 (June 24, 2015). Ex. 6 to Atlantic's Evid.

    b.  Amnesty International , Unlawful and Deadly: Rocket and Mortar Attacks by Palestinian Armed groups during the 2014 Gaza/Israel conflict 11 (March 2015), available at https://www.amnesty.org/en/documents/mde21/1178/2015/en/.

    c.  U.N. Office for the Coordination of Humanitarian Affairs, Fragmented Lives Humanitarian Overview 2014, 8 (2015), available at https://www.ochaopt.org/documents/annual_humanitarian_overview_2014_english_final.pdf.  Ex. 36 to Atlantic's Evid.

19. On August 26, 2014, both sides agreed to an indefinite ceasefire, drawing the war to a close.

    a.  Sources: U.S. Dep't of State, Bureau of Democracy, Human Rights and Labor, Country Report on Human Rights Practices for 2014 1, 59 (2015), available at

ANDERSON, McPHARLIN & CONNERS LLP
LAWYERS
707 WILSHIRE BOULEVARD, SUITE 4000
LOS ANGELES, CALIFORNIA 90017-3623
TEL (213) 688-0080 • FAX (213) 622-7594

1615380.1 05608-054

8914549.1/SP/15247/0131/050117

ANDERSON, McPHARLIN & CONNERS LLP
LAWYERS
707 WILSHIRE BOULEVARD, SUITE 4000
LOS ANGELES, CALIFORNIA 90017-3623
TEL (213) 688-0080 • FAX (213) 622-7594

https://www.state.gov/documents/organization/236814.pdf.  Ex. 5 to Atlantic's Evid.

   b.  Human Rights Council, *Human Rights Situation in Palestine and other Occupied Arab Territories*, 18, U.N. Doc. A/HRC/29/CRP.4 (June 24, 2015). Ex. 6 to Atlantic's Evid.

   c.  Robert D. Sloane, Puzzles of Proportion and the "Reasonable Military Commander": Reflections on the Law, Ethics, and Geopolitics of Proportionality, 6 Harv. Nat'l Sec. J. 299 (2015).

   d.  Wajiha Rais, Comment: Defending Israelis or Suppressing Palestinian Self-Determination? An Analysis of Operation Protective Edge Using the Two-Factor Test, 11 FIU L. Rev. 255 (2015).

   e.  Emily Christian, Note & Comment: Violations of International Criminal Law in the Israeli-Palestinian Conflict: Why the International Criminal Court should not Prosecute in the "Interest of Justice", 29 Temp. Int'l & Comp. L.J. 275, 295 (2015).

   f.  B'Tselem, The Israeli Information Centre for Human Rights in the Occupied Territories, The Legal and Moral Implications of the Policy of Attacking Residential Buildings in the Gaza Strip, Summer 2014, at 5 (2015).

20. Palestinian fatalities totaled approximately 2,200, at least half of whom were civilians.

   a.  Sources: U.S. Dep't of State, Bureau of Democracy, Human Rights and Labor, Country Report on Human Rights Practices for 2014, 1 (2015), available at https://www.state.gov/documents/organization/236814.pdf.  Ex. 45 to Atlantic's Evid.

1615380.1 05608-054

8914549.1/SP/15247/0131/050117

ANDERSON, McPHARLIN & CONNERS LLP
LAWYERS
707 WILSHIRE BOULEVARD, SUITE 4000
LOS ANGELES, CALIFORNIA 90017-3623
TEL (213) 688-0080 • FAX (213) 622-7594

b.  Jim Zanotti, Cong. Research Serv., RL34074, The Palestinians: Background and U.S. Relations 9 (2015). Ex. 4 to Atlantic's Evid.

c.  Amnesty Int'l Rep. 2016/17, The State of the World's Human Rights 205 (2017), available at https://www.amnesty.org/en/countries/middle-east-and-north-africa/israel-and-occupied-palestinian-territories/report-israel-and-occupied-palestinian-territories/.

d.  Robert D. Sloane, Puzzles of Proportion and the "Reasonable Military Commander": Reflections on the Law, Ethics, and Geopolitics of Proportionality, 6 Harv. Nat'l Sec. J. 299 (2015).

e.  Wajiha Rais, Comment: Defending Israelis or Suppressing Palestinian Self-Determination? An Analysis of Operation Protective Edge Using the Two-Factor Test, 11 FIU L. Rev. 255 (2015).

f.  Emily Christian, Note & Comment: Violations of International Criminal Law in the Israeli-Palestinian Conflict: Why the International Criminal Court should not Prosecute in the "Interest of Justice", 29 Temp. Int'l & Comp. L.J. 275, 294-295 (2015).

