mjs@amclaw.com
ANDERSON, MCPHARLIN & CONNERS LLP
707 Wilshire Boulevard, Suite 4000
Los Angeles, California 90017-3623
Telephone: (213) 236-1691
Facsimile: (213) 622-7594

MICHAEL KEELEY *(Pro Hac Vice)*
 michael.keeley@strasburger.com
TONI SCOTT REED *(Pro Hac Vice)*
 toni.reed@strasburger.com
CARLA C. CRAPSTER *(Pro Hac Vice)*
 carla.crapster@strasburger.com
STRASBURGER & PRICE, LLP
901 Main Street, Suite 6000
Dallas, Texas 75202
Telephone: (214) 651-4300
Facsimile: (214) 651-4330

Attorneys for Defendant
Atlantic Specialty Insurance Company

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
## WESTERN DIVISION

| | |
|---|---|
| UNIVERSAL CABLE PRODUCTIONS LLC, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> ATLANTIC SPECIALTY INSURANCE COMPANY, <br><br> Defendant. | CASE NO. 2:16-cv-4435-PA-MRW <br><br> **DECLARATION OF PETER D. WILLIAMS** |

## DECLARATION OF PETER D. WILLIAMS

1. My name is Peter D. Williams. I am over the age of twenty-one years, of sound mind, legally competent to render this Declaration, and suffer no mental disabilities. The facts stated in this Declaration are within my personal knowledge and are true and correct.

---

DECLARATION OF PETER D. WILLIAMS

2. I am the former President and Chief Underwriting Officer of the Entertainment Division of Atlantic Specialty Insurance Company ("Atlantic"). I am the person who was in charge of deciding whether to issue a Motion Picture/Television Producers Portfolio insurance policy to NBCUniversal when it approached Atlantic in 2009 requesting it to issue such a policy. I also was in charge of approving the terms of the policy to be issued. NBCUniversal was represented at that time by Aon, one of the leading insurance brokers in the country. The person in charge of the negotiations on behalf of Aon was George Walden, the current Chief Executive Officer of Aon/Albert G. Ruben Services, Inc., a division of Aon, who was very sophisticated and experienced in negotiating entertainment insurance policies.

3. When Aon approached Atlantic in 2009, it provided us with a manuscripted policy form it had drafted that it told us Atlantic would need to be adhered to in order to issue a policy to NBCUniversal. Thereafter, there were various meetings, telephone conversations, and e-mails in which the language of Aon's form was discussed and negotiated. While Aon agreed to accept various changes to its form, the insurance policy that Atlantic eventually issued was largely the manuscripted form provided to it by Aon. The war exclusions of the Motion Picture/Television Portfolio General Conditions section of the policy originated with Aon.

4. As a result of the manuscripted form submitted to Atlantic by Aon, and the ensuing discussions, Atlantic did issue Policy No. MP00163-00 to NBCUniversal, with a Policy Period of January 1, 2010, to January 1, 2011. That policy was renewed each year thereafter until Atlantic issued its final policy to NBCUniversal, Policy No. MP00163-04, with a Policy Period of January 1, 2014, to June 30, 2015. The war exclusions found in this last policy, in the Motion Picture/Television Portfolio General Conditions section,

DECLARATION OF PETER D. WILLIAMS

at pages 6 and 7, are the same exclusions as in the original policy issued to NBC, and are those requested by Aon.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Peter D. Williams

ANDERSON, McPHARLIN & CONNERS LLP
LAWYERS
707 WILSHIRE BOULEVARD, SUITE 4000
LOS ANGELES, CALIFORNIA 90017-3623
TEL (213) 688-0080 · FAX (213) 622-7594