ANDERSON, MCPHARLIN & CONNERS LLP

LAWYERS

707 WILSHIRE BOULEVARD, SUITE 4000

LOS ANGELES, CALIFORNIA 90017-3623

68. A true and correct copy of ATL004662-004665, Gaza cease-fire reached after 50-day war that killed 2,200 and settled little, Dallas Morning News, Aug. 2014, which was found at https://www.dallasnews.com/news/news/2014/08/26/gaza-cease-fire-reached-after-50-day-war-that-killed-2200-and-settled-little is filed herewith as Exhibit 69.

69. A true and correct copy of ATL004666-004668, Zachary R. Dowdy, Israeli, Palestinian leaders air differences at United Nations, Newsday, Sept. 22, 2016, which was found at http://www.newsday.com/news/world/at-un-israeli-and-palestinian-leaders-air-differences-1.12354379 is filed herewith as Exhibit 70.

70. A true and correct copy of ATL004669-004673, Fares Akram, Mohammed Daraghmeh & Karin Laub, Israeli house strikes killed mostly civilians, The Houston Chronicle, Feb. 13, 2015, which was found at http://www.houstonchronicle.com/news/nation-world/world/article/Israeli-house-strikes-killed-mostly-civilians-6080436.php is filed herewith as Exhibit 71.

71. A true and correct copy of ATL004674-004677, Hazem Balousha & Harriet Sherwood, Gaza ceasefire: Israel and Palestinians agree to halt weeks of fighting, The Guardian, Aug. 27, 2014, which was found at https://www.theguardian.com/world/2014/aug/26/gaza-ceasefire-israel-palestinians-halt-fighting is filed herewith as Exhibit 72.

72. A true and correct copy of ATL004763-004769, Lizzie Dearden, Israel Conflict: 50-day war by numbers, The Times of India, Aug. 27, 2014, which was found at http://timesofindia.indiatimes.com/world/middle-east/Israel-Gaza-conflict-50-day-war-by-numbers/articleshow/41000781.cms is filed herewith as Exhibit 73.

73. A true and correct copy of ATL004678-004679, David Rothkopf, Why Israel lost the war in Gaza, The Sydney Morning Herald, Aug. 11, 2014, which was found at http://www.smh.com.au/comment/why-israel-lost-the-war-in-gaza-

12

ANDERSON, MCPHARLIN & CONNERS LLP

LAWYERS
707 WILSHIRE BOULEVARD, SUITE 4000
LOS ANGELES, CALIFORNIA 90017-3623

20140808-101ruh.html is filed herewith as Exhibit 74.

74. A true and correct copy of ATL004680-004699, In photos: Gaza healing from war after ceasefire, China Daily, Aug. 28, 2014, which was found at http://www.chinadaily.com.cn/world/2014-08/28/content_18500736.htm is filed herewith as Exhibit 75.

75. A true and correct copy of ATL004700-4714, James Rush, Inside bombed-out Gaza: One week on from end of 50-day war and the true scale of devastation is revealed, The Daily Mail, Sept. 02 2014, which was found at http://www.dailymail.co.uk/news/article-2740643/Inside-bombed-Gaza-One-week-end-50-day-war-true-scale-devastation-revealed.html is filed herewith as Exhibit 76.

76. A true and correct copy of ATL004715-4724, Ben Norton, 74% of Gaza homes destroyed by Israel in summer 2014 war have not been rebuilt, as violent repression escalates, Salon, Feb. 09, 2016, which was found at http://www.salon.com/2016/02/09/74_of_gaza_homes_destroyed_by_israel_in_summer_2014_war_have_not_been_rebuilt_as_violent_repression_escalates/ is filed herewith as Exhibit 77.

77. A true and correct copy of ATL005256-005259, Rocket fired from Gaza hits southern Israel, military says, CBS News, Dec. 19, 2014, which was found at http://www.cbsnews.com/news/rocket-fired-from-gaza-hits-southern-israel-military-says/ is filed herewith as Exhibit 78.

78. A true and correct copy of UCP002618, an e-mail from Chris Biggs to Stephen Smith (July 02, 2014 10:00 PST), which was produced by the plaintiffs in this case, is filed herewith as Exhibit 79.

79. A true and correct copy of UCP002496, an e-mail from Max Security Intelligence to Stephen Smith (July 26, 2014 09:54 PST), which was produced by

13

DECLARATION OF CARLA C. CRAPSTER IN SUPPORT OF
ATLANTIC'S MOTION FOR SUMMARY JUDGMENT

1    the plaintiffs in this case, is filed herewith as Exhibit 80.

