MARC J. SHRAKE (SBN 219331)
 mjs@amclaw.com
707 Wilshire Boulevard, Suite 4000
Los Angeles, California 90017-3623
Telephone: (213) 236-1691
Facsimile: (213) 622-7594

MICHAEL KEELEY *(Pro Hac Vice)*
 michael.keeley@strasburger.com
TONI SCOTT REED *(Pro Hac Vice)*
 toni.reed@strasburger.com
CARLA C. CRAPSTER *(Pro Hac Vice)*
 carla.crapster@strasburger.com
STRASBURGER & PRICE, LLP
901 Main Street, Suite 6000
Dallas, Texas 75202
Telephone: (214) 651-4300
Facsimile: (214) 651-4330

Attorneys for Defendant
Atlantic Specialty Insurance Company

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| UNIVERSAL CABLE PRODUCTIONS LLC, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>ATLANTIC SPECIALTY INSURANCE COMPANY,<br><br>Defendant. | CASE NO. 2:16-cv-4435-PA-MRW<br><br>**DECLARATION OF AARON T. STONE IN SUPPORT OF OPPOSITION TO PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT** |

## DECLARATION OF AARON T. STONE

1. My name is Aaron T. Stone. I am over the age of twenty-one years, of sound mind, legally competent to render this Declaration, and suffer no

---

**DECLARATION OF AARON T. STONE**

mental disabilities. The facts stated in this Declaration are within my personal knowledge and are true and correct.

2. I am the Vice President of Claims for Atlantic Specialty Insurance Company ("Atlantic"). In my capacity as Vice President for Atlantic, I am aware of the amount of claims that Atlantic pays its insureds for claims.

3. The plaintiffs' indirect parent company, NBCUniversal Media, LLC ("NBCU"), first purchased an insurance policy from Atlantic in 2010. Since then, Atlantic continued to issue policies to NBCU until 2014, when it issued the policy that is now in dispute.

4. Throughout the course of the relationship, Atlantic paid to NBCU $2,012,180 for losses incurred in connection with the hurricane that hit the American East Coast in 2012 known as Hurricane Sandy or Superstorm Sandy. These claims were paid under the "Extra Expense" coverage provided by the policy Atlantic issued to the insured (the same coverage at issue in this lawsuit), and it is my belief that they fell under the "imminent peril" insuring agreement.

5. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

_____
Aaron T. Stone