MARC J. SHRAKE (SBN 219331)
  mjs@amclaw.com
ANDERSON, MCPHARLIN & CONNERS LLP
707 Wilshire Boulevard, Suite 4000
Los Angeles, California 90017-3623
Telephone: (213) 236-1691
Facsimile: (213) 622-7594

MICHAEL KEELEY *(Pro Hac Vice)*
  michael.keeley@strasburger.com
TONI SCOTT REED *(Pro Hac Vice)*
  toni.reed@strasburger.com
CARLA C. CRAPSTER *(Pro Hac Vice)*
  carla.crapster@strasburger.com
STRASBURGER & PRICE, LLP
901 Main Street, Suite 6000
Dallas, Texas 75202
Telephone: (214) 651-4300
Facsimile: (214) 651-4330

Attorneys for Defendant
Atlantic Specialty Insurance Company

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION**

| | |
|---|---|
| UNIVERSAL CABLE PRODUCTIONS LLC, a Delaware limited liability company, and NORTHERN ENTERTAINMENT PRODUCTIONS LLC, a Delaware limited liability company,<br><br>Plaintiffs,<br><br>vs.<br><br>ATLANTIC SPECIALTY INSURANCE COMPANY, a New York insurance company,<br><br>Defendant. | Case No. 2:16-cv-04435-PA-MRW<br><br>**DEFENDANT ATLANTIC SPECIALTY INSURANCE COMPANY'S VOLUME OF EVIDENCE IN SUPPORT OF OPPOSITION TO PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT**<br><br>*[Filed Concurrently with Opposition to Plaintiffs' Motion for Partial Summary Judgment; Declarations of Peter D. Williams; Declarations of Frank G. Lowenstein; Declaration of Aaron T. Stone; Declaration of Carla C. Crapster; and [Proposed] Order; Statement of Genuine Disputes; Request for Judicial Notice; Objections to Plaintiffs' Evidence and [Proposed] Order; Motion to Strike Plaintiffs' Evidence and [Proposed] Order]* |

ANDERSON, MCPHARLIN & CONNERS LLP
LAWYERS
707 WILSHIRE BOULEVARD, SUITE 4000
LOS ANGELES, CALIFORNIA 90017-3623
TEL (213) 688-0080 • FAX (213) 622-7594

1615452.1 05608494

1
2
3
4
5
6

Date:  May 22, 2017
Time:  1:30 p.m.
Place:  Courtroom 9A
Judge:  Honorable Percy Anderson
Discovery Cutoff:  June 2, 2017
Pretrial Conference:  June 16, 2017
Trial:  July 25, 2017

ANDERSON, McPHARLIN & CONNERS LLP
LAWYERS
707 WILSHIRE BOULEVARD, SUITE 4000
LOS ANGELES, CALIFORNIA 90017-3623
TEL (213) 688-0080 • FAX (213) 622-7594

| Exhibit No. | Description | Page Nos. |
|---|---|---|
| 1. | Declaration of Frank G. Lowenstein (April 19, 2017). | 1-10 |
| 2. | Declaration of Peter D. Williams. | 11-14 |
| 3. | Declaration of Carla C. Crapster In Support of Atlantic Specialty Insurance Company's Motion for Summary Judgment. | 15-38 |
| 4. | Jim Zanotti, Cong. Research Serv., RL34074, The Palestinians: Background and U.S. Relations (2015). | 39-88 |
| 5. | U.S. Dep't of State, Bureau of Democracy, Human Rights and Labor, Country Report on Human Rights Practices for 2014  (2015), *available at* https://www.state.gov/documents/organization/236814.pdf. | 89-208 |
| 6. | Human Rights Council, *Human Rights Situation in Palestine and other Occupied Arab Territories*, U.N. Doc. A/HRC/29/CRP.4 (June 24, 2015). | 209-393 |
| 7. | United Nations Resolution adopted by the General Assembly on 29 November 2012, A/RES/67/19. | 394-398 |
| 8. | Jim Zanotti, Cong. Research Serv., RL41514, Hamas: Background and Issue for Congress 1-3 (2010). | 399-466 |

| Exhibit No. | Description | Page Nos. |
|---|---|---|
| 9. | The Covenant of the Islamic Resistance Movement (Aug. 18, 1988), available at: http://avalon.law.yale.edu/20th_century/hamas.asp. | 467-476 |
| 10. | UCP002282-2285 E-mail from Max Security Intelligence to Stephen Smith (July 16, 2014 12:40 PST). | 477-481 |
| 11. | UCP002524 E-mail from Max Security Intelligence to Stephen Smith  (June 15, 2014). | 482-488 |
| 12. | UCP002337 E-mail from Max Security Intelligence to Stephen Smith, Head of Security, Europe, NBCUniversal (June 16, 2014 11:20 PST). | 489-493 |
| 13. | UCP002205 E-mail from Max Security Intelligence to Stephen Smith, Head of Security, Europe, NBCUniversal (June 24, 2017 24:17 PST). | 494-497 |
| 14. | First Amended Complaint. | 498-580 |
| 15. | Universal Cable Productions, http://www.nbcuniversal.com/business/universal-cable-productions ("Universal Cable Productions is a part of NBCUniversal Cable Entertainment, a division of NBCUniversal."). | 581-582 |
| 16. | UCP003882 E-mail from Jay Radzinski to Stephen Smith (May 14, 2014 06:36 PST). | 583-598 |
| 17. | UCP002422 E-mail from Max Security Intelligence to Stephen Smith (July 07, 2014 01:57 PST). | 599-604 |
| 18. | UCP002149-54 E-mail from Max Security Intelligence to Stephen Smith (July 05, 2014 03:16 PST). | 605-611 |

