# EXHIBIT 1

MARC J. SHRAKE (SBN 219331)
mjs@amclaw.com
ANDERSON, MCPHARLIN & CONNERS LLP
707 Wilshire Boulevard, Suite 4000
Los Angeles, California 90017-3623
Telephone: (213) 236-1691
Facsimile: (213) 622-7594

MICHAEL KEELEY *(Pro Hac Vice)*
michael.keeley@strasburger.com
TONI SCOTT REED *(Pro Hac Vice)*
toni.reed@strasburger.com
CARLA C. CRAPSTER *(Pro Hac Vice)*
carla.crapster@strasburger.com
STRASBURGER & PRICE, LLP
901 Main Street, Suite 6000
Dallas, Texas 75202
Telephone: (214) 651-4300
Facsimile: (214) 651-4330

Attorneys for Defendant
Atlantic Specialty Insurance Company

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# WESTERN DIVISION

| | |
|---|---|
| UNIVERSAL CABLE PRODUCTIONS LLC, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>ATLANTIC SPECIALTY INSURANCE COMPANY,<br><br>Defendant. | CASE NO. 2:16-cv-4435-PA-MRW<br><br>**AFFIDAVIT OF FRANK G. LOWENSTEIN IN SUPPORT OF OPPOSITION TO PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT** |

## AFFIDAVIT OF FRANK G. LOWENSTEIN

BEFORE ME, the undersigned authority, on this day personally appeared Frank G. Lowenstein, known by me to be the person whose signature appears below, and who, being by me first duly sworn on oath, stated that he has personal

---

**AFFIDAVIT OF FRANK G. LOWENSTEIN**

knowledge of the following and it is true and correct.

1. My name is Frank G. Lowenstein. I am over the age of twenty-one years, of sound mind, legally competent to render this Affidavit, and suffer no mental disabilities. The facts stated in this Affidavit are within my personal knowledge and are true and correct.

2. From 2005 to 2008, I served as Senior Foreign Policy Advisor to Senator John Kerry and directed the Senate Foreign Relations Committee's Subcommittee on Near East and South and Central Asian Affairs, which included responsibility for all Israeli-Palestinian issues.

3. In January of 2009, Senator Kerry became Chairman of the Senate Foreign Relations Committee and I took over as the Committee's Chief Counsel, which included responsibility for all legal matters before the Committee. In March of 2010, I became the Staff Director of the Committee and served in that capacity until September of 2011.

4. During my service in the Senate, I travelled extensively with Senator Kerry throughout the region, including numerous trips to Iraq, Syria, Afghanistan, Pakistan and Israel and the West Bank. In January of 2009, I travelled to Gaza Strip with Senator Kerry in the aftermath of Operation Cast Lead to review the conditions and receive briefings on reconstruction efforts.

5. In February of 2013, I joined the State Department as the Deputy Special Envoy for Israeli-Palestinian Negotiations and Senior Advisor to the Secretary of State. In this capacity, I played a central role in the Israeli-Palestinian negotiations that took place from August 2013 until April 2014, travelling frequently to Israel and the West Bank. On June 27, 2014, I became the Special Envoy for Israeli-Palestinian Negotiations, initially in an Acting capacity.

6. As Special Envoy, I was the senior official at the State Department with responsibility for Israeli and Palestinian issues, including policy formation, speech

writing and press guidance. I met regularly with senior Israeli and Palestinian officials and travelled with Secretary Kerry on all trips related to Middle East peace.

7. I also served as the United States representative to the Middle East Quartet. The Quartet, which also includes the European Union, the Russian Federation and the United Nations, was created by the international community in 2002 to advance Middle East peace. In this capacity, I travelled with the other Quartet envoys throughout the Middle East and Europe to engage key stakeholders on Israeli-Palestinian issues, including the situation in Gaza.

8. During the Gaza war in July of 2014, I travelled with Secretary Kerry to Cairo and Israel as part of U.S. efforts to help negotiate a ceasefire agreement between Israel and Hamas. Secretary Kerry and I were in daily contact with Prime Minister Netanyahu and his national security team during this period, and we met in person with the Prime Minister and senior Israeli security officials at the Ministry of Defense in Tel Aviv at the height of the war, when Ben Gurion airport was closed on July 23, 2014. I also spent over a week in Cairo in August of 2014 monitoring the ceasefire negotiations between Israel and the Palestinians.

