# EXHIBIT 3

MARC J. SHRAKE (SBN 219331)
mjs@amclaw.com
ANDERSON, MCPHARLIN & CONNERS LLP
707 Wilshire Boulevard, Suite 4000
Los Angeles, California 90017-3623
Telephone: (213) 236-1691
Facsimile: (213) 622-7594

MICHAEL KEELEY (*Pro Hac Vice*)
michael.keeley@strasburger.com
TONI SCOTT REED (*Pro Hac Vice*)
toni.reed@strasburger.com
CARLA C. CRAPSTER (*Pro Hac Vice*)
carla.crapster@strasburger.com
STRASBURGER & PRICE, LLP
901 Main Street, Suite 4400
Dallas, Texas 75202
Telephone: (214) 651-4300
Facsimile: (214) 651-4330

Attorneys for Defendant
Atlantic Specialty Insurance Company

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| UNIVERSAL CABLE PRODUCTIONS LLC, a Delaware limited liability company, and NORTHERN ENTERTAINMENT PRODUCTIONS LLC, a Delaware limited liability company, <br><br> Plaintiffs, <br><br> vs. <br><br> ATLANTIC SPECIALTY INSURANCE COMPANY, a New York insurance company, <br><br> Defendant. | Case No. 2:16-cv-04435-PA-MRW <br><br> **DECLARATION OF CARLA C. CRAPSTER IN SUPPORT OF ATLANTIC SPECIALTY INSURANCE COMPANY'S OPPOSITION TO PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT** <br><br> File Date: June 20, 2016 <br> Discovery Cutoff: June 2, 2017 <br> Pre-Trial Conf.: June 16, 2017 <br> Trial Date: July 25, 2017 |

/ / /

/ / /

/ / /

DECLARATION OF CARLA C. CRAPSTER IN SUPPORT OF
ATLANTIC'S OPPOSITION TO PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT

I, Carla C. Crapster, declare:

1. I am an attorney duly licensed to practice law in the State of Texas and admitted *pro hac vice* before this Court. I am a partner in the law firm of Strasburger & Price LLP, attorneys of record for the defendant Atlantic Specialty Insurance Company ("Atlantic") in the above-captioned matter. I make this declaration in support of Atlantic's Motion for Summary Judgment. I have personal knowledge of the following facts and, if called and sworn as a witness, could and would competently testify thereto.

2. A true and correct copy of Universal Cable Productions LLC and Northern Entertainment Production LLC's First Amended Complaint in this lawsuit, filed on July 7, 2016, is attached as Exhibit 14 to Atlantic's Evidence.

3. A true and correct copy of the report prepared by Jim Zanotti dated February 10, 2015 for the Congressional Research Service entitled "The Palestinians: Background and U.S. Relations," which was found at https://www.hsdl.org/?view&did=762873, is filed herewith as Exhibit 4.

4. A true and correct copy of the Country Report on Human Rights Practices for Israel and the Occupied Territories for 2014 prepared by the U.S. Department of State, Bureau of Democracy, Human Rights, which was found at https://www.state.gov/documents/organization/236814.pdf, is filed herewith as Exhibit 5.

5. A true and correct copy of the report entitled "Human Rights Situation in Palestine and other Occupied Arab Territories," prepared by the Human Rights Council of the United Nations (U.N. Doc. A/HRC/29/CRP.4)(June 24, 2015)" which was found at http://www.ohchr.org/EN/HRBodies/HRC/CoIGazaConflict/Pages/ReportCoIGaza.aspx, is filed herewith as Exhibit 6.

2
DECLARATION OF CARLA C. CRAPSTER IN SUPPORT OF
ATLANTIC'S MOTION FOR SUMMARY JUDGMENT

6. A true and correct copy of the United Nations Resolution adopted by the General Assembly on 29 November 2012 (A/RES/67/19), which was found at http://www.un.org/en/ga/search/view_doc.asp?symbol=A/RES/67/19, is filed herewith as Exhibit 7.

7. A true and correct copy of the report entitled "Hamas: Background and Issues for Congress," prepared by Jim Zanotti of the Congressional Research Service, which was found at https://fas.org/sgp/crs/mideast/R41514.pdf, is filed herewith as Exhibit 8.

