# EXHIBIT 18

**From:**          Max Security Intelligence ███████████████
**Sent:**          July 05, 2014 3:16 AM
**To:**            Smith, Stephen (NBCUniversal)
**Subject:**       Israel & Palestinian Territories Alert (UPDATE): Iron Dome anti-missile battery deployed to Tel Aviv area ahead of deadline for ultimatum

If you cannot see this email properly, please click here



### Israel & Palestinian Territories Alert (UPDATE): Iron Dome anti-missile battery deployed to Tel Aviv area ahead of deadline for ultimatum (July 5, 2014 - 10:10 UTC)

(Click          here          to          read          the          previous          report)

**Please                              be                              advised**

Ground sources reported on July 5 that an Iron Dome anti-missile battery has been deployed by Israel Defense Forces (IDF) to the Tel Aviv area. This follows reports from the IDF spokesperson during the evening hours of July 4 that Israel Air Force (IAF) airstrikes were conducted against three sites belonging to Hamas in the southern Gaza Strip. Following further reports of rocket fire targeting southern Israel, subsequent reports from the overnight hours of July 4-5 indicate that additional airstrikes were recorded, which were similarly followed by incidents of rocket fire, including one that reportedly landed in an open area of the Eshkol Regional Council during the morning hours of July 5. In total, reports indicate that, during the evening and overnight hours of July 4-5, as many as 25 rockets were launched toward Israel.

These incidents also follow reports from July 4 that a 48-hour ultimatum was issued by Israel to Hamas to end the firing of rockets or face heavy retaliation. This comes amidst unconfirmed reports indicating that a ceasefire was reached following Egyptian mediation. In addition, Israel's Prime Minister Benjamin Netanyahu has reportedly stated that "quiet will be answered with quiet", with similar statements reportedly coming from Hamas.

Also during the evening hours of July 4, an IDF force reportedly fired at two Palestinian militants attempting to place an improvised explosive device (IED) along the Gaza-Israel border. Reports indicate that one Palestinian was wounded.

In Jerusalem on July 4, scuffles were reported in East Jerusalem's Shuafat neighborhood during and after the funeral procession of Muhammed Abu Khadir, a Palestinian youth who

Page 606

died on July 2. The investigation behind his death is ongoing to determine whether the motives were nationalistic or criminal. The Israeli police stated that six police officers were taken to the hospital after being injured during the "riots". Additional violent protests were also reported during the late evening hours of July 4 in the Arab neighborhoods of and near East Jerusalem, with the Israeli police reporting that protesters were using Molotov cocktails and tire fires. Further reports indicate that five Palestinians were wounded following clashes with IDF forces in Hebron, and another eight were injured during similar incidents in Ramallah.

The US Embassy in Israel issued a travel warning on July 4, forbidding US personnel and their families from traveling to East Jerusalem's Shuafat neighborhood and the Old City. It further stated that a heightened security presence continues to be witnessed throughout these neighborhoods, restricting traffic, while reiterating its recommendation to "avoid demonstrations and other crowds as they can turn violent without warning".

In addition, during the morning hours of July 5, security forces closed Route 5614 after violent riots were reported near the entrance to Qalansawe. Protesters in the area reportedly attacked passing Jewish civilian vehicles. Violent protests were also reported in several Israeli Arab towns, particularly in the "Triangle", which refers to the concentration of Arab-Israeli towns adjacent to the border with the West Bank, and which includes Qalansawe, Tayibe, and Tira. Police reportedly used tear gas to disperse demonstrators, while protests are also slated for June 5 at an unspecified time during the afternoon hours.

Thousands also reportedly demonstrated in Sakhnin, located northeast of Haifa, on July 4 to condemn Israel's policy in the West Bank, as well as in solidarity with the Palestinian people. No unrest was recorded during the demonstration.

Finally, a demonstration has been called for July 5 at 21:30 (local time) in front of the Prime Minister's residence in Jerusalem to call for a change in the government's policies in order to create more security. Also on July 5, left wing activist group has called for a protest in Haifa's Hacarmel Center to condemn violence and incitement. The gathering will be held at 21:00.

## Assessments

Despite ongoing tit-for-tat attacks, we continue to assess that Hamas and Israel likely do not seek an escalation at this time. This is connected to concerns over the potential effect of an escalation in Gaza on the already volatile situation in the West Bank, which has experienced significant unrest in recent weeks. It also likely explains Prime Minister Netanyahu's statement that "quiet will be answered with quiet" and unconfirmed reports of an Egyptian-mediated ceasefire. In this context, the three airstrikes are likely seen by Israel as a limited response and as a show of restraint, as opposed to previous days when dozens of airstrikes were recorded. Moreover, due to an ongoing Egyptian campaign to target the smuggling tunnels, Hamas likely understands that an intensification of hostilities at this time would further weaken the group's position in Gaza. That said, several factors could force each side into an undesired escalation.

Gaza-based fringe militant groups, which may have an interest in the deterioration of the

CONFIDENTIAL

security situation and likely conducted the majority of recent rocket fire, are liable to seek to sabotage stabilization efforts and, thus, continue firing rockets. Such a strategy likely stems from their intention undermine Hamas, while also garnering support among Palestinians, by demonstrating that they are retaliating for the death of the Palestinian teenager, Abu Khadir. This is in addition to their understanding that amidst elevated tensions, a localized incident has the potential to prompt a broader escalation. This potential can be explained by both sides' ongoing domestic pressure to harshly response to recent incidents. As a result, tit-for-tat attacks between the IAF and Gaza-based militant groups are likely to continue in the coming hours, with the risk that Israeli airstrikes or Palestinian rocket attacks may lead to a broader escalation, including in the event that Israeli civilian casualties are recorded. This likely holds true should a ceasefire, either official or unofficial, is implemented as well, particularly in the hours following its implementation. In this context, such fringe Palestinian groups may attempt to undermine the agreement and prompt an Israeli response by continuing to fire rockets.

