# EXHIBIT 22

**From:**          Max Security Intelligence▋▋▋▋▋▋▋▋▋▋▋▋
**Sent:**          July 11, 2014 2:06 AM
**To:**            Smith, Stephen (NBCUniversal)
**Subject:**       Israel & Palestinian Territories Alert: Rockets intercepted over Tel Aviv on July 11; man reportedly injured in Ashdod as rocket hits gas station

If you cannot see this email properly, please click here



**Israel & Palestinian Territories Alert: Rockets intercepted over Tel Aviv on July 11; man reportedly injured in Ashdod as rocket hits gas station (July 11, 2014 - 09:05 UTC)**

**Please                                    be                                    advised**
As of the latter morning hours of July 11, rockets were again fired towards Tel Aviv during the morning hours of July 11. Three rockets were fired and intercepted by the Iron Dome missile defense system according to the IDF, with debris falling in the city. According to the Israel Defense Forces (IDF), 548 rockets have been fired into Israel since the start of Operation Protective Edge. 118 of those have been intercepted by the Iron Dome. Close to 100 Palestinians have reportedly been killed in Israeli strikes. No Israeli fatalities have been recorded.

However, rocket fire was reported to have seriously wounded an Israeli man in the city of Ashdod during the morning hours of July 11. The rocket, said to be part of a nine-rocket barrage, struck a gas station. The IDF responded by striking the rocket launching sites responsible for the barrage. Internal Defense Minister Yitzhak Aharonovitz arrived at the site of explosion in Ashdod and stated that Israel is preparing for the option of a ground incursion.

Furthermore, two Israeli soldiers were reportedly wounded by mortar fire from the Gaza Strip during the evening hours of July 10. Unconfirmed reports indicate one of the soldiers is in serious condition. Incoming rocket sirens were also sounded during the morning hours of July 11 in the central Israeli locale of Rishon Letzion and in the northern city of Haifa. There were no reports of explosions. This follows rocket fire targeting Israel's main cities, Jerusalem and Tel Aviv, on July 10.

On another note, Palestinian Authority President Mahmoud Abbas stated on July 10 that his efforts to mediate a ceasefire had failed, and that an Israeli ground operation into the Gaza Strip would commence soon.

Page 633

Meanwhile, during the early morning hours of July 11, rockets were fired from southern Lebanon, reportedly the Hasbaya region, into Israel. Lebanese media stated that two rockets landed in open areas between the Israeli locales of Kiryat Shmona and Metula. A third rocket was said to have landed in Lebanon. The Israeli military confirmed one rocket exploded inside Israeli territory, and was investigating the possibility of another explosion. No casualties were reported, and Lebanese forces reportedly discovered two more rockets ready-to-fire. Following the attack, Israeli artillery batteries reportedly shelled the outskirts of Kfarshouba in southern Lebanon with some 15 shells.

In Jerusalem on July 11, reports indicate that Israeli police restricted the entry of Muslims seeking to take part in Friday prayers at the Temple Mount. Israeli security forces reportedly acquired intelligence that disturbances were planned. Access is now reportedly limited to women and men over 50 with Israeli IDs. Additional security personnel have been deployed to Jerusalem to prevent disturbances.

In the West Bank city of Bethlehem, clashes between Israeli security forces and were recorded during the evening hours of July 10.

**Assessments**

In line with today's rocket attacks on Tel Aviv, additional rocket attacks on major Israeli population centers in central and northern Israel should be expected for the duration of July 11. Militants are likely aiming to disrupt normal daily life in these areas, showcase their improved long-range rocket abilities, inflict casualties from direct hits, and thus score a symbolic victory from the Palestinian perception. Gaza-based militants are continuing with volleys of rockets targeting Israeli cities, in an attempt to evade Israel's Iron Dome missile defense system. Such barrages have been witnessed in Beer Sheva, Ashdod, Tel Aviv, and Jerusalem.

Regarding the rocket fire into northern Israel, we assess the attack from Lebanon was likely symbolic, mostly likely carried out by local Palestinian militants, and does not represent an escalation at this time. This is assessed as such localized attacks have been carried out before during times that Israel was conducting major operations inside the Gaza Strip. Those attacks were also assessed to have been carried out by Palestinian factions in Lebanon. Overall, while the risk of more attacks is high, we assess Hezbollah in Lebanon is likely more concerned with sustaining its operations in Syria, than opening another front against Israel at this time.

Israeli attacks on targets in the Gaza Strip, mainly from the sea and air, will likely continue at a heightened pace for the duration of July 11. This will likely include the targeting of militants, their homes, militant infrastructure, rocket launching sites, and tunnels. As the conflict continues to escalate however, we assess Israel will consider further options against militant groups in the Gaza Strip. This could include the targeting of very senior leaders, including Hamas political officials, along with restricting or cutting the supply of electricity to the Gaza Strip.

In addition, we continue to assess that the IDF will proceed with the mobilization and deployment of ground forces on the Gaza border in preparation for a possible ground

CONFIDENTIAL

UCP002289

offensive. Speculation that a ground offensive is near has been heightened, as a was highlighted by the recent statements mentioned above. Concerns of an imminent ground offensive will likely furthered should Israeli ground forces, mainly artillery, commence the bombardment of targets in Gaza en masse.

**Recommendations: Israel**

Those operating or residing in Israel, including Tel Aviv and Jerusalem, should adhere to all IDF Home Front Command guidelines regarding early warning sirens for incoming rockets. In case you hear a siren, seek shelter in a protected area and remain inside for at least 10 minutes. As a general security precaution, those operating or residing in Israel should ensure that contingency and emergency evacuation plans are updated due to the potential for a further deterioration in the security situation. We advise to contact us to be briefed on the situation, while consulting us for operational support.

We advise against all travel within 40 km of the Gaza Strip at this time. Those remaining within this vicinity should initiate contingency and emergency evacuation plans due to the deterioration in the security situation. Contact us for itinerary and contingency support options.

For the duration of July 11 and in the coming days, those operating or residing in Jerusalem are advised to avoid travel to the areas of Shuafat, Beit Hanina, Silwan, and Wadi al-Joz, as well as the vicinity of the Temple Mount/al-Aqsa Mosque Compound and the Damascus Gate given the potential for further unrest. Maintain heightened vigilance throughout East Jerusalem and the Old City for the same reason. Avoid nonessential travel to Arab-Israeli towns, particularly Nazareth, I'billin, Qalansawe, Tayibe, and Tira.

**Recommendations: Palestinian Territories**

We advise against all travel to the Gaza Strip at this time due to continuous border crossing closures and the threat of militant activity.

As a general precaution, avoid all travel to the West Bank for the remainder of July 11 and over the coming days, due to the potential for ongoing counter-militancy operations, and relating unrest in Palestinian urban centers. The risk for altercations remains most pronounced in the Hebron, Jenin, and Nablus areas, and to a lesser extent within Ramallah and Bethlehem.

Be advised that crossing points between Israeli and Palestinian controlled territories, including the Qalandiya checkpoint between Jerusalem and Ramallah, have frequently witnessed unrest leading to violence. As a result, crossing points may be closed, or experiencing disruptions. Additionally, avoid nonessential travel to the vicinity of the Ofer prison, due to threat of unrest.

Page 635

CONFIDENTIAL

UCP002290





To view a complete description of icons used in intelligence reports, click here.
*(Map created using Google Earth)*

*For any questions or concerns on how these events impact your business continuity, please contact*                                                                                                    *us:*

Intelligence                            support:
On-ground                          support:
General          assistance          hotline:          +44          20-3540-0434
www.max-security.com

**To view a description of this report and others included in our regional intelligence packages,                                                          click                                                          here.**

Page 636

**DISCLAIMER: Please note that any views and/or opinions and/or assessment and/or recommendations presented in this text are solely those of Max Security. If you are not the named addressee you should not disseminate, distribute or copy this text. If you are not the intended recipient you are notified that disclosing, copying, distributing or taking any action in reliance on the contents of this information is strictly prohibited. Max Security Solutions accepts no liability for (i) the contents of this text/report being correct, complete or up to date; (ii) consequences of any actions taken or not taken as a result and/or on the basis of such contents. Copyright 2014 Max Security**

To be removed from our mailing list click here

CONFIDENTIAL

UCP002292

# EXHIBIT 23

**From:**          Max Security Intelligence ███████████████████
**Sent:**          July 12, 2014 3:33 AM
**To:**            Smith, Stephen (NBCUniversal)
**Subject:**          Israel & Palestinian Territories Alert: Several rockets fired at central Israel on July 12, Sinai militants
claim responsibility for five rockets

If you cannot see this email properly, please click here



**Israel & Palestinian Territories Alert: Several rockets fired at central Israel on July 12, Sinai
militants          claim          responsibility          for          five          rockets
(July          12,          2014          -          11:30          UTC)**

**Please          be          advised**

During the overnight hours from July 11 - July 12 and into the morning of July 12, Gaza-
based militants continued to fire rockets into Israel. These barrages were aimed mostly at
the communities within the 20 km range of the Gaza-Israel border, but also towards Beer
Sheva where three rockets landed in open areas. During the late morning hours, a barrage
of rockets were fired towards central Israel, with sirens sounded in Rehovot, Kiryat Gat,
Yavne, and Gedera. The majority of these rockets continue to be intercepted by the Iron
Dome missile defense system or land in open areas.

