# EXHIBIT 31

**From:**              Max Security Intelligence ███████████████
**Sent:**              July 09, 2014 12:57 PM
**To:**                Smith, Stephen (NBCUniversal)
**Subject:**           Israel & Palestinian Territories Analysis: Israel likely to escalate air campaign as numerous long-range rockets fired toward central, northern Israel

If you cannot see this email properly, please click here



---

### MAX Analysis
### Israel & Palestinian Territories: Israel likely to escalate air campaign as numerous long-range rockets fired towards central, northern Israel
### July 9, 2014

**Current Situation**

Since the launching of Israel's "Operation Protective Edge" on July 7, over 225 rockets have been launched at Israel from the Gaza Strip, while the Israel Defense Forces (IDF) has reportedly carried out more than 550 air strikes in the Gaza Strip since July 6, largely targeting rocket-launching sites throughout the territory, as well as tunnels and militant leaders. Several of these rockets fired from Gaza reached areas beyond 40 km north of the territory's border with Israel. This includes three rockets that were intercepted by the Iron Dome missile defense system over Tel Aviv on July 9, while one was intercepted over the city on July 8. Meanwhile, three rockets hit the Jerusalem hills during the late evening hours of July 8, while one hit the city of Hadera. Additionally, following a Color Red Alert siren in Zikhron Yaakov on July 9, two rockets reportedly fell in open areas of the Hof Hacarmel Regional Council, marking the farthest range such Gaza-based rockets have ever reached. Finally, the IDF spokesperson stated that one rocket was intercepted by Iron Dome over Dimona during the evening hours of July 9, while two others fell in open areas.  Dimona is located several kilometers northwest of Israel's nuclear reactor.

Overall, while dozens of rockets have been fired towards central Israel since July 8, the majority of these have been intercepted or landed in open areas. Additionally, sirens have been sounded following the launching of most rockets.

Furthermore, most rockets continue to target the southern regions of Israel, particularly those within the 20 km range from the Gaza Strip, such as Sderot and Ashkelon, as well as the Eshkol and Sha'ar Hanegev regional councils. An increasing amount of rockets has also been fired towards cities in the 20-40 km range from Gaza, such as Beer Sheva and Ashdod.

Page 680

That said, measures have been taken to protect the Israeli public in Tel Aviv and Jerusalem, as well as other cities past the 40 km range, including Rishon Letzion. This includes the evacuation of some beaches in the area and the opening of public bomb shelters. Reports indicate that the mayor of Haifa has called for similar measures to be implemented on July 9.

Moreover, the IDF began calling up 40,000 reservists to replace forces in the West Bank in order to allow them to deploy along the Gaza border, while on July 9 Prime Minister Benjamin Netanyahu stated that the military will intensify its assault in Gaza.

In addition to rocket fire from the Gaza Strip, five Hamas militants infiltrated into Israel through the waters off the coast near Kibbutz Zikim on July 8. Israeli troops engaged the militants in a firefight, killing all five while one soldier was wounded. Similarly, reports indicate that Hamas militants attempted to enter Israeli territory through a tunnel near Kibbutz Kerem Shalom also on July 8, but an explosion in the tunnel prevented them from succeeding. The cause of the explosion remains unclear at this time.

In response to the ongoing conflict, the British Foreign and Commonwealth Office (FCO) updated its travel warning on July 8, advising against all nonessential travel to areas within the 40 km range from the border of the Gaza Strip. Meanwhile, the US Embassy in Tel Aviv stated that the facility will operate with minimal staffing "until further notice" while advising staff members' families in Tel Aviv to "remain at home and in close contact with one another".

### Assessments: Long-range rocket fire likely to continue as fighting escalates

Since the Israeli military embarked on Operation Protective Edge on July 7, cross-border fire continues to escalate. While Egypt may be pressured by various international factions to continue with ceasefire negotiations to end the current round of fighting, tensions and increased domestic pressure indicate that such an agreement is not near. Therefore, we assess the steady escalation thus far will continue, as was highlighted by Prime Minister Netanyahu on July 9, who stated that Israel will expand operations and will continue attacks against militants until rocket fire from the Gaza Strip stops. This comes after Israel's Defense Minister, Moshe Yaalon, also stated the operation will escalate.

