# EXHIBIT 50



# Scenes of war and heartbreak as Israel-Hamas conflict intensifies



**1 of 58**

Palestinians walk past the collapsed minaret of a destroyed mosque in Gaza City, on July 30 2014 after it was hit in an overnight Israeli strike.  **Mahmud Hams/AFP/Getty**

**By Benjamin Landy and Maria Lokke**                    **83**

07/18/14 03:19 PM – UPDATED 07/30/14 04:34 PM

Fifteen Palestinians were killed and 90 wounded Wednesday when Israeli shells hit a crowded U.N. school sheltering thousands of Gaza refugees, the latest in a series of U.N. compounds to come under attack on the 23rd day of hostilities between Israel and Hamas.

The Israeli military said that militants had fired mortar shells at Israeli Defense Force (IDF) soldiers from the vicinity of the school in Jabalya, and that the soldiers "responded towards the source of fire." The military said it was reviewing the incident.

Hours after the strike, hundreds of dazed people still crowded the school courtyard, according to NBC News, the latest victims of an increasingly bloody conflict that has blurred the lines between civilian and military targets. Christopher Gunness, the spokesman for the United Nations Relief and Works Agency, which operated the shelter, told NBC's Andrea Mitchell that the U.N. agency had "notified the Israeli army of the exact position of this school ... 17 times."

"We've got over 200,000 people in 83 shelters – they're overflowing," Gunness said from Jerusalem, describing a growing humanitarian crisis. "We will soon have a situation where tens of thousands of people, if they continue to leave their homes, in the streets of Gaza without food, without water, without shelter."

The death toll in Gaza now tops 1,259, according to the Palestinian Health Ministry, with more than 7,100 wounded. On the Israeli side, 53 soldiers and three civilians have been killed since the beginning of military operations. The latest violence comes amid an intensifying Israeli air and military assault on Gaza, which began on July 8 in response to rocket fire from Hamas militants aimed at Israeli cities. Tuesday marked the deadliest day so far, with 153 Palestinians killed.

A four-hour "humanitarian window" announced Wednesday by the Israeli military was immediately rejected by Hamas, which said the brief cease-fire was a media ploy. The unilateral suspension of hostilities in Gaza did not include areas where IDF soldiers were already operation or areas along the border with Israel.

Israeli forces have been on high alert in recent days as growing violence and protests have spread to the occupied West Bank, where clashes between Palestinian protesters and Israeli soldiers turned deadly last week. The protests, which came on the heels of a march last Thursday night that involved at least 10,000 Palestinians in the West Bank, were part of a planned "day of rage" over the escalating conflict in Gaza.

The scale of the Palestinian protests, the largest in nearly a decade, has raised fears that the unrest could escalate into a third intifada, or uprising.

ATL004589

President Obama has repeatedly called for an immediate cease-fire in the Middle East, as Israel and Hamas continue to trade accusations over what are legitimate targets and who is to blame for mounting civilian casualties in Gaza. But negotiations have broken down in recent days as both Hamas and Israel rejected multiple opportunities to halt the bloodshed.

The Obama administration was left fuming on Monday after Israeli politicians railed against the terms of an alleged cease-fire proposal by Secretary of State John Kerry, which senior officials in Jerusalem labeled a "strategic terrorist attack," according to *Haaretz*.

Although Obama and Kerry continue to voice support for Israel's right to defend itself, tensions are growing between Washington and Jerusalem with U.S. officials increasingly worried about the mounting death toll in Gaza. Public opinion in Europe has turned markedly against Israel since the conflict with Hamas began earlier this month. On Wednesday, British Foreign Secretary Philip Hammond warned that its longtime ally was "undermining" support from the West with its aggressive tactics, telling BBC radio that Europeans were "rapidly turning against" Israel and Israeli Prime Minister Benjamin Netanyahu, who has told Israelis to prepare for a "prolonged" war with Hamas.

"There is no war more just than this," Netanyahu said Monday in a televised speech. "We will continue to act aggressively and responsibly until the mission is completed to protect our citizens, soldiers and children."

The Gaza Strip, a Palestinian region on the edge of the Mediterranean Sea and adjacent to Egypt, is just 139 square miles and home to 1.8 million people, about half of them children under the age of 18. It is one of the poorest and most dense regions in the world. It is run by Hamas, a U.S.-designated terrorist organization that controls a majority of seats in the Palestinian Parliament.

Civilian deaths in Gaza have surged in recent weeks as the Israeli military offensive known as "Protective Edge" has expanded operations in the Palestinian enclave, including a ground invasion to destroy tunnels used by Hamas to move supplies and launch attacks on Israel. The Israeli military campaign was launched after 10 days of aerial strikes failed to halt rocket attacks on Israeli cities from Gaza.

The U.N. children's agency, UNICEF, estimates that one in three casualties in the conflict so far have been children.

Hostilities between Israel and Hamas flared up last month with the kidnapping and killing of three Israeli teens by Palestinian militants. In what appears to have been an act of retribution, a group of Israeli Jews then kidnapped and killed a Palestinian boy, who police said was burned alive. Suspects are in custody.

*For more feature photography, go to msnbc.com/photography*

**Explore: Photography, Benjamin Netanyahu, Gaza, Israel, Mahmoud Abbas, Middle East, National Security, Palestine and United Nations**

ATL004590

**83**

# Speak Out

## Add your comment

Select a group ⌄

What do you think?

