# EXHIBIT 75

In photos: Gaza healing from war after ceasefire[1]- Chinadaily.com.cn          Page 1 of 2

**CHINADAILY** com cn  中 国 日 报 网  Home / World / Middle East

# In photos: Gaza healing from war after ceasefire

Updated 2014-08-28 08:18
(chinadaily.com.cn)

Comments



Palestinian boy looks out of his damaged house after a ceasefire was declared, in the east of Khan Younis in the southern Gaza Strip, Aug 27, 2014. The open-ended ceasefire in the Gaza war between Israel and the Palestinians held on Wednesday as Prime Minister Benjamin Netanyahu faced strong criticism in his country's newspapers over a campaign in which no clear victor emerged. [Photo/Agencies]

Previous Page   1   2   3   4   5   6   7   8   9   10   Next Page

0

Comment here or email to us at readers@chinadaily.com.cn   0 have participated

Username [            ]   Create an account   Please read our community rules
Password [            ]   [ Login ]   I forgot my password

[                                                    ]

Comments posted above represent readers' views only.   [ Login And Post ]

Photo

**Most Popular**

Understanding clouds on World Meteorological Day

Range Rover Velar makes debut in London

Five dead after Parliament terror attack

Premier Li and Australian Governor-General agree to boost exchanges

World Press Photo of the Year: 2015 winners

Li addresses welcome luncheon hosted by Australian PM

British police arrest seven in probe into attack on parliament

Female honor guards train for military parade debut

ATL004680


The world in photos: Mar 13 - Mar 19


Schulz confirmed SPD chief to challenge Merkel in elections


Peru hit by drinking water shortage as death toll in flooding up over 70


FM: Preparations underway for Xi-Trump meeting


Yawning dog steals Prince Harry's thunder at health discussion


Key moments in China-Saudi Arabia ties

| China-Japan | China-US | China-Africa | China-Europe |


Japan's defense white paper makes irresponsible accusations against China

Wang urges Tokyo to match actions to its words

Nagoya mayor should "kneel and apologize" for Nanjing Massacre: FM

Experts project stable Chinese investment in Japan

Build trust that lasts, says 'Tokyo consensus'

Steps urged to help avoid new conflict

| Asia Pacific | US & Canada | Europe | Africa | Middle East |


Tillerson kicks off his first Asian tour

Ousted S. Korean president to indicate position before being questioned by prosecutors: lawyer

The China-Australia partnership should be tended carefully by both sides

NDRC head: China to further deepen supply-side structural reforms

China Development Forum opens with grand ceremony

Ancient Diaoyu references revived

<img src="https://d5nxst8fruw4z.cloudfront.net/atrk.gif?account=uM+9j1a8Dy00qn" style="display:none" height="1" width="1" alt="" />

| About China Daily | Advertise on Site | Contact Us | Job Offer |

Copyright 1995 - 2017 . All rights reserved. The content (including but not limited to text, photo, multimedia information, etc) published in this site belongs to China Daily Information Co (CDIC). Without written authorization from CDIC, such content shall not be republished or used in any form. Note: Browsers with 1024*768 or higher resolution are suggested for this site.

License for publishing multimedia online  0108263          Registration Number:  20100000002731



ATL004681

In photos: Gaza healing from war after ceasefire[2]- Chinadaily.com.cn                Page 1 of 2

**CHINADAILY** 中国日报网 Home / World / Middle East

# In photos: Gaza healing from war after ceasefire

Updated: 2014-08-28 08:18
(chinadaily.com.cn)

Comments



Palestinians celebrate what they said was a victory over Israel following a ceasefire in Gaza City, Aug 26, 2014. Israel has accepted an Egyptian proposal for a Gaza ceasefire, a senior Israeli official said on Tuesday. Egyptian and Palestinian officials said the truce was to take effect at 7 pm (1600 GMT). [Photo/Agencies]

Previous Page   1   2   3   4   5   6   7   8   9   10   Next Page

8.03K

Comment here or email to us at readers@chinadaily.com.cn      0 have participated

| Username | | Create an account | Please read our community rules |
| Password | | Login | I forgot my password |

**Photo**

**Most Popular**

Understanding clouds on World Meteorological Day

Range Rover Velar makes debut in London

Five dead after Parliament terror attack

Premier Li and Australian Governor-General agree to boost exchanges

World Press Photo of the Year: 2015 winners

Li addresses welcome luncheon hosted by Australian PM

British police arrest seven in probe into attack on parliament

Female honor guards train for military parade debut

Sturgeon takes independence referendum call to Scottish parliament

Trump daughter Ivanka to get West Wing office

Mermaid swimming for fitness

ATL004682



Four-year-old treks miles of wolf-packed snowfield to save grandma

Macron, Le Pen clash in first French election TV debate

South Sudan plane crashes, all 49 passengers, crew survive

China-Japan    China-US    China-Africa    China-Europe

China slams Japanese defense chief's remarks on South China Sea

Wang urges Tokyo to match actions to its words

Nagoya mayor should "kneel and apologize" for Nanjing Massacre: FM

Experts project stable Chinese investment in Japan

Build trust that lasts, says 'Tokyo consensus'

Steps urged to help avoid new conflict

Asia Pacific    US & Canada    Europe    Africa    Middle East

Park Geun-hye says sorry to people before entering prosecutors' office

S. Korean military confirms DPRK missile test failure

DPRK to convene fifth session of SPA in April

6.4-magnitude quake strikes off Indonesia's Bali, no tsunami alert issued

S Korean prosecutors end interrogation of ousted President Park

Asian cities dominate survey of world's most expensive places to live

<img src="https://d5nxst8fruw4z.cloudfront.net/atrk.gif?account=uM+9j1a8Dy00qn" style="display:none" height="1" width="1" alt="" />

| About China Daily | Advertise on Site | Contact Us | Job Offer |

Copyright 1995 - 2017 . All rights reserved. The content (including but not limited to text, photo, multimedia information, etc) published in this site belongs to China Daily Information Co (CDIC). Without written authorization from CDIC, such content shall not be republished or used in any form. Note: Browsers with 1024*768 or higher resolution are suggested for this site.

