# EXHIBIT 120

| From: | Richmond, Randi (NBCUniversal) |
|---|---|
| Sent: | February 03, 2014 2:30 PM |
| To: | Brady, Brian (NBCUniversal) |
| Cc: | Binke, Mark (NBCUniversal) |
| Subject: | FW: DIG - security |

Brian, as discussed earlier, below is the security folks FOX used on HOMELAND.

Can you confirm for me you are happy using their normal security folks NIRTAL for shooting?
You had asked if they had a Security Coord.
Have you checked our NIRTAL?
It appears MAX security was their go to for bigger needs.
Please advise what we will need on DIG as I am budgeting at this time.

Also, where does it stand with housing cast and crew?
Is it your opinion we provide housing for folks in Tel Aviv ( like we do in Cape Town)
or will relocation money, so they find their own housing,  be suffice (like we do in NYC or TOR or ATL).

Thank you
RR


**From:** Liat Benasuly
**Sent:** Thursday, November 28, 2013 12:58 AM
**To:** Richmond, Randi (NBCUniversal); Karni Ziv
**Subject:** Re: DIG - security

Hi Randi,

this is the security company we use. normally we will take for exterior shooting 2 unarmed man in the cost of 180$ each per day.
http://www.nirtal.com/

for close personal protection                                                          we took max security- the
cost of an armed security is between 750-1050 $ per day.

http://www.max-security.com/about-max-security



On Thu, Nov 28, 2013 at 12:39 AM, Richmond, Randi (NBCUniversal)                              wrote:
Reminder to please send name of the security company you  use on your shows in Israel .
Thanks.

*Randi Richmond*
*VP. Production, UCP / NBCUniversal*
████████████████
*818 777 4657 off*

--



# EXHIBIT 121

| From: | Smith, Stephen (NBCUniversal) |
|---|---|
| Sent: | July 16, 2014 12:16 PM |
| To: | Binke, Mark (NBCUniversal) |
| Cc: | Richmond, Randi (NBCUniversal) |
| Subject: | Further statement |

Mark,

Ceasefire
The current attempts to broker a ceasefire have stalled after initial acceptance by Israel as theHamas military wing did not agree to the ceasefire.  During the period of Israeli acceptance it is estimated that 47 rockets were fired from Gaza towards Israel. It is important to note that ceasefire negotiations would be the first stage in a process that would include participation from a variety of stakeholders in negotiations prior to any binding agreement to end hostilities and these can be protracted over a period (note previous negotiations have failed to provide a lasting resolution to the issues). A ceasefire does not mean that there is an immediate return to normal. The decision to re-start production in Israel would be dependent on number of factors including a cessation of rocket fire over a period of time, a return to pre-conflict threat levels and a return to pre-conflict security levels (including policing on streets and curfews).

Assessment
NBCU Security undertake assessment and analysis of the threat levels utilising information and intelligence from a variety of sources, which are both local and international. Sources do include US and UK agencies as well as the contracted security company providing support in country. The management of security is an in-house function utilising approved vendors to provide additional security services. The in-house team are then able to assess security against both the operating environment and NBCUniversal's risk threshold and liability.

# EXHIBIT 122

**From:**          Biggs, Chris (NBCUniversal) ███████████████████████████
█████████████████████████████

**Sent:**          July 01, 2014 2:12 AM
**To:**            Smith, Stephen (NBCUniversal)
**Subject:**       Israel SitRep Update
**Attachments:**   Israel Update 010714.docx, Israel Update 010714.pdf

Hi Stephen,

Please find doc attached (Word + PDF)

Thanks!

Chris

*Chris Biggs*
Security & Intelligence Analyst
International Security
NBCUniversal International
████████████████████
T: +44 203 618 7832

**NBCUniversal International**
1 Central St Giles
St Giles High Street
London WC2H 8NU
United Kingdom
www.nbcuni.com



Page 1476

# NBCUniversal

 O&TS
NBCUniversal
Operations & Technical Services
**Global Security**

## Israel  Dig Update

This document is current as of 01 July 2014. Any updates will be completed by Stephen Smith/Chris Biggs. The document may be shared internally.

**Compiled:**          01 July 2014
**Compiled by:**     Chris Biggs
**Distribution:**

| Name | Role |
|------|------|
| Stephen Smith | Head of Security, Europe |

**Current Situation:**

| Situation Name | Dig Production |
|----------------|----------------|
| Unit/Business Affected | |
| Location | Jerusalem, West Bank, Hebron - Israel |
| Dates | July 2014 |



# NBCUniversal

O&TS
Operations & Technical Services | Global Security

The Israeli army recovered the bodies of three settlers who went missing in the occupied West Bank earlier this month, triggering fears of a broader military crackdown.

The bodies were found in a field near the village of Halhoul on Monday 30 June, not far from where Israeli troops first started searching after they vanished on June 12.
They disappeared on June 12 while hitchhiking home from a religious school in Kfar Etzion, an illegal settlement between Bethlehem and Hebron, and were last heard in a brief emergency call to police.

Their disappearance set off the largest military operation in the West Bank since the end of the second Intifada. More than 400 Palestinians were arrested in the 18-day search, thousands of homes raided, and five people killed by Israeli gunfire.

The Israeli air force launched a series of air raids on the Gaza Strip, hours after the discovery of the bodies of three settlers were found.

The Israeli military said it launched 34 raids in the early hours of Tuesday, in response to 20 rockets fired into Israel from the strip.

On Monday night it demolished the homes of Marwan Qawasmeh and Amer Abu Aisha, two Hebron-area residents who the Israeli government has named as suspects.

The Israeli security cabinet also held an emergency meeting on Monday night, which ended with no major decisions on further actions, according to a government source. The cabinet will reconvene on Tuesday.


## Analysis (BBC)

Israel's overnight air raids on Hamas targets in Gaza were an immediate response to a wave of missile attacks launched from the Palestinian enclave since Sunday.

They should not be seen as a definitive response to the abduction and murder of the three teenage boys whose fate has transfixed this country over the course of the last two-and-a-half weeks.

In keeping with Jewish religious custom the funerals will take place on Tuesday - and only when they have passed and the outpouring of national grief they will prompt has died down will Israel's governments finalise its military and political plans.

Having firmly focused the blame for the murders on Hamas, Israeli Prime Minister Benjamin Netanyahu will have to demonstrate to the Israeli public that his response will be calibrated to match the huge sense of anger and outrage that is felt here.

In the past, Israel has used targeted missile attacks to kill senior members of militant groups and it has the military capacity to target Hamas's stockpiles of missiles and rockets in a sustained campaign.

And it will have a clear political goal too. Israel was angered by the creation of a Palestinian unity government which brought together Hamas with the Palestinian Authority, whose forces helped to look for the victims.



**NBCUniversal**

**Analysis (IHS)**

On 26 June 2014, the Israeli authorities said that two members of Hamas were responsible for the kidnapping of three teenagers on 12 June. On 29 June, the Popular Resistance Committees claimed responsibility for rocket attacks from Gaza against Israel, allegedly in response to 12 Israeli air raids, which in turn were part of Israel's response to the teenagers' kidnapping. Israel has rearrested a number of the Hamas prisoners released in the Gilad Shalit release deal, likely in an attempt to pressure Hamas to take responsibility for the kidnapping. Khaled Mashaal, head of Hamas's politburo, praised the kidnapping on 20 June, but stopped short of claiming responsibility. An admission of responsibility would make it easier for Israel to pressure Western states into refusing to work with the new Palestinian national unity government. If Hamas is responsible for the kidnapping, it will likely want to delay claiming responsibility as long as possible to preserve the national unity government, and strengthen its negotiating position. Hamas has faced severe pressure from Egypt since the removal of former president Mohammad Morsi, and most likely would rather avoid a full confrontation with Israel when it is being besieged from Egypt, limiting its ability to resupply and the amount of political pressure it can bring to bear on Israel.

**Risk Implications:** Palestinian groups other than Hamas are likely to increase the frequency of rocket fire from Gaza into Israel, with several rockets fired per day. Hamas is likely to attempt to avoid an all-out escalation, while Israel will continue with air raids against alleged military targets in Gaza. However, if casualties suffered by Palestinians in Gaza reach the tens or if senior commanders are killed, Hamas is much more likely to retaliate. In this scenario, there will be a higher risk of Fajr-5 long-range rockets targeting Tel Aviv. Any escalation of this sort is likely to be preceded by two to three days in which tens (as opposed to several) of short-range, Grad-type rockets are fired from Gaza, affecting a 20-km radius. The vast majority of these are likely to be intercepted by Iron Dome or to fall in uninhabited areas, thus minimising death and injury risks.

**Recent Incidents Log**

**30 Jun 14** At the al-Aqsa Mosque Compound in Jerusalem, Israeli security forces reportedly attacked five Palestinian women as Israelis entered the compound.
**30 Jun 14** In southern Israel, 14 rockets launched by Palestinian militants from the Gaza Strip did not cause casualties but damaged two civilian residences.
**30 Jun 14** The IDF's armoured brigades had reportedly been instructed to prepare for a possible ground offensive into the Gaza Strip.
**30 Jun 14** Along Israel's border to Egypt in Holot district, large numbers of African migrants began a mass hunger-strike against detention conditions.
**30 Jun 14** Between Halhul and Karmei Tzur, security forces and a civilian search team found the three bodies of Jewish teenagers kidnapped on 12 June.
**30 Jun 14** In southern Israel, the Israeli Air Force reportedly deployed additional Iron Dome batteries in light of increased rocket attacks from the Gaza Strip.
**30 Jun 14** In Ramallah and Jericho, the West Bank, fighting broke out between security forces and youths over the stabbings of five individuals.
**30 Jun 14** In al-Qarara, Gaza Strip, the Israeli Air Force carried out airstrikes against suspected terrorism targets; one civilian was killed, three wounded.
**30 Jun 14** In Ramallah, the West Bank, civil servants staged a protest against charges being brought against a union leader by a former Labour Minister.
**30 Jun 14** In the Gaza Strip, officials announced the area's power plant would not be able to provide electricity for eight hours a day; no reason was given.

