# EXHIBIT 133

| From: | Smith, Stephen (NBCUniversal) |
| --- | --- |
| Sent: | July 09, 2014 6:16 AM |
| To: | Richmond, Randi (NBCUniversal);Binke, Mark (NBCUniversal) |
| Subject: | DIG Update |
| Attachments: | Israel Update 090714 (4).pdf |

Hi Randi and Mark,

Please see the DIG update below and attached maps for the situation country wide, details of events over the last 48hrs and a review of the situation similar to this in 2012. I've highlighted what I think are the key points.

**Current Situation**

**Reports indicate that five rockets were fired from the Gaza Strip towards Tel Aviv this morning, July 9. According to initial reports, the rockets were intercepted by Israel's Iron Dome missile defence system. No casualties have been reported.**

Rockets fired towards central Israel, including Jerusalem and Tel Aviv, during the evening hours of July 8. Long-range rockets also impacted in Hadara, north of Tel Aviv.
Overnight, Israel reportedly struck some 160 militant targets in the Gaza Strip, in addition to killing a senior Islamic Jihad leader and members of his family.

Following the firing of numerous rockets towards central Israel on July 8, this morning's barrage indicates that Gaza-based militants, specifically Hamas and Islamic Jihad, are intent on continuing such longer-range attacks. In this context, additional rockets against Tel Aviv, Jerusalem, and other major population centers in central Israel should be expected for the duration of July 9. In line with Israel's overnight response, **Israel is likely to view this morning's barrage as a further escalation and will likely continue to respond with more extensive attacks against the Gaza Strip within the next 24 to 48 hours.**

The IDF strikes on Gaza overnight targets included 120 underground launchers and 10 tunnels, a naval police base and domestic security offices, and the homes of eight senior Hamas member which the army says served as command centres and were used in coordinating the rocket fire on Israel's south.
Egypt brokered a truce in the conflict two years ago, but its military-backed government is hostile toward Islamist Hamas and there were no immediate signs of intervention to halt the current fighting. Talks on a ceasefire are purportedly on going.
Hamas has said it could restore calm if Israel halted the Gaza offensive, once again committed to a 2012 ceasefire truce and freed the prisoners it detained in the West Bank last month, these conditions will not be met.

**Latest from US State Dept. Regional Security Officer Jerusalem**

Things are settling down in some of the East Jerusalem neighbourhoods that have seen the recent clashes.
But things remain "tense" in many of these neighbourhoods.  Friday prayers should be a good indicator on how things are going.
**The Gaza rocket activity is a new and emerging concern.  Very unpredictable.  We had 4 rockets shot towards Jerusalem last night, with reports of at least 3 impacts on the outskirts of Jerusalem.**

**Update from contact based in Tel Aviv**

**Situation currently in escalation phase following period of relative calm. Current situation likely to last for between 7 and 10 days. Current rocket attacks not causing significant casualties in Israel. Iron Dome missile defence system working but only used for missiles landing near populated areas.** Likely escalation in Israel response with air and missile attacks targeting remotely operated and hidden rocket launchers and targeted killings of Hamas operatives. No appetite from Israeli Arab population for an uprising.

**Embassy and Vendor Info**

- US Consulate in Tel Aviv operating with "minimal staffing".
- No update on advice from State Dept.
- FCO updated on current incidences of rocket fire and retaliatory strikes and no travel zones, situational awareness
- **No advice to leave country or not to travel to Israel from any government authority or vendor.**

Overall travel risk rating raised to MEDIUM due to escalating conflict with Gaza-based militants by Control Risk/International SOS one of our security vendors.

**Current Security Advice**

Those operating or residing in the 40-80 km range of the Gaza Strip, including Tel Aviv and Jerusalem, should adhere to all IDF Home Front Command guidelines regarding early warning sirens for incoming rockets. In case you hear a siren, seek shelter in a protected area and remain inside for at least 10 minutes.

No travel within 20 km of the Gaza Strip at this time.

Avoid nonessential travel within 20-40 km of the Gaza Strip due to increasing cross border violence. Adhere to all IDF Home Front Command guidelines regarding early warning sirens for incoming rockets. In case you hear a siren, seek shelter in a protected area and remain inside for at least 10 minutes.

As a general security precaution, those operating or residing in Israel, particularly within the 20-40 km range of the Gaza Strip, should ensure that contingency and emergency are updated due to the potential for a further deterioration in the security situation. For the duration of July 8 and

In the coming days, those operating or residing in Jerusalem are advised to avoid travel to the areas of Shuafat, Beit Hanina, Silwan, and Wadi al-Joz, as well as the vicinity of the Temple Mount/al-Aqsa Mosque Compound and the Damascus Gate given the potential for further unrest. Maintain heightened vigilance throughout East Jerusalem and the Old City for the same reason. Avoid nonessential travel to Arab-Israeli towns, particularly Nazareth, I'billin, Qalansawe,

**Upcoming Locations**

- Tel Aviv
- Netzer-Sireni
- Haifa
- Jerusalem
- Nebi-Musa
- Kfar Edomim
- Jaffa

**Key Factors to Consider**

**F**luid, rapidly changing and unpredictable situation

**Different Risk appetites for locals and non-Israeli cast and crew**

Crew have been issued with advice on no travel areas and emergency response processes

Location scouts continuing with mostly local team

Next block of filming due to recommence on the 20th July through 7th August

Air defence system operating effectively

Additional training for non-local staff on emergency response procedures

Comparison with previous events


**Stephen Smith**
**Head of Security, Europe**
**International Security & Crisis Management**



**NBCUniversal**
NBCUniversal International
1 Central St Giles
St Giles High Street
London WC2H 8NU
United Kingdom
www.nbcuni.com

**NBCUniversal**   O&TS Operations & Technical Services | Global Security

# Israel Dig Update

This document is current as of 09 July 2014. Any updates will be completed by Stephen Smith/Chris Biggs. The document may be shared internally.

**Compiled:**          09 July 2014
**Compiled by:**   Chris Biggs
**Distribution:**

| Name | Role |
|---|---|
| Stephen Smith | Head of Security, Europe |

**Current Situation:**

| Situation Name | Dig Production |
|---|---|
| Unit/Business Affected | |
| Location | Jerusalem, Tel Aviv, Haifa |
| Dates | July 2014 |



**SitRep Update**

**NBCUniversal**   | Global Security

The Israeli air force expanded its offensive against Hamas militants in Gaza early Wednesday, as rocket fire on Israel's south, center and coastal plain continued.

Israel has attacked more than 160 targets since Tuesday and more than 170 rockets have been fired from Gaza during the same period, according to Israel Defense Forces estimates. Long-range rockets have reached Tel Aviv, Jerusalem and as far north as Hadera. The Iron Dome defense system has intercepted more than 45 rockets in the last 24 hours.

The IDF strikes on Gaza overnight targeted some 120 underground launchers and 10 tunnels, a naval police base and domestic security offices, and the homes of eight senior Hamas member which the army says served as command centres and were used in coordinating the rocket fire on Israel's south.

Egypt brokered a truce in the conflict two years ago, but its military-backed government is hostile toward Islamist Hamas and there were no immediate signs of intervention to halt the current fighting. Talks on a ceasefire are purportedly on going.

Hamas has said it could restore calm if Israel halted the Gaza offensive, once again committed to a 2012 ceasefire truce and freed the prisoners it detained in the West Bank last month.

**Incidents 09 07 14**

- Gaza death toll between 25-35, with at least 300 injured.

- Iron Dome defense system deployed near Jerusalem, following large amounts of long range missiles fired from Gaza.

- Public bomb shelters opened in Tel Aviv and Jerusalem.

- Hamas claims responsibility for firing of 4 rockets on Jerusalem, 4 on Tel Aviv, 12 on Ashdod and 1 on Haifa.

- 5 Rockets fired towards Tel Aviv, 4 intercepted successfully, 1 landed in the sea, no injuries. Rockets aimed at Ben Gurion Airport.

- Rocket fired towards Jerusalem hit a residents building in Jerusalem, no injuries reported.

- Due to rocket attacks, U.S. Embassy in Tel Aviv to operate in minimal staffing.

- The European hospital in Gaza has been hit by Israel fighter jets, casualties reported.

- Rocket landed in Hadera area, city between Tel Aviv and Haifa, 60 miles from Gaza.

- Gunmen from Hamas landed on the shore near Zikim adjacent to the Gaza border, where a kibbutz and a military base are located. Four gunmen were killed.



**NBCUniversal**

**O&TS** NBCUniversal Operations & Technical Services | Global Security

**Operation Pillar of Defence (14 – 21 November 2012)**

Operation Pillar of Defence was an eight-day Israel Defence Forces (IDF) operation in the Hamas-governed Gaza Strip, officially launched on 14 November 2012 with the killing of Ahmed Jabari, chief of the Gaza military wing of Hamas.

The operation was preceded by a period with a number of mutual Israeli–Palestinian responsive attacks. According to the Israeli government, the operation began in response to the launch of over 100 rockets at Israel during a 24-hour period, an attack by Gaza militants on an Israeli military patrol jeep within Israeli borders, and an explosion caused by IEDs, which occurred near Israeli soldiers, on the Israeli side of a tunnel passing under the Israeli West Bank barrier. The Israeli government stated that the aims of the military operation were to halt rocket attacks against civilian targets originating from the Gaza Strip and to disrupt the capabilities of militant organizations.

During the course of the operation, the IDF claimed to have struck more than 1,500 sites in the Gaza Strip, including rocket launchpads, weapon depots, government facilities, and apartment blocks. Gaza officials said 133 Palestinians had been killed in the conflict: 79 militants, 53 civilians, and a policeman. They estimated that 840 Palestinians were wounded.

During the operation, Hamas, the al-Qassam Brigades and the Palestinian Islamic Jihad (PIJ) further intensified their rocket attacks on Israeli cities and towns firing over 1,456 rockets into Israel, and an additional 142 which fell inside Gaza itself. Palestinian militant groups used weapons including Iranian-madeFajr-5, Russian-made Grad rockets, Qassams, and mortars. Some of these weapons were fired into Rishon LeZion, Beersheba, Ashdod, Ashkelon, and other population centres. Tel Aviv was hit for the first time since the 1991 Gulf War, and rockets were fired at Jerusalem. The rockets killed three Israeli civilians in a direct hit on a home in Kiryat Malachi.

By the end of the operation, six Israelis had been killed, two hundred forty were injured, and more than two hundred had been treated for anxiety. About 421 rockets were intercepted by Israel's Iron Dome missile defence system, another 142 fell on Gaza itself, 875 fell in open areas, and 58 hit urban areas in Israel. A bus in Tel Aviv was bombed by an Arab-Israeli, injuring 28 civilians

The conflict sparked widespread protests in the West Bank, leading to an upsurge in clashes between Palestinians and the IDF. On 14 November, two Israelis were lightly injured when their vehicle was stoned near Gush Etzion. The road from Jerusalem to Gush Etzion was closed as a result of fierce protests.

On 18 November, a 31-year-old Palestinian man participating in a demonstration in Nabi Saleh was killed by Israeli fire. The IDF, which described the protest as "illegal and violent", launched an investigation into the incident. By 19 November, over 50 Palestinians had been reported injured during solidarity protests held in East Jerusalem, Ramallah, Bethlehem, Beit Ummar, and Qalandia.

**Latest Updates Wednesday 9 July 2014:**

**2:58 P.M.** Two additional rockets intercepted over Sderot. (Gili Cohen)

# NBCUniversal

O&TS
NBCUniversal
Operations & Technical Services | Global Security

**2:40 P.M.** Hamas claims responsibility for the rocket fire on Israel's north. The attack was aimed at Haifa, the group says. (Jack Khoury)

**2:30 P.M.** Fires break out at two locations in the Sha'ar Hanegev Regional Council due to rocket explosions. (Shirley Seidler)

**2:24 P.M.** Rocket sirens sound in Zichron Ya'akov, north of Hadera. Sirens also sound in the Hof Hacarmel Regional Council and the Sharon Plain. (Eli Ashkenazi)

**2:20 P.M.** Two rockets fired from Gaza are intercepted over the southern Israeli city of Sderot. (Shirley Seidler)

**2:00 P.M.** The Iron Dome intercepts a rocket fired from Gaza toward the southern Israeli city of Kiryat Gat. (Shirley Seidler)

**1:24 P.M.** Three rockets explode in the Be'er Tuvia Regional Council; no damage reported. Two other rockets hit, one in a town in the Yoav Regional Council and another in an open area in the Eshkol Regional Council. (Shirley Seidler)

**1:11 P.M.** A rocket explodes in a town in the Eshkol Regional Council; the siren fails to sound. Another rocket explodes near a kibbutz in the Sha'ar Hanegev Regional Council, sparking a fire. (Shirley Seidler)

**12:40 P.M.** A father and son were killed in an Israeli airstrike in Gaza, the Palestinian news agency Ma'an reports.

**12:30 P.M.** *Defense Minister Moshe Ya'alon says during a security briefing that the operation against Hamas is to be expanded in the coming days.* According to Ya'alon, the Israeli strikes in Gaza have destroyed weapons, terror infrastructure, command centers, Hamas institution, government buildings and terrorists' homes.

