# EXHIBIT 149

| | |
|---|---|
| **From:** | Susan Weiss |
| **Sent:** | July 17, 2014 6:40 PM |
| **To:** | Garber, Andrea (NBCUniversal) |
| **Subject:** | RE: "Dig" claim |

I am in all day so I'll give you a ring when I get in and we can try him then. Were there ever any discussions about war coverage back when the show was declared?

**Susan M. Weiss | Senior Vice President**
Aon/Albert G. Ruben Insurance Services, Inc.
15303 Ventura Blvd., Suite 1200
Sherman Oaks, CA 91403-5817
CA License: 0806034
Fax: +1 847.953.2479
http://www.aonagr.com



This email message, including any attachment(s), is intended only for the named recipient(s) and may contain confidential, proprietary or legally privileged information. Unauthorized individuals or entities are not permitted access to this information. Any dissemination, distribution, disclosure, or copying of this information is unauthorized and strictly prohibited. If you have received this message in error, please advise the sender by reply email, and delete this message and any attachments.

**From:** Garber, Andrea (NBCUniversal) [mailto
**Sent:** Thursday, July 17, 2014 6:26 PM
**To:** Susan Weiss
**Subject:** RE: "Dig" claim

Thanks – got it. Everyone was very disappointed. Everything got rehashed again back to when we first declared the production and why additional insurance was not purchased. They really want me to have that follow up call with Peter so hopefully we can do that in the morning.

**From:** Susan Weiss [mailto
**Sent:** Thursday, July 17, 2014 6:21 PM
**To:** Garber, Andrea (NBCUniversal)
**Subject:** RE: "Dig" claim

Just sent it under separate cover. How did the calls go?

**Susan M. Weiss | Senior Vice President**
Aon/Albert G. Ruben Insurance Services, Inc.
15303 Ventura Blvd., Suite 1200
Sherman Oaks, CA 91403-5817
CA License: 0806034
Fax: +1 847.953.2479

 | http://www.aonagr.com

This email message, including any attachment(s), is intended only for the named recipient(s) and may contain confidential, proprietary or legally privileged information. Unauthorized individuals or entities are not permitted access to this information. Any dissemination, distribution, disclosure, or copying of this information is unauthorized and strictly prohibited. If you have received this message in error, please advise the sender by reply email, and delete this message and any attachments.

**From:** Garber, Andrea (NBCUniversal) [mailto
**Sent:** Thursday, July 17, 2014 6:10 PM
**To:** Susan Weiss
**Subject:** "Dig" claim

Hi, Susan –

Can you forward the email you sent to OneBeacon notifying them of the initial claim on "Dig"?  I have not heard back from Peter yet so we should try again in the morning.

Thanks,
Andrea

CONFIDENTIAL

# EXHIBIT 150

| From: | Smith, Stephen (NBCUniversal) </o=NBC Universal/ou=Exchange Administrative Group |
|---|---|

(FYDIBOHF23SPDLT)/cn=Recipients/cn=Stephen.Smith>
**Sent:** April 16, 2014 5:56 AM
**To:** Richmond, Randi (NBCUniversal)
**Cc:** Mark Winemaker
**Subject:** DIG Crisis and Security Planning
**Attachments:** Season1DIG Israel April2014.docx

Good Morning Randi,

I have completed a security and crisis assessment for Israel, concentrating on Tele Aviv and Jerusalem which you will find attached. *Detailed security and crisis planning will not be available until the exact locations of individual shoots have been confirmed. Security and crisis precautions may vary considerably between locations.*

I am currently working with a service partner, Northcott Global, on preparing an outline relocation and repatriation plan which will again be completed once the locations are confirmed. Security and crisis planning will reflect the current threat level at each location and be formulated after liaison with the State Department Regional Security Officer, local agencies and an extensive network of sources. Plans will include the required response to security incidents at each location, place of safety/ shelter in place, relocation and repatriation, emergency communication and escalation processes.

It is my intention to be in-country for the location scouts and I will continue to liaise with the team in Israel and MAX security to confirm plans. I will keep you updated as this progresses.

