# EXHIBIT 152



# Selected Speeches of
# President George W. Bush

## 2001 – 2008

# SELECTED SPEECHES OF PRESIDENT GEORGE W. BUSH

## 2001 – 2008

## TABLE OF CONTENTS

### 2001

The First Inaugural Address
*January 20, 2001* .......................................................................... *1*
Remarks to New White House Staff
*January 22, 2001* .......................................................................... *7*
Remarks on the Education Plan Submitted to Congress
*January 23, 2001* .......................................................................... *9*
Faith-Based and Community Initiatives Announcement
*January 29, 2001* .......................................................................... *15*
Remarks at the National Prayer Breakfast
*February 1, 2001* .......................................................................... *19*
Address to the Joint Session of the 107th Congress
*February 27, 2001* ........................................................................ *23*
Dedication of the Pope John Paul II Cultural Center
*March 22, 2001* ............................................................................ *37*
Tax Relief Address to the United States Chamber of Commerce
*April 16, 2001* .............................................................................. *41*
Days of Remembrance Observance
*April 19, 2001* .............................................................................. *47*
Stem Cell Address to the Nation
*August 9, 2001* ............................................................................. *51*
Address to the Nation on the September 11 Attacks
*September 11, 2001* ....................................................................... *57*
National Day of Prayer and Remembrance Service
*September 14, 2001* ....................................................................... *59*
Remarks to New York Rescue Workers
*September 14, 2001* ....................................................................... *63*
Address to the Joint Session of the 107th Congress
*September 20, 2001* ....................................................................... *65*
Address to the Nation on Operations in Afghanistan
*October 7, 2001* ........................................................................... *75*
Department of Defense Service of Remembrance at the Pentagon
*October 11, 2001* .......................................................................... *79*

Address to the United Nations General Assembly
    *November 10, 2001* ........................................................................ 83
Address at the Citadel
    *December 11, 2001* ........................................................................ 91
The World Will Always Remember September 11
    *December 11, 2001* ...................................................................... 101

## 2002

State of the Union Address to the 107th Congress
    *January 29, 2002* ........................................................................ 103
Promoting Compassionate Conservatism
    *April 30, 2002* ............................................................................ 115
West Point Commencement
    *June 1, 2002* ............................................................................... 125
Middle East Peace Process
    *June 24, 2002* ............................................................................. 133
Address to the United Nations General Assembly
    *September 12, 2002* ..................................................................... 139

## 2003

State of the Union Address to the 108th Congress
    *January 28, 2003* ........................................................................ 149
Remarks on the Loss of the Space Shuttle Columbia
    *February 1, 2003* ........................................................................ 165
Remarks on the Future of Iraq
    *February 26, 2003* ...................................................................... 167
Address to the Nation on Military Operations in Iraq
    *March 19, 2003* .......................................................................... 175
Remarks on the Freedom Agenda
    *November 6, 2003* ...................................................................... 177
Remarks at Signing of Medicare Reform Legislation
    *December 8, 2003* ....................................................................... 189

## 2004

State of the Union Address to the 108th Congress, Second Session
    *January 20, 2004* ........................................................................ 197
Remarks on Opening New Markets for America's Workers
    *March 10, 2004* ........................................................................... 213

Remarks on Education
    *May 11, 2004* ............................................................................ 229
Commemorating Ronald Wilson Reagan, Fortieth President of the
United States
    *June 11, 2004* ............................................................................ 247
Unveiling of President Clinton and Senator Clinton's Portraits
    *June 14, 2004* ............................................................................ 253
Address to the Republican National Convention
    *September 2, 2004* .................................................................... 257

## 2005

The Second Inaugural Address
    *January 20, 2005* ...................................................................... 273
State of the Union Address to the 109th Congress
    *February 2, 2005* ...................................................................... 279
Remarks on Strengthening Social Security
    *April 18, 2005* ........................................................................... 295
Nomination of John Roberts to the Supreme Court of the United States
    *July 19, 2005* ............................................................................. 309
Promoting the Central American Free Trade Agreement
    *July 21, 2005* ............................................................................. 313
Address to the Nation on Hurricane Katrina
    *September 15, 2005* .................................................................... 325

