# EXHIBIT 153



*Congressional Research Service*
Informing the legislative debate since 1914

# Al Qaeda and U.S. Policy: Middle East and Africa

Carla E. Humud
Analyst in Middle Eastern and African Affairs

August 11, 2016

Congressional Research Service
7-5700
www.crs.gov
R43756

CRS REPORT
Prepared for Members and
Committees of Congress

*Al Qaeda and U.S. Policy: Middle East and Africa*

# Summary

After nearly a decade and a half of combating Al Qaeda (AQ) in Afghanistan and Pakistan, the United States faces an increasingly diverse threat from Al Qaeda affiliates in the Middle East and Africa. While senior Al Qaeda figures reportedly remain based in Pakistan, the network maintains a number of affiliates across the Middle East and Africa including Al Qaeda in the Arabian Peninsula (AQAP), Al Qaeda in the Islamic Maghreb (AQIM), and Al Shabaab. Al Qaeda also retains a small but growing presence in Afghanistan. U.S. officials have stated that Al Qaeda still maintains a foothold in Syria through its ties to *Jabhat Fatah al Sham* (formerly known as the Nusra Front). This report examines the threat posed by Al Qaeda affiliates in the Middle East and Africa as described by U.S. officials and outside observers, as well as the U.S. approach to date in responding to the threat posed by individual groups.

The rise of the Islamic State and its rapid territorial expansion across Syria and Iraq has at times eclipsed the attention directed towards Al Qaeda, at least in the public debate. However, U.S. officials have warned that Al Qaeda remains focused on attacking the United States, and that some of its affiliates in the Middle East have the capability to do so. AQ affiliates that have primarily targeted local governments in the region have also turned their efforts to Western interests abroad, aiming at soft targets—such as hotels—frequented by Americans or Europeans. U.S. officials have cautioned that some Al Qaeda affiliates may increasingly turn to this type of high-profile attack as a way of remaining "competitive" for funds and recruits, in light of the wide publicity garnered by the Islamic State.

Congressional concerns regarding these issues might shape ongoing reevaluations of the laws that underpin current U.S. counterterrorism policy, including the 2001 Authorization for Use of Military Force (AUMF, P.L. 107-40). In addition to the AUMF, Congress has addressed the emergence of Al Qaeda affiliates through a number of channels, including oversight of executive branch counterterrorism policies and practices; authorization and appropriations of U.S. funds for counterterrorism operations; and oversight of assistance for partner nations engaged in such operations.

**Note:** This report does not cover Al Qaeda affiliates outside of the Middle East, Afghanistan, and Africa. See also CRS Report R44563, *Terrorism and Violent Extremism in Africa*, by Lauren Ploch Blanchard and Alexis Arieff, and CRS Report R44501, *Terrorism in Southeast Asia*, by Ben Dolven et al.

# Contents

Introduction ........................................................................................................................ 1
Al Qaeda's Emergence and Organizational Development ................................................. 1
    Roots in Afghanistan ................................................................................................... 1
    Rise of Affiliate Groups .............................................................................................. 3
    Al Qaeda – Islamic State Split .................................................................................... 3
    Al Qaeda – Nusra Front Split ...................................................................................... 5
Posture and U.S. Threat Assessments ................................................................................ 6
    Al Qaeda in Afghanistan ............................................................................................. 6
    Al Qaeda in the Arabian Peninsula ............................................................................. 7
    Al Qaeda in the Islamic Maghreb ............................................................................... 8
    The Nusra Front / Levant Conquest Front ................................................................. 8
    Al Shabaab ................................................................................................................ 10
Ideology ........................................................................................................................... 10
    Al Qaeda Messaging on the Islamic State ............................................................... 10
Selected Policy Responses .............................................................................................. 12
    Military Operations .................................................................................................. 13
    Efforts to Build Regional Partners' Military Capability .......................................... 14
    Targeted Sanctions ................................................................................................... 15
    Countering Violent Extremism ................................................................................. 17
Legislation and Issues for Congress ................................................................................ 18
    Authorization for the Use of Military Force ............................................................ 18
    FY2016-FY2017 Appropriations for Foreign Operations and Defense .................. 19
Outlook ............................................................................................................................ 20

# Contacts

Author Contact Information ............................................................................................ 22

