# EXHIBIT 154

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNIVERSAL CABLE LLC, et al., ) | CASE NO. 2:16-cv-4435-PA-MRW |
| Plaintiffs, ) | |
| vs. ) | |
| ATLANTIC SPECIALTY INSURANCE COMPANY, ) | CONFIDENTIAL |
| Defendant. ) | |

VOLUME I (Pages 1 - 260)

DEPOSITION OF PETER DONALD WILLIAMS

Wednesday, February 1, 2017

Reported by:   Ingrid Suárez Egnatuk
              CSR No. 3098

Bayside Reporting Company
(888) 229 - 9897

1

Videotaped Deposition of PETER DONALD WILLIAMS, VOLUME I, taken on behalf of Plaintiffs Universal Cable Productions LLC and Northern Entertainment Productions LLC, at 707 Wilshire Boulevard, Suite 4000, Los Angeles, California 90017, commencing at 9:58 a.m., Wednesday, February 1, 2017, before Ingrid Suarez Egnatuk, CSR No. 3098.

APPEARANCES:

FOR PLAINTIFFS UNIVERSAL CABLE PRODUCTIONS LLC AND NORTHERN ENTERTAINMENT PRODUCTIONS LLC:

    MITCHELL SILBERBERG & KNUPP LLP
    BY: LUCIA E. COYOCA, ESQ.
    11377 West Olympic Boulevard
    Los Angeles, California 90064-1683
    (310) 312-2000
    lec@msk.com

FOR DEFENDANT:

    STRASBURGER & PRICE. LLP
    BY: MICHAEL KEELEY, ESQ.
    901 Main Street
    Suite 6000
    Dallas, Texas 75202-3794
    (214) 651-4718
    michael.keeley@strasburger.com

    ANDERSON, McPHARLIN & CONNERS, LLP
    (Not present at deposition)
    707 Wilshire Boulevard
    Suite 4000
    Los Angeles, California 90017-3623
    (213) 688-0080

2

www.baysidedepo.com
CONFIDENTIAL

```
03:13    1   discussed, did you consider adding a terrorism
         2   exclusion or seeking to add a terrorism exclusion to
         3   the policy at that time?
         4        A.   No.
03:13    5        Q.   Why not?
         6        A.   Well, we're willing to cover terrorism on
         7   a production policy because terrorism tends to be a
         8   small, isolated event.  In the entertainment world,
         9   it's a good risk.  You have to -- it would be pretty
03:14   10   unlucky for a film to be in the exact location where
        11   a suicide bomber bombs a bus.  So terror- -- at that
        12   time terrorism was not normally excluded from film
        13   policies.
        14        Q.   So that's a risk that OneBeacon was
03:14   15   willing to take?
        16        A.   Yes.  Because it's a relatively controlled
        17   underwritable risk, assessable risk.
        18        Q.   I understand you probably can't recall the
        19   details of the timing of such conversations.  But
03:14   20   generally can you describe for me what your
        21   conversations were with Ms. Phillips about the
        22   addition of a production that was going to be shot
        23   in Israel.
        24        A.   Yes.  It didn't concern me too much as
03:15   25   long as it was going to be mainly in Tel Aviv, in a
```

145

www.baysidedepo.com
CONFIDENTIAL

```
06:22   1  remaining depositions concerning timing and the
        2  other terms.
        3            MS. COYOCA:  Agreed.
        4            MR. KEELEY:  Okay.  And I think I
06:22   5  mentioned earlier, but just to confirm, we do
        6  obviously want copies of everything.
        7            And just, again, we will mark the entire
        8  deposition transcript as "Confidential."
        9            MS. COYOCA:  Okay.  So stipulated.
06:22  10            Thank you.
       11            THE VIDEOGRAPHER:  Close the record.
       12            This concludes this session of the
       13  deposition and Media 4.  Off record at 1822.
       14
       15            (At 6:22 p.m. the deposition of PETER
       16            DONALD WILLIAMS was adjourned.)
       17
       18
       19
       20
       21
       22
       23
       24
       25
```

258

CONFIDENTIAL
www.baysidedepo.com

```
 1
 2
 3
 4
 5
 6
 7
 8         I declare under penalty of perjury that
 9     the foregoing testimony is true and correct.
10
11         Executed at                                    ,
12     this         day of                               ,
13     20    .
14
15
16
17              PETER DONALD WILLIAMS
18
19
20
21
22
23
24
25
                                                        259
```

STATE OF CALIFORNIA      )
                         )
COUNTY OF LOS ANGELES    )


      I, Ingrid Suárez Egnatuk, CSR No. 3098, a Certified Shorthand Reporter in and for the State of California, do hereby certify:

      That the foregoing deposition of PETER DONALD WILLIAMS, VOLUME I, was taken before me at the time and place therein set forth, at which time the witness was put under oath by me;

      That the testimony of the witness and all objections made at the time of the examination were recorded stenographically by me and were thereafter transcribed under my direction;

      That the foregoing is a true record of the testimony and of all objections made at the time of the examination.


