# EXHIBIT 157

```
 1  MARC J. SHRAKE (SBN 219331)
    mjs@amclaw.com
 2  ANDERSON, MCPHARLIN & CONNERS LLP
    707 Wilshire Boulevard, Suite 4000
 3  Los Angeles, California 90017-3623
    Telephone: (213) 236-1691
 4  Facsimile: (213) 622-7594

 5  MICHAEL KEELEY (Pro Hac Vice)
    michael.keeley@strasburger.com
 6  TONI SCOTT REED (Pro Hac Vice)
    toni.reed@strasburger.com
 7  CARLA C. CRAPSTER (Pro Hac Vice)
    carla.crapster@strasburger.com
 8  STRASBURGER & PRICE, LLP
    901 Main Street, Suite 6000
 9  Dallas, Texas 75202
    Telephone: (214) 651-4300
10  Facsimile: (214) 651-4330

11  Attorneys for Defendant
    Atlantic Specialty Insurance Company
12
```

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| UNIVERSAL CABLE PRODUCTIONS LLC, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>ATLANTIC SPECIALTY INSURANCE COMPANY,<br><br>Defendant. | CASE NO. 2:16-cv-4435-PA-MRW<br><br>**DECLARATION OF PETER D. WILLIAMS** |

## DECLARATION OF PETER D. WILLIAMS

1. My name is Peter D. Williams. I am over the age of twenty-one years, of sound mind, legally competent to render this Declaration, and suffer no mental

---

DECLARATION OF PETER D. WILLIAMS

disabilities. The facts stated in this Declaration are within my personal knowledge and are true and correct.

2. In my deposition in this lawsuit I testified that in order for Exclusion 4 of the policy Atlantic issued to NBCUniversal to apply, there had to be some kind of atomic or radioactive involvement. However, I was mistaken. This testimony came after an extremely long day of my deposition and, when I answered this question, I assumed it pertained to the typical weapons of war exclusion I was used to dealing with, which is much narrower than the one in the policy Atlantic issued to NBCUniversal. The typical exclusion is in fact limited to atomic or radioactive weapons, or nuclear fission. However, the one in the policy Atlantic issued to NBCUniversal was based upon a manuscripted insurance policy prepared by Aon and submitted to Atlantic for consideration. The weapons of war exclusion in that policy is actually much broader, and pertains to any and all weapons of war, not just those that are atomic or radioactive, or include nuclear fission. Thus, it is my belief that the weapons of war exclusion of the Atlantic policy issued to NBCUniversal excludes coverage for plaintiffs' losses.

3. I was personally involved in claims involving losses from the attacks that occurred on September 11, 2001, and I have personal knowledge of how some insurers with which I am familiar handled these claims. I am specifically aware that there were insurers who indicated at first they would invoke the war exclusion to losses resulting from 9/11. But representatives of Congress lobbied insurance companies not to do so. Thus, many insurers made the decision not to apply the war exclusion at Congress's urging.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

_____
Peter D. Williams

2
DECLARATION OF PETER D. WILLIAMS