# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| UNIVERSAL CABLE PRODUCTIONS, LLC, a Delaware limited liability company, and NORTHERN ENTERTAINMENT PRODUCTIONS LLC, a Delaware limited liability company,<br><br>Plaintiffs,<br><br>vs.<br><br>ATLANTIC SPECIALTY INSURANCE COMPANY, a New York insurance company,<br><br>Defendant. | Case No. 2:16-cv-04435-PA-MRW<br><br>**[PROPOSED] ORDER DENYING PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT** |

Plaintiffs' Motion for Partial Summary Judgment ("Motion") came on for a scheduled hearing before the Court on May 22, 2017, the Honorable Percy Anderson, United States District Court Judge presiding. Counsel of record for the parties appeared.

Having considered all of the arguments and evidence submitted in support of and in opposition to the Motion, and the inferences reasonably deducible from them, except that to which objection was sustained, the Court rules as follows:

**IT IS ORDERED** that Plaintiffs' Motion is DENIED. Plaintiffs have failed to establish that there are no genuine disputes of material fact and that it is entitled to judgment as a matter of law.

**IT IS SO ORDERED.**

DATED:_____     _____
The Honorable Percy Anderson
Judge of the United States District Court

ANDERSON, MCPHARLIN & CONNERS LLP
LAWYERS
707 WILSHIRE BOULEVARD, SUITE 4000
LOS ANGELES, CALIFORNIA 90017-3623
TEL (213) 688-0080 • FAX (213) 622-7594

1615455.1 05608-054

2
ORDER DENYING PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT