Named Insured
Motion Picture/Television Production Portfolio Policy                           Policy No.

## CONDITIONS APPLICABLE TO ALL SECTIONS

I.   **GENERAL CONDITIONS**

Throughout this Policy, "you" and "your" refer to the Named Insured shown in the Declarations.  The words "we," "us" and "our" refer to the Company providing this insurance.

A.   **NAMED INSURED**

Named insured shall mean the first named insured as per the Declarations and any majority owned or managed subsidiaries thereof, their respective parent and affiliated companies and or any financially controlled or managed organization(s) and or any production company or other entity formed or contracted by the named insured or an other organization, entity or person(s) which the named insured has agreed to insured.

B.   **TERRITORY**

This Policy applies anywhere in the world.

C.   **MISREPRESENTATION AND FRAUD**

This Policy is void if you knowingly concealed or misrepresented any material fact or circumstance concerning this insurance, or in the case of any fraud or false swearing by you, whether before or after a loss.  If you make any false or fraudulent claim as to the amount or otherwise, this Policy is void as to that specific claim, and we have the right to terminate this Policy at that time, and any subsequent claims by you are forfeited.  The term "you:" as used in this paragraph applies your executive production management or the Risk Management Department.

D.   **ASSIGNMENT**

This Policy may not be assigned without our written consent.

E.    **ACTION AGAINST US**

No action against us may be brought unless you have complied with all of the material provisions of this Policy and the action is started within two (2) years after the date on which the loss occurred.

Nothing in this Policy gives any person or organization any right to join us as a codefendant in any action against you to determine your liability.

F.   **Access To Records And Examination Under Oath**

We or our representatives may examine and audit your books and records as they relate to this policy at any time during the policy period or while a claim is pending.

If requested, you must permit us to question you and, so far as within your power, all other interested persons under oath, at such times as may be reasonably required, about any matter relating to this insurance or a claim.

No such examination under oath or examination of books or documents, nor any other act by us or any of our employees or representatives in connection with the investigation of any loss or claim hereunder, shall be deemed a waiver of any defense which we might otherwise have with respect to any loss or claim, but all such examinations and acts shall be deemed to have been made or done without prejudice to our liability.

G.   **OTHER INSURANCE**

If, at the time of loss or damage, any other valid insurance is available which would apply to the loss or damage in the absence of this policy, the insurance provided by this policy will be primary to any other

SECTION I.  CAST                              Page [ PAGE ] of [ NUMPAGES ]

Named Insured
Motion Picture/Television Production Portfolio Policy                    Policy No.

policy held by you but excess with respect to any policy or coverage held or provided by any other party, unless otherwise agreed by you.

This policy does not apply to any productions that have been or are required to be declared by you under similar insurance provided by any other insurer.

**H.       SUBROGATION**

If any person or organization to or for whom we make payment under this policy has rights to recover damages from another, those rights are transferred to us to the extent of our payment. That person or organization must do everything necessary to secure our rights and must do nothing after loss to impair them.

This insurance will not be prejudiced if you have waived your right of recovery from any party or parties in a lease for premises or rental agreement for property. We will honor any written contractual waiver of subrogation obligation agreed to by you prior to a loss.

**I** **Duties In The Event of Loss Or Damage**

In case of a loss or damage to which this insurance may apply, you must see that the following duties are performed:

(1)      Police Notification - Notify the police if a law may have been broken.

(2)      Minimize Loss or Damage – Take all reasonable steps to protect the property from further damage and minimize the loss. Keep a record of your expenses in doing so for consideration in the settlement of the claim. This will not increase the limit of insurance.

(3)      Notice of Loss or Damage

    (a)      Report immediately to us or our authorized representative any loss or damage which may become a claim under this policy. Include a description of the property or loss involved.

    (b)      As soon as possible, give us a description of how, when and where the loss or damage occurred.

(4)  Proof of Loss - File with us, or our authorized representative, a detailed proof of loss signed and sworn to by you setting forth to the best of your knowledge and belief the facts of the loss and the amount thereof. You must do this within one hundred eighty (180) days as requested by us or required by law after discovery of the loss or damage.

(5)      Cooperation

    (a)      Except at your own cost, make no voluntary payments, assume no obligations, and incur no expenses without our consent, except in settlement of a covered claim where the amount of the claim is not disputed.

    (b)      Permit us to inspect the property and records proving the loss or damage.

    Also permit us to take samples of damaged and undamaged property for inspection, testing and analysis, and permit us to make copies from your books and records.

    (c)      Immediately send us copies of any demands, summonses or legal papers received in connection with the claim or suit.

    (d)      Cooperate with us in the investigation or settlement of the claim.

**j.    Loss Payment**

(1)      Loss or damage covered by this policy will be payable to you or your loss payee.

    We agree that any holder of a Certificate of Insurance in which such holder is evidenced as a Loss Payee issued by us or on our behalf will be considered a Loss Payee, subject to your legal liability.

(2)      We will not pay you more than your financial interest in the covered property.

(3)      If two or more of this policy's coverages apply to the same loss or damage, we will not pay more than the actual amount of the loss or damage.

SECTION I.  CAST                          Page [ PAGE ] of [ NUMPAGES ]

Named Insured
Motion Picture/Television Production Portfolio Policy                                    Policy No.

(4)   We will pay you for covered loss or damage within thirty (30) days after we receive and accept a satisfactory sworn proof of loss as we have required or as required by law, if you have complied with all the terms of this policy and:

    (a)   We have reached agreement with you on the amount of loss; or

    (b)   A final judgment has been entered; or

    (c)   An appraisal award has been made.

(5)   We may adjust losses directly with the owners of lost or damaged property, if other than you. If we pay the owners, such payments will satisfy your claims against us for the owners' property.  We will not pay the owners more than their financial interest in the covered property.

(6)   We may elect to defend you against suits arising from claims of owners of property.  We will do this at our expense.

We will not be liable for any part of a loss that has been paid or made good by others.

## K.   Deductible

(1)   When a deductible applies, the terms of this insurance, including those with respect to your duties in the event of loss or damage, apply irrespective of the application of the deductible amount.

(2)   We may pay any part or all of a deductible amount to effect settlement of any claim and, upon notification of the action taken you shall promptly reimburse us for such part of the deductible amount as has been paid by us.

## L.   Premium

(1)   The first Named Insured shown in the Declarations:

    (a)   Is responsible for the payment of all premiums; and

    (b)   Will be the payee for any return premiums we pay.

(2)   We will compute all premiums for this policy in accordance with the rating schedule(s) attached to and made a part of this policy.

(3)   The premium shown in this policy is a deposit premium only unless specifically stated otherwise. At the end of the policy period we will compute the earned premium by applying the rates set forth in the rating schedule(s) to the final "Insurable Production Cost". However, the earned premium will not be less than the minimum policy premium stated on the rating schedule(s), regardless of the term of coverage.

If the earned premium is greater then the deposit premium, we will send a bill to the first Named Insured that shows the amount due and when it is payable. If the earned premium is less than the deposit premium, we will return the excess to the first Named Insured.

The first Named Insured must keep records of the "Insurable Production Costs" and other information we need for premium computation, and send us copies at such times as we may request.

### L.   CANCELLATION

(1)   The first Named Insured shown in the Declarations may cancel this policy by returning it to us or our authorized representative, stating in writing the future date it is to be cancelled. The policy period will end on that date.

(2)   We may cancel this policy by written notice to the first Named Insured at least:

    (a)   Ten (10) days before the effective date of cancellation if we cancel for nonpayment of premium; or

    (b)   One hundred and twenty (120) days before the effective date of cancellation if we cancel for any other reason.

(3)   We will mail or deliver our notice to the first Named Insured's last mailing address known to us.

(4)   Notice of cancellation will state the effective date of cancellation. The policy period will end on that date.

SECTION I.  CAST                        Page [ PAGE ] of [ NUMPAGES ]

Named Insured
Motion Picture/Television Production Portfolio Policy                              Policy No.

(5)     If this policy is cancelled, we will send the first Named Insured any premium refund due. If we cancel, the refund will be pro rata. If the first Named Insured cancels, the refund may be less than pro rata. The cancellation will be effective even if we have not made or offered a refund.

(6)     If notice is mailed, proof of mailing will be sufficient proof of notice.

**M.     ABANDONMENT**

There can be no abandonment of any property to us without our written consent.

**N.     STOP DATE LOSS**

If as a result of delay in completing the original shooting schedule of an insured production you incur a loss in order to honor the termination date contained in a performance contract between you and any other person and/or their respective loan out company, such loss (hereinafter referred to as a stop date loss) would not be covered by the provisions of this policy, but this policy will, nonetheless, participate in a stop date loss to the extent that the need to incur such loss is directly related to a loss insured under the terms of this policy. The extent of our participation in a stop date loss will be governed by the proper consideration of the following factors:

1.      If the need to incur the stop date loss is solely and directly the result of an insured loss, the stop date loss will be recoverable in full.

2.      If the need to incur the stop date loss arises in part by reason of an insured loss and also arises in part by reason of an uninsured occurrence so that it can reasonably be said that each contributed to the incidence of the stop date loss, then the extent that each so contributed will be determined and an apportionment of the stop date loss will be made.

3.      If the need to incur the stop date loss is in no way connected with an insured loss, no part of the stop date loss will be recoverable.

4.      Coverage afforded by this paragraph is subject to the proviso that the performance contract term was sufficiently longer than your original scheduled time for completion of the insured production so as to allow a reasonable margin of safety to cover possible delays in completing the insured production. It is agreed that 10 consecutive days is a reasonable margin of safety for features and 3 consecutive days is a reasonable margin of safety for all other productions.

**O.     APPRAISAL**

If you and we fail to agree on the amount of loss, either one can demand that the amount of loss be set by appraisal. Each party will select a competent, independent appraiser and notify the other of the appraiser's identity within twenty (20) days of receipt of the written demand. The two appraisers will then select a competent, impartial umpire. If the two appraisers are unable to agree upon an umpire within fifteen (15) days, you or we can ask a judge of a court of record in the state of your residence to select an umpire. The appraisers will then submit a written report of an agreement to us and the amount agreed upon will be the amount of the loss. If the appraisers fail to agree within a reasonable period of time, they will submit their difference to the umpire. Written agreement signed by any two of these three will set the amount of the loss. The party selecting that appraiser will pay each appraiser. Other expenses of the appraisers and the compensation of the umpire will be paid equally by you and us.

**P.     POLICY CHANGES**

No changes may be made to this policy except by mutual agreement in writing.

**Q.     CONFORMITY TO STATE LAW**

CONFIDENTIAL                      EXHIBIT 3, PAGE 121                      AONNBCU0004139

Named Insured
Motion Picture/Television Production Portfolio Policy                    Policy No.

When any policy provision is in conflict with the applicable law of the state in which this policy is issued, the law of the state will apply, unless the provision of this policy is broader.

**R.      DUE DILIGENCE CLAUSE**

You shall use due diligence and do and concur in doing all things reasonably practicable to avoid or diminish any loss or any circumstance likely to give rise to a loss or claim insured under this policy. This policy extends to indemnify you for any additional expenses necessarily incurred by you to avoid or diminish such loss or claim, subject to any deductible provisions of this policy. This indemnification will not increase the limit of insurance, and we will not pay more for any loss than the amount that would have been payable had you not incurred the additional expenses.

**S.      INADVERTENT ERROR CLAUSE**

You will not be prejudiced by any unintentional or inadvertent omission, error or incorrect description of the property, persons, animals or exposures insured hereunder.

**T.      INSPECTION & SURVEYS**

(1)     We have the right to:
        (a)     Make inspections and surveys at any time;
        (b)     Give you reports on the conditions we find; and
        (c)     Recommend changes.

(2)     We are not obligated to make any inspections, surveys, reports or recommendations, and any such actions we do undertake relate only to insurability and the premiums to be charged. We do not make safety recommendations. We do not undertake to perform the duty of any person or organization to provide for the health or safety of workers or the public. And we do not warrant that conditions:
        (a)     Are safe or healthful; or
        (b)     Comply with laws, regulations, codes or standards.

(3)     Paragraphs (1) and (2) of this Condition apply not only to us, but also to any rating, advisory, rate service or similar organization which makes insurance inspections, surveys, reports or recommendations.

**U    Recoveries**

If either you or we recover any property after loss settlement, that party must give the other prompt notice. At your option, the property will be returned to you. You must then return to us the amount we paid to you for the property. We will pay recovery expenses and the expenses to repair the recovered property, subject to the Limit of Insurance.

To the extent recovery is made from such other insurance, the deductible and or the SIR under this policy will be reduced by such recovery. In no event will the deductible/SIR under this policy be greater than that shown in this policy.  If recovery from such other insurance is greater than the deductible/SIR in this policy, then the deductible/SIR under this policy will not apply.

To the extent there is a recovery from other insurance when the loss exceeds the Deductible or SIR we will share the recovery and costs proportionally.

**V.      INSURANCE NOT TO BENEFIT OTHERS**

No person or organization, other than you, having custody of the property and to be paid for services shall benefit from this insurance. This restriction does not apply to a person or organization, other than a common carrier, which is working or providing services on your behalf.

CONFIDENTIAL                    **EXHIBIT 3, PAGE 122**                    AONNBCU0004140

Named Insured
Motion Picture/Television Production Portfolio Policy                                                    Policy No.

**W.    PROPERTY OF OTHERS**

In the event of loss or damage to property of others (insured hereunder) held by you for which claim is made upon us the right to adjust such loss or damage with the owner or owners of such property is reserved to us and receipt of payment by such owner or owners  in satisfaction thereof shall be in full satisfaction of any claim by you for which such payment has been made. If legal proceedings are taken to enforce a claim against you as respects any such loss or damage, we shall, at our expense, conduct and control the defense of such legal proceeding on behalf of and in your name. No action of ours in such regard will increase our liability under this policy.

**X.    EXCHANGE RATE**

The rate of exchange applied to a loss shall be the rate as paid by you to purchase the foreign funds.

We reserve the right, for claims that we settle directly with third parties to this policy, to adjust the claims at the prevailing exchange rate or the exchange rate used to actually purchase the foreign funds.

**II.    SPECIAL CONDITIONS**

**A.    DEFINITIONS**

a.    "Continuity" means costs incurred to match or maintain the Environment of the "Insured Production" during "Principal Photography".

The Environment includes weather, climate, natural lighting or seasonal changes in which you are filming the "Insured Production".

b.    "Earthquake" means:

(1)  Any earth movement, such as an earthquake, landslide, mine subsidence, or earth sinking, rising or shifting; and

(2)  Volcanic eruption, meaning the eruption, explosion or effusion of a volcano;

provided that all earth movements or volcanic eruptions that occur within any seventy-two (72) hour period will constitute a single earth movement or volcanic eruption.

c.    "Flood" means, flood waters, surface water, waves, tide or tidal water, overflow or rupture of a dam, levy, dike or other surface containment structure, storm surge, the rising, overflowing or breaking of boundaries of natural or manmade bodies of water, or the spray from any of the foregoing, all whether driven by wind or not.

d.    "Insurable Production Cost" includes:

All costs, including overhead, chargeable directly to an "Insured Production" or series of productions, including any amount of other overhead you declare at the time you declare an "Insured Production" or series of productions. However, the following costs shall not be included in "Insurable Production Cost":

(a)  Royalties Term Deals for Executive Producer(s), Package Fee & Publicity, residuals, premiums paid for this insurance, interest on loans, and personal and real property taxes;

(b)  Story, scenario, music rights, and sound rights, except with respect to television series, specials and pilots; and

(c)  "Continuity", except when a period of suspension due to covered loss or damage exceeds ninety (90) days.

(d)  Any other costs specifically stated not to be "Insurable Production Costs" in an endorsement to this policy.

Nevertheless, you have the option to include these excluded costs at the time you declare an "Insured Production" or series of productions. In that case, such costs will be included in the "Insurable Production Cost"; and

(2)  The amount of any loss or damage paid under this policy. This provision does not apply where premium is based on an episodic charge.

Named Insured
Motion Picture/Television Production Portfolio Policy                                    Policy No.

e.  "Insured Production" means a production or series of productions that has been declared to us.

f.  "Mobile Equipment" means any of the following types of land vehicles, including any attached machinery or equipment:

(1)  Bulldozers, farm machinery, forklifts and other vehicles designed for use principally off public roads;

(2)  Vehicles that travel on crawler treads;

(3)  Vehicles, whether self-propelled or not, maintained primarily to provide mobility to permanently mounted equipment, or maintained primarily for purposes other than the transportation of persons or cargo.

However, "Mobile Equipment" does not include any land vehicle that is subject to a compulsory or financial responsibility law or other motor vehicle insurance law in the state where it is licensed or principally garaged.

g.  "Principal Photography" means the continuous period of time from the start date to the completion date you actually require to photograph or tape an "Insured Production", including any necessary wrap time or reshoots.

**B.      ABANDONMENT**

Should a covered loss result in an abandonment, during the term of coverage, under any section of this policy, we have the right to require that you surrender all owned or licensed rights, title(s) and interest(s) in all documents, underlying works, copyrights and all related material of the insured production, except as relates to any sequel, prequel and their attendant merchandise.  We will reimburse you for the cost you incurred for the rights.

**D.      REPORTING REQUIREMENTS**

You must declare to us on a declaration and information form acceptable to us, the particulars of each and every production or series of productions undertaken by you during the term of this policy. If Cast Insurance is to be provided you will report to us each Covered Person to be insured prior to the commencement of "principal photography".

**E.      HIATUS COVERAGE**

1.      With respect to episodic television, coverage is continuous from the pilot through season one and between seasons for continuing television series insured hereunder, hereinafter referred to as Hiatus Coverage, subject to all other terms and conditions of this policy.

2.      Hiatus Coverage means the period of time from the end of coverage for the pilot or an episodic television season until the commencement of pre-production, for the series following the pilot or subsequent season.

3.      The limits of liability, deductibles and terms that were in effect for the preceding pilot or season will apply during the hiatus period.

4.      Hiatus Coverage applies solely to Cast Coverage, Property and Third Party Property Damage.

5.      Hiatus coverage will cease immediately when this policy is cancelled or non renewed by you or us or 180 days after the start of  Hiatus which ever occurs first.

**F       DELIVERY DATE EXPEDITING COSTS**

With respect to all productions insured hereunder, subject to all other terms and conditions, the definition of loss with respect to Cast Coverage, Negative Film, Faulty Stock and Extra Expense is extended to include the necessary production extra expenses you necessarily incur to meet an air date or delivery date of an insured production subject to a sub limit of liability of $1,000,000

SECTION I.  CAST                           Page [ PAGE ] of [ NUMPAGES ]

Named Insured
Motion Picture/Television Production Portfolio Policy                                    Policy No.

G.    PRINTS & ADVERTISING COSTS

With respect to all productions insured hereunder, subject to all other terms and conditions, the definition of loss with respect to Cast Coverage, Negative Film, Faulty Stock and Extra Expense is extended to include the costs incurred for prints and advertising as have been rendered entirely valueless, solely in the event of an abandonment of an insured production, subject to a sub limit of liability of $1,000,000

H.    Public Relations Costs

With respect to all productions insured hereunder, subject to all other terms and conditions, the definition of loss with respect to "Disgrace" and or "Violent Death" under Cast Insurance is extended to include the costs to hire a third party public relations firm, law firm or crisis management firm for the specific purpose to minimize potential harm to you arising from a situation or occurrence involving the Disgrace or Violent Death of an insured cast member, subject to a sub-limit of liability of $250,000.

I.    **Annual Aggregate Deductible**

This policy is subject to "Insured Production" deductibles as listed herein and Annual Aggregate deductible for the policy term of $2,100,000 subject to the following:

1.    All adjusted claim amounts approved by us that you incur over the deductible amounts stated herein will accrue to the Annual Aggregate Deductible;
2.    At such time as the "Insured Production" or Annual Aggregate Deductible(s) has been exhausted, the deductible shown on the Declarations Page or within the policy will drop down to Maintenance Deductible(s) stated herein for each adjusted claim and for all subsequently adjusted claims for that "Insured Production" or annual period of declared productions.

The Annual Aggregate Deductible will include claims for the following; Delivery Date Expediting Costs, Prints and Advertising Costs or Public Relations Costs.  The above extensions are subject to a deductible of $50,000 and after the Annual Aggregate Deductible a Maintenance Deductible will apply of $25,000 per occurrence.

III.   CLAIMS ADMINISTRATION

The assigned independent adjuster for claims within the Annual Aggregate Deductible if required is as follows:

Hyperion Claim Specialists LLC ("Hyperion")
550 S. Hope Street, Suite 1625
Los Angeles, CA  90071-2650
Phone:  213 347-0250
Fax:  213 347-0266

Entertainment Brokers International / OneBeacon Insurance Company Claims Department
10940 Wilshire Boulevard, 17th Floor
Los Angeles, CA 90024

Phone: 310-954-3960
Email; pwilliams@ebi-ins.com

IV.   EXCLUSIONS APPLICABLE TO ALL SECTIONS OF THIS POLICY

This Policy does not insure against loss or damage caused directly or indirectly by:

SECTION I.  CAST                         Page [ PAGE ] of [ NUMPAGES ]

Named Insured
Motion Picture/Television Production Portfolio Policy                                  Policy No.

**A.**      War, including undeclared or civil war; or

**B.**      Warlike action by a military force, including action in hindering or defending against an actual or expected
            attack, by any government, sovereign or other authority using military personnel or other agents; or

**C.**      Insurrection, rebellion, revolution, usurped power, or action taken by governmental authority in hindering
            or defending against any of these.

Such loss or damage is excluded regardless of any other cause or event that contributes concurrently or in any
sequence to the loss.

**D.**      Any weapon of war employing atomic fission or radioactive force, whether in time of peace or war;

            E   Any weapon employing atomic fission, atomic fusion or radioactive force; or

(b)    Nuclear reaction or radiation, or radioactive contamination from any other cause. But if nuclear reaction or
       radiation, or radioactive contamination results in fire, we will pay for the direct loss or damage caused by that
       fire if the fire would be covered under this policy.

**F.**      Risks of contraband or illegal transportation of trade;

**G.**      Violation of any Law or Statute, or any actual dishonest, fraudulent, criminal or malicious act committed by
you, your employees, including any judicial injunction or action for injunctive relief;

**H.**      Any uninsured event occurring before, concurrently with or after the happening of an insured event, which
            directly or indirectly causes or in any way contributes to cause or increase a loss under this policy; but only
            with respect to that portion of any such loss caused by or contributed to by the uninsured event, unless the
            uninsured event would not have been a factor had such insured event never occurred.

**I.**      "Stop Date Loss", as described in ▓▓▓▓▓▓▓▓▓▓, except as otherwise provided in ▓▓▓▓▓▓▓▓▓▓

SECTION I.  CAST                          Page [ PAGE ] of [ NUMPAGES ]

Named Insured
Motion Picture/Television Production Portfolio Policy                                    Policy No.

# Section I. Cast Coverage

**I.   COVERAGE**

We will pay the actual and necessary loss you sustain by reason of a Covered Person being prevented from commencing, continuing or completing an assigned duty or role in an "Insured Production". The loss must be caused by or result from a Covered Cause of Loss during the Term of Coverage.

a.   Covered Causes of Loss

    1.   Accidental injury, sickness or death, to a Covered Person;

    2.   Kidnap of a Covered Person;

    3.   Death, Severe Injury, Catastrophic Injury, life threatening illness of an "Immediate Family Member" that manifests itself during the term a Covered Person is insured hereunder.

    4. "Violent Death" or "disgrace" of a Covered Person declared and accepted by us, that necessarily forces the necessary abandonment of the "Insured Production".

    except those causes of loss listed in the Exclusions.

b.   Term of Coverage

    (1)   Term of Coverage, as used in this Coverage, means the period beginning with the effective date shown in the Declarations, reporting form or the start date of principal photography whichever occurs first, and continuing until the earliest of the following dates:

        (a)  The date of delivery required under the completion guarantee agreement with the distributor(s);

        (b)  The date your completion guarantor is released from further obligations to you;

        (c)  Eighteen (18) months after completion of "Principal Photography";

        (d)  The date on which a protection print or duplicate tape has been completed and physically removed from the premises where the original negative or tape is located;

        (e)  The date on which cancellation or termination of coverage under this policy for the "Insured Production" becomes effective.

The expiration date of this policy or declaration will be extended, if necessary, from the earliest of these dates. We may charge additional premium for this extension.

    (2) Subject to the Medical Examination Condition below, Term of Coverage also includes the Pre-Production period of Cast Coverage.

        (a)  The Pre-Production period for Covered Persons who are "Guest Artists" in episodic television begins sixty 60 days before the start of "Principal Photography" or videotaping of the "Insured Production".

        (b)  The Pre-Production period for other Covered Persons begins one hundred and eighty (180) days before the start of "Principal Photography".

    (3)  You may, provided we are given prior notice;

        (a)  Declare a starting date of "Principal Photography" at any time within the term of this policy;

**II.   ADDITIONAL EXCLUSIONS**

For the purposes of this Coverage, the following exclusions apply in addition to the exclusions described in Part V. of the Policy Conditions - Exclusions Applicable To All Coverages of This Policy.

We will not pay for loss caused by or resulting from any of the following:

a.   Sickness on a Covered Person unless accepted by us and or as may be provided under IV b Medical EXAMINATION.

b.   Any Covered Person taking part in any hazardous stunt(s) (As defined by the entertainment Guilds or Unions) without our written consent;

c.   Any Covered Person taking part in flying other than as a passenger;

d.   The inability of any female to continue her performance because of pregnancy or conditions pertaining to pregnancy.  This exclusion will not apply if you can prove that the female was not aware of the pregnancy when

CONFIDENTIAL

**EXHIBIT 3, PAGE 127**

AONNBCU0004145

Named Insured
Motion Picture/Television Production Portfolio Policy                         Policy No.

they accepted the position with you or when they completed the medical certificate or when the medical examination was performed;

e.  Any Covered Person over seventy four years of age unless the person is specifically named in an endorsement attached to this policy;

f.  Any reservation, exception or restriction we have imposed on a Covered Person, as described in the Medical Examination Condition below, regardless of when the event causing loss occurs.

g.  Ransom payments hereunder unless payment is authorized, approved and monitored by the police or other civil authority

h.  Behavior, action or inaction of a covered person that is consistent with the known public or private persona or behavior of the covered person which gives rise to "disgrace" of the "covered person".

## III.  LIMITS OF INSURANCE

The most we will pay for loss in any one occurrence is the Limit of Insurance shown in the Declarations for Cast Coverage.

Ransom payment will not exceed $1,000,000 Sublimit.

