4. Any failure to maintain adequate receipts, sales or profits, including any failure to provide bond(s) or financial security;
5. Any variation in the rate of exchange, including devaluation, rate of interest or stability of any currency;
6. Any financial default, insolvency, debt or failure to pay necessary expense to any person, firm or corporation;

c) Any actual adverse weather at the location of any insured production except:
   1. The action of a civil authority that prevents access to, exit from (ingress or egress) or closes down the location and or facilities due to conditions that threaten the safety of cast, crew or property, an imminent peril; or
   2. Physical damage to property, facilities, or locations necessary to the insured production; or
   3. Shipping or transit of necessary and required personal property;
   4. As covered in any other portion of this policy.

d) Your failure or inability to complete or obtain any contractual agreements, permits or licenses of any kind;

e) Your failure or inability to properly comply with, or the violation of any requirement or any procedure necessary for the issuance and continuance of any permit or authorization; or your failure to properly process or complete any applications or required documents.

f) The refusal or revocation of any permit or authorization due to a violation of any existing civil or criminal law or codes.

g) Any governmental body or civil authority preventing the commencement or completion of an Insured Production due to a breach of the terms of the permit or any civil or criminal violation by you.

h) Any concern or fear of an occurrence which may affect the commencement or the continuation of the Insured Production, except the action of a civil authority that prevents access to, exit from (ingress or egress) or closes down the location(s) and or facilities due to conditions that threaten the safety of cast, crew or property; an imminent peril or physical damage to property, facilities, or location(s) used or to be used in an "Insured Production".

i) Any concern or belief that the commencement or continuation of an "Insured Production" is inappropriate.

j) Breach of contract by any party whether their contractual relationship be with you or otherwise where such loss is consequent upon or contributed to by any cause within your control or any other such party which includes the failure of any individual or entity contracted, hired or employed to willingly perform the duties for which that person or entity has been hired with respect to the Insured Production.

k) Wear and tear; any quality in the property that causes it to damage or destroy itself; hidden or latent defect; gradual deterioration; depreciation; mechanical breakdown or electrical breakdown; insects; vermin, or rodents; corrosion, rust, dampness, cold or heat. This exclusion does not apply to Verifiable breakdown, short circuit, electrical injury, disturbance or malfunction to personal property or vehicles used or to be used in the "Insured Production". Subject to props; created, constructed, designed or maintained by you must be tested and verified to be in working order under the conditions you will be using them;

l) Processing or work upon the property. But if processing or work upon the property results in fire, explosion or water damage, this exclusion does not apply to the direct loss or damage caused by that fire, explosion or water damage, if the fire, explosion or water damage would be covered under this Coverage.

m) Unexplained or mysterious disappearance or shortage found upon taking of inventory.

n) Rain, ice, sleet, snow or hail, whether driven by wind or not, to property stored in the open. This exclusion does not apply to property that was built or designed to be stored in the open.

o) Intentional acts committed by you or at your direction. This exclusion does not apply to damage, destruction or threat thereof to software or computer media by an external person or an employee breaching your authority and safeguards to protect such software or computer media.

EXHIBIT 5, PAGE 210
CONFIDENTIAL     UCP032917

p) Delay, loss of use (including loss of use of animals), loss of market, interruption of business, or any other consequential loss.
q) Any weather condition that is a photographic weather condition;
r) The quality or content of the "Insured Production".
s) Strike by any union, guild or labor organization to which you are a signatory or negotiate with or is a major entertainment party, union, guild or labor organization;
t) Strike by any union, guild or labor organization that was occurring prior to the commencement of "principal photography" of an "Insured Production"
u) Any other loss that may be covered by some other section of this policy.

## VIII. DEFINITION OF LOSS

The amount of your loss will be determined based on:

A. All necessary "Insurable Production Cost" you incur to complete the "Insured Production" that exceeds the amount of "Insurable Production Cost" you would have incurred if the covered cause of loss had not occurred;
B. All other necessary expenses that reduce the amount of loss otherwise payable.
C. Your loss will not include loss of earnings of profit.
D. If you abandon an "Insured Production" that has been made substantially valueless solely because one or more covered causes of loss reasonably, practically and necessarily prevents you from completing the "Insured Production", irrespective of any completion or delivery date requirements for the "Insured Production", we will pay as loss the total "Insurable Production Cost" you have incurred for the "Insured Production".

EXHIBIT 5, PAGE 211
CONFIDENTIAL

UCP032918

MOTION PICTURE PORTFOLIO

# SECTION IV - PROPERTY

**INSURING AGREEMENT**

**I.**

We agree to pay to you or on your behalf the value of any property, not including loss of use, owned by you or which is the property of others and for which you are legally liable and which is lost, damaged or destroyed, caused by the Perils Insured against, while such property is used or to be used by you in connection with an Insured Production including:

A. Scenery, costumes, theatrical props and related equipment;

B. Cameras, camera equipment, sound and lighting equipment, portable electrical equipment, mechanical effects equipment, grip equipment and mobile equipment;

C. Office equipment, furniture, fixtures and your tenants improvements and betterments;

D. Vehicles you; rent, hire or picture vehicles owned by an insured Production Entity declared for the Insured Production.

