LUCIA E. COYOCA (SBN 128314)
  lec@msk.com
VALENTINE A. SHALAMITSKI (SBN 236061)
  vas@msk.com
DANIEL M. HAYES (SBN 240250)
  dmh@msk.com
MITCHELL SILBERBERG & KNUPP LLP
11377 West Olympic Boulevard
Los Angeles, CA 90064-1683
Telephone:  (310) 312-2000
Facsimile:  (310) 312-3100

Attorneys for Attorneys for Plaintiffs
Universal Cable Productions LLC and
Northern Entertainment Productions LLC

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNIVERSAL CABLE PRODUCTIONS LLC, and NORTHERN ENTERTAINMENT PRODUCTIONS LLC,<br><br>Plaintiffs,<br><br>v.<br><br>ATLANTIC SPECIALTY INSURANCE COMPANY,<br><br>Defendant. | CASE NO. 2:16-cv-4435-PA-MRW<br><br>**DECLARATION OF MATTHEW LEVITT IN SUPPORT OF OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**<br><br>[Opposition Memorandum; Notice of Lodging Statement of Genuine Issues and Additional Material Facts; Statement of Genuine Issues and Additional Material Facts; Evidentiary Objections; Table of Contents of Evidence; Declarations of George Walden, Dennis Ross, Harold Koh, Ty Sagalow, and Lucia Coyoca Filed / Lodged Concurrently Herewith]<br><br>Date:     May 22, 2017<br>Time:    1:30 p.m.<br>Ctrm.:   9A, First St Courthouse |

# DECLARATION OF MATTHEW LEVITT

I, Matthew Levitt, declare as follows:

1. I have been retained as an expert witness on behalf of Plaintiffs Universal Cable Productions LLC and Northern Entertainment Productions LLC (collectively, "Plaintiffs") in this action. I make this Declaration in support of Plaintiffs' Opposition to Defendant's Motion for Summary Judgment. I have personal knowledge of the facts set forth herein, and if called as witness, I could and would competently testify thereto.

2. Attached hereto as **Exhibit D** is a true and correct copy of my rebuttal expert report pursuant to F.R.C.P. 26(a)(2)(B) in this matter, which report is incorporated herein as though set forth in full. I hold the opinions set forth therein in full, and if called as a witness could and would competently testify thereto.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 28th day of April, 2017, at Washington, DC.

_____
Matthew Levitt

# EXHIBIT D

**REBUTTAL REPORT OF DR. MATTHEW LEVITT**

I. <u>Scope of Work</u>

1. I have been asked to review the expert reports submitted by Mr. Frank Lowenstein, Professor John Quigley, and Dr. Ingrid Detter de Frankopan and to comment on their findings. I previously submitted an expert report in this matter dated March 7, 2017 (the "First Report"). My First Report, along with my C.V., further discusses my prior publications, prior testimony, and relevant experience. I continue to be compensated at a rate of $550.00 per hour for my work on this case. My opinions are my own, however, and I am compensated for my time whatever my opinions may be.

2. To be clear, the below critique of the Lowenstein, Quigley and Frankopan reports should not be interpreted as a suggestion that different professionals examining issues germane to counter-terrorism, Palestinian societal dynamics, or international law might not construct different hypothesis and arrive at varying conclusions. However, in my view, these reports fall short of satisfying the baseline methodological criterion that permits one to assess the quality of the information each author relies upon to reach their conclusions. At times, the reports contradict one another. They also include unsubstantiated statements and assert them as fact—often without citation.

3. My First Report addressed some of the same topics raised in the Lowenstein, Quigley, and Frankopan reports. Although I will reference limited aspects of my First Report below, for efficiency purposes I will not repeat at length my First Report, but instead incorporate it herein by reference in full.

