LUCIA E. COYOCA (SBN 128314)
  lec@msk.com
VALENTINE A. SHALAMITSKI (SBN 236061)
  vas@msk.com
DANIEL M. HAYES (SBN 240250)
  dmh@msk.com
MITCHELL SILBERBERG & KNUPP LLP
11377 West Olympic Boulevard
Los Angeles, CA 90064-1683
Telephone:  (310) 312-2000
Facsimile:   (310) 312-3100

Attorneys for Attorneys for Plaintiffs
Universal Cable Productions LLC and
Northern Entertainment Productions LLC

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION

| | |
|---|---|
| UNIVERSAL CABLE PRODUCTIONS LLC and NORTHERN ENTERTAINMENT PRODUCTIONS LLC,<br><br>Plaintiffs,<br><br>v.<br><br>ATLANTIC SPECIALTY INSURANCE COMPANY,<br><br>Defendant. | CASE NO. 2:16-cv-4435-PA-MRW<br><br>Honorable Percy Anderson<br><br>**REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF PLAINTIFFS UNIVERSAL CABLE PRODUCTIONS LLC AND NORTHERN ENTERTAINMENT PRODUCTIONS LLC'S OPPOSITION TO DEFENDANT'S MOTION FOR PARTIAL SUMMARY JUDGMENT**<br><br>[Opposition Memorandum; Notice of Lodging Statement of Genuine Issues and Additional Material Facts; Statement of Genuine Issues and Additional Material Facts; Evidentiary Objections; Table of Contents of Evidence; Declarations of George Walden, Matthew Levitt, Dennis Ross, Harold Koh, Ty Sagalow, and Lucia Coyoca Filed / Lodged Concurrently Herewith]<br><br>Date:    May 22, 2017<br>Time:    1:30 p.m.<br>Ctrm.:    9A, First St Courthouse |

Mitchell Silberberg & Knupp LLP

8834515.7

**REQUEST FOR JUDICIAL NOTICE**

TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that, pursuant to Federal Rule of Evidence 201, Plaintiffs Universal Cable Productions LLC and Northern Entertainment Productions LLC (collectively, "Plaintiffs") hereby request that this Court take judicial notice of the below-listed documents in connection with Plaintiffs' Opposition to Defendant Atlantic Specialty Insurance Company's ("Atlantic") Motion for Partial Summary Judgment. These documents are attached as Exhibits to the concurrently-filed Declaration of Lucia E. Coyoca in Opposition to Atlantic's Motion for Summary Judgment (the "Coyoca Opp. Decl."), and references to Exhibits, below, are to that declaration.

## I. COURT RECORDS AND PLEADINGS

**Exhibit 66** is a copy of a pleading in this case captioned Joint Stipulation Re Discovery Motion (ECF No. 69).

Judicial notice of records publicly filed with a court is proper. *See Rodriguez v. Kwok*, 2014 U.S. Dist. LEXIS 69248, at *9 n.3 (N.D. Cal., May 20, 2014) ("Pursuant to Federal Rule of Evidence 201, the Court may take judicial notice of this docket report because it is a matter of public record."); *Walker v. Stanton*, 2008 U.S. Dist. LEXIS 81796, at *25 n.4 (C.D. Cal. Sept. 2, 2008) (taking judicial notice of "publicly available docket reports and court filings").

The Court accordingly should take judicial notice of these documents.

## II. GOVERNMENT RECORDS AND PUBLICATIONS

**Exhibit 58** is a copy of Lyndon B. Johnson's Annual Message to the Congress of the United States, delivered January 8, 1964, available at http://www.presidency.ucsb.edu/ws/?pid=26787.

**Exhibit 56** is a copy of Richard Nixon's Campaign Statement About Crime and Drug Abuse, delivered October 28, 1972, available at http://www.presidency.ucsb.edu/ws/?pid=3665/

**Exhibit 57** is a copy of Ronald Reagan's Radio Address to the Nation on Federal Drug Policy, delivered October 2, 1982, available at http://www.presidency.ucsb.edu/ws/?pid=43085

Courts routinely take judicial notice of government publications and publicly available websites.  *Ogden v. Bumble Bee Foods, LLC,* 2014 U.S. Dist. LEXIS 565, at *27 n.6 (N.D. Cal. Jan. 2, 2014) ("[T]hese documents come from U.S. government agency websites, and courts routinely take judicial notice of information contained on such websites."); *Indep. Living Ctr. of S. Cal. v. City of L.A.*, 973 F. Supp. 2d 1139, 1155, n.14 (C.D. Cal. 2013) (taking notice of federal agency manuals); *O'Toole v. Northrop Grumman Mitchell Corp.*, 499 F.3d 1218, 1225 (10th Cir. 2007).

The Court accordingly should take judicial notice of the above-listed documents.

