LUCIA E. COYOCA (SBN 128314)
  lec@msk.com
VALENTINE A. SHALAMITSKI (SBN 236061)
  vas@msk.com
DANIEL M. HAYES (SBN 240250)
  dmh@msk.com
MITCHELL SILBERBERG & KNUPP LLP
11377 West Olympic Boulevard
Los Angeles, CA 90064-1683
Telephone:   (310) 312-2000
Facsimile:   (310) 312-3100

Attorneys for Attorneys for Plaintiffs
Universal Cable Productions LLC and
Northern Entertainment Productions LLC

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION

| | |
|---|---|
| UNIVERSAL CABLE PRODUCTIONS LLC and NORTHERN ENTERTAINMENT PRODUCTIONS LLC, <br><br> Plaintiffs, <br><br> v. <br><br> ATLANTIC SPECIALTY INSURANCE COMPANY, <br><br> Defendant. | CASE NO. 2:16-cv-4435-PA-MRW <br><br> Honorable Percy Anderson <br><br> **NOTICE OF PLAINTIFFS UNIVERSAL CABLE PRODUCTIONS LLC AND NORTHERN ENTERTAINMENT PRODUCTIONS LLC FILING OF DOCUMENTS PURSUANT TO LOCAL RULE 79-5.2.2(A)** <br><br> [Opposition Memorandum; Notice of Lodging Statement of Genuine Issues and Additional Material Facts; Statement of Genuine Issues and Additional Material Facts; Evidentiary Objections; Table of Contents of Evidence; Declarations of George Walden, Matthew Levitt, Dennis Ross, Harold Koh, Ty Sagalow, and Lucia Coyoca Filed / Lodged Concurrently Herewith] <br><br> Date:        May 22, 2017 <br> Time:        1:30 p.m. <br> Ctrm.:       9A, First St Courthouse |

Mitchell
Silberberg &
Knupp LLP

8837453.2

**NOTICE**

1    Pursuant to Local Rule 79-5, Plaintiffs Universal Cable Productions LLC
2  and Northern Entertainment Productions LLC (collectively, "Universal") hereby
3  file copies of the three documents that Universal sought to file under seal by their
4  Application dated April 24, 2017 (ECF No. 59, the "Application").  On April 26,
5  2017, the Court denied Universal's Application (ECF No. 67).  Thus, Universal
6  hereby re-files these documents so that they may be considered by the Court.

7    The three documents at issue (**Exhibits 13, 15, and 16 to the Declaration**
8  **of Randi Richmond** (ECF NO. 59-1)) also have been filed by Defendant Atlantic
9  Specialty Insurance Company ("Atlantic") in support of its Motion for Summary
10  Judgement, Or In The Alternative, Partial Summary Judgment, and in Opposition
11  to Universal's Motion for Partial Summary Judgment, as follows:

12    • **Exhibit 13** to the Declaration of Randi Richmond (UCP002227-37)
13      will be filed by Atlantic in support of its Opposition to Universal's
14      Motion for Summary Judgment as **Exhibit 150** to the Declaration of
15      Carla C. Crapster in Opposition to Universal's Motion for Summary
16      Judgment.

17    • **Exhibit 15** to the Declaration of Randi Richmond (UCP001013-14)
18      has been filed by Atlantic as **Exhibit 137** to the Declaration of Carla
19      C. Crapster in Support of Defendant Atlantic Specialty Insurance
20      Company's Notice of Motion and Motion for Summary Judgment, or
21      Alternatively Partial Summary Judgment.

22    • **Exhibit 16** to the Declaration of Randi Richmond (UCP002521-23)
23      has been filed by Atlantic as **Exhibit 114** to the Declaration of Carla
24      C. Crapster in Support of Defendant Atlantic Specialty Insurance

25
26
27
28

Mitchell
Silberberg &
Knupp LLP

8837453.2

NOTICE

1    Company's Notice of Motion and Motion for Summary Judgment, or

2    Alternatively Partial Summary Judgment.[1]

3    By agreement between the Parties, each of the foregoing documents includes

4    minor redactions of material that is not relevant to the Parties' pending Motions for

5    Summary Judgment and on which neither Party will rely.

6

7    DATED:  May 1, 2017                LUCIA E. COYOCA
                                        VALENTINE A. SHALAMITSKI
8                                       DANIEL M. HAYES
                                        MITCHELL SILBERBERG & KNUPP LLP
9

10

11                                      By:   _/s/ Lucia E. Coyoca_____
                                              Lucia E. Coyoca
12                                            Attorneys for Attorneys for Plaintiffs
                                              Universal Cable Productions LLC and
13                                            Northern Entertainment Productions
                                              LLC
14

15

16

17

18

19

20

21

22

23

24

25

26

27    [1] **Exhibit 114** to the Declaration of Carla C. Crapster constitutes an email
      forwarding the entire document comprising **Exhibit 16** to the Declaration of
28    Richmond Declaration.  Thus, the documents are essentially identical in substance.

