LUCIA E. COYOCA (SBN 128314)
  lec@msk.com
VALENTINE A. SHALAMITSKI (SBN 236061)
  vas@msk.com
DANIEL M. HAYES (SBN 240250)
  dmh@msk.com
MITCHELL SILBERBERG & KNUPP LLP
11377 West Olympic Boulevard
Los Angeles, CA 90064-1683
Telephone:  (310) 312-2000
Facsimile:  (310) 312-3100

Attorneys for Plaintiffs
Universal Cable Productions LLC and
Northern Entertainment Productions LLC

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA  -- WESTERN DIVISION

| | |
|---|---|
| UNIVERSAL CABLE PRODUCTIONS LLC and NORTHERN ENTERTAINMENT PRODUCTIONS LLC,<br><br>         Plaintiffs,<br><br>    v.<br><br>ATLANTIC SPECIALTY INSURANCE COMPANY,<br><br>         Defendant. | CASE NO. 2:16-cv-4435-PA-MRW<br><br>Honorable Percy Anderson<br><br>**NOTICE OF LODGING:**<br><br>**STATEMENT OF GENUINE ISSUES AND ADDITIONAL MATERIAL FACTS**<br><br>[Opposition Memorandum; Statement of Genuine Issues and Additional Material Facts; Evidentiary Objections; Table of Contents of Evidence; Declarations of George Walden, Matthew Levitt, Dennis Ross, Harold Koh, Ty Sagalow, and Lucia Coyoca Filed / Lodged Concurrently Herewith]<br><br>Date:      May 22, 2017<br>Time:     1:30 p.m.<br>Ctrm.:    9A, First St Courthouse |

Mitchell Silberberg & Knupp LLP

8837563.1

NOTICE OF LODGING
STATEMENT OF GENUINE ISSUES AND ADDITIONAL MATERIAL FACTS

1  TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD HEREIN:

2       PLEASE TAKE NOTICE that, pursuant to Local Rule 56-1, in connection

3  with their concurrently filed Memorandum Of Points And Authorities In

4  Opposition To Defendant's Motion For Summary Judgment, Plaintiffs Universal

5  Cable Productions LLC and Northern Entertainment Productions LLC hereby

6  lodge the attached Statement of Genuine Issues And Additional Material Facts.

7

8  DATED: May 1, 2017         MITCHELL SILBERBERG & KNUPP LLP

9

10                                 By: /s/ *Lucia E. Coyoca*

11                                      Lucia E. Coyoca
                                     Attorneys for Plaintiffs
                                     Universal Cable Productions LLC and

12                                      Northern Entertainment Productions LLC

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

NOTICE OF LODGING
STATEMENT OF GENUINE ISSUES AND ADDITIONAL MATERIAL FACTS