| | |
|---|---|
| 1 | LUCIA E. COYOCA (SBN 128314) |
|   | lec@msk.com |
| 2 | VALENTINE A. SHALAMITSKI (SBN 236061) |
|   | vas@msk.com |
| 3 | DANIEL M. HAYES (SBN 240250) |
|   | dmh@msk.com |
| 4 | MITCHELL SILBERBERG & KNUPP LLP |
|   | 11377 West Olympic Boulevard |
| 5 | Los Angeles, CA 90064-1683 |
|   | Telephone:  (310) 312-2000 |
| 6 | Facsimile:  (310) 312-3100 |

Attorneys for Plaintiffs
Universal Cable Productions LLC and
Northern Entertainment Productions LLC

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| UNIVERSAL CABLE PRODUCTIONS LLC and NORTHERN ENTERTAINMENT PRODUCTIONS LLC, | CASE NO. 2:16-cv-4435-PA-MRW |
| | The Honorable Percy Anderson |
| Plaintiffs, | **TABLE OF CONTENTS OF EVIDENCE IN SUPPORT OF PLAINTIFFS UNIVERSAL CABLE PRODUCTIONS LLC AND NORTHERN ENTERTAINMENT PRODUCTIONS LLC'S OPPOSITION TO DEFENDANT'S MOTION FOR PARTIAL SUMMARY JUDGMENT** |
| v. | |
| ATLANTIC SPECIALTY INSURANCE COMPANY, | |
| Defendant. | |
| | [Opposition Memorandum; Notice of Lodging Statement of Genuine Issues and Additional Material Facts; Statement of Genuine Issues and Additional Material Facts; Evidentiary Objections; Declarations of George Walden, Matthew Levitt, Dennis Ross, Harold Koh, Ty Sagalow, and Lucia Coyoca filed / lodged concurrently herewith] |
| | Date:       May 22, 2017 |
| | Time:      1:30 pm |
| | Ctrm.:     9A, First St. Courthouse |

**TABLE OF CONTENTS OF EVIDENCE
IN SUPPORT OF UNIVERSAL'S OPPOSITION TO DEFENDANT'S MOTION FOR PARTIAL
SUMMARY JUDGMENT**

8838442.1

# TABLE OF CONTENTS OF EVIDENCE

**Declarations and Exhibits in support of Plaintiffs' Opposition to Defendant's Motion For Partial Summary Judgment**

1. **Declaration of Lucia Coyoca**

    **Exhibit 51**: December 13, 2009 email from Martin Ridgers to George Walden and Wanda Phillips

    **Exhibit 52**: December 16, 2009 email from Martin Ridgers to George Walden, Susan Weiss and Wanda Phillips, attached as Exhibit 42 to the deposition of Susan Weiss ("Weiss Dep.")

    **Exhibit 53**: Insurance Service Office form number CG 00 02 04 13

    **Exhibit 54**: Insurance Service Office form number CA 00 20 03 10

    **Exhibit 55**: Atlantic entertainment production policy issued to a Publicis Groupe/MMS USA Holdings, Inc.

    **Exhibit 56**: October 28, 1972 Richard Nixon: "Campaign Statement About Crime and Drug Abuse"

    **Exhibit 57**: October 2, 1982 Ronald Reagan: "Radio Address to the Nation on Federal Drug Policy"

    **Exhibit 58**: January 8, 1964 Lyndon B. Johnson: "Annual Message to the Congress on the State of the Union

    **Exhibit 59**: *Bill O'Reilly: War on Christmas won by the good guys, but insurgents remain*

    **Exhibit 60**: *Three reasons why the New York Times' War on Christmas is all wrong*

    **Exhibit 61**: *How the 'War on Christmas' Controversy Was Created*

    **Exhibit 62**: *Attack on America: The Insurance Coverage Issues*

1

TABLE OF CONTENTS OF EVIDENCE
IN SUPPORT OF UNIVERSAL'S OPPOSITION TO DEFENDANT'S MOTION FOR PARTIAL
SUMMARY JUDGMENT

8838442.1

**Exhibit 63**: *'Act of War" Exclusion Doesn't Apply to Attacks, Insurer Say*

**Exhibit 64**: *A Look at Invoking War Exclusions*

**Exhibit 65**: Encyclopedia Brittanica: Arab-Israeli wars

**Exhibit 66**: Joint Stipulation re: Discovery Motion, filed on April 27, 2017 as ECF No. 69

**Exhibit 67**: Deposition Transcript of Theresa Gooley (excerpts)

**Exhibit 68**: Deposition Transcript of Daniel Gutterman (excerpts)

**Exhibit 69**: July 18, 2014 email from Daniel Gutterman to himself

**Exhibit 70**: July 16, 2014 email chain among Daniel Gutterman and Pamela Johnson

**Exhibit 71**: July 16, 2014 email chain among Daniel Gutterman and Pamela Johnson

**Exhibit 72**: July 17, 2015 case with Westlaw cover email from Westlaw to Pamela Johnson

**Exhibit 73**: Atlantic's General Claim Practices guidelines

**Exhibit 74**: *Take Away Their Guns – Then We'll Talk*

**Exhibit 75**: *Gaza's marvels of engineering; Hamas gunmen can live in tunnels for weeks*

**Exhibit 76:** *IDF announces major operation in Gaza as rocket fire escalates in South*

2. **Declaration of George Walden**

   **Exhibit 1**: December 7, 2009 email from Martin Ridgers to George Walden and Wanda Phillips

   **Exhibit 2**: December 16, 2009 email from Martin Ridgers to George Walden, Susan Weiss and Wanda Phillips

   **Exhibit 3**: December 16, 2009 email from Martin Ridgers to George

| | |
|---|---|
| | Walden, Susan Weiss and Wanda Phillips |
| | **Exhibit 4**:  December 17, 2009 email from George Walden to Wanda Phillips and Martin Ridgers |
| | **Exhibit 5**:  March 26, 2010 email from Susan Weiss to Kurt Ford |
| 3. | **Declaration of Ty R. Sagalow** |
| | **Exhibit A:**  Rebuttal Expert Report |
| 4. | **Declaration of Ambassador Dennis Ross** |
| | **Exhibit B:**  Rebuttal Expert Report |
| 5. | **Declaration of Harold Hongyu Koh** |
| | **Exhibit C:**  Rebuttal Expert Report |
| 6. | **Declaration of Dr. Matthew Levitt** |
| | **Exhibit D:**  Rebuttal Expert Report |

Mitchell Silberberg & Knupp LLP

8838442.1

3

**TABLE OF CONTENTS OF EVIDENCE
IN SUPPORT OF UNIVERSAL'S OPPOSITION TO DEFENDANT'S MOTION FOR PARTIAL SUMMARY JUDGMENT**