LUCIA E. COYOCA (SBN 128314)
lec@msk.com
VALENTINE A. SHALAMITSKI (SBN 236061)
vas@msk.com
DANIEL M. HAYES (SBN 240250)
dmh@msk.com
MITCHELL SILBERBERG & KNUPP LLP
11377 West Olympic Boulevard
Los Angeles, CA 90064-1683
Telephone: (310) 312-2000
Facsimile: (310) 312-3100

Attorneys for Plaintiffs
Universal Cable Productions LLC and
Northern Entertainment Productions LLC

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

UNIVERSAL CABLE PRODUCTIONS LLC and NORTHERN ENTERTAINMENT PRODUCTIONS LLC,

Plaintiffs,

v.

ATLANTIC SPECIALTY INSURANCE COMPANY,

Defendant.

CASE NO. 2:16-cv-4435-PA-MRW

The Honorable Percy Anderson

**NOTICE OF ERRATA RE DOCUMENT FILED AS ECF. NO. 80**

Date: May 22, 2017
Time: 1:30 pm
Ctrm.: 9A, First St. Courthouse

TO THE COURT, DEFENDANT, AND ITS ATTORNEYS OF RECORD:

Please take notice that, Plaintiffs Universal Cable Productions LLC and Northern Entertainment Productions LLC (collectively, "Universal") filed their Memorandum of Points and Authorities in Opposition to Defendant's Motion for Summary Judgment (ECF No. 80) with the Table of Contents but inadvertently did not include the Table of Authorities.

Universal hereby re-files the document with the Table of Authorities, which is titled "Corrected Memorandum of Points and Authorities in Opposition to Defendant's Motion for Summary Judgment."

DATED: MAY 1, 2017 MITCHELL SILBERBERG & KNUPP LLP

By: /s/ Lucia E. Coyoca
Lucia E. Coyoca
Attorneys for Plaintiffs Universal Cable Productions LLC and Northern Entertainment Productions LLC