1  LUCIA E. COYOCA (SBN 128314)
     lec@msk.com
2  VALENTINE A. SHALAMITSKI (SBN 236061)
     vas@msk.com
3  DANIEL M. HAYES (SBN 240250)
     dmh@msk.com
4  MITCHELL SILBERBERG & KNUPP LLP
   11377 West Olympic Boulevard
5  Los Angeles, CA 90064-1683
   Telephone:  (310) 312-2000
6  Facsimile:  (310) 312-3100

7  Attorneys for Plaintiffs
   Universal Cable Productions LLC and
8  Northern Entertainment Productions LLC

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| UNIVERSAL CABLE PRODUCTIONS LLC and NORTHERN ENTERTAINMENT PRODUCTIONS LLC, <br><br> Plaintiffs, <br><br> v. <br><br> ATLANTIC SPECIALTY INSURANCE COMPANY, <br><br> Defendant. | CASE NO. 2:16-cv-4435-PA-MRW <br><br> The Honorable Percy Anderson <br><br> **NOTICE OF ERRATA REGARDING ECF NO. 77, DECLARATION OF HAROLD HONGJU KOH IN SUPPORT OF OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT** <br><br> Date:  May 22, 2017 <br> Time:  1:30 pm <br> Ctrm.:  9A, First St. Courthouse |
|---|---|

**NOTICE OF ERRATA RE: ECF NO. 77, DECLARATION OF HAROLD HONGJU KOH IN SUPPORT OF OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

8838982.2

TO THE COURT, DEFENDANT, AND ITS ATTORNEYS OF RECORD:

Please take notice that Plaintiffs Universal Cable Productions LLC and Northern Entertainment Productions LLC (collectively, "Universal") inadvertently omitted the Declaration of Harold Hongju Koh (Koh Declaration) from their filing of Declarations in Opposition to Atlantic's Motion for Summary Judgment (ECF No. 77).

Upon review of the ECF docket this morning, counsel for Universal realized the Koh Declaration had been omitted by mistake. Universal hereby files the Koh Declaration and respectfully requests that the Court accept it in support of Universal's Opposition to Atlantic's Motion for Summary Judgment.

DATED: MAY 2, 2017          MITCHELL SILBERBERG & KNUPP LLP

By: /s/ Lucia E. Coyoca
Lucia E. Coyoca
Attorneys for Plaintiffs Universal Cable
Productions LLC and Northern Entertainment
Productions LLC

---

1

**NOTICE OF ERRATA RE: ECF NO. 77, DECLARATION OF HAROLD HONGJU KOH IN SUPPORT OF OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**