1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| UNIVERSAL CABLE PRODUCTIONS LLC, *et al.*, | CASE NO. 2:16-cv-4435-PA-MRW |
|---|---|
| Plaintiffs, | [~~PROPOSED~~] ORDER ON JOINT STIPULATION RE: DISCOVERY MOTION |
| v. | Judge: Hon. Michael R. Wilner |
| ATLANTIC SPECIALTY INSURANCE COMPANY, | File Date: June 20, 2016<br>Discovery Cutoff: May 12, 2017<br>Pre-Trial Conf.: June 16, 2017<br>Trial Date: July 25, 2017 |
| Defendant. | |

8780473.2

[PROPOSED] ORDER ON JOINT STIPULATION RE: DISCOVERY MOTION

**[~~PROPOSED~~] ORDER**

Based on the Joint Stipulation Re: Discovery Motion and good cause appearing, the Court hereby orders as follows:

    At trial in this matter, the following stipulated fact shall be read to the jury as part of the evidentiary record: "Other than in connection with the *Dig* Claim and one other claim evidenced by the email labeled ATL000785-ATL000788, and after conducting a diligent and reasonable inquiry of current and former employees and a thorough search of all reasonably accessible records, Atlantic has found no evidence that it considered the application of a war exclusion (the exclusions set forth in General Conditions, Section III(1)-(4) of the policy at issue in this lawsuit, or any similar war exclusion language) to an insurance claim submitted to it for handling."

IT IS SO ORDERED.

Dated:  May 3,  2017

*/s/*

The Honorable Michael R. Wilner
UNITED STATES MAGISTRATE JUDGE