# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | CV 16-4435 PA (MRWx) | Date | May 3, 2017 |
| Title | Universal Cable v. Atlantic Specialty Insurance | | |

Present: The Honorable    Michael R. Wilner

| Veronica Piper | CS 5/3/2017 |
|---|---|
| Deputy Clerk | Court Smart / Reporter |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendant: |
|---|---|
| Daniel Hayes | Toni Reed<br>Marc Shrake |

**Proceedings:**      ORDER RE: MOTION TO COMPEL

       The Court conducted a hearing today on Plaintiff's motion to compel. (Docket # 43.) The matter is taken under submission and the Court will issue a ruling.

|  | : | 40 |
|---|---|---|
|  | Initials of Preparer | vp |