MARC J. SHRAKE (SBN 219331)
  mjs@amclaw.com
ANDERSON, MCPHARLIN & CONNERS LLP
707 Wilshire Boulevard, Suite 4000
Los Angeles, California 90017-3623
Telephone: (213) 236-1691
Facsimile: (213) 622-7594

MICHAEL KEELEY *(Pro Hac Vice)*
  michael.keeley@strasburger.com
TONI SCOTT REED *(Pro Hac Vice)*
  toni.reed@strasburger.com
CARLA C. CRAPSTER *(Pro Hac Vice)*
  carla.crapster@strasburger.com
STRASBURGER & PRICE, LLP
901 Main Street, Suite 4400
Dallas, Texas 75202
Telephone: (214) 651-4300
Facsimile: (214) 651-4330

Attorneys for Defendant
Atlantic Specialty Insurance Company

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| UNIVERSAL CABLE PRODUCTIONS LLC, a Delaware limited liability company, and NORTHERN ENTERTAINMENT PRODUCTIONS LLC, a Delaware limited liability company,<br><br>            Plaintiffs,<br><br>      vs.<br><br>ATLANTIC SPECIALTY INSURANCE COMPANY, a New York insurance company,<br><br>            Defendant. | Case No. 2:16-cv-04435-PA-MRW<br><br>**NOTICE OF ERRATA RE DOCUMENT FILED AS ECF. NO. 74**<br><br>Date:   May 22, 2017<br>Time:   1:30 p.m.<br>Ctrm.:   9A, First St. Courthouse |

**NOTICE OF ERRATA RE DOCUMENT FILED AS ECF. NO. 74**

ANDERSON, McPHARLIN & CONNERS LLP
LAWYERS
707 WILSHIRE BOULEVARD, SUITE 4000
LOS ANGELES, CALIFORNIA 90017-3623

TO THE COURT, PLAINTIFFS, AND THEIR ATTORNEYS OF RECORD:

Please take notice that Defendant Atlantic Specialty Insurance Company ("Atlantic"), in its Opposition to Plaintiffs' Motion for Partial Summary Judgment (Doc. 74), inadvertently used incorrect citation numbers to Atlantic's Additional Material Facts in Section II of its "Statement of Genuine Disputes of Material Facts in Support of Opposition to Plaintiffs' Motion for Partial Summary Judgment" (Doc. 74-1) ("SGI").

After revising its SGI to comply with the Court's Civil Trial Scheduling Order (part II.A.3.) to number the Additional Material Facts by picking up sequentially after the movant's last-numbered statement of fact, Atlantic's citations in its Opposition brief were not updated to reflect this new numbering.

Atlantic is therefore filing a Corrected Opposition to Plaintiffs' Motion for Partial Summary Judgment that contains the correctly numbered citations and accurately cites to "SGI" (Doc. 74-1) as intended (and not to SUF).

No other changes have been made to Atlantic's Opposition brief.

DATED: May 3, 2017　　　　MARC J. SHRAKE
　　　　　　　　　　　　　　ANDERSON, McPHARLIN & CONNERS LLP

　　　　　　　　　　　　　　-and-

　　　　　　　　　　　　　　MICHAEL KEELEY *(Pro Hac Vice)*
　　　　　　　　　　　　　　TONI SCOTT REED *(Pro Hac Vice)*
　　　　　　　　　　　　　　CARLA C. CRAPSTER *(Pro Hac Vice)*
　　　　　　　　　　　　　　STRASBURGER & PRICE, LLP

　　　　　　　　　　　　　　By:　*/s/ Michael Keeley*
　　　　　　　　　　　　　　　　　Michael Keeley
　　　　　　　　　　　　　　Attorneys for Defendant ATLANTIC SPECIALTY INSURANCE COMPANY