# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| Universal Cable Productions LLC, et al., | CASE NUMBER |
|---|---|
| PLAINTIFF(S) | 2:16-cv-04435-PA-MRWx |
| v. | |
| Atlantic Specialty Insurance Company, | **RESPONSE BY THE COURT TO NOTICE TO FILER OF DEFICIENCIES IN ELECTRONICALLY FILED DOCUMENTS** |
| DEFENDANT(S). | |

In accordance with the Notice to Filer Of Deficiencies In Electronically Filed Documents

**REGARDING:**

| May 1, 2017 | 75 | Motion to Strike |
|---|---|---|
| Date Filed | Doc. No. | Title of Doc. |

**IT IS HEREBY ORDERED:**

☐ The document is accepted as filed
☑ The document is stricken ~~and counsel is ordered to file an amended or corrected document by~~ _____.
☐ The hearing date has been rescheduled to _____ at _____
☑ Other

   Hearing information is untimely. (L.R. 6-1)  Incorrect event selected.


                                                            Clerk, U.S. District Court

Dated: May 4, 2017                      By: /s/ V.R. Vallery
                                            Deputy Clerk

cc: Assigned District Judge and/or Magistrate Judge