MARC J. SHRAKE (Bar No. 219331)
 mjs@amclaw.com
ANDERSON, McPHARLIN & CONNERS LLP
707 Wilshire Boulevard, Suite 4000
Los Angeles, California 90017-3623
Telephone: (213) 688-0080 ♦ Facsimile: (213) 622-7594

MICHAEL KEELEY (*Pro Hac Vice*)
 michael.keeley@strasburger.com
TONI SCOTT REED (*Pro Hac Vice*)
 toni.reed@strasburger.com
CARLA C. CRAPSTER (*Pro Hac Vice*)
 carla.crapster@strasburger.com
STRASBURGER & PRICE, LLP
901 Main Street, Suite 4400
Dallas, Texas 75202
Telephone: (214) 651-2034 ♦ Facsimile: (214) 659-4060

Attorneys for Defendant ATLANTIC SPECIALTY INSURANCE COMPANY

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| UNIVERSAL CABLE PRODUCTIONS, LLC, a Delaware limited liability company, and NORTHERN ENTERTAINMENT PRODUCTIONS LLC, a Delaware limited liability company,<br><br>Plaintiffs,<br><br>vs.<br><br>ATLANTIC SPECIALTY INSURANCE COMPANY, a New York insurance company,<br><br>Defendant. | Case No. 2:16-cv-04435-PA-MRW<br><br>**NOTICE OF ATLANTIC SPECIALTY INSURANCE COMPANY'S FILING OF DOCUMENTS PURSUANT TO LOCAL RULE 79-5.2.2(a)**<br><br>Date: May 22, 2017<br>Time: 1:30 p.m.<br>Ctrm: 9A, First St Courthouse |

/ / /

/ / /

Pursuant to Local Rule 79-5, Defendant Atlantic Specialty Insurance Company ("Atlantic") hereby files copies of the documents that Atlantic sought to file under seal by their Application dated April 24, 2017 [ECF No. 54, the "Application"). On April 26, 2017, the Court denied Atlantic's Application [ECF No. 71]. Thus, Atlantic hereby re-files the following documents so that they may be considered by the Court:

1. Exhibits 111 through 146 to the Declaration of Carla C. Crapster in Support of Defendant Atlantic Specialty Insurance Company's Notice of Motion and Motion for Summary Judgment, or Alternatively Partial Summary Judgment:

| Exhibit No. | Description | Page Nos. |
|---|---|---|
| 111. | UCP000736 E-mail from Stephen Smith to Mark Binke (July 17, 2014 06:47 PST). | 1284-1285 |
| 112. | E-mail from Susan Weiss to Wendy Diaz (March 23, 2015 16:39 PST). | 1286-1359 |
| 113. | UCP000442 E-mail from Andrea Garber to Randi Richmond (July 14, 2014 10:03 PST). | 1360-1362 |
| 114. | UCP00663 Israel Dig Update, Security in Confidence: NBCUniversal Int'l. Security Briefing (NBCUniversal, New York, N.Y.) July 09, 2014. | 1363-1372 |
| 115. | UCP001419 E-mail from Stephen Smith to Mark Binke (July 21, 2014 04:17 PST). | 1373-1375 |
| 116. | UCP001595 E-mail from Stephen Smith, Head of Security, Europe, NBCUniversal to Paige Potter, Administrative Assistant, NBCUniversal (June 16, 2014 11:46 PST). | 1376-1379 |

| Exhibit No. | Description | Page Nos. |
|---|---|---|
| 117. | UCP003562 E-mail from Stephen Smith to Randi Richmond (May 01, 2014, 03:15 a.m. PST). | 1380-1383 |
| 118. | UCP001873 E-mail from Randi Richmond to Stephen Smith (June 14, 2015 05:16 PST). | 1384-1388 |
| 119. | Excerpts of Stephen Smith Deposition Transcript (April 18-19, 2017). | 1389-1469 |
| 120. | UCP001085-86 E-mail from Randi Richmond to Brian Brady (Feb. 03, 2014 14:30 PST). | 1470-1472 |
| 121. | UCP001286 E-mail from Stephen Smith to Mark Binke (July 16, 2014 24:16 PST). | 1473-1474 |
| 122. | UCP002797-2800 *Israel Dig Update*, Security in Confidence: NBCUniversal Int'l. Security Briefing (NBCUniversal, New York, N.Y.) July 01, 2014. | 1475-1486 |
| 123. | UCP001874-1876 E-mail from Jay Footlik to Randi Richmond (June 13, 2014 15:16 PST). | 1487-1491 |
| 124. | UCP002343 E-mail from Stephen Smith to Randi Richmond (June 15, 2014 07:38 PST). | 1492-1494 |
| 125. | UCP000349 E-mail from Stephen Smith to Randi Richmond (June 15, 2014 09:36 PST). | 1495-1501 |
| 126. | UCP003591-92 E-mail from Penelope Kennedy to Randi Richmond (July 03, 2014 23:22 PST**).** | 1502-1504 |
| 127. | UCP000485 E-mail from Erin Noordeloos to Mark Binke (July 08, 2014 09:23 PST). | 1505-1506 |

