MARC J. SHRAKE (SBN 219331)
  mjs@amclaw.com
ANDERSON, MCPHARLIN & CONNERS LLP
707 Wilshire Boulevard, Suite 4000
Los Angeles, California 90017-3623
Telephone: (213) 236-1691
Facsimile: (213) 622-7594

MICHAEL KEELEY *(Pro Hac Vice)*
  michael.keeley@strasburger.com
TONI SCOTT REED *(Pro Hac Vice)*
  toni.reed@strasburger.com
CARLA C. CRAPSTER *(Pro Hac Vice)*
  carla.crapster@strasburger.com
STRASBURGER & PRICE, LLP
901 Main Street, Suite 6000
Dallas, Texas 75202
Telephone: (214) 651-4300
Facsimile: (214) 651-4330

Attorneys for Defendant
Atlantic Specialty Insurance Company

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION**

| | |
|---|---|
| UNIVERSAL CABLE PRODUCTIONS LLC, a Delaware limited liability company, and NORTHERN ENTERTAINMENT PRODUCTIONS LLC, a Delaware limited liability company,<br><br>        Plaintiffs,<br><br>    vs.<br><br>ATLANTIC SPECIALTY INSURANCE COMPANY, a New York insurance company,<br><br>        Defendant. | Case No. 2:16-cv-04435-PA-MRW<br><br>**DEFENDANT ATLANTIC SPECIALTY INSURANCE COMPANY'S STATEMENT OF UNCONTROVERTED FACTS AND CONCLUSIONS OF LAW IN SUPPORT OF ITS MOTION FOR SUMMARY JUDGMENT OR, ALTERNATIVELY, PARTIAL SUMMARY JUDGMENT**<br><br>[*Filed Concurrently with Notice of Motion and Motion for Summary Judgment; Memorandum of Points and Authorities; Volume of Summary Judgment Evidence – Part I (including Declarations of Frank G. Lowenstein, Peter D. Williams, and Carla C. Crapster); Volume of Summary Judgment Evidence – Part II; Request for Judicial Notice; Proposed Judgment; Application for Leave to File Under Seal (Including Declaration of Carla C. Crapster); Stipulation of Authenticity]*<br><br>Date:  May 22, 2017<br>Time:  1:30 p.m. |

ANDERSON, MCPHARLIN & CONNERS LLP
LAWYERS
707 WILSHIRE BOULEVARD, SUITE 4000
LOS ANGELES, CALIFORNIA 90017-3623

Place:  Courtroom 9A
Judge:  Honorable Percy Anderson
Discovery Cutoff:  June 2, 2017
Pretrial Conference:  June 16, 2017
Trial:  July 25, 2017

Defendant Atlantic Specialty Insurance Company ("Atlantic") submits this Statement of Uncontroverted Facts and Conclusions of Law ("SUF") pursuant to Rule 56 of the Federal Rules of Civil Procedure and Local Rule 56-1 in support of its concurrently filed Motion for Summary Judgment or, Alternatively, Partial Summary Judgment ("Motion"). This Statement of Uncontroverted Facts and Conclusions of Law is in support of both the Summary Judgment and Partial Summary Judgment aspects of the Motion."

## I  UNCONTROVERTED FACTS

| Uncontroverted Fact | Supporting Evidence |
|---|---|
| 1.     The Palestinian political identity emerged between 1923 and 1948. | • Jim Zanotti, Cong. Research Serv., RL34074, The Palestinians: Background and U.S. Relations 2 (2015). Ex. 4 to Atlantic Specialty Insurance Company's Separately Bound Volume of Evidence in Support of Atlantic's Motion for Summary Judgment ("Atlantic's Evid."), p. 45.<br><br>• This document is self-authenticating under Federal Rule of Evidence 902(5). |
| 2.     In 1947, the United Nations intended to create two states in what are now Israel and Palestine: one | • Jim Zanotti, Cong. Research Serv., RL34074, The Palestinians: Background and U.S. Relations 2 |

ANDERSON, MCPHARLIN & CONNERS LLP
LAWYERS
707 WILSHIRE BOULEVARD, SUITE 4000
LOS ANGELES, CALIFORNIA 90017-3623

ANDERSON, MCPHARLIN & CONNERS LLP
LAWYERS
707 WILSHIRE BOULEVARD, SUITE 4000
LOS ANGELES, CALIFORNIA 90017-3623

| | |
|---|---|
| Jewish and one Arab. But for reasons that are still disputed, it ultimately founded only the Jewish state: Israel. | (2015). Ex. 4 to Atlantic's Evid., p. 45.<br>• This document is self-authenticating under Federal Rule of Evidence 902(5).<br>• This fact is the subject of a request for judicial notice. |
| **3.**    In 1947 and 1948, there was an "Arab-Israeli war," in which Israel defeated Arab nations and declared its independence. | • Jim Zanotti, Cong. Research Serv., RL34074, The Palestinians: Background and U.S. Relations 2 (2015). Ex. 4 to Atlantic's Evid., p. 45.<br>• U.S. Dep't of State, Bureau of Democracy, Human Rights and Labor, Country Report on Human Rights Practices for 2014, 17 (2015), *available at* https://www.state.gov/documents/organization/236814.pdf. Ex. 5 to Atlantic's Evid., p. 106.<br>• These documents are self-authenticating under Federal Rule of Evidence 902(5).<br>• This fact is the subject of a request for judicial notice. |
| **4.**    Almost 700,000 Palestinians were driven or fled from their homes as a result of the 1947 and 1948 "Arab-Israeli war." | • Jim Zanotti, Cong. Research Serv., RL34074, The Palestinians: Background and U.S. Relations 2 (2015). Ex. 4 to Atlantic's Evid., p. 45. |

STATEMENT OF UNCONTROVERTED FACTS IN SUPPORT OF ATLANTIC SPECIALTY'S
MOTION FOR SUMMARY JUDGMENT OR, ALTERNATIVELY, PARTIAL SUMMARY JUDGMENT

ANDERSON, MCPHARLIN & CONNERS LLP
*LAWYERS*
707 WILSHIRE BOULEVARD, SUITE 4000
LOS ANGELES, CALIFORNIA 90017-3623

| | |
|---|---|
| | • U.S. Dep't of State, Bureau of Democracy, Human Rights and Labor, Country Report on Human Rights Practices for 2014, 17 (2015), *available at* https://www.state.gov/documents/organization/236814.pdf. Ex. 5 to Atlantic's Evid., p. 106. <br> • These documents are self-authenticating under Federal Rule of Evidence 902(5). |
| **5.**    The Palestinians who remained in the West Bank and Gaza following the "Arab-Israeli war" were subject to either Egyptian, Jordanian, or Israeli rule. | • Jim Zanotti, Cong. Research Serv., RL34074, The Palestinians: Background and U.S. Relations 2-3 (2015). Ex. 4 to Atlantic's Evid., p. 45-46. <br> • This document is self-authenticating under Federal Rule of Evidence 902(5). |
| **6.**    In June of 1967, the Six-Day War occurred, in which Israel defeated the Arab states who had styled themselves as Palestinians' protectors. | • Jim Zanotti, Cong. Research Serv., RL34074, The Palestinians: Background and U.S. Relations 3 (2015). Ex. 4 to Atlantic's Evid., p. 46. <br> • This document is self-authenticating under Rule 902(5). <br> • This fact is the subject of a request for judicial notice. |

**STATEMENT OF UNCONTROVERTED FACTS IN SUPPORT OF ATLANTIC SPECIALTY'S MOTION FOR SUMMARY JUDGMENT OR, ALTERNATIVELY, PARTIAL SUMMARY JUDGMENT**

ANDERSON, McPHARLIN & CONNERS LLP
LAWYERS
707 WILSHIRE BOULEVARD, SUITE 4000
LOS ANGELES, CALIFORNIA 90017-3623

| 7. | As a result of the 1967 Six-Day War, Israel gained control over the entire area that constituted Palestine. | • Jim Zanotti, Cong. Research Serv., RL34074, The Palestinians: Background and U.S. Relations 3 (2015). Ex. 4 to Atlantic's Evid., p. 46. |
|---|---|---|

- Jim Zanotti, Cong. Research Serv., RL34074, The Palestinians: Background and U.S. Relations 3 (2015). Ex. 4 to Atlantic's Evid., p. 46.
- U.S. Department of State, Bureau of Democracy, Human Rights and Labor, Country Report on Human Rights Practices for Israel and the Occupied Territories for 2014 4 (2015), *available at* https://www.state.gov/documents/organization/236814.pdf.  Ex. 5 to Atlantic's Evid., p. 93.
- These documents are self-authenticating under Rule 902(5).
- Affidavit of Frank Lowenstein at 4 ("Lowenstein Aff."). Ex. 1 to Atlantic's Evid., p. 5 ¶ A.
- This fact is the subject of a request for judicial notice.

**8.**     Israel effectively annexed East Jerusalem and the Golan Heights, leaving the West Bank and Gaza under military occupation, but not truly incorporated into Israel.

- Jim Zanotti, Cong. Research Serv., RL34074, The Palestinians: Background and U.S. Relations 3 (2015). Ex. 4 to Atlantic's Evid., p. 46.
- U.S. Department of State, Bureau of Democracy, Human Rights and Labor, Country Report on Human Rights

STATEMENT OF UNCONTROVERTED FACTS IN SUPPORT OF ATLANTIC SPECIALTY'S
MOTION FOR SUMMARY JUDGMENT OR, ALTERNATIVELY, PARTIAL SUMMARY JUDGMENT

ANDERSON, McPHARLIN & CONNERS LLP

LAWYERS
707 WILSHIRE BOULEVARD, SUITE 4000
LOS ANGELES, CALIFORNIA 90017-3623

| | |
|---|---|
| | Practices for Israel and the Occupied Territories for 2014 52 (2015), *available at* https://www.state.gov/documents/organization/236814.pdf. Ex. 5 to Atlantic's Evid., p. 141.<br>• These documents are self-authenticating under Rule 902(5).<br>• Lowenstein Aff. at 4. Ex. 1 to Atlantic's Evid., p. 5 ¶A-B.<br>• This fact is the subject of a request for judicial notice. |
| 9.      There are two competing Palestinian political parties or organizations. Fatah is the largest faction of the confederated multi-party Palestinian Liberation Organization, and is currently led by Yasser Arafat's successor, Mahmoud Abbas. Hamas is a Palestinian Islamic military and socio-political movement that formed in 1987. It has maintained its primary base of political support and military command in the Gaza Strip. | • Jim Zanotti, Cong. Research Serv., RL34074, The Palestinians: Background and U.S. Relations 5 (2015). Ex. 4 to Atlantic's Evid., p. 48.<br>• Jim Zanotti, Cong. Research Serv., R41514, Hamas: Background and Issue for Congress 1-3 (2010). Ex. 8 to Atlantic's Evid., p. 404-06.<br>• These documents are self-authenticating under Rule 902(5). |
| 10.      Hamas's charter, created in 1988, "commits the group to the | • Jim Zanotti, Cong. Research Serv., RL34074, The Palestinians: |

STATEMENT OF UNCONTROVERTED FACTS IN SUPPORT OF ATLANTIC SPECIALTY'S
MOTION FOR SUMMARY JUDGMENT OR, ALTERNATIVELY, PARTIAL SUMMARY JUDGMENT

| | |
|---|---|
| destruction of Israel and the establishment of an Islamic state in all of historic Palestine, comprised of present-day Israel, the West Bank, and Gaza." The charter states:<br><br>    "Israel will exist and will continue to exist until Islam will obliterate it, just as it obliterated others before it." | Background and U.S. Relations 33 (2015). Ex. 4 to Atlantic's Evid., p. 76.<br><br>• This document is self-authenticating under Rule 902(5).<br><br>• Jim Zanotti, Cong. Research Serv., R41514, Hamas: Background and Issue for Congress 13 (2010). Ex. 8 to Atlantic's Evid., p. 416.<br><br>• This document is self-authenticating under Rule 902(5).<br><br>• The Covenant of the Islamic Resistance Movement (Aug. 18, 1988), available at: http://avalon.law.yale.edu/20th_century/hamas.asp. Ex. 9 to Atlantic's Evid., p. 468.<br><br>• This fact is the subject of a request for judicial notice. |
| 11.    In the mid-1990s, the Palestinian Authority (PA) was granted limited rule (under supervening Israeli occupational authority) in the Gaza Strip and parts of the West Bank. | • Jim Zanotti, Cong. Research Serv., RL34074, The Palestinians: Background and U.S. Relations 26 (2015). Ex. 4 to Atlantic's Evid., p. 69.<br><br>• This document is self-authenticating under Rule 902(5).<br><br>• This fact is the subject of a request for judicial notice. |
| 12.    In 2005, Israel unilaterally | • Lowenstein Aff. at 4. Ex. 1 to |

ANDERSON, MCPHARLIN & CONNERS LLP<br>LAWYERS<br>707 WILSHIRE BOULEVARD, SUITE 4000<br>LOS ANGELES, CALIFORNIA 90017-3623

7

ANDERSON, McPHARLIN & CONNERS LLP
LAWYERS
707 WILSHIRE BOULEVARD, SUITE 4000
LOS ANGELES, CALIFORNIA 90017-3623

| | |
|---|---|
| withdrew its military forces and all of its civilians from Gaza, leaving control to the PA. | Atlantic's Evid., p. 5 ¶A.<br><br>• Human Rights Council, *Human Rights Situation in Palestine and other Occupied Arab Territories*, 18, U.N. Doc. A/HRC/29/CRP.4 (June 24, 2015). Ex. 6 to Atlantic's Evid., p. 227.<br><br>• This document is self-authenticating under Rule 902(5).<br><br>• This fact is the subject of a request for judicial notice. |
| **13.** In 2006, Hamas was elected to a majority of the seats in the Palestinian Legislative Council (the legislative branch of the PA) and became the governing authority over Gaza. | • Lowenstein Aff. at 4. Ex. 1 to Atlantic's Evid., p. 5 ¶B.<br><br>• Jim Zanotti, Cong. Research Serv., RL34074, The Palestinians: Background and U.S. Relations 3, 29 (2015). Ex. 4 to Atlantic's Evid., p. 46, 72.<br><br>• This document is self-authenticating under Rule 902(5).<br><br>• Jim Zanotti, Cong. Research Serv., R41514, Hamas: Background and Issue for Congress 3 (2010). Ex. 8 to Atlantic's Evid., p. 406.<br><br>• U.S. Department of State, Bureau of Democracy, Human Rights and Labor, Country Report on Human Rights Practices for Israel and the Occupied |

STATEMENT OF UNCONTROVERTED FACTS IN SUPPORT OF ATLANTIC SPECIALTY'S
MOTION FOR SUMMARY JUDGMENT OR, ALTERNATIVELY, PARTIAL SUMMARY JUDGMENT

ANDERSON, McPHARLIN & CONNERS LLP
LAWYERS
707 WILSHIRE BOULEVARD, SUITE 4000
LOS ANGELES, CALIFORNIA 90017-3623

| | |
|---|---|
| | Territories for 2014 52 (2015), *available at* https://www.state.gov/documents/organization/236814.pdf. Ex. 5 to Atlantic's Evid., p. 141. <br>• This document is self-authenticating under Rule 902(5). <br>• This fact is the subject of a request for judicial notice. |
| 14.     In 2007, Hamas's armed forces in Gaza defeated forces loyal to PA President Mahmoud Abbas and consolidated control over the Gaza Strip. | • U.S. Department of State, Bureau of Democracy, Human Rights and Labor, Country Report on Human Rights Practices for Israel and the Occupied Territories for 2014 52 (2015), *available at* https://www.state.gov/documents/organization/236814.pdf. Ex. 5 to Atlantic's Evid., p. 141. <br>• This document is self-authenticating under Rule 902(5). <br>• Lowenstein Aff. at 4. Ex. 1 to Atlantic's Evid., p. 5 ¶B. |
| 15.     Since 2007, Hamas has been the de facto ruling authority in the Gaza Strip, where it currently governs like any other government with "political, military and social welfare | • Lowenstein Aff. at 4. Ex. 1 to Atlantic's Evid., p. 5¶C. <br>• U.S. Department of State, Bureau of Democracy, Human Rights and Labor, Country Report on Human Rights |

9

ANDERSON, MCPHARLIN & CONNERS LLP
LAWYERS
707 WILSHIRE BOULEVARD, SUITE 4000
LOS ANGELES, CALIFORNIA 90017-3623

| | |
|---|---|
| activities." | Practices for Israel and the Occupied Territories for 2014 52 (2015), *available at* https://www.state.gov/documents/organization/236814.pdf. Ex. 5 to Atlantic's Evid., p. 141.<br>• This document is self-authenticating under Rule 902(5). |
| **16.** In December 2008, the Israeli Defense Forces ("IDF") launched Operation Cast Lead, which began with an intensive aerial bombardment targeting Hamas forces and infrastructure, followed by a ground invasion on January 3, 2009. A ceasefire was entered on January 21, 2009. | • Lowenstein Aff. at P. 5. Ex. 1 to Atlantic's Evid., p. 6 ¶G.<br>• Jim Zanotti, Cong. Research Serv., R41514, Hamas: Background and Issue for Congress 3-4 (2010). Ex. 8 to Atlantic's Evid., p. 406-07.<br>• This document is self-authenticating under Rule 902(5). |
| **17.** In November 14, 2012, Israel declared Operation Pillar of Defense, in which the IDF struck more than 1,000 sites in the Gaza Strip. Over a hundred Gazans died and over a hundred were wounded. | • Lowenstein Aff. at p. 5. Ex. 1 to Atlantic's Evid., p. 6 ¶H.<br>• Human Rights Council, *Human Rights Situation in Palestine and other Occupied Arab Territories*, 18, U.N. Doc. A/HRC/29/CRP.4 (June 24, 2015). Ex. 6 to Atlantic's Evid., p. 227.<br>• This document is self-authenticating under Rule 902(5).<br>• Jim Zanotti, Cong. Research Serv., |

10

STATEMENT OF UNCONTROVERTED FACTS IN SUPPORT OF ATLANTIC SPECIALTY'S
MOTION FOR SUMMARY JUDGMENT OR, ALTERNATIVELY, PARTIAL SUMMARY JUDGMENT

ANDERSON, MCPHARLIN & CONNERS LLP
LAWYERS
707 WILSHIRE BOULEVARD, SUITE 4000
LOS ANGELES, CALIFORNIA 90017-3623

| | |
|---|---|
| | RL34074, The Palestinians: Background and U.S. Relations 9 (2015). Ex. 4 to Atlantic's Evid., p. 52.<br>• This document is self-authenticating under Rule 902(5).<br>• This fact is the subject of a request for judicial notice. |
| **18.**     In June 2014, Hamas reached an agreement with Fatah, the other powerful political group in Gaza, to establish a "consensus" or "unity" PA government. | • Jim Zanotti, Cong. Research Serv., RL34074, The Palestinians: Background and U.S. Relations 1 (2015). Ex. 4 to Atlantic's Evid., p. 44.<br>• This document is self-authenticating under Rule 902(5).<br>• Lowenstein Aff. at p. 5. Ex. 1 to Atlantic's Evid., p. 6 ¶E.<br>• UCP03562 E-mail from Stephen Smith, Head of Security, Europe, NBCU, to Randi Richmond, Vice President, Production, Universal Cable Productions LLC ("UCP") (May 01, 2014, 03:15 PST)  (referencing the "new agreement" between Fatah and Hamas). Ex. 117 to Atlantic's Evid., p. 1381.<br>• UCP002524 E-mail from Max Security Intelligence to Stephen Smith, Head of Security, Europe, NBCU  (June 15, |

STATEMENT OF UNCONTROVERTED FACTS IN SUPPORT OF ATLANTIC SPECIALTY'S
MOTION FOR SUMMARY JUDGMENT OR, ALTERNATIVELY, PARTIAL SUMMARY JUDGMENT

