MARC J. SHRAKE (SBN 219331)
  mjs@amclaw.com
ANDERSON, MCPHARLIN & CONNERS LLP
707 Wilshire Boulevard, Suite 4000
Los Angeles, California 90017-3623
Telephone: (213) 236-1691
Facsimile: (213) 622-7594

MICHAEL KEELEY *(Pro Hac Vice)*
  michael.keeley@strasburger.com
TONI SCOTT REED *(Pro Hac Vice)*
  toni.reed@strasburger.com
CARLA C. CRAPSTER *(Pro Hac Vice)*
  carla.crapster@strasburger.com
STRASBURGER & PRICE, LLP
901 Main Street, Suite 4400
Dallas, Texas 75202
Telephone: (214) 651-4300
Facsimile: (214) 651-4330

Attorneys for Defendant
Atlantic Specialty Insurance Company

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| UNIVERSAL CABLE PRODUCTIONS LLC, a Delaware limited liability company, and NORTHERN ENTERTAINMENT PRODUCTIONS LLC, a Delaware limited liability company,<br><br>　　　　Plaintiffs,<br><br>　　vs.<br><br>ATLANTIC SPECIALTY INSURANCE COMPANY, a New York insurance company,<br><br>　　　　Defendant. | Case No. 2:16-cv-04435-PA-MRW<br><br>**DECLARATION OF CARLA C. CRAPSTER IN SUPPORT OF ATLANTIC SPECIALTY INSURANCE COMPANY'S REPLY IN SUPPORT OF ITS MOTION FOR SUMMARY JUDGMENT OR, ALTERNATIVELY, PARTIAL SUMMARY JUDGMENT**<br><br>Date:　May 22, 2017<br>Time:　1:30 p.m.<br>Place:　Courtroom 9A<br>Judge:　Honorable Percy Anderson<br>Discovery Cutoff:　June 2, 2017<br>Pretrial Conference:　June 16, 2017<br>Trial:　July 25, 2017 |

I, Carla C. Crapster, declare:

1. I am an attorney duly licensed to practice law in the State of Texas and admitted *pro hac vice* before this Court. I am a partner in the law firm of Strasburger & Price LLP, attorneys of record for the defendant Atlantic Specialty Insurance Company ("Atlantic") in the above-captioned matter. I make this declaration in support of Atlantic's Motion for Summary Judgment. I have personal knowledge of the following facts and, if called and sworn as a witness, could and would competently testify thereto.

2. The parties in this case have agreed to stipulate to the authenticity of the documents produced to one another in the discovery process in this case. This agreement was confirmed in writing on April 12, 2017.

3. A true and correct copy of Excerpts of the Theresa A. Gooley Wolf Deposition Transcript (taken on February 8, 2017) is filed herewith as Exhibit 159.

4. A true and correct copy of Excerpts of the Stephen Smith Deposition Transcript (taken on April 18-19, 2017) is filed herewith as Exhibit 160.

5. A true and correct copy of Excerpts of the Susan Weiss Deposition Transcript (taken on April 18, 2017) is filed herewith as Exhibit 161.

6. A true and correct copy of Excerpts of the Peter Donald Williams Deposition Transcript (taken on February 1, 2017) is filed herewith as Exhibit 162.

7. A true and correct copy of Atlantic Specialty Insurance Company's Third Amended Responses to First Set of Interrogatories Propounded by Plaintiffs Universal Cable Productions LLC and Northern Entertainment Productions LLC, is attached as Exhibit 163.

8. A true and correct copy of 2016 Human Rights Reports – Secretary's Preface, which was found at https://www.state.gov/j/drl/rls/hrrpt/humanrightsreport/index.htm#wrapper is filed herewith as Exhibit 164.

9. A true and correct copy of United Nations General Assembly Resolution adopted by the Human Rights Council – A/HRC/RES/S-21/1, which was found at

http://ap.ohchr.org/Documents/sdpage_e.aspx?b=10&se=158&t=11 is filed herewith as Exhibit 165.

10. A true and correct copy of Congressional Research Service Careers Website, which was found at https://www.loc.gov.crsinfo/ is filed herewith as Exhibit 166.

11. A true and correct copy of Office of The Historian – Milestones: 1945-1952 – The Arab-Israeli War of 1948, which was found at https://history.state.gov/milestones/1945-1952/arab-israeli-war is filed herewith as Exhibit 167.

12. A true and correct copy of Geopolitical Intelligence and Risk Analysis - Max Security Website, which was found at https://www.max-security.com/geopolitical-intelligence/ is filed herewith as Exhibit 168.

13. A true and correct copy of Tactical Intelligence Reports – Max Security Webpage, which was found at https://www.max-security.com/tactical-intelligence/ is filed herewith as Exhibit 169.

14. A true and correct copy of Islamic Resistance Movement – Hamas – Document general principles and policies, which was found at https://hamas.ps/ar/post/7293/ is filed herewith as Exhibit 170.

15. A true and correct copy of United Nations Meetings Coverage: Gaza Crisis Resulted From Collective Failure to Achieve Political Solution to Israeli-Palestinian Conflict, Security Council Told (July 18, 2014) is filed herewith as Exhibit 171.

16. A true and correct copy of United Nations Office for the Coordination of Humanitarian Affairs Website entitled "Our Work," which was found at http://www.unocha.org/our-work is filed herewith as Exhibit 172.

17. A true and correct copy of The Permanent Observer Mission of the State of Palestine to the United Nations New York webpage, entitled "Diplomatic

Relations," which was found at http://palestineun.org/about-palestine/diplomatic-relations/ is filed herewith as Exhibit 173.

18. A true and correct copy of County Reports on Human Rights Practices for 2014 – Secretary's Preface, https://www.state.gov/j/drl/rls/hrrpt/2014humanrightsreport/index htm#wrapper is filed herewith as Exhibit 174.

19. A true and correct copy of the article "A Holistic Approach to the Conflict of Israel and Palestine: Where We Are Now And Where We Can Go, 19 Ann. Surv. Int'l & Comp. L. 105" is filed herewith as Exhibit 175.

20. A true and correct copy of "Note & Comment: Violations of International Criminal Law in the Israeli-Palestinian Conflict: Why the International Criminal Court Should Not Prosecute in the "Interest of Justice", 29 Temp. Int'l & Comp. L.J. 275 is filed herewith as Exhibit 176.

21. A true and correct copy of The Middle East: The Origins of Arab-Israeli Wars, which was found at http://users.ox.ac.uk/~ssfc0005/The%20Middle%20East%20The%20Origins%20of%20Arab-Israeli%20Wars.html is filed herewith as Exhibit 177.

22. A true and correct copy of the Plaintiffs' Initial Disclosures in this case, produced on September 16, 2016, is filed herewith as Exhibit 178.

23. The plaintiffs had noticed the deposition of Pamela Johnson for February 9, 2017. A true and correct copy of the deposition notice setting her deposition for February 9, 2017, is filed herewith as Exhibit 179. The day before the deposition, however, the plaintiffs decided to postpone her deposition, and have not taken it yet.

24. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

ANDERSON, McPHARLIN & CONNERS LLP
LAWYERS
707 WILSHIRE BOULEVARD, SUITE 4000
LOS ANGELES, CALIFORNIA 90017-3623

1 | Executed May 8, 2017, at Dallas, Texas.

_____
Carla C. Crapster

ANDERSON, MCPHARLIN & CONNERS LLP
LAWYERS
707 WILSHIRE BOULEVARD, SUITE 4000
LOS ANGELES, CALIFORNIA 90017-3623

8940579.1/SP/15247/0131/050817