ANDERSON, McPHARLIN & CONNERS LLP
LAWYERS
707 WILSHIRE BOULEVARD, SUITE 4000
LOS ANGELES, CALIFORNIA 90017-3623
TEL (213) 688-0080 • FAX (213) 622-7594

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION**

| | |
|---|---|
| UNIVERSAL CABLE PRODUCTIONS, LLC, a Delaware limited liability company, and NORTHERN ENTERTAINMENT PRODUCTIONS LLC, a Delaware limited liability company, <br><br> Plaintiffs, <br><br> vs. <br><br> ATLANTIC SPECIALTY INSURANCE COMPANY, a New York insurance company, <br><br> Defendant. | Case No. 2:16-cv-04435-PA-MRW <br><br> **[PROPOSED] ORDER SUSTAINING ATLANTIC SPECIALTY INSURANCE COMPANY'S OBJECTIONS TO EVIDENCE SUBMITTED BY PLAINTIFFS IN OPPOSITION TO ATLANTIC'S MOTION FOR SUMMARY JUDGMENT** <br><br> *[Filed concurrently with Reply in Support of Motion; Declaration of Carla C. Crapster; Reply to Plaintiffs' Statement of Genuine Issues and Additional Material Facts, and Atlantic's Other Rebuttal Evidence; Reply to Plaintiffs' Objections to Atlantic's Evidence; Objections to Plaintiffs' Opposition Evidence; Request for Judicial Notice; and Volume of Evidence]* |

Atlantic Specialty Insurance Company's Motion for Summary Judgment, or Alternatively Partial Summary Judgment, and Plaintiffs' opposition thereto, and Atlantic Specialty Insurance Company's Objections to Evidence submitted with Plaintiffs' opposition to Atlantic's Motion for Summary Judgment came on for a

1619725.1 05608-054

ORDER SUSTAINING DEFENDANT'S OBJECTIONS TO EVIDENCE SUBMITTED BY PLAINTIFFS IN OPPOSITION TO ATLANTIC'S MOTION FOR SUMMARY JUDGMENT

1  scheduled hearing before the Honorable Percy Anderson, Judge Presiding, for the

2  United States District Court, Central District of California on May 22, 2017.

3  Counsel of record for the parties appeared.

4      After full consideration of the evidence, authorities submitted by both parties,

5  and the oral arguments of counsel, the Court finds that the following of Atlantic

6  Specialty Insurance Company's objections to evidence should be SUSTAINED:

7

8  IT IS, THEREFORE, ORDERED that the following of Atlantic's Objections to

9  Plaintiffs' Purported Controverting Evidence are sustained:

10      1.      Objection to Purported Controverting Evidence in Separate Statement

11  Paragraph 9 is sustained.

12      2.      Objection to Purported Controverting Evidence in Separate Statement

13  Paragraph 12 is sustained.

14      3.      Objection to Purported Controverting Evidence in Separate Statement

15  Paragraph 13 is sustained.

16      4.      Objection to Purported Controverting Evidence in Separate Statement

17  Paragraph 14 is sustained.

18      5.      Objection to Purported Controverting Evidence in Separate Statement

19  Paragraph 15 is sustained.

20      6.      Objection to Purported Controverting Evidence in Separate Statement

21  Paragraph 18 is sustained.

22      7.      Objection to Purported Controverting Evidence in Separate Statement

23  Paragraph 19 is sustained.

24      8.      Objection to Purported Controverting Evidence in Separate Statement

25  Paragraph 21 is sustained.

26      9.      Objection to Purported Controverting Evidence in Separate Statement

27  Paragraph 22 is sustained.

28

ANDERSON, McPHARLIN & CONNERS LLP
LAWYERS
707 WILSHIRE BOULEVARD, SUITE 4000
LOS ANGELES, CALIFORNIA 90017-3623
TEL (213) 688-0080 • FAX (213) 622-7594

1619725.1 05608-054

2

ORDER SUSTAINING DEFENDANT'S OBJECTIONS TO EVIDENCE SUBMITTED BY PLAINTIFFS IN
OPPOSITION TO ATLANTIC'S MOTION FOR SUMMARY JUDGMENT

1    10.    Objection to Purported Controverting Evidence in Separate Statement
2  Paragraph 23 is sustained.

3    11.    Objection to Purported Controverting Evidence in Separate Statement
4  Paragraph 24 is sustained.

5    12.    Objection to Purported Controverting Evidence in Separate Statement
6  Paragraph 25 is sustained.

7    13.    Objection to Purported Controverting Evidence in Separate Statement
8  Paragraph 49 is sustained.

9    14.    Objection to Purported Controverting Evidence in Separate Statement
10  Paragraph 50 is sustained.

11    15.    Objection to Purported Controverting Evidence in Separate Statement
12  Paragraph 51 is sustained.

13    16.    Objection to Purported Controverting Evidence in Separate Statement
14  Paragraph 91 is sustained.

15    17.    Objection to Purported Controverting Evidence in Separate Statement
16  Paragraph 102-103 is sustained.

17    18.    Objection to Purported Controverting Evidence in Separate Statement
18  Paragraph 105 is sustained.

19    19.    Objection to Purported Controverting Evidence in Separate Statement
20  Paragraph 107-111 is sustained.

21    20.    Objection to Purported Controverting Evidence in Separate Statement
22  Paragraph 113-128 is sustained.

