MARC J. SHRAKE (SBN 219331)
 mjs@amclaw.com
ANDERSON, MCPHARLIN & CONNERS LLP
707 Wilshire Boulevard, Suite 4000
Los Angeles, California 90017-3623
Telephone: (213) 236-1691
Facsimile: (213) 622-7594

MICHAEL KEELEY *(Pro Hac Vice)*
 michael.keeley@strasburger.com
TONI SCOTT REED *(Pro Hac Vice)*
 toni.reed@strasburger.com
CARLA C. CRAPSTER *(Pro Hac Vice)*
 carla.crapster@strasburger.com
STRASBURGER & PRICE, LLP
901 Main Street, Suite 6000
Dallas, Texas 75202
Telephone: (214) 651-4300
Facsimile: (214) 651-4330

Attorneys for Defendant
Atlantic Specialty Insurance Company

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# WESTERN DIVISION

| | |
|---|---|
| UNIVERSAL CABLE PRODUCTIONS LLC, *et al.*, <br><br>Plaintiffs, <br><br>v. <br><br>ATLANTIC SPECIALTY INSURANCE COMPANY, <br><br>Defendant. | CASE NO. 2:16-cv-4435-PA-MRW <br><br>**REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF ATLANTIC SPECIALTY INSURANCE COMPANY'S REPLY IN SUPPORT OF ITS MOTION FOR SUMMARY JUDGMENT OR, ALTERNATIVELY, PARTIAL SUMMARY JUDGMENT** <br><br>*[Filed concurrently with Reply in Support of Summary Judgment or, Alternatively, Partial Summary Judgment; Declaration of Carla C. Crapster; Reply to Plaintiffs' Statement of Genuine Issues and Additional Material Facts;* |

1619636.1 05608-0528

**ATLANTIC SPECIALTY INSURANCE COMPANY'S REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF REPLY IN SUPPORT OF ITS MOTION FOR SUMMARY JUDGMENT**
8938136.1/SP/15247/0131/050817

| | |
|---|---|
| 1 | *Reply to Plaintiffs' Objections to Atlantic's Evidence; Objections to Plaintiffs' Opposition Evidence; and Volume of Evidence]* |
| 2 | |
| 3 | Date:  May 22, 2017 |
| 4 | Time:  1:30 p.m.<br>Place:  Courtroom 9A |
| 5 | Judge:  Honorable Percy Anderson<br>Discovery Cutoff:  June 2, 2017 |
| 6 | Pretrial Conference:  June 16, 2017<br>Trial:  July 25, 2017 |
| 7 | |

ANDERSON, McPHARLIN & CONNERS LLP
LAWYERS
707 WILSHIRE BOULEVARD, SUITE 4000
LOS ANGELES, CALIFORNIA 90017-3623
TEL (213) 688-0080 • FAX (213) 622-7594

**ATLANTIC SPECIALTY INSURANCE COMPANY'S REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF REPLY IN SUPPORT OF ITS MOTION FOR SUMMARY JUDGMENT**

1619636.1 05608-0528
8938136.1/SP/15247/0131/050817

# REQUEST FOR JUDICIAL NOTICE OF DOCUMENTS

Defendant and Atlantic Specialty Insurance Company ("Atlantic"), by and through its attorneys of record, hereby requests the Court to take judicial notice pursuant to Federal Rule of Evidence 201 of the authenticity of the following documents:

1. Defendant Atlantic Specialty Insurance Company's Third Amended Responses to First Set of Interrogatories Propounded by Plaintiffs Universal Cable Productions LLC and Northern Entertainment Productions LLC in this lawsuit, produced on April 18, 2017. A true and correct copy of this document is attached as **Exhibit 163** to the Declaration of Carla C. Crapster, filed in the Volume of Evidence in support of Atlantic's Reply in Support of its Motion for Summary Judgment, or Alternatively, for Partial Summary Judgment.

