Case 2:16-cv-04435-PA-MRW   Document 97-7   Filed 05/08/17   Page 1 of 6   Page ID #:8979

MARC J. SHRAKE (SBN 219331)
 mjs@amclaw.com
ANDERSON, MCPHARLIN & CONNERS LLP
707 Wilshire Boulevard, Suite 4000
Los Angeles, California 90017-3623
Telephone: (213) 236-1691
Facsimile: (213) 622-7594

MICHAEL KEELEY *(Pro Hac Vice)*
 michael.keeley@strasburger.com
TONI SCOTT REED *(Pro Hac Vice)*
 toni.reed@strasburger.com
CARLA C. CRAPSTER *(Pro Hac Vice)*
 carla.crapster@strasburger.com
STRASBURGER & PRICE, LLP
901 Main Street, Suite 6000
Dallas, Texas 75202
Telephone: (214) 651-4300
Facsimile: (214) 651-4330

Attorneys for Defendant
Atlantic Specialty Insurance Company

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| UNIVERSAL CABLE PRODUCTIONS LLC, a Delaware limited liability company, and NORTHERN ENTERTAINMENT PRODUCTIONS LLC, a Delaware limited liability company,<br><br>Plaintiffs,<br><br>vs.<br><br>ATLANTIC SPECIALTY INSURANCE COMPANY, a New York insurance company,<br><br>Defendant. | Case No. 2:16-cv-04435-PA-MRW<br><br>**DEFENDANT ATLANTIC SPECIALTY INSURANCE COMPANY'S VOLUME OF EVIDENCE IN SUPPORT OF ITS REPLY IN SUPPORT OF ITS MOTION FOR SUMMARY JUDGMENT OR, ALTERNATIVELY, PARTIAL SUMMARY JUDGMENT**<br><br>*[Filed concurrently with Reply in Support of Summary Judgment or, Alternatively, Partial Summary Judgment; Declaration of Carla C. Crapster; Reply to Plaintiffs' Statement of Genuine Issues and Additional Material Facts; Reply to Plaintiffs' Objections to Atlantic's Evidence; Objections to Plaintiffs' Opposition Evidence; and Request for Judicial Notice]* |

1619696.1 05608-054

**DEFENDANT ALTANTIC SPECIALTY INSURANCE COMPANY'S VOLUME OF EVIDENCE IN SUPPORT OF ITS REPLY IN SUPPORT OF ITS MOTION FOR SUMMARY JUDGMENT OR, ALTERNATIVELY, PARTIAL SUMMARY JUDGMENT**

Date:  May 22, 2017
Time:  1:30 p.m.
Place:  Courtroom 9A
Judge:  Honorable Percy Anderson
Discovery Cutoff:  June 2, 2017
Pretrial Conference:  June 16, 2017
Trial:  July 25, 2017

| Exhibit No. | Description | Page Nos. |
|---|---|---|
| 158. | Declaration of Carla C. Crapster in Support of Reply | 1728-1733 |
| 159. | Excerpts of Deposition of Theresa A. Gooley Wolf (February 8, 2017) | 1734-1747 |
| 160. | Excerpts of Deposition of Stephen Smith (April 18, 2017) | 1748-1757 |
| 161. | Excerpts of Deposition of Susan Weiss (April 18, 2017) | 1758-1770 |
| 162. | Excerpts of Deposition of Peter Donald Williams (February 1, 2017) | 1771-1778 |
| 163. | Defendant Atlantic Specialty Insurance Company's Third Amended Responses To First Set Of Interrogatories Propounded By Plaintiffs Universal Cable Productions LLC And Northern Entertainment Productions LLC | 1779-1870 |
| 164. | 2016 Human Rights Reports – Secretary's Preface https://www.state.gov/j/drl/rls/hrrpt/humanrightsreport/index.htm#wrapper | 1871-1872 |

ANDERSON, McPHARLIN & CONNERS LLP
LAWYERS
707 WILSHIRE BOULEVARD, SUITE 4000
LOS ANGELES, CALIFORNIA 90017-3623
TEL (213) 688-0080 • FAX (213) 622-7594

1619696.1 05608-054

2

**VOLUME OF EVIDENCE IN SUPPORT OF STATEMENT OF UNCONTROVERTED FACTS IN SUPPORT OF ATLANTIC SPECIALTY'S MOTION FOR SUMMARY JUDGMENT**

| Exhibit No. | Description | Page Nos. |
|---|---|---|
| 165. | United Nations General Assembly Resolution adopted by the Human Rights Council – A/HRC/RES/S-21/1 Available at http://ap.ohchr.org/Documents/sdpage_e.aspx?b=10&se=158&t=11 | 1873-1877 |
| 166. | Congressional Research Service Careers https://www.loc.gov/crsinfo/ | 1878-1879 |
| 167. | Office of The Historian – Milestones: 1945-1952 – The Arab-Israeli War of 1948 https://history.state.gov/milestones/1945-1952/arab-israeli-war | 1880-1882 |
| 168. | Geopolitical Intelligence and Risk Analysis - Max Security https://www.max-security.com/geopolitical-intelligence/ | 1883-1885 |
| 169. | Tactical Intelligence Reports – Max Security https://www.max-security.com/tactical-intelligence/ | 1886-1888 |
| 170. | Islamic Resistance Movement – Hamas – Document general principles and policies http://hamas.ps/ar/post/7293/ | 1889-1896 |

