# EXHIBIT 161

Page 1

1                   UNITED STATES DISTRICT COURT
2                   CENTRAL DISTRICT OF CALIFORNIA
3                         WESTERN DIVISION
4    _____
                                      )
5    UNIVERSAL CABLE PRODUCTIONS      )
     LLC, a Delaware limited          )
6    liability company; and           )
     NORTHERN ENTERTAINMENT           )
7    PRODUCTIONS LLC, a Delaware      )
     limited liability company,       )
8                                     )
              Plaintiffs,             )
9                                     )
         vs.                          )Case No.
10                                    )2:16-cv-04435-PA-MRW
     ATLANTIC SPECIALITY INSURANCE)
11   COMPANY, a New York insurance)
     company,                         )
12                                    )
              Defendant.              )
13   _____)

     _____
14
15
16         VIDEOTAPED DEPOSITION OF SUSAN WEISS
17              Los Angeles, California
18              Tuesday, April 18, 2017
19                    Volume I
20
21   Reported by:
     LORI SCINTA, RPR
22   CSR No. 4811
23
24
25   Job No. CS2590363

Page 2

1              UNITED STATES DISTRICT COURT
2              CENTRAL DISTRICT OF CALIFORNIA
3                   WESTERN DIVISION
4    _____

                                    )
5    UNIVERSAL CABLE PRODUCTIONS  )
     LLC, a Delaware limited       )
6    liability company; and        )
     NORTHERN ENTERTAINMENT        )
7    PRODUCTIONS LLC, a Delaware   )
     limited liability company,    )
8                                   )
              Plaintiffs,           )
9                                   )
         vs.                        )Case No.
10                                  )2:16-cv-04435-PA-MRW
     ATLANTIC SPECIALITY INSURANCE)
11   COMPANY, a New York insurance)
     company,                       )
12                                  )
              Defendant.            )
13   _____)

14
15
16           Videotaped deposition of SUSAN WEISS,
17   Volume I, taken on behalf of Defendant, at
18   555 South Flower Street, Suite 3500, Los Angeles,
19   California, beginning at 10:06 A.M. and ending at
20   6:05 P.M. on Tuesday, April 18, 2017, before
21   LORI SCINTA, RPR, Certified Shorthand Reporter
22   No. 4811.
23
24
25

Page 14

1   please state them at the time of your appearance.

2   And we will begin with appearances on the noticing

3   attorney.

4           MR. KEELEY:  Michael Keeley from

5   Strasburger & Price on behalf of the defendant,

6   Atlantic Specialty Insurance Company.

7           MS. COYOCA:  Lucia Coyoca, Mitchell

8   Silberberg & Knupp, on behalf of Plaintiffs Northern

9   Entertainment Productions and UCP.

10          MR. LANDIS:  John Landis on behalf of the

11  witness and Aon/Albert G. Ruben.

12          MR. HAZZARD:  Yakub Hazzard, in-house

13  counsel, NBCUniversal.

14          MR. ATALLAH:  John Atallah, Foley &

15  Lardner, for the witness and AON.

16          THE VIDEOGRAPHER:  Thank you.

17          The witness will be sworn in, and counsel

18  may begin the deposition.

19

20                  SUSAN WEISS,

21  having been administered an oath, was examined and

22  testified as follows:

23

24  ///

25  ///

Page 15

1                          EXAMINATION

2      BY MR. KEELEY:

3          Q    State your name for the record, please.

4          A    Susan Mindy Weiss.

5          Q    Ms. Weiss, my name is Mike Keeley.  As I

6      think you know, I represent the defendant in this

7      lawsuit, Atlantic Specialty Insurance Company.

8               Have you ever had your deposition taken

9      before?

10         A    Yes.

11         Q    How many times?

12         A    Once.

13         Q    How long ago was that?

14         A    A number of years ago.

15         Q    What type of matter did it involve,

16     generally?

17         A    An insurance claim.

18         Q    All right.  Tell me a little bit about the

19     claim, if you would, please.

20         A    My client had a certificate issued, and it

21     involved language within a certificate.

22         Q    Okay.  And was the certificate somehow

23     involved in the lawsuit and the claim in the

24     lawsuit?

25         A    I believe so.

Page 202

1    writing on Tuesday the 15th to the time they advised

2    you orally in that telephone conversation on the

3    22nd that they were denying the claim?

4         MS. COYOCA:  Objection.  Calls for a legal

5    conclusion, opinion testimony from a lay witness,

6    vague and ambiguous, speculation, relevance.

7         MR. LANDIS:  I join.

8         THE WITNESS:  I think a claim such as this

9    requires immediate notification.  And I -- if they

10   already knew they were going down that path of

11   declining the claim due to the war exclusion, I

12   would have thought it might have come sooner.

13   BY MR. KEELEY:

14       Q   Did you express to them in the beginning

15   that there was some urgency in getting a coverage

16   decision?

17       A   Yes.

18       Q   When did you express that?  Was that on the

19   original call?

20       A   That was probably expressed to them on

21   numerous occasions.

22       Q   Did you express that to Peter Williams on

23   Friday the 11th?

24       A   No.

25       Q   Did you express it to Danny Gutterman and

Page 203

1    Pamela Johnson on Tuesday, July 15th, when you first

2    spoke with them?

3            MS. COYOCA:  Objection.  Assumes facts not

4    in evidence.

5            THE WITNESS:  I don't recall.

6    BY MR. KEELEY:

7        Q    So you may not have told them there was

8    urgency from the beginning?

9        A    Yes, I would have.

10       Q    So your best recollection today is from the

11   beginning, you informed Ms. Johnson and

12   Mr. Gutterman that there was some urgency in

13   reaching a claims decision?

14       A    Yes.

15       Q    And you made it clear to them that you

16   needed Atlantic to make a decision as soon as

17   possible so that NBC would know their view on

18   coverage?

19       A    Yes.

20            (Exhibit 65 was marked for

21            identification by the court reporter

22            and is attached hereto.)

23            MR. LANDIS:  Mike, can we take a break?

24            MR. KEELEY:  Yes.

25            THE VIDEOGRAPHER:  We are off the record at

Page 204

1    4:22 P.M.

2            (Recess taken.)

3            THE VIDEOGRAPHER:  We are back on the

4    record at 4:38 P.M.

5    BY MR. KEELEY:

6        Q   Ms. Weiss, earlier in the day I asked you

7    some questions about why you would submit a loss run

8    to a carrier when you were seeking an insurance

9    policy from them or asking the carrier to renew a

10   policy.

11           Do you recall --

12       A   Yes.

13       Q   -- those discussions?

14           And just so I'm clear on that, what is the

15   importance of providing a loss run to a carrier when

16   you're seeking a new policy from them?

17           MR. LANDIS:  Object to the form and also

18   asked and answered.

19           MS. COYOCA:  Join.

20           THE WITNESS:  It gives the carrier, the new

21   carrier, insight into what their claims history is,

22   which helps them in the rating process and the

23   underwriting.

24   BY MR. KEELEY:

25       Q   So when you marketed the policy to

Page 255

1
2
3
4
5
6
7
8          I, SUSAN WEISS, do hereby declare under
9    penalty of perjury that I have read the foregoing
10   transcript; that I have made any corrections as
11   appear noted, in ink, initialed by me, or attached
12   hereto; that my testimony as contained herein, as
13   corrected, is true and correct.
14
15          EXECUTED this _____ day of _____,
16   20____, at _____, _____.
                        (City)              (State)
17
18
19
     _____
20                SUSAN WEISS
                  Volume I
21
22
23
24
25

Page 256

1             I, the undersigned, a Certified Shorthand

2    Reporter of the State of California, do hereby

3    certify:

4             That the foregoing proceedings were taken

5    before me at the time and place herein set forth;

6    that any witnesses in the foregoing proceedings,

7    prior to testifying, were duly sworn; that a record

8    of the proceedings was made by me using machine

9    shorthand which was thereafter transcribed under my

10   direction; that the foregoing transcript is a true

11   record of the testimony given.

12            Further, that if the foregoing pertains to

13   the original transcript of a deposition in a Federal

14   Case, before completion of the proceedings, review

15   of the transcript [  ] was [ ] was not requested.

16            I further certify I am neither financially

17   interested in the action nor a relative or employee

18   of any attorney or party to this action.

19            IN WITNESS WHEREOF, I have this date

20   subscribed my name.

21   Dated:

22

23   

                 LORI SCINTA, RPR

24                  CSR No. 4811

25

```
                                              Page 257

 1                    Veritext Legal Solutions
                 290 W. Mt. Pleasant Ave. - Suite 2260
 2                   Livingston, New Jersey 07039
                 Toll Free: 800-567-8658  Fax: 973-629-1287
 3

 4
                _____, 2017
 5
      To:   John J. Atallah, Esq.
 6
      Case Name: Universal Cable Productions  v. Atlantic Specialty
 7              Insurance Company
 8    Veritext Reference Number: 2590363
 9    Witness:  Susan Weiss        Deposition Date:  4/18/2017
10
      Dear Sir/Madam:
11
      Enclosed is the original transcript with signature page and
12    errata sheet.
13    Please have the witness read and sign the enclosed
      transcript per the instructions at the deposition.
14
15    Should you need any assistance, please contact our office.
16
17
18
19    Sincerely,
20
21    Production Department
22
23    Encl.
24    cc:    Michael Keeley, Esq.
25           Lucia E. Coyoca, Esq.
```

Page 258

1    CASE NAME: Universal Cable Productions  v. Atlantic

                    Specialty Insurance Company

2         ASSIGNMENT NO.: 2590363

          ASSIGNMENT DATE: 4/18/2017

3

4

5

6      INSTRUCTIONS FOR READING/CORRECTING YOUR DEPOSITION

7

8

9         To assist you in making corrections to your deposition

10        testimony, please follow the directions below. If

11        additional pages are necessary, please furnish them and

12        attach the pages to the back of the errata sheet.

13

14        This is the final version of your deposition transcript.

15

16        Please read it carefully.  If you find any errors or

17        changes you wish to make, insert the corrections on the

18        errata sheet beside the page and line numbers.

19

20        Do NOT make any changes directly on the transcript.

21

22        Do NOT change any of the questions.

23

24        After completing your review, please sign the last page

25        of the errata sheet, above the designated "Signature" line.

1769

Page 259

1                    ERRATA SHEET
              VERITEXT CORPORATE SERVICES
2                    800-567-8658
     ASSIGNMENT NO. 2590363
3    CASE NAME: Universal Cable Productions  v. Atlantic
              Specialty Insurance Company
     DATE OF DEPOSITION: 4/18/2017
4    WITNESS' NAME: Susan Weiss
5    PAGE/LINE(S)/   CHANGE          REASON
6    ____/_____/_____/_____
7    ____/_____/_____/_____
8    ____/_____/_____/_____
9    ____/_____/_____/_____
10   ____/_____/_____/_____
11   ____/_____/_____/_____
12   ____/_____/_____/_____
13   ____/_____/_____/_____
14   ____/_____/_____/_____
15   ____/_____/_____/_____
16   ____/_____/_____/_____
17   ____/_____/_____/_____
18   ____/_____/_____/_____
19   ____/_____/_____/_____
20   ____/_____/_____/_____
21
        _____ Subject to the above changes, I certify
22              that the transcript is true and correct
23      _____ No changes have been made. I certify
                that the transcript is true and correct
24
        _____    _____
25   Signature                      Date

# EXHIBIT 162

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | | |
|---|---|---|
| UNIVERSAL CABLE LLC, et al., | ) ) ) | CASE NO. 2:16-cv-4435-PA-MRW |
| Plaintiffs, | ) ) | |
| vs. | ) ) | |
| ATLANTIC SPECIALTY INSURANCE COMPANY, | ) ) ) | CONFIDENTIAL |
| Defendant. | ) ) | |

VOLUME I (Pages 1 - 260)

DEPOSITION OF PETER DONALD WILLIAMS

Wednesday, February 1, 2017

Reported by:  Ingrid Suárez Egnatuk
              CSR No. 3098

1

```
10:00   1    plaintiffs in this matter, Universal Cable

        2    Productions and Northern Entertainment Productions.

        3            MR. KEELEY:  Good morning.  I'm Michael

        4    Keeley with Strasburger & Price.  I represent the

10:00   5    defendant, Atlantic Specialty Insurance Company.

        6            THE REPORTER:  Raise your right hand,

        7    please.

        8            Do you solemnly swear or affirm the

        9    testimony you are about to give in this deposition

10:08  10    will be the truth, the whole truth, and nothing but

       11    the truth?

       12            THE WITNESS:  I do.

       13            THE REPORTER:  Thank you.

       14

10:08  15                PETER DONALD WILLIAMS,

       16            having been first duly sworn, was

       17            examined and testified as follows:

       18

       19                    EXAMINATION

10:08  20    BY MS. COYOCA:

       21    Q.   Good morning, Mr. Williams.  As I

       22    indicated, my name is Lucia Coyoca, and I represent

       23    the plaintiffs in this matter.

       24            Could you please state your full name and

10:00  25    address for the record.
```

7

```
10:00    1        A.    Peter Donald Williams, 2047 Malcolm

         2   Avenue, Los Angeles, 90025.

         3        Q.    And is that your home address or your

         4   business address?

10:00    5        A.    Home.

         6        Q.    Could you please provide your business

         7   address.

         8        A.    It's Empire -- care of Allianz Insurance

         9   Company, Empire Center, Burbank, California.

10:01   10        Q.    Thank you.

        11              And are you represented by counsel here

        12   today?

        13        A.    Yes, I am.

        14        Q.    Who are you -- who is representing you?

10:01   15        A.    Mr. Michael Keeley.

        16        Q.    Okay.  Have you ever been deposed before?

        17        A.    Yes.

        18        Q.    On how many occasions?

        19        A.    Approximately eight maybe, nine.

10:01   20        Q.    Eight to nine times?

        21        A.    Yes.

        22        Q.    And approximately when was your first

        23   deposition?

        24        A.    Oh.  Ever?

10:01   25        Q.    Ever.
```

8

```
10:30   1    don't actually know.

        2         Q.   Okay.

        3         A.   Obviously, senior claims people at

        4    OneBeacon -- OneBeacon hired him.

10:30   5         Q.   Got it.   That's fair.

        6              So why did you hold the position of chief

        7    underwriting officer for such a short period of time

        8    before you were promoted to president?

        9         A.   Oh.   Because Jack Cave and Martin Ridgers

10:30  10    left the company.   And so we consol- -- OneBeacon

       11    consolidated the positions into one, president and

       12    head of underwriting.

       13         Q.   Now, when you became president of

       14    OneBeacon Entertainment in approximately late

10:30  15    October of 2010, what were your responsibilities?

       16         A.   I was then the president of the

       17    underwriting division.   I was in charge of the

       18    administration of the division, the underwriting

       19    function, supervising the underwriters, supervising

10:31  20    the administration of the -- of the division from an

       21    underwriting perspective.

       22         Q.   And what, if any, relationship did you

       23    have with respect to claims adjustment?

       24         A.   None.   It's kept entirely separate between

10:31  25    claims and underwriting.
```

                                                                30

| 11:31 | 1 | A. | I'm global head of live products. |

11:31  1    A.    I'm global head of live products.

       2    Q.    What do you mean by "live products"?

       3    A.    Everything in the entertainment world

       4  which is not film or television.

11:31  5    Q.    In other words, music concerts, Broadway

       6  shows, any other forms of live entertainment?

       7    A.    Correct.  Motor sports, sports.

       8    Q.    When you began working for OneBeacon

       9  initially, was NBCUniversal a client?

11:32 10    A.    No.

      11    Q.    Who brought NBCUniversal in as a client?

      12    A.    I think it was my predecessor, Martin

      13  Ridgers.

      14    Q.    When did NBCUniversal begin to be insured

11:32 15  for purposes of its production portfolio by

      16  OneBeacon?

      17    A.    I believe that was 2010, as far as I

      18  recall.

      19    Q.    Were you involved in the negotiations with

11:32 20  NBCUniversal with respect to the coverage?

      21    A.    Yes.

      22    Q.    What was your role?

      23    A.    They were represented by the brokers,

      24  Aon/Ruben in New York.  So through my New York

11:33 25  office, obviously it was a big client, a big policy,

58

1776

```
11:33    1    we negotiated backwards and forwards on the terms
         2    and conditions of the policy.  Aon actually produced
         3    the wording and wanted us to use their wording for
         4    NBC, which was based primarily on the previous
11:33    5    carrier.  So there was some negotiation on that
         6    wording, also price level of SIR.
         7         Q.    Who at Aon/Ruben was responsible for
         8    negotiating the terms of that initial 2010 policy?
         9         A.    George Walden, W-A-L-D-E-N.
11:33   10         Q.    Anyone else?
        11         A.    Not that I recall.  He's the main -- the
        12    head of the New York office.
        13         Q.    And who from OneBeacon Entertainment was
        14    primarily responsible for negotiating the policy?
11:34   15         A.    Well, myself and, to a lesser extent,
        16    Wanda Phillips, our OneBeacon underwriter in
        17    New York.
        18         Q.    Wanda Phillips, you indicated, is the
        19    OneBeacon underwriter in New York; is that correct?
11:34   20         A.    She was.  Correct.
        21         Q.    She was?
        22         A.    Yes.
        23         Q.    You indicated that Martin Ridgers, you
        24    believed, first brought the client in; is that
11:34   25    correct?
```

59

STATE OF CALIFORNIA      )
                         )
COUNTY OF LOS ANGELES    )

       I, Ingrid Suárez Egnatuk, CSR No. 3098, a Certified Shorthand Reporter in and for the State of California, do hereby certify:

       That the foregoing deposition of PETER DONALD WILLIAMS, VOLUME I, was taken before me at the time and place therein set forth, at which time the witness was put under oath by me;

       That the testimony of the witness and all objections made at the time of the examination were recorded stenographically by me and were thereafter transcribed under my direction;

       That the foregoing is a true record of the testimony and of all objections made at the time of the examination.

       In witness whereof, I have subscribed my name this 6th day of February, 2017.

                        Certified Shorthand Reporter
                             No. 3098

260

# EXHIBIT 163

1 MARC J. SHRAKE (SBN 219331)
   mjs@amclaw.com
2 ANDERSON, MCPHARLIN & CONNERS LLP
   707 Wilshire Boulevard, Suite 4000
3 Los Angeles, California 90017-3623
   Telephone: (213) 236-1691
4 Facsimile:  (213) 622-7594

5 MICHAEL KEELEY *(Pro Hac Vice)*
   michael.keeley@strasburger.com
6 TONI SCOTT REED *(Pro Hac Vice)*
   toni.reed@strasburger.com
7 CARLA C. CRAPSTER *(Pro Hac Vice)*
   carla.crapster@strasburger.com
8 STRASBURGER & PRICE, LLP
   901 Main Street, Suite 6000
9 Dallas, Texas 75202
   Telephone: (214) 651-4300
10 Facsimile:  (214) 651-4330

11 Attorneys for Defendant
   Atlantic Specialty Insurance Company

12

13 **UNITED STATES DISTRICT COURT**

14 **CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION**

15

| | |
|---|---|
| 16 UNIVERSAL CABLE PRODUCTIONS LLC, a Delaware limited liability company, and NORTHERN ENTERTAINMENT PRODUCTIONS LLC, a Delaware limited liability company, | Case No. 2:16-cv-04435-PA-MRW |
| | **DEFENDANT ATLANTIC SPECIALTY INSURANCE COMPANY'S THIRD AMENDED RESPONSES TO FIRST SET OF INTERROGATORIES PROPOUNDED BY PLAINTIFFS UNIVERSAL CABLE PRODUCTIONS LLC AND NORTHERN ENTERTAINMENT PRODUCTIONS LLC** |

16 UNIVERSAL CABLE
17 PRODUCTIONS LLC, a Delaware
   limited liability company, and
18 NORTHERN ENTERTAINMENT
   PRODUCTIONS LLC, a Delaware
   limited liability company,
19
20        Plaintiffs,
21    vs.
22 ATLANTIC SPECIALTY
   INSURANCE COMPANY, a New
23 York insurance company,

24        Defendant.

25 / / /

26 / / /

27 / / /

28

*(left margin, vertical text)*
ANDERSON, MCPHARLIN & CONNERS LLP
LAWYERS
707 WILSHIRE BOULEVARD, SUITE 4000
LOS ANGELES, CALIFORNIA 90017-3623

| | |
|---|---|
| PROPOUNDING PARTY: | Plaintiffs UNIVERSAL CABLE PRODUCTIONS LLC and NORTHERN ENTERTAINMENT PRODUCTIONS LLC |
| RESPONDING PARTY: | Defendant ATLANTIC SPECIALTY INSURANCE COMPANY |
| SET NO.: | One |

Pursuant to Rule 33 of the Federal Rules of Civil Procedure, Defendant ATLANTIC SPECIALTY INSURANCE COMPANY ("Atlantic") hereby submits these amended objections and responses to the First Set of Interrogatories propounded by Plaintiffs UNIVERSAL CABLE PRODUCTIONS LLC and NORTHERN ENTERTAINMENT PRODUCTIONS LLC ("Propounding Parties").

## **PRELIMINARY STATEMENT**

Nothing in this response should be construed as an admission by Atlantic with respect to the admissibility or relevance of any fact, or of the truth or accuracy of any characterization or statement of any kind, contained in Propounding Parties' Interrogatories. Atlantic has not completed its investigation of the facts relating to this case, its discovery or its preparation for trial. All responses and objections contained herein are based only upon information that is presently available to and specifically known by Atlantic. It is anticipated that further discovery, independent investigation, legal research and analysis may supply additional facts and add meaning to known facts, as well as new factual conclusions and legal contentions, all of which may lead to additions to, changes in and variations from the responses set forth herein. The following objections and responses are made without prejudice to Atlantic's right to produce at trial, or otherwise, evidence regarding any subsequently discovered information. Atlantic accordingly reserves the right to modify and amend any and all responses herein as research is completed and contentions are made.

ATLANTIC SPECIALTY INSURANCE COMPANY'S THIRD AMENDED RESPONSES
TO PLAINTIFFS' FIRST SET OF INTERROGATORIES

ANDERSON, McPHARLIN & CONNERS LLP
LAWYERS
707 WILSHIRE BOULEVARD, SUITE 4000
LOS ANGELES, CALIFORNIA 90017-3623

**RESPONSES TO INTERROGATORIES**

**INTERROGATORY NO. 1:**

IDENTIFY each individual employed by, acting as a REPRESENTATIVE of, or in any way associated with ATLANTIC, that was responsible for the decision to deny the *DIG* CLAIM.

**RESPONSE TO INTERROGATORY NO. 1:** The following persons were responsible for Atlantic's decision to deny the *DIG* CLAIM, all of whom were employed by Atlantic when the decision was reached:

a. Pamela Johnson, former Assistant Vice President of Entertainment Claims for Atlantic. Ms. Johnson is a Second Vice President at The Travelers Companies, Inc. Ms. Johnson's current business address is 385 Washington Street, St. Paul Minnesota, 55102. Her current phone number is 651-310-5861. Her current e-mail address is pajohnso@travelers.com.

b. Theresa Gooley, former Vice President of Claims for Atlantic. Ms. Gooley is currently employed with The Travelers Companies, Inc. Ms. Gooley's current business address is 385 Washington Street, St. Paul Minnesota, 55102. Her current phone number is 651-310-2100. Her current e-mail address is tgooleyw@travelers.com.

c. Peter Williams, former President of the Entertainment Division for Atlantic. Mr. Williams is a Global Products Leader with Allianz Global and Corporate Specialty. His current business address is 2350 West Empire Avenue Suite 200, Burbank California 91504. His current phone number is 310-910-4026. His current e-mail address is peter.williams@ffic.com.

d. Sean Duffy, Senior Vice President & Chief Claims Officer of OneBeacon Insurance Group. Mr. Duffy's business address is 605 Highway 169, Suite 800 Plymouth MN 5544. His current phone number is (952) 852-2469. His e-mail address is sduffy@onebeacon.com.

