# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## TRANSCRIPT ORDER FORM

Please use one form per court reporter per case, and contact court reporter directly immediately after e-filing form. *(Additional instructions on next page.)*

**COURT USE ONLY DUE DATE:**

| Field | Value |
|---|---|
| 1a. Contact Person for this Order | Bette Barraclough |
| 2a. Contact Phone Number | 213-236-1619 |
| 3a. Contact E-mail Address | bjb@amclaw.com |
| 1b. Attorney Name (if different) | Marc J. Shrake, Esq. |
| 2b. Attorney Phone Number | 213-236-1691 |
| 3b. Attorney E-mail Address | mjs@amclaw.com |

**4. MAILING ADDRESS (INCLUDE LAW FIRM NAME, IF APPLICABLE)**

Marc J. Shrake, Esq.
Anderson, McPharlin & Conners LLP
707 Wilshire Boulevard, Suite 4000
Los Angeles, CA  90017-3623

**5. Name & Role of Party Represented:** Defendant

**6. Case Name:** Universal Cable Productions v. Atlantic Specialty Insurance Co.

**7a. District Court Case Number:** CV 16-4435 PA (MRWx)

**7b. Appeals Court Case Number:**

**8. INDICATE WHETHER PROCEEDING WAS** *(choose only one per form)*:

[X] DIGITALLY RECORDED    [ ] TRANSCRIBED BY A COURT REPORTER; NAME OF COURT REPORTER: _____

**9. THIS TRANSCRIPT ORDER IS FOR:** [ ] Appeal  [ ] Non-Appeal  [ ] Criminal  [X] Civil  [ ] CJA  [ ] USA  [ ] FPD  [ ] In forma pauperis (Court order for transcripts must be attached)

**10. TRANSCRIPT(S) REQUESTED** (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested, format(s), and delivery type): *You MUST check the docket to see if the transcript has already been filed, and if so, provide the "Release of Transcript Restriction" date in column c, below.*

| DATE | JUDGE (name) | PROCEEDING TYPE / PORTION | PDF (email) | TEXT/ASCII (email) | PAPER | CONDENSED (email) | CM/ECF ACCESS (web) | WORD INDEXING | c. RELEASE OF TRANS. RESTRICTION DATE | d. DELIVERY TYPE |
|---|---|---|---|---|---|---|---|---|---|---|
| 05/03/2017 | Wilner | Motion to Compel | ● | ○ | ○ | ○ | ○ | ○ | ● 08/07/2017 | ORDINARY (30-day) |
| | | | ○ | ○ | ○ | ○ | ○ | ○ | ○ _____ | |
| | | | ○ | ○ | ○ | ○ | ○ | ○ | ○ _____ | |
| | | | ○ | ○ | ○ | ○ | ○ | ○ | ○ _____ | |
| | | | ○ | ○ | ○ | ○ | ○ | ○ | ○ _____ | |

**11. ADDITIONAL COMMENTS, INSTRUCTIONS, QUESTIONS, ETC.** *CJA Orders: Explain necessity of non-appeal orders & special authorizations to be requested in Section 14 of CJA-24 Voucher (attach add'l pages if...)*

**12. ORDER & CERTIFICATION.** By signing below, I certify that I will pay all charges (deposit plus additional), or, where applicable, promptly take all necessary steps to secure payment under the Criminal Justice Act.

**Date:** May 10, 2017    **Signature:** /s/ Marc J. Shrake, Esq.

G-120 (3/16)