# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| UNIVERSAL CABLE PRODUCTIONS, LLC, a Delaware limited liability company, and NORTHERN ENTERTAINMENT PRODUCTIONS LLC, a Delaware limited liability company,<br><br>Plaintiffs,<br><br>vs.<br><br>ATLANTIC SPECIALTY INSURANCE COMPANY, a New York insurance company,<br><br>Defendant. | Case No. 2:16-cv-04435-PA-MRW<br><br>**[PROPOSED] ORDER GRANTING ATLANTIC SPECIALTY INSURANCE COMPANY'S REQUEST FOR ATTORNEY'S FEES IN CONNECTION WITH PLAINTIFFS' MOTION TO COMPEL** |

On this day came to be heard Atlantic Specialty Insurance Company's Request for Attorney's Fees in Connection with Plaintiffs' Motion to Compel. After full consideration of the evidence and authorities submitted by both parties, the Court finds that Atlantic Specialty Insurance Company's Request for Attorney's Fees should be and is hereby GRANTED.

IT IS, THEREFORE, ORDERED that Plaintiffs will pay to Atlantic Specialty Insurance Company, in accordance with Federal Rule of Civil Procedure 37, the sum of $5,127.00 to compensate Atlantic Specialty Insurance Company for attorney's fees incurred in connection with the motion to compel, which the Court denied on May 5, 2017 (Doc. 96).

1    SO ORDERED.

4    DATED:_____    _____
                                   The Honorable Percy Anderson
                                   Judge of the United States District Court

ANDERSON, MCPHARLIN & CONNERS LLP
LAWYERS
707 WILSHIRE BOULEVARD, SUITE 4000
LOS ANGELES, CALIFORNIA 90017-3623

1615107.1 05608-054

8960604.1/SP/15247/0131/051517

2

ORDER ON DEFENDANT'S REQUEST FOR ATTORNEY'S FEES
IN CONNECTION WITH PLAINTIFFS' MOTION TO COMPEL