LUCIA E. COYOCA (SBN 128314)
  lec@msk.com
VALENTINE A. SHALAMITSKI (SBN 236061)
  vas@msk.com
DANIEL M. HAYES (SBN 240250)
  dmh@msk.com
MITCHELL SILBERBERG & KNUPP LLP
11377 West Olympic Boulevard
Los Angeles, CA 90064-1683
Telephone:  (310) 312-2000
Facsimile:  (310) 312-3100

Attorneys for Plaintiffs
Universal Cable Productions LLC and
Northern Entertainment Productions LLC

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNIVERSAL CABLE PRODUCTIONS LLC, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>ATLANTIC SPECIALTY INSURANCE COMPANY,<br><br>Defendant. | CASE NO. 2:16-cv-4435-PA-MRW<br><br>**PLAINTIFFS' NOTICE OF MOTION AND MOTION TO COMPEL DISCOVERY**<br><br>Time:  9:30 a.m.<br>Date:  May 24, 2017<br>Judge:  Hon. Michael R. Wilner<br><br>[Declaration of Daniel M. Hayes and [Proposed] Order filed/lodged concurrently herewith]<br><br>File Date:  June 20, 2016<br>Discovery Cutoff:  June 2, 2017<br>Pre-Trial Conf.:  June 16, 2017<br>Trial Date :  July 25, 2017 |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD**:

PLEASE TAKE NOTICE THAT, on May 24, 2017, at 9:30 a.m., or as soon as the matter may be heard in the courtroom of the Honorable Michael R. Wilner, Magistrate Judge, Plaintiffs Universal Cable Productions LLC and Northern Entertainment Productions LLC (collectively "Plaintiffs") move the Court for an order on Plaintiffs' Motion to Compel Discovery, regarding discovery matters that Plaintiffs and Defendant Atlantic Specialty Insurance Company ("Atlantic") were unable to resolve through the meet and confer process, relating to Universal's request for production of documents relating to other claims submitted to Atlantic that involve losses suffered by other Atlantic insureds as a result of violence perpetrated by terrorist groups.

This motion is based upon this Notice of Motion and Motion, the accompanying Motion brief, Declaration of Daniel M. Hayes filed in connection herewith, the exhibits thereto, any supplemental briefing in connection with the motion, the prior papers and pleadings on file with the Court in this action, and such other evidence or argument as may be presented to the Court.

This motion is made following the conference of counsel pursuant to L.R. 37-1, which took place on April 4, 2017 and May 12, 2017.

DATED: May 15, 2017

LUCIA E. COYOCA
VALENTINE A. SHALAMITSKI
DANIEL M. HAYES
MITCHELL SILBERBERG & KNUPP LLP

By: */s/ Daniel M. Hayes*
Daniel M. Hayes
Attorneys for Plaintiffs
Universal Cable Productions LLC and
Northern Entertainment
Productions LLC