1
2
3
4
5
6
7

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNIVERSAL CABLE PRODUCTIONS LLC and NORTHERN ENTERTAINMENT PRODUCTIONS LLC,<br><br>Plaintiffs,<br><br>v.<br><br>ATLANTIC SPECIALTY INSURANCE COMPANY,<br><br>Defendant. | CASE NO. 2:16-cv-4435-PA-MRW<br><br>**[PROPOSED] ORDER ON PLAINTIFFS' MOTION TO COMPEL FURTHER DISCOVERY RESPONSES**<br><br>Time:    9:30 a.m.<br>Date:    May 24, 2017<br>Judge:  Hon. Michael R. Wilner<br><br>File Date:         June 20, 2016<br>Discovery Cutoff:  June 2, 2017<br>Pre-Trial Conf.:    June 16, 2017<br>Trial Date :        July 25, 2017 |

**ORDER RE: PLAINTIFFS' MOTION TO COMPEL DISCOVERY**

8881952.2

1    Before the Court is Plaintiffs Universal Cable Productions LLC and
2 Northern Entertainment Productions LLC's (collectively "Plaintiffs") Motion to
3 Compel Discovery.  Having considered the filings and heard counsels' argument,
4 and good cause having been shown,
5    IT IS HEREBY ORDERED THAT:
6
7    Plaintiffs' Motion to Compel Discovery is HEREBY GRANTED.
8
9    No later than ____ days following entry of this Order, Defendant Atlantic
10 Specialty Insurance Company shall engage an independent ediscovery vendor to
11 image and search Atlantic's "Image Now" system and its "CWS" database, to
12 identify all claims previously submitted to Atlantic for the period from September
13 12, 2001 to the current time, that involved losses suffered by an Atlantic insured as
14 a result of acts of violence perpetrated by a terrorist group.
15    Atlantic is hereby ordered to produce all responsive, non-privileged
16 documents retrieved by the search no later than ____ days following entry of this
17 Order.
18    IT IS SO ORDERED.
19    Dated:  May ___, 2017       _____
20                                 The Honorable Michael R. Wilner
                                    UNITED STATES MAGISTRATE JUDGE