g.  B'Tselem, The Israeli Information Centre for Human Rights in the Occupied Territories, The Legal and Moral Implications of the Policy of Attacking Residential Buildings in the Gaza Strip, Summer 2014, at 5 (2015).

h.  *Gaza cease-fire holds between Hamas and Israel after 50-day war*, NBC News, Aug. 27, 2017, available at http://www.nbcnews.com/storyline/middle-east-unrest/gaza-cease-fire-holds-between-hamas-israel-after-50-day-n189821.

i.  Lizzie Dearden, *Israel-Gaza conflict: 50-day war by numbers, The Independent*, Aug. 27, 2014, available at

**ATLANTIC SPECIALTY INSURANCE COMPANY'S REQUEST FOR JUDICIAL NOTICE**

1615380.1 05608-054

8914549.1/SP/15247/0131/050117

ANDERSON, McPHARLIN & CONNERS LLP
LAWYERS
707 WILSHIRE BOULEVARD, SUITE 4000
LOS ANGELES, CALIFORNIA 90017-3623
TEL (213) 688-0080 • FAX (213) 622-7594

1
2
    http://www.independent.co.uk/news/world/middle-east/israel-gaza-conflict-50-day-war-by-numbers-9693310.html.

3   21. Approximately 11,000 Palestinians were wounded.

4       a. U.N. Office for the Coordination of Humanitarian Affairs,

5           Fragmented Lives Humanitarian Overview 2014, 5-6 (2015), available

6           at

7
8           https://www.ochaopt.org/documents/annual_humanitarian_overview_2014_english_final.pdf.  Ex. 36 to Atlantic's Evid.

9       b. *Gaza cease-fire holds between Hamas and Israel after 50-day war*, NBC News,

10          Aug. 27, 2017, available at

11
12          http://www.nbcnews.com/storyline/middle-east-unrest/gaza-cease-fire-holds-between-hamas-israel-after-50-day-n189821.

13       c. Lizzie Dearden, *Israel-Gaza conflict: 50-day war by numbers, The Independent*,

14          Aug. 27, 2014, available at

15
16          http://www.independent.co.uk/news/world/middle-east/israel-gaza-conflict-50-day-war-by-numbers-9693310.html.

17       d. Batsheva Sobelman, *Israel and Hamas may have committed war crimes in*

18          *Gaza, U.N. report says*, Los Angeles Times, June 22, 2015, available at

19
20          http://www.latimes.com/world/middleeast/la-fg-un-report-gaza-war-20150622-story.html.

21  22. The Israeli Defense Force lost 67 soldiers, and 6 Israeli citizens and one

22     citizen of Thailand were killed.

23       a. Sources: U.S. Dep't of State, Bureau of Democracy, Human Rights

24          and Labor, Country Report on Human Rights Practices for 2014, 1

25          (2015), available at

26          https://www.state.gov/documents/organization/236814.pdf. Ex. 5 to

27          Atlantic's Evid.

28

1615380.1 05608-054

**ATLANTIC SPECIALTY INSURANCE COMPANY'S REQUEST FOR JUDICIAL NOTICE**

8914549.1/SP/15247/0131/050117

ANDERSON, McPHARLIN & CONNERS LLP

LAWYERS
707 WILSHIRE BOULEVARD, SUITE 4000
LOS ANGELES, CALIFORNIA 90017-3623
TEL (213) 688-0080 • FAX (213) 622-7594

b.  Jim Zanotti, Cong. Research Serv., RL34074, The Palestinians: Background and U.S. Relations 9 (2015) (listing slightly different numbers of Israeli deaths—71 as opposed to 74). Ex. 4 to Atlantic's Evid.

c.  *Gaza cease-fire holds between Hamas and Israel after 50-day war*, NBC News, Aug. 27, 2017, available at http://www.nbcnews.com/storyline/middle-east-unrest/gaza-cease-fire-holds-between-hamas-israel-after-50-day-n189821.

d.  Josef Federman, *Israel clears forces in several deadly 2014 Gaza war cases*, U.S. News, Aug. 24, 2016, available at https://www.usnews.com/news/world/articles/2016-08-24/israel-clears-forces-in-several-deadly-2014-gaza-war-cases.

e.  Lizzie Dearden, *Israel-Gaza conflict: 50-day war by numbers, The Independent*, Aug. 27, 2014, available at http://www.independent.co.uk/news/world/middle-east/israel-gaza-conflict-50-day-war-by-numbers-9693310.html.