2    80. A true and correct copy of U.S. Dep't. of State, Foreign Terrorist Organizations,

3    Which was found at https://www.state.gov/j/ct/rls/other/des/123085.htm, is

4    filed herewith as Exhibit 81.

5    81. A true and correct copy of ATL004584-004587, a speech by John Kerry,

6    Secretary of State, entitled Remarks at the Gaza Donors Conference (Oct. 12,

7    2014), which was found at  https://2009-

8    2017.state.gov/secretary/remarks/2014/10/232896.htm is filed herewith as

9    Exhibit 82.

10    82. A true and correct copy of ATL004567-004583, a speech by John Kerry,

11    Secretary of State, entitled Brookings Institution's 2015 Saban Forum Keynote

12    Address (Dec. 05, 2015), which was found at https://2009-

13    2017.state.gov/secretary/remarks/2015/12/250388.htm is filed herewith as

14    Exhibit 83.

15    83. A true and correct copy of ATL004550-004566, a speech by John Kerry,

16    Secretary of State, entitled Remarks on Middle East Peace (Dec. 28, 2016), which

17    was found at https://2009-

18    2017.state.gov/secretary/remarks/2016/12/266119.htm is filed herewith as

19    Exhibit 84.

20    84. A true and correct copy of the statement by Australian Minister for Foreign

21    Affairs, The Hon Julie Bishop MP (Media Release July 12, 2014), which was

22    found at

23    http://foreignminister.gov.au/releases/Pages/2014/jb_mr_140712.aspx?w=tb1

24    CaGpkPX%2FlS0K%2Bg9ZKEg%3D%3D is filed herewith as Exhibit 85.

25    85. A true and correct copy of "Jeffrey Goldberg, Hillary Clinton: 'Failure' to Help

26    Syrian Rebels Led to the Rise of ISIS, THE ATLANTIC (Aug. 10, 2014),"

27

28

ANDERSON, McPHARLIN & CONNERS LLP
LAWYERS
707 WILSHIRE BOULEVARD, SUITE 4000
LOS ANGELES, CALIFORNIA 90017-3623

**DECLARATION OF CARLA C. CRAPSTER IN SUPPORT OF
ATLANTIC'S MOTION FOR SUMMARY JUDGMENT**

1   which was found at

2   https://www.theatlantic.com/international/archive/2014/08/hillary-clinton-

3   failure-to-help-syrian-rebels-led-to-the-rise-of-isis/375832/?single_page=true is

4   filed herewith as Exhibit 86.

5   86. A true and correct copy of "Alex Park, Gaza Conflict Divides Congressional

6   Progressives, Mother Jones (July 31, 2014)," which was found at

7   http://www.motherjones.com/mojo/2014/07/gaza-conflict-divides-

8   congressional-progressives is filed herewith as Exhibit 87.

9   87. A true and correct copy of "Presidency: Palestinians have right to defend

10   themselves, Ma'an News Agency (July 8, 2014)," which was found at

11   http://www.maannews.com/Content.aspx?id=711019 is filed herewith as

12   Exhibit 88.

13   88. A true and correct copy of "United Nations, Meetings Coverage, Urging Israeli-

14   Palestinian Parties to Renew Ceasefire Efforts, Secretary-General Tells Security

15   Council Conflict's Root Causes Must Be Addressed (July 22, 2014)," which was

16   found at https://www.un.org/press/en/2014/sc11485.doc.htm is filed herewith

17   as Exhibit 89.

18   89. A true and correct copy of "Al-Qassam Brigades Information Office: Military

19   Communique, Al Qassam Brigades retaliate with 35 missiles on Israeli military

20   bases (July 07, 2014)," which was found at http://www.qassam.ps/statement-

21   1506-

22   Al_Qassam_Brigades_retaliate_with_35_missiles_on_Israeli_military_bases.html

23   is filed herewith as Exhibit 90.