ANDERSON, McPHARLIN & CONNERS LLP
LAWYERS
707 WILSHIRE BOULEVARD, SUITE 4000
LOS ANGELES, CALIFORNIA 90017-3623
TEL (213) 688-0080 • FAX (213) 622-7594

**VOLUME OF EVIDENCE IN SUPPORT OF OPPOSITION TO PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT**

| Exhibit No. | Description | Page Nos. |
|---|---|---|
| 19. | UCP002181-2188 *Israel Dig Update*, Security in Confidence: NBCUniversal Int'l. Security Briefing (NBCUniversal, New York, N.Y.) July 01, 2014. | 612-620 |
| 20. | UCP002683-2684 E-mail from Country Risk Forecast and Travel Security Online to Stephen Smith (July 09, 2014, 05:16 PST). | 621-623 |
| 21. | UCP003798-3804 E-mail from Max Security Intelligence to Stephen Smith (July 10, 2014 07:32 PST). | 624-631 |
| 22. | UCP002288-2292 E-mail from Max Security Intelligence to Stephen Smith (July 11, 2014 02:06 PST). | 632-637 |
| 23. | UCP002514-2517 E-mail from Max Security Intelligence to Stephen Smith (July 12, 2014 03:33 PST). | 638-642 |
| 24. | UCP002712-2716 E-mail from Max Security Intelligence to Stephen Smith (July 14, 2014 12:30 PST). | 643-648 |
| 25. | UCP002809-2812 E-mail from Max Security Intelligence to Stephen Smith (July 15, 2014 12:39 PST). | 649-653 |
| 26. | UCP002332-2336 E-mail from Max Security Intelligence to Stephen Smith (July 16, 2014 12:53 PST). | 654-659 |
| 27. | UCP002507 E-mail from Chris Biggs to Stephen Smith (July 11, 2014 03:58 PST). | 660-663 |
| 28. | UCP002704 E-mail from Chris Biggs to Stephen Smith, with attachment (July 1, 2014 02:12 PST). | 664-667 |
| 29. | UCP001845 E-mail from Max Security Intelligence to Stephen Smith (July 08, 2014 01:46 PST). | 668-673 |

ANDERSON, McPHARLIN & CONNERS LLP
LAWYERS
707 WILSHIRE BOULEVARD, SUITE 4000
LOS ANGELES, CALIFORNIA 90017-3623
TEL (213) 688-0080 • FAX (213) 622-7594

4

**VOLUME OF EVIDENCE IN SUPPORT OF OPPOSITION TO PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT**

| Exhibit No. | Description | Page Nos. |
|---|---|---|
| 30. | UCP000292 U.S. Dep't. of State: Bureau of Consular Affairs, *Israel, the West Bank and Gaza Travel Warning*, U.S. Passports & Int'l. Travel (July 11, 2014), https://web.archive.org/web/20140724171638/http://travel.state.gov/content/passports/english/alertswarnings/Israel-travel-warning.html (last visited on May 18, 2016). | 674-678 |
| 31. | UCP002372 E-mail from Max Security Intelligence to Stephen Smith (July 09, 2014 24:57 PST). | 679-684 |
| 32. | UCP001851 E-mail from Max Security Intelligence to Stephen Smith (July 11, 2014 12:26 PST). | 685-689 |
| 33. | UCP002155-57 E-mail from Chris Biggs to Stephen Smith (Aug. 01, 2014 01:20 PST). | 690-693 |
| 34. | UCP003777 E-mail from Chris Biggs to Stephen Smith (Aug. 01, 2014 02:34 PST). | 694-695 |
| 35. | UCP003612 E-mail from Stephen Smith to Mark Binke (July 17, 2014 01:29 PST). | 696-697 |
| 36. | U.N. Office for the Coordination of Humanitarian Affairs, Fragmented Lives Humanitarian Overview 2014, 5-6 (2015), https://www.ochaopt.org/documents/annual_humanitarian_overview_2014_english_final.pdf. | 698-722 |
| 37. | UCP002054 E-mail from Max Security Intelligence to Stephen Smith (July 20, 2014 01:43 PST). | 723-728 |
| 38. | UCP002136 E-mail from Max Security Intelligence to Stephen Smith (July 21, 2014 07:00 PST). | 729-736 |

ANDERSON, McPHARLIN & CONNERS LLP
LAWYERS
707 WILSHIRE BOULEVARD, SUITE 4000
LOS ANGELES, CALIFORNIA 90017-3623
TEL (213) 688-0080 • FAX (213) 622-7594