9. As a result of: 1) my service as a Senior Foreign Policy Advisor to Senator John Kerry, 2) my directing the Senate Foreign Relations Committee's Subcommittee on Near East and South and Central Asian Affairs, 3) my serving as the Chief Counsel of the Senate Foreign Relations Committee, 4) my service as Staff Director of the Committee, 5) my service as Deputy Special Envoy for Israeli-Palestinian Negotiations, and 6) my service as Special Envoy for Israeli-Palestinian Negotiations, and my monitoring of ceasefire negotiations between representatives of Israel and the Palestinians, and based upon my other involvement in the area, including as stated above, I learned many of the facts involving the history and relationship between Israel and Hamas, and many of the facts involved in the conflict between Israel and Hamas, both during July and August 2014, and during

3

AFFIDAVIT OF FRANK G. LOWENSTEIN

the prior wars between Israel and Hamas. The following are among the facts I learned in my official capacities as set forth above, and upon which I relied in carrying out my official duties as set forth above, and I am certain that the following facts are true and accurate, as set forth below:

A. In June of 1967, as part of what is commonly referred to as the Six Day War, Israel gained control over the Gaza Strip and the West Bank. In 2005, Israel unilaterally withdrew its military forces, known as the Israel Defense Forces (or "IDF"), and all of its civilians from Gaza, leaving control to the Palestinian National Authority, commonly known as the Palestinian Authority.

B. In January of 2006, Hamas won a popular election for the Palestinian Legislative Council, the legislature of the Palestinian Authority. In 2007, Hamas' armed forces in Gaza defeated forces loyal to Palestinian Authority President Mahmoud Abbas and consolidated control over the Gaza Strip. President Abbas then dismissed the Hamas-led government and appointed a new caretaker government, which became the governing authority in the West Bank. Hamas named a new cabinet of ministers and has remained in control of the Gaza Strip ever since.

C. Since at least 2007, Hamas has been the de facto ruling authority in Gaza Strip, performing the basic functions of a government, including providing social services such as administering schools, hospitals and local police forces. Hamas collects revenue from the people of Gaza in various ways, including licensing fees and taxes, and it receives assistance from foreign governments. The Hamas government in Gaza employs civil

|   |   |
|---|---|
|   | service employees in various ministries, including health and education. Hamas also runs an ad hoc judicial system. |
| D. | Hamas has a military force, known as the Izz ad-Din al-Qassam Brigades ("Qassam Brigades"). The Qassam Brigades were under Hamas command in the summer of 2014. |
| E. | In June 2014, an agreement between President Abbas and Hamas created a unity government comprised of technocrats. The United States does not engage with Hamas or any of its members, but determined that it was able to engage with this Government of National Consensus. |
| F. | Since taking power in 2006, Hamas forces have sporadically fired rockets or mortars into Israel, and the IDF has responded with limited and calibrated air strikes. On at least 3 occasions since 2007, however, the conflict between the IDF and Hamas forces in Gaza has intensified significantly to the point where the IDF has declared formal, large scale military campaigns against Hamas. |
| G. | In December 2008, the IDF launched Operation Cast Lead, which began with an intensive aerial bombardment targeting Hamas forces and infrastructure. This was followed by a ground invasion by the IDF on January 3, 2009. A ceasefire was entered into on January 21, 2009. |
| H. | In November 2012, fighting again intensified between Israel and Hamas, and on November 14, 2012, Israel declared Operation Pillar of Defense. The IDF struck more than 1,000 sites in the Gaza Strip and hundreds of Gazans died or were wounded during this operation. The United States worked with Egypt to help |

5

AFFIDAVIT OF FRANK G. LOWENSTEIN

       facilitate a formal ceasefire agreement between the parties, which was announced on November 21, 2012.

I. In June of 2014, following the kidnapping and murder of 3 Israeli teenagers by Hamas in the West Bank and the resulting IDF campaign in the West Bank, Hamas increased its rocket and mortar attacks against Israel.