8. A true and correct copy of "The Covenant of the Islamic Resistance Movement (Aug. 18, 1988)," which was found at: http://avalon.law.yale.edu/20th_century/hamas.asp, is filed herewith as Exhibit 9.

9. A true and correct copy of UCP002282-2285, an e-mail from Max Security Intelligence to Stephen Smith (July 16, 2014 12:40 PST), which was produced by the plaintiffs in this case, is filed herewith as Exhibit 10.

10. A true and correct copy of UCP002524, an -mail from Max Security Intelligence to Stephen Smith (June 15, 2014), which was produced by the plaintiffs in this case, is filed herewith as Exhibit 11.

11. A true and correct copy of UCP002337, an e-mail from Max Security Intelligence to Stephen Smith, Head of Security, Europe, NBCUniversal (June 16, 2014 11:20 PST), which was produced by the plaintiffs in this case, is filed herewith as Exhibit 12.

12. A true and correct copy of UCP002205, an e-mail from Max Security Intelligence to Stephen Smith, Head of Security, Europe, NBCUniversal (June 24, 2017 24:17 PST), which was produced by the plaintiffs in this case, is filed herewith as Exhibit 13.

3
DECLARATION OF CARLA C. CRAPSTER IN SUPPORT OF
ATLANTIC'S MOTION FOR SUMMARY JUDGMENT

13. A true and correct copy of Universal Cable Productions LLC and Northern Entertainment Production LLC's First Amended Complaint in this lawsuit, filed on July 7, 2016, is attached as Exhibit 14 to Atlantic's Evidence.

14. A true and correct copy of the webpage including a statement regarding the connection between Universal Cable Productions and NBCUniversal, which was found at http://www.nbcuniversal.com/business/universal-cable-productions is filed herewith as Exhibit 15.

15. A true and correct copy of UCP003882, an e-mail from Jay Radzinski to Stephen Smith (May 14, 2014 06:36 PST), which was produced by the plaintiffs in this case, is filed herewith as Exhibit 16.

16. A true and correct copy of UCP002422, an e-mail from Max Security Intelligence to Stephen Smith (July 07, 2014 01:57 PST), which was produced by the plaintiffs in this case, is filed herewith as Exhibit 17.

17. A true and correct copy of UCP002149-54, an e-mail from Max Security Intelligence to Stephen Smith (July 05, 2014 03:16 PST), which was produced by the plaintiffs in this case, is filed herewith as Exhibit 18.

18. A true and correct copy of UCP002181-2188, Israel Dig Update, Security in Confidence: NBCUniversal Int'l. Security Briefing (NBCUniversal, New York, N.Y.) July 01, 2014, which was produced by the plaintiffs in this case, is filed herewith as Exhibit 19.

19. A true and correct copy of UCP002683-2684, an e-mail from Country Risk Forecast and Travel Security Online to Stephen Smith (July 09, 2014, 05:16 PST), which was produced by the plaintiffs in this case, is filed herewith as Exhibit 20.

20. A true and correct copy of UCP003798-3804, an e-mail from Max Security Intelligence to Stephen Smith (July 10, 2014 07:32 PST), which was produced by

4
DECLARATION OF CARLA C. CRAPSTER IN SUPPORT OF
ATLANTIC'S MOTION FOR SUMMARY JUDGMENT

the plaintiffs in this case, is filed herewith as Exhibit 21.

21. A true and correct copy of UCP002288-2292, an e-mail from Max Security Intelligence to Stephen Smith (July 11, 2014 02:06 PST), which was produced by the plaintiffs in this case, is filed herewith as Exhibit 22.

22. A true and correct copy of UCP002514-2517, an e-mail from Max Security Intelligence to Stephen Smith (July 12, 2014 03:33 PST), which was produced by the plaintiffs in this case, is filed herewith as Exhibit 23.

23. A true and correct copy of UCP002712-2716, an e-mail from Max Security Intelligence to Stephen Smith (July 14, 2014 12:30 PST), which was produced by the plaintiffs in this case, is filed herewith as Exhibit 24.

24. A true and correct copy of UCP002809-2812, an e-mail from Max Security Intelligence to Stephen Smith (July 15, 2014 12:39 PST), which was produced by the plaintiffs in this case, is filed herewith as Exhibit 25.

25. A true and correct copy of UCP002332-2336, an e-mail from Max Security Intelligence to Stephen Smith (July 16, 2014 12:53 PST), which was produced by the plaintiffs in this case, is filed herewith as Exhibit 26.