The deployment of the Iron Dome in Tel Aviv thus likely represents a security precaution, given the possibility that Hamas does not adhere to the ultimatum or that any potential ceasefire proves temporary or is undermined, and ultimately results in an escalation. With this in mind, we assess that, in the event that the ultimatum deadline passes without a cessation or significant decrease in the firing of rockets, Israel may determine that a broader response is legitimate, thereby triggering the firing of rockets toward larger population centers at greater distances from the Gaza Strip. Similarly, as previously stated, civilian casualties or other circumstances may also push the two sides toward such an escalation, even if undesired.

Meanwhile, given the persistent tensions surrounding the death of Abu Khadir, we continue to assess that further unrest is likely to be recorded for the remainder of July 5 and in the coming days in eastern Jerusalem's Arab neighborhoods, such as Shuafat, Silwan, Beit Hanina, and Wadi al-Joz. Additional unrest also remains likely throughout the West Bank, including in Ramallah, Hebron, and Jenin, as was witnessed on July 4. Within Israel as well, protests are likely to occur in Arab-populated towns, such as Qalansawe, Tayibe, and Tira, underscored by the demonstrations called for July 5. These are particularly likely to occur during the evening hours following the fast breaking for Ramadan. In light of unrest recorded during similar protests on June 4, heightened security is liable to be recorded in the vicinity, with an increased possibility for scuffles.

Finally, due to ongoing sensitivities surrounding the death of the three Israeli youth, as well as increased tensions regarding Gaza-Israel hostilities, we assess that the protest in front of the PM residence is likely to draw a relatively large turnout, possibly numbering in the hundreds. While increased security measures should be anticipated in its vicinity, possibly causing disruptions for traffic movement, there is a low likelihood for unrest, given reports that the demonstration has received police approval.

## Recommendations: Israel

Travel to Israel may continue while adhering to security precautions regarding civil unrest,

Page 608

UCP002151

militancy and travel to border areas.

Those operating or residing in Israel are advised to avoid the immediate vicinities of all border areas due to the persistent risk for cross border violence. Those traveling in the 40 km area surrounding the Gaza Strip should continue adhering to all safety precautions regarding early warning sirens for incoming rockets. In case you hear a siren, seek shelter in a protected area and remain inside for at least 10 minutes.

For the duration of July 5, those operating or residing in Jerusalem are advised to avoid nonessential travel to the Shuafat, Beit Hanina, Silwan, and Wadi al-Joz, as well as the vicinity of the Temple Mount/al-Aqsa Mosque Compound and the Damascus Gate given the potential for further unrest. Maintain heightened vigilance throughout East Jerusalem and the Old City for the same reason.

It is further advised to maintain heightened vigilance and allot extra time for travel in the vicinity of the Prime Minister's residence due to an anticipated gathering for this locale. Those operating or residing in Haifa on July 5 are advised to maintain heightened vigilance and allot extra time for travel in the vicinity of Haifa's Hacarmel Center for the same reason.

### Recommendations: Palestinian Territories

We advise against all travel to the Gaza Strip at this time due to continuous border crossing closures and the threat of militant activity.

As a general precaution, avoid all travel to the West Bank for the remainder of July 5 and over the coming days, due to the potential for expanding counter-militancy operations, and relating unrest in Palestinian urban centers. The risk for altercations remains most pronounced in the Hebron, Jenin, and Nablus areas, and to a lesser extent within Ramallah and Bethlehem.

Be advised that crossing points between Israeli and Palestinian controlled territories, including the Qalandiya checkpoint between Jerusalem and Ramallah, have frequently witnessed unrest leading to violence. As a result, crossing points may be closed, or experiencing disruptions. Additionally, avoid nonessential travel to the vicinity of the Ofer prison, due to threat of unrest.

Page 609



Focal points in Israel



Focal points in Jerusalem

Page 610

UCP002153



To view a complete description of icons used in intelligence reports, click here.
*(Map created using Google Earth)*

*For any questions or concerns on how these events impact your business continuity, please
contact                                                                                                              us:*
Intelligence                                      support:
On-ground                                      support:
General            assistance                hotline:           +44              20-3540-0434
www.max-security.com

**To view a description of this report and others included in our regional intelligence
packages,                                                   click                                                     here.**

DISCLAIMER: Please note that any views and/or opinions and/or assessment and/or recommendations presented in this text are solely those of
Max Security. If you are not the named addressee you should not disseminate, distribute or copy this text. If you are not the intended recipient
you are notified that disclosing, copying, distributing or taking any action in reliance on the contents of this information is strictly prohibited.
Max Security Solutions accepts no liability for (i) the contents of this text/report being correct, complete or up to date; (ii) consequences of any
actions taken or not taken as a result and/or on the basis of such contents. Copyright 2014 Max Security

To be removed from our mailing list click here

Page 611

# EXHIBIT 19

| | |
|---|---|
| **From:** | Biggs, Chris (NBCUniversal) ███████████████ |
| **Sent:** | July 09, 2014 3:51 AM |
| **To:** | Smith, Stephen (NBCUniversal) |
| **Cc:** | Noordeloos, Erin (NBCUniversal) |
| **Subject:** | Israel Update |
| **Attachments:** | Israel Update 090714.docx |

Please see update attached.

Will update throughout the day ahead of the call this afternoon.