Meanwhile, during the overnight hours of July 11-12, the Israel Defense Forces (IDF) struck
over 60 targets in the Gaza Strip, bringing the total number of airstrikes since the beginning
of "Operation Protective Edge" to 1,160.

Additionally, during the evening hours of July 11 Hamas reportedly warned that it intends to
target Israel's Ben Gurion International Airport due to it hosting a military air base, advising
airlines not to fly there.

While the majority of rockets continue to be fired from the Gaza Strip, the Sinai-based
Islamist militant group, Ansar Bayt al-Maqdis (ABM) claimed responsibility for launching five
rockets towards Israel in recent days.

Meanwhile, Israel's Defense Minister Moshe Ya'alon reportedly stated that the military is
working to proceed with carrying out their next objectives, while continuing to strike
militant targets in the Gaza Strip.

In response to the ongoing exchanges between the Israeli military and Gaza-based militants,
the U.S. Embassy relocated personnel that were assigned to Beer Sheva to Herzliya.

Additionally, the Embassy in Tel Aviv continues to operate with minimal staffing and the

Page 639

Consular section is only providing emergency services at this time. Additionally, at least 800 foreign nationals are being evacuated from the Gaza Strip and will leave through the Erez Crossing on July 13.

Furthermore, reports indicate that Palestinians and their international supporters are currently discussing the text of a UN Resolution proposal to condemn all violence against civilians in the conflict and call for a ceasefire. Arab foreign ministers are reportedly planning to hold an emergency meeting in Cairo on July 14 to discuss the ongoing Israeli offensive.

**Assessments**

We continue to assess that additional rocket attacks on major Israeli population centers in central and southern Israel are likely continue for the duration of July 11 and over the coming days. While the majority of such barrages will likely be aimed at areas within the 40 km range of the Gaza Strip, and particularly at areas within 20 km of the border, additional rocket fire on central Israeli cities, including Tel Aviv are anticipated on July 12 and over the coming days.

Meanwhile, the recent threat of attacks on the Ben Gurion International Airport as well as previous barrages reportedly aimed at a nuclear reactor in Dimona highlight Hamas's attempts to target sensitive infrastructure sites in Israel. That said, given the capabilities of the Iron Dome missile defense system as well as the relatively limited aiming abilities of Hamas, we assess that a direct hit on such sites remains limited at this time.

Additionally, as assessed earlier, IDF attacks on the Gaza Strip are likely to continue throughout July 12 and over the coming days. Although such attacks have largely been limited to strikes from air and sea, the possibility of a ground invasion remains likely over the coming days, particularly given recent comments from Prime Minister Netanyahu as well as the statements from Ya'alon. That said, increasing international attention being given to the IDF operations may serve to delay such a ground operation.

Furthermore, the claims from Ansar Bayt al-Maqdis of launching rockets into Israel highlights the threat of Egyptian border areas being used as launching sites by Palestinian or Islamist militants. This is further underscored by the Egyptian military's seizure of 20 Grad rockets on July 11. That said, we assess that the implicit cooperation between Egyptian and Israeli security forces will likely serve to minimize the capabilities of this front.

**Recommendations: Israel**

Those operating or residing in Israel, including Tel Aviv and Jerusalem, should adhere to all IDF Home Front Command guidelines regarding early warning sirens for incoming rockets. In case you hear a siren, seek shelter in a protected area and remain inside for at least 10 minutes. As a general security precaution, those operating or residing in Israel should ensure that contingency and emergency evacuation plans are updated due to the potential for a further deterioration in the security situation. We advise to contact us to be briefed on the situation, while consulting us for operational support.

We advise against all travel within 40 km of the Gaza Strip at this time. Those remaining

CONFIDENTIAL

within this vicinity should initiate contingency and emergency evacuation plans due to the deterioration in the security situation. Contact us for itinerary and contingency support options.

For the duration of July 12 and in the coming days, those operating or residing in Jerusalem are advised to avoid travel to the areas of Shuafat, Beit Hanina, Silwan, and Wadi al-Joz, as well as the vicinity of the Temple Mount/al-Aqsa Mosque Compound and the Damascus Gate given the potential for further unrest. Maintain heightened vigilance throughout East Jerusalem and the Old City for the same reason. Avoid nonessential travel to Arab-Israeli towns, particularly Nazareth, I'billin, Qalansawe, Tayibe, and Tira.

**Recommendations: Palestinian Territories**

We advise against all travel to the Gaza Strip at this time due to continuous border crossing closures and the threat of militant activity.

As a general precaution, avoid all travel to the West Bank for the remainder of July 12 and over the coming days, due to the potential for ongoing counter-militancy operations, and relating unrest in Palestinian urban centers. The risk for altercations remains most pronounced in the Hebron, Jenin, and Nablus areas, and to a lesser extent within Ramallah and Bethlehem.

Be advised that crossing points between Israeli and Palestinian controlled territories, including the Qalandiya checkpoint between Jerusalem and Ramallah, have frequently witnessed unrest leading to violence. As a result, crossing points may be closed, or experiencing disruptions. Additionally, avoid nonessential travel to the vicinity of the Ofer prison, due to threat of unrest.



Page 641

UCP002516



To view a complete description of icons used in intelligence reports, click here.
*(Map created using Google Earth)*

*For any questions or concerns on how these events impact your business continuity, please contact                                                                                                         us:*

Intelligence                              support:
On-ground                          support:
General            assistance            hotline:            +44            20-3540-0434
www.max-security.com

**To view a description of this report and others included in our regional intelligence packages,                                        click                                        here.**

DISCLAIMER: Please note that any views and/or opinions and/or assessment and/or recommendations presented in this text are solely those of Max Security. If you are not the named addressee you should not disseminate, distribute or copy this text. If you are not the intended recipient you are notified that disclosing, copying, distributing or taking any action in reliance on the contents of this information is strictly prohibited. Max Security Solutions accepts no liability for (i) the contents of this text/report being correct, complete or up to date; (ii) consequences of any actions taken or not taken as a result and/or on the basis of such contents. Copyright 2014 Max Security

To be removed from our mailing list click here

Page 642

# EXHIBIT 24

**From:** Max Security Intelligence ██████████████
**Sent:** July 14, 2014 12:30 PM
**To:** Smith, Stephen (NBCUniversal)
**Subject:** Israel & Palestinian Territories Alert: IDF responds to rocket from Syria during evening hours of July 14; rockets continue targeting Israel's south

If you cannot see this email properly, please click here



**Israel & Palestinian Territories Alert: IDF responds to rocket from Syria during evening hours of July 14; rockets continue targeting Israel's south (July 14, 2014 - 19:30 UTC)**

**Please be advised**

The Israel Defense Forces (IDF) Spokespersons Unit confirmed that a rocket fired from Syria landed in the Israeli Golan Heights town of el-Rom during the evening hours of July 14. While no casualties were reported, the rocket exploded in an open field, causing a fire in the vicinity. Following the incident, IDF tanks fired several rounds of artillery shells towards the Syrian territory from which the rocket was fired.

In southern Israel, the majority of rockets fired have either been intercepted by the Iron Dome anti-missile defense system or landed in open areas without causing any injuries or damage; however, two girls were injured by rocket shrapnel outside the city of Beer Sheva, while a rocket explosion in Sderot damaged a house and several parked vehicles. Additionally, one IDF soldier was lightly wounded by a mortar shell, which exploded in the Eshkol Regional Council.

In addition, during the early evening hours of July 14, two long-range M75 rockets were intercepted near Tel Aviv, while one additional rocket landed in an open field.

In response to the ongoing rocket fire emanating from the Gaza Strip, the IDF and Israel Air Force (IAF) have continued to conduct airstrikes against rocket launching sites in Gaza. One Hamas militant was reportedly killed in a targeted assassination near Khan Yunis, bringing the death toll in Gaza to 178 since the beginning of Operation Protective Edge.

During the afternoon hours of July 14, Gaza-based militants fired an anti-tank missile at an IDF tank positioned near the security fence in the northern Gaza Strip; however, the missile was successfully intercepted by the tank's anti-missile defense system. No injuries or damage were reported in the incident. Reports indicate that the IDF has declared Beit Lahiya and its surrounding villages a closed military zone.

Page 644

Also during the afternoon hours of July 14, Hamas claimed responsibility for sending text messages from a number identified as "SMSQASSAM" to several thousand Israeli phone numbers, stating that rocketfire into Israel will continue until Israel agrees to Hamas' terms for a ceasefire.

Amidst increased reports of diplomatic efforts by Egypt, Turkey, and Qatar, US Secretary of State John Kerry is slated to arrive in Cairo on July 15 with the aim of securing a ceasefire agreement between Israel and Hamas.

Meanwhile, during the evening hours of July 14, several hundred right-wing Israeli protesters gathered in Jerusalem's Zion Square and marched to the Old City's Damascus Gate to call on the Israeli government to intensify its military operations in the Gaza Strip. Reports indicate that several hundred police, including riot squads and undercover officers, have deployed to the area in order to prevent any incidents of unrest. However, no incidents of unrest have been recorded at this time.