In this context, long-range rocket fire into northern and central Israel should be expected over the coming hours, especially following the attacks against Zichron Yaakov, Jerusalem, Hadera, and Tel Aviv over July 8-9. Such attacks could also include a greater number of rockets fired simultaneously, as militants attempt to bypass Israel's Iron Dome defense system. It is plausible that more of such long-range attacks will be carried out during rush hour and surrounding Israel's 20:00 (local time) news hour. However, the majority of rocket fire will likely remain localized within 40 km of the Gaza Strip, especially within 20 km. Moreover, and as was done in central and southern Israel, the military and local authorities are also likely to enhance defensive preparations for the public in northern Israel following the rocket strikes outside Zichron Yaakov.

Beyond rocket fire, militants could also attempt further special operations to bypass Israel's defense systems on the ground around the Gaza Strip, including further militant incursions

CONFIDENTIAL

UCP002373

into Israel. This was witnessed on July 8, after five Hamas militants raided Kibbutz Zikim from the sea. All five militants were killed shortly after. An interest to conduct such operations is likely high, given that Hamas and other factions likely seek a symbolic achievement.

In line with the ongoing escalation, Israel is likely to intensify air strikes over the coming hours. Thus far, Israel has largely focused on targets relating to militants' rocket arsenals. Targets have mostly included above and underground rocket launching sites, weapons depots, tunnels, command and control posts, and the homes of senior militant commanders. Several of the latter strikes were assassinations. In line with Netanyahu's declaration, new targets could include infrastructure, government buildings, and other militant-related sites located within heavily populated urban areas.

In this context, given the capabilities displayed in the most recent rocket attacks on Zikhron Yaakov, as well as Hadera, we assess that Israel is preparing for the potential to commence a ground operation at any time. While the timing of such an operation remains unclear, we assess that the potential for such action will increase in light of a perceived unacceptable number of Israeli casualties or accelerated rocket fire over the coming days. That being said, the Israeli military is likely to remain committed to expanding the campaign, but from the air and sea during this period.

## Recommendations: Israel

Those operating or residing in Israel, including Tel Aviv and Jerusalem, should adhere to all IDF Home Front Command guidelines regarding early warning sirens for incoming rockets. In case you hear a siren, seek shelter in a protected area and remain inside for at least 10 minutes. As a general security precaution, those operating or residing in Israel, particularly within the 20-40 km range of the Gaza Strip, should ensure that contingency and emergency evacuation plans are updated due to the potential for a further deterioration in the security situation. We advise to contact us to be briefed on the situation, while consulting us for operational support.

We advise against all travel within 20 km of the Gaza Strip at this time. Those remaining within this vicinity should initiate contingency and emergency evacuation plans due to the deterioration in the security situation. Contact us for itinerary and contingency support options.

It is further advised to avoid nonessential travel within 20-40 km of the Gaza Strip due to increasing cross border violence. Those conducting essential travel within the 20-40 km range should continue adhering to all IDF Home Front Command guidelines regarding early warning sirens for incoming rockets. In case you hear a siren, seek shelter in a protected area and remain inside for at least 10 minutes.

For the duration of July 9 and in the coming days, those operating or residing in Jerusalem are advised to avoid travel to the areas of Shuafat, Beit Hanina, Silwan, and Wadi al-Joz, as well as the vicinity of the Temple Mount/al-Aqsa Mosque Compound and the Damascus Gate given the potential for further unrest. Maintain heightened vigilance throughout East Jerusalem and the Old City for the same reason. Avoid nonessential travel to Arab-Israeli

Page 682

towns, particularly Nazareth, I'billin, Qalansawe, Tayibe, and Tira.

**Recommendations: Palestinian Territories**

We advise against all travel to the Gaza Strip at this time due to continuous border crossing closures and the threat of militant activity.

As a general precaution, avoid all travel to the West Bank for the remainder of July 9 and over the coming days, due to the potential for ongoing counter-militancy operations, and relating unrest in Palestinian urban centers. The risk for altercations remains most pronounced in the Hebron, Jenin, and Nablus areas, and to a lesser extent within Ramallah and Bethlehem.