**create new group**                                                                 **post**

## HPRefugees

I don't know how compassionate people look at children killed by Israeli's and expect the world to blame Hamas for it. :: How do you justify incarcerating 1.4 million people and then blame them for not dying quietly behind sniper-manned walls? I really don't get it. :: And

 **yellowbusdriver  JUL 25, 2014**

Israel no longer a sympathetic country that is defending itself, it has degenerated into a local imperialistic power with a disturbingly apartheid-like agenda aided by the most powerful nation in the world. Palestinians don't stand a chance unless we can stop the

 **Roger Corman  JUL 25, 2014**

Way to go Zionist! You've just made Israel the top of the list of countries most hated on the planet! And you wonder why nobody like you? Zionism contains it's own destruction within itself. History is about to be repeated again and God help the Moral Jews inside Israel that

 **dinm76  JUL 30, 2014**

ATL004591

## Progressive State of Mind

In Reply to Alumette: :: Well considering Hamas has killed 2 Civilians ... and Israel has killed hundreds of women and children, destroyed entire blocks of housing, wounded thousands and displaced hundreds of thousands from one end of the Refugee Camp to the other ...

**yellowbusdriver  JUL 25, 2014**

Immediate cease fire or we stop sending them $$$. Really. They are pushing it. It is clear they have no consideration or respect for the poor civilians and little kids. They are simply killing everyone, no matter what they say. That is wrong. They are making Hamas look less

**alumette  JUL 25, 2014**

## General Discussion

It can all stop in an hour.  As soon as Hamas stops lobbing missiles into Israel.....

**seamama1  JUL 25, 2014**

Ok sound you round up a population of people who have been living on the land for generations.   You build a wall around them... keep them penned up with f16's massive tanks and a well trained army.  If they complain then you are justified to "protect" yourself

**Arizona Thinker  JUL 25, 2014**

I noted in the slide presentation they always presented the full name information of any Israeli dead but no names of any dead Palestinian. This is a sad war that Hamas has brought onto the Palestinian people.  Israel, just like any other nation, has a right to defend

**Austin Mike  JUL 30, 2014**

Hamas you terrorist organization, either stop sending missiles and tunnels to try and kill Israelis or you will be eliminated.  You have no brains, your phantasy about some Islamic caliphate spreading across what is now Israel will never happen just your own destruction.

ATL004592

**William-360414**  JUL 30, 2014

Protect from rockets... Just curious I've been searching the past news.  I can't find where
these rockets are killing anybody?   I can see where a fully trained Army, Airforce and Navy
is lauching an attack at a ghetto full of militia (always called rebels and terrorist by those

**Arizona Thinker**  JUL 30, 2014

▷

# Latest Photography

ATL004593



**This Week in Pictures: Nov. 5-11**

view

ATL004594



**Clinton's campaign enters the final stretch**

view

# More Like This



**Despite White House claims, our 'military sup**

31



**Manafort worked for billionaire on Putin's...**



**Jeh Johnson: Trump has potential to be a...**



**Reporter explains why she traveled with...**

# Best of MSNBC





DEMOCRATS,
REPUBLICANS

**When a president
simply lies too much**

**McConnell prepares
for the 'conclusion'
of th**

**Chris Matthews:
Vote "Nay" on
Gorsuch**

**FBI probe into Tea
Trump casts cloud
over Su**

44

12

40

## Mortgage Payment Calculator

Loan amount
$225,000

Loan type


APR
3.20%

RESULTS
$1,576/month

NOTE: This is not a custom quote: Rates can
vary based on your personal information.

ATL004596

ATL004597

# EXHIBIT 51



**National Security / Society**



Palestinian children take refuge at a UN school after evacuating their homes near the border at the
Jabaliya refugee camp in the Gaza Strip on July 15, 2014. **Mahmud Hams/AFP/Getty**

# In Israel and Palestine, children imagine a world without war

07/16/14 10:10 PM — UPDATED 07/16/14 10:31 PM

### By Donna Stefano

Last month I attended a gathering of Israeli and Palestinian organizations to discuss the
collapse of the US-led peace initiative. I pointed out the challenge of mapping out a new
strategy when so many Israelis and Palestinians are disillusioned with negotiations, noting
that the only certainty we have in this region is that a single unforeseen event can take us
down a path we would never have predicted.

The very next day, a few miles down the road from where we had met, three Israeli
teenagers were killed.

Over the past few weeks, I've tried to support young people stunned at the level of hate
behind the retaliatory burning death of a Palestinian their own age. I've spoken to teenagers
in southern Israel who try to convince me that everything is normal, even as they seek
shelter from Hamas rockets. I've listened to colleagues in Gaza whose neighbors are looking
to them for leadership while nearby, Israeli bombs kill scores of civilians, including children,

**6 comments** >

ATL004598

This violence is senseless, but not surprising. There have been shifts in Israeli and Palestinian society over the last decade which have served to deepen and dehumanize the conflict. Restrictions on Palestinian movements have limited contact between ordinary Palestinians and Israelis. Meanwhile, a swing to the political right in Israel has muted calls to end the occupation.