License for publishing multimedia online  0108263          Registration Number:  20100000002731

ATL004683

CHINADAILY.com.cn 中文 图片 报刊 Home / World / Middle East

# In photos: Gaza healing from war after ceasefire

Updated: 2014-08-28 08:18
(chinadaily.com.cn)

Comments



A Palestinian boy plays guitar and sings on ruins of his house which was completely destroyed by the Israeli aircraft in the neighborhood of Shijia in the eastern of Gaza City following the open-ended ceasefire in the Gaza war between Israel and the Palestinians held on Wednesday, Aug 27, 2014. [Photo/IC]

Previous Page    1   2   3   4   5   6   7   8   9   10    Next Page

8.03K

Comment here or email to us at readers@chinadaily.com.cn       0 have participated

| Username | Create an account | Please read our community rules |
| Password | Login | I forgot my password |

Comments posted above represent readers' views only       **Login And Post**

**Photo**

A bill to impeach South Korean President Park Geun-hye passed

Smart men, beautiful girls, royal setting in Kremlin

British PM lights Downing Street Christmas tree with local children

**Most Popular**

Understanding clouds on World Meteorological Day

Range Rover Velar makes debut in London

Five dead after Parliament terror attack

Premier Li and Australian Governor-General agree to boost exchanges

World Press Photo of the Year: 2015 winners

Li addresses welcome luncheon hosted by Australian PM

British police arrest seven in probe into attack on parliament

Female honor guards train for military parade debut

ATL004684

In photos: Gaza healing from war after ceasefire[3]- Chinadaily.com.cn



Aid groups descend on quake zone: 102 dead

Paris limits vehicle use to fight pollution

Associated Press's best news photos of 2016

| China-Japan | China-US | China-Africa | China-Europe |

Experts project stable Chinese investment in Japan

Build trust that lasts, says 'Tokyo consensus'

Steps urged to help avoid new conflict

People are key to peace: former Japan official

China urges Japan to take neighbors' security concerns seriously

Japan's defense while paper makes irresponsible accusations against China

| Asia Pacific | US & Canada | Europe | Africa | Middle East |

AIIB approves loans for transport projects in Oman

China's thermal power plant to warm the capital of Tajikistan

S Korea's main opposition lawmakers to resign unless presidential impeachment passed

Nearly 100 killed, hundreds hurt as quake strikes Indonesia

Passenger plane with more than 40 aboard crashes in Pakistan

Park impeachment could further cloud ties

<img src="https://d5nxst8fruw4z.cloudfront.net/atrk.gif?account=uM+9j1a8Dy00qn" style="display:none" height="1" width="1" alt="" />

| About China Daily | Advertise on Site | Contact Us | Job Offer |

Copyright 1995 - 2017 . All rights reserved. The content (including but not limited to text, photo, multimedia information, etc) published in this site belongs to China Daily Information Co (CDIC). Without written authorization from CDIC, such content shall not be republished or used in any form. Note: Browsers with 1024*768 or higher resolution are suggested for this site.

License for publishing multimedia online 0108263          Registration Number: 20100000002731

ATL004685

**CHINADAILY**.com.cn  中国日报网  Home / World / Middle East

# In photos: Gaza healing from war after ceasefire

Updated: 2014-08-28 08:16
(chinadaily com cn)

Comments



A Palestinian family leaves a United Nations-run school sheltering displaced Palestinians, as they make their way home after a ceasefire was declared, in the east of Khan Younis in the southern Gaza Strip, Aug 27, 2014. [Photo/Agencies]

Previous Page  1  2  3  4  5  6  7  8  9  10  Next Page

8.03K

Comment here or email to us at readers@chinadaily.com.cn     0 have participated

| Username | Create an account | Please read our community rules |
| Password | Login | I forgot my password |

Comments posted above represent readers' views only.                    **Login And Post**

**Photo**

France, where food meets elegance

Sturgeon takes independence referendum call to Scottish parliament

Trump daughter Ivanka to get West Wing office

**Most Popular**

Understanding clouds on World Meteorological Day

Range Rover Velar makes debut in London

Five dead after Parliament terror attack

Premier Li and Australian Governor-General agree to boost exchanges

World Press Photo of the Year: 2015 winners

Li addresses welcome luncheon hosted by Australian PM

British police arrest seven in probe into attack on parliament

Female honor guards train for military parade debut

ATL004686



China-Japan | China-US | China-Africa | China-Europe

Wang urges Tokyo to match actions to its words

Nagoya mayor should "kneel and apologize" for Nanjing Massacre: FM

Experts project stable Chinese investment in Japan

Build trust that lasts, says 'Tokyo consensus'

Steps urged to help avoid new conflict

China slams Japanese defense chief's remarks on South China Sea

Asia Pacific | US & Canada | Europe | Africa | Middle East

Infographic: Are we living in a more peaceful world?

Private companies play key role in Belt and Road Initiative

S. Korean military confirms DPRK missile test failure

DPRK to convene fifth session of SPA in April

6.4-magnitude quake strikes off Indonesia's Bali, no tsunami alert issued

Park Geun-hye says sorry to people before entering prosecutors' office

<img src="https://d5nxst8fruw4z.cloudfront.net/atrk.gif?account=uM+9j1a6Dy00qn" style="display:none" height="1" width="1" alt="" />

| About China Daily | Advertise on Site | Contact Us | Job Offer |

Copyright 1995 - 2017 . All rights reserved. The content (including but not limited to text, photo, multimedia information, etc) published in this site belongs to China Daily Information Co (CDIC). Without written authorization from CDIC, such content shall not be republished or used in any form. Note: Browsers with 1024*768 or higher resolution are suggested for this site.