# NBCUniversal

**O&TS** Operations & Technical Services | **Global Security**

**29 Jun 14** In the Sderot industrial area two rockets fired from the Gaza Strip hit a factory causing a fire; one civilian was wounded.

**29 Jun 14** In the Gaza Strip, the Israeli Air Force carried out air strikes against 12 targets, including rocket launchers and manufacturing plants.

**29 Jun 14** The Italian government issued a warning to its citizens not to invest in Israeli settlements in East Jerusalem, the West Bank and the Gaza Strip.

**29 Jun 14** The government planned to invest USD 86 million in East Jerusalem over the next five years in order to extend its control over the city.

**Additional Maps**



**Risk Rating**

NBCUniversal  

| RISK ANALYSIS TABLE | | IMPACT | | | | |
|---|---|---|---|---|---|---|
| | | Negligible | Minor | Moderate | Severe | Critical |
| L I K E L I H O O D | Very Likely | Low | Medium | High | Very High | Very High |
| | Likely | Low | Medium | High | High | Very High |
| | Moderately Likely | Very Low | Low | Medium | High | High |
| | Unlikely | Very Low | Low | Low | Medium | Medium |
| | Very Unlikely | Very Low | Very Low | Very Low | Low | Low |

## Ratings descriptors

*Impact*

| Negligible | No damage |
|---|---|
| Minor | Limited delays<br>Some minor injuries / possible stress<br>Possible damage or loss |
| Moderate | Delays<br>Non life threatening injuries/High stress<br>Some loss |
| Severe | Severe disruptions<br>Severe injuries<br>Significant loss |
| Critical | Cancellation of activities<br>Death and severe injuries<br>Major or total loss |

*Probability*

| Very Unlikely | Unrealistic<br>Less than 10% (less than 1 in 10) |
|---|---|
| Unlikely | Improbable/Doubtful<br>Between 10 and 30% |
| Moderately Likely | Reasonable<br>Between 30 to 60% |
| Likely | High<br>Between 60 to 90% |
| Very Likely | Expected to occur<br>Over 90% (more than 9 in 10) |

**NBCUniversal**    **O&TS** Operations & Technical Services | **Global Security**

## Israel Dig Update

This document is current as of 01 July 2014. Any updates will be completed by Stephen Smith/Chris Biggs. The document may be shared internally.

**Compiled:**         01 July 2014
**Compiled by:**      Chris Biggs
**Distribution:**

| Name | Role |
|------|------|
| Stephen Smith | Head of Security, Europe |

**Current Situation:**

| Situation Name | Dig Production |
|----------------|----------------|
| Unit/Business Affected | |
| Location | Jerusalem, West Bank, Hebron - Israel |
| Dates | July 2014 |



NBCUniversal



Global Security

# SitRep Update

The Israeli army recovered the bodies of three settlers who went missing in the occupied West Bank earlier this month, triggering fears of a broader military crackdown.

The bodies were found in a field near the village of Halhoul on Monday 30 June, not far from where Israeli troops first started searching after they vanished on June 12. They disappeared on June 12 while hitchhiking home from a religious school in Kfar Etzion, an illegal settlement between Bethlehem and Hebron, and were last heard in a brief emergency call to police.

Their disappearance set off the largest military operation in the West Bank since the end of the second Intifada. More than 400 Palestinians were arrested in the 18-day search, thousands of homes raided, and five people killed by Israeli gunfire.

The Israeli air force launched a series of air raids on the Gaza Strip, hours after the discovery of the bodies of three settlers were found.

The Israeli military said it launched 34 raids in the early hours of Tuesday, in response to 20 rockets fired into Israel from the strip.

On Monday night it demolished the homes of Marwan Qawasmeh and Amer Abu Aisha, two Hebron-area residents who the Israeli government has named as suspects.

The Israeli security cabinet also held an emergency meeting on Monday night, which ended with no major decisions on further actions, according to a government source. The cabinet will reconvene on Tuesday.

## Analysis (BBC)

Israel's overnight air raids on Hamas targets in Gaza were an immediate response to a wave of missile attacks launched from the Palestinian enclave since Sunday.

They should not be seen as a definitive response to the abduction and murder of the three teenage boys whose fate has transfixed this country over the course of the last two-and-a-half weeks.

In keeping with Jewish religious custom the funerals will take place on Tuesday - and only when they have passed and the outpouring of national grief they will prompt has died down will Israel's governments finalise its military and political plans.

Having firmly focused the blame for the murders on Hamas, Israeli Prime Minister Benjamin Netanyahu will have to demonstrate to the Israeli public that his response will be calibrated to match the huge sense of anger and outrage that is felt here.

In the past, Israel has used targeted missile attacks to kill senior members of militant groups and it has the military capacity to target Hamas's stockpiles of missiles and rockets in a sustained campaign.

NBCUniversal                    NBCUniversal **O&TS** Operations & Technical Services   | Global Security

And it will have a clear political goal too. Israel was angered by the creation of a Palestinian unity government which brought together Hamas with the Palestinian Authority, whose forces helped to look for the victims.

**Analysis (IHS)**

On 26 June 2014, the Israeli authorities said that two members of Hamas were responsible for the kidnapping of three teenagers on 12 June. On 29 June, the Popular Resistance Committees claimed responsibility for rocket attacks from Gaza against Israel, allegedly in response to 12 Israeli air raids, which in turn were part of Israel's response to the teenagers' kidnapping. Israel has rearrested a number of the Hamas prisoners released in the Gilad Shalit release deal, likely in an attempt to pressure Hamas to take responsibility for the kidnapping. Khaled Mashaal, head of Hamas's politburo, praised the kidnapping on 20 June, but stopped short of claiming responsibility. An admission of responsibility would make it easier for Israel to pressure Western states into refusing to work with the new Palestinian national unity government. If Hamas is responsible for the kidnapping, it will likely want to delay claiming responsibility as long as possible to preserve the national unity government, and strengthen its negotiating position. Hamas has faced severe pressure from Egypt since the removal of former president Mohammad Morsi, and most likely would rather avoid a full confrontation with Israel when it is being besieged from Egypt, limiting its ability to resupply and the amount of political pressure it can bring to bear on Israel.

**Risk Implications:** Palestinian groups other than Hamas are likely to increase the frequency of rocket fire from Gaza into Israel, with several rockets fired per day. Hamas is likely to attempt to avoid an all-out escalation, while Israel will continue with air raids against alleged military targets in Gaza. However, if casualties suffered by Palestinians in Gaza reach the tens or if senior commanders are killed, Hamas is much more likely to retaliate. In this scenario, there will be a higher risk of Fajr-5 long-range rockets targeting Tel Aviv. Any escalation of this sort is likely to be preceded by two to three days in which tens (as opposed to several) of short-range, Grad-type rockets are fired from Gaza, affecting a 20-km radius. The vast majority of these are likely to be intercepted by Iron Dome or to fall in uninhabited areas, thus minimising death and injury risks.

**Recent Incidents Log**

**30 Jun 14** At the al-Aqsa Mosque Compound in Jerusalem, Israeli security forces reportedly attacked five Palestinian women as Israelis entered the compound.
**30 Jun 14** In southern Israel, 14 rockets launched by Palestinian militants from the Gaza Strip did not cause casualties but damaged two civilian residences.
**30 Jun 14** The IDF's armoured brigades had reportedly been instructed to prepare for a possible ground offensive into the Gaza Strip.
**30 Jun 14** Along Israel's border to Egypt in Holot district, large numbers of African migrants began a mass hunger-strike against detention conditions.
**30 Jun 14** Between Halhul and Karmei Tzur, security forces and a civilian search team found the three bodies of Jewish teenagers kidnapped on 12 June.

NBCUniversal          O&TS          Global Security

**30 Jun 14** In southern Israel, the Israeli Air Force reportedly deployed additional Iron Dome batteries in light of increased rocket attacks from the Gaza Strip.

**30 Jun 14** In Ramallah and Jericho, the West Bank, fighting broke out between security forces and youths over the stabbings of two individuals.

**30 Jun 14** In al-Qarara, Gaza Strip, the Israeli Air Force carried out airstrikes against suspected terrorism targets; one civilian was killed, three wounded.

**30 Jun 14** In Ramallah, the West Bank, civil servants staged a protest against charges being brought against a union leader by a former Labour Minister.

**30 Jun 14** In the Gaza Strip, officials announced the area's power plant would not be able to provide electricity for eight hours a day; no reason was given.

**29 Jun 14** In the Sderot industrial area two rockets fired from the Gaza Strip hit a factory causing a fire; one civilian was wounded.

**29 Jun 14** In the Gaza Strip, the Israeli Air Force carried out air strikes against 12 targets, including rocket launchers and manufacturing plants.

**29 Jun 14** The Italian government issued a warning to its citizens not to invest in Israeli settlements in East Jerusalem, the West Bank and the Gaza Strip.

**29 Jun 14** The government planned to invest USD 86 million in East Jerusalem over the next five years in order to extend its control over the city.