"We are killing terrorists of different ranks, and this operation will persist and intensify," he says. "For our part, this doesn't have to be a short battle. We will continue hitting Hamas and other terrorist groups hard."

**12:10 P.M.** A spokesman for the Egyptian president says that intensive efforts to negotiate a cease-fire between Israel and Hamas are ongoing. (Jack Khoury)

**12:09 P.M.** A rocket explodes near Kiryat Malakhi, sparking a fire at a farm. Two other rockets hit open areas in the Eshkol Regional Council. (Shirley Seidler)

**12:05 P.M.** Sirens go off in Be'er Tuvia and Gedera; sounds of explosions ensue. Evidently, rockets fired toward the area were intercepted.

Iron Dome intercepts three rockets fired toward Ashdod. (Gili Cohen)

**11:50 A.M.** The IDF confirms that an antiaircraft missile, evidently a Strela, was fired toward an Israeli air force plane after the start of Operation Protective Edge. (Gili Cohen)



**NBCUniversal**



**11:36 A.M.** Palestinian sources say an 80-year-old woman has been killed in an IDF attack on central Gaza. (Jack Khoury)

**10:40 A.M.** Rocket intercepted over Ashkelon, another strikes near school; several people suffering from shock (Shirley Seidler).

**10:25 A.M.** Vandals spray paint anti-Arab slogans in several Jerusalem neighborhoods; police open an investigation. (Nir Hasson)

**10:10 A.M.** Palestinian President Mahmoud Abbas asks Egyptian President Abdel-Fattah al-Sissi to intervene in the escalating violence between Israel and militants in Gaza. Abbas says he has spoken with Hamas leaders, who are interested in a cease-fire. The Egyptian envoy in the Palestinian Authority says that talks between the sides are ongoing but an agreement has yet to be reached. (Jack Khoury)

**10:05 A.M.** The rockets that were fired on central Israel earlier Wednesday were aimed at Ben-Gurion Airport, Palestinian sources report. (Jack Khoury)

The Iron Dome intercepts a rocket fired toward Ashdod. (Shirley Seidler)

**9:54 A.M.** An IAF strike in Beit Hanoun in northern Gaza kills a motorcyclist and wounds one other person.

Hamas claims responsibility for rockets fired on Tel Aviv earlier Wednesday. (Jack Khoury)

**9:40 A.M.** The Israel Air Force strikes targets in the Gaza Strip. (Gili Cohen)

**9:33 A.M.** 24 Palestinians have been killed and 200 wounded since start of operation on Monday night, according the Gaza health ministry.

**8:50 A.M.** The Iron Dome missile defense system intercepts two rockets fired toward central Israel. (Gili Cohen)

**8:42 A.M.** Two rockets explode in the Eshkol Regional Council; a farm is damaged. (Shirley Seidler)

**8:30 A.M.** Rocket sirens ring across central Israel; explosions heard. (Haaretz)

**8:26 A.M.** Two rockets explode near a town in the Shaar Hanegev Regional Council. (Shirley Seidler)

**8:15 A.M.** Since the launch of the IAF's Operation Protective Edge on Monday night, 225 rockets were fired from Gaza toward Israel; 40 were intercepted by the Iron Dome. The air force has struck 434 targets in Gaza so far as part of the operation.

**Additional Maps**





# EXHIBIT 134

**From:**          Smith, Stephen (NBCUniversal)

**Sent:**          July 17, 2014 1:01 PM
**To:**            Binke, Mark (NBCUniversal);Richmond, Randi (NBCUniversal)
**Subject:**       Ground offensive started

Info from Israel that it is to destroy tunnels. Will keep you posted.

# EXHIBIT 135

**From:**            McCarthy, Tom (NBCUniversal)

**Sent:**            July 17, 2014 3:03 PM
**To:**              Binke, Mark (NBCUniversal)
**Subject:**         Fwd:

Mark - We made the right call.  See below.

Tom

Tom McCarthy
Chief Security Officer
Senior Vice President
NBCUniversal

Begin forwarded message:

**From:** NETDESK
**Date:** July 17, 2014 at 12:56:04 PM PDT
**To:** "@NBC UNI Newsgroup Page"

Israel Defense Forces confirm in statement they have initiated a ground operation within the Gaza Strip.

# EXHIBIT 136

| | |
|---|---|
| **From:** | Smith, Stephen (NBCUniversal) |
| **Sent:** | July 18, 2014 6:43 AM |
| **To:** | Binke, Mark (NBCUniversal);Richmond, Randi (NBCUniversal) |
| **Subject:** | Security update |

Mark/ Randi,

Just a quick summary of recent developments I will keep you posted as things develop. No change to NBC security position. At this time there has been no deescalation in the the conflict and the threat to personnel resulting in serious injury or loss of life remains considerable and there are no current security controls that would allow NBCU Security to guarantee the safety and security of our personnel without the prospect of serious injury or loss of life.

Info from various sources; over 100  targets, including rocket launching sites and underground tunnels, were targeted throughout Gaza during the overnight hours of July 17-18 as more Israeli troops and armor advanced into Gaza. Fourteen Hamas militants were reportedly killed in Israeli attacks, while the Israel Defense Forces (IDF) sustained its first fatality after a soldier was killed by light arms fire.

Rockets meanwhile continued to be fired into southern Israeli towns within a 40 km range of the Gaza Strip since the beginning of Israel's ground offensive.

The Israeli military said it would be calling up an additional 18,000 reservists to support ongoing operations in the Gaza Strip.

Entrance to the Temple Mount/al-Aqsa Mosque Complex this morning, July 18, to worshippers over the age of fifty due to concerns of unrest.

**Assessments**

1. The launch of Israel's ground campaign underscores the likelihood that IDF operations will continue to escalate in both scope and size over the coming hours and days.
2. Although P.M. Netanyahu has stated that Israel's objective on the ground is to neutralize Hamas tunnels, we assess that Israel's ground campaign is likely to additionally target other militant infrastructure, especially rocket launching sites in Gaza's periphery and the extensive underground networks that support them.
3. No relaistc timeframe for any reduction in hostilities can be established at present.

Sent from my iPad

# EXHIBIT 137

| | |
|---|---|
| **From:** | Richmond, Randi ███████████████ |
| **Sent:** | July 02, 2014 5:49 AM |
| **To:** | Smith, Stephen (NBCUniversal);Binke, Mark (NBCUniversal) |
| **Subject:** | Re: Security Message |

Thanks stephen.

---

**From**: Smith, Stephen (NBCUniversal)
**Sent**: Wednesday, July 02, 2014 02:45 AM Pacific Standard Time
**To**: Binke, Mark (NBCUniversal); Richmond, Randi (NBCUniversal)
**Subject**: Security Message

Mark/Randi,

The information we want to send if fairly basic- where not to travel, know your local plan and place of safety and keep abreast of the current security situation. I do not want to bog the message down with details around amount of rockets fired or about every reported clash.

**Security Message Draft**

In light of the current security situation we are providing the following information to allow you to make informed decisions regarding your own safety.

Israel's initial response to the murder of the three teenagers appears to remain focused on continuing operations in the West Bank. The security situation is tense across the country with reports of clashes and disturbances in multiple locations. It is essential that you heed security advice and have knowledge of your local emergency plans.

**Current Security Situation**

Deterioration in general security situation effecting Jerusalem and areas bordering the West Bank in particular.
• 	Increase in rocket attacks emanating from Gaza.
• 	Increase in security and military activity.
• 	Increase in demonstrations/ disturbances and violent attacks.
• 	The security situation remains fluid and subject to rapid change.

The primary danger facing Israel is from missile or rocket attack.

In the event of a sudden escalation in the current situation and Israeli action leading to further and increased missile attacks from Gaza you must be aware of where your nearest protected space (shelter) is. If you are staying in hotel accommodation ensure you are aware of their emergency response procedures.

If you are staying private accommodation there will be a local plan in place with details of available shelters.

In Tel Aviv and Jerusalem the time of entry into the protected space from time of siren is one and a half minutes (1.5 min).

The Israel Home Front Command website http://www.oref.org.il/1096-en/Pakar.aspx contains details of the practical steps you should take to ensure your safety.

At this time no travel should be undertaken to the West Bank or Gaza.

There is a high likelihood of clashes between Palestinians and Israeli security forces and between Arab and Jewish groups.

Those operating or residing in Jerusalem are advised to maintain heightened vigilance in the city's centre, given the potential for unrest.

Avoid nonessential travel to the vicinity of the Old City. Avoid nonessential travel to the vicinity of any large gatherings over the coming days due to the reported scuffles and increased potential for unrest and clashes with security forces.

Those traveling in Jerusalem are advised to allot for extra time in the city centre, particularly in the vicinity of the aforementioned locales given the likelihood of travel disruptions.

Maintain situational awareness and keep up to date with the current security situation.

Ensure you plan your travel and have left contact details and your route with your assistant or family member.

If you require further advice or assistance please contact me directly.

**Stephen Smith**
**Head of Security, Europe**
**International Security & Crisis Management**



**NBCUniversal**
NBCUniversal International
1 Central St Giles
St Giles High Street
London WC2H 8NU
United Kingdom
www.nbcuni.com

# EXHIBIT 138

| From: | Smith, Stephen |
|---|---|

| | |
|---|---|
| **Sent:** | July 10, 2014 7:52 AM |
| **To:** | Binke, Mark (NBCUniversal) |
| **Subject:** | DIG Secuirty |

Mark,

As requested;

This is to advise you that the security environment in Israel currently prohibits NBCU Security from being able to guarantee the safety and security of our employees, production partners and associated crew and talent.

NBCU Security have monitored and evaluated the events in Israel, Gaza and the West Bank, since inception and analysed information from multiple sources. All current intelligence and activity in country points to events still being in escalation phase without a predictable or realistic timeframe for a reduction in hostilities. We have looked at the magnitude and range, of current rocket attacks (which appear to target locations to be used in forthcoming filming), the escalation of civil disorder and potential for a further increase in hostilities including a ground campaign and acts of terrorism within Israel, all of which mean there is no short term and realistic likelihood for positive changes to the security landscape.

As the situation is unlikely to change, this raises significant concern over the level of risk facing our crew and talent, and the liability over duty of care to which NBCUniversal would be exposed. There are no current security controls that would allow NBCU Security to guarantee the safety and security of our personnel without the prospect of serious injury or loss of life.

**Stephen Smith**
**Head of Security, Europe**
**International Security & Crisis Management**



**NBCUniversal**
NBCUniversal International
1 Central St Giles
St Giles High Street
London WC2H 8NU
United Kingdom
www.nbcuni.com

# EXHIBIT 139

| | |
|---|---|
| **From:** | Ford, Kurt B (NBCUniversal) ▓▓▓▓▓▓▓▓▓▓▓▓ |
| **Sent:** | July 01, 2014 3:44 PM |
| **To:** | 'Susan Weiss';Adams, Malika (Comcast);Weiss, Jessica (NBCUniversal) |
| **Cc:** | Garber, Andrea (NBCUniversal);Deborah Kizner;Richmond, Randi (NBCUniversal);Williams, Curt |
| (NBCUniversal) | |
| **Subject:** | RE: DIG. Security Situation |

Thanks...looping in Malika and Jessica for their thoughts.