Regards

Stephen

**Stephen Smith**
**Head of Security, Europe**
**International Security & Crisis Management**

**NBCUniversal**
NBCUniversal International
1 Central St Giles
St Giles High Street
London WC2H 8NU
United Kingdom
www.nbcuni.com

NBCUniversal

# NBCUniversal

## Season1 DIG Israel
## Crisis and Security Assessment
## April 2014

**Document History**

1

# NBCUniversal

| Title | Crisis and Security Assessment |
|---|---|
| Author | Stephen Smith Head of Security, Europe |
| Version | 1.0 |

**Stakeholder Group**

| Name | Role | Business Unit |
|---|---|---|
| Internal | | |
| Erin Noordeloos | Director, International Security and Crisis Management | International Security |
| Stephen Smith | Head of Security Europe | International Security |
| Randi Richmond | VP, Production | UCP/NBCU |
| | | |
| | | |
| | | |
| External | | |
| | | |
| | | |
| | | |

**Revision History**

| Version | Date | Pages Affected | Details of Change | Changes made by |
|---|---|---|---|---|
| | | | | |

**Introduction**

2

UCP002229
Page 1649

# NBCUniversal

This document concerns the security and crisis assessment and planning relating to the filming of Series1 DIG in Israel.

**Purpose**

This document has been created to evidence the steps that will be taken to ensure that NBCU International Security and Crisis Management have identified, assessed and documented the security risks and crisis management and response plans to mitigate against the security threats related to Season1 DIG.

**Scope**

This document covers all locations, both fixed and temporary, and all personnel involved in the production in Israel.

**Security and Crisis Plans**

*Detailed security and crisis planning will not be available until the exact locations of individual shoots have been confirmed. Security and crisis precautions may vary considerably between locations.*

**Risk Events**

- Direct violence targeting production.
- Direct violence from the criminal elements wanting to steal client equipment or disrupt production.
- Intimidation from local political organisations.
- Changes to the security landscape external to Israel (Syria/Egypt/Lebanon), directly effecting the security situation in-country.
- Serious injury to cast or crew due to Road Traffic Accident (RTA).
- Transportation disruption.
- Filming in disputed territory or politically sensitive areas.
- Intimidation of cast, crew or support services such a transport agents.
- Surveillance/ Monitoring by Intelligence Services.

Security and crisis planning will reflect the current threat level at each location and be formulated after liaison with the State Department Regional Security Officer, local agencies and an extensive network of sources. Plans will include the required response to security incidents at each location, place of safety/ shelter in place, relocation and repatriation, emergency communication and escalation processes.

To ensure response, evacuation and reparation plans are appropriate and fit for purpose details of all cast and crew contact information, accommodation, travel plans, country of residence and country of passport issue will be collated. Evacuation and repatriation plans will be provided in conjunction with service partners Northcott Global Solutions. GPS tracking will not be used.

Crisis and Security planning will include the area and individuals to be protected the nature of the threat(s), the capability of the individuals or organisation to mount an attack, the likely outcome, required mitigation and document the following;

- The assets to be protected.
- The perceived threats against the assets and the probability of their occurrence.

3

CONFIDENTIAL

# NBCUniversal

- The consequences of compromise of, or damage to, the assets.
- The physical areas containing the assets that give concern and the perceived vulnerability of those areas to the threat.
- Threat identification- Direct and indirect.
- Historic and current security threat level at each location.
- Accommodation security.
- Transportation- Routes and company providing transport services.
- Incident response and escalation.
- Possible security solutions.
- Response plans for dealing with location security issues such as demonstrators.
- Emergency contacts.
- Monitoring of social media and liaison with intelligence sources.
- Point of Contact for All Critical Functions. NBCU Emergency Commination system MiR3 will be available for use for the duration of the production.
- Situational awareness advice and briefings.

Consideration should be given to the following;

*Advice to all cast and crew on not issuing any political statements or commenting on political issues via social media or during interviews.*
*Issuing advice on use of down-time and implications of travel to certain areas, such as the West Bank, to cast and crew.*
*The profile of individuals such as talent associated with the production may add to the threat level associated with the production.*

**Security Summary**

Terrorist attacks by Palestinian militants have declined considerably since 2002, though there continues to be an underlying risk from terrorism especially against perceived 'soft targets' such as public places and public transport.

Arbitrary rocket fire by militant groups operating in Gaza occurs with varying degrees of frequency and intensity and mostly targets areas within 25 miles (40km) of the Gaza border; some groups, however, also possess long-range rocket capabilities to hit larger urban centres further afield. Therefore, in the event of rocket fire, personnel visiting southern areas closer to Gaza are advised to follow the security advice and instructions of the emergency services and civil authorities.