## 2006

State of the Union Address to the 109th Congress, Second Session
    *January 31, 2006* ...................................................................... 335
Remarks on the Advanced Energy Initiative
    *February 20, 2006* ..................................................................... 351
Address to the Nation on Immigration
    *May 15, 2006* ............................................................................ 369
Address to the American Legion National Convention: The Ideological
Struggle of the 21st Century
    *August 31, 2006* ........................................................................ 377
Remarks on the Global War on Terror: The Enemy in Their Own Words
    *September 5, 2006* ..................................................................... 393
Address on the Creation of Military Commissions to Try Suspected
Terrorists
    *September 6, 2006* ..................................................................... 409

Address to the Nation on the Fifth Anniversary of 9/11
 *September 11, 2006* ..................................................................... *423*
Address to the United Nations General Assembly: A World Beyond
Terror
 *September 19, 2006* ..................................................................... *431*
Christening Ceremony of the George H. W. Bush
 *October 7, 2006* ......................................................................... *439*

## 2007

Commemorating Gerald R. Ford, Thirty-Eighth President of the United
States
 *January 2, 2007* ......................................................................... *443*
Address to the Nation on Iraq
 *January 10, 2007* ........................................................................ *447*
Medal of Honor Ceremony for Jason Dunham
 *January 11, 2007* ........................................................................ *457*
State of the Union Address to the 110th Congress
 *January 23, 2007* ........................................................................ *461*
Address to an International Conference on Democracy and Security in
Prague
 *June 5, 2007* ............................................................................... *477*
Address to the Nation on the Way Forward in Iraq
 *September 13, 2007* ..................................................................... *487*
Remarks on Energy Security and Climate Change
 *September 28, 2007* ..................................................................... *495*
Remarks on Cuba
 *October 24, 2007* ....................................................................... *505*
Address to the Annapolis Conference
 *November 27, 2007* ..................................................................... *515*
Remarks at a Reception in Celebration of Hanukkah
 *December 10, 2007* ..................................................................... *523*

## 2008

State of the Union Address to the 110th Congress, Second Session
 *January 28, 2008* ........................................................................ *525*
Remarks on Africa
 *February 14, 2008* ...................................................................... *541*
Remarks on the Visit of His Holiness Pope Benedict XVI
 *April 16, 2008* ........................................................................... *555*

Address to the Members of the Knesset
  *May 15, 2008* ............................................................................ 557
Remarks on Volunteerism
  *September 8, 2008* ..................................................................... 565
Address to the Nation on the Financial Crisis
  *September 24, 2008* ................................................................... 575
Remarks on the United States Ocean Action Plan
  *September 26, 2008* ................................................................... 581
Address to the White House Summit on International Development
  *October 21, 2008* ...................................................................... 589
Remarks at the Graduation Ceremony for Federal Bureau of
Investigation Special Agents
  *October 30, 2008* ...................................................................... 603
Remarks on the Presidential Election
  *November 5, 2008* ..................................................................... 609

ADDRESS TO THE JOINT SESSION OF THE 107TH CONGRESS

UNITED STATES CAPITOL
WASHINGTON, D.C.
SEPTEMBER 20, 2001

Mr. Speaker, Mr. President Pro Tempore, members of Congress, and fellow Americans:

In the normal course of events, Presidents come to this chamber to report on the state of the Union. Tonight, no such report is needed. It has already been delivered by the American people.

We have seen it in the courage of passengers, who rushed terrorists to save others on the ground — passengers like an exceptional man named Todd Beamer. And would you please help me to welcome his wife, Lisa Beamer, here tonight.

We have seen the state of our Union in the endurance of rescuers, working past exhaustion. We have seen the unfurling of flags, the lighting of candles, the giving of blood, the saying of prayers — in English, Hebrew, and Arabic. We have seen the decency of a loving and giving people who have made the grief of strangers their own.

My fellow citizens, for the last nine days, the entire world has seen for itself the state of our Union — and it is strong.

Tonight we are a country awakened to danger and called to defend freedom. Our grief has turned to anger, and anger to resolution. Whether we bring our enemies to justice, or bring justice to our enemies, justice will be done.