# Introduction

Since the attacks of September 11, 2001, groups espousing Al Qaeda's ideology have proliferated in the Middle East and Africa. Some of these groups have pledged allegiance to Al Qaeda (AQ) leader Ayman al Zawahiri, and others have not. Even among the groups that have formal alliances with Al Qaeda, there is significant variation over the extent to which they are operationally integrated with Al Qaeda's senior leadership in practice. Some of these groups, despite the formal alliances, emerged in the context of local conflicts and are self-sustaining. In a speech at West Point in May 2014, President Obama stated, "Today's principal threat no longer comes from a centralized Al Qaeda leadership. Instead, it comes from decentralized Al Qaeda affiliates and extremists, many with agendas focused in the countries where they operate." While the groups discussed in this report focus the majority of their attacks on local targets, they have been identified by U.S. officials as posing a credible threat to the United States or its allies, or to U.S. interests in the Middle East and Africa.

The rise and rapid expansion of the Islamic State (IS, aka ISIL/ISIS or the Arabic acronym *Da'esh*) in Iraq and Syria since 2013 has unsettled Al Qaeda's leadership. The State Department's 2015 Country Reports on Terrorism states that, "the tensions between AQ and ISIL escalated in a number of regions during 2015 and likely resulted in increased violence in several parts of the world as AQ tried to reassert its dominance." The Islamic State's expansion has also reignited a debate over the type and scope of policies and legislation needed to provide the tools to fully address the threats posed by such groups. In addition, the ongoing debates within Al Qaeda itself—over leadership and tactics—may prompt a reexamination of U.S. understanding of the group, and the ways in which it may have evolved since the September 11, 2001 attacks. For additional information on the Islamic State, see CRS Report R43612, *The Islamic State and U.S. Policy*, by Christopher M. Blanchard and Carla E. Humud.

# Al Qaeda's Emergence and Organizational Development

## Roots in Afghanistan

In 1988, Osama bin Laden formally established Al Qaeda from a network of veterans of the Afghan insurgency against the Soviet Union. The group conducted a series of terrorist attacks against U.S. and allied targets, including the 1998 bombings of U.S. embassies in Kenya and Tanzania and the 2000 attack on the U.S.S. Cole docked in Aden, Yemen. After the attacks of September 11, 2001, the United States redoubled its counterterrorism (CT) efforts, forcing the group's leadership to flee Afghanistan—where they had been hosted by the Taliban—and seek refuge in Pakistan. U.S. forces located and killed Bin Laden in Pakistan in 2011, and Bin Laden's deputy Ayman al Zawahiri assumed leadership of the group. U.S. intelligence officials have argued in testimony to Congress that persistent CT operations against Al Qaeda since 2001 have significantly degraded the group's leadership in Afghanistan and Pakistan, but that Al Qaeda's affiliates have proven resilient.[1]

---

[1] Testimony of James R. Clapper, Director of National Intelligence, before the Senate Armed Services Committee hearing on the "Worldwide Threat Assessment," February 9, 2016.

### Profile: Al Qaeda Leader Ayman al Zawahiri



Ayman al Zawahiri was born in 1951 to a prominent Egyptian family. He studied medicine at Cairo University alongside his twin sister, obtaining a degree in general surgery in 1974. He then served three years as a surgeon in the Egyptian army, before marrying the daughter of a wealthy family in 1978. In 1980 he traveled to Peshawar, near Pakistan's border with Afghanistan, where he volunteered as a medic treating Afghan refugees of the Soviet-Afghan conflict. Six years later he would return to Peshawar and join forces with Bin Laden. However, Zawahiri's Salafist views developed in Egypt, shaped by the political context of the time. Muslim Brotherhood theorist Sayyid Qutb, who called for an Islamic revival to replace secular government with divine law, was executed by the Egyptian government in 1966. Zawahiri, whose maternal uncle had served as Qutb's lawyer, became active in one of many underground Islamist organizations. Zawahiri's activism continued during his university years. Banned from participating in politics, the Muslim Brotherhood and other Egyptian Islamist organizations were highly active in student and professional unions. Inspired by Qutb's ideology and galvanized by the 1967 defeat of Egypt by Israel, they aimed to replace Egypt's secular government with a system of Islamic rule. The Iranian revolution of 1979 showed that it was possible for a popular movement to replace secular rulers with an Islamic government.