      In witness whereof, I have subscribed my name this 6th day of February, 2017.


                                      Certified Shorthand Reporter
                                                         No. 3098

# EXHIBIT 155

MARC J. SHRAKE (SBN 219331)
mjs@amclaw.com
ANDERSON, MCPHARLIN & CONNERS LLP
707 Wilshire Boulevard, Suite 4000
Los Angeles, California 90017-3623
Telephone: (213) 236-1691
Facsimile: (213) 622-7594

MICHAEL KEELEY *(Pro Hac Vice)*
michael.keeley@strasburger.com
TONI SCOTT REED *(Pro Hac Vice)*
toni.reed@strasburger.com
CARLA C. CRAPSTER *(Pro Hac Vice)*
carla.crapster@strasburger.com
STRASBURGER & PRICE, LLP
901 Main Street, Suite 6000
Dallas, Texas 75202
Telephone: (214) 651-4300
Facsimile: (214) 651-4330

Attorneys for Defendant
Atlantic Specialty Insurance Company

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| UNIVERSAL CABLE PRODUCTIONS LLC, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> ATLANTIC SPECIALTY INSURANCE COMPANY, <br><br> Defendant. | CASE NO. 2:16-cv-4435-PA-MRW <br><br> **DECLARATION OF FRANK G. LOWENSTEIN IN SUPPORT OF OPPOSITION TO PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT** |

### DECLARATION OF FRANK G. LOWENSTEIN

1. My name is Frank G. Lowenstein. I am over the age of twenty-one years, of sound mind, legally competent to render this Declaration, and suffer no

---

DECLARATION OF FRANK G. LOWENSTEIN

mental disabilities. The facts stated in this Declaration are within my personal knowledge and are true and correct.

2. From 2005 to 2008, I served as Senior Foreign Policy Advisor to Senator John Kerry and directed the Senate Foreign Relations Committee's Subcommittee on Near East and South and Central Asian Affairs, which included responsibility for all Israeli-Palestinian issues.

3. In January of 2009, Senator Kerry became Chairman of the Senate Foreign Relations Committee and I took over as the Committee's Chief Counsel, which included responsibility for all legal matters before the Committee. In March of 2010, I became the Staff Director of the Committee and served in that capacity until September of 2011.

4. During my service in the Senate, I travelled extensively with Senator Kerry throughout the region, including numerous trips to Iraq, Syria, Afghanistan, Pakistan and Israel and the West Bank. In January of 2009, I travelled to Gaza Strip with Senator Kerry in the aftermath of Operation Cast Lead to review the conditions and receive briefings on reconstruction efforts.

5. In February of 2013, I joined the State Department as the Deputy Special Envoy for Israeli-Palestinian Negotiations and Senior Advisor to the Secretary of State. In this capacity, I played a central role in the Israeli-Palestinian negotiations that took place from August 2013 until April 2014, travelling frequently to Israel and the West Bank. On June 27, 2014, I became the Special Envoy for Israeli-Palestinian Negotiations, initially in an Acting capacity.

6. As Special Envoy, I was the senior official at the State Department with responsibility for Israeli and Palestinian issues, including policy formation, speech writing and press guidance. I met regularly with senior Israeli and

Palestinian officials and travelled with Secretary Kerry on all trips related to Middle East peace.

7. I also served as the United States representative to the Middle East Quartet. The Quartet, which also includes the European Union, the Russian Federation and the United Nations, was created by the international community in 2002 to advance Middle East peace. In this capacity, I travelled with the other Quartet envoys throughout the Middle East and Europe to engage key stakeholders on Israeli-Palestinian issues, including the situation in Gaza.