Family Death…is subject to a sublimit of $2,000,000

## IV.  DEDUCTIBLE OR SELF INSURED RETENTION

We will not pay for loss in any one occurrence until the amount of the adjusted loss before applying the applicable limits of insurance exceeds the deductible or self insured retention amount shown in the Declarations for Cast Coverage. We will then pay the amount of the adjusted loss in excess of the deductible or self insured retention, up to the applicable limit of insurance.

## V.  DEFINITION OF LOSS

a.  The amount of your loss will be determined based on:

(1)  All necessary "Insurable Production Cost" you incur to complete the "Insured Production" that exceeds the amount of "Insurable Production Cost" you would have incurred if the covered cause of loss had not occurred; and

(2)  All other necessary expenses that reduce the amount of loss otherwise payable.

However, your loss will not include loss of earnings of profit.

c.  If you abandon an "Insured Production" that has been made substantially valueless solely because one or more covered causes of loss reasonably, practically and necessarily prevents you from completing the "Insured Production", irrespective of any completion or delivery date requirements for the "Insured Production", we will pay as loss the total "Insurable Production Cost" you have incurred for the "Insured Production".

## VI.  ADDITIONAL CONDITIONS

For the purposes of this Coverage, the following Conditions apply in addition to the Policy Conditions.

a.  **Additional Duties In The Event of Loss Or Damage**

The following is added to Policy Condition I.f. - Duties In The Event of Loss Or Damage:

(1)  You must report immediately to us or our authorized representative any fact or circumstance which may prevent a Covered Person from commencing, continuing or completing an assigned duty or role in an "Insured Production" and which may result in a claim under this policy.

(2)  You must immediately secure and file with us or our authorized representative the certification of a duly licensed physician. The certification must include a complete description of the injury, sickness or death and the prognosis.

(3)  You must make every effort to preserve our rights, including enforcing any contractual conditions or terms applicable to the Covered Person, to:

(a)  Have any Covered Person examined by a medical doctor of our choice; and

(b)  Have continuing access to the medical records of any Covered Person.

CONFIDENTIAL

EXHIBIT 3, PAGE 128

AONNBCU0004146

Named Insured
Motion Picture/Television Production Portfolio Policy                                    Policy No.

It is your responsibility to comply with these conditions and your inability to provide the above may result in your not proving your claim hereunder.

b. **Medical Examination, Accident Coverage, Immediate Family, Essential Element, Violent Death & Disgrace**

(1) Any production except Feature Films each Covered Person, other than a "Guest Artist" in episodic television, must be examined by a duly licensed physician, designated or approved by us or submit a medical affidavit not more than sixty (60) days prior to the date the Covered Person's assigned duties or role in the "Insured Production" are scheduled to commence or as accepted by us.

For Feature Films the following **Covered Person(s)** must be examined by a duly qualified physician designated or approved by us, (veterinarian with respect to animals), who will submit to us a Medical Certificate or Affidavit signed by the examinee and physician (not applicable to animals prior to the date the Covered Person's assigned duties or role in the "Insured Production" are scheduled to commence. The physician must complete and submit to us a Medical Certificate or Affidavit, on forms approved by us and signed by the Covered Person.

   a. The Director(s);
   b. Seven (7) covered persons with the greatest exposure to the production as determined by the Risk Management Department. If Risk Management has made a determination of the top seven (7) artists and it is discovered that the determination was incorrect, we will not deny a claim or penalize you for such incorrect determination.

The physician must complete and submit to us a medical questionnaire and certificate, on forms approved by us and signed by the Covered Person.

If the doctors we provide are not available to you for the completion of a medical examination, we grant you permission to use any licensed medical doctor available, except for the Covered Person's personal physician;

(2) Sickness Coverage for the Covered Person will become effective on the date the medical examination, Medical Certificate or Affidavit authorization is completed, subject to our receipt and approval of the medical exam, Medical Certificate & Affidavit.

Based on the medical information submitted to us, we have the right to make any reservation, exception or restriction regarding the insurability of the Covered Person within 36 working hours of receipt of the medical exam.  We will not pay for loss caused by or resulting from any such reservation, exception or restriction.

If a Covered Person becomes sick or disabled before the medical exam or Medical Affidavit has been completed we will cover the sickness or disability subject to you showing that the sickness or disability would not have been discovered or disclosed during the medical exam or outlined in the Medical Affidavit and that the Covered Person had no prior knowledge.

Our failure to respond to a Medical Certificate & Affidavit and or Affidavit & Authorization within 36 working hours of our receipt will result in full coverage without restriction.

(3) Accident and Kidnap Coverage is effective on the date you have contracted with the Covered Person to perform in the "Insured Production".

(4) "Disgrace" & "Violent Death" is effective when the Covered Person is approved by us.

(5) "Immediate Family" is effective on the date you have contracted with the Covered Person to perform in the "Insured Production".

(6) "Essential Element" is effective when the Covered Person is declared and approved by us.

(7) Animals must be declared and accepted by us before coverage will commence.

We will also review our own case history and public records to determine the coverage on any Covered Person.

VII.        **ADDITIONAL DEFINITION**

SECTION I.  CAST                          Page [ PAGE ] of [ NUMPAGES ]

Named Insured
Motion Picture/Television Production Portfolio Policy                                    Policy No.

For the purposes of this Coverage, the following definition applies in addition to the definitions described in Part IV. of the Policy Conditions - Definitions Applicable To All Coverages of This Policy:

"Covered Person" means a person declared and accepted by us, except as outlined herein.

"Guest Artist" means a Covered Person appearing in or contracted to appear in episodic television for less than three (3) consecutive episodes or less than fifty percent (50%) of a series of productions.

"Immediate Family Member" means the mother, father, sister, brother, spouse, life partner, child, stepparents, stepchildren, stepbrother, stepsister, mother-in-law, father-in-law, sister-in-law, brother-in-law, daughter-in-law, son-in-law or "significant others" who reside together, grandparent or grandchild of the Covered Person.

"Violent Death" means the Covered Person died at the hands of another person and that the Covered Person was involved in a crime. The showing of the "Insured Production" would degrade the insured and would anger the public

"Disgrace" means any criminal act or alleged criminal act, or any offense against public taste or decency, committed by a covered person, beyond their usual or expected behavior, that degrades or brings that Covered Person into disrepute or provokes insult or shock to the community that reflects unfavorably upon the named insured or insured production that renders the "Insured Production" commercially unviable on unaired shows.

"Essential Element" is defined AS a declared artist(s) for the purpose of completion and delivery of the "Insured Production" as an "Essential Element" and accepted by us.

## VIII   COVERAGE EXTENSION

In the event of:

(i)   The death of a declared "Essential Element" during the period of pre-production or principal photography; or

(ii)   The injury or illness of an "Essential Element" during the period of principal photography, whose injury or illness necessarily prevents the declared artist from performing services and completing the insured production. The injury or illness must incapacitate the "Essential Element" for a period of more than [ FORMTEXT ] days;

it shall be considered reasonable, practical, and necessary for you to abandon the Insured Production during principal photography and make claim under this Section for such costs defined in Section I. Cast, VI. Definition of Costs, Paragraph G.

d.   Pursuant to Paragraph c. (ii) above, we shall have the option to delay your abandonment of the insured production for up to [ FORMTEXT ] days after the occurrence of the injury or onset of the injury or illness if in our good faith business judgment the artist is likely to recover from such injury or illness to resume his/her assigned role or position within [ FORMTEXT ] days.

(i)   In the event our decision to exercise our option to delay your abandonment of the insured production for up to [ FORMTEXT ] days after the occurrence of an injury or onset of an illness of the declared "Essential Element" causes you to incur a loss in excess of the amount stated in Section I. Cast, Paragraph IX. Limit of Liability then such limit of liability shall automatically be increased to include the costs necessarily incurred in excess of the Limit of Liability caused solely and directly by the warranties below.

**Duties in the event of a loss**

Prior to payment of the "Essential Element" loss covered, you will comply with the following:

A.   Upon our written request, within five (5) business days following the "Essential Element" loss you and one of our representatives shall meet to determine the viability of the options to complete the insured production, including the possibility of replacing the "Essential Element". You will do all things possible to complete the Insured Production, where possible with the remaining cast and crew, including maintaining or replacing financing to complete the insured production. "Essential Element" replacement will be a person of similar standing within the motion picture industry who is acceptable to independent financiers or distributors.

SECTION I.  CAST                          Page [ PAGE ] of [ NUMPAGES ]

Named Insured

Motion Picture/Television Production Portfolio Policy                                    Policy No.

B.   You will work with us in good faith and do all things possible to replace the "Essential Element" and upon our request, provide us your authority to negotiate on your behalf with any other party to assist in the replacement of an "Essential Element" or financing.

C.   You will at our option enable us to maintain or replace any financing to complete the insured production.

Any breach of the above warranties will relieve us of any claim that would be payable hereunder.

CONFIDENTIAL                    EXHIBIT 3, PAGE 131                    AONNBCU0004149

Case 2:16-cv-04435-PA-MRW   Document 77-1   Filed 05/01/17   Page 15 of 94   Page ID #:7354

Named Insured
Motion Picture/Television Production Portfolio Policy                    Policy No.

**SECTION II. NEGATIVE FILM & FAULTY STOCK**

**I.       INSURING AGREEMENT**

**A.**      We agree to pay you such loss (defined in Paragraph IV) as you directly and solely sustain as a result of loss of, damage to or destruction of videotape stock, raw film stock, recorded videotape, exposed motion picture film (developed or undeveloped), inter-positives, positives, work prints, cutting copies, fine grain prints, sound tracks, tapes, transparencies, cells, art work (used to create animation or other images), source materials, software, data, media and related material used to generate computer or other images, and or any similar material or property, caused by an insured peril (defined in Paragraph II) when such property is your property or the property of others for which you are legally liable and, while such property is used or to be used in connection with an insured production.

**II.      PERILS INSURED**

This coverage insures:

1.      All risks of direct physical loss or damage;

2. Faulty materials, faulty equipment, faulty computer equipment, faulty editing, faulty developing or fault processing; including accidental erasure, magnetic, or x-ray injury, disturbance or erasure of film, electronic recordings or video tape and loss of media, data, or software;

3. Operator error including faulty manipulation or faulty operation, of camera, lighting, sound, electrical, editing, computer or any other equipment;  technician's error(s) of judgment; and errors in machine or computer programming or instructions to any machine or computer.

**III.  LIMITS OF INSURANCE**

The most we will pay for loss in any one occurrence is the Limit of Insurance shown in the Declarations for Negative Film coverage.

Operator Error is subject to a $2,000,000 Sub-limit

**IV. DEDUCTIBLE**

We will not pay for loss or damage in any one occurrence until the amount of the adjusted loss or damage before applying the applicable limits of insurance exceeds the deductible amount shown in the Declarations for Negative Film Coverage. We will then pay the amount of the adjusted loss or damage in excess of the deductible, up to the applicable limit of insurance.

**III.**

**Term of Coverage**

Term of Coverage, as used in this Coverage, means the period beginning one hundred eighty (180) days before the date shown in the Declarations as the start of "Principal Photography" or the start date of principal photography which ever occurs first , and continuing until the earliest of the following dates:

(1)  The date of delivery required under the completion guarantee agreement with the distributor(s);

(2)  The date your completion guarantor is released from further obligations to you;

(3)  Eighteen (18) months after completion of "Principal Photography";

(4)  The date on which a protection print or duplicate tape has been completed and physically removed from the premises where the original negative or tape is located;

(5)  The date your interest in the property ceases; or

(6)  The date on which cancellation or termination of coverage under this policy for the "Insured Production" becomes effective.

SECTION II. A.  NEGATIVE FILM                    Page [ PAGE ] of [ NUMPAGES ]

CONFIDENTIAL                    EXHIBIT 3, PAGE 132                    AONNBCU0004150

Named Insured
Motion Picture/Television Production Portfolio Policy                              Policy No.

The expiration date of this policy will be extended, if necessary, until the earliest of these dates. We may charge additional premium for this extension.

**IV.     PROPERTY EXCLUDED**

This coverage does not insure cut-outs, unused footage or library stock.

**V.      DEFINITION OF LOSS**

a.   The amount of your loss will be determined based on the following:

(1)   With respect to videotape stock, raw film stock and blank media, the actual cost to replace these items with property of like kind and quality.

(2)   With respect to other Covered Property, all necessary "Insurable Production Cost" you incur to restore the "Insured Production" that exceeds the amount of "Insurable Production Cost" you would have incurred if no physical loss or damage had occurred.

(3)   All other necessary expenses that reduce the amount of loss otherwise payable.

b.   Your loss will not include:

(1)   Loss of earnings or profit; or

(2)   "Insurable Production Cost" incurred due to delay in completing an "Insured Production".

But we will pay for "Insurable Production Cost" incurred:

(a)   As the direct result of unavoidable delay that occurs during the period necessary to restore the affected portions of the "Insured Production"; and

(b)   As the result of a covered "Stop Date Loss", as described in Part III.A. of the Policy Conditions.

d.   If you abandon an "Insured Production" that has been made substantially valueless solely because one or more covered causes of loss reasonably, practically and necessarily prevents you from completing "Principal Photography", irrespective of any completion or delivery date requirements for the "Insured Production", we will pay as loss the total "Insurable Production Cost" you have incurred for the "Insured Production".

**VI.     EXCLUSIONS**

This coverage does not insure against loss caused by or resulting from:

**A.**   Exposure to light, deterioration, atmospheric dampness or changes in temperature;

**B.**   The use of incorrect raw film stock or videotape or media/software;

**C.**   Delay, loss of use, loss of market, interruption of business, or any other consequential loss due to loss of or damage to videotape stock, raw film stock or blank media;

**D.**   Unexplained or mysterious disappearance or shortage found upon taking of inventory of video tape stock, raw film or blank media.

**E.**   DELETED

**VII.    CONDITIONS**

You will ensure that artwork, drawings, software and related material (hereinafter referred to as "source material") used to generate computer images and animation cells are retained until a protection print has been completed or expiration of this coverage, whichever comes first.

CONFIDENTIAL

**EXHIBIT 3, PAGE 133**

AONNBCU0004151

Named Insured
Motion Picture/Television Production Portfolio Policy                    Policy No.

You will safeguard and maintain all source material(s) that have been photographed, or used as intended in the production process. Damage to such source material will not be considered a loss hereunder, except to the extent that other covered property is damaged and you have complied with the above.

**VIII.**   **DEFINITIONS**

**A.**   COMPUTER PROGRAMS means data, and source code used to direct the computer equipment, including diagrams or other records which can be used to reproduce programs.

**B.**   DATA includes and is not limited to facts, concepts, source code, programming records or instructions which are converted to a form usable in your electronic data processing operations, computer programs or electronically controlled equipment.

**C.**   MEDIA includes electronic data processing recording or storage media on which Data are recorded or stored such as software, films, tapes, discs or cells.

**D.**   SOFTWARE means any combination of DATA, MEDIA or COMPUTER PROGRAMS

**E.**   Computer EQUIPMENT means your programmable electronic equipment that is used to store, retrieve or process software. It includes but is not limited to any component parts and associated peripheral equipment or hardware that provides communication including input and output functions, printing and data transmission. Computer equipment does not include software.

**LIBRARY STOCK EXTENSION**

1.   The following is added to ~~Paragraph I.a.~~ Covered Property:

Covered Property, as used in this Coverage, includes the following:

Your original cut negative film of completed or released productions, duplicate negatives, completed video tapes or other media which is considered library stock to you.

2.   Paragraph I.b. Property Not Covered is amended to remove subparagraph (3) Library stock.

3.   Part III. Limits of Insurance is replaced by the following:

a.   The most we will pay for loss in any one occurrence is the Limit of Insurance shown in the Declarations for the applicable Coverage(s).

b.   Subject to the above limit of insurance applicable to any one occurrence, the most we will pay for loss or damage to library stock in any one occurrence is $1,000,000.

c.   Subject to the above limits of insurance applicable to any one occurrence and library stock, $1,000,000 is the most we pay for loss or damage to any one production.

4.   The following is added to Part IV. Deductible:

With respect to library stock, the deductible amount is the same as the deductible amount shown in the Declarations or otherwise applicable.

5.   The following is added to Part V. Method of Valuation:

The amount of your library stock loss will be determined based on the actual cost to repurchase from an outside source, reprint or copy in whole or in part the affected portions of the library stock, whether or not the reprint or copy is made from an original or a copy of the lost or damaged library stock.

CONFIDENTIAL                   **EXHIBIT 3, PAGE 134**                   AONNBCU0004152

Named Insured
Motion Picture/Television Production Portfolio Policy                                    Policy No.

## SECTION III. COVERAGE A.  EXTRA EXPENSE

**I.     INSURING AGREEMENT**

We agree to pay to you such loss [as defined in Paragraph VIII.], not including loss of earnings or profit, as you sustain by reason of such extra expense you necessarily incur as a result of the interruption, postponement, cancellation, relocation, curtailment or abandonment of an Insured Production due to the following:.

The loss must be a direct result of an unexpected, sudden or accidental occurrence entirely beyond your control to include:

a. confiscation and/or detainment of equipment, material or personal property by order of any government or civil authority;

b. Shipping or transit of necessary and required property caused by adverse weather conditions;

c.     Interruption or loss of utilities (electrical, steam, gas or any other power source) required to continue or complete an insured production;

1.     Strikes by any party, union, guild or labor group for which you are not a signatory or directly involved in negotiations or is not a major entertainment union or guild;

2.     Verifiable breakdown, short circuit, electrical injury, disturbance or malfunction to Covered Personal Property or vehicles.  Subject to props; created, constructed, designed or maintained by you must be tested and verified to be in working order under the conditions you will be using them.

3.     interruption, postponement or cancellation of an insured  production as a direct result of the action of a civil authority that revokes your permission to use or prohibits access to property or facilities used or to be used in connection with an Insured Production.

7.     Imminent peril, defined as certain, immediate and impending danger of such probability and severity to persons or property that it would be unreasonable or unconscionable to ignore.
a.     Any expenses incurred to avoid a loss resulting from imminent peril are covered to the extent that they serve to avoid a loss otherwise covered.
b.     Except as provided above, this extension does not negate the applicability of the basic terms and conditions of:
I.     the Extra Expense Coverage in the event that an imminent peril results in damage to or destruction of property or facilities payable under this policy; or
II.     the Cast Coverage in the event that an imminent peril results in death, injury or sickness of a covered person, in which case a separate claim will result from the consequential loss as described above.

An unexpected, sudden or accidental crisis accident seriously injuring or killing a cast or crew member on the production site that necessarily forces you to stop the filming of the Insured Production the following elements must have occurred:

1.  The crisis resulted in a life-threatening physical injury or accidental death to a cast or crew member of the insured production;
2. The crisis occurs at the filming location of the Insured Production (meaning a location where cast or crew is assembled to shoot any scheduled work);
3. The crisis was witnessed by cast or crew members of the Insured Production or is a forced closure by a civil authority;
4.  The crisis necessarily results in the immediate suspension of production of the Insured Production.

except as hereinafter excluded; and in compliance with the terms and conditions of the policy..

## II.  LIMITS OF INSURANCE

SECTION III.  A.  EXTRA EXPENSE                     Page [ PAGE ] of [ NUMPAGES ]

Named Insured
Motion Picture/Television Production Portfolio Policy                                    Policy No.

The most we will pay for loss in any one occurrence is the Limit of Insurance shown in the Declarations for Extra Expense coverage, except the following:

Strike is subject to a $1,000,000 any one occurrence

Confiscation is subject to a $1,000,000 any one occurrence

Shipping & Transit Coverage is subject to a $1,000,000 any one occurrence

Vehicle mechanical break down is subject to a $1,000,000 sublimit any one occurrence

## III. DEDUCTIBLE

We will not pay for loss in any one occurrence until the amount of the adjusted loss before applying the applicable limits of insurance exceeds the deductible amount shown in the Declarations for Extra Expense Coverage. We will then pay the amount of the adjusted loss in excess of the deductible, up to the applicable limit of insurance.

**III.     Term of Coverage**

Term of Coverage, as used in this Coverage, means the period beginning one hundred eighty (180) days before the date shown in the Declarations as the start of "Principal Photography" or the start date of principal photography which ever occurs first , and continuing until the earliest of the following dates:

(1)  The date of delivery required under the completion guarantee agreement with the distributor(s);

(2)  The date your completion guarantor is released from further obligations to you;

(3)  Eighteen (18) months after completion of "Principal Photography";

(4)  The date on which a protection print or duplicate tape has been completed and physically removed from the premises where the original negative or tape is located;

(5)  The date your interest in the property ceases; or

(6)  The date on which cancellation or termination of coverage under this policy for the "Insured Production" becomes effective.

The expiration date of this policy will be extended, if necessary, until the earliest of these dates. We may charge additional premium for this extension.

## II. WARRANTIES

You warrant that:

**A.**  All necessary arrangements and contractual agreements for the Insured Production, including, but not limited to, permits, visa(s) and licenses, have been obtained and/or executed by you, prior to any "loss" covered hereunder.

**B.**  You have disclosed to us any arrangements, contractual conditions, physical conditions or other facts that could affect the Insured Production.

**C.**  Prior to the inception of coverage hereunder, you warrant having no knowledge  of any matter, fact or circumstance, actual or threatened, that increases or could increase the possibility of a "loss" under this Policy.

Failure to fulfill any warranty above will release us from all obligations under this Policy, to the extent that a "loss" is suffered or increased by that failure.

## IV  Property Not Covered

Covered Property does not include Negative film, video tape, tapes, animation cells, transparencies, positives, sound tracks, art work, software, programs or any other form of media.

## III. EXCLUSIONS

This coverage does not cover "loss" caused by, resulting from, or arising out of:

CONFIDENTIAL  EXHIBIT 3, PAGE 136  AONNBCU0004154

Named Insured
Motion Picture/Television Production Portfolio Policy                                    Policy No.

A.  The failure of any person(s) in connection with the Insured Production to commence, continue or complete their respective duties or performances for any reason; or

B.  Any financial cause of "loss', including but not limited to:

  i.   Any deficient or inadequate response, support or withdrawal of support, including insufficient attendance or interest prior to attendance;

  ii.  Withdrawal of funds, inadequate or insufficient finances, however caused;

  iii. Any financial failure of any venture, company, entity or person;

  iv.  Any failure to maintain adequate receipts, sales or profits, including any failure to provide bond(s) or financial security;

  v.   Any variation in the rate of exchange, including devaluation, rate of interest or stability of any currency;

Any financial default, insolvency, debt or failure to pay necessary expense to any person, firm or corporation.


C.  Any actual adverse weather at the location of any insured production except: the action of a civil authority that prevents access to, exit from (ingress or egress) or, closes down the location and or facilities due to:  conditions that threaten the safety of cast, crew or property, an imminent peril, or  physical damage to property, facilities, or locations necessary to the insured production.

D.C.  your failure or inability to complete or  obtain any contractual agreements, permits or licenses of any kind;   `[Formatted: Bullets and Numbering]`

E.D.  your failure or inability to properly comply with, or the violation of, any requirement or any procedure necessary for the issuance and continuance of any permit or authorization; or Your failure to properly process or complete any applications or required documents;   `[Formatted: Bullets and Numbering]`

F.E. the refusal or revocation of any permit or authorization due to a violation of any existing civil or criminal law  or codes;   `[Formatted: Bullets and Numbering]`

G.F. Any Governmental body or Civil Authority preventing the commencement or completion of an insured production, due to a breach of the terms of  the permit or any civil or criminal violation by you;

G.

Any concern or fear of an occurrence which may affect the commencement or the continuation of the Insured Production, except:  the action of a civil authority that prevents access to, exit from (ingress or egress) or, closes down the location and or facilities due to:  conditions that threaten the safety of cast, crew or property, an imminent peril, or physical damage to property, facilities, or locations necessary to the insured production.


H.   `[Formatted: Bullets and Numbering]`

I.H. Any concern or belief that the commencement or continuation of Insured Production is inappropriate.

J.I.  Breach of contract by any party whether their contractual relationship be with you or otherwise where such loss is consequent upon or contributed to by any cause within your control or any other such party which includes the failure of any individual or entity contracted, hired or employed to willingly perform the duties for which that person or entity has been hired with respect to the Insured Production.

K.J.  Wear and tear; any quality in the property that causes it to damage or destroy itself; hidden or latent defect; gradual deterioration; depreciation; mechanical breakdown or electrical breakdown; insects; vermin, or rodents; corrosion, rust, dampness, cold or heat.  This exclusion does not apply to Verifiable breakdown, short circuit, electrical injury, disturbance  or malfunction to Covered Personal Property or vehicles.  Subject to props; created, constructed, designed or maintained by you must be tested and verified to be in working order under the conditions you will be using them.

L.K.  Processing or work upon the property.
But if processing or work upon the property results in fire or explosion, this exclusion does not apply to direct loss or damage caused by that fire or explosion, if the fire or explosion would be covered under this Coverage.   `[Formatted: Bullets and Numbering]`

M.L.  Unexplained or mysterious disappearance or shortage found upon taking of inventory.

N.M.  Rain, ice, sleet, snow or hail, whether driven by wind or not, to property stored in the open.


SECTION III. A.  EXTRA EXPENSE                Page [ PAGE ] of [ NUMPAGES ]

Named Insured
Motion Picture/Television Production Portfolio Policy                          Policy No.

This exclusion does not apply to property that was built or designed to be stored in the open.

O. N.          Intentional acts committed by you or at your direction.

> **Formatted:** Bullets and Numbering

This exclusion does not apply to damage, destruction or threat thereof to software or computer media by an external person or an internal employee breaching your authority and safeguards to protect such software or computer media.

P. O. Delay, loss of use (including loss of use of animals), loss of market, interruption of business, or any other

> **Formatted:** Bullets and Numbering

consequential loss.

Q. P. Any other loss that may be covered by some other section of this policy.

R. Q.          Any weather condition that is a photographic weather condition;

S. R. The quality or content of the "Insured Production".

T. S. Strike by any organization for which you are a signatory or negotiate with or is a major entertainment union or guild;

U. T.          Strike by an union or guild that was occurring prior to the commencement of "principle photography" of an "Insured Production"

## III.   DEFINITION OF LOSS

A. The amount of your loss will be determined based on:

(1)  All necessary "Insurable Production Cost" you incur to complete the "Insured Production" that exceeds the amount of "Insurable Production Cost" you would have incurred if the covered cause of loss had not occurred; and

(2)  All other necessary expenses that reduce the amount of loss otherwise payable.

However, your loss will not include loss of earnings of profit.