**II. PROPERTY NOT COVERED**

Covered Property does not include:

a) Personal Property that is covered under any other Coverage of this policy;

b) Animals;

c) Growing plants except as part of a set;

d) Accounts; bills; numismatic properties; food stamps; notes; securities; stamps; deeds; evidences of debt; letters of credit; credit cards; passports; transportation, admission or other tickets, unless specifically added to this policy;

e) Buildings or their improvements and betterments, except as part of a set or the Insured Production office;

f) Aircraft unless used as part of a set as a non-functional craft during filming or taping;

g) Watercraft valued over $250,000 while waterborne, unless used or intended to be used as part of a set and moored to a pier, dock, wharf or similar fixed structure;

h) "Land Vehicles" or "Mobile Equipment" while involved in racing, chase scenes, or stunts, unless specifically added to this policy or as outlined herein; except when "Precision Driving";

i) "Land Vehicles" owned by you or an insured production entity, unless specifically added by an endorsement to this policy or that are picture vehicles owned by you while used or intended to be used on-camera in an "Insured Production";

j) Negative film, video tape, tapes, cels, transparencies, positives, sound tracks, art work, software, programs or any other form of media;

k) The following property is excluded if the value of the item(s) exceeds $500,000;

1. Furs, fur garments and garments trimmed with fur except as added to this policy;

2. Jewelry, costume jewelry, watches, watch movements, jewels, pearls, precious and semi-precious stones, bullion, gold, silver, platinum and other precious alloys or metals except as provided in the policy;

3. Works of art, antiques or rare articles, including etchings, pictures, statuary, marbles, bronzes, porcelains and bric-a-brac except as provided in the policy.

**III. TERM OF COVERAGE**

Term of Coverage, as used in this Coverage, means the period beginning one hundred eighty (180) days before the date shown in the Declarations as the start of "Principal Photography" or the start date of principal photography which ever occurs first, and continuing until the earliest of the following dates:

a) The date of delivery required under the completion guarantee agreement with the distributor(s);

b) The date your completion guarantor is released from further obligations to you;

c) Eighteen (18) months after completion of "Principal Photography";

NS 104 0110

Page 1 of 3

EXHIBIT 5, PAGE 212
CONFIDENTIAL                                    UCP032919

  d) The date on which a protection print or duplicate tape or digital master has been completed and physically removed from the premises where the original negative or tape is located;
  e) The date your interest in the property ceases; or
  f) The date on which cancellation or termination of coverage under this policy for the "Insured Production" becomes effective.

The expiration date of this policy will be extended, if necessary, until the earliest of these dates. We may charge additional premium for this extension.

## IV. LIMITS OF INSURANCE

  A. The most we will pay for loss or damage in any one occurrence is the Limit of Insurance shown in the Declarations for Property.
  B. Subject to A. above, $500,000 is the most we will pay for loss or damage to the following types of property:
    (1) Furs, fur garments and garments trimmed with fur;
    (2) Jewelry, costume jewelry, watches, watch movements, jewels, pearls, precious and semi-precious stones, bullion, gold, silver, platinum and other precious alloys or metals; and
    (3) Works of art, antiques or rare articles, including etchings, pictures, statuary, marbles, bronzes, porcelains and bric-a-brac.

This limit applies to any one occurrence, regardless of the types or number of articles that are lost or damaged in that occurrence.

## V. DEDUCTIBLE

We will not pay for loss or damage in any one occurrence until the amount of the adjusted loss or damage before applying the applicable limits of insurance exceeds the deductible amount shown in the Declarations. We will then pay the amount of the adjusted loss or damage in excess of the deductible, up to the applicable limit of insurance.

## VI. PERILS INSURED

This Coverage Section insures against all risks of direct physical loss or damage to the property covered from any external cause, except as hereinafter excluded.

## VII. EXCLUSIONS

This Coverage does not insure against loss or damage caused by or resulting from:

  a) Wear and tear; any quality in the property that causes it to damage or destroy itself; hidden or latent defect; gradual deterioration; depreciation; mechanical breakdown or electrical breakdown; insects; vermin, or rodents; corrosion, rust, dampness, cold or heat. This exclusion does not apply to Verifiable breakdown, short circuit, electrical injury, and disturbance or malfunction to personal property or vehicles used or to be used in the "Insured Production". Subject to props; created, constructed, designed or maintained by you must be tested and verified to be in working order under the conditions you will be using them;
  b) Processing or work upon the property. But if processing or work upon the property results in fire, explosion or water damage, this exclusion does not apply to direct loss or damage caused by fire, explosion or water damage, if the fire, explosion or water damage would be covered under this Coverage.
  c) Unexplained or mysterious disappearance, or shortage found upon taking of inventory;
  d) Rain, sleet, snow or hail, whether driven by wind or not, to property stored in the open. This exclusion does not apply to property that was built or designed to be stored in the open;
  e) damage to or destruction of property caused intentionally by you or at your direction;
  f) Delay, loss of use, loss of market, interruption of business, or any other consequential loss.

## VIII. VALUATION

The basis of determining the value of the property insured hereunder, except with respect to vehicles, will be as follows:
  a) Your property will be valued at the full cost of repair or replacement, without deduction for depreciation or betterment, if repaired or replaced with due diligence and dispatch and in no event unless repair or replacement is completed within one year from the date of loss. If not repaired or replaced, the property will be valued at its actual cash value at the time and the place of loss.
  b) Property of others will be valued in accordance with a written contract and in the absence of a written contract at common or fair market value or as you are obligated to pay by common law.

EXHIBIT 5, PAGE 213
CONFIDENTIAL

UCP032920

    c) Vehicles will be valued at actual cash value as of the date and location of loss or in accord with a written contract.