II. Comments and Rebuttal

4. Basic social science research principles demand that for an article, book or report to be considered "expert," or scholarly, the information it provides must be properly cited (unless, of course, the author has first-hand knowledge as to the facts or information). This fundamental principle is reflected as early as undergraduate school. Consider, for example, the standard set by Princeton University for its students: "Proper citation permits a reader to more readily understand and appreciate your original contribution to the subject. In contrast, a very well-informed, complex, or sophisticated piece of work, without adequate or accurate acknowledgment of sources, will only provoke your reader's concern or suspicion."[1]

5. I have reviewed the Lowenstein, Quigley and Frankopan reports with these considerations in mind.

6. Consider, for example, the Frankopan report at page 3, paragraph 9, where the author states: "On both sides in the conflict battles were fought by uniformed soldiers, answering to

---

[1] Princeton University, "Academic Integrity: Acknowledging Your Sources"
http://www.princeton.edu/pr/pub/integrity/08/sources/

1

hierarchical commands as in traditional war situations." No citation is provided for this statement, which is also factually incorrect. As I note in my First Report, Hamas militants do not always wear uniforms, but frequently wear civilian clothing to more effectively conduct terrorist attacks in civilian areas and use residents as human shields. I provide a citation for that fact in the First Report (at p. 9), but additional sources are available.[2] In fact, for some operations Hamas militants wore Israeli uniforms to infiltrate into Israel and carry out attacks.[3]

7. At page 10, paragraph 35, the Frankopan report states: "By *any standards*, should it be disputed that this was a 'war', there is *no question* that it *certainly* involved 'war-like' hostilities by two military forces, bearing in mind the type of heavy weapons used as well as rockets, anti-aircraft guns, grenades and mines. The use of this weaponry certainly constituted the use of weapons of war." [Emphasis added] What standards is the author referring to? From my understanding, the issues the author considers "certain" and "without question" relate to the ultimate contested issues in this case, based on legal standards and arguments. But the author fails to support her conclusory statements under any standard. No citations are provided for her declarative statements, nor for the facts used here as purported proof. The author has not provided a single source for the statement that both sides used the listed items. Who, specifically, is the author claiming used such weapons, and when? Nor is any citation provided for the assumption that the use of such weapons constitutes, by definition, the use of weapons of war. In fact, such weapons can and frequently are used in acts of terrorism and other forms of violence that do not constitute war, such as skirmishes between rival gangs or drug cartels.[4]

8. At page 14, paragraph 49, the Frankopan report states: "It is clear that Israel no longer actually 'claims' the Gaza Strip: On 12 September 2005, the Israeli cabinet formally declared an end to Israel's military occupation of the territory. This unilateral disengagement *could probably* justify the further qualification of Hamas as a 'quasi-State' under the UCDP criteria as this entity now has full territorial control of the Gaza territory as this is no longer disputed by Israel albeit there are issues about settlements." [Emphasis added] Again, no citations are provided for the Israeli cabinet decision cited by the author. The author refers to this cabinet decision as both a declaration of an end to Israel's military occupation and also as unilateral disengagement, which are not necessarily the same thing. What, precisely, did the Israeli cabinet formally declare? We lack any sourcing to find out. Moreover, the author asserts, without foundation or citation, that Israel's declaration of a unilateral disengagement (if that is what it was) *could probably* justify qualifying Hamas as a 'quasi-State.' The reader is left with the clear understanding that such a declaration could just as easily not qualify Hamas as a 'quasi-State.' There is no citation or further foundation for the qualified statement. It should also be mentioned that this portion of the Frankopan report conflicts with the Lowenstein report, which states that in 2005, Israel withdrew all of its civilians from Gaza, meaning that there are no remaining issues about Gaza settlements (see Lowenstein report, page 3). The Lowenstein report also contradicts Frankopan's

---

[2] See, for example, https://www.idfblog.com/2014/08/07/invisible-face-hamas/
[3] https://www.washingtonpost.com/news/morning-mix/wp/2014/07/21/how-hamas-uses-its-tunnels-to-kill-and-capture-israeli-soldiers/?utm_term=.c2369fb0de49
[4] See, for example, https://www.wired.com/2012/11/cartel-weapons/ (drug cartels use mines, rockets, and rocket-propelled grenades); https://homeland.house.gov/files/Testimony%20McCraw.pdf (drug cartels use "thermal imagery and military armaments including fully automatic weapons, rocket propelled grenades and hand grenades")

2

statement that Israel no longer makes claims to Gaza or occupies Gaza. According to Lowenstein, "many consider Israel to technically be the occupying power in Gaza as well as the West Bank, despite not exercising any actual authority inside the Gaza Strip." (Lowenstein report, page 4). Which is it? The reports not only contradict each other, but neither report provides citations for its statements. As I note in my First Report (at p. 8), while Israel withdrew from the Gaza Strip in 2005, leaving it under the control of the Palestinian Authority, Israel retained control over the Gaza Strip ground, air and sea borders.