### III. PUBLICLY-AVAILABLE INSURANCE DOCUMENTS

**Exhibit 54** is a Motor Carrier Insurance form (FORM-NUMBER: CA 00 20 03 10) available on and downloaded from www.lexisnexis.com.

**Exhibit 53** is a Commercial General Liability Coverage Form (FORM-NUMBER: CG 00 02 04 13) available on and downloaded from www.lexisnexis.com.

As noted above, the Court may take judicial notice of documents publicly-available on websites.  *See O'Toole v. Northrop Grumman Corp.,* 499 F.3d 1218, 1225 (10th Cir. 2007) *(*"It is not uncommon for courts to take judicial notice of factual information found on the world wide web."); *Wible v. Aetna Life Ins. Co.*, 375 F. Supp. 2d 956, 965 (C.D. Cal. 2005) (taking judicial notice of Amazon.com web pages).  Judicial notice of the above-listed documents is accordingly warranted.

### IV. PUBLICLY-AVAILABLE WEBSITES

Plaintiffs also request that the Court take judicial notice of the following:

1    **Exhibit 65** is a copy of the Encyclopædia Britannica Online entry for "Arab-
2  Israeli wars," available at https://www.britannica.com/event/Arab-Israeli-wars
3    **Exhibit 59** is a an article titled *War on Christmas Won by the Good Guys,*
4  *But Insurgents Remain,* available at
5  http://www.foxnews.com/opinion/2016/12/15/bill-oreilly-war-on-christmas-won-
6  by-good-guys-but-insurgents-remain.html
7    **Exhibit 61** is an article titled *How the 'War on Christmas' Controversy was*
8  *Created,* available at https://www.nytimes.com/2016/12/19/us/war-on-christmas-
9  controversy.html?_r=0
10   **Exhibit 60** is an article titled *Three Reasons Why the New York Times' War*
11 *on Christmas Denial Is All Wrong,* available at
12 http://www.foxnews.com/opinion/2016/12/22/three-reasons-why-new-york-times-
13 war-on-christmas-denial-is-all-wrong.html
14   **Exhibit 64** is a copy of an article titled *A Look At Invoking War Exclusions*,
15 available at
16 http://www.insurancejournal.com/magazines/legalbeat/2001/10/08/18482.htm?prin
17 t
18   **Exhibit 63** is a copy of an article titled *"Act of War" Exclusion Doesn't*
19 *Apply to Attacks, Insurers Say*, available at
20 http://articles.latimes.com/2001/sep/17/business/fi-46595
21   **Exhibit 62** is a copy *Attack on America: The Insurance Coverage Issues*,
22 available at https://www.irmi.com/articles/expert-commentary/attack-on-america-
23 the-insurance-coverage-issues-(part-1-war-risk-exclusions)
24   **Exhibit 75** is a copy of the National Post article *Gaza's marvels of*
25 *engineering; Hamas gunmen can live in tunnels for weeks*, dated August 9, 2014.
26   **Exhibit 76** is a copy of the Jerusalem Post article *IDF announces major*
27 *operation in Gaza as rocket fire escalates in South*, dated July 7, 2014.
28   **Exhibit 74** is a copy of the Foreign Policy article *Take Away Their Guns –*

*Then We'll Talk*, dated August 28, 2014.

These documents are properly subject to judicial notice. *See Wible v. Aetna Life Ins. Co.*, 375 F. Supp. 2d 956, 965 (C.D. Cal. 2005); *Schaffer v. Clinton,* 240 F.3d 878, 885 n.8 (10th Cir. 2001) (taking judicial notice of information found in a political reference almanac and citing to the almanac's website); *Hodsdon v. Mars, Inc.*, 162 F. Supp. 3d 1016, 1021 n.2 (N.D. Cal. 2016) (judicial notice of, *inter alia*, academic studies).

In addition, Federal Rule of Evidence 201(b) provides that "a judicially noticed fact must be one not subject to reasonable dispute in that it is…capable of accurate and ready determination by resort to sources whose accuracy cannot reasonably be questioned." Here, the above-listed documents satisfy this requirement.

## V.  CONCLUSION

For the foregoing reasons, judicial notice of the documents listed above and attached to the concurrently-filed declaration of Lucia E. Coyoca is proper in connection with the concurrently-filed Opposition of Plaintiffs to Atlantic's Motion for Partial Summary Judgment. *See* Fed. R. Evid. 201(d) (judicial notice proper "if requested by a party and [the Court is] supplied with the necessary information.").

Respectfully submitted,

DATED:  May 1, 2017                MITCHELL SILBERBERG & KNUPP LLP

By: */s/ Lucia E. Coyoca*
Lucia E. Coyoca
Attorneys for Plaintiffs
Universal Cable Productions LLC and
Northern Entertainment Productions LLC