Mitchell
Silberberg &
Knupp LLP

8837453.2

# EXHIBIT 13

| From: | Smith, Stephen (NBCUniversal) </o=NBC Universal/ou=Exchange Administrative Group |
|---|---|
| | (FYDIBOHF23SPDLT)/cn=Recipients/cn=Stephen.Smith> |
| Sent: | April 16, 2014 5:56 AM |
| To: | Richmond, Randi (NBCUniversal) |
| Cc: | Mark Winemaker |
| Subject: | DIG Crisis and Security Planning |
| Attachments: | Season1DIG Israel April2014.docx |

Good Morning Randi,

I have completed a security and crisis assessment for Israel, concentrating on Tele Aviv and Jerusalem which you will find attached. *Detailed security and crisis planning will not be available until the exact locations of individual shoots have been confirmed. Security and crisis precautions may vary considerably between locations.*

I am currently working with a service partner, Northcott Global, on preparing an outline relocation and repatriation plan which will again be completed once the locations are confirmed. Security and crisis planning will reflect the current threat level at each location and be formulated after liaison with the State Department Regional Security Officer, local agencies and an extensive network of sources. Plans will include the required response to security incidents at each location, place of safety/ shelter in place, relocation and repatriation, emergency communication and escalation processes.

It is my intention to be in-country for the location scouts and I will continue to liaise with the team in Israel and MAX security to confirm plans. I will keep you updated as this progresses.

Regards

Stephen

**Stephen Smith**
**Head of Security, Europe**
**International Security & Crisis Management**

**NBCUniversal**
NBCUniversal International
1 Central St Giles
St Giles High Street
London WC2H 8NU
United Kingdom
www.nbcuni.com

EXHIBIT 13, PAGE 4

CONFIDENTIAL

NBCUniversal

# NBCUniversal

## Season1 DIG Israel

## Crisis and Security Assessment
## April 2014

**Document History**

1

CONFIDENTIAL
UCP002228

**NBCUniversal**

| Title | Crisis and Security Assessment |
|---|---|
| Author | Stephen Smith Head of Security, Europe |
| Version | 1.0 |

**Stakeholder Group**

| Name | Role | Business Unit |
|---|---|---|
| **Internal** | | |
| Erin Noordeloos | Director, International Security and Crisis Management | International Security |
| Stephen Smith | Head of Security Europe | International Security |
| Randi Richmond | VP, Production | UCP/NBCU |
| | | |
| | | |
| | | |
| **External** | | |
| | | |
| | | |
| | | |

**Revision History**

| Version | Date | Pages Affected | Details of Change | Changes made by |
|---|---|---|---|---|
| | | | | |

**Introduction**

2

EXHIBIT 13, PAGE 6

CONFIDENTIAL

UCP002229

This document concerns the security and crisis assessment and planning relating to the filming of Series1 DIG in Israel.

**Purpose**

This document has been created to evidence the steps that will be taken to ensure that NBCU International Security and Crisis Management have identified, assessed and documented the security risks and crisis management and response plans to mitigate against the security threats related to Season1 DIG.

**Scope**

This document covers all locations, both fixed and temporary, and all personnel involved in the production in Israel.

**Security and Crisis Plans**

*Detailed security and crisis planning will not be available until the exact locations of individual shoots have been confirmed. Security and crisis precautions may vary considerably between locations.*

**Risk Events**

- Direct violence targeting production.
- Direct violence from the criminal elements wanting to steal client equipment or disrupt production.
- Intimidation from local political organisations.
- Changes to the security landscape external to Israel (Syria/Egypt/Lebanon), directly effecting the security situation in-country.
- Serious injury to cast or crew due to Road Traffic Accident (RTA).
- Transportation disruption.
- Filming in disputed territory or politically sensitive areas.
- Intimidation of cast, crew or support services such a transport agents.
- Surveillance/ Monitoring by Intelligence Services.