ANDERSON, McPHARLIN & CONNERS LLP
LAWYERS
707 WILSHIRE BOULEVARD, SUITE 4000
LOS ANGELES, CALIFORNIA 90017-3623
TEL (213) 688-0080 • FAX (213) 622-7594

1617760.1 05608-054

3

NOTICE OF ATLANTIC SPECIALTY'S FILING OF DOCUMENTS PURSUANT TO LOCAL RULE 79-5.2.2(a)

| Exhibit No. | Description | Page Nos. |
|---|---|---|
| 128. | UCP002468-2470 E-mail from Chris Biggs to Erin Noordeloos and to Stephen Smith (July 10, 2014 02:40 PST). | 1507-1510 |
| 129. | UCP000940 E-mail from Stephen Smith to Mark Binke (July 10, 2014 8:09). | 1511-1512 |
| 130. | UCP002710 E-mail from Stephen Smith to Randi Richmond (July 08, 2014 12:41 PST). | 1513-1515 |
| 131. | UCP002790 E-mail from Chris Biggs to Stephen Smith, with attachment (July 1, 2014 02:12 PST). | 1516-1527 |
| 132. | UCP001855 E-mail from Stephen Smith to Randi Richmond (July 8, 2014 12:41 PST). | 1528-1530 |
| 133. | UCP000888-000896 E-mail from Stephen Smith to Randi Richmond (July 09, 2014 06:16 PST). | 1531-1540 |
| 134. | UCP003467 E-mail from Stephen Smith to Mark Binke (July 17, 2014 13:01 PST). | 1541-1542 |
| 135. | UCP000503 E-mail from Tom McCarthy to Mark Binke (July 17, 2014 15:03 PST). | 1543-1544 |
| 136. | UCP001462 E-mail from Stephen Smith to Mark Binke (July 18, 2014 06:43 PST). | 1545-1546 |
| 137. | UCP001013 E-mail from Randi Richmond to Stephen Smith (July 02, 2014 05:49 PST). | 1547-1549 |
| 138. | UCP000993 E-mail from Stephen Smith to Mark Binke (July 10, 2014 07:52 PST). | 1550-1551 |

| Exhibit No. | Description | Page Nos. |
|---|---|---|
| 139. | UCP000346 E-mail from Curt Williams to Deborah Kizner (June 16, 2014 08:05 PST). | 1552-1558 |
| 140. | UCP000870 E-mail from Malika Adams to Kurt Ford (July 03, 2014 10:58 PST). | 1559-1567 |
| 141. | UCP000422 E-mail from Malika Adams to Randi Richmond (July 07, 2014 20:11 PST). | 1568-1576 |
| 142. | UCP001037 E-mail from Stephen Smith to Mark Binke (July 02, 2014 02:21 PST). | 1577-1580 |
| 143. | UCP020043-47: E-mail chain regarding Jerusalem Film Fest postponing opening night in wake of Israeli-Palestinian Hostilities. | 1581-1586 |
| 144. | UCP001877 E-mail from Stephen Smith to Stephen Smith, with attachment (May 22, 2014 09:09 PST) | 1587-1598 |
| 145. | UCP001129 E-mail from Stephen Smith to Randi Richmond (June 17, 2014 22:14 PST). | 1599-1601 |
| 146. | UCP001065 E-mail from Stephen Smith to Mark Binke (July 1, 2014 06:05 PST). | 1602-1605 |

2. An Un-redacted Version of the Notice of Motion and Motion for Summary Judgment, or Alternatively Partial Summary Judgment, and Memorandum of Points and Authorities; and

3. An Un-redacted Version of the Statement of Uncontroverted Facts and Conclusions of Law, in support of Notice of Motion and Motion for Summary Judgment, or Alternatively Partial Summary Judgment, and

Memorandum of Points and Authorities.

By agreement between the Parties, some of the foregoing documents include minor redactions of material that is not relevant to the Parties' pending Motions for Summary Judgment and on which neither Party will rely.

DATED: May 4, 2017

MARC J. SHRAKE
ANDERSON, McPHARLIN & CONNERS LLP

-and-

MICHAEL KEELEY (Pro Hac Vice)
TONI SCOTT REED *(Pro Hac Vice)*
CARLA C. CRAPSTER *(Pro Hac Vice)*
STRASBURGER & PRICE, LLP

By:  /s/ Michael Keeley
     Michael Keeley
Attorneys for Defendant ATLANTIC SPECIALTY INSURANCE COMPANY

NOTICE OF ATLANTIC SPECIALTY'S FILING OF DOCUMENTS PURSUANT TO LOCAL RULE 79-5.2.2(a)