ANDERSON, McPHARLIN & CONNERS LLP

LAWYERS

707 WILSHIRE BOULEVARD, SUITE 4000

LOS ANGELES, CALIFORNIA 90017-3623

| | |
|---|---|
| | 2014 05:03 PST)  (discussing unity government). Ex. 11 to Atlantic's Evid., p. 483-86.<br>• UCP001873 E-mail from Randi Richmond, Vice President, Production UCP to Stephen Smith, Head of Security, Europe, NBCU (June 14, 2015 05:16 PST)  (quoting news article discussing the unity government). Ex. 118 to Atlantic's Evid., p. 1386-88.<br>• This fact is the subject of a request for judicial notice. |
| 19.    The United States does not engage with Hamas or any of its members, but determined that it was able to engage with the Government of National Consensus agreed to between Hamas and Fatah. Israel did not like the agreement to form a unity government because it considers Hamas a terrorist organization that it will not engage with. | • Lowenstein Aff. at p. 5. Ex. 1 to Atlantic's Evid., p. 6 ¶E.<br>• UCP03562 E-mail from Stephen Smith, Head of Security, Europe, NBCU, to Randi Richmond, Vice President, Production, UCP (May 01, 2014, 03:15 PST)  (referencing the "new agreement" between Fatah and Hamas). Ex. 117 to Atlantic's Evid., p. 1381-82. |
| 20.    The PA is organized like a state—complete with democratic mechanisms; security forces; and executive, legislative, and judicial organs of governance. The executive | • Jim Zanotti, Cong. Research Serv., RL34074, The Palestinians: Background and U.S. Relations 26 (2015). Ex. 4 to Atlantic's Evid., p. 69.<br>• This document is self-authenticating |

12

**STATEMENT OF UNCONTROVERTED FACTS IN SUPPORT OF ATLANTIC SPECIALTY'S MOTION FOR SUMMARY JUDGMENT OR, ALTERNATIVELY, PARTIAL SUMMARY JUDGMENT**

ANDERSON, McPHARLIN & CONNERS LLP

LAWYERS

707 WILSHIRE BOULEVARD, SUITE 4000

LOS ANGELES, CALIFORNIA 90017-3623

| | |
|---|---|
| branch has both a president and a prime minister-led cabinet, the Palestinian Legislative Council (PLC) is its legislature, and the judicial branch has separate high courts to decide substantive disputes and to settle controversies, as well as a High Judicial Council. | under Rule 902(5).<br>• This fact is the subject of a request for judicial notice. |
| **21.**   The Hamas government in Gaza employs civil service employees in various ministries, including health and education. | • Lowenstein Aff. at p. 4-5. Ex. 1 to Atlantic's Evid., p. 5-6 ¶C. |
| **22.**   Hamas runs an ad hoc judicial system. | • Lowenstein Aff. at p. 5. Ex. 1 to Atlantic's Evid., p. 6 ¶C. |
| **23.**   Hamas collects revenue from the people of Gaza in various ways, including licensing fees and taxes, and it receives assistance from foreign governments. | • Lowenstein Aff. at p. 4. Ex. 1 to Atlantic's Evid., p. 5 ¶C.<br>• Jim Zanotti, Cong. Research Serv., R41514, Hamas: Background and Issue for Congress 19 (2010). Ex. 8 to Atlantic's Evid., p. 422.<br>• This document is self-authenticating under Rule 902(5). |
| **24.**   Hamas has a military force, known as the Izz ad-Din al-Qassam Brigades ("Qassam Brigades"). The Qassam Brigades were under Hamas command in the summer of 2014. | • Lowenstein Aff. at. p. 5. Ex. 1 to Atlantic's Evid., p. 6 ¶D. |

STATEMENT OF UNCONTROVERTED FACTS IN SUPPORT OF ATLANTIC SPECIALTY'S
MOTION FOR SUMMARY JUDGMENT OR, ALTERNATIVELY, PARTIAL SUMMARY JUDGMENT

ANDERSON, McPHARLIN & CONNERS LLP
LAWYERS
707 WILSHIRE BOULEVARD, SUITE 4000
LOS ANGELES, CALIFORNIA 90017–3623

| | |
|---|---|
| **25.**    The United Nations recognizes Palestine as a non-member state. | • Jim Zanotti, Cong. Research Serv., RL34074, The Palestinians: Background and U.S. Relations 10-11 (2015) (citing U.N. G.A. Res. 67/19 in which the U.N. recognized Palestine as a non-member state). Ex. 4 to Atlantic's Evid., p. 53-54.<br><br>• This document is self-authenticating under Rule 902(5).<br><br>• G.A. Res. 67/19, at 2, U.N. Doc. A/RES/67/19 (Nov. 29, 2012). Ex. 7 to Atlantic's Evid., p. 395-98.<br><br>• This document is self-authenticating under Rule 902(5).<br><br>• This fact is the subject of a request for judicial notice. |
| **26.**    The plaintiffs are indirect subsidiaries of NBCUniversal Media, LLC ("NBCU"). | • First Amended Compl. ¶ 6. Ex. 14 to Atlantic's Evid., p. 502.<br><br>• Universal Cable Productions, http://www.nbcuniversal.com/business/universal-cable-productions (last visited on April 17, 2017) ("Universal Cable Productions is a part of NBCUniversal Cable Entertainment, a division of NBCUniversal."). Ex. 15 to Atlantic's Evid., p. 582. |
| **27.**    The plaintiffs were filming the | • UCP000340-42 E-mail from Susan |

**STATEMENT OF UNCONTROVERTED FACTS IN SUPPORT OF ATLANTIC SPECIALTY'S MOTION FOR SUMMARY JUDGMENT OR, ALTERNATIVELY, PARTIAL SUMMARY JUDGMENT**

ANDERSON, McPHARLIN & CONNERS LLP
LAWYERS
707 WILSHIRE BOULEVARD, SUITE 4000
LOS ANGELES, CALIFORNIA 90017-3623

| | |
|---|---|
| television show called *Dig* in Israel in June 2014. | Weiss, Senior Vice President, AON/Albert G. Ruben Insurance Services, Inc., to Andrea Garber, Senior Director, Risk Management, NBCU (July 15, 2014 13:34 PST). Ex. 39 to Atlantic's Evid., p. 738-41. |
| 28.     Stephen Smith, as head of security Europe for NBCU, was in charge of providing security for NBC News and MSNBC. He was also in charge of providing security advice to the plaintiffs regarding the filming of *Dig* in Israel. | • Smith Depo., at p. 31-32, 38-41, 73-74.  Ex. 119 To Atlantic's Evid., p. 1395, 1397, 1403-04. |
| 29.     In early 2014, there was very little recent history of Hamas rocket fire into Israel, and NBCU's security team thought it "highly unlikely" that there would be any threats of rocket fire into Israel. | • UCP003562 E-mail from Stephen Smith, Head of Security, Europe, NBCU to Randi Richmond, Vice President, Production, UCP (May 01, 2014 03:15 PST). Ex. 117 to Atlantic's Evid., p. 1381-82.<br>• UCP001877 (and attachment) E-mail from Stephen Smith, Head of Security, Europe, NBCU to Stephen Smith, Head of Security, Europe, NBCU (May 22, 2014 09:09 PST). Ex. 144 to Atlantic's Evid., p. 1588-98. |
| 30.     Stephen Smith concluded as part | • Smith Depo., at p. 106-07.  Ex. 119 |

STATEMENT OF UNCONTROVERTED FACTS IN SUPPORT OF ATLANTIC SPECIALTY'S
MOTION FOR SUMMARY JUDGMENT OR, ALTERNATIVELY, PARTIAL SUMMARY JUDGMENT

| | |
|---|---|
| of his security review prior to the production of *Dig*, that it was safe to proceed with the production in the proposed locations in Israel. | To Atlantic's Evid., p. 1411. |
| **31.** NBCU hired Max Security to provide security for the production of *Dig* while in Israel. Randi Richmond, a UCP producer, described Max Security as the "go to for bigger needs" to provide security for Dig in Israel. | • Deposition of Stephen Smith, NBCU, Head of Security, International Security & Crisis Management ("Smith Depo."), at p. 108-112. Ex. 119 to Atlantic's Evid., p. 1411-12.<br><br>• UCP001085-86 E-mail from Randi Richmond, Vice President, Production, UCP to Brian Brady, Vice President Corporate Security, NBCU, (Feb. 03, 2014 14:30 PST). Ex. 120 to Atlantic's Evid., p. 1471-72.<br><br>• UCP001286 E-mail from Stephen Smith, Head of Security, Europe, NBCU to Mark Binke, Executive Vice President, Production, UCP (July 16, 2014 24:16 PST). Ex. 121 to Atlantic's Evid., p. 1474. |
| **32.** NBCU hired Max Security to prepare detailed reports on the daily security situation in Israel. | • Smith Depo., at p. 108-12. Ex. 119 To Atlantic's Evid., p. 1411-12.<br><br>• UCP003882 E-mail (and attachments thereto) from Jay Radzinski, Regional |

ANDERSON, McPHARLIN & CONNERS LLP

LAWYERS

707 WILSHIRE BOULEVARD, SUITE 4000

LOS ANGELES, CALIFORNIA 90017-3623

**STATEMENT OF UNCONTROVERTED FACTS IN SUPPORT OF ATLANTIC SPECIALTY'S MOTION FOR SUMMARY JUDGMENT OR, ALTERNATIVELY, PARTIAL SUMMARY JUDGMENT**

ANDERSON, McPHARLIN & CONNERS LLP
LAWYERS
707 WILSHIRE BOULEVARD, SUITE 4000
LOS ANGELES, CALIFORNIA 90017-3623

| | |
|---|---|
| | Intelligence Manager, Max Security Intelligence to Stephen Smith, Head of Security, Europe, NBCU (May 14, 2014 06:36 PST). Ex. 16 to Atlantic's Evid., p. 584.<br>• UCP000736 E-mail from Stephen Smith, Head of Security, Europe, NBCU to Mark Binke, Executive Vice President, Production, UCP (July 17, 2014 06:47 PST). Ex. 111 to Atlantic's Evid., p. 1285. |
| **33.** Stephen Smith regularly received the Max Security Reports detailing security conditions and hostilities pertaining to Israel and surrounding areas, throughout the time he was providing security advice to the plaintiffs regarding *Dig*. | • UCP002473 E-mail from Max Security Intelligence to Stephen Smith, Head of Security, Europe, NBCU (July 1, 2014 04:09 PST). Ex. 95 to Atlantic's Evid., p. 1173-75.<br>• Smith Depo., at p. 122. Ex. 119 to Atlantic's Evid., p. 1415.<br>• UCP002219 E-mail from Max Security Intelligence to Stephen Smith, Head of Security, Europe, NBCU (July 3, 2014 01:49 PST). Ex. 108 to Atlantic's Evid., p. 1268-1270.<br>• UCP002727 E-mail from Shachar Kenion, Max Security Intelligence to Stephen Smith, Head of Security, Europe, NBCU (July 3, 2014 24:53 |

17

ANDERSON, MCPHARLIN & CONNERS LLP
LAWYERS
707 WILSHIRE BOULEVARD, SUITE 4000
LOS ANGELES, CALIFORNIA 90017-3623

PST). Ex. 96 to Atlantic's Evid., p. 1178-1180.

- UCP002149 E-mail from Max Security Intelligence to Stephen Smith, Head of Security, Europe, NBCU (July 5, 2014 03:16 PST). Ex. 18 to Atlantic's Evid., p. 606-09.

- UCP002422 E-mail from Max Security Intelligence to Stephen Smith, Head of Security, Europe, NBCU (July 7, 2014 01:57 PST). Ex. 17 to Atlantic's Evid., p. 600-02.

- UCP002816 E-mail from Max Security Intelligence to Stephen Smith, Head of Security, Europe, NBCU (July 7, 2014 24:13 PST). Ex. 97 to Atlantic's Evid., p. 1184-86.

- UCP001845 E-mail from Max Security Intelligence to Stephen Smith, Head of Security, Europe, NBCU (July 8, 2014 01:46 PST). Ex. 98 to Atlantic's Evid., p. 1190-92.

- UCP002828 E-mail from Max Security Intelligence to Stephen Smith, Head of Security, Europe, NBCU (July 8, 2014 23:17 PST). Ex. 99 to Atlantic's Evid., p. 1196-97.

STATEMENT OF UNCONTROVERTED FACTS IN SUPPORT OF ATLANTIC SPECIALTY'S
MOTION FOR SUMMARY JUDGMENT OR, ALTERNATIVELY, PARTIAL SUMMARY JUDGMENT

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**ANDERSON, MCPHARLIN & CONNERS LLP**
LAWYERS
707 WILSHIRE BOULEVARD, SUITE 4000
LOS ANGELES, CALIFORNIA 90017-3623

- UCP002372 E-mail from Max Security Intelligence to Stephen Smith, Head of Security, Europe, NBCU (July 9, 2014 24:57 PST). Ex. 100 to Atlantic's Evid., p. 1201-04.

- UCP003798 E-mail from Max Security Intelligence to Stephen Smith, Head of Security, Europe, NBCU (July 10, 2014 07:32 PST). Ex. 21 to Atlantic's Evid., p. 625-31.

- UCP002599 E-mail from Max Security Intelligence to Stephen Smith, Head of Security, Europe, NBCU (July 10, 2014 13:20 PST). Ex. 109 to Atlantic's Evid., p. 1274-76.

- UCP002288 E-mail from Max Security Intelligence to Stephen Smith, Head of Security, Europe, NBCU (July 11, 2014 02:06 PST). Ex. 22 to Atlantic's Evid., p. 633-35.

- UCP001851 E-mail from Max Security Intelligence to Stephen Smith, Head of Security, Europe, NBCU (July 11, 2014 24:26 PST). Ex. 32 to Atlantic's Evid., p. 686-88.

- UCP002514 E-mail from Max

STATEMENT OF UNCONTROVERTED FACTS IN SUPPORT OF ATLANTIC SPECIALTY'S
MOTION FOR SUMMARY JUDGMENT OR, ALTERNATIVELY, PARTIAL SUMMARY JUDGMENT

Security Intelligence to Stephen

Smith, Head of Security, Europe,

NBCU (July 12, 2014 03:33 PST).

Ex. 23 to Atlantic's Evid., p. 639-41.

- UCP001831 E-mail from Max

  Security Intelligence to Stephen

  Smith, Head of Security, Europe,

  NBCU (July 12, 2014 24:41 PST).

  Ex. 110 to Atlantic's Evid., p. 1280.

- UCP002712 E-mail from Max

  Security Intelligence to Stephen

  Smith, Head of Security, Europe,

  NBCU (July 14, 2014 24:30 PST).

  Ex. 24 to Atlantic's Evid., p. 644-47.

- UCP002094 E-mail from Max

  Security Intelligence to Stephen

  Smith, Head of Security, Europe,

  NBCU (July 15, 2014 01:18 PST).

  Ex. 101 to Atlantic's Evid., p. 1207-

  10.

- UCP002809 E-mail from Max

  Security Intelligence to Stephen

  Smith, Head of Security, Europe,

  NBCU (July 15, 2014 24:39 PST).

  Ex. 25 to Atlantic's Evid., p. 650-52.

- UCP002282 E-mail from Max

  Security Intelligence to Stephen

ANDERSON, MCPHARLIN & CONNERS LLP
LAWYERS
707 WILSHIRE BOULEVARD, SUITE 4000
LOS ANGELES, CALIFORNIA 90017-3623

STATEMENT OF UNCONTROVERTED FACTS IN SUPPORT OF ATLANTIC SPECIALTY'S
MOTION FOR SUMMARY JUDGMENT OR, ALTERNATIVELY, PARTIAL SUMMARY JUDGMENT

ANDERSON, McPHARLIN & CONNERS LLP
LAWYERS
707 WILSHIRE BOULEVARD, SUITE 4000
LOS ANGELES, CALIFORNIA 90017-3623

| | |
|---|---|
| | Smith, Head of Security, Europe, NBCU (July 16, 2014 12:40 PST). Ex. 10 to Atlantic's Evid., p. 478-80.<br><br>• UCP002459 E-mail from Max Security Intelligence to Stephen Smith, Head of Security, Europe, NBCU (July 16, 2014 07:38 PST). Ex. 102 to Atlantic's Evid., p. 1213-15.<br><br>• UCP002332 E-mail from Max Security Intelligence to Stephen Smith, Head of Security, Europe, NBCU (July 16, 2014 24:53 PST). Ex. 26 to Atlantic's Evid., p. 655-57. |
| 34.    Stephen Smith received, reviewed, and relied upon Max Security Reports in carrying out his work in assessing the security situation for the production of *Dig*. | • Smith Depo., at p. 122.  Ex. 119 to Atlantic's Evid., p. 1415. |
| 35.    Tension between Hamas and Israel first began to escalate on June 12, 2014, when three Israeli teenagers were kidnapped. | • Lowenstein Aff. at p. 6. Ex. 1 to Atlantic's Evid., p. 7 ¶I.<br>• First Amended Compl. at ¶23. Ex. 14 to Atlantic's Evid., p. 512.<br>• UCP002797-2800 *Israel Dig Update*, Security in Confidence: NBCU Int'l. Security Briefing (NBCU, New York, N.Y.) July 01, 2014 (NBCU security |

21

STATEMENT OF UNCONTROVERTED FACTS IN SUPPORT OF ATLANTIC SPECIALTY'S
MOTION FOR SUMMARY JUDGMENT OR, ALTERNATIVELY, PARTIAL SUMMARY JUDGMENT

ANDERSON, McPHARLIN & CONNERS LLP
LAWYERS
707 WILSHIRE BOULEVARD, SUITE 4000
LOS ANGELES, CALIFORNIA 90017-3623

| | |
|---|---|
| | report discussing the murder of Israeli teenagers). Ex. 122 to Atlantic's Evid., p. 1483-86. |
| | • UCP001874-1876 E-mail from Jay Footlik, Immigration Liaison, Dig, President/CEO, Global Policy Initiatives, to Randi Richmond, Vice President, Production, UCP (June 13, 2014 15:16 PST) (Max security report discussing the murder of Israeli teenagers). Ex. 123 to Atlantic's Evid., p. 1489-91. |
| | • UCP002343 E-mail from Stephen Smith, Head of Security, Europe, NBCU to Randi Richmond, Vice President, Production, UCPniveral (June 15, 2014 07:38 PST). Ex. 124 to Atlantic's Evid., p. 1493. |
| 36.    Three Israeli teenagers were killed on approximately June 12, 2014, reportedly by Hamas militants. | • First Amended Compl. at ¶23. Ex. 14 to Atlantic's Evid., p. 512. |
| | • UCP002797-2800 *Israel Dig Update*, Security in Confidence: NBCU Int'l. Security Briefing (NBCU, New York, N.Y.) July 01, 2014. Ex. 122 to Atlantic's Evid., p. 1483-86. |
| | • UCP001874-1876 E-mail from Jay Footlik, Immigration Liaison, Dig, |

STATEMENT OF UNCONTROVERTED FACTS IN SUPPORT OF ATLANTIC SPECIALTY'S
MOTION FOR SUMMARY JUDGMENT OR, ALTERNATIVELY, PARTIAL SUMMARY JUDGMENT

ANDERSON, McPHARLIN & CONNERS LLP
LAWYERS
707 WILSHIRE BOULEVARD, SUITE 4000
LOS ANGELES, CALIFORNIA 90017-3623

| | |
|---|---|
| | President/CEO, Global Policy Initiatives,  to Randi Richmond, Vice President, Production, UCP (June 13, 2014 15:16 PST). Ex. 123 to Atlantic's Evid., p. 1489-91.<br><br>• This fact is the subject of a request for judicial notice. |
| **37.**     Israel, in response to the kidnapping of the Israeli teenagers, launched an extensive search and arrest operation. | • U.S. Dep't of State, Bureau of Democracy, Human Rights and Labor, Country Report on Human Rights Practices for 2014, 18 (2015), *available at* https://www.state.gov/documents/organization/236814.pdf. Ex. 5 to Atlantic's Evid., p. 107.<br><br>• This document is self-authenticating under Rule 902(5).<br><br>• Human Rights Council, *Human Rights Situation in Palestine and other Occupied Arab Territories*, 18, U.N. Doc. A/HRC/29/CRP.4 (June 24, 2015). Ex. 6 to Atlantic's Evid., p. 227.<br><br>• This document is self-authenticating under Rule 902(5).<br><br>• Jim Zanotti, Cong. Research Serv., RL34074, The Palestinians: Background and U.S. Relations 10 |