23    21.    Objection to Purported Controverting Evidence in Separate Statement
24  Paragraph 130-137 is sustained.

25    22.    Objection to Purported Controverting Evidence in Separate Statement
26  Paragraph 129 is sustained.

27    23.    Objection to Purported Controverting Evidence in Separate Statement

28

ANDERSON, McPHARLIN & CONNERS LLP
LAWYERS
707 WILSHIRE BOULEVARD, SUITE 4000
LOS ANGELES, CALIFORNIA 90017-3623
TEL (213) 688-0080 • FAX (213) 622-7594

1619725.1 05608-054

3

ORDER SUSTAINING DEFENDANT'S OBJECTIONS TO EVIDENCE SUBMITTED BY PLAINTIFFS IN
OPPOSITION TO ATLANTIC'S MOTION FOR SUMMARY JUDGMENT

1  Paragraph 141 is sustained.

2      24.    Objection to Purported Controverting Evidence in Separate Statement

3  Paragraph 143-146 is sustained.

4      25.    Objection to Purported Controverting Evidence in Separate Statement

5  Paragraph 150 is sustained.

6

7      IT IS FURTHER ORDERED that the following of Atlantic's Objections to

8  Plaintiffs' Additional Material Facts are sustained:

9

10     26.    Objection to Purported Additional Material Fact No. 157 is sustained.

11     27.    Objection to Purported Additional Material Fact No. 159 is sustained.

12     28.    Objection to Purported Additional Material Fact No. 160 is sustained.

13     29.    Objection to Purported Additional Material Fact No. 161 is sustained.

14     30.    Objection to Purported Additional Material Fact No. 162 is sustained.

15     31.    Objection to Purported Additional Material Fact No. 163 is sustained.

16     32.    Objection to Purported Additional Material Fact No. 164 is sustained.

17     33.    Objection to Purported Additional Material Fact No. 165 is sustained.

18     34.    Objection to Purported Additional Material Fact No. 167 is sustained.

19     35.    Objection to Purported Additional Material Fact No. 168 is sustained.

20     36.    Objection to Purported Additional Material Fact No. 169 is sustained.

21     37.    Objection to Purported Additional Material Fact No. 170 is sustained.

22     38.    Objection to Purported Additional Material Fact No. 172 is sustained.

23     39.    Objection to Purported Additional Material Fact No. 173 is sustained.

24     40.    Objection to Purported Additional Material Fact No. 174 is sustained.

25     41.    Objection to Purported Additional Material Fact No. 175 is sustained.

26     42.    Objection to Purported Additional Material Fact No. 176 is sustained.

27     43.    Objection to Purported Additional Material Fact No. 179 is sustained.

28

ANDERSON, McPHARLIN & CONNERS LLP
LAWYERS
707 WILSHIRE BOULEVARD, SUITE 4000
LOS ANGELES, CALIFORNIA 90017-3623
TEL (213) 688-0080 • FAX (213) 622-7594

1619725.1 05608-054

4

ORDER SUSTAINING DEFENDANT'S OBJECTIONS TO EVIDENCE SUBMITTED BY PLAINTIFFS IN
OPPOSITION TO ATLANTIC'S MOTION FOR SUMMARY JUDGMENT

44.     Objection to Purported Additional Material Fact No. 180 is sustained.

45.     Objection to Purported Additional Material Fact No. 181 is sustained.

46.     Objection to Purported Additional Material Fact No. 182 is sustained.

47.     Objection to Purported Additional Material Fact No. 183 is sustained.

48.     Objection to Purported Additional Material Fact No. 184 is sustained.

49.     Objection to Purported Additional Material Fact No. 185 is sustained.

50.     Objection to Purported Additional Material Fact No. 187 is sustained.

51.     Objection to Purported Additional Material Fact No. 189 is sustained.

52.     Objection to Purported Additional Material Fact No. 191 is sustained.

53.     Objection to Purported Additional Material Fact No. 192 is sustained.

54.     Objection to Purported Additional Material Fact No. 193 is sustained.

55.     Objection to Purported Additional Material Fact No. 194 is sustained.

56.     Objection to Purported Additional Material Fact No. 195 is sustained.

57.     Objection to Purported Additional Material Fact No. 196 is sustained.

58.     Objection to Purported Additional Material Fact No. 197 is sustained.

59.     Objection to Purported Additional Material Fact No. 199 is sustained.

60.     Objection to Purported Additional Material Fact No. 200 is sustained.

61.     Objection to Purported Additional Material Fact No. 210 is sustained.

62.     Objection to Purported Additional Material Fact No. 213 is sustained.

63.     Objection to Purported Additional Material Fact No. 214 is sustained.

64.     Objection to Purported Additional Material Fact No. 222 is sustained.

65.     Objection to Purported Additional Material Fact No. 223 is sustained.

SO ORDERED.

DATED:_____     _____

The Honorable Percy Anderson

Judge of the United States District Court

ANDERSON, McPHARLIN & CONNERS LLP
LAWYERS
707 WILSHIRE BOULEVARD, SUITE 4000
LOS ANGELES, CALIFORNIA 90017-3623
TEL (213) 688-0080 • FAX (213) 622-7594

1619725.1 05608-054

5

ORDER SUSTAINING DEFENDANT'S OBJECTIONS TO EVIDENCE SUBMITTED BY PLAINTIFFS IN
OPPOSITION TO ATLANTIC'S MOTION FOR SUMMARY JUDGMENT