2. The United Nations General Assembly resolution S-21/1 dated July 23, 2014. *see* Ensuring respect for international law in the Occupied Palestinian Territory, including East Jerusalem, G.A. Res. S-21/1, A/HRC/RES/S-21/1 (July 23, 2014) (available at http://ap.ohchr.org/Documents/sdpage_e.aspx?b=10&se=158&t=11). The United Nations General Assembly is the main deliberative, policymaking and representative organ of the U.N. see http://www.un.org/en/ga/about/index.shtml. A true and correct copy of this resolution is attached as **Exhibit 165** to the Declaration of Carla C. Crapster, filed in the Volume of Evidence in support of Atlantic's Reply in Support of its Motion for Summary Judgment, or Alternatively, for Partial Summary Judgment.

3. Rex W. Tillerson, U.S. Secretary of State Preface to the Country Reports on Human Rights Practices for 2016. *see* U.S. Department of State, Country Reports on Human Rights Practice for 2016, Secretary's Preface (available at https://www.state.gov/j/drl/rls/hrrpt/humanrightsreport). A true and correct

ANDERSON, McPHARLIN & CONNERS LLP
LAWYERS
707 WILSHIRE BOULEVARD, SUITE 4000
LOS ANGELES, CALIFORNIA 90017-3623
TEL (213) 688-0080 • FAX (213) 622-7594

copy of this preface is attached as **Exhibit 164** to the Declaration of Carla C. Crapster, filed in the Volume of Evidence in support of Atlantic's Reply in Support of its Motion for Summary Judgment, or Alternatively, for Partial Summary Judgment.

4. The Congressional Research Service webpage titled "Congressional Research Service Careers." *see* Library of Congress, Congressional Research Service Careers (available at https://www.loc.gov/crsinfo/). A true and correct copy of this web page is attached as **Exhibit 166** to the Declaration of Carla C. Crapster, filed in the Volume of Evidence in support of Atlantic's Reply in Support of its Motion for Summary Judgment, or Alternatively, for Partial Summary Judgment.

5. The United Nations' Office for the Coordination of Humanitarian Affairs (OCHA) webpage titled "our work." *see* United Nations Office for the Coordination of Humanitarian Affairs, our work, available at http://www.unocha.org/our-work. A true and correct copy of this web page is attached as **Exhibit 172** to the Declaration of Carla C. Crapster, filed in the Volume of Evidence in support of Atlantic's Reply in Support of its Motion for Summary Judgment, or Alternatively, for Partial Summary Judgment.

6. The U.S. Office of the Historian, webpage titled "The Arab-Israeli War of 1948." *see* U.S. Office of the Historian, The Arab-Israeli War of 1948. (available at https://history.state.gov/milestones/1945-1952/arab-israeli-war). The Office of the Historian is "staffed by professional historians who are experts in the history of U.S. foreign policy and the Department of State and possess unparalleled research experience in classified and unclassified government records." *see* https://history.state.gov/about. A true and correct copy of this web page is attached as **Exhibit 167** to the Declaration of Carla C. Crapster, filed in

the Volume of Evidence in support of Atlantic's Reply in Support of its Motion for Summary Judgment, or Alternatively, for Partial Summary Judgment.

7. The Islamic Resistance Movement (Hamas) webpage titled "The Document of Principles and Public Policies." *see* Islamic Resistance Movement (Hamas), The Document of Principles and Public Policies (available at http://hamas.ps/ar/post/7293/). A true and correct copy of this web page is attached as **Exhibit 170** to the Declaration of Carla C. Crapster, filed in the Volume of Evidence in support of Atlantic's Reply in Support of its Motion for Summary Judgment, or Alternatively, for Partial Summary Judgment.

8. The Permanent Observer Mission of the State of Palestine to the United Nations New York webpage titled "Diplomatic Relations." See Permanent Observer Mission of the State of Palestine to the United Nations New York: Diplomatic Relations (last visited May 05, 2017) (available at http://palestineun.org/about-palestine/diplomatic-relations/). A true and correct copy of this web page is attached as **Exhibit 173** to the Declaration of Carla C. Crapster, filed in the Volume of Evidence in support of Atlantic's Reply in Support of its Motion for Summary Judgment, or Alternatively, for Partial Summary Judgment.