**VOLUME OF EVIDENCE IN SUPPORT OF STATEMENT OF UNCONTROVERTED FACTS IN SUPPORT OF ATLANTIC SPECIALTY'S MOTION FOR SUMMARY JUDGMENT**

| Exhibit No. | Description | Page Nos. |
|---|---|---|
| 171. | United Nations Meetings Coverage: Gaza Crisis Resulted From Collective Failure to Achieve Political Solution to Israeli-Palestinian Conflict, Security Council Told (July 18, 2014) | 1897-1903 |
| 172. | United Nations Office for the Coordination of Humanitarian Affairs, our work<br>Available at  http://www.unocha.org/our-work | 1904-1908- |
| 173. | The Permanent Observer Mission of the State of Palestine to the United Nations new York webpage, "Diplomatic Relations"<br>Available at http://palestineun.org/about-palestine/diplomatic-relations/ | 1909-1913 |
| 174. | County Reports on Human Rights Practices for 2014 – Secretary's Preface<br>Available at https://www.state.gov/j/drl/rls/hrrpt/2014humanrightsreport/index.htm#wrapper | 1914-1916 |
| 175. | Article: A Holistic Approach to the Conflict of Israel and Palestine: Where We Are Now And Where We Can Go, 19 Ann. Surv. Int'l & Comp. L. 105 | 1917-1951 |

**VOLUME OF EVIDENCE IN SUPPORT OF STATEMENT OF UNCONTROVERTED FACTS IN SUPPORT OF ATLANTIC SPECIALTY'S MOTION FOR SUMMARY JUDGMENT**

| Exhibit No. | Description | Page Nos. |
|---|---|---|
| 176. | Note & Comment: Violations of International Criminal Law in the Israeli-Palestinian Conflict: Why The International Criminal Court Should Not Prosecute In The "Interest Of Justice", 29 Temp. Int'l & Comp. L.J. 275 | 1952-1980 |
| 177. | The Middle East: The Origins of Arab-Israeli Wars Available at http://users.ox.ac.uk/~ssfc0005/The%20Middle%20East%20The%20Origins%20of%20Arab-Israeli%20Wars.html | 1981-1994 |
| 178. | Plaintiffs' Initial Disclosures (September 16, 2016) | 1995-2002 |
| 179. | Amended Notice of Taking Deposition of Pamela Johnson (February 2, 2017) | 2003-2006 |
| 180. | Declaration of Frank G. Lowenstein in Support of Opposition to Plaintiffs' Opposition to Plaintiffs' Motion for Partial Summary Judgment | 2007-2011 |

ANDERSON, McPHARLIN & CONNERS LLP
LAWYERS
707 WILSHIRE BOULEVARD, SUITE 4000
LOS ANGELES, CALIFORNIA 90017-3623
TEL (213) 688-0080 • FAX (213) 622-7594

1619696.1 05608-054

5

**VOLUME OF EVIDENCE IN SUPPORT OF STATEMENT OF UNCONTROVERTED FACTS IN SUPPORT OF ATLANTIC SPECIALTY'S MOTION FOR SUMMARY JUDGMENT**

| | 181. | Declaration of Peter D. Williams | 2012-2014 |
|---|---|---|---|

DATED: May 8, 2017

MARC J. SHRAKE
ANDERSON, McPHARLIN & CONNERS LLP

-and-

MICHAEL KEELEY *(Pro Hac Vice)*
TONI SCOTT REED *(Pro Hac Vice)*
CARLA C. CRAPSTER *(Pro Hac Vice)*
STRASBURGER & PRICE, LLP

By:   */s/ Michael Keeley*
        Michael Keeley

Attorneys for Defendant ATLANTIC SPECIALTY INSURANCE COMPANY

ANDERSON, McPHARLIN & CONNERS LLP
LAWYERS
707 WILSHIRE BOULEVARD, SUITE 4000
LOS ANGELES, CALIFORNIA 90017-3623
TEL (213) 688-0080 • FAX (213) 622-7594

1619696.1 05608-054
8937355.1/SP/15247/0131/050817

6

**VOLUME OF EVIDENCE IN SUPPORT OF STATEMENT OF UNCONTROVERTED FACTS IN SUPPORT OF ATLANTIC SPECIALTY'S MOTION FOR SUMMARY JUDGMENT**