**The persons listed above may only be contacted through counsel of record**

ANDERSON, MCPHARLIN & CONNERS LLP
*LAWYERS*
707 WILSHIRE BOULEVARD, SUITE 4000
LOS ANGELES, CALIFORNIA 90017-3623

1   **for Atlantic.**

2

3   **INTERROGATORY NO. 2:**

4   IDENTIFY each individual employed by, acting as a REPRESENTATIVE of, or

5   in any way associated with ATLANTIC, that had any involvement in evaluating and

6   considering the *DIG* CLAIM.

7   **RESPONSE TO INTERROGATORY NO. 2:**   The following persons had

8   involvement in the evaluation and consideration of the *DIG* CLAIM, all of whom were

9   employed by Atlantic at such time:

10      a.  Pamela Johnson, former Assistant Vice President of Entertainment Claims for

11          Atlantic. Ms. Johnson is a Second Vice President at The Travelers Companies,

12          Inc. Ms. Johnson's current business address is 385 Washington Street, St. Paul

13          Minnesota, 55102. Her current phone number is 651-310-5861. Her current e-

14          mail address is pajohnso@travelers.com.

15      b.  Theresa Gooley, former Vice President of Claims for Atlantic. Ms. Gooley is

16          currently employed with The Travelers Companies, Inc. Ms. Gooley's current

17          business address is 385 Washington Street, St. Paul Minnesota, 55102. Her

18          current phone number is 651-310-2100. Her current e-mail address is

19          tgooleyw@travelers.com.

20      c.  Peter Williams, former President of the Entertainment Division for Atlantic.

21          Mr. Williams is a Global Products Leader with Allianz Global and Corporate

22          Specialty. His current business address is 2350 West Empire Avenue Suite 200,

23          Burbank California 91504. His current phone number is 310-910-4026. His

24          current e-mail address is peter.williams@ffic.com.

25      d.  Daniel Gutterman, Senior Entertainment Claims Investigator for Atlantic, which

26          is his current position. Mr. Gutterman's phone number is (781) 332-8550.

27          Mr. Gutterman's address is 1100 Glendon Avenue, Suite 900, Los Angeles, CA

28          90024. Mr. Gutterman's e-mail address is dgutterman@onebeacon.com.

ANDERSON, MCPHARLIN & CONNERS LLP
LAWYERS
707 WILSHIRE BOULEVARD, SUITE 4000
LOS ANGELES, CALIFORNIA 90017-3623

e.  Sean Duffy, Senior Vice President & Chief Claims Officer of OneBeacon Insurance Group. Mr. Duffy's business address is 605 Highway 169, Suite 800 Plymouth MN 5544. His current phone number is (952) 852-2469. His e-mail address is sduffy@onebeacon.com.



**The persons listed above may only be contacted through counsel of record for Atlantic.**

**INTERROGATORY NO. 3:**

State all facts which ATLANTIC considered in denying the *DIG* CLAIM.

**RESPONSE TO INTERROGATORY NO. 3:** Atlantic considered, in denying the *DIG* CLAIM, all of the facts and information that it received from the Plaintiffs, as well as the facts revealed by its own investigation of the *DIG* CLAIM and independent research. Regarding its investigation, Atlantic refers to and incorporates specific claim-related documents produced in this case, which reflect facts considered, which are bates numbered ATL001458 – ATL001463 (reference to foreign travel advice); ATL001199 – ATL001204 (reference to U.S. travel warning); ATL001529 (reference to foreign travel advice and Hamas article); ATL001562 – ATL001563 (reference to news stories specified in links stated); ATL000502 (reference to news article); ATL000294 (reference to reporting on events and specific links to news stories); ATL001828 (reference to reporting on facts and developments and mentions of *DIG*); ATL00385 - ATL00392 (references to facts); ATL001877 (references to articles); ATL002171 – ATL002175 and ATL002172 – ATL002175 (references to facts).  Atlantic also refers

ANDERSON, McPHARLIN & CONNERS LLP
LAWYERS
707 WILSHIRE BOULEVARD, SUITE 4000
LOS ANGELES, CALIFORNIA 90017-3623

5

1   to, relies upon, and incorporates herein the testimony of Peter Williams, Danny
2   Gutterman, and Theresa Gooley, each of whom testified to what they relied upon in
3   considering the *DIG* CLAIM.   Additionally, in further answer to this interrogatory,
4   Atlantic considered the following facts:

5    a.  The facts set forth in the December 2, 2010 Congressional Research Service
6        Report entitled "Hamas: Background and Issues for Congress," which was
7        authored by Jim Zanotti, who is identified as an Analyst in Middle Eastern
8        Affairs. Representatives of Atlantic, including at least Pamela Johnson, reviewed
9        that report. Ms. Johnson, who is no longer employed by Atlantic, was prepared
10      to testify more specifically as to what she had relied upon in this report before
11      her deposition was unilaterally cancelled by the Plaintiffs. Among other things,
12      Atlantic believes Ms. Johnson, on behalf of Atlantic, relied upon the entirety of
13      the report, including but not limited to, the fact that Hamas was identified in that
14      Report as a religious and political organization and the Report's statement that,
15      since June 2007, Hamas has had control over the Gaza Strip, that Hamas governs
16      the Gaza strip,  and that Hamas has a "military wing." Atlantic also relied on the
17      timeline included in this Report, which sets forth a long history of the key dates
18      in Hamas's history and its many conflicts with Israel, several of which are
19      referred to as wars.

20    b.  The statement by Israeli President Benjamin Netanyahu, as reported in the news,
21      that Israel would use "full force" against militants in Gaza.

22    c.  The statement by Israeli President Benjamin Netanyahu, as reported in the news,
23      that "Hamas chose to continue fighting and will pay the price for that decision …
24      When there is no cease-fire, our answer is fire."

25    d.  A report by the Washington Post stating that: Israel had struck at least 25 targets
26      inside Gaza, including the home of a senior Hamas leader Mahmoud Al Zahar;
27      Hamas militants had fired at least 13 rockets into southern Israel; Israel's "Iron
28      Dome," an air-defense system that exists to deflect weapons fired from Palestine,

ANDERSON, MCPHARLIN & CONNERS LLP
LAWYERS
707 WILSHIRE BOULEVARD, SUITE 4000
LOS ANGELES, CALIFORNIA 90017-3623

ANDERSON, MCPHARLIN & CONNERS LLP
LAWYERS
707 WILSHIRE BOULEVARD, SUITE 4000
LOS ANGELES, CALIFORNIA 90017-3623

was deflecting fire from Gaza; Israel had announced plans for a ground attack on Gaza; Israel dropped leaflets into Gaza warning the population to evacuate; Israel had invaded Gaza with tanks and gunboats.

e. Several sources, in particular, Black's Law Dictionary, The Dictionary of International and Comparative Law, and the Handbook of Humanitarian Law in Armed Conflicts, that define "war" as including any hostile conflict by means of armed forces between nations, states, or rulers, or even between two "parties." Atlantic quoted these definitions on page 6 of its July 28, 2014 denial letter to Andrea Garber.

f. Hamas was the governing authority over the Gaza Strip in July 2014 and had a military wing known as the Qassam Brigades, as well as a police force, a security force, and intelligence personnel.

g. In several news articles published in July 2014 by MSNBC and in television reports that appeared on the news channel MSNBC (which is an affiliate of NBC Universal), the Israeli-Palestinian "conflict" in 2014 was referred to as a "war."

h. Reported events and details of actions that occurred during June and July 2014, as reported in various news sources, including but not limited to CBS news videos and MSNBC videos, articles, and features, including direct clashes of armed forces from opposing sides of the war, gunfights, firing of long-range rockets, rocket attacks into Tel Aviv, Jerusalem, and/or Southern Israel, planning for a ground incursion, a ground campaign, war planes, gunboats, mutual exchange of air strikes, rejection of a proposed cease fire, and injuries and deaths in Israel, Palestine, Gaza City, and/or the Gaza Strip, and comments from Israel regarding its intentions.

i. Hamas militants stated on al-Aqsa TV that Hamas was firing rockets in response to "Israeli aggression against Palestinians in the West Bank, Jerusalem and Gaza." According to news reports, the statement was issued in the name of the Qassam Brigades and laid out four conditions for a ceasefire: ending all action in

7

ANDERSON, McPHARLIN & CONNERS LLP
*LAWYERS*
707 WILSHIRE BOULEVARD, SUITE 4000
LOS ANGELES, CALIFORNIA 90017-3623

1   Jerusalem and the West Bank, ending the fire on and siege of Gaza, releasing all

2   the prisoners who were re-arrested in the Israeli operation launched on June 12,

3   2014, after the disappearance of three Israeli settlers and the ceasing of

4   "meddling" in the Palestinian Unity government.

5   j. Moussa Abu Marzouk, a top Hamas official, stated, as reported in a news article:

6   "There should be a new equation so that we will not have a war on Gaza every

7   two years."

8   k. The word "militants" is used to describe Hamas forces in various news articles

9   (identified in response to Interrogatory No. 4 below) and the Congressional

10   Reports identified in subparts (a) and (b) of this response to Interrogatory No. 3.

11   l. Hamas spokesman Sami Abu Zuhri stated, as reported in a news article: "There

12   will be no truce without an end to the war that the Occupation (Israel) began, a

13   lifting of the blockade and a halt to all violations and killings in Gaza and the

14   West Bank."

15   m. Facts learned through research of Hamas and Palestine, and Hamas's ongoing

16   conflicts and prior wars with Israel, including operations, official positions held,

17   and capabilities, which research included review of the primary sources

18   discussing Hamas and Palestine, as listed in "Hamas," appearing in Wikipedia

19   (http://en.wikipedia.org/wiki/Hamas) as it existed on July 16, 2014, with its

20   references to primary source materials, the specifics of which Pamela Johnson

21   may be able to identify, as well as a review of multiple news reports referring to

22   the war between Israel and Palestine/Hamas, including print reports as well as

23   news reports by MSNBC and CBS.

24   Additionally, other employees of Atlantic, including at least Pamela Johnson,

25   conducted other internet research into Hamas and its relationship with Israel, and events

26   occurring during the summer of 2014, the details of which are not currently known to

27   Atlantic.

28   Atlantic reserves the right to supplement this Response, as discovery is ongoing, and as

8

1  individual witnesses who are deposed in this case may provide additional information

2  not yet known to Atlantic.

3  **INTERROGATORY NO. 4:**

4       IDENTIFY all DOCUMENTS that ATLANTIC reviewed in evaluating and

5  considering the *DIG* CLAIM.

6  **RESPONSE TO INTERROGATORY NO. 4:** Atlantic objects to this interrogatory to

7  the extent that it seeks information that is protected from disclosure by the attorney-

8  client privilege or work-product doctrine or was prepared in anticipation of litigation or

9  for trial. Such information is outside the scope of discovery permitted under Rule 26 of

10  the Federal Rules of Civil Procedure. Such information will not be included in

11  Atlantic's answer to this interrogatory.

12       With this understanding, Atlantic responds as follows:  Atlantic reviewed all

13  documents it received from Plaintiffs, as well as the documents it located and/or

14  generated by its investigation of the *DIG* Claim and research.  Regarding its

15  investigation, Atlantic refers to and incorporates specific claim-related documents

16  produced in this case, which reflect specific documents reviewed, which are bates

17  numbered ATL001458 – ATL001463 (reference to foreign travel advice); ATL001199

18  – ATL001204 (reference to U.S. travel warning); ATL001529 (reference to foreign

19  travel advice and Hamas article); ATL001562 – ATL001563 (reference to news stories

20  specified in links stated); ATL000502 (reference to news article); ATL000294

21  (reference to reporting on events and specific links to news stories); ATL001828

22  (reference to reporting on facts and developments and mentions of *DIG*); ATL00385 -

23  ATL00392 (references to facts/sources); ATL001877 (references to articles);

24  ATL002171 – ATL002175 and ATL002172 – ATL002175 (references to

25  facts/sources).  Atlantic also refers to, relies upon, and incorporates herein the

26  testimony of Peter Williams, Danny Gutterman, and Theresa Gooley, each of whom

27  testified to what they relied upon in considering the *DIG* CLAIM. Further, Atlantic

28  states that it reviewed the following documents in evaluating and considering the *DIG*

ANDERSON, MCPHARLIN & CONNERS LLP
LAWYERS
707 WILSHIRE BOULEVARD, SUITE 4000
LOS ANGELES, CALIFORNIA 90017-3623

CLAIM:

a. E-mail sent by Stephen Smith, head of NBC security for Europe, dated July 10, 2014, regarding NBCU Security's decision to move the filming of *Dig* out of Israel.

b. A news article published by the Washington Post, dated July 10, 2014, by Griff Witte and William Booth, entitled "As cease-fire with Hamas fails to take shape, Netanyahu says, 'Our answer is fire.'" This article is available at: https://www.washingtonpost.com/world/israel-accepts-truce-plan-hamas-balks/2014/07/15/04373008-0bf5-11e4-8c9a-923ecc0c7d23_story.html?utm_term=.e99302eb1314.

c. A news article published by MSNBC dated July 18, 2014, by Benjamin Landy and Maria Lokke, entitled "Scenes of war and heartbreak as Israeli ground forces invade Gaza." This article is available at: http://www.msnbc.com/msnbc/scenes-war-and-heartbreak-israel-hamas-conflict-intensifies.

d. A news article published by MSNBC dated July 18, 2014, by David Taintor, entitled "Obama points to rebels in downed Malaysian jet." This article is available at: http://www.msnbc.com/msnbc/obama-american-dead-malaysia-airlines-crash.

e. A news article published by MSNBC dated July 16, 2014, by Donna Stefano, entitled "In Israel and Palestine, children imagine a world without war." This article is available at: http://www.msnbc.com/msnbc/israel-and-palestine-children-imagine-world-without-war.

f. A news article published by the Times of Israel by Adiv Sterman, dated July 16, 2014, entitled "Ground incursion in Gaza said 'very likely.'" This article is available at: http://www.timesofisrael.com/idf-ground-incursion-in-gaza-very-likely/.

g. A collection of "LiveBlogs" published by the Times of Israel on July 7, 2014, by Itamar Sharon, Marissa Newman, and Ilan Ben Zion, entitled "Israel launches

ANDERSON, MCPHARLIN & CONNERS LLP
LAWYERS
707 WILSHIRE BOULEVARD, SUITE 4000
LOS ANGELES, CALIFORNIA 90017-3623

'Protective Edge' counteroffensive on Gaza, Jewish suspects reenact teen's murder." This collection is available at: http://www.timesofisrael.com/as-israel-grapples-with-homegrown-killers-violence-continues/#!.

h.   A news article published by Middle East Eye dated July 8, 2014, entitled "Hamas claims responsibility for rockets fired at Jerusalem, Tel Aviv and Haifa." This article is available at: http://www.middleeasteye.net/news/israels-army-prepared-ground-assault-gaza-official-275282816.

i.   A news article published by the Global News, dated July 9, 2014, entitled "UPDATE: Israel hits key Hamas targets in Gaza offensive." This article is available at: http://globalnews.ca/news/1438089/israel-strikes-hamas-targets-in-gaza-to-stop-rocket-fire/.

j.   A news article published by the Global News, dated July 15, 2014, entitled "Israel: Hamas to pay price for its 'no' to truce." This article is available at: http://globalnews.ca/news/1451058/israel-hamas-to-pay-price-for-its-no-to-truce/.

k.   The news article entitled "LIVE UPDATES: Operation Protective Edge, Day 7," published by Haaretz on July 15, 2014. The article is available at: http://www.haaretz.com/israel-news/1.604898#!.

l.   The December 2, 2010 Congressional Research Service Report entitled "Hamas: Background and Issues for Congress," and authored by Jim Zanotti.

m.   Black's Law Dictionary, as discussed in the response to Interrogatory No. 3,

n.   The Dictionary of International and Comparative Law, as discussed in the response to Interrogatory No. 3.

o.   The Handbook of Humanitarian Law in Armed Conflicts, as discussed in response to Interrogatory No. 3.

p.   The travel warning issued by the United States on February 3, 2014, regarding travel to Israel.

q.   The United Kingdom's website regarding travel to Israel, available at:

ATLANTIC SPECIALTY INSURANCE COMPANY'S THIRD AMENDED RESPONSES
TO PLAINTIFFS' FIRST SET OF INTERROGATORIES

ANDERSON, MCPHARLIN & CONNERS LLP
LAWYERS
707 WILSHIRE BOULEVARD, SUITE 4000
LOS ANGELES, CALIFORNIA 90017-3623

1    https://www.gov.uk/foreign-travel-advice/israel, as it existed on July 15, 2014.

2    r.    The news clips (videos) available at the following websites:

3        i.    http://www.msnbc.com/the-last-word/watch/mh17-mystery-and-war-in-
4            gaza-308247107963;

5        ii.    http://www.msnbc.com/melissa-harris-perry/watch/what-it-means-to-live-
6            in-a-war-zone-309370947801;

7        iii.    http://www.msnbc.com/all-in-with-chris-hayes/watch/day-breaks-in-gaza-
8            following-invasion-307348035939;

9        iv.    http://www.msnbc.com/all-in-with-chris-hayes/watch/ground-war-in-
10            gaza-307290179722;

11        v.    www.cbsnews.com/videos/new-clashes-between-israel-palestinians-is-
12            ground-war-next/.

13    s.    Primary sources discussing Hamas and Palestine, as listed in "Hamas,"
14        appearing in Wikipedia (http://en.wikipedia.org/wiki/Hamas), as it existed on
15        July 16, 2014, with its reference to sources.

16    t.    Articles and sources located through internet research, the titles or names of
17        which were not specifically recorded in written form.

18    ███████████████████████████████████████████████

19    ███████████████████████████████████████████████

20    ███████████████████████████████████████████████

21    ███████████████████████████████████████████████

22    ███████████████████████████████████████████████

23    ███████████████████████████████████████████████

24    ███████████████████████████████████████████████

25    ███████████████████████████████████████████████

26    ███████████████████████████████████████████████

27    ████████████████████████████████

28    Additionally, other employees of Atlantic, including at least Pamela Johnson,

ANDERSON, McPHARLIN & CONNERS LLP
LAWYERS
707 WILSHIRE BOULEVARD, SUITE 4000
LOS ANGELES, CALIFORNIA 90017-3623

1  conducted other internet research into Hamas and its relationship with Israel, and events

2  occurring during the summer of 2014, the documentation of which is not currently

3  known to Atlantic.

4  Atlantic reserves the right to supplement this Response, as discovery is ongoing, and as

5  individual witnesses who are deposed in this case may provide additional information

6  not yet known to Atlantic.

7

8  **INTERROGATORY NO. 5:**

9      Identify all steps taken by ATLANTIC to investigate the *DIG* CLAIM.

10  **RESPONSE TO INTERROGATORY NO. 5:**  Atlantic's investigation of the *DIG*

11  CLAIM consisted of researching the hostilities between Israel and Palestine that were

12  occurring during July 2014 and the time leading up to that period, as well as the time

13  period through the end of the conflict, the parties involved and details of the facts

14  involved during 2014, and the history of the hostilities between Israel and Palestine that

15  spans back many decades. Atlantic also evaluated all of the facts and information

16  provided by Plaintiffs.  With regard to some specifics of its investigation undertaken,

17  which are reflected in written documentation, Atlantic refers to and incorporates

18  specific claim-related documents produced in this case, which reflect items and/or steps

19  in the investigation, which are bates numbered ATL001458 – ATL001463 (reference to

20  foreign travel advice); ATL001199 – ATL001204 (reference to U.S. travel warning);

21  ATL001529 (reference to foreign travel advice and Hamas article); ATL001562 –

22  ATL001563 (reference to news stories specified in links stated); ATL000502 (reference

23  to news article); ATL000294 (reference to reporting on events and specific links to

24  news stories); ATL001828 (reference to reporting on facts and developments and

25  mentions of *DIG*); ATL00385 - ATL00392 (references to facts);  ATL001877

26  (references to articles); ATL002171 – ATL002175 and ATL002172 – ATL002175

27  (references to facts).  Atlantic also refers to, relies upon, and incorporates herein the

28  testimony of Peter Williams, Danny Gutterman, and Theresa Gooley, each of whom

ANDERSON, MCPHARLIN & CONNERS LLP
LAWYERS
707 WILSHIRE BOULEVARD, SUITE 4000
LOS ANGELES, CALIFORNIA 90017-3623

13

1  testified to their roles and involvements in the investigation and/or consideration of the

2  *DIG* CLAIM.

3  Additionally, in further answer to this interrogatory, Atlantic also incorporates herein

4  by reference its responses to interrogatories Nos. 3 and 4 above.  Further, Atlantic

5  considered the following facts and documents in investigating the *DIG* CLAIM:

6     a.  The facts set forth in the December 2, 2010 Congressional Research

7       Service Report entitled "Hamas: Background and Issues for Congress,"

8       which was authored by Jim Zanotti, who is identified as an Analyst in

9       Middle Eastern Affairs. Atlantic will not recite each and every fact within

10       that Congressional Report. But in particular, Atlantic noted that Hamas

11       was identified in that Report as a religious and political organization and

12       the Report's statement that, since June 2007, Hamas has had control over

13       the Gaza Strip and that Hamas has a "military wing." Atlantic also

14       considered the timeline included in this Report, which sets forth a long

15       history of the key dates in Hamas's history and its many conflicts with

16       Israel, several of which are referred to as wars.

17     b.  The statement by Israeli President Benjamin Netanyahu, as reported in the

18       news, that Israel would use "full force" against militants in Gaza.

19     c.  The statement by Israeli President Benjamin Netanyahu, as reported in the

20       news, that "Hamas chose to continue fighting and will pay the price for

21       that decision … When there is no cease-fire, our answer is fire."