23. The existence of the statements made by the military wing of Hamas, the Izz al Din al Qassam Brigades (Al Qassam) on their public website: http://qassam.ps/. In particular that al Qassam launched 35 missiles on Israeli military bases on July 7, 2014.

a.  Sources: Al-Qassam Brigades Information Office: Military Communique, Al Qassam Brigades retaliate with 35 missiles on Israeli military bases (July 07, 2014), available at http://www.qassam.ps/statement-1506-Al_Qassam_Brigades_retaliate_with_35_missiles_on_Israeli_military_bases.html.  Ex. 90 to Atlantic's Evid.

1615380.1 05608-054

**ATLANTIC SPECIALTY INSURANCE COMPANY'S REQUEST FOR JUDICIAL NOTICE**
8914549.1/SP/15247/0131/050117

ANDERSON, McPHARLIN & CONNERS LLP
LAWYERS
707 WILSHIRE BOULEVARD, SUITE 4000
LOS ANGELES, CALIFORNIA 90017-3623
TEL (213) 688-0080 • FAX (213) 622-7594

24. The existence of the statements made by al Qassam on their public website: http://qassam.ps/. In particular that al Qassam launched eight missiles on Israeli military bases on July 8, 2014.

    a. Sources: Al-Qassam Brigades Information Office: Military Communique, Al Qassam Brigades retaliate with 8 missiles on Israeli military bases (July 08, 2014), available at http://www.qassam.ps/statement-1507-Al_Qassam_Brigades_retaliate_with_8_missiles_on_Israeli_military_bases.html. Ex. 91 to Atlantic's Evid.

25. The existence of the statements made by al Qassam on their public website: http://qassam.ps/. In particular that al Qassam spokesperson Abu Obeida published a press release on August 20, 2014.

    a. Sources: Al-Qassam Brigades Information Office: Military Communique, Press Release of Abu Obeida, Al Qassam spokesperson (Aug. 20, 2014), available at http://www.qassam.ps/statement-1509-Press_Release_of_Abu_Obeida_Al_Qassam_spokesperson.html. Ex. 93 to Atlantic's Evid.

26. The Israeli Navy attacked Hamas militants via gun boats from the sea.

    a. Sources: U.S. Dep't of State, Bureau of Democracy, Human Rights and Labor, Country Report on Human Rights Practices for 2014, 59 (2015), available at https://www.state.gov/documents/organization/236814.pdf.  Ex. 5 to Atlantic's Evid.

    b. Uzi Rubin, *Israel's Air and Missile Defense during the 2014 Gaza War*, BESA, February 11, 2015, available at https://besacenter.org/mideast-security-and-policy-studies/israels-air-missile-defense-2014-gaza-war/.

1615380.1 05608-054

8914549.1/SP/15247/0131/050117

27. The Israeli air force conducted airstrike via fighter jets.

    a. Sources: U.S. Dep't of State, Bureau of Democracy, Human Rights and Labor, Country Report on Human Rights Practices for 2014, 59 (2015), available at https://www.state.gov/documents/organization/236814.pdf.  Ex. 5 to Atlantic's Evid.

    b. Human Rights Council, *Human Rights Situation in Palestine and other Occupied Arab Territories*, 42, U.N. Doc. A/HRC/29/CRP.4 (June 24, 2015).

    c. Uzi Rubin, *Israel's Air and Missile Defense during the 2014 Gaza War*, BESA, February 11, 2015, available at https://besacenter.org/mideast-security-and-policy-studies/israels-air-missile-defense-2014-gaza-war/.

28. The Israeli army used tanks during the ground offensive into Gaza.

    a. Sources: U.S. Dep't of State, Bureau of Democracy, Human Rights and Labor, Country Report on Human Rights Practices for 2014, 59 (2015), available at https://www.state.gov/documents/organization/236814.pdf.  Ex. 5 to Atlantic's Evid.

    b. Human Rights Council, *Human Rights Situation in Palestine and other Occupied Arab Territories*, 81, U.N. Doc. A/HRC/29/CRP.4 (June 24, 2015). Ex. 6 to Atlantic's Evid.

29. Israel used the Iron Dome missile defense system to intercept incoming missiles from Gaza.

    a. Sources: Human Rights Council, *Human Rights Situation in Palestine and other Occupied Arab Territories*, 151, U.N. Doc. A/HRC/29/CRP.4 (June 24, 2015). Ex. 6 to Atlantic's Evid.