24   90. A true and correct copy of "Al-Qassam Brigades Information Office: Military

25   Communique, Al Qassam Brigades retaliate with 8 missiles on Israeli military

26   bases (July 08, 2014)," which was found at http://www.qassam.ps/statement-

27

28

ANDERSON, McPHARLIN & CONNERS LLP
LAWYERS
707 WILSHIRE BOULEVARD, SUITE 4000
LOS ANGELES, CALIFORNIA 90017-3623

15

**DECLARATION OF CARLA C. CRAPSTER IN SUPPORT OF
ATLANTIC'S MOTION FOR SUMMARY JUDGMENT**

ANDERSON, McPHARLIN & CONNERS LLP

LAWYERS
707 WILSHIRE BOULEVARD, SUITE 4000
LOS ANGELES, CALIFORNIA 90017-3623

1507-

Al Qassam Brigades retaliate with 8 missiles on Israeli military bases.html. is filed herewith as Exhibit 91.

91. A true and correct copy of UCP002579-002581, an e-mail from Max Security Intelligence to Shachar Kenion (June 30, 2014 20:17 PST), which was produced by the plaintiffs in this case, is filed herewith as Exhibit 92.

92. A true and correct copy of "Al-Qassam Brigades Information Office: Military Communique, Press Release of Abu Obeida, Al Qassam spokesperson (Aug. 20, 2014)," which was found at http://www.qassam.ps/statement-1509-Press_Release_of_Abu_Obeida_Al_Qassam_spokesperson.html is filed herewith as Exhibit 93.

93. A true and correct copy of "Al Qassam Brigades Information Office, About Us," which was found at http://www.qassam.ps/aboutus.html is filed herewith as Exhibit 94.

94. A true and correct copy of UCP002473, a Max Security Intelligence E-mail to Stephen Smith (July 1, 2014 4:09 a.m.) ,which was produced by the plaintiffs in this case, is filed herewith as Exhibit 95.

95. A true and correct copy of UCP002727, a Shachar Kenion Email to Stephen Smith forwarding Max Security Intelligence report (July 3, 2014 12:53 p.m.), which was produced by the plaintiffs in this case, is filed herewith as Exhibit 96.

96. A true and correct copy of UCP002816, a Max Security Intelligence E-mail to Stephen Smith (July 7, 2014 12:13 p.m.), which was produced by the plaintiffs in this case, is filed herewith as Exhibit 97.

97. A true and correct copy of UCP001845, a Max Security Intelligence E-mail to Stephen Smith (July 8, 2014 1:46 a.m.) which was produced by the plaintiffs in this case, is filed herewith as Exhibit 98.

16

ANDERSON, McPHARLIN & CONNERS LLP
LAWYERS
707 WILSHIRE BOULEVARD, SUITE 4000
LOS ANGELES, CALIFORNIA 90017-3623

98. A true and correct copy of UCP002828, a Max Security Intelligence E-mail to Stephen Smith (July 8, 2014 11:17 p.m.), which was produced by the plaintiffs in this case, is filed herewith as Exhibit 99.

99. A true and correct copy of UCP002372, a Max Security Intelligence E-mail to Stephen Smith (July 9, 2014 12:57 p.m.), which was produced by the plaintiffs in this case, is filed herewith as Exhibit 100.

100.   A true and correct copy of UCP002094, a Max Security Intelligence E-mail to Stephen Smith (July 15, 2014 1:18 a.m.), which was produced by the plaintiffs in this case, is filed herewith as Exhibit 101.

101.   A true and correct copy of UCP002459, a Max Security Intelligence E-mail to Stephen Smith (July 16, 2014 7:38 a.m.), which was produced by the plaintiffs in this case, is filed herewith as Exhibit 102.

102.   A true and correct copy of *Face the Nation* (CBS News television broadcast July 13, 2014), which was found at http://www.cbsnews.com/videos/new-clashes-between-israel-palestinians-is-ground-war-next/ is filed herewith as Exhibit 103 and provided to the Court via flash drive.

103.   A true and correct copy of *Melissa Harris-Perry* (MSNBC television broadcast July 20, 2014), which was found at http://www.msnbc.com/melissa-harris-perry/watch/what-it-means-to-live-in-a-war-zone-309370947801 is filed herewith as Exhibit 104 and provided to the Court via flash drive.

104.   A true and correct copy of *All in with Chris Hayes* (MSNBC television broadcast July 17, 2014), which was found at http://www.msnbc.com/all-in-with-chris-hayes/watch/ground-war-in-gaza-307290179722 is filed herewith as Exhibit 105 and provided to the Court via flash drive.

105.   A true and correct copy of *Today* (NBC News television broadcast July 30, 2014), which was found at http://www.nbcnews.com/storyline/middle-east-

17

unrest/how-technology-intensifying-gaza-war-between-israel-hamas-n158536 is filed herewith as Exhibit 106 and provided to the Court via flash drive.