| Exhibit No. | Description | Page Nos. |
|---|---|---|
| 39. | UCP000340-42 E-mail from Susan Weiss to Andrea Garber (July 15, 2014 13:34 PST). | 737-741 |
| 40. | Plaintiffs' Supplemental Responses to Defendant's Second Set of Interrogatories:  Supplemental Response to Interrogatory No. 25. | 742-749 |
| 41. | Plaintiffs' Response to Defendant's First Set of Interrogatories:  Response to Interrogatory No. 16. | 750-759 |
| 42. | AONNBCU000916 E-mail from Susan Weiss to Kurt Ford (Nov. 24, 2009 20:00 PST). | 760-763 |
| 43. | AON, http://www.aon.com/about-aon/about-aon.jsp. | 764-766 |
| 44. | UCP000056-000110 Atlantic Specialty Insurance Company Policy Number No. MP00163-04. | 767-822 |
| 45. | ATL005260 *Gaza cease-fire holds between Hamas and Israel after 50-day war*, NBC News, Aug. 27, 2014, http://www.nbcnews.com/storyline/middle-east-unrest/gaza-cease-fire-holds-between-hamas-israel-after-50-day-n189821. | 823-824 |
| 46. | ATL004726-004729 Alastair Jamieson, *How technology is intensifying Gaza War between Israel and Hamas*, NBC News, July 30, 2014, http://www.nbcnews.com/storyline/middle-east-unrest/how-technology-intensifying-gaza-war-between-israel-hamas-n158536. | 825-829 |

ANDERSON, McPHARLIN & CONNERS LLP
LAWYERS
707 WILSHIRE BOULEVARD, SUITE 4000
LOS ANGELES, CALIFORNIA 90017-3623
TEL (213) 688-0080 • FAX (213) 622-7594

1615452.1 05608-094

**VOLUME OF EVIDENCE IN SUPPORT OF OPPOSITION TO PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT**

ANDERSON, McPHARLIN & CONNERS LLP
LAWYERS
707 WILSHIRE BOULEVARD, SUITE 4000
LOS ANGELES, CALIFORNIA 90017-3623
TEL (213) 688-0080 • FAX (213) 622-7594

| Exhibit No. | Description | Page Nos. |
|---|---|---|
| 47. | ATL004732 *Israel and Hamas exchange missile fire as Gaza War looms*, NBC News, July 8, 2014, http://www.nbcnews.com/news/world/israel-hamas-exchange-missile-fire-gaza-war-looms-n151111. | 830-831 |
| 48. | ATL004736-004738 *Public support for Israel shifting amid Gaza War, Britain warns*, NBC News, July 30, 2014, http://www.nbcnews.com/storyline/middle-east-unrest/public-support-israel-shifting-amid-gaza-war-britain-warns-n168366. | 832-835 |
| 49. | ATL004741 *Gaza death toll nears 1,500 as 72-hour truce with Israel begins*, NBC News, Aug. 01, 2014, http://www.nbcnews.com/storyline/middle-east-unrest/gaza-death-toll-nears-1-500-72-hour-truce-israel-n170236. | 836-837 |
| 50. | ATL004588-004597 Benjamin Landy & Maria Lokke, *Scenes of war and heartbreak as Israel-Hams conflict intensifies*, MSNBC, July 18, 2014, http://www.msnbc.com/msnbc/scenes-war-and-heartbreak-israel-hamas-conflict-intensifies#slide1. | 838-848 |
| 51. | ATL004598-004602 Donna Stefano, *In Israel and Palestine, children imagine a world without war*, MSNBC, July 06, 2014, http://www.msnbc.com/msnbc/israel-and-palestine-children-imagine-world-without-war. | 849-854 |

7

**VOLUME OF EVIDENCE IN SUPPORT OF OPPOSITION TO PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT**

| Exhibit No. | Description | Page Nos. |
|---|---|---|
| 52. | MSNBC, http://www.nbcuniversal.com/business/msnbc ("MSNBC is part of the NBCUniversal News Group, a division of NBCUniversal, which is owned by Comcast Corporation."). | 855-856 |
| 53. | NBC News, http://www.nbcuniversal.com/business/nbc-news ("NBC News is part of the NBCUniversal News Group, a division of NBCUniversal, which is owned by Comcast Corporation."). | 857-858 |
| 54. | ATL005261-005267 Nicholas Casey, Joshua Mitnick & Nicholas Casey, *Israel, Hamas set out demands on Gaza*, The Wall Street Journal, Oct. 23, 2014, https://www.wsj.com/articles/israel-pulls-forces-from-gaza-as-cease-fire-begins-1407231543. | 859-866 |
| 55. | ATL004603-004605 Isabel Kershner, *Israel clears troops in airstrike near school in 2014 Gaza War*, N.Y. Times, Aug. 24, 2016, https://www.nytimes.com/2016/08/25/world/middleeast/israel-gaza-war.html?_r=0. | 867-870 |
| 56. | ATL004771-04774 Ilene Prusher, *Israel seeks to gain advantage by reversing course in Gaza*, Time Magazine, Aug. 03, 2014, http://time.com/3076594/israel-gaza-cease-fire-hamas-netanyahu/. | 871-875 |

ANDERSON, McPHARLIN & CONNERS LLP
LAWYERS
707 WILSHIRE BOULEVARD, SUITE 4000
LOS ANGELES, CALIFORNIA 90017-3623
TEL (213) 688-0080 • FAX (213) 622-7594