J. On July 7, 2014, after dozens of rockets were fired at Israel, Israel announced Operation Protective Edge, its third major military campaign against Hamas in Gaza since 2007. At that point, the conflict between the two sides escalated significantly.

K. On July 8, 2014, numerous rockets were launched at Israel from Gaza. Air raid sirens sounded over much of Israel. On July 8th, Hamas also tried to infiltrate its forces into Israel at Zikim Beach, just to the north of the Gaza Strip, in a daylight amphibious assault.

L. Intense rocket attacks on Israel from Gaza continued steadily, causing air raid sirens to sound all around Israel in response to the daily barrage.

M. During this period, Hamas also tried to incorporate additional elements of modern warfare and employed new weapons and tactics against Israel. They launched an Unmanned Aerial Vehicle believed to possibly be carrying explosives at Israel on July 14th, demonstrating potentially unprecedented new capabilities. And on July 17th, Hamas sent armed fighters through a tunnel from Gaza into Israel to conduct a major raid. They were intercepted by the IDF near Kibbutz Sufa before they reached their target.

N. For its part, the IDF significantly intensified its aerial attacks on Hamas in Gaza from July 8th -July 17th. During the first ten days of Operation Protective Edge, the Israeli Air Force struck a great number of targets in the Gaza Strip.

O. On July 17, 2014, following the attempted tunnel attack inside Israel by Hamas forces, Israel initiated a second phase of Operation Protective Edge, a large scale ground invasion of the Gaza Strip. The ground invasion involved thousands of IDF troops, including infantry, armored and engineering corps, artillery and intelligence forces, combined with aerial and naval support and accompanied by tanks and helicopter gunships, which engaged in extensive and prolonged combat with Hamas military forces and related militants.

P. On July 19th and 20th, IDF soldiers were killed in combat with Hamas forces, including several when Hamas fired an anti-tank missile at an armored personnel carrier. Much of the Palestinian neighborhood of Shuja'iya was destroyed and its inhabitants were forced to flee.

Q. By the time the war between Israel and Hamas ended in August 2014, a significant number of Israeli soldiers were killed and/or wounded. The IDF found and neutralized tunnels which extended beyond Gaza into Israel.

R. The steady barrage of rocket and mortar attacks from Hamas and affiliated forces in Gaza into Israel continued throughout the 50 days of Operation Protective Edge. There were rockets and mortars fired at Israel daily, threatening Israel's population.

S. Civilians were killed in Israel, and many Israelis were injured, including children. Direct damage to civilian property in Israel resulted in millions of dollars of damage.

T. The IDF responded with a comprehensive, sustained and intensive military campaign to neutralize the threat from Hamas in Gaza. Between July 7th and August 26th, the IDF carried out thousands of airstrikes in Gaza, fired thousands of tank and artillery shells into Gaza.

U. The IDF clearly targeted the military infrastructure of Hamas, including the Qassam Brigades, its other security forces and related militant groups.

V. Reflecting the scale, intensity, and duration of the conflict, the vast amount of damage caused, and the large numbers of combatants and civilians killed and injured on both sides, Secretary of State Kerry repeatedly and publicly described the conflict as a "war."

W. Appearing on ABC's "This Week" on July 20th, just before leaving to begin efforts to help negotiate a ceasefire, Secretary Kerry said of the situation in Gaza: "war is ugly, and bad things are going to happen."

X. At the Gaza reconstruction donor conference in Cairo in October 2014, Secretary Kerry said: "This is the third time in less than six years that we've seen war break out and Gaza left in rubble."

Y. In a speech at the Brookings Institution in 2015, Secretary Kerry again described "the turmoil of three wars with Gaza," and asked: "How is Israel advantaged . . . to have another war with Gaza?"

8

AFFIDAVIT OF FRANK G. LOWENSTEIN

Z. In his final speech on Middle East peace at the State Department in December 2016, Secretary Kerry again described having witnessed firsthand "the devastation of war in Gaza."

FURTHER AFFIANT SAITH NOT.