26. A true and correct copy of UCP002507, an e-mail from Chris Biggs to Stephen Smith (July 11, 2014 03:58 PST) which was produced by the plaintiffs in this case, is filed herewith as Exhibit 27.

27. A true and correct copy of UCP002704, an e-mail from Chris Biggs to Stephen Smith, with attachment (July 1, 2014 02:12 PST), which was produced by the plaintiffs in this case, is filed herewith as Exhibit 28.

28. A true and correct copy of UCP001845, an e-mail from Max Security Intelligence to Stephen Smith (July 08, 2014 01:46 PST), which was produced by the plaintiffs in this case, is filed herewith as Exhibit 29.

29. A true and correct copy of UCP000292, a copy of U.S. Dep't. of State: Bureau

5

DECLARATION OF CARLA C. CRAPSTER IN SUPPORT OF
ATLANTIC'S MOTION FOR SUMMARY JUDGMENT

of Consular Affairs, Israel, the West Bank and Gaza Travel Warning, U.S. Passports & Int'l. Travel (July 11, 2014), also available at https://web.archive.org/web/20140724171638/http://travel.state.gov/content/passports/english/alertswarnings/Israel-travel-warning.html (last visited on May 18, 2016), which was produced by the plaintiffs in this case, is filed herewith as Exhibit 30.

30. A true and correct copy of UCP002372, an e-mail from Max Security Intelligence to Stephen Smith (July 09, 2014 24:57 PST), which was produced by the plaintiffs in this case, is filed herewith as Exhibit 31.

31. A true and correct copy of UCP001851, an e-mail from Max Security Intelligence to Stephen Smith (July 11, 2014 12:26 PST), which was produced by the plaintiffs in this case, is filed herewith as Exhibit 32.

32. A true and correct copy of UCP002155-57, an e-mail from Chris Biggs to Stephen Smith (Aug. 01, 2014 01:20 PST), which was produced by the plaintiffs in this case, is filed herewith as Exhibit 33.

33. A true and correct copy of UCP003777, an e-mail from Chris Biggs to Stephen Smith (Aug. 01, 2014 02:34 PST), which was produced by the plaintiffs in this case, is filed herewith as Exhibit 34.

34. A true and correct copy of UCP003612, an e-mail from Stephen Smith to Mark Binke (July 17, 2014 01:29 PST), which was produced by the plaintiffs in this case, is filed herewith as Exhibit 35.

35. A true and correct copy of the report prepared by the U.N. Office for the Coordination of Humanitarian Affairs, entitled " Fragmented Lives Humanitarian Overview 2014, which was found at https://www.ochaopt.org/documents/annual_humanitarian_overview_2014_english_final.pdf. is filed herewith as Exhibit 36.

36. A true and correct copy of UCP002054, an e-mail from Max Security Intelligence to Stephen Smith (July 20, 2014 01:43 PST), which was produced by the plaintiffs in this case, is filed herewith as Exhibit 37.

37. A true and correct copy of UCP002136, an e-mail from Max Security Intelligence to Stephen Smith (July 21, 2014 07:00 PST), which was produced by the plaintiffs in this case, is filed herewith as Exhibit 38.

38. A true and correct copy of UCP000340-42, an e-mail from Susan Weiss to Andrea Garber (July 15, 2014 13:34 PST), which was produced by the plaintiffs in this case, is filed herewith as Exhibit 39.

39. A true and correct copy of Plaintiffs' Supplemental Responses to Defendant's Second Set of Interrogatories: Supplemental Response to Interrogatory No. 25, is filed herewith as Exhibit 40.

40. A true and correct copy of Plaintiffs' Response to Defendant's First Set of Interrogatories: Response to Interrogatory No. 16, is filed herewith as Exhibit 41.

41. A true and correct copy of AONNBCU000916, an e-mail from Susan Weiss to Kurt Ford (Nov. 24, 2009 20:00 PST), which was produced by the plaintiffs in this case, is filed herewith as Exhibit 42.

42. A true and correct copy of the statement on Aon's website, which was found at http://www.aon.com/about-aon/about-aon.jsp, is filed herewith as Exhibit 43.