Thanks,

Chris

**Chris Biggs**
Security & Intelligence Analyst
International Security
NBCUniversal International

T: +44 203 618 7832

**NBCUniversal International**
1 Central St Giles
St Giles High Street
London WC2H 8NU
United Kingdom
www.nbcuni.com



**Global Security**

CONFIDENTIAL

# NBCUniversal

**O&TS** Operations & Technical Services    **Global Security**

## Israel  Dig Update

This document is current as of 01 July 2014. Any updates will be completed by Stephen Smith/Chris Biggs. The document may be shared internally.

**Compiled:**       01 July 2014
**Compiled by:**    Chris Biggs
**Distribution:**

| Name | Role |
|------|------|
| Stephen Smith | Head of Security, Europe |

**Current Situation:**

| Situation Name | Dig Production |
|----------------|----------------|
| Unit/Business Affected | |
| Location | Jerusalem, Tel Aviv, Haifa |
| Dates | July 2014 |



Page 614

Security in Confidence: NBCUniversal International Security Briefing

CONFIDENTIAL

UCP002182

**NBCUniversal**

**O&TS** Operations & Technical Services

**Global Security**

The Israeli air force expanded its offensive against Hamas militants in Gaza early Wednesday, as rocket fire on Israel's south, center and coastal plain continued.

Israel has attacked more than 160 targets since Tuesday and more than 170 rockets have been fired from Gaza during the same period, according to Israel Defense Forces estimates. Long-range rockets have reached Tel Aviv, Jerusalem and as far north as Hadera. The Iron Dome defense system has intercepted more than 45 rockets in the last 24 hours.

The IDF strikes on Gaza overnight targeted some 120 underground launchers and 10 tunnels, a naval police base and domestic security offices, and the homes of eight senior Hamas member which the army says served as command centres and were used in coordinating the rocket fire on Israel's south.

Egypt brokered a truce in the conflict two years ago, but its military-backed government is hostile toward Islamist Hamas and there were no immediate signs of intervention to halt the current fighting. Talks on a ceasefire are purportedly on going.

Hamas has said it could restore calm if Israel halted the Gaza offensive, once again committed to a 2012 ceasefire truce and freed the prisoners it detained in the West Bank last month.

**Incidents 09 07 14**

- Gaza death toll between 25-35, with at least 300 injured.

- Iron Dome defense system deployed near Jerusalem, following large amounts of long range missiles fired from Gaza.

- Public bomb shelters opened in Tel Aviv and Jerusalem.

- Hamas claims responsibility for firing of 4 rockets on Jerusalem, 4 on Tel Aviv, 12 on Ashdod and 1 on Haifa.

- 5 Rockets fired towards Tel Aviv, 4 intercepted successfully, 1 landed in the sea, no injuries. Rockets aimed at Ben Gurion Airport.

- Rocket fired towards Jerusalem hit a residents building in Jerusalem, no injuries reported.

- Due to rocket attacks, U.S. Embassy in Tel Aviv to operate in minimal staffing.

- The European hospital in Gaza has been hit by Israel fighter jets, casualties reported.

- Rocket landed in Hadera area, city between Tel Aviv and Haifa, 60 miles from Gaza.

- Gunmen from Hamas landed on the shore near Zikim adjacent to the Gaza border, where a kibbutz and a military base are located. Four gunmen were killed.

**Operation Pillar of Defence (14 – 21 November 2012)**

Page 615

CONFIDENTIAL

UCP002183

**NBCUniversal**

O&TS
Operations & Technical Services

Global Security

**Operation Pillar of Defence** was an eight-day Israel Defence Forces (IDF) operation in the Hamas-governed Gaza Strip, officially launched on 14 November 2012 with the killing of Ahmed Jabari, chief of the Gaza military wing of Hamas.

The operation was preceded by a period with a number of mutual Israeli–Palestinian responsive attacks. According to the Israeli government, the operation began in response to the launch of over 100 rockets at Israel during a 24-hour period, an attack by Gaza militants on an Israeli military patrol jeep within Israeli borders, and an explosion caused by IEDs, which occurred near Israeli soldiers, on the Israeli side of a tunnel passing under the Israeli West Bank barrier. The Israeli government stated that the aims of the military operation were to halt rocket attacks against civilian targets originating from the Gaza Strip and to disrupt the capabilities of militant organizations.

During the course of the operation, the IDF claimed to have struck more than 1,500 sites in the Gaza Strip, including rocket launchpads, weapon depots, government facilities, and apartment blocks. Gaza officials said 133 Palestinians had been killed in the conflict: 79 militants, 53 civilians, and a policeman. They estimated that 840 Palestinians were wounded.

During the operation, Hamas, the al-Qassam Brigades and the Palestinian Islamic Jihad (PIJ) further intensified their rocket attacks on Israeli cities and towns firing over 1,456 rockets into Israel, and an additional 142 which fell inside Gaza itself. Palestinian militant groups used weapons including Iranian-madeFajr-5, Russian-made Grad rockets, Qassams, and mortars. Some of these weapons were fired into Rishon LeZion, Beersheba, Ashdod, Ashkelon, and other population centres. Tel Aviv was hit for the first time since the 1991 Gulf War, and rockets were fired at Jerusalem. The rockets killed three Israeli civilians in a direct hit on a home in Kiryat Malachi.

By the end of the operation, six Israelis had been killed, two hundred forty were injured, and more than two hundred had been treated for anxiety. About 421 rockets were intercepted by Israel's Iron Dome missile defence system, another 142 fell on Gaza itself, 875 fell in open areas, and 58 hit urban areas in Israel. A bus in Tel Aviv was bombed by an Arab-Israeli, injuring 28 civilians

The conflict sparked widespread protests in the West Bank, leading to an upsurge in clashes between Palestinians and the IDF. On 14 November, two Israelis were lightly injured when their vehicle was stoned near Gush Etzion. The road from Jerusalem to Gush Etzion was closed as a result of fierce protests.