## Assessments

The rocket fire along Israel's northern border with Syria underscores the persistent risk of such attacks in the Golan Heights and elsewhere in Israel's north over the coming days, underscored by previous incidents of similar rocket fire in recent days from both Syria and Lebanon. However, given that such rockets are likely symbolic acts of solidarity by small militant groups, we assess that the rocket fire is likely to remain limited in its scale and scope. In this context, rocket fire from Syria has been attributed to such groups during previous major Israeli military operations inside the Gaza Strip. Moreover, reports indicate that, in Lebanon, the military has undertaken efforts to mitigate similar incidents.

In line with today's rocket attacks against Tel Aviv, additional such incidents targeting major Israeli population centers in central and northern Israel should be expected over the coming days. That said, we assess that the majority of rockets will continue to target cities within the 40km range of the Gaza Strip. While it is likely that the most rockets will either be intercepted by Iron Dome anti-missile batteries or land in open areas, there remains the potential for occasional direct hits and shrapnel, which could in turn cause injuries and damage within the immediate vicinity of landings.

Moreover, IDF airstrikes against targets in the Gaza Strip, mainly from the sea and air, will likely continue at a heightened pace for the duration of July 14. Additionally, we continue to assess that the IDF will proceed with the mobilization and deployment of ground forces on the Gaza border in preparation for a possible ground offensive. In this context, the IDF's decision to declare Beit Lahiya a closed military zone may be indicative of a concerted military operation in the area. While Israeli intelligence officials estimate that approximately 50 percent of rocket manufacturing and storage sites in the Gaza Strip have been destroyed, the Israeli Cabinet's authorization of 42,000 reservists to be called up further suggests the possibility of a ground invasion over the coming days.

Amidst reports that the US has warned Israel against launching such a ground offensive in the Gaza Strip, Kerry's upcoming trip to Cairo underscores Western diplomatic efforts aimed at securing a ceasefire between Israel and Hamas. Despite the fact that international leaders

Page 645

UCP002713

have called for a reinstatement of the ceasefire agreement that ended the November 2012 Operation Pillar of Defense, the reported conditions posed by both Hamas and Israel suggests that the any return to this truce or a new ceasefire will face significant obstacles. In this context, reports indicate that Hamas has called for Israel to lift the blockade on Gaza and release all 56 Palestinian prisoners who were rearrested after their release in the Gilad Shalit prisoner exchange deal, that the Rafah border crossing with Egypt be opened, and that the salaries of 40,000 former Hamas employees in the Gaza Strip be paid. On the other hand, Israel has reportedly demanded that Hamas accept the terms of the 2012 ceasefire agreement, dismantle its arsenal of rockets, and shut down the tunnels that run from the Gaza Strip.

Meanwhile, tonight's protest in Jerusalem underscores heightened tensions surrounding the ongoing IDF operations in the Gaza Strip. Given that scuffles were reported during a peace protest in Tel Aviv's Habima Square on July 12 after right wing activists attacked demonstrators, we assess that there remains the possibility for incidents of unrest to take place in the vicinity of Jerusalem's Old City over the coming hours.

**Recommendations: Israel**

Those operating or residing in Israel, including Tel Aviv and Jerusalem, should adhere to all IDF Home Front Command guidelines regarding early warning sirens for incoming rockets. In case you hear a siren, seek shelter in a protected area and remain inside for at least 10 minutes. As a general security precaution, those operating or residing in Israel should ensure that contingency and emergency evacuation plans are updated due to the potential for a further deterioration in the security situation. We advise to contact us to be briefed on the situation, while consulting us for operational support.

We advise against all travel within 40 km of the Gaza Strip at this time. Those remaining within this vicinity should initiate contingency and emergency evacuation plans due to the deterioration in the security situation. Contact us for itinerary and contingency support options.

For the duration of July 14 and in the coming days, those operating or residing in Jerusalem are advised to avoid travel to the areas of Shuafat, Beit Hanina, Silwan, and Wadi al-Joz, as well as the vicinity of the Temple Mount/al-Aqsa Mosque Compound and the Damascus Gate given the potential for further unrest. Maintain heightened vigilance throughout East Jerusalem and the Old City for the same reason. Avoid nonessential travel to Arab-Israeli towns, particularly Nazareth, I'billin, Qalansawe, Tayibe, and Tira.

**Recommendations: Palestinian Territories**

We advise against all travel to the Gaza Strip at this time due to continuous border crossing closures and the threat of militant activity. Those operating or residing in the Gaza Strip are advised to initiate contingency and emergency evacuation plans due to deterioration in the security situation. Contact us for itinerary and contingency support options.

As a general precaution, avoid all travel to the West Bank for the remainder of July 14 and over the coming days, due to ongoing counter-militancy operations, and relating unrest in

Page 646

CONFIDENTIAL

Palestinian urban centers. The risk for altercations remains most pronounced in the Hebron, Jenin, and Nablus areas, and to a lesser extent within Ramallah and Bethlehem.

Be advised that crossing points between Israeli and Palestinian controlled territories, including the Qalandiya checkpoint between Jerusalem and Ramallah, have frequently witnessed unrest leading to violence. As a result, crossing points may be closed, or experiencing disruptions. Additionally, avoid nonessential travel to the vicinity of the Ofer prison, due to threat of unrest.





To view a complete description of icons used in intelligence reports, click here.
*(Map created using Google Earth)*

*For any questions or concerns on how these events impact your business continuity, please contact                                                                                                                   us:*

Page 647

| Intelligence | | support: | | | |
| On-ground | | support: | | | |
| General | assistance | | hotline: | +44 | 20-3540-0434 |

www.max-security.com

**To view a description of this report and others included in our regional intelligence packages,** **click** **here.**

**DISCLAIMER: Please note that any views and/or opinions and/or assessment and/or recommendations presented in this text are solely those of Max Security. If you are not the named addressee you should not disseminate, distribute or copy this text. If you are not the intended recipient you are notified that disclosing, copying, distributing or taking any action in reliance on the contents of this information is strictly prohibited. Max Security Solutions accepts no liability for (i) the contents of this text/report being correct, complete or up to date; (ii) consequences of any actions taken or not taken as a result and/or on the basis of such contents. Copyright 2014 Max Security**

To be removed from our mailing list click here

Page 648

# EXHIBIT 25

**From:**          Max Security Intelligence ███████████████
**Sent:**          July 15, 2014 12:39 PM
**To:**            Smith, Stephen (NBCUniversal)
**Subject:**       Israel & Palestinian Territories Alert: Two rockets intercepted over Tel Aviv during afternoon hours
of July 15, rockets launched towards Jerusalem

If you cannot see this email properly, please click here



**Israel & Palestinian Territories Alert: Two rockets intercepted over Tel Aviv during
afternoon hours of July 15, rockets launched towards Jerusalem
(July          15,          2014          -          19:40          UTC)**

**Please                    be                    advised**
During the mid-afternoon hours (local time) on July 15, two rockets launched from Gaza
were intercepted by the Iron Dome missile defense system over the Tel Aviv metropolitan
area. The Color Red Alert sirens were sounded ahead of the interception. Additionally, the
Israel Defense Forces (IDF) Spokespersons Unit stated that sirens were heard in the outlying
vicinity of Jerusalem, including Beit Shemesh, the Jordan Valley area, and Jericho, while
rockets reportedly landed near Hebron in the West Bank. Hamas's armed wing, the Izz ad-
Din al-Qassam Brigades claimed to have launched four M-75 rockets at Jerusalem.

Meanwhile, the Spokespersons Unit confirmed that an Israeli civilian died during the
evening hours of July 15 after being injured by shrapnel from a mortar shell landing near the
Erez Border Crossing along the Gaza border. This marks the first reported Israeli death from
rocket fire during the period of Israel's "Operation Protective Edge", launched on July 7.
The IDF Spokespersons Unit stated at approximately 20:30 that since 09:00, 125 rockets
were launched into Israel from the Gaza Strip, with approximately 100 hitting Israel and the
Iron Dome intercepting 20 of them. The majority of the non-intercepted rockets landed in
open areas of the country.
Furthermore, most rockets on July 15 targeted areas within the 40 km range of the Gaza
Strip, namely Ashdod, Ashkelon, Sderot, Beer Sheva, Netivot, as well as the Eshkol, Shaar
Hanegev, and Sdot Negev Regional Councils. That said, rockets were also reported in more
eastern areas of the Negev Desert, including Dimona and Mitzpeh Ramon.
Meanwhile, according to the IDF Spokespersons Unit, since resuming air raids during the
afternoon hours of July 15, the Israeli Air Force (IAF) continued to target militant
infrastructure in the Gaza Strip. The raids are mostly targeting rocket launchers, weapons

Page 650

                                    UCP002809

storage facilities, tunnels, and "other operational infrastructure". At the time of writing, Israel's security cabinet is reportedly meeting in order to discuss further plans following the failure of Egypt's cease-fire initiative.

Additionally, reports indicate that during the afternoon hours of July 15, Hamas closed their side of the Erez Border Crossing purportedly in response to fears of Israeli attacks on the area.