Be advised that crossing points between Israeli and Palestinian controlled territories, including the Qalandiya checkpoint between Jerusalem and Ramallah, have frequently witnessed unrest leading to violence. As a result, crossing points may be closed, or experiencing disruptions. Additionally, avoid nonessential travel to the vicinity of the Ofer prison, due to threat of unrest.



Page 683

UCP002375



To view a complete description of icons used in intelligence reports, click here.
*(Map created using Google Earth)*

*For any questions or concerns on how these events impact your business continuity, please contact us:*

Intelligence                 support:
On-ground              support:
General       assistance       hotline:       +44       20-3540-0434
www.max-security.com

**To view a description of this report and others included in our regional intelligence
packages,                                                 click                                              here.**

DISCLAIMER: Please note that any views and/or opinions and/or assessment and/or recommendations presented in this text are solely those of
Max Security. If you are not the named addressee you should not disseminate, distribute or copy this text. If you are not the intended recipient
you are notified that disclosing, copying, distributing or taking any action in reliance on the contents of this information is strictly prohibited.
Max Security Solutions accepts no liability for (i) the contents of this text/report being correct, complete or up to date; (ii) consequences of any
actions taken or not taken as a result and/or on the basis of such contents. Copyright 2014 Max Security

To be removed from our mailing list click here

CONFIDENTIAL                                                UCP002376

# EXHIBIT 32

**From:** Max Security Intelligence ██████████████
**Sent:** July 11, 2014 12:26 PM
**To:** Smith, Stephen (NBCUniversal)
**Subject:** Israel Alert (UPDATE): Additional rocket barrages fired towards central, southern Israel on July 11; two injuries reported in Beer Sheva

If you cannot see this email properly, please click here



**Israel Alert (UPDATE): Additional rocket barrages fired towards central, southern Israel on July 11; two injuries reported in Beer Sheva (July 11, 2014 - 19:25 UTC)**

(Click here to read the previous report)

**Please be advised**
At around 18:30 (local time) Israel Defense Forces (IDF) Spokesperson announced that 77 rockets were launched towards Israel from the Gaza Strip on July 11. Since that time several barrages were reported in central and southern Israel, with the total number likely exceeding 100 at this time. The majority of the rockets continue to be fired towards areas within the 40 km range of the Gaza Strip. Two barrages of rockets were fired towards Tel Aviv during the evening hours of July 11, with four successfully intercepted by the Iron Dome anti-missile battery system, while two reportedly landed in open areas. No Israeli fatalities resulting from the ongoing rocket fire have been recorded at this time.

Israeli Police reported that two people were injured and evacuated to a hospital after a rocket directly hit their house in Beer Sheva.
Meanwhile, reports indicate that one Israeli was injured during the afternoon hours of July 11 when Palestinians threw rocks at his car, forcing him to lose control of the vehicle and crash on route 443, between Tel Aviv and Jerusalem.
Also in the evening hours of July 11, an anti-tank missile was fired from Gaza on an Israeli military jeep, lightly wounding two soldiers.
Furthermore, on July 11 Egypt's security forces reportedly seized 20 Grad rockets, which were being smuggled by militants from the Gaza Strip to the northern Sinai through a tunnel.
Additionally, reports indicate that a heightened security force was witnessed in Jerusalem on July 11, particularly in the vicinity of the Old City, with no reports of unrest.

Page 686

During a press conference in the evening hours of July 11, Israeli PM Netanyahu stated that over 1000 targets were hit in Gaza since the beginning of "Operation Protective Edge". Furthermore, Netanyahu stated that Israel is preparing for all options, including ground invasion. Meanwhile, reports indicate that 104 people have been killed in Israeli air strikes in the Gaza Strip.

**Assessments**

We continue to assess that additional rocket attacks on major Israeli population centers in central and southern Israel are likely continue for the duration of July 11 and over the coming days. We assess that such attacks are aimed at disrupting the daily life in these areas, showcase their long-range rocket abilities, inflict damage and casualties from direct hits, and score an overall symbolic victory. The barrages against Israeli cities are also likely an attempt to evade Israel's Iron Dome system.

Meanwhile, as assessed earlier, Israeli attacks on the Gaza Strip are likely to continue. Although so far such attacks have largely been limited to strikes from air and sea, the possibility of a ground invasion has increased in recent hours, as highlighted by PM Netanyahu's statements.