In Palestine, the political divide between the West Bank and Gaza has resulted in a civil society which sees no legitimacy in any of its leaders. Many Palestinians believe that if the current violence in the West Bank is the beginning of a third Intifada, the uprising will be directed simultaneously at Israel and at their own leadership.

In the current climate, I find hope in the thousands of emerging leaders I work with who can see the other side in a way that most people within their societies seem unable or unwilling to: as fellow humans with the same basic needs of freedom and security.

They engage each other face-to-face as they examine and propose solutions to divisive issues. As they gain positions of influence in their societies, they begin to leverage their new skills and understanding to advance change.

What I see today in the Seeds of Peace community are 5,000 inspired young people reaching out to the other side, listening compassionately to each other, and working towards a different future – one they know is possible. Young people who do not view the conflict as simply "us versus them."

As one new member of Seeds of Peace said in a meeting with her fellow Israeli and Palestinian peers, "I don't know what I'll do yet with my future, but I do know that the next time there is active conflict, I will look at it differently and I will see my friends and their opinions from the other side in a different light. I will talk to them and I will listen."

Many critics of our cross-border work with young people think it is useless at times like this to try to change how our children view people on the other side of the conflict, to allow them an opportunity to learn about the needs and suffering of the other. In my opinion, it is the only thing that will alter the horrific dynamics we are seeing today.

*Donna Stefano is the Jerusalem-based Director of Middle East Programs for Seeds of Peace, a non-profit that seeks to inspire and equip new generations of leaders from regions of conflict with the relationships, understanding and skills needed to advance lasting peace.*

**Explore: Middle East, National Security, Religion and Society**

Stewart to HRC: No one cares about your book            Citations for the July 15, 2014 TRMS
                                                        6 comments >

# More Like This



**MILITARY**

**Despite White
House claims, our
'military sup**

31



**NATIONAL SECURITY**

**Manafort worked for
billionaire on
Putin's...**



**TERRORISM**

**Jeh Johnson: Trump
has potential to be
a...**



**MEDIA**

**Reporter explains
why she traveled
with...**

6 comments >

In Israel and Palestine, children imagine a world without war | MSNBC          Page 4 of 5

6 comments >

http://www.msnbc.com/msnbc/israel-and-palestine-children-imagine-world-without-war          3/22/2017

ATL004601

**6 comments** >

ATL004602

# EXHIBIT 52



MSNBC | NBCUniversal ×

www.nbcuniversal.com/BUSINESS/MSNBC

# MSNBC

MSNBC is the premier destination for in-depth analysis of daily headlines through commentary and informed perspectives. Reaching more than 96 million households worldwide, MSNBC offers a full schedule of live news coverage, progressive voices, award-winning documentary programming – 24 hours a day, 7 days a week. MSNBC also delivers breaking news and information across a variety of platforms including www.msnbc.com, its new digital platform *Shift*, and MSNBC on Sirius XM radio. The MSNBC App for iPhone, iPad and iTouch also provide a customizable user experience with live streaming, clips of select MSNBC programming, and additional show content. MSNBC is part of the NBCUniversal News Group, a division of NBCUniversal, which is owned by Comcast Corporation.

VISIT WEBSITE

Tweets

MSNBC @MSNBC
President Trump's real estate is a potential means to make a deal with the president on.msnbc.com/2pobGBT

MSNBC @MSNBC
WATCH LIVE: Scientists mark #EarthDay with March for Science in D.C. on.msnbc.com/2poorL9

MSNBC @MSNBC
President Trump: First 100 days is "ridiculous" — but is it? on.msnbc.com/2poasqg

Embed | View on Twitter

Page 856

# EXHIBIT 53



NBC News | NBCUnivers... ×

www.nbcuniversal.com/business/nbc-news

**NBCUniversal** | WHO WE ARE | OUR HISTORY | NEWSROOM | VALUES | CAREERS | BUSINESSES

NBC NEWS

NBC News is a global leader in news across all broadcast and digital platforms. Its leading and award-winning television news broadcasts include *NBC Nightly News with Lester Holt*, *TODAY*, *Meet the Press* and *Dateline*, as well as primetime specials and breaking news reports. The rapidly-growing NBC News Digital Group provides continuous content to consumers wherever they are, whenever they want it. NBC News also operates Peacock Productions, an award-winning in-house production company, and the NBC NewsChannel affiliate news service. NBC News is part of the NBCUniversal News Group, a division of NBCUniversal, which is owned by Comcast Corporation.

VISIT WEBSITE

Tweets

NBC News @NBCNews
Funeral plans announced in Connecticut for Aaron Hernandez nbcnews.to/2ozRdVQ via @NBCBoston

NBC News @NBCNews
WATCH LIVE: Scientists mark #EarthDay with March for Science in D.C. nbcnews.to/2ozB0Qx

NBC News @NBCNews
Go green and get happy with these #EarthDay freebies nbcnews.to/2ozmmJ4

Embed View on Twitter

NBCUniversal

CONTACT US STORE PRIVACY POLICY TERMS OF SERVICE

© 2017 NBCUNIVERSAL MEDIA, LLC.