License for publishing multimedia online 0108263          Registration Number: 20100000002731

ATL004687

CHINADAILY.com.cn  中 国 日 报 网  Home / World / Middle East

# In photos: Gaza healing from war after ceasefire

Updated: 2014-08-28 08:18
(chinadaily.com.cn)

Comments



Palestinians stand near the remains of one of Gaza's tallest apartment towers, which witnesses said was hit by an Israeli air strike that destroyed much of it in Gaza City, Aug 26, 2014. Israeli air strikes launched before dawn destroyed much of one of Gaza's tallest apartment and office buildings, setting off huge explosions and wounding 20 people, Palestinian health officials said. [Photo/Agencies]

Previous Page   1   2   3   4   5   6   7   8   9   10   Next Page

8.03K

**Most Popular**

Understanding clouds on World Meteorological Day

Range Rover Velar makes debut in London

Five dead after Parliament terror attack

ATL004688



Comment here or email to us at readers@chinadaily.com.cn 0 have participated

Username Create an account Please read our community rules

Password Login I forgot my password

Photo

France, where food meets elegance

Sturgeon takes independence referendum call to Scottish parliament

Trump daughter Ivanka to get West Wing office

Mermaid swimming for fitness

Four-year-old treks miles of wolf-packed snowfield to save grandma

Macron, Le Pen clash in first French election TV debate

China-Japan | China-US | China-Africa | China-Europe

China slams Japanese defense chief's remarks on South China Sea

- Wang urges Tokyo to match actions to its words
- Nagoya mayor should "kneel and apologize" for Nanjing Massacre: FM
- Experts project stable Chinese investment in Japan
- Build trust that lasts, says 'Tokyo consensus'
- Steps urged to help avoid new conflict

Asia Pacific | US & Canada | Europe | Africa | Middle East

Park Geun-hye says sorry to people before entering prosecutors' office

- Infographic: Are we living in a more peaceful world?
- Private companies play key role in Belt and Road initiative
- S. Korean military confirms DPRK missile test failure
- DPRK to convene fifth session of SPA in April
- 6.4-magnitude quake strikes off Indonesia's Bali, no tsunami alert issued

<img src="https://d5nxst8fruw4z.cloudfront.net/atrk.gif?account=uM+9j1a8Dy00qn" style="display:none" height="1" width="1" alt="" />

- Premier Li and Australian Governor-General agree to boost exchanges
- World Press Photo of the Year: 2015 winners
- Li addresses welcome luncheon hosted by Australian PM
- British police arrest seven in probe into attack on parliament
- Female honor guards train for military parade debut

| About China Daily | Advertise on Site | Contact Us | Job Offer |

Copyright 1995 - 2017 . All rights reserved. The content (including but not limited to text, photo, multimedia information, etc) published in this site belongs to China Daily Information Co (CDIC). Without written authorization from CDIC, such content shall not be republished or used in any form. Note: Browsers with 1024*768 or higher resolution are suggested for this site.

License for publishing multimedia online 0108263 Registration Number: 20100000002731

**CHINA**DAILY.com.cn  中 阮 中 阮 阮   Home / World / Middle East

# In photos: Gaza healing from war after ceasefire

Updated: 2014-08-28 08:18
(chinadaily.com.cn)

Comments



Hamas militants display weapons as they celebrate what they say was a victory over Israel, in front of a destroyed house in the Shejaia neighborhood east of Gaza City, Aug 27, 2014. [Photo/Agencies]

Previous Page   1   2   3   4   5   6   7   8   9   10   Next Page

●

Comment here or email to us at readers@chinadaily.com.cn      0 have participated

Username [        ]      Create an account      Please read our community rules

Password [        ]      [ Login ]      I forgot my password

[                                                              ]

Comments posted above represent readers' views only.                      [ Login And Post ]

**Photo**

France, where food meets elegance

Sturgeon takes independence referendum call to Scottish parliament

Trump daughter Ivanka to get West Wing office

**Most Popular**

Understanding clouds on World Meteorological Day

Range Rover Velar makes debut in London

Five dead after Parliament terror attack

Premier Li and Australian Governor-General agree to boost exchanges

World Press Photo of the Year: 2015 winners

Li addresses welcome luncheon hosted by Australian PM

British police arrest seven in probe into attack on parliament

Female honor guards train for military parade debut

ATL004690

In photos: Gaza healing from war after ceasefire[6]- Chinadaily.com.cn



Mermaid swimming for fitness

Four-year-old treks miles of wolf-packed snowfield to save grandma

Macron, Le Pen clash in first French election TV debate

China-Japan | China-US | China-Africa | China-Europe

China slams Japanese defense chief's remarks on South China Sea

Wang urges Tokyo to match actions to its words

Nagoya mayor should "kneel and apologize" for Nanjing Massacre: FM

Experts project stable Chinese investment in Japan

Build trust that lasts, says 'Tokyo consensus'

Steps urged to help avoid new conflict

Asia Pacific | US & Canada | Europe | Africa | Middle East

Park Geun-hye says sorry to people before entering prosecutors' office

Infographic: Are we living in a more peaceful world?

Private companies play key role in Belt and Road initiative

S. Korean military confirms DPRK missile test failure

DPRK to convene fifth session of SPA in April

6.4-magnitude quake strikes off Indonesia's Bali, no tsunami alert issued

<img src="https://d5nxst8fruw4z.cloudfront.net/atrk.gif?account=uM+9j1a8Dy00qn" style="display:none" height="1" width="1" alt="" />

| About China Daily | Advertise on Site | Contact Us | Job Offer |

Copyright 1995 - 2017 . All rights reserved. The content (including but not limited to text, photo, multimedia information, etc) published in this site belongs to China Daily Information Co (CDIC). Without written authorization from CDIC, such content shall not be republished or used in any form. Note: Browsers with 1024*768 or higher resolution are suggested for this site.