**Additional Maps**



# NBCUniversal

 O&TS Operations & Technical Services | Global Security

## Risk Rating

| RISK ANALYSIS TABLE | | IMPACT | | | | |
|---|---|---|---|---|---|---|
| | | Negligible | Minor | Moderate | Severe | Critical |
| L I K E L I H O O D | Very Likely | Low | Medium | High | Very High | Very High |
| | Likely | Low | Medium | High | High | Very High |
| | Moderately Likely | Very Low | Low | Medium | High | High |
| | Unlikely | Very Low | Low | Low | Medium | Medium |
| | Very Unlikely | Very Low | Very Low | Very Low | Low | Low |

## Ratings descriptors

*Impact*

| Negligible | No damage |
|---|---|
| Minor | Limited delays<br>Some minor injuries / possible stress<br>Possible damage or loss |
| Moderate | Delays<br>Non life threatening injuries/High stress<br>Some loss |
| Severe | Severe disruptions<br>Severe injuries<br>Significant loss |
| Critical | Cancellation of activities<br>Death and severe injuries<br>Major or total loss |

*Probability*

| Very Unlikely | Unrealistic<br>Less than 10% (less than 1 in 10) |
|---|---|
| Unlikely | Improbable/Doubtful<br>Between 10 and 30% |
| Moderately Likely | Reasonable<br>Between 30 to 60% |
| Likely | High<br>Between 60 to 90% |
| Very Likely | Expected to occur<br>Over 90% (more than 9 in 10) |

# EXHIBIT 123

| | |
|---|---|
| **From:** | Richmond, Randi (NBCUniversal) ███████████████████████████████ |
| **Sent:** | June 14, 2014 5:16 AM |
| **To:** | Smith, Stephen (NBCUniversal) |
| **Subject:** | Fw: PM to Kerry: Feared abductions a result of Hamas entry into government | The Times of Israel |

Fyi. We have added a day in the old city. We will be shooting thursday night 6/19 from 6p until 6a near Armenian church and damascas gate. Please keep an eye on this issue and advise.

**From:** Jay Footlik ████████████████████████
**Sent:** Friday, June 13, 2014 03:52 PM Pacific Standard Time
**To:** Richmond, Randi (NBCUniversal)
**Subject:** PM to Kerry: Feared abductions a result of Hamas entry into government | The Times of Israel

Good we're not in Jerusalem next week.  Could be heightened tensions and certainly heightened security.

http://www.timesofisrael.com/livni-urges-kerry-to-help-locate-missing-teens/

# PM to Kerry: Feared abductions a result of Hamas entry into government

Prime Minister Benjamin Netanyahu told US Secretary of State John Kerry on Friday that since the announcement of a unity government between the Fatah-led PLO and Hamas in April, "the situation on the ground has been destructive."

Netanyahu and Kerry were speaking in a scheduled conversation following the feared kidnappings of three teenage yeshiva students in the West Bank overnight Thursday.



"This is the result of letting a murderous terrorist organization enter the Palestinian government," the PM said.

Netanyahu said Friday he holds Palestinian Authority President Mahmoud Abbas responsible for their well-being.

Kerry also spoke Friday with Abbas regarding the suspected abduction. According to Israel Radio, the secretary of state expressed his concern for the welfare of the three youths and said he hoped they would soon be reunited with their families.

"We are working with the government of Israel and with the Palestinian Authority to try to ensure the situation is resolved quickly and that the three teenagers are safely reunited with their families," State Department spokeswoman Marie Harf said Friday

General Adnan al-Damiri, spokesman for the Palestinian Authority's security services, described Netanyahu's remarks, holding Abbas accountable, as "mad."

He said the PA had no authority in the Gush Etzion area, a settlement bloc under total Israeli civilian and military control.

"Even if there was an earthquake, Netanyahu would blame the Palestinian Authority," he told AFP.

Another Palestinian official said the PA security services were "cooperating" with Israel to gather information on the teenagers' disappearance.

At a meeting in London Friday, Justice Minister Tzipi Livni urged Kerry to help secure the safe release of the three yeshiva students by working alongside Abbas to locate the teenagers.

Israel's security forces were continuing their large-scale operation Friday to locate the three teenagers, and roadblocks were set up around the West Bank to prevent the possible transfer of the three to the Gaza Strip.

The searches were focused around the Palestinian village of Dura and the South Hebron Hills, according to reports.

A senior defense official said that Israel was operating on the working assumption that the feared kidnappings were a hostage situation.

The official told Channel 2 that authorities were waiting for better intelligence surrounding the events or for a Palestinian group to take responsibility. A Salafist jihadi organization called Dawlat al Islam issued a claim of responsibility for the incident, but it was not clear whether the claim had any credibility.

Brig. Gen. Motti Almoz, the commander of the IDF Spokesperson's Unit, said Friday evening that security forces were doing everything possible to locate the youths.

Earlier Friday, US Ambassador in Israel Dan Shapiro was briefed on the fact that one of the three teenagers was a dual Israeli-American citizen.

Palestinian prisoners in Israel were celebrating the news of the feared kidnappings, according to Channel 2. Over 100 Palestinian prisoners have been on hunger strike to protest their detention without charge.

A senior Islamic Jihad official on Friday called on Palestinians to kidnap Israeli citizens, arguing that Israel had proven in the past that it was willing to negotiate the release of Palestinian security prisoners in exchange for the lives of its civilians.

Palestinian Islamists have repeatedly called to kidnap Israelis, including to use them as bargaining chips to extract the release of Palestinian security prisoners.

The Ezzedine al-Qassam Brigades, the armed branch of Hamas, issued a statement warning that "the occupier will never have security," but without referring specifically to the missing three.

The Prime Minister's Office said Friday that, since the beginning of the year, the Shin Bet has foiled 14 attempts to kidnap Israelis.

Netanyahu called the families of the three teenagers, urging them to stay strong, and telling them the State of Israel would do everything possible for their sons. He promised to keep them updated.

Netanyahu met Friday with Defense Minister Moshe Yaalon, Public Security Minister Yitzhak Aharonovitch, IDF Chief-of-Staff Lt.-Gen. Benny Gantz and the Shin Bet at the Defense Ministry headquarters in Tel Aviv for a security assessment.

The three students were reported missing Thursday night after witnesses said they had been seen hitching rides home at around 10 p.m. from their yeshiva in Gush Etzion.

The IDF spokesperson's office said they lost contact with the three Thursday overnight.

"Since the morning, we have been engaged in operational activity designed to find [them] and bring them [back]," said Almoz. "Over the past several hours, there has been a very large intelligence effort to try and determine what happened with those youths since they disappeared."

Facts that might interfere with the ongoing investigation, he said, were being withheld at this time.

A torched car with Israeli license plates was found in an undisclosed location in the West Bank, the IDF said, adding that checks were underway to determine the connection, if any.



A burnt car which may be connected to the disappearance of three Israeli teenagers in the West Bank is taken away near Hebron, Friday, June 13, 2014. (Photo credit: AP/Nasser Shiyoukhi)

Earlier Friday, Palestinian media reported a firefight between Israeli military forces and Palestinian gunmen in the South Hebron Hills region. According to a report in the Palestinian Ma'an news agency, large IDF forces raided the village of Yatta in the Hebron region and searched houses there. The military had set up road blocks in the area.

*AFP contributed to this report.*

Sent from my iPhone

# EXHIBIT 124

| From: | Smith, Stephen (NBCUniversal) |
|-------|-------------------------------|
| Sent: | June 15, 2014 7:38 AM |
| To: | Richmond, Randi (NBCUniversal) |
| Subject: | Re: Dig |

Hi,

When is best for you? I'm free now.

Some current info on the situation and recommendations on security from our sources. Point 3 below needs to be addressed.

## Recommendations: Israel

1. Travel to Israel may continue while adhering to security precautions regarding civil unrest, terrorism and travel to border areas.
2. Those operating or residing in Israel are advised to avoid the immediate vicinities of all border areas due to the persistent risk for cross border violence. Those traveling in the 40 km area surrounding the Gaza Strip should continue adhering to all safety precautions regarding early warning sirens for incoming rockets. In case you hear a siren, seek shelter in a protected area and remain inside for at least 10 minutes.
3. ***As a general precaution, maintain heightened vigilance in the vicinity of Jerusalem's Old City, particularly in the vicinity of Damascus Gate due to a recent heightening of tensions between East Jerusalem residents and Israeli security forces.***

## Current Situation

In the evening hours of June 12, three Jewish-Israeli youths were kidnapped while hitchhiking in the Gush Etzion area, north of Hebron. Following an initial media blackout, which was lifted on June 13, Israeli Prime Minister Benjamin Netanyahu officially declared on June 14 that the youths were abducted by a "terrorist organization". At the time of writing on June 15, unconfirmed reports indicate that an Egyptian mediator is engaged in talks between Israeli authorities and the kidnappers to establish a proof of life. Additional reports indicate that IDF is currently in possession of a video recording of the abduction.

- Following the incident, the Israel Defense Forces (IDF) initiated broad search and rescue operations on June 13, with significant troop deployments reported in the Hebron area and throughout the West Bank. On June 14, the number of IDF soldiers taking part in the operation was increased to 2,500, and the Beit Guvrin area west of Hebron inside Israel was declared a closed military zone.
- Meanwhile, a general curfew was imposed on Hebron during the overnight hours of June 14-15. Also on June 14, Palestinian male residents of Hebron between the ages of 20 and 50 were prohibited from entering Jordan via the King Hussein/Allenby Bridge crossing, with an indefinite closure of West Bank checkpoints reported. Additionally, cellular services remain partially blocked in the Hebron area. Furthermore, since June 14, all checkpoints on the border between the Gaza Strip and Israel have remained closed, with security measures heightened in order to prevent a potential attempt to smuggle the captives into the territory.

- During the overnight hours of June 14-15 Israeli forces detained approximately 80 Palestinian suspects, including members of Palestinian Islamic Jihad (PIJ) and Hamas, most notably Hassan Yousef, one of Hamas' founder and a member of the organization's West Bank leadership. Reports have additionally indicated that IDF troops are searching for two known Hamas operatives, last seen in their homes on June 12.