**From:** Susan Weiss ▓▓▓▓▓▓▓▓▓▓
**Sent:** Tuesday, July 01, 2014 2:33 PM
**To:** Ford, Kurt B (NBCUniversal)
**Cc:** Garber, Andrea (NBCUniversal); Deborah Kizner
**Subject:** RE: DIG. Security Situation

If it's your security detail that is saying it's not safe and you are choosing to shoot in a different location, it's looking more like a possible terrorism cover.  But I don't know how that policy works.

Andrea and I discussed this briefly when it first came up and we didn't see how the policy would respond.

**Susan M. Weiss  |  Senior Vice President**
**Aon/Albert G. Ruben Insurance Services, Inc.**
15303 Ventura Blvd., Suite 1200
Sherman Oaks, CA  91403-5817

▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓   Fax: +1 847.953.2479
Email: ▓▓▓▓▓▓▓▓▓▓ | http://www.aonagr.com

 

This email message, including any attachment(s), is intended only for the named recipient(s) and may contain confidential, proprietary or legally privileged information. Unauthorized individuals or entities are not permitted access to this information. Any dissemination, distribution, disclosure, or copying of the information is unauthorized and strictly prohibited. If you have received this message in error, please advise the sender by reply email, and delete this message and any attachments.

**From:** Ford, Kurt B (NBCUniversal) ▓▓▓▓▓▓▓▓▓▓▓▓
**Sent:** Tuesday, July 01, 2014 2:27 PM
**To:** Susan Weiss
**Cc:** Garber, Andrea (NBCUniversal); Deborah Kizner
**Subject:** RE: DIG. Security Situation

So, under the current portfolio, you don't think there is coverage?

If not, should I loop in Malika?

**From:** Susan Weiss ███████████████████
**Sent:** Tuesday, July 01, 2014 2:01 PM
**To:** Ford, Kurt B (NBCUniversal)
**Cc:** Garber, Andrea (NBCUniversal); Deborah Kizner
**Subject:** FW: DIG. Security Situation

Kurt,
Something on this came up a few weeks back and Andrea was going to explore how the corporate Terrorism policy would respond. I don't know the result. Email chain is below.

Susan M. Weiss | Senior Vice President

**Aon/Albert G. Ruben Insurance Services, Inc.**
15303 Ventura Blvd., Suite 1200
Sherman Oaks, CA  91403-5817

███████████████████ | Fax: +1 847.953.2479
Email: ██████████████   http://www.aonagr.com



This email message, including any attachment(s), is intended only for the named recipient(s) and may contain confidential, proprietary or legally privileged information. Unauthorized individuals or entities are not permitted access to this information. Any dissemination, distribution, disclosure, or copying of this information is unauthorized and strictly prohibited. If you have received this message in error, please advise the sender by reply email, and delete this message and any attachments.

**From:** Garber, Andrea (NBCUniversal) ███████████████████
**Sent:** Monday, June 16, 2014 10:10 AM
**To:** Susan Weiss
**Cc:** Deborah Kizner
**Subject:** RE: DIG. Security Situation

Hi, Susan –

I will look into this. I will also ask for an update on the shooting schedule. Originally, they were doing most of the work in Tel Aviv with only one to two days per episode in Jerusalem.

Thanks,
Andrea

**From:** Susan Weiss ███████████████████
**Sent:** Monday, June 16, 2014 10:00 AM
**To:** Garber, Andrea (NBCUniversal)
**Cc:** Deborah Kizner
**Subject:** FW: DIG. Security Situation

How does your corporate Terrorism policy respond on the TV side?  From what I'm reading below, if they choose to move locations due to security recommendations, I don't see coverage responding, unless permits were pulled, etc.

**Susan M. Weiss | Senior Vice President**

**Aon/Albert G. Ruben Insurance Services, Inc.**
15303 Ventura Blvd., Suite 1200
Sherman Oaks, CA  91403-5817

Tel: +1 818.742.0521 | ▮▮▮▮▮▮▮ Fax: +1 847.953.2479
Email: ▮▮▮▮▮▮ | http://www.aonagr.com



This email message, including any attachment(s), is intended only for the named recipient(s) and may contain confidential, proprietary or legally privileged information. Unauthorized individuals or entities are not permitted access to this information. Any dissemination, distribution, disclosure, or copying of this information is unauthorized and strictly prohibited. If you have received this message in error, please advise the sender by reply email, and delete this message and any attachments.

**From:** Williams, Curt (NBCUniversal) ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
**Sent:** Monday, June 16, 2014 8:05 AM
**To:** Deborah Kizner
**Cc:** Susan Weiss; Garber, Andrea (NBCUniversal)
**Subject:** Fwd: DIG. Security Situation

Good morning Debby. I hope you had a good weekend.  The current situation in Israel has led to NBCU Security advising that production avoid some areas, and to provide heightened security in others. At this time, production is not effected.

In the event that NBCU Security advises that we should not shoot in an area where we plan to, or in general anywhere in Israel, do we have insurance coverage for the resulting delay or shut down?

Thanks
Curt

CURT WILLIAMS
Vice President
Production Services
**NBCUniversal**
▮▮▮▮▮▮

Begin forwarded message:

**From:** "Richmond, Randi (NBCUniversal)" ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
**Date:** June 16, 2014 at 7:09:38 AM PDT
**To:** "Williams, Curt (NBCUniversal)" ▮▮▮▮▮▮▮▮▮▮ "Ford, Kurt B (NBCUniversal)"
▮▮▮▮▮▮▮▮▮▮▮▮
**Cc:** "Binke, Mark (NBCUniversal)" ▮▮▮▮▮▮▮▮▮▮▮▮▮▮
**Subject: Fw: DIG.  Security Situation**

Kurt, please advise, should the issue in Israel heighten to a point security advises us to not shoot anywhere in Israel, what is our insurance coverage?

**From:** Smith, Stephen (NBCUniversal)
**Sent:** Sunday, June 15, 2014 10:58 PM Pacific Standard Time

**To**: Richmond, Randi (NBCUniversal)
**Cc**: Binke, Mark (NBCUniversal); Brady, Brian (NBCUniversal); Noordeloos, Erin (NBCUniversal); Rothstein, Richard M (NBCUniversal); Potter, Paige (NBCUniversal)
**Subject**: Re: DIG. Security Situation

Randi,

The current advise from MAX security, which has come in overnight and as a result of a further deterioration of security, is to avoid all activity in the Old City. See information regarding Damascus Gate highlighted below.

Reports indicate that two rockets were fired from the Gaza Strip toward Israel's southern city of Ashkelon during the evening hours of June 15, with both intercepted by the Iron Dome anti-missile battery. No injuries were recorded, while Israel Defense Forces (IDF) members are searching the areas. Additionally, the Ashdod City Council is reportedly discussing the possibility of cancelling classes on June 16.

- Also during the evening hours of June 15, a shooting incident was recorded along Highway 60 near Bethlehem, with unconfirmed reports indicating that the shooting originated from a vehicle and was directed toward a Border Police checkpoint located in a tunnel. No injuries were recorded; however, heightened security has been reported in the area, while gunshot casings were discovered in the vicinity. At the time of writing, Highway 60 has been closed to traffic from Jerusalem to the Gush Etzion area.
- *In addition, reports indicate that scuffles broke out in the vicinity of Jerusalem's Damascus Gate between Arab residents and Jewish individuals returning from the Western Wall, with bottles and rocks thrown.*

Sent from my iPad

On 15 Jun 2014, at 18:37, "Richmond, Randi (NBCUniversal)" █████████████████████ wrote:

Thank you.
I will have my asst Paige set a call for sometime tmrw. I will be up late due to night shooting.

---

**From**: Smith, Stephen (NBCUniversal)
**Sent**: Sunday, June 15, 2014 10:36 AM Pacific Standard Time
**To**: Richmond, Randi (NBCUniversal)
**Cc**: Binke, Mark (NBCUniversal); Brady, Brian (NBCUniversal); Noordeloos, Erin (NBCUniversal); Rothstein, Richard M (NBCUniversal)
**Subject**: Re: DIG. Security Situation

Randi,

No issues with those areas at present.

Sent from my iPad

On 15 Jun 2014, at 18:09, "Richmond, Randi (NBCUniversal)" ████████████████████ wrote:

Stephen what are the risks shooting in other areas of jerusalem. As we are limited in options to change the schedule around ironically 2 days are jerusalem but non confrontational areas Katamon and French Hill. The

last day is Jaffa. Please advise.

**From**: Smith, Stephen (NBCUniversal)
**Sent:** Sunday, June 15, 2014 09:44 AM Pacific Standard Time
**To:** Richmond, Randi (NBCUniversal); Binke, Mark (NBCUniversal); Brady, Brian (NBCUniversal)
**Cc:** Noordeloos, Erin (NBCUniversal)
**Subject:** Re: DIG. Security Situation

Let's see how the situation develops overnight and I will update.

**From**: Richmond, Randi (NBCUniversal)
**Sent:** Sunday, June 15, 2014 05:43 PM
**To:** Smith, Stephen (NBCUniversal); Binke, Mark (NBCUniversal); Brady, Brian (NBCUniversal)
**Cc:** Noordeloos, Erin (NBCUniversal)
**Subject:** DIG. Security Situation

Adding Binke and Brian Brady.
Should we jump on a call tmrw and review?

**From:** Smith, Stephen (NBCUniversal)
**Sent:** Sunday, June 15, 2014 09:36 AM Pacific Standard Time
**To:** Richmond, Randi (NBCUniversal)
**Cc:** Noordeloos, Erin (NBCUniversal)
**Subject:** Security Situation

Randi,

As per our conversation regarding the current security situation is Israel.

I would recommend that no travel is undertaken by anyone connected to the production to areas within the West Bank until the situation normalises. The situation may escalate at any point as a result of Israeli military response and Palestinian protest activity,particularly planned demonstrations. We should be prepared that security advice may recommend not filming in the area, even at short notice. I am waiting on a further response from the MAX operations team with the latest information and their own recommendations on security resource for the shoot. At present the security advise from the US and UK governments has not changed regarding general travel to Jerusalem.

The information I have from various sources is as follows.

Due to a search operation currently underway for three missing Israelis, there is a significant Israeli Security presence in the Hebron area.

In the past 48 hours, the extent of Israeli military operations in Hebron and its environs have
significantly increased, highlighted by the deployment of over 2,500 IDF soldiers to the area. While at
this time operations remain limited to searches and intelligence gathering, Israeli military build ups,
deployment of Iron Dome missile batteries, and limited activation of military reserves, suggest that
the IDF is prepared for broader altercations, including armed confrontations with militants, civil
unrest in Palestinian urban centers, or a more significant military offensive. However, at this time the
IDF continues to remain focused on preventing the transfer of the captives from the West Bank in
general, and the Hebron area in particular, underlined by military closures and restrictions on
movement in Hebron, and throughout the entirety of the Palestinian Territories.  That said, it remains
possible that the captives have already been transferred to the Gaza Strip or Sinai Peninsula.

I will update you as the situation develops.
Sent from my iPad

# EXHIBIT 140

| From: | Adams, Malika (Comcast) ███████████████████████████████████ |
| Sent: | July 03, 2014 10:58 AM |
| To: | Ford, Kurt B (NBCUniversal); Weiss, Jessica (NBCUniversal) |
| Cc: | Garber, Andrea (NBCUniversal) |
| Subject: | RE: DIG. Security Situation |

Hi Kurt,

Your note is timely as I was just discussing this with Sandy. Unfortunately, I don't think we would have coverage for a situation in which we voluntarily pulled out of an area because of security concerns. In order to trigger coverage under the production policy, we would need a policy trigger as Susan had mentioned, and even with that, we'd have to be cautious because there is a war exclusion on the policy. I am certain that you've already engaged NBCU security's assistance on this. Do you know who they work with from a crisis management standpoint? Aside from coverage, I'd also want to make sure we have the right resources aligned and ready in the event we'd need to get our crew out quickly, and I know some of our vendors have access to crisis management professionals.

Thanks, and have a great weekend.

Malika

---------
Malika Adams, CPCU
Supervisor, Risk Management
Comcast Corporation
Phone: ███████████████

**From:** Ford, Kurt B (NBCUniversal) ███████████████████████
**Sent:** Thursday, July 03, 2014 1:51 PM
**To:** Adams, Malika; Weiss, Jessica
**Cc:** Garber, Andrea (NBCUniversal)
**Subject:** Fwd: DIG. Security Situation

another one for us to discuss Monday. Enjoy the holiday!