**Terrorism**

There is a general threat from terrorism. Attacks can be indiscriminate, including places frequented by foreigners. There is a threat of rockets being fired into Israeli territory from the Gaza Strip, Egypt and along the border areas with Lebanon and Syria. The Israel Security Agency reported a total of 918 of what it defined as terrorist attacks originating in the West Bank against Israeli citizens from January through November 2013. Some 760 involved firebombs but also included shootings, stabbings, grenade and IED incidents, and rock throwing. ISA identified an additional 360 attacks in Jerusalem, 312 of which involved firebombs. Rocket attacks and cross-border raids are likely to damage commercial and residential property in southern and northern settlements. Shooting and grenade attacks on vehicles, settlements and religious sites are likely, especially in the West Bank, Jerusalem and mixed Israeli-Palestinian towns.

4

UCP002231
Page 1651

# NBCUniversal

Gaza-based organizations, such as Hamas, the Palestinian Islamic Jihad (PIJ), and the Popular Resistance Committees (PRCs), are among the most active terrorist organizations in the region and carry out asymmetrical attacks, such as rocket/missile fire and sniper fire, around Israel's boundaries with the Gaza Strip and in and around the West Bank. Both Hamas and the PIJ are designated as Foreign Terrorist Organizations by the U.S. government, although the PRCs are splinter groups whose attacks have grown in scope and lethality since 2008. While some Palestinian groups, particularly those based in the West Bank, have recognized Israel's right to exist and negotiated with it, Hamas, the PIJ, and other factions remain publically committed to the destruction of Israel and do not distinguish between attacks on civilian or military targets.

**Civil Unrest**

In Jerusalem, the West Bank, and the Gaza Strip, demonstrations can occur spontaneously and have the potential to become violent without warning. Rock throwing, Molotov cocktails, small arms fire, and clashes with police are often dangerous characteristics of such unrest in both Israeli and Palestinian areas. Demonstrations can be particularly dangerous in areas such as checkpoints, settlements, military areas, and major thoroughfares, where protestors are likely to encounter Israeli security forces. There is potential for further unruly protests by members of the ultra-Orthodox Jewish given continuing anger over a controversial law revoking the community's exemption from military conscription.

**Religious or Ethnic Violence**

The city as a whole is also politically-charged ground. Clashes between Israeli security forces and Palestinians in East Jerusalem often occur as does violence with religious or ethnic overtones. The Old City area of East Jerusalem, especially religious sites, are flashpoint areas. There is high risk of unruly demonstrations and acts of low-level violence. Two police officers were injured when clashes early on 13 April erupted between the security forces and Palestinian worshippers at the Mughrabi Bridge Gate entrance to the Temple Mount complex.

**Security Risk Rating**

Israel- Low Security Risk
Tel Aviv- Low Security Risk
Jerusalem- Low Security Risk

**Recent Events**

**15 Apr 14**
In Hebron, in the West Bank, unidentified individuals threw a Molotov cocktail at IDF units; no casualties were reported.
**15 Apr 14**
Access to the al-Aqsa Mosque compound would be limited by Jerusalem's police in the wake of violence.
**15 Apr 14**
The Gaza Prime Minister announced that capturing Israeli soldiers was a top priority for Hamas, in order to force the release of Palestinians.


**15 Apr 14**
In the Gaza Strip near the Erez border crossing, the IDF opened fire on a group of Palestinians near the security fence, injuring one.

5

UCP002232
Page 1652

**NBCUniversal**

**13 Apr 2014: Israel: Jerusalem:**
Clashes at Temple Mount complex underline need for caution at religious sites; anticipate increased security
Two police officers were injured when clashes erupted between the security forces and Palestinian worshippers at the Mughrabi Bridge Gate entrance to the Temple Mount complex. Officers used stun grenades and rubber bullets to disperse the protesters, who threw stones and Molotov cocktails at them. The complex was briefly closed following the unrest, while additional security force personnel were deployed in the area; one person was arrested.

**13 Apr 2014: Israel: Urban centres:**
Anticipate further unruly protests by ultra-Orthodox community over controversial law

**April 03, 2014: Israel**
At least three rockets on 3 April were fired from the Gaza Strip (Palestinian Territories) into southern Israel, landing in open fields near Sderot (South district). There were no reports of casualties or damage, and no group immediately claimed responsibility for the attack, which nevertheless underscores the persistent risk of rocket fire in areas along the Israel-Gaza border.