I thank the Congress for its leadership at such an important time. All of America was touched on the evening of the tragedy to see Republicans and Democrats joined together on the steps of this Capitol, singing "God Bless America." And you did more than sing; you acted, by delivering $40 billion to rebuild our communities and meet the needs of our military.

Speaker Hastert, Minority Leader Gephardt, Majority Leader Daschle and Senator Lott, I thank you for your friendship, for your leadership and for your service to our country.

———

65

And on behalf of the American people, I thank the world for its outpouring of support. America will never forget the sounds of our National Anthem playing at Buckingham Palace, on the streets of Paris, and at Berlin's Brandenburg Gate.

We will not forget South Korean children gathering to pray outside our embassy in Seoul, or the prayers of sympathy offered at a mosque in Cairo. We will not forget moments of silence and days of mourning in Australia and Africa and Latin America.

Nor will we forget the citizens of 80 other nations who died with our own: dozens of Pakistanis; more than 130 Israelis; more than 250 citizens of India; men and women from El Salvador, Iran, Mexico and Japan; and hundreds of British citizens. America has no truer friend than Great Britain. Once again, we are joined together in a great cause — so honored the British Prime Minister has crossed an ocean to show his unity of purpose with America. Thank you for coming, friend.

On September the 11th, enemies of freedom committed an act of war against our country. Americans have known wars — but for the past 136 years, they have been wars on foreign soil, except for one Sunday in 1941. Americans have known the casualties of war — but not at the center of a great city on a peaceful morning. Americans have known surprise attacks — but never before on thousands of civilians. All of this was brought upon us in a single day — and night fell on a different world, a world where freedom itself is under attack.

Americans have many questions tonight. Americans are asking: Who attacked our country? The evidence we have gathered all points to a collection of loosely affiliated terrorist organizations known as al Qaeda. They are the same murderers indicted for bombing American embassies in Tanzania and Kenya, and responsible for bombing the USS Cole.

Al Qaeda is to terror what the mafia is to crime. But its goal is not making money; its goal is remaking the world — and imposing its radical beliefs on people everywhere.

The terrorists practice a fringe form of Islamic extremism that

---

66

has been rejected by Muslim scholars and the vast majority of Muslim clerics — a fringe movement that perverts the peaceful teachings of Islam. The terrorists' directive commands them to kill Christians and Jews, to kill all Americans, and make no distinction among military and civilians, including women and children.

This group and its leader — a person named Osama bin Laden — are linked to many other organizations in different countries, including the Egyptian Islamic Jihad and the Islamic Movement of Uzbekistan. There are thousands of these terrorists in more than 60 countries. They are recruited from their own nations and neighborhoods and brought to camps in places like Afghanistan, where they are trained in the tactics of terror. They are sent back to their homes or sent to hide in countries around the world to plot evil and destruction.

The leadership of al Qaeda has great influence in Afghanistan and supports the Taliban regime in controlling most of that country. In Afghanistan, we see al Qaeda's vision for the world.

Afghanistan's people have been brutalized — many are starving and many have fled. Women are not allowed to attend school. You can be jailed for owning a television. Religion can be practiced only as their leaders dictate. A man can be jailed in Afghanistan if his beard is not long enough.

The United States respects the people of Afghanistan — after all, we are currently its largest source of humanitarian aid — but we condemn the Taliban regime. It is not only repressing its own people, it is threatening people everywhere by sponsoring and sheltering and supplying terrorists. By aiding and abetting murder, the Taliban regime is committing murder.

And tonight, the United States of America makes the following demands on the Taliban: Deliver to United States authorities all the leaders of al Qaeda who hide in your land. Release all foreign nationals, including American citizens, you have unjustly imprisoned. Protect foreign journalists, diplomats and aid workers in your country. Close immediately and permanently every terrorist training camp in Afghanistan, and hand over every terrorist, and

---

67

every person in their support structure, to appropriate authorities.
Give the United States full access to terrorist training camps, so we
can make sure they are no longer operating.

These demands are not open to negotiation or discussion. The
Taliban must act, and act immediately. They will hand over the
terrorists, or they will share in their fate.