By the late 1970s, several underground Islamist groups, including Zawahiri's, merged to form what would be known as Egyptian Islamic Jihad (EIJ). In 1979, Egyptian President Anwar Sadat made peace with Israel, a decision approved by a popular referendum widely seen as fixed (the Egyptian government reported that 99 percent voted "yes").[2] In 1981, a small group of military officers loyal to EIJ assassinated Sadat during a military parade. Zawahiri was among the hundreds of Egyptians imprisoned under suspicion of involvement in the assassination. Although he was released after three years, some analysts argue that Zawahiri's time in prison—where he and others were reportedly subject to torture—further radicalized him.

Zawahiri and his wife permanently left Egypt in 1985 and arrived in Pakistan in 1986 after an intervening period in Saudi Arabia. In Pakistan, he continued his medical work while also reconstituting EIJ with Egyptian foreign fighters who had traveled to fight Soviet forces in Afghanistan. In his book *Bitter Harvest*, Zawahiri denounced the Egyptian Muslim Brotherhood for pursuing electoral politics at the expense of armed struggle.

Following years of informal cooperation between Al Qaeda and EIJ, the two groups merged in 2001 to form Qaeda al Jihad. While the merger may have been driven in part by EIJ's strained financial situation, it was also controversial within the group, whose members reportedly mostly wished to focus on Egypt. Nevertheless, EIJ fighters retained a prominent role in Al Qaeda's leadership. Zawahiri served as Bin Laden's deputy, providing experienced fighters and strategists from EIJ to craft the group's operations. While Zawahiri's primary target remained the Egyptian government, he apparently came to believe that the only way to bring Islamic regimes to power was to oust from the region the perceived backer of secular regional regimes, the United States—the so-called "Far Enemy." When Bin Laden was killed in a 2013 U.S. raid in Pakistan, Zawahiri assumed leadership of the group. He has spent recent years restating his views on strategy and tactics for the global jihadist movement and has clashed publicly with Islamic State leaders.

**Sources:** Lawrence Wright, "The man behind Bin Laden," *New Yorker*, September 16, 2002; Lawrence Wright, *The Looming Tower: Al Qaeda and the Road to 9/11*; Daniel Byman, *Al Qaeda, the Islamic State, and the Global Jihadist Movement*, New York: 2015.

---

[2] "Egyptian Vote Results," *Washington Post*, April 21, 1979.

## Rise of Affiliate Groups

Starting in the mid-2000s, groups operating in the Middle East and Africa began to formally pledge allegiance to Al Qaeda leaders. With the exception of Al Qaeda in the Arabian Peninsula and the Nusra Front, AQ affiliate groups developed around local conflicts and only later forged ties with Al Qaeda. Prior to the 2013 creation of the Islamic State, Al Qaeda affiliates in the Middle East and Africa included the following groups:

- **Al Qaeda in Iraq (AQI)** pledged allegiance to Al Qaeda in 2004. Previously known as *Tawhid wal Jihad*, the group emerged in 2002. It expanded following the U.S. invasion of Iraq under the leadership of the late Abu Musab al Zarqawi, and was rebranded as the Islamic State of Iraq (ISI) in 2006. Zarqawi's successors now lead the Islamic State organization and have been disavowed by AQ leadership.
- **Al Qaeda in the Islamic Maghreb (AQIM)** pledged allegiance to Al Qaeda in 2006. Previously known as the Group for Preaching and Combat (GSPC), the group originated from an Islamist insurgent faction in Algeria's 1990s civil conflict.
- **Al Qaeda in the Arabian Peninsula (AQAP)** formed in 2009 following a merger between Al Qaeda branches in Saudi Arabia—established in 2003 and known by the acronym QAP—and Yemen, established in the early 1990s by fighters returning from Afghanistan.
- **Al Shabaab** formally joined Al Qaeda in 2012 after several unreciprocated pledges of support. The group emerged in the mid-2000s as an offshoot of a militant wing of Somalia's Council of Islamic Courts.
- The **Nusra Front** emerged in Syria in late 2011 as an offshoot of the Islamic State of Iraq (ISI). The Nusra Front was designated by the State Department as an alias of AQI in December 2012, although it did not publicly declare its allegiance to Al Qaeda until 2013. In July 2016, the Nusra Front renamed itself *Jabhat Fatah al Sham* (Levant Conquest Front) and stated that the group would no longer be affiliated with external entities.