8. During the Gaza war in July of 2014, I travelled with Secretary Kerry to Cairo and Israel as part of U.S. efforts to help negotiate a ceasefire agreement between Israel and Hamas. Secretary Kerry and I were in daily contact with Prime Minister Netanyahu and his national security team during this period, and we met in person with the Prime Minister and senior Israeli security officials at the Ministry of Defense in Tel Aviv at the height of the war, when Ben Gurion airport was closed on July 23, 2014. I also spent over a week in Cairo in August of 2014 monitoring the ceasefire negotiations between Israel and the Palestinians.

9. As a result of: 1) my service as a Senior Foreign Policy Advisor to Senator John Kerry, 2) my directing the Senate Foreign Relations Committee's Subcommittee on Near East and South and Central Asian Affairs, 3) my serving as the Chief Counsel of the Senate Foreign Relations Committee, 4) my service as Staff Director of the Committee, 5) my service as Deputy Special Envoy for Israeli-Palestinian Negotiations, and 6) my service as Special Envoy for Israeli-Palestinian Negotiations, and my monitoring of ceasefire negotiations between representatives of Israel and the Palestinians, and based upon my other involvement in the area, including

3

DECLARATION OF FRANK G. LOWENSTEIN

as stated above, I learned many of the facts involving the history and relationship between Israel and Hamas, and many of the facts involved in the conflict between Israel and Hamas, both during July and August 2014, and during the prior wars between Israel and Hamas. The following is one such fact I learned in my official capacities set forth above, and upon which I relied in carrying out my official duties as set forth above, and I am certain that the following fact is true and accurate, as set forth below:

10. Hamas maintains control over its side of the border between Gaza and Israel and between Gaza and Egypt, and it has checkpoints at crossings that anyone attempting to enter Gaza from Israel or Egypt must pass through. These checkpoints are important to Hamas as they provide it with a significant element of control over Gaza and a revenue stream, as well. It is therefore inaccurate to state that Hamas does not control Gaza's borders.

11. I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.

*Frank G. Lowenstein*

Frank G. Lowenstein

4

DECLARATION OF FRANK G. LOWENSTEIN

# EXHIBIT 156

MARC J. SHRAKE (SBN 219331)
 mjs@amclaw.com
707 Wilshire Boulevard, Suite 4000
Los Angeles, California 90017-3623
Telephone: (213) 236-1691
Facsimile: (213) 622-7594

MICHAEL KEELEY *(Pro Hac Vice)*
 michael.keeley@strasburger.com
TONI SCOTT REED *(Pro Hac Vice)*
 toni.reed@strasburger.com
CARLA C. CRAPSTER *(Pro Hac Vice)*
 carla.crapster@strasburger.com
STRASBURGER & PRICE, LLP
901 Main Street, Suite 6000
Dallas, Texas 75202
Telephone: (214) 651-4300
Facsimile: (214) 651-4330

Attorneys for Defendant
Atlantic Specialty Insurance Company

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNIVERSAL CABLE PRODUCTIONS LLC, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>ATLANTIC SPECIALTY INSURANCE COMPANY,<br><br>Defendant. | CASE NO. 2:16-cv-4435-PA-MRW<br><br>**DECLARATION OF AARON T. STONE IN SUPPORT OF OPPOSITION TO PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT** |

## DECLARATION OF AARON T. STONE

1. My name is Aaron T. Stone. I am over the age of twenty-one years, of sound mind, legally competent to render this Declaration, and suffer no

---

DECLARATION OF AARON T. STONE

mental disabilities. The facts stated in this Declaration are within my personal knowledge and are true and correct.

2. I am the Vice President of Claims for Atlantic Specialty Insurance Company ("Atlantic"). In my capacity as Vice President for Atlantic, I am aware of the amount of claims that Atlantic pays its insureds for claims.

3. The plaintiffs' indirect parent company, NBCUniversal Media, LLC ("NBCU"), first purchased an insurance policy from Atlantic in 2010. Since then, Atlantic continued to issue policies to NBCU until 2014, when it issued the policy that is now in dispute.

4. Throughout the course of the relationship, Atlantic paid to NBCU $2,012,180 for losses incurred in connection with the hurricane that hit the American East Coast in 2012 known as Hurricane Sandy or Superstorm Sandy. These claims were paid under the "Extra Expense" coverage provided by the policy Atlantic issued to the insured (the same coverage at issue in this lawsuit), and it is my belief that they fell under the "imminent peril" insuring agreement.

5. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

_____
Aaron T. Stone

2

DECLARATION OF AARON T. STONE