B . If you abandon an "Insured Production" that has been made substantially valueless solely because one or more  covered causes of loss reasonably, practically and necessarily prevents you from completing the "Insured Production", irrespective of any completion or delivery date requirements for the "Insured Production", we will pay as loss the total "Insurable Production Cost" you have incurred for the "Insured Production".

CONFIDENTIAL                    EXHIBIT 3, PAGE 138                    AONNBCU0004156

Named Insured
Motion Picture/Television Production Portfolio Policy                                    Policy No.

**SECTION III. COVERAGE B.  PROPERTY**

**I.      INSURING AGREEMENT**

A.      We agree to pay to you or on your behalf the value of any property, not including loss of use, owned by you or which is the property of others and for which you are legally liable and which is lost, damaged or destroyed, caused by the Perils Insured against, while such property is used or to be used by you in connection with an Insured Production including :

  1.      Scenery, costumes, theatrical props and related equipment;

  2.      Cameras, camera equipment, sound and lighting equipment, portable electrical equipment, mechanical effects equipment, grip equipment and mobile equipment;

  3.      Office equipment, furniture, fixtures and tenants improvements and betterments;

  4.      Vehicles rented, hired or picture vehicles you own

Property Not Covered

Covered Property does not include:

(1)  Personal Property that is covered under any other Coverage of this policy;

(2)  Animals;

(3)  Growing plants except as part of a set;

(4)  Accounts; bills; numismatic properties; food stamps; notes; securities; stamps; deeds; evidences of debt; letters of credit; credit cards; passports; transportation, admission or other tickets;

  unless specifically added to this policy;

(5)  Buildings or their improvements and betterments, except as part of a set;

(6)  Aircraft unless used as part of a set as a non-functional craft during filming or taping;

(7)  Watercraft valued over $250,000 while waterborne, unless used or intended to be used as part of a set and moored to a pier, dock, wharf or similar fixed structure;

CONFIDENTIAL                          EXHIBIT 3, PAGE 139                          AONNBCU0004157

Named Insured
Motion Picture/Television Production Portfolio Policy                                    Policy No.

(10) "Land Vehicles" or "Mobile Equipment" while involved in racing, chase scenes, or stunts, unless specifically added to this policy or as outlined herein;

(11) "Land Vehicles" you own, unless specifically added by an endorsement to this policy or that are picture vehicles owned by you while used or intended to be used on-camera in an "Insured Production";

(12) Negative film, video tape, tapes, cels, transparencies, positives, sound tracks, art work, software, programs or any other form of media;

(13) Furs, fur garments and garments trimmed with fur except as added to this policy;

(14) Jewelry, costume jewelry, watches, watch movements, jewels, pearls, precious and semi-precious stones, bullion, gold, silver, platinum and other precious alloys or metals except as provided in the policy;

(15) Works of art, antiques or rare articles, including etchings, pictures, statuary, marbles, bronzes, porcelains and bric-a-brac except as provided in the policy.

**Term of Coverage**

Term of Coverage, as used in this Coverage, means the period beginning one hundred eighty (180) days before the date shown in the Declarations as the start of "Principal Photography" or the start date of principal phtography which ever occurs first , and continuing until the earliest of the following dates:

(1) The date of delivery required under the completion guarantee agreement with the distributor(s);

(2) The date your completion guarantor is released from further obligations to you;

(3) Eighteen (18) months after completion of "Principal Photography";

(4) The date on which a protection print or duplicate tape has been completed and physically removed from the premises where the original negative or tape is located;

(5) The date your interest in the property ceases; or

(6) The date on which cancellation or termination of coverage under this policy for the "Insured Production" becomes effective.

The expiration date of this policy will be extended, if necessary, until the earliest of these dates. We may charge additional premium for this extension.

**III. LIMITS OF INSURANCE**

a.   The most we will pay for loss or damage in any one occurrence is the Limit of Insurance shown in the Declarations for Property.

b.   Subject to a. above, $250,000 is the most we will pay for loss or damage to the following types of property:

(1) Furs, fur garments and garments trimmed with fur;

(2) Jewelry, costume jewelry, watches, watch movements, jewels, pearls, precious and semi-precious stones, bullion, gold, silver, platinum and other precious alloys or metals; and

(3) Works of art, antiques or rare articles, including etchings, pictures, statuary, marbles, bronzes, porcelains and bric-a-brac.

This limit applies to any one occurrence, regardless of the types or number of articles that are lost or damaged in that occurrence.

**IV. DEDUCTIBLE**

We will not pay for loss or damage in any one occurrence until the amount of the adjusted loss or damage before applying the applicable limits of insurance exceeds the deductible amount shown in the Declarations. We will then pay the amount of the adjusted loss or damage in excess of the deductible, up to the applicable limit of insurance.

**II.      PERILS INSURED**

**NAS MP 204 (01-05)**

CONFIDENTIAL                    EXHIBIT 3, PAGE 140                    AONNBCU0004158

Named Insured
Motion Picture/Television Production Portfolio Policy                                   Policy No.

This Coverage Section insures against all risks of direct physical loss or damage to the property covered from any external cause, except as hereinafter excluded.

**III.    ADDITIONAL EXCLUSIONS**

This Coverage does not insure against loss or damage caused by or resulting from:

~~V.~~U.        Wear and tear; any quality in the property that causes it to damage or destroy itself; hidden or latent defects, gradual deterioration; depreciation; mechanical breakdown or electrical breakdown; insects; vermin, or rodents; corrosion, rust, dampness, cold or heat.  This exclusion does not apply to Verifiable breakdown, short circuit, electrical injury, disturbance or malfunction to Covered Personal Property or vehicles.  Subject to props; created, constructed, designed or maintained by you must be tested and verified to be in working order under the conditions you will be using them.

Formatted: Bullets and Numbering

A.        any work process, experimentation, repairing, restoration,  conversion, or partial conversion, retouching, painting, cleaning or any other form of process performed or undertaken by you or on your behalf or at your direction, unless accidental fire or explosion ensues and then only for the loss or damage caused by such ensuing fire or explosion.;

B.        unexplained or mysterious disappearance, or shortage found upon taking of inventory;

C.        rain, sleet, snow or hail, whether driven by wind or not, to property stored in the open. This exclusion does not apply to property that was built or designed to be stored in the open;

D.        damage to or destruction of property caused intentionally by you or at your direction;

E.        loss, destruction or damage caused by or resulting from delay, loss of market, interruption of business or other consequential loss extending beyond direct physical loss or damage;

F.        Delay, loss of use, loss of market, interruption of business, or any other consequential loss.

**IV.    VALUATION**

The basis of determining the value of the property insured hereunder, except with respect to vehicles, will be as follows:

A.        Your property will be valued at the full cost of repair or replacement, without deduction for depreciation or betterment, if repaired or replaced with due diligence and dispatch and in no event unless repair or replacement is completed within one year from the date of loss.  .  If not repaired or replaced, the property will be valued at its actual cash value at the time and the place of loss.

B.        Property of others will be valued in accordance with a written contract and in the absence of a written contract at common or fair market value or as you are obligated to pay by common law.

C.        Vehicles will be valued at actual cash value as of the date and location of loss or in accord with a written contract.

**V.    MONEY & CURRENCY EXTENSION**

NAS MP 204 (01-05)                                                    Page [ PAGE \*   □
                                                                        MERGEFORMAT ]
                                                                        of [ NUMPAGES \*
                                                                        MERGEFORMAT ]

Named Insured
Motion Picture/Television Production Portfolio Policy                                    Policy No.

**A.**  Coverage is extended for loss or destruction of money and currency subject to a sub-limit of liability of $250,000 any one loss arising out of:

1. fire;

2. burglary (defined as a loss, which results from forcible entry to or exit from premises, safes or locked property);

3. armed robbery (defined as the forcible taking of money at gunpoint or by similar threat);

**B.**  Coverage is provided at the following locations while:

1. in locked safes and vaults secured on your premises and/or locations used as temporary production offices and/or in hotel safes;

2. in the custody of your approved agents in the course of and while performing their duties as agents;

3. on your business premises during the normal hours of business.

**C.**  You warrant that you and your agents will secure money and currency overnight in safes whenever available at locations other than your business premises. Failure to adhere to this warranty will relieve us from all obligations under this coverage to the extent that a loss is suffered or increased by that failure.

**D.**  No loss attaches hereunder for loss of money and currency arising out of mysterious or unexplained disappearance, or for shortage disclosed upon taking of inventory.

CONFIDENTIAL                   EXHIBIT 3, PAGE 142                   AONNBCU0004160

Named Insured
Motion Picture/Television Production Portfolio Policy                    Policy No.

## SECTION IV, COVERAGE C. THIRD PARTY PROPERTY DAMAGE

**IV.  COVERAGE**

We will pay those sums that the Insured becomes legally obligated to pay as damages because of direct physical loss of or damage, including loss of use, to Covered Property, caused by accident and arising out of any Covered Cause of Loss during the Term of Coverage. We will have the right and duty to defend the Insured against any "Suit" seeking those damages. However, we will have no duty to defend the Insured against any "Suit" seeking damages for direct physical loss or damage to which this insurance does not apply.  We may, at our discretion, investigate and settle any claim or "Suit" that may result. But:

(1)  The amount we will pay for damages is limited, as described in Part III. -Limits of Insurance; and

(2)  Our right and duty to defend ends when we have used up the Limit of Insurance in the payment of judgments and settlements.

a.  Covered Property, as used in this Coverage, means tangible property of others in an Insured's care, custody or control that is used or intended to be used in connection with an "Insured Production".

b.  Property Not Covered

Covered Property does not include:

(1)  Personal property rented to or leased by an Insured, except for loss of use of such property that is covered for direct physical damage under Section III, Coverage B. Property of this policy;

(2)  Buildings and premises rented to or leased by an Insured for any use or purpose other than filming or taping in connection with an "Insured Production";

(3)  Any property that is involved in a hazardous activity or stunt, unless approved by us in writing;

(4)  Animals;

(5)  Negative film, video tape, tapes, cels, transparencies, positives, sound tracks, art work, software, programs or any other form of media; and

(6)  Motor vehicles, trailers, aircraft or watercraft, except for loss of use of such property that is covered for direct physical damage under Section II, Coverage A. Props, Sets & Wardrobe or Section II, Coverage D. Miscellaneous Equipment of this policy.

c.  Covered Causes of Loss

Covered Causes of Loss means risks of direct physical loss or damage to Covered Property except those causes of loss listed in the Exclusions.

d.  Additional Coverage

**Supplementary Payments**

We will pay, with respect to any claim we investigate or settle, or any "Suit" against an Insured we defend:

(1)  All expenses we incur.

(2)  The cost of bonds to release attachments, but only for bond amounts within our Limit of Insurance. We do not have to furnish these bonds.

(3)  All reasonable expenses, other than loss of earnings, incurred by the Insured at our request.

(4)  All costs taxed against the Insured in the "Suit".

(5)  Prejudgment interest awarded against the Insured on that part of the judgment we pay. If we make an offer to pay our Limit of Insurance, we will not pay any prejudgment interest based on that period of time after the offer.

(6)  All interest on the full amount of any judgment that accrues after entry of the judgment and before we have paid, offered to pay, or deposited in court the part of the judgment that is within our Limit of Insurance.

These payments will not reduce the Limit of Insurance.

GENERAL ENDORSEMENT NO. 2
EXCLUSION OF WAR, MILITARY ACTION & TERRORISMPage [ PAGE ] of [ NUMPAGES ]

Named Insured

Motion Picture/Television Production Portfolio Policy                                      Policy No.

e.   Coverage Extension

**Who Is An Insured**

Throughout this Coverage, the word "Insured" includes you and each of the following:

(1)  If you are a partnership or joint venture, your members and partners, but only with respect to the conduct of your business.

(2)  If you are a limited liability company, your members, but only with respect to the conduct of your business. Your managers are Insureds, but only with respect to their duties as your managers.

(3)  If you are an organization other than a partnership, joint venture or limited liability company, your executive officers and directors, but only with respect to their duties as your officers or directors.

(4)  If you are a trust, your trustees, but only with respect to their duties as trustees.

(5)  Your "Employees", but only for acts within the scope of their employment by you or while performing duties related to the conduct of your business.

(6)  Your "Volunteer Workers" or any other person under your direct control, but only while performing duties related to the conduct of your business.

f.   Term of Coverage

Term of Coverage, as used in this Coverage, means the period beginning one hundred eighty (180) days before the date shown in the Declarations as the start of "Principal Photography" or the start date of principal photography which ever occurs first , and continuing until the earliest of the following dates:

(1)  The date of delivery required under the completion guarantee agreement with the distributor(s);

(2)  The date your completion guarantor is released from further obligations to you;

(3)  Eighteen (18) months after completion of "Principal Photography";

(4)  The date on which a protection print or duplicate tape of an "Insured Production" has been completed and physically removed from the premises where the original negative or tape is located;

(5)  The date your interest in the property ceases; or

(6)  The date on which cancellation or termination of coverage under this policy for the "Insured Production" becomes effective.

The expiration date of this policy will be extended, if necessary, until the earliest of these dates. We may charge additional premium for this extension.

**V.   ADDITIONAL EXCLUSIONS**

For the purposes of this Coverage, the following exclusions apply in addition to the exclusions described in Part V. of the Policy Conditions - Exclusions Applicable To All Coverages of This Policy.

We will not pay for loss or damage caused by or resulting from any of the following:

a.   Intentional acts committed by or at the direction of any Insured.

b.   The failure of an Insured to provide reasonable care for Covered Property.

**VI.   LIMITS OF INSURANCE**

The most we will pay in damages as the result of any one accident is the Limit of Insurance shown in the Declarations for Third Party Property Damage coverage.

**VII. DEDUCTIBLE**

Our obligation to pay damages applies only to the amount of damages in excess of the deductible amount shown in the Declarations for Third Party Property Damage Coverage. The deductible amount applies to all damages as the result of any one accident, regardless of the number of persons or organizations who sustain damages because of that accident.

This deductible does not apply to a loss of use claim for property that is covered for direct physical loss or damage under any other Coverage of this policy subject to the applicable deductible under the other coverage is exhausted.

**VIII.   AMENDED CONDITIONS**

a.   The following General Policy Condition does not apply to this Coverage:

GENERAL ENDORSEMENT NO. 2

EXCLUSION OF WAR, MILITARY ACTION & TERRORISM Page [ PAGE ] of [ NUMPAGES ]

Named Insured
Motion Picture/Television Production Portfolio Policy                                    Policy No.

Condition III.4. – Stop Date Loss

Loss Condition 1.g.- Loss Payment is replaced by the following:

(1) If two or more of this policy's coverages apply to the same loss or damage, we will not pay more than the actual amount of the loss or damage.

(2) We will not be liable for any part of a loss that has been paid or made good by others.

## IX.  ADDITIONAL CONDITION

For the purposes of this Coverage, the following Condition applies in addition to the Policy Conditions.

**Legal Action Against Us**

The following is added to Policy Condition II.2. – Legal Action Against Us

A person or organization may sue us to recover on an agreed settlement or on a final judgment against an Insured; but we will not be liable for damages that are not payable under the terms of this Coverage or that are in excess of the Limit of Insurance.  An agreed settlement means a settlement and release of liability signed by us, the Insured, and the claimant or the claimant's legal representative.

## X.  ADDITIONAL DEFINITIONS

For the purposes of this Coverage, the following definitions apply in addition to the definitions described in Part IV. of the Policy Conditions - Definitions Applicable To All Coverages of This Policy:

a.  "Employee" includes a "Leased Worker" and a "Temporary Worker".

b.  "Leased worker" means a person leased to you by a labor leasing firm under an agreement between you and the labor leasing firm, to perform duties related to the conduct of your business. "Leased Worker" does not include a "Temporary Worker".

c.  "Suit" means a civil proceeding in which damages to which this insurance applies are alleged.  "Suit" includes:

(1) An arbitration proceeding in which damages are claimed and to which the Insured must submit or does submit with our consent; or

(2) Any other alternative dispute resolution proceeding in which such damages are claimed and to which the Insured submits with our consent.

d.  "Temporary Worker" means a person who is furnished to you to substitute for a permanent "Employee" on leave or to meet seasonal or short-term workload conditions.

e.  "Volunteer Worker" means a person who is not your "Employee", and who donates his or her work and acts at the direction of and within the scope of duties determined by you, and is not paid a fee, salary or other compensation by you or anyone else for their work performed for you.

GENERAL ENDORSEMENT NO. 2
EXCLUSION OF WAR, MILITARY ACTION & TERRORISMPage [ PAGE ] of [ NUMPAGES ]

Named Insured
Motion Picture/Television Production Portfolio Policy                                    Policy No.

**ENDORSEMENT NO.**
**HURRICANE, TORNADO COUNTRY EXCLUSION AND STRP SHOW RESTRICTION**

All Coverage Sections specifically exclude any claims caused by or contributed to by a named windstorm in the following territories during the terms indicated unless endorsed hereon:

Dates                                                        Territory
**1st of June through the 30th November              Virginia, Washington DC, Georgia, North & South Carolina, Florida, Alabama, Arkansas, Louisiana, Texas within 100 miles of the coast**

**1st of January through the 30th June              Hawaii, Indonesia,  Australia, Asia, New Zealand, Philippines,, Korea and other Asia countries and all countries that suffer from a Tornado season.**

All Coverage Sections specifically exclude any claims in the following territories unless endorsed hereon:

That is under trade or economic embargoes imposed by the laws or regulations of the United States of America. That has a Travel Warning as listed on travel.state.gov or is a terrorist concern or for any other reason.

The only Coverage Sections applicable to Strip Shows are; Section _____Property and Section____ Third Party Property Damage only.

All other terms and conditions remain unchanged.

GENERAL ENDORSEMENT NO. 4
TRIA                                    Page [ PAGE ] of [ NUMPAGES ]

**Broker:**   Aon/Albert G. Ruben Insurance Services, Inc.          Insurance Company
10080 Wilshire Boulevard, 7th Floor
Los Angeles, CA  90024

**Herein Called the Company**

**MOTION PICTURE/TELEVISION
PRODUCTION PORTFOLIO DECLARATIONS**        **Policy Number:**

1.    **NAMED INSURED and MAILING ADDRESS:**

Named Insured
Street Address
City, State, Zip Code

2.    **POLICY PERIOD:**
**From 12:01 A.M. Standard Time at the address of the NAMED INSURED as stated above.**

3.    **INSURED PRODUCTION(S):**   **Any production of the insured**

4.    **COVERAGE:**

| Section | Coverage | Limit of Liability |
|---------|----------|--------------------|
| I. | CAST | $50,000,000 |
| II. | NEGATIVE & FAULTY STOCK | $50,000,000 |
| III. | EXTRA EXPENSE | $10,000,000 |
| IV. | PERSONAL PROPERTY | $10,000,000 |
| V. | THIRD PARTY PROPERTY DAMAGE | $10,000,000 |
| VI. | Other Covers: | |

5.    **DEDUCTIBLES & SELF-INSURED RETENTION:**  See Rating Schedule endorsement

6.    **DEPOSIT PREMIUM:**  See Rating Schedule endorsement

COUNTERSIGNATURE DATE:                COUNTERSIGNATURE OF AUTHORIZED AGENT:

CONFIDENTIAL

EXHIBIT 3, PAGE 147

AONNBCU0004165

Named Insured
Motion Picture/Television Production Portfolio Policy                                    Policy No.

7.      Insurance is provided against those perils and for the coverage under those Sections for which a specific amount or Limit of Liability is shown   in   schedules incorporated herein, subject to all terms of the policy and all forms and endorsements made a part hereof.

8.      When a deposit premium has been charged, the actual premium will be determined in  accordance with the terms of the rating schedule endorsement attached to and made a part of this policy.

9.      **FORMS AND ENDORSEMENTS ATTACHED AT INCEPTION**:

10.     **DATE ISSUED**:

DECLARATIONS                          Page [ PAGE ] of [ NUMPAGES ]

CONFIDENTIAL                    EXHIBIT 3, PAGE 148                    AONNBCU0004166

Named Insured
Motion Picture/Television Production Portfolio Policy                                    Policy No.

## CONDITIONS APPLICABLE TO ALL SECTIONS

### I.   GENERAL CONDITIONS

Throughout this Policy, "you" and "your" refer to the Named Insured shown in the Declarations.  The words "we," "us" and "our" refer to the Company providing this insurance.

**A.   NAMED INSURED**

Named insured shall mean the first named insured as per the Declarations and any majority owned or managed subsidiaries thereof, their respective parent and affiliated companies andwith 51% ownership or any financially controlled or managed organization(s) and or any including a production company or other entity formed or contracted by the named insured or an other organization, entity or person(s) which the named contracted by insured has agreed to insuredproduce an "Insured Production".

*[Margin annotations: "Formatted: Font color: Red" (repeated ten times)]*

**B.   TERRITORY**

This Policy applies anywhere in the world.

**C.   MISREPRESENTATION AND FRAUD**

This Policy is void if you knowingly concealed or misrepresented any material fact or circumstance concerning this insurance, or in the case of any fraud or false swearing by you, whether before or after a loss.  If you make any false or fraudulent claim as to the amount or otherwise, this Policy is void as to that specific claim, and we have the right to terminate this Policy at that time, and any subsequent claims by you are forfeited.  The term "you:" as used in this paragraph applies your executive production management or the Risk Management Department.

**D.   ASSIGNMENT**

This Policy may not be assigned without our written consent.

**E.   ACTION AGAINST US**

No action against us may be brought unless you have complied with all of the material provisions of this Policy and the action is started within two (2) years after the date on which the loss occurred.

Nothing in this Policy gives any person or organization any right to join us as a codefendant in any action against you to determine your liability.

**F.   Access To Records And Examination Under Oath**

We or our representatives may examine and audit your books and records as they relate to this policy at any time during the policy period or while a claim is pending.

If requested, you must permit us to question you and, so far as within your power, all other interested persons under oath, at such times as may be reasonably required, about any matter relating to this insurance or a claim.

No such examination under oath or examination of books or documents, nor any other act by us or any of our employees or representatives in connection with the investigation of any loss or claim hereunder, shall be deemed a waiver of any defense which we might otherwise have with respect to any loss or claim, but all such examinations and acts shall be deemed to have been made or done without prejudice to our liability.

**G.   OTHER INSURANCE**

CONFIDENTIAL                    EXHIBIT 3, PAGE 149                    AONNBCU0004167

Named Insured
Motion Picture/Television Production Portfolio Policy                              Policy No.

If, at the time of loss or damage, any other valid insurance is available which would apply to the loss or damage in the absence of this policy, the insurance provided by this policy will be primary to any other policy held by you but excess with respect to any policy or coverage held or provided by any other party, unless otherwise agreed by you.

This policy does not apply to any productions that have been or are required to be declared by you under similar insurance provided by any other insurer.

**H.      SUBROGATION**

If any person or organization to or for whom we make payment under this policy has rights to recover damages from another, those rights are transferred to us to the extent of our payment. That person or organization must do everything necessary to secure our rights and must do nothing after loss to impair them.

This insurance will not be prejudiced if you have waived your right of recovery from any party or parties in a lease for premises or rental agreement for property.  We will honor any written contractual  waiver of subrogation obligation agreed to by you prior to a loss.

**I Duties In The Event of Loss Or Damage**

In case of a loss or damage to which this insurance may apply, you must see that the following duties are performed:

(1)      Police Notification - Notify the police if a law may have been broken.

(2)      Minimize Loss or Damage – Take all reasonable steps to protect the property from further damage and minimize the loss. Keep a record of your expenses in doing so for consideration in the settlement of the claim. This will not increase the limit of insurance.

(3)      Notice of Loss or Damage

    (a)      Report immediately to us or our authorized representative any loss or damage which may become a claim under this policy. Include a description of the property or loss involved.

    (b)      As soon as possible, give us a description of how, when and where the loss or damage occurred.

(4)  Proof of Loss - File with us, or our authorized representative, a detailed proof of loss signed and sworn to by you setting forth to the best of your knowledge and belief the facts of the loss and the amount thereof. You must do this within one hundred eighty (180) days as requested by us or required by law after discovery of the loss or damage.

(5)      Cooperation

    (a)      Except at your own cost, make no voluntary payments, assume no obligations, and incur no expenses without our consent, except in settlement of a covered claim where the amount of the claim is not disputed.

    (b)      Permit us to inspect the property and records proving the loss or damage.

    Also permit us to take samples of damaged and undamaged property for inspection, testing and analysis, and permit us to make copies from your books and records.

    (c)      Immediately send us copies of any demands, summonses or legal papers received in connection with the claim or suit.

    (d)      Cooperate with us in the investigation or settlement of the claim.

**j.   Loss Payment**

(1)      Loss or damage covered by this policy will be payable to you or your loss payee.

    We agree that any holder of a Certificate of Insurance in which such holder is evidenced as a Loss Payee issued by us or on our behalf will be considered a Loss Payee, subject to your legal liability.

(2)      We will not pay you more than your financial interest in the covered property.

SECTION I.  CAST                     Page [ PAGE ] of [ NUMPAGES ]

Named Insured
Motion Picture/Television Production Portfolio Policy                                    Policy No.

    (3)       If two or more of this policy's coverages apply to the same loss or damage, we will not pay more than the actual amount of the loss or damage.

    (4)       We will pay you for covered loss or damage within thirty (30) days after we receive and accept a satisfactory sworn proof of loss as we have required or as required by law, if you have complied with all the terms of this policy and:

        (a)  We have reached agreement with you on the amount of loss; or

        (b)  A final judgment has been entered; or

        (c)  An appraisal award has been made.

    (5)       We may adjust losses directly with the owners of lost or damaged property, if other than you. If we pay the owners, such payments will satisfy your claims against us for the owners' property.  We will not pay the owners more than their financial interest in the covered property.

    (6)       We may elect to defend you against suits arising from claims of owners of property.  We will do this at our expense.

We will not be liable for any part of a loss that has been paid or made good by others.


## K. Deductible

    (1)       When a deductible applies, the terms of this insurance, including those with respect to your duties in the event of loss or damage, apply irrespective of the application of the deductible amount.

    (2)       We may pay any part or all of a deductible amount to effect settlement of any claim and, upon notification of the action taken you shall promptly reimburse us for such part of the deductible amount as has been paid by us.

## L. Premium

  (1)  The first Named Insured shown in the Declarations:

    (a)  Is responsible for the payment of all premiums; and

    (b)  Will be the payee for any return premiums we pay.

  (2)  We will compute all premiums for this policy in accordance with the rating schedule(s) attached to and made a part of this policy.