### IX. MONEY AND CURRENCY EXTENSION

A. II Property Not Covered, d will not apply to loss or destruction of money and currency. Coverage is extended to include loss or destruction of money and currency arising out of:

    1) Fire:

    2) Burglary (defined as a loss, which results from forcible entry to or exit from premises, safes or locked property);

    3) Armed robbery (defined as the forcible taking of money at gunpoint or by similar threat);

B. Coverage is provided at the following locations while:

    1) In locked safes and vaults secured on your premises and/or locations used as temporary production offices and/or in hotel safes;

    2) In the custody of your approved agents in the course of and while performing their duties as agents;

    3) On your business premises during the normal hours of business.

C. The most we will pay for loss or damage in any one occurrence is: $250,000.

D. You warrant that you and your agents will secure money and currency overnight in safes whenever available at locations other than your business premises. Failure to adhere to this warranty will relieve us from all obligations under this coverage to the extent that a loss is suffered or increased by that failure.

E. No loss attaches hereunder for loss of money and currency arising out of mysterious or unexplained disappearance, or for shortage disclosed upon taking of inventory.

### X. DEFINITIONS

"Precision Driving" means two or more "Land Vehicles" or "Mobile Equipment" driving in unison, synchronization or choreographed interaction.

EXHIBIT 5, PAGE 214
CONFIDENTIAL     UCP032921

MPTV PRODUCERS PORTFOLIO<br>MP 204 (01-05)

# SECTION V THIRD PARTY PROPERTY DAMAGE

I. **COVERAGE**

We will pay those sums that the Insured becomes legally obligated to pay as damages because of direct physical loss of or damage, including loss of use, to Covered Property, caused by accident and arising out of any Covered Cause of Loss during the Term of Coverage. We will have the right and duty to defend the Insured against any "Suit" seeking those damages. However, we will have no duty to defend the Insured against any "Suit" seeking damages for direct physical loss or damage to which this insurance does not apply. We may, at our discretion, investigate and settle any claim or "Suit" that may result. But:

  (1) The amount we will pay for damages is limited, as described in Part III. - Limits of Insurance; and

  (2) Our right and duty to defend ends when we have used up the Limit of Insurance in the payment of judgments and settlements.

  a. Covered Property, as used in this Coverage, means tangible property of others in an Insured's care, custody or control that is used or intended to be used in connection with an "Insured Production".

  b. Property Not Covered

  Covered Property does not include:

  (1) Personal property rented to or leased by an Insured, except for loss of use of such property that is covered for direct physical loss or damage under this policy;

  (2) Buildings and premises rented to or leased by an Insured for any use or purpose other than filming or taping or used as an office location in connection with an "Insured Production";

  (3) Any property that is involved in a hazardous stunt, unless approved by us in writing;

  (4) Animals;

  (5) Negative film, video tape, tapes, cels, transparencies, positives, sound tracks, art work, software, programs or any other form of media as covered under Negative film Section II; and

  (6) Motor vehicles, trailers, aircraft or watercraft, except for loss of use of such property that is covered for direct physical loss or damage under this policy.

  c. Covered Causes of Loss

  Covered Causes of Loss means risks of direct physical loss or damage to Covered Property except those causes of loss listed in the Exclusions.

  d. Additional Coverage

  **Supplementary Payments**

  We will pay, with respect to any claim we investigate or settle, or any "Suit" against an Insured we defend:

  (1) All expenses we incur.

  (2) The cost of bonds to release attachments, but only for bond amounts within our Limit of Insurance. We do not have to furnish these bonds.

  (3) All reasonable expenses, other than loss of earnings, incurred by the Insured at our request.

  (4) All costs taxed against the Insured in the "Suit".

  (5) Prejudgment interest awarded against the Insured on that part of the judgment we pay. If we make an offer to pay our Limit of Insurance, we will not pay any prejudgment interest based on that period of time after the offer.

  (6) All interest on the full amount of any judgment that accrues after entry of the judgment and before we have paid, offered to pay, or deposited in court the part of the judgment that is within our Limit of Insurance.

  These payments will not reduce the Limit of Insurance.

MP 204 (01-05)        Page 1 of 3

e. Coverage Extension,
   **Who Is An Insured**

   Throughout this Coverage, the word "Insured" includes you and each of the following:

   (1) If you are a partnership or joint venture, your members and partners, but only with respect to the conduct of your business.

   (2) If you are a limited liability company, your members, but only with respect to the conduct of your business. Your managers are Insureds, but only with respect to their duties as your managers.

   (3) If you are an organization other than a partnership, joint venture or limited liability company, your executive officers and directors, but only with respect to their duties as your officers or directors.

   (4) If you are a trust, your trustees, but only with respect to their duties as trustees.

   (5) Your "Employees", but only for acts within the scope of their employment by you or while performing duties related to the conduct of your business.

   (6) Your "Volunteer Workers" or any other person under your direct control, but only while performing duties related to the conduct of your business.

f. Term of Coverage

   Term of Coverage, as used in this Coverage, means the period beginning sixty (60) days before the date shown in the Declarations as the start of "Principal Photography", and continuing until the earliest of the following dates:

   (1) The date of delivery required under the completion guarantee agreement with the distributor(s);

   (2) The date your completion guarantor is released from further obligations to you;

   (3) Eighteen (18) months after completion of "Principal Photography";

   (4) The date on which a protection print or duplicate tape or digital master of an "Insured Production" has been completed and physically removed from the premises where the original negative or tape is located;

   (5) The date your interest in the property ceases; or

   (6) The date on which cancellation or termination of coverage under this policy for the "Insured Production" becomes effective.