9. Similar issues present themselves in the Quigley report. On page 2, for example, the Quigley report asserts that "Israel called its military action against Gaza 'Operation Protective Edge,' thus giving it a designation of the type that governments give to war." No citation is provided for the assertion that because the action was given a name, this means it was a war. Moreover, to what governments is Quigley referring for the proposition that when a government names a military action, the action constitutes a war? Not a single example is provided. In fact, Israel has called its War of Independence as a war, and the Six Day War as a war, and even the War of Attrition as a war—suggesting that when Israel refrains from referring to a conflict as a war, it does so with intent. The aforementioned "wars" were with States, such as Syria, Egypt, and Jordan.[5]

10. The Quigley report makes multiple references to Hamas as a "part of the government of the State of Palestine" and an "administration" operating as "part of the State of Palestine" (see Quigley report, pages 2, 4 and 5). No citation is provided for the assertion that Hamas administers Gaza on behalf of a larger government, or for the factually incorrect representation that there is such a thing as the "State of Palestine." To date, no such State exists. There is a Palestinian Authority, but no State of Palestine.[6] The Quigley report appears to contradict itself a few pages later (page 7), where it states—again without citations—that "As the administration of a piece of territory, Hamas functions as a government, even though as part of a larger Palestinian administration it does not conduct its own relations with the outside world." Is Hamas part of a "State of Palestine" or not?

11. As I explain in my First Report, the Gaza Strip is not and was never an independent entity. As such, it does not have a capital city. The Frankopan report (page 13) cites to the *Uppsala Conflict Date Program* (UCDP) which defines a 'government' in a war situation as "the party controlling the capital of the State." The Frankopan report concludes that "On that score, the belligerent Hamas must be considered to be the 'government' of Gaza as it has control of the capital, *or at least the largest city in the Gaza Strip*, normally referred to as Gaza City or simply Gaza." [Emphasis added]. There are two problems with this assertion. First, Gaza is not a country and, as the Frankopan report concedes, it has no capital city. The de facto capital of the Palestinian Authority is Ramallah.[7] Second, the UCDP definition, which is cited with a full comment in the Frankopan report, does not include an option of controlling a territory's largest

---

[5] http://mfa.gov.il/MFA/AboutIsrael/History/Pages/Israels%20War%20of%20Independence%20-%201947%20-%201949.aspx (War of Independence); http://www.mfa.gov.il/mfa/aboutisrael/history/pages/the%20six-day%20war%20-%20june%201967.aspx (Six Day War); http://mfa.gov.il/MFA/AboutIsrael/History/Pages/The%20War%20of%20Attrition%201968-70.aspx (War of Attrition)

[6] See my First Report at pp. 5-8

[7] See, for example, http://www.palestinecabinet.gov.ps/Website/AR/ContactUS

3

city, only its capital.

12. It is the Lowenstein report, however, that is most lacking in citations. That report includes two appendices totaling fourteen pages with lists of documents, but without citing within the document which facts come from which sources the appendices are useless. The Lowenstein report includes a great many facts but not a single citation. For example, at the end of page 7 the report claims that the IDF (Israel Defense Forces) struck 4,762 sites across Gaza, and breaks these sites down by type of target such as command and control centers or military administration facilities. No citations are provided for any these details. What is the source for this number? What type of facility does the report consider to be a command and control center? Would a meeting place in a basement of a school or garage of a home constitute a command and control center? As I note in my First Report (at pp. 22-23), a UN report found that Hamas frequently placed "command and control centers" and firing positions in residential buildings as well as stockpiled weapons and located tunnel entrances in prima facie civilian buildings.[8]