Security and crisis planning will reflect the current threat level at each location and be formulated after liaison with the State Department Regional Security Officer, local agencies and an extensive network of sources. Plans will include the required response to security incidents at each location, place of safety/ shelter in place, relocation and repatriation, emergency communication and escalation processes.

To ensure response, evacuation and reparation plans are appropriate and fit for purpose details of all cast and crew contact information, accommodation, travel plans, country of residence and country of passport issue will be collated. Evacuation and repatriation plans will be provided in conjunction with service partners Northcott Global Solutions. GPS tracking will not be used.

Crisis and Security planning will include the area and individuals to be protected the nature of the threat(s), the capability of the individuals or organisation to mount an attack, the likely outcome, required mitigation and document the following;

- The assets to be protected.
- The perceived threats against the assets and the probability of their occurrence.

3

EXHIBIT 13, PAGE 7

CONFIDENTIAL

UCP002230

- The consequences of compromise of, or damage to, the assets.
- The physical areas containing the assets that give concern and the perceived vulnerability of those areas to the threat.
- Threat identification- Direct and indirect.
- Historic and current security threat level at each location.
- Accommodation security.
- Transportation- Routes and company providing transport services.
- Incident response and escalation.
- Possible security solutions.
- Response plans for dealing with location security issues such as demonstrators.
- Emergency contacts.
- Monitoring of social media and liaison with intelligence sources.
- Point of Contact for All Critical Functions. NBCU Emergency Commination system MiR3 will be available for use for the duration of the production.
- Situational awareness advice and briefings.

Consideration should be given to the following;

*Advice to all cast and crew on not issuing any political statements or commenting on political issues via social media or during interviews.*
*Issuing advice on use of down-time and implications of travel to certain areas, such as the West Bank, to cast and crew.*
*The profile of individuals such as talent associated with the production may add to the threat level associated with the production.*

**Security Summary**

Terrorist attacks by Palestinian militants have declined considerably since 2002, though there continues to be an underlying risk from terrorism especially against perceived 'soft targets' such as public places and public transport.

Arbitrary rocket fire by militant groups operating in Gaza occurs with varying degrees of frequency and intensity and mostly targets areas within 25 miles (40km) of the Gaza border; some groups, however, also possess long-range rocket capabilities to hit larger urban centres further afield. Therefore, in the event of rocket fire, personnel visiting southern areas closer to Gaza are advised to follow the security advice and instructions of the emergency services and civil authorities.

**Terrorism**

There is a general threat from terrorism. Attacks can be indiscriminate, including places frequented by foreigners. There is a threat of rockets being fired into Israeli territory from the Gaza Strip, Egypt and along the border areas with Lebanon and Syria.  The Israel Security Agency  reported a total of 918 of what it defined as terrorist attacks originating in the West Bank against Israeli citizens from January through November 2013. Some 760 involved firebombs but also included shootings, stabbings, grenade and IED incidents, and rock throwing. ISA identified an additional 360 attacks in Jerusalem, 312 of which involved firebombs. Rocket attacks and cross-border raids are likely to damage commercial and residential property in southern and northern settlements. Shooting and grenade attacks on vehicles, settlements and religious sites are likely, especially in the West Bank, Jerusalem and mixed Israeli-Palestinian towns.

EXHIBIT 13, PAGE 8

CONFIDENTIAL

UCP002231

NBCUniversal

Gaza-based organizations, such as Hamas, the Palestinian Islamic Jihad (PIJ), and the Popular Resistance Committees (PRCs), are among the most active terrorist organizations in the region and carry out asymmetrical attacks, such as rocket/missile fire and sniper fire, around Israel's boundaries with the Gaza Strip and in and around the West Bank. Both Hamas and the PIJ are designated as Foreign Terrorist Organizations by the U.S. government, although the PRCs are splinter groups whose attacks have grown in scope and lethality since 2008. While some Palestinian groups, particularly those based in the West Bank, have recognized Israel's right to exist and negotiated with it, Hamas, the PIJ, and other factions remain publically committed to the destruction of Israel and do not distinguish between attacks on civilian or military targets.