**STATEMENT OF UNCONTROVERTED FACTS IN SUPPORT OF ATLANTIC SPECIALTY'S
MOTION FOR SUMMARY JUDGMENT OR, ALTERNATIVELY, PARTIAL SUMMARY JUDGMENT**

**ANDERSON, MCPHARLIN & CONNERS LLP**
LAWYERS
707 WILSHIRE BOULEVARD, SUITE 4000
LOS ANGELES, CALIFORNIA 90017-3623

| | |
|---|---|
| | (2015). Ex. 4 to Atlantic's Evid., p. 53.<br><br>• This document is self-authenticating under Rule 902(5).<br><br>• Lowenstein Aff. at p. 6. Ex. 1 to Atlantic's Evid., p. 7 ¶I. |
| **38.**     After the kidnapping of the three Israeli teenagers, which caused Israel to deploy soldiers into Palestinian territory, NBCU's security team opined that there was a risk for a "broader escalation of hostilities." | • UCP002524-2526 E-mail from Max Security Intelligence to Stephen Smith, Head of Security, Europe, NBCU (June 15, 2014 05:03 PST). Ex. 11 to Atlantic's Evid., p. 483-85. |
| **39.**     NBCU's security team advised that Israeli measures "may alter the status quo, increasing the potential for related retaliatory attacks on military operations." | • UCP002337-2338 E-mail from Max Security Intelligence to Stephen Smith, Head of Security, Europe, NBCU (June 16, 2014 11:20 PST). Ex. 12 to Atlantic's Evid., p. 490-91.<br><br>• UCP001129 E-mail from Stephen Smith, Head of Security, Europe, NBCU to Randi Richmond, Vice President, Production, UCP (June 17, 2014 22:14 PST). Ex. 145 to Atlantic's Evid., p. 1600. |
| **40.**     Smith, as head of security sent an e-mail on June 15, 2014, summing up the building tension and Israel's steps responding to the death of the | • UCP000349 E-mail from Stephen Smith, Head of Security, Europe, NBCU to Randi Richmond, Vice President, Production, UCP (June 15, |

**STATEMENT OF UNCONTROVERTED FACTS IN SUPPORT OF ATLANTIC SPECIALTY'S
MOTION FOR SUMMARY JUDGMENT OR, ALTERNATIVELY, PARTIAL SUMMARY JUDGMENT**

ANDERSON, McPHARLIN & CONNERS LLP
LAWYERS
707 WILSHIRE BOULEVARD, SUITE 4000
LOS ANGELES, CALIFORNIA 90017-3623

| | |
|---|---|
| teenagers. | 2014 09:36 PST). Ex. 125 to Atlantic's Evid., p. 1501. |
| 41.    NBCU's June 15, 2014 security e-mail stated: "In the past 48 hours, the extent of Israeli military operations in Hebron and its environs have significantly increased, highlighted by the deployment of over 2,500 IDF soldiers to the area. While at this time operations remain limited to searches and intelligence gathering, Israeli military build ups, deployment of Iron Dome missile batteries, and limited activation of military reserves, suggest that the IDF is prepared for broader altercations, including armed confrontations with militants, civil unrest in Palestinian urban centers, or a more significant military offensive." | • UCP000349 E-mail from Stephen Smith, Head of Security, Europe, NBCU to Randi Richmond, Vice President, Production, UCP (June 15, 2014 09:36 PST). Ex. 125 to Atlantic's Evid., p. 1501. |
| 42.    On July 2, 2014, Israelis abducted and killed Palestinian teenager Muhammad Abu Khdeir, burning him alive, in what appeared to be an act of revenge for the murdered Israeli teenagers. | • UCP002422 E-mail from Max Security Intelligence to Stephen Smith, Head of Security, Europe, NBCU, (July 07, 2014 01:57 PST). Ex. 17 to Atlantic's Evid., p. 600.<br>• U.S. Dep't of State, Bureau of Democracy, Human Rights and Labor, Country Report on Human |

25

STATEMENT OF UNCONTROVERTED FACTS IN SUPPORT OF ATLANTIC SPECIALTY'S
MOTION FOR SUMMARY JUDGMENT OR, ALTERNATIVELY, PARTIAL SUMMARY JUDGMENT

ANDERSON, McPHARLIN & CONNERS LLP
*LAWYERS*
707 WILSHIRE BOULEVARD, SUITE 4000
LOS ANGELES, CALIFORNIA 90017-3623

| | | |
|---|---|---|
| | | Rights Practices for 2014, 55 (2015), *available at* https://www.state.gov/documents/organization/236814.pdf. Ex. 5 to Atlantic's Evid., p. 144.<br><br>• This document is self-authenticating under Rule 902(5). |
| 43. | An employee of NBCU's security team, Chris Biggs, sent an analysis of the situation on July 2, 2014, and stated three times that there was a serious risk of "war" occurring soon. He used the word "war" three times in this e-mail. | • UCP002618 Email from Chris Biggs, Security & Intelligence Analyst, NBCU International, to Stephen Smith, Head of Security, Europe, NBCU (July 02, 2014 10:00 PST). Ex. 79 to Atlantic's Evid., p. 1046. |
| 44. | In the July 2, 2014 e-mail, Chris Biggs wrote:<br>"Killing of Israeli abductees increases pressure on Israeli government to retaliate militarily, raising war and unrest risks."<br>"A broader Gaza war would become more likely if Hamas or other Gaza-based militants responded with several dozen rockets per day into southern Israel over a sustained period. A broader war would result in a much higher likelihood of Hamas using Fajr-5 rockets, capable of reaching Tel Aviv." | • UCP002618 Email from Chris Biggs, Security & Intelligence Analyst, NBCU International, to Stephen Smith, Head of Security, Europe, NBCU (July 02, 2014 10:00 PST). Ex. 79 to Atlantic's Evid., p. 1046. |

**STATEMENT OF UNCONTROVERTED FACTS IN SUPPORT OF ATLANTIC SPECIALTY'S MOTION FOR SUMMARY JUDGMENT OR, ALTERNATIVELY, PARTIAL SUMMARY JUDGMENT**

ANDERSON, McPHARLIN & CONNERS LLP
LAWYERS
707 WILSHIRE BOULEVARD, SUITE 4000
LOS ANGELES, CALIFORNIA 90017-3623

| | |
|---|---|
| 45.    Later on July 2, 2014, NBCU's head of security for Europe, Smith, adopted Biggs' words in the above-quoted e-mail as his own, sending them in an e-mail to UCP producers. | • UCP001037 E-mail from Stephen Smith, Head of Security, Europe, NBCU, to Mark Binke, Executive Vice President, Production, UCP (July 02, 2014 02:21 PST). Ex. 142 to Atlantic's Evid., p. 1578. |
| 46.    Smith shared the above information regarding the risks of a broader Gaza war with the production team because he believed it was information that needed to be shared. | • Smith Depo., at p. 320-22.  Ex. 119 to Atlantic's Evid., p. 1450-51.<br>• UCP001037 E-mail from Stephen Smith, Head of Security, Europe, NBCU, to Mark Binke, Executive Vice President, Production, UCP (July 02, 2014 02:21 PST). Ex. 142 to Atlantic's Evid., p. 1578. |
| 47.    During the summer of 2014, Israel was taking offensive strikes against Palestine or Gaza, and Palestine and Gaza took offensive action against Israel, and there was a continuing escalation of that activity. | • Smith Depo., at p. 215-19.  Ex. 119 To Atlantic's Evid., p. 1426-27. |
| 48.    There was an escalation and uptick of activity that was aimed from Gaza to Israel and out of Israel back toward Gaza during July 2014. | • Smith Depo., at p. 170-71.  Ex. 119 To Atlantic's Evid., p. 1419. |
| 49.    Beginning in mid-June 2014, and continuing throughout July and August, Palestinians launched rockets into Israel. | • Lowenstein Aff. at p. 6. Ex. 1 to Atlantic's Evid., p. 7 ¶I-L.<br>• Smith Depo., at p. 170-71, 212-13, |

27

STATEMENT OF UNCONTROVERTED FACTS IN SUPPORT OF ATLANTIC SPECIALTY'S
MOTION FOR SUMMARY JUDGMENT OR, ALTERNATIVELY, PARTIAL SUMMARY JUDGMENT

ANDERSON, McPHARLIN & CONNERS LLP
LAWYERS
707 WILSHIRE BOULEVARD, SUITE 4000
LOS ANGELES, CALIFORNIA 90017-3623

342-43.  Ex. 119 to Atlantic's Evid.,
p. 1419, 1425, 1456.

- UCP003591-92 E-mail from
  Penelope Kennedy, Production
  Supervisor, NBCU to Randi
  Richmond, Vice President,
  Production, UCP (July 03, 2014
  23:22 PST) ("Increase in rocket
  attacks on southern Israel emanating
  from Gaza; general increase in
  security and military activity…;
  danger facing Israel is from missile or
  rocket attacks, which at present are
  largely confined to areas in south
  Israel, closest to Gaza). Ex. 126 to
  Atlantic's Evid., p. 1503-04.

- UCP002149-54 E-mail from Max
  Security Intelligence to Stephen
  Smith, Head of Security, Europe,
  NBCU (July 05, 2014 03:16 PST)
  (Max Security report regarding rocket
  fire and Israel's retaliatory airstrikes).
  Ex. 18 to Atlantic's Evid., p. 606-11.

- UCP000485 E-mail from Erin
  Noordeloos, Director of
  International Security and Crisis
  Mgmt., NBCU, to Mark Binke,

**STATEMENT OF UNCONTROVERTED FACTS IN SUPPORT OF ATLANTIC SPECIALTY'S
MOTION FOR SUMMARY JUDGMENT OR, ALTERNATIVELY, PARTIAL SUMMARY JUDGMENT**

Executive Vice President,
Production, UCP (July 08, 2014
09:23 PST) (noting rockets over Tel
Aviv on July 8 and sirens warning of
them). Ex. 127 to Atlantic's Evid., p.
1506.

- UCP002181-2188 *Israel Dig Update*,
Security in Confidence: NBCU Int'l.
Security Briefing (NBCU, New York,
N.Y.) July 01, 2014 (discussing rocket
attacks and retaliatory airstrikes). Ex.
19 to Atlantic's Evid., p. 613-20.

- UCP002683-2684 E-mail from
Country Risk Forecast and Travel
Security Online to Stephen Smith,
Head of Security, Europe, NBCU
(July 09, 2014, 05:16 PST) (Raising
security risk rating for Israel from
low to medium; deployment of long-
range rockets against cities is main
factor behind increased rating). Ex.
20 to Atlantic's Evid., p. 622-23.

- UCP002468-2470 E-mail from Chris
Biggs, Security & Intelligence
Analyst, International Security,
NBCU, to Erin Noordeloos,
Director of International Security

ANDERSON, MCPHARLIN & CONNERS LLP
LAWYERS
707 WILSHIRE BOULEVARD, SUITE 4000
LOS ANGELES, CALIFORNIA 90017-3623

29

ANDERSON, MCPHARLIN & CONNERS LLP
LAWYERS
707 WILSHIRE BOULEVARD, SUITE 4000
LOS ANGELES, CALIFORNIA 90017-3623

and Crisis Mgmt., NBCU, and to Stephen Smith, Head of Security, Europe, NBCU (July 10, 2014 02:40 PST) (noting increase rocket attacks from Palestine seemed to be an attempt to draw Israel into a ground invasion into Gaza). Ex. 128 to Atlantic's Evid., p. 1508-10.

- UCP003798-3804 E-mail from Max Security Intelligence to Stephen Smith, Head of Security, Europe, NBCU (July 10, 2014 07:32 PST) (noting dozens of rockets fired into Israel from Palestine and retaliatory airstrikes by the Israeli Air Force). Ex. 21 to Atlantic's Evid., p. 625-31.

- UCP002288-2292 E-mail from Max Security Intelligence to Stephen Smith, Head of Security, Europe, NBCU (July 11, 2014 02:06 PST) ("548 rockets have been fired into Israel since start of Operations Protective Edge; 118 have been intercepted by iron Dome"). Ex. 22 to Atlantic's Evid., p. 633-37.

- UCP002514-2517 E-mail from Max Security Intelligence to Stephen

STATEMENT OF UNCONTROVERTED FACTS IN SUPPORT OF ATLANTIC SPECIALTY'S
MOTION FOR SUMMARY JUDGMENT OR, ALTERNATIVELY, PARTIAL SUMMARY JUDGMENT

ANDERSON, McPHARLIN & CONNERS LLP
LAWYERS
707 WILSHIRE BOULEVARD, SUITE 4000
LOS ANGELES, CALIFORNIA 90017-3623

Smith, Head of Security, Europe, NBCU (July 12, 2014 03:33 PST) (referencing a "barrage of rockets" and retaliatory airstrikes). Ex. 23 to Atlantic's Evid., p. 639-41.

- UCP002712-2716 E-mail from Max Security Intelligence to Stephen Smith, Head of Security, NBCU (July 14, 2014 12:30 PST) (referencing missile attacks). Ex. 24 to Atlantic's Evid., p. 644-48.

- UCP002809-2812 E-mail from Max Security Intelligence to Stephen Smith, Head of Security, Europe, NBCU (July 15, 2014 12:39 PST) (referencing rocket and missile fire and retaliatory strikes and possibility of a ground offensive). Ex. 25 to Atlantic's Evid., p. 650-53.

- UCP002332-2336 E-mail from Max Security Intelligence to Stephen Smith, Head of Security, Europe, NBCU (July 16, 2014 12:53 PST) (referencing rocket fire from Gaza and retaliatory strikes and increasing possibility of ground invasion by Israel). Ex. 26 to Atlantic's Evid., p.

STATEMENT OF UNCONTROVERTED FACTS IN SUPPORT OF ATLANTIC SPECIALTY'S MOTION FOR SUMMARY JUDGMENT OR, ALTERNATIVELY, PARTIAL SUMMARY JUDGMENT

ANDERSON, MCPHARLIN & CONNERS LLP
LAWYERS
707 WILSHIRE BOULEVARD, SUITE 4000
LOS ANGELES, CALIFORNIA 90017-3623

| | |
|---|---|
| | 655-59. |
| | • UCP002282-2285 E-mail from Max Security Intelligence to Stephen Smith, Head of Security, Europe, NBCU (July 16, 2014 12:40 PST) (discussing rocket strikes from Gaza and retaliatory strikes by Israel and increasing likelihood of a "ground campaign" by Israel). Ex. 10 to Atlantic's Evid., p. 478-81. |
| | • UCP000940 E-mail from Stephen Smith, Head of Security, Europe, NBCU to Mark Binke, Executive Vice President, Production, UCP (July 10, 2014 8:09). Ex. 129 to Atlantic's Evid., p. 1512. |
| 50.    In particular, the Palestinians were firing "anti-craft missiles," "long-range missiles," "rockets," and "mortars." | • Lowenstein Aff. at p. 7. Ex. 1 to Atlantic's Evid., p. 8 ¶R. |
| | • UCP000664-665 *Israel Dig Update*, Security in Confidence: NBCU International Security Briefing (NBCU, New York, N.Y.), July 09, 2014 (referencing anti-aircraft missiles, long-range missiles, and rockets). Ex. 114 to Atlantic's Evid., p. 1370-71 |
| | • UCP000661 *Israel Dig Update*, |

**STATEMENT OF UNCONTROVERTED FACTS IN SUPPORT OF ATLANTIC SPECIALTY'S
MOTION FOR SUMMARY JUDGMENT OR, ALTERNATIVELY, PARTIAL SUMMARY JUDGMENT**

ANDERSON, McPHARLIN & CONNERS LLP

LAWYERS

707 WILSHIRE BOULEVARD, SUITE 4000

LOS ANGELES, CALIFORNIA 90017-3623

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

|  |  |
|---|---|
|  | Security in Confidence: NBCU International Security Briefing (NBCU, New York, N.Y.), July 09, 2014  (referencing Palestinian mortar fire). Ex. 114 to Atlantic's Evid., p. 1367.<br>• UCP002507 E-mail from Chris Biggs, Security & Intelligence Analyst, NBCU International, to Stephen Smith, Head of Security, Europe, NBCU (July 11, 2014 03:58 PST)  ("Two IDF soldiers were injured by a mortar round fired by Gaza militants …"). Ex. 27 to Atlantic's Evid., p. 661.<br>• UCP002710 E-mail from Stephen Smith, Head of Security, Europe, NBCU to Randi Richmond, Vice President, Production, UCP (July 08, 2014 12:41 PST)  ("Israeli government reportedly instructed the IDF to steadily intensify attacks in the Gaza Strip to counter rocket and mortar fire"). Ex. 130 to Atlantic's Evid., p. 1514. |
| 51.    In response to the Palestinians' launching of rockets, Israel deployed its | • Lowenstein Aff. at p. 8. Ex. 1 to Atlantic's Evid., p. 9 ¶T. |

STATEMENT OF UNCONTROVERTED FACTS IN SUPPORT OF ATLANTIC SPECIALTY'S
MOTION FOR SUMMARY JUDGMENT OR, ALTERNATIVELY, PARTIAL SUMMARY JUDGMENT

ANDERSON, MCPHARLIN & CONNERS LLP
LAWYERS
707 WILSHIRE BOULEVARD, SUITE 4000
LOS ANGELES, CALIFORNIA 90017-3623

| | |
|---|---|
| Air Force to retaliate with airstrikes on a regular basis that persisted until the war ended on August 26, 2014. | • UCP002149-54 E-mail from Max Security Intelligence to Stephen Smith, Head of Security, Europe, NBCU (July 05, 2014 03:16 PST) (Max Security report regarding rocket fire and Israel's retaliatory airstrikes). Ex. 18 to Atlantic's Evid., p. 606-09. |
| | • U.S. Dep't of State, Bureau of Democracy, Human Rights and Labor, Country Report on Human Rights Practices for 2014, 1 (2015), *available at* https://www.state.gov/documents/organization/236814.pdf. Ex. 5 to Atlantic's Evid., p. 90. |
| | • This document is self-authenticating under Rule 902(5). |
| | • Human Rights Council, *Human Rights Situation in Palestine and other Occupied Arab Territories*, 18, U.N. Doc. A/HRC/29/CRP.4 (June 24, 2015). Ex. 6 to Atlantic's Evid., p. 227. |
| | • This document is self-authenticating under Rule 902(5). |
| | • UCP002524 E-mail from Max Security Intelligence to Stephen Smith, Head of Security, Europe, |

34

STATEMENT OF UNCONTROVERTED FACTS IN SUPPORT OF ATLANTIC SPECIALTY'S
MOTION FOR SUMMARY JUDGMENT OR, ALTERNATIVELY, PARTIAL SUMMARY JUDGMENT

ANDERSON, McPHARLIN & CONNERS LLP
LAWYERS
707 WILSHIRE BOULEVARD, SUITE 4000
LOS ANGELES, CALIFORNIA 90017–3623

| | |
|---|---|
| | NBCU (June 15, 2014 05:03 PST). Ex. 11 to Atlantic's Evid., p. 483.<br><br>• UCP002337 E-mail from Max Security Intelligence to Stephen Smith, Head of Security, Europe, NBCU (June 16, 2014 11:20 PST). Ex. 12 to Atlantic's Evid., p. 490.<br><br>• UCP002704 E-mail from Max Security Intelligence to Stephen Smith, Head of Security, NBCU (June 29, 2014 11:01 PST). Ex. 28 to Atlantic's Evid., p. 665.<br><br>• UCP002790 E-mail (and attachment thereto) from Chris Biggs, Security & Intelligence Analyst, International Security, NBCU to Stephen Smith, Head of Security, Europe, NBCU (July 01, 2014 02:12 PST). Ex. 131 to Atlantic's Evid., p. 1517. |
| 52.    The Max Security Reports noted a pattern of "tit-for-tat exchanges between the Israeli military and Gaza based militants." | • UCP002205 E-mail from Max Security Intelligence to Stephen Smith, Head of Security, Europe, NBCU (June 24, 2014 24:17 PST). Ex. 13 to Atlantic's Evid., p. 495.<br><br>• UCP002579-2581 E-mail from Max Security Intelligence to Shachar Kenion, Max Security Intelligence |