9. John F. Kerry, U.S. Secretary of State Preface to the Country Reports on Human Rights Practices for 2014. *see* U.S. Department of State, Country Reports on Human Rights Practice for 2014, Secretary's Preface (available at https://www.state.gov/j/drl/rls/hrrpt/2014humanrightsreport/index.htm). A true and correct copy of this preface is attached as **Exhibit 174** to the Declaration of Carla C. Crapster, filed in the Volume of Evidence in support of Atlantic's Reply in Support of its Motion for Summary Judgment, or Alternatively, for Partial Summary Judgment.

1 As to items 2 through 9 on this list, there is support for taking judicial notice of these types of web pages. "It is not uncommon for courts to take judicial notice of factual information found on the world wide web." *O'Toole v. Northrop Grumman Corp.,* 499 F.3d 1218, 1225 (10th Cir. 2007). "This is particularly true of information on government agency websites, which have often been treated as proper subjects for judicial notice." *Id.* (citing *Kitty Hawk Aircargo, Inc. v. Chao,* 418 F.3d 453, 457 (5th Cir. 2005) (taking judicial notice of approval by the National Mediation Board published on the agency's website); *Coleman v. Dretke,* 409 F.3d 665, 667 (5th Cir. 2005) (per curiam) (taking judicial notice of the Texas Council on Sex Offender website); *Denius v. Dunlap,* 330 F.3d 919, 926-27 (7th Cir. 2003) (taking judicial notice of information on official government website); *In re Wellbutrin SR/Zyban Antitrust Litig.,* 281 F. Supp. 2d 751, 754 n.2 (E.D. Pa. 2003) (taking judicial notice of the Food and Drug Administration's list of new and approved drugs); *United States ex rel. Dingle v. BioPort Corp.,* 270 F. Supp. 2d 968, 972 (W.D. Mich. 2003) ("Public records and government documents are generally considered not to be subject to reasonable dispute . . . . This includes public records and government documents available from reliable sources on the Internet."); *Cali v. E. Coast Aviation Servs., Ltd.,* 178 F. Supp. 2d 276, 287 n.6 (E.D.N.Y. 2001) (taking judicial notice of documents from Pennsylvania state agencies and Federal Aviation Administration); *In re Agribiotech Sec. Litig.,* No. CV-S-990144 PMP (LRL), 2000 U.S.

/ / /
/ / /
/ / /

**ATLANTIC SPECIALTY INSURANCE COMPANY'S REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF REPLY IN SUPPORT OF ITS MOTION FOR SUMMARY JUDGMENT**

8938136.1/SP/15247/0131/050817

1619636.1 05608-05

1  Dist. LEXIS 5643, *4-5, 2000 WL 35595963, *2 (D. Nev. Mar. 2, 2000) ("In this new
2  technological age, official government or company documents may be judicially noticed
3  insofar as they are available via the worldwide web")).

| | |
|---|---|
| DATED: May 08, 2017 | MARC J. SHRAKE |
| | ANDERSON, McPHARLIN & CONNERS LLP |
| | |
| | -and- |
| | |
| | MICHAEL KEELEY *(Pro Hac Vice)* |
| | TONI SCOTT REED *(Pro Hac Vice)* |
| | CARLA C. CRAPSTER *(Pro Hac Vice)* |
| | STRASBURGER & PRICE, LLP |
| | |
| | By: /s/ *Michael Keeley* |
| | Michael Keeley |
| | Attorneys for Defendant ATLANTIC SPECIALTY INSURANCE COMPANY |

ANDERSON, McPHARLIN & CONNERS LLP
LAWYERS
707 WILSHIRE BOULEVARD, SUITE 4000
LOS ANGELES, CALIFORNIA 90017-3623
TEL (213) 688-0080 • FAX (213) 622-7594

1619636.1 05608-05

7

**ATLANTIC SPECIALTY INSURANCE COMPANY'S REQUEST FOR JUDICIAL
NOTICE IN SUPPORT OF REPLY IN SUPPORT OF ITS MOTION FOR SUMMARY JUDGMENT**
8938136.1/SP/15247/0131/050817