22     d.  A report by the Washington Post stating that: Israel had struck at least 25

23       targets inside Gaza, including the home of a senior Hamas leader

24       Mahmoud Al Zahar; Hamas militants had fired at least 13 rockets into

25       southern Israel; Israel's "Iron Dome," an air-defense system that exists to

26       deflect weapons fired from Palestine, was deflecting fire from Gaza; Israel

27       had announced plans for a ground attack on Gaza; Israel dropped leaflets

28       into Gaza warning the population to evacuate; Israel had invaded Gaza

ANDERSON, McPHARLIN & CONNERS LLP
LAWYERS
707 WILSHIRE BOULEVARD, SUITE 4000
LOS ANGELES, CALIFORNIA 90017-3623

14

1793

with tanks and gunboats.

e. Several sources, in particular, Black's Law Dictionary, The Dictionary of International and Comparative Law, and the Handbook of Humanitarian Law in Armed Conflicts, define "war" as including any hostile conflict by means of armed forces between nations, states, or rulers, or even between two "parties." Atlantic quoted these definitions on page 6 of its July 28, 2014 denial letter to Andrea Garber.

f.  Hamas was the governing authority over the Gaza Strip in July 2014 and had a military wing known as the Qassam Brigades, as well as a police force, a security force, and intelligence personnel.

g. In several news articles published in July 2014 by MSNBC and in television reports that appeared on the news channel MSNBC (which is an affiliate of NBC Universal), the Israeli-Palestinian "conflict" in 2014 was referred to as a "war."

h. Reported events and details of actions that occurred during June and July 2014, as reported in various news sources, including but not limited to CBS news videos and MSNBC videos, articles, and features, including direct clashes of armed forces from opposing sides of the war, gunfights, firing of long-range rockets, rocket attacks into Tel Aviv, Jerusalem, and/or Southern Israel, planning for a ground incursion, a ground campaign, war planes, gunboats, mutual exchange of air strikes, rejection of a proposed cease fire, and injuries and deaths in Israel, Palestine, Gaza City, and/or the Gaza Strip, and comments from Israel regarding its intentions.

i. Hamas militants stated on al-Aqsa TV that Hamas was firing rockets in response to "Israeli aggression against Palestinians in the West Bank, Jerusalem and Gaza." According to news reports, the statement was issued in the name of the Qassam Brigades and laid out four conditions for a

ANDERSON, MCPHARLIN & CONNERS LLP
LAWYERS
707 WILSHIRE BOULEVARD, SUITE 4000
LOS ANGELES, CALIFORNIA 90017-3623

15

ANDERSON, McPHARLIN & CONNERS LLP
*LAWYERS*
707 WILSHIRE BOULEVARD, SUITE 4000
LOS ANGELES, CALIFORNIA 90017-3623

1   ceasefire: ending all action in Jerusalem and the West Bank, ending the

2   fire on and siege of Gaza, releasing all the prisoners who were re-arrested

3   in the Israeli operation launched on June 12, 2014, after the disappearance

4   of three Israeli settlers and the ceasing of "meddling" in the Palestinian

5   Unity government.

6   j.   Moussa Abu Marzouk, a top Hamas official, stated, as reported in a news

7   article:  "There should be a new equation so that we will not have a war

8   on Gaza every two years."

9   k.   The word "militants" is used to describe Hamas forces in various news

10   articles (identified in response to Interrogatory No. 4 below) and the

11   Congressional Reports identified in subparts (a) and (b) of this response to

12   Interrogatory No. 3.

13   l.   Hamas spokesman Sami Abu Zuhri stated, as reported in a news article:

14   "There will be no truce without an end to the war that the Occupation

15   (Israel) began, a lifting of the blockade and a halt to all violations and

16   killings in Gaza and the West Bank."

17   Atlantic also reviewed the following documents in investigating the *DIG* CLAIM:

18   a.   E-mail sent by Stephen Smith, head of NBC security for Europe, dated

19   July 10, 2014, regarding NBCU Security's decision to move the filming of

20   *Dig* out of Israel.

21   b.   A news article published by the Washington Post, dated July 10, 2014, by

22   Griff Witte and William Booth, entitled "As cease-fire with Hamas fails to

23   take shape, Netanyahu says, 'Our answer is fire.'" This article is available

24   at:   https://www.washingtonpost.com/world/israel-accepts-truce-plan-

25   hamas-balks/2014/07/15/04373008-0bf5-11e4-8c9a-

26   923ecc0c7d23_story.html?utm_term=.e99302eb1314.

27   c.   A news article published by MSNBC dated July 18, 2014, by Benjamin

28   Landy and Maria Lokke, entitled "Scenes of war and heartbreak as Israeli

16

1  ground forces invade Gaza." This article is available at:
2  http://www.msnbc.com/msnbc/scenes-war-and-heartbreak-israel-hamas-
3  conflict-intensifies.

4  d. A news article published by MSNBC dated July 18, 2014, by David
5  Taintor, entitled "Obama points to rebels in downed Malaysian jet." This
6  article is available at: http://www.msnbc.com/msnbc/obama-american-
7  dead-malaysia-airlines-crash.

8  e. A news article published by MSNBC dated July 16, 2014, by Donna
9  Stefano, entitled "In Israel and Palestine, children imagine a world
10  without war." This article is available at:
11  http://www.msnbc.com/msnbc/israel-and-palestine-children-imagine-
12  world-without-war.

13  f. A news article published by the Times of Israel by Adiv Sterman, dated
14  July 16, 2014, entitled "Ground incursion in Gaza said 'very likely.'" This
15  article is available at: http://www.timesofisrael.com/idf-ground-incursion-
16  in-gaza-very-likely/.

17  g. A collection of "LiveBlogs" published by the Times of Israel on July 7,
18  2014, by Itamar Sharon, Marissa Newman, and Ilan Ben Zion, entitled
19  "Israel launches 'Protective Edge' counteroffensive on Gaza, Jewish
20  suspects reenact teen's murder." This collection is available at:
21  http://www.timesofisrael.com/as-israel-grapples-with-homegrown-killers-
22  violence-continues/#!.

23  h. A news article published by Middle East Eye dated July 8, 2014, entitled
24  "Hamas claims responsibility for rockets fired at Jerusalem, Tel Aviv and
25  Haifa." This article is available at:
26  http://www.middleeasteye.net/news/israels-army-prepared-ground-
27  assault-gaza-official-275282816.

28  i. A news article published by the Global News, dated July 9, 2014, entitled

ANDERSON, MCPHARLIN & CONNERS LLP
LAWYERS
707 WILSHIRE BOULEVARD, SUITE 4000
LOS ANGELES, CALIFORNIA 90017-3623

ATLANTIC SPECIALTY INSURANCE COMPANY'S THIRD AMENDED RESPONSES
TO PLAINTIFFS' FIRST SET OF INTERROGATORIES

1
2
3

"UPDATE: Israel hits key Hamas targets in Gaza offensive." This article is available at: http://globalnews.ca/news/1438089/israel-strikes-hamas-targets-in-gaza-to-stop-rocket-fire/.

4
5
6
7

j.  A news article published by the Global News, dated July 15, 2014, entitled "Israel: Hamas to pay price for its 'no' to truce." This article is available at:  http://globalnews.ca/news/1451058/israel-hamas-to-pay-price-for-its-no-to-truce/.

8
9
10

k.  The news article entitled "LIVE UPDATES: Operation Protective Edge, Day 7," published by Haaretz on July 15, 2014. The article is available at: http://www.haaretz.com/israel-news/1.604898#!.

11
12
13

l.  The December 2, 2010 Congressional Research Service Report entitled "Hamas: Background and Issues for Congress," and authored by Jim Zanotti.

14

m.  Black's Law Dictionary, as discussed above.

15
16

n.  The Dictionary of International and Comparative Law, as discussed above.

17
18

o.  The Handbook of Humanitarian Law in Armed Conflicts, as discussed above.

19
20

p.  The travel warning issued by the United States on February 3, 2014, regarding travel to Israel.

21
22
23

q.  The United Kingdom's website regarding travel to Israel, available at: https://www.gov.uk/foreign-travel-advice/israel, as it existed on July 15, 2014.

24
25
26

r.  Primary sources discussing Hamas, as listed in "Hamas," appearing in Wikipedia (http://en.wikipedia.org/wiki/Hamas), as it existed on July 16, 2014.

27
28

s.  Articles and sources located through internet research, the titles or names of which were not specifically recorded in written form.

ANDERSON, MCPHARLIN & CONNERS LLP
LAWYERS
707 WILSHIRE BOULEVARD, SUITE 4000
LOS ANGELES, CALIFORNIA 90017-3623

18

t.  The news clips (videos) available at the following websites:

    i.  http://www.msnbc.com/the-last-word/watch/mh17-mystery-and-war-in-gaza-308247107963;

    ii.  http://www.msnbc.com/melissa-harris-perry/watch/what-it-means-to-live-in-a-war-zone-309370947801;

    iii.  http://www.msnbc.com/all-in-with-chris-hayes/watch/day-breaks-in-gaza-following-invasion-307348035939;

    iv.  http://www.msnbc.com/all-in-with-chris-hayes/watch/ground-war-in-gaza-307290179722;

    v.  www.cbsnews.com/videos/new-clashes-between-israel-palestinians-is-ground-war-next/.

Atlantic also considered all of the information and updates provided by representatives of NBC Universal, including Stephen Smith, Andrea Garber, and Susan Weiss regarding the status of the filming in Israel and the conditions noted by security personnel and/or representatives for the Plaintiffs, as well as the events occurring in Israel.

Atlantic reserves the right to supplement this Response, as discovery is ongoing, and as individual witnesses who are deposed in this case may provide additional information not yet known to Atlantic.

**INTERROGATORY NO. 6:**

State all facts which support ATLANTIC'S position that Exclusion 1 of the General Conditions section of the POLICY, which excludes coverage for loss caused directly or indirectly by "war, including undeclared or civil war" applies to the *DIG CLAIM*.

**RESPONSE TO INTERROGATORY NO. 6:** Atlantic contends that the exclusion quoted above in Interrogatory No. 6 applies based on the facts recited in response to interrogatories Nos. 3-5 and the facts contained in the documents cited therein, and

ANDERSON, McPHARLIN & CONNERS LLP
LAWYERS
707 WILSHIRE BOULEVARD, SUITE 4000
LOS ANGELES, CALIFORNIA 90017-3623

19

incorporates those responses herein by reference. Atlantic further states that it contends that the exclusion quoted above in Interrogatory No. 6 applies based on the following facts and the information contained in and statements made in the following documents:

a. The facts set forth in the December 2, 2010 Congressional Research Service Report entitled "Hamas: Background and Issues for Congress," which was authored by Jim Zanotti, who is identified as an Analyst in Middle Eastern Affairs. Atlantic will not recite each and every fact within that Congressional Report. But in particular, Atlantic noted that Hamas was identified in that Report as a religious and political organization and the Report's statement that, since June 2007, Hamas has had control over the Gaza Strip and that Hamas has a "military wing." Atlantic also considered the timeline included in this Report, which sets forth a long history of the key dates in Hamas's history and its many conflicts with Israel, several of which are referred to as wars.

b. The facts set forth in the January 31, 2014 Congressional Research Service Report entitled "The Palestinians: Background and U.S. Relations," which was authored by Jim Zanotti, who is identified as an Analyst in Middle Eastern Affairs. Atlantic will not recite each and every fact within that Congressional Report. But in particular, Atlantic considered the following facts: the report seemed to distinguish between "armed conflicts" and "terrorism"; 130 of the 193 U.N. member states have formally recognized the state of Palestine; on November 29, 2012, the U.N. General Assembly adopted Resolution 67/19 by a vote of 138 to 9 (with 41 abstentions), which recognized Palestine as a "non-member state," (whereas it was previously an "entity"); in the fall of 2011, the Palestinians obtained membership in the U.N. Educational, Scientific and Cultural Organization (UNESCO); the claim by the Palestinians that Israel

ANDERSON, MCPHARLIN & CONNERS LLP
LAWYERS
707 WILSHIRE BOULEVARD, SUITE 4000
LOS ANGELES, CALIFORNIA 90017-3623

is directing even more force and violence against them than Palestine is directing at Israel; Hamas has entered into a position of responsibility and political power since 2007; that the Palestinian Authority, which rules the Gaza Strip and parts of the West Bank, is, though not a state, organized like one—complete with democratic mechanisms, security forces, and executive, legislative, and judicial organs of governance; the Palestinian Authority's legislative branch is the Palestinian Legislative Council (PLC); Hamas won the January 2006 PLC elections; ultimately, Hamas forcibly took control over Gaza in June 2007.

c. The statement by Israeli President Benjamin Netanyahu, as reported in the news, that Israel would use "full force" against militants in Gaza.

d. The statement by Israeli President Benjamin Netanyahu, as reported in the news, that "Hamas chose to continue fighting and will pay the price for that decision … When there is no cease-fire, our answer is fire."

e. A report by the Washington Post stating that: Israel had struck at least 25 targets inside Gaza, including the home of a senior Hamas leader Mahmoud Al Zahar; Hamas militants had fired at least 13 rockets into southern Israel; Israel's "Iron Dome," an air-defense system that exists to deflect weapons fired from Palestine, was deflecting fire from Gaza; Israel had announced plans for a ground attack on Gaza; Israel dropped leaflets into Gaza warning the population to evacuate; Israel had invaded Gaza with tanks and gunboats.

f. Several sources, in particular, Black's Law Dictionary, The Dictionary of International and Comparative Law, and the Handbook of Humanitarian Law in Armed Conflicts, define "war" as including any hostile conflict by means of armed forces between nations, states, or rulers, or even between two "parties." Atlantic quoted these definitions on page 6 of its July 28, 2014 denial letter to Andrea Garber.

ANDERSON, MCPHARLIN & CONNERS LLP
LAWYERS
707 WILSHIRE BOULEVARD, SUITE 4000
LOS ANGELES, CALIFORNIA 90017-3623

21
ATLANTIC SPECIALTY INSURANCE COMPANY'S THIRD AMENDED RESPONSES
TO PLAINTIFFS' FIRST SET OF INTERROGATORIES

1800

ANDERSON, MCPHARLIN & CONNERS LLP
LAWYERS
707 WILSHIRE BOULEVARD, SUITE 4000
LOS ANGELES, CALIFORNIA 90017-3623

g.   Hamas was the governing authority over the Gaza Strip in July 2014 and had a military wing known as the Qassam Brigades, as well as a police force, a security force, and intelligence personnel.

h. In several news articles published in July 2014 by MSNBC and in television reports that appeared on the news channel MSNBC (which is an affiliate of NBC Universal), the Israeli-Palestinian "conflict" in 2014 was referred to as a "war."

i. Reported events and details of actions that occurred during June and July 2014, as reported in various news sources, including but not limited to CBS news videos and MSNBC videos, articles, and features, including direct clashes of armed forces from opposing sides of the war, gunfights, firing of long-range rockets, rocket attacks into Tel Aviv, Jerusalem, and/or Southern Israel, planning for a ground incursion, a ground campaign, war planes, gunboats, mutual exchange of air strikes, rejection of a proposed cease fire, and injuries and deaths in Israel, Palestine, Gaza City, and/or the Gaza Strip, and comments from Israel regarding its intentions.

j. Hamas militants stated on al-Aqsa TV that Hamas was firing rockets in response to "Israeli aggression against Palestinians in the West Bank, Jerusalem and Gaza." According to news reports, the statement was issued in the name of the Qassam Brigades and laid out four conditions for a ceasefire: ending all action in Jerusalem and the West Bank, ending the fire on and siege of Gaza, releasing all the prisoners who were re-arrested in the Israeli operation launched on June 12, 2014, after the disappearance of three Israeli settlers and the ceasing of "meddling" in the Palestinian Unity government.

k. Moussa Abu Marzouk, a top Hamas official, stated, as reported in a news article:  "There should be a new equation so that we will not have a war

22

on Gaza every two years."

l.  The word "militants" is used to describe Hamas forces in various news articles (identified in response to Interrogatory No. 4 below) and the Congressional Reports identified in subparts (a) and (b) of this response to Interrogatory No. 3.

m.  Hamas spokesman Sami Abu Zuhri stated, as reported in a news article: "There will be no truce without an end to the war that the Occupation (Israel) began, a lifting of the blockade and a halt to all violations and killings in Gaza and the West Bank."

n.  E-mail sent by Stephen Smith, head of NBC security for Europe, dated July 10, 2014, regarding NBCU Security's decision to move the filming of *Dig* out of Israel.

o.  A news article published by the Washington Post, dated July 10, 2014, by Griff Witte and William Booth, entitled "As cease-fire with Hamas fails to take shape, Netanyahu says, 'Our answer is fire.'" This article is available at: https://www.washingtonpost.com/world/israel-accepts-truce-plan-hamas-balks/2014/07/15/04373008-0bf5-11e4-8c9a-923ecc0c7d23_story.html?utm_term=.e99302eb1314.

p.  A news article published by MSNBC dated July 18, 2014, by Benjamin Landy and Maria Lokke, entitled "Scenes of war and heartbreak as Israeli ground forces invade Gaza." This article is available at: http://www.msnbc.com/msnbc/scenes-war-and-heartbreak-israel-hamas-conflict-intensifies.

q.  A news article published by MSNBC dated July 18, 2014, by David Taintor, entitled "Obama points to rebels in downed Malaysian jet." This article is available at: http://www.msnbc.com/msnbc/obama-american-dead-malaysia-airlines-crash.

r.  A news article published by MSNBC dated July 16, 2014, by Donna

23

ANDERSON, MCPHARLIN & CONNERS LLP
LAWYERS
707 WILSHIRE BOULEVARD, SUITE 4000
LOS ANGELES, CALIFORNIA 90017-3623

Stefano, entitled "In Israel and Palestine, children imagine a world without war." This article is available at: http://www.msnbc.com/msnbc/israel-and-palestine-children-imagine-world-without-war.

s. A news article published by the Times of Israel by Adiv Sterman, dated July 16, 2014, entitled "Ground incursion in Gaza said 'very likely.'" This article is available at: http://www.timesofisrael.com/idf-ground-incursion-in-gaza-very-likely/.

t. A collection of "LiveBlogs" published by the Times of Israel on July 7, 2014, by Itamar Sharon, Marissa Newman, and Ilan Ben Zion, entitled "Israel launches 'Protective Edge' counteroffensive on Gaza, Jewish suspects reenact teen's murder." This collection is available at: http://www.timesofisrael.com/as-israel-grapples-with-homegrown-killers-violence-continues/#!.

u. A news article published by Middle East Eye dated July 8, 2014, entitled "Hamas claims responsibility for rockets fired at Jerusalem, Tel Aviv and Haifa." This article is available at: http://www.middleeasteye.net/news/israels-army-prepared-ground-assault-gaza-official-275282816.

v. A news article published by the Global News, dated July 9, 2014, entitled "UPDATE: Israel hits key Hamas targets in Gaza offensive." This article is available at: http://globalnews.ca/news/1438089/israel-strikes-hamas-targets-in-gaza-to-stop-rocket-fire/.

w. A news article published by the Global News, dated July 15, 2014, entitled "Israel: Hamas to pay price for its 'no' to truce." This article is available at: http://globalnews.ca/news/1451058/israel-hamas-to-pay-price-for-its-no-to-truce/.

x. The news article entitled "LIVE UPDATES: Operation Protective Edge,

ANDERSON, McPHARLIN & CONNERS LLP
LAWYERS
707 WILSHIRE BOULEVARD, SUITE 4000
LOS ANGELES, CALIFORNIA 90017-3623

Day 7," published by Haaretz on July 15, 2014. The article is available at: http://www.haaretz.com/israel-news/1.604898#!.

y. The December 2, 2010 Congressional Research Service Report entitled "Hamas: Background and Issues for Congress," and authored by Jim Zanotti.

z. The January 31, 2014 Congressional Research Service Report entitled "The Palestinians: Background and U.S. Relations," and authored by Jim Zanotti.

aa. Black's Law Dictionary, as discussed above.

bb. The Dictionary of International and Comparative Law, as discussed above.

cc. The Handbook of Humanitarian Law in Armed Conflicts, as discussed above.

dd. The travel warning issued by the United States on February 3, 2014, regarding travel to Israel.

ee. The United Kingdom's website regarding travel to Israel, available at: https://www.gov.uk/foreign-travel-advice/israel, as it existed on July 15, 2014.

ff. The news clips (videos) available at the following websites:

   i. http://www.msnbc.com/the-last-word/watch/mh17-mystery-and-war-in-gaza-308247107963;

   ii. http://www.msnbc.com/melissa-harris-perry/watch/what-it-means-to-live-in-a-war-zone-309370947801;

   iii. http://www.msnbc.com/all-in-with-chris-hayes/watch/day-breaks-in-gaza-following-invasion-307348035939;

   iv. http://www.msnbc.com/all-in-with-chris-hayes/watch/ground-war-in-gaza-307290179722;

   v. www.cbsnews.com/videos/new-clashes-between-israel-

ANDERSON, MCPHARLIN & CONNERS LLP
LAWYERS
707 WILSHIRE BOULEVARD, SUITE 4000
LOS ANGELES, CALIFORNIA 90017-3623

ANDERSON, MCPHARLIN & CONNERS LLP

LAWYERS

707 WILSHIRE BOULEVARD, SUITE 4000

LOS ANGELES, CALIFORNIA 90017-3623

palestinians-is-ground-war-next/.

gg. The facts set forth in the February 10, 2015 Congressional Research Service Report entitled "The Palestinians: Background and U.S. Relations," which was authored by Jim Zanotti, who is identified as an Analyst in Middle Eastern Affairs. Atlantic will not recite each and every fact within that Congressional Report. But in particular, Atlantic relies on the following facts: the report referred to the "summer 2014 conflict" between Israel and Hamas (along with other Palestinian militants based in Gaza) as a "major conflict" and noted that it lasted approximately 50 days; 2,100 Palestinians were killed, and 71 Israelis (including five civilians) were killed in the 50-day conflict; Hamas depleted 80% of its rocket and mortar arsenal during the summer 2014 Israel-Gaza conflict; an Israeli official was quoted as stating that Israel's military efforts during the summer 2014 conflict "will give us quiet for a long time." (page 25 of the Report).

hh. Reports that: as many as 485,000 Palestinians had been displaced and were staying in emergency shelters or with host families, more than 130 schools and 24 health facilities were damaged in the Gaza Strip as a result of attacks by Israeli forces; Israeli forces also completely destroyed 73 mosques in Gaza and damaged another 203.

ii. Reports that: rocket attacks from Gaza caused damage to Israeli civilian infrastructure, resulting in 3,000 claims of damage being submitted to Israel's Tax Authority; the estimated economic cost to Israel was $2.5 billion.

jj. Reports that the Palestinian casualties totaled 2,220, 1,492 of whom were civilians (551 children and 299 women), 605 militants, and 123 of unknown status. Approximately 11,000 Palestinians were wounded.

kk. Reports that 66 Israeli Defense Force soldiers were killed, as were 5

26

ANDERSON, MCPHARLIN & CONNERS LLP
LAWYERS
707 WILSHIRE BOULEVARD, SUITE 4000
LOS ANGELES, CALIFORNIA 90017-3623

1  Israeli civilians.

2  ll. To the extent not already mentioned above, facts learned through research

3  of Hamas and Palestine, and Hamas's ongoing conflicts and prior wars

4  with Israel, including operations, official positions held, and capabilities,

5  which research included review of primary sources discussing Hamas and

6  Palestine, as listed in "Hamas," appearing in Wikipedia

7  (http://en.wikipedia.org/wiki/Hamas) as it existed on July 16, 2014.

8  With regard to facts supporting its position, Atlantic refers to and incorporates specific

9  claim-related documents produced in this case, which reflect facts considered, which

10  are bates numbered ATL001458 – ATL001463 (reference to foreign travel advice);

11  ATL001199 – ATL001204 (reference to U.S. travel warning); ATL001529 (reference

12  to foreign travel advice and Hamas article); ATL001562 – ATL001563 (reference to

13  news stories specified in links stated); ATL000502 (reference to news article);

14  ATL000294 (reference to reporting on events and specific links to news stories);

15  ATL001828 (reference to reporting on facts and developments and mentions of *DIG*);

16  ATL00385 - ATL00392 (references to facts); ATL001877 (references to articles);

17  ATL002171 – ATL002175 and ATL002172 – ATL002175 (references to facts).

18  Atlantic reserves the right to supplement this Response, as discovery is ongoing, and as

19  individual witnesses who are deposed in this case may provide additional information

20  not yet known to Atlantic.

21

22  **INTERROGATORY NO. 7:**

23  State all facts which support ATLANTIC'S position that Exclusion 2 of the

24  General Conditions section of the POLICY, which excludes coverage for loss caused

25  directly or indirectly by "warlike action by a military force, including action in

26  hindering or defending against an actual or expected attack, by any government,

27  sovereign or other authority using military personnel or other agents," applies to the

28  *DIG* CLAIM.