ANDERSON, McPHARLIN & CONNERS LLP
LAWYERS
707 WILSHIRE BOULEVARD, SUITE 4000
LOS ANGELES, CALIFORNIA 90017-3623
TEL (213) 688-0080 • FAX (213) 622-7594

**ATLANTIC SPECIALTY INSURANCE COMPANY'S REQUEST FOR JUDICIAL NOTICE**

1615380.1 05608-054

8914549.1/SP/15247/0131/050117

ANDERSON, McPHARLIN & CONNERS LLP
LAWYERS
707 WILSHIRE BOULEVARD, SUITE 4000
LOS ANGELES, CALIFORNIA 90017-3623
TEL (213) 688-0080 • FAX (213) 622-7594

b. Yoav Zitun, *IDF: Iron Dome intercepted 90% of rockets*, Ynetnews, August, 15, 2014, available at http://www.ynetnews.com/articles/0,7340,L-4558517,00.html.

c. Jim Zanotti, Cong. Research Serv., RL34074, The Palestinians: Background and U.S. Relations 9 (2015). Ex. 4 to Atlantic's Evid.

d. Amnesty International , Unlawful and Deadly: Rocket and Mortar Attacks by Palestinian Armed groups during the 2014 Gaza/Israel conflict 5 (March 2015), available at https://www.amnesty.org/en/documents/mde21/1178/2015/en/.

30. Prior to the August 26, 2014 cease-fire, previous cease-fires were rejected or short-lived by both Israel and Hamas.

a. Sources: U.N. Office for the Coordination of Humanitarian Affairs, Fragmented Lives Humanitarian Overview 2014, 8, 12 (2015), available at https://www.ochaopt.org/documents/annual_humanitarian_overview_2014_english_final.pdf. Ex. 36 to Atlantic's Evid.

b. Amnesty International , Unlawful and Deadly: Rocket and Mortar Attacks by Palestinian Armed groups during the 2014 Gaza/Israel conflict 42 (March 2015), available at https://www.amnesty.org/en/documents/mde21/1178/2015/en/.

31. Hamas fired thousands of Rockets into Israel from Gaza.

a. Sources: U.S. Dep't of State, Bureau of Democracy, Human Rights and Labor, Country Report on Human Rights Practices for 2014, 1 (2015), available at https://www.state.gov/documents/organization/236814.pdf.  Ex. 5 to Atlantic's Evid.

**ATLANTIC SPECIALTY INSURANCE COMPANY'S REQUEST FOR JUDICIAL NOTICE**

ANDERSON, McPHARLIN & CONNERS LLP
LAWYERS
707 WILSHIRE BOULEVARD, SUITE 4000
LOS ANGELES, CALIFORNIA 90017-3623
TEL (213) 688-0080 • FAX (213) 622-7594

b.   Human Rights Council, *Human Rights Situation in Palestine and other Occupied Arab Territories*, 19-20, U.N. Doc. A/HRC/29/CRP.4 (June 24, 2015). Ex. 6 to Atlantic's Evid.

c.   B'Tselem, The Israeli Information Centre for Human Rights in the Occupied Territories, The Legal and Moral Implications of the Policy of Attacking Residential Buildings in the Gaza Strip, Summer 2014, at 5 (2015).

d.   Ashley Fantz, *Why are so many civilians dying in Hamas-Israel war?*, CNN, Aug. 06, 2014, available at http://www.cnn.com/2014/08/04/world/meast/gaza-israel-why-civilian-deaths/.

e.   Lizzie Dearden, *Israel-Gaza conflict: 50-day war by numbers, The Independent*, Aug. 27, 2014, available at http://www.independent.co.uk/news/world/middle-east/israel-gaza-conflict-50-day-war-by-numbers-9693310.html.

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

**ATLANTIC SPECIALTY INSURANCE COMPANY'S REQUEST FOR JUDICIAL NOTICE**

1615380.1 05608-054

8914549.1/SP/15247/0131/050117

f. Amnesty International , Unlawful and Deadly: Rocket and Mortar Attacks by Palestinian Armed groups during the 2014 Gaza/Israel conflict 3 (March 2015), available at https://www.amnesty.org/en/documents/mde21/1178/2015/en/.

DATED: May 1, 2017

MARC J. SHRAKE
ANDERSON, McPHARLIN & CONNERS LLP

-and-

MICHAEL KEELEY *(Pro Hac Vice)*
TONI SCOTT REED *(Pro Hac Vice)*
CARLA C. CRAPSTER *(Pro Hac Vice)*
STRASBURGER & PRICE, LLP

By:     */s/ Michael Keeley*
_____
        Michael Keeley
Attorneys for Defendant ATLANTIC SPECIALTY INSURANCE COMPANY

ANDERSON, McPHARLIN & CONNERS LLP
LAWYERS
707 WILSHIRE BOULEVARD, SUITE 4000
LOS ANGELES, CALIFORNIA 90017-3623
TEL (213) 688-0080 • FAX (213) 622-7594

**ATLANTIC SPECIALTY INSURANCE COMPANY'S REQUEST FOR JUDICIAL NOTICE**

1615380.1 05608-054

8914549.1/SP/15247/0131/050117