106.     A true and correct copy of *The Last Word with Lawrence O'Donnell* (MSNBC television broadcast July 18, 2014), which was found at http://www.msnbc.com/the-last-word/watch/mh17-mystery-and-war-in-gaza-308247107963 is filed herewith as Exhibit 107 and provided to the Court via flash drive.

107.     A true and correct copy of UCP002219, a Max Security Intelligence E-mail to Stephen Smith (July 3, 2014 1:49 a.m.), which was produced by the plaintiffs in this case, is filed herewith as Exhibit 108.

108.     A true and correct copy of UCP002599, Max Security Intelligence E-mail to Stephen Smith (July 10, 2014 1:20 p.m.), which was produced by the plaintiffs in this case, is filed herewith as Exhibit 109.

109.     A true and correct copy of UCP001831, a Max Security Intelligence E-mail to Stephen Smith (July 12, 2014 12:41 p.m.), which was produced by the plaintiffs in this case, is filed herewith as Exhibit 110.

110.     A true and correct copy of UCP000736, an e-mail from Stephen Smith to Mark Binke (July 17, 2014 06:47 PST), which was produced by the plaintiffs in this case, is filed herewith as Exhibit 111.

111.     A true and correct copy of an e-mail from Susan Weiss to Wendy Diaz dated March 23, 2015 16:39 PST, which was produced to Atlantic in response to a subpoena served upon Allianz Global Corporate & Specialty, is filed herewith as Exhibit 112.

112.     A true and correct copy of UCP000442, an e-mail from Andrea Garber to Randi Richmond (July 14, 2014 10:03 PST), which was produced by the plaintiffs in this case, is filed herewith as Exhibit 113.

ANDERSON, McPHARLIN & CONNERS LLP
LAWYERS
707 WILSHIRE BOULEVARD, SUITE 4000
LOS ANGELES, CALIFORNIA 90017-3623

18

ANDERSON, McPHARLIN & CONNERS LLP
LAWYERS
707 WILSHIRE BOULEVARD, SUITE 4000
LOS ANGELES, CALIFORNIA 90017-3623

113.     A true and correct copy of UCP00663, an Israel Dig Update, Security in Confidence: NBCUniversal Int'l. Security Briefing (NBCUniversal, New York, N.Y.) July 09, 2014, which was produced by the plaintiffs in this case, is filed herewith as Exhibit 114.

114.     A true and correct copy of UCP001419, an e-mail from Stephen Smith to Mark Binke (July 21, 2014 04:17 PST), which was produced by the plaintiffs in this case, is filed herewith as Exhibit 115.

115.     A true and correct copy of UCP001595, an e-mail from Stephen Smith, Head of Security, Europe, NBCUniversal to Paige Potter, Administrative Assistant, NBCUniversal (June 16, 2014 11:46 PST), which was produced by the plaintiffs in this case, is filed herewith as Exhibit 116.

116.     A true and correct copy of UCP003562, an e-mail from Stephen Smith to Randi Richmond (May 01, 2014, 03:15 a.m. PST), which was produced by the plaintiffs in this case, is filed herewith as Exhibit 117.

117.     A true and correct copy of UCP001873, an e-mail from Randi Richmond to Stephen Smith (June 14, 2015 05:16 PST), which was produced by the plaintiffs in this case, is filed herewith as Exhibit 118.

118.     A true and correct copy of Excerpts of the Stephen Smith Deposition Transcript (taken on April 18-19, 2017) is filed herewith as Exhibit 119.

119.     A true and correct copy of UCP001085-86, an e-mail from Randi Richmond to Brian Brady (Feb. 03, 2014 14:30 PST), which was produced by the plaintiffs in this case, is filed herewith as Exhibit 120.

120.     A true and correct copy of UCP001286, an e-mail from Stephen Smith to Mark Binke (July 16, 2014 24:16 PST), which was produced by the plaintiffs in this case, is filed herewith as Exhibit 121.

121.     A true and correct copy of UCP002797-2800, an Israel Dig Update,

19

Security in Confidence: NBCUniversal Int'l. Security Briefing (NBCUniversal, New York, N.Y.) July 01, 2014, which was produced by the plaintiffs in this case, is filed herewith as Exhibit 122.

122.     A true and correct copy of UCP001874-1876, an e-mail from Jay Footlik to Randi Richmond (June 13, 2014 15:16 PST), which was produced by the plaintiffs in this case, is filed herewith as Exhibit 123.