**VOLUME OF EVIDENCE IN SUPPORT OF OPPOSITION TO PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT**

| Exhibit No. | Description | Page Nos. |
|---|---|---|
| 57. | ATL004776-004779 William Booth, *Here's what really happened in the Gaza war (according to the Israelis)*, The Washington Post, Sept. 03, 2014, https://www.washingtonpost.com/news/worldviews/wp/2014/09/03/heres-what-really-happened-in-the-gaza-war-according-to-the-israelis/?utm_term=.18ba9ee8a00e. | 876-880 |
| 58. | ATL004606-004610 Aaron D. Miller, *Gaza war: The terrifying truth*, CNN, Aug. 03, 2014, http://www.cnn.com/2014/08/01/opinion/miller-gaza-hamas-israel-cease-fire-obstacles/. | 881-886 |
| 59. | ATL004611-004630 Josef Federman, *Israel clears forces in several deadly 2014 Gaza war cases*, U.S. News and World Report, Associated Press, Aug. 24, 2016, https://www.usnews.com/news/world/articles/2016-08-24/israel-clears-forces-in-several-deadly-2014-gaza-war-cases. | 887-907 |
| 60. | ATL004755-004758 Lizzie Dearden, *Israel-Gaza conflict: 50-day war by numbers*, The Independent, Aug. 27, 2014, http://www.independent.co.uk/news/world/middle-east/israel-gaza-conflict-50-day-war-by-numbers-9693310.html. | 908-912 |

ANDERSON, McPHARLIN & CONNERS LLP
LAWYERS
707 WILSHIRE BOULEVARD, SUITE 4000
LOS ANGELES, CALIFORNIA 90017-3623
TEL (213) 688-0080 • FAX (213) 622-7594

1615452.1 05608-454

**VOLUME OF EVIDENCE IN SUPPORT OF OPPOSITION TO PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT**

ANDERSON, McPHARLIN & CONNERS LLP
LAWYERS
707 WILSHIRE BOULEVARD, SUITE 4000
LOS ANGELES, CALIFORNIA 90017-3623
TEL (213) 688-0080 • FAX (213) 622-7594

| Exhibit No. | Description | Page Nos. |
|---|---|---|
| 61. | ATL004631-004634 Batsheva Sobelman, *Israel and Hamas may have committed war crimes in Gaza, U.N. report says*, The Los Angeles Times, June 22, 2015, http://www.latimes.com/world/middleeast/la-fg-un-report-gaza-war-20150622-story.html. | 913-917 |
| 62. | ATL004635-004647 *Israeli 2014 Gaza war actions lawful, report says*, BBC News, June 14, 2015, http://www.bbc.com/news/world-middle-east-33128955. | 918-932 |
| 63. | ATL004648-004651 Amir Oren, *After seven weeks of Gaza War, Hamas 1, Israel 0*, Haaretz News, Aug. 26, 2014, http://www.haaretz.com/israel-news/.premium-1.612437. | 933-936 |
| 64. | ATL00004748-004754 Debra Kamin, *The one place where Israel and Hamas are communicating*, The Atlantic, Aug. 05, 2014, https://www.theatlantic.com/international/archive/2014/08/the-one-place-where-israel-and-hamas-are-communicating/375589/. | 937-944 |
| 65. | ATL004652-004654 Abeer Ayyoub, *13,000 families in Gaza still displaced two years after war with Israel*, USA Today, Aug. 10, 2016, https://www.usatoday.com/story/news/world/2016/08/10/gaza-city-families-displaced-war-israel/88002220/. | 945-948 |

1615452.1 05608494

**VOLUME OF EVIDENCE IN SUPPORT OF OPPOSITION TO PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT**

| Exhibit No. | Description | Page Nos. |
|---|---|---|
| 66. | ATL004655-004657 Najla Shawa, *Children suffer and die in Gaza. Who Notices?*, The Chicago Tribune, Jan. 29, 2015, http://www.chicagotribune.com/news/opinion/commentary/ct-deaths-babies-gaza-war-palestinians-perspec-0129-20150128-story.html. | 949-952 |
| 67. | ATL004658 Sarahtr, *Decimated Hamas makes ludicrous claims*, The Chicago Sun Times, Sept. 05, 2014, http://chicago.suntimes.com/politics/decimated-hamas-makes-ludicrous-claims/. | 953-954 |
| 68. | ATL004659-004661 The Associated Press, *Israel and Hamas reach an uneasy cease-fire in 50-day Gaza war*, The Denver Post, Aug. 26, 2014, http://www.denverpost.com/2014/08/26/israel-and-hamas-reach-an-uneasy-cease-fire-in-50-day-gaza-war/. | 955-958 |
| 69. | ATL004662-004665 *Gaza cease-fire reached after 50-day war that killed 2,200 and settled little*, Dallas Morning News, Aug. 2014, https://www.dallasnews.com/news/news/2014/08/26/gaza-cease-fire-reached-after-50-day-war-that-killed-2200-and-settled-little. | 959-963 |
| 70. | ATL004666-004668 Zachary R. Dowdy, *Israeli, Palestinian leaders air differences at United Nations*, Newsday, Sept. 22, 2016, http://www.newsday.com/news/world/at-un-israeli-and-palestinian-leaders-air-differences-1.12354379. | 964-967 |

ANDERSON, McPHARLIN & CONNERS LLP
LAWYERS
707 WILSHIRE BOULEVARD, SUITE 4000
LOS ANGELES, CALIFORNIA 90017-3623
TEL (213) 688-0080 • FAX (213) 622-7594