_Frank G. Lowenstein_
Frank G. Lowenstein

SUBSCRIBED AND SWORN TO before me on this 19th day of April, 2017.

_____
Notary Public in and for the
District of Columbia

My commission expires:
01/01/2020

9
AFFIDAVIT OF FRANK G. LOWENSTEIN

# EXHIBIT 2

mjs@amclaw.com
ANDERSON, MCPHARLIN & CONNERS LLP
707 Wilshire Boulevard, Suite 4000
Los Angeles, California 90017-3623
Telephone: (213) 236-1691
Facsimile: (213) 622-7594

MICHAEL KEELEY *(Pro Hac Vice)*
michael.keeley@strasburger.com
TONI SCOTT REED *(Pro Hac Vice)*
toni.reed@strasburger.com
CARLA C. CRAPSTER *(Pro Hac Vice)*
carla.crapster@strasburger.com
STRASBURGER & PRICE, LLP
901 Main Street, Suite 6000
Dallas, Texas 75202
Telephone: (214) 651-4300
Facsimile: (214) 651-4330

Attorneys for Defendant
Atlantic Specialty Insurance Company

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| UNIVERSAL CABLE PRODUCTIONS LLC, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> ATLANTIC SPECIALTY INSURANCE COMPANY, <br><br> Defendant. | CASE NO. 2:16-cv-4435-PA-MRW <br><br> **DECLARATION OF PETER D. WILLIAMS** |

## DECLARATION OF PETER D. WILLIAMS

1. My name is Peter D. Williams. I am over the age of twenty-one years, of sound mind, legally competent to render this Declaration, and suffer no mental disabilities. The facts stated in this Declaration are within my personal knowledge and are true and correct.

---

DECLARATION OF PETER D. WILLIAMS

2. I am the former President and Chief Underwriting Officer of the Entertainment Division of Atlantic Specialty Insurance Company ("Atlantic"). I am the person who was in charge of deciding whether to issue a Motion Picture/Television Producers Portfolio insurance policy to NBCUniversal when it approached Atlantic in 2009 requesting it to issue such a policy. I also was in charge of approving the terms of the policy to be issued. NBCUniversal was represented at that time by Aon, one of the leading insurance brokers in the country. The person in charge of the negotiations on behalf of Aon was George Walden, the current Chief Executive Officer of Aon/Albert G. Ruben Services, Inc., a division of Aon, who was very sophisticated and experienced in negotiating entertainment insurance policies.

3. When Aon approached Atlantic in 2009, it provided us with a manuscripted policy form it had drafted that it told us Atlantic would need to be adhered to in order to issue a policy to NBCUniversal. Thereafter, there were various meetings, telephone conversations, and e-mails in which the language of Aon's form was discussed and negotiated. While Aon agreed to accept various changes to its form, the insurance policy that Atlantic eventually issued was largely the manuscripted form provided to it by Aon. The war exclusions of the Motion Picture/Television Portfolio General Conditions section of the policy originated with Aon.

4. As a result of the manuscripted form submitted to Atlantic by Aon, and the ensuing discussions, Atlantic did issue Policy No. MP00163-00 to NBCUniversal, with a Policy Period of January 1, 2010, to January 1, 2011. That policy was renewed each year thereafter until Atlantic issued its final policy to NBCUniversal, Policy No. MP00163-04, with a Policy Period of January 1, 2014, to June 30, 2015. The war exclusions found in this last policy, in the Motion Picture/Television Portfolio General Conditions section,

ANDERSON, McPHARLIN & CONNERS LLP
LAWYERS
707 WILSHIRE BOULEVARD, SUITE 4000
LOS ANGELES, CALIFORNIA 90017-3623
TEL (213) 688-0080 · FAX (213) 622-7594

2
DECLARATION OF PETER D. WILLIAMS

at pages 6 and 7, are the same exclusions as in the original policy issued to NBC, and are those requested by Aon.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Peter D. Williams

ANDERSON, MCPHARLIN & CONNERS LLP
LAWYERS
707 WILSHIRE BOULEVARD, SUITE 4000
LOS ANGELES, CALIFORNIA 90017-3623
TEL (213) 688-0080 · FAX (213) 622-7594