43. A true and correct copy of UCP000056-000110, Atlantic Specialty Insurance Company Policy Number No. MP00163-04, which was produced by the plaintiffs in this case, is filed herewith as Exhibit 44.

44. A true and correct copy of ATL005260, Gaza cease-fire holds between Hamas and Israel after 50-day war, NBC News, Aug. 27, 2014, which was found at http://www.nbcnews.com/storyline/middle-east-unrest/gaza-cease-fire-holds-

ANDERSON, MCPHARLIN & CONNERS LLP

between-hamas-israel-after-50-day-n189821 is filed herewith as Exhibit 45.

45. A true and correct copy of ATL004726-004729, Alastair Jamieson, How technology is intensifying Gaza War between Israel and Hamas, NBC News, July 30, 2014, which was found at http://www.nbcnews.com/storyline/middle-east-unrest/how-technology-intensifying-gaza-war-between-israel-hamas-n158536 is filed herewith as Exhibit 46.

46. A true and correct copy of ATL004732, Israel and Hamas exchange missile fire as Gaza War looms, NBC News, July 8, 2014, which was found at http://www.nbcnews.com/news/world/israel-hamas-exchange-missile-fire-gaza-war-looms-n151111 is filed herewith as Exhibit 47.

47. A true and correct copy of ATL004736-004738, Public support for Israel shifting amid Gaza War, Britain warns, NBC News, July 30, 2014, which was found at http://www.nbcnews.com/storyline/middle-east-unrest/public-support-israel-shifting-amid-gaza-war-britain-warns-n168366 is filed herewith as Exhibit 48.

48. A true and correct copy of ATL004741, Gaza death toll nears 1,500 as 72-hour truce with Israel begins, NBC News, Aug. 01, 2014, which was found at http://www.nbcnews.com/storyline/middle-east-unrest/gaza-death-toll-nears-1-500-72-hour-truce-israel-n170236 is filed herewith as Exhibit 49.

49. A true and correct copy of ATL004588-004597, Benjamin Landy & Maria Lokke, Scenes of war and heartbreak as Israel-Hams conflict intensifies, MSNBC, July 18, 2014, which was found at http://www.msnbc.com/msnbc/scenes-war-and-heartbreak-israel-hamas-conflict-intensifies is filed herewith as Exhibit 50.

50. A true and correct copy of ATL004598-004602, Donna Stefano, In Israel and Palestine, children imagine a world without war, MSNBC, July 06, 2014, which was found at http://www.msnbc.com/msnbc/israel-and-palestine-children-

8

DECLARATION OF CARLA C. CRAPSTER IN SUPPORT OF
ATLANTIC'S MOTION FOR SUMMARY JUDGMENT

imagine-world-without-war is filed herewith as Exhibit 51.

51. A true and correct copy of the statement regarding the relationship between NBCUniversal and MSNBC, which was found at http://www.nbcuniversal.com/business/msnbc is filed herewith as Exhibit 52.

52. A true and correct copy of the statement regarding the relationship between NBCUniversal and NBC News, which was found at http://www.nbcuniversal.com/business/nbc-news is filed herewith as Exhibit 53.

53. A true and correct copy of ATL005261-005267, Nicholas Casey, Joshua Mitnick & Nicholas Casey, Israel, Hamas set out demands on Gaza, The Wall Street Journal, Oct. 23, 2014, which was found at https://www.wsj.com/articles/israel-pulls-forces-from-gaza-as-cease-fire-begins-1407231543 is filed herewith as Exhibit 54.

54. A true and correct copy of ATL004603-004605, Isabel Kershner, Israel clears troops in airstrike near school in 2014 Gaza War, N.Y. Times, Aug. 24, 2016, which was found at https://www.nytimes.com/2016/08/25/world/middleeast/israel-gaza-war.html?_r=0 is filed herewith as Exhibit 55.

55. A true and correct copy of ATL004771-04774, Ilene Prusher, Israel seeks to gain advantage by reversing course in Gaza, Time Magazine, Aug. 03, 2014, which was found at http://time.com/3076594/israel-gaza-cease-fire-hamas-netanyahu/ is filed herewith as Exhibit 56.