On 18 November, a 31-year-old Palestinian man participating in a demonstration in Nabi Saleh was killed by Israeli fire. The IDF, which described the protest as "illegal and violent", launched an investigation into the incident. By 19 November, over 50 Palestinians had been reported injured during solidarity protests held in East Jerusalem, Ramallah, Bethlehem, Beit Ummar, and Qalandia.

## Latest Updates Wednesday 9 July 2014:

**1:24 P.M.** Three rockets explode in the Be'er Tuvia Regional Council; no damage reported. Two other rockets hit, one in a town in the Yoav Regional Council and another in an open area in the Eshkol Regional Council. (Shirley Seidler)

Page 616

**NBCUniversal**                    **O&TS**   Global Security
                                    Operations & Technical Services

**1:11 P.M.** A rocket explodes in a town in the Eshkol Regional Council; the siren fails to sound. Another rocket explodes near a kibbutz in the Sha'ar Hanegev Regional Council, sparking a fire. (Shirley Seidler)

**12:40 P.M.** A father and son were killed in an Israeli airstrike in Gaza, the Palestinian news agency Ma'an reports.

**12:30 P.M.** *Defense Minister Moshe Ya'alon says during a security briefing that the operation against Hamas is to be expanded in the coming days.* According to Ya'alon, the Israeli strikes in Gaza have destroyed weapons, terror infrastructure, command centers, Hamas institution, government buildings and terrorists' homes.

"We are killing terrorists of different ranks, and this operation will persist and intensify," he says. "For our part, this doesn't have to be a short battle. We will continue hitting Hamas and other terrorist groups hard."

**12:10 P.M.** A spokesman for the Egyptian president says that intensive efforts to negotiate a cease-fire between Israel and Hamas are ongoing. (Jack Khoury)

**12:09 P.M.** A rocket explodes near Kiryat Malakhi, sparking a fire at a farm. Two other rockets hit open areas in the Eshkol Regional Council. (Shirley Seidler)

**12:05 P.M.** Sirens go off in Be'er Tuvia and Gedera; sounds of explosions ensue. Evidently, rockets fired toward the area were intercepted.

Iron Dome intercepts three rockets fired toward Ashdod. (Gili Cohen)

**11:50 A.M.** The IDF confirms that an antiaircraft missile, evidently a Strela, was fired toward an Israeli air force plane after the start of Operation Protective Edge. (Gili Cohen)

**11:36 A.M.** Palestinian sources say an 80-year-old woman has been killed in an IDF attack on central Gaza. (Jack Khoury)

**10:40 A.M.** Rocket intercepted over Ashkelon, another strikes near school; several people suffering from shock (Shirley Seidler).

**10:25 A.M.** Vandals spray paint anti-Arab slogans in several Jerusalem neighborhoods; police open an investigation. (Nir Hasson)

**10:10 A.M.** Palestinian President Mahmoud Abbas asks Egyptian President Abdel-Fattah al-Sissi to intervene in the escalating violence between Israel and militants in Gaza. Abbas says he has spoken with Hamas leaders, who are interested in a cease-fire. The Egyptian envoy in the Palestinian Authority says that talks between the sides are ongoing but an agreement has yet to be reached. (Jack Khoury)

**10:05 A.M.** The rockets that were fired on central Israel earlier Wednesday were aimed at Ben-Gurion Airport, Palestinian sources report. (Jack Khoury)

The Iron Dome intercepts a rocket fired toward Ashdod. (Shirley Seidler)

**9:54 A.M.** An IAF strike in Beit Hanoun in northern Gaza kills a motorcyclist and wounds one other person.

**NBCUniversal**     O&TS     Global Security

Hamas claims responsibility for rockets fired on Tel Aviv earlier Wednesday. (Jack Khoury)

**9:40 A.M.** The Israel Air Force strikes targets in the Gaza Strip. (Gili Cohen)

**9:33 A.M**. 24 Palestinians have been killed and 200 wounded since start of operation on Monday night, according the Gaza health ministry.

**8:50 A.M.** The Iron Dome missile defense system intercepts two rockets fired toward central Israel. (Gili Cohen)

**8:42 A.M.** Two rockets explode in the Eshkol Regional Council; a farm is damaged. (Shirley Seidler)

**8:30 A.M.** Rocket sirens ring across central Israel; explosions heard. (Haaretz)

**8:26 A.M.** Two rockets explode near a town in the Shaar Hanegev Regional Council. (Shirley Seidler)

**8:15 A.M.** Since the launch of the IAF's Operation Protective Edge on Monday night, 225 rockets were fired from Gaza toward Israel; 40 were intercepted by the Iron Dome. The air force has struck 434 targets in Gaza so far as part of the operation.