## Assessments

As previously stated, given  Hamas's refusal to accept Egypt's ceasefire and the continued rocket-fire from the Gaza Strip during a six-hour lull in Israeli operations earlier on July 15, we assess that Israeli offensives are likely to continue and intensify over the coming hours and days. While we assess that such operations will likely continue to come in the form of air raids and missile fire from the sea, we also assess that the IDF will continue preparations for a possible ground offensive into the Gaza Strip over the coming days.

Furthermore, Gaza-based militants will likely continue to target more central parts of Israel including Tel Aviv and Jerusalem over the coming hours and days. That said, we continue to assess that the majority of rockets will target areas within the 40 km range of the Gaza Strip. Additionally, most of these projectiles will either hit open areas or be intercepted by the Iron Dome missile defense system. Meanwhile, given previous threats to target the nuclear station in Dimona, we assess that rockets will continue to be launched towards this locale, while being also being reported over nearby areas, including Mitzpeh Ramon.

## Recommendations: Israel

Those operating or residing in Israel, including Tel Aviv and Jerusalem, should adhere to all IDF Home Front Command guidelines regarding early warning sirens for incoming rockets. In case you hear a siren, seek shelter in a protected area and remain inside for at least 10 minutes. As a general security precaution, those operating or residing in Israel should ensure that contingency and emergency evacuation plans are updated due to the potential for a further deterioration in the security situation. We advise to contact us to be briefed on the situation, while consulting us for operational support.

We advise against all travel within 40 km of the Gaza Strip at this time. Those remaining within this vicinity should initiate contingency and emergency evacuation plans due to the deterioration in the security situation. Contact us for itinerary and contingency support options.

For the duration of July 15 and in the coming days, those operating or residing in Jerusalem are advised to avoid travel to the areas of Shuafat, Beit Hanina, Silwan, and Wadi al-Joz, as well as the vicinity of the Temple Mount/al-Aqsa Mosque Compound and the Damascus Gate given the potential for further unrest. Maintain heightened vigilance throughout East Jerusalem and the Old City for the same reason. Avoid nonessential travel to Arab-Israeli towns, particularly Nazareth, I'billin, Qalansawe, Tayibe, and Tira.

## Recommendations: Palestinian Territories

CONFIDENTIAL                                          UCP002810

We advise against all travel to the Gaza Strip at this time due to continuous border crossing closures and the threat of militant activity. Those operating or residing in the Gaza Strip are advised to initiate contingency and emergency evacuation plans due to deterioration in the security situation. Contact us for itinerary and contingency support options.

As a general precaution, avoid all travel to the West Bank for the remainder of July 15 and over the coming days, due to ongoing counter-militancy operations, and relating unrest in Palestinian urban centers. The risk for altercations remains most pronounced in the Hebron, Jenin, and Nablus areas, and to a lesser extent within Ramallah and Bethlehem.

Be advised that crossing points between Israeli and Palestinian controlled territories, including the Qalandiya checkpoint between Jerusalem and Ramallah, have frequently witnessed unrest leading to violence. As a result, crossing points may be closed, or experiencing disruptions. Additionally, avoid nonessential travel to the vicinity of the Ofer prison, due to threat of unrest.



Page 652



To view a complete description of icons used in intelligence reports, click here.
*(Map created using Google Earth)*

*For any questions or concerns on how these events impact your business continuity, please contact* us:

Intelligence support:
On-ground support:
General assistance hotline:          +44          20-3540-0434
www.max-security.com

**To view a description of this report and others included in our regional intelligence packages,                    click                    here.**

DISCLAIMER: Please note that any views and/or opinions and/or assessment and/or recommendations presented in this text are solely those of Max Security. If you are not the named addressee you should not disseminate, distribute or copy this text. If you are not the intended recipient you are notified that disclosing, copying, distributing or taking any action in reliance on the contents of this information is strictly prohibited. Max Security Solutions accepts no liability for (i) the contents of this text/report being correct, complete or up to date; (ii) consequences of any actions taken or not taken as a result and/or on the basis of such contents. Copyright 2014 Max Security

To be removed from our mailing list click here

Page 653

# EXHIBIT 26

**From:** Max Security Intelligence ██████████████
**Sent:** July 16, 2014 12:53 PM
**To:** Smith, Stephen (NBCUniversal)
**Subject:** Israel & Palestinian Territories Alert: Israel reportedly approves six-hour humanitarian ceasefire slated to begin on July 17

If you cannot see this email properly, please click here



**Israel & Palestinian Territories Alert: Israel reportedly approves six-hour humanitarian ceasefire slated to begin on July 17 (July 16, 2014 - 19:50 UTC)**

**Please be advised**

During the early evening hours of July 16, United Nations (UN) envoy, Robert Serry, requested that Israel initiate a six-hour humanitarian truce during the evening hours of July 16. The temporary truce will reportedly begin at 10:00 (local time) on July 17 and expire at 15:00. Reports indicate that Israel has approved the proposal; however, at the time of writing, no statement has been issued by Hamas. Several hours earlier, Palestinian Authority (PA) President Mahmoud Abbas met with senior Hamas official, Mousa Abu Marzouk, and Egyptian President Abdel Fatah al-Sisi in Cairo; Hamas will reportedly submit a ceasefire proposal to the Arab League in the coming hours.

Also on July 16, Israel's Cabinet approved the call-up of an additional 8,000 reservists, bringing the total number of troops called up to 50,000. Following the Cabinet meeting, Prime Minister Benjamin Netanyahu's spokesman Mark Regev issued a statement indicating that an invasion of Gaza is "definitely an option...it's being discussed".

During the evening hours of July 16, multiple rockets were reportedly intercepted by Iron Dome anti-missile batteries over Netivot, Sderot, Ashkelon, Ashdod, and Kiriyat Malahi, while at least 10 additional rockets landed in open fields Sdot Negev Regional Council, the Eshkol Regional Council, Ashkelon, Ashdod, and Kiriyat Malahi. Reports indicate that one additional rocket struck a building in the Eshkol Regional Council, inflicting serious damage to the structure, while another rocket reportedly exploded in a schoolyard in Ashdod. At the time of writing, no injuries have been reported in this evening's rocket fire.

The Israeli Air Force (IAF), the Israel Defense Forces (IDF), and the Israeli Navy continued to conduct airstrikes and shelling against militant sites in the Gaza Strip during the evening hours of July 16, most notably in Gaza City, Khan Yunis, and Rafah. At least eight people

Page 655

were reportedly killed in recent airstrikes, including four children, bringing the total death
toll in Gaza to 212 people since the launch of Operation Protective Edge on July 8.

## Assessments

Despite continued reports of efforts by third-parties to promote a ceasefire agreement, we
assess that any return to the November 2012 ceasefire agreement or a new one will
continue to face significant obstacles. In this context, reports suggest that Hamas' proposal
will include conditions unlikely to be received positively by Israel, such as demands to build
an airport in Gaza, open the Rafah border crossing, and release all 56 Palestinian prisoners
who were rearrested after their release in the Gilad Shalit prisoner exchange deal. That said,
although Hamas rejection the July 15 ceasefire proposal offered by Egypt, we assess that
Egypt will continue to play a major role in any mediation efforts over the coming days. This
is underscored both by the meeting between Abbas and Marzouq in Egypt, as well as the
fact that one of Hamas' reported demands includes the opening of the border crossing with
Egypt. In addition, it remains possible that the six-hour humanitarian truce slated to go into
effect on July 17 could open the door to a longer-term ceasefire agreement, particularly if
Hamas similarly adheres to the truce.

In this scenario, we assess that Hamas' refusal to respect the six-hour truce, including by
firing rockets into Israel during this period, or resumption of rocket fire immediately
following its conclusion may catalyze an escalation in hostilities. In this context, the Israeli
Cabinet's approval of an additional 8,000 reservists to be called up underscores the
likelihood that an IDF ground operation in the Gaza Strip is increasingly being considered.
Moreover, in the absence of any longer term ceasefire and due to Israel's desire to restore
its deterrence capabilities against Gaza-based militants, we assess that operations are likely
to continue to target militant command centers and rocket launching sites, mainly from the
sea and air. We further assess that any potential ground operations in Gaza would likely aim
to demilitarize specific areas of the Gaza Strip rather than establish a long-term Israeli
military presence there.

Meanwhile, the mounting death toll in the Gaza Strip is likely to increase retaliatory rocket
fire against major cities in Israel, most notably Tel Aviv, Jerusalem, and Haifa; however, we
continue to assess that the majority of rocket fire will remain focused on Israeli territory
within 40 km of the Gaza Strip. While it is likely that the most rockets will either be
intercepted by Iron Dome anti-missile batteries or land in open areas, there remains the
potential for occasional direct hits and shrapnel, which could in turn cause injuries and
damage within the immediate vicinity of landings. Moreover, in the event that Hamas
accepts the UN-mediated humanitarian truce slated to take place on July 17, we assess that
a large barrage of rockets will likely be fired into Israeli territory in the hours before the
implementation of the agreement.