Additionally, the reports of a seizure of rockets by the Egyptian security forces underscores the likely implicit cooperation between Israel and Egypt against Hamas activities in the area. This is further highlighted by a re-closure of the Rafah border crossing between the Gaza Strip and Egypt on July 11, after the border was partially and temporarily opened on July 10 to transport those wounded in Israeli strikes to hospitals.

Furthermore, this incident underscores the heightened potential for Palestinian or Islamist militants based in the northern Sinai Peninsula to use that territory to launch rockets into Israel, particularly given the lack of Israeli airstrikes in the area and a likely greater ability to operate there. Such a tactic was used in previous conflicts, as well as on July 9, when three rockets were reportedly fired towards Israel from Egyptian territory near the Rafah crossing.

**Recommendations: Israel**

Those operating or residing in Israel, including Tel Aviv and Jerusalem, should adhere to all IDF Home Front Command guidelines regarding early warning sirens for incoming rockets. In case you hear a siren, seek shelter in a protected area and remain inside for at least 10 minutes. As a general security precaution, those operating or residing in Israel should ensure that contingency and emergency evacuation plans are updated due to the potential for a further deterioration in the security situation. We advise to contact us to be briefed on the situation, while consulting us for operational support.

We advise against all travel within 40 km of the Gaza Strip at this time. Those remaining within this vicinity should initiate contingency and emergency evacuation plans due to the deterioration in the security situation. Contact us for itinerary and contingency support options.

For the duration of July 11 and in the coming days, those operating or residing in Jerusalem are advised to avoid travel to the areas of Shuafat, Beit Hanina, Silwan, and Wadi al-Joz, as

Page 687

CONFIDENTIAL

UCP001852

well as the vicinity of the Temple Mount/al-Aqsa Mosque Compound and the Damascus Gate given the potential for further unrest. Maintain heightened vigilance throughout East Jerusalem and the Old City for the same reason. Avoid nonessential travel to Arab-Israeli towns, particularly Nazareth, I'billin, Qalansawe, Tayibe, and Tira.

**Recommendations: Palestinian Territories**

We advise against all travel to the Gaza Strip at this time due to continuous border crossing closures and the threat of militant activity.

As a general precaution, avoid all travel to the West Bank for the remainder of July 11 and over the coming days, due to the potential for ongoing counter-militancy operations, and relating unrest in Palestinian urban centers. The risk for altercations remains most pronounced in the Hebron, Jenin, and Nablus areas, and to a lesser extent within Ramallah and Bethlehem.

Be advised that crossing points between Israeli and Palestinian controlled territories, including the Qalandiya checkpoint between Jerusalem and Ramallah, have frequently witnessed unrest leading to violence. As a result, crossing points may be closed, or experiencing disruptions. Additionally, avoid nonessential travel to the vicinity of the Ofer prison, due to threat of unrest.



CONFIDENTIAL



To view a complete description of icons used in intelligence reports, click here.
*(Map created using Google Earth)*

*For any questions or concerns on how these events impact your business continuity, please contact                                                                                                                                us:*

Intelligence                                   support:
On-ground                              support:
General              assistance              hotline:              +44              20-3540-0434
www.max-security.com

**To view a description of this report and others included in our regional intelligence packages,                                                                  click                                                  here.**

DISCLAIMER: Please note that any views and/or opinions and/or assessment and/or recommendations presented in this text are solely those of Max Security. If you are not the named addressee you should not disseminate, distribute or copy this text. If you are not the intended recipient you are notified that disclosing, copying, distributing or taking any action in reliance on the contents of this information is strictly prohibited. Max Security Solutions accepts no liability for (i) the contents of this text/report being correct, complete or up to date; (ii) consequences of any actions taken or not taken as a result and/or on the basis of such contents. Copyright 2014 Max Security

To be removed from our mailing list click here

Page 689

UCP001854

# EXHIBIT 33

| From: | Biggs, Chris (NBCUniversal) █████████████████████████████████████ |
| --- | --- |
| Sent: | August 01, 2014 1:20 AM |
| To: | Smith, Stephen (NBCUniversal) |
| Subject: | RE: Can you send me a summary of IHS info on Israel please- last couple of days. |