ATL004785

# EXHIBIT 54

# THE WALL STREET JOURNAL.

This copy is for your personal, non-commercial use only. To order presentation-ready copies for distribution to your colleagues, clients or customers visit http://www.djreprints.com.

http://www.wsj.com/articles/israel-pulls-forces-from-gaza-as-cease-fire-begins-1407231543

MIDDLE EAST NEWS

# Israel, Hamas Set Out Demands on Gaza

### Territory is Calm as Cease-Fire Takes Hold

By **NICHOLAS CASEY** in Gaza City, **JAY SOLOMON** in Washington and **JOSHUA MITNICK** in Tel Aviv

Updated Aug. 6, 2014 9:40 a.m. ET

A 72-hour cease-fire in Gaza continued to hold Wednesday as talks are expected to begin in Cairo to negotiate a lasting peace between Israel and Islamist group Hamas.

(Gaza conflict: Read the Journal's latest.)

For a second day, Gazans ventured into the streets in search of food, household goods and medical supplies, taking advantage of the pause in Israeli shelling and airstrikes. Others returned from shelters to begin rebuilding their shattered homes, some of which have been littered with bullets and leftovers from the monthlong conflict. The cease-fire began at 8 a.m. local time on Tuesday.

---

MORE

- **Israel Makes First Arrest in Teens Murder Case**
- U.K. Minister Resigns Over Government Stance on Gaza
- Netanyahu: Israel to Continue Gaza Vigilance
- Cease-Fire Begins

---

Security arrangements and access to the Gaza strip are expected to be issues at the core of talks between Israel and Hamas. Both parties have already made clear demands before the negotiations, which will be mediated by Egyptian and U.S. diplomats.

Israel aims to ensure Hamas cannot rebuild its rocket arsenal and military capabilities, while Hamas wants the Israeli blockade of goods and people into Gaza lifted.

At the center of these deliberations, according to U.S., Israeli and Arab diplomats, is a push to place the Palestinian Authority led by Mahmoud Abbas and Egypt at the heart of efforts to disarm Hamas and open Gaza to economic development.

These diplomats said the Palestinian Authority might be given the task of manning

Page 860

ATL005261

Case 2:16-cv-04435-PA-MRW    Document 74-24    Filed 05/01/17    Page 24 of 43    Page ID
#:6315

Gaza's border crossings with both Egypt and Israel, which will be needed to smooth the flow of humanitarian aid.

Ending a seven-year Israeli and Egyptian blockade of Gaza is one of Hamas's central demands for any deal. But it is not clear whether Hamas would resist the push to give Mr. Abbas a larger role in Gaza.

For Israel, the military operation that pushed into the seaside enclave brought some tangible gains. After its initial shock at the extent of Hamas's network of tunnels into southern Israel, the military said it destroyed more than 30 of them and averted infiltrations by Palestinian fighters. It said its Iron Dome air defense system prevented all but 3% of Palestinian rocket fire from getting through.

Separately, Israel said in a court document released Tuesday that it arrested last month a Hamas member, Hussam Qawasmeh, who Israeli security authorities allege served as the "command echelon" in the June 12 kidnapping and murder of three Israeli teens hitchhiking in the West Bank. The kidnapping of the teens set off an escalation in tensions with Hamas that led to the Israeli military's 3 1/2 week offensive in Gaza. Details of the investigation are under a court gag order.

Hamas inflicted 64 fatalities on the military and caused major disruptions to daily life in Israel—including a brief halt of foreign airline flights into the country. By the Israeli military's count, Hamas still has 3,000 rockets, about one-third of its arsenal before the conflict.



See Before-and-After Photos of the Destruction in Gaza

While Hamas can claim it has stood up to the Israeli military, though, Gaza paid a high price for the third attempt in six years to force Israel to end its economic blockade.

Palestinian civilians suffered heavy casualties, as well as massive damage to their homes and livelihoods. Entire towns and blocks are rubble. The war has uprooted 465,000 people, according to the U.N. Relief and Works Agency, warning that the territory is on the "verge of a humanitarian crisis."

As of Tuesday, 1,875 Gazans, 426 of them children, have been killed in the violence, according to the health ministry in Gaza. Most of the dead were civilians, according to Palestinian and U.N. officials.

A thorough survey by the U.N. and other international aid organizations hasn't been carried out, but Palestinian authorities said 37 mosques have been destroyed in the fighting, and 167 schools and six universities have been damaged. The officials said the war has destroyed around 10,000 homes in Gaza.

The streets of Gaza filled Tuesday with cars, horse-drawn carts and bicycles. As people gathered supplies and returned to homes they fled, politicians on both sides began to stake out positions for the coming negotiations.

Page 861

ATL005262

The challenge is to reconcile what each side sees as its essential demands. Israel wants militants in Gaza disarmed and Hamas demands the lifting of the embargo. What is evident is that neither Israel nor Hamas wants a return to the status quo that followed their major military encounters in the winter of 2008-2009 and again in 2012.



A Palestinian woman sits on the remains of her destroyed house Tuesday after returning to Beit Hanoun town, which witnesses said was heavily hit by shelling and air strikes during the Israeli offensive. *REUTERS*

A former senior Israeli military official familiar with the military's thinking said the Cairo talks must ensure that Hamas won't be able to rebuild its rocket arsenal and that transfers of cement and other construction materials into Gaza will be closely monitored.

All reconstruction of schools, mosques, house and health-care facilities in the Gaza Strip also would have to be approved by Israel so it could monitor how the building materials were used. Turkish, Egyptian and U.N. officials could be enlisted as guarantors, he said.