License for publishing multimedia online 0108263          Registration Number: 20100000002731

ATL004691

In photos: Gaza healing from war after ceasefire[7]- Chinadaily.com.cn                    Page 1 of 2

CHINADAILY.com.cn 中国日报网   Home / World / Middle East

# In photos: Gaza healing from war after ceasefire

Updated: 2014-08-28 09:18
(chinadaily.com.cn)

Comments



Palestinians sit on a couch as they return to the remains of their house, which witnesses said was destroyed in an Israeli
offensive, after a ceasefire was declared, in the east of Gaza City, Aug 27, 2014. [Photo/Agencies]

Previous Page   1   2   3   4   5   6   7   8   9   10   Next Page

8.03K

Comment here or email to us at readers@chinadaily.com.cn     0 have participated

Username [          ]   Create an account   Please read our community rules
Password [          ]   [ Login ]   I forgot my password

Photo

Understanding clouds on World
Meteorological Day

Belgium marks first anniversary of
Brussels attacks

France, where food meets
elegance

Sturgeon takes independence

Mermaid swimming for fitness

**Most Popular**

Understanding clouds on World
Meteorological Day

Range Rover Velar makes debut in
London

Five dead after Parliament terror
attack

Premier Li and Australian Governor-
General agree to boost exchanges

World Press Photo of the Year: 2015
winners

Li addresses welcome luncheon
hosted by Australian PM

British police arrest seven in probe into
attack on parliament

Female honor guards train for military
parade debut

ATL004692

In photos: Gaza healing from war after ceasefire[7]- Chinadaily.com.cn

Page 2 of 2



referendum call to Scottish parliament

Trump daughter Ivanka to get West Wing office

China-Japan　China-US　China-Africa　China-Europe

Wang urges Tokyo to match actions to its words

Nagoya mayor should "kneel and apologize" for Nanjing Massacre: FM

Experts project stable Chinese investment in Japan

Build trust that lasts, says 'Tokyo consensus'

Steps urged to help avoid new conflict

China slams Japanese defense chief's remarks on South China Sea

Asia Pacific　US & Canada　Europe　Africa　Middle East

Infographic: Are we living in a more peaceful world?

Private companies play key role in Belt and Road initiative

S. Korean military confirms DPRK missile test failure

DPRK to convene fifth session of SPA in April

6.4-magnitude quake strikes off Indonesia's Bali, no tsunami alert issued

Park Geun-hye says sorry to people before entering prosecutors' office

<img src="https://d5nxst8fruw4z.cloudfront.net/atrk.gif?account=uM+9j1a8Dy00qn" style="display:none" height="1" width="1" alt="" />

| About China Daily | Advertise on Site | Contact Us | Job Offer |

Copyright 1995 - 2017 . All rights reserved. The content (including but not limited to text, photo, multimedia information, etc) published in this site belongs to China Daily Information Co (CDIC). Without written authorization from CDIC, such content shall not be republished or used in any form. Note: Browsers with 1024*768 or higher resolution are suggested for this site.

License for publishing multimedia online  0108263          Registration Number:  20100000002731

ATL004693

In photos: Gaza healing from war after ceasefire[8]- Chinadaily.com.cn                    Page 1 of 2

CHINADAILY.com.cn  中国日报 Home / World / Middle East

# In photos: Gaza healing from war after ceasefire

Updated: 2014-08-28 08:18
(chinadaily.com.cn)

Comments



A Palestinian boy sits atop a car loaded with his family's belongings near their house, which witnesses said was hit by an Israeli air strike, in Rafah in the southern Gaza Strip, Aug 26, 2014. [Photo/Agencies]

**Previous Page**  1  2  3  4  5  6  7  8  9  10  **Next Page**

8.03K

Comment here or email to us at readers@chinadaily.com.cn    0 have participated

| Username | Create an account | Please read our community rules |
| Password | Login | I forgot my password |

**Photo**

Kids Raad throws Christmas party for primary school students in Beijing

EU agrees on approach to Brexit talks, PM May left out in cold

Abe, Putin discuss islands row

Chinese envoy calls for

**Most Popular**

Understanding clouds on World Meteorological Day

Range Rover Velar makes debut in London

Five dead after Parliament terror attack

Premier Li and Australian Governor-General agree to boost exchanges

World Press Photo of the Year: 2015 winners

Li addresses welcome luncheon hosted by Australian PM

British police arrest seven in probe into attack on parliament

Female honor guards train for military parade debut

Case 2:16-cv-04435-PA-MRW   Document 74-27   Filed 05/01/17   Page 17 of 37   Page ID
#:6460

strengthened int'l cooperation on
WMD non-proliferation

Evacuation convoy starts leaving
Aleppo

Duchess of Cambridge celebrates
a century of UK's Cub Scouts

China-Japan    China-US    China-Africa    China-Europe

Japan's defense white paper makes
irresponsible accusations against China

Experts project stable Chinese investment in Japan

Build trust that lasts, says 'Tokyo consensus'

Steps urged to help avoid new conflict

People are key to peace: former Japan official

China urges Japan to take neighbors' security concerns seriously

Asia Pacific    US & Canada    Europe    Africa    Middle East

Abe, Putin discuss islands row

7.8-magnitude earthquake hits Papua New Guinea

Indian scientists name new spider after Harry Potter hat

Kids Read throws Christmas party for primary school students in
Beijing

Chinese official lauds Flying Tigers' flight to Guilin museum

Viral video of man smuggling himself in suitcase deemed fake by
Aussie airline

<img src="https://d5nxst8fruw4z.cloudfront.net/atrk.gif?account=uM+9j1a8Dy00qn" style="display:none" height="1" width="1"
alt="" />

| About China Daily | Advertise on Site | Contact Us | Job Offer |
Copyright 1995 - 2017 . All rights reserved. The content (including but not limited to text, photo, multimedia information, etc) published in this site belongs to China Daily Information
Co (CDIC). Without written authorization from CDIC, such content shall not be republished or used in any form. Note: Browsers with 1024*768 or higher resolution are suggested for
this site.