Sent from my iPad

On 15 Jun 2014, at 15:29, "Richmond, Randi (NBCUniversal)" ███████████████ wrote:

Stephen love to touch base regarding the West Bank tensions of late.
Please let me know when we can chat.

Sent from my iPad (as if my spelling wasn't bad enough)
Randi Richmond
VP of Production. NBCUniversal/ UCP
██████████

# EXHIBIT 125

| | |
|---|---|
| **From:** | Ford, Kurt B (NBCUniversal) ███████████████████████ |
| **Sent:** | July 01, 2014 3:44 PM |
| **To:** | 'Susan Weiss';Adams, Malika (Comcast);Weiss, Jessica (NBCUniversal) |
| **Cc:** | Garber, Andrea (NBCUniversal);Deborah Kizner;Richmond, Randi (NBCUniversal);Williams, Curt |
| **(NBCUniversal)** | |
| **Subject:** | RE: DIG. Security Situation |

Thanks...looping in Malika and Jessica for their thoughts.

**From:** Susan Weiss ████████████████
**Sent:** Tuesday, July 01, 2014 2:33 PM
**To:** Ford, Kurt B (NBCUniversal)
**Cc:** Garber, Andrea (NBCUniversal); Deborah Kizner
**Subject:** RE: DIG. Security Situation

If it's your security detail that is saying it's not safe and you are choosing to shoot in a different location, it's looking more like a possible terrorism cover. But I don't know how that policy works.

Andrea and I discussed this briefly when it first came up and we didn't see how the policy would respond.

Susan M. Weiss  |  Senior Vice President
**Aon/Albert G. Ruben Insurance Services, Inc.**
15303 Ventura Blvd., Suite 1200
Sherman Oaks, CA  91403-5817
████████████████████ | Fax: +1 847.953.2479
Email: ████████████████ | http://www.aonagr.com

 

This email message, including any attachment(s), is intended only for the named recipient(s) and may contain confidential, proprietary or legally privileged information. Unauthorized individuals or entities are not permitted access to this information. Any dissemination, distribution, disclosure, or copying of this information is unauthorized and strictly prohibited. If you have received this message in error, please advise the sender by reply email, and delete this message and any attachments.

**From:** Ford, Kurt B (NBCUniversal) ████████████████████
**Sent:** Tuesday, July 01, 2014 2:27 PM
**To:** Susan Weiss
**Cc:** Garber, Andrea (NBCUniversal); Deborah Kizner
**Subject:** RE: DIG. Security Situation

So, under the current portfolio, you don't think there is coverage?

If not, should I loop in Malika?

**From:** Susan Weiss ███████████████
**Sent:** Tuesday, July 01, 2014 2:01 PM
**To:** Ford, Kurt B (NBCUniversal)
**Cc:** Garber, Andrea (NBCUniversal); Deborah Kizner
**Subject:** FW: DIG. Security Situation

Kurt,
Something on this came up a few weeks back and Andrea was going to explore how the corporate Terrorism policy would respond. I don't know the result. Email chain is below.

Susan M. Weiss | Senior Vice President
**Aon/Albert G. Ruben Insurance Services, Inc.**
15303 Ventura Blvd., Suite 1200
Sherman Oaks, CA  91403-5817

████████████████ | Fax: +1 847.953.2479
Email: ████████████ | http://www.aonagr.com


This email message, including any attachment(s), is intended only for the named recipient(s) and may contain confidential, proprietary or legally privileged information. Unauthorized individuals or entities are not permitted access to this information. Any dissemination, distribution, disclosure, or copying of this information is unauthorized and strictly prohibited. If you have received this message in error, please advise the sender by reply email, and delete this message and any attachments.

**From:** Garber, Andrea (NBCUniversal) ████████████████████████████
**Sent:** Monday, June 16, 2014 10:10 AM
**To:** Susan Weiss
**Cc:** Deborah Kizner
**Subject:** RE: DIG. Security Situation

Hi, Susan –

I will look into this.  I will also ask for an update on the shooting schedule.  Originally, they were doing most of the work in Tel Aviv with only one to two days per episode in Jerusalem.

Thanks,
Andrea

**From:** Susan Weiss ████████████████
**Sent:** Monday, June 16, 2014 10:00 AM
**To:** Garber, Andrea (NBCUniversal)
**Cc:** Deborah Kizner
**Subject:** FW: DIG. Security Situation

How does your corporate Terrorism policy respond on the TV side?  From what I'm reading below, if they choose to move locations due to security recommendations, I don't see coverage responding, unless permits were pulled, etc.

**Susan M. Weiss | Senior Vice President**

**Aon/Albert G. Ruben Insurance Services, Inc.**
15303 Ventura Blvd., Suite 1200
Sherman Oaks, CA 91403-5817

███████████████ | Fax: +1 847.953.2479
Email: ██████████ http://www.aonagr.com

This email message, including any attachment(s), is intended only for the named recipient(s) and may contain confidential, proprietary or legally privileged information. Unauthorized individuals or entities are not permitted access to this information. Any dissemination, distribution, disclosure, or copying of this information is unauthorized and strictly prohibited. If you have received this message in error, please advise the sender by reply email, and delete this message and any attachments.

**From:** Williams, Curt (NBCUniversal) ████████████████
**Sent:** Monday, June 16, 2014 8:05 AM
**To:** Deborah Kizner
**Cc:** Susan Weiss; Garber, Andrea (NBCUniversal)
**Subject:** Fwd: DIG. Security Situation

Good morning Debby. I hope you had a good weekend. The current situation in Israel has led to NBCU Security advising that production avoid some areas, and to provide heightened security in others. At this time, production is not effected.

In the event that NBCU Security advises that we should not shoot in an area where we plan to, or in general anywhere in Israel, do we have insurance coverage for the resulting delay or shut down?

Thanks
Curt

CURT WILLIAMS
Vice President
Production Services
**NBCUniversal**

Begin forwarded message:

**From:** "Richmond, Randi (NBCUniversal)" ████████████████████
**Date:** June 16, 2014 at 7:09:38 AM PDT
**To:** "Williams, Curt (NBCUniversal)" ███████████████████ "Ford, Kurt B (NBCUniversal)"
████████████████
**Cc:** "Binke, Mark (NBCUniversal)" ██████████████████
**Subject: Fw: DIG. Security Situation**

Kurt, please advise, should the issue in Israel heighten to a point security advises us to not shoot anywhere in Israel, what is our insurance coverage?

**From:** Smith, Stephen (NBCUniversal)
**Sent:** Sunday, June 15, 2014 10:58 PM Pacific Standard Time

**To:** Richmond, Randi (NBCUniversal)
**Cc:** Binke, Mark (NBCUniversal); Brady, Brian (NBCUniversal); Noordeloos, Erin (NBCUniversal); Rothstein, Richard M (NBCUniversal); Potter, Paige (NBCUniversal)
**Subject:** Re: DIG. Security Situation

Randi,

The current advise from MAX security, which has come in overnight and as a result of a further deterioration of security, is to avoid all activity in the Old City. See information regarding Damascus Gate highlighted below.

Reports indicate that two rockets were fired from the Gaza Strip toward Israel's southern city of Ashkelon during the evening hours of June 15, with both intercepted by the Iron Dome anti-missile battery. No injuries were recorded, while Israel Defense Forces (IDF) members are searching the areas. Additionally, the Ashdod City Council is reportedly discussing the possibility of cancelling classes on June 16.

- Also during the evening hours of June 15, a shooting incident was recorded along Highway 60 near Bethlehem, with unconfirmed reports indicating that the shooting originated from a vehicle and was directed toward a Border Police checkpoint located in a tunnel. No injuries were recorded; however, heightened security has been reported in the area, while gunshot casings were discovered in the vicinity. At the time of writing, Highway 60 has been closed to traffic from Jerusalem to the Gush Etzion area.
- *In addition, reports indicate that scuffles broke out in the vicinity of Jerusalem's Damascus Gate between Arab residents and Jewish individuals returning from the Western Wall, with bottles and rocks thrown.*

Sent from my iPad

On 15 Jun 2014, at 18:37, "Richmond, Randi (NBCUniversal)" ██████████████████████ wrote:

Thank you.
I will have my asst Paige set a call for sometime tmrw. I will be up late due to night shooting.

---

**From:** Smith, Stephen (NBCUniversal)
**Sent:** Sunday, June 15, 2014 10:36 AM Pacific Standard Time
**To:** Richmond, Randi (NBCUniversal)
**Cc:** Binke, Mark (NBCUniversal); Brady, Brian (NBCUniversal); Noordeloos, Erin (NBCUniversal); Rothstein, Richard M (NBCUniversal)
**Subject:** Re: DIG. Security Situation

Randi,

No issues with those areas at present.

Sent from my iPad

On 15 Jun 2014, at 18:09, "Richmond, Randi (NBCUniversal)" ██████████████████████ wrote:

Stephen what are the risks shooting in other areas of jerusalem. As we are limited in options to change the schedule around ironically 2 days are jerusalem but non confrontational areas Katamon and French Hill. The

last day is Jaffa. Please advise.

**From**: Smith, Stephen (NBCUniversal)
**Sent**: Sunday, June 15, 2014 09:44 AM Pacific Standard Time
**To**: Richmond, Randi (NBCUniversal); Binke, Mark (NBCUniversal); Brady, Brian (NBCUniversal)
**Cc**: Noordeloos, Erin (NBCUniversal)
**Subject**: Re: DIG. Security Situation

Let's see how the situation develops overnight and I will update.