Begin forwarded message:

**From:** "Richmond, Randi (NBCUniversal)" ████████████████████
**Date:** July 2, 2014 at 6:49:01 PM EDT
**To:** "Ford, Kurt B (NBCUniversal)" ██████████████████████
**Subject: RE: DIG. Security Situation**

The other potential issue Kurt would be WHAT IF, we had to pullout of Israel entirely and re up the whole show in the US. Does insurance cover that?

**From:** Ford, Kurt B (NBCUniversal)
**Sent:** Wednesday, July 02, 2014 1:46 PM
**To:** Adams, Malika (Comcast); 'Susan Weiss'; Weiss, Jessica (NBCUniversal)
**Cc:** Garber, Andrea (NBCUniversal); 'Deborah Kizner'; Richmond, Randi (NBCUniversal); Williams, Curt (NBCUniversal)
**Subject:** RE: DIG. Security Situation

Thanks Malika.

**From:** Adams, Malika (Comcast)
**Sent:** Wednesday, July 02, 2014 1:00 PM
**To:** Ford, Kurt B (NBCUniversal); 'Susan Weiss'; Weiss, Jessica (NBCUniversal)
**Cc:** Garber, Andrea (NBCUniversal); 'Deborah Kizner'; Richmond, Randi (NBCUniversal); Williams, Curt (NBCUniversal)
**Subject:** RE: DIG. Security Situation

Hi Kurt,

I haven't forgotten but wanted to run by Sandy to make sure I wasn't omitting anything.  Will be back in touch shortly.

Thanks,

Malika

---------
Malika Adams, CPCU
Supervisor, Risk Management
Comcast Corporation
Phone: ▮▮▮▮▮▮▮▮▮

**From:** Ford, Kurt B (NBCUniversal) ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
**Sent:** Wednesday, July 02, 2014 2:30 PM
**To:** 'Susan Weiss'; Adams, Malika; Weiss, Jessica
**Cc:** Garber, Andrea (NBCUniversal); 'Deborah Kizner'; Richmond, Randi (NBCUniversal); Williams, Curt (NBCUniversal)
**Subject:** RE: DIG. Security Situation

Hello all,

Following up on this.  Would DIG have protection under a corporate terrorism policy for this situation?  If so, what is the deductible?

Thanks

**From:** Ford, Kurt B (NBCUniversal)
**Sent:** Tuesday, July 01, 2014 3:44 PM
**To:** 'Susan Weiss'; Adams, Malika (Comcast); Weiss, Jessica (NBCUniversal)
**Cc:** Garber, Andrea (NBCUniversal); Deborah Kizner; Richmond, Randi (NBCUniversal); Williams, Curt (NBCUniversal)
**Subject:** RE: DIG. Security Situation

Thanks...looping in Malika and Jessica for their thoughts.

**From:** Susan Weiss
**Sent:** Tuesday, July 01, 2014 2:33 PM
**To:** Ford, Kurt B (NBCUniversal)
**Cc:** Garber, Andrea (NBCUniversal); Deborah Kizner
**Subject:** RE: DIG. Security Situation

If it's your security detail that is saying it's not safe and you are choosing to shoot in a different location, it's looking more like a possible terrorism cover. But I don't know how that policy works.

Andrea and I discussed this briefly when it first came up and we didn't see how the policy would respond.

Susan M. Weiss | Senior Vice President
Aon/Albert G. Ruben Insurance Services, Inc.
15303 Ventura Blvd., Suite 1200
Sherman Oaks, CA, 91403-5817
                              | Fax: +1 847.953.2479
Email                        http://www.aonagr.com
[×]   [×]   [×]

This email message, including any attachment(s), is intended only for the named recipient(s) and may contain confidential, proprietary or legally privileged information. Unauthorized individuals or entities are not permitted access to this information. Any dissemination, distribution, disclosure, or copying of this information is unauthorized and strictly prohibited. If you have received this message in error, please advise the sender by reply email, and delete this message and any attachments.

**From:** Ford, Kurt B (NBCUniversal)
**Sent:** Tuesday, July 01, 2014 2:27 PM
**To:** Susan Weiss
**Cc:** Garber, Andrea (NBCUniversal); Deborah Kizner
**Subject:** RE: DIG. Security Situation

So, under the current portfolio, you don't think there is coverage?

If not, should I loop in Malika?

**From:** Susan Weiss
**Sent:** Tuesday, July 01, 2014 2:01 PM
**To:** Ford, Kurt B (NBCUniversal)
**Cc:** Garber, Andrea (NBCUniversal); Deborah Kizner
**Subject:** FW: DIG. Security Situation

Kurt,
Something on this came up a few weeks back and Andrea was going to explore how the corporate Terrorism policy would respond. I don't know the result. Email chain is below.


**Susan M. Weiss | Senior Vice President**

**Aon/Albert G. Ruben Insurance Services, Inc.**
15303 Ventura Blvd., Suite 1200
Sherman Oaks, CA 91403-5817

███████████████████████ | Fax: +1 847.953.2479
Email: ███████████████ | http://www.aonagr.com

█  █  █

This email message, including any attachment(s), is intended only for the named recipient(s) and may contain confidential, proprietary or legally privileged information. Unauthorized individuals or entities are not permitted access to this information. Any dissemination, distribution, disclosure, or copying of this information is unauthorized and strictly prohibited. If you have received this message in error, please advise the sender by reply email, and delete this message and any attachments.

**From:** Garber, Andrea (NBCUniversal) ███████████████████████
**Sent:** Monday, June 16, 2014 10:10 AM
**To:** Susan Weiss
**Cc:** Deborah Kizner
**Subject:** RE: DIG. Security Situation

Hi, Susan –

I will look into this. I will also ask for an update on the shooting schedule. Originally, they were doing most of the work in Tel Aviv with only one to two days per episode in Jerusalem.

Thanks,
Andrea

**From:** Susan Weiss ███████████████████████
**Sent:** Monday, June 16, 2014 10:00 AM
**To:** Garber, Andrea (NBCUniversal)
**Cc:** Deborah Kizner
**Subject:** FW: DIG. Security Situation

How does your corporate Terrorism policy respond on the TV side? From what I'm reading below, if they choose to move locations due to security recommendations, I don't see coverage responding, unless permits were pulled, etc.


**Susan M. Weiss | Senior Vice President**

**Aon/Albert G. Ruben Insurance Services, Inc.**
15303 Ventura Blvd., Suite 1200
Sherman Oaks, CA 91403-5817



| Fax: +1 847.953.2479
Email: ███████████████   http://www.aonagr.com

☒   ☒   ☒

This email message, including any attachment(s), is intended only for the named recipient(s) and may contain confidential, proprietary or legally privileged information. Unauthorized individuals or entities are not permitted access to this information. Any dissemination, distribution, disclosure, or copying of this information is unauthorized and strictly prohibited. If you have received this message in error, please advise the sender by reply email, and delete this message and any attachments.

**From:** Williams, Curt (NBCUniversal) ███████████████████
**Sent:** Monday, June 16, 2014 8:05 AM
**To:** Deborah Kizner
**Cc:** Susan Weiss; Garber, Andrea (NBCUniversal)
**Subject:** Fwd: DIG. Security Situation

Good morning Debby. I hope you had a good weekend.  The current situation in Israel has led to NBCU Security advising that production avoid some areas, and to provide heightened security in others. At this time, production is not effected.

In the event that NBCU Security advises that we should not shoot in an area where we plan to, or in general anywhere in Israel, do we have insurance coverage for the resulting delay or shut down?

Thanks
Curt

CURT WILLIAMS
Vice President
Production Services
**NBCUniversal**
████████

Begin forwarded message:

**From:** "Richmond, Randi (NBCUniversal)" ███████████████████████
**Date:** June 16, 2014 at 7:09:38 AM PDT
**To:** "Williams, Curt (NBCUniversal)" ███████████████████, "Ford, Kurt B (NBCUniversal)"
███████████████
**Cc:** "Binke, Mark (NBCUniversal)" ██████████████████
**Subject: Fw: DIG.  Security Situation**

Kurt, please advise, should the issue in Israel heighten to a point security advises us to not shoot anywhere in Israel, what is our insurance coverage?

**From:** Smith, Stephen (NBCUniversal)
**Sent:** Sunday, June 15, 2014 10:58 PM Pacific Standard Time
**To:** Richmond, Randi (NBCUniversal)
**Cc:** Binke, Mark (NBCUniversal); Brady, Brian (NBCUniversal); Noordeloos, Erin (NBCUniversal); Rothstein, Richard M (NBCUniversal); Potter, Paige (NBCUniversal)
**Subject:** Re: DIG. Security Situation

Randi,

The current advise from MAX security, which has come in overnight and as a result of a further deterioration of security, is to avoid all activity in the Old City. See information regarding Damascus Gate highlighted below.

Reports indicate that two rockets were fired from the Gaza Strip toward Israel's southern city of Ashkelon during the evening hours of June 15, with both intercepted by the Iron Dome anti-missile battery. No injuries were recorded, while Israel Defense Forces (IDF) members are searching the areas. Additionally, the Ashdod City Council is reportedly discussing the possibility of cancelling classes on June 16.

- Also during the evening hours of June 15, a shooting incident was recorded along Highway 60 near Bethlehem, with unconfirmed reports indicating that the shooting originated from a vehicle and was directed toward a Border Police checkpoint located in a tunnel. No injuries were recorded; however, heightened security has been reported in the area, while gunshot casings were discovered in the vicinity. At the time of writing, Highway 60 has been closed to traffic from Jerusalem to the Gush Etzion area.
- ***In addition, reports indicate that scuffles broke out in the vicinity of Jerusalem's Damascus Gate between Arab residents and Jewish individuals returning from the Western Wall, with bottles and rocks thrown.***

Sent from my iPad

On 15 Jun 2014, at 18:37, "Richmond, Randi (NBCUniversal)" ████████████████████ wrote:

Thank you.
I will have my asst Paige set a call for sometime tmrw. I will be up late due to night shooting.

---

**From**: Smith, Stephen (NBCUniversal)
**Sent**: Sunday, June 15, 2014 10:36 AM Pacific Standard Time
**To**: Richmond, Randi (NBCUniversal)
**Cc**: Binke, Mark (NBCUniversal); Brady, Brian (NBCUniversal); Noordeloos, Erin (NBCUniversal); Rothstein, Richard M (NBCUniversal)
**Subject**: Re: DIG. Security Situation

Randi,

No issues with those areas at present.

Sent from my iPad

On 15 Jun 2014, at 18:09, "Richmond, Randi (NBCUniversal)"  wrote:

Stephen what are the risks shooting in other areas of jerusalem. As we are limited in options to change the schedule around ironically 2 days are jerusalem but non confrontational areas Katamon and French Hill. The last day is Jaffa. Please advise.

Page 1565

**From**: Smith, Stephen (NBCUniversal)
**Sent**: Sunday, June 15, 2014 09:44 AM Pacific Standard Time
**To**: Richmond, Randi (NBCUniversal); Binke, Mark (NBCUniversal); Brady, Brian (NBCUniversal)
**Cc**: Noordeloos, Erin (NBCUniversal)
**Subject**: Re: DIG. Security Situation

Let's see how the situation develops overnight and I will update.

**From**: Richmond, Randi (NBCUniversal)
**Sent**: Sunday, June 15, 2014 05:43 PM
**To**: Smith, Stephen (NBCUniversal); Binke, Mark (NBCUniversal); Brady, Brian (NBCUniversal)
**Cc**: Noordeloos, Erin (NBCUniversal)
**Subject**: DIG. Security Situation

Adding Binke and Brian Brady.
Should we jump on a call tmrw and review?

**From**: Smith, Stephen (NBCUniversal)
**Sent**: Sunday, June 15, 2014 09:36 AM Pacific Standard Time
**To**: Richmond, Randi (NBCUniversal)
**Cc**: Noordeloos, Erin (NBCUniversal)
**Subject**: Security Situation

Randi,

As per our conversation regarding the current security situation is Israel.