**Jerusalem**

The security environment remains complex and hazardous, to varying degrees in Jerusalem, the West Bank, and the Gaza Strip. Travellers to these areas are advised to exercise caution. Extremist groups operate in the West Bank and the Gaza Strip and, during 2013, have exhibited their intent to carry out lethal attacks in Israel, Jerusalem, the West Bank, and the Gaza Strip. Security cooperation between the government of Israel and the Palestinian Authority (PA) continued in 2013. However, tensions remain high, as the peace process faces familiar challenges moving forward. Travellers to the Old City area of East Jerusalem should exercise caution at religious sites due to the persistent risk of unruly demonstrations and acts of low-level violence.

There are frequent demonstrations in many of the areas of the city including in and around the Old City, especially after Friday prayers. Some of these protests have led to violent clashes. The city has witnessed sporadic terrorist attacks due to its religious importance and disputed history, though the scale of violence has reduced since the end of the second intifada. Terrorist attacks have rarely targeted foreign nationals, though they remain at risk from indiscriminate and incidental violence.
Communal tensions in the Old City tend to be high in the vicinity of Temple Mount. Palestinian groups sometimes hold protests on Temple Mount, and occasionally clash with the security forces and throw stones at Jewish worshippers. These incidents generally occur after Friday midday prayers or during times of heightened political tensions.

**Tel Aviv**

The city witnessed several attacks by Palestinian suicide bombers against buses, hotels, restaurants and shopping areas during the second intifada (Palestinian uprising against Israel). However, the frequency of attacks has reduced in recent years. Palestinian militants do not target foreign interests directly and pose only a limited incidental threat. Tel Aviv is a security conscious city with security personnel deployed at several sites and stringent surveillance and vetting procedures in place. The authorities tend to intensify security measures during major Jewish festivals. The crime rate is low with petty theft likely to be the main threat to business travellers. Foreigners may encounter protests when visiting orthodox Jewish or Arab localities (mainly in Jaffa).

6

CONFIDENTIAL

# NBCUniversal

**Security Services**

Security services in country are scheduled to be provided by MAX Security Solutions (MAX) an Israel based security and risk management company. MAX have previously provided services to NBCUniversal and subsidiary production companies and are an approved supplier. MAX will be contracted to provide location security services, incident response, transportation and personnel security where necessary to protect people, assets and information relating to this production.

MAX will provide a detailed plan covering the personnel to be deployed, coordination plans, briefings, communication, response capability, location security, and daily briefings.

Security services will be provided in direct relation to the assessed threat level and will be deployed in a manner that does not add to the risk level.

**Approved Accommodation**

Accommodation details of all personnel involved in the production will be collated.
NBCU have classified the following hotels in Jerusalem and Tel Aviv as being of the required quality, location and providing the necessary security infrastructure:

Hotels are listed in alphabetical order and a hotel's position in the listing is not indicative of an overall security ranking.



**Tel Aviv**



**The Carriage of Audio Visual/Electronic Equipment**

Video cameras and other electronic items must be declared upon entry to Israel.

Upon arrival at the airport additional security-related delays are not unusual for travellers carrying audio-visual or data storage/processing equipment, and some have their laptop computers and other electronic equipment confiscated. While most items are returned prior to the traveller's departure, some equipment has been retained by the authorities for lengthy periods and has reportedly been damaged, destroyed, lost or never returned.

7

UCP002234
Page 1654

**NBCUniversal**

Israeli security officials have also in the past requested access to travellers' personal e-mail accounts or other social media accounts as a condition of entry. In such circumstances, staff should have no expectation of privacy for any data stored on such devices or accounts. (Note: NBCU staff should not take any devices in to Israel that contain NBCU related sensitive propriety information)

**Incident/Trigger Response Checklist**



UCP002235
Page 1655

# NBCUniversal

Should there be an incident that escalates in to a crisis during the period of location production, the NBCU International Crisis Management plan will be invoked by Stephen Smith Head of Security Europe.