I also want to speak tonight directly to Muslims throughout the
world. We respect your faith. It's practiced freely by many millions
of Americans, and by millions more in countries that America
counts as friends. Its teachings are good and peaceful, and those
who commit evil in the name of Allah blaspheme the name of Allah.
The terrorists are traitors to their own faith, trying, in effect, to
hijack Islam itself. The enemy of America is not our many Muslim
friends; it is not our many Arab friends. Our enemy is a radical
network of terrorists, and every government that supports them.

Our war on terror begins with al Qaeda, but it does not end there.
It will not end until every terrorist group of global reach has been
found, stopped and defeated.

Americans are asking, why do they hate us? They hate what
we see right here in this chamber — a democratically elected
government. Their leaders are self-appointed. They hate our
freedoms — our freedom of religion, our freedom of speech, our
freedom to vote and assemble and disagree with each other.

They want to overthrow existing governments in many Muslim
countries, such as Egypt, Saudi Arabia, and Jordan. They want to
drive Israel out of the Middle East. They want to drive Christians
and Jews out of vast regions of Asia and Africa.

These terrorists kill not merely to end lives, but to disrupt and
end a way of life. With every atrocity, they hope that America
grows fearful, retreating from the world and forsaking our friends.
They stand against us, because we stand in their way.

We are not deceived by their pretenses to piety. We have seen
their kind before. They are the heirs of all the murderous ideologies
of the 20th century. By sacrificing human life to serve their radical
visions — by abandoning every value except the will to power —

————

68

they follow in the path of fascism, and Nazism, and totalitarianism. And they will follow that path all the way, to where it ends: in history's unmarked grave of discarded lies.

Americans are asking: How will we fight and win this war? We will direct every resource at our command — every means of diplomacy, every tool of intelligence, every instrument of law enforcement, every financial influence, and every necessary weapon of war — to the disruption and to the defeat of the global terror network.

This war will not be like the war against Iraq a decade ago, with a decisive liberation of territory and a swift conclusion. It will not look like the air war above Kosovo two years ago, where no ground troops were used and not a single American was lost in combat.

Our response involves far more than instant retaliation and isolated strikes. Americans should not expect one battle, but a lengthy campaign, unlike any other we have ever seen. It may include dramatic strikes, visible on TV, and covert operations, secret even in success. We will starve terrorists of funding, turn them one against another, drive them from place to place, until there is no refuge or no rest. And we will pursue nations that provide aid or safe haven to terrorism. Every nation, in every region, now has a decision to make. Either you are with us, or you are with the terrorists. From this day forward, any nation that continues to harbor or support terrorism will be regarded by the United States as a hostile regime.

Our nation has been put on notice: We are not immune from attack. We will take defensive measures against terrorism to protect Americans. Today, dozens of federal departments and agencies, as well as state and local governments, have responsibilities affecting homeland security. These efforts must be coordinated at the highest level. So tonight I announce the creation of a Cabinet-level position reporting directly to me — the Office of Homeland Security.

And tonight I also announce a distinguished American to lead this effort, to strengthen American security: a military veteran, an effective governor, a true patriot, a trusted friend — Pennsylvania's

---

69

Tom Ridge. He will lead, oversee and coordinate a comprehensive
national strategy to safeguard our country against terrorism, and
respond to any attacks that may come.

These measures are essential. But the only way to defeat
terrorism as a threat to our way of life is to stop it, eliminate it, and
destroy it where it grows.

Many will be involved in this effort, from FBI agents to
intelligence operatives to the reservists we have called to active
duty. All deserve our thanks, and all have our prayers. And tonight,
a few miles from the damaged Pentagon, I have a message for our
military: Be ready. I've called the Armed Forces to alert, and there
is a reason. The hour is coming when America will act, and you
will make us proud.

This is not, however, just America's fight. And what is at stake
is not just America's freedom. This is the world's fight. This is
civilization's fight. This is the fight of all who believe in progress
and pluralism, tolerance and freedom.

We ask every nation to join us. We will ask, and we will need,
the help of police forces, intelligence services, and banking systems
around the world. The United States is grateful that many nations
and many international organizations have already responded —
with sympathy and with support. Nations from Latin America, to
Asia, to Africa, to Europe, to the Islamic world. Perhaps the NATO
Charter reflects best the attitude of the world: An attack on one is
an attack on all.