Despite these alliances, most affiliates continued to focus primarily on local grievances and did not adopt Al Qaeda's call for global jihad against the West as an immediate priority. However, former NCTC Director Matthew Olsen in late 2015 stated, "the core leadership of al-Qaida continues to wield substantial influence over affiliated and allied groups such as the Yemen-based al-Qaida in the Arabian Peninsula."[3]

## Al Qaeda – Islamic State Split[4]

In 2013, new divisions emerged between Al Qaeda's central leadership and leaders of the AQI successor group—known as the Islamic State of Iraq (ISI). This would lead, a year later, to the emergence of ISI as Al Qaeda's primary rival. What began as a disagreement over operations in Syria would grow into a public rift as ISI leader Abu Bakr al Baghdadi ultimately rejected the authority of Al Qaeda leader Ayman al Zawahiri.

---

[3] Testimony of former NCTC Director Matthew Olsen before the House Homeland Security Committee and House Foreign Affairs Committee, Joint Hearing on Terrorism Outlook, November 18, 2015.

[4] Prepared by Carla Humud and Christopher Blanchard, Specialist in Middle Eastern Affairs.

According to both U.S. officials[5] and ISI leaders,[6] Baghdadi (also known as Abu Du'a), tasked ISI member Muhammad al Jawlani in 2011 to begin operations in Syria under the banner of a new group known as the Nusra Front. In accordance with directives from AQ leadership, Jawlani and other Nusra members operated as a local Syrian opposition group, without initially acknowledging their ties to ISI or Al Qaeda.[7]

The Nusra Front soon became one of the most effective opposition groups in Syria—claiming nearly 600 attacks in major city centers between November 2011 and December 2012.[8] In April 2013, Baghdadi publicly revealed the link between ISI and the Nusra Front. In an audio statement, he declared,

> the Al-Nusrah Front is nothing but an extension and a part of the Islamic State of Iraq. [...] We announce the abolition of both names, the Islamic State of Iraq and the Al-Nusrah Front, and we merge them under one name, the Islamic State of Iraq and the Levant [ISIL].[9]

While acknowledging Nusra's affiliation with Al Qaeda, Jawlani rejected the merger, stating that he had not been consulted and that his fighters would continue to operate under the banner of the Nusra Front. Al Qaeda leader Zawahiri also denounced the merger, and decreed that ISI should confine its operations to Iraq.[10] Despite Zawahiri's efforts, Baghdadi's forces—then known as ISIL or ISIS—ramped up activities in Syria. Fighters from the two groups clashed frequently, leading Zawahiri to issue appeals for unity and a halt to intra-jihadist violence.

On February 3, 2014, Zawahiri formally severed Al Qaeda's ties with ISIL, stating,

> The Al-Qa'ida of Jihad group announces that it has no connection with the group called the ISIL, as it was not informed or consulted about its establishment. It was not pleased with it and thus ordered its suspension. Therefore, it is not an affiliate with the Al-Qa'ida group and has no organizational relationship with it. Al-Qa'ida is not responsible for the ISIL's actions.[11]

In May 2014, ISIL spokesperson Abu Muhammad al Adnani stated that their group "is not and has never been an offshoot of Al Qaeda," and said that, given that ISIL was a sovereign political entity, its leaders had given leaders of Al Qaeda deference rather than pledges of obedience. In June 2014, Adnani announced the establishment of a caliphate, declaring that ISIL would now be

---

[5] "Terrorist Designations of the al-Nusrah Front as an Alias for al-Qa'ida in Iraq," Press Statement by State Department Spokesperson Victoria Nuland, December 11, 2012.

[6] Baghdadi states, "[w]e deputized Al-Jawlani, who is one of our soldiers, along with a group of our people. We sent them from Iraq to the Levant so that they could meet up with our cells there. We put plans in place for them, we drew up an operational policy for them, and we funded them with half of the monthly amount of money that we collected." Open Source Enterprise (OSE) Report GMP20130409405003, "ISI Emir Declares ISI, Al-Nusrah Front: 'Islamic State of Iraq and the Levant,' April 9, 2013.

[7] Zawahiri later stated, "The declaration of the ISIL was in clear violation of the orders by Al-Qa'ida's command to its soldiers in Iraq and the Levant, not to declare any official presence of Al-Qa'ida in the Levant." OSE Report TRN2014050238064112, "Al-Fajr Releases Al-Zawahiri Statement Urging ISIL to Return to Iraq, Al-Nusrah to Stop Infighting," May 2, 2014.

[8] "Terrorist Designations of the al-Nusrah Front as an Alias for al-Qa'ida in Iraq," Press Statement by State Department Spokesperson Victoria Nuland, December 11, 2012.