  (3)  The premium shown in this policy is a deposit premium only unless specifically stated otherwise. At the end of the policy period we will compute the earned premium by applying the rates set forth in the rating schedule(s) to the final "Insurable Production Cost". However, the earned premium will not be less than the minimum policy premium stated on the rating schedule(s), regardless of the term of coverage.

If the earned premium is greater then the deposit premium, we will send a bill to the first Named Insured that shows the amount due and when it is payable. If the earned premium is less than the deposit premium, we will return the excess to the first Named Insured.

The first Named Insured must keep records of the "Insurable Production Costs" and other information we need for premium computation, and send us copies at such times as we may request.

    L.     CANCELLATION

      (1)       The first Named Insured shown in the Declarations may cancel this policy by returning it to us or our authorized representative, stating in writing the future date it is to be cancelled. The policy period will end on that date.

      (2)       We may cancel this policy by written notice to the first Named Insured at least:

        (a)  Ten (10) days before the effective date of cancellation if we cancel for nonpayment of premium; or

        (b)  One hundred and twenty (120) days before the effective date of cancellation if we cancel for any other reason.

      (3)       We will mail or deliver our notice to the first Named Insured's last mailing address known to us.

CONFIDENTIAL

**EXHIBIT 3, PAGE 151**

AONNBCU0004169

Named Insured
Motion Picture/Television Production Portfolio Policy                                    Policy No.

    (4)    Notice of cancellation will state the effective date of cancellation. The policy period will end on that date.

    (5)    If this policy is cancelled, we will send the first Named Insured any premium refund due. If we cancel, the refund will be pro rata.  If the first Named Insured cancels, the refund may be less than pro rata. The cancellation will be effective even if we have not made or offered a refund.

    (6)    If notice is mailed, proof of mailing will be sufficient proof of notice.

**M.**    **ABANDONMENT**

There can be no abandonment of any property to us without our written consent.

**N.**    **STOP DATE LOSS**

If as a result of delay in completing the original shooting schedule of an insured production you incur a loss in order to honor the termination date contained in a performance contract between you and any other person and/or their respective loan out company, such loss (hereinafter referred to as a stop date loss) would not be covered by the provisions of this policy, but this policy will, nonetheless, participate in a stop date loss to the extent that the need to incur such loss is directly related to a loss insured under the terms of this policy.  The extent of our participation in a stop date loss will be governed by the proper consideration of the following factors:

1.    If the need to incur the stop date loss is solely and directly the result of an insured loss, the stop date loss will be recoverable in full.

2.    If the need to incur the stop date loss arises in part by reason of an insured loss and also arises in part by reason of an uninsured occurrence so that it can reasonably be said that each contributed to the incidence of the stop date loss, then the extent that each so contributed will be determined and an apportionment of the stop date loss will be made.

3.    If the need to incur the stop date loss is in no way connected with an insured loss, no part of the stop date loss will be recoverable.

4.    Coverage afforded by this paragraph is subject to the proviso that the performance contract term was sufficiently longer than your original scheduled time for completion of the insured production so as to allow a reasonable margin of safety to cover possible delays in completing the insured production. It is agreed that 10 consecutive days is a reasonable margin of safety for features and 3 consecutive days is a reasonable margin of safety for all other productions.

**O.**    **APPRAISAL**

If you and we fail to agree on the amount of loss, either one can demand that the amount of loss be set by appraisal.  Each party will select a competent, independent appraiser and notify the other of the appraiser's identity within twenty (20) days of receipt of the written demand.  The two appraisers will then select a competent, impartial umpire.  If the two appraisers are unable to agree upon an umpire within fifteen (15) days, you or we can ask a judge of a court of record in the state of your residence to select an umpire.  The appraisers will then submit a written report of an agreement to us and the amount agreed upon will be the amount of the loss.  If the appraisers fail to agree within a reasonable period of time, they will submit their difference to the umpire.  Written agreement signed by any two of these three will set the amount of the loss. The party selecting that appraiser will pay each appraiser.  Other expenses of the appraisers and the compensation of the umpire will be paid equally by you and us.

**P.**    **POLICY CHANGES**

No changes may be made to this policy except by mutual agreement in writing.

CONFIDENTIAL          **EXHIBIT 3, PAGE 152**          AONNBCU0004170

Named Insured
Motion Picture/Television Production Portfolio Policy                                    Policy No.

**Q.**  **CONFORMITY TO STATE LAW**

When any policy provision is in conflict with the applicable law of the state in which this policy is issued, the law of the state will apply, unless the provision of this policy is broader.

**R.**  **DUE DILIGENCE CLAUSE**

You shall use due diligence and do and concur in doing all things reasonably practicable to avoid or diminish any loss or any circumstance likely to give rise to a loss or claim insured under this policy. This policy extends to indemnify you for any additional expenses necessarily incurred by you to avoid or diminish such loss or claim, subject to any deductible provisions of this policy. This indemnification will not increase the limit of insurance, and we will not pay more for any loss than the amount that would have been payable had you not incurred the additional expenses.

**S.**  **INADVERTENT ERROR CLAUSE**

You will not be prejudiced by any unintentional or inadvertent omission, error or incorrect description of the property, persons, animals or exposures insured hereunder.

**T.**  **INSPECTION & SURVEYS**

(1)  We have the right to:
   (a)  Make inspections and surveys at any time;
   (b)  Give you reports on the conditions we find; and
   (c)  Recommend changes.
(2)  We are not obligated to make any inspections, surveys, reports or recommendations, and any such actions we do undertake relate only to insurability and the premiums to be charged. We do not make safety recommendations. We do not undertake to perform the duty of any person or organization to provide for the health or safety of workers or the public. And we do not warrant that conditions:
   (a)  Are safe or healthful; or
   (b)  Comply with laws, regulations, codes or standards.
(3)  Paragraphs (1) and (2) of this Condition apply not only to us, but also to any rating, advisory, rate service or similar organization which makes insurance inspections, surveys, reports or recommendations.

**U**  **Recoveries**

If either you or we recover any property after loss settlement, that party must give the other prompt notice. At your option, the property will be returned to you. You must then return to us the amount we paid to you for the property. We will pay recovery expenses and the expenses to repair the recovered property, subject to the Limit of Insurance.

To the extent recovery is made from such other insurance, the deductible and or the SIR under this policy will be reduced by such recovery. In no event will the deductible/SIR under this policy be greater than that shown in this policy.  If recovery from such other insurance is greater than the deductible/SIR in this policy, then the deductible/SIR under this policy will not apply.

To the extent there is a recovery from other insurance when the loss exceeds the Deductible or SIR we will share the recovery and costs proportionally.

**V.**  **INSURANCE NOT TO BENEFIT OTHERS**

CONFIDENTIAL

EXHIBIT 3, PAGE 153

AONNBCU0004171

Named Insured
Motion Picture/Television Production Portfolio Policy                    Policy No.

No person or organization, other than you, having custody of the property and to be paid for services shall benefit from this insurance. This restriction does not apply to a person or organization, other than a common carrier, which is working or providing services on your behalf.

**W.    PROPERTY OF OTHERS**

In the event of loss or damage to property of others (insured hereunder) held by you for which claim is made upon us the right to adjust such loss or damage with the owner or owners of such property is reserved to us and receipt of payment by such owner or owners  in satisfaction thereof shall be in full satisfaction of any claim by you for which such payment has been made. If legal proceedings are taken to enforce a claim against you as respects any such loss or damage, we shall, at our expense, conduct and control the defense of such legal proceeding on behalf of and in your name. No action of ours in such regard will increase our liability under this policy.

**X.    EXCHANGE RATE**

The rate of exchange applied to a loss shall be the rate as paid by you to purchase the foreign funds.

We reserve the right, for claims that we settle directly with third parties to this policy, to adjust the claims at the prevailing exchange rate or the exchange rate used to actually purchase the foreign funds.

**II.    SPECIAL CONDITIONS**

**A.    DEFINITIONS**

**a.**    "Continuity" means costs incurred to match or maintain the Environment of the "Insured Production" during "Principal Photography".

The Environment includes weather, climate, natural lighting or seasonal changes in which you are filming the "Insured Production".

**b.**    "Earthquake" means:

(1)  Any earth movement, such as an earthquake, landslide, mine subsidence, or earth sinking, rising or shifting; and

(2)  Volcanic eruption, meaning the eruption, explosion or effusion of a volcano;

provided that all earth movements or volcanic eruptions that occur within any seventy-two (72) hour period will constitute a single earth movement or volcanic eruption.

**c.**    "Flood" means, flood waters, surface water, waves, tide or tidal water, overflow or rupture of a dam, levy, dike or other surface containment structure, storm surge, the rising, overflowing or breaking of boundaries of natural or manmade bodies of water, or the spray from any of the foregoing, all whether driven by wind or not.

**d.**    "Insurable Production Cost" includes:

All costs, including overhead, chargeable directly to an "Insured Production" or series of productions, including any amount of other overhead you declare at the time you declare an "Insured Production" or series of productions. However, the following costs shall not be included in "Insurable Production Cost":

(a)  Royalties Term Deals for Executive Producer(s), Package Fee & Publicity, residuals, premiums paid for this insurance, interest on loans, and personal and real property taxes;

(b)  Story, scenario, music rights, and sound rights, except with respect to television series, specials and pilots; and

(c)  "Continuity", except when a period of suspension due to covered loss or damage exceeds ninety (90) days.

(d)  Any other costs specifically stated not to be "Insurable Production Costs" in an endorsement to this policy.

Nevertheless, you have the option to include these excluded costs at the time you declare an "Insured Production" or series of productions. In that case, such costs will be included in the "Insurable Production Cost"; and

CONFIDENTIAL                      **EXHIBIT 3, PAGE 154**                      AONNBCU0004172

Named Insured
Motion Picture/Television Production Portfolio Policy                                    Policy No.

(2)   The amount of any loss or damage paid under this policy. This provision does not apply where premium is based on an episodic charge.

    **e.**   "Insured Production" means a production or series of productions that has been declared to us.

    **f.**   "Mobile Equipment" means any of the following types of land vehicles, including any attached machinery or equipment:

        (1)   Bulldozers, farm machinery, forklifts and other vehicles designed for use principally off public roads;

        (2)   Vehicles that travel on crawler treads;

        (3)   Vehicles, whether self-propelled or not, maintained primarily to provide mobility to permanently mounted equipment, or maintained primarily for purposes other than the transportation of persons or cargo.

        However, "Mobile Equipment" does not include any land vehicle that is subject to a compulsory or financial responsibility law or other motor vehicle insurance law in the state where it is licensed or principally garaged.

    **g.**   "Principal Photography" means the continuous period of time from the start date to the completion date you actually require to photograph or tape an "Insured Production", including any necessary wrap time or reshoots.

**B.**    **ABANDONMENT**

    Should a covered loss result in an abandonment, during the term of coverage, under any section of this policy, we have the right to require that you surrender all owned or licensed rights, title(s) and interest(s) in all documents, underlying works, copyrights and all related material of the insured production, except as relates to any sequel, prequel and their attendant merchandise. We will reimburse you for the cost you incurred for the rights.

**D.**    **REFPORTING REQUIREMENTS**

    You must declare to us on a declaration and information form acceptable to us, the particulars of each and every production or series of productions undertaken by you during the term of this policy. If Cast Insurance is to be provided you will report to us each Covered Person to be insured prior to the commencement of "principal photography".

**E.**    **HIATUS COVERAGE**

    1.    With respect to episodic television, coverage is continuous from the pilot through season one and between seasons for continuing television series insured hereunder, hereinafter referred to as Hiatus Coverage, subject to all other terms and conditions of this policy.

    2.    Hiatus Coverage means the period of time from the end of coverage for the pilot or an episodic television season until the commencement of pre-production, for the series following the pilot or subsequent season.

    3.    The limits of liability, deductibles and terms that were in effect for the preceding pilot or season will apply during the hiatus period.

    4.    Hiatus Coverage applies solely to Cast Coverage, Property and Third Party Property Damage.

    5.    Hiatus coverage will cease immediately when this policy is cancelled or non renewed by you or us or 180 days after the start of Hiatus which ever occurs first.

**F**    **DELIVERY DATE EXPEDITING COSTS**

SECTION I.  CAST            Page [ PAGE ] of [ NUMPAGES ]

Named Insured
Motion Picture/Television Production Portfolio Policy                                    Policy No.

With respect to all productions insured hereunder, subject to all other terms and conditions, the definition of loss with respect to Cast Coverage, Negative Film, Faulty Stock and Extra Expense is extended to include the necessary production extra expenses you necessarily incur to meet an air date or delivery date of an insured production subject to a sub limit of liability of $1,000,000

**G.**     **PRINTS & ADVERTISING COSTS**

With respect to all productions insured hereunder, subject to all other terms and conditions, the definition of loss with respect to Cast Coverage, Negative Film, Faulty Stock and Extra Expense is extended to include the costs incurred for prints and advertising as have been rendered entirely valueless, solely in the event of an abandonment of an insured production, subject to a sub limit of liability of $1,000,000

**H.**     **Public Relations Costs**

With respect to all productions insured hereunder, subject to all other terms and conditions, the definition of loss with respect to "Disgrace" and or "Violent Death" under Cast Insurance is extended to include the costs to hire a third party public relations firm, law firm or crisis management firm for the specific purpose to minimize potential harm to you arising from a situation or occurrence involving the Disgrace or Violent Death of an insured cast member, subject to a sub-limit of liability of $250,000.

**I.**     **Annual Aggregate Deductible**

This policy is subject to "Insured Production" deductibles as listed herein and Annual Aggregate deductible for the policy term of $2,100,000 subject to the following:

1.   All adjusted claim amounts approved by us that you incur over the deductible amounts stated herein will accrue to the Annual Aggregate Deductible;
2.   At such time as the "Insured Production" or Annual Aggregate Deductible(s) has been exhausted, the deductible shown on the Declarations Page or within the policy will drop down to Maintenance Deductible(s) stated herein for each adjusted claim and for all subsequently adjusted claims for that "Insured Production" or annual period of declared productions.

The Annual Aggregate Deductible will include claims for the following; Delivery Date Expediting Costs, Prints and Advertising Costs or Public Relations Costs.  The above extensions are subject to a deductible of $50,000 and after the Annual Aggregate Deductible a Maintenance Deductible will apply of $25,000 per occurrence.

**III.**     **CLAIMS ADMINISTRATION**

The assigned independent adjuster for claims within the Annual Aggregate Deductible if required is as follows:

Hyperion Claim Specialists LLC ("Hyperion")
550 S. Hope Street, Suite 1625
Los Angeles, CA  90071-2650
Phone:  213 347-0250
Fax:  213 347-0266

Entertainment Brokers International / OneBeacon Insurance Company Claims Department
10940 Wilshire Boulevard, 17th Floor
Los Angeles, CA 90024

Phone: 310-954-3960
Email; pwilliams@ebi-ins.com

SECTION I.  CAST                          Page [ PAGE ] of [ NUMPAGES ]

Named Insured
Motion Picture/Television Production Portfolio Policy                    Policy No.

IV.      **EXCLUSIONS APPLICABLE TO ALL SECTIONS OF THIS POLICY**

This Policy does not insure against loss or damage caused directly or indirectly by:

**A.**      War, including undeclared or civil war; or

**B.**      Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

**C.**      Insurrection, rebellion, revolution, usurped power, or action taken by governmental authority in hindering or defending against any of these.

Such loss or damage is excluded regardless of any other cause or event that contributes concurrently or in any sequence to the loss.

**D.**      Any weapon of war employing atomic fission or radioactive force, whether in time of peace or war;

          E Any weapon employing atomic fission, atomic fusion or radioactive force; or

(b)      Nuclear reaction or radiation, or radioactive contamination from any other cause. But if nuclear reaction or radiation, or radioactive contamination results in fire, we will pay for the direct loss or damage caused by that fire if the fire would be covered under this policy.

**F.**      Risks of contraband or illegal transportation of trade;

**G.**      Violation of any Law or Statute, or any actual dishonest, fraudulent, criminal or malicious act committed by you, your employees, including any judicial injunction or action for injunctive relief;

**H.**      Any uninsured event occurring before, concurrently with or after the happening of an insured event, which directly or indirectly causes or in any way contributes to cause or increase a loss under this policy; but only with respect to that portion of any such loss caused by or contributed to by the uninsured event, unless the uninsured event would not have been a factor had such insured event never occurred.

**I.**      "Stop Date Loss", as described in ███████████ , except as otherwise provided in ███████████ ███

SECTION I.  CAST                          Page [ PAGE ] of [ NUMPAGES ]

Named Insured
Motion Picture/Television Production Portfolio Policy                                    Policy No.

# Section I. Cast Coverage

**I.  COVERAGE**

We will pay the actual and necessary loss you sustain by reason of a Covered Person being prevented from commencing, continuing or completing an assigned duty or role in an "Insured Production". The loss must be caused by or result from a Covered Cause of Loss during the Term of Coverage.

    a.  Covered Causes of Loss

        1.  Accidental injury, sickness or death, to a Covered Person;

        2.  Kidnap of a Covered Person;

        3.  Death, Severe Injury, Catastrophic Injury, life threatening illness of an "Immediate Family Member" that manifests itself during the term a Covered Person is insured hereunder.

        4. "Violent Death" or "disgrace" of a Covered Person declared and accepted by us, that necessarily forces the necessary abandonment of the "Insured Production".

        except those causes of loss listed in the Exclusions.

    b.  Term of Coverage

        (1)  Term of Coverage, as used in this Coverage, means the period beginning with the effective date shown in the Declarations, reporting form or the start date of principal photography whichever occurs first, and continuing until the earliest of the following dates:

            (a)  The date of delivery required under the completion guarantee agreement with the distributor(s);

            (b)  The date your completion guarantor is released from further obligations to you;

            (c)  Eighteen (18) months after completion of "Principal Photography";

            (d)  The date on which a protection print or duplicate tape has been completed and physically removed from the premises where the original negative or tape is located;

            (e) The date on which cancellation or termination of coverage under this policy for the "Insured Production" becomes effective.

The expiration date of this policy or declaration will be extended, if necessary, from the earliest of these dates. We may charge additional premium for this extension.

     (2) Subject to the Medical Examination Condition below, Term of Coverage also includes the Pre-Production period of Cast Coverage.

            (a)  The Pre-Production period for Covered Persons who are "Guest Artists" in episodic television begins sixty 60 days before the start of "Principal Photography" or videotaping of the "Insured Production".

            (b)  The Pre-Production period for other Covered Persons begins one hundred and eighty (180) days before the start of "Principal Photography".

        (3)  You may, provided we are given prior notice:

            (a)  Declare a starting date of "Principal Photography" at any time within the term of this policy;

**II.  ADDITIONAL EXCLUSIONS**

For the purposes of this Coverage, the following exclusions apply in addition to the exclusions described in Part V. of the Policy Conditions - Exclusions Applicable To All Coverages of This Policy.

We will not pay for loss caused by or resulting from any of the following:

    a.  Sickness on a Covered Person unless accepted by us and or as may be provided under IV b Medical EXAMINATION.

    b.  Any Covered Person taking part in any hazardous stunt(s) (As defined by the entertainment Guilds or Unions) without our written consent;

    c.  Any Covered Person taking part in flying other than as a passenger;

    d.  The inability of any female to continue her performance because of pregnancy or conditions pertaining to pregnancy.  This exclusion will not apply if you can prove that the female was not aware of the pregnancy when

CONFIDENTIAL

EXHIBIT 3, PAGE 158

AONNBCU0004176

Named Insured

Motion Picture/Television Production Portfolio Policy                                    Policy No.

they accepted the position with you or when they completed the medical certificate or when the medical examination was performed;

e.   Any Covered Person over seventy four years of age unless the person is specifically named in an endorsement attached to this policy;

f.   Any reservation, exception or restriction we have imposed on a Covered Person, as described in the Medical Examination Condition below, regardless of when the event causing loss occurs.

g.   ~~Ransom payments hereunder unless payment is authorized, approved and monitored by the police or other civil authority~~

h.g.   Behavior, action or inaction of a covered person that is consistent with the known public or private persona or behavior of the covered person which gives rise to "disgrace" of the "covered person".

**III.  LIMITS OF INSURANCE**

The most we will pay for loss in any one occurrence is the Limit of Insurance shown in the Declarations for Cast Coverage.

~~Ransom payment will not exceed $1,000,000 Sublimit.~~

Family Death…is subject to a sublimit of $2,000,000

**IV.  DEDUCTIBLE OR SELF INSURED RETENTION**

We will not pay for loss in any one occurrence until the amount of the adjusted loss before applying the applicable limits of insurance exceeds the deductible or self insured retention amount shown in the Declarations for Cast Coverage. We will then pay the amount of the adjusted loss in excess of the deductible or self insured retention, up to the applicable limit of insurance.

**V.  DEFINITION OF LOSS**

a.   The amount of your loss will be determined based on:

(1)   All necessary "Insurable Production Cost" you incur to complete the "Insured Production" that exceeds the amount of "Insurable Production Cost" you would have incurred if the covered cause of loss had not occurred; and

(2)   All other necessary expenses that reduce the amount of loss otherwise payable.

However, your loss will not include loss of earnings of profit.

c.   If you abandon an "Insured Production" that has been made substantially valueless solely because of one or more covered causes of loss reasonably, practically and necessarily prevents you from completing the "Insured Production", irrespective of any completion or delivery date requirements for the "Insured Production", we will pay as loss the total "Insurable Production Cost" you have incurred for the "Insured Production".

**VI.  ADDITIONAL CONDITIONS**

For the purposes of this Coverage, the following Conditions apply in addition to the Policy Conditions.

a.   **Additional Duties In The Event of Loss Or Damage**

The following is added to Policy Condition I.f. - Duties In The Event of Loss Or Damage:

(1)   You must report immediately to us or our authorized representative any fact or circumstance which may prevent a Covered Person from commencing, continuing or completing an assigned duty or role in an "Insured Production" and which may result in a claim under this policy.

(2)   You must immediately secure and file with us or our authorized representative the certification of a duly licensed physician. The certification must include a complete description of the injury, sickness or death and the prognosis.

(3)   You must make every effort to preserve our rights, including enforcing any contractual conditions or terms applicable to the Covered Person, to:

(a)   Have any Covered Person examined by a medical doctor of our choice; and

(b)   Have continuing access to the medical records of any Covered Person.

SECTION I.  CAST                              Page [ PAGE ] of [ NUMPAGES ]

Named Insured
Motion Picture/Television Production Portfolio Policy                                    Policy No.

It is your responsibility to comply with these conditions and your inability to provide the above may result in your not proving your claim hereunder.

b.   **Medical Examination, Accident Coverage, Immediate Family, Essential Element, Violent Death & Disgrace**

(1)   Any production except Feature Films each Covered Person, other than a "Guest Artist" in episodic television, must be examined by a duly licensed physician, designated or approved by us or submit a medical affidavit not more than sixty (60) days prior to the date the Covered Person's assigned duties or role in the "Insured Production" are scheduled to commence or as accepted by us.

For Feature Films the following **Covered Person(s)** must be examined by a duly qualified physician designated or approved by us, (veterinarian with respect to animals), who will submit to us a Medical Certificate or Affidavit signed by the examinee and physician (not applicable to animals prior to the date the Covered Person's assigned duties or role in the "Insured Production" are scheduled to commence. The physician must complete and submit to us a Medical Certificate or Affidavit, on forms approved by us and signed by the Covered Person.

a.   The Director(s);
b.   Seven (7) covered persons with the greatest exposure to the production as determined by the Risk Management Department. If Risk Management has made a determination of the top seven (7) artists and it is discovered that the determination was incorrect, we will not deny a claim or penalize you for such incorrect determination.

The physician must complete and submit to us a medical questionnaire and certificate, on forms approved by us and signed by the Covered Person.

If the doctors we provide are not available to you for the completion of a medical examination, we grant you permission to use any licensed medical doctor available, except for the Covered Person's personal physician;

(2)   Sickness Coverage for the Covered Person will become effective on the date the medical examination, Medical Certificate or Affidavit authorization is completed, subject to our receipt and approval of the medical exam, Medical Certificate & Affidavit.

Based on the medical information submitted to us, we have the right to make any reservation, exception or restriction regarding the insurability of the Covered Person within 36 working hours of receipt of the medical exam.  We will not pay for loss caused by or resulting from any such reservation, exception or restriction.

If a Covered Person becomes sick or disabled before the medical exam or Medical Affidavit has been completed we will cover the sickness or disability subject to you showing that the sickness or disability would not have been discovered or disclosed during the medical exam or outlined in the Medical Affidavit and that the Covered Person had no prior knowledge.

> **Formatted:** Font color: Auto

Our failure to respond to a Medical Certificate & Affidavit and or Affidavit & Authorization within 36 working hours of our receipt will result in full coverage without restriction.

(3)   Accident and Kidnap Coverage is effective on the date you have contracted with the Covered Person to perform in the "Insured Production".

(4)   "Disgrace" & "Violent Death" is effective when the Covered Person is approved by us for this coverage.

> **Formatted:** Font color: Auto
> **Formatted:** Font color: Orange
> **Formatted:** Font color: Auto

(5)   "Immediate Family" is effective on the date you have contracted with the Covered Person to perform in the "Insured Production".

(6)   **"Essential Element"** is effective when the Covered Person is declared and approved by us.

(7)   Animals must be declared and accepted by us before coverage will commence.

We will also review our own case history and public records to determine the coverage on any Covered Person.

VII.   **ADDITIONAL DEFINITION**

CONFIDENTIAL                    EXHIBIT 3, PAGE 160                    AONNBCU0004178

Named Insured
Motion Picture/Television Production Portfolio Policy                                    Policy No.

For the purposes of this Coverage, the following definition applies in addition to the definitions described in Part IV. of the Policy Conditions - Definitions Applicable To All Coverages of This Policy:

"Covered Person" means a person declared and accepted by us, except as outlined herein.

"Guest Artist" means a Covered Person appearing in or contracted to appear in episodic television for less than three (3) consecutive episodes or less than fifty percent (50%) of a series of productions.

"Immediate Family Member" means the mother, father, sister, brother, spouse, life partner, child, stepparents, stepchildren, stepbrother, stepsister, mother-in-law, father-in-law, sister-in-law, brother-in-law, daughter-in-law, son-in-law or "significant others" who reside together, grandparent or grandchild of the Covered Person.

"Violent Death" means the Covered Person died at the hands of another person and that the Covered Person was involved in a crime. The showing of the "Insured Production" would degrade the insured and would anger the public

"Disgrace" means any criminal act or alleged criminal act, or any offense against public taste or decency, committed by a covered person, beyond their usual or expected behavior, that degrades or brings that Covered Person into disrepute or provokes insult or shock to the community that reflects unfavorably upon the named insured or insured production that renders the "Insured Production" commercially unviable on unaired shows.