   The expiration date of this policy will be extended, if necessary, until the earliest of these dates. We may charge additional premium for this extension.

II. **EXCLUSIONS**

   For the purposes of this Coverage, the following exclusions apply in addition to the exclusions described in Part V. of the Policy Conditions - Exclusions Applicable To All Coverages of This Policy.

   We will not pay for loss or damage caused by or resulting from any of the following:

   a. Intentional acts committed by or at the direction of any Insured.

   b. The failure of an Insured to provide reasonable care for Covered Property.

III. **LIMITS OF INSURANCE**

   The most we will pay in damages as the result of any one accident is the Limit of Insurance shown in the Declarations for Third Party Property Damage coverage.

IV. **DEDUCTIBLE**

   Our obligation to pay damages applies only to the amount of damages in excess of the deductible amount shown in the Declarations for Third Party Property Damage Coverage. The deductible amount applies to all damages as the result of any one accident, regardless of the number of persons or organizations who sustain damages because of that accident.

   This deductible does not apply to a loss of use claim for property that is covered for direct physical loss or damage under any other Coverage of this policy. Subject to the deductible under any other coverage has not been exhausted.

V. **AMENDED CONDITIONS**

   a. The following Policy Condition does not apply to this Coverage:

      Condition III.d. – Stop Date Loss

   b. Condition I.g. – Loss Payment is replaced by the following:

      (1) If two or more of this policy's coverages apply to the same loss or damage, we will not pay more than the actual amount of the loss or damage.

      (2) We will not be liable for any part of a loss that has been paid or made good by others.

MP 204 (01-05)                                                      Page 2 of 3   ☐

EXHIBIT 5, PAGE 216
CONFIDENTIAL                                    UCP032923

## VI. ADDITIONAL CONDITION

For the purposes of this Coverage, the following Condition applies in addition to the Policy Conditions.

**Legal Action Against Us**

The following is added to Policy Condition II.g. – Legal Action Against Us

A person or organization may sue us to recover on an agreed settlement or on a final judgment against an Insured; but we will not be liable for damages that are not payable under the terms of this Coverage or that are in excess of the Limit of Insurance. An agreed settlement means a settlement and release of liability signed by us, the Insured, and the claimant or the claimant's legal representative.

## VII. ADDITIONAL DEFINITIONS

For the purposes of this Coverage, the following definitions apply in addition to the definitions described in Part IV. of the Policy Conditions - Definitions Applicable To All Coverages of This Policy:

a. "Employee" includes a "Leased Worker" and a "Temporary Worker".

b. "Leased worker" means a person leased to you by a labor leasing firm under an agreement between you and the labor leasing firm, to perform duties related to the conduct of your business. "Leased Worker" does not include a "Temporary Worker".

c. "Suit" means a civil proceeding in which damages to which this insurance applies are alleged. "Suit" includes:

   (1) An arbitration proceeding in which damages are claimed and to which the Insured must submit or does submit with our consent; or

   (2) Any other alternative dispute resolution proceeding in which such damages are claimed and to which the Insured submits with our consent.

d. "Temporary Worker" means a person who is furnished to you to substitute for a permanent "Employee" on leave or to meet seasonal or short-term workload conditions.

e. "Volunteer Worker" means a person who is not your "Employee", and who donates his or her work and acts at the direction of and within the scope of duties determined by you, and is not paid a fee, salary or other compensation by you or anyone else for their work performed for you.

MP 204 (01-05)

Page 3 of 3

POLICY NUMBER:                                            MPTV PRODUCERS PORTOLIO

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# STRIP SHOW COVERAGE EXTENSION

This endorsement modifies insurance provided under the following:

**MPTV PRODUCERS PORTFOLIO**

**STRIP SHOW COVERAGE**
The only Coverage Sections applicable to Strip Shows are; General conditions, Section IV Property and Section V Third Party Property Damage and any endorsements attached to these sections only.

All other terms and conditions remain unchanged.

Page 1 of 1

POLICY NUMBER:                                                MPTV PRODUCERS PORTOLIO

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# HURRICANE, TORNADO & COUNTRY EXCLUSION

This endorsement modifies insurance provided under the following:

**MPTV PRODUCERS PORTFOLIO**

**A. WIND STORM EXCLUSION**
All Coverage Sections specifically exclude any claims caused or contributed to by a named windstorm in the following territories during the terms indicated unless endorsed hereon:

**Dates:** 1st of June through 30th November

Territories of Virginia, Washington, DC, Georgia, North Carolina, South Carolina, Florida, Alabama, Arkansas, Louisiana, Texas: within 100 miles of the coast.

**Dates:** 1st of January through 30th June

Territories of Hawaii, Indonesia, Australia, Asia, New Zealand, Philippines, Korea, and other Asian countries.

**B. COUNTRY EXCLUSION**
All Coverage Sections specifically exclude any claims in the following territories unless endorsed hereon:

   That is under trade or economic embargoes imposed by the laws or regulations of the United States of America. That has a Travel Warning as listed on travel.state.gov or is a country that is on the USA travel warning watch lists, terrorist watch lists or a USA sanctioned country, except as endorsed hereon.

All other terms and conditions remain unchanged.