13. All three reports make reference to Hamas electoral victory in the 2006 election, but they gloss over Hamas' 2007 takeover of the Gaza Strip by force of arms from their fellow Palestinians and unity government partners, as discussed in my First Report. The Quigley report notes the 2006 election, and then notes, "Since 2007, Hamas has remained the administration of Gaza" (page 7). It fails to note that Hamas took over the Gaza Strip that year by force of arms in a coup against the Palestinian Authority. The Lowenstein report (page 3) notes that "Hamas' armed forces in Gaza defeated forces loyal to Palestinian Authority President Mahmoud Abbas and consolidated control over the Gaza Strip" where it "has remained in control of [sic] Gaza Strip ever since." The Lowenstein report also contradicts the Quigley report, noting that President Abbas "dismissed the Hamas-led government," suggesting that Hamas was no longer the legitimate governing entity and was not, as the Quigley report suggests, still part of a broader Palestinian government. The Frankopan report quotes a senior Hamas official statements during the 2006 election (addressed in the paragraph below), but fails to mention Hamas' 2007 takeover of the Gaza Strip by force of arms from their fellow Palestinians.

14. At page 11, paragraphs 39-40, the Frankopan report quotes a senior Hamas official as saying Hamas was committed to the rule of law, respect for human rights, freedom of the press, and more. This is cited in the context of arguing that the UN Human Rights Commission calls on "government-like" bodies to respect human rights. The implication is that since Hamas purportedly respects human rights, it is acting in a "government-like" fashion. Aside from the deep methodological flaw of taking the head of a terrorist group at his word and publishing it as fact, human rights organizations have routinely found Hamas to be a terrible human rights violator. Consider two reports on the period in 2014 under consideration in this case. According to Amnesty International, "Hamas forces carried out a brutal campaign of abductions, torture and unlawful killings against Palestinians accused of "collaborating" with Israel and others during Israel's military offensive against Gaza in July and August 2014." The report continues, "Hamas forces also abducted, tortured or attacked members and supporters of Fatah, their main rival political organization within Gaza, including former members of the Palestinian Authority

---

[8] http://www.unrwa.org/newsroom/press-releases/unrwa-condemns-placement-rockets-second-time-one-its-schools

4

Security forces.  Not a single person has been held accountable for the crimes committed by Hamas forces against Palestinians during the 2014 conflict, indicating that these crimes were either ordered or condoned by the authorities."[9]  Similarly, Human Rights Watch reported that "Armed groups in Gaza in August summarily executed at least 25 Palestinians whom they accused of collaborating with Israel.  Hamas authorities in Gaza conducted arbitrary arrests and tortured detainees.  The authorities permitted some local human rights organizations to operate, but suppressed political dissent, freedom of association, and peaceful assembly."[10]

15. Both the Frankopan (page 5) and Quigley (page 3) reports suggest that the term "50 Day War" was a commonplace reference to the conflict.  The sources provided by Quigley do not support his contention.  He cites the titles of news articles in which the term "50 day war" is used to describe the conflict but not as a name for it.  Frankopan provides no citation at all, despite asserting that this is the name by which the conflict became known "by all authorities."  Which authorities?  Are there really no authorities who do not use that term?  Neither American nor Israeli official authorities use the term, for starters.[11]  Moreover, the *New York Times* chronology of the conflict counts it as lasting 29 days, and does not call it a "50 day war."[12]

16. The Quigley report (page 10) describes the rockets fired from Gaza as "sophisticated in mode of launching" by virtue of having been launched from a distance by remote control and placed in underground storage and launch areas.  In fact, neither of these attributes are particularly sophisticated, and the rockets themselves were indiscriminate in nature.  In fact, the Lowenstein report (page 6) notes one instance in which a rocket fired from Gaza landed near a kindergarten, and the Quigley report itself notes the indiscriminate nature of these rockets which targeted civilian population centers in Israel (page 9).