**Civil Unrest**

In Jerusalem, the West Bank, and the Gaza Strip, demonstrations can occur spontaneously and have the potential to become violent without warning. Rock throwing, Molotov cocktails, small arms fire, and clashes with police are often dangerous characteristics of such unrest in both Israeli and Palestinian areas. Demonstrations can be particularly dangerous in areas such as checkpoints, settlements, military areas, and major thoroughfares, where protestors are likely to encounter Israeli security forces. There is potential for further unruly protests by members of the ultra-Orthodox Jewish given continuing anger over a controversial law revoking the community's exemption from military conscription.

**Religious or Ethnic Violence**

The city as a whole is also politically-charged ground. Clashes between Israeli security forces and Palestinians in East Jerusalem often occur as does violence with religious or ethnic overtones. The Old City area of East Jerusalem, especially religious sites, are flashpoint areas. There is high risk of unruly demonstrations and acts of low-level violence. Two police officers were injured when clashes early on 13 April erupted between the security forces and Palestinian worshippers at the Mughrabi Bridge Gate entrance to the Temple Mount complex.

**Security Risk Rating**

Israel- Low Security Risk
Tel Aviv- Low Security Risk
Jerusalem- Low Security Risk

**Recent Events**

**15 Apr 14**
In Hebron, in the West Bank, unidentified individuals threw a Molotov cocktail at IDF units; no casualties were reported.
**15 Apr 14**
Access to the al-Aqsa Mosque compound would be limited by Jerusalem's police in the wake of violence.
**15 Apr 14**
The Gaza Prime Minister announced that capturing Israeli soldiers was a top priority for Hamas, in order to force the release of Palestinians.

**15 Apr 14**
In the Gaza Strip near the Erez border crossing, the IDF opened fire on a group of Palestinians near the security fence, injuring one.

5

EXHIBIT 13, PAGE 9

CONFIDENTIAL

UCP002232

NBCUniversal

**13 Apr 2014: Israel: Jerusalem:**
Clashes at Temple Mount complex underline need for caution at religious sites; anticipate increased security
Two police officers were injured when clashes erupted between the security forces and Palestinian worshippers at the Mughrabi Bridge Gate entrance to the Temple Mount complex. Officers used stun grenades and rubber bullets to disperse the protesters, who threw stones and Molotov cocktails at them. The complex was briefly closed following the unrest, while additional security force personnel were deployed in the area; one person was arrested.

**13 Apr 2014: Israel: Urban centres:**
Anticipate further unruly protests by ultra-Orthodox community over controversial law

**April 03, 2014: Israel**
At least three rockets on 3 April were fired from the Gaza Strip (Palestinian Territories) into southern Israel, landing in open fields near Sderot (South district). There were no reports of casualties or damage, and no group immediately claimed responsibility for the attack, which nevertheless underscores the persistent risk of rocket fire in areas along the Israel-Gaza border.

**Jerusalem**

The security environment remains complex and hazardous, to varying degrees in Jerusalem, the West Bank, and the Gaza Strip. Travellers to these areas are advised to exercise caution. Extremist groups operate in the West Bank and the Gaza Strip and, during 2013, have exhibited their intent to carry out lethal attacks in Israel, Jerusalem, the West Bank, and the Gaza Strip. Security cooperation between the government of Israel and the Palestinian Authority (PA) continued in 2013. However, tensions remain high, as the peace process faces familiar challenges moving forward. Travellers to the Old City area of East Jerusalem should exercise caution at religious sites due to the persistent risk of unruly demonstrations and acts of low-level violence.

There are frequent demonstrations in many of the areas of the city including in and around the Old City, especially after Friday prayers. Some of these protests have led to violent clashes. The city has witnessed sporadic terrorist attacks due to its religious importance and disputed history, though the scale of violence has reduced since the end of the second intifada. Terrorist attacks have rarely targeted foreign nationals, though they remain at risk from indiscriminate and incidental violence.
Communal tensions in the Old City tend to be high in the vicinity of Temple Mount. Palestinian groups sometimes hold protests on Temple Mount, and occasionally clash with the security forces and throw stones at Jewish worshippers. These incidents generally occur after Friday midday prayers or during times of heightened political tensions.

**Tel Aviv**

The city witnessed several attacks by Palestinian suicide bombers against buses, hotels, restaurants and shopping areas during the second intifada (Palestinian uprising against Israel). However, the frequency of attacks has reduced in recent years. Palestinian militants do not target foreign interests directly and pose only a limited incidental threat. Tel Aviv is a security conscious city with security personnel deployed at several sites and stringent surveillance and vetting procedures in place. The authorities tend to intensify security measures during major Jewish festivals. The crime rate is low with petty theft likely to be the main threat to business travellers. Foreigners may encounter protests when visiting orthodox Jewish or Arab localities (mainly in Jaffa).