STATEMENT OF UNCONTROVERTED FACTS IN SUPPORT OF ATLANTIC SPECIALTY'S
MOTION FOR SUMMARY JUDGMENT OR, ALTERNATIVELY, PARTIAL SUMMARY JUDGMENT

ANDERSON, MCPHARLIN & CONNERS LLP

LAWYERS
707 WILSHIRE BOULEVARD, SUITE 4000
LOS ANGELES, CALIFORNIA 90017-3623

| | |
|---|---|
| | (June 30, 2014 20:17 PST). Ex. 92 to Atlantic's Evid., p. 1163-65. <br>• UCP002219 E-mail from Max Security Intelligence to Stephen Smith, Head of Security, Europe, NBCU (July 3, 2014 01:49 PST). Ex. 108 to Atlantic's Evid., p. 1268. |
| **53.** By July 1, 2014, NBCU's security team no longer viewed Israel as safe, as it had just a few months earlier—it began advising no travel to Israel. | • UCP001065 E-mail from Stephen Smith, Head of Security, Europe, NBCU to Mark Binke, Executive Vice President, Production, UCP and Randi Richmond, Vice President, Production, UCP (July 01, 2014 06:05 PST). Ex. 146 to Atlantic's Evid., p. 1603. |
| **54.** In an e-mail dated July 2, 2014, Smith, NBCU's head of security who was sending regular updates to the production team about the dangers stated: "The primary danger facing Israel is from missile or rocket attack." | • UCP001013 E-mail from Randi Richmond, Vice President, Production, UCP, to Stephen Smith, Head of Security, Europe, NBCU (July 02, 2014 05:49 PST). Ex. 137 to Atlantic's Evid., p. 1548. |
| **55.** In a July 8th e-mail from Stephen Smith to Randi Richmond, Smith stated: "Summarizing the info below, there is a significant risk of an escalation as conditions for a ceasefire are unlikely to be acceptable." | • UCP001855 E-mail from Stephen Smith, Head of Security, Europe, NBCU to Randi Richmond, Vice President, Production, UCP (July 08, 2014 12:41 PST). Ex. 132 to Atlantic's Evid., p. 1529. |

STATEMENT OF UNCONTROVERTED FACTS IN SUPPORT OF ATLANTIC SPECIALTY'S
MOTION FOR SUMMARY JUDGMENT OR, ALTERNATIVELY, PARTIAL SUMMARY JUDGMENT

ANDERSON, McPHARLIN & CONNERS LLP

LAWYERS

707 WILSHIRE BOULEVARD, SUITE 4000

LOS ANGELES, CALIFORNIA 90017-3623

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

| | |
|---|---|
| "Cross-border fire between the Israeli Defense Forces (IDF) and Gaza-based militants escalated during the evening hours of July 7, as the Israeli Government reportedly instructed the IDF to steadily intensify attacks in the Gaza Strip to counter rocket and mortar fire." <br><br> "As a consequence of the increasing rate and range of Palestinian rocket and mortar fire, along with Israel's reported decision to intensify retaliatory airstrikes, that there is an increased threat of rocket attacks against Israel towns and cities located at a greater distance from Gaza." | |
| 56.      On July 8, 2014, Israel launched Operation Protective Edge. | • U.S. Dep't of State, Bureau of Democracy, Human Rights and Labor, Country Report on Human Rights Practices for 2014, 1, 52-53 (2015), *available at* https://www.state.gov/documents/organization/236814.pdf. Ex. 5 to Atlantic's Evid., p. 90, 141-42. <br><br> • This document is self-authenticating under Rule 902(5). |

**STATEMENT OF UNCONTROVERTED FACTS IN SUPPORT OF ATLANTIC SPECIALTY'S**
**MOTION FOR SUMMARY JUDGMENT OR, ALTERNATIVELY, PARTIAL SUMMARY JUDGMENT**

| | |
|---|---|
| | • UCP001845 E-mail from Max Security Intelligence to Stephen Smith, Head of Security, Europe, NBCU (July 08, 2014 01:46 PST). Ex. 29 to Atlantic's Evid., p. 669.<br><br>• Lowenstein Aff. at p. 6 (stating Operation Protective Edge began on July 7, 2014). Ex. 1 to Atlantic's Evid., p. 7 ¶ J.<br><br>• This fact is the subject of a request for judicial notice. |
| 57.     On July 9, 2014, Smith sent an e-mail that contained a detailed timeline of the events of that day:<br><br>• Gaza death toll between 25-35, with at least 300 injured<br><br>• Iron Dome defense system deployed near Jerusalem, following large amounts of long range missiles fired from Gaza<br><br>• Public bomb shelters opened in Tel Aviv and Jerusalem<br><br>• Hamas claims responsibility for firing of four rockets on Jerusalem, four on Tel Aviv, twelve on Ashdod and one on Haifa | • UCP000888-896 E-mail (and attachment thereto) from Stephen Smith, Head of Security, Europe, NBCU to Randi Richmond, Vice President, Production, UCP (July 09, 2014 06:16 PST). Ex. 133 to Atlantic's Evid., p. 1532-40. |

ANDERSON, MCPHARLIN & CONNERS LLP
LAWYERS
707 WILSHIRE BOULEVARD, SUITE 4000
LOS ANGELES, CALIFORNIA 90017-3623

**STATEMENT OF UNCONTROVERTED FACTS IN SUPPORT OF ATLANTIC SPECIALTY'S
MOTION FOR SUMMARY JUDGMENT OR, ALTERNATIVELY, PARTIAL SUMMARY JUDGMENT**

ANDERSON, McPHARLIN & CONNERS LLP

LAWYERS

707 WILSHIRE BOULEVARD, SUITE 4000

LOS ANGELES, CALIFORNIA 90017-3623

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

|  |  |
|---|---|
| • Five rockets fired toward Tel Aviv, four intercepted successfully, one landed in the sea, no injuries. Rockets aimed at Ben Gurion Airport.<br>• Rocket fired towards Jerusalem hit a residents building in Jerusalem, no injuries reported.<br>• Due to rocket attacks, U.S. Embassy in Tel Aviv to operate in minimal staffing<br>• The European hospital in Gaza has been hit by Israel fighter jets, casualties reported<br>• Rocket landed in Hadera area, city between Tel Aviv and Haifa, 60 miles from Gaza<br>• Gunmen from Hamas landed on the shore near Zikim adjacent to the Gaza border, where a kibbutz and a military base are located. Four gunmen were killed. |  |
| 58.   Hamas and Israel carried out seaborne attacks against each other in July and August of 2014. | • UCP002468 E-mail from Chris Biggs, Security & Intelligence Analyst, NBCU International, to Erin Noordeloos, Director of International Security and Crisis |

STATEMENT OF UNCONTROVERTED FACTS IN SUPPORT OF ATLANTIC SPECIALTY'S
MOTION FOR SUMMARY JUDGMENT OR, ALTERNATIVELY, PARTIAL SUMMARY JUDGMENT

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

ANDERSON, MCPHARLIN & CONNERS LLP
LAWYERS
707 WILSHIRE BOULEVARD, SUITE 4000
LOS ANGELES, CALIFORNIA 90017-3623

Management, NBCU,  and Stephen
Smith, Head of Security, Europe,
NBCU (July 10, 2014 02:40 PST).
Ex. 128 to Atlantic's Evid., p. 1508.

• UCP002683 E-mail from Country
Risk Forecast and Travel Security
Online to Stephen Smith, Head of
Security, Europe, NBCU (July 09,
2014 05:16 PST) (noting Gaza-based
militants' attempted incursion via the
Mediterranean Sea). Ex. 20 to
Atlantic's Evid., p. 622.

• UCP002372 E-mail from Max
Security Intelligence to Stephen
Smith, Head of Security, Europe,
NBCU (July 09, 2014 24:57 PST)
("This was witnessed on July 8, after
five Hamas militants raided Kibbutz
Zikim from the sea."). Ex. 31 to
Atlantic's Evid., p. 680.

• Lowenstein Aff. at p. 6. Ex. 1 to
Atlantic's Evid., p. 7 ¶K.

• Human Rights Council, *Human Rights
Situation in Palestine and other Occupied
Arab Territories*, 69 U.N. Doc.
A/HRC/29/CRP.4 (June 24, 2015).
Ex. 6 to Atlantic's Evid., p. 278.

STATEMENT OF UNCONTROVERTED FACTS IN SUPPORT OF ATLANTIC SPECIALTY'S
MOTION FOR SUMMARY JUDGMENT OR, ALTERNATIVELY, PARTIAL SUMMARY JUDGMENT

ANDERSON, MCPHARLIN & CONNERS LLP
LAWYERS
707 WILSHIRE BOULEVARD, SUITE 4000
LOS ANGELES, CALIFORNIA 90017-3623

| | |
|---|---|
| | • This document is self-authenticating under Rule 902(5). <br><br> • UCP001845 E-mail from Max Security Intelligence to Stephen Smith, Head of Security, Europe, NBCU (July 08, 2014 01:46 PST). Ex. 29 to Atlantic's Evid., p. 669. <br><br> • UCP002332 E-mail from Max Security Intelligence to Stephen Smith, Head of Security, Europe, NBCU (July 16, 2014 24:53 PST). Ex. 26 to Atlantic's Evid., p. 655. |
| 59.    Chris Biggs of NBCU wrote the following e-mail to Smith on July 10, 2014: "Hamas' military wing … sent a seaborne unit to attack an Israeli position in Ashkalon, southern Israel; and fired rockets against Tel Aviv's Ben Gurion Airport and Jerusalem," while Israel "authorized the Israeli Defense Forces (IDF) to call up to 40,000 reservists, and conducted hundreds of air raids on Gaza." | • UCP002468 E-mail from Chris Biggs, Security & Intelligence Analyst, NBCU International, to Erin Noordeloos, Director of International Security and Crisis Management, NBCU,  and Stephen Smith, Head of Security, Europe, NBCU (July 10, 2014 02:40 PST). Ex. 128 to Atlantic's Evid., p. 1508. |
| 60.    On July 10, 2014, Stephen Smith wrote in an e-mail to Mark Binke, the Executive Vice President of Production for UCP that he could no longer | • UCP000940 E-mail from Stephen Smith, NBCU Head of Security, Europe, to Mark Binke, Executive Vice President, Production, UCP |

**STATEMENT OF UNCONTROVERTED FACTS IN SUPPORT OF ATLANTIC SPECIALTY'S MOTION FOR SUMMARY JUDGMENT OR, ALTERNATIVELY, PARTIAL SUMMARY JUDGMENT**

ANDERSON, McPHARLIN & CONNERS LLP
LAWYERS
707 WILSHIRE BOULEVARD, SUITE 4000
LOS ANGELES, CALIFORNIA 90017-3623

| | |
|---|---|
| guarantee the safety and security of the crew. | (July 10, 2014 8:09 PST). Ex. 129 to Atlantic's Evid., p. 1512. |
| 61.    In an e-mail from Chris Biggs to Erin Noordeloos and Stephen Smith, Biggs stated: "Israeli ground operation in Gaza increasingly likely, risking unintended escalation involving Syria and Hizbullah." "Hamas's military wing, the Ezz Eddine al-Qassam Brigades, yesterday (8 July) sent a seaborne unit to attack an Israeli position in Askhalon, southern Israel; and fire rockets against Tel Aviv's Ben Gurion Airport and against Jerusalem . . . ." "For its part, Israel on yesterday authorized the Israeli Defense Forces (IDF) to call up to 40,000 reservists, and conducted hundreds of air raids on Gaza." | • UCP002468 E-mail from Chris Biggs, Security & Intelligence Analyst, NBCU to Erin Noordeloos, Director of International Security and Crisis Mgmt., NBCUniveral and to Stephen Smith, Head of Security, Europe, NBCU (July 10, 2014 02:40 PST). Ex. 128 to Atlantic's Evid., p. 1508. |
| 62.    As of July 10, 2014, it had become clear, including to plaintiffs, that Israel was planning a ground invasion. | • UCP002468-70 E-mail from Chris Biggs, Security & Intelligence Analyst, NBCU International, to Erin Noordeloos, Director of International Security and Crisis Management, NBCU, and to Stephen |

42

**STATEMENT OF UNCONTROVERTED FACTS IN SUPPORT OF ATLANTIC SPECIALTY'S MOTION FOR SUMMARY JUDGMENT OR, ALTERNATIVELY, PARTIAL SUMMARY JUDGMENT**

ANDERSON, MCPHARLIN & CONNERS LLP
LAWYERS
707 WILSHIRE BOULEVARD, SUITE 4000
LOS ANGELES, CALIFORNIA 90017-3623

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

|  |  |
|---|---|
|  | Smith, Head of Security, Europe, NBCU (July 10, 2014 02:40 PST) ("ground operation in Gaza increasingly likely"). Ex. 128 to Atlantic's Evid., p. 1508-10.<br><br>• UCP001851 E-mail from Max Security Intelligence to Stephen Smith, Head of Security, Europe, NBCU (July 11, 2014 12:26 PST) (July 11 Max Security Report quoting Netanyahu stating Israel was considering ground invasion). Ex. 32 to Atlantic's Evid., p. 686.<br><br>• UCP002712 E-mail from Max Security Intelligence to Stephen Smith, Head of Security, Europe, NBCU (July 14, 2014 12:30 PST) ("Israeli Cabinet's authorization of 42,000 reservists to be called up further suggests the possibility of a ground invasion over the coming days."). Ex. 24 to Atlantic's Evid., p. 644. |
| **63.**     In an e-mail from Smith dated July 10, 2014, Smith recommended that personnel leave Israel, and stated: "We have looked at the magnitude and range, | • UCP000993 E-mail from Stephen Smith, Head of Security, Europe, NBCU, to Mark Binke, Executive Vice President, Production, UCP |

43

**STATEMENT OF UNCONTROVERTED FACTS IN SUPPORT OF ATLANTIC SPECIALTY'S
MOTION FOR SUMMARY JUDGMENT OR, ALTERNATIVELY, PARTIAL SUMMARY JUDGMENT**

ANDERSON, McPHARLIN & CONNERS LLP
LAWYERS
707 WILSHIRE BOULEVARD, SUITE 4000
LOS ANGELES, CALIFORNIA 90017-3623

| | |
|---|---|
| of current rocket attacks (which appear to target locations to be used in forthcoming filming)." | (July 10, 2014 07:52 PST). Ex. 138 to Atlantic's Evid., p. 1551. |
| **64.** The lawyer for one of the cast members of Dig also used the word war to describe the events of 2014. | • UCP020043-47 E-mail from Harris Hartman to Juliana Carnessale, Esquire, Senior Vice President of Business Affairs, NBCU (July 09, 2014 10:26 PST). Ex. 143 to Atlantic's Evid., p. 1582-86. |
| **65.** The lawyer wrote an e-mail to several NBCU employees, stating:<br><br>"We can't imagine the production will continue in a war zone under continuing air raid sirens."<br><br>After receiving no response, he wrote:<br><br>"Not the sort of e-mails I expected to be met with silence. Can you guys please let us know what is going on? Would you send your child into a war zone?" | • UCP020045 E-mail from Harris Hartman to Juliana Carnessale, Esquire, Senior Vice President of Business Affairs, NBCU (July 09, 2014 10:26 PST). Ex. 143 to Atlantic's Evid., p. 1548.  E-mail from Harris Hartman to Juliana Carnessale, Esquire, Senior Vice President of Business Affairs, NBCU (July 10, 2014 11:43 PST). Ex. 143 to Atlantic's Evid., p. 1548. |
| **66.** The lawyer later wrote that waiting for a decision was "nerve-wracking for the individuals who could literally be on the front lines;" and that | • UCP020044 E-mail from Harris Hartman to Lori Lynem, Esquire, Vice President of Business Affairs, NBCU (July 10, 2014 13:25 PST). |

STATEMENT OF UNCONTROVERTED FACTS IN SUPPORT OF ATLANTIC SPECIALTY'S
MOTION FOR SUMMARY JUDGMENT OR, ALTERNATIVELY, PARTIAL SUMMARY JUDGMENT

| | |
|---|---|
| "the area," referring to Israel and Palestine, "is quite literally a war zone." | Ex. 143 to Atlantic's Evid., p. 1583. |
| **67.** The plaintiffs had finished filming the pilot episode of *Dig* on June 26, 2014, and were on a scheduled hiatus until July 19, 2014. | • UCP000340-42 E-mail from Susan Weiss, Senior Vice President, AON/Albert G. Ruben Insurance Services, Inc., to Andrea Garber, Senior Director, Risk Management, NBCU (July 15, 2014 13:34 PST). Ex. 39 to Atlantic's Evid., p. 738. |
| **68.** On July 11, given the escalation of the fighting, the plaintiffs decided to temporarily postpone the production that was scheduled to resume on July 19, 2014. | • First Amended Compl. at ¶ 24. Ex. 14 to Atlantic's Evid., p. 512. |
| **69.** Hamas launched an unmanned aerial vehicle believed to possibly be carrying explosives at Israel on July 14, 2014. | • Lowenstein Aff. at p. 6. Ex. 1 to Atlantic's Evid., p. 7 ¶M. <br> • Human Rights Council, *Human Rights Situation in Palestine and other Occupied Arab Territories*, 18, U.N. Doc. A/HRC/29/CRP.4 (June 24, 2015). Ex. 6 to Atlantic's Evid., p. 227. <br> • This document is self-authenticating under Rule 902(5). |
| **70.** Between July 8 and July 17, 2014, fighting between Israel and Hamas engaged in consistent and ongoing fighting, with Hamas primarily firing | • Lowenstein Aff. at p. 6-7. Ex. 1 to Atlantic's Evid., p. 7-8 ¶K-N. <br> • UCP000888 E-mail from Stephen Smith, Head of Security, Europe, |

ANDERSON, MCPHARLIN & CONNERS LLP
LAWYERS
707 WILSHIRE BOULEVARD, SUITE 4000
LOS ANGELES, CALIFORNIA 90017-3623

45

ANDERSON, MCPHARLIN & CONNERS LLP
LAWYERS
707 WILSHIRE BOULEVARD, SUITE 4000
LOS ANGELES, CALIFORNIA 90017-3623

| | |
|---|---|
| rockets and missiles into Israel, and Israel responding with airstrikes. | NBCU to Randi Richmond, Vice President, Production, UCP (July 09, 2014 06:16 PST). Ex. 133 to Atlantic's Evid., p. 1532. |
| **71.** Because of the magnitude and range of rocket attacks, the plaintiffs decided to abandon filming in Israel altogether on July 16, 2014. | • UCP000993 E-mail from Stephen Smith, Head of Security, Europe, NBCU, to Mark Binke, Executive Vice President, Production, UCP (July 10, 2014 07:52 PST). Ex. 138 to Atlantic's Evid., p. 1551.<br><br>• UCP000940 E-mail from Stephen Smith, Head of Security, Europe, NBCU to Mark Binke, Executive Vice President, Production, UCP (July 10, 2014 8:09). Ex. 129 to Atlantic's Evid., p. 1512.<br><br>• UCP001286 E-mail from Stephen Smith, Head of Security, Europe, NBCU to Mark Binke, Executive Vice President, Production, UCP (July 16, 2014 12:16). Ex. 121 to Atlantic's Evid., p. 1474.<br><br>• UCP000736 E-mail from Stephen Smith, Head of Security, Europe, NBCU to Mark Binke, Executive Vice President, Production, UCP (July 17, 2014 6:47). Ex. 111 to |

46

ANDERSON, McPHARLIN & CONNERS LLP
LAWYERS
707 WILSHIRE BOULEVARD, SUITE 4000
LOS ANGELES, CALIFORNIA 90017-3623

| | |
|---|---|
| | Atlantic's Evid., p. 1285.<br>• Plaintiffs' Supplemental Response to Interrogatory No. 25. Ex. 40 to Atlantic's Evid., p. 745-47. |
| **72.** Filming of *Dig* was completed partly in New Mexico and partly in Croatia. | • First Amended Compl. ¶ 27. Ex. 14 to Atlantic's Evid., p. 513. |
| **73.** On July 17, Israel's ground forces invaded Gaza. | • Lowenstein Aff. at p. 7. Ex. 1 to Atlantic's Evid., p. 8 ¶O.<br>• UCP003467 E-mail from Stephen Smith, Head of Security, Europe, NBCU to Mark Binke, Executive Vice President, Production, UCP (July 17, 2014 13:01 PST) ("Ground offensive started"). Ex. 134 to Atlantic's Evid., p. 1542.<br>• UCP000503 E-mail from Tom McCarthy, Global Chief Security Officer/Senior Vice President, NBCU, to Mark Binke, Executive Vice President, Production, UCP (July 17, 2014 15:03 PST)  (e-mail including link to article noting that a ground invasion had begun on July 17). Ex. 135 to Atlantic's Evid., p. 1544.<br>• Human Rights Council, *Human Rights* |