ANDERSON, McPHARLIN & CONNERS LLP

LAWYERS

707 WILSHIRE BOULEVARD, SUITE 4000

LOS ANGELES, CALIFORNIA 90017-3623

**RESPONSE TO INTERROGATORY NO. 7:** Atlantic contends that the exclusion quoted above in Interrogatory No. 7 applies based on based on the facts recited in response to interrogatories Nos. 3-5 and the facts contained in the documents cited therein, and incorporates those responses herein by reference. Atlantic further responds that it contends that the exclusion quoted above in Interrogatory No. 7 applies based on the following facts and the information contained in and statements made in the following documents:

    a. The facts set forth in the December 2, 2010 Congressional Research Service Report entitled "Hamas: Background and Issues for Congress," which was authored by Jim Zanotti, who is identified as an Analyst in Middle Eastern Affairs. Atlantic will not recite each and every fact within that Congressional Report. But in particular, Atlantic noted that Hamas was identified in that Report as a religious and political organization and the Report's statement that, since June 2007, Hamas has had control over the Gaza Strip and that Hamas has a "military wing." Atlantic also considered the timeline included in this Report, which sets forth a long history of the key dates in Hamas's history and its many conflicts with Israel, several of which are referred to as wars.

    b. The facts set forth in the January 31, 2014 Congressional Research Service Report entitled "The Palestinians: Background and U.S. Relations," which was authored by Jim Zanotti, who is identified as an Analyst in Middle Eastern Affairs. Atlantic will not recite each and every fact within that Congressional Report. But in particular, Atlantic considered the following facts: the report seemed to distinguish between "armed conflicts" and "terrorism"; 130 of the 193 U.N. member states have formally recognized the state of Palestine; on November 29, 2012, the U.N. General Assembly adopted Resolution 67/19 by a vote of 138 to 9 (with 41 abstentions), which recognized Palestine as a "non-member

28

state," (whereas it was previously an "entity"); in the fall of 2011, the Palestinians obtained membership in the U.N. Educational, Scientific and Cultural Organization (UNESCO); the claim by the Palestinians that Israel is directing even more force and violence against them than Palestine is directing at Israel; Hamas has entered into a position of responsibility and political power since 2007; that the Palestinian Authority, which rules the Gaza Strip and parts of the West Bank, is, though not a state, organized like one—complete with democratic mechanisms, security forces, and executive, legislative, and judicial organs of governance; the Palestinian Authority's legislative branch is the Palestinian Legislative Council (PLC); Hamas won the January 2006 PLC elections; ultimately, Hamas forcibly took control over Gaza in June 2007.

c. The statement by Israeli President Benjamin Netanyahu, as reported in the news, that Israel would use "full force" against militants in Gaza.

d. The statement by Israeli President Benjamin Netanyahu, as reported in the news, that "Hamas chose to continue fighting and will pay the price for that decision … When there is no cease-fire, our answer is fire."

e. A report by the Washington Post stating that: Israel had struck at least 25 targets inside Gaza, including the home of a senior Hamas leader Mahmoud Al Zahar; Hamas militants had fired at least 13 rockets into southern Israel; Israel's "Iron Dome," an air-defense system that exists to deflect weapons fired from Palestine, was deflecting fire from Gaza; Israel had announced plans for a ground attack on Gaza; Israel dropped leaflets into Gaza warning the population to evacuate; Israel had invaded Gaza with tanks and gunboats.

f. Several sources, in particular, Black's Law Dictionary, The Dictionary of International and Comparative Law, and the Handbook of Humanitarian Law in Armed Conflicts, define "war" as including any hostile conflict by

ANDERSON, MCPHARLIN & CONNERS LLP
LAWYERS
707 WILSHIRE BOULEVARD, SUITE 4000
LOS ANGELES, CALIFORNIA 90017-3623

ANDERSON, MCPHARLIN & CONNERS LLP
LAWYERS
707 WILSHIRE BOULEVARD, SUITE 4000
LOS ANGELES, CALIFORNIA 90017-3623

means of armed forces between nations, states, or rulers, or even between two "parties." Atlantic quoted these definitions on page 6 of its July 28, 2014 denial letter to Andrea Garber.

g.   Hamas was the governing authority over the Gaza Strip in July 2014 and had a military wing known as the Qassam Brigades, as well as a police force, a security force, and intelligence personnel.

h. In several news articles published in July 2014 by MSNBC and in television reports that appeared on the news channel MSNBC (which is an affiliate of NBC Universal), the Israeli-Palestinian "conflict" in 2014 was referred to as a "war."

i. Reported events and details of actions that occurred during June and July 2014, as reported in various news sources, including but not limited to CBS news videos and MSNBC videos, articles, and features, including direct clashes of armed forces from opposing sides of the war, gunfights, firing of long-range rockets, rocket attacks into Tel Aviv, Jerusalem, and/or Southern Israel, planning for a ground incursion, a ground campaign, war planes, gunboats, mutual exchange of air strikes, rejection of a proposed cease fire, and injuries and deaths in Israel, Palestine, Gaza City, and/or the Gaza Strip, and comments from Israel regarding its intentions.

j. Hamas militants stated on al-Aqsa TV that Hamas was firing rockets in response to "Israeli aggression against Palestinians in the West Bank, Jerusalem and Gaza." According to news reports, the statement was issued in the name of the Qassam Brigades and laid out four conditions for a ceasefire: ending all action in Jerusalem and the West Bank, ending the fire on and siege of Gaza, releasing all the prisoners who were re-arrested in the Israeli operation launched on June 12, 2014, after the disappearance of three Israeli settlers and the ceasing of "meddling" in the Palestinian

ANDERSON, MCPHARLIN & CONNERS LLP
LAWYERS
707 WILSHIRE BOULEVARD, SUITE 4000
LOS ANGELES, CALIFORNIA 90017-3623

Unity government.

k. Moussa Abu Marzouk, a top Hamas official, stated, as reported in a news article: "There should be a new equation so that we will not have a war on Gaza every two years."

l. The word "militants" is used to describe Hamas forces in various news articles (identified in response to Interrogatory No. 4 below) and the Congressional Reports identified in subparts (a) and (b) of this response to Interrogatory No. 3.

m. Hamas spokesman Sami Abu Zuhri stated, as reported in a news article: "There will be no truce without an end to the war that the Occupation (Israel) began, a lifting of the blockade and a halt to all violations and killings in Gaza and the West Bank."

n. E-mail sent by Stephen Smith, head of NBC security for Europe, dated July 10, 2014, regarding NBCU Security's decision to move the filming of *Dig* out of Israel.

o. A news article published by the Washington Post, dated July 10, 2014, by Griff Witte and William Booth, entitled "As cease-fire with Hamas fails to take shape, Netanyahu says, 'Our answer is fire.'" This article is available at: https://www.washingtonpost.com/world/israel-accepts-truce-plan-hamas-balks/2014/07/15/04373008-0bf5-11e4-8c9a-923ecc0c7d23_story.html?utm_term=.e99302eb1314.

p. A news article published by MSNBC dated July 18, 2014, by Benjamin Landy and Maria Lokke, entitled "Scenes of war and heartbreak as Israeli ground forces invade Gaza." This article is available at: http://www.msnbc.com/msnbc/scenes-war-and-heartbreak-israel-hamas-conflict-intensifies.

q. A news article published by MSNBC dated July 18, 2014, by David Taintor, entitled "Obama points to rebels in downed Malaysian jet." This

article is available at: http://www.msnbc.com/msnbc/obama-american-dead-malaysia-airlines-crash.

r. A news article published by MSNBC dated July 16, 2014, by Donna Stefano, entitled "In Israel and Palestine, children imagine a world without war." This article is available at: http://www.msnbc.com/msnbc/israel-and-palestine-children-imagine-world-without-war.

s. A news article published by the Times of Israel by Adiv Sterman, dated July 16, 2014, entitled "Ground incursion in Gaza said 'very likely.'" This article is available at: http://www.timesofisrael.com/idf-ground-incursion-in-gaza-very-likely/.

t. A collection of "LiveBlogs" published by the Times of Israel on July 7, 2014, by Itamar Sharon, Marissa Newman, and Ilan Ben Zion, entitled "Israel launches 'Protective Edge' counteroffensive on Gaza, Jewish suspects reenact teen's murder." This collection is available at: http://www.timesofisrael.com/as-israel-grapples-with-homegrown-killers-violence-continues/#!.

u. A news article published by Middle East Eye dated July 8, 2014, entitled "Hamas claims responsibility for rockets fired at Jerusalem, Tel Aviv and Haifa." This article is available at: http://www.middleeasteye.net/news/israels-army-prepared-ground-assault-gaza-official-275282816.

v. A news article published by the Global News, dated July 9, 2014, entitled "UPDATE: Israel hits key Hamas targets in Gaza offensive." This article is available at: http://globalnews.ca/news/1438089/israel-strikes-hamas-targets-in-gaza-to-stop-rocket-fire/.

w. A news article published by the Global News, dated July 15, 2014, entitled "Israel: Hamas to pay price for its 'no' to truce." This article is

ANDERSON, MCPHARLIN & CONNERS LLP
LAWYERS
707 WILSHIRE BOULEVARD, SUITE 4000
LOS ANGELES, CALIFORNIA 90017-3623

32

available at: http://globalnews.ca/news/1451058/israel-hamas-to-pay-price-for-its-no-to-truce/.

x.  The news article entitled "LIVE UPDATES: Operation Protective Edge, Day 7," published by Haaretz on July 15, 2014. The article is available at: http://www.haaretz.com/israel-news/1.604898#!.

y.  The December 2, 2010 Congressional Research Service Report entitled "Hamas: Background and Issues for Congress," and authored by Jim Zanotti.

z.  The January 31, 2014 Congressional Research Service Report entitled "The Palestinians: Background and U.S. Relations," and authored by Jim Zanotti.

aa. Black's Law Dictionary, as discussed above.

bb. The Dictionary of International and Comparative Law, as discussed above.

cc. The Handbook of Humanitarian Law in Armed Conflicts, as discussed above.

dd. The travel warning issued by the United States on February 3, 2014, regarding travel to Israel.

ee. The United Kingdom's website regarding travel to Israel, available at: https://www.gov.uk/foreign-travel-advice/israel, as it existed on July 15, 2014.

ff. The news clips (videos) available at the following websites:

    i.   http://www.msnbc.com/the-last-word/watch/mh17-mystery-and-war-in-gaza-308247107963;

    ii.  http://www.msnbc.com/melissa-harris-perry/watch/what-it-means-to-live-in-a-war-zone-309370947801;

    iii. http://www.msnbc.com/all-in-with-chris-hayes/watch/day-breaks-in-gaza-following-invasion-307348035939;

ANDERSON, McPHARLIN & CONNERS LLP
LAWYERS
707 WILSHIRE BOULEVARD, SUITE 4000
LOS ANGELES, CALIFORNIA 90017-3623

33

ANDERSON, MCPHARLIN & CONNERS LLP
LAWYERS
707 WILSHIRE BOULEVARD, SUITE 4000
LOS ANGELES, CALIFORNIA 90017-3623

iv. http://www.msnbc.com/all-in-with-chris-hayes/watch/ground-war-in-gaza-307290179722;

v. www.cbsnews.com/videos/new-clashes-between-israel-palestinians-is-ground-war-next/.

gg. The facts set forth in the February 10, 2015 Congressional Research Service Report entitled "The Palestinians: Background and U.S. Relations," which was authored by Jim Zanotti, who is identified as an Analyst in Middle Eastern Affairs. Atlantic will not recite each and every fact within that Congressional Report. But in particular, Atlantic relies on the following facts: the report referred to the "summer 2014 conflict" between Israel and Hamas (along with other Palestinian militants based in Gaza) as a "major conflict" and noted that it lasted approximately 50 days; 2,100 Palestinians were killed, and 71 Israelis (including five civilians) were killed in the 50-day conflict; Hamas depleted 80% of its rocket and mortar arsenal during the summer 2014 Israel-Gaza conflict; an Israeli official was quoted as stating that Israel's military efforts during the summer 2014 conflict "will give us quiet for a long time." (page 25 of the Report).

hh. Reports that: as many as 485,000 Palestinians had been displaced and were staying in emergency shelters or with host families, more than 130 schools and 24 health facilities were damaged in the Gaza Strip as a result of attacks by Israeli forces; Israeli forces also completely destroyed 73 mosques in Gaza and damaged another 203.

ii. Reports that: rocket attacks from Gaza caused damage to Israeli civilian infrastructure, resulting in 3,000 claims of damage being submitted to Israel's Tax Authority; the estimated economic cost to Israel was $2.5 billion.

jj. Reports that the Palestinian casualties totaled 2,220, 1,492 of whom were

34

ANDERSON, MCPHARLIN & CONNERS LLP
LAWYERS
707 WILSHIRE BOULEVARD, SUITE 4000
LOS ANGELES, CALIFORNIA 90017-3623

civilians (551 children and 299 women), 605 militants, and 123 of unknown status. Approximately 11,000 Palestinians were wounded.

kk. Reports that 66 Israeli Defense Force soldiers were killed, as were 5 Israeli civilians.

ll. To the extent not already mentioned above, facts learned through research of Hamas and Palestine, and Hamas's ongoing conflicts and prior wars with Israel, including operations, official positions held, and capabilities, which research included review of primary sources discussing Hamas and Palestine, as listed in "Hamas," appearing in Wikipedia (http://en.wikipedia.org/wiki/Hamas) as it existed on July 16, 2014.

With regard to facts supporting its position, Atlantic refers to and incorporates specific claim-related documents produced in this case, which reflect facts considered, which are bates numbered ATL001458 – ATL001463 (reference to foreign travel advice); ATL001199 – ATL001204 (reference to U.S. travel warning); ATL001529 (reference to foreign travel advice and Hamas article); ATL001562 – ATL001563 (reference to news stories specified in links stated); ATL000502 (reference to news article); ATL000294 (reference to reporting on events and specific links to news stories); ATL001828 (reference to reporting on facts and developments and mentions of *DIG*); ATL00385 - ATL00392 (references to facts); ATL001877 (references to articles); ATL002171 – ATL002175 and ATL002172 – ATL002175 (references to facts). Atlantic reserves the right to supplement this Response, as discovery is ongoing, and as individual witnesses who are deposed in this case may provide additional information not yet known to Atlantic.

**INTERROGATORY NO. 8:**

State all facts which support ATLANTIC'S position that Exclusion 3 of the General Conditions section of the POLICY, which excludes coverage for loss caused directly or indirectly by "insurrection, rebellion, revolution, usurped power, or action

35

1   taken by governmental authority in hindering or defending against any of these,"

2   applies to the *DIG* CLAIM.

3   **RESPONSE TO INTERROGATORY NO. 8:** Atlantic contends that the exclusion

4   quoted above in Interrogatory No. 8 applies based on based on the facts recited in

5   response to interrogatories Nos. 3-5 and the facts contained in the documents cited

6   therein, and incorporates those responses herein by reference. Atlantic further responds

7   that it contends that the exclusion quoted above in Interrogatory No. 8 applies based on

8   the following facts and the information contained in and statements made in the

9   following documents:

10        a.   The facts set forth in the December 2, 2010 Congressional Research

11             Service Report entitled "Hamas: Background and Issues for Congress,"

12             which was authored by Jim Zanotti, who is identified as an Analyst in

13             Middle Eastern Affairs. Atlantic will not recite each and every fact within

14             that Congressional Report. But in particular, Atlantic noted that Hamas

15             was identified in that Report as a religious and political organization and

16             the Report's statement that, since June 2007, Hamas has had control over

17             the Gaza Strip and that Hamas has a "military wing." Atlantic also

18             considered the timeline included in this Report, which sets forth a long

19             history of the key dates in Hamas's history and its many conflicts with

20             Israel, several of which are referred to as wars.

21        b.   The facts set forth in the January 31, 2014 Congressional Research

22             Service Report entitled "The Palestinians: Background and U.S.

23             Relations," which was authored by Jim Zanotti, who is identified as an

24             Analyst in Middle Eastern Affairs. Atlantic will not recite each and every

25             fact within that Congressional Report. But in particular, Atlantic

26             considered the following facts: the report seemed to distinguish between

27             "armed conflicts" and "terrorism"; 130 of the 193 U.N. member states

28             have formally recognized the state of Palestine; on November 29, 2012,

ANDERSON, MCPHARLIN & CONNERS LLP
*LAWYERS*
707 WILSHIRE BOULEVARD, SUITE 4000
LOS ANGELES, CALIFORNIA 90017-3623

36

ANDERSON, MCPHARLIN & CONNERS LLP
LAWYERS
707 WILSHIRE BOULEVARD, SUITE 4000
LOS ANGELES, CALIFORNIA 90017-3623

the U.N. General Assembly adopted Resolution 67/19 by a vote of 138 to 9 (with 41 abstentions), which recognized Palestine as a "non-member state," (whereas it was previously an "entity"); in the fall of 2011, the Palestinians obtained membership in the U.N. Educational, Scientific and Cultural Organization (UNESCO); the claim by the Palestinians that Israel is directing even more force and violence against them than Palestine is directing at Israel; Hamas has entered into a position of responsibility and political power since 2007; that the Palestinian Authority, which rules the Gaza Strip and parts of the West Bank, is, though not a state, organized like one—complete with democratic mechanisms, security forces, and executive, legislative, and judicial organs of governance; the Palestinian Authority's legislative branch is the Palestinian Legislative Council (PLC); Hamas won the January 2006 PLC elections; ultimately, Hamas forcibly took control over Gaza in June 2007.

c. The statement by Israeli President Benjamin Netanyahu, as reported in the news, that Israel would use "full force" against militants in Gaza.

d. The statement by Israeli President Benjamin Netanyahu, as reported in the news, that "Hamas chose to continue fighting and will pay the price for that decision … When there is no cease-fire, our answer is fire."

e. A report by the Washington Post stating that: Israel had struck at least 25 targets inside Gaza, including the home of a senior Hamas leader Mahmoud Al Zahar; Hamas militants had fired at least 13 rockets into southern Israel; Israel's "Iron Dome," an air-defense system that exists to deflect weapons fired from Palestine, was deflecting fire from Gaza; Israel had announced plans for a ground attack on Gaza; Israel dropped leaflets into Gaza warning the population to evacuate; Israel had invaded Gaza with tanks and gunboats.

f. Several sources, in particular, Black's Law Dictionary, The Dictionary of

37

ANDERSON, MCPHARLIN & CONNERS LLP
LAWYERS
707 WILSHIRE BOULEVARD, SUITE 4000
LOS ANGELES, CALIFORNIA 90017-3623

International and Comparative Law, and the Handbook of Humanitarian Law in Armed Conflicts, define "war" as including any hostile conflict by means of armed forces between nations, states, or rulers, or even between two "parties." Atlantic quoted these definitions on page 6 of its July 28, 2014 denial letter to Andrea Garber.

g.   Hamas was the governing authority over the Gaza Strip in July 2014 and had a military wing known as the Qassam Brigades, as well as a police force, a security force, and intelligence personnel.

h.   In several news articles published in July 2014 by MSNBC and in television reports that appeared on the news channel MSNBC (which is an affiliate of NBC Universal), the Israeli-Palestinian "conflict" in 2014 was referred to as a "war."

i.   Reported events and details of actions that occurred during June and July 2014, as reported in various news sources, including but not limited to CBS news videos and MSNBC videos, articles, and features, including direct clashes of armed forces from opposing sides of the war, gunfights, firing of long-range rockets, rocket attacks into Tel Aviv, Jerusalem, and/or Southern Israel, planning for a ground incursion, a ground campaign, war planes, gunboats, mutual exchange of air strikes, rejection of a proposed cease fire, and injuries and deaths in Israel, Palestine, Gaza City, and/or the Gaza Strip, and comments from Israel regarding its intentions.

j.   Hamas militants stated on al-Aqsa TV that Hamas was firing rockets in response to "Israeli aggression against Palestinians in the West Bank, Jerusalem and Gaza." According to news reports, the statement was issued in the name of the Qassam Brigades and laid out four conditions for a ceasefire: ending all action in Jerusalem and the West Bank, ending the fire on and siege of Gaza, releasing all the prisoners who were re-arrested

38

in the Israeli operation launched on June 12, 2014, after the disappearance of three Israeli settlers and the ceasing of "meddling" in the Palestinian Unity government.

k.  Moussa Abu Marzouk, a top Hamas official, stated, as reported in a news article:  "There should be a new equation so that we will not have a war on Gaza every two years."

l.  The word "militants" is used to describe Hamas forces in various news articles (identified in response to Interrogatory No. 4 below) and the Congressional Reports identified in subparts (a) and (b) of this response to Interrogatory No. 3.

m.  Hamas spokesman Sami Abu Zuhri stated, as reported in a news article: "There will be no truce without an end to the war that the Occupation (Israel) began, a lifting of the blockade and a halt to all violations and killings in Gaza and the West Bank."

n.  E-mail sent by Stephen Smith, head of NBC security for Europe, dated July 10, 2014, regarding NBCU Security's decision to move the filming of *Dig* out of Israel.

o.  A news article published by the Washington Post, dated July 10, 2014, by Griff Witte and William Booth, entitled "As cease-fire with Hamas fails to take shape, Netanyahu says, 'Our answer is fire.'" This article is available at:   https://www.washingtonpost.com/world/israel-accepts-truce-plan-hamas-balks/2014/07/15/04373008-0bf5-11e4-8c9a-923ecc0c7d23_story.html?utm_term=.e99302eb1314.

p.  A news article published by MSNBC dated July 18, 2014, by Benjamin Landy and Maria Lokke, entitled "Scenes of war and heartbreak as Israeli ground forces invade Gaza." This article is available at: http://www.msnbc.com/msnbc/scenes-war-and-heartbreak-israel-hamas-conflict-intensifies.

39

ANDERSON, McPHARLIN & CONNERS LLP
LAWYERS
707 WILSHIRE BOULEVARD, SUITE 4000
LOS ANGELES, CALIFORNIA 90017-3623

q. A news article published by MSNBC dated July 18, 2014, by David Taintor, entitled "Obama points to rebels in downed Malaysian jet." This article is available at: http://www.msnbc.com/msnbc/obama-american-dead-malaysia-airlines-crash.

r. A news article published by MSNBC dated July 16, 2014, by Donna Stefano, entitled "In Israel and Palestine, children imagine a world without war." This article is available at: http://www.msnbc.com/msnbc/israel-and-palestine-children-imagine-world-without-war.

s. A news article published by the Times of Israel by Adiv Sterman, dated July 16, 2014, entitled "Ground incursion in Gaza said 'very likely.'" This article is available at: http://www.timesofisrael.com/idf-ground-incursion-in-gaza-very-likely/.

t. A collection of "LiveBlogs" published by the Times of Israel on July 7, 2014, by Itamar Sharon, Marissa Newman, and Ilan Ben Zion, entitled "Israel launches 'Protective Edge' counteroffensive on Gaza, Jewish suspects reenact teen's murder." This collection is available at: http://www.timesofisrael.com/as-israel-grapples-with-homegrown-killers-violence-continues/#!.

u. A news article published by Middle East Eye dated July 8, 2014, entitled "Hamas claims responsibility for rockets fired at Jerusalem, Tel Aviv and Haifa." This article is available at: http://www.middleeasteye.net/news/israels-army-prepared-ground-assault-gaza-official-275282816.

v. A news article published by the Global News, dated July 9, 2014, entitled "UPDATE: Israel hits key Hamas targets in Gaza offensive." This article is available at: http://globalnews.ca/news/1438089/israel-strikes-hamas-targets-in-gaza-to-stop-rocket-fire/.