123.     A true and correct copy of UCP002343, an e-mail from Stephen Smith to Randi Richmond (June 15, 2014 07:38 PST), which was produced by the plaintiffs in this case, is filed herewith as Exhibit 124.

124.     A true and correct copy of UCP000349, an e-mail from Stephen Smith to Randi Richmond (June 15, 2014 09:36 PST), Exhibit 125.

125.     A true and correct copy of UCP003591-92, an e-mail from Penelope Kennedy to Randi Richmond (July 03, 2014 23:22 PST), which was produced by the plaintiffs in this case, is filed herewith as Exhibit 126.

126.     A true and correct copy of UCP000485, an e-mail from Erin Noordeloos to Mark Binke (July 08, 2014 09:23 PST), which was produced by the plaintiffs in this case, is filed herewith as Exhibit 127.

127.     A true and correct copy of UCP002468-2470, an e-mail from Chris Biggs to Erin Noordeloos and to Stephen Smith (July 10, 2014 02:40 PST), which was produced by the plaintiffs in this case, is filed herewith as Exhibit 128.

128.     A true and correct copy of UCP000940, an e-mail from Stephen Smith to Mark Binke (July 10, 2014 8:09), which was produced by the plaintiffs in this case, is filed herewith as Exhibit 129.

129.     A true and correct copy of UCP002710, an e-mail from Stephen Smith to Randi Richmond (July 08, 2014 12:41 PST), which was produced by the plaintiffs in this case, is filed herewith as Exhibit 130.

ANDERSON, MCPHARLIN & CONNERS LLP
LAWYERS
707 WILSHIRE BOULEVARD, SUITE 4000
LOS ANGELES, CALIFORNIA 90017-3623

**DECLARATION OF CARLA C. CRAPSTER IN SUPPORT OF
ATLANTIC'S MOTION FOR SUMMARY JUDGMENT**

130.    A true and correct copy of UCP002790, an e-mail from Chris Biggs to Stephen Smith, with attachment (July 1, 2014 02:12 PST), which was produced by the plaintiffs in this case, is filed herewith as Exhibit 131.

131.    A true and correct copy of UCP001855, an e-mail from Stephen Smith to Randi Richmond (July 8, 2014 12:41 PST), which was produced by the plaintiffs in this case, is filed herewith as Exhibit 132.

132.    A true and correct copy of UCP000888-000896, an e-mail from Stephen Smith to Randi Richmond (July 09, 2014 06:16 PST), which was produced by the plaintiffs in this case, is filed herewith as Exhibit 133.

133.    A true and correct copy of UCP003467,  e-mail from Stephen Smith to Mark Binke  (July 17, 2014 13:01 PST), which was produced by the plaintiffs in this case, is filed herewith as Exhibit 134.

134.    A true and correct copy of UCP000503, an e-mail from Tom McCarthy to Mark Binke (July 17, 2014 15:03 PST), which was produced by the plaintiffs in this case, is filed herewith as Exhibit 135.

135.    A true and correct copy of UCP001462, an e-mail from Stephen Smith to Mark Binke (July 18, 2014 06:43 PST), which was produced by the plaintiffs in this case, is filed herewith as Exhibit 136.

136.    A true and correct copy of UCP001013, an e-mail from Randi Richmond to Stephen Smith (July 02, 2014 05:49 PST), which was produced by the plaintiffs in this case, is filed herewith as Exhibit 137.

137.    A true and correct copy of UCP000993, an e-mail from Stephen Smith to Mark Binke  (July 10, 2014 07:52 PST), which was produced by the plaintiffs in this case, is filed herewith as Exhibit 138.

138.    A true and correct copy of UCP000346, an e-mail from Curt Williams to Deborah Kizner  (June 16, 2014 08:05 PST), which was produced by the

**DECLARATION OF CARLA C. CRAPSTER IN SUPPORT OF ATLANTIC'S MOTION FOR SUMMARY JUDGMENT**

ANDERSON, MCPHARLIN & CONNERS LLP
LAWYERS
707 WILSHIRE BOULEVARD, SUITE 4000
LOS ANGELES, CALIFORNIA 90017-3623

ANDERSON, MCPHARLIN & CONNERS LLP
LAWYERS
707 WILSHIRE BOULEVARD, SUITE 4000
LOS ANGELES, CALIFORNIA 90017-3623

1  plaintiffs in this case, is filed herewith as Exhibit 139.