1615452.1 05608-494

**VOLUME OF EVIDENCE IN SUPPORT OF OPPOSITION TO PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT**

ANDERSON, McPHARLIN & CONNERS LLP
LAWYERS
707 WILSHIRE BOULEVARD, SUITE 4000
LOS ANGELES, CALIFORNIA 90017-3623
TEL (213) 688-0080 • FAX (213) 622-7594

| Exhibit No. | Description | Page Nos. |
|---|---|---|
| 71. | ATL004669-004673 Fares Akram, Mohammed Daraghmeh & Karin Laub, *Israeli house strikes killed mostly civilians*, The Houston Chronicle, Feb. 13, 2015, http://www.houstonchronicle.com/news/nation-world/world/article/Israeli-house-strikes-killed-mostly-civilians-6080436.php. | 968-973 |
| 72. | ATL004674-004677 Hazem Balousha & Harriet Sherwood, *Gaza ceasefire: Israel and Palestinians agree to halt weeks of fighting*, The Guardian, Aug. 27, 2014, https://www.theguardian.com/world/2014/aug/26/gaza-ceasefire-israel-palestinians-halt-fighting. | 974-978 |
| 73. | ATL004763-004769 Lizzie Dearden, *Israel Conflict: 50-day war by numbers*, The Times of India, Aug. 27, 2014, http://timesofindia.indiatimes.com/world/middle-east/Israel-Gaza-conflict-50-day-war-by-numbers/articleshow/41000781.cms. | 979-986 |
| 74. | ATL004678-004679 David Rothkopf, *Why Israel lost the war in Gaza*, The Sydney Morning Herald, Aug. 11, 2014, http://www.smh.com.au/comment/why-israel-lost-the-war-in-gaza-20140808-101ruh.html. | 987-989 |
| 75. | ATL004680-004699 In photos: Gaza healing from war after ceasefire, China Daily, Aug. 28, 2014, http://www.chinadaily.com.cn/world/2014-08/28/content_18500736.htm. | 990-1010 |

12

1615452.1 05608-054

ANDERSON, McPHARLIN & CONNERS LLP

LAWYERS
707 WILSHIRE BOULEVARD, SUITE 4000
LOS ANGELES, CALIFORNIA 90017-3623
TEL (213) 688-0080 • FAX (213) 622-7594

| Exhibit No. | Description | Page Nos. |
|---|---|---|
| 76. | ATL004700-4714 James Rush, *Inside bombed-out Gaza: One week on from end of 50-day war and the true scale of devastation is revealed*, The Daily Mail, Sept. 02 2014, http://www.dailymail.co.uk/news/article-2740643/Inside-bombed-Gaza-One-week-end-50-day-war-true-scale-devastation-revealed.html. | 1011-1026 |
| 77. | ATL004715-4724 Ben Norton, *74% of Gaza homes destroyed by Israel in summer 2014 war have not been rebuilt, as violent repression escalates*, Salon, Feb. 09, 2016, http://www.salon.com/2016/02/09/74_of_gaza_homes_destroyed_by_israel_in_summer_2014_war_have_not_been_rebuilt_as_violent_repression_escalates/. | 1027-1037 |
| 78. | ATL005256-005259 *Rocket fired from Gaza hits southern Israel, military says*, CBS News, Dec. 19, 2014, http://www.cbsnews.com/news/rocket-fired-from-gaza-hits-southern-israel-military-says/. | 1038-1042 |
| 79. | UCP002618 Email from Chris Biggs to Stephen Smith (July 02, 2014 10:00 PST). | 1043-1050 |
| 80. | UCP002496 E-mail from Max Security Intelligence to Stephen Smith (July 26, 2014 09:54 PST). | 1051-1056 |
| 81. | U.S. Dep't. of State, *Foreign Terrorist Organizations*, https://www.state.gov/j/ct/rls/other/des/123085.htm. | 1057-1063 |

**VOLUME OF EVIDENCE IN SUPPORT OF OPPOSITION TO PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT**

| Exhibit No. | Description | Page Nos. |
|---|---|---|
| 82. | ATL004584-004587 John Kerry, Secretary of State, Remarks at the Gaza Donors Conference (Oct. 12, 2014), https://2009-2017.state.gov/secretary/remarks/2014/10/232896.htm. | 1064-1068 |
| 83. | ATL004567-004583 John Kerry, Secretary of State, Brookings Institution's 2015 Saban Forum Keynote Address (Dec. 05, 2015), https://2009-2017.state.gov/secretary/remarks/2015/12/250388.htm. | 1069-1086 |
| 84. | ATL004550-004566 John Kerry, Secretary of State, Remarks on Middle East Peace (Dec. 28, 2016), https://2009-2017.state.gov/secretary/remarks/2016/12/266119.htm. | 1087-1104 |
| 85. | Minister for Foreign Affairs, The Hon Julie Bishop MP, Media Release July 12, 2014, http://foreignminister.gov.au/releases/Pages/2014/jb_mr_140712.aspx?w=tb1CaGpkPX%2FlS0K%2Bg9ZKEg%3D%3D. | 1105-1107 |
| 86. | Jeffrey Goldberg, Hillary Clinton: 'Failure' to Help Syrian Rebels Led to the Rise of ISIS, THE ATLANTIC (Aug. 10, 2014), https://www.theatlantic.com/international/archive/2014/08/hillary-clinton-failure-to-help-syrian-rebels-led-to-the-rise-of-isis/375832/?single_page=true. | 1108-1136 |
| 87. | Alex Park, Gaza Conflict Divides Congressional Progressives, Mother Jones (July 31, 2014), http://www.motherjones.com/mojo/2014/07/gaza-conflict-divides-congressional-progressives. | 1137-1140 |