56. A true and correct copy of ATL004776-004779, William Booth, Here's what really happened in the Gaza war (according to the Israelis), The Washington Post, Sept. 03, 2014, which was found at https://www.washingtonpost.com/news/worldviews/wp/2014/09/03/heres-

9
DECLARATION OF CARLA C. CRAPSTER IN SUPPORT OF
ATLANTIC'S MOTION FOR SUMMARY JUDGMENT

what-really-happened-in-the-gaza-war-according-to-the-israelis/?utm_term=.18ba9ee8a00e is filed herewith as Exhibit 57.

57. A true and correct copy of ATL004606-004610, Aaron D. Miller, Gaza war: The terrifying truth, CNN, Aug. 03, 2014, which was found at http://www.cnn.com/2014/08/01/opinion/miller-gaza-hamas-israel-cease-fire-obstacles/ is filed herewith as Exhibit 58.

58. A true and correct copy of ATL004611-004630, Josef Federman, Israel clears forces in several deadly 2014 Gaza war cases, U.S. News and World Report, Associated Press, Aug. 24, 2016, which was found at https://www.usnews.com/news/world/articles/2016-08-24/israel-clears-forces-in-several-deadly-2014-gaza-war-cases is filed herewith as Exhibit 59.

59. A true and correct copy of ATL004755-004758, Lizzie Dearden, Israel-Gaza conflict: 50-day war by numbers, The Independent, Aug. 27, 2014, which was found at http://www.independent.co.uk/news/world/middle-east/israel-gaza-conflict-50-day-war-by-numbers-9693310.html is filed herewith as Exhibit 60.

60. A true and correct copy of ATL004631-004634, Batsheva Sobelman, Israel and Hamas may have committed war crimes in Gaza, U.N. report says, The Los Angeles Times, June 22, 2015, which was found at http://www.latimes.com/world/middleeast/la-fg-un-report-gaza-war-20150622-story.html is filed herewith as Exhibit 61.

61. A true and correct copy of ATL004635-004647, Israeli 2014 Gaza war actions lawful, report says, BBC News, June 14, 2015, which was found at http://www.bbc.com/news/world-middle-east-33128955 is filed herewith as Exhibit 62.

62. A true and correct copy of ATL004648-004651, Amir Oren, After seven weeks of Gaza War, Hamas 1, Israel 0, Haaretz News, Aug. 26, 2014, which was found

10
DECLARATION OF CARLA C. CRAPSTER IN SUPPORT OF
ATLANTIC'S MOTION FOR SUMMARY JUDGMENT

at http://www.haaretz.com/israel-news/.premium-1.612437 is filed herewith as Exhibit 63.

63. A true and correct copy of ATL00004748-004754, Debra Kamin, The one place where Israel and Hamas are communicating, The Atlantic, Aug. 05, 2014, which was found at https://www.theatlantic.com/international/archive/2014/08/the-one-place-where-israel-and-hamas-are-communicating/375589/ is filed herewith as Exhibit 64.

64. A true and correct copy of ATL004652-004654, Abeer Ayyoub, 13,000 families in Gaza still displaced two years after war with Israel, USA Today, Aug. 10, 2016, which was found at https://www.usatoday.com/story/news/world/2016/08/10/gaza-city-families-displaced-war-israel/88002220/ is filed herewith as Exhibit 65.

65. A true and correct copy of ATL004655-004657, Najla Shawa, Children suffer and die in Gaza. Who Notices?, The Chicago Tribune, Jan. 29, 2015, which was found at http://www.chicagotribune.com/news/opinion/commentary/ct-deaths-babies-gaza-war-palestinians-perspec-0129-20150128-story.html is filed herewith as Exhibit 66.

66. A true and correct copy of ATL004658, Sarahtr, Decimated Hamas makes ludicrous claims, The Chicago Sun Times, Sept. 05, 2014, which was found at http://chicago.suntimes.com/politics/decimated-hamas-makes-ludicrous-claims/ is filed herewith as Exhibit 67.

67. A true and correct copy of ATL004659-004661, The Associated Press, Israel and Hamas reach an uneasy cease-fire in 50-day Gaza war, The Denver Post, Aug. 26, 2014, which was found at http://www.denverpost.com/2014/08/26/israel-and-hamas-reach-an-uneasy-cease-fire-in-50-day-gaza-war/ is filed herewith as Exhibit 68.

11
DECLARATION OF CARLA C. CRAPSTER IN SUPPORT OF
ATLANTIC'S MOTION FOR SUMMARY JUDGMENT