**Additional Maps**

Page 618

CONFIDENTIAL

UCP002186

# NBCUniversal



Global Security



Security in Confidence: NBCUniversal International Security Briefing

CONFIDENTIAL

UCP002187



**NBCUniversal**

| RISK ANALYSIS TABLE | | IMPACT | | | | |
|---|---|---|---|---|---|---|
| | | Negligible | Minor | Moderate | Severe | Critical |
| **L I K E L I H O O D** | Very Likely | Low | Medium | High | Very High | Very High |
| | Likely | Low | Medium | High | High | Very High |
| | Moderately Likely | Very Low | Low | Medium | High | High |
| | Unlikely | Very Low | Low | Low | Medium | Medium |
| | Very Unlikely | Very Low | Very Low | Very Low | Low | Low |

### Ratings descriptors

*Impact*

| | |
|---|---|
| Negligible | No damage |
| Minor | Limited delays<br>Some minor injuries / possible stress<br>Possible damage or loss |
| Moderate | Delays<br>Non life threatening injuries/High stress<br>Some loss |
| Severe | Severe disruptions<br>Severe injuries<br>Significant loss |
| Critical | Cancellation of activities<br>Death and severe injuries<br>Major or total loss |

*Probability*

| | |
|---|---|
| Very Unlikely | Unrealistic<br>Less than 10% (less than 1 in 10) |
| Unlikely | Improbable/Doubtful<br>Between 10 and 30% |
| Moderately Likely | Reasonable<br>Between 30 to 60% |
| Likely | High<br>Between 60 to 90% |
| Very Likely | Expected to occur<br>Over 90% (more than 9 in 10) |

Page 620

CONFIDENTIAL

UCP002188

# EXHIBIT 20

**From:**           Country Risk Forecast and Travel Security Online
**Sent:**           July 09, 2014 5:16 AM
**To:**             Smith, Stephen (NBCUniversal)
**Subject:**        Israel: Gaza militants' use of long-range rockets, heightened communal tensions justify increase in security risk to MEDIUM

     

## Country Risk Forecast and Travel Security Online

9 Jul 2014

### Israel: Gaza militants' use of long-range rockets, heightened communal tensions justify increase in security risk to MEDIUM

Control Risks is raising its security risk rating for Israel from low to MEDIUM following the escalation in hostilities between Israeli forces and militants based in Gaza (Palestinian Territories). Hamas and Islamic Jihad on 8 and 9 July fired long-range rockets towards areas up to 60 miles (100km) from Gaza. Militants in Gaza have also continued to fire short-range rockets into southern Israel. The rockets have caused no casualties.

**The deployment of long-range rockets against cities is the main factor behind the increased rating**. Israel's missile defence system on the night of 8-9 July shot down around four M-75 rockets over Tel Aviv and around four over Jerusalem. One projectile landed in Jerusalem. Reports suggest that Hamas fired missiles at Hadera and towards Haifa, north of Tel Aviv. The long-range missiles are the first to be deployed since the 2012 Hamas/Israel conflict.
**Nevertheless, such rockets are unlikely to cause extensive damage and casualties**. The missiles are highly inaccurate, and have thus far only carried light warheads that are incapable of bringing down buildings (though Hamas may also possess a limited number of heavier weapons). Israel's missile defence system – though by no means impregnable – is also broadly effective and is heavily deployed around Tel Aviv and Jerusalem.
**Militants' use of long-range rockets is likely to lead to a further escalation in the conflict**. Israel on 8-9 July bombed around 160 suspected militant sites in Gaza, bringing the number of airstrikes to more 440 and the Palestinian death toll to more than 20 since the kidnapping of three Israeli teenagers on 12 June. A ground offensive remains possible. **However, the conflict is likely to reduce in intensity within several weeks**.
**The MEDIUM risk rating also reflects increased communal tensions in Israeli towns**. There have been protests in recent weeks in Jerusalem, Jaffa, Hadera and several towns in Galilee – and across the West Bank – by Israeli and Palestinian Arabs, and small-scale violent confrontations between Arabs and Jewish Israelis or the Israeli security forces. Although political tensions will remain heightened over the coming weeks, communal violence is unlikely to target foreign personnel.

#### Attempted incursions via the sea
Israeli military officials on 8 July said that the army had foiled an attempt by Gaza-based militants to infiltrate southern Israel via the Mediterranean Sea. They claimed that the Israeli security forces had killed four Palestinian men as they reached the shore of Kibbutz Zikim.

It was the first attempted sea incursion since two reported incidents in 2010. Islamic Jihad claimed responsibility for releasing several floating barrel bombs in February of that year near Israeli beaches. The Israeli security forces in June 2010 killed four divers whom they suspected of preparing a sea-borne attack.

Page 622

*Please do not reply to this email.*

**To unsubscribe**
To unsubscribe, please log on to <u>Travel Security Online</u>, your travel security information website provided by the joint venture of International SOS and Control Risks and remove your email registration.

Advice provided in this email represents the best judgment of AEA International Holdings Pte. Ltd. and Control Risks Group Holdings Ltd. Advice in this email does not however provide a warranty of future results nor a guarantee against risk.

2012 AEA International Holdings Pte. Ltd. and Control Risks Group Holdings Ltd. All rights reserved. Reproduction (other than for authorised internal purposes) is prohibited except with the prior written consent of the copyright owners.

Page 623

UCP002684

# EXHIBIT 21

**From:** Max Security Intelligence ███████████
**Sent:** July 10, 2014 7:32 AM
**To:** Smith, Stephen (NBCUniversal)
**Subject:** MAX - MENA Region Daily Summary - July 10, 2014

If you cannot see this email properly, please click here



**MAX**
**MENA Region Daily Summary**
**July 10, 2014**

*The following report reviews current events in the MENA region and their possible effect on business continuity and security.*

## Actionable items

**Middle East & North Africa: Israeli operations in Gaza Strip prompt protests across region on July 10-11; further demonstrations likely in coming days**
Demonstrations are planned in Kuwait City's al-Erada Square at 22:00 (local time), in Sanaa's Change Square between 19:00 and 22:00, and in front of Istanbul's Israeli Consulate at 20:00, both on July 10. On July 11, activists will gather in front of Rabat's Parliament building at 22:00 in Morocco and along Tunis' Habib Bourguiba Avenue in front of the Municipal Theater at 21:30.
Given the nature of the demonstrations and general sensitivity connected to the Israeli-Palestinian issue, we assess that the scheduled protests are likely to witness relatively high turnouts and proceed without incident; however, heightened security should be anticipated. This is particularly likely given that today's gatherings have all been called for the evening and night hours, with a number following the Ramadan fast-breaking. That said, in countries where Israel has a public diplomatic presence, including Turkey, there remains a higher risk for unrest.
*Throughout the region, in the coming days, avoid the vicinity of anti-Israel/pro-Palestinian protests as a basic security measure. Anti-Israeli protests often include considerable anti-Western sentiment.*