## Recommendations: Israel

Those operating or residing in Israel, including Tel Aviv and Jerusalem, should adhere to all
IDF Home Front Command guidelines regarding early warning sirens for incoming rockets. In

CONFIDENTIAL                                    UCP002333

case you hear a siren, seek shelter in a protected area and remain inside for at least 10 minutes. As a general security precaution, those operating or residing in Israel should ensure that contingency and emergency evacuation plans are updated due to the potential for a further deterioration in the security situation. We advise to contact us to be briefed on the situation, while consulting us for operational support.

We advise against all travel within 40 km of the Gaza Strip at this time. Those remaining within this vicinity should initiate contingency and emergency evacuation plans due to the deterioration in the security situation. Contact us for itinerary and contingency support options.

For the duration of July 16 and in the coming days, those operating or residing in Jerusalem are advised to avoid travel to the areas of Shuafat, Beit Hanina, Silwan, and Wadi al-Joz, as well as the vicinity of the Temple Mount/al-Aqsa Mosque Compound and the Damascus Gate given the potential for further unrest. Maintain heightened vigilance throughout East Jerusalem and the Old City for the same reason. Avoid nonessential travel to Arab-Israeli towns, particularly Nazareth, I'billin, Qalansawe, Tayibe, and Tira.

**Recommendations: Palestinian Territories**

We advise against all travel to the Gaza Strip at this time due to continuous border crossing closures and the threat of militant activity. Those operating or residing in the Gaza Strip are advised to initiate contingency and emergency evacuation plans due to deterioration in the security situation. Contact us for itinerary and contingency support options.

As a general precaution, avoid all travel to the West Bank for the remainder of July 16 and the coming days, due to ongoing counter-militancy operations, and relating unrest in Palestinian urban centers. The risk for altercations remains most pronounced in the Hebron, Jenin, and Nablus areas, and to a lesser extent within Ramallah and Bethlehem.

Be advised that crossing points between Israeli and Palestinian controlled territories, including the Qalandiya checkpoint between Jerusalem and Ramallah, have frequently witnessed unrest leading to violence. As a result, crossing points may be closed or experiencing disruptions. Additionally, avoid nonessential travel to the vicinity of the Ofer prison, due to threat of unrest.

CONFIDENTIAL                                    UCP002334





To view a complete description of icons used in intelligence reports, click here.
*(Map created using Google Earth)*

*For any questions or concerns on how these events impact your business continuity, please contact                                                                                            us:*
Intelligence                    support:
On-ground                  support:
General          assistance         hotline:        +44          20-3540-0434
www.max-security.com

**To view a description of this report and others included in our regional intelligence packages,                                                           click                                              here.**

Page 658

**DISCLAIMER: Please note that any views and/or opinions and/or assessment and/or recommendations presented in this text are solely those of Max Security. If you are not the named addressee you should not disseminate, distribute or copy this text. If you are not the intended recipient you are notified that disclosing, copying, distributing or taking any action in reliance on the contents of this information is strictly prohibited. Max Security Solutions accepts no liability for (i) the contents of this text/report being correct, complete or up to date; (ii) consequences of any actions taken or not taken as a result and/or on the basis of such contents. Copyright 2014 Max Security**

To be removed from our mailing list click here

CONFIDENTIAL UCP002336

# EXHIBIT 27

| **From:** | Biggs, Chris (NBCUniversal) |
| **Sent:** | July 11, 2014 3:58 AM |
| **To:** | Smith, Stephen (NBCUniversal) |
| **Subject:** | RE: Update |

- **Journalist: "Quiet in East Jerusalem. Lots of border police milling around, and a water cannon in Shuafat, but nobody on the streets right now."**
- **Qalandia, West Bank: quiet after a planned protest never materialized.**
- **The Jerusalem Police limited access to Temple Mount.**
- **Increased reports over imminent ground incursion by Israeli troops.**
- **At least one injured when a rocket hit a petrol station in Ashdod.**
- **July 11, a barrage of rockets were fired toward Tel Aviv; at least three intercepted directly over the city. Siren sounded at Ben Gurion airport – apparent target.**
- The Israel Defense Forces (IDF) confirmed that four rockets were fired towards Jerusalem from the Gaza Strip, with two being intercepted and two landing in an open area. Meanwhile, following the interception of two rockets over Tel Aviv during the morning hours of July 10 by an Iron Dome anti-missile battery, several more rockets were fired towards the city as well as other locales in the 40-80 km range from Gaza throughout the day.
- Throughout July 10 Gaza-based militants continued to launch short- and medium-range rockets towards cities within 20 km from the Gaza Strip and those between 20 and 40 km from the territory. These include rockets fired towards Sderot, Ashkelon, Ashdod, and Beer Sheva.
- Several rockets were fired towards the Ramat Negev Regional Council area, as well as the towns of Mitzpe Ramon, Arad, and Dimona. While the rockets were either intercepted or landed in open areas, Hamas reportedly claimed to have aimed at the nuclear reactor located in Dimona.
  During the late evening hours of July 10, a rocket explosion in Ashdod set several cars on fire.
- Two IDF soldiers were injured by a mortar round fired by Gaza militants into southern Israel's Eshkol Regional Council.
- In Be'er Sheva, several people were treated for shock when one rocket struck a family home and another hit a sports center in the city. Direct hits were also reported on homes in the Sha'ar Hanegev Regional Council, while other rockets and shrapnel from them have landed in yards near homes. The majority of rockets continue to be either intercepted or land in open areas of Israel, mostly in the 20 km and 40 km range from the Gaza Strip.
- The IDF continues to carry out air strikes on targets in the Gaza Strip, while reportedly warning citizens of Gaza in towns along the border with Israel to evacuate their homes.
- Following a security cabinet meeting, Prime Minister Benjamin Netanyahu stated that operations will escalate and continue until attacks on Israeli citizens come to a halt.
- During the afternoon hours of July 10, security forces apprehended a Palestinian driver on Route 5, which connects the West Bank to northeast Tel Aviv. The security personnel noticed a suspicious device in the car, which was reportedly found to contain explosives. Reports further indicate that the individual admit to planning a militant attack in Israel.
- United States "remains prepared to facilitate a cessation of hostilities, including a return to the November 2012 ceasefire agreement.
- Hamas claims it fired four M-75 rockets at Ben Gurion
- All airports functioning normally
- UK FCO - The FCO will seek to arrange a one-off assisted departure of British nationals currently in Gaza with a registration time limit to leave of 1500hrs local time today Friday 11[th].

CONFIDENTIAL

**From:** Smith, Stephen (NBCUniversal)
**Sent:** 11 July 2014 11:48
**To:** Biggs, Chris (NBCUniversal)
**Subject:** FW: Update

Anything to add, will send at 3ish

**From:** Smith, Stephen (NBCUniversal)
**Sent:** 11 July 2014 10:52
**To:** Smith, Stephen (NBCUniversal)
**Subject:** Update


- **Journalist: "Quiet in East Jerusalem. Lots of border police milling around, and a water cannon in Shuafat, but nobody on the streets right now."**
- **Qalandia, West Bank: quiet after a planned protest never materialized.**
- **The Jerusalem Police limited access to Temple Mount.**
- **Increased reports over imminent ground incursion by Israeli troops.**
- **At least one injured when a rocket hit a petrol station in Ashdod.**
- **July 11, a barrage of rockets were fired toward Tel Aviv; at least three intercepted directly over the city. Siren sounded at Ben Gurion airport – apparent target.**
- The Israel Defense Forces (IDF) confirmed that four rockets were fired towards Jerusalem from the Gaza Strip, with two being intercepted and two landing in an open area. Meanwhile, following the interception of two rockets over Tel Aviv during the morning hours of July 10 by an Iron Dome anti-missile battery, several more rockets were fired towards the city as well as other locales in the 40-80 km range from Gaza throughout the day.
- Throughout July 10 Gaza-based militants continued to launch short- and medium-range rockets towards cities within 20 km from the Gaza Strip and those between 20 and 40 km from the territory. These include rockets fired towards Sderot, Ashkelon, Ashdod, and Beer Sheva.
- Several rockets were fired towards the Ramat Negev Regional Council area, as well as the towns of Mitzpe Ramon, Arad, and Dimona. While the rockets were either intercepted or landed in open areas, Hamas reportedly claimed to have aimed at the nuclear reactor located in Dimona.
  During the late evening hours of July 10, a rocket explosion in Ashdod set several cars on fire.
- Two IDF soldiers were injured by a mortar round fired by Gaza militants into southern Israel's Eshkol Regional Council.
- In Be'er Sheva, several people were treated for shock when one rocket struck a family home and another hit a sports center in the city. Direct hits were also reported on homes in the Sha'ar Hanegev Regional Council, while other rockets and shrapnel from them have landed in yards near homes. The majority of rockets continue to be either intercepted or land in open areas of Israel, mostly in the 20 km and 40 km range from the Gaza Strip.
- The IDF continues to carry out air strikes on targets in the Gaza Strip, while reportedly warning citizens of Gaza in towns along the border with Israel to evacuate their homes.
- Following a security cabinet meeting, Prime Minister Benjamin Netanyahu stated that operations will escalate and continue until attacks on Israeli citizens come to a halt.
- During the afternoon hours of July 10, security forces apprehended a Palestinian driver on Route 5, which connects the West Bank to northeast Tel Aviv. The security personnel noticed a suspicious device in the car, which was reportedly found to contain explosives. Reports further indicate that the individual admit to planning a militant attack in Israel.