**Latest:**
Israel and Hamas have put into effect an unconditional 72-hour humanitarian ceasefire in Gaza.
The truce began at 8am local time (05:00 GMT) on Friday. Three hours later Al Jazeera learned that five people were killed and 20 wounded in Rafah as a result of Israeli tank shelling. There were also reports of sniper fire in the east of Gaza City.
Earlier on Friday, the Israeli army said five of its soldiers had died in mortar fire near the Gaza border, underlining the need for a negotiated truce.Israel says it will continue to destroy tunnels built by Hamas into Israel.
Some 1,460 Palestinians, mostly civilians, have died in the conflict, health officials say. Sixty-three Israelis, mostly soldiers, have died.
Israel says it aims to stop rocket attacks by Palestinian militants in Gaza and remove the threat of being attacked from the tunnels.
Hamas wants a blockade of Gaza, maintained by both Israel and Egypt, to be lifted.


Israeli and Palestinian negotiators heading to Cairo for formal talks will do so at different times: the Palestinians are expected to leave Friday mid-day, and the Israeli delegation after the Jewish Sabbath, on Saturday evening. This means that talks can only start that evening at the earliest.
Twelve Palestinians form the delegation heading to the Egyptian capital: three from Gaza, the rest from the West Bank and elsewhere in the region.
The delegation will include five Hamas members: Khalil Abu Hayyeh, Imad al-Alami, Mohammad Naser, and Hamas' deputy politburo chief Mousa Abu Marzook and spokesman Izzat al-Risheq, who are already in Cairo.
There will also be two representatives from the Palestinian Authority/Fatah, two from Islamic Jihad, and one each from the PFLP, the People's Partyand the Democratic Front party.
Palestinian President Mahmoud Abbas will not be heading to Cairo, but he was involved in picking the delegation members.


*Some of the IHS info may be outdated now due to how quickly things are moving.*

**IHS**
**Security forces are likely to aggressively disperse pro-Palestinian protests across Israel and the Palestinian territories.**
**Event**: On 31 July, Hamas called for a 'Day of Rage' after Friday prayers in the West Bank.

**Implications**: Several thousand Palestinian protesters are likely to continue protests in Ramallah, Nablus, Bethlehem, Jenin and Abu Dis against the Israeli offensive in Gaza. Similar protests by Arab citizens of Israel are likely in Nazareth, Haifa, Umm al-Faham, Sakhrin and Jerusalem. Israel Defence Forces (IDF) soldiers will probably use teargas, rubber bullets and mass arrests to disperse protests, whereas protesters are likely to attack them by throwing stones and petrol bombs. There is a severe risk of IDF soldiers using live ammunition in the likely event of protests being staged near the Qalandia crossing terminal between Ramallah and East Jerusalem. A security forces intervention is probable during protests in Jerusalem and in the likely event of skirmishes between Orthodox Jews and Palestinian activists around the Temple Mount area, Damascus Gate and the Old City.

**30 Jul 14**
In Qabalan, the West Bank, a Palestinian opened fire on IDF troops, wounding one soldier.


---------
**29 July**
**Israel and Hamas remain intractable over ceasefire, meaning extended ground operation and more rockets likely**

Page 691

UCP002155

**Analysis**: On the night of 28 July 2014, Israel conducted its heaviest bombardment yet of Gaza since the beginning of Operation Protective Edge, in the course of which more than 100 people were killed.

The 28 July bombardment came in the wake of a statement from Prime Minister Binyamin Netanyahu in which he said Israel would not pull out of Gaza until Hamas tunnels had been destroyed and the rocket threat neutralised. He warned Israelis to prepare for a "lengthy campaign". The reference to tunnels came after five soldiers were killed on the same day by Hamas fighters near Nahal Oz within Israeli territory, having infiltrated through a tunnel from Gaza. The ground operation so far has concentrated on destroying tunnels within a buffer zone established by the Israel Defence Forces (IDF) inside the Gaza Strip but this now looks likely to be expanded.