Israeli Prime Minister Benjamin Netanyahu must yield something to Hamas, said Gadi Shamni, a general in the reserves who formerly commanded the Israeli military's Gaza division.



Israeli soldiers along the border with Gaza wave on Tuesday after Israel announced its withdrawal. *AFP/GETTY IMAGES*

"At the end of the day you need to reach an agreement to allow Gazans to develop Gaza, and give them something to lose," he said.

Oded Eran, a former Israeli diplomat, said it is inevitable that Hamas would benefit from humanitarian aid and a loosening of economic sanctions.

"'How do you reconstruct Gaza?' is to some extent is a euphemism for how do you meet the demands of Hamas. How can you square that circle?" Mr. Eran said. "If you don't want to pay the price of removal of Hamas militarily, you have to live with the consequences."

Mr. Abbas is being positioned to play an expanded role in administering Gaza, according to the U.S., Israeli and Arab diplomats. That would include serving as the financial conduit to the territory's civil service, whose members haven't received salaries in months because of Hamas's deteriorating finances.

Mr. Abbas's aides are leading the Palestinian delegation in Cairo, which will include representatives of both Hamas and Palestinian Islamic Jihad, a second Gaza-based

militant group.

The Obama administration "has long supported an effort to strengthen President Abbas and to work with other parties in the region to do just that, and that will continue," State Department spokeswoman Jen Psaki said Tuesday, referring to the Cairo talks.

A senior Israeli official said the government also supports a strong role for Mr. Abbas in Gaza as a means to weaken Hamas and potentially reinvigorate the Mideast peace process.

"If you have the right mix of Hamas being disarmed, Abbas going in there, then things could tip against Hamas," the official said. "Then you might have something."

Hamas couldn't be reached for comment Wednesday. In the past, the group has said it would not allow its military wing to be disarmed.



An Israeli soldier flashes a victory sign after pulling out of Gaza ahead of a 72-hour cease-fire on Tuesday. *AGENCE FRANCE-PRESSE/GETTY IMAGES*

U.S. Arab and Israeli officials are trying to find out if Hamas's position has shifted due it deteriorating financial position and Israel's military onslaught that destroyed much of Gaza's infrastructure.

Hamas leadership joined in a unity government with Mr. Abbas's secular Fatah party in June on terms that were seen as unfavorable to the Islamist movement and already foresaw a much bigger role in Gaza for the Palestinian Authority.

U.S. officials acknowledged that Mr. Abbas's standing has been weakened by the current war and failure of the peace process with Israel. But they believe the Palestinian Authority has to play a central role in the rehabilitation of Gaza because there are no other options.

Still, Hamas leaders in Gaza have continued to speak disparagingly about Mr. Abbas.

"He has no relation to Palestinian affairs," said Mahmoud Zahar, a top Hamas official, in a recent interview.

Despite his frequent insistence that Israel's attack on Gaza was an assault on all Palestinians, Mr. Abbas has been widely dismissed during the fighting by Palestinians. They accuse him of siding too closely to Israel.

Top aides to Mr. Abbas said the leader and the Palestinian Authority won't be willing to play a major role in rehabilitating Gaza unless they receive assurances that Mr. Netanyahu's government is committed to developing an independent Palestinian state,

Page 863

ATL005264



Palestinians crowd into an ice cream shop during the first day of a three day ceasefire in Gaza City on Tuesday. *FINBARR O'REILLY/REUTERS*

a process that broke down in April.

"If the Israelis want to use us for something that is helpful to them, but give nothing to us in return, this isn't going to happen," said a senior Palestinian official.

Politically, the war offered Hamas a chance to burnish its anti-Israel credentials and bolster its flagging stature among Gazans and Muslims elsewhere in the Arab world, said Ghassan Al Khatib, a West Bank politician. Iran and Hamas also moved to repair strained relations, motivated in part by the conflict.



Displaced Palestinians sit amid the rubble of destroyed homes in Gaza on Tuesday. *HEIDI LEVINE/SIPA PRESS*

But that logic may have backfired, Mr. Khatib said. The support from Arab countries was tepid at best and Hamas "didn't imagine the scale of the Israeli action."

Among the 1.8 million people of Gaza, it was far too early Tuesday to gauge public opinion about Hamas' challenge to Israel. However, few Gazans were prepared yet to blame Hamas for their woes.

A goal of past Israeli clashes with Hamas—to drive a wedge between Gazans and their leaders—appeared undermined by the high civilian death toll in the eyes of residents

ATL005265

Case 2:16-cv-04435-PA-MRW    Document 74-24    Filed 05/01/17    Page 28 of 43    Page ID #:6319

such as Walid Rok, 24.

"We believe Hamas is the resistance," said Mr. Rok, invoking the group's preferred self-description as he stood in the ruins his house on a leveled street in the southern village of Khuza'a. Israeli military operations, he said, were aimed at ousting his family from the town and proved that armed factions such as Hamas were necessary for protection.

*—-Rory Jones in Jerusalem contributed to this article.*

**Write to** Nicholas Casey at nicholas.casey@wsj.com and Jay Solomon at jay.solomon@wsj.com

Copyright &copy;2017 Dow Jones &amp; Company, Inc. All Rights Reserved

This copy is for your personal, non-commercial use only. To order presentation-ready copies for distribution to your colleagues, clients or customers visit http://www.djreprints.com.