License for publishing multimedia online  0108263            Registration Number:  20100000002731



ATL004695

**CHINADAILY.com.cn** 中 网 中 电 Home / World / Middle East

# In photos: Gaza healing from war after ceasefire

Updated: 2014-08-28 08:18
(chinadaily.com.cn)

Comments



Palestinians sit in a damaged house as they watch Hamas militants celebrating what they say was a victory over Israel, in the Shejaia neighborhood east of Gaza City, Aug 27, 2014. [Photo/Agencies]

**Previous Page   1   2   3   4   5   6   7   8   9   10   Next Page**

8.03K

Comment here or email to us at readers@chinadaily.com.cn    0 have participated

| Username | | Create an account | Please read our community rules |
| Password | | Login | I forgot my password |

Photo



Russian envoy tells UN Security Council fighting in eastern Aleppo 'has stopped'

53rd anniversary of independence celebrated in Kenya

World's biggest natural disasters in 2016

Malaysia sets up Belt and Road Initiative center

Italian PM Gentiloni's new cabinet sworn in

Children draw Christmas wish list for Santa

**Most Popular**

Understanding clouds on World Meteorological Day

Range Rover Velar makes debut in London

Five dead after Parliament terror attack

Premier Li and Australian Governor-General agree to boost exchanges

World Press Photo of the Year: 2015 winners

Li addresses welcome luncheon hosted by Australian PM

British police arrest seven in probe into attack on parliament

Female honor guards train for military parade debut

ATL004696

China-Japan | China-US | China-Africa | China-Europe

Experts project stable Chinese investment in Japan

Build trust that lasts, says 'Tokyo consensus'

Steps urged to help avoid new conflict

People are key to peace: former Japan official

China urges Japan to take neighbors' security concerns seriously

Japan's defense white paper makes
irresponsible accusations against China

Asia Pacific | US & Canada | Europe | Africa | Middle East

Russian envoy tells UN Security Council fighting in eastern Aleppo 'has stopped'

Three-nation leaders'meeting should be held at 'appropriate time'

Liu: Parties hope to boost exchanges on governance, cooperation

Malaysia sets up Belt and Road Initiative center

World's biggest natural disasters in 2016

Park impeachment could further cloud ties

<img src="https://d5nxst8fruw4z.cloudfront.net/atrk.gif?account=uM+9j1a8Dy00qn" style="display:none" height="1" width="1" alt="" />

| About China Daily | Advertise on Site | Contact Us | Job Offer |

Copyright 1995 - 2017 . All rights reserved. The content (including but not limited to text, photo, multimedia information, etc) published in this site belongs to China Daily Information Co (CDIC). Without written authorization from CDIC, such content shall not be republished or used in any form. Note: Browsers with 1024*768 or higher resolution are suggested for this site.

License for publishing multimedia online 0108263          Registration Number: 20100000002731

ATL004697

In photos: Gaza healing from war after ceasefire[10]- Chinadaily.com.cn                    Page 1 of 2

**CHINA**DAILY.com.cn    中 日 < 文 [미]   Home / World / Middle East

## In photos: Gaza healing from war after ceasefire

Updated: 2014-08-28 08:18
(chinadaily.com.cn)

Comments



Israel's Prime Minister Benjamin Netanyahu (C), Israeli military chief Lieutenant-General Benny Gantz (L) and Defence Minister Moshe Yaalon attend a news conference at the prime minister's office in Jerusalem, Aug 27, 2014. [Photo/Agencies]

        

Ceasefire comes into effect in the Gaza Strip            Israeli war jets strike on Gaza despite declaring ceasefire            Israel, Hamas extend cease-fire by 24 hours

Previous Page   1   2   3   4   5   6   7   8   9   10   Next Page

8.03K

Comment here or email to us at readers@chinadaily.com.cn    0 have participated

Username [            ]   Create an account   Please read our community rules
Password [            ]   [ Login ]   I forgot my password
[                                        ]

**Most Popular**

Understanding clouds on World Meteorological Day
Range Rover Velar makes debut in London
Five dead after Parliament terror attack
Premier Li and Australian Governor-General agree to boost exchanges

ATL004698

Photo

Miss Puerto Rico crowned Miss World 2016

Participants dressed up to celebrate Car Festival in Colombia

The world in photos: Dec 12-18

Chapecoense plane crash pilot 'not trained properly'

Kids Read throws Christmas party for primary school students in Beijing

EU agrees on approach to Brexit talks, PM May left out in cold

World Press Photo of the Year: 2015 winners

Li addresses welcome luncheon hosted by Australian PM

British police arrest seven in probe into attack on parliament

Female honor guards train for military parade debut

China-Japan | China-US | China-Africa | China-Europe

Japan's defense white paper makes irresponsible accusations against China

Experts project stable Chinese investment in Japan

Build trust that lasts, says 'Tokyo consensus'

Steps urged to help avoid new conflict

People are key to peace: former Japan official

China urges Japan to take neighbors' security concerns seriously

Asia Pacific | US & Canada | Europe | Africa | Middle East

Abe, Putin discuss islands row

Nepali edition of Xi's book on governance launched in Nepal

US military to resume Osprey flights in Japan following accident

Friend of S.Korea's Park appears at first day of trial over scandal

13 soldiers killed as Indonesian air force plane crashes in Papua

7.8-magnitude earthquake hits Papua New Guinea

<img src="https://d5nxst8fruw4z.cloudfront.net/atrk.gif?account=uM+9j1a8Dy00qn" style="display:none" height="1" width="1" alt="" />

| About China Daily | Advertise on Site | Contact Us | Job Offer |

Copyright 1995 - 2017 . All rights reserved. The content (including but not limited to text, photo, multimedia information, etc) published in this site belongs to China Daily Information Co (CDIC). Without written authorization from CDIC, such content shall not be republished or used in any form. Note: Browsers with 1024*768 or higher resolution are suggested for this site.