**From**: Richmond, Randi (NBCUniversal)
**Sent**: Sunday, June 15, 2014 05:43 PM
**To**: Smith, Stephen (NBCUniversal); Binke, Mark (NBCUniversal); Brady, Brian (NBCUniversal)
**Cc**: Noordeloos, Erin (NBCUniversal)
**Subject**: DIG. Security Situation

Adding Binke and Brian Brady.
Should we jump on a call tmrw and review?

**From**: Smith, Stephen (NBCUniversal)
**Sent**: Sunday, June 15, 2014 09:36 AM Pacific Standard Time
**To**: Richmond, Randi (NBCUniversal)
**Cc**: Noordeloos, Erin (NBCUniversal)
**Subject**: Security Situation

Randi,

As per our conversation regarding the current security situation is Israel.

I would recommend that no travel is undertaken by anyone
connected to the production to areas within the West Bank until the situation normalises. The situation
may escalate at any point as a result of Israeli military response and Palestinian protest
activity,particularly planned demonstrations. We should be prepared that security advice may
recommend not filming in the area, even at short notice. I am waiting on a further response from the
MAX operations team with the latest information and their own recommendations on security
resource for the shoot. At present the security advise from the US and UK governments has not
changed regarding general travel to Jerusalem.

The information I have from various sources is as follows.

Due to a search operation currently underway for three missing Israelis, there is a significant Israeli
Security presence in the Hebron area.

In the past 48 hours, the extent of Israeli military operations in Hebron and its environs have significantly increased, highlighted by the deployment of over 2,500 IDF soldiers to the area. While at this time operations remain limited to searches and intelligence gathering, Israeli military build ups, deployment of Iron Dome missile batteries, and limited activation of military reserves, suggest that the IDF is prepared for broader altercations, including armed confrontations with militants, civil unrest in Palestinian urban centers, or a more significant military offensive. However, at this time the IDF continues to remain focused on preventing the transfer of the captives from the West Bank in general, and the Hebron area in particular, underlined by military closures and restrictions on movement in Hebron, and throughout the entirety of the Palestinian Territories.  That said, it remains possible that the captives have already been transferred to the Gaza Strip or Sinai Peninsula.

I will update you as the situation develops.
Sent from my iPad

# EXHIBIT 126

| | |
|---|---|
| **From:** | Penelope Kennedy ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ |
| **Sent:** | July 03, 2014 11:22 PM |
| **To:** | Richmond, Randi (NBCUniversal) |
| **Subject:** | Security Message from 'DIG' on July 3, 2014 |

## Security Message from 'DIG' on July 3, 2014

In light of the current security situation, we are providing the following information as guidance to help you make informed decisions regarding your own safety.

Israel's initial response to the murder of the three teenagers appears to remain focused on continuing operations in the West Bank in search of the murderers (primarily in Hebron and surrounding areas) and on responding to rocket attacks from Gaza. It is essential that you heed security advice and have knowledge of your local emergency plans.

Current Security Situation
• Deterioration in general security situation effecting Jerusalem, with a particular focus on Arab neighbourhoods.

• Deterioration in general security situation in areas of Israel bordering the West Bank.

• Increase in rocket attacks on Southern Israel emanating from Gaza.

• General increase in security and military activity.

• Increase in demonstrations/ disturbances and violent attacks.

• The security situation remains fluid and subject to rapid change – for better or for worse.

A danger facing Israel is from missile or rocket attacks, which at present are largely confined to areas in the south of Israel, closest to Gaza.

While we do not anticipate an escalation in activity that would include areas where we are planning on filming or in areas where most of the cast and crew reside, there is always the possibility of sudden escalation.

In the event of increased missile attacks from Gaza, you must be aware of how to act in the event an Israeli air raid siren goes off – such as heading to the nearest protected space (shelter). If you are staying in a hotel, please ensure you are aware of their emergency response procedures.

If you are staying in a private accommodation, there will be a local plan in place with details of available shelters.

In Tel Aviv and Jerusalem, the time of entry into the protected space from time the siren sounds is one and a half minutes (1.5 min).

The Israel Home Front Command website    http://www.oref.org.il/1096-en/Pakar.aspx contains details of the practical steps you should take to ensure your safety.

• At this time, no travel should be undertaken to Arab neighborhoods in Jerusalem, the West Bank or Gaza.

• Those operating or residing in Jerusalem are advised to maintain heightened vigilance in the city's center, given the potential for unrest.

• Avoid nonessential travel to the vicinity of the Old City. Avoid nonessential travel to the vicinity of any large gatherings over the coming days due to the reported scuffles and increased potential for unrest and clashes with security forces.

• Those traveling in Jerusalem are advised to allot for extra time in the city center, particularly in the vicinity of the aforementioned locales, given the likelihood of travel disruptions.

• Maintain situational awareness and keep up to date with the current security situation.

• Ensure you plan your travel and have left contact details and your route with your assistant or family member.

• If you require further advice or assistance, please contact me directly.

Stephen Smith
Head of Security, Europe
International Security & Crisis Management



Penelope Kennedy

sent from **scene**chronize

# EXHIBIT 127

| From: | Noordeloos, Erin (NBCUniversal) |
|---|---|
| Sent: | July 08, 2014 9:23 AM |
| To: | Binke, Mark (NBCUniversal) |
| Cc: | Smith, Stephen (NBCUniversal) |
| Subject: | RE: quick call |

Hi Mark

We spoke too soon – in the last 5 minutes, rockets have exploded over Tel Aviv. While the iron dome worked, I would like to quickly re-assess with Stephen what we think is going to happen and then send you through the briefing note.

Thanks
Erin

**Erin Noordeloos**
**Director, International Security and Crisis Management**

NBCUniversal International
1 Central St Giles
St Giles High Street
London WC2H 8NU
United Kingdom
www.nbcuni.com

**From:** Binke, Mark (NBCUniversal)
**Sent:** 08 July 2014 16:25
**To:** Noordeloos, Erin (NBCUniversal)
**Subject:** quick call

Hi Erin – can you please give me a call.  Thanks

## Mark Binke | Executive Vice President, Production

Universal Cable Productions | NBCUniversal

10 Universal City Plaza

Building 1440, 13th floor

Universal City, CA 91608

f: 818.866.1250

# EXHIBIT 128

| | |
|---|---|
| **From:** | Biggs, Chris (NBCUniversal) |
| **Sent:** | July 10, 2014 2:40 AM |
| **To:** | Noordeloos, Erin (NBCUniversal);Smith, Stephen (NBCUniversal) |
| **Subject:** | IHS Israel Analysis |

Interesting analysis from IHS. Touches on points you raised  yesterday Erin regarding Hizbullah; however they seem to think although Israel and Hizbullah will both seek to avoid a two-front war, there is a risk that Hizbullah action against Israel aimed at relieving pressure on Hamas would lead to a broader conflagration, as a result of Hizbullah miscalculating and of Israel seeking to weaken Hizbullah ahead of a final Iran-P5+1 agreement.

**Israeli ground operation in Gaza increasingly likely, risking unintended escalation involving Syria and Hizbullah**

*Analysis: Hamas appears to be seeking to draw Israel into a ground invasion of Gaza, in which Hamas calculates it can inflict heavy casualties on Israel. However, this risks an unintended escalation that draws Syria and Hizbullah into the fray.*

Hamas's military wing, the Ezz Eddine al-Qassam Brigades, yesterday (8 July) sent a seaborne unit to attack an Israeli position in Askhalon, southern Israel; and fired rockets against Tel Aviv's Ben Gurion Airport and against Jerusalem, which were intercepted by Iron Dome anti-missile defence system. IHS had assessed that Hamas does not desire an escalation at a time when it is besieged by Egypt and has just reconciled with President Mahmoud Abbas's Fatah Movement. However, it appears that the military wing of Hamas is seeking an escalation with Israel in an attempt to force Israel and Egypt to end the siege of Gaza and restore Hamas's credibility as a resistance movement, as they perceive that the political processes of peace with Israel and reconciliation with Fatah have failed. An IHS source claims that Hamas political chief Khaled Meshal has lost control over the militant arm, and that he was not aware of the military wing's intent to launch rockets against central Israel or of the 12 June kidnapping and subsequent killing of three teenage Israeli settlers.

For its part, Israel on yesterday authorised the Israeli Defence Forces (IDF) to call up to 40,000 reservists, and conducted hundreds of air raids on Gaza. It would take Israel two to three days to recruit the reservists. The exact number of reservists it calls in will be the key indicator of Israel's intent to launch a ground invasion.

Hamas emulating Hizbullah

During the 1996 Israel-Hizbullah conflict, Hizbullah succeeded in imposing new rules on Israel, forcing the latter to accept that the militant group would retaliate against attacks on Lebanese civilians by attacking Israeli civilians. Hizbullah's objective was to sideline civilians and change the nature of the conflict with Israel into a war of attrition waged by its guerrilla arm against the IDF in southern Lebanon. For Hizbullah, the 1996 conflict succeeded in forcing Israel to limit its retaliation options against Hizbullah, and, despite a ceasefire being agreed, fighting continued and many Israeli soldiers were killed or wounded until Israel withdrew from Lebanon in 2000.

Despite the loss of life, each conflict with Israel ended with Hizbullah expanding its arsenal, improving the sophistication of its forces, and expanding the set of targets that it could attack in Israel, as well as the number, range and firing rate of its rockets.

Hamas is seeking to draw Israel into a ground invasion into Gaza, as it calculates that it can impose a high number of military casualties on Israel using ambushes against dismounted infantry and Kornet missiles against armour. Moreover, Hamas probably assesses that a ground invasion would be an opportunity to capture Israeli soldiers, which can then be used to negotiate prisoner exchanges and the easing of the blockade by Israel and Egypt.