I would recommend
that no travel is undertaken by anyone connected to the production to areas within the West
Bank until the situation normalises. The situation may escalate at any point as a result of Israeli
military response and Palestinian protest activity,particularly planned demonstrations.   We
should be prepared that security advice may recommend not filming in the area, even at short
notice. I am waiting on a further response from the MAX operations team with the latest
information and their own recommendations on security resource for the shoot. At present the
security advise from the US and UK governments has not changed regarding general travel to
Jerusalem.

The information I have from various sources is as follows.

Due to a search operation currently underway for three missing Israelis, there is a significant
Israeli Security presence in the Hebron area.

In the past 48 hours, the extent of Israeli military operations in Hebron and its environs have
significantly increased, highlighted by the deployment of over 2,500 IDF soldiers to the area.
While at this time operations remain limited to searches and intelligence gathering, Israeli
military build ups, deployment of Iron Dome missile batteries, and limited activation of military
reserves, suggest that the IDF is prepared for broader altercations, including armed
confrontations with militants, civil unrest in Palestinian urban centers, or a more significant
military offensive. However, at this time the IDF continues to remain focused on preventing the
transfer of the captives from the West Bank in general, and the Hebron area in particular,
underlined by military closures and restrictions on movement in Hebron, and throughout the
entirety of the Palestinian Territories.  That said, it remains possible that the captives have
already been transferred to the Gaza Strip or Sinai Peninsula.

I will update you as the situation develops.
Sent from my iPad

# EXHIBIT 141

| | |
|---|---|
| **From:** | Binke, Mark (NBCUniversal) |
| **Sent:** | July 07, 2014 8:41 PM |
| **To:** | Richmond, Randi (NBCUniversal);Adams, Malika (Comcast) |
| **Cc:** | Ford, Kurt B (NBCUniversal);'susan.weiss ░░░░░░ ;Weiss, Jessica (NBCUniversal);Garber, Andrea (NBCUniversal);'deborah.kizner ░░░░ ;Williams, Curt (NBCUniversal) |
| **Subject:** | Re: DIG. Security Situation |
| **Attachments:** | image001.png, image002.png, image003.png |

Can you please set a call to address this tomorrow. This is contrary to our understanding. Thanks

**From**: Richmond, Randi (NBCUniversal)
**Sent**: Monday, July 07, 2014 08:13 PM
**To**: Adams, Malika (Comcast); Binke, Mark (NBCUniversal)
**Cc**: Ford, Kurt B (NBCUniversal); ░░░░░░░░░░░░ ; Weiss, Jessica (NBCUniversal); Garber,
Andrea (NBCUniversal); 'deborah.kizner ░░░░░░░░ Williams, Curt (NBCUniversal)
**Subject**: Re: DIG. Security Situation

Adding Binke.
So if we pull out because security advises us to, we have no coverage?

**From**: Adams, Malika (Comcast)
**Sent**: Monday, July 07, 2014 08:11 PM Pacific Standard Time
**To**: Richmond, Randi (NBCUniversal)
**Cc**: Ford, Kurt B (NBCUniversal); Susan Weiss ░░░░░░░░░ Weiss, Jessica (NBCUniversal); Garber, Andrea
(NBCUniversal); Deborah Kizner ░░░░░░░░ Williams, Curt (NBCUniversal)
**Subject**: Re: DIG. Security Situation

Randi, apologies, I sent Kurt a note on Thursday but omitted to copy you. So far if the only assumption is that we
are voluntarily pulling out of a certain area because of security concerns, I don't think we would have coverage for
this. If the government pulls our permits, or there is an act of civil authority shutting us down, we may have some
recourse but even that I would say with caution since there is a war exclusion on the policy that may come into
play. For now, I think it is safe to assume that in the event of a voluntary relocation or shut down, we have no
coverage. Sorry for not having better news. I hope this helps somewhat. I also mentioned to Kurt that I am sure
you'd be working with NBCU security in this but if there's anything we can do to help from a crisis management
standpoint we have some resources we could use. Thanks.

Malika

▬▬▬▬▬▬

On Jul 7, 2014, at 4:11 PM, "Richmond, Randi (NBCUniversal)" ░░░░░░░░░░░░░░░░░░░░ wrote:

Hey team...with please advise asap on this. Things are got hot in Israel again today.

**From:** Ford, Kurt B (NBCUniversal)
**Sent:** Wednesday, July 02, 2014 1:46 PM
**To:** Adams, Malika (Comcast); 'Susan Weiss'; Weiss, Jessica (NBCUniversal)
**Cc:** Garber, Andrea (NBCUniversal); 'Deborah Kizner'; Richmond, Randi (NBCUniversal); Williams, Curt (NBCUniversal)
**Subject:** RE: DIG. Security Situation

Thanks Malika.

**From:** Adams, Malika (Comcast)
**Sent:** Wednesday, July 02, 2014 1:00 PM
**To:** Ford, Kurt B (NBCUniversal); 'Susan Weiss'; Weiss, Jessica (NBCUniversal)
**Cc:** Garber, Andrea (NBCUniversal); 'Deborah Kizner'; Richmond, Randi (NBCUniversal); Williams, Curt (NBCUniversal)
**Subject:** RE: DIG. Security Situation

Hi Kurt,

I haven't forgotten but wanted to run by Sandy to make sure I wasn't omitting anything.  Will be back in touch shortly.

Thanks,

Malika

---------
Malika Adams, CPCU
Supervisor, Risk Management
Comcast Corporation
Phone: ▮▮▮▮▮▮

**From:** Ford, Kurt B (NBCUniversal) [mailto:Kurt.Ford@nbcuni.com]
**Sent:** Wednesday, July 02, 2014 2:30 PM
**To:** 'Susan Weiss'; Adams, Malika; Weiss, Jessica
**Cc:** Garber, Andrea (NBCUniversal); 'Deborah Kizner'; Richmond, Randi (NBCUniversal); Williams, Curt (NBCUniversal)
**Subject:** RE: DIG. Security Situation

Hello all,

Following up on this.  Would DIG have protection under a corporate terrorism policy for this situation?  If so, what is the deductible?

Thanks

**From:** Ford, Kurt B (NBCUniversal)
**Sent:** Tuesday, July 01, 2014 3:44 PM

**To:** 'Susan Weiss'; Adams, Malika (Comcast); Weiss, Jessica (NBCUniversal)
**Cc:** Garber, Andrea (NBCUniversal); Deborah Kizner; Richmond, Randi (NBCUniversal); Williams, Curt (NBCUniversal)
**Subject:** RE: DIG. Security Situation

Thanks...looping in Malika and Jessica for their thoughts.

**From:** Susan Weiss
**Sent:** Tuesday, July 01, 2014 2:33 PM
**To:** Ford, Kurt B (NBCUniversal)
**Cc:** Garber, Andrea (NBCUniversal); Deborah Kizner
**Subject:** RE: DIG. Security Situation

If it's your security detail that is saying it's not safe and you are choosing to shoot in a different location, it's looking more like a possible terrorism cover.  But I don't know how that policy works.

Andrea and I discussed this briefly when it first came up and we didn't see how the policy would respond.

**Susan M. Weiss | Senior Vice President**

**Aon/Albert G. Ruben Insurance Services, Inc.**
15303 Ventura Blvd., Suite 1200
Sherman Oaks, CA  91403-5817

Fax: +1 847.953.2479
Email: | http://www.aonagr.com
<image001.png><image002.png><image003.png>

This email message, including any attachment(s), is intended only for the named recipient(s) and may contain confidential, proprietary or legally privileged information. Unauthorized individuals or entities are not permitted access to this information. Any dissemination, distribution, disclosure, or copying of this information is unauthorized and strictly prohibited. If you have received this message in error, please advise the sender by reply email, and delete this message and any attachments.

**From:** Ford, Kurt B (NBCUniversal)
**Sent:** Tuesday, July 01, 2014 2:27 PM
**To:** Susan Weiss
**Cc:** Garber, Andrea (NBCUniversal); Deborah Kizner
**Subject:** RE: DIG. Security Situation

So, under the current portfolio, you don't think there is coverage?

If not, should I loop in Malika?

**From:** Susan Weiss
**Sent:** Tuesday, July 01, 2014 2:01 PM
**To:** Ford, Kurt B (NBCUniversal)
**Cc:** Garber, Andrea (NBCUniversal); Deborah Kizner
**Subject:** FW: DIG. Security Situation

Kurt,
Something on this came up a few weeks back and Andrea was going to explore how the corporate Terrorism policy would respond. I don't know the result. Email chain is below.

**Susan M. Weiss | Senior Vice President**
**Aon/Albert G. Ruben Insurance Services, Inc.**
15303 Ventura Blvd., Suite 1200
Sherman Oaks, CA  91403-5817

▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ | Fax: +1 847.953.2479
Email: ▓▓▓▓▓▓▓▓▓▓        http://www.aonagr.com
<image001.png><image002.png><image003.png>

This email message, including any attachment(s), is intended only for the named recipient(s) and may contain confidential, proprietary or legally privileged information.
Unauthorized individuals or entities are not permitted access to this information. Any dissemination, distribution, disclosure, or copying of this information is unauthorized
and strictly prohibited. If you have received this message in error, please advise the sender by reply email, and delete this message and any attachments.

---

**From:** Garber, Andrea (NBCUniversal) ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
**Sent:** Monday, June 16, 2014 10:10 AM
**To:** Susan Weiss
**Cc:** Deborah Kizner
**Subject:** RE: DIG. Security Situation

Hi, Susan –

I will look into this.  I will also ask for an update on the shooting schedule.  Originally, they were doing most of the
work in Tel Aviv with only one to two days per episode in Jerusalem.

Thanks,
Andrea

---

**From:** Susan Weiss ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
**Sent:** Monday, June 16, 2014 10:00 AM
**To:** Garber, Andrea (NBCUniversal)
**Cc:** Deborah Kizner
**Subject:** FW: DIG. Security Situation

How does your corporate Terrorism policy respond on the TV side?  From what I'm reading below, if they choose to
move locations due to security recommendations, I don't see coverage responding, unless permits were pulled, etc.

**Susan M. Weiss  | Senior Vice President**
**Aon/Albert G. Ruben Insurance Services, Inc.**
15303 Ventura Blvd., Suite 1200
Sherman Oaks, CA  91403-5817

▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ | Fax: +1 847.953.2479
Email; ▓▓▓▓▓▓▓▓▓▓        http://www.aonagr.com
<image001.png><image002.png><image003.png>

This email message, including any attachment(s), is intended only for the named recipient(s) and may contain confidential, proprietary or legally privileged information.
Unauthorized individuals or entities are not permitted access to this information. Any dissemination, distribution, disclosure, or copying of this information is unauthorized
and strictly prohibited. If you have received this message in error, please advise the sender by reply email, and delete this message and any attachments.

**From:** Williams, Curt (NBCUniversal)
**Sent:** Monday, June 16, 2014 8:05 AM
**To:** Deborah Kizner
**Cc:** Susan Weiss; Garber, Andrea (NBCUniversal)
**Subject:** Fwd: DIG. Security Situation

Good morning Debby. I hope you had a good weekend. The current situation in Israel has led to NBCU
Security advising that production avoid some areas, and to provide heightened security in others. At this
time, production is not effected.

In the event that NBCU Security advises that we should not shoot in an area where we plan to, or in general
anywhere in Israel, do we have insurance coverage for the resulting delay or shut down?

Thanks
Curt

CURT WILLIAMS
Vice President
Production Services
**NBCUniversal**

Begin forwarded message:

**From:** "Richmond, Randi (NBCUniversal)"
**Date:** June 16, 2014 at 7:09:38 AM PDT
**To:** "Williams, Curt (NBCUniversal)"                                        "Ford, Kurt B (NBCUniversal)"

**Cc:** "Binke, Mark (NBCUniversal)"
**Subject: Fw: DIG. Security Situation**

Kurt, please advise, should the issue in Israel heighten to a point security advises us to not shoot anywhere in Israel,
what is our insurance coverage?

**From:** Smith, Stephen (NBCUniversal)
**Sent**: Sunday, June 15, 2014 10:58 PM Pacific Standard Time
**To:** Richmond, Randi (NBCUniversal)
**Cc**: Binke, Mark (NBCUniversal); Brady, Brian (NBCUniversal); Noordeloos, Erin (NBCUniversal); Rothstein, Richard M
(NBCUniversal); Potter, Paige (NBCUniversal)
**Subject**: Re: DIG. Security Situation

Randi,

The current advise from MAX security, which has come in overnight and as a result of a further
deterioration of security, is to avoid all activity in the Old City. See information regarding Damascus Gate
highlighted below.