**Conference Call**



**Crisis Management Team Composition (TBC)**

Tom McCarthy, SVP, Chief Global Security Officer will be nominated lead for incident escalation to the senior team in the US.

| Functionality | Individual | Mobile |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

**NBCUniversal Emergency Contact**

**Embassy Locations**

9

UCP002236
Page 1656

# NBCUniversal

**United States Embassy Contact**
In the event of an emergency U.S. travellers should call U.S. Embassy Tel Aviv:
U.S. Embassy Tel Aviv
71 Hayarkon St
Tel Aviv
Israel 63903

Tel: 03–519–7475

(Note: The American Citizen Services unit can answer telephone inquiries only during the hours of 14:00 to 16:00 pm, Monday through Thursday).

Emergency: For after-hours emergencies, call 03-519-7575

**British Embassy**
192 Hayarkon Street
6340502
Israel
Email
webmaster.telaviv@fco.gov.uk

Telephone
+972 (0)3 725 1222

**Australian Embassy**
Discount Bank Tower, Level 28,
23 Yehuda Halevi Street,
Tel Aviv - Telephone: 03 693 5000 - Fax: 03 693 5002

**Canadian Embassy**
Canada House
3/5 Nirim Street
Tel Aviv, 67060
Israel

Tel: (011 972 3) 636-3300
Fax: (011 972 3) 636-3380

**NBCU Locations**



10

CONFIDENTIAL

# EXHIBIT 151

| From: | Smith, Stephen (NBCUniversal) </O=NBC UNIVERSAL/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=STEPHEN.SMITH> |
|---|---|
| Sent: | May 13, 2014 9:33 AM |
| To: | Richmond, Randi (NBCUniversal);Mark Winemaker |
| Subject: | DIG Security Update |
| Attachments: | DIG Location Maps.pdf |

Good Afternoon Randi and Mark,

I just wanted to keep you up to speed with the security planning for DIG.

I am meeting with State Department Regional Security Officer on Tuesday 20th in Jerusalem at the US Consulate to get their in-sight into current risks and available support.

The information I have received so far reflects my initial report with the main areas of concern being a recurring risk of terrorism although there has been no significant increase in threat level, post breakdown of peace talks, but there has been considerable aggressive rhetoric. Civil unrest remains the most likely risk area with advise against travel to Jerusalem's Old City on Fridays particularly during the afternoons, as protests do often take place after prayers. While protests are most common near the Dome of the Rock, they have been known to occur in other locations as well and can quickly spread. Additionally, we often see violence with police and the use of tear gas. This is a pretty constant concern, but can flare up from time to time depending on the situation in the West Bank or potential regional developments that inflame tensions. Detailed security support will reflect these issues.

I have been engaging with MAX Security via telephone and email have an initial meeting arranged prior to location scouts. I have attached a summary of the locations I have received from Liat's team.

I will be in country from late Thursday 16th for one week and will keep you updated as planning progresses.

I am also completing a security overview advice piece for crew briefings.

Regards

Stephen

**Stephen Smith**
**Head of Security, Europe**
**International Security & Crisis Management**



**NBCUniversal**
NBCUniversal International
1 Central St Giles
St Giles High Street

London WC2H 8NU
United Kingdom
www.nbcuni.com

CONFIDENTIAL

## JERUSALEM LOCATIONS

Most security incidents take place in and around the West Bank/ Gaza Strip and border areas.

Recent indicator events for Jerusalem:

- At the al-Quds University campus in Abu Dis, Jerusalem, students threw stones and bottles at the IDF who responded with tear gas and stun grenades.
- At the al-Aqsa Mosque compound in Jerusalem, Israeli security forces stopped Muslim worshippers from entering the compound for a second day running.
- In the al-Isawiya area of Jerusalem the IDF erected a checkpoint, leading to protests by local Arabs, six of whom were injured and one arrested.
- In the al-Isswiya district of Jerusalem, Israeli security forces carried out raids and detained two individuals, wounding two others in the process.



Event: On 15 May, Palestinians will celebrate the Nakba (Day of the Catastrophe) across Palestinian Territories.
Thousands of people will likely stage simultaneous marches and demonstrations across West Bank cities like Bethlehem, Beitunia, Hebron, Jenin, Qalqilyam and Ramallah, Gaza City and Jerusalem. There is a severe risk of protests turning violent, especially if protesters attempt to approach border crossing points with Israel, especially the Erez border point between Gaza and Israel and the Qalandia crossing terminal between Ramallah and East Jerusalem. In this event, IDF soldiers are likely to disperse protesters with teargas, batons, water cannon and rubber bullets, with protesters very likely to respond by throwing stones and petrol bombs. In Jerusalem, IDF troops are highly likely to intervene in the event of skirmishes between Orthodox Jews and Palestinian activists, especially around the Temple Mount area and around Damascus Gate in East Jerusalem.