The civilized world is rallying to America's side. They
understand that if this terror goes unpunished, their own cities,
their own citizens may be next. Terror, unanswered, can not only
bring down buildings, it can threaten the stability of legitimate
governments. And you know what — we're not going to allow it.

Americans are asking: What is expected of us? I ask you to live
your lives, and hug your children. I know many citizens have fears
tonight, and I ask you to be calm and resolute, even in the face of a
continuing threat.

I ask you to uphold the values of America, and remember why

———————

70

so many have come here. We are in a fight for our principles, and
our first responsibility is to live by them. No one should be singled
out for unfair treatment or unkind words because of their ethnic
background or religious faith.

I ask you to continue to support the victims of this tragedy with
your contributions. Those who want to give can go to a central
source of information, libertyunites.org, to find the names of groups
providing direct help in New York, Pennsylvania, and Virginia.

The thousands of FBI agents who are now at work in this
investigation may need your cooperation, and I ask you to give it.

I ask for your patience, with the delays and inconveniences that
may accompany tighter security; and for your patience in what will
be a long struggle.

I ask your continued participation and confidence in the
American economy. Terrorists attacked a symbol of American
prosperity. They did not touch its source. America is successful
because of the hard work, and creativity, and enterprise of our
people. These were the true strengths of our economy before
September 11th, and they are our strengths today.

And, finally, please continue praying for the victims of terror
and their families, for those in uniform, and for our great country.
Prayer has comforted us in sorrow, and will help strengthen us for
the journey ahead.

Tonight I thank my fellow Americans for what you have already
done and for what you will do. And ladies and gentlemen of the
Congress, I thank you, their representatives, for what you have
already done and for what we will do together. Tonight, we face
new and sudden national challenges. We will come together
to improve air safety, to dramatically expand the number of air
marshals on domestic flights, and take new measures to prevent
hijacking. We will come together to promote stability and keep our
airlines flying, with direct assistance during this emergency.

We will come together to give law enforcement the additional
tools it needs to track down terror here at home. We will come
together to strengthen our intelligence capabilities to know the plans

———————

71

of terrorists before they act, and find them before they strike.

We will come together to take active steps that strengthen America's economy, and put our people back to work.

Tonight we welcome two leaders who embody the extraordinary spirit of all New Yorkers: Governor George Pataki, and Mayor Rudolph Giuliani. As a symbol of America's resolve, my administration will work with Congress, and these two leaders, to show the world that we will rebuild New York City.

After all that has just passed — all the lives taken, and all the possibilities and hopes that died with them — it is natural to wonder if America's future is one of fear. Some speak of an age of terror. I know there are struggles ahead, and dangers to face. But this country will define our times, not be defined by them. As long as the United States of America is determined and strong, this will not be an age of terror; this will be an age of liberty, here and across the world.

Great harm has been done to us. We have suffered great loss. And in our grief and anger we have found our mission and our moment. Freedom and fear are at war. The advance of human freedom — the great achievement of our time, and the great hope of every time — now depends on us. Our nation — this generation — will lift a dark threat of violence from our people and our future. We will rally the world to this cause by our efforts, by our courage. We will not tire, we will not falter, and we will not fail.

It is my hope that in the months and years ahead, life will return almost to normal. We'll go back to our lives and routines, and that is good. Even grief recedes with time and grace. But our resolve must not pass. Each of us will remember what happened that day, and to whom it happened. We'll remember the moment the news came — where we were and what we were doing. Some will remember an image of a fire, or a story of rescue. Some will carry memories of a face and a voice gone forever.

And I will carry this: It is the police shield of a man named George Howard, who died at the World Trade Center trying to save others. It was given to me by his mom, Arlene, as a proud memorial

———

72

to her son.  This is my reminder of lives that ended, and a task that
does not end.

I will not forget this wound to our country or those who inflicted
it.  I will not yield; I will not rest; I will not relent in waging this
struggle for freedom and security for the American people.

The course of this conflict is not known, yet its outcome is
certain.  Freedom and fear, justice and cruelty, have always been at
war, and we know that God is not neutral between them.

Fellow citizens, we'll meet violence with patient justice —
assured of the rightness of our cause, and confident of the victories
to come.  In all that lies before us, may God grant us wisdom, and
may He watch over the United States of America.

_____

73