[9] OSE Report GMP20130409405003, "ISI Emir Declares ISI, Al-Nusrah Front: 'Islamic State of Iraq and the Levant,' April 9, 2013.

[10] OSE Report PLN2013061030660134 Doha *Al-Jazirah.net* in Arabic 09 Jun 13

[11] OSE Report TRR2014020311346316, "Al-Qa'ida General Command Text Statement Claims Group Has 'No Connection' to ISIL," February 3, 2014.

known simply as the Islamic State.[12] In summer 2014, Islamic State forces began a wide territorial expansion, capturing large areas of northern and eastern Syria, and northern and western Iraq.

In Syria, many foreign jihadists defected from the Nusra Front to the Islamic State, leaving Nusra to regroup as a primarily Syrian organization. While the Islamic State focused on gaining territory—frequently at the expense of other opposition groups—the Nusra Front continued to form alliances with other Syrian armed groups and focused its attacks on the Asad government. This approach accorded with Zawahiri's call for AQ-affiliated groups to blend into the local population and build support by adopting local struggles. Given its largely Syrian membership—up to 70% by some estimates[13]—and its integration into the struggle against the Syrian government, some observers suggest that Nusra's roots in Syria run deeper than those established by the Islamic State, which continues to rely on foreign fighters and sustains itself largely through force.[14]

## Al Qaeda – Nusra Front Split

In July 2016, the Nusra Front announced that it was reconstituting itself as an independent group. Nusra Front leader Abu Muhammad al Jawlani stated that his group would hereafter be known as *Jabhat Fatah al Sham* ("Levant Conquest Front"), and would have "no affiliation to any external entity." U.S. officials have downplayed the announcement as a rebranding effort, noting the continuing role and presence of Al Qaeda operatives within the Front.

Reports that the United States and Russia have considered coordinating efforts against the group[15] may have encouraged the Nusra Front to seek protection in alliances with other fighters. The announcement could also be seen as part of a broader effort to win the support of key armed groups. The Front may calculate that by renouncing its ties to Al Qaeda and continuing to focus its attacks on the Syrian government, it could eventually win the support of most Syrian opposition groups—particularly if these groups conclude that their primary goal of removing Syrian President Asad is best served through an alliance with the Nusra Front rather than with the United States.

The Front's public severance of external affiliations may result in greater cooperation and integration with other elements of the Syrian opposition. Some of these groups have described the Nusra Front's ties to Al Qaeda as detrimental to the Syrian revolution, and have called upon the group to renounce those ties as a prerequisite for closer coordination.[16] Since the announcement, powerful groups such as *Ahrar al Sham* ("Free Men of the Levant") have welcomed the move and called for greater unity among rebel groups.[17]

Increased battlefield integration between the Nusra Front and other Syrian opposition groups could complicate efforts to strike the Nusra Front without impacting other groups with which the United States may prefer to maintain a relationship. The United States has worked to build partnerships with Syrian groups on the ground as part of efforts to counter the Islamic State, and

---

[12] OSE Report TRR2014062966139093, "ISIL Spokesman's Statement Declares 'Islamic Caliphate,' Abu-Bakr Al-Baghdadi Appointed 'Caliph,'" June 29, 2014.

[13] Charles Lister, "Profiling Jabhat al-Nusra," Brookings Center for Middle East Policy, July 2016.

[14] "Exploiting Disorder: al Qaeda and the Islamic State," International Crisis Group, March 14, 2016.

[15] "Obama proposes new military partnership with Russia in Syria," *Washington Post*, June 30, 2016.

[16] Charles Lister, "Profiling Jabhat al-Nusra," Brookings Center for Middle East Policy, July 2016.

[17] OSE IML2016072945916442, July 29, 2016.

Case 2:16-cv-04435-PA-MRW   Document 74-42   Filed 05/01/17   Page 10 of 13   Page ID #:7147

*Al Qaeda and U.S. Policy: Middle East and Africa*

U.S. leaders have stated that it is only local Syrian partners, not U.S. forces, that can ultimately bring long-term stability to Syria. However, expanded cooperation between the Front and other armed groups could limit the range of actors eligible to receive U.S. weapons and equipment in support of the campaign against the Islamic State.

Finally, the Nusra Front's decision to rebrand itself as an independent group does not appear intended as a slight to Al Qaeda. Rather, the language of Jawlani's statement was deferential to AQ leadership. Jawlani described the step as a consensus decision between the two groups, undertaken for the purpose of unifying Syrian opposition fighters.