"Essential Element" is defined AS as a declared artist(s) for the purpose of completion and delivery of the "Insured Production" as an "Essential Element" and accepted by us.

## VIII   COVERAGE EXTENSION

In the event of:

(i)   The death of a declared "Essential Element" during the period of pre-production or principal photography; or

(ii)   The injury or illness of an "Essential Element" during the period of principal photography, whose injury or illness necessarily prevents the declared artist from performing services and completing the insured production. The injury or illness must incapacitate the "Essential Element" for a period of more than [ FORMTEXT ] days;

it shall be considered reasonable, practical, and necessary for you to abandon the Insured Production during principal photography and make claim under this Section for such costs defined in Section I. Cast, VI. Definition of Cast, Paragraph D.

d.   Pursuant to Paragraph c. (ii) above, we shall have the option to delay your abandonment of the insured production for up to [ FORMTEXT ] days after the occurrence of the injury or onset of the injury or illness if in our good faith business judgment the artist is likely to recover from such injury or illness to resume his/her assigned role or position within [ FORMTEXT ] days.

(i)   In the event our decision to exercise our option to delay your abandonment of the insured production for up to [ FORMTEXT ] days after the occurrence of an injury or onset of an illness of the declared "Essential Element" causes you to incur a loss in excess of the amount stated in Section I. Cast, Paragraph H. Limit of Liability, then such limit of liability shall automatically be increased to include the costs necessarily incurred in excess of the Limit of Liability caused solely and directly by the warranties below.

**Duties in the event of a loss**

Prior to payment of the "Essential Element" loss covered, you will comply with the following:

A.   Upon our written request, within five (5) business days following the "Essential Element" loss you and one of our representatives shall meet to determine the viability of the options to complete the insured production, including the possibility of replacing the "Essential Element". You will do all things possible to complete the Insured Production, where possible with the remaining cast and crew, including maintaining or replacing financing to complete the insured production. "Essential Element" replacement will be a person of similar standing within the motion picture industry who is acceptable to independent financiers or distributors.

SECTION I.  CAST                              Page [ PAGE ] of [ NUMPAGES ]

Named Insured
Motion Picture/Television Production Portfolio Policy                                    Policy No.

B.    You will work with us in good faith and do all things possible to replace the "Essential Element" and upon our request, provide us your authority to negotiate on your behalf with any other party to assist in the replacement of an "Essential Element" or financing.

C.    You will at our option enable us to maintain or replace any financing to complete the insured production.

Any breach of the above warranties will relieve us of any claim that would be payable hereunder.

CONFIDENTIAL                        EXHIBIT 3, PAGE 162                        AONNBCU0004180

Named Insured
Motion Picture/Television Production Portfolio Policy                    Policy No.

**SECTION II. NEGATIVE FILM & FAULTY STOCK**

**I.      INSURING AGREEMENT**

**A.**      We agree to pay you such loss (defined in Paragraph IV) as you directly and solely sustain as a result of loss of, damage to or destruction of videotape stock, raw film stock, recorded videotape, exposed motion picture film (developed or undeveloped), inter-positives, positives, work prints, cutting copies, fine grain prints, sound tracks, tapes, transparencies, cells, art work (used to create animation or other images), source materials, software, data, media and related material used to generate computer or other images, and or any similar material or property, caused by an insured peril (defined in Paragraph II) when such property is your property or the property of others for which you are legally liable and, while such property is used or to be used in connection with an insured production.

**II.     PERILS INSURED**

This coverage insures:

1.      All risks of direct physical loss or damage;

2. Faulty materials, faulty equipment, faulty computer equipment, faulty editing, faulty developing or fault processing; including accidental erasure, magnetic, or x-ray injury, disturbance or erasure of film, electronic recordings or video tape and loss of media, data, or software;

3. Operator error including faulty manipulation or faulty operation, of camera, lighting, sound, electrical, editing, computer or any other equipment;   technician's error(s) of judgment; and errors in machine or computer programming or instructions to any machine or computer.

**III.    LIMITS OF INSURANCE**

The most we will pay for loss in any one occurrence is the Limit of Insurance shown in the Declarations for Negative Film coverage.

Operator Error is subject to a $2,000,000 Sub-limit

**IV. DEDUCTIBLE**

We will not pay for loss or damage in any one occurrence until the amount of the adjusted loss or damage before applying the applicable limits of insurance exceeds the deductible amount shown in the Declarations for Negative Film Coverage. We will then pay the amount of the adjusted loss or damage in excess of the deductible, up to the applicable limit of insurance.

**III.**

**Term of Coverage**

Term of Coverage, as used in this Coverage, means the period beginning one hundred eighty (180) days before the date shown in the Declarations as the start of "Principal Photography" or the start date of principal photography which ever occurs first , and continuing until the earliest of the following dates:

(1)   The date of delivery required under the completion guarantee agreement with the distributor(s);

(2)   The date your completion guarantor is released from further obligations to you;

(3)   Eighteen (18) months after completion of "Principal Photography";

(4)   The date on which a protection print or duplicate tape has been completed and physically removed from the premises where the original negative or tape is located;

(5)   The date your interest in the property ceases; or

(6)   The date on which cancellation or termination of coverage under this policy for the "Insured Production" becomes effective.

CONFIDENTIAL    **EXHIBIT 3, PAGE 163**    AONNBCU0004181

Named Insured
Motion Picture/Television Production Portfolio Policy                                                    Policy No.

The expiration date of this policy will be extended, if necessary, until the earliest of these dates. We may charge additional premium for this extension.

**IV.   PROPERTY EXCLUDED**

This coverage does not insure cut-outs, unused footage or library stock.

**V.   DEFINITION OF LOSS**

a.   The amount of your loss will be determined based on the following:

(1)  With respect to videotape stock, raw film stock and blank media, the actual cost to replace these items with property of like kind and quality.

(2)  With respect to other Covered Property, all necessary "Insurable Production Cost" you incur to restore the "Insured Production" that exceeds the amount of "Insurable Production Cost" you would have incurred if no physical loss or damage had occurred.

(3)  All other necessary expenses that reduce the amount of loss otherwise payable.

b.   Your loss will not include:

(1)  Loss of earnings or profit; or

(2)  "Insurable Production Cost" incurred due to delay in completing an "Insured Production".

But we will pay for "Insurable Production Cost" incurred:

(a)  As the direct result of unavoidable delay that occurs during the period necessary to restore the affected portions of the "Insured Production"; and

(b)  As the result of a covered "Stop Date Loss", as described in Part III.4, of the Policy Conditions.

d.   If you abandon an "Insured Production" that has been made substantially valueless solely because one or more covered causes of loss reasonably, practically and necessarily prevents you from completing "Principal Photography", irrespective of any completion or delivery date requirements for the "Insured Production", we will pay as loss the total "Insurable Production Cost" you have incurred for the "Insured Production".

**VI.   EXCLUSIONS**

This coverage does not insure against loss caused by or resulting from:

**A.**   Exposure to light, deterioration, atmospheric dampness or changes in temperature;

**B.**   The use of incorrect raw film stock or videotape or media/software;

**C.**   Delay, loss of use, loss of market, interruption of business, or any other consequential loss due to loss of or damage to videotape stock, raw film stock or blank media;

**D.**   Unexplained or mysterious disappearance or shortage found upon taking of inventory of video tape stock, raw film or blank media.

**E.**   DELETED

**VII.   CONDITIONS**

You will ensure that artwork, drawings, software and related material (hereinafter referred to as "source material") used to generate computer images and animation cells are retained until a protection print has been completed or expiration of this coverage, whichever comes first.

| Formatted: No bullets or numbering |
| Formatted: Font color: Red |
| Formatted: Font: Not Bold |
| Formatted: Heading 3, Indent: Before: 0.5", After: -0.05" |

SECTION II. A. NEGATIVE FILM                          Page [ PAGE ] of [ NUMPAGES ]

Named Insured
Motion Picture/Television Production Portfolio Policy                              Policy No.

You will safeguard and maintain all source material(s) that have been photographed, or used as intended in the production process. Damage to such source material will not be considered a loss hereunder, except to the extent that other covered property is damaged and you have complied with the above.

**VIII.    DEFINITIONS**

A.    COMPUTER PROGRAMS means data, and source code used to direct the computer equipment, including diagrams or other records which can be used to reproduce programs.

B.    DATA includes and is not limited to facts, concepts, source code, programming records or instructions which are converted to a form usable in your electronic data processing operations, computer programs or electronically controlled equipment.

C.    MEDIA includes electronic data processing recording or storage media on which Data are recorded or stored such as software, films, tapes, discs or cells.

D.    SOFTWARE means any combination of DATA, MEDIA or COMPUTER PROGRAMS

E.    Computer EQUIPMENT means your programmable electronic equipment that is used to store, retrieve or process software. It includes but is not limited to any component parts and associated peripheral equipment or hardware that provides communication including input and output functions, printing and data transmission. Computer equipment does not include software.

**LIBRARY STOCK EXTENSION**

1.    The following is added to ▓▓▓▓▓▓▓▓ Covered Property:

Covered Property, as used in this Coverage, includes the following:

Your original cut negative film of completed or released productions, duplicate negatives, completed video tapes or other media which is considered library stock to you.

2.    Paragraph I.b. Property Not Covered is amended to remove subparagraph (3) Library stock.

3.    Part III. Limits of Insurance is replaced by the following:

a.    The most we will pay for loss in any one occurrence is the Limit of Insurance shown in the Declarations for the applicable Coverage(s).

b.    Subject to the above limit of insurance applicable to any one occurrence, the most we will pay for loss or damage to library stock in any one occurrence is $1,000,000.

c.    Subject to the above limits of insurance applicable to any one occurrence and library stock, $1,000,000 is the most we pay for loss or damage to any one production.

4.    The following is added to Part IV. Deductible:

With respect to library stock, the deductible amount is the same as the deductible amount shown in the Declarations or otherwise applicable.

5.    The following is added to Part V. Method of Valuation:

The amount of your library stock loss will be determined based on the actual cost to repurchase from an outside source, reprint or copy in whole or in part the affected portions of the library stock, whether or not the reprint or copy is made from an original or a copy of the lost or damaged library stock.

SECTION II. A.  NEGATIVE FILM                    Page [ PAGE ] of [ NUMPAGES ]

Named Insured
Motion Picture/Television Production Portfolio Policy                                                        Policy No.

**SECTION III. COVERAGE A.  EXTRA EXPENSE**

**I.     INSURING AGREEMENT**

We agree to pay to you such loss (as defined in Paragraph VIII), not including loss of earnings or profit, as you sustain by reason of such extra expense you necessarily incur as a result of the interruption, postponement, cancellation, relocation, curtailment or abandonment of an Insured Production due to the following:.

The loss must be a direct result of an unexpected, sudden or accidental occurrence entirely beyond your control to include:

      a. confiscation and/or detainment of equipment, material or personal property by order of any government or civil authority;

      b. Shipping or transit of necessary and required property caused by adverse weather conditions;

c.     Interruption or loss of utilities (electrical, steam, gas or any other power source) required to continue or complete an insured production;

     1.     Strikes by any party, union, guild or labor group for which you are not a signatory or directly involved in negotiations or is not a major entertainment union or guild;

     2.     Verifiable breakdown, short circuit, electrical injury, disturbance or malfunction to Covered Personal Property or vehicles.  Subject to props; created, constructed, designed or maintained by you must be tested and verified to be in working order under the conditions you will be using them.

     3.     interruption, postponement or cancellation of an insured  production as a direct result of the action of a civil authority that revokes your permission to use or prohibits access to property or facilities used or to be used in connection with an Insured Production.

7.        Imminent peril, defined as certain, immediate and impending danger of such probability and severity to persons or property that it would be unreasonable or unconscionable to ignore.
a.     Any expenses incurred to avoid a loss resulting from imminent peril are covered to the extent that they serve to avoid a loss otherwise covered.
b.     Except as provided above, this extension does not negate the applicability of the basic terms and conditions of:
    I.   the Extra Expense Coverage in the event that an imminent peril results in damage to or destruction of property or facilities payable under this policy; or
    II.  the Cast Coverage in the event that an imminent peril results in death, injury or sickness of a covered person, in which case a separate claim will result from the consequential loss as described above.

An unexpected, sudden or accidental crisis accident seriously injuring or killing a cast or crew member on the production site that necessarily forces you to stop the filming of the Insured Production the following elements must have occurred:

       1.  The crisis resulted in a life-threatening physical injury or accidental death to a cast or crew member of the insured production;
       2. The crisis occurs at the filming location of the Insured Production (meaning a location where cast or crew is assembled to shoot any scheduled work);
       3. The crisis was witnessed by cast or crew members of the Insured Production or is a forced closure by a civil authority;
       4.  The crisis necessarily results in the immediate suspension of production of the Insured Production.

    except as hereinafter excluded; and in compliance with the terms and conditions of the policy..

**II.  LIMITS OF INSURANCE**

SECTION III. A.  EXTRA EXPENSE                              Page [ PAGE ] of [ NUMPAGES ]

Named Insured
Motion Picture/Television Production Portfolio Policy                                      Policy No.

The most we will pay for loss in any one occurrence is the Limit of Insurance shown in the Declarations for Extra Expense coverage, except the following:

Strike is subject to a $1,000,000 any one occurrence

Confiscation is subject to a $1,000,000 any one occurrence

Shipping & Transit Coverage is subject to a $1,000,000 any one occurrence

Vehicle mechanical break down is subject to a $1,000,000 sublimit any one occurrence

## III. DEDUCTIBLE

We will not pay for loss in any one occurrence until the amount of the adjusted loss before applying the applicable limits of insurance exceeds the deductible amount shown in the Declarations for Extra Expense Coverage. We will then pay the amount of the adjusted loss in excess of the deductible, up to the applicable limit of insurance.

### III. Term of Coverage

Term of Coverage, as used in this Coverage, means the period beginning one hundred eighty (180) days before the date shown in the Declarations as the start of "Principal Photography" or the start date of principal photography which ever occurs first , and continuing until the earliest of the following dates:

(1) The date of delivery required under the completion guarantee agreement with the distributor(s);

(2) The date your completion guarantor is released from further obligations to you;

(3) Eighteen (18) months after completion of "Principal Photography";

(4) The date on which a protection print or duplicate tape has been completed and physically removed from the premises where the original negative or tape is located;

(5) The date your interest in the property ceases; or

(6) The date on which cancellation or termination of coverage under this policy for the "Insured Production" becomes effective.

The expiration date of this policy will be extended, if necessary, until the earliest of these dates. We may charge additional premium for this extension.

## II. WARRANTIES

You warrant that:

**A.** All necessary arrangements and contractual agreements for the Insured Production, including, but not limited to, permits, visa(s) and licenses, have been obtained and/or executed by you, prior to any "loss" covered hereunder.

**B.** You have disclosed to us any arrangements, contractual conditions, physical conditions or other facts that could affect the Insured Production.

**C.** Prior to the inception of coverage hereunder, you warrant having no knowledge  of any matter, fact or circumstance, actual or threatened, that increases or could increase the possibility of a "loss" under this Policy.

Failure to fulfill any warranty above will release us from all obligations under this Policy, to the extent that a "loss" is suffered or increased by that failure.

## IV  Property Not Covered

Covered Property does not include Negative film, video tape, tapes, animation cells, transparencies, positives, sound tracks, art work, software, programs or any other form of media.

## III. <u>ADDITIONAL</u> EXCLUSIONS

This coverage does not cover "loss" caused by, resulting from, or arising out of:

CONFIDENTIAL                    EXHIBIT 3, PAGE 167                    AONNBCU0004185

Named Insured
Motion Picture/Television Production Portfolio Policy                          Policy No.

A.  The failure of any person(s) in connection with the Insured Production to commence, continue or complete their respective duties or performances for any reason; or

B.  Any financial cause of "loss', including but not limited to:

    i.  Any deficient or inadequate response, support or withdrawal of support, including insufficient attendance or interest prior to attendance;

    ii.  Withdrawal of funds, inadequate or insufficient finances, however caused;

    iii.  Any financial failure of any venture, company, entity or person;

    iv.  Any failure to maintain adequate receipts, sales or profits, including any failure to provide bond(s) or financial security;

    v.  Any variation in the rate of exchange, including devaluation, rate of interest or stability of any currency;

Any financial default, insolvency, debt or failure to pay necessary expense to any person, firm or corporation.

C.  Any actual adverse weather at the location of any insured production except: the action of a civil authority that prevents access to, exit from (ingress or egress) or, closes down the location and or facilities due to:  conditions that threaten the safety of cast, crew or property; an imminent peril;  or  physical damage to property, facilities, or locations necessary to the insured production.  *[Formatted: Font color: Auto]*

C.  your failure or inability to complete or  obtain any contractual agreements, permits or licenses of any kind;

D.  your failure or inability to properly comply with, or the violation of, any requirement or any procedure necessary for the issuance and continuance of any permit or authorization; or Your failure to properly process or complete any applications or required documents;

E.  the refusal or revocation of any permit or authorization due to a violation of any existing civil or criminal law  or codes;

F.  Any Governmental body or Civil Authority preventing the commencement or completion of an insured production, due to a breach of the terms of  the permit or any civil or criminal violation by you;

G.

H.  Any concern or fear of an occurrence which may affect the commencement or the continuation of the Insured Production, except:   the action of a civil authority that prevents access to, exit from (ingress or egress) or, closes down the location and or facilities due to:  conditions that threaten the safety of cast, crew or property; an imminent peril; or physical damage to property, facilities, or locations necessary to the insured production.  *[Formatted: Font color: Auto]* *[Formatted: Numbered + Level: 1 + Numbering Style: A, B, C, ... + Start at: 1 + Alignment: Left + Aligned at: 0.25" + Tab after: 0.5" + Indent at: 0.5"]* *[Formatted: Bullets and Numbering]*

G.I.  Any concern or belief that the commencement or continuation of Insured Production is inappropriate.

H.J.  Breach of contract by any party whether their contractual relationship be with you or otherwise where such loss is consequent upon or contributed to by any cause within your control or any other such party which includes the failure of any individual or entity contracted, hired or employed to willingly perform the duties for which that person or entity has been hired with respect to the Insured Production.

I.K.  Wear and tear; any quality in the property that causes it to damage or destroy itself; hidden or latent defect; gradual deterioration; depreciation; mechanical breakdown or electrical breakdown; insects; vermin, or rodents; corrosion, rust, dampness, cold or heat.  This exclusion does not apply to Verifiable breakdown, short circuit, electrical injury, disturbance  or malfunction to Covered Personal Property or vehicles.  Subject to props; created, constructed, designed or maintained by you must be tested and verified to be in working order under the conditions you will be using them.

J.L.  Processing or work upon the property.
But if processing or work upon the property results in fire or explosion, this exclusion does not apply to direct loss or damage caused by that fire or explosion, if the fire or explosion would be covered under this Coverage.

K.M.  Unexplained or mysterious disappearance or shortage found upon taking of inventory.

L.N.  Rain, ice, sleet, snow or hail, whether driven by wind or not, to property stored in the open.

SECTION III. A.  EXTRA EXPENSE                    Page [ PAGE ] of [ NUMPAGES ]

Named Insured
Motion Picture/Television Production Portfolio Policy                    Policy No.

This exclusion does not apply to property that was built or designed to be stored in the open.

M.O.        Intentional acts committed by you or at your direction.

This exclusion does not apply to damage, destruction or threat thereof to software or computer media by an external person or an internal employee breaching your authority and safeguards to protect such software or computer media.

N.P. Delay, loss of use (including loss of use of animals), loss of market, interruption of business, or any other consequential loss.

O.Q.        Any other loss that may be covered by some other section of this policy.

P.R. Any weather condition that is a photographic weather condition;

Q.S. The quality or content of the "Insured Production".

R.T. Strike by any organization for which you are a signatory or negotiate with or is a major entertainment union or guild;

S.U. Strike by an union or guild that was occurring prior to the commencement of "principle photography" of an "Insured Production"

**Formatted:** Indent: Before:  0.5", First line: 0"

## III.   DEFINITION OF LOSS

A.. The amount of your loss will be determined based on:

(1)  All necessary "Insurable Production Cost" you incur to complete the "Insured Production" that exceeds the amount of "Insurable Production Cost" you would have incurred if the covered cause of loss had not occurred; and

(2)  All other necessary expenses that reduce the amount of loss otherwise payable.

However, your loss will not include loss of earnings of profit.

B . If you abandon an "Insured Production" that has been made substantially valueless solely because one or more  covered causes of loss reasonably, practically and necessarily prevents you from completing the "Insured Production", irrespective of any completion or delivery date requirements for the "Insured Production", we will pay as loss the total "Insurable Production Cost" you have incurred for the "Insured Production".

Named Insured
Motion Picture/Television Production Portfolio Policy                                    Policy No.

**SECTION III. COVERAGE B.  PROPERTY**

**I.      INSURING AGREEMENT**

A.      We agree to pay to you or on your behalf the value of any property, not including loss of use, owned by you or which is the property of others and for which you are legally liable and which is lost, damaged or destroyed, caused by the Perils Insured against, while such property is used or to be used by you in connection with an Insured Production including :

   1.      Scenery, costumes, theatrical props and related equipment;

   2.      Cameras, camera equipment, sound and lighting equipment, portable electrical equipment, mechanical effects equipment, grip equipment and mobile equipment;

   3.      Office equipment, furniture, fixtures and tenants improvements and betterments;

   4.      Vehicles rented, hired or picture vehicles you own

Property Not Covered

Covered Property does not include:

(1)   Personal Property that is covered under any other Coverage of this policy;

(2)   Animals;

(3)   Growing plants except as part of a set;

(4)   Accounts; bills; numismatic properties; food stamps; notes; securities; stamps; deeds; evidences of debt; letters of credit; credit cards; passports; transportation, admission or other tickets;

      unless specifically added to this policy;

(5)   Buildings or their improvements and betterments, except as part of a set;

(6)   Aircraft unless used as part of a set as a non-functional craft during filming or taping;

(7)   Watercraft valued over $250,000 while waterborne, unless used or intended to be used as part of a set and moored to a pier, dock, wharf or similar fixed structure;

**NAS MP 204 (01-05)**

CONFIDENTIAL

EXHIBIT 3, PAGE 170

AONNBCU0004188

Named Insured
Motion Picture/Television Production Portfolio Policy                                                      Policy No.

(10) "Land Vehicles" or "Mobile Equipment" while involved in racing, chase scenes, or stunts, unless specifically added to this policy or as outlined herein;

(11) "Land Vehicles" you own, unless specifically added by an endorsement to this policy or that are picture vehicles owned by you while used or intended to be used on-camera in an "Insured Production";

(12) Negative film, video tape, tapes, cels, transparencies, positives, sound tracks, art work, software, programs or any other form of media;

(13) Furs, fur garments and garments trimmed with fur except as added to this policy;

(14) Jewelry, costume jewelry, watches, watch movements, jewels, pearls, precious and semi-precious stones, bullion, gold, silver, platinum and other precious alloys or metals except as provided in the policy;

(15) Works of art, antiques or rare articles, including etchings, pictures, statuary, marbles, bronzes, porcelains and bric-a-brac except as provided in the policy.

**Term of Coverage**

Term of Coverage, as used in this Coverage, means the period beginning one hundred eighty (180) days before the date shown in the Declarations as the start of "Principal Photography" or the start date of principal phtography which ever occurs first , and continuing until the earliest of the following dates:

(1) The date of delivery required under the completion guarantee agreement with the distributor(s);

(2) The date your completion guarantor is released from further obligations to you;

(3) Eighteen (18) months after completion of "Principal Photography";

(4) The date on which a protection print or duplicate tape has been completed and physically removed from the premises where the original negative or tape is located;

(5) The date your interest in the property ceases; or

(6) The date on which cancellation or termination of coverage under this policy for the "Insured Production" becomes effective.

The expiration date of this policy will be extended, if necessary, until the earliest of these dates. We may charge additional premium for this extension.

**III. LIMITS OF INSURANCE**

a.   The most we will pay for loss or damage in any one occurrence is the Limit of Insurance shown in the Declarations for Property.

b.   Subject to a. above, $250,000 is the most we will pay for loss or damage to the following types of property:

(1) Furs, fur garments and garments trimmed with fur;

(2) Jewelry, costume jewelry, watches, watch movements, jewels, pearls, precious and semi-precious stones, bullion, gold, silver, platinum and other precious alloys or metals; and

(3) Works of art, antiques or rare articles, including etchings, pictures, statuary, marbles, bronzes, porcelains and bric-a-brac.

This limit applies to any one occurrence, regardless of the types or number of articles that are lost or damaged in that occurrence.

**IV. DEDUCTIBLE**

We will not pay for loss or damage in any one occurrence until the amount of the adjusted loss or damage before applying the applicable limits of insurance exceeds the deductible amount shown in the Declarations. We will then pay the amount of the adjusted loss or damage in excess of the deductible, up to the applicable limit of insurance.

**II.     PERILS INSURED**

**NAS MP 204 (01-05)**

Named Insured
Motion Picture/Television Production Portfolio Policy                                   Policy No.

This Coverage Section insures against all risks of direct physical loss or damage to the property covered from any external cause, except as hereinafter excluded.

**III.     ADDITIONAL EXCLUSIONS**

This Coverage does not insure against loss or damage caused by or resulting from:

T.V.          Wear and tear; any quality in the property that causes it to damage or destroy itself; hidden or latent defect; gradual deterioration; depreciation; mechanical breakdown or electrical breakdown; insects; vermin, or rodents; corrosion, rust, dampness, cold or heat.  This exclusion does not apply to Verifiable breakdown, short circuit, electrical injury, disturbance or malfunction to Covered Personal Property or vehicles.  Subject to props; created, constructed, designed or maintained by you must be tested and verified to be in working order under the conditions you will be using them.

**A.**     any work process, experimentation, repairing, restoration,  conversion, or partial conversion, retouching, painting, cleaning or any other form of process performed or undertaken by you or on your behalf or at your direction, unless accidental fire or explosion ensues and then only for the loss or damage caused by such ensuing fire or explosion.;

**B.**     unexplained or mysterious disappearance, or shortage found upon taking of inventory;

**C.**     rain, sleet, snow or hail, whether driven by wind or not, to property stored in the open. This exclusion does not apply to property that was built or designed to be stored in the open;

**D.**     damage to or destruction of property caused intentionally by you or at your direction;

**E.**     loss, destruction or damage caused by or resulting from delay, loss of market, interruption of business or other consequential loss extending beyond direct physical loss or damage;

**F.**     Delay, loss of use, loss of market, interruption of business, or any other consequential loss.

**IV.     VALUATION**

The basis of determining the value of the property insured hereunder, except with respect to vehicles, will be as follows:

**A.**     Your property will be valued at the full cost of repair or replacement, without deduction for depreciation or betterment, if repaired or replaced with due diligence and dispatch and in no event unless repair or replacement is completed within one year from the date of loss. .  If not repaired or replaced, the property will be valued at its actual cash value at the time and the place of loss.