Page 1 of 1

CONFIDENTIAL                                                    UCP032926

IL 09 35 07 01

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# EXCLUSION OF CERTAIN COMPUTER-RELATED LOSSES

This endorsement modifies insurance provided under the following:

COMMERCIAL CRIME COVERAGE PART
COMMERCIAL INLAND MARINE COVERAGE PART
COMMERCIAL PROPERTY COVERAGE PART
STANDARD PROPERTY POLICY

A. We will not pay for loss ("loss") or damage caused directly or indirectly by the following. Such loss ("loss") or damage is excluded regardless of any other cause or event that contributes concurrently or in any sequence to the loss ("loss") or damage.

   1. The failure, malfunction or inadequacy of:

      a. Any of the following, whether belonging to any insured or to others:

         (1) Computer hardware, including microprocessors;

         (2) Computer application software;

         (3) Computer operating systems and related software;

         (4) Computer networks;

         (5) Microprocessors (computer chips) not part of any computer system; or

         (6) Any other computerized or electronic equipment or components; or

      b. Any other products, and any services, data or functions that directly or indirectly use or rely upon, in any manner, any of the items listed in Paragraph A.1.a. of this endorsement;

      due to the inability to correctly recognize, process, distinguish, interpret or accept one or more dates or times. An example is the inability of computer software to recognize the year 2000.

   2. Any advice, consultation, design, evaluation, inspection, installation, maintenance, repair, replacement or supervision provided or done by you or for you to determine, rectify or test for, any potential or actual problems described in Paragraph A.1. of this endorsement.

B. If an excluded Cause of Loss as described in Paragraph A. of this endorsement results:

   1. In a Covered Cause of Loss under the Boiler And Machinery Coverage Part, the Commercial Crime Coverage Part, the Commercial Inland Marine Coverage Part or the Standard Property Policy; or

   2. Under the Commercial Property Coverage Part:

      a. In a "Specified Cause of Loss", or in elevator collision resulting from mechanical breakdown, under the Causes of Loss – Special Form; or

      b. In a Covered Cause of Loss under the Causes Of Loss – Basic Form or the Causes Of Loss – Broad Form;

   we will pay only for the loss ("loss") or damage caused by such "Specified Cause of Loss", elevator collision, or Covered Cause of Loss.

C. We will not pay for repair, replacement or modification of any items in Paragraphs A.1.a. and A.1.b. of this endorsement to correct any deficiencies or change any features.

IL 09 35 07 01 © ISO Properties, Inc., 2000 Page 1 of 1

EXHIBIT 5, PAGE 220
CONFIDENTIAL UCP032927

IL 02 68 11 05

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# NEW YORK CHANGES – CANCELLATION AND NONRENEWAL

This endorsement modifies insurance provided under the following:

BOILER AND MACHINERY COVERAGE PART
CAPITAL ASSETS PROGRAM (OUTPUT POLICY) COVERAGE PART
COMMERCIAL GENERAL LIABILITY COVERAGE PART
COMMERCIAL INLAND MARINE COVERAGE PART
COMMERCIAL PROPERTY COVERAGE PART
CRIME AND FIDELITY COVERAGE PART
EMPLOYMENT-RELATED PRACTICES LIABILITY COVERAGE PART
FARM COVERAGE PART
LIQUOR LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART

A. Paragraphs **1.**, **2.**, **3.** and **5.** of the **Cancellation** Common Policy Condition are replaced by the following:

1. The first Named Insured shown in the Declarations may cancel this entire policy by mailing or delivering to us advance written notice of cancellation.

2. **Cancellation Of Policies In Effect**

   a. **60 Days Or Less**

      We may cancel this policy by mailing or delivering to the first Named Insured written notice of cancellation at least:

      (1) 30 days before the effective date of cancellation if we cancel for any reason not included in Paragraph A.2.a.(2) below.

      (2) 15 days before the effective date of cancellation if we cancel for any of the following reasons:

         (a) Nonpayment of premium, provided however, that a notice of cancellation on this ground shall inform the first Named Insured of the amount due;

         (b) Conviction of a crime arising out of acts increasing the hazard insured against;

         (c) Discovery of fraud or material misrepresentation in the obtaining of the policy or in the presentation of a claim;

         (d) After issuance of the policy or after the last renewal date, discovery of an act or omission, or a violation of any policy condition, that substantially and materially increases the hazard insured against, and that occurred subsequent to inception of the current policy period;

         (e) Material physical change in the property insured, occurring after issuance or last annual renewal anniversary date of the policy, that results in the property becoming uninsurable in accordance with our objective, uniformly applied underwriting standards in effect at the time the policy was issued or last renewed; or material change in the nature or extent of the risk, occurring after issuance or last annual renewal anniversary date of the policy, that causes the risk of loss to be substantially and materially increased beyond that contemplated at the time the policy was issued or last renewed;

         (f) Required pursuant to a determination by the Superintendent that continuation of our present premium volume would jeopardize our solvency or be hazardous to the interest of our policyholders, our creditors or the public;

IL 02 68 11 05 © ISO Properties, Inc., 2005 Page 1 of 5

(g) A determination by the Superintendent that the continuation of the policy would violate, or would place us in violation of, any provision of the Insurance Code; or

(h) Where we have reason to believe, in good faith and with sufficient cause, that there is a probable risk of danger that the insured will destroy, or permit to be destroyed, the insured property for the purpose of collecting the insurance proceeds. If we cancel for this reason, you may make a written request to the Insurance Department, within 10 days of receipt of this notice, to review our cancellation decision. Also, we will simultaneously send a copy of this cancellation notice to the Insurance Department.

b. **For More Than 60 Days**

If this policy has been in effect for more than 60 days, or if this policy is a renewal or continuation of a policy we issued, we may cancel only for any of the reasons listed in Paragraph **A.2.a.(2)** above, provided:

(1) We mail the first Named Insured written notice at least 15 days before the effective date of cancellation; and

(2) If we cancel for nonpayment of premium, our notice of cancellation informs the first Named Insured of the amount due.