17. The Frankopan report (page 4) asserts that Operation Protective Edge was launched "during the first week of July 2014."  But according to the Quigley report (page 2), "hostilities commenced between Israel and Gaza the second week of July 2014."  Not only do they contradict each other, but they blur an important issue relevant to this case.  NBCUniversal decided to move its personnel away from danger on or before July 16, 2014, the day before the Israeli ground maneuver into Gaza.  It is my expert opinion that no part of this conflict constituted a war, as I explain in my First Report.  But it is especially unsupportable to describe the hostilities before the July 17 ground maneuver as a war.

18. In this regard, it is also important to note that the Lowenstein, Quigley and Frankopan reports tend to conflate casualty numbers from before and after July 17, 2014, which is misleading given that NBCUniversal decided to move its personnel away from danger and out of Israel before then, on or before July 16, 2014.  The *New York Times* compiled a day by day tally of casualties, the results of which are telling in this regard.  According to the *New York Times*,

---

[9] https://www.amnesty.org/en/latest/news/2015/05/gaza-palestinians-tortured-summarily-killed-by-hamas-forces-during-2014-conflict/
[10] https://www.hrw.org/world-report/2015/country-chapters/israel/palestine
[11] See, for example https://www.osac.gov/pages/ContentReportDetails.aspx?cid=19191 (U.S. Department of State, Bureau of Diplomatic Security)
[12] https://www.nytimes.com/interactive/2014/07/15/world/middleeast/toll-israel-gaza-conflict.html?_r=0 [link does not work well in all browsers, used here in Internet Explorer]

5

from the first day of hostilities on July 8, 2014 through July 16, 2014, the total number of Palestinian fatalities was 220, and one Israeli was killed.[13] From July 17 (when the IDF started the ground operation in Gaza) through August 5, 2014, the total number of Palestinian fatalities was 1,661, and 66 Israelis were killed.[14] Every single life is precious, and one death is one too many. But, based on the Lowenstein, Quigley and Frankopan reports themselves (e.g., Frankopan asserts that, "to constitute a 'war" there must have occurred 1,000 battle-related deaths or more in a calendar year" (page 7, para. 26)), these figures are very telling and useful in terms of determining whether the conflict amounted to a war at the time NBCUniversal decided to move its personnel to safety.

19. It is important to remind here, as I detail in my First Report (at pp. 8-9), that Hamas does not control the Gaza Strip ground, air or sea borders.[15] Hamas is widely recognized as a designated terrorist group, and is not recognized as a legitimate government by the United States, the United Nations, other multilateral organizations, or the vast majority of countries around the world.

20. Similarly, it is important to repeat here that the fact that Hamas controls the Gaza Strip makes it no more a legitimate entity than other terrorist groups that control territory they took over by force, including Boko Haram in Nigeria, al Qaeda in the Arabian Peninsula (AQAP) in Yemen, and the Islamic State (ISIL) in Syria, Iraq, Libya, and Egypt (among others). Under the theories and opinions espoused in the Lowenstein, Quigley, and Frankopan reports, they would recognize Hamas (as well as Boko Haram, al Qaeda, and ISIL) as legitimate, government-like, sovereign-like entities. That, in my opinion as an expert in international terrorism, is antithetical to the very nature, ideology, and acts of Hamas (and other terrorist groups). It is also, in my opinion, contrary to the facts of what Hamas is—a terrorist group—and is not—a legitimate entity.

Dated: March 24, 2017

Dr. Matthew Levitt

---

[13] The UN reported similar numbers. https://www.ochaopt.org/content/occupied-palestinian-territory-gaza-emergency-situation-report-16-july-2014-1500-hrs (report as of July 16, 2014, 3 p.m.: 214 Palestinian casualties); https://www.ochaopt.org/content/occupied-palestinian-territory-gaza-emergency-situation-report-17-july-2014-1500-hrs (report as of July 17, 2014, 3 p.m.: 230 Palestinian casualties)

[14] https://www.nytimes.com/interactive/2014/07/15/world/middleeast/toll-israel-gaza-conflict.html?_r=0 [link does not work well in all browsers, used here in Internet Explorer]

[15] As the Quigley report concedes (at p. 6), thereby also contradicting Lowenstein's statement (at p. 11) that Hamas "operat[es] the borders" in Gaza.

6