EXHIBIT 13, PAGE 10

CONFIDENTIAL

UCP002233

# **NBCUniversal**

**Security Services**

Security services in country are scheduled to be provided by MAX Security Solutions (MAX) an Israel based security and risk management company. MAX have previously provided services to NBCUniversal and subsidiary production companies and are an approved supplier. MAX will be contracted to provide location security services, incident response, transportation and personnel security where necessary to protect people, assets and information relating to this production.

MAX will provide a detailed plan covering the personnel to be deployed, coordination plans, briefings, communication, response capability, location security, and daily briefings.

Security services will be provided in direct relation to the assessed threat level and will be deployed in a manner that does not add to the risk level.

**Approved Accommodation**

Accommodation details of all personnel involved in the production will be collated.
NBCU have classified the following hotels in Jerusalem and Tel Aviv as being of the required quality, location and providing the necessary security infrastructure:

Hotels are listed in alphabetical order and a hotel's position in the listing is not indicative of an overall security ranking.



**Tel Aviv**



**The Carriage of Audio Visual/Electronic Equipment**

Video cameras and other electronic items must be declared upon entry to Israel.

Upon arrival at the airport additional security-related delays are not unusual for travellers carrying audio-visual or data storage/processing equipment, and some have their laptop computers and other electronic equipment confiscated. While most items are returned prior to the traveller's departure, some equipment has been retained by the authorities for lengthy periods and has reportedly been damaged, destroyed, lost or never returned.

7

EXHIBIT 13, PAGE 11

UCP002234

**NBCUniversal**

Israeli security officials have also in the past requested access to travellers' personal e-mail accounts or other social media accounts as a condition of entry. In such circumstances, staff should have no expectation of privacy for any data stored on such devices or accounts. (Note: NBCU staff should not take any devices in to Israel that contain NBCU related sensitive propriety information)

**Incident/Trigger Response Checklist**



EXHIBIT 13, PAGE 12

# NBCUniversal

Should there be an incident that escalates in to a crisis during the period of location production, the NBCU International Crisis Management plan will be invoked by Stephen Smith Head of Security Europe.

**Conference Call**



**Crisis Management Team Composition (TBC)**

Tom McCarthy, SVP, Chief Global Security Officer will be nominated lead for incident escalation to the senior team in the US.

| Functionality | Individual | Mobile |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

**NBCUniversal Emergency Contact**

**Embassy Locations**

9

EXHIBIT 13, PAGE 13

CONFIDENTIAL

# **NBCUniversal**

**United States Embassy Contact**
In the event of an emergency U.S. travellers should call U.S. Embassy Tel Aviv:
U.S. Embassy Tel Aviv
71 Hayarkon St
Tel Aviv
Israel 63903

Tel: 03–519–7475

(Note: The American Citizen Services unit can answer telephone inquiries only during the hours of 14:00 to 16:00 pm, Monday through Thursday).

Emergency: For after-hours emergencies, call 03-519-7575

**British Embassy**
192 Hayarkon Street
6340502
Israel
Email
webmaster.telaviv@fco.gov.uk

Telephone
 +972 (0)3 725 1222

**Australian Embassy**
Discount Bank Tower, Level 28,
23 Yehuda Halevi Street,
Tel Aviv - Telephone: 03 693 5000 - Fax: 03 693 5002

**Canadian Embassy**
Canada House
3/5 Nirim Street
Tel Aviv, 67060
Israel

Tel: (011 972 3) 636-3300
Fax: (011 972 3) 636-3380

**NBCU Locations**

10

EXHIBIT 13, PAGE 14

CONFIDENTIAL

UCP002237

# EXHIBIT 15

| | |
|---|---|
| **From:** | Richmond, Randi ████████████████████████████ |
| **Sent:** | July 02, 2014 5:49 AM |
| **To:** | Smith, Stephen (NBCUniversal);Binke, Mark (NBCUniversal) |
| **Subject:** | Re: Security Message |

Thanks stephen.

---

**From**: Smith, Stephen (NBCUniversal)
**Sent**: Wednesday, July 02, 2014 02:45 AM Pacific Standard Time
**To**: Binke, Mark (NBCUniversal); Richmond, Randi (NBCUniversal)
**Subject**: Security Message

Mark/Randi,

The information we want to send if fairly basic- where not to travel, know your local plan and place of safety and keep abreast of the current security situation. I do not want to bog the message down with details around amount of rockets fired or about every reported clash.