STATEMENT OF UNCONTROVERTED FACTS IN SUPPORT OF ATLANTIC SPECIALTY'S
MOTION FOR SUMMARY JUDGMENT OR, ALTERNATIVELY, PARTIAL SUMMARY JUDGMENT

ANDERSON, McPHARLIN & CONNERS LLP
LAWYERS
707 WILSHIRE BOULEVARD, SUITE 4000
LOS ANGELES, CALIFORNIA 90017-3623

| | |
|---|---|
| | *Situation in Palestine and other Occupied Arab Territories*, 18, U.N. Doc. A/HRC/29/CRP.4 (June 24, 2015). Ex. 6 to Atlantic's Evid., p. 227.<br>• This document is self-authenticating under Rule 902(5).<br>• U.N. Office for the Coordination of Humanitarian Affairs, Fragmented Lives Humanitarian Overview 2014, 8 (2015), https://www.ochaopt.org/document s/annual_humanitarian_overview_20 14_english_final.pdf. Ex. 36 to Atlantic's Evid., p. 706.<br>• This document is self-authenticating under Rule 902(5).<br>• UCP001462 E-mail from Stephen Smith, Head of Security, Europe, NBCU, to Mark Binke, Executive Vice President, Production, UCP (July 18, 2014 06:43 PST). Ex. 136 to Atlantic's Evid., p. 1546.<br>• This fact is the subject of a request for judicial notice. |
| 74.   The IDF ground invasion involved thousands of IDF troops, including infantry, armored and | • Lowenstein Aff. at p. 7. Ex. 1 to Atlantic's Evid., p. 8 ¶O.<br>• U.S. Dep't of State, Bureau of |

48

ANDERSON, McPHARLIN & CONNERS LLP
LAWYERS
707 WILSHIRE BOULEVARD, SUITE 4000
LOS ANGELES, CALIFORNIA 90017-3623

| | |
|---|---|
| engineering corps, artillery and intelligence forces, combined with aerial and naval support and accompanied by tanks and helicopter gunships. | Democracy, Human Rights and Labor, Country Report on Human Rights Practices for 2014, 59 (2015), available at https://www.state.gov/documents/ organization/236814.pdf. Ex. 5 to Atlantic's Evid., p. 148.<br>• This document is self-authenticating under Rule 902(5).<br>• Human Rights Council, *Human Rights Situation in Palestine and other Occupied Arab Territories*, 3, U.N. Doc. A/HRC/29/CRP.4 (June 24, 2015). Ex. 6 to Atlantic's Evid., p. 212.<br>• This document is self-authenticating under Rule 902(5). |
| **75.**   Early in the morning of July 18, 2014, NBCU's head of security, Stephen Smith, sent an e-mail to Mark Binke with a "quick summary of events." It stated, in part:<br>"Over 100 targets, including rocket launching sites and underground tunnels, were targeted throughout Gaza during the overnight hours of July 17-18 as more Israeli troops and armor advanced into Gaza. Fourteen Hamas | • UCP001462 E-mail from Stephen Smith, Head of Security, Europe, NBCU, to Mark Binke, Executive Vice President, Production, UCP and Randi Richmond, Vice President, Production, UCP  (July 18, 2014 06:43 PST). Ex. 136 to Atlantic's Evid., p. 1546. |

49

**STATEMENT OF UNCONTROVERTED FACTS IN SUPPORT OF ATLANTIC SPECIALTY'S MOTION FOR SUMMARY JUDGMENT OR, ALTERNATIVELY, PARTIAL SUMMARY JUDGMENT**

militants were reportedly killed in Israeli attacks, while the Israel Defense Forces (IDF) sustained its first fatality after a soldier was killed by light arms fire.

Rockets meanwhile continued to be fired into southern Israeli towns within a 40 km range of the Gaza Strip since the beginning of Israel's ground offensive.

At this time there has been no de-escalation in the conflict and the threat to personnel resulting in serious injury or loss of life remains considerable…

The Israeli military said it would be calling up an additional 18,000 reservists to support ongoing operations in the Gaza Strip.

The launch of Israel's ground campaign underscores the likelihood that IDF operations will continue to escalate in both scope and size over the coming hours and days.

ANDERSON, McPHARLIN & CONNERS LLP
LAWYERS
707 WILSHIRE BOULEVARD, SUITE 4000
LOS ANGELES, CALIFORNIA 90017-3623

STATEMENT OF UNCONTROVERTED FACTS IN SUPPORT OF ATLANTIC SPECIALTY'S MOTION FOR SUMMARY JUDGMENT OR, ALTERNATIVELY, PARTIAL SUMMARY JUDGMENT

| | |
|---|---|
| Although P.M. Natanjahu [sic] has stated that Israel's objective on the ground is to neutralize Hamas tunnels, we assess that Israel's ground campaign is likely to additionally target other militant infrastructure, especially rocket launching sites in Gaza periphery and the extensive underground networks that support them.<br><br>No realistic timeframe for any reduction in hostilities can be established at present." | |
| 76.    As the fighting continued, Israel conducted more and more airstrikes and attacked with tanks and soldiers on the ground. | • UCP002155-57 E-mail from Chris Biggs, Security & Intelligence Analyst, NBCU International, to Stephen Smith, Head of Security, Europe, NBCUnversal (Aug. 01, 2014 01:20 PST) (E-mail discussing attacks by Israel with tank fire, and continued rocket fire by Palestinians). Ex. 33 to Atlantic's Evid., p. 691-93.<br>• U.S. Dep't of State, Bureau of Democracy, Human Rights and Labor, Country Report on Human Rights Practices for 2014, 1 (2015), *available at* |

ANDERSON, McPHARLIN & CONNERS LLP
LAWYERS
707 WILSHIRE BOULEVARD, SUITE 4000
LOS ANGELES, CALIFORNIA 90017-3623

STATEMENT OF UNCONTROVERTED FACTS IN SUPPORT OF ATLANTIC SPECIALTY'S
MOTION FOR SUMMARY JUDGMENT OR, ALTERNATIVELY, PARTIAL SUMMARY JUDGMENT

ANDERSON, McPHARLIN & CONNERS LLP
LAWYERS
707 WILSHIRE BOULEVARD, SUITE 4000
LOS ANGELES, CALIFORNIA 90017-3623

| | |
|---|---|
| | https://www.state.gov/documents/organization/236814.pdf. Ex. 5 to Atlantic's Evid., p. 90.<br><br>• This document is self-authenticating under Rule 902(5).<br><br>• Human Rights Council, *Human Rights Situation in Palestine and other Occupied Arab Territories*, 18, U.N. Doc. A/HRC/29/CRP.4 (June 24, 2015). Ex. 6 to Atlantic's Evid., p. 227.<br><br>• This document is self-authenticating under Rule 902(5). |
| 77.    By August 1st, NBCU's security team reported that "1,460 Palestinians, mostly civilians, have died in the conflict…sixty-three Israelis, mostly soldiers, have died." | • UCP002155-57 E-mail from Chris Biggs, Security & Intelligence Analyst, NBCU International, to Stephen Smith, Head of Security, Europe, NBCUnversal (Aug. 01, 2014 01:20 PST). Ex. 33 to Atlantic's Evid., p. 691-93. |
| 78.    Although there were several attempts to broker a ceasefire while Israel's Operation Protective Edge was in effect (July 8 through August 26), all were unsuccessful and any ceasefires they could agree to were short-lived. | • UCP003777 E-mail from Chris Biggs, Security & Intelligence Analyst, NBCU International to Stephen Smith, Head of Security, Europe, NBCU (Aug. 01, 2014 02:34 PST)  (E-mail referencing a brief ceasefire). Ex. 34 to Atlantic's Evid., p. 695. |

STATEMENT OF UNCONTROVERTED FACTS IN SUPPORT OF ATLANTIC SPECIALTY'S
MOTION FOR SUMMARY JUDGMENT OR, ALTERNATIVELY, PARTIAL SUMMARY JUDGMENT

ANDERSON, McPHARLIN & CONNERS LLP

LAWYERS

707 WILSHIRE BOULEVARD, SUITE 4000

LOS ANGELES, CALIFORNIA 90017-3623

| | |
|---|---|
| | • UCP002288-2292 E-mail from Max Security Intelligence to Stephen Smith, Head of Security, Europe, NBCU (July 11, 2014 02:06 PST) (E-mail stating "Palestinian Authority President said his efforts to mediate ceasefire had failed and an Israeli ground operation into Gaza Strip would commence soon"). Ex. 22 to Atlantic's Evid., p. 633-37. |
| | • UCP003612 E-mail from Stephen Smith, Head of Security, Europe, NBCU, to Mark Binke, Executive Vice President, Production, UCP (July 17, 2014 01:29 PST) (E-mail from NBCU's head of security noting that a brief humanitarian ceasefire requested by the United Nations was in effect). Ex. 35 to Atlantic's Evid., p. 697. |
| 79.  On August 26, 2014, both sides agreed to an indefinite ceasefire, drawing the war to a close. | • U.S. Dep't of State, Bureau of Democracy, Human Rights and Labor, Country Report on Human Rights Practices for 2014 1, 59 (2015), *available at* https://www.state.gov/documents/organization/236814.pdf. Ex. 5 to |

**STATEMENT OF UNCONTROVERTED FACTS IN SUPPORT OF ATLANTIC SPECIALTY'S MOTION FOR SUMMARY JUDGMENT OR, ALTERNATIVELY, PARTIAL SUMMARY JUDGMENT**

ANDERSON, MCPHARLIN & CONNERS LLP
LAWYERS
707 WILSHIRE BOULEVARD, SUITE 4000
LOS ANGELES, CALIFORNIA 90017-3623

| | |
|---|---|
| | Atlantic's Evid., p. 90, 148. |
| | • This document is self-authenticating under Rule 902(5). |
| | • Human Rights Council, *Human Rights Situation in Palestine and other Occupied Arab Territories*, 18, U.N. Doc. A/HRC/29/CRP.4 (June 24, 2015). Ex. 6 to Atlantic's Evid., p. 227. |
| | • U.N. Office for the Coordination of Humanitarian Affairs, Fragmented Lives Humanitarian Overview 2014, 5-6 (2015), https://www.ochaopt.org/documents/annual_humanitarian_overview_2014_english_final.pdf.  Ex. 36 to Atlantic's Evid., p. 703-04. |
| | • This document is self-authenticating under Rule 902(5). |
| | • This fact is the subject of a request for judicial notice. |
| 80.     Israel continued Operation Protective Edge from July 8 to August 26, 2014, nearly 50 days. | • U.S. Dep't of State, Bureau of Democracy, Human Rights and Labor, Country Report on Human Rights Practices for 2014 1, 52-53 (2015), *available at* https://www.state.gov/documents/organization/236814.pdf. Ex. 5 to |

ANDERSON, MCPHARLIN & CONNERS LLP
LAWYERS
707 WILSHIRE BOULEVARD, SUITE 4000
LOS ANGELES, CALIFORNIA 90017-3623

| | |
|---|---|
| | Atlantic's Evid., p. 90, 141-42. |
| | • This document is self-authenticating under Rule 902(5). |
| | • Human Rights Council, *Human Rights Situation in Palestine and other Occupied Arab Territories*, 20 U.N. Doc. A/HRC/29/CRP.4 (June 24, 2015). Ex. 6 to Atlantic's Evid., p. 229. |
| | • This document is self-authenticating under Rule 902(5). |
| | • This fact is the subject of a request for judicial notice. |
| 81.      During July 8 to August 26, 2014, Hamas and other militant groups fired 4,465 rockets and mortar shells into Israel, while the Israeli government conducted 5,242 airstrikes within Gaza and a 20-day military ground operation in Gaza. | • U.S. Dep't of State, Bureau of Democracy, Human Rights and Labor, Country Report on Human Rights Practices for 2014, 1 (2015), *available at* https://www.state.gov/documents/organization/236814.pdf. Ex. 5 to Atlantic's Evid., p. 90. |
| | • This document is self-authenticating under Rule 902(5). |
| | • UCP000292 U.S. Dep't. of State: Bureau of Consular Affairs, *Israel, the West Bank and Gaza Travel Warning*, U.S. Passports & Int'l. Travel (July 11, 2014), |

ANDERSON, McPHARLIN & CONNERS LLP

LAWYERS

707 WILSHIRE BOULEVARD, SUITE 4000
LOS ANGELES, CALIFORNIA 90017-3623

| | | |
|---|---|---|
| 1 2 3 4 5 6 | | https://web.archive.org/web/20140724171638/http://travel.state.gov/content/passports/english/alertswarnings/Israel-travel-warning.html (last visited on May 18, 2016). Ex. 30 to Atlantic's Evid., p. 675. |
| 7 8 9 10 11 12 13 14 15 16 | **82.**    The 50 days of intense fighting left both Israel and Palestine ravaged— but Palestine was hit particularly hard due to Israel's access to much more high-powered weaponry (primarily fighter jets and tanks) and its possession of what is known as the Iron Dome: a missile-defense system that intercepts rockets and missiles before they land in Israel. | • UCP002054 E-mail from Max Security Intelligence to Stephen Smith, Head of Security, Europe, NBCU (July 20, 2014 01:43 PST). Ex. 37 to Atlantic's Evid., p. 724.<br><br>• UCP002136 E-mail from Max Security Intelligence to Stephen Smith, Head of Security, Europe, NBCU (July 21, 2014 07:00 PST). Ex. 38 to Atlantic's Evid., p. 730. |
| 17 18 19 20 21 22 23 24 25 26 27 | **83.**    Palestinian fatalities totaled approximately 2,220, at least half of whom were civilians. | • U.S. Dep't of State, Bureau of Democracy, Human Rights and Labor, Country Report on Human Rights Practices for 2014, 1 (2015), *available at* https://www.state.gov/documents/organization/236814.pdf. Ex. 5 to Atlantic's Evid., p. 90.<br><br>• Jim Zanotti, Cong. Research Serv., RL34074, The Palestinians: Background and U.S. Relations 9 |

28

**STATEMENT OF UNCONTROVERTED FACTS IN SUPPORT OF ATLANTIC SPECIALTY'S MOTION FOR SUMMARY JUDGMENT OR, ALTERNATIVELY, PARTIAL SUMMARY JUDGMENT**

ANDERSON, MCPHARLIN & CONNERS LLP
LAWYERS
707 WILSHIRE BOULEVARD, SUITE 4000
LOS ANGELES, CALIFORNIA 90017–3623

| | |
|---|---|
| | (2015). Ex. 4 to Atlantic's Evid., p. 52.<br>• These documents are self-authenticating under Rule 902(5).<br>• This fact is the subject of a request for judicial notice. |
| **84.**     Approximately 11,000 Palestinians were wounded. | • U.N. Office for the Coordination of Humanitarian Affairs, Fragmented Lives Humanitarian Overview 2014, 5-6 (2015), https://www.ochaopt.org/documents/annual_humanitarian_overview_2014_english_final.pdf.  Ex. 36 to Atlantic's Evid., p. 703-04.<br>• This document is self-authenticating under Rule 902(5).<br>• This fact is the subject of a request for judicial notice. |
| **85.**     The Israeli Defense Force lost 67 soldiers, and 6 Israeli citizens and one citizen of Thailand were killed. | • U.S. Dep't of State, Bureau of Democracy, Human Rights and Labor, Country Report on Human Rights Practices for 2014, 1 (2015), *available at* https://www.state.gov/documents/organization/236814.pdf. Ex. 5 to Atlantic's Evid., p. 90.<br>• Jim Zanotti, Cong. Research Serv., |

STATEMENT OF UNCONTROVERTED FACTS IN SUPPORT OF ATLANTIC SPECIALTY'S
MOTION FOR SUMMARY JUDGMENT OR, ALTERNATIVELY, PARTIAL SUMMARY JUDGMENT

ANDERSON, MCPHARLIN & CONNERS LLP
LAWYERS
707 WILSHIRE BOULEVARD, SUITE 4000
LOS ANGELES, CALIFORNIA 90017-3623

| | |
|---|---|
| | RL34074, The Palestinians: Background and U.S. Relations 9 (2015) (listing slightly different numbers of Israeli deaths—71 as opposed to 74). Ex. 4 to Atlantic's Evid., p. 52. <br><br> • These documents are self-authenticating under Rule 902(5). <br> • The fact relating to the approximate number of fatalities is the subject of a request for judicial notice. |
| 86.    Hostilities during Operation Protective Edge internally displaced approximately 520,000 persons in Gaza, and approximately 10,000 Israelis. | • U.S. Dep't of State, Bureau of Democracy, Human Rights and Labor, Country Report on Human Rights Practices for 2014, 1, 96 (2015), *available at* https://www.state.gov/documents/organization/236814.pdf. Ex. 5 to Atlantic's Evid., p. 90, 185. <br><br> • Human Rights Council, *Human Rights Situation in Palestine and other Occupied Arab Territories*, 18, U.N. Doc. A/HRC/29/CRP.4 (June 24, 2015). Ex. 6 to Atlantic's Evid., p. 227. <br><br> • U.N. Office for the Coordination of Humanitarian Affairs, Fragmented Lives Humanitarian Overview 2014, |

ANDERSON, McPHARLIN & CONNERS LLP
LAWYERS
707 WILSHIRE BOULEVARD, SUITE 4000
LOS ANGELES, CALIFORNIA 90017-3623

| | |
|---|---|
| | 10 (2015), https://www.ochaopt.org/documents/annual_humanitarian_overview_2014_english_final.pdf. Ex. 36 to Atlantic's Evid., p. 708.<br>• These documents are self-authenticating under Rule 902(5). |
| 87.    The damage to infrastructure was also severe during the 50 days of fighting. During Operation Protective Edge, Israeli armed forces destroyed electrical, water, and other public infrastructure. | • U.S. Dep't of State, Bureau of Democracy, Human Rights and Labor, Country Report on Human Rights Practices for 2014, 99 (2015), *available at* https://www.state.gov/documents/organization/236814.pdf. Ex. 5 to Atlantic's Evid., p. 188.<br>• Human Rights Council, *Human Rights Situation in Palestine and other Occupied Arab Territories*, 18, U.N. Doc. A/HRC/29/CRP.4 (June 24, 2015). Ex. 6 to Atlantic's Evid., p. 227.<br>• These documents are self-authenticating under Rule 902(5). |
| 88.    Estimates of the cost to repair the damage to infrastructure ranged from 15.6 billion to as high as 31.2 billion Israeli new shekels ($4-$8 billion). | • U.S. Dep't of State, Bureau of Democracy, Human Rights and Labor, Country Report on Human Rights Practices for 2014, 99 (2015), *available at* |

STATEMENT OF UNCONTROVERTED FACTS IN SUPPORT OF ATLANTIC SPECIALTY'S
MOTION FOR SUMMARY JUDGMENT OR, ALTERNATIVELY, PARTIAL SUMMARY JUDGMENT