ANDERSON, MCPHARLIN & CONNERS LLP
LAWYERS
707 WILSHIRE BOULEVARD, SUITE 4000
LOS ANGELES, CALIFORNIA 90017-3623

40

ANDERSON, McPHARLIN & CONNERS LLP
LAWYERS
707 WILSHIRE BOULEVARD, SUITE 4000
LOS ANGELES, CALIFORNIA 90017-3623

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

w. A news article published by the Global News, dated July 15, 2014, entitled "Israel: Hamas to pay price for its 'no' to truce." This article is available at: http://globalnews.ca/news/1451058/israel-hamas-to-pay-price-for-its-no-to-truce/.

x. The news article entitled "LIVE UPDATES: Operation Protective Edge, Day 7," published by Haaretz on July 15, 2014. The article is available at: http://www.haaretz.com/israel-news/1.604898#!.

y. The December 2, 2010 Congressional Research Service Report entitled "Hamas: Background and Issues for Congress," and authored by Jim Zanotti.

z. The January 31, 2014 Congressional Research Service Report entitled "The Palestinians: Background and U.S. Relations," and authored by Jim Zanotti.

aa. Black's Law Dictionary, as discussed above.

bb. The Dictionary of International and Comparative Law, as discussed above.

cc. The Handbook of Humanitarian Law in Armed Conflicts, as discussed above.

dd. The travel warning issued by the United States on February 3, 2014, regarding travel to Israel.

ee. The United Kingdom's website regarding travel to Israel, available at: https://www.gov.uk/foreign-travel-advice/israel, as it existed on July 15, 2014.

ff. The news clips (videos) available at the following websites:

    a. http://www.msnbc.com/the-last-word/watch/mh17-mystery-and-war-in-gaza-308247107963;

    b. http://www.msnbc.com/melissa-harris-perry/watch/what-it-means-to-live-in-a-war-zone-309370947801;

41

c. http://www.msnbc.com/all-in-with-chris-hayes/watch/day-breaks-in-gaza-following-invasion-307348035939;

d. http://www.msnbc.com/all-in-with-chris-hayes/watch/ground-war-in-gaza-307290179722;

e. www.cbsnews.com/videos/new-clashes-between-israel-palestinians-is-ground-war-next/.

gg. The facts set forth in the February 10, 2015 Congressional Research Service Report entitled "The Palestinians: Background and U.S. Relations," which was authored by Jim Zanotti, who is identified as an Analyst in Middle Eastern Affairs. Atlantic will not recite each and every fact within that Congressional Report. But in particular, Atlantic relies on the following facts: the report referred to the "summer 2014 conflict" between Israel and Hamas (along with other Palestinian militants based in Gaza) as a "major conflict" and noted that it lasted approximately 50 days; 2,100 Palestinians were killed, and 71 Israelis (including five civilians) were killed in the 50-day conflict; Hamas depleted 80% of its rocket and mortar arsenal during the summer 2014 Israel-Gaza conflict; an Israeli official was quoted as stating that Israel's military efforts during the summer 2014 conflict "will give us quiet for a long time." (page 25 of the Report).

hh. Reports that: as many as 485,000 Palestinians had been displaced and were staying in emergency shelters or with host families, more than 130 schools and 24 health facilities were damaged in the Gaza Strip as a result of attacks by Israeli forces; Israeli forces also completely destroyed 73 mosques in Gaza and damaged another 203.

ii. Reports that: rocket attacks from Gaza caused damage to Israeli civilian infrastructure, resulting in 3,000 claims of damage being submitted to Israel's Tax Authority; the estimated economic cost to Israel was $2.5

ATLANTIC SPECIALTY INSURANCE COMPANY'S THIRD AMENDED RESPONSES
TO PLAINTIFFS' FIRST SET OF INTERROGATORIES

ANDERSON, MCPHARLIN & CONNERS LLP
LAWYERS
707 WILSHIRE BOULEVARD, SUITE 4000
LOS ANGELES, CALIFORNIA 90017-3623

billion.

jj.  Reports that the Palestinian casualties totaled 2,220, 1,492 of whom were civilians (551 children and 299 women), 605 militants, and 123 of unknown status. Approximately 11,000 Palestinians were wounded.

kk. Reports that 66 Israeli Defense Force soldiers were killed, as were 5 Israeli civilians.

ll.  To the extent not already mentioned above, facts learned through research of Hamas and Palestine, and Hamas's ongoing conflicts and prior wars with Israel, including operations, official positions held, and capabilities, which research included review of primary sources discussing Hamas and Palestine, as listed in "Hamas," appearing in Wikipedia (http://en.wikipedia.org/wiki/Hamas) as it existed on July 16, 2014.

With regard to facts supporting its position, Atlantic refers to and incorporates specific claim-related documents produced in this case, which reflect facts considered, which are bates numbered ATL001458 – ATL001463 (reference to foreign travel advice); ATL001199 – ATL001204 (reference to U.S. travel warning); ATL001529 (reference to foreign travel advice and Hamas article); ATL001562 – ATL001563 (reference to news stories specified in links stated); ATL000502 (reference to news article); ATL000294 (reference to reporting on events and specific links to news stories); ATL001828 (reference to reporting on facts and developments and mentions of *DIG*); ATL00385 - ATL00392 (references to facts); ATL001877 (references to articles); ATL002171 – ATL002175 and ATL002172 – ATL002175 (references to facts). Atlantic reserves the right to supplement this Response, as discovery is ongoing, and as individual witnesses who are deposed in this case may provide additional information not yet known to Atlantic.

**INTERROGATORY NO. 9:**

State all facts which support ATLANTIC'S position that Exclusion 4 of the

43

ANDERSON, McPHARLIN & CONNERS LLP
LAWYERS
707 WILSHIRE BOULEVARD, SUITE 4000
LOS ANGELES, CALIFORNIA 90017-3623

1  General Conditions section of the POLICY, which excludes coverage for loss caused

2  directly or indirectly by "any weapon of war including atomic fission or radioactive

3  force, whether in time of peace or war," applies to the *DIG* CLAIM.

4  **RESPONSE TO INTERROGATORY NO. 9:** Atlantic contends that the exclusion

5  quoted above in Interrogatory No. 9 applies based on based on the facts recited in

6  response to interrogatories Nos. 3-5 and the facts contained in the documents cited

7  therein, and incorporates those responses herein by reference. Atlantic further responds

8  that it contends that the exclusion quoted above in Interrogatory No. 9 applies based on

9  the following facts and the information contained in and statements made in the

10  following documents:

11    a. The facts set forth in the December 2, 2010 Congressional Research

12       Service Report entitled "Hamas: Background and Issues for Congress,"

13       which was authored by Jim Zanotti, who is identified as an Analyst in

14       Middle Eastern Affairs. Atlantic will not recite each and every fact within

15       that Congressional Report. But in particular, Atlantic noted that Hamas

16       was identified in that Report as a religious and political organization and

17       the Report's statement that, since June 2007, Hamas has had control over

18       the Gaza Strip and that Hamas has a "military wing." Atlantic also

19       considered the timeline included in this Report, which sets forth a long

20       history of the key dates in Hamas's history and its many conflicts with

21       Israel, several of which are referred to as wars.

22    b. The facts set forth in the January 31, 2014 Congressional Research

23       Service Report entitled "The Palestinians: Background and U.S.

24       Relations," which was authored by Jim Zanotti, who is identified as an

25       Analyst in Middle Eastern Affairs. Atlantic will not recite each and every

26       fact within that Congressional Report. But in particular, Atlantic

27       considered the following facts: the report seemed to distinguish between

28       "armed conflicts" and "terrorism"; 130 of the 193 U.N. member states

ANDERSON, MCPHARLIN & CONNERS LLP
LAWYERS
707 WILSHIRE BOULEVARD, SUITE 4000
LOS ANGELES, CALIFORNIA 90017-3623

44

have formally recognized the state of Palestine; on November 29, 2012, the U.N. General Assembly adopted Resolution 67/19 by a vote of 138 to 9 (with 41 abstentions), which recognized Palestine as a "non-member state," (whereas it was previously an "entity"); in the fall of 2011, the Palestinians obtained membership in the U.N. Educational, Scientific and Cultural Organization (UNESCO); the claim by the Palestinians that Israel is directing even more force and violence against them than Palestine is directing at Israel; Hamas has entered into a position of responsibility and political power since 2007; that the Palestinian Authority, which rules the Gaza Strip and parts of the West Bank, is, though not a state, organized like one—complete with democratic mechanisms, security forces, and executive, legislative, and judicial organs of governance; the Palestinian Authority's legislative branch is the Palestinian Legislative Council (PLC); Hamas won the January 2006 PLC elections; ultimately, Hamas forcibly took control over Gaza in June 2007.

c.  The statement by Israeli President Benjamin Netanyahu, as reported in the news, that Israel would use "full force" against militants in Gaza.

d.  The statement by Israeli President Benjamin Netanyahu, as reported in the news, that "Hamas chose to continue fighting and will pay the price for that decision … When there is no cease-fire, our answer is fire."

e.  A report by the Washington Post stating that: Israel had struck at least 25 targets inside Gaza, including the home of a senior Hamas leader Mahmoud Al Zahar; Hamas militants had fired at least 13 rockets into southern Israel; Israel's "Iron Dome," an air-defense system that exists to deflect weapons fired from Palestine, was deflecting fire from Gaza; Israel had announced plans for a ground attack on Gaza; Israel dropped leaflets into Gaza warning the population to evacuate; Israel had invaded Gaza with tanks and gunboats.

ANDERSON, MCPHARLIN & CONNERS LLP
LAWYERS
707 WILSHIRE BOULEVARD, SUITE 4000
LOS ANGELES, CALIFORNIA 90017-3623

45

ANDERSON, MCPHARLIN & CONNERS LLP

LAWYERS

707 WILSHIRE BOULEVARD, SUITE 4000

LOS ANGELES, CALIFORNIA 90017-3623

f.   Several sources, in particular, Black's Law Dictionary, The Dictionary of International and Comparative Law, and the Handbook of Humanitarian Law in Armed Conflicts, define "war" as including any hostile conflict by means of armed forces between nations, states, or rulers, or even between two "parties." Atlantic quoted these definitions on page 6 of its July 28, 2014 denial letter to Andrea Garber.

g.   Hamas was the governing authority over the Gaza Strip in July 2014 and had a military wing known as the Qassam Brigades, as well as a police force, a security force, and intelligence personnel.

h.   In several news articles published in July 2014 by MSNBC and in television reports that appeared on the news channel MSNBC (which is an affiliate of NBC Universal), the Israeli-Palestinian "conflict" in 2014 was referred to as a "war."

i.   Reported events and details of actions that occurred during June and July 2014, as reported in various news sources, including but not limited to CBS news videos and MSNBC videos, articles, and features, including direct clashes of armed forces from opposing sides of the war, gunfights, firing of long-range rockets, rocket attacks into Tel Aviv, Jerusalem, and/or Southern Israel, planning for a ground incursion, a ground campaign, war planes, gunboats, mutual exchange of air strikes, rejection of a proposed cease fire, and injuries and deaths in Israel, Palestine, Gaza City, and/or the Gaza Strip, and comments from Israel regarding its intentions.

j.   Hamas militants stated on al-Aqsa TV that Hamas was firing rockets in response to "Israeli aggression against Palestinians in the West Bank, Jerusalem and Gaza." According to news reports, the statement was issued in the name of the Qassam Brigades and laid out four conditions for a ceasefire: ending all action in Jerusalem and the West Bank, ending the

46

fire on and siege of Gaza, releasing all the prisoners who were re-arrested in the Israeli operation launched on June 12, 2014, after the disappearance of three Israeli settlers and the ceasing of "meddling" in the Palestinian Unity government.

k. Moussa Abu Marzouk, a top Hamas official, stated, as reported in a news article:  "There should be a new equation so that we will not have a war on Gaza every two years."

l. The word "militants" is used to describe Hamas forces in various news articles (identified in response to Interrogatory No. 4 below) and the Congressional Reports identified in subparts (a) and (b) of this response to Interrogatory No. 3.

m. Hamas spokesman Sami Abu Zuhri stated, as reported in a news article: "There will be no truce without an end to the war that the Occupation (Israel) began, a lifting of the blockade and a halt to all violations and killings in Gaza and the West Bank."

n. E-mail sent by Stephen Smith, head of NBC security for Europe, dated July 10, 2014, regarding NBCU Security's decision to move the filming of *Dig* out of Israel.

o. A news article published by the Washington Post, dated July 10, 2014, by Griff Witte and William Booth, entitled "As cease-fire with Hamas fails to take shape, Netanyahu says, 'Our answer is fire.'" This article is available at:   https://www.washingtonpost.com/world/israel-accepts-truce-plan-hamas-balks/2014/07/15/04373008-0bf5-11e4-8c9a-923ecc0c7d23_story.html?utm_term=.e99302eb1314.

p. A news article published by MSNBC dated July 18, 2014, by Benjamin Landy and Maria Lokke, entitled "Scenes of war and heartbreak as Israeli ground forces invade Gaza." This article is available at: http://www.msnbc.com/msnbc/scenes-war-and-heartbreak-israel-hamas-

ANDERSON, MCPHARLIN & CONNERS LLP
*LAWYERS*
707 WILSHIRE BOULEVARD, SUITE 4000
LOS ANGELES, CALIFORNIA 90017-3623

47

conflict-intensifies.

q.  A news article published by MSNBC dated July 18, 2014, by David Taintor, entitled "Obama points to rebels in downed Malaysian jet." This article is available at: http://www.msnbc.com/msnbc/obama-american-dead-malaysia-airlines-crash.

r.  A news article published by MSNBC dated July 16, 2014, by Donna Stefano, entitled "In Israel and Palestine, children imagine a world without war." This article is available at: http://www.msnbc.com/msnbc/israel-and-palestine-children-imagine-world-without-war.

s.  A news article published by the Times of Israel by Adiv Sterman, dated July 16, 2014, entitled "Ground incursion in Gaza said 'very likely.'" This article is available at: http://www.timesofisrael.com/idf-ground-incursion-in-gaza-very-likely/.

t.  A collection of "LiveBlogs" published by the Times of Israel on July 7, 2014, by Itamar Sharon, Marissa Newman, and Ilan Ben Zion, entitled "Israel launches 'Protective Edge' counteroffensive on Gaza, Jewish suspects reenact teen's murder." This collection is available at: http://www.timesofisrael.com/as-israel-grapples-with-homegrown-killers-violence-continues/#!.

u.  A news article published by Middle East Eye dated July 8, 2014, entitled "Hamas claims responsibility for rockets fired at Jerusalem, Tel Aviv and Haifa." This article is available at: http://www.middleeasteye.net/news/israels-army-prepared-ground-assault-gaza-official-275282816.

v.  A news article published by the Global News, dated July 9, 2014, entitled "UPDATE: Israel hits key Hamas targets in Gaza offensive." This article is available at: http://globalnews.ca/news/1438089/israel-strikes-hamas-

ANDERSON, MCPHARLIN & CONNERS LLP
LAWYERS
707 WILSHIRE BOULEVARD, SUITE 4000
LOS ANGELES, CALIFORNIA 90017-3623

ANDERSON, McPHARLIN & CONNERS LLP

*LAWYERS*

707 WILSHIRE BOULEVARD, SUITE 4000

LOS ANGELES, CALIFORNIA 90017-3623

targets-in-gaza-to-stop-rocket-fire/.

w. A news article published by the Global News, dated July 15, 2014, entitled "Israel: Hamas to pay price for its 'no' to truce." This article is available at:  http://globalnews.ca/news/1451058/israel-hamas-to-pay-price-for-its-no-to-truce/.

x. The news article entitled "LIVE UPDATES: Operation Protective Edge, Day 7," published by Haaretz on July 15, 2014. The article is available at: http://www.haaretz.com/israel-news/1.604898#!.

y. The December 2, 2010 Congressional Research Service Report entitled "Hamas: Background and Issues for Congress," and authored by Jim Zanotti.

z. The January 31, 2014 Congressional Research Service Report entitled "The Palestinians: Background and U.S. Relations," and authored by Jim Zanotti.

aa. Black's Law Dictionary, as discussed above.

bb. The Dictionary of International and Comparative Law, as discussed above.

cc. The Handbook of Humanitarian Law in Armed Conflicts, as discussed above.

dd. The travel warning issued by the United States on February 3, 2014, regarding travel to Israel.

ee. The United Kingdom's website regarding travel to Israel, available at: https://www.gov.uk/foreign-travel-advice/israel, as it existed on July 15, 2014.

ff. The news clips (videos) available at the following websites:

    a. http://www.msnbc.com/the-last-word/watch/mh17-mystery-and-war-in-gaza-308247107963;

    b. http://www.msnbc.com/melissa-harris-perry/watch/what-it-means-

49

to-live-in-a-war-zone-309370947801;

   c.  http://www.msnbc.com/all-in-with-chris-hayes/watch/day-breaks-in-gaza-following-invasion-307348035939;

   d.  http://www.msnbc.com/all-in-with-chris-hayes/watch/ground-war-in-gaza-307290179722;

   e.  www.cbsnews.com/videos/new-clashes-between-israel-palestinians-is-ground-war-next/.

gg. The facts set forth in the February 10, 2015 Congressional Research Service Report entitled "The Palestinians: Background and U.S. Relations," which was authored by Jim Zanotti, who is identified as an Analyst in Middle Eastern Affairs. Atlantic will not recite each and every fact within that Congressional Report. But in particular, Atlantic relies on the following facts: the report referred to the "summer 2014 conflict" between Israel and Hamas (along with other Palestinian militants based in Gaza) as a "major conflict" and noted that it lasted approximately 50 days; 2,100 Palestinians were killed, and 71 Israelis (including five civilians) were killed in the 50-day conflict; Hamas depleted 80% of its rocket and mortar arsenal during the summer 2014 Israel-Gaza conflict; an Israeli official was quoted as stating that Israel's military efforts during the summer 2014 conflict "will give us quiet for a long time." (page 25 of the Report).

hh. Reports that: as many as 485,000 Palestinians had been displaced and were staying in emergency shelters or with host families, more than 130 schools and 24 health facilities were damaged in the Gaza Strip as a result of attacks by Israeli forces; Israeli forces also completely destroyed 73 mosques in Gaza and damaged another 203.

ii.  Reports that: rocket attacks from Gaza caused damage to Israeli civilian infrastructure, resulting in 3,000 claims of damage being submitted to

ANDERSON, MCPHARLIN & CONNERS LLP
LAWYERS
707 WILSHRE BOULEVARD, SUITE 4000
LOS ANGELES, CALIFORNIA 90017-3623

ANDERSON, MCPHARLIN & CONNERS LLP

LAWYERS

707 WILSHIRE BOULEVARD, SUITE 4000

LOS ANGELES, CALIFORNIA 90017-3623

1  Israel's Tax Authority; the estimated economic cost to Israel was $2.5

2  billion.

3  jj.  Reports that the Palestinian casualties totaled 2,220, 1,492 of whom were

4  civilians (551 children and 299 women), 605 militants, and 123 of

5  unknown status. Approximately 11,000 Palestinians were wounded.

6  kk. Reports that 66 Israeli Defense Force soldiers were killed, as were 5

7  Israeli civilians.

8  ll.  To the extent not already mentioned above, facts learned through research

9  of Hamas and Palestine, and Hamas's ongoing conflicts and prior wars

10  with Israel, including operations, official positions held, and capabilities,

11  which research included review of primary sources discussing Hamas and

12  Palestine, as listed in "Hamas," appearing in Wikipedia

13  (http://en.wikipedia.org/wiki/Hamas) as it existed on July 16, 2014.

14  With regard to facts supporting its position, Atlantic refers to and incorporates specific

15  claim-related documents produced in this case, which reflect facts considered, which

16  are bates numbered ATL001458 – ATL001463 (reference to foreign travel advice);

17  ATL001199 – ATL001204 (reference to U.S. travel warning); ATL001529 (reference

18  to foreign travel advice and Hamas article); ATL001562 – ATL001563 (reference to

19  news stories specified in links stated); ATL000502 (reference to news article);

20  ATL000294 (reference to reporting on events and specific links to news stories);

21  ATL001828 (reference to reporting on facts and developments and mentions of *DIG*);

22  ATL00385 - ATL00392 (references to facts); ATL001877 (references to articles);

23  ATL002171 – ATL002175 and ATL002172 – ATL002175 (references to facts).

24  Atlantic reserves the right to supplement this Response, as discovery is ongoing, and as

25  individual witnesses who are deposed in this case may provide additional information

26  not yet known to Atlantic.

27

28  **INTERROGATORY NO. 10:**

51

State all facts which support ATLANTIC'S position that Exclusion 8 of Section III — Extra Expense of the POLICY, which excludes coverage for loss caused by, resulting from, or arising out of "any concern or fear of an occurrence which may affect the commencement of [sic] the continuation of the Insured Production, except the action of a civil authority that prevents access to, exit from (ingress or egress) or closes down the location and or facilities due to condition that threaten the safety of case, crew or property," applies to the *DIG* CLAIM.

**RESPONSE TO INTERROGATORY NO. 10:** Atlantic contends that the exclusion quoted above in Interrogatory No. 10 applies based on based on the facts recited in response to interrogatories Nos. 3-5 and the facts contained in the documents cited therein, and incorporates those responses herein by reference. Atlantic further responds that it contends that the exclusion quoted above in Interrogatory No. 10 applies based on the following facts and the information contained in and statements made in the following documents:

> a. The facts set forth in the December 2, 2010 Congressional Research Service Report entitled "Hamas: Background and Issues for Congress," which was authored by Jim Zanotti, who is identified as an Analyst in Middle Eastern Affairs. Atlantic will not recite each and every fact within that Congressional Report. But in particular, Atlantic noted that Hamas was identified in that Report as a religious and political organization and the Report's statement that, since June 2007, Hamas has had control over the Gaza Strip and that Hamas has a "military wing." Atlantic also considered the timeline included in this Report, which sets forth a long history of the key dates in Hamas's history and its many conflicts with Israel, several of which are referred to as wars.