2  139.    A true and correct copy of UCP000870, an e-mail from Malika Adams to

3  Kurt Ford (July 03, 2014 10:58 PST), which was produced by the plaintiffs in

4  this case, is filed herewith as Exhibit 140.

5  140.    A true and correct copy of UCP000422, an e-mail from Malika Adams to

6  Randi Richmond (July 07, 2014 20:11 PST), which was produced by the

7  plaintiffs in this case, is filed herewith as Exhibit 141.

8  141.    A true and correct copy of UCP001037, an e-mail from Stephen Smith to

9  Mark Binke (July 02, 2014 02:21 PST), which was produced by the plaintiffs in

10  this case, is filed herewith as Exhibit 142.

11  142.    A true and correct copy of UCP020043-47, an e-mail chain regarding

12  Jerusalem Film Fest postponing opening night in wake of Israeli-Palestinian

13  Hostilities, which was produced by the plaintiffs in this case, is filed herewith as

14  Exhibit 143.

15  143.    A true and correct copy of UCP001877, an e-mail from Stephen Smith to

16  Stephen Smith, with attachment (May 22, 2014 09:09 PST), which was produced

17  by the plaintiffs in this case, is filed herewith as Exhibit 144.

18  144.    A true and correct copy of UCP001129, an e-mail from Stephen Smith to

19  Randi Richmond (June 17, 2014 22:14 PST), which was produced by the

20  plaintiffs in this case, is filed herewith as Exhibit 145.

21  145.    A true and correct copy of UCP001065, an e-mail from Stephen Smith to

22  Mark Binke (July 1, 2014 06:05 PST), which was produced by the plaintiffs in

23  this case, is filed herewith as Exhibit 146.

24  146.    A true and correct copy of Excerpts of the Andrea Garber Deposition

25  Transcript (taken on April 14, 2017) is filed herewith as Exhibit 147.

26  147.    A true and correct copy of Excerpts of the Susan Weiss Deposition

27

28

22

**DECLARATION OF CARLA C. CRAPSTER IN SUPPORT OF
ATLANTIC'S MOTION FOR SUMMARY JUDGMENT**

ANDERSON, McPHARLIN & CONNERS LLP

LAWYERS

707 WILSHIRE BOULEVARD, SUITE 4000
LOS ANGELES, CALIFORNIA 90017–3623

1   Transcript (taken on April 18, 2017) is filed herewith as Exhibit 148.

2   148.   A true and correct copy of UCP000367, an e-mail from Susan Weiss to

3   Andrea Garber (July 17, 2014 18:40 PST), which was produced by the plaintiffs

4   in this case is filed herewith as Exhibit 149.

5   149.   A true and correct copy of UCP002227-2237, an e-mail (and attachments

6   thereto) from Stephen Smith to Randi Richmond (April 16, 2014 05:56 PST),

7   which was produced by the plaintiffs in this case is filed herewith as Exhibit 150.

8   150.   A true and correct copy of UCP003687, an e-mail from Stephen Smith, to

9   Randi Richmond (May 13, 2014 09:33 PST), which was produced by the

10  plaintiffs in this case is filed herewith as Exhibit 151.

11  151.   A true and correct copy of the transcript of George W. Bush's Address to

12  the Joint Session of the 107th Congress (Sept. 20, 2001), which was found at

13  https://georgewbush-

14  whitehouse.archives.gov/infocus/bushrecord/documents/Selected_Speeches_

15  George_W_Bush.pdf  is filed herewith as Exhibit 152.

16  152.   A true and correct copy of "Carla E. Humud, Cong. Research Serv.,

17  R43756, Al Qaeda and U.S. Policy: Middle East and Africa (2016)," which was

18  found at https://fas.org/sgp/crs/mideast/R43756.pdf  is filed herewith as

19  Exhibit 153.

20  153.   A true and correct copy of Excerpts of the Peter Williams Deposition

21  Transcript (Taken on February 1, 2017), is filed herewith as Exhibit 154.

22  154.   I declare under penalty of perjury under the laws of the United States of

23  America that the foregoing is true and correct.

24  Executed May 1, 2017, at Dallas, Texas.

25

26                                                 _____

27                                                 Carla C. Crapster

                                23

28  **DECLARATION OF CARLA C. CRAPSTER IN SUPPORT OF
    ATLANTIC'S MOTION FOR SUMMARY JUDGMENT**