ANDERSON, McPHARLIN & CONNERS LLP
LAWYERS
707 WILSHIRE BOULEVARD, SUITE 4000
LOS ANGELES, CALIFORNIA 90017-3623
TEL (213) 688-0080 • FAX (213) 622-7594

1615452.1 05608-054

14

**VOLUME OF EVIDENCE IN SUPPORT OF OPPOSITION TO PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT**

ANDERSON, McPHARLIN & CONNERS LLP
LAWYERS
707 WILSHIRE BOULEVARD, SUITE 4000
LOS ANGELES, CALIFORNIA 90017-3623
TEL (213) 688-0080 • FAX (213) 622-7594

| Exhibit No. | Description | Page Nos. |
|---|---|---|
| 88. | Presidency: Palestinians have right to defend themselves, Ma'an News Agency (July 8, 2014), http://www.maannews.com/Content.aspx?id=711019. | 1141-1143 |
| 89. | United Nations, Meetings Coverage, Urging Israeli-Palestinian Parties to Renew Ceasefire Efforts, Secretary-General Tells Security Council Conflict's Root Causes Must Be Addressed (July 22, 2014), https://www.un.org/press/en/2014/sc11485.doc.htm. | 1144-1157 |
| 90. | Al-Qassam Brigades Information Office: Military Communique, Al Qassam Brigades retaliate with 35 missiles on Israeli military bases (July 07, 2014), available at http://www.qassam.ps/statement-1506-Al_Qassam_Brigades_retaliate_with_35_missiles_on_Israeli_military_bases.html. | 1158-1159 |
| 91. | Al-Qassam Brigades Information Office: Military Communique, Al Qassam Brigades retaliate with 8 missiles on Israeli military bases (July 08, 2014), available at http://www.qassam.ps/statement-1507-Al_Qassam_Brigades_retaliate_with_8_missiles_on_Israeli_military_bases.html. | 1160-1161 |
| 92. | UCP002579-002581 E-mail from Max Security Intelligence to Shachar Kenion (June 30, 2014 20:17 PST). | 1162-1166 |

15

1615452.1 05608-094

**VOLUME OF EVIDENCE IN SUPPORT OF OPPOSITION TO PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT**

ANDERSON, McPHARLIN & CONNERS LLP
LAWYERS
707 WILSHIRE BOULEVARD, SUITE 4000
LOS ANGELES, CALIFORNIA 90017-3623
TEL (213) 688-0080 • FAX (213) 622-7594

| Exhibit No. | Description | Page Nos. |
|---|---|---|
| 93. | Al-Qassam Brigades Information Office: Military Communique, Press Release of Abu Obeida, Al Qassam spokesperson (Aug. 20, 2014), available at http://www.qassam.ps/statement-1509-Press_Release_of_Abu_Obeida_Al_Qassam_spokesperson.html. | 1167-1168 |
| 94. | Al Qassam Brigades Information Office, About Us, available at http://www.qassam.ps/aboutus.html. | 1169-1171 |
| 95. | UCP002473 Max Security Intelligence E-mail to Stephen Smith (July 1, 2014 4:09 a.m.). | 1172-1176 |
| 96. | UCP002727 Shachar Kenion Email to Stephen Smith forwarding Max Security Intelligence report (July 3, 2014 12:53 p.m.). | 1177-1182 |
| 97. | UCP002816 Max Security Intelligence E-mail to Stephen Smith (July 7, 2014 12:13 p.m.). | 1183-1188 |
| 98. | UCP001845 Max Security Intelligence E-mail to Stephen Smith (July 8, 2014 1:46 a.m.). | 1189-1194 |
| 99. | UCP002828 Max Security Intelligence E-mail to Stephen Smith (July 8, 2014 11:17 p.m.). | 1195-1199 |
| 100. | UCP002372 Max Security Intelligence E-mail to Stephen Smith (July 9, 2014 12:57 p.m.). | 1200-1205 |
| 101. | UCP002094 Max Security Intelligence E-mail to Stephen Smith (July 15, 2014 1:18 a.m.). | 1206-1211 |
| 102. | UCP002459 Max Security Intelligence E-mail to Stephen Smith (July 16, 2014 7:38 a.m.). | 1212-1216 |

1615452.1 05608-094

**VOLUME OF EVIDENCE IN SUPPORT OF OPPOSITION TO PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT**

ANDERSON, McPHARLIN & CONNERS LLP
LAWYERS
707 WILSHIRE BOULEVARD, SUITE 4000
LOS ANGELES, CALIFORNIA 90017-3623
TEL (213) 688-0080 • FAX (213) 622-7594

| Exhibit No. | Description | Page Nos. |
|---|---|---|
| 103. | *Face the Nation* (CBS News television broadcast July 13, 2014), available at http://www.cbsnews.com/videos/new-clashes-between-israel-palestinians-is-ground-war-next/ and provided to the Court via flash drive. | 1217-1219 |
| 104. | *Melissa Harris-Perry* (MSNBC television broadcast July 20, 2014), available at http://www.msnbc.com/melissa-harris-perry/watch/what-it-means-to-live-in-a-war-zone-309370947801 and provided to the Court via flash drive. | 1220-1233 |
| 105. | *All in with Chris Hayes* (MSNBC television broadcast July 17, 2014), available at http://www.msnbc.com/all-in-with-chris-hayes/watch/ground-war-in-gaza-307290179722 and provided to the Court via flash drive. | 1234-1247 |
| 106. | *Today* (NBC News television broadcast July 30, 2014), available at http://www.nbcnews.com/storyline/middle-east-unrest/how-technology-intensifying-gaza-war-between-israel-hamas-n158536 and provided to the Court via flash drive. | 1248-1252 |
| 107. | *The Last Word with Lawrence O'Donnell* (MSNBC television broadcast July 18, 2014), available at http://www.msnbc.com/the-last-word/watch/mh17-mystery-and-war-in-gaza-308247107963 and provided to the Court via flash drive. | 1253-1266 |
| 108. | UCP002219 Max Security Intelligence E-mail to Stephen Smith (July 3, 2014 1:49 a.m.). | 1267-1272 |