**Bahrain: Protest slated for A'ali at 22:00 (local time); likely part of February 14 Youth Coalition calls for July 10 protests in seven roundabouts**

Page 625

CONFIDENTIAL

These include Sanabis' Dana Roundabout, the Karranah/Abu Saiba Roundabout, and A'ali's Pottery Roundabout, as well roundabouts likely in the villages of al-Dair, Diraz, al-Malikiyah and Markuban Moreover, al-Mukhtar Brigades claimed responsibility for targeting and injuring security forces in al-Eker and Nuwaidrat during the overnight hours of July 9-10 while the Ministry of Interior did not confirm the incident; raids were reported in al-Eker during the morning hours. Al-Karar Bridges also claimed responsibility for targeting security forces in unspecified locale during the evening hours of July 9. The February 14 Youth Coalition call will likely manifest in small-scale protests in various locales, while given the month of Ramadan is currently being observed, these will likely commence towards nighttime. Heightened security measures are anticipated, while traffic disruptions may result due to demonstrations near main thoroughfares. Additionally, it remains possible that Shiite militant groups will attempt to exploit the increased security presence in order to carry out unsophisticated acts of militancy, including Molotov cocktails and crude explosive devices. *For the remainder of July 10, avoid nonessential travel to aforementioned locales given planned protests.*

**Israel & Palestinian Territories: Two rockets intercepted over Tel Aviv during morning hours of July 10; avoid travel within 40 km of Gaza Strip** Dozens of rockets were fired at southern and central Israel on July 10, with Iron Dome anti-missile batteries intercepting rockets over Tel Aviv, Rishon Letzion, Beer Sheva, Dimona, and Netivot. Multiple rockets fired towards Tel Aviv, Mitzpe Ramon, and Dimona landed in open areas. Meanwhile, the Israeli Air Force (IAF) struck approximately 350 militant targets in the Gaza Strip, bringing the death toll in the Gaza Strip to 81 since the launch of Operation Protective Edge on July 8. The increasing number of IAF airstrikes in Gaza as well as a recent declaration from PM Benjamin Netanyahu stating that Israel does not seek to broker a cease fire at this time underscores the likelihood that Gaza-based militants, most notably Hamas and Palestinian Islamic Jihad (PIJ), will continue to fire rockets towards cities in southern and central Israel. Given the deployment of multiple Iron Dome anti-missile batteries in southern and central Israel, we assess that the majority of rockets targeting civilian areas will continue to be intercepted. *Those operating or residing in Israel, including Tel Aviv and Jerusalem, should adhere to all IDF Home Front Command guidelines regarding early warning sirens for incoming rockets.*

**Jordan: Clashes reported on July 9 as security forces forcibly disperse anti-Israel protest in Amman** Several hundred protesters reportedly demonstrated against the Israel Defense Forces' (IDF) "Operation Protective Edge" in front of the Israeli Embassy. Further reports indicate that ten protesters managed to break free from police barricades and attempted to scale the embassy. The ten protesters were reportedly arrested. In light of the ongoing Israeli operation in the Gaza Strip, and the potential that it will escalate and be increasingly covered by both Jordanian and international media, similar

Page 626

CONFIDENTIAL

UCP_003799

demonstrations are likely to be held in the coming days and weeks. In light of the recent clashes, such protests remain at risk of devolving into localized clashes with security forces. *Those operating or residing in Amman are advised to remain cognizant for potential calls for protests in front of the Israeli Embassy and remain vigilant while traveling in its vicinity in the coming                                                                                                      days.*

**Libya: Bank robbery in Sirte underscores recent uptick in criminal activity across country**
Reports on July 9 indicate that gunmen robbed a van carrying 1.5 million LD from the National Commercial Bank in Misrata to a branch in Sirte. In addition, reports from July 8 indicate that a similar attempt was made on a vehicle carrying 6 million LD from Tripoli's Central Bank to Tarhouna; however, the attack was foiled. The recent string of robberies, which also includes a June attack against a Central Bank van in a Tripoli suburb, underscores criminal elements' capabilities to attack high-value targets, including access to light to medium weaponry and intelligence on movements of such targets. Furthermore, such criminal elements additionally capitalize upon poor security in outlying areas of the country, particularly amidst ongoing anti-Islamist operations in eastern Libya, which have likely diverted some resources from day-to-day policing tasks. The recent bank robberies thus underscore the necessity of maintaining a low profile and avoiding overland                              travel                              to                              outlying                              areas.
*Foreign nationals and at-risk individuals operating across Libya are advised to maintain a low profile, particularly regarding travel security arrangements. Personnel traveling in luxury vehicles are known to be targeted by criminal elements for robbery and kidnapping for ransom. Consult with us for low-profile travel security arrangements.*