CONFIDENTIAL                                UCP002508

- United States "remains prepared to facilitate a cessation of hostilities, including a return to the November 2012 ceasefire agreement.
- Hamas claims it fired four M-75 rockets at Ben Gurion
- All airports functioning normally
- UK FCO - The FCO will seek to arrange a one-off assisted departure of British nationals currently in Gaza with a registration time limit to leave of 1500hrs local time today Friday 11th.

**Stephen Smith**
**Head of Security, Europe**
**International Security & Crisis Management**

+44 (0) 20 3618 5082 (office)

**NBCUniversal**
NBCUniversal International
1 Central St Giles
St Giles High Street
London WC2H 8NU
United Kingdom
www.nbcuni.com

Page 663

# EXHIBIT 28

| | |
|---|---|
| **From:** | Max Security Intelligence ▮▮▮▮▮▮▮▮▮▮ |
| **Sent:** | June 29, 2014 11:01 AM |
| **To:** | Smith, Stephen (NBCUniversal) |
| **Subject:** | Israel & Palestinian Territories Tactical: Rocket barrage reported from Gaza Strip toward Israel on June 29; retaliation likely |

If you cannot see this email properly, please click here



**Israel & Palestinian Territories Tactical: Rocket barrage reported from Gaza Strip toward Israel on June 29; retaliation likely**
**(June 29, 2014 - 17:55 UTC)**

**Please                                                       be                                                advised**

During the evening hours of June 29, two rockets were reportedly intercepted by the Iron Dome anti-missile battery system over the town of Netivot in southern Israel. Unconfirmed reports have indicated that the barrage contained as many as six rockets, the rest of which impacted in an open area. The launch follows the reported impact of two mortar shells fired from the southern Gaza Strip, which exploded in an open area near the border fence in Israel. No injuries or damage were reported in either incident.

During the overnight hours of June 28-29, the Israeli Air Force (IAF) conducted airstrikes against 12 militant sites in the Gaza Strip, in response to a rocket barrage earlier on June 28. On June 27, the IAF killed two alleged militants in a targeted airstrike.

Also on June 29, Israeli Prime Minister Benjamin Netanyahu delivered a speech reiterating Israel's demand for a long-term security presence along the Jordan Valley, additionally calling on P5+1 powers to avoid a "bad agreement" with Iran. Netanyahu additionally called for increased support for Jordan, and support for Kurdish independence.

**Assessments**

Given the recent escalation between Gaza-based militants and Israel over the past days, we assess that there is significant potential for a scaled Israeli retaliation over the coming hours, similar to that recorded during the overnight hours of June 28-29. Furthermore, given the attack follows a significant policy speech delivered by Netanyahu, as well as a series of other important regional developments, including talk about a potential agreement between the P5+1 and Iran, as well as the declaration of an Islamic Caliphate by the Islamic State of Iraq and al-Sham, we assess Israel may determine a show of strength is necessary. In such a

Page 665

scenario a more prolonged Israeli retaliation is possible, potentially targeting additional militant sites, including Hamas targets, or carrying out targeted assassinations of known militants.

While the continuation of near-nightly rocket strikes into Israel increases the potential for a broader escalation between Israel and Gaza-based militants, a planned multi-day escalation launched by Israel would likely be accompanied by a call up of reservist forces, which has not been called for. However, if such barrages continue, particularly given the increasing quantity of rockets involved in each launch, we assess that potential for a more sustained escalation will increase.

**Recommendations**

Those traveling in the 40 km area surrounding the Gaza Strip should continue adhering to all safety precautions regarding early warning sirens for incoming rockets. In case you hear a siren, seek shelter in a protected area and remain inside for at least 10 minutes.

As a general security precaution, it is advised to avoid the immediate vicinity of the Gaza Strip border at this time.



Page 666

CONFIDENTIAL                    UCP002705



To view a complete description of icons used in intelligence reports, click here.
*(Map created using Google Earth)*

*For any questions or concerns on how these events impact your business continuity, please contact us:*
Intelligence          support:          ████████████████
On-ground          support:          ████████████████
General          assistance          hotline:          +44          20-3540-0434
www.max-security.com

**To view a description of this report and others included in our regional intelligence packages,** **click** **here.**

DISCLAIMER: Please note that any views and/or opinions and/or assessment and/or recommendations presented in this text are solely those of Max Security. If you are not the named addressee you should not disseminate, distribute or copy this text. If you are not the intended recipient you are notified that disclosing, copying, distributing or taking any action in reliance on the contents of this information is strictly prohibited. Max Security Solutions accepts no liability for (i) the contents of this text/report being correct, complete or up to date; (ii) consequences of any actions taken or not taken as a result and/or on the basis of such contents. Copyright 2014 Max Security

To be removed from our mailing list click here

Page 667

# EXHIBIT 29

**From:**            Max Security Intelligence ████████████████
**Sent:**            July 08, 2014 1:46 AM
**To:**              Smith, Stephen (NBCUniversal)
**Subject:**         Israel & Palestinian Territories Alert: IDF launches Operation Protective Edge on July 8; avoid nonessential travel within 20-40 km from Gaza Strip

If you cannot see this email properly, please click here



**Israel & Palestinian Territories Alert: IDF launches Operation Protective Edge on July 8; avoid nonessential travel within 20-40 km from Gaza Strip (July 8, 2014 - 08:40 UTC)**

**Please                         be                         advised**

Following reports from July 7 that the Israeli government ordered the Israel Defense Forces (IDF) to expand military operations against Hamas, and the subsequent rocket fire into Israel, the IDF officially announced the launching of Operation Protective Shield just after midnight on July 8. Unconfirmed reports have since stated that the IDF will expand the scope of the military campaign in the coming days.

As part of the operation, the Israeli Air Force and Navy targeted some 50 militant sites in the Gaza Strip during the overnight hours of July 7-8, and included concealed rocket launchers, tunnels, training camps, weapon depots, and reportedly four homes of Hamas members. During the airstrikes, 17 Palestinians were reportedly wounded. Additional airstrikes were recorded during the late morning hours of July 8.

Concerning the aforementioned homes, reports indicate that the IDF destroyed the residence of senior Hamas military commander, Samar Abu Dekha, in Khan Younis. Hamas reportedly stated that, should attacks on its members' homes continue, the range of Hamas rocket fire would expand.

Meanwhile, rocket fire into southern Israel has persisted on July 8. Over a dozen rockets were reportedly fired towards Israeli border communities during the morning hours, while no casualties were reported. Toward the late morning hours, reports also indicate that rockets were fired toward Ashkelon, Ashdod, Beer Sheva, and Yavne. The IDF spokesperson reported that four rockets were intercepted over Ashdod, and another over Ashkelon. On July 7, approximately 100 rockets and mortars were fired into Israel, primarily targeting border communities, while rockets were also fired toward Rehovot in the country's center. Hamas claimed responsibility for a number of the incidents.

Page 669

UCP001845

The IDF Homefront Command has ordered that all summer schools and camps located within 40 km of the Gaza Strip will be closed. In addition, residents within this range have been instructed to remain close to shelters.

In Jerusalem, reports during the overnight hours of July 7-8 indicate that masked protesters threw Molotov cocktails in East Jerusalem's neighborhood of Shuafat.

**Assessments**

Following increasing rocket fire on July 7 and the commencement of Operation Protective Edge, we assess that cross-border fire between Israel and Palestinian militants in the Gaza Strip will likely continue to intensify, both in terms of the quantity and scope of attacks. As witnessed in previous conflicts, the threat of an intensification of rocket fire into Israel over the coming hours is heightened. In this context, militants likely seek to retaliate for recent airstrikes, including the targeting of their members' homes.

Furthermore, such an intensification is likely to include rocket salvos directed toward Israeli cities located beyond the 10-20 km range from the Gaza Strip, as well as potentially past the 40 km range toward the country's center, as was witnessed during the 2012 operation. This is underscored by reports of Color Red Alert sirens and rockets over Ashdod, Beer Sheva, and Yavne, and can include the areas of Tel Aviv, Rehovot, Holon, and Jerusalem. Such attacks, which Israel has reportedly prepared for, including by the deploying of Iron Dome anti-missile batteries, would likely increase the chances of correspondingly escalated Israeli airstrikes, in addition to possibly expediting a more expansive Israeli military campaign.

With that in mind, we assess that recent statements and the characteristics of IDF activity thus far indicates that Israel seeks to control the level of escalation with Hamas in Gaza. Such a policy may have resulted in Hamas' threat to escalate should Israel continue striking its members' homes. With the overall objective of seriously curtailing Hamas and other factions' military and rocket launching abilities, Israel likely aims to reestablish a greater sense of deterrence and force Hamas into another ceasefire on its terms. In doing so, we assess that the IDF will continue to prepare for an even wider military conflict, while threatening the use of ground forces, including by calling up reservist forces. As stated previously, however, the threat of a more uncontrolled escalation will likely stem primarily from Israeli civilian casualties or a significantly increased scope of rocket fire.