Netanyahu has been under pressure from some politicians and serving generals to expand the military campaign, initially intended to be limited in scope, deeper into Gaza. The aim would be to inflict more serious damage on Hamas command and control centres, long-range rocket stockpiles, firing sites and tunnel networks, and on the Hamas leadership itself. Foreign Minister Avigdor Liebermann has been at the forefront of this more hawkish camp, and indeed in early July he had threatened to pull his party Yisrael Beiteinu out of the coalition with Likud if Netanyahu did not announce a ground operation. Netanyahu and his foreign minister Moshe Ya'alon, in contrast, had favoured a more limited operation that would concentrate on rocket sites and tunnels around the edges of Gaza. One of their main concerns was to minimise the risk of death or capture of Israeli troops, who would then become bargaining chips for Hamas to negotiate the release of thousands of prisoners. The decision to push further into Gaza now increases that risk.

Despite this, Netanyahu probably feels he has been left with little choice, given the unacceptability to Israel of Hamas's minimum demand, a lifting of the siege on Gaza. For its part, Hamas assesses, probably correctly, that the high level of Palestinian civilian casualties in Gaza (more than 1,000 people so far) is strengthening, rather than weakening, its support base in Gaza, and is restoring its domestic and international credibility as a resistance movement. Its rejection of ceasefire attempts so far indicates it wishes to draw Israel into an extension of the ground operation, increasing both the financial and political cost to Israel, and the cost in terms of troops, and strengthening Hamas's leverage in future negotiations over the blockade. Civilian Palestinian casualties also serve Hamas's purpose of increasing public pressure on the Egyptian government to lift the siege on Gaza. Meanwhile, Netanyahu's insistence on the demilitarization of Gaza as part of any deal is unacceptable to Hamas.

A further obstacle standing in the way of a truce is the choice of mediators. Israel is strongly opposed to any mediation by Turkey or Qatar, as under the proposal put forward by US Secretary of State John Kerry on 25 July. Israel accuses these countries of anti-Israel bias and the funding of Hamas, and Kerry's attempt to involve them as mediators led to the Israeli government leaking strong criticism of the Kerry plan to the Israeli press. The incident worsened the already poor levels of trust between the Netanyahu and Obama administrations, with senior White House advisor Susan Rice issuing a public rebuke to Israel on 28 July. Yet Israel's favoured mediator, Egypt, is unacceptable for Hamas because of its clear anti-Islamist stance and its co-ordination with Israel to maintain the Gaza siege and destroy tunnels leading into the Sinai. These issues will continue to obstruct US attempts to negotiate a settlement.

The Israeli government, meanwhile, is fully aware that operations in Gaza are unlikely to remove Hamas altogether. This would raise the additional problem of who should govern Gaza - Israel does not want to attempt re-occupation, while the Fatah-dominated Palestinian Authority would be very unlikely to be able to maintain control without involving Hamas. The Israeli aim instead is to maximise the length of periods of peace that can be achieved between cycles of conflict, and delay Hamas's rearmament as long as possible. As such, Israel is determined not to allow the blockade on Gaza to be lifted. In the absence of any truce based on that concession, Israel needs to instead remove Hamas's capability, if not its intent, to continue rocket fire into Israel. This will be difficult given the complexity of the tunnel system in which rockets are now being hidden. The only measure of success in this aim is to achieve several days without rocket fire, and most particularly long-range rocket fire aimed at Tel Aviv. Any civilian casualties from resumed rocket fire, no matter how few in number, would be viewed within Israel as signifying the failure of the operation.

Last, the ongoing operation is causing major unrest in the West Bank, where tens of thousands of people have been protesting since 24 July in various areas including Jerusalem, Ramallah, Hebron, Nablus, and Jenin. The IDF has been using live fire to contain protests, resulting in the death of nine and the wounding of hundreds of Palestinians. The longer that these protests continue, the more politically problematic it will be for Palestinian security forces and the Palestinian Authority to continue security co-operation with Israel or attempt to rein protesters in. This is a further problem for Israel, which wants to guard against Fatah being drawn unwillingly into backing for Hamas or for a third intifada. In Arab areas of Israel, protests involving stones thrown at vehicles and minor property damage to surrounding property are also a risk.