Page 865

ATL005266

Israel Pulls Its Forces Out of Gaza as Cease-Fire Begins - WSJ

Page 866

ATL005267

# EXHIBIT 55

The New York Times | https://nyti.ms/2bAPytp

**MIDDLE EAST**

# Israel Clears Troops in Airstrike Near School in 2014 Gaza War

By ISABEL KERSHNER   AUG. 24, 2016

JERUSALEM — The Israeli military had the speeding motorcycle in its sights and had fired an air-to-ground missile at it when the three riders, identified as militants, entered a traffic circle in the town of Rafah in the southern Gaza Strip. It was Aug. 3, 2014.

The way the riders chose to leave the traffic circle took them past a United Nations school where Palestinian civilians were sheltering from that summer's fighting. About 10 civilians who had gathered outside the school were killed when the missile reached its target, in an episode that prompted international outrage.

On Wednesday, the Israeli military closed its investigation into the airstrike and cleared itself of wrongdoing, saying that by the time the motorcycle had turned toward the school, it was too late to divert the missile.

ATL004603

The case was one of seven investigations into possible military misconduct during the 50-day war between Israel and Gaza's rocket-firing militant groups that the Israelis said they were closing, two years after a cease-fire ended the fighting.

As the civilian death toll mounted in Gaza in 2014, Secretary General Ban Ki-moon of the United Nations condemned the motorcycle strike as "a criminal act" and demanded that those responsible be held accountable. But in its report on Wednesday, the Israeli military said that while the harm to the civilians was "a tragic and regrettable result," its forces had been unable to discern the group of civilians in real time, and that the targeting process was in line with Israeli domestic law and the requirements of international law.

Another case that was closed on Wednesday involved an Israeli strike on a building in the Bureij refugee camp that killed at least six members of the Zeyada family. Israel concluded that the strike was justified and legal; that the building was being used by Hamas, the militant group that dominates Gaza, as "an active command and control center"; that four of the casualties were military operatives, including three of the Zeyadas; and that Israeli forces did their best to limit harm to noncombatants by using precise munitions.

In a third case, involving the deaths of 12 members of the Siyam family in Rafah, the Israeli military concluded that no Israeli strike had occurred in the area at that time, and said the family had probably been hit by an errant mortar shell fired at Israel by a militant group.

The military also announced that it had ordered criminal investigations into two cases. One involved allegations of the abuse of a resident and the looting of his property, it said; the other involved claims of intentional discharge of a weapon and damage to property.

About 2,200 Palestinians died during the 2014 war, while 73 people were killed on the Israeli side, most of them soldiers. A United Nations Commission of Inquiry found that both Israel and the Palestinian militants had been responsible for violations of international law that could amount to war crimes.

ATL004604

Case 2:16-cv-04435-PA-MRW  Document 74-24  Filed 05/01/17  Page 33 of 43  Page ID
#:6324
Israel Clears Troops in Airstrike Near School in 2014 Gaza War - The New York Times          Page 3 of 3

Israeli, Palestinian and international human rights groups have repeatedly questioned the military's ability to investigate its actions impartially, and have called for independent inquiries. The Palestinians are also pursuing war-crimes claims against Israel at the International Criminal Court in The Hague.

A number of the Israeli military's criminal investigations into what it calls "exceptional incidents" during the 2014 war are pending. The Military Advocate General has issued indictments against three soldiers accused of looting and of aiding and abetting looting, and legal proceedings in the cases are in progress.

The cease-fire that ended the war has largely endured, despite brief flare-ups. A rocket fired from Gaza struck the Israeli border town of Sderot on Sunday, crashing onto a pathway and causing no casualties. Israel retaliated overnight with about 50 airstrikes against targets in Gaza, an unusually tough response; the target sites were empty, and no deaths were reported.

Israeli analysts said the broad-scale retaliation was something of a gamble, meant to deter further rocket fire and not intended to escalate tensions. The border has remained quiet since the airstrikes.

A version of this article appears in print on August 25, 2016, on Page A8 of the New York edition with the headline: Israel Closes Investigation Into Airstrike In 2014 War.

© 2017 The New York Times Company

ATL004605

# EXHIBIT 56



Israeli soldiers fold their equipment along the border between Israel and the Gaza Strip after they pulled out from the Gaza Strip on Aug. 3, 2014   Gil
Cohen Magen—AFP/Getty Images

MIDDLE EAST

# Israel Seeks to Gain Advantage by Reversing Course in Gaza

Ilene Prusher / Jerusalem
Aug 03, 2014

  

The war continues and there is no victor, but Israel is gradually pulling most of its troops out of the Gaza Strip in a sign that in the course of a weekend, it decided to take a completely different tack in its war with Hamas.

After four attempts at a humanitarian cease-fire over the past few weeks, including a much vaunted one Friday that was supposed to last for 72 hours but instead collapsed after two, Israel decided that it was no longer pursuing a truce with Hamas. Instead, it opted for a unilateral withdrawal from Gaza, save a new buffer zone it is carving out along the border, in the belief that there was more to be gained from walking away from what had begun to seem like a merry-go-round of failed cease-fires.