License for publishing multimedia online 0108263 Registration Number: 20100000002731



# EXHIBIT 76



Home | U.K. | News | Sports | U.S. Showbiz | Australia | Femail | Health | Science | Money | Video | Travel | Columnists

Latest Headlines | News | World News | Arts | Headlines | Pictures | Most read | Wires                              Login

# Inside bombed-out Gaza: One week on from end of 50-day war and the true scale of devastation is revealed

- **Families in Gaza return to their devastated homes a week after ceasefire stopped the 50-day war with Israel**
- **Attacks damaged or destroyed thousands of Gaza homes with an estimated 250,000 people taking refuge in schools**
- **Hamas and other Gaza militants fired 4,591 rockets and mortars at Israeli cities during the fighting, mostly in the south. The Israeli military, meanwhile, carried out more than 5,000 airstrikes and other attacks**
- **Palestinian militants from the Popular Front for the Liberation Of Palestine take part in a rally a week after cease-fire**

By JAMES RUSH FOR MAILONLINE and ASSOCIATED PRESS
**PUBLISHED:** 08:46 EDT, 2 September 2014 | **UPDATED:** 10:15 EDT, 2 September 2014

**80**
View comments

As a bombed-out neighbourhood lies in a mass of broken stone and twisted metal in the background, a young boy sits amid the rubble of what was once his home in Gaza.

These images reveal the startling reality of life in the area following the 50-day war with Israel as the region begins to recover from the fighting.

A week after a cease-fire halted the war, families in Gaza have been returning to their homes shelled by Israel during Operation Protective Edge.

Israel and Hamas agreed to an open-ended truce last Tuesday. The ceasefire brought an immediate end to the fighting but left key issues unresolved, such as Hamas' demand for the lifting of an Israel-Egyptian blockade of Gaza and the reopening of Gaza's air and seaports.

ATL004700



**A boy sits amid the rubble of his destroyed house on Monday in the Gaza Strip. Local residents visited their house that was shelled by Israel during Operation Protective Edge, in the Shejaia neighbourhood, east of Gaza City**

ATL004701


© Ahmed Hjazy / Pacific Press / BI

**These images reveal the startling reality of life in Gaza after the 50-day war with Israel as the region begins to recover from the fighting**

ATL004702

Inside bombed-out Gaza: One week on from end of 50-day war and the true scale of deva...   Page 4 of 15



© Ahmed Hjazy / Pacific Press / BI                                              +12

**Palestinians gather around a fire amid the rubble of their destroyed house in the Gaza Strip. Israel and Hamas agreed to an open-ended truce last Tuesday**

Israel wants Hamas to disarm and the return of bodies of two Israeli soldiers killed in the war. A new round of indirect talks is expected to begin later this month in Egypt.

The war killed more than 2,100 Palestinians, three-quarters of whom were civilians and at least 494 children, according to Palestinian and U.N. estimates. Israel disputes the figures and estimates that at least half of those killed were militants, though it has not provided firm evidence to back its claims. On the Israeli side, 66 soldiers and six civilians, including a Thai worker, were killed.

Hamas and other Gaza militants fired 4,591 rockets and mortars at Israeli cities during the fighting, mostly in the south. The Israeli military, meanwhile, carried out more than 5,000 airstrikes and other attacks.

**SHARE THIS ARTICLE**

**RELATED ARTICLES**

 **Cameron condemns Israel's new land grab as 'utterly...**

 **'Bomb them back to the stone age': Obama urged by...**

The Israeli attacks damaged or destroyed thousands of homes in Gaza, and an estimated 250,000 people took refuge in more than 100 U.N. schools turned into makeshift shelters. With tens of thousands of people still in the shelters and fighting still raging, education officials delayed the start of the school year last week.

Ziad Thabet, a Gaza Education Ministry official, said classes in the strip are set to begin on September 14. The U.N. said most of the displaced were to be evacuated to temporary housing by yesterday afternoon, but Thabet said the schools need to undergo repairs before they can be used.

ATL004703

At least 223 Gaza schools, either run by the U.N. refugee agency or the Hamas government, were hit in the fighting, including 25 that are too damaged for use. Israel has accused Hamas of using civilian buildings such as schools for military purposes.

+12

**The ceasefire brought an immediate end to the fighting but left key issues unresolved, such as Hamas' demand for the lifting of an Israel-Egyptian blockade of Gaza and the reopening of Gaza's air and seaports**

ATL004704

+12

**Hamas and other Gaza militants fired 4,591 rockets and mortars at Israeli cities during the fighting, mostly in the south. The Israeli military, meanwhile, carried out more than 5,000 airstrikes and other attacks**

Meanwhile, Palestinian militants from the Popular Front for the Liberation Of Palestine took part in a rally on Monday, a week after the beginning of the Egypt-mediated ceasefire.

An opinion poll released today found the popularity of the Hamas militant group had spiked significantly among Palestinians in the West Bank and the Gaza Strip following the war.

The poll, conducted by the Palestinian Center for Policy and Survey Research and headed by leading Palestinian pollster Khalil Shikaki, indicated that 61 per cent of Palestinians would choose the Islamic militant group's leader, Ismail Haniyeh, for president if Palestinian presidential elections were held today.

Only 32 per cent would vote for current President Mahmoud Abbas, Hamas' rival, the survey suggested.