Hamas calculates that by expanding the range of its rockets, it can impose significant economic damage on Israel by forcing its civilians into shelters, ports to shut down for fear of ships being hit by wayward rockets, and airports to close, while at the same time disrupting the mid-year tourism season. This, in Hamas's view, compensates for Israel's disproportionate ability to inflict damage on infrastructure and private properties and its ability to impose a very high number of casualties, both military and civilians. Hamas is extremely unlikely to have taken the escalatory steps of launching a raid on Ashkalon and firing rockets at central Israel without Iranian assurances that Iran would rearm the group and help it rebuild its capabilities after this ongoing round of conflict ends, as it did following the 2008 and 2012 conflicts.

Israel's perspective

The Israeli military sees the need to regularly reduce the capability of Israel's Arab rivals through frequent, limited military confrontations at a time of its choosing in which the IDF overwhelms its foes with its firepower. However, Hizbullah and Hamas have succeeded in building up their capability after each conflict with Israel. This led Israel to attempt to destroy Hizbullah entirely in the 2006 conflict, an objective it failed to achieve partly due to its heavy reliance on airpower.

Israel fears that a success in the P5+1-Iran nuclear negotiations, at least by the end of 2014 if not in the coming weeks, would allow Iran to significantly boost the funding of Hamas and Hizbullah, and to recreate a similar movement in Syria. As such, there is a high probability that Israel would calculate that it needs to weaken Hizbullah and Syria ahead of the conclusion of the negotiations. An Israeli war with Syria and Hizbullah would inflict heavy damage against Israel due to Syria and Hizbullah's ability to fire a high number of rockets. However, Israel would probably calculate that by severely damaging the Syrian and Lebanese armies, it would force Hizbullah into a longer war against the Sunnis, which Israel would use to its advantage. Moreover, Israeli officials have regularly said that a war with Hizbullah is a question of when, not if.

Outliers

In the increasingly likely event of a ground invasion by the IDF against Gaza, there will be a high risk of Hizbullah choosing to relieve pressure on Hamas by conducting attacks on Israel's northern border, either in the Golan Heights or in Lebanon itself. IHS assesses that Hizbullah was probably responsible for an improvised explosive device (IED) attack south of the Golan's Majdal Shams in March 2014, to which Israel responded by shelling Syrian army positions. Although Hizbullah most likely does not wish to fight on two fronts as it is engaged in a war on the side of the Syrian army, and increasingly so in Iraq, it will probably calculate that Israel does not wish to fight a two-front war either. This risks drawing both sides into an escalation that neither side wants but that is based on the two sides misreading one another's strategic intentions, and raises the risk of a four-way conflict involving the Syrian military's missile forces, Hizbullah, Hamas, and Israel.

Risk Implications: Hamas's escalation makes it unlikely that Israel would be able to avoid a ground invasion of Gaza, despite its evident reluctance, although it will attempt to limit this to attacks on Gaza's fringes, and will seek to avoid being drawn in deeply into Gazan territory. However, Hamas is likely to fire its longer-range rockets, such as the Buraq-70 and the Fajr-5, from deep within Gaza in order to force Israel's hand. This would bring Israeli targets such as Tel Aviv, Haifa, and Jerusalem, including ports and airports there, into range.

Hamas is likely to be able to fire up to around 10 missiles per day towards central Israel, and the port cities of Askhelon and Haifa. The risk of damage is strongly mitigated by the Iron Dome. However, Iron Dome in southern Israel risks being overwhelmed by the intensity of the rocket fire: yesterday, Hamas and other groups fired up to 80 missiles in a matter of minutes. However, this risk will be very low around Haifa and Tel Aviv, against which Hamas is almost certainly unable to sustain this kind of firing rate.

Moreover, in the event of a ground invasion against Gaza leads to a high number of Israeli military casualties, there will be a severe risk of lightly armed Israeli settlers attacking nearby Palestinian communities in the West Bank, and of attacks by lightly armed Israeli citizens against Israeli Arabs in Haifa, Nazareth, and East Jerusalem. This will raise civil unrest risks throughout Israel, as well as the risk of Palestinian protesters in the West Bank attempting to breach the Barrier Wall that separates the West Bank from Israel proper.

*Chris Biggs*
Security & Intelligence Analyst
International Security
NBCUniversal International

**NBCUniversal International**
1 Central St Giles
St Giles High Street
London WC2H 8NU
United Kingdom
www.nbcuni.com

 Global Security

# EXHIBIT 129

| From: | Smith, Stephen (NBCUniversal) |
|---|---|
| Sent: | July 10, 2014 8:09 AM |
| To: | Binke, Mark (NBCUniversal) |
| Subject: | Security Message |

Mark,

As requested;

This is to advise you that the security environment in Israel currently prohibits NBCU Security from being able to guarantee the safety and security of our employees, production partners and associated crew and talent.

NBCU Security have monitored and evaluated the events in Israel, Gaza and the West Bank, since inception and analysed information from multiple sources. All current intelligence and activity in country points to events still being in escalation phase without a predictable or realistic timeframe for a reduction in hostilities. We have looked at the magnitude and range, of current rocket attacks (which appear to target locations to be used in forthcoming filming), the escalation of civil disorder and potential for a further increase in hostilities including a ground campaign and acts of terrorism within Israel, all of which mean there is no short term and realistic likelihood for positive changes to the security landscape.

As the situation is unlikely to change, this raises significant concern over the level of risk facing our crew and talent, and the liability over duty of care to which NBCUniversal would be exposed. There are no current security controls that would allow NBCU Security to guarantee the safety and security of our personnel planning to arrive or currently based in Israel without the prospect of serious injury or loss of life. Personnel based in country in relation to this production should make arrangements to leave.

Thanks

**Stephen Smith**
**Head of Security, Europe**
**International Security & Crisis Management**

**NBCUniversal**
NBCUniversal International
1 Central St Giles
St Giles High Street
London WC2H 8NU
United Kingdom
www.nbcuni.com

# EXHIBIT 130

| From: | Richmond, Randi (NBCUniversal) |
|---|---|
| Sent: | July 08, 2014 7:00 AM |
| To: | Smith, Stephen (NBCUniversal) |
| Cc: | Binke, Mark (NBCUniversal) |
| Subject: | Re: DIG Israel |

Stephen when is a time Binke and I can speak with you today?

**From**: Smith, Stephen (NBCUniversal)
**Sent**: Tuesday, July 08, 2014 12:41 AM Pacific Standard Time
**To**: Richmond, Randi (NBCUniversal)
**Subject**: Re: DIG Israel

The latest info;

Summarising the info below, there is a significant risk of an escalation as conditions for a ceasefire are unlikely to be acceptable. Of concern is the possibility of rocket attacks on Tel Aviv and the knock on effect throughout the country if there is any land incursion by Israeli forces into Gaza. I am getting regular updates and the situation is constantly evolving. I will keep you updated of developments.

1. Travel to Israel may continue while adhering to security precautions regarding civil unrest, militancy and travel to border areas.
2. For the the coming days, those operating or residing in Jerusalem are advised to avoid nonessential travel to the areas of Shuafat, Beit Hanina, Silwan, and Wadi al-Joz, as well as the vicinity of the Temple Mount/al-Aqsa Mosque Compound and the Damascus Gate given the potential for further unrest. Maintain heightened vigilance throughout East Jerusalem and the Old City for the same reason. Avoid nonessential travel Arab-Israeli towns, particularly Nazareth,I'billin, Qalansawe, Tayibe, and Tira.

Cross-border fire between the Israel Defense Forces (IDF) and Gaza-based militants escalated during the evening hours of July 7, as the Israeli government reportedly instructed the IDF to steadily intensify attacks in the Gaza Strip to counter rocket and mortar fire. While escalating attacks, the Israeli military was reportedly instructed to refrain from a large-scale military operation at this time, yet prepare for a significant expansion. Subsequently, the IDF reportedly mobilized some 1,500 reservists during the later afternoon hours.

As a consequence of the increasing rate and range of Palestinian rocket and mortar fire, along with Israel's reported decision to intensify retaliatory airstrikes, that there is an increased threat of rocket attacks against Israeli towns and cities located at a greater distance from Gaza. This includes Beer Sheva, Rehovot, Rishon Letzion, and Tel Aviv, and is underscored by Color Red Alert sirens heard in central Israel, along with tonight's barrages fired toward Ashdod and Netivot. In this context, until this point, the majority of recent Palestinian attacks have focused on border towns and cities.

US Consulate General Jerusalem issued an updated notice on July 7, reiterated that official US personnel and their families must avoid the neighborhood of Shuafat until further notice due to continued tensions in Jerusalem.

Additionally, the Consulate General also stated that the Old City of Jerusalem is off-limits to the same
aforementioned personnel after dark, while stating that there remains a possibility for continued unrest during the
evening hours.


Sent from my iPad

On 8 Jul 2014, at 00:08, "Richmond, Randi (NBCUniversal)" ███████████████████ wrote:


Any concern with new rocket fire from Gaza?

Randi Richmond
VP, Production, UCP / NBCUniversal
██████████

# EXHIBIT 131

| | |
|---|---|
| **From:** | Biggs, Chris (NBCUniversal) |
| **Sent:** | July 01, 2014 2:12 AM |
| **To:** | Smith, Stephen (NBCUniversal) |
| **Subject:** | Israel SitRep Update |
| **Attachments:** | Israel Update 010714.docx, Israel Update 010714.pdf |

Hi Stephen,

Please find doc attached (Word + PDF)

Thanks!

Chris

**Chris Biggs**
Security & Intelligence Analyst
International Security
NBCUniversal International

**NBCUniversal International**
1 Central St Giles
St Giles High Street
London WC2H 8NU
United Kingdom
www.nbcuni.com


NBCUniversal O&TS | Global Security

# NBCUniversal

**O&TS** Operations & Technical Services   |   Global Security

## Israel  Dig Update

This document is current as of 01 July 2014. Any updates will be completed by Stephen Smith/Chris Biggs. The document may be shared internally.