Reports indicate that two rockets were fired from the Gaza Strip toward Israel's southern city of Ashkelon during the evening hours of June 15, with both intercepted by the Iron Dome anti-missile battery. No injuries were recorded, while Israel Defense Forces (IDF) members are searching the areas. Additionally, the Ashdod City Council is reportedly discussing the possibility of cancelling classes on June 16.

- Also during the evening hours of June 15, a shooting incident was recorded along Highway 60 near Bethlehem, with unconfirmed reports indicating that the shooting originated from a vehicle and was directed toward a Border Police checkpoint located in a tunnel. No injuries were recorded; however, heightened security has been reported in the area, while gunshot casings were discovered in the vicinity. At the time of writing, Highway 60 has been closed to traffic from Jerusalem to the Gush Etzion area.
- ***In addition, reports indicate that scuffles broke out in the vicinity of Jerusalem's Damascus Gate between Arab residents and Jewish individuals returning from the Western Wall, with bottles and rocks thrown.***

Sent from my iPad

On 15 Jun 2014, at 18:37, "Richmond, Randi (NBCUniversal)"  wrote:

Thank you.
I will have my asst Paige set a call for sometime tmrw. I will be up late due to night shooting.

---

**From**: Smith, Stephen (NBCUniversal)
**Sent**: Sunday, June 15, 2014 10:36 AM Pacific Standard Time
**To**: Richmond, Randi (NBCUniversal)
**Cc**: Binke, Mark (NBCUniversal); Brady, Brian (NBCUniversal); Noordeloos, Erin (NBCUniversal); Rothstein, Richard M (NBCUniversal)
**Subject**: Re: DIG. Security Situation

Randi,

No issues with those areas at present.

Sent from my iPad

On 15 Jun 2014, at 18:09, "Richmond, Randi (NBCUniversal)" wrote:

Stephen what are the risks shooting in other areas of jerusalem. As we are limited in options to change the schedule around ironically 2 days are jerusalem but non confrontational areas Katamon and French Hill. The last day is Jaffa. Please advise.

---

**From**: Smith, Stephen (NBCUniversal)
**Sent**: Sunday, June 15, 2014 09:44 AM Pacific Standard Time
**To**: Richmond, Randi (NBCUniversal); Binke, Mark (NBCUniversal); Brady, Brian (NBCUniversal)
**Cc**: Noordeloos, Erin (NBCUniversal)
**Subject**: Re: DIG. Security Situation

Let's see how the situation develops overnight and I will update.

**From**: Richmond, Randi (NBCUniversal)
**Sent**: Sunday, June 15, 2014 05:43 PM
**To**: Smith, Stephen (NBCUniversal); Binke, Mark (NBCUniversal); Brady, Brian (NBCUniversal)
**Cc**: Noordeloos, Erin (NBCUniversal)
**Subject**: DIG. Security Situation

Adding Binke and Brian Brady.
Should we jump on a call tmrw and review?

**From**: Smith, Stephen (NBCUniversal)
**Sent**: Sunday, June 15, 2014 09:36 AM Pacific Standard Time
**To**: Richmond, Randi (NBCUniversal)
**Cc**: Noordeloos, Erin (NBCUniversal)
**Subject**: Security Situation

Randi,

As per our conversation regarding the current security situation is Israel.

I would recommend
that no travel is undertaken by anyone connected to the production to areas within the West
Bank until the situation normalises. The situation may escalate at any point as a result of Israeli
military response and Palestinian protest activity,particularly planned demonstrations. We
should be prepared that security advice may recommend not filming in the area, even at short
notice. I am waiting on a further response from the MAX operations team with the latest
information and their own recommendations on security resource for the shoot. At present the
security advise from the US and UK governments has not changed regarding general travel to
Jerusalem.

The information I have from various sources is as follows.

Due to a search operation currently underway for three missing Israelis, there is a significant
Israeli Security presence in the Hebron area.

In the past 48 hours, the extent of Israeli military operations in Hebron and its environs have
significantly increased, highlighted by the deployment of over 2,500 IDF soldiers to the area.
While at this time operations remain limited to searches and intelligence gathering, Israeli
military build ups, deployment of Iron Dome missile batteries, and limited activation of military
reserves, suggest that the IDF is prepared for broader altercations, including armed
confrontations with militants, civil unrest in Palestinian urban centers, or a more significant

military offensive. However, at this time the IDF continues to remain focused on preventing the transfer of the captives from the West Bank in general, and the Hebron area in particular, underlined by military closures and restrictions on movement in Hebron, and throughout the entirety of the Palestinian Territories.  That said, it remains possible that the captives have already been transferred to the Gaza Strip or Sinai Peninsula.

I will update you as the situation develops.
Sent from my iPad

# EXHIBIT 142

**From:**          Smith, Stephen (NBCUniversal)
**Sent:**          July 02, 2014 2:31 AM
**To:**            Binke, Mark (NBCUniversal);Richmond, Randi (NBCUniversal)
**Subject:**       Security Upadet and analysis

Mark/Randi,

Please find information on the current security situation and analysis.

**Analysis:**

The killings will put significant pressure on Netanyahu to retaliate militarily against Hamas. Israel probably wants to avoid a major escalation during the month of Ramadan for fear of provoking a third intifada, but it will also feel obliged to deter further kidnappings by "punishing" Hamas. For its part, Hamas has faced a far more effective siege from Egypt since the removal of former president Mohammad Morsi, and most likely would rather avoid a full confrontation with Israel while its supply routes are closed. However, Hamas probably also assesses that a military confrontation with Israel would serve to force Fatah closer to Hamas, and that high-casualty attacks against civilians in Gaza would force Egypt to reconsider the blockade.

**Risk Implications:**

While both sides most likely want to avoid a broad confrontation similar to that of December 2012, the risk of unintended escalation is now higher. The most likely Israeli response to the deaths of the teenagers includes targeted killings of Hamas leaders, as well as airstrikes on known weapons caches and rocket launch sites in Gaza. A broader Gaza war would become more likely if Hamas or other Gaza-based militants responded with several dozen rockets per day into southern Israel over a sustained period. **A broader war would result in a much higher likelihood of Hamas using Fajr-5 rockets, capable of reaching Tel Aviv. It would also make it more difficult for Palestinian Authority security services to contain civil unrest in the West Bank, and prevent Palestinian civilians from protesting at the Wall.**

**Latest News**

Israeli police and Palestinian youths have clashed in East Jerusalem after the body of a Palestinian teenager was found in a forest in the city, sparking a police investigation into a possible link to the murder of three Israeli settlers.
Jerusalem has been tense since the bodies of the young Israeli settlers were found, and the police have beefed up their presence in Palestinian neighbourhoods.
An Al Jazeera journalist at the scene reported that at least two Palestinians had been hit with rubber bullets during the pitched battles in the Palestinian Shuafat neighbourhood.
Israeli police told Al Jazeera they received a call early on Wednesday about an alleged kidnapping in Shuafat. They said they had yet to establish a link between the alleged kidnapping and the body found in Jerusalem.
Local media have identified the missing boy as 17-year-old Mohammed Hasan Abu Khdair.



**Stephen Smith**
**Head of Security, Europe**
**International Security & Crisis Management**



**NBCUniversal**
NBCUniversal International
1 Central St Giles
St Giles High Street

London WC2H 8NU
United Kingdom
www.nbcuni.com

# EXHIBIT 143

Redacted

**From:** ▮▮▮▮▮▮
**Sent:** Tuesday, July 15, 2014 2:03 PM
**To:** Lynem, Lori (NBCUniversal); ▮▮▮▮▮▮▮ Carnessale, Juliana (NBCUniversal)
**Cc:** 'perric ▮▮▮▮▮▮ Deborah Kennedy
**Subject:** RE: Jerusalem Film Fest Postpones Opening Night in Wake of Israeli-Palestinian Hostilities

**From:** Lynem, Lori (NBCUniversal) ⁚
**Sent:** Friday, July 11, 2014 1:45 PM
**To** ▮▮▮▮▮▮ Carnessale, Juliana (NBCUniversal)
**Cc:** ▮▮▮▮▮▮ 'perric          Deborah Kennedy
**Subject:** RE: Jerusalem Film Fest Postpones Opening Night in Wake of Israeli-Palestinian Hostilities

▮▮▮ - We are aware of the situation in Israel and are assessing our options.  In the meantime, we have extended the hiatus by another week.

Best,

Lori

Lori K. Lynem
Vice President, Business Affairs
NBCUniversal Cable Entertainment
100 Universal City Plaza
Bldg. 1440, 13th Floor
Universal City, CA 91608
▮▮▮▮▮▮

CONFIDENTIAL                                    UCP020043

This e-mail message is confidential, intended only for the named recipient(s) and may contain information that is privileged, attorney work product or exempt from disclosure under applicable law. If you have received this message in error, or are not the named recipient(s), please immediately notify the sender at (818) 777-6838 and delete this e-mail message from your computer. Thank you.

**From:** ▮
**Sent:** Friday, July 11, 2014 12:11 PM
**To:** Lynem, Lori (NBCUniversal); Carnessale, Juliana (NBCUniversal)
▮ Deborah Kennedy
**Subject:** RE: Jerusalem Film Fest Postpones Opening Night in Wake of Israeli-Palestinian Hostilities

Hi we really need someone to communicate something. Rockets are now being fired into Israel from the North, and the hostilities with Gaza are only escalating, ▮ has already paid half of her relocation money for a deposit, and is facing daily increasing pressure for other travel details, which we don't advise while the area is quite literally a war zone, which the US government has deemed unsafe for its own workers. Please give us an update before lunch of your latest plans. The lack of communication is making a bad situation worse- thx

**From:** ▮
**Sent:** Thursday, July 10, 2014 12:35 PM
**To:** 'Lynem, Lori (NBCUniversal)'; Carnessale, Juliana (NBCUniversal)
**Cc:** ▮ 'perri· ▮ Deborah Kennedy
**Subject:** RE: Jerusalem Film Fest Postpones Opening Night in Wake of Israeli-Palestinian Hostilities

Thanks. I know you guys must be working as quickly as possible. It's just nerve-wracking for the individuals who could literally be on the front lines- thx

**From:** Lynem, Lori (NBCUniversal)
**Sent:** Thursday, July 10, 2014 12:02 PM
**To:** ▮ Carnessale, Juliana (NBCUniversal)
**Cc:** ▮ ; Deborah Kennedy
**Subject:** RE: Jerusalem Film Fest Postpones Opening Night in Wake of Israeli-Palestinian Hostilities

We are discussing internally and will get back to you as soon as we have info to share.

Lori K. Lynem
Vice President, Business Affairs
NBCUniversal Cable Entertainment
100 Universal City Plaza
Bldg. 1440, 13th Floor
Universal City, CA 91608
▮

This e-mail message is confidential, intended only for the named recipient(s) and may contain information that is privileged, attorney work product or exempt from disclosure under applicable law. If you have received this message in error, or are not the named recipient(s), please immediately notify the sender at (818) 777-6838 and delete this e-mail message from your computer. Thank you.