CONFIDENTIAL

UCP_003689

Page 1661

## Jerusalem

### OLD CITY

- Temple Mount
- Galicia's Courtyard (rooftops)
- Tzidkiyahu cave
- Western Wall tunnels
- Ma'alot ha-Rav Shlomo Goren

- Tunnel: links the City of David in Silwan with the Archaeological Park & *Davidson* Center, which is located near the *Western Wall*.)
- At least four Palestinian worshippers were injured on 6 May during clashes with the security forces, who fired rubber bullets and stun grenades to disperse them at the entrance of the al-Aqsa Mosque in the Temple Mount complex. The unrest erupted after the police prevented male worshippers under the age of 50 from entering the mosque.
- Low-level clashes occur periodically at the Temple Mount complex, which is a common flashpoint for violence because of its religious significance for both Muslims and Jews. During such disturbances, the police are likely to use tear gas, stun grenades and baton charges to disperse unruly protesters, who may throw stones and other projectiles. Additional security force personnel are also likely to be dispatched to the area following violent incidents or during times of heightened tensions.
- Increased security measures may also be imposed in other sensitive parts of East Jerusalem, including in mainly Palestinian areas such as Issawiya, Silwan and Shelkh Jarrah, which have previously experienced low-level clashes.

In the Old City, the Dome of the Rock, around Al-Aqsa Mosque and the Western Wall can be flashpoints for spontaneous confrontations between Palestinians and Israelis, or Palestinians and the Israeli security forces. Isolated street demonstrations can also break out on Salah Ed-Din Street and Damascus Gate areas in East Jerusalem. However, there is no reason to avoid these locations, except during periods of heightened political tension, when the risk of violent protests increases. Travellers should take particular care after Friday prayers, when demonstrations are most likely to occur.



CONFIDENTIAL

UCP_003690





## RAMLA (Ramle)

The city is predominantly Jewish with a significant Arab minority.
Five prisons are located in Ramla, including the maximum-security Ayalon Prison.
In 2010 Ramle was one of the top 4 cities with violent crime in Israel.

- Adas Shafik stree
- Dani Mas stree
- **Dr. Nicha st. (not found)**

### Nezer Sirani Kibbutz

...a kibbutz in central Israel. Located in the Shephelah between Be'er Ya'akov and Ness Ziona, it falls under the jurisdiction of Gezer Regional Council. In 2006 it had a population of 534.

CONFIDENTIAL

UCP_003691



## Tel Aviv

Tel Aviv has a low crime rate by European standards. The old city of Jaffa, which is more economically disadvantaged, suffers from a much higher rate of violent crime and gang activity. However, serious crime against foreigners is rare.

The last major attack in Tel Aviv occurred in April 2006.

### TROUBLE SPOTS

Orthodox-dominated areas such as Bnei Barak should not be visited during the Jewish Sabbath. Foreigners should exercise caution in the predominantly Arab area of **Jaffa** (particularly the Ajami quarter), where violent protests may be sparked off by events in the occupied West Bank.

- Jaffa - Mordechai Ben Tov street and Ben Zvi road. (Mapped)

Both the US and UK embassies are located on Hayarkon Street. UK Embassy is opposite the Hilton and the US embassy is further south.

CONFIDENTIAL

UCP_003692

Al-Nabi Musa: located East of Jerusalem.



Nabi Musa is the name of a site in the Judean desert that popular Palestinian folklore associates with Moses. It is also the name of a seven-day long religious festival that was celebrated annually by Palestinian Muslims, beginning on the Friday before Good Friday in the old Orthodox Greek calendar. Considered "the most important Muslim pilgrimage in Palestine," the festival centered around a collective pilgrimage from Jerusalem to what was understood to be the Tomb of Moses, near Jericho.

A Palestinian village with the same name lies close to the site. In 2007 it had a residential population of 309 according the census by the Palestinian Central Bureau of Statistics (PCBS).

CONFIDENTIAL

UCP_003693



CONFIDENTIAL

UCP_003694