# Posture and U.S. Threat Assessments

U.S. officials have warned that the rise of the Islamic State has not lessened the threat posed to the United States by Al Qaeda and its affiliates. In October 2015, National Counterterrorism Center (NCTC) Director Nicholas Rasmussen stated,

> The tremendous efforts being made to counter the ISIL threat are absolutely warranted, but I want to stress that we still view al-Qa'ida and the various al-Qa'ida affiliates and nodes as being a principal counterterrorism priority. We would not tier our priorities in such a way that downgrades al-Qa'ida in favor of greater focus on ISIL. When we are looking at the set of threats that we face as a nation, al-Qa'ida threats still figure prominently in that analysis.[18]

In his annual public presentation to Congress on the Intelligence Community's assessment of worldwide threats, Director of National Intelligence James Clapper stated in early 2016 that Al Qaeda affiliates "have proven resilient and are positioned to make gains in 2016, despite counterterrorism pressure that has largely degraded the network's leadership in Afghanistan and Pakistan."[19] The Administration has defined Al Qaeda affiliates in Yemen and Syria as the organization's "most capable" branches.[20] Administration officials continue to monitor and assess the posture and capabilities of Al Qaeda and affiliate groups, described below.

## Al Qaeda in Afghanistan[21]

From "core" Al Qaeda's expulsion from its Afghanistan base in 2001 until 2015, U.S. officials asserted that the group had only a minimal presence (defined as fewer than 100) in Afghanistan itself, operating there mostly as a facilitator for insurgent groups and confined mainly to northeastern Afghanistan. Nevertheless, in late 2015, U.S. Special Operations forces and their Afghanistan National Defense and Security Forces (ANDSF) partners discovered and destroyed a large AQ training camp in Qandahar Province—a discovery that indicated that Al Qaeda had expanded its presence in Afghanistan. In October 2015, the then-top U.S. and NATO commander in Afghanistan, General John Campbell, stated that, "Al Qaeda has attempted to rebuild its

---

[18] NCTC Director Rasmussen, Statement for the Record, "Worldwide Threats and Homeland Security Challenges," House Homeland Security Committee, October 21, 2015.

[19] James Clapper, Director of National Intelligence, prepared statement for a hearing on the "Worldwide Threat Assessment of the U.S. Intelligence Community," Senate Armed Services Committee, February 9, 2016.

[20] Testimony of James R. Clapper, Director of National Intelligence, before the Senate Armed Services Committee hearing on the "Worldwide Threat Assessment," February 9, 2016.

[21] Prepared by Kenneth Katzman, Specialist in Middle Eastern Affairs.

support networks and planning capabilities with the intention of reconstituting its strike capabilities against the U.S. homeland and Western interests."[22]

In April 2016, U.S. commanders publicly raised their estimates of AQ fighters in Afghanistan to 100 – 300, and reported an increasingly close relationship between Al Qaeda and the Afghan Taliban.[23] A key AQ operative, Faruq al Qahtani al Qatari, reportedly has been working with Afghan militants to train a new generation of AQ members in Afghanistan.[24]

Until the killing of Al Qaeda's founder Osama Bin Laden by U.S. Special Operations Forces in Pakistan on May 1, 2011, there had been reported frustration within the U.S. government over the pace of the search for Al Qaeda's top leaders. U.S. efforts to find remaining senior AQ leaders reportedly focus on his close ally and successor as AQ leader Ayman al-Zawahiri, who is presumed to be in Pakistan. In 2014, Zawahiri announced formation of Al Qaeda in the Indian Subcontinent (AQIS), an affiliate likely born in response to the ascendance of a major new rival jihadist group in the Middle East. Since then, AQIS has sought—with some apparent successes—to recruit among disaffected Muslims in Pakistan, India, and Bangladesh, and it may be realizing a recent resurgence in the Pakistani megacity of Karachi.[25]

## Al Qaeda in the Arabian Peninsula[26]

The Administration has described Al Qaeda in the Arabian Peninsula (AQAP) as "the most active and dangerous affiliate of al-Qa'ida today,"[27] with "several thousand adherents and fighters" inside of Yemen.[28] The group has operated in Yemen since 2009, and has been the most active in the southern provinces that were formerly part of the People's Democratic Republic of Yemen, which reunited with northern Yemen in 1990. Despite unification, political and economic power remains in the hands of northern leaders and tribes, and AQAP has benefitted from southern resentment directed against the government. According to the State Department's 2015 Country Reports on Terrorism, AQAP has continued to take advantage of the political and security vacuum created by the ongoing fighting between the Yemeni government and its supporters and the rebel Houthi-led opposition. The conflict between these forces has contributed to AQAP's expansion in the southern and eastern parts of Yemen since 2015.