**B.**     Property of others will be valued in accordance with a written contract and in the absence of a written contract at common or fair market value or as you are obligated to pay by common law.

**C.**     Vehicles will be valued at actual cash value as of the date and location of loss or in accord with a written contract.

**V.     MONEY & CURRENCY EXTENSION**

**NAS MP 204 (01-05)**                                                   Page Page [ PAGE
                                                                          \* MERGEFORMAT ]
                                                                          of  of [ NUMPAGES
                                                                          \* MERGEFORMAT ]

Named Insured
Motion Picture/Television Production Portfolio Policy                                    Policy No.

**A.**   Coverage is extended for loss or destruction of money and currency subject to a sub-limit of liability of $250,000 any one loss arising out of:

   1.   fire;

   2.   burglary (defined as a loss, which results from forcible entry to or exit from premises, safes or locked property);

   3.   armed robbery (defined as the forcible taking of money at gunpoint or by similar threat);

**B.**   Coverage is provided at the following locations while:

   1.   in locked safes and vaults secured on your premises and/or locations used as temporary production offices and/or in hotel safes;

   2.   in the custody of your approved agents in the course of and while performing their duties as agents;

   3.   on your business premises during the normal hours of business.

**C.**   You warrant that you and your agents will secure money and currency overnight in safes whenever available at locations other than your business premises. Failure to adhere to this warranty will relieve us from all obligations under this coverage to the extent that a loss is suffered or increased by that failure.

**D.**   No loss attaches hereunder for loss of money and currency arising out of mysterious or unexplained disappearance, or for shortage disclosed upon taking of inventory.

CONFIDENTIAL                    EXHIBIT 3, PAGE 173                    AONNBCU0004191

Named Insured
Motion Picture/Television Production Portfolio Policy                                    Policy No.

### SECTION IV, COVERAGE C. THIRD PARTY PROPERTY DAMAGE

**IV.  COVERAGE**

We will pay those sums that the Insured becomes legally obligated to pay as damages because of direct physical loss of or damage, including loss of use, to Covered Property, caused by accident and arising out of any Covered Cause of Loss during the Term of Coverage. We will have the right and duty to defend the Insured against any "Suit" seeking those damages. However, we will have no duty to defend the Insured against any "Suit" seeking damages for direct physical loss or damage to which this insurance does not apply.  We may, at our discretion, investigate and settle any claim or "Suit" that may result. But:

    (1)  The amount we will pay for damages is limited, as described in Part III. -Limits of Insurance; and

    (2)  Our right and duty to defend ends when we have used up the Limit of Insurance in the payment of judgments and settlements.

a.   Covered Property, as used in this Coverage, means tangible property of others in an Insured's care, custody or control that is used or intended to be used in connection with an "Insured Production".

b.   Property Not Covered

    Covered Property does not include:

    (1)  Personal property rented to or leased by an Insured, except for loss of use of such property that is covered for direct physical damage under Section III, Coverage B. Property of this policy;

    (2)  Buildings and premises rented to or leased by an Insured for any use or purpose other than filming or taping in connection with an "Insured Production";

    (3)  Any property that is involved in a hazardous activity or stunt, unless approved by us in writing;

    (4)  Animals;

    (5)  Negative film, video tape, tapes, cels, transparencies, positives, sound tracks, art work, software, programs or any other form of media; and

    (6)  Motor vehicles, trailers, aircraft or watercraft, except for loss of use of such property that is covered for direct physical damage under Section II, Coverage A. Props, Sets & Wardrobe or Section II, Coverage D. Miscellaneous Equipment of this policy.

c.   Covered Causes of Loss

    Covered Causes of Loss means risks of direct physical loss or damage to Covered Property except those causes of loss listed in the Exclusions.

d.   Additional Coverage

    **Supplementary Payments**

    We will pay, with respect to any claim we investigate or settle, or any "Suit" against an Insured we defend:

    (1)  All expenses we incur.

    (2)  The cost of bonds to release attachments, but only for bond amounts within our Limit of Insurance. We do not have to furnish these bonds.

    (3)  All reasonable expenses, other than loss of earnings, incurred by the Insured at our request.

    (4)  All costs taxed against the Insured in the "Suit".

    (5)  Prejudgment interest awarded against the Insured on that part of the judgment we pay. If we make an offer to pay our Limit of Insurance, we will not pay any prejudgment interest based on that period of time after the offer.

    (6)  All interest on the full amount of any judgment that accrues after entry of the judgment and before we have paid, offered to pay, or deposited in court the part of the judgment that is within our Limit of Insurance.

    These payments will not reduce the Limit of Insurance.

GENERAL ENDORSEMENT NO. 2
EXCLUSION OF WAR, MILITARY ACTION & TERRORISMPage [ PAGE ] of [ NUMPAGES ]

Named Insured
Motion Picture/Television Production Portfolio Policy                                    Policy No.

e.   Coverage Extension

**Who Is An Insured**

Throughout this Coverage, the word "Insured" includes you and each of the following:

(1)   If you are a partnership or joint venture, your members and partners, but only with respect to the conduct of your business.

(2)   If you are a limited liability company, your members, but only with respect to the conduct of your business. Your managers are Insureds, but only with respect to their duties as your managers.

(3)   If you are an organization other than a partnership, joint venture or limited liability company, your executive officers and directors, but only with respect to their duties as your officers or directors.

(4)   If you are a trust, your trustees, but only with respect to their duties as trustees.

(5)   Your "Employees", but only for acts within the scope of their employment by you or while performing duties related to the conduct of your business.

(6)   Your "Volunteer Workers" or any other person under your direct control, but only while performing duties related to the conduct of your business.

f.   Term of Coverage

Term of Coverage, as used in this Coverage, means the period beginning one hundred eighty (180) days before the date shown in the Declarations as the start of "Principal Photography" or the start date of principal photography which ever occurs first , and continuing until the earliest of the following dates:

(1)   The date of delivery required under the completion guarantee agreement with the distributor(s);

(2)   The date your completion guarantor is released from further obligations to you;

(3)   Eighteen (18) months after completion of "Principal Photography";

(4)   The date on which a protection print or duplicate tape of an "Insured Production" has been completed and physically removed from the premises where the original negative or tape is located;

(5)   The date your interest in the property ceases; or

(6)   The date on which cancellation or termination of coverage under this policy for the "Insured Production" becomes effective.

The expiration date of this policy will be extended, if necessary, until the earliest of these dates. We may charge additional premium for this extension.

**V.   ADDITIONAL EXCLUSIONS**

For the purposes of this Coverage, the following exclusions apply in addition to the exclusions described in Part V. of the Policy Conditions - Exclusions Applicable To All Coverages of This Policy.

We will not pay for loss or damage caused by or resulting from any of the following:

a.   Intentional acts committed by or at the direction of any Insured.

b.   The failure of an Insured to provide reasonable care for Covered Property.

**VI.   LIMITS OF INSURANCE**

The most we will pay in damages as the result of any one accident is the Limit of Insurance shown in the Declarations for Third Party Property Damage coverage.

**VII. DEDUCTIBLE**

Our obligation to pay damages applies only to the amount of damages in excess of the deductible amount shown in the Declarations for Third Party Property Damage Coverage. The deductible amount applies to all damages as the result of any one accident, regardless of the number of persons or organizations who sustain damages because of that accident.

This deductible does not apply to a loss of use claim for property that is covered for direct physical loss or damage under any other Coverage of this policy subject to the applicable deductible under the other coverage is exhausted.

**VIII.   AMENDED CONDITIONS**

a.   The following General Policy Condition does not apply to this Coverage:

GENERAL ENDORSEMENT NO. 2
EXCLUSION OF WAR, MILITARY ACTION & TERRORISM Page [ PAGE ] of [ NUMPAGES ]

Named Insured
Motion Picture/Television Production Portfolio Policy                    Policy No.

Condition III.4. – Stop Date Loss

Loss Condition I.g. – Loss Payment is replaced by the following:

(1)  If two or more of this policy's coverages apply to the same loss or damage, we will not pay more than the actual amount of the loss or damage.

(2)  We will not be liable for any part of a loss that has been paid or made good by others.

## IX.  ADDITIONAL CONDITION

For the purposes of this Coverage, the following Condition applies in addition to the Policy Conditions.

### Legal Action Against Us

The following is added to Policy Condition II.2. – Legal Action Against Us

A person or organization may sue us to recover on an agreed settlement or on a final judgment against an Insured; but we will not be liable for damages that are not payable under the terms of this Coverage or that are in excess of the Limit of Insurance.  An agreed settlement means a settlement and release of liability signed by us, the Insured, and the claimant or the claimant's legal representative.

## X.  ADDITIONAL DEFINITIONS

For the purposes of this Coverage, the following definitions apply in addition to the definitions described in Part IV. of the Policy Conditions - Definitions Applicable To All Coverages of This Policy:

a.  "Employee" includes a "Leased Worker" and a "Temporary Worker".

b.  "Leased worker" means a person leased to you by a labor leasing firm under an agreement between you and the labor leasing firm, to perform duties related to the conduct of your business. "Leased Worker" does not include a "Temporary Worker".

c.  "Suit" means a civil proceeding in which damages to which this insurance applies are alleged.  "Suit" includes:

(1)  An arbitration proceeding in which damages are claimed and to which the Insured must submit or does submit with our consent; or

(2)  Any other alternative dispute resolution proceeding in which such damages are claimed and to which the Insured submits with our consent.

d.  "Temporary Worker" means a person who is furnished to you to substitute for a permanent "Employee" on leave or to meet seasonal or short-term workload conditions.

e.  "Volunteer Worker" means a person who is not your "Employee", and who donates his or her work and acts at the direction of and within the scope of duties determined by you, and is not paid a fee, salary or other compensation by you or anyone else for their work performed for you.

CONFIDENTIAL                    EXHIBIT 3, PAGE 176                    AONNBCU0004194

Named Insured
Motion Picture/Television Production Portfolio Policy                              Policy No.

**ENDORSEMENT NO.**
**HURRICANE, TORNADO COUNTRY EXCLUSION AND STRP SHOW RESTRICTION**


All Coverage Sections specifically exclude any claims caused by or contributed to by a named windstorm in the following territories during the terms indicated unless endorsed hereon:

Dates                                                          Territory
**1st of June through the 30th November             Virginia, Washington DC, Georgia, North & South Carolina, Florida, Alabama, Arkansas, Louisiana, Texas within 100 miles of the coast**

**1st of January through the 30th June             Hawaii, Indonesia,  Australia, Asia, New Zealand, Philippines,, Korea and other Asia countries and all countries that suffer from a Tornado season.**

All Coverage Sections specifically exclude any claims in the following territories unless endorsed hereon:

That is under trade or economic embargoes imposed by the laws or regulations of the United States of America. That has a Travel Warning as listed on travel.state.gov or is a terrorist concern or for any other reason.

The only Coverage Sections applicable to Strip Shows are; Section ____Property and Section ___ Third Party Property Damage only.

All other terms and conditions remain unchanged.

GENERAL ENDORSEMENT NO. 4
TRIA                                    Page [ PAGE ] of [ NUMPAGES ]

# EXHIBIT 4

**To:**       Wanda Phillips[WPhillips@ebi-ins.com]; Martin Ridgers[MRidgers@ebi-ins.com]
**Cc:**       Laura Comerford[Laura_Comerford@ars.aon.com]; Susan Weiss[Susan_Weiss@aon.com]
**From:**   George Walden
**Sent:**   Thur 12/17/2009 10:35:00 PM
**Importance:**   Normal
**Subject:**   Re: NBC MArtin 12-16 final THIS IS IT
**Received:**       Thur 12/17/2009 10:35:00 PM

Two things to note
1. Martin agreed strip shows at $75K
2. Wind territory defined in policy. We may need to report if we want coverage for wind.
Pls confirm and confirm prepared to bind coverage.
Thanks

---

**From:** "Phillips, Wanda M." [WPhillips@ebi-ins.com]
**Sent:** 12/17/2009 05:09 PM EST
**To:** George Walden; "Ridgers, Martin K." <MRidgers@ebi-ins.com>
**Cc:** Laura Comerford; Susan Weiss
**Subject:** RE: NBC MArtin 12-16 final THIS IS IT

Dear George:

We are in agreement to use the form dated 12-17-09 Martin's Final Form.

The Named Insured wording will be as follows:

*Named insured shall mean the first named insured as per the Declarations and any majority owned or managed subsidiaries thereof, their respective parent and affiliated companies with 51% ownership or financially controlled or managed organization including a production company formed by the insured or contracted by insured to produce an "Insured Production.*

Additionally, limits and rates will be as follows for each production:

CONFIDENTIAL **EXHIBIT 4, PAGE 178** AONNBCU0004125

| Coverage | Limit per Occurrence | Deductible | Maintenance Deductible |
|---|---|---|---|
| Cast | $50,000,000 | $50,000 | $25,000 |

(each artist must be declared by Insured and approved by underwriting, for coverage to apply as a covered person)

| | | | |
|---|---|---|---|
| Disgrace Coverage | $10,000,000 | $50,000 | $25,000 |

(each artist must be declared by Insured and approved by underwriting, for coverage to apply as a covered person)

| | | | |
|---|---|---|---|
| Family Members | $2,000,000 | $50,000 | $25,000 |
| Kidnap | Included | | |
| Kidnap Ransom | Not Covered | | |
| Property | $10,000,000 | $10,000 | $5,000 |
| Animals | $250,000 | $10,000 | $5,000 |
| Office Contents | Included | | |
| Money | $100,000 | $10,000 | $5,000 |

CONFIDENTIAL

AONNBCU0004126

| | | | |
|---|---|---|---|
| Fine Arts & Jewellery | $250,000 | $10,000 | $5,000 |
| Third Party Property Damage | $10,000,000 | $10,000 | $5,000 |
| Extra Expense | $10,000,000 | $75,000 | $25,000 |
| Confiscation Coverage | $1,000,000 | $75,000 | $25,000 |
| Strike | $1,000,000 | $75,000 | $25,000 |
| Utility | Included | | |
| Animal Extra Expense | $1,000,000 | $75,000 | $25,000 |
| Travel Delay | $1,000,000 | $75,000 | $25,000 |
| Negative & Faulty | $50,000,000 | $50,000 | $25,000 |
| General Changes | | | |
| Prints & Ads | $1,000,000 | Over the affected Coverage | |

CONFIDENTIAL

EXHIBIT 4, PAGE 180

AONNBCU0004127

Public Relations                    $250,000                    Above Cast Deductible

Expediting Coverage                 $1,000,000                  Above Coverage Deductibles

Reporting and Underwriting of:

Wind: Tier 1 and problem US territories for Hurricane Season and worldwide territories for Typhoons

Territories at War or that are on the US Terrorist watch list or travel advisory or any country under embargo with the US

Rate is: $0.10 per $100 of Net Insurable Costs as defined in the policy form

Strip shows will be covered for property only, subject to an additional premium of $100,000

Self Insured Retention: $2,100,000 Aggregate (Includes Paid Losses & Adjustment Expenses)

Deductible do not accrue to the SIR and the Maintenance Deductible come into play after the SIR has been used?  Adjustment expenses are included in the Deductible.

There may be additional items that were discussed during my absence last week that have not been included in the summary of coverage and intent as shown above.

CONFIDENTIAL                    EXHIBIT 4, PAGE 181                    AONNBCU0004128

In the event that I have omitted any items, I will make the necessary changes accordingly at another time and send revised correspondence correcting same.



A Member of the OneBeacon Insurance Group

*Wanda Phillips*

Underwriting Manager - NY Office

17 State Street 38th Floor

New York, NY 10004

Phone: (212)307-0111 x 206

WPhillips@ebi-ins.com

---

**From:** George Walden [mailto:George_Walden@ars.aon.com]
 **Sent:** Thursday, December 17, 2009 3:32 PM
 **To:** Phillips, Wanda M.; Ridgers, Martin K.
 **Cc:** Laura_Comerford@ars.aon.com; susan_weiss@ars.aon.com
 **Subject:** Fw: NBC MArtin 12-16 final THIS IS IT
 **Importance:** High

The attached document is the form we are working off of...you cannot send another version.....

Understand changes as follows:
1. Named Insured reverts to your last version. This form will need to be amended.
2. Ransom is deleted
3. Disgrace at sub-limit of $10M

I will review and advise on cast deductible.

I will require confirmation of the form; approval for use and your ability to bind coverage...this must be unequivocal.

.

george walden
Aon/Albert G. Ruben Insurance Services
48 West 25 Street
New York, New York  10010
p - 212.337.4350
f - 847.953.0883

The information contained in this e-mail is confidential, may be privileged, and is intended for the use of the individual or entity named above.  If you, the reader of this message, are not the intended recipient, you are expressly prohibited from copying, disseminating, distributing or in any other way using any of the information contained in this e-mail.

----- Forwarded by George Walden/NY/ARS/US/AON on 12/17/2009 03:25 PM -----

**George Walden/NY/ARS/US/AON**

|  | To | Wanda M. Phillips, Martin Ridgers |
| --- | --- | --- |
| 12/17/2009 10:08 AM | | |
| | cc | Laura_Comerford@ars.aon.com, susan_weiss@ars.aon.com |
| | Subject | NBC MArtin 12-16 final THIS IS IT |

To make things real easy see the attached and note the changes in red. This is  the final version. These changes are critical. Pls review and advise approval of the form and your ability to bind coverage. I need to have an aswer NOT later than 1pm EST today.

CONFIDENTIAL                                    EXHIBIT 4, PAGE 183                           AONNBCU0004130

ANY and ALL changes are consistent with our understanding and previous discussions and agreements:

1. Named Insured wording.

2. Negative film - Camera Test Warranty. Deleted Excl E

3. Death & Disgrace...revised wording should be to your liking...it says  that the coverage is not effective till YOU approve. NOTE that everyone we submit we want the coverage on. As a reminder and per our converstions - it is up to you to tell us if you want more information. Hard to believe that you will

want background checks on these artists...this is a reality show issue...and yes I am aware of Tiger Woods

4. Extra Expense. Both exclusions C and H revised. This was agreed so it should not be an issue...it is a matter of language and punctuation.

5. You need to attach as agreed and we can review and modify later the animal props/proerty and Extra expense endorsements. Lets discuss once this is done.


These are our final changes. Frankly there is no further discussion necessary. Please review, approve the form and againa dvise you are ready, willing an able to bind coverage,


Thanks




george walden
Aon/Albert G. Ruben Insurance Services
48 West 25 Street
New York, New York  10010
p - 212.337.4350
f - 847.953.0883



The information contained in this e-mail is confidential, may be privileged, and is intended for the use of the individual or entity named above.  If you, the reader of this message, are not the intended recipient, you are expressly prohibited from copying, disseminating, distributing or in any other way using any of the information contained in this e-mail.



Visit our website at http://www.ebi-ins.com for applications, news and product information.

Confidentiality notice: The information contained in this email message including attachments is confidential and is intended only for the use of the individual or entity named above and others who have been specifically authorized to receive it.  If you are not the intended recipient, you are hereby notified that any use, unauthorized dissemination, distribution, or copying of this communication is strictly prohibited.  If you have received this communication in error, please delete immediately or if any problems occur with transmission, please notify me immediately by telephone at (310) 824-0111. Thank you.

# EXHIBIT 5

**To:**      Ford, Kurt B (NBC Universal)[kurt.ford@nbcuni.com]
**Cc:**      Andrea.Garber@aon.com[Andrea.Garber@aon.com];
Val.Beckles@aon.com[Val.Beckles@aon.com]; george.Walden[george_Walden@ars.aon.com];
laura.comerford@aon.com[laura.comerford@aon.com]
**From:**    Susan Weiss
**Sent:**    Fri 3/26/2010 3:25:02 PM
**Subject:**  NBCU TV Policy Form
**MAIL_RECEIVED:**     Fri 3/26/2010 3:26:52 PM
NBCU TV Final Policy Form_1.PDF

Kurt,
At long last you will find a copy of the NBCU TV Policy form received moments ago.  We have not yet had
a chance to do one final review but I know you were anxious to get a copy so I figured I'd send it over as
is.  We will be reviewing it and advise if there are any changes that need to be made.



Regards, Susan

Susan M. Weiss / Vice President
Aon/Albert G. Ruben Insurance Services, Inc.
_____
Address:  15303 Ventura Blvd., Suite 1200, Sherman Oaks, CA  91403
Tel: 818.742.0521 / Cell: 310.567.0324 / Fax: 847.953.2479
E-mail:  susan.weiss@aon.com
License No.:  0806034

This transmission is intended only for the use of the individual or entity to which it is addressed, and may
contain information that is privileged and confidential.  If the reader of this message is not the intended
recipient, or the employee or agent responsible for delivering the message to the intended recipient, you
are hereby notified that any dissemination, distributing or copying of this information is unauthorized and
prohibited.  If you have received this communication in error, please notify me immediately by telephone
and return the original message to me at the above address.

Policy Number: MP00163-00
Renewal of Number:



**One Beacon** ℠
I N S U R A N C E
One Beacon Lane
Canton, MA 02021-1030

**MOTION PICTURE/TELEVISION
PRODUCERS PORTFOLIO
DECLARATIONS**

---

Item 1. Named Insured and Mailing Address

**NBC Universal Television Studios**
30 Rockerfeller Plaza, 2ⁿᵈ Floor
New York, NY 10112

Agent Name and Address

Entertainment Brokers International, Inc
77 Water Street – 17ᵗʰ Floor
New York, NY 10005
(212) 307-0111

---

Item 2. Policy Period       From:  1-1-2010                    To:   1-1-2011
At 12:01AM Standard Time at the Mailing Address Shown Above

---

Item 3. Insured Production(s): 2010 Television Productions as per scheduled on file with the Insurance Company

---

Item 4. Estimated Period of Principal Photography:
    Start Date:              Completion Date:                      Print Date:

| Item 5. Coverage | | Limit of Liability Each Loss | Deductible Each Loss | Trailing Deductible Each Loss |
|---|---|---|---|---|
| Section I | **Cast** | $   50,000,000 | $50,000 | $25,000 |
| Section II | **Negative Film and Faulty Stock** | $   50,000,000 | $Nil $50,000 | $Nil |
| Section III | **Extra Expense** | $   10,000,000 | $75,000 | $25,000 |
| Section IV | **Property** | $   10,000,000 | $10,000 | $5,000 |
| Section V | **Third Party Property Damage** | $   10,000,000 | $10,000 | $5,000 |

---

Item 6.    Annual Aggregate Deductible:  The policy is subject to an annual aggregate deductible of $2,100,000.

Item 7.    Trailing Deductibles:    Trailing Deductibles will apply upon the exhaustion of the Annual Aggregate Deductible.

Item 8.    Policy Premium (see Rating Schedule)     $ 1,005,000.
           Taxes, Surcharges & Fees                 $
           **Total Premium**                        **$ 1,005,000.**
           Minimum Earned Premium at Expiration     $   750,000.

Item 9.  Form(s) and Endorsement(s) made a part of the certificate at time of issue:

Item 10. Insurance is provided against those perils and for those coverages under those sections for which a specific
         amount or limit of liability is shown in schedules incorporated herein, subject to all terms of the policy and all forms
         and endorsements made a part hereof.

---

**EBI MP DEC 100 (08-06)**

Page 1 of 1

CONFIDENTIAL

UCP032893

Countersigned:
Date: _____   By: _____
                                               Authorized Representative

THIS POLICY TOGETHER WITH THE POLICY CONDITIONS, COVERAGE PARTS AND FORMS
AND ENDORSEMENTS, IF ANY, COMPLETE THE ABOVE NUMBERED POLICY

**EBI MP DEC 100 (05-02)**                                                    **Page 2 of 2**

CONFIDENTIAL
UCP032894

Policy Number                                MPTV PRODUCERS PORTFOLIO

# RATING SCHEDULE

**This endorsement modifies insurance provided under the following:**

**MPTV PRODUCERS PORTFOLIO**

I.   **EXPOSURES**

The base rates contemplate exposures worldwide you will use reasonable efforts to give us prior notice of any activities, conditions or hazards, which may materially increase your exposure to loss, and we have the right to apply terms, conditions or change the premium to reflect such increased exposure.

II.  **RATES**

Rates shown below are per $100 of Insurable Production Costs ("IPC") as defined in CONDITIONS APPLICABLE TO ALL SECTIONS, SECTION II. SPECIAL CONDITIONS, A. DEFINITION OF INSURABLE PRODUCTION COST:

A.   Motion Pictures, Feature Films for Theatrical Release– NOT COVERED.

B.   All Television Production, Movies of the Week including Episodic Series, Television Pilots and Specials, and Mini-Series, productions specifically made for Broadcast Television – $0.10 per $100 Insurable Production Costs.

C.   Documentaries, Industrial, Commercials, music videos, Educational productions and other short form productions (collectively "DICE") – NOT COVERED

D.   Animation, Webisodes, mobisodes, websites and any other similar productions or other web or mobile device distribution –NOT COVERED.

E.   Strip Shows are subject to a $75,000 flat minimum premium per annum.

III. **PREMIUM PAYMENT AND AUDIT**

A.   **Premium Payment**

1.   The deposit premium for all insured productions will be determined using the rates stated herein or otherwise negotiated.

2.   The premium for all insured productions will be billed on the inception date of the policy and based upon a schedule of productions that you will present to us. Such premium is a deposit and estimated premium and will be adjusted on audit.