3. We will mail or deliver our notice, including the reason for cancellation, to the first Named Insured at the address shown in the policy and to the authorized agent or broker.

5. If this policy is cancelled, we will send the first Named Insured any premium refund due. If we cancel, the refund will be pro rata. If the first Named Insured cancels, the refund may be less than pro rata.

However, when the premium is advanced under a premium finance agreement, the cancellation refund will be pro rata. Under such financed policies, we will be entitled to retain a minimum earned premium of 10% of the total policy premium or $60, whichever is greater. The cancellation will be effective even if we have not made or offered a refund.

B. The following is added to the **Cancellation** Common Policy Condition:

7. If one of the reasons for cancellation in Paragraph **A.2.a.(2)** or **D.2.b.(2)** exists, we may cancel this entire policy, even if the reason for cancellation pertains only to a new coverage or endorsement initially effective subsequent to the original issuance of this policy.

C. The following conditions are added:

1. **Nonrenewal**

If we decide not to renew this policy we will send notice as provided in Paragraph **C.3.** below.

2. **Conditional Renewal**

If we conditionally renew this policy subject to a:

a. Change of limits;
b. Change in type of coverage;
c. Reduction of coverage;
d. Increased deductible;
e. Addition of exclusion; or
f. Increased premiums in excess of 10%, exclusive of any premium increase due to and commensurate with insured value added or increased exposure units; or as a result of experience rating, loss rating, retrospective rating or audit;

we will send notice as provided in Paragraph **C.3.** below.

3. **Notices Of Nonrenewal And Conditional Renewal**

a. If we decide not to renew this policy or to conditionally renew this policy as provided in Paragraphs **C.1.** and **C.2.** above, we will mail or deliver written notice to the first Named Insured shown in the Declarations at least 60 but not more than 120 days before:

(1) The expiration date; or
(2) The anniversary date if this is a continuous policy.

b. Notice will be mailed or delivered to the first Named Insured at the address shown in the policy and to the authorized agent or broker. If notice is mailed, proof of mailing will be sufficient proof of notice.

c. Notice will include the specific reason(s) for nonrenewal or conditional renewal, including the amount of any premium increase for conditional renewal and description of any other changes.

Page 2 of 5 © ISO Properties, Inc., 2005 IL 02 68 11 05 ☐

CONFIDENTIAL UCP032929

d. If we violate any of the provisions of Paragraph C.3.a., b. or c. above by sending the first Named Insured an incomplete or late conditional renewal notice or a late nonrenewal notice:

 (1) Coverage will remain in effect at the same terms and conditions of this policy at the lower of the current rates or the prior period's rates until 60 days after such notice is mailed or delivered, unless the first Named Insured, during this 60 day period, has replaced the coverage or elects to cancel.

 (2) On or after the expiration date of this policy, coverage will remain in effect at the same terms and conditions of this policy for another policy period, at the lower of the current rates or the prior period's rates, unless the first Named Insured, during this additional policy period, has replaced the coverage or elects to cancel.

e. If you elect to renew on the basis of a late conditional renewal notice, the terms, conditions and rates set forth in such notice shall apply:

 (1) Upon expiration of the 60 day period; or

 (2) Notwithstanding the provisions in Paragraphs d.(1) and d.(2), as of the renewal date of the policy if we send the first Named Insured the conditional renewal notice at least 30 days prior to the expiration or anniversary date of the policy.

f. We will not send you notice of nonrenewal or conditional renewal if you, your authorized agent or broker or another insurer of yours mails or delivers notice that the policy has been replaced or is no longer desired.

D. The following provisions apply when the Commercial Property Coverage Part, the Farm Coverage Part or the Capital Assets Program (Output Policy) Coverage Part is made a part of this policy:

 1. Items D.2. and D.3. apply if this policy meets the following conditions:

  a. The policy is issued or issued for delivery in New York State covering property located in this state; and

  b. The policy insures:

   (1) For loss of or damage to structures, other than hotels or motels, used predominantly for residential purposes and consisting of no more than four dwelling units; or

   (2) For loss of or damage to personal property other than farm personal property or business property; or

   (3) Against damages arising from liability for loss of, damage to or injury to persons or property, except liability arising from business or farming; and

  c. The portion of the annual premium attributable to the property and contingencies described in 1.b. exceeds the portion applicable to other property and contingencies.