**Security Message Draft**

In light of the current security situation we are providing the following information to allow you to make informed decisions regarding your own safety.

Israel's initial response to the murder of the three teenagers appears to remain focused on continuing operations in the West Bank. The security situation is tense across the country with reports of clashes and disturbances in multiple locations. It is essential that you heed security advice and have knowledge of your local emergency plans.

**Current Security Situation**

Deterioration in general security situation effecting Jerusalem and areas bordering the West Bank in particular.
- Increase in rocket attacks emanating from Gaza.
- Increase in security and military activity.
- Increase in demonstrations/ disturbances and violent attacks.
- The security situation remains fluid and subject to rapid change.

The primary danger facing Israel is from missile or rocket attack.

In the event of a sudden escalation in the current situation and Israeli action leading to further and increased missile attacks from Gaza you must be aware of where your nearest  protected space (shelter) is. If you are staying in hotel accommodation ensure you are aware of their emergency response procedures.

If you are staying private accommodation there will be a local plan in place with details of available shelters.

In Tel Aviv and Jerusalem the time of entry into the protected space from time of siren is one and a half minutes (1.5 min).

The Israel Home Front Command website http://www.oref.org.il/1096-en/Pakar.aspx contains details of the practical steps you should take to ensure your safety.

At this time no travel should be undertaken to the West Bank or Gaza.

There is a high likelihood of clashes between Palestinians and Israeli security forces and between Arab and Jewish groups.

Those operating or residing in Jerusalem are advised to maintain heightened vigilance in the city's centre, given the potential for unrest.

Avoid nonessential travel to the vicinity of the Old City. Avoid nonessential travel to the vicinity of any large gatherings over the coming days due to the reported scuffles and increased potential for unrest and clashes with security forces.

Those traveling in Jerusalem are advised to allot for extra time in the city centre, particularly in the vicinity of the aforementioned locales given the likelihood of travel disruptions.

Maintain situational awareness and keep up to date with the current security situation.

Ensure you plan your travel and have left contact details and your route with your assistant or family member.

If you require further advice or assistance please contact me directly.

**Stephen Smith**
**Head of Security, Europe**
**International Security & Crisis Management**



**NBCUniversal**
NBCUniversal International
1 Central St Giles
St Giles High Street
London WC2H 8NU
United Kingdom
www.nbcuni.com

# EXHIBIT 16

| From: | Binke, Mark (NBCUniversal) </O=NBC UNIVERSAL/OU=EXCHANGE ADMINISTRATIVE GROUP |
|---|---|
| | (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=206049172> |
| Sent: | July 09, 2014 6:34 AM |
| To: | Smith, Stephen (NBCUniversal);Richmond, Randi (NBCUniversal) |
| Subject: | Re: DIG Update |

Thanks Stephen. Let's address on our call in 30 mins.

**From**: Smith, Stephen (NBCUniversal)
**Sent**: Wednesday, July 09, 2014 06:16 AM
**To**: Richmond, Randi (NBCUniversal); Binke, Mark (NBCUniversal)
**Subject**: DIG Update

Hi Randi and Mark,

Please see the DIG update below and attached maps for the situation country wide, details of events over the last 48hrs and a review of the situation similar to this in 2012. I've highlighted what I think are the key points.

**Current Situation**

**Reports indicate that five rockets were fired from the Gaza Strip towards Tel Aviv this morning, July 9. According to initial reports, the rockets were intercepted by Israel's Iron Dome missile defence system. No casualties have been reported.**

Rockets fired towards central Israel, including Jerusalem and Tel Aviv, during the evening hours of July 8. Long-range rockets also impacted in Hadara, north of Tel Aviv.
Overnight, Israel reportedly struck some 160 militant targets in the Gaza Strip, in addition to killing a senior Islamic Jihad leader and members of his family.