ANDERSON, McPHARLIN & CONNERS LLP
LAWYERS
707 WILSHIRE BOULEVARD, SUITE 4000
LOS ANGELES, CALIFORNIA 90017-3623

| | |
|---|---|
| | https://www.state.gov/documents/organization/236814.pdf. Ex. 5 to Atlantic's Evid., p. 188.<br>• This document is self-authenticating under Rule 902(5). |
| **89.** In late 2009, Aon/Albert G. Ruben Insurance Services, Inc. ("Aon"), the purported leading global provider of risk management, insurance and reinsurance services, contacted Atlantic to see if it was interested in underwriting many of NBCU's risks. | • AONNBCU000916 E-mail from Susan Weiss, Vice President, AON/Albert G. Ruben Insurance Services, Inc., to Kurt Ford, Senior Vice President, Production Services, NBCU (Nov. 24, 2009 20:00 PST). Ex. 42 to Atlantic's Evid., p. 761. |
| **90.** AON touts itself as "the leading global provider of risk management, insurance and reinsurance brokerage." | • AON, http://www.aon.com/about-aon/about-aon.jsp (last visited Apr. 22, 2017). Ex. 43 to Atlantic's Evid., p. 765. |
| **91.** The "starting point" for the terms of the policy was a manuscripted policy submitted to Atlantic for consideration by AON, which had been retained to represent NBCU and the plaintiffs in obtaining a new insurance policy. | • AONNBCU000916 E-mail from Susan Weiss, Vice President, AON/Albert G. Ruben Insurance Services, Inc., to Kurt Ford, Senior Vice President, Production Services, NBCU (Nov. 24, 2009 20:00 PST). Ex. 42 to Atlantic's Evid., p. 761. |
| **92.** Following extensive negotiations concerning various terms of the Policy, Atlantic agreed to issue the Policy to NBCU in 2010. | • First Amended Compl. ¶ 17. Ex. 14 to Atlantic's Evid., p. 509-10. |

**STATEMENT OF UNCONTROVERTED FACTS IN SUPPORT OF ATLANTIC SPECIALTY'S MOTION FOR SUMMARY JUDGMENT OR, ALTERNATIVELY, PARTIAL SUMMARY JUDGMENT**

| | |
|---|---|
| **93.** The parties continued to renew coverage after that first policy. | • First Amended Compl. ¶ 17. Ex. 14 to Atlantic's Evid., p. 509-10. |
| **94.** The Policy currently at issue in this case is Policy No. MP00163-04, which was effective from January 1, 2014 through June 30, 2015. | • First Amended Compl. ¶ 16. Ex. 14 to Atlantic's Evid., p. 509. |
| **95.** The relevant insuring agreement in the Policy states: "We agree to pay you such loss (as defined in Paragraph VII) not including loss of earnings or profit, as you sustain by reason of such extra expense you necessarily incur as a result of the interruption, postponement, cancellation, relocation, curtailment or abandonment of an Insured Production due to the following: 1.     The loss must be a direct result of an unexpected, sudden or accidental occurrence entirely beyond your control to include: … (g) Imminent peril, defined as certain, immediate and impending danger of such probability and severity to persons or property that it would be unreasonable or unconscionable to | • Atlantic Policy No. MP00163-04 at p.1 of 4. Ex. 44 to Atlantic's Evid., p. 798. |

ANDERSON, McPHARLIN & CONNERS LLP
LAWYERS
707 WILSHIRE BOULEVARD, SUITE 4000
LOS ANGELES, CALIFORNIA 90017-3623

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**STATEMENT OF UNCONTROVERTED FACTS IN SUPPORT OF ATLANTIC SPECIALTY'S MOTION FOR SUMMARY JUDGMENT OR, ALTERNATIVELY, PARTIAL SUMMARY JUDGMENT**

ANDERSON, McPHARLIN & CONNERS LLP

LAWYERS

707 WILSHIRE BOULEVARD, SUITE 4000

LOS ANGELES, CALIFORNIA 90017-3623

| | |
|---|---|
| 1 ignore." | |
| 2 | |
| 3 **96.** The Policy also includes | • Atlantic Policy No. MP00163-04 at |
| 4 exclusions "applicable to all sections of | p.6 of 7. Ex. 44 to Atlantic's Evid., p. |
| 5 this policy." The exclusions relevant | 778. |
| 6 here are: | |
| 7 "This policy does not insure against loss | |
| 8 or damage caused directly or indirectly | |
| 9 by: | |
| 10 (1) War, including undeclared or civil | |
| 11 war; or | |
| 12 (2)Warlike action by a military force, | |
| 13 including action in hindering or | |
| 14 defending against an actual or expected | |
| 15 attack, by any government, sovereign or | |
| 16 other authority using military personnel | |
| 17 or other agents; or | |
| 18 (3) Insurrection, rebellion, revolution, | |
| 19 usurped power, or action taken by | |
| 20 governmental authority in hindering or | |
| 21 defending against any of these. Such | |
| 22 loss or damage is excluded regardless of | |
| 23 any other cause or event that | |
| 24 contributes concurrently or in any | |
| 25 sequence to the loss; or | |
| 26 (4) Any weapon of war including atomic | |
| 27 fission or radioactive force, whether in | |

28

**STATEMENT OF UNCONTROVERTED FACTS IN SUPPORT OF ATLANTIC SPECIALTY'S MOTION FOR SUMMARY JUDGMENT OR, ALTERNATIVELY, PARTIAL SUMMARY JUDGMENT**

| | |
|---|---|
| time of peace or war[.]" | |
| **97.** As soon as it became clear that NBCU was considering moving the filming of *Dig* out of Israel, there was a flurry of e-mails over whether there would be insurance coverage for the move. | • UCP000346 E-mail from Curt Williams, Vice President, Production Services, NBCU, to Deborah Kizner, Account Executive, AON (June 16, 2014 08:05 PST). Ex. 125 to Atlantic's Evid., p. 1498.<br><br>• UCP000870 E-mail from Malika Adams, CPCU, Supervisor, Risk Management, Comcast Corporation, to Kurt Ford, Senior Vice President, Production Services, NBCU (July 03, 2014 10:58 PST). Ex. 140 to Atlantic's Evid., p. 1560.<br><br>• UCP000422 E-mail from Malika Adams, CPCU, Supervisor, Risk Management, Comcast Corporation, to Randi Richmond, Vice President, Production, UCP (July 07, 2014 20:11 PST). Ex. 141 to Atlantic's Evid., p. 1569.<br><br>• UCP000442 E-mail from Andrea Garber, Senior Director, Risk Management, to Mark Binke, Executive Vice President, Production, UCP and Randi Richmond, Vice President, |

ANDERSON, McPHARLIN & CONNERS LLP<br>LAWYERS<br>707 WILSHIRE BOULEVARD, SUITE 4000<br>LOS ANGELES, CALIFORNIA 90017-3623

STATEMENT OF UNCONTROVERTED FACTS IN SUPPORT OF ATLANTIC SPECIALTY'S
MOTION FOR SUMMARY JUDGMENT OR, ALTERNATIVELY, PARTIAL SUMMARY JUDGMENT

| | |
|---|---|
| | Production, UCP (July 14, 2014 10:03 PST). Ex. 113 to Atlantic's Evid., p. 1361. |
| **98.** NBCU employees consulted Malika Adams, an employee of Comcast, which now owns NBCU, for her opinion on whether coverage would apply. Ms. Adams wrote that NBCU would "have to be cautious because there is a war exclusion on the policy." | • UCP000870 E-mail from Malika Adams, CPCU, Supervisor, Risk Management, Comcast Corporation, to Kurt Ford, Senior Vice President, Production Services, NBCU (July 03, 2014 10:58 PST). Ex. 140 to Atlantic's Evid., p. 1560. |
| **99.** In another follow up e-mail on the same issue, Ms. Adams wrote again to Randi Richmond, an employee of the Plaintiffs in the case: "[W]e may have some recourse but even that I would say with caution since there is a war exclusion on the policy that may come into play." | • UCP000422 E-mail from Malika Adams, CPCU, Supervisor, Risk Management, Comcast Corporated, to Randi Richmond, Vice President, Production, UCP (July 07, 2014 20:11 PST). Ex. 141 to Atlantic's Evid., p. 1569. |
| **100.** NBCU's own employee, Andrea Garber, wrote an e-mail noting that the exclusion for acts of war was "broad." | • UCP000442 E-mail from Andrea Garber, Senior Director, Risk Management, to Mark Binke, Executive Vice President, Production, UCP and Randi Richmond, Vice President, Production, UCP (July 14, 2014 10:03 PST). Ex. 113 to Atlantic's Evid., p. 1361. |

STATEMENT OF UNCONTROVERTED FACTS IN SUPPORT OF ATLANTIC SPECIALTY'S
MOTION FOR SUMMARY JUDGMENT OR, ALTERNATIVELY, PARTIAL SUMMARY JUDGMENT

ANDERSON, MCPHARLIN & CONNERS LLP
LAWYERS
707 WILSHIRE BOULEVARD, SUITE 4000
LOS ANGELES, CALIFORNIA 90017-3623

| | |
|---|---|
| **101.** The plaintiffs submitted a claim for coverage of "extra expenses" in moving the production of *Dig* out of Israel on July 15, 2014 | • First Amended Compl. at ¶ 29. Ex. 14 to Atlantic's Evid., p. 514. |
| **102.** In 2015, NBCU began shopping around for a new carrier, and Aon, on its behalf, submitted the actual Policy to other insurers, explaining: "It is a manuscripted policy that is the property of Aon . . . . They are looking to keep this same form at renewal." | • E-mail (and attachment thereto) from Susan Weiss, Vice President, AON/Albert G. Ruben Insurance Services, Inc., to Wendy Diaz, Allianz Global Risk U.S. Insurance Company (Mar. 23, 2015 16:39 PST). Ex. 112 to Atlantic's Evid., p. 1287-1359. |
| **103.** The policy that Susan Weiss of Aon sent to other insurers was marked in bold on each and every page as follows: CONFIDENTIAL PROPERTY OF AON." | • E-mail (and attachment thereto) from Susan Weiss, Vice President, AON/Albert G. Ruben Insurance Services, Inc., to Wendy Diaz, Allianz Global Risk U.S. Insurance Company (Mar. 23, 2015 16:39 PST). Ex. 112 to Atlantic's Evid., p. 1287-1359. |
| **104.** In response to an interrogatory that asked the Plaintiffs to explain why they contended their loss did not result from "weapons of war," they stated that the loss was not caused by the weapons | • Plaintiffs' Response to Interrogatory No. 16. Ex. 41 to Atlantic's Evid., p. 754. |

STATEMENT OF UNCONTROVERTED FACTS IN SUPPORT OF ATLANTIC SPECIALTY'S
MOTION FOR SUMMARY JUDGMENT OR, ALTERNATIVELY, PARTIAL SUMMARY JUDGMENT

ANDERSON, McPHARLIN & CONNERS LLP
LAWYERS
707 WILSHIRE BOULEVARD, SUITE 4000
LOS ANGELES, CALIFORNIA 90017-3623

| | |
|---|---|
| of war but instead "by the atmosphere of terror created by Hamas' random and indiscriminate firing of mortars and rockets and the potential threat of other attacks which could be used by Hamas, such as suicide bombers." | |
| 105. The populace at large (including news outlets) referred to the fighting between Israel and Hamas as a "war." For example, NBC News titled a news article *Gaza cease-fire holds between Hamas and Israel after 50-day war.* | • ATL005260 *Gaza cease-fire holds between Hamas and Israel after 50-day war*, NBC News, Aug. 27, 2014, http://www.nbcnews.com/storyline/middle-east-unrest/gaza-cease-fire-holds-between-hamas-israel-after-50-day-n189821. Ex. 45 to Atlantic's Evid., p. 824.<br>• This document is self-authenticating under Rule 902(6). |
| 106. NBC News titled an article *How technology is intensifying Gaza War between Israel and Hamas.* | • ATL00004726-004729 Alastair Jamieson, *How technology is intensifying Gaza War between Israel and Hamas*, NBC News, July 30, 2014, http://www.nbcnews.com/storyline/middle-east-unrest/how-technology-intensifying-gaza-war-between-israel-hamas-n158536. Ex. 46 to Atlantic's Evid., p. 826-29.<br>• This document is self-authenticating under Rule 902(6). |

66

**STATEMENT OF UNCONTROVERTED FACTS IN SUPPORT OF ATLANTIC SPECIALTY'S MOTION FOR SUMMARY JUDGMENT OR, ALTERNATIVELY, PARTIAL SUMMARY JUDGMENT**

ANDERSON, McPHARLIN & CONNERS LLP
LAWYERS
707 WILSHIRE BOULEVARD, SUITE 4000
LOS ANGELES, CALIFORNIA 90017-3623

| | |
|---|---|
| **107.**    NBC News titled an article *Israel and Hamas exchange missile fire as Gaza War looms*, in which it stated: "Israelis ran for cover late on Tuesday as air-raid sirens sounded in the business capital Tel Aviv and the holy city of Jerusalem, both of which were hit in the Gaza war of November 2012." | • ATL004732 *Israel and Hamas exchange missile fire as Gaza War looms*, NBC News, July 8, 2014, http://www.nbcnews.com/news/world/israel-hamas-exchange-missile-fire-gaza-war-looms-n151111 Ex. 47 to Atlantic's Evid., p. 831. <br> • This document is self-authenticating under Rule 902(6). |
| **108.**    NBC News titled an article *Public support for Israel shifting amid Gaza War, Britain warns.* | • ATL004736-004738 Cassandra Vinograd, *Public support for Israel shifting amid Gaza War, Britain warns*, NBC News, July 30, 2014, http://www.nbcnews.com/storyline/middle-east-unrest/public-support-israel-shifting-amid-gaza-war-britain-warns-n168366. Ex. 48 to Atlantic's Evid., p. 833-35. <br> • This document is self-authenticating under Rule 902(6). |
| **109.**    NBC News titled an article *Gaza death toll nears 1,500 as 72-hour truce with Israel begins*, in which it states: "The death toll now surpasses the about 1,400 Palestinians killed during the Gaza war of 2008-2009." | • ATL004741 *Gaza death toll nears 1,500 as 72-hour truce with Israel begins*, NBC News, Aug. 01, 2014, http://www.nbcnews.com/storyline/middle-east-unrest/gaza-death-toll-nears-1-500-72-hour-truce-israel-n170236. Ex. 49 to Atlantic's Evid., |

**STATEMENT OF UNCONTROVERTED FACTS IN SUPPORT OF ATLANTIC SPECIALTY'S MOTION FOR SUMMARY JUDGMENT OR, ALTERNATIVELY, PARTIAL SUMMARY JUDGMENT**

ANDERSON, MCPHARLIN & CONNERS LLP
LAWYERS
707 WILSHIRE BOULEVARD, SUITE 4000
LOS ANGELES, CALIFORNIA 90017-3623

| | |
|---|---|
| | p. 837.<br>• This document is self-authenticating under Rule 902(6). |
| **110.** MSNBC titled an article *Scenes of war and heartbreak as Israel-Hamas conflict intensifies.* | • ATL004588-004597 Benjamin Landy & Maria Lokke, *Scenes of war and heartbreak as Israel-Hams conflict intensifies*, MSNBC, July 18, 2014, http://www.msnbc.com/msnbc/scenes-war-and-heartbreak-israel-hamas-conflict-intensifies. Ex. 50 to Atlantic's Evid., p. 839-48.<br>• This document is self-authenticating under Rule 902(6). |
| **111.** MSNBC titled an article *In Israel and Palestine, children imagine a world without war.* | • ATL004598-004602 Donna Stefano, *In Israel and Palestine, children imagine a world without war*, MSNBC, July 06, 2014, http://www.msnbc.com/msnbc/israel-and-palestine-children-imagine-world-without-war. Ex. 51 to Atlantic's Evid., p. 850-54.<br>• This document is self-authenticating under Rule 902(6). |
| **112.** MSNBC and NBC News are affiliated with NBCU. The same security personnel who provided security for *Dig*, including Smith, | • For the relationship between MSNBC and NBCU, *see* http://www.nbcuniversal.com/business/msnbc (last visited on April, 17, |

**STATEMENT OF UNCONTROVERTED FACTS IN SUPPORT OF ATLANTIC SPECIALTY'S MOTION FOR SUMMARY JUDGMENT OR, ALTERNATIVELY, PARTIAL SUMMARY JUDGMENT**

ANDERSON, McPHARLIN & CONNERS LLP
LAWYERS
707 WILSHIRE BOULEVARD, SUITE 4000
LOS ANGELES, CALIFORNIA 90017-3623

| | |
|---|---|
| provided security for the NBC News bureau in Israel. | 2017) ("MSNBC is part of the NBCU News Group, a division of NBCU, which is owned by Comcast Corporation."). Ex. 52 to Atlantic's Evid., p. 856.<br><br>• For the relationship between NBC News and NBCU, *see* http://www.nbcuniversal.com/busin ess/nbc-news (last visited on April 17, 2017) ("NBC News is part of the NBCUniversal News Group, a division of NBCUniversal, which is owned by Comcast Corporation."). Ex. 53 to Atlantic's Evid., p. 858.<br><br>• Smith Depo., at p. 73-75.  Ex. 119 To Atlantic's Evid., p. 1403-04. |
| **113.**     The Wall Street Journal titled an article *Israel, Hamas set out demands on Gaza*, in which it stated: "Politically, the war offered Hamas a chance to burnish its anti-Israel credentials and bolster its flagging stature among Gazans and Muslims elsewhere in the Arab world…" | • ATL005261-005267 Nicholas Casey, Joshua Mitnick & Nicholas Casey, *Israel, Hamas set out demands on Gaza*, The Wall Street Journal, Oct. 23, 2014, https://www.wsj.com/articles/israel-pulls-forces-from-gaza-as-cease-fire-begins-1407231543. Ex. 54 to Atlantic's Evid., p. 860-66.<br><br>• This document is self-authenticating under Rule 902(6). |

**STATEMENT OF UNCONTROVERTED FACTS IN SUPPORT OF ATLANTIC SPECIALTY'S MOTION FOR SUMMARY JUDGMENT OR, ALTERNATIVELY, PARTIAL SUMMARY JUDGMENT**

ANDERSON, MCPHARLIN & CONNERS LLP

LAWYERS
707 WILSHIRE BOULEVARD, SUITE 4000
LOS ANGELES, CALIFORNIA 90017-3623

| | |
|---|---|
| **114.** The New York Times titled an article *Israel clears troops in airstrike near school in 2014 Gaza War*, which stated: "The case was one of seven investigations into possible military misconduct during the 50-day war between Israel and Gaza's rocket firing militant groups…" | • ATL004603-004605 Isabel Kershner, *Israel clears troops in airstrike near school in 2014 Gaza War*, N.Y. Times, Aug. 24, 2016, https://www.nytimes.com/2016/08/25/world/middleeast/israel-gaza-war.html?_r=0. Ex. 55 to Atlantic's Evid., p. 868-70.<br>• This document is self-authenticating under Rule 902(6). |
| **115.** Time Magazine titled an article *Israel seeks to gain advantage by reversing course in Gaza*, in which the article stated: "The war continues and there is no victor, but Israel is gradually pulling most of its troops out of the Gaza Strip in a sign that in the course of a weekend, it decided to take a completely different tack in its war with Hamas." | • ATL004771-004774 Ilene Prusher, *Israel seeks to gain advantage by reversing course in Gaza*, Time Magazine, Aug. 03, 2014, http://time.com/3076594/israel-gaza-cease-fire-hamas-netanyahu/. Ex. 56 to Atlantic's Evid., p. 872-75.<br>• This document is self-authenticating under Rule 902(6). |
| **116.** The Washington Post titled an article *Here's what really happened in the Gaza war (according to the Israelis).* | • ATL004776-004779 William Booth, *Here's what really happened in the Gaza war (according to the Israelis)*, The Washington Post, Sept. 03, 2014, https://www.washingtonpost.com/news/worldviews/wp/2014/09/03/heres-what-really-happened-in-the-gaza-war-according-to-the- |

**STATEMENT OF UNCONTROVERTED FACTS IN SUPPORT OF ATLANTIC SPECIALTY'S MOTION FOR SUMMARY JUDGMENT OR, ALTERNATIVELY, PARTIAL SUMMARY JUDGMENT**