> b. The facts set forth in the January 31, 2014 Congressional Research Service Report entitled "The Palestinians: Background and U.S. Relations," which was authored by Jim Zanotti, who is identified as an

ANDERSON, MCPHARLIN & CONNERS LLP
LAWYERS
707 WILSHIRE BOULEVARD, SUITE 4000
LOS ANGELES, CALIFORNIA 90017-3623

ANDERSON, MCPHARLIN & CONNERS LLP
LAWYERS
707 WILSHIRE BOULEVARD, SUITE 4000
LOS ANGELES, CALIFORNIA 90017-3623

Analyst in Middle Eastern Affairs. Atlantic will not recite each and every fact within that Congressional Report. But in particular, Atlantic considered the following facts: the report seemed to distinguish between "armed conflicts" and "terrorism"; 130 of the 193 U.N. member states have formally recognized the state of Palestine; on November 29, 2012, the U.N. General Assembly adopted Resolution 67/19 by a vote of 138 to 9 (with 41 abstentions), which recognized Palestine as a "non-member state," (whereas it was previously an "entity"); in the fall of 2011, the Palestinians obtained membership in the U.N. Educational, Scientific and Cultural Organization (UNESCO); the claim by the Palestinians that Israel is directing even more force and violence against them than Palestine is directing at Israel; Hamas has entered into a position of responsibility and political power since 2007; that the Palestinian Authority, which rules the Gaza Strip and parts of the West Bank, is, though not a state, organized like one—complete with democratic mechanisms, security forces, and executive, legislative, and judicial organs of governance; the Palestinian Authority's legislative branch is the Palestinian Legislative Council (PLC); Hamas won the January 2006 PLC elections; ultimately, Hamas forcibly took control over Gaza in June 2007.

c. The statement by Israeli President Benjamin Netanyahu, as reported in the news, that Israel would use "full force" against militants in Gaza.

d. The statement by Israeli President Benjamin Netanyahu, as reported in the news, that "Hamas chose to continue fighting and will pay the price for that decision … When there is no cease-fire, our answer is fire."

e. A report by the Washington Post stating that: Israel had struck at least 25 targets inside Gaza, including the home of a senior Hamas leader Mahmoud Al Zahar; Hamas militants had fired at least 13 rockets into southern Israel; Israel's "Iron Dome," an air-defense system that exists to

53

deflect weapons fired from Palestine, was deflecting fire from Gaza; Israel had announced plans for a ground attack on Gaza; Israel dropped leaflets into Gaza warning the population to evacuate; Israel had invaded Gaza with tanks and gunboats.

f.  Several sources, in particular, Black's Law Dictionary, The Dictionary of International and Comparative Law, and the Handbook of Humanitarian Law in Armed Conflicts, define "war" as including any hostile conflict by means of armed forces between nations, states, or rulers, or even between two "parties." Atlantic quoted these definitions on page 6 of its July 28, 2014 denial letter to Andrea Garber.

g.   Hamas was the governing authority over the Gaza Strip in July 2014 and had a military wing known as the Qassam Brigades, as well as a police force, a security force, and intelligence personnel.

h.  In several news articles published in July 2014 by MSNBC and in television reports that appeared on the news channel MSNBC (which is an affiliate of NBC Universal), the Israeli-Palestinian "conflict" in 2014 was referred to as a "war."

i.  Reported events and details of actions that occurred during June and July 2014, as reported in various news sources, including but not limited to CBS news videos and MSNBC videos, articles, and features, including direct clashes of armed forces from opposing sides of the war, gunfights, firing of long-range rockets, rocket attacks into Tel Aviv, Jerusalem, and/or Southern Israel, planning for a ground incursion, a ground campaign, war planes, gunboats, mutual exchange of air strikes, rejection of a proposed cease fire, and injuries and deaths in Israel, Palestine, Gaza City, and/or the Gaza Strip, and comments from Israel regarding its intentions.

j.  Hamas militants stated on al-Aqsa TV that Hamas was firing rockets in

ANDERSON, MCPHARLIN & CONNERS LLP
LAWYERS
707 WILSHIRE BOULEVARD, SUITE 4000
LOS ANGELES, CALIFORNIA 90017-3623

54

ANDERSON, MCPHARLIN & CONNERS LLP
LAWYERS
707 WILSHIRE BOULEVARD, SUITE 4000
LOS ANGELES, CALIFORNIA 90017-3623

response to "Israeli aggression against Palestinians in the West Bank, Jerusalem and Gaza." According to news reports, the statement was issued in the name of the Qassam Brigades and laid out four conditions for a ceasefire: ending all action in Jerusalem and the West Bank, ending the fire on and siege of Gaza, releasing all the prisoners who were re-arrested in the Israeli operation launched on June 12, 2014, after the disappearance of three Israeli settlers and the ceasing of "meddling" in the Palestinian Unity government.

k.  Moussa Abu Marzouk, a top Hamas official, stated, as reported in a news article:  "There should be a new equation so that we will not have a war on Gaza every two years."

l.  The word "militants" is used to describe Hamas forces in various news articles (identified in response to Interrogatory No. 4 below) and the Congressional Reports identified in subparts (a) and (b) of this response to Interrogatory No. 3.

m. Hamas spokesman Sami Abu Zuhri stated, as reported in a news article: "There will be no truce without an end to the war that the Occupation (Israel) began, a lifting of the blockade and a halt to all violations and killings in Gaza and the West Bank."

n.  E-mail sent by Stephen Smith, head of NBC security for Europe, dated July 10, 2014, regarding NBCU Security's decision to move the filming of *Dig* out of Israel.

o.  A news article published by the Washington Post, dated July 10, 2014, by Griff Witte and William Booth, entitled "As cease-fire with Hamas fails to take shape, Netanyahu says, 'Our answer is fire.'" This article is available at: https://www.washingtonpost.com/world/israel-accepts-truce-plan-hamas-balks/2014/07/15/04373008-0bf5-11e4-8c9a-923ecc0c7d23_story.html?utm_term=.e99302eb1314.

ANDERSON, MCPHARLIN & CONNERS LLP
*LAWYERS*
707 WILSHIRE BOULEVARD, SUITE 4000
LOS ANGELES, CALIFORNIA 90017-3623

p.  A news article published by MSNBC dated July 18, 2014, by Benjamin Landy and Maria Lokke, entitled "Scenes of war and heartbreak as Israeli ground forces invade Gaza." This article is available at: http://www.msnbc.com/msnbc/scenes-war-and-heartbreak-israel-hamas-conflict-intensifies.

q.  A news article published by MSNBC dated July 18, 2014, by David Taintor, entitled "Obama points to rebels in downed Malaysian jet." This article is available at: http://www.msnbc.com/msnbc/obama-american-dead-malaysia-airlines-crash.

r.  A news article published by MSNBC dated July 16, 2014, by Donna Stefano, entitled "In Israel and Palestine, children imagine a world without war." This article is available at: http://www.msnbc.com/msnbc/israel-and-palestine-children-imagine-world-without-war.

s.  A news article published by the Times of Israel by Adiv Sterman, dated July 16, 2014, entitled "Ground incursion in Gaza said 'very likely.'" This article is available at: http://www.timesofisrael.com/idf-ground-incursion-in-gaza-very-likely/.

t.  A collection of "LiveBlogs" published by the Times of Israel on July 7, 2014, by Itamar Sharon, Marissa Newman, and Ilan Ben Zion, entitled "Israel launches 'Protective Edge' counteroffensive on Gaza, Jewish suspects reenact teen's murder." This collection is available at: http://www.timesofisrael.com/as-israel-grapples-with-homegrown-killers-violence-continues/#!.

u.  A news article published by Middle East Eye dated July 8, 2014, entitled "Hamas claims responsibility for rockets fired at Jerusalem, Tel Aviv and Haifa." This article is available at: http://www.middleeasteye.net/news/israels-army-prepared-ground-

56

assault-gaza-official-275282816.

v. A news article published by the Global News, dated July 9, 2014, entitled "UPDATE: Israel hits key Hamas targets in Gaza offensive." This article is available at: http://globalnews.ca/news/1438089/israel-strikes-hamas-targets-in-gaza-to-stop-rocket-fire/.

w. A news article published by the Global News, dated July 15, 2014, entitled "Israel: Hamas to pay price for its 'no' to truce." This article is available at: http://globalnews.ca/news/1451058/israel-hamas-to-pay-price-for-its-no-to-truce/.

x. The news article entitled "LIVE UPDATES: Operation Protective Edge, Day 7," published by Haaretz on July 15, 2014. The article is available at: http://www.haaretz.com/israel-news/1.604898#!.

y. The December 2, 2010 Congressional Research Service Report entitled "Hamas: Background and Issues for Congress," and authored by Jim Zanotti.

z. The January 31, 2014 Congressional Research Service Report entitled "The Palestinians: Background and U.S. Relations," and authored by Jim Zanotti.

aa. Black's Law Dictionary, as discussed above.

bb. The Dictionary of International and Comparative Law, as discussed above.

cc. The Handbook of Humanitarian Law in Armed Conflicts, as discussed above.

dd. The travel warning issued by the United States on February 3, 2014, regarding travel to Israel.

ee. The United Kingdom's website regarding travel to Israel, available at: https://www.gov.uk/foreign-travel-advice/israel, as it existed on July 15, 2014.

ANDERSON, MCPHARLIN & CONNERS LLP
LAWYERS
707 WILSHIRE BOULEVARD, SUITE 4000
LOS ANGELES, CALIFORNIA 90017-3623

57

ANDERSON, MCPHARLIN & CONNERS LLP
LAWYERS
707 WILSHIRE BOULEVARD, SUITE 4000
LOS ANGELES, CALIFORNIA 90017-3623

ff. The news clips (videos) available at the following websites:

    a. http://www.msnbc.com/the-last-word/watch/mh17-mystery-and-war-in-gaza-308247107963;

    b. http://www.msnbc.com/melissa-harris-perry/watch/what-it-means-to-live-in-a-war-zone-309370947801;

    c. http://www.msnbc.com/all-in-with-chris-hayes/watch/day-breaks-in-gaza-following-invasion-307348035939;

    d. http://www.msnbc.com/all-in-with-chris-hayes/watch/ground-war-in-gaza-307290179722;

    e. www.cbsnews.com/videos/new-clashes-between-israel-palestinians-is-ground-war-next/.

gg. The facts set forth in the February 10, 2015 Congressional Research Service Report entitled "The Palestinians: Background and U.S. Relations," which was authored by Jim Zanotti, who is identified as an Analyst in Middle Eastern Affairs. Atlantic will not recite each and every fact within that Congressional Report. But in particular, Atlantic relies on the following facts: the report referred to the "summer 2014 conflict" between Israel and Hamas (along with other Palestinian militants based in Gaza) as a "major conflict" and noted that it lasted approximately 50 days; 2,100 Palestinians were killed, and 71 Israelis (including five civilians) were killed in the 50-day conflict; Hamas depleted 80% of its rocket and mortar arsenal during the summer 2014 Israel-Gaza conflict; an Israeli official was quoted as stating that Israel's military efforts during the summer 2014 conflict "will give us quiet for a long time." (page 25 of the Report).

hh. Reports that: as many as 485,000 Palestinians had been displaced and were staying in emergency shelters or with host families, more than 130 schools and 24 health facilities were damaged in the Gaza Strip as a result

ANDERSON, MCPHARLIN & CONNERS LLP
LAWYERS
707 WILSHIRE BOULEVARD, SUITE 4000
LOS ANGELES, CALIFORNIA 90017–3623

of attacks by Israeli forces; Israeli forces also completely destroyed 73 mosques in Gaza and damaged another 203.

ii.  Reports that: rocket attacks from Gaza caused damage to Israeli civilian infrastructure, resulting in 3,000 claims of damage being submitted to Israel's Tax Authority; the estimated economic cost to Israel was $2.5 billion.

jj.  Reports that the Palestinian casualties totaled 2,220, 1,492 of whom were civilians (551 children and 299 women), 605 militants, and 123 of unknown status. Approximately 11,000 Palestinians were wounded.

kk. Reports that 66 Israeli Defense Force soldiers were killed, as were 5 Israeli civilians.

ll.  To the extent not already mentioned above, facts learned through research of Hamas and Palestine, and Hamas's ongoing conflicts and prior wars with Israel, including operations, official positions held, and capabilities, which research included review of primary sources discussing Hamas and Palestine, as listed in "Hamas," appearing in Wikipedia (http://en.wikipedia.org/wiki/Hamas) as it existed on July 16, 2014.

With regard to facts supporting its position, Atlantic refers to and incorporates specific claim-related documents produced in this case, which reflect facts considered, which are bates numbered ATL001458 – ATL001463 (reference to foreign travel advice); ATL001199 – ATL001204 (reference to U.S. travel warning); ATL001529 (reference to foreign travel advice and Hamas article); ATL001562 – ATL001563 (reference to news stories specified in links stated); ATL000502 (reference to news article); ATL000294 (reference to reporting on events and specific links to news stories); ATL001828 (reference to reporting on facts and developments and mentions of *DIG*); ATL00385 - ATL00392 (references to facts); ATL001877 (references to articles); ATL002171 – ATL002175 and ATL002172 – ATL002175 (references to facts).

Atlantic reserves the right to supplement this Response, as discovery is ongoing, and as

1    individual witnesses who are deposed in this case may provide additional information

2    not yet known to Atlantic.

3

4    **INTERROGATORY NO. 11:**

5         State all facts which support ATLANTIC'S position that Exclusion 9 of Section

6    III — Extra Expense of the POLICY, which excludes coverage for loss caused by,

7    resulting from, or arising out of, "an imminent peril or physical damage to property,

8    facilities, or locations necessary to the insured production," applies to the *DIG* CLAIM.

9    **RESPONSE TO INTERROGATORY NO. 11:** Atlantic contends that the exclusion

10   quoted above in Interrogatory No. 11 applies based on based on the facts recited in

11   response to interrogatories Nos. 3-5 and the facts contained in the documents cited

12   therein, and incorporates those responses herein by reference. Atlantic further responds

13   that it contends that the exclusion quoted above in Interrogatory No. 11 applies based

14   on the following facts and the information contained in and statements made in the

15   following documents:

16        The facts set forth in the December 2, 2010 Congressional Research Service

17   Report entitled "Hamas: Background and Issues for Congress," which was authored by

18   Jim Zanotti, who is identified as an Analyst in Middle Eastern Affairs. Atlantic will not

19   recite each and every fact within that Congressional Report. But in particular, Atlantic

20   noted that Hamas was identified in that Report as a religious and political organization

21   and the Report's statement that, since June 2007, Hamas has had control over the Gaza

22   Strip and that Hamas has a "military wing." Atlantic also considered the timeline

23   included in this Report, which sets forth a long history of the key dates in Hamas's

24   history and its many conflicts with Israel, several of which are referred to as wars.

25        a.  The facts set forth in the January 31, 2014 Congressional Research

26            Service Report entitled "The Palestinians: Background and U.S.

27            Relations," which was authored by Jim Zanotti, who is identified as an

28            Analyst in Middle Eastern Affairs. Atlantic will not recite each and every

ANDERSON, McPHARLIN & CONNERS LLP
LAWYERS
707 WILSHIRE BOULEVARD, SUITE 4000
LOS ANGELES, CALIFORNIA 90017-3623

ANDERSON, MCPHARLIN & CONNERS LLP
LAWYERS
707 WILSHIRE BOULEVARD, SUITE 4000
LOS ANGELES, CALIFORNIA 90017-3623

fact within that Congressional Report. But in particular, Atlantic considered the following facts: the report seemed to distinguish between "armed conflicts" and "terrorism"; 130 of the 193 U.N. member states have formally recognized the state of Palestine; on November 29, 2012, the U.N. General Assembly adopted Resolution 67/19 by a vote of 138 to 9 (with 41 abstentions), which recognized Palestine as a "non-member state," (whereas it was previously an "entity"); in the fall of 2011, the Palestinians obtained membership in the U.N. Educational, Scientific and Cultural Organization (UNESCO); the claim by the Palestinians that Israel is directing even more force and violence against them than Palestine is directing at Israel; Hamas has entered into a position of responsibility and political power since 2007; that the Palestinian Authority, which rules the Gaza Strip and parts of the West Bank, is, though not a state, organized like one—complete with democratic mechanisms, security forces, and executive, legislative, and judicial organs of governance; the Palestinian Authority's legislative branch is the Palestinian Legislative Council (PLC); Hamas won the January 2006 PLC elections; ultimately, Hamas forcibly took control over Gaza in June 2007.

b. The statement by Israeli President Benjamin Netanyahu, as reported in the news, that Israel would use "full force" against militants in Gaza.

c. The statement by Israeli President Benjamin Netanyahu, as reported in the news, that "Hamas chose to continue fighting and will pay the price for that decision … When there is no cease-fire, our answer is fire."

d. A report by the Washington Post stating that: Israel had struck at least 25 targets inside Gaza, including the home of a senior Hamas leader Mahmoud Al Zahar; Hamas militants had fired at least 13 rockets into southern Israel; Israel's "Iron Dome," an air-defense system that exists to deflect weapons fired from Palestine, was deflecting fire from Gaza; Israel

ATLANTIC SPECIALTY INSURANCE COMPANY'S THIRD AMENDED RESPONSES
TO PLAINTIFFS' FIRST SET OF INTERROGATORIES

ANDERSON, MCPHARLIN & CONNERS LLP
LAWYERS
707 WILSHIRE BOULEVARD, SUITE 4000
LOS ANGELES, CALIFORNIA 90017-3623

had announced plans for a ground attack on Gaza; Israel dropped leaflets into Gaza warning the population to evacuate; Israel had invaded Gaza with tanks and gunboats.

e.  Several sources, in particular, Black's Law Dictionary, The Dictionary of International and Comparative Law, and the Handbook of Humanitarian Law in Armed Conflicts, define "war" as including any hostile conflict by means of armed forces between nations, states, or rulers, or even between two "parties." Atlantic quoted these definitions on page 6 of its July 28, 2014 denial letter to Andrea Garber.

f.  Hamas was the governing authority over the Gaza Strip in July 2014 and had a military wing known as the Qassam Brigades, as well as a police force, a security force, and intelligence personnel.

g.  In several news articles published in July 2014 by MSNBC and in television reports that appeared on the news channel MSNBC (which is an affiliate of NBC Universal), the Israeli-Palestinian "conflict" in 2014 was referred to as a "war."

h.  Reported events and details of actions that occurred during June and July 2014, as reported in various news sources, including but not limited to CBS news videos and MSNBC videos, articles, and features, including direct clashes of armed forces from opposing sides of the war, gunfights, firing of long-range rockets, rocket attacks into Tel Aviv, Jerusalem, and/or Southern Israel, planning for a ground incursion, a ground campaign, war planes, gunboats, mutual exchange of air strikes, rejection of a proposed cease fire, and injuries and deaths in Israel, Palestine, Gaza City, and/or the Gaza Strip, and comments from Israel regarding its intentions.

i.  Hamas militants stated on al-Aqsa TV that Hamas was firing rockets in response to "Israeli aggression against Palestinians in the West Bank,

ANDERSON, MCPHARLIN & CONNERS LLP
LAWYERS
707 WILSHIRE BOULEVARD, SUITE 4000
LOS ANGELES, CALIFORNIA 90017-3623

Jerusalem and Gaza." According to news reports, the statement was issued in the name of the Qassam Brigades and laid out four conditions for a ceasefire: ending all action in Jerusalem and the West Bank, ending the fire on and siege of Gaza, releasing all the prisoners who were re-arrested in the Israeli operation launched on June 12, 2014, after the disappearance of three Israeli settlers and the ceasing of "meddling" in the Palestinian Unity government.

j. Moussa Abu Marzouk, a top Hamas official, stated, as reported in a news article: "There should be a new equation so that we will not have a war on Gaza every two years."

k. The word "militants" is used to describe Hamas forces in various news articles (identified in response to Interrogatory No. 4 below) and the Congressional Reports identified in subparts (a) and (b) of this response to Interrogatory No. 3.

l. Hamas spokesman Sami Abu Zuhri stated, as reported in a news article: "There will be no truce without an end to the war that the Occupation (Israel) began, a lifting of the blockade and a halt to all violations and killings in Gaza and the West Bank."

m. E-mail sent by Stephen Smith, head of NBC security for Europe, dated July 10, 2014, regarding NBCU Security's decision to move the filming of *Dig* out of Israel.

n. A news article published by the Washington Post, dated July 10, 2014, by Griff Witte and William Booth, entitled "As cease-fire with Hamas fails to take shape, Netanyahu says, 'Our answer is fire.'" This article is available at: https://www.washingtonpost.com/world/israel-accepts-truce-plan-hamas-balks/2014/07/15/04373008-0bf5-11e4-8c9a-923ecc0c7d23_story.html?utm_term=.e99302eb1314.

o. A news article published by MSNBC dated July 18, 2014, by Benjamin

63

Landy and Maria Lokke, entitled "Scenes of war and heartbreak as Israeli ground forces invade Gaza." This article is available at: http://www.msnbc.com/msnbc/scenes-war-and-heartbreak-israel-hamas-conflict-intensifies.

p. A news article published by MSNBC dated July 18, 2014, by David Taintor, entitled "Obama points to rebels in downed Malaysian jet." This article is available at: http://www.msnbc.com/msnbc/obama-american-dead-malaysia-airlines-crash.

q. A news article published by MSNBC dated July 16, 2014, by Donna Stefano, entitled "In Israel and Palestine, children imagine a world without war." This article is available at: http://www.msnbc.com/msnbc/israel-and-palestine-children-imagine-world-without-war.

r. A news article published by the Times of Israel by Adiv Sterman, dated July 16, 2014, entitled "Ground incursion in Gaza said 'very likely.'" This article is available at: http://www.timesofisrael.com/idf-ground-incursion-in-gaza-very-likely/.

s. A collection of "LiveBlogs" published by the Times of Israel on July 7, 2014, by Itamar Sharon, Marissa Newman, and Ilan Ben Zion, entitled "Israel launches 'Protective Edge' counteroffensive on Gaza, Jewish suspects reenact teen's murder." This collection is available at: http://www.timesofisrael.com/as-israel-grapples-with-homegrown-killers-violence-continues/#!.

t. A news article published by Middle East Eye dated July 8, 2014, entitled "Hamas claims responsibility for rockets fired at Jerusalem, Tel Aviv and Haifa." This article is available at: http://www.middleeasteye.net/news/israels-army-prepared-ground-assault-gaza-official-275282816.

64

ANDERSON, MCPHARLIN & CONNERS LLP
LAWYERS
707 WILSHIRE BOULEVARD, SUITE 4000
LOS ANGELES, CALIFORNIA 90017-3623

ANDERSON, McPHARLIN & CONNERS LLP

LAWYERS

707 WILSHIRE BOULEVARD, SUITE 4000

LOS ANGELES, CALIFORNIA 90017-3623

u.  A news article published by the Global News, dated July 9, 2014, entitled "UPDATE: Israel hits key Hamas targets in Gaza offensive." This article is available at: http://globalnews.ca/news/1438089/israel-strikes-hamas-targets-in-gaza-to-stop-rocket-fire/.

v.  A news article published by the Global News, dated July 15, 2014, entitled "Israel: Hamas to pay price for its 'no' to truce." This article is available at:  http://globalnews.ca/news/1451058/israel-hamas-to-pay-price-for-its-no-to-truce/.

w.  The news article entitled "LIVE UPDATES: Operation Protective Edge, Day 7," published by Haaretz on July 15, 2014. The article is available at: http://www.haaretz.com/israel-news/1.604898#!.

x.  The December 2, 2010 Congressional Research Service Report entitled "Hamas: Background and Issues for Congress," and authored by Jim Zanotti.

y.  The January 31, 2014 Congressional Research Service Report entitled "The Palestinians: Background and U.S. Relations," and authored by Jim Zanotti.

z.  Black's Law Dictionary, as discussed above.

aa. The Dictionary of International and Comparative Law, as discussed above.

bb. The Handbook of Humanitarian Law in Armed Conflicts, as discussed above.

cc. The travel warning issued by the United States on February 3, 2014, regarding travel to Israel.

dd. The United Kingdom's website regarding travel to Israel, available at: https://www.gov.uk/foreign-travel-advice/israel, as it existed on July 15, 2014.

ee. The news clips (videos) available at the following websites:

65

a. http://www.msnbc.com/the-last-word/watch/mh17-mystery-and-war-in-gaza-308247107963;

b. http://www.msnbc.com/melissa-harris-perry/watch/what-it-means-to-live-in-a-war-zone-309370947801;

c. http://www.msnbc.com/all-in-with-chris-hayes/watch/day-breaks-in-gaza-following-invasion-307348035939;

d. http://www.msnbc.com/all-in-with-chris-hayes/watch/ground-war-in-gaza-307290179722;

e. www.cbsnews.com/videos/new-clashes-between-israel-palestinians-is-ground-war-next/.

ff. The facts set forth in the February 10, 2015 Congressional Research Service Report entitled "The Palestinians: Background and U.S. Relations," which was authored by Jim Zanotti, who is identified as an Analyst in Middle Eastern Affairs. Atlantic will not recite each and every fact within that Congressional Report. But in particular, Atlantic relies on the following facts: the report referred to the "summer 2014 conflict" between Israel and Hamas (along with other Palestinian militants based in Gaza) as a "major conflict" and noted that it lasted approximately 50 days; 2,100 Palestinians were killed, and 71 Israelis (including five civilians) were killed in the 50-day conflict; Hamas depleted 80% of its rocket and mortar arsenal during the summer 2014 Israel-Gaza conflict; an Israeli official was quoted as stating that Israel's military efforts during the summer 2014 conflict "will give us quiet for a long time." (page 25 of the Report).

gg. Reports that: as many as 485,000 Palestinians had been displaced and were staying in emergency shelters or with host families, more than 130 schools and 24 health facilities were damaged in the Gaza Strip as a result of attacks by Israeli forces; Israeli forces also completely destroyed 73

66

ANDERSON, McPHARLIN & CONNERS LLP

LAWYERS

707 WILSHIRE BOULEVARD, SUITE 4000

LOS ANGELES, CALIFORNIA 90017-3623

ANDERSON, MCPHARLIN & CONNERS LLP
LAWYERS
707 WILSHIRE BOULEVARD, SUITE 4000
LOS ANGELES, CALIFORNIA 90017-3623

mosques in Gaza and damaged another 203.

hh. Reports that: rocket attacks from Gaza caused damage to Israeli civilian infrastructure, resulting in 3,000 claims of damage being submitted to Israel's Tax Authority; the estimated economic cost to Israel was $2.5 billion.

ii. Reports that the Palestinian casualties totaled 2,220, 1,492 of whom were civilians (551 children and 299 women), 605 militants, and 123 of unknown status. Approximately 11,000 Palestinians were wounded.

jj. Reports that 66 Israeli Defense Force soldiers were killed, as were 5 Israeli civilians.

kk. To the extent not already mentioned above, facts learned through research of Hamas and Palestine, and Hamas's ongoing conflicts and prior wars with Israel, including operations, official positions held, and capabilities, which research included review of primary sources discussing Hamas and Palestine, as listed in "Hamas," appearing in Wikipedia (http://en.wikipedia.org/wiki/Hamas) as it existed on July 16, 2014.