1615452.1 05608-054

**VOLUME OF EVIDENCE IN SUPPORT OF OPPOSITION TO PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT**

ANDERSON, McPHARLIN & CONNERS LLP
LAWYERS
707 WILSHIRE BOULEVARD, SUITE 4000
LOS ANGELES, CALIFORNIA 90017-3623
TEL (213) 688-0080 • FAX (213) 622-7594

| Exhibit No. | Description | Page Nos. |
|---|---|---|
| 109. | UCP002599 Max Security Intelligence E-mail to Stephen Smith (July 10, 2014 1:20 p.m.). | 1273-1278 |
| 110. | UCP001831 Max Security Intelligence E-mail to Stephen Smith (July 12, 2014 12:41 p.m.). | 1279-1283 |
| 111. | UCP000736 E-mail from Stephen Smith to Mark Binke (July 17, 2014 06:47 PST). | 1284-1285 |
| 112. | E-mail from Susan Weiss to Wendy Diaz (March 23, 2015 16:39 PST). | 1286-1359 |
| 113. | UCP000442 E-mail from Andrea Garber to Randi Richmond (July 14, 2014 10:03 PST). | 1360-1362 |
| 114. | UCP00663 Israel Dig Update, Security in Confidence: NBCUniversal Int'l. Security Briefing (NBCUniversal, New York, N.Y.) July 09, 2014. | 1363-1372 |
| 115. | UCP001419 E-mail from Stephen Smith to Mark Binke (July 21, 2014 04:17 PST). | 1373-1375 |
| 116. | UCP001595 E-mail from Stephen Smith, Head of Security, Europe, NBCUniversal to Paige Potter, Administrative Assistant, NBCUniversal (June 16, 2014 11:46 PST). | 1376-1379 |
| 117. | UCP003562 E-mail from Stephen Smith to Randi Richmond (May 01, 2014, 03:15 a.m. PST). | 1380-1383 |
| 118. | UCP001873 E-mail from Randi Richmond to Stephen Smith (June 14, 2015 05:16 PST). | 1384-1388 |
| 119. | Excerpts of Stephen Smith Deposition Transcript (April 18-19, 2017). | 1389-1469 |

ANDERSON, McPHARLIN & CONNERS LLP
LAWYERS
707 WILSHIRE BOULEVARD, SUITE 4000
LOS ANGELES, CALIFORNIA 90017-3623
TEL (213) 688-0080 • FAX (213) 622-7594

| Exhibit No. | Description | Page Nos. |
|---|---|---|
| 120. | UCP001085-86 E-mail from Randi Richmond to Brian Brady (Feb. 03, 2014 14:30 PST). | 1470-1472 |
| 121. | UCP001286 E-mail from Stephen Smith to Mark Binke (July 16, 2014 24:16 PST). | 1473-1474 |
| 122. | UCP002797-2800 *Israel Dig Update*, Security in Confidence: NBCUniversal Int'l. Security Briefing (NBCUniversal, New York, N.Y.) July 01, 2014. | 1475-1486 |
| 123. | UCP001874-1876 E-mail from Jay Footlik to Randi Richmond (June 13, 2014 15:16 PST). | 1487-1491 |
| 124. | UCP002343 E-mail from Stephen Smith to Randi Richmond (June 15, 2014 07:38 PST). | 1492-1494 |
| 125. | UCP000349 E-mail from Stephen Smith to Randi Richmond (June 15, 2014 09:36 PST). | 1495-1501 |
| 126. | UCP003591-92 E-mail from Penelope Kennedy to Randi Richmond (July 03, 2014 23:22 PST**).** | 1502-1504 |
| 127. | UCP000485 E-mail from Erin Noordeloos to Mark Binke (July 08, 2014 09:23 PST). | 1505-1506 |
| 128. | UCP002468-2470 E-mail from Chris Biggs to Erin Noordeloos and to Stephen Smith (July 10, 2014 02:40 PST). | 1507-1510 |
| 129. | UCP000940 E-mail from Stephen Smith to Mark Binke (July 10, 2014 8:09). | 1511-1512 |
| 130. | UCP002710 E-mail from Stephen Smith to Randi Richmond (July 08, 2014 12:41 PST). | 1513-1515 |
| 131. | UCP002790 E-mail from Chris Biggs to Stephen Smith, with attachment (July 1, 2014 02:12 PST). | 1516-1527 |