**Libya: United Nations Support Mission in Libya (UNSMIL) announces drawdown of staff on July 8, while Islamist-backed militia reportedly deploys in Tripoli on July 10**
UN Spokesperson Stephane Dujarric stated that UNSMIL is temporarily reducing its staff presence due to security concerns. Meanwhile, reports from the morning hours of July 10 indicate that forces belonging to the Libya Shield Brigade deployed along Tripoli's Airport Road, while unconfirmed reports indicate that the brigade attempted to attack Interior Ministry         forces         in         the         area,         which         repelled         the         attack.
The drawdown of UNSMIL staff underscores concerns over the security situation in Libya, while further raising the potential for other foreign firms and entities to follow suit. However, the announcement is likely a general security precaution, rather than in response to a specific threat against UN or other Western presence in Libya. That said, reports of Libya Shield deployments in Tripoli, as well as unconfirmed reports of a repelled attack on Interior Ministry forces, underscore the volatile security conditions in the capital, as well as the potential for a rapid deterioration in the security situation given the presence of militants.
*It is advised to defer all travel to Tripoli in the coming days due to continuing violence, threats against foreigners, and the risk of a broad deterioration of security conditions.*

**Turkey: Multiple demonstrations slated for Istanbul during the evening hours of July 10;**

Page 627

**protest against Israeli military operations in Gaza ongoing in Galatasaray Square**
Reports indicate that the Yogurtcu Park Forum called for a demonstration in front of the
Fenerbahce soccer team's Sukru Saracoglu Stadium at 19:00 (local time) on July 10 to
commemorate the one year anniversary of Taksim Gezi Park protester Ali Ismail Korkmaz's
death. Meanwhile, a protest against Israel's military operations in the Gaza Strip has been
called for in front of the Israeli Consulate at 20:00. Meanwhile, activists numbering in the
high dozens have been reported at the demonstration in Galatasaray Square.
Korkmaz was an avid supporter of the Fenerbahce soccer team and has become a symbolic
figure for the club's fans. This underscores the likelihood that tonight's gathering in front of
Sukru Saracoglu Stadium will draw elevated turnouts, numbering in the several hundreds to
thousands, while heightened security is likely. In this context and given past precedent, we
assess that there remains an increased potential for unrest during tonight's demonstration
near                                        the                                        stadium.
*Those operating or residing in Istanbul are advised to avoid nonessential travel to the vicinity
of Sukru Saracoglu Stadium and the Israeli Consulate, while maintaining heightened
vigilance         in         the         vicinity         of         Galatasaray         Square.*

## Notable                                                                    events

**Bahrain: Al-Wefaq opposition movement's Secretary General Ali Salman and assistant
Khalil     Marzooq     questioned     on     July     10     by     Public     Prosecution**
The case was transferred to the Public Prosecution after questioning of the two officials
conducted by the Criminal Investigation Directorate (CID) on July 9. The two interrogations
reportedly surround the meeting of Salman and Marzouq with US Assistant Secretary of
State     for     Democracy,     Human     Rights,     and     Labor,     Tom     Malinowski.
The interrogations were likely conducted based on a ministerial decree issued in September
2013 stating that a Bahraini political party seeking to meet with a foreign embassy,
government body, or any overseas political entity should notify the government three days
ahead. Such a law likely is intended as a measure to further monitor political parties in the
country, particularly the opposition; however, it has not been implemented since its
approval.  With this in mind, the investigation reportedly marks the first instance of the
government utilizing the decree, despite strong condemnation from the opposition when
the decree was issued in 2013, with al-Wefaq boycotting a National Dialogue session in
protest at that time. In this context, the investigation underscores efforts to implement the
decree given government perceptions of foreign interference in internal affairs.

**Egypt & Palestinian Territories: 30 ambulances sent to Rafah at border with Gaza Strip, as
border crossing reopens on July 10, begins evacuating wounded Palestinians toward Sinai
hospitals**
The border crossing is due to be opened for a limited time, with a specific timeframe yet to
be announced. Unconfirmed reports additionally indicate that the Egyptian military has
declared a state of emergency on the border with the Gaza Strip following the beginning of
the     Israel's     "Operation     Protective     Edge"     on     July     8.

Page 628

CONFIDENTIAL                                    UCP_003801

The temporary reopening of the border is likely the result of the expected public pressure on Egypt, by its own population and by other countries in the region, to demonstrate some support for the Palestinian side in the ongoing escalation. Prior to the conflict and since the ouster of the President Mohammed Morsi, Egypt has launched a wide campaign aiming at destroying smuggling tunnels, while the Gaza-based Hamas organization was the target of an increasingly aggressive rhetoric from the then-Chief of Staff and now-President Abdel Fattah al-Sisi. With this in mind we assess the continuation of the Israeli operation in Gaza, and potential high casualties resulting from it, will increasingly put pressure on Egypt to change its ongoing policy, possibly prompting protests in Cairo or Alexandria.

**Egypt: One soldier killed, four others severely injured in explosion of improvised explosive devices in North Sinai on July 9**
The bomb was reportedly placed on the road between Rafah and al-Arish, prompting the bolstering of security measures in the region. While the attack remains unsophisticated and is the latest in a series of similar attack in the same region, it underscores the persistent threat of militant activity despite ongoing security operations and bolstering of the military's presence in Sinai. The triangle between Rafah, the border with the Gaza Strip, and the Bedouin settlement of Sheikh Zuweid remains a focus of both militant and counter-insurgency operations, with reports indicating that during night hours, militants continue to circulate in this region. With this in mind, similar attacks are likely to continue and hinder the military's efforts to assert its control over the region.