Moreover, in line with already heightened tensions in the West Bank and Jerusalem over the recent deaths of one Palestinian and three Israeli youths, the escalation in the Gaza Strip further heightens the risk of additional riots and unrest. This is underscored by similar incidents that were recorded during previous Israeli operations in Gaza, which saw Israeli Arabs and Palestinians acting to condemn Israeli policy in Gaza.

**Recommendations: Israel**

We advise against all travel within 20 km of the Gaza Strip at this time. Those remaining within this vicinity should initiate contingency and emergency evacuation plans due to the deterioration in the security situation. Contact us for itinerary and contingency support options.

Page 670

UCP001846

It is further advised to avoid nonessential travel within 20-40 km of the Gaza Strip due to increasing cross border violence. Those conducting essential travel within the 20-40 km range should continue adhering to all IDF Homefront Command guidelines regarding early warning sirens for incoming rockets. In case you hear a siren, seek shelter in a protected area and remain inside for at least 10 minutes.

As a general security precaution, those operating or residing in Israel, particularly within the 20-40 km range of the Gaza Strip, should ensure that contingency and emergency evacuation plans are updated due to the potential for a further deterioration in the security situation.

For the duration of July 8 and in the coming days, those operating or residing in Jerusalem are advised to avoid travel to the areas of Shuafat, Beit Hanina, Silwan, and Wadi al-Joz, as well as the vicinity of the Temple Mount/al-Aqsa Mosque Compound and the Damascus Gate given the potential for further unrest. Maintain heightened vigilance throughout East Jerusalem and the Old City for the same reason. Avoid nonessential travel to Arab-Israeli towns, particularly Nazareth, I'billin, Qalansawe, Tayibe, and Tira.

**Recommendations: Palestinian Territories**

We advise against all travel to the Gaza Strip at this time due to continuous border crossing closures and the threat of militant activity.

As a general precaution, avoid all travel to the West Bank for the remainder of July 7 and over the coming days, due to the potential for expanding counter-militancy operations, and relating unrest in Palestinian urban centers. The risk for altercations remains most pronounced in the Hebron, Jenin, and Nablus areas, and to a lesser extent within Ramallah and Bethlehem.

Be advised that crossing points between Israeli and Palestinian controlled territories, including the Qalandiya checkpoint between Jerusalem and Ramallah, have frequently witnessed unrest leading to violence. As a result, crossing points may be closed, or experiencing disruptions. Additionally, avoid nonessential travel to the vicinity of the Ofer prison, due to threat of unrest.

Page 671

CONFIDENTIAL

UCP001847





To view a complete description of icons used in intelligence reports, click here.
*(Map created using Google Earth)*

*For any questions or concerns on how these events impact your business continuity, please*
*contact* *us:*
Intelligence                          support:
On-ground                        support:
General            assistance            hotline:          +44          20-3540-0434
www.max-security.com

**To view a description of this report and others included in our regional intelligence**
**packages,** **click** **here.**

Page 672

**DISCLAIMER: Please note that any views and/or opinions and/or assessment and/or recommendations presented in this text are solely those of Max Security. If you are not the named addressee you should not disseminate, distribute or copy this text. If you are not the intended recipient you are notified that disclosing, copying, distributing or taking any action in reliance on the contents of this information is strictly prohibited. Max Security Solutions accepts no liability for (i) the contents of this text/report being correct, complete or up to date; (ii) consequences of any actions taken or not taken as a result and/or on the basis of such contents. Copyright 2014 Max Security**

To be removed from our mailing list click here

CONFIDENTIAL

UCP001849

# EXHIBIT 30

INTERNET ARCHIVE
WaybackMachine

73 captures
21 Jan 14 - 16 Apr 16

http://travel.state.gov/content/passports/english/alertswarnings/israel-travel-warnin    Go

MAR    JUL    AUG        Close
◀  **24**  ▶
2013  **2014**  2015      Help

• Contact Us  •   Find U.S. Embassies & Consulates

SEARCH 🔍

# Israel, The West Bank and Gaza Travel Warning

LAST UPDATED: JULY 21, 2014

**The U.S. Department of State warns U.S. citizens of the risks of traveling to Israel, the West Bank and Gaza due to ongoing hostilities.**  The Department of State recommends that U.S. citizens consider the deferral of non-essential travel to Israel and the West Bank and reaffirms the longstanding strong warning to U.S. citizens against any travel to the Gaza Strip.  This Travel Warning replaces the Travel Warning issued on February 3, 2014.

The security environment remains complex in Israel, the West Bank, and Gaza, and U.S. citizens need to be aware of the risks of travel to these areas because of the current conflict between Hamas and Israel.  The Department of State continues its longstanding strong warning to U.S. citizens against travel to the Gaza Strip; U.S. government employees are not allowed to conduct official or personal travel there.  Please see the section below on the situation in the Gaza Strip.  Because of the security situation, the U.S. Embassy in Tel Aviv and its annexes are currently operating at reduced staffing and the Consular Section of the Embassy is providing only emergency consular services.  The U.S. Consulate General in Jerusalem is currently maintaining normal operations, including consular services.

Long-range rockets launched from Gaza since July 8, 2014 have reached many locations in Israel – including Tel Aviv, cities farther north, and throughout the south of the country. Some rockets have reached Jerusalem and parts of the West Bank, including Bethlehem and Hebron.  While many rockets have been intercepted by the Iron Dome missile defense system, there have been impacts that have caused damage and injury.  In light of the ongoing rocket attacks, U.S. citizen visitors to and U.S. citizen residents of Israel and the West Bank should familiarize themselves with the location of the nearest bomb shelter or other hardened site, if available.  Visitors should seek information on shelters from hotel staff or building managers.  Consult city municipality websites, such as those for Jerusalem and Tel Aviv, for lists of public bomb shelters and other emergency preparedness information.  Visitors should follow the instructions of the Home Front Command on proper procedures in the event of rocket attacks.

Travelers should avoid areas of Israel in the vicinity of the Gaza Strip due to the real risks presented by small arms fire, anti-tank weapons, rockets, and mortars, as attacks from Gaza can come with little or no warning.  Both Embassy and Consulate General personnel are currently not permitted to travel south of greater Tel Aviv without prior approval.  On July 17, 2014 Israel announced the commencement of ground operations in Gaza. Visitors to these areas should remain aware of their surroundings and should take note of announcements and guidance provided by the Home Front Command.

Ben Gurion Airport is currently open and commercial flights are operating normally, although delays and cancellations can occur.  Travelers should check with their airline prior to their planned travel to verify the flight schedule.  U.S. citizens seeking to depart Israel or the West Bank are responsible for making their own travel arrangements.

We are not evacuating U.S. citizens out of Israel.  U.S. government-facilitated evacuations occur only when no safe commercial alternatives exist. Evacuation assistance is provided on a cost-recovery basis, which means the traveler must reimburse the U.S. government for travel costs. The lack of a valid U.S. passport may hinder U.S. citizens' ability to depart the country and may slow the U.S. Embassy or Consulate General's ability to provide assistance.

U.S. citizens who do travel to or remain in Israel, the West Bank and Gaza should take into consideration the rules governing travel by U.S. government employees:

• U.S. government personnel are not permitted to conduct official or personal travel to the Gaza Strip;

UCP000292

government personnel are... to travel to the... of the West Bank; ... or official
... with special security arrangements coordinated by the U.S. Consulate General in Jerusalem.
Currently, because of the security situation, U.S. government personnel are not permitted to travel ... of greater Tel Aviv
without prior approval;

- U.S. government personnel must notify Embassy Tel Aviv's Regional Security Officer before traveling in the areas of the Golan Heights and are prohibited from traveling east of Rt. 98 in the Golan Heights;
- U.S. government personnel are not permitted to use public buses anywhere in Israel or the West Bank due to past attacks on public transportation.

## Major Metropolitan Areas in Israel

Personal safety conditions in major metropolitan areas, including Tel Aviv and Haifa and their surrounding regions, are comparable to or better than those in other major global cities. Please see below for specific information regarding Jerusalem. Visitors should observe appropriate personal security practices to reduce their vulnerability to crime, particularly late at night or in isolated or economically depressed areas, including in the countryside.  Visitors are advised to avoid large gatherings or demonstrations and keep current with local news, which is available through numerous English language sources.

The Government of Israel has had a long-standing policy of issuing gas masks to its citizens and, starting in 2010, it began issuing replacement masks.  It stopped this distribution process in early 2014 in response to regional events. Visitors and foreign residents in Israel are not issued masks and must individually procure them, if desired.  The U.S. Embassy and Consulate General do not provide gas masks for persons who are not U.S. government employees or their dependents.  For further emergency preparedness guidance, please visit the website of the Government of Israel's Home Front Command, which provides information on how to choose a secure space in a home or apartment, as well as a list of the types of protective kits (gas masks) issued by the Government of Israel to its citizens.

## Gaza Vicinity

The Department of State recommends against travel to areas of Israel in the vicinity of the Gaza Strip.  Travelers should be aware of the risks presented by the current military conflict between Hamas and Israel.  On July 17, 2014 Israel announced the commencement of ground operations in Gaza.  Travelers in the regions immediately bordering Gaza may encounter small arms fire, anti-tank weapons, rockets, and mortars launched from inside Gaza toward Israeli cities and towns.  These attacks can come with little or no warning.  Visitors to these areas should remain aware of their surroundings and of the location of bomb shelters and should take note of announcements and guidance provided by the Home Front Command.