**Risk Implications:** Israel is not yet at a stage where it can point to ceased or significantly reduced rocket fire as evidence of the success of Operation Protective Edge. For instance, the IDF claimed that 51 rockets were fired out of Gaza on 28 July. This is a reduction since the ground operation began, but still includes long-range rockets, with at least one fired at Tel Aviv during that time period. It is likely

Page 692

UCP002156

that the long-range rocket launch sites and stockpiles will be the hardest to eradicate, given their likely location deep within Gazan territory and the apparent lack of Israeli intelligence prior to the ground operation on the full extent of the tunnel system. While long-range rockets are likely to be intercepted by the Iron Dome air defence system, alerts still have the power to cause significant disruption to civil aviation using Ben Gurion airport. However, assets closer to Gaza are at much more risk from salvoes of rockets overwhelming the Iron Dome system. These include the area targets of Ashdod and Ashkelon ports, and manufacturing and industrial sites around Be'ersheva, Ramat Hovav, and Kiryat Gat. The payload of Hamas rockets capable of reaching these areas is 22 kg for the Weishi-type rockets and 45 kg for the Fajr-3 rockets. Commercial assets, unlike ports, are unlikely to be targeted directly, but are at risk of collateral damage.

Additionally, the longer that ground operations continue, the greater the risk that Hizbullah or Sunni militant groups in Lebanon will fire rockets into northern Israel with the aim of easing pressure on Hamas. Risks of an unintended escalation in this event leading to a renewed Israel-Hizbullah war are high, despite the fact that such a conflict would serve neither sides' interest at this time.

-----Original Message-----
From: Smith, Stephen (NBCUniversal)
Sent: 01 August 2014 08:12
To: Biggs, Chris (NBCUniversal)
Subject: Can you send me a summary of IHS info on Israel please- last couple of days.


Sent from my iPad

CONFIDENTIAL                                          UCP002157

# EXHIBIT 34

| | |
|---|---|
| **From:** | Biggs, Chris (NBCUniversal) ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ |
| **Sent:** | August 01, 2014 2:34 AM |
| **To:** | Smith, Stephen (NBCUniversal) |
| **Cc:** | Noordeloos, Erin (NBCUniversal) |
| **Subject:** | Cease fire over after 4 hours.... |

**12:17 P.M.** As far as Israel is concerned, the cease-fire agreement with Hamas is now annulled, Israel's military co-ordinator in the territories tells UN's Robert Serry, a senior Israeli official tells Haaretz (Barak Ravid)

**11:55 A.M.** Official source in Prime Minister's Office says "This is once more that Hamas and terror organizations in Gaza are grossly violating the agreed-upon cease-fire, this time before the U.S. secretary of State and the UN Secretary General" (Barak Ravid, Jack Khouri)

Israeli Channel 10 says Israel has ended the agreed upon truce with Hamas, accusing the Palestinian armed group of violating it.

*Chris Biggs*
Security & Intelligence Analyst
International Security
NBCUniversal International

T: +44 203 618 7832

**NBCUniversal International**
1 Central St Giles
St Giles High Street
London WC2H 8NU
United Kingdom



Global Security

CONFIDENTIAL

# EXHIBIT 35

| | |
|---|---|
| **From:** | Smith, Stephen |
| **Sent:** | July 17, 2014 1:29 AM |
| **To:** | Binke, Mark (NBCUniversal);Richmond, Randi (NBCUniversal) |
| **Subject:** | Security Update 17/07 |

FYI

Current Situation

High-level Israeli and Palestinian officials  arrived in Cairo during the late evening hours of July 16 to begin indirect ceasefire negotiations.

The Israel Defense Forces (IDF) Spokespersons Unit confirmed that 13 Gaza-based militants attempted to infiltrate Israeli territory through an underground tunnel into Kibbutz Sufa during the early morning hours of July 17.
At 10:00 (local time) on July 17, the UN-requested humanitarian ceasefire went into effect. According to the IDF  Israel will hold fire in order to enable such a humanitarian window into Gaza; however, if Hamas fires rockets, the IDF will "respond with force". This follows a statement by Hamas spokesman, Sami Abu Zukhri that the group will adhere to the ceasefire.

Since the night hours of July 16, multiple rockets were intercepted by Iron Dome anti-missile batteries, including during the morning hours of July 17 in Tel Aviv, Beer Sheva, Raanana, Petach Tikvah, Kiryat Malahi, and Kiryat Gat, while additional rockets landed in open fields in Ashkelon, Petach Tikvah, and the Eshkol Regional Council. At the time of writing, no injuries or damage have been reported.

CONFIDENTIAL