ATL004771

On the one hand, the decision is a stunning reversal from what many had begun to expect from Israeli Prime Minister Benjamin Netanyahu, whose more hawkish Cabinet members have been calling for a reoccupation of the Gaza Strip. On the other, the decision to pull back ground troops while declaring, as Netanyahu did Saturday, that the operation continues, is a formula for the blood-soaked Israel-Hamas war to plod on while the world watches the death toll in Gaza rise and international diplomats grow increasingly befuddled by the question of what to propose next.

That bloodshed may have been part of Israel's equation. Amos Yadlin, a retired major general of the Israel Defence Forces (IDF) and the director of the Institute for National Security Studies (INSS) at Tel Aviv University, told reporters Sunday that he thought reversing course was a wise move on the part of Netanyahu, as Israel faces growing international censure for its actions in Gaza. The Palestinian death toll now tops 1,800, according to its Ministry of Health, and on Sunday, Israel's shelling of a U.N. school was vociferously condemned by the U.S. after 10 Palestinians were killed. It was the seventh incident of a school used as a shelter coming under attack, according to UNRWA.

The move also serves to deprive Hamas of the victory it has sought since the war began July 8. "We neutralize their main strategic forces, and leave them alone, without any achievement, without any demand, in their devastated place called Gaza," Yadlin said. The change of tack is a "sophisticated, smart move," he added, at least for the time being. "I don't know if it's sustainable for the long run. But we will have to see how Hamas will react, what kind of fire they will continue to use, and if we can live with it."

It also gives Israel options on how to proceed. The mind-set goes that previous negotiated cease-fires, like the one that ended Operation Pillar of Defense in November 2012, served to "hamper" the IDF by limiting how it could respond. By unilaterally pulling troops out of Gaza — while declaring the key goals of the ground operation complete, including having destroyed some 30-odd tunnels — Israel believes it has gained the freedom to act as it sees fit.

"So if we want to proceed, we proceed. If we want to stop, we stop. If we want to initiate something else, we will initiate something else," says Udi Dekel, a retired brigadier general, also of the INSS. "If Hamas continues to fire, we can fire. If we see any activity in the security perimeter, like digging another tunnel, we can attack them, because there is not any understanding or agreement between us and Hamas. So we keep all the possibilities in our hands."

ATL004772

Hamas, for its part, says Israel will have no calm unless it negotiates the terms of a cease-fire. Among Hamas' main goals is the lifting of an embargo on Gaza designed to squelch the economy and prevent Hamas from functioning. Many Palestinians argue this has turned Gaza into an open-air prison, while Israel argues that when it's been lax in the past, Hamas has used the opportunity to build tunnels and bunkers.

Alongside its unilateral about-face in Gaza, Israel refused over the weekend to attend the cease-fire talks in Cairo as planned, calling the truce efforts futile. Israel says that Hamas broke one cease-fire too many, while Hamas political leader Khaled Mashaal told CNN on Saturday that it never agreed to let the IDF keep operating in Gaza during the truce, which it sees Israel having broken.

But there may be more to Israel shunning the talks than simply wanting to refuse to play ball with Hamas any further. Political scientist Yoram Meital notes that as Israel's goals in the operation moved over the course of the few weeks — from rockets to tunnels to demilitarization of Gaza — the latter became the buzzword. The Palestinian Authority, Egypt, the E.U. and the Obama Administration said demilitarization would indeed be a good idea, but it would need to take place in the context of a comprehensive peace agreement.

"This is of course a very different perspective from Netanyahu's view," says Meital, a Ben Gurion University professor who specializes in Israel's relationship with Egypt and the Palestinians. "While demilitarization is a very legitimate objective, Netanyahu is not ready to pay the price for this commodity. He understands perfectly well that by discussing this as part of the peace process, one of the meanings is that after several years, the Gaza Strip and West Bank would be discussed as one unified Palestinian territorial unit." That, he notes, is the last thing the Israeli right wing wants.

So now the "new phase" of the conflict has begun. Columns of IDF tanks were seen cutting through the dust of Gaza's outskirts and pulling out toward Israel Sunday, but the IDF's air strikes on Gaza continued. The IDF said rocket fire continued over Tel Aviv, and in southern Israel. Israelis meanwhile, turned their attention to the dramatic end of what they had been told on Friday was the Hamas capture of IDF soldier Hadar Goldin. On Saturday night, Goldin was declared dead based on forensic evidence collected at the scene, and on Sunday he was buried before a crowd of thousands. Among them was his cousin — Israel's Defense Minister, Moshe Ya'alon.

ATL004773

ATL004774

# EXHIBIT 57

# The Washington Post

**WorldViews**

# Here's what really happened in the Gaza war (according to the Israelis)

By **William Booth**   September 3, 2014

TEL AVIV — On a high floor of the Israeli defense ministry, a top intelligence officer sat down with a small group of foreign journalists Wednesday night to run through his slide show on the 50-day Gaza war — what surprised the Israelis about their enemy Hamas and what did not.

With the condition of anonymity, the Israeli general discussed casualty figures, tunnel architecture and rocket deployment for Hamas and other belligerents.

He presented himself as a grandfatherly wonk, a numbers guy. He conceded that intelligence is not an exact science.

Here is what he said:

## Those rarely seen Hamas rocket launchers? Turns out they were buried.

Journalists who covered the war in Gaza have been panned by Israel supporters, including former secretary of state Hillary Clinton, for their failure to document Hamas militants firing rockets from civilian areas.