ATL004705



+12

**A masked Palestinian militant of the Popular Front for the Liberation of Palestine (PFLP), holds up his rifle on Monday in Gaza City during a rally held a week after the Egypt-mediated ceasefire between Israel and Hamas**

ATL004706

+12

**An opinion poll released today found the popularity of the Hamas militant group had spiked significantly among Palestinians in the West Bank and the Gaza Strip following the war. Pictured is a masked Palestinian militant of the Popular Front for the Liberation of Palestine (PFLP).**

The support for Haniyeh marks a stark increase from a poll in June, conducted by the same pollster, which found only 41 per cent of Palestinians backed the Hamas figure. At the time, Abbas had 53 percent support.

The poll also suggests a majority of Palestinians - 72 per cent - support adopting Hamas' armed approach in the West Bank.

The research center said it is the first time in eight years that a majority of Palestinians has voiced such support for the Hamas leader. But, it said, Hamas' popularity might fall in coming months, as it did following previous Israel-Hamas conflicts.

Polling started on the last day of the war, on August 26, and continued during the first four days of the ceasefire, the research center said.

The poll said 79 per cent of respondents believe Hamas won the war, and 86 per cent support the renewal of rocket fire on Israel if a blockade on Gaza is not lifted, one of Hamas' main demands.

ATL004707

+12

**Palestinian militants from the Popular Front for the Liberation of Palestinian (PFLP) take part in a military show in Gaza City on Tuesday**

+12

ATL004708

**Israeli Finance Minister Yair Lapid criticized Israel's expropriation of West Bank land announced this week, calling for 'a more reasoned approach' in Israeli diplomacy following Israel's military operation in Gaza. Pictured are Palestinian militants from the Popular Front for the Liberation of Palestinian (PFLP)**

But 25 per cent said armed groups in the Gaza Strip should give up their weapons after the blockade ends and elections are held.

Also today, Israeli Finance Minister Yair Lapid criticized Israel's expropriation of West Bank land announced this week, calling for 'a more reasoned approach' in Israeli diplomacy following Israel's military operation in Gaza.

The expropriation of about 1,000 acres of West Bank land could help clear the way for new Jewish settlement construction. Lapid said such moves create 'redundant arguments with the United States and the world' and criticized the timing of the announcement following the Gaza war. Israel's Justice Minister, Tzipi Livni, also criticized the move this week.

Other leading Israeli Cabinet ministers have criticized Prime Minister Benjamin Netanyahu's conduct in the recently concluded war, with many saying he did not go far enough to neutralize Hamas's fighting ability.

+12

**Palestinian Sheikh Hazem Al-Bakri (left) from the Islamic Society walks through a dairy factory after it was demolished by Israeli authorities in the Israeli occupied West Bank city of Hebron on Tuesday. Israeli authorities destroyed the dairy factory because of the reported link to Hamas through the Islamic Society**

ATL004709

+12

**Men walk through the Islamic Society dairy factory after it was demolished by Israeli authorities in the Israeli occupied West Bank city of Hebron**

ATL004710

+12

**Israeli authorities and military demolish an Islamic Society dairy factory in the Israeli occupied West Bank city of Hebron**

Netanyahu has spoken vaguely about a new 'diplomatic horizon' that has emerged following the 50-day Israel-Hamas war. He has given few details on what he means.

But Netanyahu has said that he is not willing to renew peace talks with Abbas, saying the Palestinian leader will have to first distance himself from Hamas militants. Hamas and Abbas' Palestinian Authority recently agreed to a unity deal that saw the formation of a government backed by both factions.

'He has to choose,' Netanyahu told Israeli Channel Two in a weekend interview. 'It's either yes to Hamas or no to Hamas.'

### ISRAELI CHILDREN RETURN TO CLASSES WHILE SCHOOLS IN GAZA REMAIN SHUTTERED AS AREA RECOVERS

Thousands of Israeli children in areas near the Gaza Strip went back to school on Monday after spending the summer in bomb shelters as rockets and mortars rained on their communities during the 50-day Israel-Hamas war, while schools in Gaza remained shuttered as the territory recovered from the fighting.

The start of school brought a sense of joy and excitement to rocket-scarred communities in southern Israel, but the signs of the fighting remained fresh. In the southern city of Ashdod, employees at the 'Pashosh' kindergarten, which was struck by a rocket, removed shrapnel marks off the walls and slides ahead of the students' arrival.

'We are a little scared but we are excited,' said Ronit Bart, a resident of Kibbutz Saad and an English teacher in its school. 'A lot of children in our area really need to go back to a routine.'

ATL004711

In Gaza, Israeli attacks damaged or destroyed thousands of homes, and an estimated 250,000 people took refuge in more than 100 U.N. schools turned into makeshift shelters. With tens of thousands of people still in the shelters and fighting still raging, education officials delayed the start of the school year last week.

Ziad Thabet, a Gaza Education Ministry official, said classes in the strip are set to begin on September 14. The U.N. said most of the displaced were to be evacuated to temporary housing by Monday afternoon, but Thabet said the schools need to undergo repairs before they can be used.

At least 223 Gaza schools, either run by the U.N. refugee agency or the Hamas government, were hit in the fighting, including 25 that are too damaged for use. Israel has accused Hamas of using civilian buildings such as schools for military purposes.