**Compiled:**          01 July 2014
**Compiled by:**      Chris Biggs
**Distribution:**

| Name | Role |
|---|---|
| Stephen Smith | Head of Security, Europe |

**Current Situation:**

| Situation Name | Dig Production |
|---|---|
| Unit/Business Affected | |
| Location | Jerusalem, West Bank, Hebron - Israel |
| Dates | July 2014 |



# NBCUniversal



The Israeli army recovered the bodies of three settlers who went missing in the occupied West Bank earlier this month, triggering fears of a broader military crackdown.

The bodies were found in a field near the village of Halhoul on Monday 30 June, not far from where Israeli troops first started searching after they vanished on June 12.
They disappeared on June 12 while hitchhiking home from a religious school in Kfar Etzion, an illegal settlement between Bethlehem and Hebron, and were last heard in a brief emergency call to police.

Their disappearance set off the largest military operation in the West Bank since the end of the second Intifada. More than 400 Palestinians were arrested in the 18-day search, thousands of homes raided, and five people killed by Israeli gunfire.

The Israeli air force launched a series of air raids on the Gaza Strip, hours after the discovery of the bodies of three settlers were found.

The Israeli military said it launched 34 raids in the early hours of Tuesday, in response to 20 rockets fired into Israel from the strip.

On Monday night it demolished the homes of Marwan Qawasmeh and Amer Abu Aisha, two Hebron-area residents who the Israeli government has named as suspects.

The Israeli security cabinet also held an emergency meeting on Monday night, which ended with no major decisions on further actions, according to a government source. The cabinet will reconvene on Tuesday.


**Analysis (BBC)**

Israel's overnight air raids on Hamas targets in Gaza were an immediate response to a wave of missile attacks launched from the Palestinian enclave since Sunday.

They should not be seen as a definitive response to the abduction and murder of the three teenage boys whose fate has transfixed this country over the course of the last two-and-a-half weeks.

In keeping with Jewish religious custom the funerals will take place on Tuesday - and only when they have passed and the outpouring of national grief they will prompt has died down will Israel's governments finalise its military and political plans.

Having firmly focused the blame for the murders on Hamas, Israeli Prime Minister Benjamin Netanyahu will have to demonstrate to the Israeli public that his response will be calibrated to match the huge sense of anger and outrage that is felt here.

In the past, Israel has used targeted missile attacks to kill senior members of militant groups and it has the military capacity to target Hamas's stockpiles of missiles and rockets in a sustained campaign.

And it will have a clear political goal too. Israel was angered by the creation of a Palestinian unity government which brought together Hamas with the Palestinian Authority, whose forces helped to look for the victims.

NBCUniversal    Global Security

**Analysis (IHS)**

On 26 June 2014, the Israeli authorities said that two members of Hamas were responsible for the kidnapping of three teenagers on 12 June. On 29 June, the Popular Resistance Committees claimed responsibility for rocket attacks from Gaza against Israel, allegedly in response to 12 Israeli air raids, which in turn were part of Israel's response to the teenagers' kidnapping. Israel has rearrested a number of the Hamas prisoners released in the Gilad Shalit release deal, likely in an attempt to pressure Hamas to take responsibility for the kidnapping. Khaled Mashaal, head of Hamas's politburo, praised the kidnapping on 20 June, but stopped short of claiming responsibility. An admission of responsibility would make it easier for Israel to pressure Western states into refusing to work with the new Palestinian national unity government. If Hamas is responsible for the kidnapping, it will likely want to delay claiming responsibility as long as possible to preserve the national unity government, and strengthen its negotiating position. Hamas has faced severe pressure from Egypt since the removal of former president Mohammad Morsi, and most likely would rather avoid a full confrontation with Israel when it is being besieged from Egypt, limiting its ability to resupply and the amount of political pressure it can bring to bear on Israel.

**Risk Implications:** Palestinian groups other than Hamas are likely to increase the frequency of rocket fire from Gaza into Israel, with several rockets fired per day. Hamas is likely to attempt to avoid an all-out escalation, while Israel will continue with air raids against alleged military targets in Gaza. However, if casualties suffered by Palestinians in Gaza reach the tens or if senior commanders are killed, Hamas is much more likely to retaliate. In this scenario, there will be a higher risk of Fajr-5 long-range rockets targeting Tel Aviv. Any escalation of this sort is likely to be preceded by two to three days in which tens (as opposed to several) of short-range, Grad-type rockets are fired from Gaza, affecting a 20-km radius. The vast majority of these are likely to be intercepted by Iron Dome or to fall in uninhabited areas, thus minimising death and injury risks.

**Recent Incidents Log**

**30 Jun 14** At the al-Aqsa Mosque Compound in Jerusalem, Israeli security forces reportedly attacked five Palestinian women as Israelis entered the compound.
**30 Jun 14** In southern Israel, 14 rockets launched by Palestinian militants from the Gaza Strip did not cause casualties but damaged two civilian residences.
**30 Jun 14** The IDF's armoured brigades had reportedly been instructed to prepare for a possible ground offensive into the Gaza Strip.
**30 Jun 14** Along Israel's border to Egypt in Holot district, large numbers of African migrants began a mass hunger-strike against detention conditions.
**30 Jun 14** Between Halhul and Karmei Tzur, security forces and a civilian search team found the three bodies of Jewish teenagers kidnapped on 12 June.
**30 Jun 14** In southern Israel, the Israeli Air Force reportedly deployed additional Iron Dome batteries in light of increased rocket attacks from the Gaza Strip.
**30 Jun 14** In Ramallah and Jericho, the West Bank, fighting broke out between security forces and youths over the stabbings of two individuals.
**30 Jun 14** In al-Qarara, Gaza Strip, the Israeli Air Force carried out airstrikes against suspected terrorism targets; one civilian was killed, three wounded.
**30 Jun 14** In Ramallah, the West Bank, civil servants staged a protest against charges being brought against a union leader by a former Labour Minister.
**30 Jun 14** In the Gaza Strip, officials announced the area's power plant would not be able to provide electricity for eight hours a day; no reason was given.

NBCUniversal                    O&TS          |  Global Security
                                Operations & Technical Services

**29 Jun 14** In the Sderot industrial area two rockets fired from the Gaza Strip hit a factory causing a fire; one civilian was wounded.

**29 Jun 14** In the Gaza Strip, the Israeli Air Force carried out air strikes against 12 targets, including rocket launchers and manufacturing plants.

**29 Jun 14** The Italian government issued a warning to its citizens not to invest in Israeli settlements in East Jerusalem, the West Bank and the Gaza Strip.

**29 Jun 14** The government planned to invest USD 86 million in East Jerusalem over the next five years in order to extend its control over the city.


**Additional Maps**




**Risk Rating**

# NBCUniversal

  **O&TS** Operations & Technical Services | **Global Security**

| RISK ANALYSIS TABLE | | IMPACT | | | | |
|---|---|---|---|---|---|---|
| | | Negligible | Minor | Moderate | Severe | Critical |
| **L I K E L I H O O D** | Very Likely | Low | Medium | High | Very High | Very High |
| | Likely | Low | Medium | High | High | Very High |
| | Moderately Likely | Very Low | Low | Medium | High | High |
| | Unlikely | Very Low | Low | Low | Medium | Medium |
| | Very Unlikely | Very Low | Very Low | Very Low | Low | Low |

## Ratings descriptors

*Impact*

| Negligible | No damage |
|---|---|
| Minor | Limited delays<br>Some minor injuries / possible stress<br>Possible damage or loss |
| Moderate | Delays<br>Non life threatening injuries/High stress<br>Some loss |
| Severe | Severe disruptions<br>Severe injuries<br>Significant loss |
| Critical | Cancellation of activities<br>Death and severe injuries<br>Major or total loss |

*Probability*

| Very Unlikely | Unrealistic<br>Less than 10% (less than 1 in 10) |
|---|---|
| Unlikely | Improbable/Doubtful<br>Between 10 and 30% |
| Moderately Likely | Reasonable<br>Between 30 to 60% |
| Likely | High<br>Between 60 to 90% |
| Very Likely | Expected to occur<br>Over 90% (more than 9 in 10) |

NBCUniversal                                     O&TS    Global Security
                                                Operations & Technical Services

## Israel Dig Update

This document is current as of 01 July 2014. Any updates will be completed by Stephen Smith/Chris Biggs. The document may be shared internally.

**Compiled:**       01 July 2014
**Compiled by:**    Chris Biggs
**Distribution:**

| Name | Role |
|------|------|
| Stephen Smith | Head of Security, Europe |

**Current Situation:**

| Situation Name | Dig Production |
|----------------|----------------|
| Unit/Business Affected | |
| Location | Jerusalem, West Bank, Hebron - Israel |
| Dates | July 2014 |



NBCUniversal 

# SitRep Update

The Israeli army recovered the bodies of three settlers who went missing in the occupied West Bank earlier this month, triggering fears of a broader military crackdown.

The bodies were found in a field near the village of Halhoul on Monday 30 June, not far from where Israeli troops first started searching after they vanished on June 12. They disappeared on June 12 while hitchhiking home from a religious school in Kfar Etzion, an illegal settlement between Bethlehem and Hebron, and were last heard in a brief emergency call to police.

Their disappearance set off the largest military operation in the West Bank since the end of the second Intifada. More than 400 Palestinians were arrested in the 18-day search, thousands of homes raided, and five people killed by Israeli gunfire.

The Israeli air force launched a series of air raids on the Gaza Strip, hours after the discovery of the bodies of three settlers were found.

The Israeli military said it launched 34 raids in the early hours of Tuesday, in response to 20 rockets fired into Israel from the strip.