**From:** ▮
**Sent:** Thursday, July 10, 2014 11:43 AM

CONFIDENTIAL                                   UCP020044

**To:** Carnessale, Juliana (NBCUniversal); Lynem, Lori (NBCUniversal)
**Cc:** '                             .; Deborah Kennedy
**Subject:** RE: Jerusalem Film Fest Postpones Opening Night in Wake of Israeli-Palestinian Hostilities

Not the sort of emails I expected to be met with silence. Can you guys please let us know what is going on? Would you
send your child into a war zone? thanks

**From:**
**Sent:** Wednesday, July 9, 2014 10:29 AM
**To:** 'Carnessale, Juliana (NBCUniversal)                             ; 'lori.lynem
**Cc:**                      'perri'                   Deborah Kennedy
**Subject:** RE: Jerusalem Film Fest Postpones Opening Night in Wake of Israeli-Palestinian Hostilities

US Embassy in Tel Aviv now closed. Please get back to us urgently- thx

**From:**
**Sent:** Wednesday, July 9, 2014 10:26 AM
**To:** Carnessale, Juliana (NBCUniversal)                             ; lori.lynem'
**Cc:**                 'perri'                   , Deborah Kennedy
**Subject:** FW: Jerusalem Film Fest Postpones Opening Night in Wake of Israeli-Palestinian Hostilities

Hi guys – Riots in East Jerusalem. Rockets in Tel Aviv and West Jerusalem. 40,000 reservists called up. And now this.
Everyone on        team is very, very concerned for her safety, and we have a lot of trepidation. I'm sure we can't be the
only ones expressing this. Can you please contact us to let us know the plan? We can't imagine production will continue in
a war zone under continuing air raid sirens. And we need to communicate what's going on with our client. Thanks very
much- Best,

**From:** Variety Breaking News
**Sent:** Wednesday, July 09, 2014 7:39 AM
**To:**
**Subject:** Jerusalem Film Fest Postpones Opening Night in Wake of Israeli-Palestinian Hostilities

*TEL AVIV – As rocket alert sirens continued to ring out throughout Israel on Wednesday, staffer .*

---

# BREAKING NEWS
WEDNESDAY, JULY 9, 2014

### *Jerusalem Film Fest Postpones Opening Night in Wake of Israeli-Palestinian Hostilities*

TEL AVIV -- As rocket alert sirens continued to ring out
throughout Israel on Wednesday, staffers at the
Jerusalem Film Festival ...

**Full Story**



*Check out the redesigned Variety411*

This email was sent to fentonj@unitedtalent.com by Variety. To ensure delivery to your inbox (and not
your spam folder), please add donotreply@variety.com to your address book. If you prefer not to continue
receiving email communications, please unsubscribe here instead of replying to this email.

To update your profile and customize what email alerts and newsletters you receive, please click here.
Having trouble reading this email? View the web version here.

CONFIDENTIAL

Copyright © 2014 Variety Media, LLC, a subsidiary of Penske Business Media.
9800 S. La Cienega Blvd. Los Angeles, CA 90301

*Variety and the Flying V logos are trademarks of Variety Media, LLC., used under license.*

NOTE: This message contains information which may be confidential and/or privileged. It is intended solely for the addressee. If you are not the intended recipient, you may not use, copy, distribute, or disclose any information contained in the message. If you have received this transmission in error, please notify the sender by reply e-mail and delete this message. Please note, all rights of concurrent review and comment are hereby reserved. Thank you.

# EXHIBIT 144

| | |
|---|---|
| **From:** | STEPHEN SMITH ██████████████████ |
| **Sent:** | May 22, 2014 9:09 AM |
| **To:** | Smith, Stephen (NBCUniversal) |
| **Subject:** | Fw: Security Messages |
| **Attachments:** | DIG Cast Message.msg, Security Update.msg |

----- Forwarded Message -----
**From:** STEPHEN SMITH ██████████
**To:** ████████████ ▌
**Sent:** Thursday, 22 May 2014, 17:09
**Subject:** Security Messages

Hi Randi,

Please find attached the security message and update. I will provide further info over the next few days. If you would like the message tailored please give me a shout.

Thanks

Stephen

**Subject:**                    DIG Cast Message

The following advice in intended as a guide to help keep you secure whilst on location.

It may seem simplistic but in most cases it is **easily implemented** and ***common sense practices*** which will help you avoid situations which are threatening to your wellbeing. The information is  intended to allow you to make informed decisions on what action to take if a security incident effects you and provide an overview of the security planning that has been completed.

As an organisation we have a duty of care to ensure you operate within a secure environment and understand the risk that you may face.  We have carried out the appropriate assessments identifying risks to the production and have implemented the required security controls and response. There will be a security coordinator on location, they will brief the UPM each day and have prepared plans in advance of how to deal with any change to the security situation.

What you must not forget is you must take responsibility for your own security and ensuring your behaviour does not negatively impact on your own or others security. If you require further information do not hesitate to contact me.

**The current security situation**

**Security Risk Rating**

**Israel- Low Security Risk**
**Tel Aviv- Low Security Risk**
**Jerusalem- Low Security Risk**

**But, the security situation locally and across the region can change quickly and we will be filming in locations where the security situation is volatile and changeable. Events outside of Israel can have a profound effect on the threat level at each location. There are specific events, locations and risks that may affect you and the production and where security concerns are increased. We monitor all events that could have an impact to the production and will update the production team and plan security provision accordingly.**

**Civil Unrest and Religious or Ethnic Violence**

Civil unrest is a concern.  Most governmental agencies advise against travel to Jerusalem's Old City on Fridays, particularly during the afternoons, as protests do often take place after prayers. While protests are most common near the Dome of the Rock, they have been known to occur in other locations as well and can quickly spread. Additionally, we often see violence with police and the use of tear gas.  This is a pretty constant concern, but can flare up from time to time depending on the situation in the West Bank or potential regional developments that inflame tensions.

There is potential for further unruly protests by members of the ultra-Orthodox Jewish given continuing anger over a controversial law revoking the community's exemption from military conscription.

**Terrorism**

Terrorism is a concern. Threats come from several sources, including;

**Palestinian extremists.**  Most frequently we see extremists from the Gaza Strip firing rockets into Israel.  These typically only hit in southern Israel, but we saw in late 2012, that they do have the capability to reach as far north as Tel Aviv and Jerusalem, but with very limited accuracy (which resulted in a minimal threat against life).

**Extremists in the Sinai.**  Extremist groups operating in Egypt's Sinai Peninsula have also carried out attacks in southern Israel in the past, which also contributes to government advise against travel to southern Israel.

**Hizballah.** We also advise avoiding the Lebanese border, which is frequently hit by rockets fired by Hizballah or other groups in southern Lebanon.

Peace talks between Palestinian representatives and Israel have stalled in recent weeks, and the new agreement between Fatah, the Palestinian faction engaged in negotiations, and Hamas, considered a terrorist organisation by the US and Israel, has decreased the likelihood of a comprehensive peace accord and may also effect the threat level in certain areas. We monitor events such as this to measure the impact they have on threat levels and changes to the risk profile of specific productions and locations.

**It is highly unlikely that we will be affected by any of this activity.**

## Crime

Crime is relatively low. Low level crime such as pick-pocketing and petty thefts do occur, especially in tourist areas. But violent crime is relatively rare, definitely reported at a lower rate than in most U.S. cities, and police response is considered very good.  **Basic awareness and efforts to maintain a low profile will limit travellers' exposure.**

## Jerusalem

The security environment remains complex. Travellers to the Old City area of East Jerusalem should exercise caution at religious sites due to the persistent risk of unruly demonstrations and acts of low-level violence. There are frequent demonstrations in many of the areas of the city including in and around the Old City, especially after Friday prayers. Some of these protests have led to violent clashes. .CommunL TENSIONS IN THE Old City tend to be high in the vicinity of Temple Mount. **Most visitors to the city encounter no issues.** We have a security plan in place to deal with these eventualities.

## Tel Aviv

The city witnessed several attacks by Palestinian suicide bombers against buses, hotels, restaurants and shopping areas during the second intifada (Palestinian uprising against Israel). However, the frequency of attacks has reduced in recent years. Palestinian militants do not target foreign interests directly and pose only a limited incidental threat. Tel Aviv is a security conscious city with security personnel deployed at several sites and stringent surveillance and vetting procedures in place. The authorities tend to intensify security measures during major Jewish festivals. The crime rate is low with petty theft likely to be the main threat to business travellers. Foreigners may encounter protests when visiting orthodox Jewish or Arab localities (mainly in Jaffa). **Most visitors to the city encounter no issues.**

How to Help Yourself Stay Safe

**USE COMMON SENSE**

Be sensitive of how your words and actions may be interpreted by others
Ensure you are familiar with local laws, culture and political climate

Page 1590

Plan your free time in advance
Do not place yourself in situations that may prove troublesome
Remember how alcohol can affect your judgement
Educate yourself prior to undertaking any trips
If you have to bring medication into the country ensure it is authorised and that you can obtain a repeat prescription
Know your blood group
Carry identification with you at all times. (e.g. a photocopy of the personal details and entry stamp pages of your passport)
If you are staying in a hotel, identify the emergency procedures in place, including the location of any emergency shelters or secure areas. Remain in your hotel until it is safe to attempt departure
During civil or political unrest, or if you feel threatened ask for advice.
Avoid all demonstrations or large gatherings
In the unlikely event of a security incident on location follow the advice of the security coordinator on-set, listen to the experts. Staying where you are maybe the safest thing to do.

**Local Customs  and Practices**

You should dress modestly in Jerusalem.

Local residents in ultra-Orthodox Jewish neighbourhoods can react strongly to anyone (particularly women) dressed inappropriately. Women should not wear trousers.

Avoid driving into ultra-Orthodox Jewish areas of Jerusalem on Shabbat (from sunset on Friday to sunset on Saturday).

During the Muslim holy month of Ramadan ( Saturday 28th June to Sunday 27th July), eating, drinking and smoking between sunrise and sunset are forbidden for Muslims (though not for children under the age of 8). Although alcohol will be available in some hotels and restaurants, drinking alcohol elsewhere may cause offence.

Be sensitive about taking pictures of people in Muslim and Orthodox Jewish areas. Don't take photographs of military or police personnel or installations.

**Emergency Contacts**

The local equivalent to the "911" emergency line in the West Bank and Gaza is 100 for police, 101 for an ambulance, and 102 for the fire department.

**LGBT Rights**

Israel has anti-discrimination laws protecting lesbian, gay, bisexual, and transgender (LGBT) individuals. Acceptance and tolerance of LGBT people varies throughout the country and even from neighbourhood to neighbourhood. The West Bank and Gaza do not have specific laws regarding LGBT rights; however, laws barring public displays of affection between members of the opposite sex also apply to LGBT couples. LGBT travellers are encouraged to remain vigilant and aware of their surroundings, especially when entering religious or socially conservative parts of the country, as well as in the West Bank and Gaza

**Driving**

Driving standards can vary considerably from what you are used to.

Driving is erratic and there are frequent accidents. Radar speed traps operate on roads within Israel, and fines for speeding are high.

Be vigilant when using Route 443 between Tel Aviv and Jerusalem. In January and February 2014, there were media reports of stones and Molotov cocktails being thrown at cars on this road.

If you intend to drive in the West Bank, check that you are insured before setting out. It may be easier to arrange West Bank insurance at a hire company in East Jerusalem than from the major hire car companies in Israel.

It is not safe to hitchhike in Israel.

If you are travelling to the desert, go with others, take a supply of water and a mobile phone, and let someone know your itinerary and expected time of return.

Israeli roads and highways tend to be crowded, especially in urban areas. Aggressive driving is commonplace, and many drivers fail to maintain safe following distances or signal before changing lanes or making turns.  Overtaking on high-speed, undivided two-lane roads is common and results in frequent accidents. Drivers are also prone to stop suddenly on roads without warning, especially in the right lane. Drivers should use caution, as Israel has a high rate of fatalities from automobile accidents. Seat belt use is required for all passengers in a car and consumption of alcohol while driving is prohibited.

**Electronic devices**

You should expect lengthy personal questioning and baggage searches by security officials on arrival and departure from Israel. Electrical items, including laptops, may be taken from departing passengers for security inspection and either stored in the aircraft baggage hold, or returned to you in the UK. Damage may occur.

Israeli security officials have on occasion requested access to travellers' personal e-mail accounts or other social media accounts as a condition of entry.

**How We Will Help You**

Due to the exceptional nature of crises, it is impossible to predict every eventuality but we will;

Complete accurate assessment of the threats and the risk level
Provide the appropriate security on location and to respond to incidents
Plan for different eventualities and have the appropriate resource available to assist. This includes evacuation procedures.
Communicate up to date and accurate information
Provide advice and support
Complete planning and preparation
Provide travel advice and crisis updates for you
Work with local agencies to establish the facts of the incident
Liaise with travel operators give you the most accurate and up to date information. about their response to incidents which cause significant disruption to travel
In exceptional circumstances, we may organise an assisted departure for an evacuation to an appropriate place of safety.

**Plan Ahead In the event of a Crisis**

A large-scale crisis can put a strain on local and international services, potentially leading to delays in routine services or emergency assistance reaching you. You may therefore have to take increased responsibility for your own safety and security during this time, particularly if there is an uncertain security environment.

Ensure you are insured for the activities and trips you want to undertake in your free time.