Perhaps more than any other AQ affiliate, AQAP has attempted to carry out attacks in the United States and Europe. Between 2009 and 2012, AQAP was behind three attempts to down U.S.-bound commercial airliners, and officials note that the group likely "still harbors this intent and

---

[22] Statement of General Campbell before the Senate Armed Services Committee, "The Situation in Afghanistan," October 6, 2015.

[23] Department of Defense Press Briefing by General Cleveland via teleconference from Afghanistan, April 14, 2016.

[24] Kimberly Dozier, "Officials: Al-Qaida Plots Comeback in Afghanistan," *Associated Press*, February 28, 2014.

[25] "An Offshoot of Al Qaeda is Regrouping in Pakistan," *Washington Post*, June 3, 2016.

[26] For background on the Houthi conflict in Yemen, see CRS Report R43960, *Yemen: Civil War and Regional Intervention*, by Jeremy M. Sharp.

[27] The White House, *Letter from the President to the Speaker of the House of Representatives and the President Pro Tempore of the Senate Regarding the War Powers Resolution*, June 13, 2016.

[28] Transcript, CIA Director John Brennan before the Senate Select Intelligence Committee, June 16, 2016.

substantial capability to carry out such a plot."[29] In early 2015, AQAP claimed to have directed and funded the attack against the *Charlie Hebdo* satirical magazine in Paris.[30]

## Al Qaeda in the Islamic Maghreb[31]

In June 2016, incoming AFRICOM Commander Gen. Thomas Waldhauser stated that Al Qaeda in the Islamic Maghreb (AQIM) and its affiliates "have the capability and intent to conduct attacks on western targets and post a significant threat to U.S./western interests and regional stability."[32] An Algerian-led regional network, AQIM has long exhibited internal tensions and has spawned a number of offshoots and splinter movements in recent years. These include: Al Murabitoun (formed in 2013), which the State Department described in 2015 as "one of the greatest near-term threats to U.S. and international interests in the Sahel"; the Movement for Unity and Jihad in West Africa (also known as MUJAO after its French acronym); Ansar al Dine and the Macina Liberation Front in Mali; and the Okba Ibn Nafaa Brigade in Tunisia.[33] These groups have conducted bombings against local state targets and security forces; kidnappings for ransom, often of Westerners; and, since 2013, deadly large-scale hostage-taking attacks targeting foreigners in Algeria, Mali, Burkina Faso, and Côte d'Ivoire. AQIM has also reportedly provided support to other extremist groups.

U.S. officials including Waldhauser have publicly assessed these groups to be primarily focused on local and Western targets within North and West Africa, including U.S. interests and personnel. (At least six U.S. citizens have been killed in AQIM-linked attacks.) As Algerian security forces increased pressure on AQIM in the wake of large attacks in 2007-2008, the group's activities moved south into the poorer states of West Africa's Sahel region. In 2012, AQIM, MUJAO, and Ansar al Dine claimed control over parts of northern Mali amid a domestic political crisis and civil conflict. French military operations have since driven group leaders underground and killed or captured several key commanders. Nevertheless, militants continue to commit asymmetric attacks, and they have recently expanded their areas of operation into central/southern Mali and neighboring countries to the south. AQIM and linked groups are also reportedly active in Tunisia and Libya.

## The Nusra Front / Levant Conquest Front

The Nusra Front (aka *Jabhat al Nusra*) emerged early in the Syrian conflict as one of the most effective armed opposition groups, and initially concealed its ties to Al Qaeda. In early 2016, U.S. military officials estimated that the group numbered approximately 6,000 to 9,000 fighters, spread across Syria.[34] The group has established a stronghold in the Syrian province of Idlib, and Brett McGurk, Special Presidential Envoy for the Global Coalition to Counter ISIL stated,

---

[29] Testimony of former NCTC Director Matthew Olsen before the House Homeland Security Committee and House Foreign Affairs Committee, Joint Hearing on Terrorism Outlook, November 18, 2015.

[30] "Al Qaeda in Yemen Claims Responsibility for Charlie Hebdo Attack," *Wall Street Journal*, January 14, 2015.