3.   This policy is subject to a minimum premium of $750,000.00

Rating 100                                                              1 of 2

CONFIDENTIAL                                          UCP032895

Policy Number

MPTV PRODUCERS PORTFOLIO

**B.**     **Premium Audits**

1.  **The final adjusted premium will be subject to a voluntary audit of Insurable Productions Costs in accordance with the rates and terms shown herein and as defined in the policy. Voluntary audit means that you will submit to us within ninety (90) days of the expiration of the policy an itemized accounting in the form of a production cost report (as commonly used in the Entertainment Industry) of the total Insurable Productions Cost of all productions.**
2.  **Premiums for audit adjustments will be billed upon completion of the audit.**

Rating 100                                                                          2 of 2

CONFIDENTIAL

UCP032896

POLICY NUMBER:

IL 09 85 01 08

**THIS ENDORSEMENT IS ATTACHED TO AND MADE PART OF YOUR POLICY IN RESPONSE TO THE DISCLOSURE REQUIREMENTS OF THE TERRORISM RISK INSURANCE ACT. THIS ENDORSEMENT DOES NOT GRANT ANY COVERAGE OR CHANGE THE TERMS AND CONDITIONS OF ANY COVERAGE UNDER THE POLICY.**

# DISCLOSURE PURSUANT TO TERRORISM RISK INSURANCE ACT

### SCHEDULE

| |
|---|
| Terrorism Premium (Certified Acts) $0 |
| This premium is the total Certified Acts premium attributable to the following Coverage Part(s), Coverage Form(s) and/or Policy(s): |
| |
| |
| |
| |
| Additional information, if any, concerning the terrorism premium: |
| |
| |
| Information required to complete this Schedule, if not shown above, will be shown in the Declarations. |

**A. Disclosure Of Premium**

In accordance with the federal Terrorism Risk Insurance Act, we are required to provide you with a notice disclosing the portion of your premium, if any, attributable to coverage for terrorist acts certified under the Terrorism Risk Insurance Act. The portion of your premium attributable to such coverage is shown in the Schedule of this endorsement or in the policy Declarations.

**B. Disclosure Of Federal Participation In Payment Of Terrorism Losses**

The United States Government, Department of the Treasury, will pay a share of terrorism losses insured under the federal program. The federal share equals 85% of that portion of the amount of such insured losses that exceeds the applicable insurer retention. However, if aggregate insured losses attributable to terrorist acts certified under the Terrorism Risk Insurance Act exceed $100 billion in a Program Year (January 1 through December 31), the Treasury shall not make any payment for any portion of the amount of such losses that exceeds $100 billion.

**C. Cap On Insurer Participation In Payment Of Terrorism Losses**

If aggregate insured losses attributable to terrorist acts certified under the Terrorism Risk Insurance Act exceed $100 billion in a Program Year (January 1 through December 31) and we have met our insurer deductible under the Terrorism Risk Insurance Act, we shall not be liable for the payment of any portion of the amount of such losses that exceeds $100 billion, and in such case insured losses up to that amount are subject to pro rata allocation in accordance with procedures established by the Secretary of the Treasury.

IL 09 85 01 08 © ISO Properties, Inc., 2007 Page 1 of 1 □

UCP032897

IL 09 52 11 02

THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.

# CAP ON LOSSES FROM CERTIFIED ACTS OF TERRORISM

This endorsement modifies insurance provided under the following:

> BOILER AND MACHINERY COVERAGE PART
> COMMERCIAL CRIME COVERAGE FORM
> COMMERCIAL CRIME POLICY
> COMMERCIAL INLAND MARINE COVERAGE PART
> COMMERCIAL PROPERTY COVERAGE PART
> EMPLOYEE THEFT AND FORGERY POLICY
> FARM COVERAGE PART
> GOVERNMENT CRIME COVERAGE FORM
> GOVERNMENT CRIME POLICY
> KIDNAP/RANSOM AND EXTORTION COVERAGE FORM
> KIDNAP/RANSOM AND EXTORTION POLICY
> STANDARD PROPERTY POLICY

**A. Cap On Certified Terrorism Losses**

"Certified act of terrorism" means an act that is certified by the Secretary of the Treasury, in concurrence with the Secretary of State and the Attorney General of the United States, to be an act of terrorism pursuant to the federal Terrorism Risk Insurance Act of 2002. The criteria contained in that Act for a "certified act of terrorism" include the following:

1. The act resulted in aggregate losses in excess of $5 million; and

2. The act is a violent act or an act that is dangerous to human life, property or infrastructure and is committed by an individual or individuals acting on behalf of any foreign person or foreign interest, as part of an effort to coerce the civilian population of the United States or to influence the policy or affect the conduct of the United States Government by coercion.

With respect to any one or more "certified acts of terrorism" under the federal Terrorism Risk Insurance Act of 2002, we will not pay any amounts for which we are not responsible under the terms of that Act (including subsequent action of Congress pursuant to the Act) due to the application of any clause which results in a cap on our liability for payments for terrorism losses.

**B.**

**Application Of Exclusions**

The terms and limitations of any terrorism exclusion, or the inapplicability or omission of a terrorism exclusion, do not serve to create coverage for any loss which would otherwise be excluded under this Coverage Part or Policy, such as losses excluded by the Nuclear Hazard Exclusion or the War And Military Action Exclusion.

IL 09 52 11 02                    © ISO Properties, Inc., 2002                    Page 1 of 1    □

CONFIDENTIAL                    UCP032898

# MOTION PICTURE TELEVISION PORTFOLIO
## GENERAL CONDITIONS

Throughout this policy the words "**you**" and "**your**" refer to the Named Insured shown in the Declarations. The words "**we**", "**us**" and "**our**" refer to the Company providing this insurance.

### I. GENERAL CONDITIONS

#### A. NAMED INSURED

Named insured shall mean the first named insured as per the Declarations and any majority owned or managed subsidiaries thereof, their respective parent and affiliated companies and or any financially controlled or managed organization(s) and or any production company or other entity formed or contracted by the named insured or an other organization, entity or person(s) which the named insured has agreed to contractually. Named Insured includes each of the following:

Your "Employees", but only for acts within the scope of their employment by you or while performing duties related to the conduct of your business.

Your "Volunteer Workers" or any other person under your direct control, but only while performing duties related to the conduct of your business.

#### B. TERRITORY

This Policy applies anywhere in the world.

#### C. MISREPRENTATION AND FRAUD

This Policy is void if you knowingly concealed or misrepresented any material fact or circumstance concerning this insurance, or in the case of any fraud or false swearing by you, whether before or after a loss.  If you make any false or fraudulent claim as to the amount or otherwise, this Policy is void as to that specific claim, and we have the right to terminate this Policy at that time, and any subsequent claims by you are forfeited. The term "you:" as used in this paragraph applies to your executive production management or your Risk Management Department.

#### D. ASSIGNMENT

This Policy may not be assigned without our written consent.

#### E. ACTION AGAINST US

No action against us may be brought unless you have complied with all of the material provisions of this Policy and the action is started within two (2) years after the date on which the loss occurred.

Nothing in this Policy gives any person or organization any right to join us as a co-defendant in any action against you to determine your liability.

NS 100 0110

Page 1 of 10

CONFIDENTIAL
UCP032899

## F. ACCESS TO RECORDS AND EXAMINATION UNDER OATH

We or our representatives may examine and audit your books and records as they relate to this policy at any time during the policy period or while a claim is pending.

If requested, you must permit us to question you and, so far as within your power, all other interested persons under oath, at such times as may be reasonably required, about any matter relating to this insurance or a claim.

No such examination under oath or examination of books or documents, nor any other act by us or any of our employees or representatives in connection with the investigation of any loss or claim hereunder, shall be deemed a waiver of any defense which we might otherwise have with respect to any loss or claim, but all such examinations and acts shall be deemed to have been made or done without prejudice to our liability.

## G. OTHER INSURANCE

If at the time of loss or damage, any other valid insurance is available which would apply to the loss or damage in the absence of this policy, the insurance provided by this policy will be primary to any other policy held by you, but excess with respect to any policy or coverage held or provided by any other party, unless otherwise agreed by you.

This policy does not apply to any productions that have been declared by you under similar insurance provided by any other insurer.

## H. SUBROGATION

If any person or organization to or for whom we make payment under this policy has rights to recover damages from another, those rights are transferred to us to the extent of our payment.  That person or organization must do everything necessary to secure our rights and must do nothing after loss to impair them. This insurance will not be prejudiced if you have waived your right of recovery from any party or parties in a lease for premises or rental agreement for property.  We will honor any written contractual waiver of subrogation obligation agreed to by you prior to a loss.

## I. DUTIES IN THE EVENT OF LOSS OR DAMAGE

In the case of loss or damage to which this insurance may apply, you must see that the following duties are performed:

    (1) Police Notification – Notify police if a law may have been broken.

    (2) Minimize Loss or Damage – Take all reasonable steps to protect the property from further damage and minimize the loss. Keep a record of your expenses in doing so for consideration in the settlement of the claim. This will not increase the limit of insurance.

    (3) Notice of Loss or Damage

        (a) Report immediately to us or our authorized representative any loss or damage which may become a claim under this policy and provide to us a description of how, when and where the loss or damage occurred.

    (4) Proof of Loss – File with us, or our authorized representative, a detailed proof of loss signed and sworn to by you setting forth to the best of your knowledge and belief the facts of the loss and the amount thereof. You must do this within one hundred eighty (180) days as requested by us or required by law after discovery of the loss or damage.

Page 2 of 10

NS 100 0110   ☐

CONFIDENTIAL
UCP032900

(5) Cooperation

    (a) Except at your own cost, make no voluntary payments, assume no obligations, and incur no expenses without our consent, except in settlement of a covered claim where the amount of the claim is no disputed.

    (b) Permit us to inspect the property and records providing the loss or damage. Also permit us to take samples of damaged and undamaged property for inspection, testing and analysis, and permit us to make copies from your books and records.

    (c) Immediately send us copies of any demands, summonses or legal papers received in connection with the claim or suit.

    (d) Cooperate with us in the investigation or settlement of the claim.

### J. LOSS PAYMENT

(1) Loss or damage covered by this policy will be payable to you or your loss payee. We agree that any holder of a Certificate of Insurance in which such holder is evidenced as a Loss Payee issued by us or on our behalf will be considered a Loss Payee subject to your legal liability.

(2) We will not pay you more than your financial interest in the covered property.

(3) If two or more of this policy's coverages apply to the same loss or damage, we will not pay more than the actual amount of the loss or damage.

(4) We will pay you for covered loss or damage within thirty (30) days after we received and accept a satisfactory sworn proof of loss as we have required, or may be required by law if you have complied with all the terms of this policy and:

    (a) We have reached agreement with you on the amount of loss; or

    (b) A final judgment has been entered; or

    (c) An appraisal award has been made.

(5) We may adjust losses directly with the owners of lost or damaged property, it other than you. If we pay the owners, such payments will satisfy your claims against us for the owners' property. We will not pay the owners more than their financial interest in the covered property.

(6) We may elect to defend you against suits arising from claims of owners of property. We will do this at our expense.

We will not be liable for any part of a loss that has been paid or made good by others.

### K. LIMITS, DEDUCTIBLE and TERMS OF COVERAGE

(1) When a deductible applies, the terms of this insurance, including those with respect to your duties in the event of loss or damage, apply irrespective of the application of the deductible amount.

(2) We may pay any part or all of a deductible amount to effect settlement of any claim and, upon notification of the action taken, you shall promptly reimburse us for such part of the deductible amount as has been paid by us.

(3) The Limits of Liability as stated herein apply to each "Insured Production" Declared hereunder.

(4) The Term of Coverage will apply as stated herein to each "Insured Production" declared hereunder.

### L. PREMIUM

(1) The first Named Insured shown in the Declarations:

    (a) Is responsible for the payment of all premiums; and

    (b) Will be the payee for any return premiums we pay.

(2) We will compute all premiums for this policy in accordance with the rating schedule(s) attached to and made a part of this policy.

(3) The premium shown in this policy is a deposit premium only unless specifically stated otherwise. At the end of the policy period we will compute the earned premium by applying the rates set forth in the rating schedule(s) to the final "Insurable Production Cost". However, the earned premium will not be less than the minimum policy premium stated on the rating schedule(s), regardless of the term of coverage.

If the earned premium is greater then the deposit premium, we will send a bill to the first Named Insured that shows the amount due and when it is payable. If the earned premium is less than the deposit premium, we will return the excess to the first Named Insured.

The first Named Insured must keep records of the "Insurable Production Costs" and other information we need for premium computation, and send us copies at such times as we may request.

### M. CANCELLATION

(1) The first Named Insured shown in the Declarations may cancel this policy by returning it

**NS 100 0110**

CONFIDENTIAL

UCP032901

to us or our authorized representative, stating in writing the future date it is to be cancelled. The policy period will end on that date.

(2) We may cancel this policy by written notice to the first Named Insured at least:

    (a) Ten (10) days before the effective date of cancellation if we cancel for nonpayment of premium; or

    (b) One hundred and twenty (120) days before the effective date of cancellation if we cancel for any other reason.

(3) We will mail or deliver our notice to the first Named Insured's last mailing address known ot us.

(4) Notice of cancellation will state the effective date of cancellation. The policy period will end on that date.

(5) If this policy is cancelled, we will send the first Named Insured any premium refund due. If we cancel, the refund will be pro rata. If the first Named Insured cancels, the refund may be less than pro rata. The cancellation will be effective even if we have not made or offered a refund.

(6) If notice is mailed, proof of mailing will be sufficient proof of notice.

## N. ABANDONMENT

There can be no abandonment of any property to us without our written consent.

## O. STOP LOSS DATE

If as a result of delay in completing the original shooting schedule of an insured production you incur a loss in order to honor the termination date contained in a performance contract between you and any other person and/or their respective loan out company, such loss (hereinafter referred to as a stop date loss) would not be covered by the provisions of this policy, but this policy will, nonetheless, participate in a stop date loss to the extent that the need to incur such loss is directly related to a loss insured under the terms of this policy. The extent of our participation in a stop date loss will be governed by the proper consideration of the following factors:

(1) If the need to incur the stop date loss is solely and directly the result of an insured loss, the stop date loss will be recoverable in full.

(2) If the need to incur the stop date loss arises in part by reason of an insured loss and also arises in part by reason of an uninsured occurrence so that it can reasonably be said that each contributed to the incidence of the stop date loss, then the extent that each so contributed will be determined and an apportionment of the stop date loss will be made.

(3) If the need to incur the stop date loss is in no way connected with an insured loss, no part of the stop date loss will be recoverable.

(4) Coverage afforded by this paragraph is subject to the proviso that the performance contract term was sufficiently longer than your original scheduled time for completion of the insured production so as to allow a reasonable margin of safety to cover possible delays in completing the insured production. It is agreed that ten (10) consecutive days is a reasonable margin of safety for features and three (3) consecutive days is a reasonable margin of safety for all other productions.

## P. APPRAISAL

If you and we fail to agree on the amount of loss, either one can demand that the amount of loss be set by appraisal. Each party will select a competent, independent appraiser and notify the other of the appraiser's identity within twenty (20) days of receipt of the written demand. The two appraisers will then select a competent, impartial umpire. If the two appraisers are unable to agree upon an umpire within fifteen (15) days, you or we can ask a judge of a court of record in the state of your residence to select an umpire. The appraisers will then submit a written report of an agreement to us and the amount agreed upon will be the amount of the loss. If the appraisers fail to agree within a reasonable period of time, they will submit their difference to the umpire. Written agreement signed by any two of these three will set the amount of the loss. The party selecting that appraiser will pay each appraiser. Other expenses of the appraisers and the compensation of the umpire will be paid equally by you and us.

## Q. POLICY CHANGES

No changes may be made to this policy except by mutual agreement in writing.

## R. CONFORMITY TO STATE LAW

When any policy provision is in conflict with the applicable law of the state in which this policy is issued, the law of the state will apply, unless the provision of this policy is broader.

## S. DUE DILIGENCE

You shall use due diligence and do and concur in doing all things reasonably practicable to avoid or diminish any loss or any circumstance likely to give rise to a loss or claim insured under this policy. This policy extends to indemnify you for any additional expenses necessarily incurred by you to avoid or diminish such loss or claim, subject to any deductible provisions of this policy. This indemnification will not increase the limit of insurance, and we will not pay more for any loss than the amount that would have been payable had you not incurred the additional expenses.

**Page 4 of 10**

NS 100 0110 ☐

UCP032902

**T. INADVERTENT ERRORS**

You will not be prejudiced by any unintentional or inadvertent omission, error or incorrect description of the property, persons, animals or exposures insured hereunder.

**U. INSPECTIONS OF SURVEYS**

(1) We have the right to:

    (a) Make inspections and surveys at any time;

    (b) Give you reports on the conditions we find; and

    (c) Recommend changes.

(2) We are not obligated to make any inspections, surveys, reports, or recommendations, and any such actions we do undertake related only to insurability and the premiums to be charged. We do not make safety recommendations. We do not undertake to perform the duty of any person or organization to provide for the health or safety of workers or the public. And we do not warrant that conditions:

    (a) Are safe or healthful; or

    (b) Comply with laws, regulations, codes or standards.

(3) Paragraphs (1) and (2) of this Condition apply not only to us, but also to any rating, advisory, rate service or similar organization which makes insurance inspections, surveys, reports or recommendations.

**V. RECOVERIES**

If either you or we recover any property after loss settlement, that party must give the other prompt notice. At your option, the property will be returned to you. You must then return to us the amount we paid to you for the property. We will pay recovery expenses and the expenses to repair the recovered property, subject to the Limit of Insurance.

To the extent recovery is made from such other insurance, the deductible and/or the SIR under this policy shall be reduced by such recovery. In no event will the deductible/SIR under this policy be greater than that shown in this policy. If recovery from such other insurance is greater than the deductible/SIR in this policy, then the deductible/SIR under this policy will apply.

To the extent there is a recovery from other insurance when the loss exceeds the Deductible or SIR, we will share the recovery and costs proportionally.

**W. INSURANCE NOT TO BENEFIT OTHERS**

No person or organization, other than you, having custody of the property and to be paid for services shall benefit from this insurance. This restriction does not apply to a person or organization, other than a common

carrier, which is working or providing services on your behalf.

**X. PROPERTY OF OTHERS**

In the event of loss or damage to property of others (insured hereunder) held by you for which a claim is made. We have the right to adjust such loss or damage with the owner or owners of such property. Receipt of payment by such owner or owners is satisfaction of any claim by you for which such payment has been made. If legal proceedings are taken to enforce a claim against you as respects any such loss or damage, we shall, at our expense, conduct and control the defense of such legal proceeding on your behalf of and in your name. No action of ours in such regard will increase our liability under this policy.

**Y. EXCHANGE RATE**

The rate of exchange applied to a loss shall be the rate as paid by you to purchase the foreign funds to pay a claim..

We reserve the right, for claims that we settle directly with third parties to this policy, to adjust the claims at the prevailing exchange rate or the exchange rate used to actually purchase the foreign funds to pay a covered claim.

**II. SPECIAL CONDITIONS**

**A. DEFINITIONS**

1. "Continuity" means costs incurred to match or maintain the Environment of the "Insured Production" during "Principle Photography". The Environment includes weather, climate, natural lighting or seasonal changes in which you are filming the "Insured Production".

2. "Earthquake" means:

    (a) Any earth movement, such as an earthquake, landslide, mine subsidence, or earth sinking, rising or shifting; and

    (b) Volcanic eruption, meaning the eruption, explosion or effusion of a volcano;

Provided that all earth movements or volcanic eruptions that occur within any seventy-two (72) hour period will constitute a single earth movement or volcanic eruption.

3. "Flood" means, flood waters, surface water, waves, tide or tidal water, overflow or rupture of a dam, levy, dike or other surface containment structure, storm surge, the rising, overflowing or breaking of boundaries of natural or manmade bodies of water, or the

**NS 100 0110**

UCP032903

spray from any of the foregoing, all whether driven by wind or not.

4. "Insurable Production Cost" includes: all costs, including overhead and interest on loans, chargeable directly to an "Insured Production" or series of productions. Insurable Production Costs also includes any amount of other overhead only when declared at the time you declare an "Insured Production" or series of productions. However, the following costs shall not be included in "Insurable Production Cost":

    (a) Royalties Term Deals for Executive Producer(s), Package Fee & Publicity, residuals, premiums paid for this insurance, and personal property taxes;

    (b) Story, scenario, music rights, and sound rights, except with respect to television series, specials and pilots; and

    (c) "Continuity", except when a period of suspension due to covered loss or damage exceeds ninety (90) days.

    (d) Any other costs specifically stated not to be "Insurable Production Costs" in an endorsement to this policy.

Nevertheless, you have the option to include these excluded costs at the time you declare an "Insured Production" or series of productions. In that case, such costs will be included in the "Insurable Production Cost" and.

The amount of any loss or damage paid under this policy.

5. "Insured Production" means a production or series of productions that has been declared to us.

6. "Mobile Equipment" means any of the following types of land vehicles, including any attached machinery or equipment:

    (a) Bulldozers, farm machinery, forklifts and other vehicles designed for use principally off public roads;

    (b) Vehicles that travel on crawler treads;

    (c) Vehicles, whether self-propelled or not, maintained primarily to provide mobility to permanently mounted equipment, or maintained primarily for purposes other than the transportation of persons or cargo. However, "Mobile Equipment" does not include any land vehicle that is subject to a compulsory or financial responsibility law or other motor vehicle insurance law in the state where it is licensed or principally garaged.

7. "Principal Photography" means the continuous period of time from the start date to the completion date you actually require to photograph or tape an "Insured Production", including any necessary wrap time or reshoots.

8. "Employee" includes a "Leased Worker" and a "Temporary Worker".

9. "Leased Worker" means a person leased to you by a labor leasing firm under an agreement between you and the labor leasing firm, to perform duties related to the conduct of your business. "Leased Worker" does not include a "Temporary Worker".

10. "Suit" means a civil proceeding in which damages to which this insurance applies are alleged.

11. "Temporary Worker" means a person who is furnished to you to substitute for a permanent "Employee" on leave or to meet seasonal or short-term workload conditions.

12. "Volunteer Worker" means a person who is not your "Employee" and who donates his or her work and acts at the direction of and within the scope of duties determined by you, and is not paid a fee, salary or other compensation by you or anyone else for their work performed for you.

NS 100 0110   ☐

CONFIDENTIAL
UCP032904

## B. ABANDONMENT OF INSURED PRODUCTION

Should a covered loss result in an abandonment during the term of coverage under this section of the policy, we have the right to require that you surrender all owned or licensed rights, title(s), and interest(s) in all documents, underlying works, copyrights and all related material of the insured production, except as relates to any sequel, prequel, and their attendant merchandise. We will reimburse you for the cost you incurred for the rights.

## C. REPORTING REQUIREMENTS

You must declare to us on a declaration and information form acceptable to us, the particulars of each and every production or series of productions undertaken by you during the term of this policy. If Cast Insurance is to be provided you will report to us each Covered Person to be insured prior to the completion of Principal photography".

## D. COVERAGE EXTENSIONS

### 1. HIATUS COVERAGE

a) With respect to episodic television, coverage is continuous from the pilot through season one and between seasons for continuing television series insured hereunder, hereinafter referred to as Hiatus Coverage, subject to all other terms and conditions of this policy.
b) Hiatus Coverage means the period of time from the end of coverage for the pilot or an episodic television season until the commencement of pre-production, for the series following the pilot or subsequent season.
c) The limits of liability, deductibles and terms that were in effect for the preceding pilot or season will apply during the hiatus period.
d) Hiatus Coverage applies solely to Cast Coverage, Property and Third Party Property Damage.
e) Hiatus coverage will cease immediately when this policy is cancelled or non-renewed by you or us or 180 days after the start of Hiatus which ever occurs first.

### 2. DELIVERY DATE EXPEDITING COSTS

With respect to all productions insured hereunder, subject to all other terms and conditions, the definition of loss with respect to Cast Coverage, Negative Film, Faulty Stock and Extra Expense is extended to include the necessary production extra expenses you necessarily incur to meet an air date or delivery date of an insured production subject to a sub limit of liability of $1,000,000.

### 3. PRINTS AND ADVERTISING COSTS

With respect to all productions insured hereunder,

subject to all other terms and conditions, the definition of loss with respect to Cast Coverage, Negative Film, Faulty Stock and Extra Expense is extended to include the costs incurred for prints and advertising as have been rendered entirely valueless, solely in the event of an abandonment of an insured production, subject to a sub limit of liability of $1,000,000

### 4. PUBLIC RELATIONS COSTS

With respect to all productions insured hereunder, subject to all other terms and conditions, the definition of loss with respect to "Disgrace" and or "Violent Death" under Cast Insurance is extended to include the costs to hire a third party public relations firm, law firm or crisis management firm for the specific purpose to minimize potential harm to you arising from a situation or occurrence involving the Disgrace or Violent Death of an insured cast member, subject to a sub-limit of liability of $250,000.

### 4. LIMITS of LIABILITY & DEDUCTIBLE

a) The most we will pay for loss in any one occurrence is the Limit of:

1. As stated in D. Coverage Extensions, 1 above;

2. As respects D. Coverage Extensions, 2 above; $1,000,000

3. As respects D. Coverage Extensions, 3 above; $1,000,000

4. As respects D. Coverage Extensions, 4 above; $250,000

b) We will not pay for loss in any one occurrence until the amount of the adjusted loss before applying the applicable limits of insurance exceeds the deductible amount stated below. We will then pay the amount of the adjusted loss in excess of the deductible, up to the applicable limit of insurance:

1. As stated in D. Coverage Extensions, 1 above;

2. As respects D. Coverage Extensions, 2 above; $50,000

3. As respects D. Coverage Extensions, 3 above; $50,000

4. As respects D. Coverage Extensions, 4 above; $50,000

## E. DEDUCTIBLES, ANNUAL AGGREGATE

**NS 100 0110**                                                   **Page 7 of 10**   ☐

**DEDUCTIBLE & TRAILING DEDUCTIBLES**

Coverage afforded under this policy is provided subject to the following terms and conditions:

A. Deductibles

1. You will incur the deductibles as stated in the policy on all covered loss before a loss accrues to the Annual Aggregate Deductible or we pay a loss:

2. The total of the adjusted claim amounts and adjusting expenses that exceed the deductible(s) will accrue to the Annual Aggregate Deductible.

B. Annual Aggregate Deductible

The annual aggregate self insured retention is $2,100,000

For "Insured Production(s)" declared to us during the policy term an Annual Aggregate Deductible for the policy term of $2,100,000 applies subject to the following:

1. All adjusted claim amounts approved by us that you incur over the deductible amounts stated herein will accrue to the Annual Aggregate Deductible;

2. At such time as the Annual Aggregate Deductible(s) has been exhausted, the deductible shown on the Declarations Page or within the policy will change to the Trailing Deductible(s) stated herein for each adjusted claim and for all subsequently adjusted claims for that "Insured Production" or annual period of declared productions.