 2. Paragraph 2. of the **Cancellation** Common Policy Condition is replaced by the following:

  **2. Procedure And Reasons For Cancellation**

   a. We may cancel this entire policy by mailing or delivering to the first Named Insured written notice of cancellation at least:

    (1) 15 days before the effective date of cancellation if we cancel for nonpayment of premium, provided however, that a notice of cancellation on this ground shall inform the first Named Insured of the amount due; or

    (2) 30 days before the effective date of cancellation if we cancel for any other reason.

   b. But if this policy:

    (1) Has been in effect for more than 60 days; or

    (2) Is a renewal of a policy we issued:

    we may cancel this policy only for one or more of the following reasons:

    (1) Nonpayment of premium, provided however, that a notice of cancellation on this ground shall inform the first Named Insured of the amount due;

    (2) Conviction of a crime arising out of acts increasing the risk of loss;

    (3) Discovery of fraud or material misrepresentation in obtaining the policy or in making a claim;

    (4) Discovery of willful or reckless acts or omissions increasing the risk of loss;

IL 02 68 11 05 © ISO Properties, Inc., 2005 Page 3 of 5

EXHIBIT 5, PAGE 223
CONFIDENTIAL                           UCP032930

(5) Physical changes in the covered property that make that property uninsurable in accordance with our objective and uniformly applied underwriting standards in effect when we:

(a) Issued the policy; or

(b) Last voluntarily renewed the policy;

(6) The Superintendent of Insurance's determination that continuing the policy would violate Chapter 28 of the Insurance Law; or

(7) Required pursuant to a determination by the Superintendent of Insurance that the continuation of our present premium volume would be hazardous to the interests of our policyholders, our creditors or the public.

3. The following are added:

  a. **Conditional Continuation**

  Instead of cancelling this policy, we may continue it on the condition that:

  (1) The policy limits be changed; or

  (2) Any coverage not required by law be eliminated.

  If this policy is conditionally continued, we will mail or deliver to the first Named Insured written notice at least 20 days before the effective date of the change or elimination. We will mail or deliver our notice to the first Named Insured's last mailing address known to us. If notice is mailed, proof of mailing will be sufficient proof of notice. Delivery of the notice will be the same as mailing.

  b. **Nonrenewal**

  If, as allowed by the laws of New York State, we:

  (1) Do not renew this policy; or

  (2) Condition policy renewal upon:

    (a) Change of limits; or

    (b) Elimination of coverage;

  we will mail or deliver written notice of non-renewal or conditional renewal:

    (a) At least 45 days; but

    (b) Not more than 60 days;

  before the expiration date of the policy. We will mail or deliver our notice to the first Named Insured's last mailing address known to us. If notice is mailed, proof of mailing will be sufficient proof of notice. Delivery of the notice will be the same as mailing.

E. The following is added to the Farm Property – Other Farm Provisions Form – Additional Coverages, Conditions, Definitions, the Commercial Property Coverage Part and the Capital Assets Program (Output Policy) Coverage Part:

  When the property is subject to the Anti-Arson Application in accordance with New York Insurance Department Regulation No. 96, the following provisions are added:

  If you fail to return the completed, signed and affirmed anti-arson application to us:

  1. Or our broker or agent within 45 days of the effective date of a new policy, we will cancel the entire policy by giving 20 days' written notice to you and to the mortgageholder shown in the Declarations.

  2. Before the expiration date of any policy, we will cancel the policy by giving written notice to you and to the mortgageholder shown in the Declarations at least 15 days before the effective date of cancellation.

  The cancellation provisions set forth in E.1. and E.2. above supersede any contrary provisions in this policy including this endorsement.

  If the notice in E.1. or E.2. above is mailed, proof of mailing will be sufficient proof of notice. Delivery of the notice will be the same as mailing.

F. The following applies to the Commercial Property Coverage Part, the Farm Coverage Part and the Capital Assets Program (Output Policy) Coverage Part:

  Paragraphs f. and g. of the **Mortgageholders** Condition are replaced by the following:

  **f. Cancellation**

  (1) If we cancel this policy, we will give written notice to the mortgageholder at least:

    (a) 10 days before the effective date of cancellation if we cancel for your nonpayment of premium; or

    (b) 30 days before the effective date of cancellation if we cancel for any other reason.

Page 4 of 5 © ISO Properties, Inc., 2005 IL 02 68 11 05

EXHIBIT 5, PAGE 224
CONFIDENTIAL UCP032931

    (2) If you cancel this policy, we will give written notice to the mortgageholder. With respect to the mortgageholder's interest only, cancellation will become effective on the later of:

        (a) The effective date of cancellation of the insured's coverage; or

        (b) 10 days after we give notice to the mortgageholder.

  **g. Nonrenewal**

    (1) If we elect not to renew this policy, we will give written notice to the mortgageholder at least 10 days before the expiration date of this policy.

    (2) If you elect not to renew this policy, we will give written notice to the mortgageholder. With respect to the mortgageholder's interest only, nonrenewal will become effective on the later of:

        (a) The expiration date of the policy; or

        (b) 10 days after we give notice to the mortgageholder.

**G.** The following provisions apply when the following are made a part of this policy:
Commercial General Liability Coverage Part
Employment-Related Practices Liability Coverage Part
Farm Liability Coverage Form
Liquor Liability Coverage Part
Products/Completed Operations Liability Coverage Part

  1. The aggregate limits of this policy as shown in the Declarations will be increased in proportion to any policy extension provided in accordance with Paragraph **C.3.d.** above.

  2. The last sentence of Limits Of Insurance does not apply when the policy period is extended because we sent the first Named Insured an incomplete or late conditional renewal notice or a late nonrenewal notice.