Following the firing of numerous rockets towards central Israel on July 8, this morning's barrage indicates that Gaza-based militants, specifically Hamas and Islamic Jihad, are intent on continuing such longer-range attacks. In this context, additional rockets against Tel Aviv, Jerusalem, and other major population centers in central Israel should be expected for the duration of July 9. In line with Israel's overnight response, **Israel is likely to view this morning's barrage as a further escalation and will likely continue to respond with more extensive attacks against the Gaza Strip within the next 24 to 48 hours.**

The IDF strikes on Gaza overnight targets included 120 underground launchers and 10 tunnels, a naval police base and domestic security offices, and the homes of eight senior Hamas member which the army says served as command centres and were used in coordinating the rocket fire on Israel's south.
Egypt brokered a truce in the conflict two years ago, but its military-backed government is hostile toward Islamist Hamas and there were no immediate signs of intervention to halt the current fighting. Talks on a ceasefire are purportedly on going.
Hamas has said it could restore calm if Israel halted the Gaza offensive, once again committed to a 2012 ceasefire truce and freed the prisoners it detained in the West Bank last month, these conditions will not be met.

UCP002521

**Latest from US State Dept. Regional Security Officer Jerusalem**

Things are settling down in some of the East Jerusalem neighbourhoods that have seen the recent clashes.
But things remain "tense" in many of these neighbourhoods.  Friday prayers should be a good indicator on how things are going.
**The Gaza rocket activity is a new and emerging concern.  Very unpredictable.  We had 4 rockets shot towards Jerusalem last night, with reports of at least 3 impacts on the outskirts of Jerusalem.**

**Update from contact  based in Tel Aviv**

**Situation currently in escalation phase following period of relative calm. Current situation likely to last for between 7 and 10 days. Current rocket attacks not causing significant casualties in Israel. Iron Dome missile defence system working but only used for missiles landing near populated areas.** Likely escalation in Israel response with air and missile attacks targeting remotely operated and hidden rocket launchers and targeted killings of Hamas operatives. No appetite from Israeli Arab population for an uprising.

**Embassy and Vendor Info**

- US Consulate in Tel Aviv operating with "minimal staffing".
- No update on advice from State Dept.
- FCO updated on current incidences of rocket fire and retaliatory strikes and no travel zones, situational awareness
- **No advice to leave country or not to travel to Israel from any government authority or vendor.**
 Overall travel risk rating raised to MEDIUM due to escalating conflict with Gaza-based militants by Control Risk/International SOS one of our security vendors.

**Current Security Advice**

Those operating or residing in the 40-80 km range of the Gaza Strip, including Tel Aviv and Jerusalem, should adhere to all IDF Home Front Command guidelines regarding early warning sirens for incoming rockets. In case you hear a siren, seek shelter in a protected area and remain inside for at least 10 minutes.
No travel within 20 km of the Gaza Strip at this time.
Avoid nonessential travel within 20-40 km of the Gaza Strip due to increasing cross border violence. Adhere to all IDF Home Front Command guidelines regarding early warning sirens for incoming rockets. In case you hear a siren, seek shelter in a protected area and remain inside for at least 10 minutes.
As a general security precaution, those operating or residing in Israel, particularly within the 20-40 km range of the Gaza Strip, should ensure that contingency and emergency  are updated due to the potential for a further deterioration in the security situation. For the duration of July 8 and
In the coming days, those operating or residing in Jerusalem are advised to avoid travel to the areas of Shuafat, Beit Hanina, Silwan, and Wadi al-Joz, as well as the vicinity of the Temple Mount/al-Aqsa Mosque Compound and the Damascus Gate given the potential for further unrest. Maintain heightened vigilance throughout East Jerusalem and the Old City for the same reason. Avoid nonessential travel to Arab-Israeli towns, particularly Nazareth, I'billin, Qalansawe,

**Upcoming Locations**

- Tel Aviv
- Netzer-Sireni
- Haifa
- Jerusalem

CONFIDENTIAL
EXHIBIT 16, PAGE 19

- Nebi-Musa
- Kfar Edomim
- Jaffa

**Key Factors to Consider**

**Fluid, rapidly changing and unpredictable situation**
**Different Risk appetites for locals and non-Israeli cast and crew**
Crew have been issued with advice on no travel areas and emergency response processes
Location scouts continuing with mostly local team
Next block of filming due to recommence on the 20th July through 7th August
Air defence system operating effectively
Additional training for non-local staff on emergency response procedures
- Comparison with previous events

**Stephen Smith**
**Head of Security, Europe**
**International Security & Crisis Management**

+44 (0) 20 3618 5082 (office)
# REDACTED

**NBCUniversal**
NBCUniversal International
1 Central St Giles
St Giles High Street
London WC2H 8NU
United Kingdom
www.nbcuni.com

EXHIBIT 16, PAGE 20