ANDERSON, McPHARLIN & CONNERS LLP

LAWYERS

707 WILSHIRE BOULEVARD, SUITE 4000

LOS ANGELES, CALIFORNIA 90017-3623

| | |
|---|---|
| | israelis/?utm_term=.18ba9ee8a00e. Ex. 57 to Atlantic's Evid., p. 877-80. <br>• This document is self-authenticating under Rule 902(6). |
| **117.**   CNN titled an article *Gaza War: The terrifying truth*. | • ATL004606-004610 Aaron D. Miller, *Gaza war: The terrifying truth*, CNN, Aug. 03, 2014, http://www.cnn.com/2014/08/01/opinion/miller-gaza-hamas-israel-cease-fire-obstacles/. Ex. 58 to Atlantic's Evid., p. 882-86. <br>• This document is self-authenticating under Rule 902(6). |
| **118.**   U.S. News and World Report titled an article *Israel clears forces in several deadly 2014 Gaza war cases*, in which it stated: "The Israeli military on Wednesday cleared its forces of wrongdoing in three deadly incidents that took place during the 2014 Gaza war—including an airstrike that killed 15 members of a single family." | • ATL004611-004630 Josef Federman, *Israel clears forces in several deadly 2014 Gaza war cases*, U.S. News and World Report, Associated Press, Aug. 24, 2016, https://www.usnews.com/news/world/articles/2016-08-24/israel-clears-forces-in-several-deadly-2014-gaza-war-cases. Ex. 59 to Atlantic's Evid., p. 888-907. <br>• This document is self-authenticating under Rule 902(6). |
| **119.**   The Independent titled an article *Israel-Gaza conflict: 50-day war by numbers*, | • ATL004755-004758 Lizzie Dearden, *Israel-Gaza conflict: 50-day war by* |

71

ANDERSON, McPHARLIN & CONNERS LLP
LAWYERS
707 WILSHIRE BOULEVARD, SUITE 4000
LOS ANGELES, CALIFORNIA 90017-3623

| | |
|---|---|
| which stated:<br><br>"As discussions for a long-term truce between Israel and Hamas continue in Cairo, Gaza is picking up the pieces of a 50-day war that left more than 2,200 people dead." | *numbers*, The Independent, Aug. 27, 2014, http://www.independent.co.uk/news/world/middle-east/israel-gaza-conflict-50-day-war-by-numbers-9693310.html. Ex. 60 to Atlantic's Evid., p. 909-12.<br><br>• This document is self-authenticating under Rule 902(6). |
| **120.**   The Los Angeles Times titled an article *Israel and Hamas may have committed war crimes in Gaza, U.N. report says*, in which it states:<br><br>"A long-awaited report by a United Nations special investigative panel concluded that both Israel and the Palestinian militant group Hamas may have been guilty of war crimes during last summer's Gaza war." | • ATL004631-004634 Batsheva Sobelman, *Israel and Hamas may have committed war crimes in Gaza, U.N. report says*, The Los Angeles Times, June 22, 2015, http://www.latimes.com/world/middleeast/la-fg-un-report-gaza-war-20150622-story.html. Ex. 61 to Atlantic's Evid., p. 914-17.<br><br>• This document is self-authenticating under Rule 902(6). |
| **121.**   BBC News titled an article *Israeli 2014 Gaza war actions lawful, report says*. | • ATL004635-004647 *Israeli 2014 Gaza war actions lawful, report says*, BBC News, June 14, 2015, http://www.bbc.com/news/world-middle-east-33128955. Ex. 62 to Atlantic's Evid., p. 919-31.<br><br>• This document is self-authenticating |

ANDERSON, MCPHARLIN & CONNERS LLP
LAWYERS
707 WILSHIRE BOULEVARD, SUITE 4000
LOS ANGELES, CALIFORNIA 90017-3623

| | |
|---|---|
| | under Rule 902(6). |
| **122.**    The Haaretz News titled an article *After seven weeks of Gaza War, Hamas 1, Israel 0.* | • ATL004648-004651 Amir Oren, *After seven weeks of Gaza War, Hamas 1, Israel 0*, Haaretz News, Aug. 26, 2014, http://www.haaretz.com/israel-news/.premium-1.612437. Ex. 63 to Atlantic's Evid., p. 933-36.  <br>• This document is self-authenticating under Rule 902(6). |
| **123.**    The Atlantic titled an article *The one place where Israel and Hamas are communicating*, in which it stated: "Even for a war that has played out in the bravado of hashtag campaigns…" | • ATL004748-004754 Debra Kamin, *The one place where Israel and Hamas are communicating*, The Atlantic, Aug. 05, 2014, https://www.theatlantic.com/international/archive/2014/08/the-one-place-where-israel-and-hamas-are-communicating/375589/. Ex. 64 to Atlantic's Evid., p. 938-44.  <br>• This document is self-authenticating under Rule 902(6). |
| **124.**    USA Today titled an article *13,000 families in Gaza still displaced two years after war with Israel*, which stated: "Their house was destroyed during the 50-day war with Israel…" | • ATL004652-004654 Abeer Ayyoub, *13,000 families in Gaza still displaced two years after war with Israel*, USA Today, Aug. 10, 2016, https://www.usatoday.com/story/news/world/2016/08/10/gaza-city- |

STATEMENT OF UNCONTROVERTED FACTS IN SUPPORT OF ATLANTIC SPECIALTY'S
MOTION FOR SUMMARY JUDGMENT OR, ALTERNATIVELY, PARTIAL SUMMARY JUDGMENT

ANDERSON, MCPHARLIN & CONNERS LLP
LAWYERS
707 WILSHIRE BOULEVARD, SUITE 4000
LOS ANGELES, CALIFORNIA 90017-3623

| | |
|---|---|
| | families-displaced-war-israel/88002220/. Ex. 65 to Atlantic's Evid., p. 946-48. |
| | • This document is self-authenticating under Rule 902(6). |
| **125.**   The Chicago Tribune titled an article *Children suffer and die in Gaza. Who Notices?*, in which its states: "Even the lives of "privileged" families—those whose houses weren't damaged or destroyed in the recent war and who have some money to pay inflated prices and middlemen—are affected." | • ATL004655-004657 Najla Shawa, *Children suffer and die in Gaza. Who Notices?*, The Chicago Tribune, Jan. 29, 2015, http://www.chicagotribune.com/news/opinion/commentary/ct-deaths-babies-gaza-war-palestinians-perspec-0129-20150128-story.html. Ex. 66 to Atlantic's Evid., p. 950-52. <br> • This document is self-authenticating under Rule 902(6). |
| **126.**   The Chicago Sun Times titled an article *Decimated Hamas makes ludicrous claims*, in which it states: "More than 2,100 Palestinians died in the 50-day war against Israel…" | • ATL004658 Sarahtr, *Decimated Hamas makes ludicrous claims*, The Chicago Sun Times, Sept. 05, 2014, http://chicago.suntimes.com/politics/decimated-hamas-makes-ludicrous-claims/. Ex. 67 to Atlantic's Evid., p. 954. <br> • This document is self-authenticating under Rule 902(6). |
| **127.**   The Denver Post titled an article *Israel and Hamas reach an uneasy cease-fire in* | • ATL004659-004661 The Associated Press, *Israel and Hamas reach an uneasy* |

74

ANDERSON, McPHARLIN & CONNERS LLP
LAWYERS
707 WILSHIRE BOULEVARD, SUITE 4000
LOS ANGELES, CALIFORNIA 90017-3623

| | |
|---|---|
| *50-day Gaza war*, in which it stated: "Hamas declared victory, even though it has little to show for a 50-day war that killed more than 2,100 Palestinians…" | *cease-fire in 50-day Gaza war*, The Denver Post, Aug. 26, 2014, http://www.denverpost.com/2014/08/26/israel-and-hamas-reach-an-uneasy-cease-fire-in-50-day-gaza-war/. Ex. 68 to Atlantic's Evid., p. 956-58.<br>• This document is self-authenticating under Rule 902(6). |
| 128. The Dallas Morning News titled an article *Gaza cease-fire reached after 50-day war that killed 2,200 and settled little.* | • ATL004662-004665 *Gaza cease-fire reached after 50-day war that killed 2,200 and settled little*, Dallas Morning News, Aug. 2014, https://www.dallasnews.com/news/news/2014/08/26/gaza-cease-fire-reached-after-50-day-war-that-killed-2200-and-settled-little. Ex. 69 to Atlantic's Evid., p. 960-63.<br>• This document is self-authenticating under Rule 902(6). |
| 129. Newsday titled an article *Israeli, Palestinian leaders air differences at United Nations*, in which it stated: "Gaza is controlled by Hamas, a Palestinian political faction that has differed sharply with the wishes of Abbas' administration of the [PA] and | • ATL004666-004668 Zachary R. Dowdy, *Israeli, Palestinian leaders air differences at United Nations*, Newsday, Sept. 22, 2016, http://www.newsday.com/news/world/at-un-israeli-and-palestinian-leaders-air-differences-1.12354379. |

**STATEMENT OF UNCONTROVERTED FACTS IN SUPPORT OF ATLANTIC SPECIALTY'S MOTION FOR SUMMARY JUDGMENT OR, ALTERNATIVELY, PARTIAL SUMMARY JUDGMENT**

ANDERSON, McPHARLIN & CONNERS LLP
LAWYERS
707 WILSHIRE BOULEVARD, SUITE 4000
LOS ANGELES, CALIFORNIA 90017-3623

| | |
|---|---|
| has, indeed, launched rockets into Israel, most notably during a 50-day war with Israel in 2014." | • Ex. 70 to Atlantic's Evid., p. 965-67.<br>• This document is self-authenticating under Rule 902(6). |
| **130.** The Houston Chronical titled an article *Israeli house strikes killed mostly civilians*, in which it stated: "They were among at least 844 Palestinians killed as a result of airstrikes on Gaza homes during Israel's summer war with the Islamic militant group, Hamas." | • ATL004669-004673 Fares Akram, Mohammed Daraghmeh & Karin Laub, *Israeli house strikes killed mostly civilians*, The Houston Chronicle, Feb. 13, 2015, http://www.houstonchronicle.com/news/nation-world/world/article/Israeli-house-strikes-killed-mostly-civilians-6080436.php. Ex. 71 to Atlantic's Evid., p. 969-73.<br>• This document is self-authenticating under Rule 902(6). |
| **131.** The Guardian titled an article *Gaza ceasefire: Israel and Palestinians agree to halt weeks of fighting*, in which it stated: "The war in Gaza ended on Tuesday after Israel and the Palestinians agreed to halt fighting indefinitely…" | • ATL004674-004677 Hazem Balousha & Harriet Sherwood, *Gaza ceasefire: Israel and Palestinians agree to halt weeks of fighting*, The Guardian, Aug. 27, 2014, https://www.theguardian.com/world/2014/aug/26/gaza-ceasefire-israel-palestinians-halt-fighting. Ex. 72 to Atlantic's Evid., p. 975-78.<br>• This document is self-authenticating under Rule 902(6). |

**STATEMENT OF UNCONTROVERTED FACTS IN SUPPORT OF ATLANTIC SPECIALTY'S MOTION FOR SUMMARY JUDGMENT OR, ALTERNATIVELY, PARTIAL SUMMARY JUDGMENT**

ANDERSON, McPHARLIN & CONNERS LLP
LAWYERS
707 WILSHIRE BOULEVARD, SUITE 4000
LOS ANGELES, CALIFORNIA 90017-3623

| | |
|---|---|
| **132.** The Times of India titled an article *Israel-Gaza conflict: 50-day war by numbers*, in which it stated: "As discussion for a long-term truce between Israel and Hamas continue in Cairo, Gaza is picking up the pieces of a 50-day war that left more than 2,200 people dead." | • ATL004763-004769 Lizzie Dearden, *Israel Conflict: 50-day war by numbers*, The Times of India, Aug. 27, 2014, http://timesofindia.indiatimes.com/world/middle-east/Israel-Gaza-conflict-50-day-war-by-numbers/articleshow/41000781.cms. Ex. 73 to Atlantic's Evid., p. 980-86.<br>• This document is self-authenticating under Rule 902(6). |
| **133.** The Sydney Morning Herald titled an article *Why Israel lost the war in Gaza*. | • ATL004678-004679 David Rothkopf, *Why Israel lost the war in Gaza*, The Sydney Morning Herald, Aug. 11, 2014, http://www.smh.com.au/comment/why-israel-lost-the-war-in-gaza-20140808-101ruh.html. Ex. 74 to Atlantic's Evid., p. 988-89.<br>• This document is self-authenticating under Rule 902(6). |
| **134.** The China Daily titled an article *In photos: Gaza healing from war after ceasefire*. | • ATL004680-004699 In photos: Gaza healing from war after ceasefire, China Daily, Aug. 28, 2014, http://www.chinadaily.com.cn/world/2014-08/28/content_18500736.htm. Ex. 75 to Atlantic's Evid., p. 991-1010. |

**STATEMENT OF UNCONTROVERTED FACTS IN SUPPORT OF ATLANTIC SPECIALTY'S MOTION FOR SUMMARY JUDGMENT OR, ALTERNATIVELY, PARTIAL SUMMARY JUDGMENT**

| | |
|---|---|
| | • This document is self-authenticating under Rule 902(6). |
| **135.** The Daily Mail titled an article *Inside bombed-out Gaza: One week on from end of 50-day war and the true scale of devastation is revealed.* | • ATL004700-004714 James Rush, *Inside bombed-out Gaza: One week on from end of 50-day war and the true scale of devastation is revealed*, The Daily Mail, Sept. 02 2014, http://www.dailymail.co.uk/news/article-2740643/Inside-bombed-Gaza-One-week-end-50-day-war-true-scale-devastation-revealed.html. Ex. 76 to Atlantic's Evid., p. 1012-26.<br>• This document is self-authenticating under Rule 902(6). |
| **136.** Salon titled an article *74% of Gaza homes destroyed by Israel in summer 2014 war have not been rebuilt, as violent repression escalates.* | • ATL004715-004724 Ben Norton, *74% of Gaza homes destroyed by Israel in summer 2014 war have not been rebuilt, as violent repression escalates*, Salon, Feb. 09, 2016, http://www.salon.com/2016/02/09/74_of_gaza_homes_destroyed_by_israel_in_summer_2014_war_have_not_been_rebuilt_as_violent_repression_escalates/. Ex. 77 to Atlantic's Evid., p. 1028-37.<br>• This document is self-authenticating under Rule 902(6). |

ANDERSON, MCPHARLIN & CONNERS LLP
*LAWYERS*
707 WILSHIRE BOULEVARD, SUITE 4000
LOS ANGELES, CALIFORNIA 90017-3623

**STATEMENT OF UNCONTROVERTED FACTS IN SUPPORT OF ATLANTIC SPECIALTY'S MOTION FOR SUMMARY JUDGMENT OR, ALTERNATIVELY, PARTIAL SUMMARY JUDGMENT**

ANDERSON, McPHARLIN & CONNERS LLP
LAWYERS
707 WILSHIRE BOULEVARD, SUITE 4000
LOS ANGELES, CALIFORNIA 90017-3623

| | | |
|---|---|---|
| 1 2 3 4 5 6 7 8 9 | **137.** CBS News titled an article *Rocket fired from Gaza hits southern Israel, military says*, which stated: "Israel fought a 50-day war this summer with Hamas, the Palestinian militant group that controls Gaza." | • ATL005256-005259 *Rocket fired from Gaza hits southern Israel, military says*, CBS News, Dec. 19, 2014, http://www.cbsnews.com/news/rocket-fired-from-gaza-hits-southern-israel-military-says/. Ex. 78 to Atlantic's Evid., p. 1039-42.<br>• This document is self-authenticating under Rule 902(6). |
| 10 11 12 13 14 | **138.** The Max security reports that NBCU received and relied upon in deciding to leave Israel also note that in Israel, while the 2014 conflict was underway, there were anti-war protests. | • UCP002496 E-mail from Max Security Intelligence to Stephen Smith, Head of Security, Europe, NBCU (July 26, 2014 09:54 PST). Ex. 80 to Atlantic's Evid., p. 1052. |
| 15 16 17 18 19 20 21 22 23 | **139.** An NBCU employee in the security department sent an e-mail on July 10, 2014, discussing Hizbullah's "war" with Israel and Syria. | • UCP002468 E-mail from Chris Biggs, Security & Intelligence Analyst, NBCU International, to Erin Noordeloos, Director of International Security and Crisis Management, NBCU, and Stephen Smith, Head of Security, Europe, NBCU (July 10, 2014 02:40 PST). Ex. 128 to Atlantic's Evid., p. 1508. |
| 24 25 26 27 | **140.** Hizbullah (also spelled Hezbollah) is designated by the United States Government as a foreign terrorist organization. | • U.S. Dep't. of State, *Foreign Terrorist Organizations*, https://www.state.gov/j/ct/rls/other/des/123085.htm. Ex. 81 to |

28

**STATEMENT OF UNCONTROVERTED FACTS IN SUPPORT OF ATLANTIC SPECIALTY'S MOTION FOR SUMMARY JUDGMENT OR, ALTERNATIVELY, PARTIAL SUMMARY JUDGMENT**

ANDERSON, McPHARLIN & CONNERS LLP
LAWYERS
707 WILSHIRE BOULEVARD, SUITE 4000
LOS ANGELES, CALIFORNIA 90017–3623

|  |  |
|---|---|
|  | Atlantic's Evid., p. 1058-63. |
| **141.** Former Secretary of State John Kerry described the conflicts in Gaza as "war" in three public speeches and in one television appearance. | • John Kerry, Secretary of State, Remarks at the Gaza Donors Conference (Oct. 12, 2014), https://2009-2017.state.gov/secretary/remarks/2014/10/232896.htm. Ex. 82 to Atlantic's Evid., p. 1065-68.<br><br>• John Kerry, Secretary of State, Brookings Institution's 2015 Saban Forum Keynote Address (Dec. 05, 2015), https://2009-2017.state.gov/secretary/remarks/2015/12/250388.htm. Ex. 83 to Atlantic's Evid., p. 1070-86.<br><br>• John Kerry, Secretary of State, Remarks on Middle East Peace (Dec. 28, 2016), https://2009-2017.state.gov/secretary/remarks/2016/12/266119.htm. Ex. 84 to Atlantic's Evid., p. 1088-1104.<br><br>• These documents are self-authenticating under Rule 902(5).<br><br>• Lowenstein Aff. at p. 8-9. Ex. 1 to Atlantic's Evid., p. 9-10 ¶X-Z. |
| **142.** The Australian Minister of Foreign Affairs, Julie Bishop, stated in | • Minister for Foreign Affairs, The Hon Julie Bishop MP, Media Release |

80

ANDERSON, McPHARLIN & CONNERS LLP
LAWYERS
707 WILSHIRE BOULEVARD, SUITE 4000
LOS ANGELES, CALIFORNIA 90017-3623

| | |
|---|---|
| 2014: "The actions of *militants* in Gaza, who are firing rockets indiscriminately into Israel, are inexcusable and must be condemned." (emphasis added). | July 12, 2014, http://foreignminister.gov/au/releases/Pages/2014/jb_mr_140712.aspx. Ex. 85 to Atlantic's Evid., p. 1106-07. |
| **143.** Hillary Clinton stated in an interview quoted in *The Atlantic* dated August 10, 2014, in response to a question of whether Israel had done enough to prevent the recent deaths of children and other innocent people, that "it's impossible to know what happens in the fog of war." | • Jeffrey Goldberg, *Hillary Clinton: 'Failure' to Help Syrian Rebels Led to the Rise of ISIS*, THE ATLANTIC (Aug. 10, 2014), https://www.theatlantic.com/international/archive/2014/08/hillary-clinton-failure-to-help-syrian-rebels-led-to-the-rise-of-isis/375832/?single_page=true. Ex. 86 to Atlantic's Evid., p. 1109-36.<br>• This document is self-authenticating under Rule 902(6). |
| **144.** Minnesota Congressman Keith Ellison was quoted as stating, in regard to the 50-Day War, that "There is no military solution to this conflict. The status quo brings only continued pain, suffering and war." | • Alex Park, *Gaza Conflict Divides Congressional Progressives*, Mother Jones (July 31, 2014), http://www.motherjones.com/mojo/2014/07/gaza-conflict-divides-congressional-progressives. Ex. 87 to Atlantic's Evid., p. 1138-40.<br>• This document is self-authenticating under Rule 902(5). |
| **145.** In discussing July 2014 airstrikes on Gaza by Israel, Nabil Abu Rudeineh, | • *Presidency: Palestinians have right to defend themselves*, Ma'an News Agency (July |

**STATEMENT OF UNCONTROVERTED FACTS IN SUPPORT OF ATLANTIC SPECIALTY'S MOTION FOR SUMMARY JUDGMENT OR, ALTERNATIVELY, PARTIAL SUMMARY JUDGMENT**