With regard to facts supporting its position, Atlantic refers to and incorporates specific claim-related documents produced in this case, which reflect facts considered, which are bates numbered ATL001458 – ATL001463 (reference to foreign travel advice); ATL001199 – ATL001204 (reference to U.S. travel warning); ATL001529 (reference to foreign travel advice and Hamas article); ATL001562 – ATL001563 (reference to news stories specified in links stated); ATL000502 (reference to news article); ATL000294 (reference to reporting on events and specific links to news stories); ATL001828 (reference to reporting on facts and developments and mentions of *DIG*); ATL00385 - ATL00392 (references to facts); ATL001877 (references to articles); ATL002171 – ATL002175 and ATL002172 – ATL002175 (references to facts).

Atlantic reserves the right to supplement this Response, as discovery is ongoing, and as individual witnesses who are deposed in this case may provide additional information

67

1846

ANDERSON, McPHARLIN & CONNERS LLP

*LAWYERS*

707 WILSHIRE BOULEVARD, SUITE 4000
LOS ANGELES, CALIFORNIA 90017-3623

1  not yet known to Atlantic.

2

3  **INTERROGATORY NO. 12:**

4  State all facts which support ATLANTIC'S position that Exclusion 10 of Section

5  III — Extra Expense of the POLICY, which excludes coverage for loss caused by,

6  resulting from, or arising out of "any concern or belief that the commencement or

7  continuation of Insured Production is inappropriate," applies to the *DIG* CLAIM.

8  **RESPONSE TO INTERROGATORY NO. 12:** Atlantic contends that the exclusion

9  quoted above in Interrogatory No. 12 applies based on based on the facts recited in

10  response to interrogatories Nos. 3-5 and the facts contained in the documents cited

11  therein, and incorporates those responses herein by reference. Atlantic further responds

12  that it contends that the exclusion quoted above in Interrogatory No. 12 applies based

13  on the following facts and the information contained in and statements made in the

14  following documents:

15  The facts set forth in the December 2, 2010 Congressional Research Service

16  Report entitled "Hamas: Background and Issues for Congress," which was authored by

17  Jim Zanotti, who is identified as an Analyst in Middle Eastern Affairs. Atlantic will not

18  recite each and every fact within that Congressional Report. But in particular, Atlantic

19  noted that Hamas was identified in that Report as a religious and political organization

20  and the Report's statement that, since June 2007, Hamas has had control over the Gaza

21  Strip and that Hamas has a "military wing." Atlantic also considered the timeline

22  included in this Report, which sets forth a long history of the key dates in Hamas's

23  history and its many conflicts with Israel, several of which are referred to as wars.

24  a. The facts set forth in the January 31, 2014 Congressional Research

25  Service Report entitled "The Palestinians: Background and U.S.

26  Relations," which was authored by Jim Zanotti, who is identified as an

27  Analyst in Middle Eastern Affairs. Atlantic will not recite each and every

28  fact within that Congressional Report. But in particular, Atlantic

68

considered the following facts: the report seemed to distinguish between "armed conflicts" and "terrorism"; 130 of the 193 U.N. member states have formally recognized the state of Palestine; on November 29, 2012, the U.N. General Assembly adopted Resolution 67/19 by a vote of 138 to 9 (with 41 abstentions), which recognized Palestine as a "non-member state," (whereas it was previously an "entity"); in the fall of 2011, the Palestinians obtained membership in the U.N. Educational, Scientific and Cultural Organization (UNESCO); the claim by the Palestinians that Israel is directing even more force and violence against them than Palestine is directing at Israel; Hamas has entered into a position of responsibility and political power since 2007; that the Palestinian Authority, which rules the Gaza Strip and parts of the West Bank, is, though not a state, organized like one—complete with democratic mechanisms, security forces, and executive, legislative, and judicial organs of governance; the Palestinian Authority's legislative branch is the Palestinian Legislative Council (PLC); Hamas won the January 2006 PLC elections; ultimately, Hamas forcibly took control over Gaza in June 2007.

b. The statement by Israeli President Benjamin Netanyahu, as reported in the news, that Israel would use "full force" against militants in Gaza.

c. The statement by Israeli President Benjamin Netanyahu, as reported in the news, that "Hamas chose to continue fighting and will pay the price for that decision … When there is no cease-fire, our answer is fire."

d. A report by the Washington Post stating that: Israel had struck at least 25 targets inside Gaza, including the home of a senior Hamas leader Mahmoud Al Zahar; Hamas militants had fired at least 13 rockets into southern Israel; Israel's "Iron Dome," an air-defense system that exists to deflect weapons fired from Palestine, was deflecting fire from Gaza; Israel had announced plans for a ground attack on Gaza; Israel dropped leaflets

69

ANDERSON, MCPHARLIN & CONNERS LLP
LAWYERS
707 WILSHIRE BOULEVARD, SUITE 4000
LOS ANGELES, CALIFORNIA 90017-3623

1  into Gaza warning the population to evacuate; Israel had invaded Gaza
2  with tanks and gunboats.

3  e.  Several sources, in particular, Black's Law Dictionary, The Dictionary of
4  International and Comparative Law, and the Handbook of Humanitarian
5  Law in Armed Conflicts, define "war" as including any hostile conflict by
6  means of armed forces between nations, states, or rulers, or even between
7  two "parties." Atlantic quoted these definitions on page 6 of its July 28,
8  2014 denial letter to Andrea Garber.

9  f.  Hamas was the governing authority over the Gaza Strip in July 2014 and
10  had a military wing known as the Qassam Brigades, as well as a police
11  force, a security force, and intelligence personnel.

12  g.  In several news articles published in July 2014 by MSNBC and in
13  television reports that appeared on the news channel MSNBC (which is an
14  affiliate of NBC Universal), the Israeli-Palestinian "conflict" in 2014 was
15  referred to as a "war."

16  h.  Reported events and details of actions that occurred during June and July
17  2014, as reported in various news sources, including but not limited to
18  CBS news videos and MSNBC videos, articles, and features, including
19  direct clashes of armed forces from opposing sides of the war, gunfights,
20  firing of long-range rockets, rocket attacks into Tel Aviv, Jerusalem,
21  and/or Southern Israel, planning for a ground incursion, a ground
22  campaign, war planes, gunboats, mutual exchange of air strikes, rejection
23  of a proposed cease fire, and injuries and deaths in Israel, Palestine, Gaza
24  City, and/or the Gaza Strip, and comments from Israel regarding its
25  intentions.

26  i.  Hamas militants stated on al-Aqsa TV that Hamas was firing rockets in
27  response to "Israeli aggression against Palestinians in the West Bank,
28  Jerusalem and Gaza." According to news reports, the statement was issued

ANDERSON, MCPHARLIN & CONNERS LLP
LAWYERS
707 WILSHIRE BOULEVARD, SUITE 4000
LOS ANGELES, CALIFORNIA 90017-3623

ANDERSON, MCPHARLIN & CONNERS LLP

*LAWYERS*

707 WILSHIRE BOULEVARD, SUITE 4000

LOS ANGELES, CALIFORNIA 90017-3623

in the name of the Qassam Brigades and laid out four conditions for a ceasefire: ending all action in Jerusalem and the West Bank, ending the fire on and siege of Gaza, releasing all the prisoners who were re-arrested in the Israeli operation launched on June 12, 2014, after the disappearance of three Israeli settlers and the ceasing of "meddling" in the Palestinian Unity government.

j.  Moussa Abu Marzouk, a top Hamas official, stated, as reported in a news article:  "There should be a new equation so that we will not have a war on Gaza every two years."

k.  The word "militants" is used to describe Hamas forces in various news articles (identified in response to Interrogatory No. 4 below) and the Congressional Reports identified in subparts (a) and (b) of this response to Interrogatory No. 3.

l.  Hamas spokesman Sami Abu Zuhri stated, as reported in a news article: "There will be no truce without an end to the war that the Occupation (Israel) began, a lifting of the blockade and a halt to all violations and killings in Gaza and the West Bank."

m.  E-mail sent by Stephen Smith, head of NBC security for Europe, dated July 10, 2014, regarding NBCU Security's decision to move the filming of *Dig* out of Israel.

n.  A news article published by the Washington Post, dated July 10, 2014, by Griff Witte and William Booth, entitled "As cease-fire with Hamas fails to take shape, Netanyahu says, 'Our answer is fire.'" This article is available at:   https://www.washingtonpost.com/world/israel-accepts-truce-plan-hamas-balks/2014/07/15/04373008-0bf5-11e4-8c9a-923ecc0c7d23_story.html?utm_term=.e99302eb1314.

o.  A news article published by MSNBC dated July 18, 2014, by Benjamin Landy and Maria Lokke, entitled "Scenes of war and heartbreak as Israeli

71

ANDERSON, McPHARLIN & CONNERS LLP

*LAWYERS*

707 WILSHIRE BOULEVARD, SUITE 4000
LOS ANGELES, CALIFORNIA 90017-3623

ground forces invade Gaza." This article is available at: http://www.msnbc.com/msnbc/scenes-war-and-heartbreak-israel-hamas-conflict-intensifies.

p. A news article published by MSNBC dated July 18, 2014, by David Taintor, entitled "Obama points to rebels in downed Malaysian jet." This article is available at: http://www.msnbc.com/msnbc/obama-american-dead-malaysia-airlines-crash.

q. A news article published by MSNBC dated July 16, 2014, by Donna Stefano, entitled "In Israel and Palestine, children imagine a world without war." This article is available at: http://www.msnbc.com/msnbc/israel-and-palestine-children-imagine-world-without-war.

r. A news article published by the Times of Israel by Adiv Sterman, dated July 16, 2014, entitled "Ground incursion in Gaza said 'very likely.'" This article is available at: http://www.timesofisrael.com/idf-ground-incursion-in-gaza-very-likely/.

s. A collection of "LiveBlogs" published by the Times of Israel on July 7, 2014, by Itamar Sharon, Marissa Newman, and Ilan Ben Zion, entitled "Israel launches 'Protective Edge' counteroffensive on Gaza, Jewish suspects reenact teen's murder." This collection is available at: http://www.timesofisrael.com/as-israel-grapples-with-homegrown-killers-violence-continues/#!.

t. A news article published by Middle East Eye dated July 8, 2014, entitled "Hamas claims responsibility for rockets fired at Jerusalem, Tel Aviv and Haifa." This article is available at: http://www.middleeasteye.net/news/israels-army-prepared-ground-assault-gaza-official-275282816.

u. A news article published by the Global News, dated July 9, 2014, entitled

72

"UPDATE: Israel hits key Hamas targets in Gaza offensive." This article is available at: http://globalnews.ca/news/1438089/israel-strikes-hamas-targets-in-gaza-to-stop-rocket-fire/.

v.  A news article published by the Global News, dated July 15, 2014, entitled "Israel: Hamas to pay price for its 'no' to truce." This article is available at: http://globalnews.ca/news/1451058/israel-hamas-to-pay-price-for-its-no-to-truce/.

w.  The news article entitled "LIVE UPDATES: Operation Protective Edge, Day 7," published by Haaretz on July 15, 2014. The article is available at: http://www.haaretz.com/israel-news/1.604898#!.

x.  The December 2, 2010 Congressional Research Service Report entitled "Hamas: Background and Issues for Congress," and authored by Jim Zanotti.

y.  The January 31, 2014 Congressional Research Service Report entitled "The Palestinians: Background and U.S. Relations," and authored by Jim Zanotti.

z.  Black's Law Dictionary, as discussed above.

aa. The Dictionary of International and Comparative Law, as discussed above.

bb. The Handbook of Humanitarian Law in Armed Conflicts, as discussed above.

cc. The travel warning issued by the United States on February 3, 2014, regarding travel to Israel.

dd. The United Kingdom's website regarding travel to Israel, available at: https://www.gov.uk/foreign-travel-advice/israel, as it existed on July 15, 2014.

ee. The news clips (videos) available at the following websites:

a.  http://www.msnbc.com/the-last-word/watch/mh17-mystery-and-

ANDERSON, MCPHARLIN & CONNERS LLP
LAWYERS
707 WILSHIRE BOULEVARD, SUITE 4000
LOS ANGELES, CALIFORNIA 90017-3623

73

ANDERSON, MCPHARLIN & CONNERS LLP
LAWYERS
707 WILSHIRE BOULEVARD, SUITE 4000
LOS ANGELES, CALIFORNIA 90017-3623

war-in-gaza-308247107963;

   b. http://www.msnbc.com/melissa-harris-perry/watch/what-it-means-to-live-in-a-war-zone-309370947801;

   c. http://www.msnbc.com/all-in-with-chris-hayes/watch/day-breaks-in-gaza-following-invasion-307348035939;

   d. http://www.msnbc.com/all-in-with-chris-hayes/watch/ground-war-in-gaza-307290179722;

   e. www.cbsnews.com/videos/new-clashes-between-israel-palestinians-is-ground-war-next/.

ff. The facts set forth in the February 10, 2015 Congressional Research Service Report entitled "The Palestinians: Background and U.S. Relations," which was authored by Jim Zanotti, who is identified as an Analyst in Middle Eastern Affairs. Atlantic will not recite each and every fact within that Congressional Report. But in particular, Atlantic relies on the following facts: the report referred to the "summer 2014 conflict" between Israel and Hamas (along with other Palestinian militants based in Gaza) as a "major conflict" and noted that it lasted approximately 50 days; 2,100 Palestinians were killed, and 71 Israelis (including five civilians) were killed in the 50-day conflict; Hamas depleted 80% of its rocket and mortar arsenal during the summer 2014 Israel-Gaza conflict; an Israeli official was quoted as stating that Israel's military efforts during the summer 2014 conflict "will give us quiet for a long time." (page 25 of the Report).

gg. Reports that: as many as 485,000 Palestinians had been displaced and were staying in emergency shelters or with host families, more than 130 schools and 24 health facilities were damaged in the Gaza Strip as a result of attacks by Israeli forces; Israeli forces also completely destroyed 73 mosques in Gaza and damaged another 203.

ANDERSON, MCPHARLIN & CONNERS LLP

LAWYERS

707 WILSHIRE BOULEVARD, SUITE 4000
LOS ANGELES, CALIFORNIA 90017-3623

hh. Reports that: rocket attacks from Gaza caused damage to Israeli civilian infrastructure, resulting in 3,000 claims of damage being submitted to Israel's Tax Authority; the estimated economic cost to Israel was $2.5 billion.

ii. Reports that the Palestinian casualties totaled 2,220, 1,492 of whom were civilians (551 children and 299 women), 605 militants, and 123 of unknown status. Approximately 11,000 Palestinians were wounded.

jj. Reports that 66 Israeli Defense Force soldiers were killed, as were 5 Israeli civilians.

kk. To the extent not already mentioned above, facts learned through research of Hamas and Palestine, and Hamas's ongoing conflicts and prior wars with Israel, including operations, official positions held, and capabilities, which research included review of primary sources discussing Hamas and Palestine, as listed in "Hamas," appearing in Wikipedia (http://en.wikipedia.org/wiki/Hamas) as it existed on July 16, 2014.

With regard to facts supporting its position, Atlantic refers to and incorporates specific claim-related documents produced in this case, which reflect facts considered, which are bates numbered ATL001458 – ATL001463 (reference to foreign travel advice); ATL001199 – ATL001204 (reference to U.S. travel warning); ATL001529 (reference to foreign travel advice and Hamas article); ATL001562 – ATL001563 (reference to news stories specified in links stated); ATL000502 (reference to news article); ATL000294 (reference to reporting on events and specific links to news stories); ATL001828 (reference to reporting on facts and developments and mentions of *DIG*); ATL00385 - ATL00392 (references to facts); ATL001877 (references to articles); ATL002171 – ATL002175 and ATL002172 – ATL002175 (references to facts). Atlantic reserves the right to supplement this Response, as discovery is ongoing, and as individual witnesses who are deposed in this case may provide additional information not yet known to Atlantic.

ANDERSON, MCPHARLIN & CONNERS LLP
LAWYERS
707 WILSHIRE BOULEVARD, SUITE 4000
LOS ANGELES, CALIFORNIA 90017-3623

1

2 **INTERROGATORY NO. 13:**

3     State all facts which support ATLANTIC'S, position that Exclusion 17 of Section

4 III — Extra Expense of the POLICY, which excludes coverage for loss caused by,

5 resulting from, or arising out of "loss of use (including loss of use of animals), loss of

6 market, interruption of business, or any other consequential loss" applies to the *DIG*

7 CLAIM.

8 **RESPONSE TO INTERROGATORY NO. 13:** Atlantic contends that the exclusion

9 quoted above in Interrogatory No. 13 applies based on based on the facts recited in

10 response to interrogatories Nos. 3-5 and the facts contained in the documents cited

11 therein, and incorporates those responses herein by reference. Atlantic further responds

12 that it contends that the exclusion quoted above in Interrogatory No. 13 applies based

13 on the following facts and the information contained in and statements made in the

14 following documents:

15     a. The facts set forth in the December 2, 2010 Congressional Research

16     Service Report entitled "Hamas: Background and Issues for Congress,"

17     which was authored by Jim Zanotti, who is identified as an Analyst in

18     Middle Eastern Affairs. Atlantic will not recite each and every fact within

19     that Congressional Report. But in particular, Atlantic noted that Hamas

20     was identified in that Report as a religious and political organization and

21     the Report's statement that, since June 2007, Hamas has had control over

22     the Gaza Strip and that Hamas has a "military wing." Atlantic also

23     considered the timeline included in this Report, which sets forth a long

24     history of the key dates in Hamas's history and its many conflicts with

25     Israel, several of which are referred to as wars.

26     b. The facts set forth in the January 31, 2014 Congressional Research

27     Service Report entitled "The Palestinians: Background and U.S.

28     Relations," which was authored by Jim Zanotti, who is identified as an

Analyst in Middle Eastern Affairs. Atlantic will not recite each and every fact within that Congressional Report. But in particular, Atlantic considered the following facts: the report seemed to distinguish between "armed conflicts" and "terrorism"; 130 of the 193 U.N. member states have formally recognized the state of Palestine; on November 29, 2012, the U.N. General Assembly adopted Resolution 67/19 by a vote of 138 to 9 (with 41 abstentions), which recognized Palestine as a "non-member state," (whereas it was previously an "entity"); in the fall of 2011, the Palestinians obtained membership in the U.N. Educational, Scientific and Cultural Organization (UNESCO); the claim by the Palestinians that Israel is directing even more force and violence against them than Palestine is directing at Israel; Hamas has entered into a position of responsibility and political power since 2007; that the Palestinian Authority, which rules the Gaza Strip and parts of the West Bank, is, though not a state, organized like one—complete with democratic mechanisms, security forces, and executive, legislative, and judicial organs of governance; the Palestinian Authority's legislative branch is the Palestinian Legislative Council (PLC); Hamas won the January 2006 PLC elections; ultimately, Hamas forcibly took control over Gaza in June 2007.

c.   The statement by Israeli President Benjamin Netanyahu, as reported in the news, that Israel would use "full force" against militants in Gaza.

d.   The statement by Israeli President Benjamin Netanyahu, as reported in the news, that "Hamas chose to continue fighting and will pay the price for that decision … When there is no cease-fire, our answer is fire."

e.   A report by the Washington Post stating that: Israel had struck at least 25 targets inside Gaza, including the home of a senior Hamas leader Mahmoud Al Zahar; Hamas militants had fired at least 13 rockets into southern Israel; Israel's "Iron Dome," an air-defense system that exists to

77

ANDERSON, MCPHARLIN & CONNERS LLP
LAWYERS
707 WILSHRE BOULEVARD, SUITE 4000
LOS ANGELES, CALIFORNIA 90017-3623

ANDERSON, MCPHARLIN & CONNERS LLP

*LAWYERS*

707 WILSHIRE BOULEVARD, SUITE 4000

LOS ANGELES, CALIFORNIA 90017-3623

deflect weapons fired from Palestine, was deflecting fire from Gaza; Israel had announced plans for a ground attack on Gaza; Israel dropped leaflets into Gaza warning the population to evacuate; Israel had invaded Gaza with tanks and gunboats.

f.  Several sources, in particular, Black's Law Dictionary, The Dictionary of International and Comparative Law, and the Handbook of Humanitarian Law in Armed Conflicts, define "war" as including any hostile conflict by means of armed forces between nations, states, or rulers, or even between two "parties." Atlantic quoted these definitions on page 6 of its July 28, 2014 denial letter to Andrea Garber.

g.  Hamas was the governing authority over the Gaza Strip in July 2014 and had a military wing known as the Qassam Brigades, as well as a police force, a security force, and intelligence personnel.

h.  In several news articles published in July 2014 by MSNBC and in television reports that appeared on the news channel MSNBC (which is an affiliate of NBC Universal), the Israeli-Palestinian "conflict" in 2014 was referred to as a "war."

i.  Reported events and details of actions that occurred during June and July 2014, as reported in various news sources, including but not limited to CBS news videos and MSNBC videos, articles, and features, including direct clashes of armed forces from opposing sides of the war, gunfights, firing of long-range rockets, rocket attacks into Tel Aviv, Jerusalem, and/or Southern Israel, planning for a ground incursion, a ground campaign, war planes, gunboats, mutual exchange of air strikes, rejection of a proposed cease fire, and injuries and deaths in Israel, Palestine, Gaza City, and/or the Gaza Strip, and comments from Israel regarding its intentions.

j.  Hamas militants stated on al-Aqsa TV that Hamas was firing rockets in

78

ANDERSON, MCPHARLIN & CONNERS LLP
*LAWYERS*
707 WILSHIRE BOULEVARD, SUITE 4000
LOS ANGELES, CALIFORNIA 90017-3623

response to "Israeli aggression against Palestinians in the West Bank, Jerusalem and Gaza." According to news reports, the statement was issued in the name of the Qassam Brigades and laid out four conditions for a ceasefire: ending all action in Jerusalem and the West Bank, ending the fire on and siege of Gaza, releasing all the prisoners who were re-arrested in the Israeli operation launched on June 12, 2014, after the disappearance of three Israeli settlers and the ceasing of "meddling" in the Palestinian Unity government.

k.  Moussa Abu Marzouk, a top Hamas official, stated, as reported in a news article:  "There should be a new equation so that we will not have a war on Gaza every two years."

l.  The word "militants" is used to describe Hamas forces in various news articles (identified in response to Interrogatory No. 4 below) and the Congressional Reports identified in subparts (a) and (b) of this response to Interrogatory No. 3.

m. Hamas spokesman Sami Abu Zuhri stated, as reported in a news article: "There will be no truce without an end to the war that the Occupation (Israel) began, a lifting of the blockade and a halt to all violations and killings in Gaza and the West Bank."

n.  E-mail sent by Stephen Smith, head of NBC security for Europe, dated July 10, 2014, regarding NBCU Security's decision to move the filming of *Dig* out of Israel.

o.  A news article published by the Washington Post, dated July 10, 2014, by Griff Witte and William Booth, entitled "As cease-fire with Hamas fails to take shape, Netanyahu says, 'Our answer is fire.'" This article is available at:  https://www.washingtonpost.com/world/israel-accepts-truce-plan-hamas-balks/2014/07/15/04373008-0bf5-11e4-8c9a-923ecc0c7d23_story.html?utm_term=.e99302eb1314.