**VOLUME OF EVIDENCE IN SUPPORT OF OPPOSITION TO PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT**

ANDERSON, McPHARLIN & CONNERS LLP
LAWYERS
707 WILSHIRE BOULEVARD, SUITE 4000
LOS ANGELES, CALIFORNIA 90017-3623
TEL (213) 688-0080 • FAX (213) 622-7594

| Exhibit No. | Description | Page Nos. |
|---|---|---|
| 132. | UCP001855 E-mail from Stephen Smith to Randi Richmond (July 8, 2014 12:41 PST). | 1528-1530 |
| 133. | UCP000888-000896 E-mail from Stephen Smith to Randi Richmond (July 09, 2014 06:16 PST). | 1531-1540 |
| 134. | UCP003467 E-mail from Stephen Smith to Mark Binke (July 17, 2014 13:01 PST). | 1541-1542 |
| 135. | UCP000503 E-mail from Tom McCarthy to Mark Binke (July 17, 2014 15:03 PST). | 1543-1544 |
| 136. | UCP001462 E-mail from Stephen Smith to Mark Binke (July 18, 2014 06:43 PST). | 1545-1546 |
| 137. | UCP001013 E-mail from Randi Richmond to Stephen Smith (July 02, 2014 05:49 PST). | 1547-1549 |
| 138. | UCP000993 E-mail from Stephen Smith to Mark Binke (July 10, 2014 07:52 PST). | 1550-1551 |
| 139. | UCP000346 E-mail from Curt Williams to Deborah Kizner (June 16, 2014 08:05 PST). | 1552-1558 |
| 140. | UCP000870 E-mail from Malika Adams to Kurt Ford (July 03, 2014 10:58 PST). | 1559-1567 |
| 141. | UCP000422 E-mail from Malika Adams to Randi Richmond (July 07, 2014 20:11 PST). | 1568-1576 |
| 142. | UCP001037 E-mail from Stephen Smith to Mark Binke (July 02, 2014 02:21 PST). | 1577-1580 |
| 143. | UCP020043-47:  E-mail chain regarding Jerusalem Film Fest postponing opening night in wake of Israeli-Palestinian Hostilities. | 1581-1586 |

**VOLUME OF EVIDENCE IN SUPPORT OF OPPOSITION TO PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT**

1615452.1 05608-054

ANDERSON, McPHARLIN & CONNERS LLP
LAWYERS
707 WILSHIRE BOULEVARD, SUITE 4000
LOS ANGELES, CALIFORNIA 90017-3623
TEL (213) 688-0080 • FAX (213) 622-7594

| Exhibit No. | Description | Page Nos. |
|---|---|---|
| 144. | UCP001877 E-mail from Stephen Smith to Stephen Smith, with attachment (May 22, 2014 09:09 PST) | 1587-1598 |
| 145. | UCP001129 E-mail from Stephen Smith to Randi Richmond (June 17, 2014 22:14 PST). | 1599-1601 |
| 146. | UCP001065 E-mail from Stephen Smith to Mark Binke (July 1, 2014 06:05 PST). | 1602-1605 |
| 147. | Excerpts of Deposition of Andrea Garber (April 14, 2017). | 1606-1628 |
| 148. | Excerpts of Deposition of Susan Weiss (April 18, 2017). | 1629-1642 |
| 149. | UCP00367 E-mail from Susan Weiss to Andrea Garber (July 17, 2014 18:40 PST). | 1643-1645 |
| 150. | UCP002227-2237 E-mail from Stephen Smith to Randi Richmond, with attachments (April 16, 2014 5:56 PST). | 1646-1657 |
| 151. | UCP003687 E-mail from Stephen Smith to Randi Richmond (May 13, 2014 9:33 PST). | 1658-1666 |
| 152. | Transcript of George W. Bush's address to the Joint Session of the 107th Congress (Sept. 20, 2011) https://georgewbush-whitehouse.archives.gov/infocus/bushrecord/documents/Selected_Speeches_George_W_Bush.pdf | 1667-1683 |
| 153. | Carla E. Humud, Cong. Research Serv., R43756, Al Qaeda and U.S. Policy: Middle East and Africa (2016) https://fas.org/sgp/crs/mideast/R43756.pdf | 1684-1709 |

1615452.1 05608-094

| Exhibit No. | Description | Page Nos. |
|---|---|---|
| 154. | Excerpt of Deposition of Peter Williams (February 1, 2017). | 1710-1716 |
| 155. | Declaration of Frank G. Lowenstein | 1717-1721 |
| 156. | Declaration of Aaron T. Stone | 1722-1724 |
| 157. | Declaration of Peter D. Williams | 1725-1727 |

DATED: May 1, 2017

MARC J. SHRAKE
ANDERSON, McPHARLIN & CONNERS LLP

-and-

MICHAEL KEELEY *(Pro Hac Vice)*
TONI SCOTT REED *(Pro Hac Vice)*
CARLA C. CRAPSTER *(Pro Hac Vice)*
STRASBURGER & PRICE, LLP

By:      */s/ Michael Keeley*
          Michael Keeley

Attorneys for Defendant ATLANTIC SPECIALTY INSURANCE COMPANY

ANDERSON, McPHARLIN & CONNERS LLP
LAWYERS
707 WILSHIRE BOULEVARD, SUITE 4000
LOS ANGELES, CALIFORNIA 90017-3623
TEL (213) 688-0080 • FAX (213) 622-7594

**VOLUME OF EVIDENCE IN SUPPORT OF OPPOSITION TO PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT**

1615452.1 050804B4

8914527.1/SP/15247/0131/050117