**Iran: Head of Atomic Energy Organization of Iran (AEOI) clarifies Supreme Leader's July 7 statement, explaining that Iran requires 190,000 separative work units (SWU), not centrifuges**
Iran's official news agency further quoted Ali Akbar Salehi as stating that a focus on centrifuges creates "ambiguities, because the capacity and the power of the centrifuges keep increasing day after day".
Reports indicate that the issue of centrifuges is one of the more contentious topics under discussion during the current, and likely final round of negotiations ongoing in Vienna, which are slated to conclude on July 15, ahead of the July 20 deadline for the interim nuclear deal. The issue of SWU is likely an attempt by Iran to include enrichment capabilities based on units in a final status agreement. This would allow Tehran to secure its determined needs without limiting it to a number or specific model of centrifuge that may produce less than 190,000 SWU, particularly in the event that the capacity of centrifuges are not increasing at the rate that Salehi implied. In this context, and given the Supreme Leader's statement that this number may not be needed "for this year, or two years, or five years", it remains possible that a gradual increase to a compromised number of SWUs will be included in a potential final status agreement.

**Iraq: Inter-militant fighting reported between Islamic State (IS) and Ba'athist Jaysh Rijal al-Tariqa al-Naqshbandi (JRTN) on July 9**

Page 629

UCP_003802

Reports indicate that the JRTN, alongside other former Ba'athists recently launched a campaign of targeted assassinations against local IS militant leaders in the Diyala Province, where both groups share control over large swaths of territory. Additional reports indicate that two local IS leaders were killed by JRTN militants since inter-militant clashes began almost two weeks ago. While both IS and the JRTN have cooperated over the past several months, most notably in the June 2014 offensive in the Nineveh, Salahuddin, and Diyala Provinces, the increase in hostilities between the two underscores their differing ideologies and a fracturing of their alliance. Furthermore, in the wake of the JRTN's decision not to pledge allegiance to IS following IS emir Abu Bakr al-Baghdadi's 24-hour ultimatum on July 5, we assess that the JRTN's targeted assassination campaign of IS leaders increases the potential for a further breakdown of Sunni militant and tribal alliances over the coming weeks.

**Iraq: Kurdistan Regional Government (KRG) withdraws its ministers from Iraqi cabinet on July 9, will continue managing their respective ministries**
Reports indicate that the decision came several hours after Iraqi Prime Minister Nouri al-Maliki accused the KRG of harboring Islamic State (IS) and former Ba'athist militants in an attempt to divide the country and weaken the central government. Additionally, Kurdish political parties reached a consensus to boycott all federal government meetings in Baghdad, including Cabinet meetings, while not providing a time frame for the boycott. Given that the Kurdish withdrawal follows a July 4 KRG legislative meeting to discuss the implementation of an independence referendum, the July 9 decision further underscores the increased tensions between Erbil and Baghdad. In this context, it is likely that the KRG will continue to distance itself from the central government in Baghdad over the coming weeks as it continues to prepare for an independence referendum. Furthermore, the withdrawal will likely increase pressure on Maliki in upcoming government formation sessions, particularly given continued calls from the Kurdish leadership for Maliki to step down and for the formation of a national unity government.

**Lebanon & Syria: Hezbollah calls for coordination between Lebanese and Syrian security forces to control border areas**
Following Hezbollah's July 8 deployment of hundreds of fighters, military vehicles, and rocket launchers to eastern areas of the Bekaa Valley, on July 10 the Shiite group called for increased cooperation between Lebanon and Syria to prevent Sunni militant groups from traversing the border area. Hezbollah's calls for increased border security underscores the growing threat of militancy in Lebanon from Syria-based Sunni militant groups. We assess that the Lebanese and Syrian security forces are not likely to conduct joint border operations due to the Lebanese government's official policy of avoiding any form of military involvement with neighboring Syria. However, given the nature of the threat, we assess that the military may nevertheless increase security measures within Lebanon, including in areas bordering Syria, while Hezbollah will continue to cooperate with the Syrian military against Sunni militant groups. That said, given the demonstrated interest and capabilities of militant groups, particularly

Page 630

CONFIDENTIAL

those affiliated with the Islamic State (IS) to target Shiite areas of Lebanon, we assess that additional successful and attempted attacks are likely in the coming weeks.

**Yemen: Cabinet meets on July 9 to discuss situation in Amran city, condemning storming of government and military buildings by Shiite Houthi militants**
Yemen's official news agency further stated that the Cabinet called for the implementation of the directives of the National Dialogue Conference (NDC). The July 9 meeting serves to further confirm reports that Houthi militants have taken control of Amran city, located approximately 40 km north of Sanaa. With this in mind, and given that the government is unlikely to allow Houthis to remain in control of a major city just north of the capital, authorities are liable to take action in order to reverse this event. This likely includes the dispatching of military reinforcements to retake the city and prevent an advance into the Sanaa Governorate, particularly Hamdan, where clashes have previously occurred. However, given that Amran city is an urban area, it remains possible that the use of certain military tactics, such as air strikes, will be limited as a means of mitigating casualties. In addition, given President Hadi's recent visit to Saudi Arabia and the UN Security Council's emergency meeting on July 9, along with past precedent, we assess that a diplomatic solution is likely to also be pursued, potentially with the involvement of international actors.

*For any questions or concerns on how these events impact your business continuity, please contact us:*

| | | | |
|---|---|---|---|
| Intelligence | support: | | |
| On-ground | support: | | |
| General | assistance | hotline: | +44 20-3540-0434 |

www.max-security.com

**To view a description of this report and others included in our regional intelligence packages, click here.**

DISCLAIMER: Please note that any views and/or opinions and/or assessment and/or recommendations presented in this text are solely those of Max Security. If you are not the named addressee you should not disseminate, distribute or copy this text. If you are not the intended recipient you are notified that disclosing, copying, distributing or taking any action in reliance on the contents of this information is strictly prohibited. Max Security Solutions accepts no liability for (i) the contents of this text/report being correct, complete or up to date; (ii) consequences of any actions taken or not taken as a result and/or on the basis of such contents. Copyright 2014 Max Security

To be removed from our mailing list click here

Page 631