Travelers should also be aware of the heightened state of alert maintained by Israeli authorities along Israel's border with Egypt.  There have been cross-border incidents from Egypt, including rocket attacks and ground incursions, such as an attack that took place in August 2013 and one on January 20, 2014. Rockets were fired from Sinai in the direction of Eilat on July 15, 2014.

## Northern Israel

Rocket attacks into Israel from Lebanon have occurred without warning along the Israeli-Lebanese border.  Tensions have increased along portions of the Disengagement Zone with Syria in the Golan Heights as a result of the internal conflict occurring in Syria.  Sporadic gunfire has occurred along the border region. There have been several incidents of mortar shells and light arms fire impacting on the Israeli-controlled side of the zone as a result of spillover from the fighting in Syria.  Travelers should be aware that cross-border gunfire can occur without warning.  Furthermore, there are active land mines in areas of the Golan Heights, so visitors should walk only on established roads or trails.  The Syrian conflict is sporadic and unpredictable.  U.S. government personnel must notify the Embassy's Regional Security Office in advance if they plan to visit the Golan Heights and are prohibited from traveling east of Rt. 98 in the Golan Heights.

## Jerusalem

U.S. citizens should be aware of the possibility of isolated street protests, particularly within the Old City and areas around Salah Ed-Din Street, Damascus Gate, Silwan, and the Sheikh Jarrah neighborhood.  Travelers should exercise caution at religious sites on Fridays and on holy days, including during Ramadan.  U.S. government employees are prohibited from entering the Old City on Fridays during the month of Ramadan due to congestion and security-related access restrictions.

U.S. government employees are prohibited from transiting Independence Park in central Jerusalem during the hours of darkness due to reports of criminal activity.

The Consulate General notes that recent demonstrations and clashes in several East Jerusalem areas, such as Shufat, Beit Hanina, Mt. of Olives, As Suwaneh, Abu Deis, Silwan, Shuafat Refugee Camp, inside the Old City (near Lions Gate), Issawiyeh, and Tsur Baher appear to have diminished, although the possibility exists of renewed clashes in the same areas during evenings.

UCP000293

clashes and demonstrations involving the Israel National Police (INP) continuing
presence in many of the neighborhoods that have had clashes and may restrict vehicular traffic. Some of these
neighborhoods without notice. We advise citizens not to enter any neighborhoods restricted by INP and avoid locations
that have active clashes ongoing.

The Shufat neighborhood of Jerusalem remains off-limits for official U.S. personnel and their families at night until further notice.
The Old City of Jerusalem is also off-limits every day after dark for official U.S. personnel and their families until further notice.
Official U.S. personnel are restricted from the Old City of Jerusalem at all times on Fridays during Ramadan. The Friday restriction
is part of our standard policy, due to overall congestion and large crowds, and is not related to recent events.

## The West Bank

The Department of State urges U.S. citizens to exercise caution when traveling to the West Bank.  Demonstrations and violent
incidents can occur without warning, and vehicles are regularly targeted by rocks, Molotov cocktails, and gunfire on West Bank
roads.  U.S citizens have been killed in such attacks.  There have also been an increasing number of violent incidents involving
Israeli settlers and Palestinian villagers in the corridor stretching from Ramallah to Nablus, including attacks by Israeli settlers on
Palestinian villages in which U.S. citizens have suffered injury or property damage, and attacks by Palestinians on settlements.
U.S. citizens can be caught in the middle of potentially dangerous situations, and some U.S. citizens involved in political
demonstrations in the West Bank have sustained serious injuries.  The Department of State recommends that U.S. citizens, for
their own safety, avoid all demonstrations.  During periods of unrest, the Israeli Government may restrict access to the West
Bank, and some areas may be placed under curfew.  All persons in areas under curfew should remain indoors to avoid arrest or
injury.  Security conditions in the West Bank may hinder the ability of consular staff to offer timely assistance to U.S. citizens.

Personal travel in the West Bank by U.S. government personnel and their families is permitted to the towns of Bethlehem and
Jericho and on Routes 1, 443, and 90.  Personal travel is also permitted to Qumran off Route 90 by the Dead Sea, as are stops at
roadside facilities along Routes 1 and 90.  All other personal travel by U.S. government personnel in the West Bank is prohibited.
U.S. government personnel routinely travel to the West Bank for official business, but do so with special security arrangements.

## The Gaza Strip

The Department of State strongly urges U.S. citizens to avoid all travel to the Gaza Strip, which is under the control of Hamas, a
foreign terrorist organization.  U.S. citizens in Gaza are advised to depart immediately.  The security environment within Gaza,
including its border with Egypt and its seacoast, is dangerous and volatile.  Exchanges of fire between the Israel Defense Forces
and militant groups in Gaza take place regularly, and civilians have been caught in the crossfire in the past.  Although the Rafah
crossing between Gaza and Egypt normally allows for some passenger travel, prior coordination with local authorities -- which
could take days or weeks to process -- is generally required, and crossing points may be closed for days or weeks.  Travelers who
enter the Gaza Strip through the Rafah crossing must also exit through the Rafah crossing, and those entering the Gaza Strip may
not be able to depart at a time of their choosing.  Many U.S. citizens have been unable to exit Gaza or faced lengthy delays in
doing so.  Furthermore, the schedule and requirements for exiting through the Rafah crossing are unpredictable and can involve
significant expense.  Because U.S. citizen employees of the U.S. government are not allowed to enter the Gaza Strip or have
contact with Hamas, the ability of consular staff to offer timely assistance to U.S. citizens, including assistance departing Gaza, is
extremely limited.

## Entry/Exit Difficulties

Some U.S. citizens holding Israeli nationality, possessing a Palestinian identity card, or who are of Arab or Muslim origin have
experienced significant difficulties in entering or exiting Israel or the West Bank. U.S. citizens planning to travel to Israel, the
West Bank, or Gaza should consult the detailed information concerning entry and exit difficulties in the Country Specific
Information.

Contact the Consular Section of the U.S. Embassy for information and assistance in Israel, the Golan Heights, and ports of entry
at Ben Gurion Airport, Haifa Port, the northern (Jordan River/Sheikh Hussein) and southern (Arava) border crossings connecting
Israel and Jordan, and the border crossings between Israel and Egypt.  An embassy officer can be contacted at (972) (3) 519-
7575 from Monday through Friday during working hours.  The after-hours emergency number is (972) (3) 519-7551.

Contact the Consular Section of the U.S. Consulate General in Jerusalem for information and assistance in Jerusalem, the West
Bank, the Gaza Strip, and the Allenby/King Hussein Bridge crossing between the West Bank and Jordan, at (972) (2) 630-4000
from Monday through Friday during working hours.  The after-hours emergency number is (972) (2) 622-7250.

## For More Information

INTERNET ARCHIVE of State urges http://travel.state.gov/content/passports/english/alertswarnings/israel-travel-w West Bank or Gaza to **WAYBACK** with tAUG **Close**

WaybackMachine State's Smart Traveler Enrollment Program (STEP) in order to obtain the most current information on travel and security within Israel, the West Bank and Gaza. Enrollment in STEP makes it easier for the Embassy or Consulate General to **Help** contact U.S. citizens in case of emergency.

73 captures                                                                                      **24**

For information on "What the Department of State Can and Can't Do in a Crisis," please visit the Bureau of Consular Affairs' Emergencies and Crisis link at www.travel.state.gov

For the latest security information, U.S. citizens traveling abroad should regularly monitor the Department of State's Internet website where the Worldwide Caution, Country Specific Information for Israel, the West Bank and Gaza, Travel Warnings, and Travel Alerts can be found, including the current Travel Warning for Israel, the West Bank and Gaza. You can also follow the Bureau of Consular Affairs on Twitter and on Facebook. Up-to-date information on security conditions can also be accessed at http://israel.usembassy.gov, http://jerusalem.usconsulate.gov or on the Embassy and Consulate General Facebook pages.

Up-to-date information on travel and security in Israel, the West Bank and Gaza can also be obtained by calling 1-888-407-4747 toll-free in the United States and Canada, or, for callers outside of the United States and Canada, on a regular toll-line at 1-202-501-4444. These numbers are available from 8:00 a.m. to 8:00 p.m. Eastern Time, Monday through Friday (except U.S. federal holidays).

**Embassies & Consulates**

- About Us
- Newsroom
- Passport Statistics
- Legal Considerations

- Find a U.S. Embassy or Consulate
- Contact Us
- Careers
- Consular Notification and Access

STAY CONNECTED

- Dipnote Blog
- Facebook
- Flickr

- @travelgov
- Youtube
- RSS

| travel.state.gov | U.S. Passports & International Travel | Students Abroad | U.S. Visa | Intercountry Adoption | International Parental Child Abduction |

Privacy • Copyright & Disclaimer • FOIA • No FEAR Act Data • Office of the Inspector General • USA.gov • GobiernoUSA.gov

This site is managed by the Bureau of Consular Affairs, U.S. Department of State.