Critics have suggested that the reporters were cowards, dupes or intimidated. Israel's top military intelligence officer had another explanation: There was nothing to see.

"Most of the rocket launchers were underground," he said.

Hamas cadres did not gather around a cannon and light a fuse. That was two wars ago. In the current conflict, they buried their launchers and fired by remote control from concealed locations, often hundreds of yards away.

The Israeli intelligence officer said, "It made it very hard to find and target."

Page 877

ATL004776

Harder still to get a photograph.

## Did Israel kill a lot of civilians or a lot of combatants? (Or both?)

The Israelis say there were 2,127 casualties on the Palestinian side during the Gaza war — a total that is very close to the numbers provided by the United Nations.

To date, the Israeli military has determined with "100 percent certainty" that Israeli forces killed 616 combatants and "terrorist operatives."

The intelligence officer said the Israeli tally includes 341 from Hamas, 182 from Islamic Jihad and 93 from smaller factions.

In a speech last week, Prime Minister Benjamin Netanyahu put the number at "approximately one thousand" dead terrorists, so the Israel Defense Forces number is still about 400 short.

The Israeli intelligence officer said the count continues, and that 805 remain "unknown."

The general said Israeli forces have confirmed that they killed 706 civilians. This number likely includes many of the 253 women and 495 children in the U.N. tallies.

In the end, the general said the Israelis believe that 45 percent of the dead will be combatants or "terror operatives," and 55 percent civilians.

"Or basically one to one," he said, rounding up in Israel's favor.

The United Nations says its preliminary studies suggest that civilian deaths approached 70 percent of the total.

## Hamas was hit hard, but not that hard

If the percentages hold, the intel chief said, Israeli forces killed no more than 5 percent of the enemy — of an estimated total of 16,000 Hamas and 5,200 Islamic Jihad soldiers in the field, plus those from the smaller factions.

A handful of senior Hamas and Islamic Jihad commanders were killed. The general would not comment on whether the supreme commander of Hamas's military wing, Mohammed Deif, died in an Israeli airstrike or not.

## Hamas wants a SEAL team

The general said that Israeli intelligence knew that Hamas was training amphibious assault teams.

Page 878

ATL004777

"They weren't navy commandos," the intelligence officer said. "But they were in very, very good shape." They received training outside Gaza; the general would not say where.

They managed to swim in scuba gear two or three kilometers underwater, transporting duffel bags with light arms and rocket-propelled grenades, before emerging on a beach near an Israeli military installation, he said.

## Hamas now has its own 'birds'

The Gaza militants launched several drones into Israeli airspace. At least two were shot down; one appears to have returned to the Gaza Strip with aerial photographs.

"They were not Western-style UAVs," the intelligence officer said. "It had an engine and it flew."

## There were miles and miles of tunnels

During the war, the nightmare of jihadists popping out of tunnels in the middle of a kibbutz drove Israeli public opinion that the war was necessary. There were 32 offensive tunnels dug with the intention of putting Hamas militants under the border fence. Fourteen of the tunnels reached the Israeli side.

In addition, there were "dozens and dozens of kilometers" of tunnels under the Gaza Strip, the general said.

"It allowed them to move, conceal, surprise and disappear," he said. "It is low-tech but effective."

Despite reports in the Israeli media of vast "underground cities" in Gaza, the intelligence officer described more limited accommodations. In a few, there were "small ditches" where a cadre of militants could survive in an underground cave, living off boxes of dates. One group was down there 10 days, he said.

The general said Israeli intelligence believes that there are also tunnels beneath the Shifa Hospital in Gaza City. He declined to say whether that is where top Hamas political and military leaders spent the war.

Syringes with tranquilizers and plastic handcuffs were found in two offensive tunnels and on the body of one suicide attacker. The intel chief suspected that the prize targets were Israeli soldiers, not civilians.

## Hamas dropped rockets on its  own people

The intelligence chief said Hamas and the other factions started the war with more than 10,000 rockets. He estimated that they have 2,500 or 3,000 rockets left, as well as "thousands and thousands" of mortars.

Most were assembled in Gaza.

Page 879

ATL004778

The intelligence chief said it is not important how lethal the rockets were. He said the aim was to instill terror, to force a million Israelis to run into shelters.

So Hamas succeeded, in part.

Of the 4,500 rockets fired by Hamas and allies, 875 fell inside Gaza. Many were lobbed at Israeli soldiers during the ground offensive, but others were duds or misfires that landed short, meaning Hamas dropped explosives on its own people.

It is even possible, the intelligence chief said, that some of that fire was intentional.

## What happens next?

The intelligence officer said it was clear — and he had the videotape from drones to prove it — that Hamas and the other factions fired their rockets from, and sometimes within, the courtyards of mosques, hospitals, cemeteries and schools.

According to the most recent polls, Hamas and its "military approach" are more popular than ever among Palestinians.

The intelligence chief said Hamas is pragmatic but will not relinquish power in the Gaza Strip. "I think they want to govern in Judea and Samaria," he said, using the Hebrew terms for the West Bank.

William Booth is The Post's Jerusalem bureau chief. He was previously bureau chief in Mexico, Los Angeles and Miami. 🐦 Follow @boothwilliam

ATL004779