**Share or comment on this article**

Sponsored Links by Taboola



**Tiffany Trump Can't Hide From The Rumors Anymore**
Trend Chaser



**It's Almost Hard To Fathom What He look's Like Now**
Journalistate



**Angelina Jolie's New Go-To Travel Shoe Is Surprisingly Affordable**
Vogue | Everlane



**Shocking Photos Of Parents Letting Their Babies Play With Giant D…**
AmericanUpbeat



**Sell Your Home 2x Faster and for 15% More**
HomeLight.com



**These U.S. President Mistresses Have Kept Quiet for too Long**
Cyber-Breeze



**12 Mysterious Photos That Cannot be Explained #5 Will Scare the Life out of You!**
Definition



**Just Type in Your Name, Wait 10 Seconds, Then Brace Yourself**
Truthfinder People Search Subscription



**Tiger Woods' Daughter Was a Cute Kid, But What She Looks Like Now Is Amazing**
Smartied



**What Jo Polniaczek Looks Like Now Is Jaw Dropping**
DailyDisclosure



**6 Credit Cards That Are Better Than Your Current Card**
CreditCards.com



**Meet the Easiest Way for Online Shoppers to Get Unbelievable Deals**
Tophatter



**Michael Jordan's Private Jet is Disgusting (Photos)**
Detonate



**Photo Evidence Of Why Babies Need Dogs Will Melt Your Heart**
Dogsome.net



**McKayla Maroney Is Unrecognizable From When She Won Gold**
College Freakz

MOST WATCHED NEWS VIDEOS

Embed this ⟨/⟩

ATL004712



Commotion outside Parliament in London after reported shooting

Parliament cordoned off after 'firearms incident' in Westminster

Terrified public flee as three shots ring out in Parliament Square

Speaker of the House of Commons suspends the house after explosion

Piers Morgan pulls out ear-piece to rant on Scottish Referendum

Moments after car mows down five people on Westminster Bridge

Lovers caught in the middle of the act on their balcony

Adorable deaf baby's reaction to hearing mom's voice

Horrifying moment HGV crashes into back of a broken down car

Racing with wolves: Driver finds several wolves racing her car

**Ad**

**Lumosity Fit Test**
Take a 10 minute Lumosity Fit Test. Challenge Memory, Attention, & more
lumosity.com

**MOST READ NEWS**



FOUR people are dead - including

'Why can't we have an ENGLISH

So what CAN you take carry on to a

'A guy came past me with a big knife and

Revealed: Private jet caught in the wake

Brave woman who was raped by the

The G bomb

### Comments 79
Share what you think

| Newest | Oldest | Best rated | Worst rated |
|---|---|---|---|

View all

The comments below have been moderated in advance.

Haram is the Best, High Wycombe, United Kingdom, 2 years ago

Maybe they will want to use building materials to re-build houses, schools, hospitals etc. instead of tunnels into Israel, but I doubt that will ever happen. When you see these people in their rubble, remember how they cheered on 9/11. No tears from me.

| | Click to rate | 40 | 26 |
|---|---|---|---|

Ck1, Dubai, United Arab Emirates, 2 years ago

Hamas caused all this!

| | Click to rate | 42 | 26 |
|---|---|---|---|

watermanV, Venice, United Kingdom, 2 years ago

What Israel has done to Gaza is beyond criminal. There EU should have sanctions against them not Russia

| | Click to rate | 32 | 41 |
|---|---|---|---|

brian r, great bookham, 2 years ago

the defenceless" Palestinians fired 4591 rockets at Israel, Israel made 5000 strikes back, thats about even steven if you ask me, The deaths and damage can be laid in the main at the door of Hamas, they continually attack Israel and Israel strikes back. But harder. Israel looks after its own. unlike this country



where if you attack you are rewarded. Why don't they try political method. peace and continual negotiation, If that doesn't work then the world might be more amenable to them.

|  |  | Click to rate | 35 | 21 |
|---|---|---|---|---|

**Leonard54**, Bourgogne, France, 2 years ago

If the Palestinians got rid of their Islamic militants this would never happen. Israel wants peace, Hamas wants another Holocaust.....just read their own manifesto.

|  |  | Click to rate | 34 | 20 |
|---|---|---|---|---|

**Red Dragon**, Vale of Glamorgan, United Kingdom, 2 years ago

Victory? If that's victory, I dread to think what defeat looks like!

|  |  | Click to rate | 18 | 4 |
|---|---|---|---|---|

**null**, 2 years ago

When Israel left Gaza and gave it to the Palestinians for peace, Palestinians who thanked them by firing 10,000 rockets at Israeli civilians. The Israelis were intelligent enough to build the Iron Dome. The Palestinians used all their Foreign Aid to build tunnels in to Israel and buy arms. As they have said "they want to annihilate Israel". And the UK and Europe.

|  |  | Click to rate | 33 | 17 |
|---|---|---|---|---|

**Jon Sims**, Ningbo, China, 2 years ago

Israel and Egypt blockade Gaza because the government are terrorists. Get rid of Hamas and Gaza will succeed.

|  |  | Click to rate | 32 | 13 |
|---|---|---|---|---|

**thenervoussurgeon**, Pattaya, Thailand, 2 years ago

They voted for Hamas to lead them ,you sow the wind ,you reap the whirlwind.

|  |  | Click to rate | 25 | 12 |
|---|---|---|---|---|

**Sk72**, Aberdeen, United Kingdom, 2 years ago

God bless Israel

|  |  | Click to rate | 31 | 18 |
|---|---|---|---|---|

View all

The views expressed in the contents above are those of our users and do not necessarily reflect the views of MailOnline.

We are no longer accepting comments on this article.

## MORE TOP STORIES

Back to top

Home | U.K. | **News** | Sports | U.S. Showbiz | Australia | Femail | Health | Science | Money | Video | Travel | Columnists

Sitemap | Archive | Video Archive | Topics Index | Mobile Apps | Screensaver | RSS | Text-based site | Reader Prints | Our Papers | Top of page
Daily Mail | Mail on Sunday | This is Network | This is Money
Metro | Jobsite | Mail Travel | Zoopla.co.uk | Prime Location

Published by Associated Newspapers Ltd
Part of the Daily Mail, The Mail on Sunday & Metro Media Group

© Associated Newspapers Ltd
Contact us    How to complain    Advertise with us    Contributors    Work with Us    Terms    Privacy policy & cookies ▷