On Monday night it demolished the homes of Marwan Qawasmeh and Amer Abu Aisha, two Hebron-area residents who the Israeli government has named as suspects.

The Israeli security cabinet also held an emergency meeting on Monday night, which ended with no major decisions on further actions, according to a government source. The cabinet will reconvene on Tuesday.

## Analysis (BBC)

Israel's overnight air raids on Hamas targets in Gaza were an immediate response to a wave of missile attacks launched from the Palestinian enclave since Sunday.

They should not be seen as a definitive response to the abduction and murder of the three teenage boys whose fate has transfixed this country over the course of the last two-and-a-half weeks.

In keeping with Jewish religious custom the funerals will take place on Tuesday - and only when they have passed and the outpouring of national grief they will prompt has died down will Israel's governments finalise its military and political plans.

Having firmly focused the blame for the murders on Hamas, Israeli Prime Minister Benjamin Netanyahu will have to demonstrate to the Israeli public that his response will be calibrated to match the huge sense of anger and outrage that is felt here.

In the past, Israel has used targeted missile attacks to kill senior members of militant groups and it has the military capacity to target Hamas's stockpiles of missiles and rockets in a sustained campaign.



NBCUniversal

And it will have a clear political goal too. Israel was angered by the creation of a Palestinian unity government which brought together Hamas with the Palestinian Authority, whose forces helped to look for the victims.

**Analysis (IHS)**

On 26 June 2014, the Israeli authorities said that two members of Hamas were responsible for the kidnapping of three teenagers on 12 June. On 29 June, the Popular Resistance Committees claimed responsibility for rocket attacks from Gaza against Israel, allegedly in response to 12 Israeli air raids, which in turn were part of Israel's response to the teenagers' kidnapping. Israel has rearrested a number of the Hamas prisoners released in the Gilad Shalit release deal, likely in an attempt to pressure Hamas to take responsibility for the kidnapping. Khaled Mashaal, head of Hamas's politburo, praised the kidnapping on 20 June, but stopped short of claiming responsibility. An admission of responsibility would make it easier for Israel to pressure Western states into refusing to work with the new Palestinian national unity government. If Hamas is responsible for the kidnapping, it will likely want to delay claiming responsibility as long as possible to preserve the national unity government, and strengthen its negotiating position. Hamas has faced severe pressure from Egypt since the removal of former president Mohammad Morsi, and most likely would rather avoid a full confrontation with Israel when it is being besieged from Egypt, limiting its ability to resupply and the amount of political pressure it can bring to bear on Israel.

**Risk Implications:** Palestinian groups other than Hamas are likely to increase the frequency of rocket fire from Gaza into Israel, with several rockets fired per day. Hamas is likely to attempt to avoid an all-out escalation, while Israel will continue with air raids against alleged military targets in Gaza. However, if casualties suffered by Palestinians in Gaza reach the tens or if senior commanders are killed, Hamas is much more likely to retaliate. In this scenario, there will be a higher risk of Fajr-5 long-range rockets targeting Tel Aviv. Any escalation of this sort is likely to be preceded by two to three days in which tens (as opposed to several) of short-range, Grad-type rockets are fired from Gaza, affecting a 20-km radius. The vast majority of these are likely to be intercepted by Iron Dome or to fall in uninhabited areas, thus minimising death and injury risks.

**Recent Incidents Log**

**30 Jun 14** At the al-Aqsa Mosque Compound in Jerusalem, Israeli security forces reportedly attacked five Palestinian women as Israelis entered the compound.
**30 Jun 14** In southern Israel, 14 rockets launched by Palestinian militants from the Gaza Strip did not cause casualties but damaged two civilian residences.
**30 Jun 14** The IDF's armoured brigades had reportedly been instructed to prepare for a possible ground offensive into the Gaza Strip.
**30 Jun 14** Along Israel's border to Egypt in Holot district, large numbers of African migrants began a mass hunger-strike against detention conditions.
**30 Jun 14** Between Halhul and Karmei Tzur, security forces and a civilian search team found the three bodies of Jewish teenagers kidnapped on 12 June.

**NBCUniversal**   O&TS   **Global Security**
Operations & Technical Services

**30 Jun 14** In southern Israel, the Israeli Air Force reportedly deployed additional Iron Dome batteries in light of increased rocket attacks from the Gaza Strip.

**30 Jun 14** In Ramallah and Jericho, the West Bank, fighting broke out between security forces and youths over the stabbings of two individuals.

**30 Jun 14** In al-Qarara, Gaza Strip, the Israeli Air Force carried out airstrikes against suspected terrorism targets; one civilian was killed, three wounded.

**30 Jun 14** In Ramallah, the West Bank, civil servants staged a protest against charges being brought against a union leader by a former Labour Minister.

**30 Jun 14** In the Gaza Strip, officials announced the area's power plant would not be able to provide electricity for eight hours a day; no reason was given.

**29 Jun 14** In the Sderot industrial area two rockets fired from the Gaza Strip hit a factory causing a fire; one civilian was wounded.

**29 Jun 14** In the Gaza Strip, the Israeli Air Force carried out air strikes against 12 targets, including rocket launchers and manufacturing plants.

**29 Jun 14** The Italian government issued a warning to its citizens not to invest in Israeli settlements in East Jerusalem, the West Bank and the Gaza Strip.

**29 Jun 14** The government planned to invest USD 86 million in East Jerusalem over the next five years in order to extend its control over the city.

**Additional Maps**





**NBCUniversal**

O&TS — NBCUniversal Operations & Technical Services | Global Security

## Risk Rating

| RISK ANALYSIS TABLE | IMPACT | | | | |
|---|---|---|---|---|---|
| | Negligible | Minor | Moderate | Severe | Critical |
| **Very Likely** | Low | Medium | High | Very High | Very High |
| **Likely** | Low | Medium | High | High | Very High |
| **Moderately Likely** | Very Low | Low | Medium | High | High |
| **Unlikely** | Very Low | Low | Low | Medium | Medium |
| **Very Unlikely** | Very Low | Very Low | Very Low | Low | Low |

(L I K E L I H O O D)

## Ratings descriptors

*Impact*

| Negligible | No damage |
|---|---|
| Minor | Limited delays<br>Some minor injuries / possible stress<br>Possible damage or loss |
| Moderate | Delays<br>Non life threatening injuries/High stress<br>Some loss |
| Severe | Severe disruptions<br>Severe injuries<br>Significant loss |
| Critical | Cancellation of activities<br>Death and severe injuries<br>Major or total loss |

*Probability*

| Very Unlikely | Unrealistic<br>Less than 10% (less than 1 in 10) |
|---|---|
| Unlikely | Improbable/Doubtful<br>Between 10 and 30% |
| Moderately Likely | Reasonable<br>Between 30 to 60% |
| Likely | High<br>Between 60 to 90% |
| Very Likely | Expected to occur<br>Over 90% (more than 9 in 10) |

# EXHIBIT 132

| From: | Smith, Stephen (NBCUniversal) █████████████████████ |
| --- | --- |
| Sent: | July 08, 2014 12:41 AM |
| To: | Richmond, Randi (NBCUniversal) |
| Subject: | Re: DIG Israel |

The latest info;

Summarising the info below, there is a significant risk of an escalation as conditions for a ceasefire are unlikely to be acceptable. Of concern is the possibility of rocket attacks on Tel Aviv and the knock on effect throughout the country if there is any land incursion by Israeli forces into Gaza. I am getting regular updates and the situation is constantly evolving. I will keep you updated of developments.

1. Travel to Israel may continue while adhering to security precautions regarding civil unrest, militancy and travel to border areas.
2. For the coming days, those operating or residing in Jerusalem are advised to avoid nonessential travel to the areas of Shuafat, Beit Hanina, Silwan, and Wadi al-Joz, as well as the vicinity of the Temple Mount/al-Aqsa Mosque Compound and the Damascus Gate given the potential for further unrest. Maintain heightened vigilance throughout East Jerusalem and the Old City for the same reason. Avoid nonessential travel Arab-Israeli towns, particularly Nazareth,I'billin, Qalansawe, Tayibe, and Tira.

Cross-border fire between the Israel Defense Forces (IDF) and Gaza-based militants escalated during the evening hours of July 7, as the Israeli government reportedly instructed the IDF to steadily intensify attacks in the Gaza Strip to counter rocket and mortar fire. While escalating attacks, the Israeli military was reportedly instructed to refrain from a large-scale military operation at this time, yet prepare for a significant expansion. Subsequently, the IDF reportedly mobilized some 1,500 reservists during the later afternoon hours.

As a consequence of the increasing rate and range of Palestinian rocket and mortar fire, along with Israel's reported decision to intensify retaliatory airstrikes, that there is an increased threat of rocket attacks against Israeli towns and cities located at a greater distance from Gaza. This includes Beer Sheva, Rehovot, Rishon Letzion, and Tel Aviv, and is underscored by Color Red Alert sirens heard in central Israel, along with tonight's barrages fired toward Ashdod and Netivot. In this context, until this point, the majority of recent Palestinian attacks have focused on border towns and cities.

US Consulate General Jerusalem issued an updated notice on July 7, reiterated that official US personnel and their families must avoid the neighborhood of Shuafat until further notice due to continued tensions in Jerusalem. Additionally, the Consulate General also stated that the Old City of Jerusalem is off-limits to the same aforementioned personnel after dark, while stating that there remains a possibility for continued unrest during the evening hours.

Sent from my iPad

Page 1529

On 8 Jul 2014, at 00:08, "Richmond, Randi (NBCUniversal)" ████████████████████ wrote:

Any concern with new rocket fire from Gaza?

Randi Richmond
VP, Production, UCP / NBCUniversal