Familiarise yourself with evacuation and contingency policies.

Keep in regular contact with family and friends so that they know your whereabouts

**What We Need From You**

. Passport details- number/date of issue and expiry.
. Country of issue
. Nationality
. Travel details- incoming and out-going
. Accommodation
. Contact information
. Next of kin contact information

**What Resource We Have Available**

The following resource can be called upon; (The numbers represent the number of vendors available)

- Air Ambulance 16
- Air Charter 15
- Rotary 5
- Security Providers 10
- Maritime Security Providers 4
- Medical Service Providers 4
- Medical Escort Providers 8
- Specialist Services 5

**Nearest Centre's of Medical Excellence**

Israel has 1st world healthcare available. With 4 doctors per every 1000 members of the population.

**We have a number of evacuation options available to us these include;**





Political Considerations
- Benign / Safe borders - Can change daily
- Local Closed Source Advisors - 5
- Stable Political Governance - Yes
- Kidnap and Ransom Capability - Yes
- Significant Political Events imminent – No

**Embassy Contacts**

US Consulate Jerusalem     US Embassy Tel Aviv
18 Agron Road              71 HaYarkon Street
Jerusalem                  Tel Aviv
Tel: +972 2 622 7230       Tel: 03 519 7575

Canadian Embassy Tele Aviv
Canada House
3/5 Nirim Street
Tel: (011 972 3) 636 3300

UK Embassy Tel Aviv
192 Hayarkon Street
Tele Aviv
Tel: +972 (0) 3 725 1222

**Stephen Smith**
**Head of Security, Europe**
**International Security & Crisis Management**

**Subject:**          Security Update

Randi,

As per our conversation and post my meeting with the RSO. A summary below. This should be read in conjunction with the original assessment and subsequent updates.

The risk to the production whilst filming in East Jerusalem and the Muslim Quarter of the Old City is heightened but manageable and from security point of view the task can proceed. The locations outside of East Jerusalem present no significant security issues.

At all times cast and crew must be mindful of the sensitivities of the areas in which filing is to be undertaken. We must ensure we are not seen as the cause of any problems. This includes managing rumour or innuendo regarding what the content of the production is about.

The security team need to prepare response plans for use in the event of a security incident within the confines of East Jerusalem and the Muslim Quarter. The plans will be formulated when final locations, times of filming and cast and crew numbers are known, this information must always be provided to the security coordinator allowing time to prepare necessary plans. MAX security will provide security coordination on the ground but in the ▬▬▬▬▬▬▬
▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬ As discussed and highlighted in previous documentation events in the region and locally will be continuously monitored to provide an accurate assessment of changes to the security landscape.
In the event of a security incident the cast and crew must be prepared to take instruction from the security coordinator on the ground. There will be a range of options open in how an incident will be responded to ▬▬▬▬▬▬▬▬▬▬

▬▬▬▬▬▬▬▬▬▬▬ any incident will be assessed as it happens and the most appropriate course of action advised.

▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬
▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬
▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬
▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬
▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬ Any significant change to the security locally or within the region may result in crisis planning being put in place utilising the resource documented and discussed previously. The production POC will act as the conduit for information from security to the production team.

The security co-ordinator must receive advance notice of the times of filming, the exact location and if local authorities, law enforcement etc. have been notified and are assisting with road closures etc.
The security team must be able to plan for the appropriate manpower and provide value of money for their service. This requires clear, accurate and timely notification of the upcoming schedule.
There must be a nominated POC within the production team. The UPM would be most appropriate. They will liaise through the UPM and provide daily updates if there are particular security concerns about a ,location change to the threat level or security instructions that must be passed to the wider team. ▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬
▬▬▬▬▬▬



MAX will be providing me with details of their quote and assessment today which I will share with Liat to agree their terms.

**Sources of Risk**
In Jerusalem demonstrations can occur spontaneously and have the potential to become violent without warning.



**Mitigation**
Security and crisis planning

**Communication**
Security coordinator to be provided with production radio.
All relevant production contact details to be shared with security coordinator
Production schedules to be shared with security coordinator pre-event

**Stephen Smith**
**Head of Security, Europe**
**International Security & Crisis Management**



**NBCUniversal**
NBCUniversal International
1 Central St Giles
St Giles High Street
London WC2H 8NU

United Kingdom
www.nbcuni.com

# EXHIBIT 145

| From: | Richmond, Randi ██████████████ |
|---|---|
| **Sent:** | June 17, 2014 10:49 PM |
| **To:** | Smith, Stephen (NBCUniversal) |
| **Cc:** | Noordeloos, Erin (NBCUniversal);Rothstein, Richard M (NBCUniversal);Hallock, Whitney (NBCUniversal);Binke, Mark (NBCUniversal);Araujo, Charlie (NBCUniversal);Yass, Warren (NBCUniversal);Gray, Debbie (NBCUniversal) |
| **Subject:** | Re: DIG Security Update |

Thx stephen.

**From:** Smith, Stephen (NBCUniversal)
**Sent:** Tuesday, June 17, 2014 10:14 PM Pacific Standard Time
**To:** Richmond, Randi (NBCUniversal)
**Cc:** Noordeloos, Erin (NBCUniversal); Rothstein, Richard M (NBCUniversal); Hallock, Whitney (NBCUniversal); Binke, Mark (NBCUniversal); Araujo, Charlie (NBCUniversal); Yass, Warren (NBCUniversal); Gray, Debbie (NBCUniversal)
**Subject:** DIG Security Update

All,

Throughout the course of June 16, search and rescue operations for three Jewish-Israeli youths kidnapped in the evening hours of June 12, continued in Hebron, as well as other areas in the West Bank. During related operations in the overnight hours of June 15-16, a 23-year-old Palestinian, Ahmad Asabarin, was killed and two others injured during clashes between Israel Defense Forces (IDF) and Palestinian youth in al-Jalazone refugee camp near Ramallah.

On the ground in the West Bank, the majority of IDF search and rescue operations remain in the Hebron area, however, as demonstrated by the raids recorded overnight near Ramallah, IDF troops have expanded the breadth of their manoeuvres. Furthermore, clashes surrounding military arrest operations are not uncommon, and may increase in frequency over the coming days. The high level of military preparedness demonstrated by the IDF, and expanding operations, are liable to elevate tensions with West Bank Palestinian residents, increasing the possibility of civil unrest or militancy. In this context, unruly demonstrations were recorded in central Hebron on June 16, while inter-communal tensions leading to scuffles were recorded in Jerusalem's Old City between Jewish and Muslim adherents. With this in mind, it is assessed that over the coming days, there remains a risk that tensions between Arab and Jewish groups in both the West Bank and Jerusalem will continue to elevate, potentially manifesting in nationally motivated attacks, or scuffles between rival communities.

1. Travel to Israel may continue while adhering to security precautions regarding civil unrest, terrorism and travel to border areas.
2. As a general precaution, maintain heightened vigilance in the vicinity of Jerusalem's Old City, particularly in the vicinity of Damascus Gate, due to the reported scuffles and a recent heightening of tensions between East Jerusalem residents and Israeli security.
3. It is advised against all travel to the Gaza Strip at this time due to continuous border crossing closures and the threat of militant activity. Avoid nonessential travel to Ramallah and Bethlehem. Before conducting business

essential travel, consult with us for itinerary-based tactical monitoring, recommendations, and ground support options.

I will provide a further update as the situation develops.

Stephen

Sent from my iPad

# EXHIBIT 146

**From:**       Smith, Stephen (NBCUniversal)
**Sent:**       July 01, 2014 6:05 AM
**To:**         Binke, Mark (NBCUniversal);Richmond, Randi (NBCUniversal)
**Subject:**    DIG Israel

Mark/Randi,

Please see the latest info I have below. Happy to have a call when convenient.

The recommendations from a variety of sources are that travel to Israel can continue but erring on the side of caution I would recommend that our cast and crew (Non-Local) **do not travel to Israel unless it is absolutely necessary and business imperative** until the full extent of the Israeli response is clearer. We are not at a situation where non-Israeli's should be leaving the country.

The cast and crew have previously been given information on general security precautions and recently on the protective measures to take in the event of any deterioration in the security situation particularly as a result of rocket fire.  Locals will be aware of the advice. Our cast and crew of non-locals need to follow the advice from  http://www.oref.org.il/1096-en/Pakar.aspx.  Any targeting of major urban areas by Hamas is likely to be intercepted by Israeli missile defence systems.

**Latest Info**

Reports indicate that the IAF conducted precision airstrikes against 34 Hamas and Palestinian Islamic Jihad (PIJ) installations in the Gaza Strip during the overnight hours of June 30-July 1.

Following the IAF airstrikes, seven rockets were fired from the Gaza Strip towards Israel during the morning hours of July 1.

During the early morning hours of July 1, Israeli Defence Forces (IDF) soldiers killed one Palestinian in Jenin during clashes which followed an arrest raid operation.
***During the morning hours of July 1, several Palestinian youths were arrested on the Temple Mount/al-Aqsa Mosque Complex after throwing stones at police. No injuries were reported in the incident.***
Following an emergency Security Cabinet meeting on June 30, Israeli Prime Minister Benjamin Netanyahu stated that the teenagers "were kidnapped and murdered in cold blood by human animals", and is slated to reconvene with ***his Security Cabinet on July 1.***

**Assessments**

  The IAF airstrikes conducted during the overnight hours of June 30-July 1 mark the most extensive retaliatory strike by the IAF in recent months, underscoring the potential for an escalation in IAF operations against Gaza-based militants over the coming days. It is assessed that the IDF will continue to conduct a two-pronged military approach against Hamas.
 ***Overall, the potential escalation in hostilities in both the West Bank and Gaza significantly increases the possibility that Israel's Security Cabinet could decide to launch a scaled aerial offensive against Hamas over the coming days.***

  The potential for a broad IDF escalation in operations is likely to trigger intensified responses by Palestinian militant groups in both the West Bank and Gaza Strip. In the West Bank, we assess that clashes between local Palestinian militants and IDF forces are likely to increase Additionally, there remains an increased potential for Jewish settlers to carry out

revenge attacks against Palestinians in these areas, which would further fuel tensions and increase the general risk for clashes between Jewish settlers or Israeli security forces. At the same time, Gaza-based militants are likely to retaliate with barrages containing multiple rockets targeting areas in southern Israel. ***There also remains the possibility that they will utilize long-range rockets targeting Israel's home front, which includes Rehovot, Rishon Letzion, and Tel Aviv, all of which were targeted during the November 2012 "Pillar of Defence" operation.***

***Additionally, the escalation in military activity is likely to increase tensions between Palestinians and Jewish settlers in Jerusalem, most notably in the vicinity of the Old City's Damascus Gate and the Temple Mount/al-Aqsa Mosque Complex.***

## Risk Implications

Palestinian groups other than Hamas are likely to increase the frequency of rocket fire from Gaza into Israel, with several rockets fired per day. Hamas is likely to attempt to avoid an all-out escalation, while Israel will continue with air raids against alleged military targets in Gaza. However, if casualties suffered by Palestinians in Gaza reach the tens or if senior commanders are killed, Hamas is much more likely to retaliate. In this scenario, there will be a higher risk of Fajr-5 long-range rockets targeting Tel Aviv. Any escalation of this sort is likely to be preceded by two to three days in which tens (as opposed to several) of short-range, Grad-type rockets are fired from Gaza, affecting a 20-km radius. The vast majority of these are likely to be intercepted by Iron Dome or to fall in uninhabited areas, thus minimising death and injury risks.

## Recommendations

Those operating or residing in Israel are advised to avoid the immediate vicinities of all border areas due to the persistent risk for cross border violence. Those traveling in the 40 km area surrounding the Gaza Strip should continue adhering to all safety precautions regarding early warning sirens for incoming rockets. In case you hear a siren, seek shelter in a protected area and remain inside for at least 10 minutes.

As a general precaution, maintain heightened vigilance in the vicinity of Jerusalem's Old City, particularly in the vicinity of Damascus Gate, due to the reported scuffles and a recent heightening of tensions between East Jerusalem residents and Israeli security forces.

**Stephen Smith**
**Head of Security, Europe**
**International Security & Crisis Management**

**NBCUniversal**
NBCUniversal International
1 Central St Giles
St Giles High Street
London WC2H 8NU
United Kingdom
www.nbcuni.com