[31] Prepared by Alexis Arieff, Specialist in African Affairs.

[32] Advance Policy Questions for Lieutenant General Thomas D. Waldhauser, United States Marine Corps Nominee for Commander, U. S. Africa Command, June 21, 2016.

[33] State Department, *Country Reports on Terrorism 2014*, June 30, 2015, "Foreign Terrorist Organizations."

[34] Dr. Michael G. Vickers, former Under Secretary of Defense for Intelligence, before the House Armed Services Committee, January 12, 2016.

> Nusra is establishing schools and training camps, recruiting from abroad, launching major military operations, and enjoying a sophisticated on-line presence, all the while providing safe haven for some of al Qaida's most experienced terrorists. With direct ties to Ayman al Zawahiri, Osama Bin Laden's successor, Nusra is now al Qaida's largest formal affiliate in history.[35]

Nusra also has targeted groups receiving U.S. assistance. After a Nusra attack in July 2015 targeted U.S.-backed fighters, U.S. military officials in September 2015 reported that only "four or five" trainees remained "in the fight" against the Islamic State.[36] In response to these and other pressures, the Administration subsequently reconfigured its Syria train-and-equip program.[37]

In July 2016, Nusra Front leader Abu Muhammad al Jawlani announced that the Nusra Front was reconstituting itself as an independent group under the name *Jabhat Fatah al Sham* (the Levant Conquest Front), potentially in a bid to reassure opposition groups wary of its Al Qaeda ties, or to attract support from groups or nations that oppose Al Qaeda.

The Nusra Front presents a unique challenge to the United States, given that the group has both threatened and coordinated with other Syrian opposition groups—some of which may receive U.S. support. U.S. officials have acknowledged that the Nusra Front in some places is "geographically close or intermixed" with civilian or other opposition groups.[38] Administration officials have also noted, "we have seen even to some degree some troubling cooperation between certain opposition groups and al-Nusrah."[39]

---

**The Khorasan Group**

In 2015, a former senior intelligence official described the Khorasan Group as a group of operatives dispatched by Al Qaeda leader Zawahiri from Pakistan to Syria in order to assist the Nusra Front in its battle against Syrian President Bashar al Asad. Khorasan also reportedly intended to use Syria as a base of operations for attacks against the West.[40] The official asserted that, like Al Qaeda senior leadership and AQAP, the Khorasan Group has the capability to conduct successful attacks in the United States. Military officials have stated that Al Qaeda and Khorasan operatives "have one main goal, and this is to plan attacks in the west. That is what they do."[41] National Counterterrorism Center Director Nicholas Rasmussen stated, "In many cases we believe these individuals that we are identifying as the Khorasan group play a role alongside or as part of Jabhat al Nusra in carrying out action inside Syria to advance the goals of the opposition." Rasmussen also noted that, "memberships in these particular organizations is not always a clean, distinct, or definable proposition."[42] However, some outside observers argue that by early 2015 Khorasan had largely ceased external operations planning in response to directives from AQ leadership to prioritize opposition activities inside Syria.[43]

---

[35] Special Presidential Envoy for the Global Coalition to Counter ISIL, Brett McGurk, Testimony before the Senate Foreign Relations Committee, June 28, 2016.

[36] General Lloyd James Austin, Commander U.S. CENTCOM, before the Senate Armed Services Committee, September 16, 2015.

[37] For additional information on the Syria train-and-equip program, see CRS Report R43612, *The Islamic State and U.S. Policy*, by Christopher M. Blanchard and Carla E. Humud, and CRS Report R43727, *Train and Equip Program for Syria: Authorities, Funding, and Issues for Congress*, by Christopher M. Blanchard and Amy Belasco.

[38] Department of State Daily Press Briefing by Spokesperson John Kirby, May 6, 2016.

[39] Department of State Daily Press Briefing by Spokesperson John Kirby, May 13, 2016.

[40] Michael Morell, "Fourteen Years and Counting: The Evolving Terrorist Threat," *CTC Sentinel*, September 2015.

[41] Department of Defense Press Briefing by Col. Warren via Teleconference from Baghdad, Iraq, April 7, 2016.

[42] Paul Cruickshank, "A View from the CT Foxhole: An Interview with Nick Rasmussen, Director, NCTC," *CTC Sentinel*, September 2015.

[43] Charles Lister, "Profiling Jabhat al-Nusra," Brookings Center for Middle East Policy, July 2016.