C. Trailing Deductible(s)

After the Annual Aggregate Deductible has been exhausted, you will incur a Trailing Deductible(s) in the amounts stated below as Deductibles for each adjusted claim and we will pay all covered claims in excess of the Trailing Deductible including any and all related adjusting expense(s):

**TRAILING DEDUCTIBLES**

| COVERAGE | TRAILING DEDUCTIBLE |
|---|---|
| Cast | $25,000 |
| Negative | $25,000 |
| Faulty | $25,000 |
| Extra Expense | $25,000 |
| Personal Property | $5,000 |
| Third Party Property Damage | $5,000 |

| ALL OTHER EXTENSIONS | $25,000 |
|---|---|

**F. CLAIMS ADMINISTRATION**

All claims must be reported to:

Entertainment Brokers International /OneBeacon Insurance Company Claims Department
10940 Wilshire Boulevard, 17th Floor
Los Angeles, CA 90024
Phone: 310-954-3960
Email: pwilliams@ebi-ins.com

The assigned independent adjuster for claims within the Annual Aggregate Deductible if required is as follows:

Hyperion Claim Specialists LLC ("Hyperion") 550 S. Hope Street, Suite 1625
Los Angeles, CA 90071-2650
Phone: 213 347-0250
Fax: 213 347-0266

**III. EXCLUSIONS APPLICABLE TO ALL SECTIONS OF THIS POLICY**

This policy does not insure against loss or damage caused directly or indirectly by:

A. War, including undeclared or civil war; or

B. Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

C. Insurrection, rebellion, revolution, usurped power, or action taken by governmental authority in hindering or defending against any of these. Such loss or damage is excluded regardless of any other cause or event that contributes concurrently or in any sequence to the loss.

D. Any weapon of war including atomic fission or radioactive force, whether in time of peace or war;

E. Nuclear reaction or radiation, or radioactive contamination from any other cause. But if nuclear reaction or radiation, or radioactive contamination results in fire, we will pay for the direct loss or damage caused by that fire if the fire would be covered under this policy.

F. Risks of contraband or illegal transportation of trade.

G. Violation of any Law or Statute, or any actual dishonest, fraudulent, criminal or malicious act committed by you, your employees, including any judicial injunction or action for injunctive relief.

Page 8 of 10

NS 100 0110     □

CONFIDENTIAL

UCP032906

H. Any uninsured event occurring before, concurrently with or after the happening of an insured event, which directly or indirectly causes or in any way contributes to cause or increase a loss under this policy; but only with respect to that portion of any such loss caused by or contributed to by the uninsured event, unless the uninsured event would not have been a factor had such insured event never occurred.

NS 100 0110

Page 9 of 10    ☐

CONFIDENTIAL
UCP032907

**MOTION PICTURE PORTFOLIO**

# SECTION I - CAST COVERAGE

### I. COVERAGE

#### A. Coverage

We will pay the actual and necessary loss you sustain by reason of a Covered Person being prevented from commencing, continuing or completing an assigned duty or role in an "Insured Production". The loss must be caused by or result from a Covered Cause of Loss during the Term of Coverage.

#### B. Covered Causes of Loss

1. Accidental injury, sickness or death, to a Covered Person;
2. Kidnap of a Covered Person;
3. Death, Severe Injury, Catastrophic Injury, or a life threatening illness of an "Immediate Family Member" during the term a Covered Person is insured hereunder;
4. "Violent Death" or "disgrace" of a Covered Person declared and accepted by us, that necessarily forces the abandonment of the "Insured Production";

except those causes of loss listed in the Exclusions.

#### C. Term of Coverage

Term of Coverage, as used in this Coverage, means the period beginning with the effective date shown in the Declarations, reporting form or the start date of principal photography whichever occurs first, and continuing until the earliest of the following dates:

1. The date of delivery required under the completion guarantee agreement with the distributor(s);
2. The date your completion guarantor is released from further obligations to you;
3. Eighteen (18) months after completion of "Principal Photography";
4. The date on which a protection print or duplicate tape or digital master has been completed and physically removed from the premises where the original negative or tape is located;
5. The date on which cancellation or termination of coverage under this policy for the "Insured Production" becomes effective.

6. The expiration date of this policy or declaration will be extended, if necessary, from the earliest of these dates. We may charge additional premium for this extension.
7. Subject to the Medical Examination Condition below, Term of Coverage also includes the Pre-Production period of Cast Coverage.
8. The Pre-Production period for Covered Persons who are "Guest Artists" in episodic television begins sixty 60 days before the start of "Principal Photography" or videotaping of the "Insured Production".
9. The Pre-Production period for other Covered Persons begins one hundred and eighty (180) days before the start of "Principal Photography".
10. You may, provided we are given prior notice, Declare a starting date of "Principal Photography" at any time within the term of this policy;

### II. EXCLUSIONS

We will not pay for loss caused by or resulting from any of the following:

1. Sickness of a Covered Person unless accepted by us and or as may be provided under IV b Medical Examination.
2. Any Covered Person taking part in any hazardous stunt(s) without our written consent;
3. Any Covered Person taking part in flying other than as a passenger;
4. The inability of any female to continue her performance because of pregnancy or conditions pertaining to pregnancy. This exclusion will not apply if you can prove that the female was not aware of the pregnancy when they accepted the position with you or when they completed the medical certificate or when the medical examination was performed
5. Any Covered Person over seventy eight years of age unless the person is specifically named in an endorsement attached to this policy

NS 101 0110                                                                 Page 1 of 4      □

UCP032908

6. Any reservation, exception or restriction we have imposed on a Covered Person, as described in the Medical Examination Condition below, regardless of when the event causing loss occurs.

7. Behavior, action or inaction of a covered person that is consistent with the known public or private persona or behavior of the covered person which gives rise to "disgrace" of the "covered person".

## III. LIMITS OF LIABILITY

The most we will pay for loss in any one occurrence is the Limit of Insurance shown in the Declarations for Cast Coverage.

Coverage B. Covered 3. is subject to a limit of $2,000,000 per Occurrence

## IV. DEDUCTIBLE OR SELF INSURED RETENTION

We will not pay for loss in any one occurrence until the amount of the adjusted loss before applying the applicable limits of insurance exceeds the deductible or self insured retention amount shown in the Declarations for Cast Coverage. We will then pay the amount of the adjusted loss in excess of the deductible or self insured retention, up to the applicable limit of insurance.

A Trailing Deductible applies excess of the Self Insured Retention as described on a schedule or endorsement of Maintenance Deductibles.

## V. DEFINITION OF LOSS

a. The amount of your loss will be determined based on:

(1) All necessary "Insurable Production Cost" you incur to complete the "Insured Production" that exceeds the amount of "Insurable Production Cost" you would have incurred if the covered cause of loss had not occurred; and

(2) All other necessary expenses that reduce the amount of loss otherwise payable.

However, your loss will not include loss of earnings of profit.

If you abandon an "Insured Production" that has been made substantially valueless solely because one or more covered causes of loss reasonably, practically and necessarily prevents you from completing the "Insured Production", irrespective of any completion or delivery date requirements for the "Insured Production", we will pay as loss the total

"Insurable Production Cost" you have incurred for the "Insured Production".

## VI. ADDITIONAL CONDITIONS

For the purposes of this Coverage, the following Conditions apply in addition to the Policy Conditions.

A. Additional Duties In The Event Of Loss Or Damage

The following is added to Policy Condition VIII - Duties In The Event Of Loss:

(1) You must report immediately to us or our authorized representative any fact or circumstance which may prevent a Covered Person from commencing, continuing or completing an assigned duty or role in an "Insured Production" and which may result in a claim under this policy.

(2) You must immediately secure and file with us or our authorized representative the certification of a duly licensed physician. The certification must include a complete description of the injury, sickness or death and the prognosis.

(3) You must make every effort to preserve our rights, including enforcing any contractual conditions or terms applicable to the Covered Person, to:

(a) Have any Covered Person examined by a medical doctor of our choice; and

(b) Have continuing access to the medical records of any Covered Person.

It is your responsibility to comply with these conditions and your inability to provide the above may result in your not proving your claim hereunder.

b. Medical Examination, Accident Coverage, Immediate Family, Essential Element, Violent Death & Disgrace

(1) Any production except Feature Films each Covered Person, other than a "Guest Artist" in episodic television, must be examined by a duly licensed physician, designated or approved by us or submit a medical affidavit that is not more than sixty (60) days old from the date the examination was completed and not more than one hundred and eight days (180) prior to the start of principal photography or the start date

NS 101 0110   ▢

EXHIBIT 5, PAGE 202
CONFIDENTIAL

UCP032909

the Covered Person's assigned duties or role in the "Insured Production" are scheduled to commence.

For Feature Films the following Covered Person(s) must be examined by a duly qualified physician designated or approved by us, (veterinarian with respect to animals), who will submit to us a Medical Certificate or Affidavit signed by the examinee and physician (not applicable to animals prior to the date the Covered Person's assigned duties or role in the "Insured Production" are scheduled to commence. The physician must complete and submit to us a Medical Certificate or Affidavit, on forms approved by us and signed by the Covered Person.

    a.  The Director(s);
    b.  Seven (7) covered persons with the greatest exposure to the production as determined by the Risk Management Department. If Risk Management has made a determination of the top seven (7) artists and it is discovered that the determination was incorrect, we will not deny a claim or penalize you for such incorrect determination.

The physician must complete and submit to us a medical questionnaire and certificate, on forms approved by us and signed by the Covered Person.

If the doctors we provide are not available to you for the completion of a medical examination, we grant you permission to use any licensed medical doctor available, except for the Covered Person's personal physician;

(2) Sickness Coverage for the Covered Person will become effective on the date the medical examination, Medical Certificate or Affidavit Authorization is completed, subject to our receipt and approval of the medical exam, Medical Certificate & Affidavit.

Based on the medical information submitted to us, we have the right to make any reservation, exception or restriction regarding the insurability of the Covered Person within three (3) business days of receipt of the medical exam. We will not pay for loss caused by or resulting from any such reservation, exception or restriction.

If a Covered Person becomes sick or disabled before the medical exam or Medical Affidavit has been completed we will cover the sickness or disability subject to you showing that the sickness or disability would not have been discovered or disclosed during the medical exam or outlined in the Medical Affidavit and that the Covered Person had no prior knowledge.

Our failure to respond to a Medical Certificate & Affidavit and or Affidavit & Authorization within three (3) business days of our receipt will result in full coverage without restriction.

(3) Accident and Kidnap Coverage is effective on the date you have contracted with the Covered Person to perform in the "Insured Production".

(4) "Disgrace" & "Violent Death" is effective when the Covered Person is approved by us.

(5) "Immediate Family" is effective on the date you have contracted with the Covered Person to perform in the "Insured Production".

(6) "Essential Element" is effective when the Covered Person is declared and approved by us.

(7) Animals must be declared and accepted by us before coverage will commence.

We will also review our own case history and public records to determine the coverage on any Covered Person.

## VI. DEFINITIONS

1.  "Covered Person" means a person declared and accepted by us, except as outlined herein.

2.  "Guest Artist" means a Director or Covered Person appearing in or contracted to appear in episodic television for less than three (3) consecutive episodes or less than fifty percent (50%) of a series of productions.

3.  "Immediate Family Member" means the mother, father, sister, brother, spouse,

EXHIBIT 5, PAGE 203
CONFIDENTIAL                    UCP032910

life partner, child, stepparents, stepchildren, stepbrother, stepsister, mother-in-law, father-in-law, sister-in-law, brother-in-law, daughter-in-law, son-in-law or "significant others" who reside together, grandparent or grandchild of the Covered Person.

4. "Violent Death" means the Covered Person died at the hands of another person and that the Covered Person was involved in a crime. The showing of the "Insured Production" would degrade the insured and would anger the public

5. "Disgrace" means any criminal act or alleged criminal act, or any offense against public taste or decency, committed by a covered person, beyond their usual or expected behavior, that degrades or brings that Covered Person into disrepute or provokes insult or shock to the community that reflects unfavorably upon the named insured or insured production that renders the "Insured Production" commercially unviable on unaired shows.

6. "Essential Element" is defined as a declared artist(s) for the purpose of completion and delivery of the "Insured Production" as an "Essential Element" and accepted by us.

## VII. ESSENTIAL ELEMENT

In the event of:

(i) The death of a declared "Essential Element" during the period of pre-production or principal photography; or

(ii) The injury or illness of an "Essential Element" during the period of principal photography, whose injury or illness necessarily prevents the declared artist from performing services and completing the insured production. The injury or illness must incapacitate the "Essential Element" for a period of more than forty-five (45) days;

it shall be considered reasonable, practical, and necessary for you to abandon the Insured Production during principal photography and make claim under this Section for such costs.

Pursuant to Paragraph c. (ii) above, we shall have the option to delay your abandonment of the insured production for up to 45 days after the occurrence of the injury or onset of the injury or illness if in our good faith business judgment the artist is likely to

recover from such injury or illness to resume his/her assigned role or position within 45 days.

In the event our decision to exercise our option to delay your abandonment of the insured production for up to 45 days after the occurrence of an injury or onset of an illness of the declared "Essential Element" causes you to incur a loss in excess of the amount stated in Section I. Cast, III Limits of Liability then such limit of liability shall automatically be increased to include the costs necessarily incurred in excess of the Limit of Liability caused solely and directly by the warranties below.

## VIII. DUTIES IN THE EVENT OF LOSS

Prior to payment of the "Essential Element" loss covered, you will comply with the following:

1. Upon our written request, within five (5) business days following the "Essential Element" loss you and one of our representatives shall meet to determine the viability of the options to complete the insured production, including the possibility of replacing the "Essential Element". You will do all things possible to complete the Insured Production, where possible with the remaining cast and crew, including maintaining or replacing financing to complete the insured production. "Essential Element" replacement will be a person of similar standing within the motion picture industry who is acceptable to independent financiers or distributors.

2. You will work with us in good faith and do all things possible to replace the "Essential Element" and upon our request, provide us your authority to negotiate on your behalf with any other party to assist in the replacement of an "Essential Element" or financing.

3. You will at our option enable us to maintain or replace any financing or distribution to complete the insured production.

Any breach of the above warranties will relieve us of any claim that would be payable hereunder.

Page 4 of 4                                                                 NS 101 0110   ☐

MOTION PICTURE PORTFOLIO

# SECTION II – NEGATIVE FILM AND FAULTY STOCK

## I. COVERAGE

We agree to pay you such loss (defined in Paragraph IV) as you directly and solely sustain as a result of loss of, damage to or destruction of videotape stock, raw film stock, recorded videotape, exposed motion picture film (developed or undeveloped), inter-positives, positives, work prints, cutting copies, fine grain prints, sound tracks, tapes, transparencies, cells, art work (used to create animation or other images), source materials, software, data, media and related material used to generate, record, store or encode computer or other images, and or any similar material or property, caused by an covered cause of loss (defined in Paragraph II) when such property is your property or the property of others for which you are legally liable and, while such property is used or to be used in connection with an insured production.

## II. COVERED CAUSES OF LOSS

This coverage insures:

    (a) All risks of direct physical loss or damage;

    (b) Faulty materials, faulty equipment, faulty computer equipment, faulty editing, faulty developing or fault processing; including accidental erasure, magnetic, or x-ray injury, disturbance or erasure of film, electronic recordings or video tape and loss of media, data, or software;

    (c) Operator error including faulty manipulation or faulty operation, of camera, lighting, sound, electrical, editing, computer or any other equipment;   technician's error(s) of judgment; and errors in machine or computer programming or instructions to any machine or computer.

## III. LIMITS OF INSURANCE

The most we will pay for loss in any one occurrence is the Limit of Insurance shown in the Declarations for Negative Film coverage.

Perils Insured C is subject to a $2,000,000 limit any one occurrence.

## IV. DEDUCTIBLE

We will not pay for loss or damage in any one occurrence until the amount of the adjusted loss or damage before applying the applicable limits of insurance exceeds the deductible amount shown in the Declarations for Negative Film Coverage. We will then pay the amount of the adjusted loss or damage in excess of the deductible, up to the applicable limit of insurance.

## V. TERM OF COVERAGE

Term of Coverage, as used in this Coverage, means the period beginning one hundred eighty (180) days before the date shown in the Declarations as the start of "Principal Photography" or the start date of principal photography which ever occurs first, and continuing until the earliest of the following dates:

    (a) The date of delivery required under the completion guarantee agreement with the distributor(s);

    (b) The date your completion guarantor is released from further obligations to you;

    (c) Eighteen (18) months after completion of "Principal Photography";

    (d) The date on which a protection print or duplicate tape or digital master has been completed and physically removed from the premises where the original negative or tape is located;

    (e) The date your interest in the property ceases; or

    (f) The date on which cancellation or termination of coverage under this policy for the "Insured Production" becomes effective.

The expiration date of this policy will be extended, if necessary, until the earliest of these dates. We may charge additional premium for this extension.

## VI. PROPERTY EXCLUDED

This coverage does not insure cut-outs, unused footage or library stock.

## VII. DEFINITION OF LOSS

NS 102 0110

Page 1 of 3

CONFIDENTIAL

UCP032912

A. The amount of your loss will be determined based on the following:

    (1) With respect to videotape stock, raw film stock and blank media, the actual cost to replace these items with property of like kind and quality.

    (2) With respect to other Covered Property, all necessary "Insurable Production Cost" you incur to reshoot, re-create, or restore the "Insured Production" that exceeds the amount of "Insurable Production Cost" you would have incurred if no physical loss or damage had occurred.

    (3) All other necessary expenses that reduce the amount of loss otherwise payable.

B. Your loss will not include:

    (1) Loss of earnings or profit; or

    (2) "Insurable Production Cost" incurred due to delay in completing an "Insured Production".

C. But we will pay for "Insurable Production Cost" incurred:

    (1) As the direct result of unavoidable delay that occurs during the period necessary to restore, re-shoot or recreate the affected portions of the "Insured Production"; and

    (2) As the result of a covered "Stop Date Loss".

If you abandon an "Insured Production" that has been made substantially valueless solely because one or more covered causes of loss reasonably, practically and necessarily prevents you from completing the "Insured Production", irrespective of any completion or delivery date requirements for the "Insured Production", we will pay as loss the total "Insurable Production Cost" you have incurred for the "Insured Production".

## VIII. EXCLUSIONS

This coverage does not insure against loss caused by or resulting from:

    (a) Exposure to light, deterioration, atmospheric dampness or changes in temperature;

    (b) The use of incorrect raw film stock or videotape or media/software;

    (c) Delay, loss of use, loss of market, interruption of business, or any other consequential loss due to loss of or damage to videotape stock, raw film stock or blank media;

    (d) Unexplained or mysterious disappearance or shortage found upon taking of inventory of video tape stock, raw film or blank media.

## IX. CONDITIONS

You will ensure that artwork, drawings, software and related material (hereinafter referred to as "source material") used to generate computer images and animation cells are retained until a protection print has been completed or expiration of this coverage, whichever comes first.

You will safeguard and maintain all source material(s) that have been photographed, or used as intended in the production process. Damage to such source material will not be considered a loss hereunder, except to the extent that other covered property is damaged and you have complied with the above.

## X. DEFINITIONS

    (a) COMPUTER PROGRAMS means data, and source code used to direct the computer equipment, including diagrams or other records which can be used to reproduce programs.

    (b) DATA includes and is not limited to facts, concepts, source code, programming records or instructions which are converted, recorded, stored or encoded to a form usable in your electronic data processing operations, computer programs or electronically controlled equipment.

    (c) MEDIA includes electronic data processing recording or storage media on which Data are recorded, stored or encoded such as software, films, tapes, discs or cells.

    (d) SOFTWARE means any combination of DATA, MEDIA or COMPUTER PROGRAMS.

    (e) Computer EQUIPMENT means your programmable electronic equipment that is used to store, retrieve or process software. It includes but is not limited to any component parts and associated peripheral equipment or hardware that provides communication including input and output functions, printing and data transmission. Computer equipment does not include software.

## XI. LIBRARY STOCK EXTENSION

The following is added to Paragraph I. (a) Covered Property:

Covered Property, as used in this Coverage, includes the following:

    (a) Your original cut negative film of completed or released productions, duplicate negatives, completed video tapes or other media which is considered library stock to you.

Paragraph I. (b). Property Not Covered is amended to remove subparagraph (3) Library stock.

NS 102 0110

CONFIDENTIAL
UCP032913

Part III. Limits of Insurance is amended to include the following:

a.  The most we will pay for loss in any one oc-currence is the Limit of Insurance shown in the Declarations for the applicable Cover-age(s).

b.  Subject to the above limit of insurance appli-cable to any one occurrence, the most we will pay for loss or damage to library stock in any one occurrence is $1,000,000.

The following is added to Part IV. Deductible:

With respect to library stock, the deductible amount is the same as the deductible amount shown in the Declarations or otherwise applicable.

The following is added to Part V. Method of Valua-tion:

The amount of your library stock loss will be deter-mined based on the actual cost to repurchase from an outside source, reprint or copy in whole or in part the affected portions of the library stock, whether or not the reprint or copy is made from an original or a copy of the lost or damaged library stock.

**NS 102 0110**

**Page 3 of 3**    ☐

UCP032914

# SECTION III – EXTRA EXPENSE

## I. COVERAGE & COVERED CAUSES OF LOSS

We agree to pay to you such loss (as defined in Paragraph VIII) not including loss of earnings or profit, as you sustain by reason of such extra expense you necessarily incur as a result of the interruption, postponement, cancellation, relocation, curtailment or abandonment of an Insured Production due to the following:

A. Any direct physical loss, damage or threat thereof to property, facilities or locations used or to be used in an "Insured Production"; or

B. A loss as a direct result of an unexpected, sudden or accidental occurrence entirely beyond your control to include:
   1. Confiscation and/or detainment of equipment, material or personal property by order of any government or civil authority;
   2. Shipping or transit delays or cancellation of necessary and required equipment, material or personal property used or to be used in the Insured Production caused by adverse weather conditions;
   3. Interruption or loss of utilities (electrical, steam, gas or any other power source) required to continue or complete an insured production;
   4. Strikes by any party, union, guild or labor group for which you are not a signatory or directly involved in negotiations or is not a major entertainment union or guild;
   5. Verifiable breakdown, short circuit, electrical injury, disturbance or malfunction to personal property or vehicles used to be used in the "Insured Production". Subject to props; created, constructed, designed or maintained by you must be tested and verified to be in working order under the conditions you will be using them.
   6. Interruption, postponement or cancellation of an insured production as a direct result of the action of a civil

authority that revokes your permission to use or prohibits access to property or facilities used or to be used in connection with an Insured Production.
   7. Imminent peril, defined as certain, immediate and impending danger of such probability and severity to persons or property that it would be unreasonable or unconscionable to ignore.
   8. Any expenses incurred to avoid a loss resulting from imminent peril are covered to the extent that they serve to avoid a loss otherwise covered.

C. Except as provided above, this extension does not negate the applicability of the basic terms and conditions of:
   1. The Extra Expense Coverage in the event that an imminent peril results in damage to or destruction of property or facilities payable under this policy; or
   2. The Cast Coverage in the event that an imminent peril results in death, injury or sickness of a covered person, in which case a separate claim will result from the consequential loss as described above.

D. A crisis event that is unexpected, sudden or accidental, seriously injuring or killing a cast, crew member or production executive on the "Insured Production" site that necessarily forces you to stop the filming of the "Insured Production", the following elements must have occurred:
   1. The crisis event resulted in a life-threatening physical injury or accidental death to a cast, crew member or production executive of the "Insured Production"; and
   2. The crisis event occurs at the filming location of the Insured Production (meaning a location where cast or crew is assembled to shoot any scheduled work); and

EXHIBIT 5, PAGE 208
CONFIDENTIAL                    UCP032915

3. The crisis event was witnessed by cast or crew members of the Insured Production or is a forced closure by a civil authority; or

4. The crisis event necessarily results in a civil authority immediately closing down or preventing you from commencing or continuing the Insured Production;

5. The crisis event necessarily results in the immediate suspension of the Insured Production.

## II. LIMITS OF INSURANCE

A. The most we will pay for loss in any one occurrence is the Limit of Insurance shown in the Declarations for Extra Expense coverage, except the following:

B. The most we will pay for a loss in any one occurrence for a loss caused by or contributed by the scheduled perils listed below:

Insuring Agreement Perils:

1. Confiscation is subject to a $1,000,000 limit;

2. Shipping & Transit Coverage is subject to a $1,000,000 limit;

3. Strike is subject to a $1,000,000 limit;

4. Vehicle mechanical break down is subject to a $1,000,000 limit.

## III. DEDUCTIBLE

We will not pay for loss in any one occurrence until the amount of the adjusted loss before applying the applicable limits of insurance exceeds the deductible amount shown in the Declarations for Extra Expense Coverage. We will then pay the amount of the adjusted loss in excess of the deductible, up to the applicable limit of insurance.

## IV. TERM OF COVERAGE

Term of Coverage, as used in this Coverage, means the period beginning one hundred eighty (180) days before the date shown in the Declarations as the start of "Principal Photography" or the start date of principal photography which ever occurs first , and continuing until the earliest of the following dates:

a) The date of delivery required under the completion guarantee agreement with the distributor(s);

b) The date your completion guarantor is released from further obligations to you;

c) Eighteen (18) months after completion of "Principal Photography";

d) The date on which a protection print or duplicate tape or digital master has been completed and physically removed from the premises where the original negative or tape is located;

e) The date your interest in the property ceases; or

f) The date on which cancellation or termination of coverage under this policy for the "Insured Production" becomes effective.

The expiration date of this policy will be extended, if necessary, until the earliest of these dates. We may charge additional premium for this extension.

## V. WARRANTIES

You warrant that:

A. Prior to the inception of coverage hereunder, you warrant having no knowledge of any matter, fact or circumstance, actual or threatened, that increases or could increase the possibility of a "loss" under this Policy.

Failure to fulfill any warranty above will release us from all obligations under this Policy, to the extent that a "loss" is suffered or increased by that failure.

## VI. PROPERTY NOT COVERED

Covered Property does not include Negative film, video tape, tapes, animation cells, transparencies, positives, sound tracks, art work, software, programs or any other form of media.

## VII. EXCLUSIONS

This coverage does not cover "loss" caused by, resulting from, or arising out of:

a) The failure of any person(s) or animal(s) in connection with the Insured Production to commence, continue or complete their respective duties or performances for any reason. Except as provided in I Insuring Agreement, D; or

b) Any financial cause of "loss', including but not limited to:

1. Any deficient or inadequate response, support or withdrawal of support, including insufficient attendance or interest prior to attendance;

2. Withdrawal of funds, inadequate or insufficient finances, however caused;

3. Any financial failure of any venture, company, entity or person;

Page 2 of 4

NS 103 0110   ☐