EXHIBIT 5, PAGE 225
CONFIDENTIAL      UCP032932

INTERLINE
IL 01 83 04 98

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# NEW YORK CHANGES – FRAUD

This endorsement modifies insurance provided under the following:

BOILER AND MACHINERY COVERAGE PART
BUSINESSOWNERS POLICY
COMMERCIAL AUTOMOBILE COVERAGE PART
COMMERCIAL INLAND MARINE COVERAGE PART
COMMERCIAL PROPERTY COVERAGE PART
FARM COVERAGE PART – FARM PROPERTY – OTHER FARM PROVISIONS FORM – ADDITIONAL COVERAGES, CONDITIONS, DEFINITIONS
FARM COVERAGE PART – MOBILE AGRICULTURAL MACHINERY AND EQUIPMENT COVERAGE FORM
FARM COVERAGE PART – LIVESTOCK COVERAGE FORM

The CONCEALMENT, MISREPRESENTATION OR FRAUD Condition is replaced by the following:

**FRAUD**

We do not provide coverage for any insured ("insured") who has made fraudulent statements or engaged in fraudulent conduct in connection with any loss ("loss") or damage for which coverage is sought under this policy.

However, with respect to insurance provided under the COMMERCIAL AUTOMOBILE COVERAGE PART, we will provide coverage to such "insured" for damages sustained by any person who has not made fraudulent statements or engaged in fraudulent conduct if such damages are otherwise covered under the policy.

IL 01 83 04 98    Copyright, Insurance Services Office, Inc., 1997    Page 1 of 1

CONFIDENTIAL    UCP032933

POLICY NUMBER:     PRODUCERS PORTFOLIO

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# ANIMAL COVERAGE (EXTRA EXPENSE)

This endorsement modifies insurance provided under the following:

**MPTV PRODUCERS PORTFOLIO, SECTION III. EXTRA EXPENSE**

1. The following **Coverage Extensions** are added to Part I. Insuring Agreement:

   a. **Animal Extra Expense Coverage**

   **This Coverage Extension applies only when Extra Expense Coverage is part of the policy.**

   We will to pay to you such loss (as defined in Paragraph VIII) not including loss of earnings or profit, as you sustain by reason of such extra expense you necessarily incur as a result of the interruption, postponement, cancellation, relocation, curtailment or abandonment of an "Insured Production" due to a Covered Cause of Loss happening to one or more of a "Covered Animal" that is being used or is to be used in an "Insured Production".

   b. **Covered Animals**

   For the purposes of these Coverage Extensions, "Covered Animal" means an animal(s) that are used or intended to be used in an "Insured Production":

   c. **Covered Causes of Loss**

   For the purposes of these Coverage Extensions, Covered Causes of Loss means accidental injury, Sickness or death to a Covered Animal after you receive a Certificate of Health signed and issued by a duly licensed veterinarian prior to a loss. Until your such as time as you receive, or in the absence of your receipt of a Certificate of Health, Covered Causes of Loss is limited only to accidental injury or death resulting from accidental injury.

   Sickness means sickness, disease or illness resulting from any cause other than accidental injury.

2. **Additional Exclusions**

   We will not pay for loss caused by or resulting from any of the following:

   a. Use of the animal in any activity other than in connection with the filming or taping of an "Insured Production";
   b. Use of the animal in any stunt or hazardous activity;
   c. Any cosmetic alteration of the animal;
   d. Willful misconduct or misuse of the animal;
   e. Confiscation or nationalization of the animal for any reason whatsoever;
   f. Quarantine, unless as a result of a Cause of Loss not otherwise excluded;
   g. Intentional slaughter of the animal, either voluntarily or by act of or at the direction of any local authority; or this will not apply when an animal is sick and the Veterinarian recommendation is to slaughter the Covered Animal instead of attempting to provide sickness coverage.
   h. Sickness of the animal as declared in the Certificate of health on file, regardless of any other cause or event that contributes concurrently or in any sequence to the loss;
   i. Loss of earnings or profit;
   j. Expense to repair or replace property, other than Covered Animals;
   k. Expense payable under any other Coverage of this policy.

PORT 304 0110     Page 1 of 2

EXHIBIT 5, PAGE 227
CONFIDENTIAL     UCP032934

3. **Limits of Insurance**

   The most we will pay for all loss to which these Coverage Extensions apply in any one occurrence is $1,000,000

   The limit applicable to these Coverage Extensions is in addition to the policy Limits of Insurance.

4. **Deductible**

   The Deductible provisions described in the applicable Coverage form this Coverage Extension is attached to.

5. **Method of Valuation**

   The Method of Valuation provision described in the applicable Coverage form this Coverage Extension is attached to.

6. **Additional Duties In The Event of Loss**

   (1) You must report immediately to us or our authorized representative any fact or circumstance which may prevent a Covered Animal from commencing, continuing or completing an assigned duty or role in an "Insured Production" and which may result in a claim under these Coverage Extensions.

   (2) You must immediately secure and file with us or our authorized representative the certification of a duly licensed veterinarian. The certification must include a complete description of the injury, sickness or death and the prognosis.

   (3) You must make every effort to preserve our rights, including enforcing any contractual conditions or terms applicable to the Covered Animal, to:

   (a) Have any Covered Animal examined by a veterinarian of our choice; and

   (b) Have continuing access to the medical records of any Covered Animal.

   (4) You must exercise due diligence and dispatch to secure a substitute animal, when and where available, following a Covered Cause of Loss to a Covered Animal.

PORT 304 0110

Page 2 of 2

EXHIBIT 5, PAGE 228
CONFIDENTIAL                    UCP032935