ANDERSON, McPHARLIN & CONNERS LLP
LAWYERS
707 WILSHIRE BOULEVARD, SUITE 4000
LOS ANGELES, CALIFORNIA 90017-3623

| | |
|---|---|
| an Israeli Presidential spokesman, called the airstrikes a "declaration of war on Palestinians and the Israeli authority alone will bear the consequences. . . . Palestinians have the right to defend themselves by all legitimate means." | 8, 2014), http://www.maannews.com/Content.aspx?id=711019. Ex. 88 to Atlantic's Evid., p. 1142-43. |
| 146.   Israeli representative David Yitshak Roet stated, during the 7,222nd Meeting of the United Nations Security Council, on July 22, 2014: "Hamas is determined to wage war." | • United Nations, Meetings Coverage, Urging Israeli-Palestinian Parties to Renew Ceasefire Efforts, Secretary-General Tells Security Council Conflict's Root Causes Must Be Addressed (July 22, 2014), https://www.un.org/press/en/2014/sc11485.doc.htm. Ex. 89 to Atlantic's Evid., p. 1145-57. |
| 147.   Hamas made clear in statements published on the Qassam Brigades' website that its operations against Israel were "part of the response campaign against the occupation assault on the Gaza Strip, and the continued targeting of Palestinian civilians and their installations in the West Bank." | • Al-Qassam Brigades Information Office: Military Communique, *Al Qassam Brigades retaliate with 35 missiles on Israeli military bases* (July 07, 2014), available at http://www.qassam.ps/statement-1506-Al_Qassam_Brigades_retaliate_with_35_missiles_on_Israeli_military_bases.html. Ex. 90 to Atlantic's Evid., p. 1159.<br>• Al-Qassam Brigades Information |

**STATEMENT OF UNCONTROVERTED FACTS IN SUPPORT OF ATLANTIC SPECIALTY'S MOTION FOR SUMMARY JUDGMENT OR, ALTERNATIVELY, PARTIAL SUMMARY JUDGMENT**

ANDERSON, MCPHARLIN & CONNERS LLP
LAWYERS
707 WILSHIRE BOULEVARD, SUITE 4000
LOS ANGELES, CALIFORNIA 90017-3623

| | |
|---|---|
| | Office: Military Communique, *Al Qassam Brigades retaliate with 8 missiles on Israeli military bases* (July 08, 2014), available at http://www.qassam.ps/statement-1507-Al_Qassam_Brigades_retaliate_with_8_missiles_on_Israeli_military_bases.html. Ex. 91 to Atlantic's Evid., p. 1161. |
| **148.**   The Qassam Brigades, Hamas's military wing, stated on their website on August 20, 2014, the  purpose of its fighting during the 50-day war: "The occupiers, and the entire world, should comprehend the truth about what our people are demanding. All we seek is for the occupation to leave us alone and stop controlling our food, the milk of our children and our fuel. However, the occupiers insist on keeping us on a leash, suffocating us or allowing us to breathe when they will and only as much as they will. The occupiers will not be allowed to continue to do so after this day, God-willing." | • Al-Qassam Brigades Information Office: Military Communique, *Press Release of Abu Obeida*, Al Qassam spokesperson (Aug. 20, 2014), available at http://www.qassam.ps/statement-1509-Press_Release_of_Abu_Obeida_Al_Qassam_spokesperson.html. Ex. 93 to Atlantic's Evid., p. 1168. |

**STATEMENT OF UNCONTROVERTED FACTS IN SUPPORT OF ATLANTIC SPECIALTY'S
MOTION FOR SUMMARY JUDGMENT OR, ALTERNATIVELY, PARTIAL SUMMARY JUDGMENT**

| | |
|---|---|
| **149.** The Qassam Brigades have stated on their website that one of their goals is to: "Liberate Palestinians and the land usurped by the Zionist occupation forces and settlers." | • Al Qassam Brigades Information Office, *About Us*, available at http://www.qassam.ps/aboutus.html. Ex. 94 to Atlantic's Evid., p. 1170-71. |
| **150.** The Max Security reports the Plaintiffs were receiving recognize "the Hamas Government." | • UCP002282 E-mail from Max Security Intelligence to Stephen Smith, Head of Security, Europe, NBCU (July 16, 2014 12:40 PST). Ex. 10 to Atlantic's Evid., p. 478. |
| **151.** In an *Israel Dig Update* prepared by the plaintiffs' security team, NBCU recognized the "Hamas-governed Gaza Strip." | • UCP00663 *Israel Dig Update*, Security in Confidence: NBCUniversal Int'l. Security Briefing (NBCU, New York, N.Y.) July 09, 2014. Ex. 114 to Atlantic's Evid., p. 1369. |
| **152.** The United States Congressional Research Service has referred to the Qassam Brigades as Hamas's "militia." | • Jim Zanotti, Cong. Research Serv., RL34074, The Palestinians: Background and U.S. Relations 35 (2015). Ex. 4 to Atlantic's Evid., p. 78.<br>• This document is self-authenticating under Rule 902(5). |
| **153.** The Plaintiffs' representatives used the word "militants" and "military" to refer to the Hamas forces. | • UCP002524 E-mail from Max Security Intelligence to Stephen Smith, Head of Security, Europe, NBCU (June 15, 2014 05:03 PST) (Plaintiffs listed this as a document |

ANDERSON, McPHARLIN & CONNERS LLP
LAWYERS
707 WILSHIRE BOULEVARD, SUITE 4000
LOS ANGELES, CALIFORNIA 90017-3623

**STATEMENT OF UNCONTROVERTED FACTS IN SUPPORT OF ATLANTIC SPECIALTY'S MOTION FOR SUMMARY JUDGMENT OR, ALTERNATIVELY, PARTIAL SUMMARY JUDGMENT**

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

ANDERSON, McPHARLIN & CONNERS LLP
LAWYERS
707 WILSHIRE BOULEVARD, SUITE 4000
LOS ANGELES, CALIFORNIA 90017-3623

they relied on in deciding to leave Israel in response to Interrogatory No. 25). Ex. 11 to Atlantic's Evid., p. 483.

- UCP001419 E-mail from Stephen Smith, Head of Security, Europe, NBCU, to Mark Binke, Executive Vice President, Production, UCP (July 21, 2014 04:17 PST). Ex. 115 to Atlantic's Evid., p. 1374.

- UCP002337 E-mail from Max Security Intelligence to Stephen Smith, Head of Security, Europe, NBCU (June 16, 2014 11:20 PST). Ex. 12 to Atlantic's Evid., p. 490.

- UCP001595 E-mail from Stephen Smith, Head of Security, Europe, NBCU to Paige Potter, Administrative Assistant, NBCU (June 16, 2014 11:46 PST). Ex. 116 to Atlantic's Evid., p. 1377.

- UCP002205 E-mail from Max Security Intelligence to Stephen Smith, Head of Security, Europe, NBCU (June 24, 2017 24:17 PST). Ex. 13 to Atlantic's Evid., p. 495.

II    **CONCLUSIONS OF LAW**

85

ANDERSON, McPHARLIN & CONNERS LLP
LAWYERS
707 WILSHIRE BOULEVARD, SUITE 4000
LOS ANGELES, CALIFORNIA 90017-3623

| **Conclusion of Law** | **Legal Authority** |
|---|---|
| 1.      Plaintiffs' losses are excluded by exclusion one, because Plaintiffs' losses were caused directly or indirectly by war, including undeclared or civil war. | • California Civil Code § 1644 <br> • *State of Cal. v. Cont'l Ins. Co.*, 281 P.3d 1000 (Cal. 2012). (Cal. Civil Code § 1644 governs the interpretation of insurance policies.) <br> • *Int'l Dairy Eng'g Co. v. Am. Home Assurance Co.*, 352 F. Supp. 827, 828 (N.D. Cal. 1970), *aff'd* 474 F.2d 1242 (9th Cir. 1973) ("the general recognition that war creates perils vastly greater than and quite different from" ordinary risks, and "such risks are expected to be covered by separate war risk insurance which has a premium schedule commensurate with the greater risks."). <br> • *Gagliormella v. Met. Life Ins. Co.*, 122 F. Supp. 246, 249 (D. Mass. 1954) (*Because* of this purpose, it is critical to interpret such exclusions to apply to the exceptional risks "attributable to organized hostilities," not just formal, declared war.). <br> • *Gagliormella v. Met. Life Ins. Co.*, 122 |

86

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

ANDERSON, MCPHARLIN & CONNERS LLP
LAWYERS
707 WILSHIRE BOULEVARD, SUITE 4000
LOS ANGELES, CALIFORNIA 90017-3623

F. Supp. 246. 249 (D. Mass. 1954) (holding that the Korean conflict was a war because the insurer and insured were "concerned with bullets, not ballots" of the House and Senate needed to declare war).

- *Gagliormella v. Met. Life Ins. Co.*, 122 F. Supp. 246, 249 (D. Mass. 1954) (noting any layman could see that the Korean conflict was a war, and that "what a layman can see, is not to be looked at with a squint unfriendly to insurance companies in their capacity as authors.").

- *Kaiser v. Hopkins*, 58 P.2d 1278 (Cal. 1936) (war should be given an ordinary, rather than technical meaning).

- *Vandegrift v. Bd. of Supervisors*, 23 Cal. App. 3d 228 (Cal. Ct. App. 1972) (Vietnam was a war "in fact" even though not declared).

- *Burger v. Emps.' Ret. Sys.*, 226 P.2d 38 (Cal. Ct. App. 1951) (the phrase "termination of war" had to be given its popular rather than technical sense, which meant true

87

**STATEMENT OF UNCONTROVERTED FACTS IN SUPPORT OF ATLANTIC SPECIALTY'S MOTION FOR SUMMARY JUDGMENT OR, ALTERNATIVELY, PARTIAL SUMMARY JUDGMENT**

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

ANDERSON, MCPHARLIN & CONNERS LLP
LAWYERS
707 WILSHIRE BOULEVARD, SUITE 4000
LOS ANGELES, CALIFORNIA 90017-3623

cessation of hostilities rather than formal declaration of peace).

- *Weissman v. Metro. Life Ins. Co.*, 112 F. Supp. 420, 425 (S.D. Cal. 1953) ( Korean conflict was a war even though never declared).

- *N.Y. Life Ins. Co. v. Durham*, 166 F.2d 874, 876 (10th Cir. 1948).

- *Stucker v. College Life Ins. Co.*, 208 N.E.2d 731 (Ind. Ct. App. 1965).

- *Girdler Corp. v. Charles Eneu Johnson & Co.*, 95 F. Supp. 713, 715 (E.D. Pa. 1951) ("Courts have uniformly held that the terms 'cessation of hostilities', 'termination of the war', 'duration of the war', 'engaged in war' and 'acts of war' refer to the end of actual hostilities.").

- *Darnall v. Day*, 37 N.W.2d 277, 280 (Iowa 1949) ("War, in the practical and realistic sense in which it is commonly used, refers to the period of hostilities and not to a technical state of war….").

- *W. Reserve Life Ins. Co. v. Meadows*, 261 S.W.2d 554 (Tex. 1953) (the word "war" in a life insurance

**STATEMENT OF UNCONTROVERTED FACTS IN SUPPORT OF ATLANTIC SPECIALTY'S MOTION FOR SUMMARY JUDGMENT OR, ALTERNATIVELY, PARTIAL SUMMARY JUDGMENT**

ANDERSON, McPHARLIN & CONNERS LLP
LAWYERS
707 WILSHIRE BOULEVARD, SUITE 4000
LOS ANGELES, CALIFORNIA 90017-3623

|  |  |
|---|---|
|  | policy was not meant to be used in its technical or legal sense, but to refer to war in fact).<br><br>• *Wilkinson v. Equitable Life Assurance Soc.*, 151 N.Y.S.2d 1018 (N.Y. Mun. Ct. 1956) (Korean war was a war for purposes of a life insurance policy even though not declared because war should not be given a legalistic definition).<br><br>• *Pan Am. World Airways, Inc. v. Aetna Cas. & Sur. Co.*, 368 F. Supp. 1098 (S.D.N.Y. 1973), *aff'd* 505 F.2d 989 (2d Cir. 1974) ("[w]ar can exist between quasi-sovereign entities.").<br><br>• *Hamdan v. Rumsfeld*, 548 U.S. 557, 594 (2006).<br><br>• *Hamdi v. Rumsfeld*, 542 U.S. 507, 533 (2004).<br><br>• *In re September 11 Litigation*, 751 F.3d 86, 89 (2d Cir. 2014). |
| 2. Plaintiffs' losses are excluded by exclusion two, because the loss resulted directly or indirectly from warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any | • WEBSTER'S THIRD NEW INTERNATIONAL DICTIONARY 1433 (1976); *see also* BLACK'S LAW DICTIONARY 1007 (7th ed. 1999) (defining "military" as "The armed forces."). |

STATEMENT OF UNCONTROVERTED FACTS IN SUPPORT OF ATLANTIC SPECIALTY'S
MOTION FOR SUMMARY JUDGMENT OR, ALTERNATIVELY, PARTIAL SUMMARY JUDGMENT

ANDERSON, MCPHARLIN & CONNERS LLP
LAWYERS
707 WILSHIRE BOULEVARD, SUITE 4000
LOS ANGELES, CALIFORNIA 90017-3623

| | |
|---|---|
| government, sovereign or other authority using military personnel or other agents. | • *Hamdi & Ibrahim Mango Co. v. Reliance Ins. Co.*, 291 F.2d 437 (2d Cir. 1961) (Loss to insured goods destroyed by mortar fire between Israelis and Arabs resulted from "warlike operations;" <br><br> • *Pan. Am. World Airways, Inc. v. Aetna Cas. & Sur. Co.*, 368 F. Supp. 1098, 1130 (S.D.N.Y. 1973), *aff'd* 505 F.2d 989 (2d Cir. 1974) ("Battles between Fedayeen forces and Israelis, bombings of Israeli territory, and other forms of comparable violence, whether called 'guerilla' or 'commando' or whatever, were probably 'warlike' in a pertinent sense."). |
| 3.    Plaintiffs' losses are excluded by exclusion four, because the loss resulted directly or indirectly from any weapon of war including atomic fission or radioactive force, whether in time of peace or war. | • *People v. James*, 94 Cal. Rptr. 3d 576, 585-86 (Cal. Ct. App. 2009) (Court called a ".50-caliber BMG rifle"—a weapon *far* less dangerous than a mortar, missile, or rocket—a "weapon of war," reasoning that it had "the capacity to destroy or seriously damage 'vital public and private buildings, civilian, police and military vehicles,'" among other |

STATEMENT OF UNCONTROVERTED FACTS IN SUPPORT OF ATLANTIC SPECIALTY'S
MOTION FOR SUMMARY JUDGMENT OR, ALTERNATIVELY, PARTIAL SUMMARY JUDGMENT

ANDERSON, McPHARLIN & CONNERS LLP

LAWYERS

707 WILSHIRE BOULEVARD, SUITE 4000
LOS ANGELES, CALIFORNIA 90017–3623

things, and that it was not the type of weapon "typically possessed by law-abiding citizens for lawful purposes such as sport hunting or self-defense."

- S. Rep. No. 90-1501, at 28 (1968)(noting that Congress had reached a "specific declaration and finding that … destructive devices (such as bazookas, *mortars*, antitank guns, bombs, *missiles*, etc.,) . . . are primarily weapons of war and have no appropriate sporting use or use for personal protection.").

- *United States v. Jennings*, 195 F.3d 795, 799 n.4 (5th Cir. 1999)

- 26 U.S.C.S. § 5845(f) (listing missiles and rockets as "destructive devices.").

- *United States v. Flores*, 729 F.3d 910, 915 (9th Cir. 2013)( Ninth Circuit noted, in analyzing the National Firearms Act, that "[t]he term missile appears in [the National Firearms Act] alongside other *modern military weapons* such as bombs, grenades, *rockets*, and

91

ANDERSON, MCPHARLIN & CONNERS LLP
LAWYERS
707 WILSHIRE BOULEVARD, SUITE 4000
LOS ANGELES, CALIFORNIA 90017-3623

| | |
|---|---|
| | mines."). |
| 4.      Plaintiffs' losses are excluded by exclusion three, because the loss resulted directly or indirectly from insurrection, rebellion, revolution, usurped power, or action taken by governmental authority in hindering or defending against any of these. Such loss or damage is excluded regardless of any other cause or event that contributes concurrently or in any sequence to the loss. | • *Pan Am. World Airways, Inc. v. Aetna Cas. & Sur. Co.*, 505 F.2d 989, 1017 (2d Cir. 1974) (Insurrection refers to "[1] a violent uprising by a group or movement [2] acting for the specific purpose of overthrowing the constituted government and seizing its powers."). <br><br> • *Younis Bros. & Co., v. Cigna Worldwide Ins. Co.*, 899 F. Supp. 1385 (E.D. Pa. 1995), *aff'd* 91 F.3d 13 (3d Cir. 1996) (applying the same definition of insurrection as *Pan Am* and holding that Liberian political and social turbulence of 1989 and 1990 was an insurrection). <br><br> • RANDOM HOUSE UNABRIDGED DICTIONARY 1609 (1993) (A rebellion is an "open, organized, and armed resistance to one's government or ruler," or a "resistance to or defiance of any authority, control, or tradition."). <br><br> • RANDOM HOUSE UNABRIDGED DICTIONARY 1649 (1993) (A revolution is "an overthrow or |

92

STATEMENT OF UNCONTROVERTED FACTS IN SUPPORT OF ATLANTIC SPECIALTY'S
MOTION FOR SUMMARY JUDGMENT OR, ALTERNATIVELY, PARTIAL SUMMARY JUDGMENT

ANDERSON, McPHARLIN & CONNERS LLP
LAWYERS
707 WILSHIRE BOULEVARD, SUITE 4000
LOS ANGELES, CALIFORNIA 90017-3623

| | |
|---|---|
| | repudiation and the thorough replacement of an established government or political system by the people governed."). |
| 5.  Plaintiffs' bad faith claim is excluded because Atlantic had a reasonable basis to apply the war exclusion. | • *Tilbury Constructors, Inc. v. State Comp. Ins. Fund*, 137 Cal. App. 4th 466 (Cal. Ct. App. 2006) (A plaintiff cannot recover under a bad faith claim if coverage does not apply); *see also Benavides v. State Farm Gen. Ins. Co.*, 39 Cal. Rptr. 3d 650 (Cal. Ct. App. 2006). <br><br> • *Guebara v. Allstate Ins. Co.,* 237 F.3d 987, 992 (9th Cir. 2001) ("To establish a breach of the implied covenant of good faith and fair dealing under California law, a plaintiff must show: (1) benefits due under the policy were withheld; and (2) the reason for withholding benefits was unreasonable or without proper clause."). <br><br> • *Guebara v. Allstate Ins. Co.,* 237 F.3d 987, 992 (9th Cir. 2001) ("The key to a bad faith claim is whether or not the insurer's denied of coverage was reasonable."). |

93

| | |
|---|---|
| | • *Guebara v. Allstate Ins. Co.,* 237 F.3d 987, 992 (9th Cir. 2001) ("Under California law, a bad faith claim can be dismissed on summary judgment if the defendant can show that there was a genuine dispute as to coverage."). |

**STATEMENT OF UNCONTROVERTED FACTS IN SUPPORT OF ATLANTIC SPECIALTY'S
MOTION FOR SUMMARY JUDGMENT OR, ALTERNATIVELY, PARTIAL SUMMARY JUDGMENT**

DATED: April 24, 2017

MARC J. SHRAKE
ANDERSON, McPHARLIN & CONNERS LLP

-and-

MICHAEL KEELEY *(Pro Hac Vice)*
TONI SCOTT REED *(Pro Hac Vice)*
CARLA C. CRAPSTER *(Pro Hac Vice)*
STRASBURGER & PRICE, LLP

By:     */s/ Michael Keeley*
          Michael Keeley

Attorneys for Defendant ATLANTIC
SPECIALTY INSURANCE COMPANY

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

8895697.1/SP/15247/0131/042417
STATEMENT OF UNCONTROVERTED FACTS IN SUPPORT OF ATLANTIC SPECIALTY'S
MOTION FOR SUMMARY JUDGMENT OR, ALTERNATIVELY, PARTIAL SUMMARY JUDGMENT