ANDERSON, MCPHARLIN & CONNERS LLP
*LAWYERS*
707 WILSHIRE BOULEVARD, SUITE 4000
LOS ANGELES, CALIFORNIA 90017-3623

p.  A news article published by MSNBC dated July 18, 2014, by Benjamin Landy and Maria Lokke, entitled "Scenes of war and heartbreak as Israeli ground forces invade Gaza." This article is available at: http://www.msnbc.com/msnbc/scenes-war-and-heartbreak-israel-hamas-conflict-intensifies.

q.  A news article published by MSNBC dated July 18, 2014, by David Taintor, entitled "Obama points to rebels in downed Malaysian jet." This article is available at: http://www.msnbc.com/msnbc/obama-american-dead-malaysia-airlines-crash.

r.  A news article published by MSNBC dated July 16, 2014, by Donna Stefano, entitled "In Israel and Palestine, children imagine a world without war." This article is available at: http://www.msnbc.com/msnbc/israel-and-palestine-children-imagine-world-without-war.

s.  A news article published by the Times of Israel by Adiv Sterman, dated July 16, 2014, entitled "Ground incursion in Gaza said 'very likely.'" This article is available at: http://www.timesofisrael.com/idf-ground-incursion-in-gaza-very-likely/.

t.  A collection of "LiveBlogs" published by the Times of Israel on July 7, 2014, by Itamar Sharon, Marissa Newman, and Ilan Ben Zion, entitled "Israel launches 'Protective Edge' counteroffensive on Gaza, Jewish suspects reenact teen's murder." This collection is available at: http://www.timesofisrael.com/as-israel-grapples-with-homegrown-killers-violence-continues/#!.

u.  A news article published by Middle East Eye dated July 8, 2014, entitled "Hamas claims responsibility for rockets fired at Jerusalem, Tel Aviv and Haifa." This article is available at: http://www.middleeasteye.net/news/israels-army-prepared-ground-

80

assault-gaza-official-275282816.

v. A news article published by the Global News, dated July 9, 2014, entitled "UPDATE: Israel hits key Hamas targets in Gaza offensive." This article is available at: http://globalnews.ca/news/1438089/israel-strikes-hamas-targets-in-gaza-to-stop-rocket-fire/.

w. A news article published by the Global News, dated July 15, 2014, entitled "Israel: Hamas to pay price for its 'no' to truce." This article is available at: http://globalnews.ca/news/1451058/israel-hamas-to-pay-price-for-its-no-to-truce/.

x. The news article entitled "LIVE UPDATES: Operation Protective Edge, Day 7," published by Haaretz on July 15, 2014. The article is available at: http://www.haaretz.com/israel-news/1.604898#!.

y. The December 2, 2010 Congressional Research Service Report entitled "Hamas: Background and Issues for Congress," and authored by Jim Zanotti.

z. The January 31, 2014 Congressional Research Service Report entitled "The Palestinians: Background and U.S. Relations," and authored by Jim Zanotti.

aa. Black's Law Dictionary, as discussed above.

bb. The Dictionary of International and Comparative Law, as discussed above.

cc. The Handbook of Humanitarian Law in Armed Conflicts, as discussed above.

dd. The travel warning issued by the United States on February 3, 2014, regarding travel to Israel.

ee. The United Kingdom's website regarding travel to Israel, available at: https://www.gov.uk/foreign-travel-advice/israel, as it existed on July 15, 2014.

ANDERSON, McPHARLIN & CONNERS LLP
LAWYERS
707 WILSHIRE BOULEVARD, SUITE 4000
LOS ANGELES, CALIFORNIA 90017-3623

81

ff. The news clips (videos) available at the following websites:

    a. http://www.msnbc.com/the-last-word/watch/mh17-mystery-and-war-in-gaza-308247107963;

    b. http://www.msnbc.com/melissa-harris-perry/watch/what-it-means-to-live-in-a-war-zone-309370947801;

    c. http://www.msnbc.com/all-in-with-chris-hayes/watch/day-breaks-in-gaza-following-invasion-307348035939;

    d. http://www.msnbc.com/all-in-with-chris-hayes/watch/ground-war-in-gaza-307290179722;

    e. www.cbsnews.com/videos/new-clashes-between-israel-palestinians-is-ground-war-next/.

gg. The facts set forth in the February 10, 2015 Congressional Research Service Report entitled "The Palestinians: Background and U.S. Relations," which was authored by Jim Zanotti, who is identified as an Analyst in Middle Eastern Affairs. Atlantic will not recite each and every fact within that Congressional Report. But in particular, Atlantic relies on the following facts: the report referred to the "summer 2014 conflict" between Israel and Hamas (along with other Palestinian militants based in Gaza) as a "major conflict" and noted that it lasted approximately 50 days; 2,100 Palestinians were killed, and 71 Israelis (including five civilians) were killed in the 50-day conflict; Hamas depleted 80% of its rocket and mortar arsenal during the summer 2014 Israel-Gaza conflict; an Israeli official was quoted as stating that Israel's military efforts during the summer 2014 conflict "will give us quiet for a long time." (page 25 of the Report).

hh. Reports that: as many as 485,000 Palestinians had been displaced and were staying in emergency shelters or with host families, more than 130 schools and 24 health facilities were damaged in the Gaza Strip as a result

ANDERSON, MCPHARLIN & CONNERS LLP
LAWYERS
707 WILSHIRE BOULEVARD, SUITE 4000
LOS ANGELES, CALIFORNIA 90017-3623

1   of attacks by Israeli forces; Israeli forces also completely destroyed 73

2   mosques in Gaza and damaged another 203.

3   ii.  Reports that: rocket attacks from Gaza caused damage to Israeli civilian

4   infrastructure, resulting in 3,000 claims of damage being submitted to

5   Israel's Tax Authority; the estimated economic cost to Israel was $2.5

6   billion.

7   jj.  Reports that the Palestinian casualties totaled 2,220, 1,492 of whom were

8   civilians (551 children and 299 women), 605 militants, and 123 of

9   unknown status. Approximately 11,000 Palestinians were wounded.

10  kk. Reports that 66 Israeli Defense Force soldiers were killed, as were 5

11  Israeli civilians.

12  ll.  To the extent not already mentioned above, facts learned through research

13  of Hamas and Palestine, and Hamas's ongoing conflicts and prior wars

14  with Israel, including operations, official positions held, and capabilities,

15  which research included review of primary sources discussing Hamas and

16  Palestine, as listed in "Hamas," appearing in Wikipedia

17  (http://en.wikipedia.org/wiki/Hamas) as it existed on July 16, 2014.

18  With regard to facts supporting its position, Atlantic refers to and incorporates specific

19  claim-related documents produced in this case, which reflect facts considered, which

20  are bates numbered ATL001458 – ATL001463 (reference to foreign travel advice);

21  ATL001199 – ATL001204 (reference to U.S. travel warning); ATL001529 (reference

22  to foreign travel advice and Hamas article); ATL001562 – ATL001563 (reference to

23  news stories specified in links stated); ATL000502 (reference to news article);

24  ATL000294 (reference to reporting on events and specific links to news stories);

25  ATL001828 (reference to reporting on facts and developments and mentions of *DIG*);

26  ATL00385 - ATL00392 (references to facts); ATL001877 (references to articles);

27  ATL002171 – ATL002175 and ATL002172 – ATL002175 (references to facts).

28  Atlantic reserves the right to supplement this Response, as discovery is ongoing, and as

ANDERSON, MCPHARLIN & CONNERS LLP
LAWYERS
707 WILSHIRE BOULEVARD, SUITE 4000
LOS ANGELES, CALIFORNIA 90017-3623

83

ANDERSON, McPHARLIN & CONNERS LLP
LAWYERS
707 WILSHIRE BOULEVARD, SUITE 4000
LOS ANGELES, CALIFORNIA 90017-3623

1 individual witnesses who are deposed in this case may provide additional information

2 not yet known to Atlantic.

3

4 **INTERROGATORY NO. 14:**

5 State all facts on which ATLANTIC relied in making the determination, as stated

6 at page 5 in the letter dated July 28, 2014 from Pamela A. Johnson to Andrea Garber,

7 that the "terrorism coverage should not apply" and that "[ATLANTIC] do[es] not

8 believe the terrorism coverage would apply" under the POLICY endorsement titled

9 "Coverage for Certified Acts of Terrorism; Cap on Losses."

10 **RESPONSE TO INTERROGATORY NO. 14:** As Atlantic stated in its denial letter

11 dated July 28, 2014, the Policy contains an endorsement referenced in the Interrogatory.

12 That endorsement makes clear that coverage that might not have otherwise have been

13 available due to an exclusion for acts of terror *would* be available for acts of terror that

14 were "certified acts of terrorism," meaning an act that was certified as an act of terror

15 by the Secretary of Treasury, with the concurrence of the Secretary of State and the

16 Attorney General of the United States. In the July 28, 2014 denial letter, Atlantic was

17 making clear that any additional coverage this endorsement might have provided would

18 not be available here because such coverage applies only if the United States Secretary

19 of the Treasury, with the concurrence of the United States Secretary of State and the

20 Attorney General, certifies the act that caused the insured's loss as an act of terrorism in

21 accordance with the Terrorism Risk Insurance Act of 2002 ("TRIA"). Atlantic relied on

22 the fact that none of the events that took place in Israel and Palestine in and around July

23 2014, when *Dig* was being filmed in Israel, were certified as acts of terrorism under

24 TRIA. Moreover, the endorsement states that coverage for acts of terror are not

25 available unless the violent act was "part of an effort to coerce the civilian population

26 of the United States or to influence the policy or affect the conduct of the United States

27 Government by coercion." Atlantic never learned of any information suggesting that the

28 events in Israel and Palestine in approximately July 2014 were part of an effort to

84

1  coerce the civilian population of the United States or to influence the policy of the

2  United States Government by coercion. Instead, Atlantic's investigation of the events

3  that occurred in Israel and Palestine in July 2014 showed that those events were the

4  continuation of long-standing tensions and political disagreements between Israelis and

5  Palestinians. Atlantic refers the Plaintiff s to its response to Interrogatory No. 5, in

6  which it set forth more specific facts regarding those tensions and political

7  disagreements that Atlantic considered in investigating the *DIG* CLAIM.

8  Atlantic reserves the right to supplement this Response, as discovery is ongoing, and as

9  individual witnesses who are deposed in this case may provide additional information

10  not yet known to Atlantic.

11

12  **INTERROGATORY NO. 15:**

13       Without identifying the insured or the specific facts of the claims, describe each

14  time that ATLANTIC has previously denied a claim based in whole or in part on the

15  WAR EXCLUSION, or any part thereof.

16  **RESPONSE TO INTERROGATORY NO. 15:** Atlantic objects to this Interrogatory

17  on the grounds that it seeks information that is not relevant to either party's claims or

18  defenses and that is not proportional to the needs of this case, considering the

19  importance of the issues at stake in the action, the amount in controversy, the parties'

20  relative access to relevant information, the parties' resources, the importance of the

21  discovery in resolving the issues, and the burden and expense of the proposed

22  discovery, which greatly outweighs its likely benefit, if any. Information relating to

23  other claims that Atlantic has denied can have no bearing on the issues in this case and

24  is outside the scope of discovery permitted under Rule 26 of the Federal Rules of Civil

25  Procedure. Information relating to other claims that Atlantic has denied can have no

26  bearing on the issues in this case.

27       Nonetheless, to avoid a discovery dispute, Atlantic responds as follows: Atlantic

28  has not located any other claim in which it denied the claim in whole or in part on the

ANDERSON, MCPHARLIN & CONNERS LLP
LAWYERS
707 WILSHIRE BOULEVARD, SUITE 4000
LOS ANGELES, CALIFORNIA 90017-3623

85

ANDERSON, McPHARLIN & CONNERS LLP

LAWYERS

707 WILSHIRE BOULEVARD, SUITE 4000

LOS ANGELES, CALIFORNIA 90017-3623

1  basis of the WAR EXCLUSION. As counsel for Atlantic has stated in discussions with

2  counsel for the Plaintiffs, counsel for Atlantic reviewed over 36,000 documents that

3  Atlantic by searching its document management and e-mail system. One of the search

4  terms used in the search that returned these documents was "war." That search looked

5  for documents and e-mails dating back to July 2013. Atlantic has completed its review

6  of these 36,000 documents and can confirm that there were no documents included in

7  this set that indicated or suggested in any way that Atlantic had ever denied a claim in

8  whole or in part on the basis of the WAR EXCLUSION. Atlantic, and its Informational

9  Technology department in particular, have represented that a broader search that would

10  encompass all e-mails and documents without any date restrictions would be nearly

11  impossible. In lieu of searching for the WAR EXCLUSION in each and every one of

12  the many millions of documents and e-mails that Atlantic and OneBeacon have

13  generated over the course of their existences, Atlantic has made inquiries with its

14  employees who oversee, and former employees who previously oversaw, the claims

15  handling for the entertainment division of Atlantic and with employees of OneBeacon

16  who oversee claims for all of OneBeacon's divisions. Those persons do not recall any

17  claims that Atlantic denied on the grounds that the WAR EXCLUSION applied.

18  **INTERROGATORY NO. 16:**

19  Without identifying the insured or the specific facts of the claims, describe each

20  claim as to which ATLANTIC considered the potential applicability of the WAR

21  EXCLUSION, or any part thereof, but ultimately paid out on the claim, in whole or in

22  part, despite the potential applicability of the WAR EXCLUSION, or any part thereof.

23  **RESPONSE TO INTERROGATORY NO. 16:** Atlantic objects to this Interrogatory

24  on the grounds that it seeks information that is not relevant to either party's claims or

25  defenses and that is not proportional to the needs of this case, considering the

26  importance of the issues at stake in the action, the amount in controversy, the parties'

27  relative access to relevant information, the parties' resources, the importance of the

28  discovery in resolving the issues, and the burden and expense of the proposed

ANDERSON, MCPHARLIN & CONNERS LLP

LAWYERS

707 WILSHIRE BOULEVARD, SUITE 4000

LOS ANGELES, CALIFORNIA 90017-3623

1  discovery, which greatly outweighs its likely benefit, if any. Information relating to

2  other claims that Atlantic has denied can have no bearing on the issues in this case and

3  is outside the scope of discovery permitted under Rule 26 of the Federal Rules of Civil

4  Procedure. Information relating to other claims that Atlantic has denied can have no

5  bearing on the issues in this case.

6      Nonetheless, to avoid a discovery dispute, Atlantic responds as follows: Atlantic

7  has identified one e-mail, which it produced on December 16, 2016 as ATL000785-

8  788, in which Danny Gutterman e-mailed himself the language of the war exclusion

9  (along with other excerpts of language from the relevant policy) in December 2013.

10  Mr. Gutterman never sent an e-mail containing the language of the war exclusion to

11  anyone else at Atlantic. The claim file in connection with that claim makes no mention

12  whatsoever of the war exclusion. The claim involved an insured that was planning to

13  film a commercial in Thailand in late 2013. At the time, there was protesting (some of

14  which turned into violent internal rioting) within Thailand due to political unrest, and

15  the insured chose not to shoot the commercial there in Thailand as a result. Atlantic

16  covered the costs associated with cancelling the filming of the commercial. Atlantic did

17  not give any serious consideration to the application of the war exclusion to the claim,

18  as evidenced by the fact that Mr. Gutterman's e-mail to himself is the only indication

19  that the exclusion received *any* consideration, and Mr. Gutterman does not recall giving

20  serious thought to the exclusion in connection with that claim.

21      Atlantic has not located any other claim in which it considered the potential

22  applicability of the WAR EXCLUSION or any part thereof but ultimately paid out on

23  the claim despite the potential applicability of the WAR EXCLUSION. As counsel for

24  Atlantic has stated in discussions with counsel for the Plaintiffs, counsel for Atlantic

25  has reviewed over 36,000 documents that Atlantic found by searching its document

26  management and e-mail system. One of the search terms used in the search that

27  returned these documents was "war." That search looked for documents and e-mails

28  dating back to July 2013. Atlantic has completed its review of these 36,000 documents

87

ANDERSON, MCPHARLIN & CONNERS LLP
LAWYERS
707 WILSHIRE BOULEVARD, SUITE 4000
LOS ANGELES, CALIFORNIA 90017-3623

and hereby confirms that these documents have not revealed any other claims in which Atlantic has considered the applicability of the WAR EXCLUSION. Atlantic, and its Informational Technology department in particular, have represented that a broader search that would encompass all e-mails and documents without any date restrictions would be nearly impossible. In lieu of searching for the WAR EXCLUSION in each and every one of the many millions of documents and e-mails that Atlantic and OneBeacon have generated over the course of their existences, Atlantic has made inquiries with its employees who oversee, and former employees who previously oversaw, the claims handling for the entertainment division of Atlantic and with employees of OneBeacon who oversee claims for all of OneBeacon's divisions. Other than the claim discussed above, those persons do not recall any claims in which Atlantic considered the potential applicability of the WAR EXCLUSION or any part thereof but ultimately paid out on the claim despite the potential applicability of the WAR EXCLUSION.

**INTERROGATORY NO. 17:**

State all facts which ATLANTIC considered in deciding not to renew the POLICY.

**RESPONSE TO INTERROGATORY NO. 17:** Atlantic objects to providing this information on the ground that it seeks information that is outside the scope of discovery permitted under Rule 26 of the Federal Rules of Civil Procedure. The information sought is not relevant to any party's claims or defenses.

In the interest of avoiding an unnecessary discovery dispute, however, Atlantic will answer this Interrogatory. In 2015, Atlantic reevaluated its risk profile and made a decision to significantly curtail issuance of policies involving major movie and television productions. As a result, when the Policy came up for renewal, Atlantic was unwilling to renew the Policy because it no longer fit Atlantic's risk profile.   This decision had nothing to do with the *DIG* CLAIM.

1   DATED: April 18, 2017

2                                      MARC J. SHRAKE
                                       ANDERSON, McPHARLIN & CONNERS LLP
3
                                              -and-
4

5                                      MICHAEL KEELEY *(Pro Hac Vice)*
                                       TONI SCOTT REED *(Pro Hac Vice)*
6                                      CARLA C. CRAPSTER *(Pro Hac Vice)*
                                       STRASBURGER & PRICE, LLP
7

8                                      By:    */s/ Michael Keeley*
9                                             Michael Keeley
                                       Attorneys for Defendant ATLANTIC
10                                     SPECIALTY INSURANCE COMPANY

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

ATLANTIC SPECIALTY INSURANCE COMPANY'S THIRD AMENDED RESPONSES
TO PLAINTIFFS' FIRST SET OF INTERROGATORIES

1868

**ANDERSON, McPHARLIN & CONNERS LLP**
*LAWYERS*
*707 WILSHIRE BOULEVARD, SUITE 4000*
*LOS ANGELES, CALIFORNIA 90017-3623*

ANDERSON, McPHARLIN & CONNERS LLP
LAWYERS
707 WILSHIRE BOULEVARD, SUITE 4000
LOS ANGELES, CALIFORNIA 90017-3623

## VERIFICATION

I, Aaron Stone, declare and state as follows:

I have read the **DEFENDANT ATLANTIC SPECIALTY INSURANCE COMPANY'S THIRD AMENDED RESPONSES TO FIRST SET OF INTERROGATORIES PROPOUNDED BY PLAINTIFFS UNIVERSAL CABLE PRODUCTIONS LLC AND NORTHERN ENTERTAINMENT PRODUCTIONS LLC** ("Responses") and I am familiar with its contents thereof. I am Vice President of Claims of Atlantic Specialty Insurance Company ("Atlantic Specialty"), and am authorized to make this verification on behalf of Atlantic Specialty.

These Responses are limited by the records and information in existence, presently collected and thus far discovered in the course of preparation of these Responses. Based thereon, I am informed and believe that the matters stated in these Responses as to Atlantic Specialty are true and on that ground certify under penalty of perjury under the laws of the United States of America that the same are true and correct.

Executed this 18th day of April, 2017, at Plymouth, Minnesota.

_____
Aaron Stone


Notary Public

ALISON DWAN NASH-TROUT
NOTARY PUBLIC - MINNESOTA
My Commission Expires
January 31, 2020

ATLANTIC SPECIALTY INSURANCE COMPANY'S THIRD AMENDED RESPONSES
TO PLAINTIFFS' FIRST SET OF INTERROGATORIES

1869

## PROOF OF SERVICE

I am employed in the County of Dallas, State of Texas.  I am over the age of eighteen years and not a party to the within action; my business address is 901 Main Street, Suite 6000, Dallas, Texas 75202.

On April 18, 2017, I served the following document(s) described as **DEFENDANT ATLANTIC SPECIALTY INSURANCE COMPANY'S THIRD AMENDED RESPONSES TO FIRST SET OF INTERROGATORIES PROPOUNDED BY PLAINTIFFS UNIVERSAL CABLE PRODUCTIONS LLC AND NORTHERN ENTERTAINMENT PRODUCTIONS LLC** on the interested parties in this action by placing true copies thereof enclosed in sealed envelopes addressed as follows:

Lucia E. Coyoca, Esq.                          Attorneys for Plaintiffs
Valentine A. Shalamitski, Esq.
Daniel M. Hayes, Esq.
Mitchell Silberberg & Knupp LLP
11377 West Olympic Boulevard
Los Angeles, CA  90064-1683
Telephone: (310) 312-2000
Facsimile: (310) 312-3100

**BY MAIL:**  I am "readily familiar" with Strasburger & Price, LLP's practice for collecting and processing correspondence for mailing with the United States Postal Service.  Under that practice, it would be deposited with the United States Postal Service that same day in the ordinary course of business.  Such envelope(s) were placed for collection and mailing with postage thereon fully prepaid at Dallas, Texas, on that same day following ordinary business practices.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.  Executed on April 18, 2017, at Dallas, Texas.

_Marianna Green_
Marianna Green

ANDERSON, McPHARLIN & CONNERS LLP
LAWYERS
707 WILSHIRE BOULEVARD, SUITE 4000
LOS ANGELES, CALIFORNIA 90017-3623

91