ANDERSON, McPHARLIN & CONNERS LLP
LAWYERS
707 WILSHIRE BOULEVARD, SUITE 4000
LOS ANGELES, CALIFORNIA 90017-3623

Stefano, entitled "In Israel and Palestine, children imagine a world without war." This article is available at: http://www.msnbc.com/msnbc/israel-and-palestine-children-imagine-world-without-war.

s. A news article published by the Times of Israel by Adiv Sterman, dated July 16, 2014, entitled "Ground incursion in Gaza said 'very likely.'" This article is available at: http://www.timesofisrael.com/idf-ground-incursion-in-gaza-very-likely/.

t. A collection of "LiveBlogs" published by the Times of Israel on July 7, 2014, by Itamar Sharon, Marissa Newman, and Ilan Ben Zion, entitled "Israel launches 'Protective Edge' counteroffensive on Gaza, Jewish suspects reenact teen's murder." This collection is available at: http://www.timesofisrael.com/as-israel-grapples-with-homegrown-killers-violence-continues/#!.

u. A news article published by Middle East Eye dated July 8, 2014, entitled "Hamas claims responsibility for rockets fired at Jerusalem, Tel Aviv and Haifa." This article is available at: http://www.middleeasteye.net/news/israels-army-prepared-ground-assault-gaza-official-275282816.

v. A news article published by the Global News, dated July 9, 2014, entitled "UPDATE: Israel hits key Hamas targets in Gaza offensive." This article is available at: http://globalnews.ca/news/1438089/israel-strikes-hamas-targets-in-gaza-to-stop-rocket-fire/.

w. A news article published by the Global News, dated July 15, 2014, entitled "Israel: Hamas to pay price for its 'no' to truce." This article is available at: http://globalnews.ca/news/1451058/israel-hamas-to-pay-price-for-its-no-to-truce/.

x. The news article entitled "LIVE UPDATES: Operation Protective Edge,

24

ATLANTIC SPECIALTY INSURANCE COMPANY'S THIRD AMENDED RESPONSES TO PLAINTIFFS' FIRST SET OF INTERROGATORIES

ANDERSON, MCPHARLIN & CONNERS LLP
LAWYERS
707 WILSHIRE BOULEVARD, SUITE 4000
LOS ANGELES, CALIFORNIA 90017-3623

1 Day 7," published by Haaretz on July 15, 2014. The article is available at:

2 http://www.haaretz.com/israel-news/1.604898#!.

3 y. The December 2, 2010 Congressional Research Service Report entitled

4 "Hamas: Background and Issues for Congress," and authored by Jim

5 Zanotti.

6 z. The January 31, 2014 Congressional Research Service Report entitled

7 "The Palestinians: Background and U.S. Relations," and authored by Jim

8 Zanotti.

9 aa. Black's Law Dictionary, as discussed above.

10 bb. The Dictionary of International and Comparative Law, as discussed

11 above.

12 cc. The Handbook of Humanitarian Law in Armed Conflicts, as discussed

13 above.

14 dd. The travel warning issued by the United States on February 3, 2014,

15 regarding travel to Israel.

16 ee. The United Kingdom's website regarding travel to Israel, available at:

17 https://www.gov.uk/foreign-travel-advice/israel, as it existed on July 15,

18 2014.

19 ff. The news clips (videos) available at the following websites:

20 i. http://www.msnbc.com/the-last-word/watch/mh17-mystery-and-

21 war-in-gaza-308247107963;

22 ii. http://www.msnbc.com/melissa-harris-perry/watch/what-it-means-

23 to-live-in-a-war-zone-309370947801;

24 iii. http://www.msnbc.com/all-in-with-chris-hayes/watch/day-breaks-

25 in-gaza-following-invasion-307348035939;

26 iv. http://www.msnbc.com/all-in-with-chris-hayes/watch/ground-war-

27 in-gaza-307290179722;

28 v. www.cbsnews.com/videos/new-clashes-between-israel-

25

ATLANTIC SPECIALTY INSURANCE COMPANY'S THIRD AMENDED RESPONSES
TO PLAINTIFFS' FIRST SET OF INTERROGATORIES

ANDERSON, McPHARLIN & CONNERS LLP
Lawyers
707 WILSHIRE BOULEVARD, SUITE 4000
LOS ANGELES, CALIFORNIA 90017-3623

palestinians-is-ground-war-next/.

gg. The facts set forth in the February 10, 2015 Congressional Research Service Report entitled "The Palestinians: Background and U.S. Relations," which was authored by Jim Zanotti, who is identified as an Analyst in Middle Eastern Affairs. Atlantic will not recite each and every fact within that Congressional Report. But in particular, Atlantic relies on the following facts: the report referred to the "summer 2014 conflict" between Israel and Hamas (along with other Palestinian militants based in Gaza) as a "major conflict" and noted that it lasted approximately 50 days; 2,100 Palestinians were killed, and 71 Israelis (including five civilians) were killed in the 50-day conflict; Hamas depleted 80% of its rocket and mortar arsenal during the summer 2014 Israel-Gaza conflict; an Israeli official was quoted as stating that Israel's military efforts during the summer 2014 conflict "will give us quiet for a long time." (page 25 of the Report).

hh. Reports that: as many as 485,000 Palestinians had been displaced and were staying in emergency shelters or with host families, more than 130 schools and 24 health facilities were damaged in the Gaza Strip as a result of attacks by Israeli forces; Israeli forces also completely destroyed 73 mosques in Gaza and damaged another 203.

ii. Reports that: rocket attacks from Gaza caused damage to Israeli civilian infrastructure, resulting in 3,000 claims of damage being submitted to Israel's Tax Authority; the estimated economic cost to Israel was $2.5 billion.

jj. Reports that the Palestinian casualties totaled 2,220, 1,492 of whom were civilians (551 children and 299 women), 605 militants, and 123 of unknown status. Approximately 11,000 Palestinians were wounded.

kk. Reports that 66 Israeli Defense Force soldiers were killed, as were 5

26

1  Israeli civilians.

2  ll. To the extent not already mentioned above, facts learned through research

3  of Hamas and Palestine, and Hamas's ongoing conflicts and prior wars

4  with Israel, including operations, official positions held, and capabilities,

5  which research included review of primary sources discussing Hamas and

6  Palestine, as listed in "Hamas," appearing in Wikipedia

7  (http://en.wikipedia.org/wiki/Hamas) as it existed on July 16, 2014.

8  With regard to facts supporting its position, Atlantic refers to and incorporates specific

9  claim-related documents produced in this case, which reflect facts considered, which

10  are bates numbered ATL001458 – ATL001463 (reference to foreign travel advice);

11  ATL001199 – ATL001204 (reference to U.S. travel warning); ATL001529 (reference

12  to foreign travel advice and Hamas article); ATL001562 – ATL001563 (reference to

13  news stories specified in links stated); ATL000502 (reference to news article);

14  ATL000294 (reference to reporting on events and specific links to news stories);

15  ATL001828 (reference to reporting on facts and developments and mentions of *DIG*);

16  ATL00385 - ATL00392 (references to facts); ATL001877 (references to articles);

17  ATL002171 – ATL002175 and ATL002172 – ATL002175 (references to facts).

18  Atlantic reserves the right to supplement this Response, as discovery is ongoing, and as

19  individual witnesses who are deposed in this case may provide additional information

20  not yet known to Atlantic.

21

22  **INTERROGATORY NO. 7:**

23  State all facts which support ATLANTIC'S position that Exclusion 2 of the

24  General Conditions section of the POLICY, which excludes coverage for loss caused

25  directly or indirectly by "warlike action by a military force, including action in

26  hindering or defending against an actual or expected attack, by any government,

27  sovereign or other authority using military personnel or other agents," applies to the

28  *DIG* CLAIM.

ANDERSON, McPHARLIN & CONNERS LLP
LAWYERS
707 WILSHIRE BOULEVARD, SUITE 4000
LOS ANGELES, CALIFORNIA 90017-3623

---

27

ATLANTIC SPECIALTY INSURANCE COMPANY'S THIRD AMENDED RESPONSES
TO PLAINTIFFS' FIRST SET OF INTERROGATORIES

ANDERSON, McPHARLIN & CONNERS LLP

Lawyers

707 WILSHIRE BOULEVARD, SUITE 4000
LOS ANGELES, CALIFORNIA 90017-3623

1 **RESPONSE TO INTERROGATORY NO. 7:** Atlantic contends that the exclusion

2 quoted above in Interrogatory No. 7 applies based on based on the facts recited in

3 response to interrogatories Nos. 3-5 and the facts contained in the documents cited

4 therein, and incorporates those responses herein by reference. Atlantic further responds

5 that it contends that the exclusion quoted above in Interrogatory No. 7 applies based on

6 the following facts and the information contained in and statements made in the

7 following documents:

8      a. The facts set forth in the December 2, 2010 Congressional Research

9          Service Report entitled "Hamas: Background and Issues for Congress,"

10          which was authored by Jim Zanotti, who is identified as an Analyst in

11          Middle Eastern Affairs. Atlantic will not recite each and every fact within

12          that Congressional Report. But in particular, Atlantic noted that Hamas

13          was identified in that Report as a religious and political organization and

14          the Report's statement that, since June 2007, Hamas has had control over

15          the Gaza Strip and that Hamas has a "military wing." Atlantic also

16          considered the timeline included in this Report, which sets forth a long

17          history of the key dates in Hamas's history and its many conflicts with

18          Israel, several of which are referred to as wars.

19      b. The facts set forth in the January 31, 2014 Congressional Research

20          Service Report entitled "The Palestinians: Background and U.S.

21          Relations," which was authored by Jim Zanotti, who is identified as an

22          Analyst in Middle Eastern Affairs. Atlantic will not recite each and every

23          fact within that Congressional Report. But in particular, Atlantic

24          considered the following facts: the report seemed to distinguish between

25          "armed conflicts" and "terrorism"; 130 of the 193 U.N. member states

26          have formally recognized the state of Palestine; on November 29, 2012,

27          the U.N. General Assembly adopted Resolution 67/19 by a vote of 138 to

28          9 (with 41 abstentions), which recognized Palestine as a "non-member

ATLANTIC SPECIALTY INSURANCE COMPANY'S THIRD AMENDED RESPONSES
TO PLAINTIFFS' FIRST SET OF INTERROGATORIES

EXHIBIT 6, PAGE 159

ANDERSON, McPHARLIN & CONNERS LLP
LAWYERS
707 WILSHIRE BOULEVARD, SUITE 4000
LOS ANGELES, CALIFORNIA 90017-3623

1  state," (whereas it was previously an "entity"); in the fall of 2011, the

2  Palestinians obtained membership in the U.N. Educational, Scientific and

3  Cultural Organization (UNESCO); the claim by the Palestinians that Israel

4  is directing even more force and violence against them than Palestine is

5  directing at Israel; Hamas has entered into a position of responsibility and

6  political power since 2007; that the Palestinian Authority, which rules the

7  Gaza Strip and parts of the West Bank, is, though not a state, organized

8  like one—complete with democratic mechanisms, security forces, and

9  executive, legislative, and judicial organs of governance; the Palestinian

10 Authority's legislative branch is the Palestinian Legislative Council

11 (PLC); Hamas won the January 2006 PLC elections; ultimately, Hamas

12 forcibly took control over Gaza in June 2007.

13 c.  The statement by Israeli President Benjamin Netanyahu, as reported in the

14    news, that Israel would use "full force" against militants in Gaza.

15 d.  The statement by Israeli President Benjamin Netanyahu, as reported in the

16    news, that "Hamas chose to continue fighting and will pay the price for

17    that decision … When there is no cease-fire, our answer is fire."

18 e.  A report by the Washington Post stating that: Israel had struck at least 25

19    targets inside Gaza, including the home of a senior Hamas leader

20    Mahmoud Al Zahar; Hamas militants had fired at least 13 rockets into

21    southern Israel; Israel's "Iron Dome," an air-defense system that exists to

22    deflect weapons fired from Palestine, was deflecting fire from Gaza; Israel

23    had announced plans for a ground attack on Gaza; Israel dropped leaflets

24    into Gaza warning the population to evacuate; Israel had invaded Gaza

25    with tanks and gunboats.

26 f.  Several sources, in particular, Black's Law Dictionary, The Dictionary of

27    International and Comparative Law, and the Handbook of Humanitarian

28    Law in Armed Conflicts, define "war" as including any hostile conflict by

29

ATLANTIC SPECIALTY INSURANCE COMPANY'S THIRD AMENDED RESPONSES
TO PLAINTIFFS' FIRST SET OF INTERROGATORIES

ANDERSON, McPHARLIN & CONNERS LLP

LAWYERS

707 WILSHIRE BOULEVARD, SUITE 4000

LOS ANGELES, CALIFORNIA 90017-3623

means of armed forces between nations, states, or rulers, or even between two "parties." Atlantic quoted these definitions on page 6 of its July 28, 2014 denial letter to Andrea Garber.

g.  Hamas was the governing authority over the Gaza Strip in July 2014 and had a military wing known as the Qassam Brigades, as well as a police force, a security force, and intelligence personnel.

h.  In several news articles published in July 2014 by MSNBC and in television reports that appeared on the news channel MSNBC (which is an affiliate of NBC Universal), the Israeli-Palestinian "conflict" in 2014 was referred to as a "war."

i.  Reported events and details of actions that occurred during June and July 2014, as reported in various news sources, including but not limited to CBS news videos and MSNBC videos, articles, and features, including direct clashes of armed forces from opposing sides of the war, gunfights, firing of long-range rockets, rocket attacks into Tel Aviv, Jerusalem, and/or Southern Israel, planning for a ground incursion, a ground campaign, war planes, gunboats, mutual exchange of air strikes, rejection of a proposed cease fire, and injuries and deaths in Israel, Palestine, Gaza City, and/or the Gaza Strip, and comments from Israel regarding its intentions.

j.  Hamas militants stated on al-Aqsa TV that Hamas was firing rockets in response to "Israeli aggression against Palestinians in the West Bank, Jerusalem and Gaza." According to news reports, the statement was issued in the name of the Qassam Brigades and laid out four conditions for a ceasefire: ending all action in Jerusalem and the West Bank, ending the fire on and siege of Gaza, releasing all the prisoners who were re-arrested in the Israeli operation launched on June 12, 2014, after the disappearance of three Israeli settlers and the ceasing of "meddling" in the Palestinian

30

ANDERSON, McPHARLIN & CONNERS LLP
LAWYERS
707 WILSHIRE BOULEVARD, SUITE 4000
LOS ANGELES, CALIFORNIA 90017-3623

1    Unity government.

2    k.  Moussa Abu Marzouk, a top Hamas official, stated, as reported in a news

3        article: "There should be a new equation so that we will not have a war

4        on Gaza every two years."

5    l.  The word "militants" is used to describe Hamas forces in various news

6        articles (identified in response to Interrogatory No. 4 below) and the

7        Congressional Reports identified in subparts (a) and (b) of this response to

8        Interrogatory No. 3.

9    m.  Hamas spokesman Sami Abu Zuhri stated, as reported in a news article:

10       "There will be no truce without an end to the war that the Occupation

11       (Israel) began, a lifting of the blockade and a halt to all violations and

12       killings in Gaza and the West Bank."

13   n.  E-mail sent by Stephen Smith, head of NBC security for Europe, dated

14       July 10, 2014, regarding NBCU Security's decision to move the filming of

15       *Dig* out of Israel.

16   o.  A news article published by the Washington Post, dated July 10, 2014, by

17       Griff Witte and William Booth, entitled "As cease-fire with Hamas fails to

18       take shape, Netanyahu says, 'Our answer is fire.'" This article is available

19       at:    https://www.washingtonpost.com/world/israel-accepts-truce-plan-

20       hamas-balks/2014/07/15/04373008-0bf5-11e4-8c9a-

21       923ecc0c7d23_story.html?utm_term=.e99302eb1314.

22   p.  A news article published by MSNBC dated July 18, 2014, by Benjamin

23       Landy and Maria Lokke, entitled "Scenes of war and heartbreak as Israeli

24       ground   forces   invade   Gaza."   This   article   is   available   at:

25       http://www.msnbc.com/msnbc/scenes-war-and-heartbreak-israel-hamas-

26       conflict-intensifies.

27   q.  A news article published by MSNBC dated July 18, 2014, by David

28       Taintor, entitled "Obama points to rebels in downed Malaysian jet." This

31

EXHIBIT 6, PAGE 162

ANDERSON, McPHARLIN & CONNERS LLP

LAWYERS

707 WILSHIRE BOULEVARD, SUITE 4000

LOS ANGELES, CALIFORNIA 90017-3623

1   article is available at: http://www.msnbc.com/msnbc/obama-american-

2   dead-malaysia-airlines-crash.

3   r.   A news article published by MSNBC dated July 16, 2014, by Donna

4   Stefano, entitled "In Israel and Palestine, children imagine a world

5   without    war."    This    article    is    available    at:

6   http://www.msnbc.com/msnbc/israel-and-palestine-children-imagine-

7   world-without-war.

8   s.   A news article published by the Times of Israel by Adiv Sterman, dated

9   July 16, 2014, entitled "Ground incursion in Gaza said 'very likely.'" This

10   article is available at: http://www.timesofisrael.com/idf-ground-incursion-

11   in-gaza-very-likely/.

12   t.   A collection of "LiveBlogs" published by the Times of Israel on July 7,

13   2014, by Itamar Sharon, Marissa Newman, and Ilan Ben Zion, entitled

14   "Israel launches 'Protective Edge' counteroffensive on Gaza, Jewish

15   suspects reenact teen's murder." This collection is available at:

16   http://www.timesofisrael.com/as-israel-grapples-with-homegrown-killers-

17   violence-continues/#!.

18   u.   A news article published by Middle East Eye dated July 8, 2014, entitled

19   "Hamas claims responsibility for rockets fired at Jerusalem, Tel Aviv and

20   Haifa."    This    article    is    available    at:

21   http://www.middleeasteye.net/news/israels-army-prepared-ground-

22   assault-gaza-official-275282816.

23   v.   A news article published by the Global News, dated July 9, 2014, entitled

24   "UPDATE: Israel hits key Hamas targets in Gaza offensive." This article

25   is available at: http://globalnews.ca/news/1438089/israel-strikes-hamas-

26   targets-in-gaza-to-stop-rocket-fire/.

27   w.   A news article published by the Global News, dated July 15, 2014,

28   entitled "Israel: Hamas to pay price for its 'no' to truce." This article is

32

ATLANTIC SPECIALTY INSURANCE COMPANY'S THIRD AMENDED RESPONSES
TO PLAINTIFFS' FIRST SET OF INTERROGATORIES

1 available at: http://globalnews.ca/news/1451058/israel-hamas-to-pay-
2 price-for-its-no-to-truce/.

3 x. The news article entitled "LIVE UPDATES: Operation Protective Edge,
4 Day 7," published by Haaretz on July 15, 2014. The article is available at:
5 http://www.haaretz.com/israel-news/1.604898#!.

6 y. The December 2, 2010 Congressional Research Service Report entitled
7 "Hamas: Background and Issues for Congress," and authored by Jim
8 Zanotti.

9 z. The January 31, 2014 Congressional Research Service Report entitled
10 "The Palestinians: Background and U.S. Relations," and authored by Jim
11 Zanotti.

12 aa. Black's Law Dictionary, as discussed above.

13 bb. The Dictionary of International and Comparative Law, as discussed
14 above.

15 cc. The Handbook of Humanitarian Law in Armed Conflicts, as discussed
16 above.

17 dd. The travel warning issued by the United States on February 3, 2014,
18 regarding travel to Israel.

19 ee. The United Kingdom's website regarding travel to Israel, available at:
20 https://www.gov.uk/foreign-travel-advice/israel, as it existed on July 15,
21 2014.

22 ff. The news clips (videos) available at the following websites:

23 i. http://www.msnbc.com/the-last-word/watch/mh17-mystery-and-
24 war-in-gaza-308247107963;

25 ii. http://www.msnbc.com/melissa-harris-perry/watch/what-it-means-
26 to-live-in-a-war-zone-309370947801;

27 iii. http://www.msnbc.com/all-in-with-chris-hayes/watch/day-breaks-
28 in-gaza-following-invasion-307348035939;

ANDERSON, MCPHARLIN & CONNERS LLP
LAWYERS
707 WILSHIRE BOULEVARD, SUITE 4000
LOS ANGELES, CALIFORNIA 90017-3623

---

33

ATLANTIC SPECIALTY INSURANCE COMPANY'S THIRD AMENDED RESPONSES
TO PLAINTIFFS' FIRST SET OF INTERROGATORIES

iv. http://www.msnbc.com/all-in-with-chris-hayes/watch/ground-war-in-gaza-307290179722;

v. www.cbsnews.com/videos/new-clashes-between-israel-palestinians-is-ground-war-next/.

gg. The facts set forth in the February 10, 2015 Congressional Research Service Report entitled "The Palestinians: Background and U.S. Relations," which was authored by Jim Zanotti, who is identified as an Analyst in Middle Eastern Affairs. Atlantic will not recite each and every fact within that Congressional Report. But in particular, Atlantic relies on the following facts: the report referred to the "summer 2014 conflict" between Israel and Hamas (along with other Palestinian militants based in Gaza) as a "major conflict" and noted that it lasted approximately 50 days; 2,100 Palestinians were killed, and 71 Israelis (including five civilians) were killed in the 50-day conflict; Hamas depleted 80% of its rocket and mortar arsenal during the summer 2014 Israel-Gaza conflict; an Israeli official was quoted as stating that Israel's military efforts during the summer 2014 conflict "will give us quiet for a long time." (page 25 of the Report).

hh. Reports that: as many as 485,000 Palestinians had been displaced and were staying in emergency shelters or with host families, more than 130 schools and 24 health facilities were damaged in the Gaza Strip as a result of attacks by Israeli forces; Israeli forces also completely destroyed 73 mosques in Gaza and damaged another 203.

ii. Reports that: rocket attacks from Gaza caused damage to Israeli civilian infrastructure, resulting in 3,000 claims of damage being submitted to Israel's Tax Authority; the estimated economic cost to Israel was $2.5 billion.

jj. Reports that the Palestinian casualties totaled 2,220, 1,492 of whom were

ANDERSON, McPHARLIN & CONNERS LLP
LAWYERS
707 WILSHIRE BOULEVARD, SUITE 4000
LOS ANGELES, CALIFORNIA 90017-3623

34

EXHIBIT 6, PAGE 165

1  civilians (551 children and 299 women), 605 militants, and 123 of

2  unknown status. Approximately 11,000 Palestinians were wounded.

3  kk. Reports that 66 Israeli Defense Force soldiers were killed, as were 5

4  Israeli civilians.

5  ll. To the extent not already mentioned above, facts learned through research

6  of Hamas and Palestine, and Hamas's ongoing conflicts and prior wars

7  with Israel, including operations, official positions held, and capabilities,

8  which research included review of primary sources discussing Hamas and

9  Palestine, as listed in "Hamas," appearing in Wikipedia

10  (http://en.wikipedia.org/wiki/Hamas) as it existed on July 16, 2014.

11  With regard to facts supporting its position, Atlantic refers to and incorporates specific

12  claim-related documents produced in this case, which reflect facts considered, which

13  are bates numbered ATL001458 – ATL001463 (reference to foreign travel advice);

14  ATL001199 – ATL001204 (reference to U.S. travel warning); ATL001529 (reference

15  to foreign travel advice and Hamas article); ATL001562 – ATL001563 (reference to

16  news stories specified in links stated); ATL000502 (reference to news article);

17  ATL000294 (reference to reporting on events and specific links to news stories);

18  ATL001828 (reference to reporting on facts and developments and mentions of *DIG*);

19  ATL00385 - ATL00392 (references to facts); ATL001877 (references to articles);

20  ATL002171 – ATL002175 and ATL002172 – ATL002175 (references to facts).

21  Atlantic reserves the right to supplement this Response, as discovery is ongoing, and as

22  individual witnesses who are deposed in this case may provide additional information

23  not yet known to Atlantic.

24

25  **INTERROGATORY NO. 8:**

26  State all facts which support ATLANTIC'S position that Exclusion 3 of the

27  General Conditions section of the POLICY, which excludes coverage for loss caused

28  directly or indirectly by "insurrection, rebellion, revolution, usurped power, or action

ANDERSON, McPHARLIN & CONNERS LLP
LAWYERS
707 WILSHIRE BOULEVARD, SUITE 4000
LOS ANGELES, CALIFORNIA 90017-3623

35

EXHIBIT 6, PAGE 166

1  taken by governmental authority in hindering or defending against any of these,"

2  applies to the *DIG* CLAIM.

3  **RESPONSE TO INTERROGATORY NO. 8:** Atlantic contends that the exclusion

4  quoted above in Interrogatory No. 8 applies based on based on the facts recited in

5  response to interrogatories Nos. 3-5 and the facts contained in the documents cited

6  therein, and incorporates those responses herein by reference. Atlantic further responds

7  that it contends that the exclusion quoted above in Interrogatory No. 8 applies based on

8  the following facts and the information contained in and statements made in the

9  following documents:

10      a.  The facts set forth in the December 2, 2010 Congressional Research

11          Service Report entitled "Hamas: Background and Issues for Congress,"

12          which was authored by Jim Zanotti, who is identified as an Analyst in

13          Middle Eastern Affairs. Atlantic will not recite each and every fact within

14          that Congressional Report. But in particular, Atlantic noted that Hamas

15          was identified in that Report as a religious and political organization and

16          the Report's statement that, since June 2007, Hamas has had control over

17          the Gaza Strip and that Hamas has a "military wing." Atlantic also

18          considered the timeline included in this Report, which sets forth a long

19          history of the key dates in Hamas's history and its many conflicts with

20          Israel, several of which are referred to as wars.

21      b.  The facts set forth in the January 31, 2014 Congressional Research

22          Service Report entitled "The Palestinians: Background and U.S.

23          Relations," which was authored by Jim Zanotti, who is identified as an

24          Analyst in Middle Eastern Affairs. Atlantic will not recite each and every

25          fact within that Congressional Report. But in particular, Atlantic

26          considered the following facts: the report seemed to distinguish between

27          "armed conflicts" and "terrorism"; 130 of the 193 U.N. member states

28          have formally recognized the state of Palestine; on November 29, 2012,

ANDERSON, McPHARLIN & CONNERS LLP
LAWYERS
707 WILSHIRE BOULEVARD, SUITE 4000
LOS ANGELES, CALIFORNIA 90017-3623

36

ATLANTIC SPECIALTY INSURANCE COMPANY'S THIRD AMENDED RESPONSES
TO PLAINTIFFS' FIRST SET OF INTERROGATORIES

1    the U.N. General Assembly adopted Resolution 67/19 by a vote of 138 to
2    9 (with 41 abstentions), which recognized Palestine as a "non-member
3    state," (whereas it was previously an "entity"); in the fall of 2011, the
4    Palestinians obtained membership in the U.N. Educational, Scientific and
5    Cultural Organization (UNESCO); the claim by the Palestinians that Israel
6    is directing even more force and violence against them than Palestine is
7    directing at Israel; Hamas has entered into a position of responsibility and
8    political power since 2007; that the Palestinian Authority, which rules the
9    Gaza Strip and parts of the West Bank, is, though not a state, organized
10   like one—complete with democratic mechanisms, security forces, and
11   executive, legislative, and judicial organs of governance; the Palestinian
12   Authority's legislative branch is the Palestinian Legislative Council
13   (PLC); Hamas won the January 2006 PLC elections; ultimately, Hamas
14   forcibly took control over Gaza in June 2007.

c.   The statement by Israeli President Benjamin Netanyahu, as reported in the
     news, that Israel would use "full force" against militants in Gaza.

d.   The statement by Israeli President Benjamin Netanyahu, as reported in the
     news, that "Hamas chose to continue fighting and will pay the price for
     that decision … When there is no cease-fire, our answer is fire."

e.   A report by the Washington Post stating that: Israel had struck at least 25
     targets inside Gaza, including the home of a senior Hamas leader
     Mahmoud Al Zahar; Hamas militants had fired at least 13 rockets into
     southern Israel; Israel's "Iron Dome," an air-defense system that exists to
     deflect weapons fired from Palestine, was deflecting fire from Gaza; Israel
     had announced plans for a ground attack on Gaza; Israel dropped leaflets
     into Gaza warning the population to evacuate; Israel had invaded Gaza
     with tanks and gunboats.

f.   Several sources, in particular, Black's Law Dictionary, The Dictionary of

ANDERSON, MCPHARLIN & CONNERS LLP
LAWYERS
707 WILSHIRE BOULEVARD, SUITE 4000
LOS ANGELES, CALIFORNIA 90017-3623

ATLANTIC SPECIALTY INSURANCE COMPANY'S THIRD AMENDED RESPONSES
TO PLAINTIFFS' FIRST SET OF INTERROGATORIES

EXHIBIT 6, PAGE 168

ANDERSON, McPHARLIN & CONNERS LLP

LAWYERS

707 WILSHIRE BOULEVARD, SUITE 4000

LOS ANGELES, CALIFORNIA 90017-3623

International and Comparative Law, and the Handbook of Humanitarian Law in Armed Conflicts, define "war" as including any hostile conflict by means of armed forces between nations, states, or rulers, or even between two "parties." Atlantic quoted these definitions on page 6 of its July 28, 2014 denial letter to Andrea Garber.

g.  Hamas was the governing authority over the Gaza Strip in July 2014 and had a military wing known as the Qassam Brigades, as well as a police force, a security force, and intelligence personnel.

h. In several news articles published in July 2014 by MSNBC and in television reports that appeared on the news channel MSNBC (which is an affiliate of NBC Universal), the Israeli-Palestinian "conflict" in 2014 was referred to as a "war."

i. Reported events and details of actions that occurred during June and July 2014, as reported in various news sources, including but not limited to CBS news videos and MSNBC videos, articles, and features, including direct clashes of armed forces from opposing sides of the war, gunfights, firing of long-range rockets, rocket attacks into Tel Aviv, Jerusalem, and/or Southern Israel, planning for a ground incursion, a ground campaign, war planes, gunboats, mutual exchange of air strikes, rejection of a proposed cease fire, and injuries and deaths in Israel, Palestine, Gaza City, and/or the Gaza Strip, and comments from Israel regarding its intentions.

j. Hamas militants stated on al-Aqsa TV that Hamas was firing rockets in response to "Israeli aggression against Palestinians in the West Bank, Jerusalem and Gaza." According to news reports, the statement was issued in the name of the Qassam Brigades and laid out four conditions for a ceasefire: ending all action in Jerusalem and the West Bank, ending the fire on and siege of Gaza, releasing all the prisoners who were re-arrested

38

EXHIBIT 6, PAGE 169

ANDERSON, McPHARLIN & CONNERS LLP

LAWYERS

707 WILSHIRE BOULEVARD, SUITE 4000

LOS ANGELES, CALIFORNIA 90017-3623

in the Israeli operation launched on June 12, 2014, after the disappearance of three Israeli settlers and the ceasing of "meddling" in the Palestinian Unity government.

k. Moussa Abu Marzouk, a top Hamas official, stated, as reported in a news article: "There should be a new equation so that we will not have a war on Gaza every two years."

l. The word "militants" is used to describe Hamas forces in various news articles (identified in response to Interrogatory No. 4 below) and the Congressional Reports identified in subparts (a) and (b) of this response to Interrogatory No. 3.

m. Hamas spokesman Sami Abu Zuhri stated, as reported in a news article: "There will be no truce without an end to the war that the Occupation (Israel) began, a lifting of the blockade and a halt to all violations and killings in Gaza and the West Bank."

n. E-mail sent by Stephen Smith, head of NBC security for Europe, dated July 10, 2014, regarding NBCU Security's decision to move the filming of *Dig* out of Israel.

o. A news article published by the Washington Post, dated July 10, 2014, by Griff Witte and William Booth, entitled "As cease-fire with Hamas fails to take shape, Netanyahu says, 'Our answer is fire.'" This article is available at: https://www.washingtonpost.com/world/israel-accepts-truce-plan-hamas-balks/2014/07/15/04373008-0bf5-11e4-8c9a-923ecc0c7d23_story.html?utm_term=.e99302eb1314.

p. A news article published by MSNBC dated July 18, 2014, by Benjamin Landy and Maria Lokke, entitled "Scenes of war and heartbreak as Israeli ground forces invade Gaza." This article is available at: http://www.msnbc.com/msnbc/scenes-war-and-heartbreak-israel-hamas-conflict-intensifies.

39

EXHIBIT 6, PAGE 170

q. A news article published by MSNBC dated July 18, 2014, by David Taintor, entitled "Obama points to rebels in downed Malaysian jet." This article is available at: http://www.msnbc.com/msnbc/obama-american-dead-malaysia-airlines-crash.

r. A news article published by MSNBC dated July 16, 2014, by Donna Stefano, entitled "In Israel and Palestine, children imagine a world without war." This article is available at: http://www.msnbc.com/msnbc/israel-and-palestine-children-imagine-world-without-war.

s. A news article published by the Times of Israel by Adiv Sterman, dated July 16, 2014, entitled "Ground incursion in Gaza said 'very likely.'" This article is available at: http://www.timesofisrael.com/idf-ground-incursion-in-gaza-very-likely/.

t. A collection of "LiveBlogs" published by the Times of Israel on July 7, 2014, by Itamar Sharon, Marissa Newman, and Ilan Ben Zion, entitled "Israel launches 'Protective Edge' counteroffensive on Gaza, Jewish suspects reenact teen's murder." This collection is available at: http://www.timesofisrael.com/as-israel-grapples-with-homegrown-killers-violence-continues/#!.

u. A news article published by Middle East Eye dated July 8, 2014, entitled "Hamas claims responsibility for rockets fired at Jerusalem, Tel Aviv and Haifa." This article is available at: http://www.middleeasteye.net/news/israels-army-prepared-ground-assault-gaza-official-275282816.

v. A news article published by the Global News, dated July 9, 2014, entitled "UPDATE: Israel hits key Hamas targets in Gaza offensive." This article is available at: http://globalnews.ca/news/1438089/israel-strikes-hamas-targets-in-gaza-to-stop-rocket-fire/.

ANDERSON, McPHARLIN & CONNERS LLP
LAWYERS
707 WILSHIRE BOULEVARD, SUITE 4000
LOS ANGELES, CALIFORNIA 90017-3623

40

EXHIBIT 6, PAGE 171

ANDERSON, McPHARLIN & CONNERS LLP
LAWYERS
707 WILSHIRE BOULEVARD, SUITE 4000
LOS ANGELES, CALIFORNIA 90017-3623

w. A news article published by the Global News, dated July 15, 2014, entitled "Israel: Hamas to pay price for its 'no' to truce." This article is available at: http://globalnews.ca/news/1451058/israel-hamas-to-pay-price-for-its-no-to-truce/.

x. The news article entitled "LIVE UPDATES: Operation Protective Edge, Day 7," published by Haaretz on July 15, 2014. The article is available at: http://www.haaretz.com/israel-news/1.604898#!.

y. The December 2, 2010 Congressional Research Service Report entitled "Hamas: Background and Issues for Congress," and authored by Jim Zanotti.

z. The January 31, 2014 Congressional Research Service Report entitled "The Palestinians: Background and U.S. Relations," and authored by Jim Zanotti.

aa. Black's Law Dictionary, as discussed above.

bb. The Dictionary of International and Comparative Law, as discussed above.

cc. The Handbook of Humanitarian Law in Armed Conflicts, as discussed above.

dd. The travel warning issued by the United States on February 3, 2014, regarding travel to Israel.

ee. The United Kingdom's website regarding travel to Israel, available at: https://www.gov.uk/foreign-travel-advice/israel, as it existed on July 15, 2014.

ff. The news clips (videos) available at the following websites:

    a. http://www.msnbc.com/the-last-word/watch/mh17-mystery-and-war-in-gaza-308247107963;

    b. http://www.msnbc.com/melissa-harris-perry/watch/what-it-means-to-live-in-a-war-zone-309370947801;

41

ATLANTIC SPECIALTY INSURANCE COMPANY'S THIRD AMENDED RESPONSES
TO PLAINTIFFS' FIRST SET OF INTERROGATORIES

ANDERSON, McPHARLIN & CONNERS LLP

LAWYERS

707 WILSHIRE BOULEVARD, SUITE 4000

LOS ANGELES, CALIFORNIA 90017–3623

1    c. http://www.msnbc.com/all-in-with-chris-hayes/watch/day-breaks-

2        in-gaza-following-invasion-307348035939;

3    d. http://www.msnbc.com/all-in-with-chris-hayes/watch/ground-war-

4        in-gaza-307290179722;

5    e. www.cbsnews.com/videos/new-clashes-between-israel-

6        palestinians-is-ground-war-next/.

7  gg. The facts set forth in the February 10, 2015 Congressional Research

8       Service Report entitled "The Palestinians: Background and U.S.

9       Relations," which was authored by Jim Zanotti, who is identified as an

10      Analyst in Middle Eastern Affairs. Atlantic will not recite each and every

11      fact within that Congressional Report. But in particular, Atlantic relies on

12      the following facts: the report referred to the "summer 2014 conflict"

13      between Israel and Hamas (along with other Palestinian militants based in

14      Gaza) as a "major conflict" and noted that it lasted approximately 50 days;

15      2,100 Palestinians were killed, and 71 Israelis (including five civilians)

16      were killed in the 50-day conflict; Hamas depleted 80% of its rocket and

17      mortar arsenal during the summer 2014 Israel-Gaza conflict; an Israeli

18      official was quoted as stating that Israel's military efforts during the

19      summer 2014 conflict "will give us quiet for a long time." (page 25 of the

20      Report).

21  hh. Reports that: as many as 485,000 Palestinians had been displaced and

22      were staying in emergency shelters or with host families, more than 130

23      schools and 24 health facilities were damaged in the Gaza Strip as a result

24      of attacks by Israeli forces; Israeli forces also completely destroyed 73

25      mosques in Gaza and damaged another 203.

26  ii. Reports that: rocket attacks from Gaza caused damage to Israeli civilian

27      infrastructure, resulting in 3,000 claims of damage being submitted to

28      Israel's Tax Authority; the estimated economic cost to Israel was $2.5

billion.

jj. Reports that the Palestinian casualties totaled 2,220, 1,492 of whom were civilians (551 children and 299 women), 605 militants, and 123 of unknown status. Approximately 11,000 Palestinians were wounded.

kk. Reports that 66 Israeli Defense Force soldiers were killed, as were 5 Israeli civilians.

ll. To the extent not already mentioned above, facts learned through research of Hamas and Palestine, and Hamas's ongoing conflicts and prior wars with Israel, including operations, official positions held, and capabilities, which research included review of primary sources discussing Hamas and Palestine, as listed in "Hamas," appearing in Wikipedia (http://en.wikipedia.org/wiki/Hamas) as it existed on July 16, 2014.

With regard to facts supporting its position, Atlantic refers to and incorporates specific claim-related documents produced in this case, which reflect facts considered, which are bates numbered ATL001458 – ATL001463 (reference to foreign travel advice); ATL001199 – ATL001204 (reference to U.S. travel warning); ATL001529 (reference to foreign travel advice and Hamas article); ATL001562 – ATL001563 (reference to news stories specified in links stated); ATL000502 (reference to news article); ATL000294 (reference to reporting on events and specific links to news stories); ATL001828 (reference to reporting on facts and developments and mentions of *DIG*); ATL00385 - ATL00392 (references to facts); ATL001877 (references to articles); ATL002171 – ATL002175 and ATL002172 – ATL002175 (references to facts).

Atlantic reserves the right to supplement this Response, as discovery is ongoing, and as individual witnesses who are deposed in this case may provide additional information not yet known to Atlantic.

**INTERROGATORY NO. 9:**

State all facts which support ATLANTIC'S position that Exclusion 4 of the

ANDERSON, MCPHARLIN & CONNERS LLP
LAWYERS
707 WILSHIRE BOULEVARD, SUITE 4000
LOS ANGELES, CALIFORNIA 90017-3623

43

EXHIBIT 6, PAGE 174

1  General Conditions section of the POLICY, which excludes coverage for loss caused

2  directly or indirectly by "any weapon of war including atomic fission or radioactive

3  force, whether in time of peace or war," applies to the *DIG* CLAIM.

4  **RESPONSE TO INTERROGATORY NO. 9:** Atlantic contends that the exclusion

5  quoted above in Interrogatory No. 9 applies based on based on the facts recited in

6  response to interrogatories Nos. 3-5 and the facts contained in the documents cited

7  therein, and incorporates those responses herein by reference. Atlantic further responds

8  that it contends that the exclusion quoted above in Interrogatory No. 9 applies based on

9  the following facts and the information contained in and statements made in the

10  following documents:

11    a. The facts set forth in the December 2, 2010 Congressional Research

12       Service Report entitled "Hamas: Background and Issues for Congress,"

13       which was authored by Jim Zanotti, who is identified as an Analyst in

14       Middle Eastern Affairs. Atlantic will not recite each and every fact within

15       that Congressional Report. But in particular, Atlantic noted that Hamas

16       was identified in that Report as a religious and political organization and

17       the Report's statement that, since June 2007, Hamas has had control over

18       the Gaza Strip and that Hamas has a "military wing." Atlantic also

19       considered the timeline included in this Report, which sets forth a long

20       history of the key dates in Hamas's history and its many conflicts with

21       Israel, several of which are referred to as wars.

22    b. The facts set forth in the January 31, 2014 Congressional Research

23       Service Report entitled "The Palestinians: Background and U.S.

24       Relations," which was authored by Jim Zanotti, who is identified as an

25       Analyst in Middle Eastern Affairs. Atlantic will not recite each and every

26       fact within that Congressional Report. But in particular, Atlantic

27       considered the following facts: the report seemed to distinguish between

28       "armed conflicts" and "terrorism"; 130 of the 193 U.N. member states

ANDERSON, McPHARLIN & CONNERS LLP
LAWYERS
707 WILSHIRE BOULEVARD, SUITE 4000
LOS ANGELES, CALIFORNIA 90017-3623

44

ANDERSON, McPHARLIN & CONNERS LLP
LAWYERS
707 WILSHIRE BOULEVARD, SUITE 4000
LOS ANGELES, CALIFORNIA 90017-3623

1    have formally recognized the state of Palestine; on November 29, 2012,

2    the U.N. General Assembly adopted Resolution 67/19 by a vote of 138 to

3    9 (with 41 abstentions), which recognized Palestine as a "non-member

4    state," (whereas it was previously an "entity"); in the fall of 2011, the

5    Palestinians obtained membership in the U.N. Educational, Scientific and

6    Cultural Organization (UNESCO); the claim by the Palestinians that Israel

7    is directing even more force and violence against them than Palestine is

8    directing at Israel; Hamas has entered into a position of responsibility and

9    political power since 2007; that the Palestinian Authority, which rules the

10   Gaza Strip and parts of the West Bank, is, though not a state, organized

11   like one—complete with democratic mechanisms, security forces, and

12   executive, legislative, and judicial organs of governance; the Palestinian

13   Authority's legislative branch is the Palestinian Legislative Council

14   (PLC); Hamas won the January 2006 PLC elections; ultimately, Hamas

15   forcibly took control over Gaza in June 2007.

16   c.   The statement by Israeli President Benjamin Netanyahu, as reported in the

17        news, that Israel would use "full force" against militants in Gaza.

18   d.   The statement by Israeli President Benjamin Netanyahu, as reported in the

19        news, that "Hamas chose to continue fighting and will pay the price for

20        that decision … When there is no cease-fire, our answer is fire."

21   e.   A report by the Washington Post stating that: Israel had struck at least 25

22        targets inside Gaza, including the home of a senior Hamas leader

23        Mahmoud Al Zahar; Hamas militants had fired at least 13 rockets into

24        southern Israel; Israel's "Iron Dome," an air-defense system that exists to

25        deflect weapons fired from Palestine, was deflecting fire from Gaza; Israel

26        had announced plans for a ground attack on Gaza; Israel dropped leaflets

27        into Gaza warning the population to evacuate; Israel had invaded Gaza

28        with tanks and gunboats.

45

ATLANTIC SPECIALTY INSURANCE COMPANY'S THIRD AMENDED RESPONSES
TO PLAINTIFFS' FIRST SET OF INTERROGATORIES

ANDERSON, McPHARLIN & CONNERS LLP

LAWYERS

707 WILSHIRE BOULEVARD, SUITE 4000

LOS ANGELES, CALIFORNIA 90017-3623

f.  Several sources, in particular, Black's Law Dictionary, The Dictionary of International and Comparative Law, and the Handbook of Humanitarian Law in Armed Conflicts, define "war" as including any hostile conflict by means of armed forces between nations, states, or rulers, or even between two "parties." Atlantic quoted these definitions on page 6 of its July 28, 2014 denial letter to Andrea Garber.

g.  Hamas was the governing authority over the Gaza Strip in July 2014 and had a military wing known as the Qassam Brigades, as well as a police force, a security force, and intelligence personnel.

h.  In several news articles published in July 2014 by MSNBC and in television reports that appeared on the news channel MSNBC (which is an affiliate of NBC Universal), the Israeli-Palestinian "conflict" in 2014 was referred to as a "war."

i.  Reported events and details of actions that occurred during June and July 2014, as reported in various news sources, including but not limited to CBS news videos and MSNBC videos, articles, and features, including direct clashes of armed forces from opposing sides of the war, gunfights, firing of long-range rockets, rocket attacks into Tel Aviv, Jerusalem, and/or Southern Israel, planning for a ground incursion, a ground campaign, war planes, gunboats, mutual exchange of air strikes, rejection of a proposed cease fire, and injuries and deaths in Israel, Palestine, Gaza City, and/or the Gaza Strip, and comments from Israel regarding its intentions.

j.  Hamas militants stated on al-Aqsa TV that Hamas was firing rockets in response to "Israeli aggression against Palestinians in the West Bank, Jerusalem and Gaza." According to news reports, the statement was issued in the name of the Qassam Brigades and laid out four conditions for a ceasefire: ending all action in Jerusalem and the West Bank, ending the

46

ATLANTIC SPECIALTY INSURANCE COMPANY'S THIRD AMENDED RESPONSES
TO PLAINTIFFS' FIRST SET OF INTERROGATORIES

EXHIBIT 6, PAGE 177

ANDERSON, McPHARLIN & CONNERS LLP
LAWYERS
707 WILSHIRE BOULEVARD, SUITE 4000
LOS ANGELES, CALIFORNIA 90017-3623

fire on and siege of Gaza, releasing all the prisoners who were re-arrested in the Israeli operation launched on June 12, 2014, after the disappearance of three Israeli settlers and the ceasing of "meddling" in the Palestinian Unity government.

k. Moussa Abu Marzouk, a top Hamas official, stated, as reported in a news article: "There should be a new equation so that we will not have a war on Gaza every two years."

l. The word "militants" is used to describe Hamas forces in various news articles (identified in response to Interrogatory No. 4 below) and the Congressional Reports identified in subparts (a) and (b) of this response to Interrogatory No. 3.

m. Hamas spokesman Sami Abu Zuhri stated, as reported in a news article: "There will be no truce without an end to the war that the Occupation (Israel) began, a lifting of the blockade and a halt to all violations and killings in Gaza and the West Bank."

n. E-mail sent by Stephen Smith, head of NBC security for Europe, dated July 10, 2014, regarding NBCU Security's decision to move the filming of *Dig* out of Israel.

o. A news article published by the Washington Post, dated July 10, 2014, by Griff Witte and William Booth, entitled "As cease-fire with Hamas fails to take shape, Netanyahu says, 'Our answer is fire.'" This article is available at: https://www.washingtonpost.com/world/israel-accepts-truce-plan-hamas-balks/2014/07/15/04373008-0bf5-11e4-8c9a-923ecc0c7d23_story.html?utm_term=.e99302eb1314.

p. A news article published by MSNBC dated July 18, 2014, by Benjamin Landy and Maria Lokke, entitled "Scenes of war and heartbreak as Israeli ground forces invade Gaza." This article is available at: http://www.msnbc.com/msnbc/scenes-war-and-heartbreak-israel-hamas-

47

EXHIBIT 6, PAGE 178

ANDERSON, McPHARLIN & CONNERS LLP
LAWYERS
707 WILSHIRE BOULEVARD, SUITE 4000
LOS ANGELES, CALIFORNIA 90017-3623

1  conflict-intensifies.

2  q.  A news article published by MSNBC dated July 18, 2014, by David

3  Taintor, entitled "Obama points to rebels in downed Malaysian jet." This

4  article is available at: http://www.msnbc.com/msnbc/obama-american-

5  dead-malaysia-airlines-crash.

6  r.  A news article published by MSNBC dated July 16, 2014, by Donna

7  Stefano, entitled "In Israel and Palestine, children imagine a world

8  without        war."        This        article        is        available        at:

9  http://www.msnbc.com/msnbc/israel-and-palestine-children-imagine-

10  world-without-war.

11  s.  A news article published by the Times of Israel by Adiv Sterman, dated

12  July 16, 2014, entitled "Ground incursion in Gaza said 'very likely.'" This

13  article is available at: http://www.timesofisrael.com/idf-ground-incursion-

14  in-gaza-very-likely/.

15  t.  A collection of "LiveBlogs" published by the Times of Israel on July 7,

16  2014, by Itamar Sharon, Marissa Newman, and Ilan Ben Zion, entitled

17  "Israel launches 'Protective Edge' counteroffensive on Gaza, Jewish

18  suspects reenact teen's murder." This collection is available at:

19  http://www.timesofisrael.com/as-israel-grapples-with-homegrown-killers-

20  violence-continues/#!.

21  u.  A news article published by Middle East Eye dated July 8, 2014, entitled

22  "Hamas claims responsibility for rockets fired at Jerusalem, Tel Aviv and

23  Haifa."        This        article        is        available        at:

24  http://www.middleeasteye.net/news/israels-army-prepared-ground-

25  assault-gaza-official-275282816.

26  v.  A news article published by the Global News, dated July 9, 2014, entitled

27  "UPDATE: Israel hits key Hamas targets in Gaza offensive." This article

28  is available at: http://globalnews.ca/news/1438089/israel-strikes-hamas-

EXHIBIT 6, PAGE 179

1        targets-in-gaza-to-stop-rocket-fire/.

2    w.  A news article published by the Global News, dated July 15, 2014,

3        entitled "Israel: Hamas to pay price for its 'no' to truce." This article is

4        available at: http://globalnews.ca/news/1451058/israel-hamas-to-pay-

5        price-for-its-no-to-truce/.

6    x.  The news article entitled "LIVE UPDATES: Operation Protective Edge,

7        Day 7," published by Haaretz on July 15, 2014. The article is available at:

8        http://www.haaretz.com/israel-news/1.604898#!.

9    y.  The December 2, 2010 Congressional Research Service Report entitled

10       "Hamas: Background and Issues for Congress," and authored by Jim

11       Zanotti.

12   z.  The January 31, 2014 Congressional Research Service Report entitled

13       "The Palestinians: Background and U.S. Relations," and authored by Jim

14       Zanotti.

15   aa. Black's Law Dictionary, as discussed above.

16   bb. The Dictionary of International and Comparative Law, as discussed

17       above.

18   cc. The Handbook of Humanitarian Law in Armed Conflicts, as discussed

19       above.

20   dd. The travel warning issued by the United States on February 3, 2014,

21       regarding travel to Israel.

22   ee. The United Kingdom's website regarding travel to Israel, available at:

23       https://www.gov.uk/foreign-travel-advice/israel, as it existed on July 15,

24       2014.

25   ff. The news clips (videos) available at the following websites:

26       a.  http://www.msnbc.com/the-last-word/watch/mh17-mystery-and-

27           war-in-gaza-308247107963;

28       b.  http://www.msnbc.com/melissa-harris-perry/watch/what-it-means-

49

ANDERSON, McPHARLIN & CONNERS LLP
LAWYERS
707 WILSHIRE BOULEVARD, SUITE 4000
LOS ANGELES, CALIFORNIA 90017-3623

EXHIBIT 6, PAGE 180

to-live-in-a-war-zone-309370947801;

   c. http://www.msnbc.com/all-in-with-chris-hayes/watch/day-breaks-in-gaza-following-invasion-307348035939;

   d. http://www.msnbc.com/all-in-with-chris-hayes/watch/ground-war-in-gaza-307290179722;

   e. www.cbsnews.com/videos/new-clashes-between-israel-palestinians-is-ground-war-next/.

gg. The facts set forth in the February 10, 2015 Congressional Research Service Report entitled "The Palestinians: Background and U.S. Relations," which was authored by Jim Zanotti, who is identified as an Analyst in Middle Eastern Affairs. Atlantic will not recite each and every fact within that Congressional Report. But in particular, Atlantic relies on the following facts: the report referred to the "summer 2014 conflict" between Israel and Hamas (along with other Palestinian militants based in Gaza) as a "major conflict" and noted that it lasted approximately 50 days; 2,100 Palestinians were killed, and 71 Israelis (including five civilians) were killed in the 50-day conflict; Hamas depleted 80% of its rocket and mortar arsenal during the summer 2014 Israel-Gaza conflict; an Israeli official was quoted as stating that Israel's military efforts during the summer 2014 conflict "will give us quiet for a long time." (page 25 of the Report).

hh. Reports that: as many as 485,000 Palestinians had been displaced and were staying in emergency shelters or with host families, more than 130 schools and 24 health facilities were damaged in the Gaza Strip as a result of attacks by Israeli forces; Israeli forces also completely destroyed 73 mosques in Gaza and damaged another 203.

ii. Reports that: rocket attacks from Gaza caused damage to Israeli civilian infrastructure, resulting in 3,000 claims of damage being submitted to

50

ANDERSON, McPHARLIN & CONNERS LLP
LAWYERS
707 WILSHIRE BOULEVARD, SUITE 4000
LOS ANGELES, CALIFORNIA 90017-3623

EXHIBIT 6, PAGE 181

ANDERSON, McPHARLIN & CONNERS LLP
LAWYERS
707 WILSHIRE BOULEVARD, SUITE 4000
LOS ANGELES, CALIFORNIA 90017-3623

1  Israel's Tax Authority; the estimated economic cost to Israel was $2.5

2  billion.

3  jj. Reports that the Palestinian casualties totaled 2,220, 1,492 of whom were

4  civilians (551 children and 299 women), 605 militants, and 123 of

5  unknown status. Approximately 11,000 Palestinians were wounded.

6  kk. Reports that 66 Israeli Defense Force soldiers were killed, as were 5

7  Israeli civilians.

8  ll. To the extent not already mentioned above, facts learned through research

9  of Hamas and Palestine, and Hamas's ongoing conflicts and prior wars

10  with Israel, including operations, official positions held, and capabilities,

11  which research included review of primary sources discussing Hamas and

12  Palestine, as listed in "Hamas," appearing in Wikipedia

13  (http://en.wikipedia.org/wiki/Hamas) as it existed on July 16, 2014.

14  With regard to facts supporting its position, Atlantic refers to and incorporates specific

15  claim-related documents produced in this case, which reflect facts considered, which

16  are bates numbered ATL001458 – ATL001463 (reference to foreign travel advice);

17  ATL001199 – ATL001204 (reference to U.S. travel warning); ATL001529 (reference

18  to foreign travel advice and Hamas article); ATL001562 – ATL001563 (reference to

19  news stories specified in links stated); ATL000502 (reference to news article);

20  ATL000294 (reference to reporting on events and specific links to news stories);

21  ATL001828 (reference to reporting on facts and developments and mentions of *DIG*);

22  ATL00385 - ATL00392 (references to facts); ATL001877 (references to articles);

23  ATL002171 – ATL002175 and ATL002172 – ATL002175 (references to facts).

24  Atlantic reserves the right to supplement this Response, as discovery is ongoing, and as

25  individual witnesses who are deposed in this case may provide additional information

26  not yet known to Atlantic.

27

28  **INTERROGATORY NO. 10:**

51

EXHIBIT 6, PAGE 182

1   State all facts which support ATLANTIC'S position that Exclusion 8 of Section
2   III — Extra Expense of the POLICY, which excludes coverage for loss caused by,
3   resulting from, or arising out of "any concern or fear of an occurrence which may affect
4   the commencement of [sic] the continuation of the Insured Production, except the
5   action of a civil authority that prevents access to, exit from (ingress or egress) or closes
6   down the location and or facilities due to condition that threaten the safety of case, crew
7   or property," applies to the *DIG* CLAIM.

8   **RESPONSE TO INTERROGATORY NO. 10:** Atlantic contends that the exclusion
9   quoted above in Interrogatory No. 10 applies based on based on the facts recited in
10  response to interrogatories Nos. 3-5 and the facts contained in the documents cited
11  therein, and incorporates those responses herein by reference. Atlantic further responds
12  that it contends that the exclusion quoted above in Interrogatory No. 10 applies based
13  on the following facts and the information contained in and statements made in the
14  following documents:

15      a. The facts set forth in the December 2, 2010 Congressional Research
16         Service Report entitled "Hamas: Background and Issues for Congress,"
17         which was authored by Jim Zanotti, who is identified as an Analyst in
18         Middle Eastern Affairs. Atlantic will not recite each and every fact within
19         that Congressional Report. But in particular, Atlantic noted that Hamas
20         was identified in that Report as a religious and political organization and
21         the Report's statement that, since June 2007, Hamas has had control over
22         the Gaza Strip and that Hamas has a "military wing." Atlantic also
23         considered the timeline included in this Report, which sets forth a long
24         history of the key dates in Hamas's history and its many conflicts with
25         Israel, several of which are referred to as wars.

26      b. The facts set forth in the January 31, 2014 Congressional Research
27         Service Report entitled "The Palestinians: Background and U.S.
28         Relations," which was authored by Jim Zanotti, who is identified as an

ATLANTIC SPECIALTY INSURANCE COMPANY'S THIRD AMENDED RESPONSES
TO PLAINTIFFS' FIRST SET OF INTERROGATORIES

ANDERSON, McPHARLIN & CONNERS LLP
LAWYERS
707 WILSHIRE BOULEVARD, SUITE 4000
LOS ANGELES, CALIFORNIA 90017-3623

ANDERSON, MCPHARLIN & CONNERS LLP
LAWYERS
707 WILSHIRE BOULEVARD, SUITE 4000
LOS ANGELES, CALIFORNIA 90017-3623

Analyst in Middle Eastern Affairs. Atlantic will not recite each and every fact within that Congressional Report. But in particular, Atlantic considered the following facts: the report seemed to distinguish between "armed conflicts" and "terrorism"; 130 of the 193 U.N. member states have formally recognized the state of Palestine; on November 29, 2012, the U.N. General Assembly adopted Resolution 67/19 by a vote of 138 to 9 (with 41 abstentions), which recognized Palestine as a "non-member state," (whereas it was previously an "entity"); in the fall of 2011, the Palestinians obtained membership in the U.N. Educational, Scientific and Cultural Organization (UNESCO); the claim by the Palestinians that Israel is directing even more force and violence against them than Palestine is directing at Israel; Hamas has entered into a position of responsibility and political power since 2007; that the Palestinian Authority, which rules the Gaza Strip and parts of the West Bank, is, though not a state, organized like one—complete with democratic mechanisms, security forces, and executive, legislative, and judicial organs of governance; the Palestinian Authority's legislative branch is the Palestinian Legislative Council (PLC); Hamas won the January 2006 PLC elections; ultimately, Hamas forcibly took control over Gaza in June 2007.

c.   The statement by Israeli President Benjamin Netanyahu, as reported in the news, that Israel would use "full force" against militants in Gaza.

d.   The statement by Israeli President Benjamin Netanyahu, as reported in the news, that "Hamas chose to continue fighting and will pay the price for that decision … When there is no cease-fire, our answer is fire."

e.   A report by the Washington Post stating that: Israel had struck at least 25 targets inside Gaza, including the home of a senior Hamas leader Mahmoud Al Zahar; Hamas militants had fired at least 13 rockets into southern Israel; Israel's "Iron Dome," an air-defense system that exists to

53

EXHIBIT 6, PAGE 184

deflect weapons fired from Palestine, was deflecting fire from Gaza; Israel had announced plans for a ground attack on Gaza; Israel dropped leaflets into Gaza warning the population to evacuate; Israel had invaded Gaza with tanks and gunboats.

f. Several sources, in particular, Black's Law Dictionary, The Dictionary of International and Comparative Law, and the Handbook of Humanitarian Law in Armed Conflicts, define "war" as including any hostile conflict by means of armed forces between nations, states, or rulers, or even between two "parties." Atlantic quoted these definitions on page 6 of its July 28, 2014 denial letter to Andrea Garber.

g. Hamas was the governing authority over the Gaza Strip in July 2014 and had a military wing known as the Qassam Brigades, as well as a police force, a security force, and intelligence personnel.

h. In several news articles published in July 2014 by MSNBC and in television reports that appeared on the news channel MSNBC (which is an affiliate of NBC Universal), the Israeli-Palestinian "conflict" in 2014 was referred to as a "war."

i. Reported events and details of actions that occurred during June and July 2014, as reported in various news sources, including but not limited to CBS news videos and MSNBC videos, articles, and features, including direct clashes of armed forces from opposing sides of the war, gunfights, firing of long-range rockets, rocket attacks into Tel Aviv, Jerusalem, and/or Southern Israel, planning for a ground incursion, a ground campaign, war planes, gunboats, mutual exchange of air strikes, rejection of a proposed cease fire, and injuries and deaths in Israel, Palestine, Gaza City, and/or the Gaza Strip, and comments from Israel regarding its intentions.

j. Hamas militants stated on al-Aqsa TV that Hamas was firing rockets in

54

ANDERSON, McPHARLIN & CONNERS LLP
LAWYERS
707 WILSHIRE BOULEVARD, SUITE 4000
LOS ANGELES, CALIFORNIA 90017-3623

EXHIBIT 6, PAGE 185

ANDERSON, McPHARLIN & CONNERS LLP
LAWYERS
707 WILSHIRE BOULEVARD, SUITE 4000
LOS ANGELES, CALIFORNIA 90017-3623

1    response to "Israeli aggression against Palestinians in the West Bank,

2    Jerusalem and Gaza." According to news reports, the statement was issued

3    in the name of the Qassam Brigades and laid out four conditions for a

4    ceasefire: ending all action in Jerusalem and the West Bank, ending the

5    fire on and siege of Gaza, releasing all the prisoners who were re-arrested

6    in the Israeli operation launched on June 12, 2014, after the disappearance

7    of three Israeli settlers and the ceasing of "meddling" in the Palestinian

8    Unity government.

9    k. Moussa Abu Marzouk, a top Hamas official, stated, as reported in a news

10      article: "There should be a new equation so that we will not have a war

11      on Gaza every two years."

12    l. The word "militants" is used to describe Hamas forces in various news

13      articles (identified in response to Interrogatory No. 4 below) and the

14      Congressional Reports identified in subparts (a) and (b) of this response to

15      Interrogatory No. 3.

16    m. Hamas spokesman Sami Abu Zuhri stated, as reported in a news article:

17      "There will be no truce without an end to the war that the Occupation

18      (Israel) began, a lifting of the blockade and a halt to all violations and

19      killings in Gaza and the West Bank."

20    n. E-mail sent by Stephen Smith, head of NBC security for Europe, dated

21      July 10, 2014, regarding NBCU Security's decision to move the filming of

22      *Dig* out of Israel.

23    o. A news article published by the Washington Post, dated July 10, 2014, by

24      Griff Witte and William Booth, entitled "As cease-fire with Hamas fails to

25      take shape, Netanyahu says, 'Our answer is fire.'" This article is available

26      at:    https://www.washingtonpost.com/world/israel-accepts-truce-plan-

27      hamas-balks/2014/07/15/04373008-0bf5-11e4-8c9a-

28      923ecc0c7d23_story.html?utm_term=.e99302eb1314.

ATLANTIC SPECIALTY INSURANCE COMPANY'S THIRD AMENDED RESPONSES
TO PLAINTIFFS' FIRST SET OF INTERROGATORIES

EXHIBIT 6, PAGE 186

ANDERSON, McPHARLIN & CONNERS LLP
LAWYERS
707 WILSHIRE BOULEVARD, SUITE 4000
LOS ANGELES, CALIFORNIA 90017–3623

p. A news article published by MSNBC dated July 18, 2014, by Benjamin Landy and Maria Lokke, entitled "Scenes of war and heartbreak as Israeli ground forces invade Gaza." This article is available at: http://www.msnbc.com/msnbc/scenes-war-and-heartbreak-israel-hamas-conflict-intensifies.

q. A news article published by MSNBC dated July 18, 2014, by David Taintor, entitled "Obama points to rebels in downed Malaysian jet." This article is available at: http://www.msnbc.com/msnbc/obama-american-dead-malaysia-airlines-crash.

r. A news article published by MSNBC dated July 16, 2014, by Donna Stefano, entitled "In Israel and Palestine, children imagine a world without war." This article is available at: http://www.msnbc.com/msnbc/israel-and-palestine-children-imagine-world-without-war.

s. A news article published by the Times of Israel by Adiv Sterman, dated July 16, 2014, entitled "Ground incursion in Gaza said 'very likely.'" This article is available at: http://www.timesofisrael.com/idf-ground-incursion-in-gaza-very-likely/.

t. A collection of "LiveBlogs" published by the Times of Israel on July 7, 2014, by Itamar Sharon, Marissa Newman, and Ilan Ben Zion, entitled "Israel launches 'Protective Edge' counteroffensive on Gaza, Jewish suspects reenact teen's murder." This collection is available at: http://www.timesofisrael.com/as-israel-grapples-with-homegrown-killers-violence-continues/#!.

u. A news article published by Middle East Eye dated July 8, 2014, entitled "Hamas claims responsibility for rockets fired at Jerusalem, Tel Aviv and Haifa." This article is available at: http://www.middleeasteye.net/news/israels-army-prepared-ground-

ATLANTIC SPECIALTY INSURANCE COMPANY'S THIRD AMENDED RESPONSES
TO PLAINTIFFS' FIRST SET OF INTERROGATORIES

ANDERSON, McPHARLIN & CONNERS LLP
LAWYERS
707 WILSHIRE BOULEVARD, SUITE 4000
LOS ANGELES, CALIFORNIA 90017-3623

assault-gaza-official-275282816.

   v.  A news article published by the Global News, dated July 9, 2014, entitled "UPDATE: Israel hits key Hamas targets in Gaza offensive." This article is available at: http://globalnews.ca/news/1438089/israel-strikes-hamas-targets-in-gaza-to-stop-rocket-fire/.

   w.  A news article published by the Global News, dated July 15, 2014, entitled "Israel: Hamas to pay price for its 'no' to truce." This article is available at: http://globalnews.ca/news/1451058/israel-hamas-to-pay-price-for-its-no-to-truce/.

   x.  The news article entitled "LIVE UPDATES: Operation Protective Edge, Day 7," published by Haaretz on July 15, 2014. The article is available at: http://www.haaretz.com/israel-news/1.604898#!.

   y.  The December 2, 2010 Congressional Research Service Report entitled "Hamas: Background and Issues for Congress," and authored by Jim Zanotti.

   z.  The January 31, 2014 Congressional Research Service Report entitled "The Palestinians: Background and U.S. Relations," and authored by Jim Zanotti.

  aa. Black's Law Dictionary, as discussed above.

  bb. The Dictionary of International and Comparative Law, as discussed above.

  cc. The Handbook of Humanitarian Law in Armed Conflicts, as discussed above.

  dd. The travel warning issued by the United States on February 3, 2014, regarding travel to Israel.

  ee. The United Kingdom's website regarding travel to Israel, available at: https://www.gov.uk/foreign-travel-advice/israel, as it existed on July 15, 2014.

ATLANTIC SPECIALTY INSURANCE COMPANY'S THIRD AMENDED RESPONSES
TO PLAINTIFFS' FIRST SET OF INTERROGATORIES

EXHIBIT 6, PAGE 188

ANDERSON, McPHARLIN & CONNERS LLP
LAWYERS
707 WILSHIRE BOULEVARD, SUITE 4000
LOS ANGELES, CALIFORNIA 90017-3623

ff. The news clips (videos) available at the following websites:

    a. http://www.msnbc.com/the-last-word/watch/mh17-mystery-and-war-in-gaza-308247107963;

    b. http://www.msnbc.com/melissa-harris-perry/watch/what-it-means-to-live-in-a-war-zone-309370947801;

    c. http://www.msnbc.com/all-in-with-chris-hayes/watch/day-breaks-in-gaza-following-invasion-307348035939;

    d. http://www.msnbc.com/all-in-with-chris-hayes/watch/ground-war-in-gaza-307290179722;

    e. www.cbsnews.com/videos/new-clashes-between-israel-palestinians-is-ground-war-next/.

gg. The facts set forth in the February 10, 2015 Congressional Research Service Report entitled "The Palestinians: Background and U.S. Relations," which was authored by Jim Zanotti, who is identified as an Analyst in Middle Eastern Affairs. Atlantic will not recite each and every fact within that Congressional Report. But in particular, Atlantic relies on the following facts: the report referred to the "summer 2014 conflict" between Israel and Hamas (along with other Palestinian militants based in Gaza) as a "major conflict" and noted that it lasted approximately 50 days; 2,100 Palestinians were killed, and 71 Israelis (including five civilians) were killed in the 50-day conflict; Hamas depleted 80% of its rocket and mortar arsenal during the summer 2014 Israel-Gaza conflict; an Israeli official was quoted as stating that Israel's military efforts during the summer 2014 conflict "will give us quiet for a long time." (page 25 of the Report).

hh. Reports that: as many as 485,000 Palestinians had been displaced and were staying in emergency shelters or with host families, more than 130 schools and 24 health facilities were damaged in the Gaza Strip as a result

58

EXHIBIT 6, PAGE 189

ANDERSON, McPHARLIN & CONNERS LLP
LAWYERS
707 WILSHIRE BOULEVARD, SUITE 4000
LOS ANGELES, CALIFORNIA 90017-3623

1    of attacks by Israeli forces; Israeli forces also completely destroyed 73

2    mosques in Gaza and damaged another 203.

3      ii. Reports that: rocket attacks from Gaza caused damage to Israeli civilian

4        infrastructure, resulting in 3,000 claims of damage being submitted to

5        Israel's Tax Authority; the estimated economic cost to Israel was $2.5

6        billion.

7      jj. Reports that the Palestinian casualties totaled 2,220, 1,492 of whom were

8        civilians (551 children and 299 women), 605 militants, and 123 of

9        unknown status. Approximately 11,000 Palestinians were wounded.

10     kk. Reports that 66 Israeli Defense Force soldiers were killed, as were 5

11        Israeli civilians.

12     ll. To the extent not already mentioned above, facts learned through research

13        of Hamas and Palestine, and Hamas's ongoing conflicts and prior wars

14        with Israel, including operations, official positions held, and capabilities,

15        which research included review of primary sources discussing Hamas and

16        Palestine, as listed in "Hamas," appearing in Wikipedia

17        (http://en.wikipedia.org/wiki/Hamas) as it existed on July 16, 2014.

18 With regard to facts supporting its position, Atlantic refers to and incorporates specific

19 claim-related documents produced in this case, which reflect facts considered, which

20 are bates numbered ATL001458 – ATL001463 (reference to foreign travel advice);

21 ATL001199 – ATL001204 (reference to U.S. travel warning); ATL001529 (reference

22 to foreign travel advice and Hamas article); ATL001562 – ATL001563 (reference to

23 news stories specified in links stated); ATL000502 (reference to news article);

24 ATL000294 (reference to reporting on events and specific links to news stories);

25 ATL001828 (reference to reporting on facts and developments and mentions of *DIG*);

26 ATL00385 - ATL00392 (references to facts); ATL001877 (references to articles);

27 ATL002171 – ATL002175 and ATL002172 – ATL002175 (references to facts).

28 Atlantic reserves the right to supplement this Response, as discovery is ongoing, and as

1   individual witnesses who are deposed in this case may provide additional information

2   not yet known to Atlantic.

3

4   **INTERROGATORY NO. 11:**

5         State all facts which support ATLANTIC'S position that Exclusion 9 of Section

6   III — Extra Expense of the POLICY, which excludes coverage for loss caused by,

7   resulting from, or arising out of, "an imminent peril or physical damage to property,

8   facilities, or locations necessary to the insured production," applies to the *DIG* CLAIM.

9   **RESPONSE TO INTERROGATORY NO. 11:** Atlantic contends that the exclusion

10  quoted above in Interrogatory No. 11 applies based on based on the facts recited in

11  response to interrogatories Nos. 3-5 and the facts contained in the documents cited

12  therein, and incorporates those responses herein by reference. Atlantic further responds

13  that it contends that the exclusion quoted above in Interrogatory No. 11 applies based

14  on the following facts and the information contained in and statements made in the

15  following documents:

16        The facts set forth in the December 2, 2010 Congressional Research Service

17  Report entitled "Hamas: Background and Issues for Congress," which was authored by

18  Jim Zanotti, who is identified as an Analyst in Middle Eastern Affairs. Atlantic will not

19  recite each and every fact within that Congressional Report. But in particular, Atlantic

20  noted that Hamas was identified in that Report as a religious and political organization

21  and the Report's statement that, since June 2007, Hamas has had control over the Gaza

22  Strip and that Hamas has a "military wing." Atlantic also considered the timeline

23  included in this Report, which sets forth a long history of the key dates in Hamas's

24  history and its many conflicts with Israel, several of which are referred to as wars.

25            a.  The facts set forth in the January 31, 2014 Congressional Research

26                Service Report entitled "The Palestinians: Background and U.S.

27                Relations," which was authored by Jim Zanotti, who is identified as an

28                Analyst in Middle Eastern Affairs. Atlantic will not recite each and every

ANDERSON, McPHARLIN & CONNERS LLP
LAWYERS
707 WILSHIRE BOULEVARD, SUITE 4000
LOS ANGELES, CALIFORNIA 90017-3623

ANDERSON, McPHARLIN & CONNERS LLP
LAWYERS
707 WILSHIRE BOULEVARD, SUITE 4000
LOS ANGELES, CALIFORNIA 90017-3623

fact within that Congressional Report. But in particular, Atlantic considered the following facts: the report seemed to distinguish between "armed conflicts" and "terrorism"; 130 of the 193 U.N. member states have formally recognized the state of Palestine; on November 29, 2012, the U.N. General Assembly adopted Resolution 67/19 by a vote of 138 to 9 (with 41 abstentions), which recognized Palestine as a "non-member state," (whereas it was previously an "entity"); in the fall of 2011, the Palestinians obtained membership in the U.N. Educational, Scientific and Cultural Organization (UNESCO); the claim by the Palestinians that Israel is directing even more force and violence against them than Palestine is directing at Israel; Hamas has entered into a position of responsibility and political power since 2007; that the Palestinian Authority, which rules the Gaza Strip and parts of the West Bank, is, though not a state, organized like one—complete with democratic mechanisms, security forces, and executive, legislative, and judicial organs of governance; the Palestinian Authority's legislative branch is the Palestinian Legislative Council (PLC); Hamas won the January 2006 PLC elections; ultimately, Hamas forcibly took control over Gaza in June 2007.

b.  The statement by Israeli President Benjamin Netanyahu, as reported in the news, that Israel would use "full force" against militants in Gaza.

c.  The statement by Israeli President Benjamin Netanyahu, as reported in the news, that "Hamas chose to continue fighting and will pay the price for that decision … When there is no cease-fire, our answer is fire."

d.  A report by the Washington Post stating that: Israel had struck at least 25 targets inside Gaza, including the home of a senior Hamas leader Mahmoud Al Zahar; Hamas militants had fired at least 13 rockets into southern Israel; Israel's "Iron Dome," an air-defense system that exists to deflect weapons fired from Palestine, was deflecting fire from Gaza; Israel

61

EXHIBIT 6, PAGE 192

had announced plans for a ground attack on Gaza; Israel dropped leaflets into Gaza warning the population to evacuate; Israel had invaded Gaza with tanks and gunboats.

e.   Several sources, in particular, Black's Law Dictionary, The Dictionary of International and Comparative Law, and the Handbook of Humanitarian Law in Armed Conflicts, define "war" as including any hostile conflict by means of armed forces between nations, states, or rulers, or even between two "parties." Atlantic quoted these definitions on page 6 of its July 28, 2014 denial letter to Andrea Garber.

f.   Hamas was the governing authority over the Gaza Strip in July 2014 and had a military wing known as the Qassam Brigades, as well as a police force, a security force, and intelligence personnel.

g.   In several news articles published in July 2014 by MSNBC and in television reports that appeared on the news channel MSNBC (which is an affiliate of NBC Universal), the Israeli-Palestinian "conflict" in 2014 was referred to as a "war."

h.   Reported events and details of actions that occurred during June and July 2014, as reported in various news sources, including but not limited to CBS news videos and MSNBC videos, articles, and features, including direct clashes of armed forces from opposing sides of the war, gunfights, firing of long-range rockets, rocket attacks into Tel Aviv, Jerusalem, and/or Southern Israel, planning for a ground incursion, a ground campaign, war planes, gunboats, mutual exchange of air strikes, rejection of a proposed cease fire, and injuries and deaths in Israel, Palestine, Gaza City, and/or the Gaza Strip, and comments from Israel regarding its intentions.

i.   Hamas militants stated on al-Aqsa TV that Hamas was firing rockets in response to "Israeli aggression against Palestinians in the West Bank,

62

ANDERSON, McPHARLIN & CONNERS LLP
LAWYERS
707 WILSHIRE BOULEVARD, SUITE 4000
LOS ANGELES, CALIFORNIA 90017-3623

Jerusalem and Gaza." According to news reports, the statement was issued in the name of the Qassam Brigades and laid out four conditions for a ceasefire: ending all action in Jerusalem and the West Bank, ending the fire on and siege of Gaza, releasing all the prisoners who were re-arrested in the Israeli operation launched on June 12, 2014, after the disappearance of three Israeli settlers and the ceasing of "meddling" in the Palestinian Unity government.

j. Moussa Abu Marzouk, a top Hamas official, stated, as reported in a news article: "There should be a new equation so that we will not have a war on Gaza every two years."

k. The word "militants" is used to describe Hamas forces in various news articles (identified in response to Interrogatory No. 4 below) and the Congressional Reports identified in subparts (a) and (b) of this response to Interrogatory No. 3.

l. Hamas spokesman Sami Abu Zuhri stated, as reported in a news article: "There will be no truce without an end to the war that the Occupation (Israel) began, a lifting of the blockade and a halt to all violations and killings in Gaza and the West Bank."

m. E-mail sent by Stephen Smith, head of NBC security for Europe, dated July 10, 2014, regarding NBCU Security's decision to move the filming of *Dig* out of Israel.

n. A news article published by the Washington Post, dated July 10, 2014, by Griff Witte and William Booth, entitled "As cease-fire with Hamas fails to take shape, Netanyahu says, 'Our answer is fire.'" This article is available at: https://www.washingtonpost.com/world/israel-accepts-truce-plan-hamas-balks/2014/07/15/04373008-0bf5-11e4-8c9a-923ecc0c7d23_story.html?utm_term=.e99302eb1314.

o. A news article published by MSNBC dated July 18, 2014, by Benjamin

63

ANDERSON, McPHARLIN & CONNERS LLP
LAWYERS
707 WILSHIRE BOULEVARD, SUITE 4000
LOS ANGELES, CALIFORNIA 90017-3623

EXHIBIT 6, PAGE 194

Landy and Maria Lokke, entitled "Scenes of war and heartbreak as Israeli ground forces invade Gaza." This article is available at: http://www.msnbc.com/msnbc/scenes-war-and-heartbreak-israel-hamas-conflict-intensifies.

p.  A news article published by MSNBC dated July 18, 2014, by David Taintor, entitled "Obama points to rebels in downed Malaysian jet." This article is available at: http://www.msnbc.com/msnbc/obama-american-dead-malaysia-airlines-crash.

q.  A news article published by MSNBC dated July 16, 2014, by Donna Stefano, entitled "In Israel and Palestine, children imagine a world without war." This article is available at: http://www.msnbc.com/msnbc/israel-and-palestine-children-imagine-world-without-war.

r.  A news article published by the Times of Israel by Adiv Sterman, dated July 16, 2014, entitled "Ground incursion in Gaza said 'very likely.'" This article is available at: http://www.timesofisrael.com/idf-ground-incursion-in-gaza-very-likely/.

s.  A collection of "LiveBlogs" published by the Times of Israel on July 7, 2014, by Itamar Sharon, Marissa Newman, and Ilan Ben Zion, entitled "Israel launches 'Protective Edge' counteroffensive on Gaza, Jewish suspects reenact teen's murder." This collection is available at: http://www.timesofisrael.com/as-israel-grapples-with-homegrown-killers-violence-continues/#!.

t.  A news article published by Middle East Eye dated July 8, 2014, entitled "Hamas claims responsibility for rockets fired at Jerusalem, Tel Aviv and Haifa." This article is available at: http://www.middleeasteye.net/news/israels-army-prepared-ground-assault-gaza-official-275282816.

64

ANDERSON, MCPHARLIN & CONNERS LLP
LAWYERS
707 WILSHIRE BOULEVARD, SUITE 4000
LOS ANGELES, CALIFORNIA 90017-3623

EXHIBIT 6, PAGE 195

ANDERSON, MCPHARLIN & CONNERS LLP
LAWYERS
707 WILSHIRE BOULEVARD, SUITE 4000
LOS ANGELES, CALIFORNIA 90017-3623

u. A news article published by the Global News, dated July 9, 2014, entitled "UPDATE: Israel hits key Hamas targets in Gaza offensive." This article is available at: http://globalnews.ca/news/1438089/israel-strikes-hamas-targets-in-gaza-to-stop-rocket-fire/.

v. A news article published by the Global News, dated July 15, 2014, entitled "Israel: Hamas to pay price for its 'no' to truce." This article is available at: http://globalnews.ca/news/1451058/israel-hamas-to-pay-price-for-its-no-to-truce/.

w. The news article entitled "LIVE UPDATES: Operation Protective Edge, Day 7," published by Haaretz on July 15, 2014. The article is available at: http://www.haaretz.com/israel-news/1.604898#!.

x. The December 2, 2010 Congressional Research Service Report entitled "Hamas: Background and Issues for Congress," and authored by Jim Zanotti.

y. The January 31, 2014 Congressional Research Service Report entitled "The Palestinians: Background and U.S. Relations," and authored by Jim Zanotti.

z. Black's Law Dictionary, as discussed above.

aa. The Dictionary of International and Comparative Law, as discussed above.

bb. The Handbook of Humanitarian Law in Armed Conflicts, as discussed above.

cc. The travel warning issued by the United States on February 3, 2014, regarding travel to Israel.

dd. The United Kingdom's website regarding travel to Israel, available at: https://www.gov.uk/foreign-travel-advice/israel, as it existed on July 15, 2014.

ee. The news clips (videos) available at the following websites:

65

ANDERSON, McPHARLIN & CONNERS LLP

LAWYERS

707 WILSHIRE BOULEVARD, SUITE 4000

LOS ANGELES, CALIFORNIA 90017-3623

a. http://www.msnbc.com/the-last-word/watch/mh17-mystery-and-war-in-gaza-308247107963;

b. http://www.msnbc.com/melissa-harris-perry/watch/what-it-means-to-live-in-a-war-zone-309370947801;

c. http://www.msnbc.com/all-in-with-chris-hayes/watch/day-breaks-in-gaza-following-invasion-307348035939;

d. http://www.msnbc.com/all-in-with-chris-hayes/watch/ground-war-in-gaza-307290179722;

e. www.cbsnews.com/videos/new-clashes-between-israel-palestinians-is-ground-war-next/.

ff. The facts set forth in the February 10, 2015 Congressional Research Service Report entitled "The Palestinians: Background and U.S. Relations," which was authored by Jim Zanotti, who is identified as an Analyst in Middle Eastern Affairs. Atlantic will not recite each and every fact within that Congressional Report. But in particular, Atlantic relies on the following facts: the report referred to the "summer 2014 conflict" between Israel and Hamas (along with other Palestinian militants based in Gaza) as a "major conflict" and noted that it lasted approximately 50 days; 2,100 Palestinians were killed, and 71 Israelis (including five civilians) were killed in the 50-day conflict; Hamas depleted 80% of its rocket and mortar arsenal during the summer 2014 Israel-Gaza conflict; an Israeli official was quoted as stating that Israel's military efforts during the summer 2014 conflict "will give us quiet for a long time." (page 25 of the Report).

gg. Reports that: as many as 485,000 Palestinians had been displaced and were staying in emergency shelters or with host families, more than 130 schools and 24 health facilities were damaged in the Gaza Strip as a result of attacks by Israeli forces; Israeli forces also completely destroyed 73

66

ANDERSON, McPHARLIN & CONNERS LLP
LAWYERS
707 WILSHIRE BOULEVARD, SUITE 4000
LOS ANGELES, CALIFORNIA 90017-3623

1    mosques in Gaza and damaged another 203.

2    hh. Reports that: rocket attacks from Gaza caused damage to Israeli civilian

3    infrastructure, resulting in 3,000 claims of damage being submitted to

4    Israel's Tax Authority; the estimated economic cost to Israel was $2.5

5    billion.

6    ii. Reports that the Palestinian casualties totaled 2,220, 1,492 of whom were

7    civilians (551 children and 299 women), 605 militants, and 123 of

8    unknown status. Approximately 11,000 Palestinians were wounded.

9    jj. Reports that 66 Israeli Defense Force soldiers were killed, as were 5

10   Israeli civilians.

11   kk. To the extent not already mentioned above, facts learned through research

12   of Hamas and Palestine, and Hamas's ongoing conflicts and prior wars

13   with Israel, including operations, official positions held, and capabilities,

14   which research included review of primary sources discussing Hamas and

15   Palestine, as listed in "Hamas," appearing in Wikipedia

16   (http://en.wikipedia.org/wiki/Hamas) as it existed on July 16, 2014.

17   With regard to facts supporting its position, Atlantic refers to and incorporates specific

18   claim-related documents produced in this case, which reflect facts considered, which

19   are bates numbered ATL001458 – ATL001463 (reference to foreign travel advice);

20   ATL001199 – ATL001204 (reference to U.S. travel warning); ATL001529 (reference

21   to foreign travel advice and Hamas article); ATL001562 – ATL001563 (reference to

22   news stories specified in links stated); ATL000502 (reference to news article);

23   ATL000294 (reference to reporting on events and specific links to news stories);

24   ATL001828 (reference to reporting on facts and developments and mentions of *DIG*);

25   ATL00385 - ATL00392 (references to facts); ATL001877 (references to articles);

26   ATL002171 – ATL002175 and ATL002172 – ATL002175 (references to facts).

27   Atlantic reserves the right to supplement this Response, as discovery is ongoing, and as

28   individual witnesses who are deposed in this case may provide additional information

67

ATLANTIC SPECIALTY INSURANCE COMPANY'S THIRD AMENDED RESPONSES
TO PLAINTIFFS' FIRST SET OF INTERROGATORIES

ANDERSON, McPHARLIN & CONNERS LLP
LAWYERS
707 WILSHIRE BOULEVARD, SUITE 4000
LOS ANGELES, CALIFORNIA 90017-3623

1 | not yet known to Atlantic.

2

3 | **INTERROGATORY NO. 12:**

4 | State all facts which support ATLANTIC'S position that Exclusion 10 of Section

5 | III — Extra Expense of the POLICY, which excludes coverage for loss caused by,

6 | resulting from, or arising out of "any concern or belief that the commencement or

7 | continuation of Insured Production is inappropriate," applies to the *DIG* CLAIM.

8 | **RESPONSE TO INTERROGATORY NO. 12:** Atlantic contends that the exclusion

9 | quoted above in Interrogatory No. 12 applies based on based on the facts recited in

10 | response to interrogatories Nos. 3-5 and the facts contained in the documents cited

11 | therein, and incorporates those responses herein by reference. Atlantic further responds

12 | that it contends that the exclusion quoted above in Interrogatory No. 12 applies based

13 | on the following facts and the information contained in and statements made in the

14 | following documents:

15 | The facts set forth in the December 2, 2010 Congressional Research Service

16 | Report entitled "Hamas: Background and Issues for Congress," which was authored by

17 | Jim Zanotti, who is identified as an Analyst in Middle Eastern Affairs. Atlantic will not

18 | recite each and every fact within that Congressional Report. But in particular, Atlantic

19 | noted that Hamas was identified in that Report as a religious and political organization

20 | and the Report's statement that, since June 2007, Hamas has had control over the Gaza

21 | Strip and that Hamas has a "military wing." Atlantic also considered the timeline

22 | included in this Report, which sets forth a long history of the key dates in Hamas's

23 | history and its many conflicts with Israel, several of which are referred to as wars.

24 | a. The facts set forth in the January 31, 2014 Congressional Research

25 | Service Report entitled "The Palestinians: Background and U.S.

26 | Relations," which was authored by Jim Zanotti, who is identified as an

27 | Analyst in Middle Eastern Affairs. Atlantic will not recite each and every

28 | fact within that Congressional Report. But in particular, Atlantic

68

EXHIBIT 6, PAGE 199

ANDERSON, McPHARLIN & CONNERS LLP

LAWYERS

707 WILSHIRE BOULEVARD, SUITE 4000

LOS ANGELES, CALIFORNIA 90017-3623

considered the following facts: the report seemed to distinguish between "armed conflicts" and "terrorism"; 130 of the 193 U.N. member states have formally recognized the state of Palestine; on November 29, 2012, the U.N. General Assembly adopted Resolution 67/19 by a vote of 138 to 9 (with 41 abstentions), which recognized Palestine as a "non-member state," (whereas it was previously an "entity"); in the fall of 2011, the Palestinians obtained membership in the U.N. Educational, Scientific and Cultural Organization (UNESCO); the claim by the Palestinians that Israel is directing even more force and violence against them than Palestine is directing at Israel; Hamas has entered into a position of responsibility and political power since 2007; that the Palestinian Authority, which rules the Gaza Strip and parts of the West Bank, is, though not a state, organized like one—complete with democratic mechanisms, security forces, and executive, legislative, and judicial organs of governance; the Palestinian Authority's legislative branch is the Palestinian Legislative Council (PLC); Hamas won the January 2006 PLC elections; ultimately, Hamas forcibly took control over Gaza in June 2007.

b. The statement by Israeli President Benjamin Netanyahu, as reported in the news, that Israel would use "full force" against militants in Gaza.

c. The statement by Israeli President Benjamin Netanyahu, as reported in the news, that "Hamas chose to continue fighting and will pay the price for that decision … When there is no cease-fire, our answer is fire."

d. A report by the Washington Post stating that: Israel had struck at least 25 targets inside Gaza, including the home of a senior Hamas leader Mahmoud Al Zahar; Hamas militants had fired at least 13 rockets into southern Israel; Israel's "Iron Dome," an air-defense system that exists to deflect weapons fired from Palestine, was deflecting fire from Gaza; Israel had announced plans for a ground attack on Gaza; Israel dropped leaflets

69

EXHIBIT 6, PAGE 200

ANDERSON, McPHARLIN & CONNERS LLP

LAWYERS

707 WILSHIRE BOULEVARD, SUITE 4000

LOS ANGELES, CALIFORNIA 90017-3623

into Gaza warning the population to evacuate; Israel had invaded Gaza with tanks and gunboats.

e.  Several sources, in particular, Black's Law Dictionary, The Dictionary of International and Comparative Law, and the Handbook of Humanitarian Law in Armed Conflicts, define "war" as including any hostile conflict by means of armed forces between nations, states, or rulers, or even between two "parties." Atlantic quoted these definitions on page 6 of its July 28, 2014 denial letter to Andrea Garber.

f.  Hamas was the governing authority over the Gaza Strip in July 2014 and had a military wing known as the Qassam Brigades, as well as a police force, a security force, and intelligence personnel.

g.  In several news articles published in July 2014 by MSNBC and in television reports that appeared on the news channel MSNBC (which is an affiliate of NBC Universal), the Israeli-Palestinian "conflict" in 2014 was referred to as a "war."

h.  Reported events and details of actions that occurred during June and July 2014, as reported in various news sources, including but not limited to CBS news videos and MSNBC videos, articles, and features, including direct clashes of armed forces from opposing sides of the war, gunfights, firing of long-range rockets, rocket attacks into Tel Aviv, Jerusalem, and/or Southern Israel, planning for a ground incursion, a ground campaign, war planes, gunboats, mutual exchange of air strikes, rejection of a proposed cease fire, and injuries and deaths in Israel, Palestine, Gaza City, and/or the Gaza Strip, and comments from Israel regarding its intentions.

i.  Hamas militants stated on al-Aqsa TV that Hamas was firing rockets in response to "Israeli aggression against Palestinians in the West Bank, Jerusalem and Gaza." According to news reports, the statement was issued

70

EXHIBIT 6, PAGE 201

ANDERSON, MCPHARLIN & CONNERS LLP
LAWYERS
707 WILSHIRE BOULEVARD, SUITE 4000
LOS ANGELES, CALIFORNIA 90017-3623

1   in the name of the Qassam Brigades and laid out four conditions for a

2   ceasefire: ending all action in Jerusalem and the West Bank, ending the

3   fire on and siege of Gaza, releasing all the prisoners who were re-arrested

4   in the Israeli operation launched on June 12, 2014, after the disappearance

5   of three Israeli settlers and the ceasing of "meddling" in the Palestinian

6   Unity government.

7   j.  Moussa Abu Marzouk, a top Hamas official, stated, as reported in a news

8       article: "There should be a new equation so that we will not have a war

9       on Gaza every two years."

10  k.  The word "militants" is used to describe Hamas forces in various news

11      articles (identified in response to Interrogatory No. 4 below) and the

12      Congressional Reports identified in subparts (a) and (b) of this response to

13      Interrogatory No. 3.

14  l.  Hamas spokesman Sami Abu Zuhri stated, as reported in a news article:

15      "There will be no truce without an end to the war that the Occupation

16      (Israel) began, a lifting of the blockade and a halt to all violations and

17      killings in Gaza and the West Bank."

18  m.  E-mail sent by Stephen Smith, head of NBC security for Europe, dated

19      July 10, 2014, regarding NBCU Security's decision to move the filming of

20      *Dig* out of Israel.

21  n.  A news article published by the Washington Post, dated July 10, 2014, by

22      Griff Witte and William Booth, entitled "As cease-fire with Hamas fails to

23      take shape, Netanyahu says, 'Our answer is fire.'" This article is available

24      at:   https://www.washingtonpost.com/world/israel-accepts-truce-plan-

25      hamas-balks/2014/07/15/04373008-0bf5-11e4-8c9a-

26      923ecc0c7d23_story.html?utm_term=.e99302eb1314.

27  o.  A news article published by MSNBC dated July 18, 2014, by Benjamin

28      Landy and Maria Lokke, entitled "Scenes of war and heartbreak as Israeli

71

EXHIBIT 6, PAGE 202

ANDERSON, McPHARLIN & CONNERS LLP
LAWYERS
707 WILSHIRE BOULEVARD, SUITE 4000
LOS ANGELES, CALIFORNIA 90017-3623

ground forces invade Gaza." This article is available at: http://www.msnbc.com/msnbc/scenes-war-and-heartbreak-israel-hamas-conflict-intensifies.

p.   A news article published by MSNBC dated July 18, 2014, by David Taintor, entitled "Obama points to rebels in downed Malaysian jet." This article is available at: http://www.msnbc.com/msnbc/obama-american-dead-malaysia-airlines-crash.

q.   A news article published by MSNBC dated July 16, 2014, by Donna Stefano, entitled "In Israel and Palestine, children imagine a world without war." This article is available at: http://www.msnbc.com/msnbc/israel-and-palestine-children-imagine-world-without-war.

r.   A news article published by the Times of Israel by Adiv Sterman, dated July 16, 2014, entitled "Ground incursion in Gaza said 'very likely.'" This article is available at: http://www.timesofisrael.com/idf-ground-incursion-in-gaza-very-likely/.

s.   A collection of "LiveBlogs" published by the Times of Israel on July 7, 2014, by Itamar Sharon, Marissa Newman, and Ilan Ben Zion, entitled "Israel launches 'Protective Edge' counteroffensive on Gaza, Jewish suspects reenact teen's murder." This collection is available at: http://www.timesofisrael.com/as-israel-grapples-with-homegrown-killers-violence-continues/#!.

t.   A news article published by Middle East Eye dated July 8, 2014, entitled "Hamas claims responsibility for rockets fired at Jerusalem, Tel Aviv and Haifa." This article is available at: http://www.middleeasteye.net/news/israels-army-prepared-ground-assault-gaza-official-275282816.

u.   A news article published by the Global News, dated July 9, 2014, entitled

72

EXHIBIT 6, PAGE 203

ANDERSON, McPHARLIN & CONNERS LLP
LAWYERS
707 WILSHIRE BOULEVARD, SUITE 4000
LOS ANGELES, CALIFORNIA 90017-3623

1  "UPDATE: Israel hits key Hamas targets in Gaza offensive." This article

2  is available at: http://globalnews.ca/news/1438089/israel-strikes-hamas-

3  targets-in-gaza-to-stop-rocket-fire/.

4  v.  A news article published by the Global News, dated July 15, 2014,

5  entitled "Israel: Hamas to pay price for its 'no' to truce." This article is

6  available at: http://globalnews.ca/news/1451058/israel-hamas-to-pay-

7  price-for-its-no-to-truce/.

8  w. The news article entitled "LIVE UPDATES: Operation Protective Edge,

9  Day 7," published by Haaretz on July 15, 2014. The article is available at:

10  http://www.haaretz.com/israel-news/1.604898#!.

11  x.  The December 2, 2010 Congressional Research Service Report entitled

12  "Hamas: Background and Issues for Congress," and authored by Jim

13  Zanotti.

14  y.  The January 31, 2014 Congressional Research Service Report entitled

15  "The Palestinians: Background and U.S. Relations," and authored by Jim

16  Zanotti.

17  z.  Black's Law Dictionary, as discussed above.

18  aa. The Dictionary of International and Comparative Law, as discussed

19  above.

20  bb. The Handbook of Humanitarian Law in Armed Conflicts, as discussed

21  above.

22  cc. The travel warning issued by the United States on February 3, 2014,

23  regarding travel to Israel.

24  dd. The United Kingdom's website regarding travel to Israel, available at:

25  https://www.gov.uk/foreign-travel-advice/israel, as it existed on July 15,

26  2014.

27  ee. The news clips (videos) available at the following websites:

28  a.  http://www.msnbc.com/the-last-word/watch/mh17-mystery-and-

73

EXHIBIT 6, PAGE 204

ANDERSON, McPHARLIN & CONNERS LLP
LAWYERS
707 WILSHIRE BOULEVARD, SUITE 4000
LOS ANGELES, CALIFORNIA 90017-3623

war-in-gaza-308247107963;

   b. http://www.msnbc.com/melissa-harris-perry/watch/what-it-means-to-live-in-a-war-zone-309370947801;

   c. http://www.msnbc.com/all-in-with-chris-hayes/watch/day-breaks-in-gaza-following-invasion-307348035939;

   d. http://www.msnbc.com/all-in-with-chris-hayes/watch/ground-war-in-gaza-307290179722;

   e. www.cbsnews.com/videos/new-clashes-between-israel-palestinians-is-ground-war-next/.

ff. The facts set forth in the February 10, 2015 Congressional Research Service Report entitled "The Palestinians: Background and U.S. Relations," which was authored by Jim Zanotti, who is identified as an Analyst in Middle Eastern Affairs. Atlantic will not recite each and every fact within that Congressional Report. But in particular, Atlantic relies on the following facts: the report referred to the "summer 2014 conflict" between Israel and Hamas (along with other Palestinian militants based in Gaza) as a "major conflict" and noted that it lasted approximately 50 days; 2,100 Palestinians were killed, and 71 Israelis (including five civilians) were killed in the 50-day conflict; Hamas depleted 80% of its rocket and mortar arsenal during the summer 2014 Israel-Gaza conflict; an Israeli official was quoted as stating that Israel's military efforts during the summer 2014 conflict "will give us quiet for a long time." (page 25 of the Report).

gg. Reports that: as many as 485,000 Palestinians had been displaced and were staying in emergency shelters or with host families, more than 130 schools and 24 health facilities were damaged in the Gaza Strip as a result of attacks by Israeli forces; Israeli forces also completely destroyed 73 mosques in Gaza and damaged another 203.

ATLANTIC SPECIALTY INSURANCE COMPANY'S THIRD AMENDED RESPONSES
TO PLAINTIFFS' FIRST SET OF INTERROGATORIES

ANDERSON, MCPHARLIN & CONNERS LLP
LAWYERS
707 WILSHIRE BOULEVARD, SUITE 4000
LOS ANGELES, CALIFORNIA 90017-3623

1    hh. Reports that: rocket attacks from Gaza caused damage to Israeli civilian
2    infrastructure, resulting in 3,000 claims of damage being submitted to
3    Israel's Tax Authority; the estimated economic cost to Israel was $2.5
4    billion.

5    ii. Reports that the Palestinian casualties totaled 2,220, 1,492 of whom were
6    civilians (551 children and 299 women), 605 militants, and 123 of
7    unknown status. Approximately 11,000 Palestinians were wounded.

8    jj. Reports that 66 Israeli Defense Force soldiers were killed, as were 5
9    Israeli civilians.

10   kk. To the extent not already mentioned above, facts learned through research
11   of Hamas and Palestine, and Hamas's ongoing conflicts and prior wars
12   with Israel, including operations, official positions held, and capabilities,
13   which research included review of primary sources discussing Hamas and
14   Palestine, as listed in "Hamas," appearing in Wikipedia
15   (http://en.wikipedia.org/wiki/Hamas) as it existed on July 16, 2014.

16 With regard to facts supporting its position, Atlantic refers to and incorporates specific
17 claim-related documents produced in this case, which reflect facts considered, which
18 are bates numbered ATL001458 – ATL001463 (reference to foreign travel advice);
19 ATL001199 – ATL001204 (reference to U.S. travel warning); ATL001529 (reference
20 to foreign travel advice and Hamas article); ATL001562 – ATL001563 (reference to
21 news stories specified in links stated); ATL000502 (reference to news article);
22 ATL000294 (reference to reporting on events and specific links to news stories);
23 ATL001828 (reference to reporting on facts and developments and mentions of *DIG*);
24 ATL00385 - ATL00392 (references to facts); ATL001877 (references to articles);
25 ATL002171 – ATL002175 and ATL002172 – ATL002175 (references to facts).
26 Atlantic reserves the right to supplement this Response, as discovery is ongoing, and as
27 individual witnesses who are deposed in this case may provide additional information
28 not yet known to Atlantic.

ANDERSON, MCPHARLIN & CONNERS LLP
LAWYERS
707 WILSHIRE BOULEVARD, SUITE 4000
LOS ANGELES, CALIFORNIA 90017-3623

**INTERROGATORY NO. 13:**

State all facts which support ATLANTIC'S, position that Exclusion 17 of Section III — Extra Expense of the POLICY, which excludes coverage for loss caused by, resulting from, or arising out of "loss of use (including loss of use of animals), loss of market, interruption of business, or any other consequential loss" applies to the *DIG* CLAIM.

**RESPONSE TO INTERROGATORY NO. 13:** Atlantic contends that the exclusion quoted above in Interrogatory No. 13 applies based on based on the facts recited in response to interrogatories Nos. 3-5 and the facts contained in the documents cited therein, and incorporates those responses herein by reference. Atlantic further responds that it contends that the exclusion quoted above in Interrogatory No. 13 applies based on the following facts and the information contained in and statements made in the following documents:

    a. The facts set forth in the December 2, 2010 Congressional Research Service Report entitled "Hamas: Background and Issues for Congress," which was authored by Jim Zanotti, who is identified as an Analyst in Middle Eastern Affairs. Atlantic will not recite each and every fact within that Congressional Report. But in particular, Atlantic noted that Hamas was identified in that Report as a religious and political organization and the Report's statement that, since June 2007, Hamas has had control over the Gaza Strip and that Hamas has a "military wing." Atlantic also considered the timeline included in this Report, which sets forth a long history of the key dates in Hamas's history and its many conflicts with Israel, several of which are referred to as wars.

    b. The facts set forth in the January 31, 2014 Congressional Research Service Report entitled "The Palestinians: Background and U.S. Relations," which was authored by Jim Zanotti, who is identified as an

76

EXHIBIT 6, PAGE 207

ANDERSON, McPHARLIN & CONNERS LLP
LAWYERS
707 WILSHIRE BOULEVARD, SUITE 4000
LOS ANGELES, CALIFORNIA 90017-3623

1  Analyst in Middle Eastern Affairs. Atlantic will not recite each and every
2  fact within that Congressional Report. But in particular, Atlantic
3  considered the following facts: the report seemed to distinguish between
4  "armed conflicts" and "terrorism"; 130 of the 193 U.N. member states
5  have formally recognized the state of Palestine; on November 29, 2012,
6  the U.N. General Assembly adopted Resolution 67/19 by a vote of 138 to
7  9 (with 41 abstentions), which recognized Palestine as a "non-member
8  state," (whereas it was previously an "entity"); in the fall of 2011, the
9  Palestinians obtained membership in the U.N. Educational, Scientific and
10  Cultural Organization (UNESCO); the claim by the Palestinians that Israel
11  is directing even more force and violence against them than Palestine is
12  directing at Israel; Hamas has entered into a position of responsibility and
13  political power since 2007; that the Palestinian Authority, which rules the
14  Gaza Strip and parts of the West Bank, is, though not a state, organized
15  like one—complete with democratic mechanisms, security forces, and
16  executive, legislative, and judicial organs of governance; the Palestinian
17  Authority's legislative branch is the Palestinian Legislative Council
18  (PLC); Hamas won the January 2006 PLC elections; ultimately, Hamas
19  forcibly took control over Gaza in June 2007.

20  c.  The statement by Israeli President Benjamin Netanyahu, as reported in the
21  news, that Israel would use "full force" against militants in Gaza.

22  d.  The statement by Israeli President Benjamin Netanyahu, as reported in the
23  news, that "Hamas chose to continue fighting and will pay the price for
24  that decision … When there is no cease-fire, our answer is fire."

25  e.  A report by the Washington Post stating that: Israel had struck at least 25
26  targets inside Gaza, including the home of a senior Hamas leader
27  Mahmoud Al Zahar; Hamas militants had fired at least 13 rockets into
28  southern Israel; Israel's "Iron Dome," an air-defense system that exists to

EXHIBIT 6, PAGE 208

ANDERSON, McPHARLIN & CONNERS LLP

LAWYERS

707 WILSHIRE BOULEVARD, SUITE 4000

LOS ANGELES, CALIFORNIA 90017–3623

1      deflect weapons fired from Palestine, was deflecting fire from Gaza; Israel

2      had announced plans for a ground attack on Gaza; Israel dropped leaflets

3      into Gaza warning the population to evacuate; Israel had invaded Gaza

4      with tanks and gunboats.

5   f.  Several sources, in particular, Black's Law Dictionary, The Dictionary of

6      International and Comparative Law, and the Handbook of Humanitarian

7      Law in Armed Conflicts, define "war" as including any hostile conflict by

8      means of armed forces between nations, states, or rulers, or even between

9      two "parties." Atlantic quoted these definitions on page 6 of its July 28,

10     2014 denial letter to Andrea Garber.

11  g.  Hamas was the governing authority over the Gaza Strip in July 2014 and

12     had a military wing known as the Qassam Brigades, as well as a police

13     force, a security force, and intelligence personnel.

14  h.  In several news articles published in July 2014 by MSNBC and in

15     television reports that appeared on the news channel MSNBC (which is an

16     affiliate of NBC Universal), the Israeli-Palestinian "conflict" in 2014 was

17     referred to as a "war."

18  i.  Reported events and details of actions that occurred during June and July

19     2014, as reported in various news sources, including but not limited to

20     CBS news videos and MSNBC videos, articles, and features, including

21     direct clashes of armed forces from opposing sides of the war, gunfights,

22     firing of long-range rockets, rocket attacks into Tel Aviv, Jerusalem,

23     and/or Southern Israel, planning for a ground incursion, a ground

24     campaign, war planes, gunboats, mutual exchange of air strikes, rejection

25     of a proposed cease fire, and injuries and deaths in Israel, Palestine, Gaza

26     City, and/or the Gaza Strip, and comments from Israel regarding its

27     intentions.

28  j.  Hamas militants stated on al-Aqsa TV that Hamas was firing rockets in

78

EXHIBIT 6, PAGE 209

ANDERSON, MCPHARLIN & CONNERS LLP
LAWYERS
707 WILSHIRE BOULEVARD, SUITE 4000
LOS ANGELES, CALIFORNIA 90017-3623

response to "Israeli aggression against Palestinians in the West Bank, Jerusalem and Gaza." According to news reports, the statement was issued in the name of the Qassam Brigades and laid out four conditions for a ceasefire: ending all action in Jerusalem and the West Bank, ending the fire on and siege of Gaza, releasing all the prisoners who were re-arrested in the Israeli operation launched on June 12, 2014, after the disappearance of three Israeli settlers and the ceasing of "meddling" in the Palestinian Unity government.

k.  Moussa Abu Marzouk, a top Hamas official, stated, as reported in a news article:  "There should be a new equation so that we will not have a war on Gaza every two years."

l.  The word "militants" is used to describe Hamas forces in various news articles (identified in response to Interrogatory No. 4 below) and the Congressional Reports identified in subparts (a) and (b) of this response to Interrogatory No. 3.

m.  Hamas spokesman Sami Abu Zuhri stated, as reported in a news article: "There will be no truce without an end to the war that the Occupation (Israel) began, a lifting of the blockade and a halt to all violations and killings in Gaza and the West Bank."

n.  E-mail sent by Stephen Smith, head of NBC security for Europe, dated July 10, 2014, regarding NBCU Security's decision to move the filming of *Dig* out of Israel.

o.  A news article published by the Washington Post, dated July 10, 2014, by Griff Witte and William Booth, entitled "As cease-fire with Hamas fails to take shape, Netanyahu says, 'Our answer is fire.'" This article is available at:   https://www.washingtonpost.com/world/israel-accepts-truce-plan-hamas-balks/2014/07/15/04373008-0bf5-11e4-8c9a-923ecc0c7d23_story.html?utm_term=.e99302eb1314.

79

ATLANTIC SPECIALTY INSURANCE COMPANY'S THIRD AMENDED RESPONSES
TO PLAINTIFFS' FIRST SET OF INTERROGATORIES

ANDERSON, MCPHARLIN & CONNERS LLP
LAWYERS
707 WILSHIRE BOULEVARD, SUITE 4000
LOS ANGELES, CALIFORNIA 90017-3623

p. A news article published by MSNBC dated July 18, 2014, by Benjamin Landy and Maria Lokke, entitled "Scenes of war and heartbreak as Israeli ground forces invade Gaza." This article is available at: http://www.msnbc.com/msnbc/scenes-war-and-heartbreak-israel-hamas-conflict-intensifies.

q. A news article published by MSNBC dated July 18, 2014, by David Taintor, entitled "Obama points to rebels in downed Malaysian jet." This article is available at: http://www.msnbc.com/msnbc/obama-american-dead-malaysia-airlines-crash.

r. A news article published by MSNBC dated July 16, 2014, by Donna Stefano, entitled "In Israel and Palestine, children imagine a world without war." This article is available at: http://www.msnbc.com/msnbc/israel-and-palestine-children-imagine-world-without-war.

s. A news article published by the Times of Israel by Adiv Sterman, dated July 16, 2014, entitled "Ground incursion in Gaza said 'very likely.'" This article is available at: http://www.timesofisrael.com/idf-ground-incursion-in-gaza-very-likely/.

t. A collection of "LiveBlogs" published by the Times of Israel on July 7, 2014, by Itamar Sharon, Marissa Newman, and Ilan Ben Zion, entitled "Israel launches 'Protective Edge' counteroffensive on Gaza, Jewish suspects reenact teen's murder." This collection is available at: http://www.timesofisrael.com/as-israel-grapples-with-homegrown-killers-violence-continues/#!.

u. A news article published by Middle East Eye dated July 8, 2014, entitled "Hamas claims responsibility for rockets fired at Jerusalem, Tel Aviv and Haifa." This article is available at: http://www.middleeasteye.net/news/israels-army-prepared-ground-

80

ATLANTIC SPECIALTY INSURANCE COMPANY'S THIRD AMENDED RESPONSES
TO PLAINTIFFS' FIRST SET OF INTERROGATORIES

EXHIBIT 6, PAGE 211

ANDERSON, McPHARLIN & CONNERS LLP
LAWYERS
707 WILSHIRE BOULEVARD, SUITE 4000
LOS ANGELES, CALIFORNIA 90017-3623

1    assault-gaza-official-275282816.

2    v.  A news article published by the Global News, dated July 9, 2014, entitled

3        "UPDATE: Israel hits key Hamas targets in Gaza offensive." This article

4        is available at: http://globalnews.ca/news/1438089/israel-strikes-hamas-

5        targets-in-gaza-to-stop-rocket-fire/.

6    w.  A news article published by the Global News, dated July 15, 2014,

7        entitled "Israel: Hamas to pay price for its 'no' to truce." This article is

8        available at: http://globalnews.ca/news/1451058/israel-hamas-to-pay-

9        price-for-its-no-to-truce/.

10   x.  The news article entitled "LIVE UPDATES: Operation Protective Edge,

11       Day 7," published by Haaretz on July 15, 2014. The article is available at:

12       http://www.haaretz.com/israel-news/1.604898#!.

13   y.  The December 2, 2010 Congressional Research Service Report entitled

14       "Hamas: Background and Issues for Congress," and authored by Jim

15       Zanotti.

16   z.  The January 31, 2014 Congressional Research Service Report entitled

17       "The Palestinians: Background and U.S. Relations," and authored by Jim

18       Zanotti.

19   aa. Black's Law Dictionary, as discussed above.

20   bb. The Dictionary of International and Comparative Law, as discussed

21       above.

22   cc. The Handbook of Humanitarian Law in Armed Conflicts, as discussed

23       above.

24   dd. The travel warning issued by the United States on February 3, 2014,

25       regarding travel to Israel.

26   ee. The United Kingdom's website regarding travel to Israel, available at:

27       https://www.gov.uk/foreign-travel-advice/israel, as it existed on July 15,

28       2014.

81

ATLANTIC SPECIALTY INSURANCE COMPANY'S THIRD AMENDED RESPONSES
TO PLAINTIFFS' FIRST SET OF INTERROGATORIES

ANDERSON, McPHARLIN & CONNERS LLP
LAWYERS
707 WILSHIRE BOULEVARD, SUITE 4000
LOS ANGELES, CALIFORNIA 90017-3623

ff. The news clips (videos) available at the following websites:

a. http://www.msnbc.com/the-last-word/watch/mh17-mystery-and-war-in-gaza-308247107963;

b. http://www.msnbc.com/melissa-harris-perry/watch/what-it-means-to-live-in-a-war-zone-309370947801;

c. http://www.msnbc.com/all-in-with-chris-hayes/watch/day-breaks-in-gaza-following-invasion-307348035939;

d. http://www.msnbc.com/all-in-with-chris-hayes/watch/ground-war-in-gaza-307290179722;

e. www.cbsnews.com/videos/new-clashes-between-israel-palestinians-is-ground-war-next/.

gg. The facts set forth in the February 10, 2015 Congressional Research Service Report entitled "The Palestinians: Background and U.S. Relations," which was authored by Jim Zanotti, who is identified as an Analyst in Middle Eastern Affairs. Atlantic will not recite each and every fact within that Congressional Report. But in particular, Atlantic relies on the following facts: the report referred to the "summer 2014 conflict" between Israel and Hamas (along with other Palestinian militants based in Gaza) as a "major conflict" and noted that it lasted approximately 50 days; 2,100 Palestinians were killed, and 71 Israelis (including five civilians) were killed in the 50-day conflict; Hamas depleted 80% of its rocket and mortar arsenal during the summer 2014 Israel-Gaza conflict; an Israeli official was quoted as stating that Israel's military efforts during the summer 2014 conflict "will give us quiet for a long time." (page 25 of the Report).

hh. Reports that: as many as 485,000 Palestinians had been displaced and were staying in emergency shelters or with host families, more than 130 schools and 24 health facilities were damaged in the Gaza Strip as a result

82

EXHIBIT 6, PAGE 213

ANDERSON, McPHARLIN & CONNERS LLP
LAWYERS
707 WILSHIRE BOULEVARD, SUITE 4000
LOS ANGELES, CALIFORNIA 90017-3623

1  of attacks by Israeli forces; Israeli forces also completely destroyed 73
2  mosques in Gaza and damaged another 203.

3  ii. Reports that: rocket attacks from Gaza caused damage to Israeli civilian
4  infrastructure, resulting in 3,000 claims of damage being submitted to
5  Israel's Tax Authority; the estimated economic cost to Israel was $2.5
6  billion.

7  jj. Reports that the Palestinian casualties totaled 2,220, 1,492 of whom were
8  civilians (551 children and 299 women), 605 militants, and 123 of
9  unknown status. Approximately 11,000 Palestinians were wounded.

10  kk. Reports that 66 Israeli Defense Force soldiers were killed, as were 5
11  Israeli civilians.

12  ll. To the extent not already mentioned above, facts learned through research
13  of Hamas and Palestine, and Hamas's ongoing conflicts and prior wars
14  with Israel, including operations, official positions held, and capabilities,
15  which research included review of primary sources discussing Hamas and
16  Palestine, as listed in "Hamas," appearing in Wikipedia
17  (http://en.wikipedia.org/wiki/Hamas) as it existed on July 16, 2014.

18  With regard to facts supporting its position, Atlantic refers to and incorporates specific
19  claim-related documents produced in this case, which reflect facts considered, which
20  are bates numbered ATL001458 – ATL001463 (reference to foreign travel advice);
21  ATL001199 – ATL001204 (reference to U.S. travel warning); ATL001529 (reference
22  to foreign travel advice and Hamas article); ATL001562 – ATL001563 (reference to
23  news stories specified in links stated); ATL000502 (reference to news article);
24  ATL000294 (reference to reporting on events and specific links to news stories);
25  ATL001828 (reference to reporting on facts and developments and mentions of *DIG*);
26  ATL00385 - ATL00392 (references to facts); ATL001877 (references to articles);
27  ATL002171 – ATL002175 and ATL002172 – ATL002175 (references to facts).
28  Atlantic reserves the right to supplement this Response, as discovery is ongoing, and as

83

ATLANTIC SPECIALTY INSURANCE COMPANY'S THIRD AMENDED RESPONSES
TO PLAINTIFFS' FIRST SET OF INTERROGATORIES

EXHIBIT 6, PAGE 214

1  individual witnesses who are deposed in this case may provide additional information

2  not yet known to Atlantic.

3

4  **INTERROGATORY NO. 14:**

5        State all facts on which ATLANTIC relied in making the determination, as stated

6  at page 5 in the letter dated July 28, 2014 from Pamela A. Johnson to Andrea Garber,

7  that the "terrorism coverage should not apply" and that "[ATLANTIC] do[es] not

8  believe the terrorism coverage would apply" under the POLICY endorsement titled

9  "Coverage for Certified Acts of Terrorism; Cap on Losses."

10  **RESPONSE TO INTERROGATORY NO. 14:** As Atlantic stated in its denial letter

11  dated July 28, 2014, the Policy contains an endorsement referenced in the Interrogatory.

12  That endorsement makes clear that coverage that might not have otherwise have been

13  available due to an exclusion for acts of terror *would* be available for acts of terror that

14  were "certified acts of terrorism," meaning an act that was certified as an act of terror

15  by the Secretary of Treasury, with the concurrence of the Secretary of State and the

16  Attorney General of the United States. In the July 28, 2014 denial letter, Atlantic was

17  making clear that any additional coverage this endorsement might have provided would

18  not be available here because such coverage applies only if the United States Secretary

19  of the Treasury, with the concurrence of the United States Secretary of State and the

20  Attorney General, certifies the act that caused the insured's loss as an act of terrorism in

21  accordance with the Terrorism Risk Insurance Act of 2002 ("TRIA"). Atlantic relied on

22  the fact that none of the events that took place in Israel and Palestine in and around July

23  2014, when *Dig* was being filmed in Israel, were certified as acts of terrorism under

24  TRIA. Moreover, the endorsement states that coverage for acts of terror are not

25  available unless the violent act was "part of an effort to coerce the civilian population

26  of the United States or to influence the policy or affect the conduct of the United States

27  Government by coercion." Atlantic never learned of any information suggesting that the

28  events in Israel and Palestine in approximately July 2014 were part of an effort to

84

ANDERSON, MCPHARLIN & CONNERS LLP
LAWYERS
707 WILSHIRE BOULEVARD, SUITE 4000
LOS ANGELES, CALIFORNIA 90017-3623

1  coerce the civilian population of the United States or to influence the policy of the

2  United States Government by coercion. Instead, Atlantic's investigation of the events

3  that occurred in Israel and Palestine in July 2014 showed that those events were the

4  continuation of long-standing tensions and political disagreements between Israelis and

5  Palestinians. Atlantic refers the Plaintiff s to its response to Interrogatory No. 5, in

6  which it set forth more specific facts regarding those tensions and political

7  disagreements that Atlantic considered in investigating the *DIG* CLAIM.

8  Atlantic reserves the right to supplement this Response, as discovery is ongoing, and as

9  individual witnesses who are deposed in this case may provide additional information

10  not yet known to Atlantic.

11

12  **INTERROGATORY NO. 15:**

13      Without identifying the insured or the specific facts of the claims, describe each

14  time that ATLANTIC has previously denied a claim based in whole or in part on the

15  WAR EXCLUSION, or any part thereof.

16  **RESPONSE TO INTERROGATORY NO. 15:** Atlantic objects to this Interrogatory

17  on the grounds that it seeks information that is not relevant to either party's claims or

18  defenses and that is not proportional to the needs of this case, considering the

19  importance of the issues at stake in the action, the amount in controversy, the parties'

20  relative access to relevant information, the parties' resources, the importance of the

21  discovery in resolving the issues, and the burden and expense of the proposed

22  discovery, which greatly outweighs its likely benefit, if any. Information relating to

23  other claims that Atlantic has denied can have no bearing on the issues in this case and

24  is outside the scope of discovery permitted under Rule 26 of the Federal Rules of Civil

25  Procedure. Information relating to other claims that Atlantic has denied can have no

26  bearing on the issues in this case.

27      Nonetheless, to avoid a discovery dispute, Atlantic responds as follows: Atlantic

28  has not located any other claim in which it denied the claim in whole or in part on the

ANDERSON, MCPHARLIN & CONNERS LLP
LAWYERS
707 WILSHIRE BOULEVARD, SUITE 4000
LOS ANGELES, CALIFORNIA 90017-3623

85

ATLANTIC SPECIALTY INSURANCE COMPANY'S THIRD AMENDED RESPONSES
TO PLAINTIFFS' FIRST SET OF INTERROGATORIES

ANDERSON, McPHARLIN & CONNERS LLP

LAWYERS

707 WILSHIRE BOULEVARD, SUITE 4000

LOS ANGELES, CALIFORNIA 90017-3623

1  basis of the WAR EXCLUSION. As counsel for Atlantic has stated in discussions with

2  counsel for the Plaintiffs, counsel for Atlantic reviewed over 36,000 documents that

3  Atlantic by searching its document management and e-mail system. One of the search

4  terms used in the search that returned these documents was "war." That search looked

5  for documents and e-mails dating back to July 2013. Atlantic has completed its review

6  of these 36,000 documents and can confirm that there were no documents included in

7  this set that indicated or suggested in any way that Atlantic had ever denied a claim in

8  whole or in part on the basis of the WAR EXCLUSION. Atlantic, and its Informational

9  Technology department in particular, have represented that a broader search that would

10  encompass all e-mails and documents without any date restrictions would be nearly

11  impossible. In lieu of searching for the WAR EXCLUSION in each and every one of

12  the many millions of documents and e-mails that Atlantic and OneBeacon have

13  generated over the course of their existences, Atlantic has made inquiries with its

14  employees who oversee, and former employees who previously oversaw, the claims

15  handling for the entertainment division of Atlantic and with employees of OneBeacon

16  who oversee claims for all of OneBeacon's divisions. Those persons do not recall any

17  claims that Atlantic denied on the grounds that the WAR EXCLUSION applied.

18  **INTERROGATORY NO. 16:**

19      Without identifying the insured or the specific facts of the claims, describe each

20  claim as to which ATLANTIC considered the potential applicability of the WAR

21  EXCLUSION, or any part thereof, but ultimately paid out on the claim, in whole or in

22  part, despite the potential applicability of the WAR EXCLUSION, or any part thereof.

23  **RESPONSE TO INTERROGATORY NO. 16:** Atlantic objects to this Interrogatory

24  on the grounds that it seeks information that is not relevant to either party's claims or

25  defenses and that is not proportional to the needs of this case, considering the

26  importance of the issues at stake in the action, the amount in controversy, the parties'

27  relative access to relevant information, the parties' resources, the importance of the

28  discovery in resolving the issues, and the burden and expense of the proposed

ATLANTIC SPECIALTY INSURANCE COMPANY'S THIRD AMENDED RESPONSES
TO PLAINTIFFS' FIRST SET OF INTERROGATORIES

ANDERSON, MCPHARLIN & CONNERS LLP
LAWYERS
707 WILSHIRE BOULEVARD, SUITE 4000
LOS ANGELES, CALIFORNIA 90017-3623

1    discovery, which greatly outweighs its likely benefit, if any. Information relating to

2    other claims that Atlantic has denied can have no bearing on the issues in this case and

3    is outside the scope of discovery permitted under Rule 26 of the Federal Rules of Civil

4    Procedure. Information relating to other claims that Atlantic has denied can have no

5    bearing on the issues in this case.

6       Nonetheless, to avoid a discovery dispute, Atlantic responds as follows: Atlantic

7    has identified one e-mail, which it produced on December 16, 2016 as ATL000785-

8    788, in which Danny Gutterman e-mailed himself the language of the war exclusion

9    (along with other excerpts of language from the relevant policy) in December 2013.

10    Mr. Gutterman never sent an e-mail containing the language of the war exclusion to

11    anyone else at Atlantic. The claim file in connection with that claim makes no mention

12    whatsoever of the war exclusion. The claim involved an insured that was planning to

13    film a commercial in Thailand in late 2013. At the time, there was protesting (some of

14    which turned into violent internal rioting) within Thailand due to political unrest, and

15    the insured chose not to shoot the commercial there in Thailand as a result. Atlantic

16    covered the costs associated with cancelling the filming of the commercial. Atlantic did

17    not give any serious consideration to the application of the war exclusion to the claim,

18    as evidenced by the fact that Mr. Gutterman's e-mail to himself is the only indication

19    that the exclusion received *any* consideration, and Mr. Gutterman does not recall giving

20    serious thought to the exclusion in connection with that claim.

21       Atlantic has not located any other claim in which it considered the potential

22    applicability of the WAR EXCLUSION or any part thereof but ultimately paid out on

23    the claim despite the potential applicability of the WAR EXCLUSION. As counsel for

24    Atlantic has stated in discussions with counsel for the Plaintiffs, counsel for Atlantic

25    has reviewed over 36,000 documents that Atlantic found by searching its document

26    management and e-mail system. One of the search terms used in the search that

27    returned these documents was "war." That search looked for documents and e-mails

28    dating back to July 2013. Atlantic has completed its review of these 36,000 documents

ATLANTIC SPECIALTY INSURANCE COMPANY'S THIRD AMENDED RESPONSES
TO PLAINTIFFS' FIRST SET OF INTERROGATORIES

ANDERSON, MCPHARLIN & CONNERS LLP
LAWYERS
707 WILSHIRE BOULEVARD, SUITE 4000
LOS ANGELES, CALIFORNIA 90017–3623

1   and hereby confirms that these documents have not revealed any other claims in which

2   Atlantic has considered the applicability of the WAR EXCLUSION. Atlantic, and its

3   Informational Technology department in particular, have represented that a broader

4   search that would encompass all e-mails and documents without any date restrictions

5   would be nearly impossible. In lieu of searching for the WAR EXCLUSION in each

6   and every one of the many millions of documents and e-mails that Atlantic and

7   OneBeacon have generated over the course of their existences, Atlantic has made

8   inquiries with its employees who oversee, and former employees who previously

9   oversaw, the claims handling for the entertainment division of Atlantic and with

10  employees of OneBeacon who oversee claims for all of OneBeacon's divisions. Other

11  than the claim discussed above, those persons do not recall any claims in which

12  Atlantic considered the potential applicability of the WAR EXCLUSION or any part

13  thereof but ultimately paid out on the claim despite the potential applicability of the

14  WAR EXCLUSION.

15  **INTERROGATORY NO. 17:**

16      State all facts which ATLANTIC considered in deciding not to renew the

17  POLICY.

18  **RESPONSE TO INTERROGATORY NO. 17:** Atlantic objects to providing this

19  information on the ground that it seeks information that is outside the scope of

20  discovery permitted under Rule 26 of the Federal Rules of Civil Procedure. The

21  information sought is not relevant to any party's claims or defenses.

22      In the interest of avoiding an unnecessary discovery dispute, however, Atlantic

23  will answer this Interrogatory. In 2015, Atlantic reevaluated its risk profile and made a

24  decision to significantly curtail issuance of policies involving major movie and

25  television productions. As a result, when the Policy came up for renewal, Atlantic was

26  unwilling to renew the Policy because it no longer fit Atlantic's risk profile.   This

27  decision had nothing to do with the *DIG* CLAIM.

28

ATLANTIC SPECIALTY INSURANCE COMPANY'S THIRD AMENDED RESPONSES
TO PLAINTIFFS' FIRST SET OF INTERROGATORIES

DATED: April 18, 2017

MARC J. SHRAKE
ANDERSON, McPHARLIN & CONNERS LLP

-and-

MICHAEL KEELEY *(Pro Hac Vice)*
TONI SCOTT REED *(Pro Hac Vice)*
CARLA C. CRAPSTER *(Pro Hac Vice)*
STRASBURGER & PRICE, LLP

By:      */s/ Michael Keeley*
          Michael Keeley
Attorneys for Defendant ATLANTIC
SPECIALTY INSURANCE COMPANY

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

ANDERSON, McPHARLIN & CONNERS LLP
LAWYERS
707 WILSHIRE BOULEVARD, SUITE 4000
LOS ANGELES, CALIFORNIA 90017-3623

89

ATLANTIC SPECIALTY INSURANCE COMPANY'S THIRD AMENDED RESPONSES
TO PLAINTIFFS' FIRST SET OF INTERROGATORIES

EXHIBIT 6, PAGE 220

ANDERSON, MCPHARLIN & CONNERS LLP
LAWYERS
707 WILSHIRE BOULEVARD, SUITE 4000
LOS ANGELES, CALIFORNIA 90017-3623

## VERIFICATION

I, Aaron Stone, declare and state as follows:

I have read the **DEFENDANT ATLANTIC SPECIALTY INSURANCE COMPANY'S THIRD AMENDED RESPONSES TO FIRST SET OF INTERROGATORIES PROPOUNDED BY PLAINTIFFS UNIVERSAL CABLE PRODUCTIONS LLC AND NORTHERN ENTERTAINMENT PRODUCTIONS LLC** ("Responses") and I am familiar with its contents thereof.  I am Vice President of Claims of Atlantic Specialty Insurance Company ("Atlantic Specialty"), and am authorized to make this verification on behalf of Atlantic Specialty.

These Responses are limited by the records and information in existence, presently collected and thus far discovered in the course of preparation of these Responses.  Based thereon, I am informed and believe that the matters stated in these Responses as to Atlantic Specialty are true and on that ground certify under penalty of perjury under the laws of the United States of America that the same are true and correct.

Executed this 18th day of April, 2017, at Plymouth, Minnesota.

_____
Aaron Stone

_____
Notary Public

ALISON DWAN NASH-TROUT
NOTARY PUBLIC - MINNESOTA
My Commission Expires
January 31, 2020

90

ATLANTIC SPECIALTY INSURANCE COMPANY'S THIRD AMENDED RESPONSES
TO PLAINTIFFS' FIRST SET OF INTERROGATORIES

**PROOF OF SERVICE**

I am employed in the County of Dallas, State of Texas.  I am over the age of eighteen years and not a party to the within action; my business address is 901 Main Street, Suite 6000, Dallas, Texas 75202.

On April 18, 2017, I served the following document(s) described as **DEFENDANT ATLANTIC SPECIALTY INSURANCE COMPANY'S THIRD AMENDED RESPONSES TO FIRST SET OF INTERROGATORIES PROPOUNDED BY PLAINTIFFS UNIVERSAL CABLE PRODUCTIONS LLC AND NORTHERN ENTERTAINMENT PRODUCTIONS LLC** on the interested parties in this action by placing true copies thereof enclosed in sealed envelopes addressed as follows:

> Lucia E. Coyoca, Esq.                    Attorneys for Plaintiffs
> Valentine A. Shalamitski, Esq.
> Daniel M. Hayes, Esq.
> Mitchell Silberberg & Knupp LLP
> 11377 West Olympic Boulevard
> Los Angeles, CA  90064-1683
> Telephone: (310) 312-2000
> Facsimile: (310) 312-3100

**BY MAIL:**  I am "readily familiar" with Strasburger & Price, LLP's practice for collecting and processing correspondence for mailing with the United States Postal Service.  Under that practice, it would be deposited with the United States Postal Service that same day in the ordinary course of business.  Such envelope(s) were placed for collection and mailing with postage thereon fully prepaid at Dallas, Texas, on that same day following ordinary business practices.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.  Executed on April 18, 2017, at Dallas, Texas.

_Marianna Green_
Marianna Green

ATLANTIC SPECIALTY INSURANCE COMPANY'S THIRD AMENDED RESPONSES
TO PLAINTIFFS' FIRST SET OF INTERROGATORIES

ANDERSON, McPHARLIN & CONNERS LLP
*Lawyers*
707 WILSHIRE BOULEVARD, SUITE 4000
LOS ANGELES, CALIFORNIA 90017-3623

EXHIBIT 6, PAGE 222

# EXHIBIT 7

# 1:03cv6978, Federal Insurance, Et Al V. Al Qaida, Et Al

US District Court Docket

US District Court for the Southern District of New York

(Foley Square)

This case was retrieved on 05/08/2017

## Header

**Case Number:** 1:03cv6978
**Date Filed:** 09/10/2003
**Assigned To:** Judge George B. Daniels
**Referred To:** Magistrate Judge Sarah Netburn
**Nature of Suit:** Torts to Land (240)
**Cause:** Fed. Question: Real Property
**Lead Docket:** 1:03md01570
**Other Docket:** 1:02cv06977
**Jurisdiction:** Federal Question

**Class Code:** CASREF,ECF,MDL,RELATED
**Closed:** Open
**Statute:** 28:1331(a)rp
**Jury Demand:** Both
**Demand Amount:** $0
**NOS Description:** Torts to Land

## Litigants

ABD Al Samad Al-Ta'ish
**Defendant**

ABD Al-Hadi Al-Iraqi
**Defendant**

ABD Al-Mushin Al-Libi
**Defendant**

ABD Al-Rahim Al-Nashiri
**Defendant**

Abdul Majeed
**Defendant**

Abdulrahman Alamoudi
**Defendant**

Abdulrahman Hassan Sharbatly
**Defendant**

Abu Sulayman
**Defendant**

## Attorneys

Maher Hana Hanania , Sr
ATTORNEY TO BE NOTICED

Hanania & Kheder, P.C.
6066 Leesburg Pike #101
Falls Chuch, VA 22041
USA
(703)-778-2400 Fax: (703)-778-2407
Email:Mhanania@hknlaw.Com

EXHIBIT 7, PAGE 223

## Litigants

## Attorneys

Abu Zubaydah
**Defendant**

Abu Zubaydah
**Defendant**

Abdel Barry
**Defendant**

Abdelkadir Mahmoud ES Sayed
**Defendant**

Abdul Fattah Zammar
**Defendant**

Abdulaziz Bin Hamad
**Defendant**

Abdulla Al Obaid
**Defendant**

Abdullah Al Faisal Bin Abdulaziz Al Saud
**Defendant**

T. Barry Kingham
ATTORNEY TO BE NOTICED

Curtis, Mallet-Prevost, Colt and Mosle LLP
101 Park Avenue South 35th Floor
New York, NY 10178
USA
212-696-6000 Fax: 212-697-1559
Email:Bkingham@curtis.Com

Abu Abdul Rahman
**Defendant**

Abu Al-Maid
**Defendant**

Abu Rida Al Suri
**Defendant**

Agus Budiman
**Defendant**

Ahmed Brahim
**Defendant**

Ahmed Ressam
**Defendant**

Al Baraka Investment and Development

Martin Francis McMahon

## Litigants

**Defendant**

Al Taqwa Trade Property and Industry Company Limited
**Defendant**

Al-Barakat Group of Companies Somalia Limited
**Defendant**

Al-Shaykh Al-Iraqi
**Defendant**

Al-Shifa' Honey Press for Industry and Commerce
**Defendant**

Adel Ben Soltane
**Defendant**

Adnan Basha
**Defendant**

Albert Fredrich Armand Huber
**Defendant**

ADU Agab
**Defendant**

Abdelhalim Remadna
**Defendant**

Abdelkarim Hussein Mohamed Al-Nasser
**Defendant**

Abdul Rahman Al Swailem
**Defendant**

Abdul Rahman Khaled Bin Mahfouz
**Defendant**

Abdul Rahman Yasin
**Defendant**

Abdul-Rahim Mohammed Hussein
**Defendant**

## Attorneys

ATTORNEY TO BE NOTICED

Martin F. McMahon and Associates
1150 Conneticut Avenue N.W.
Washington, DC 20035
USA
202-862-4343 Fax: 202862-4302
Email:Mm@martinmcmahonlaw.Com

## Litigants

## Attorneys

Abdulkarim Khaled Uusuf Abdulla
**Defendant**

Abdullah Ahmed Abdullah
**Defendant**

Abdullah Qassim
**Defendant**

Abdullah Samil Bahmadan
**Defendant**

Abdullah Sulaiman Al-Rajhi
**Defendant**

Abdullahi Hussein Kahie
**Defendant**

Abdulrahman Bin Khalid Bin Mahfouz
**Defendant**

Advice and Reformation Committee
**Defendant**

Abu Hamza Al-Masri
**Defendant**

Abu Musab Al-Masri
**Defendant**

Abu Sayef Group
**Defendant**

Abula Bin Laden
**Defendant**

Afamia, SL
**Defendant**

Afghan Support Committee
**Defendant**

Algerian Armed Islamic Group
**Defendant**

Ahmed Nur Ali Jim'ale
**Defendant**

Al AMN Al-Dakhili
**Defendant**

| Litigants | Attorneys |
|---|---|

Al AMN Al-Khariji
**Defendant**

Al Barakaat Bank
**Defendant**

Al Farooq Mosque
**Defendant**

Al Qaida
**Defendant**

Al Shamal for Investment and Development
**Defendant**

Al-Barakat Bank of Somalia (Bss)
**Defendant**

Al-Barakat Finance Group
**Defendant**

Al-Itihaad Al-Islamiya (Aiai)
**Defendant**

Ahmad Ajaj
**Defendant**

Ahmad Al-Shinni
**Defendant**

Ahmed Ibrahim Al Najjar
**Defendant**

Akida Bank Private Limited
**Defendant**

Al Anwa
**Defendant**

John Joseph Walsh
LEAD ATTORNEY;ATTORNEY TO BE NOTICED

Carter Ledyard & Milburn LLP
2 Wall Street
New York, NY 10005
USA
(212) 238-8849 Fax: (212) 732-3232 Email:Walsh@clm.Com

Al Faisaliah Group
**Defendant**

Al Gama'a Al-Islamiyya
**Defendant**

| Litigants | Attorneys |
|---|---|

Al Khaleejia for Export Promotion and Marketing Company
**Defendant**

Al-Barakaat
**Defendant**

Al-Birr
**Defendant**

Al-Haramain
**Defendant**

Al-Rashid Trust
**Defendant**

Allstate Insurance Company
**Plaintiff**

Elliott R. Feldman
LEAD ATTORNEY;ATTORNEY TO BE NOTICED

Cozen O'Connor (Philadelphia)
1900 Market Street The Atrium
Philadelphia, PA 19103
USA
215-665-2071 Fax: 215-665-2013
Email:Efeldman@cozen.Com

Mark T. Mullen
LEAD ATTORNEY;ATTORNEY TO BE NOTICED

Cozen O'Connor (Philadelphia)
1900 Market Street The Atrium
Philadelphia, PA 19103
USA
215-665-2091 Fax: 215-665-2013
Email:Mmullen@cozen.Com

Adam C. Bonin

Cozen O'Connor (Philadelphia)
1900 Market Street The Atrium
Philadelphia, PA 19103
USA
(215) 665-2000 Fax: (215)-701-2321
Email:Abonin@cozen.Com

American Alternative Insurance Corporation
**Plaintiff**

Elliott R. Feldman
LEAD ATTORNEY;ATTORNEY TO BE NOTICED

Cozen O'Connor (Philadelphia)
1900 Market Street The Atrium
Philadelphia, PA 19103
USA
215-665-2071 Fax: 215-665-2013
Email:Efeldman@cozen.Com

## Litigants

## Attorneys

Mark T. Mullen
LEAD ATTORNEY;ATTORNEY TO BE NOTICED

Cozen O'Connor (Philadelphia)
1900 Market Street The Atrium
Philadelphia, PA 19103
USA
215-665-2091 Fax: 215-665-2013
Email:Mmullen@cozen.Com

Michael J. Sommi
LEAD ATTORNEY

Cozen O'Connor (Broadway)
45 Broadway Atrium, Suite 1600
New York, NY 10006
USA
212-908-1244 Fax: 212-509-9492
Email:Msommi@cozen.Com

Adam C. Bonin

Cozen O'Connor (Philadelphia)
1900 Market Street The Atrium
Philadelphia, PA 19103
USA
(215) 665-2000 Fax: (215)-701-2321
Email:Abonin@cozen.Com

American Employers' Insurance Company
**Plaintiff**

Elliott R. Feldman
LEAD ATTORNEY;ATTORNEY TO BE NOTICED

Cozen O'Connor (Philadelphia)
1900 Market Street The Atrium
Philadelphia, PA 19103
USA
215-665-2071 Fax: 215-665-2013
Email:Efeldman@cozen.Com

Mark T. Mullen
LEAD ATTORNEY;ATTORNEY TO BE NOTICED

Cozen O'Connor (Philadelphia)
1900 Market Street The Atrium
Philadelphia, PA 19103
USA
215-665-2091 Fax: 215-665-2013
Email:Mmullen@cozen.Com

Michael J. Sommi
LEAD ATTORNEY

Cozen O'Connor (Broadway)
45 Broadway Atrium, Suite 1600
New York, NY 10006
USA
212-908-1244 Fax: 212-509-9492
Email:Msommi@cozen.Com

## Litigants

## Attorneys

Adam C. Bonin

Cozen O'Connor (Philadelphia)
1900 Market Street The Atrium
Philadelphia, PA 19103
USA
(215) 665-2000 Fax: (215)-701-2321
Email:Abonin@cozen.Com

**American Guarantee and Liability Insurance Company**
**Plaintiff**

Elliott R. Feldman
LEAD ATTORNEY;ATTORNEY TO BE NOTICED

Cozen O'Connor (Philadelphia)
1900 Market Street The Atrium
Philadelphia, PA 19103
USA
215-665-2071 Fax: 215-665-2013
Email:Efeldman@cozen.Com

Mark T. Mullen
LEAD ATTORNEY;ATTORNEY TO BE NOTICED

Cozen O'Connor (Philadelphia)
1900 Market Street The Atrium
Philadelphia, PA 19103
USA
215-665-2091 Fax: 215-665-2013
Email:Mmullen@cozen.Com

Michael J. Sommi
LEAD ATTORNEY

Cozen O'Connor (Broadway)
45 Broadway Atrium, Suite 1600
New York, NY 10006
USA
212-908-1244 Fax: 212-509-9492
Email:Msommi@cozen.Com

Adam C. Bonin

Cozen O'Connor (Philadelphia)
1900 Market Street The Atrium
Philadelphia, PA 19103
USA
(215) 665-2000 Fax: (215)-701-2321
Email:Abonin@cozen.Com

**Aqeel Al-Aqeel**
**Defendant**

**Arab Bank, PLC**
**Defendant**

Richard T. Marooney , Jr
ATTORNEY TO BE NOTICED

King & Spalding LLP (NYC)
1185 Avenue Of The Americas

EXHIBIT 7, PAGE 230

## Litigants
## Attorneys

New York, NY 10036
USA
212-556-2242 Fax: 212-556-2222
Email:Rmarooney@kslaw.Com

American Muslim Foundation
**Defendant**

Asbat Al-Ansar
**Defendant**

Ayman Al-Zawahiri
**Defendant**

Azzam Service Center
**Defendant**

Barakaat Group of Companies
**Defendant**

Barakat Bank and Remittances
**Defendant**

Benevolence International Foundation
**Defendant**

Arab Cement Company
**Defendant**

Arafat El-Asahi
**Defendant**

Asat Trust
**Defendant**

Assurance Company of America
**Plaintiff**

Elliott R. Feldman
LEAD ATTORNEY;ATTORNEY TO BE NOTICED

Cozen O'Connor (Philadelphia)
1900 Market Street The Atrium
Philadelphia, PA 19103
USA
215-665-2071 Fax: 215-665-2013
Email:Efeldman@cozen.Com

Mark T. Mullen
LEAD ATTORNEY;ATTORNEY TO BE NOTICED

Cozen O'Connor (Philadelphia)
1900 Market Street The Atrium
Philadelphia, PA 19103
USA
215-665-2091 Fax: 215-665-2013

| Litigants | Attorneys |
|---|---|
| | Email:Mmullen@cozen.Com |
| | Michael J. Sommi<br>**LEAD ATTORNEY** |
| | Cozen O'Connor (Broadway)<br>45 Broadway Atrium, Suite 1600<br>New York, NY 10006<br>USA<br>212-908-1244 Fax: 212-509-9492<br>Email:Msommi@cozen.Com |
| | Adam C. Bonin |
| | Cozen O'Connor (Philadelphia)<br>1900 Market Street The Atrium<br>Philadelphia, PA 19103<br>USA<br>(215) 665-2000 Fax: (215)-701-2321<br>Email:Abonin@cozen.Com |
| Barakaat Boston<br>**Defendant** | |
| Bashsh Hospital<br>**Defendant** | |
| Barakaat Enterprise<br>**Defendant** | |
| Bosanska Idealna Futura<br>**Defendant** | |
| Boston Old Colony Insurance Company<br>**Plaintiff** | Elliott R. Feldman<br>**LEAD ATTORNEY;ATTORNEY TO BE NOTICED** |
| | Cozen O'Connor (Philadelphia)<br>1900 Market Street The Atrium<br>Philadelphia, PA 19103<br>USA<br>215-665-2071 Fax: 215-665-2013<br>Email:Efeldman@cozen.Com |
| | Mark T. Mullen<br>**LEAD ATTORNEY;ATTORNEY TO BE NOTICED** |
| | Cozen O'Connor (Philadelphia)<br>1900 Market Street The Atrium<br>Philadelphia, PA 19103<br>USA<br>215-665-2091 Fax: 215-665-2013<br>Email:Mmullen@cozen.Com |
| | Adam C. Bonin |
| | Cozen O'Connor (Philadelphia) |

## Litigants

## Attorneys

1900 Market Street The Atrium
Philadelphia, PA 19103
USA
(215) 665-2000 Fax: (215)-701-2321
Email:Abonin@cozen.Com

Colonial American Casualty and Surety Insurance Company
**Plaintiff**

Elliott R. Feldman
LEAD ATTORNEY;ATTORNEY TO BE NOTICED

Cozen O'Connor (Philadelphia)
1900 Market Street The Atrium
Philadelphia, PA 19103
USA
215-665-2071 Fax: 215-665-2013
Email:Efeldman@cozen.Com

Mark T. Mullen
LEAD ATTORNEY;ATTORNEY TO BE NOTICED

Cozen O'Connor (Philadelphia)
1900 Market Street The Atrium
Philadelphia, PA 19103
USA
215-665-2091 Fax: 215-665-2013
Email:Mmullen@cozen.Com

Michael J. Sommi
LEAD ATTORNEY

Cozen O'Connor (Broadway)
45 Broadway Atrium, Suite 1600
New York, NY 10006
USA
212-908-1244 Fax: 212-509-9492
Email:Msommi@cozen.Com

Adam C. Bonin

Cozen O'Connor (Philadelphia)
1900 Market Street The Atrium
Philadelphia, PA 19103
USA
(215) 665-2000 Fax: (215)-701-2321
Email:Abonin@cozen.Com

Continental Insurance Company of New Jersey
**Plaintiff**

Elliott R. Feldman
LEAD ATTORNEY;ATTORNEY TO BE NOTICED

Cozen O'Connor (Philadelphia)
1900 Market Street The Atrium
Philadelphia, PA 19103
USA
215-665-2071 Fax: 215-665-2013
Email:Efeldman@cozen.Com

Mark T. Mullen
LEAD ATTORNEY;ATTORNEY TO BE NOTICED

## Litigants

## Attorneys

Cozen O'Connor (Philadelphia)
1900 Market Street The Atrium
Philadelphia, PA 19103
USA
215-665-2091 Fax: 215-665-2013
Email:Mmullen@cozen.Com

Adam C. Bonin

Cozen O'Connor (Philadelphia)
1900 Market Street The Atrium
Philadelphia, PA 19103
USA
(215) 665-2000 Fax: (215)-701-2321
Email:Abonin@cozen.Com

Chubb Insurance Company of Canada
**Plaintiff**

Elliott R. Feldman
LEAD ATTORNEY;ATTORNEY TO BE NOTICED

Cozen O'Connor (Philadelphia)
1900 Market Street The Atrium
Philadelphia, PA 19103
USA
215-665-2071 Fax: 215-665-2013
Email:Efeldman@cozen.Com

Mark T. Mullen
LEAD ATTORNEY;ATTORNEY TO BE NOTICED

Cozen O'Connor (Philadelphia)
1900 Market Street The Atrium
Philadelphia, PA 19103
USA
215-665-2091 Fax: 215-665-2013
Email:Mmullen@cozen.Com

Michael J. Sommi
LEAD ATTORNEY

Cozen O'Connor (Broadway)
45 Broadway Atrium, Suite 1600
New York, NY 10006
USA
212-908-1244 Fax: 212-509-9492
Email:Msommi@cozen.Com

Adam C. Bonin

Cozen O'Connor (Philadelphia)
1900 Market Street The Atrium
Philadelphia, PA 19103
USA
(215) 665-2000 Fax: (215)-701-2321
Email:Abonin@cozen.Com

Chubb Insurance Company of New Jersey
**Plaintiff**

Elliott R. Feldman
LEAD ATTORNEY;ATTORNEY TO BE NOTICED

| Litigants | Attorneys |
|-----------|-----------|
| | Cozen O'Connor (Philadelphia)<br>1900 Market Street The Atrium<br>Philadelphia, PA 19103<br>USA<br>215-665-2071 Fax: 215-665-2013<br>Email:Efeldman@cozen.Com |
| | Mark T. Mullen<br>LEAD ATTORNEY;ATTORNEY TO BE NOTICED |
| | Cozen O'Connor (Philadelphia)<br>1900 Market Street The Atrium<br>Philadelphia, PA 19103<br>USA<br>215-665-2091 Fax: 215-665-2013<br>Email:Mmullen@cozen.Com |
| | Michael J. Sommi<br>LEAD ATTORNEY |
| | Cozen O'Connor (Broadway)<br>45 Broadway Atrium, Suite 1600<br>New York, NY 10006<br>USA<br>212-908-1244 Fax: 212-509-9492<br>Email:Msommi@cozen.Com |
| | Adam C. Bonin |
| | Cozen O'Connor (Philadelphia)<br>1900 Market Street The Atrium<br>Philadelphia, PA 19103<br>USA<br>(215) 665-2000 Fax: (215)-701-2321<br>Email:Abonin@cozen.Com |
| Crum & Forster Indemnity Company<br>**Plaintiff** | Elliott R. Feldman<br>LEAD ATTORNEY;ATTORNEY TO BE NOTICED |
| | Cozen O'Connor (Philadelphia)<br>1900 Market Street The Atrium<br>Philadelphia, PA 19103<br>USA<br>215-665-2071 Fax: 215-665-2013<br>Email:Efeldman@cozen.Com |
| | Mark T. Mullen<br>LEAD ATTORNEY;ATTORNEY TO BE NOTICED |
| | Cozen O'Connor (Philadelphia)<br>1900 Market Street The Atrium<br>Philadelphia, PA 19103<br>USA<br>215-665-2091 Fax: 215-665-2013<br>Email:Mmullen@cozen.Com |
| | Michael J. Sommi<br>LEAD ATTORNEY |

| Litigants | Attorneys |
|-----------|-----------|
| | Cozen O'Connor (Broadway)<br>45 Broadway Atrium, Suite 1600<br>New York, NY 10006<br>USA<br>212-908-1244 Fax: 212-509-9492<br>Email:Msommi@cozen.Com |
| | Adam C. Bonin |
| | Cozen O'Connor (Philadelphia)<br>1900 Market Street The Atrium<br>Philadelphia, PA 19103<br>USA<br>(215) 665-2000 Fax: (215)-701-2321<br>Email:Abonin@cozen.Com |
| Fidelity and Casualty Company of New York<br>**Plaintiff** | Elliott R. Feldman<br>LEAD ATTORNEY;ATTORNEY TO BE NOTICED |
| | Cozen O'Connor (Philadelphia)<br>1900 Market Street The Atrium<br>Philadelphia, PA 19103<br>USA<br>215-665-2071 Fax: 215-665-2013<br>Email:Efeldman@cozen.Com |
| | Mark T. Mullen<br>LEAD ATTORNEY;ATTORNEY TO BE NOTICED |
| | Cozen O'Connor (Philadelphia)<br>1900 Market Street The Atrium<br>Philadelphia, PA 19103<br>USA<br>215-665-2091 Fax: 215-665-2013<br>Email:Mmullen@cozen.Com |
| | Adam C. Bonin |
| | Cozen O'Connor (Philadelphia)<br>1900 Market Street The Atrium<br>Philadelphia, PA 19103<br>USA<br>(215) 665-2000 Fax: (215)-701-2321<br>Email:Abonin@cozen.Com |
| Fidelity and Deposit Company of Maryland<br>**Plaintiff** | Elliott R. Feldman<br>LEAD ATTORNEY;ATTORNEY TO BE NOTICED |
| | Cozen O'Connor (Philadelphia)<br>1900 Market Street The Atrium<br>Philadelphia, PA 19103<br>USA<br>215-665-2071 Fax: 215-665-2013<br>Email:Efeldman@cozen.Com |
| | Mark T. Mullen<br>LEAD ATTORNEY;ATTORNEY TO BE NOTICED |

| Litigants | Attorneys |
|---|---|
| | Cozen O'Connor (Philadelphia)<br>1900 Market Street The Atrium<br>Philadelphia, PA 19103<br>USA<br>215-665-2091 Fax: 215-665-2013<br>Email:Mmullen@cozen.Com<br><br>Michael J. Sommi<br>LEAD ATTORNEY<br><br>Cozen O'Connor (Broadway)<br>45 Broadway Atrium, Suite 1600<br>New York, NY 10006<br>USA<br>212-908-1244 Fax: 212-509-9492<br>Email:Msommi@cozen.Com<br><br>Adam C. Bonin<br><br>Cozen O'Connor (Philadelphia)<br>1900 Market Street The Atrium<br>Philadelphia, PA 19103<br>USA<br>(215) 665-2000 Fax: (215)-701-2321<br>Email:Abonin@cozen.Com |
| IBN Al-Shaykh Al-Libi<br>**Defendant** | |
| Great Northern Insurance Company<br>**Plaintiff** | Elliott R. Feldman<br>LEAD ATTORNEY;ATTORNEY TO BE NOTICED<br><br>Cozen O'Connor (Philadelphia)<br>1900 Market Street The Atrium<br>Philadelphia, PA 19103<br>USA<br>215-665-2071 Fax: 215-665-2013<br>Email:Efeldman@cozen.Com<br><br>Mark T. Mullen<br>LEAD ATTORNEY;ATTORNEY TO BE NOTICED<br><br>Cozen O'Connor (Philadelphia)<br>1900 Market Street The Atrium<br>Philadelphia, PA 19103<br>USA<br>215-665-2091 Fax: 215-665-2013<br>Email:Mmullen@cozen.Com<br><br>Michael J. Sommi<br>LEAD ATTORNEY<br><br>Cozen O'Connor (Broadway)<br>45 Broadway Atrium, Suite 1600<br>New York, NY 10006<br>USA<br>212-908-1244 Fax: 212-509-9492 |

## Litigants

## Attorneys

Email:Msommi@cozen.Com

Adam C. Bonin

Cozen O'Connor (Philadelphia)
1900 Market Street The Atrium
Philadelphia, PA 19103
USA
(215) 665-2000 Fax: (215)-701-2321
Email:Abonin@cozen.Com

Miga-Malaysian Swiss, Gulf and African Chamber
**Defendant**

Mounir El Motassadeq
**Defendant**

Nasreddin Foundation
**Defendant**

Lashkar-E Tayyiba
**Defendant**

One Beacon America Insurance Company
**Plaintiff**

Elliott R. Feldman
LEAD ATTORNEY;ATTORNEY TO BE NOTICED

Cozen O'Connor (Philadelphia)
1900 Market Street The Atrium
Philadelphia, PA 19103
USA
215-665-2071 Fax: 215-665-2013
Email:Efeldman@cozen.Com

Mark T. Mullen
LEAD ATTORNEY;ATTORNEY TO BE NOTICED

Cozen O'Connor (Philadelphia)
1900 Market Street The Atrium
Philadelphia, PA 19103
USA
215-665-2091 Fax: 215-665-2013
Email:Mmullen@cozen.Com

Michael J. Sommi
LEAD ATTORNEY

Cozen O'Connor (Broadway)
45 Broadway Atrium, Suite 1600
New York, NY 10006
USA
212-908-1244 Fax: 212-509-9492
Email:Msommi@cozen.Com

Adam C. Bonin

Cozen O'Connor (Philadelphia)

## Litigants

## Attorneys

1900 Market Street The Atrium
Philadelphia, PA 19103
USA
(215) 665-2000 Fax: (215)-701-2321
Email:Abonin@cozen.Com

**One Beacon Insurance Company**
**Plaintiff**

Elliott R. Feldman
LEAD ATTORNEY;ATTORNEY TO BE NOTICED

Cozen O'Connor (Philadelphia)
1900 Market Street The Atrium
Philadelphia, PA 19103
USA
215-665-2071 Fax: 215-665-2013
Email:Efeldman@cozen.Com

Mark T. Mullen
LEAD ATTORNEY;ATTORNEY TO BE NOTICED

Cozen O'Connor (Philadelphia)
1900 Market Street The Atrium
Philadelphia, PA 19103
USA
215-665-2091 Fax: 215-665-2013
Email:Mmullen@cozen.Com

Michael J. Sommi
LEAD ATTORNEY

Cozen O'Connor (Broadway)
45 Broadway Atrium, Suite 1600
New York, NY 10006
USA
212-908-1244 Fax: 212-509-9492
Email:Msommi@cozen.Com

Adam C. Bonin

Cozen O'Connor (Philadelphia)
1900 Market Street The Atrium
Philadelphia, PA 19103
USA
(215) 665-2000 Fax: (215)-701-2321
Email:Abonin@cozen.Com

Mamoun Darkazanli Import-Export Company
**Defendant**

Nada International Anstalt
**Defendant**

Nasco Business Residence Center Sas Di Nasreddin Ahmed Idris EC
**Defendant**

Osama Bin Laden
**Defendant**

## Litigants

## Attorneys

Syrian Arab Republic
**Defendant**

Palestine Islamic Jihad
**Defendant**

The Princeton Excess & Surplus Lines Insurance Company
**Plaintiff**

Mark T. Mullen
LEAD ATTORNEY;ATTORNEY TO BE NOTICED

Cozen O'Connor (Philadelphia)
1900 Market Street The Atrium
Philadelphia, PA 19103
USA
215-665-2091 Fax: 215-665-2013
Email:Mmullen@cozen.Com

Michael J. Sommi
LEAD ATTORNEY

Cozen O'Connor (Broadway)
45 Broadway Atrium, Suite 1600
New York, NY 10006
USA
212-908-1244 Fax: 212-509-9492
Email:Msommi@cozen.Com

Adam C. Bonin

Cozen O'Connor (Philadelphia)
1900 Market Street The Atrium
Philadelphia, PA 19103
USA
(215) 665-2000 Fax: (215)-701-2321
Email:Abonin@cozen.Com

The Republic of the Sudan
**Defendant**

United States Fire Insurance Company
**Plaintiff**

Mark T. Mullen
LEAD ATTORNEY;ATTORNEY TO BE NOTICED

Cozen O'Connor (Philadelphia)
1900 Market Street The Atrium
Philadelphia, PA 19103
USA
215-665-2091 Fax: 215-665-2013
Email:Mmullen@cozen.Com

Michael J. Sommi
LEAD ATTORNEY

Cozen O'Connor (Broadway)
45 Broadway Atrium, Suite 1600
New York, NY 10006
USA
212-908-1244 Fax: 212-509-9492

## Litigants

## Attorneys

Email:Msommi@cozen.Com

Adam C. Bonin

Cozen O'Connor (Philadelphia)
1900 Market Street The Atrium
Philadelphia, PA 19103
USA
(215) 665-2000 Fax: (215)-701-2321
Email:Abonin@cozen.Com

Salafist Group for Call and Combat
**Defendant**

Nasreddin Company Nasco Sas Di Ahmed Idris Nassneddin
EC
**Defendant**

National Ben Franklin Insurance Company of Illinois
**Plaintiff**

Elliott R. Feldman
LEAD ATTORNEY;ATTORNEY TO BE NOTICED

Cozen O'Connor (Philadelphia)
1900 Market Street The Atrium
Philadelphia, PA 19103
USA
215-665-2071 Fax: 215-665-2013
Email:Efeldman@cozen.Com

Mark T. Mullen
LEAD ATTORNEY;ATTORNEY TO BE NOTICED

Cozen O'Connor (Philadelphia)
1900 Market Street The Atrium
Philadelphia, PA 19103
USA
215-665-2091 Fax: 215-665-2013
Email:Mmullen@cozen.Com

Adam C. Bonin

Cozen O'Connor (Philadelphia)
1900 Market Street The Atrium
Philadelphia, PA 19103
USA
(215) 665-2000 Fax: (215)-701-2321
Email:Abonin@cozen.Com

The Camden Fire Insurance Association
**Plaintiff**

Mark T. Mullen
LEAD ATTORNEY;ATTORNEY TO BE NOTICED

Cozen O'Connor (Philadelphia)
1900 Market Street The Atrium
Philadelphia, PA 19103
USA
215-665-2091 Fax: 215-665-2013
Email:Mmullen@cozen.Com

| Litigants | Attorneys |
|---|---|
| | Michael J. Sommi<br>LEAD ATTORNEY<br><br>Cozen O'Connor (Broadway)<br>45 Broadway Atrium, Suite 1600<br>New York, NY 10006<br>USA<br>212-908-1244 Fax: 212-509-9492<br>Email:Msommi@cozen.Com<br><br>Adam C. Bonin<br><br>Cozen O'Connor (Philadelphia)<br>1900 Market Street The Atrium<br>Philadelphia, PA 19103<br>USA<br>(215) 665-2000 Fax: (215)-701-2321<br>Email:Abonin@cozen.Com |
| **Barakaat Red Sea Telecommunications**<br>**Defendant** | |
| **Barakat Computer Consulting (Bcc)**<br>**Defendant** | |
| **Barakat Consulting Group (Bcg)**<br>**Defendant** | |
| **Barakat Global Telephone Company**<br>**Defendant** | |
| **Barakat International Companies (Bico)**<br>**Defendant** | |
| **Barakat Post Express (Bpe)**<br>**Defendant** | |
| **Barakat Refreshment Company**<br>**Defendant** | |
| **Barakat Telecommunications Company Limited (Btelco)**<br>**Defendant** | |
| **Bilal Bin Marwan**<br>**Defendant** | |
| **Bosnia-Herzegovina Branch of Al-Haramain Islamic Foundation**<br>**Defendant** | |
| **Brahim Ben Hedili Hamami**<br>**Defendant** | |

## Litigants

## Attorneys

Dahir Ubeidullahi Aweys
**Defendant**

Fahad Al-Thumairy
**Defendant**

Faisal Group Holding Company
**Defendant**

Dar-Al-Maal Al Islami
**Defendant**

Timothy James McCarthy
LEAD ATTORNEY;ATTORNEY TO BE NOTICED

Mishcon de Reya New York, LLP
156 Fifth Ave., Ste. 904
New York, NY 10010
USA
212-612-3297 Fax: 212-612-3297
Email:Timothy.Mccarthy@thompsonhine.Com

Aimee Rebecca Kahn
ATTORNEY TO BE NOTICED

Mishcon de Reya New York, LLP
156 Fifth Ave., Ste. 904
New York, NY 10010
USA
(212)-612-3270 Fax: (212)-612-3297
Email:Aimee.Kahn@mishcon.Com

Heyatul Ulya
**Defendant**

Hezb-E-Islami
**Defendant**

Fatha Adbul Rahman
**Defendant**

Fazeh Ahed
**Defendant**

Fazul Abdullah Mohammed
**Defendant**

Ibrahim Bin Abdul Aziz Al Ibrahim Foundation
**Defendant**

Infocus Tech of Malaysia
**Defendant**

International Development Foundation
**Defendant**

David P. Gersch
LEAD ATTORNEY;ATTORNEY TO BE NOTICED

## Litigants

## Attorneys

Arnold Porter Kaye Scholer LLP (DC)
601 Massachusetts Avenue
Washington, DC 20001
USA
(202) 942-5125 Fax: (203) 942-5999
Email:David_Gersch@aporter.Com

Islamic Movement of Uzbekistan
**Defendant**

Jamal Ahmed Mohammed
**Defendant**

Garad Jama
**Defendant**

Global Diamond Resource
**Defendant**

Gum Arabic Company Limited
**Defendant**

Haji Mohamad Akram
**Defendant**

Hashim Abdulrahman
**Defendant**

Hassan Dahir Aweys
**Defendant**

Hussein Mahmud Abdullkadir
**Defendant**

Ibrahim Hassabella
**Defendant**

International Institute of Islamic Thought
**Defendant**

International Institute of Islamic Thought                     Christopher J. Beal
**Defendant**                                                  LEAD ATTORNEY;ATTORNEY TO BE NOTICED

                                                              DLA Piper LLP (US)
                                                              401 B Street, Suite 1700
                                                              San Diego, CA 92101
                                                              USA
                                                              (858) 638-6813 Fax: (858) 677-1477
                                                              Email:Cris.Beal@dlapiper.Com (Inactive)

                                                              Donna M. Sheinbach
                                                              LEAD ATTORNEY;ATTORNEY TO BE NOTICED

## Litigants

## Attorneys

DLA Piper US LLP (NJ)
300 Campus Drive Suite100
Florham Park, NJ 07932
USA
202-238-7763 Fax: 202-238-7700
Email:Dsheinbach@graycary.Com

Jay D. Hanson
LEAD ATTORNEY;ATTORNEY TO BE NOTICED

DLA Piper LLP (US)
401 B Street, Suite 1700
San Diego, CA 92101
USA
(856) 677-1400 Email:Jay.Hanson@dlapiper.Com

John Joseph Walsh
LEAD ATTORNEY;ATTORNEY TO BE NOTICED

Carter Ledyard & Milburn LLP
2 Wall Street
New York, NY 10005
USA
(212) 238-8849 Fax: (212) 732-3232 Email:Walsh@clm.Com

Michael D. McNeely
LEAD ATTORNEY;ATTORNEY TO BE NOTICED

DLA Piper US LLP (NJ)
300 Campus Drive Suite100
Florham Park, NJ 07932
USA
202-238-7788 Fax: 202-238-7700
Email:Mmcneely@graycary.Com

Nancy Luque
LEAD ATTORNEY;ATTORNEY TO BE NOTICED

Luque Geragos Marino, LLP
910 17th Street Ste. 800
Washington, DC 20006
USA
(202 223-8888 Fax: (202) 223-8677
Email:Nluque@luquelaw.Com

Steven A, Maddox
LEAD ATTORNEY;ATTORNEY TO BE NOTICED

Maddox Edwards, PLLC
1900 K. Street Nw, Ste 725
Washington, DC 20006
USA
202-830-0707 Fax: 202-830-0701
Email:Smaddox@meiplaw.Com

Islamic Cultural Institute of Milan
**Defendant**

EXHIBIT 7, PAGE 245

| Litigants | Attorneys |
|-----------|-----------|

**Jamal Al-Badawi**
**Defendant**

**Jamal BA Khorsh**
**Defendant**

**Khaled Nouri**
**Defendant**

**Khaled Nouri**
**Defendant**

**Gulbuddin Hekmatyar**
**Defendant**

**Haydar Mohamed Bin Laden**
**Defendant**

**Hazem Ragab**
**Defendant**

**Mahdi Chamran Savehi**
**Defendant**

**Help African People**
**Defendant**

**Heritage Education Trust**
**Defendant**

Christopher J. Beal
LEAD ATTORNEY;ATTORNEY TO BE NOTICED

DLA Piper LLP (US)
401 B Street, Suite 1700
San Diego, CA 92101
USA
(858) 638-6813 Fax: (858) 677-1477
Email:Cris.Beal@dlapiper.Com (Inactive)

Donna M. Sheinbach
LEAD ATTORNEY;ATTORNEY TO BE NOTICED

DLA Piper US LLP (NJ)
300 Campus Drive Suite100
Florham Park, NJ 07932
USA
202-238-7763 Fax: 202-238-7700
Email:Dsheinbach@graycary.Com

Jay D. Hanson
LEAD ATTORNEY;ATTORNEY TO BE NOTICED

DLA Piper LLP (US)
401 B Street, Suite 1700
San Diego, CA 92101

| Litigants | Attorneys |
|---|---|
| | USA<br>(856) 677-1400 Email:Jay.Hanson@dlapiper.Com<br><br>John Joseph Walsh<br>LEAD ATTORNEY;ATTORNEY TO BE NOTICED<br><br>Carter Ledyard & Milburn LLP<br>2 Wall Street<br>New York, NY 10005<br>USA<br>(212) 238-8849 Fax: (212) 732-3232 Email:Walsh@clm.Com<br><br>Michael D. McNeely<br>LEAD ATTORNEY;ATTORNEY TO BE NOTICED<br><br>DLA Piper US LLP (NJ)<br>300 Campus Drive Suite100<br>Florham Park, NJ 07932<br>USA<br>202-238-7788 Fax: 202-238-7700<br>Email:Mmcneely@graycary.Com<br><br>Nancy Luque<br>LEAD ATTORNEY;ATTORNEY TO BE NOTICED<br><br>Luque Geragos Marino, LLP<br>910 17th Street Ste. 800<br>Washington, DC 20006<br>USA<br>(202 223-8888 Fax: (202) 223-8677<br>Email:Nluque@luquelaw.Com<br><br>Steven A, Maddox<br>LEAD ATTORNEY;ATTORNEY TO BE NOTICED<br><br>Maddox Edwards, PLLC<br>1900 K. Street Nw, Ste 725<br>Washington, DC 20006<br>USA<br>202-830-0707 Fax: 202-830-0701<br>Email:Smaddox@meiplaw.Com |
| Hisham Al-Talib<br>**Defendant** | |
| Human Concern International Society<br>**Defendant** | |
| Ibrahim Salih Mohammed Al-Yacoub<br>**Defendant** | |
| Ihab Ali<br>**Defendant** | |
| Iqbal Yunus<br>**Defendant** | Christopher J. Beal<br>LEAD ATTORNEY;ATTORNEY TO BE NOTICED |

| Litigants | Attorneys |
|---|---|
|  | DLA Piper LLP (US)<br>401 B Street, Suite 1700<br>San Diego, CA 92101<br>USA<br>(858) 638-6813 Fax: (858) 677-1477<br>Email:Cris.Beal@dlapiper.Com (Inactive)<br><br>Donna M. Sheinbach<br>LEAD ATTORNEY;ATTORNEY TO BE NOTICED<br><br>DLA Piper US LLP (NJ)<br>300 Campus Drive Suite100<br>Florham Park, NJ 07932<br>USA<br>202-238-7763 Fax: 202-238-7700<br>Email:Dsheinbach@graycary.Com<br><br>Jay D. Hanson<br>LEAD ATTORNEY;ATTORNEY TO BE NOTICED<br><br>DLA Piper LLP (US)<br>401 B Street, Suite 1700<br>San Diego, CA 92101<br>USA<br>(856) 677-1400 Email:Jay.Hanson@dlapiper.Com<br><br>John Joseph Walsh<br>LEAD ATTORNEY;ATTORNEY TO BE NOTICED<br><br>Carter Ledyard & Milburn LLP<br>2 Wall Street<br>New York, NY 10005<br>USA<br>(212) 238-8849 Fax: (212) 732-3232 Email:Walsh@clm.Com<br><br>Michael D. McNeely<br>LEAD ATTORNEY;ATTORNEY TO BE NOTICED<br><br>DLA Piper US LLP (NJ)<br>300 Campus Drive Suite100<br>Florham Park, NJ 07932<br>USA<br>202-238-7788 Fax: 202-238-7700<br>Email:Mmcneely@graycary.Com<br><br>Nancy Luque<br>LEAD ATTORNEY;ATTORNEY TO BE NOTICED<br><br>Luque Geragos Marino, LLP<br>910 17th Street Ste. 800<br>Washington, DC 20006<br>USA<br>(202 223-8888 Fax: (202) 223-8677<br>Email:Nluque@luquelaw.Com<br><br>Steven A, Maddox<br>LEAD ATTORNEY;ATTORNEY TO BE NOTICED |

| Litigants | Attorneys |
|---|---|
| | Maddox Edwards, PLLC<br>1900 K. Street Nw, Ste 725<br>Washington, DC 20006<br>USA<br>202-830-0707 Fax: 202-830-0701<br>Email:Smaddox@meiplaw.Com |
| **ISS El-Din El Sayed**<br>**Defendant** | |
| **Khaled Bin Mahfouz**<br>**Defendant** | |
| **Nada Management Organization**<br>**Defendant** | |
| **New Diamond Holdings**<br>**Defendant** | |
| **Lashkar Redayan-E-Islami**<br>**Defendant** | |
| **Omar Al-Bayoumi**<br>**Defendant** | |
| **Omar Sulaiman Al-Rajhi**<br>**Defendant** | |
| **Mar-Jac Poultry**<br>**Defendant** | Wilmer Parker , III<br>LEAD ATTORNEY;ATTORNEY TO BE NOTICED<br><br>Gillen Parker and Withers LLC<br><br>Atlanta, GA 30305<br>USA<br>Ste 1050 3490 Piedmont Rd (404)842-9700 X0340 Fax:<br>(404)842-9750 Email:Parker@mjplawyers.Com |
| **Rabih Haddah**<br>**Defendant** | |
| **Rabita Trust**<br>**Defendant** | James Vann<br>LEAD ATTORNEY;ATTORNEY TO BE NOTICED<br><br>,<br><br>Jason Dzubow<br>LEAD ATTORNEY;ATTORNEY TO BE NOTICED<br><br>,<br><br>Martin Francis McMahon |

EXHIBIT 7, PAGE 249

| Litigants | Attorneys |
|---|---|
| | ATTORNEY TO BE NOTICED<br><br>Martin F. McMahon and Associates<br>1150 Conneticut Avenue N.W.<br>Washington, DC 20035<br>USA<br>202-862-4343 Fax: 202862-4302<br>Email:Mm@martinmcmahonlaw.Com |
| **Red Crescent Saudi Committee**<br>**Defendant** | |
| **Riyadus-Salikhin Recognizance and Sabotage Battalion of Chechen Martyrs**<br>**Defendant** | |
| **Maulvi Abdul Kabir**<br>**Defendant** | |
| **Saleh Abdullah Kamel**<br>**Defendant** | Martin Francis McMahon<br>ATTORNEY TO BE NOTICED<br><br>Martin F. McMahon and Associates<br>1150 Conneticut Avenue N.W.<br>Washington, DC 20035<br>USA<br>202-862-4343 Fax: 202862-4302<br>Email:Mm@martinmcmahonlaw.Com |
| **Saudi Joint Relief Committee**<br>**Defendant** | Colin S. Stretch<br>LEAD ATTORNEY;ATTORNEY TO BE NOTICED<br><br>Kellogg, Hansen, Todd, Figel & Frederick PLLC (DC)<br>1615 M Street, N.W., Suite 400<br>Washington, DC 20036<br>USA<br>(202) 326-7968 Fax: (202) 326-7999<br>Email:Mkellogg@khhte.Com<br><br>Mark Charles Hansen<br>LEAD ATTORNEY<br><br>Kellogg, Hansen, Todd, Figel & Frederick PLLC (DC)<br>1615 M Street, N.W., Suite 400<br>Washington, DC 20036<br>USA<br>202-326-7904 Fax: 202-326-7999<br>Email:Mhansen@kellogghansen.Com |
| **Mohamed Bayazid**<br>**Defendant** | |
| **Mohammed Al Faisal Al Saud**<br>**Defendant** | David William Bowker<br>LEAD ATTORNEY;ATTORNEY TO BE NOTICED |

## Litigants

## Attorneys

Wilmer Cutler Pickering Hale & Dorr LLP (NYC)
7 World Trade Center
New York, NY 10007
USA
212-230-8852 Fax: 212-2308888
Email:David.Bowker@wilmerhale.Com

Louis Richard Cohen
ATTORNEY TO BE NOTICED

Wilmer, Cutler & Pickering Hale & Dorr LLP (Washington)
1875 Pennsylvania Ave. Nw
Washington, DC 20006
USA
(202) 663-6700 Fax: (202) 663-6363
Email:Louis.Cohen@wilmer.Com

**Mohammed Bin Abdulrahman Al Ariefy**
**Defendant**

T. Barry Kingham
ATTORNEY TO BE NOTICED

Curtis, Mallet-Prevost, Colt and Mosle LLP
101 Park Avenue South 35th Floor
New York, NY 10178
USA
212-696-6000 Fax: 212-697-1559
Email:Bkingham@curtis.Com

**Mohammed Bin Faris**
**Defendant**

**Mohammed Bin Laden Organization**
**Defendant**

**Mohammed Khatib**
**Defendant**

**Mohammed Nur Rahmi**
**Defendant**

**Mohammed Omar Al-Harazi**
**Defendant**

**Mohammed Omeish**
**Defendant**

**Mohammed Salim Bin Mahfouz**
**Defendant**

David P. Gersch
LEAD ATTORNEY;ATTORNEY TO BE NOTICED

Arnold Porter Kaye Scholer LLP (DC)
601 Massachusetts Avenue
Washington, DC 20001
USA
(202) 942-5125 Fax: (203) 942-5999
Email:David_Gersch@aporter.Com

## Litigants

Mokhtar Boughougha
**Defendant**

Muhammad Abu-Islam
**Defendant**

Muhammad Ashraf
**Defendant**

## Attorneys

Christopher J. Beal
LEAD ATTORNEY;ATTORNEY TO BE NOTICED

DLA Piper LLP (US)
401 B Street, Suite 1700
San Diego, CA 92101
USA
(858) 638-6813 Fax: (858) 677-1477
Email:Cris.Beal@dlapiper.Com (Inactive)

Donna M. Sheinbach
LEAD ATTORNEY;ATTORNEY TO BE NOTICED

DLA Piper US LLP (NJ)
300 Campus Drive Suite100
Florham Park, NJ 07932
USA
202-238-7763 Fax: 202-238-7700
Email:Dsheinbach@graycary.Com

Jay D. Hanson
LEAD ATTORNEY;ATTORNEY TO BE NOTICED

DLA Piper LLP (US)
401 B Street, Suite 1700
San Diego, CA 92101
USA
(856) 677-1400 Email:Jay.Hanson@dlapiper.Com

John Joseph Walsh
LEAD ATTORNEY;ATTORNEY TO BE NOTICED

Carter Ledyard & Milburn LLP
2 Wall Street
New York, NY 10005
USA
(212) 238-8849 Fax: (212) 732-3232 Email:Walsh@clm.Com

Michael D. McNeely
LEAD ATTORNEY;ATTORNEY TO BE NOTICED

DLA Piper US LLP (NJ)
300 Campus Drive Suite100
Florham Park, NJ 07932
USA
202-238-7788 Fax: 202-238-7700
Email:Mmcneely@graycary.Com

Nancy Luque
LEAD ATTORNEY;ATTORNEY TO BE NOTICED

| Litigants | Attorneys |
|---|---|
| | Luque Geragos Marino, LLP<br>910 17th Street Ste. 800<br>Washington, DC 20006<br>USA<br>(202 223-8888 Fax: (202) 223-8677<br>Email:Nluque@luquelaw.Com<br><br>Steven A, Maddox<br>LEAD ATTORNEY;ATTORNEY TO BE NOTICED<br><br>Maddox Edwards, PLLC<br>1900 K. Street Nw, Ste 725<br>Washington, DC 20006<br>USA<br>202-830-0707 Fax: 202-830-0701<br>Email:Smaddox@meiplaw.Com |
| Muhsin Musa Matwalli Atwah<br>**Defendant** | |
| Mustasim Abdel-Rahim<br>**Defendant** | |
| Najib Ouaz<br>**Defendant** | |
| Sherif Sedky<br>**Defendant** | Karla J. Letsche<br>LEAD ATTORNEY<br><br>Oldaker,Biden & Belair, LLP<br>818 Connecticut Avenue, N.W., Ste 1100<br>Washington, DC 20006<br>USA<br>(202) 496-3491 Fax: (202)-293-6111<br>Email:Kletsche@obblaw.Com |
| National Fund for Social Insurance<br>**Defendant** | |
| Khalid Al-Fawaz<br>**Defendant** | |
| Khalid Sulaiman Al-Rajhi<br>**Defendant** | |
| SNCB Securities Limited in New York<br>**Defendant** | |
| Noor Jalil<br>**Defendant** | |
| Omar Al Bayoumi<br>**Defendant** | |

| Litigants | Attorneys |
|-----------|-----------|

Suleiman Abdel Aziz Al Rajhi
**Defendant**

Tadamon Islamic Bank
**Defendant**

Taibah International Aid Association
**Defendant**

Tarek Ayoubi
**Defendant**

The Aid Organization of the Ulema
**Defendant**

Umma Tameer-E-Nau (Utn)
**Defendant**

Mahmoud Jaballah
**Defendant**

Mansouri Al-Kadi
**Defendant**

Red Sea Barakat Company Limited
**Defendant**

Wadi Al Aqiq
**Defendant**

Walid Al-Sourouri
**Defendant**

World Assembly of Muslim Youth          Frederick James Goetz
**Defendant**                          PRO HAC VICE;ATTORNEY TO BE NOTICED

                                        Goetz & Eckland P.A.
                                        43 Main St. S.E., Suite 505
                                        Minneapolis, MN 55414
                                        USA
                                        (612)-874-1552 Fax: (612)-331-2473
                                        Email:Fgoetz@goetzeckland.Com

Youssef Nada
**Defendant**

Zeinab Mansour-Fattah
**Defendant**

Mena Corporation                        Donna M. Sheinbach

## Litigants

## Attorneys

**Defendant**

ATTORNEY TO BE NOTICED

DLA Piper US LLP (NJ)
300 Campus Drive Suite100
Florham Park, NJ 07932
USA
202-238-7763 Fax: 202-238-7700
Email:Dsheinbach@graycary.Com

Sa'd Al-Sharif
**Defendant**

Saar Foundation
**Defendant**

Safa Trust
**Defendant**

Christopher J. Beal
LEAD ATTORNEY;ATTORNEY TO BE NOTICED

DLA Piper LLP (US)
401 B Street, Suite 1700
San Diego, CA 92101
USA
(858) 638-6813 Fax: (858) 677-1477
Email:Cris.Beal@dlapiper.Com (Inactive)

Donna M. Sheinbach
LEAD ATTORNEY;ATTORNEY TO BE NOTICED

DLA Piper US LLP (NJ)
300 Campus Drive Suite100
Florham Park, NJ 07932
USA
202-238-7763 Fax: 202-238-7700
Email:Dsheinbach@graycary.Com

Jay D. Hanson
LEAD ATTORNEY;ATTORNEY TO BE NOTICED

DLA Piper LLP (US)
401 B Street, Suite 1700
San Diego, CA 92101
USA
(856) 677-1400 Email:Jay.Hanson@dlapiper.Com

John Joseph Walsh
LEAD ATTORNEY;ATTORNEY TO BE NOTICED

Carter Ledyard & Milburn LLP
2 Wall Street
New York, NY 10005
USA
(212) 238-8849 Fax: (212) 732-3232 Email:Walsh@clm.Com

Michael D. McNeely
LEAD ATTORNEY;ATTORNEY TO BE NOTICED

DLA Piper US LLP (NJ)

EXHIBIT 7, PAGE 255

| Litigants | Attorneys |
|---|---|
| | 300 Campus Drive Suite100<br>Florham Park, NJ 07932<br>USA<br>202-238-7788 Fax: 202-238-7700<br>Email:Mmcneely@graycary.Com<br><br>Nancy Luque<br>LEAD ATTORNEY;ATTORNEY TO BE NOTICED<br><br>Luque Geragos Marino, LLP<br>910 17th Street Ste. 800<br>Washington, DC 20006<br>USA<br>(202 223-8888 Fax: (202) 223-8677<br>Email:Nluque@luquelaw.Com<br><br>Steven A, Maddox<br>LEAD ATTORNEY;ATTORNEY TO BE NOTICED<br><br>Maddox Edwards, PLLC<br>1900 K. Street Nw, Ste 725<br>Washington, DC 20006<br>USA<br>202-830-0707 Fax: 202-830-0701<br>Email:Smaddox@meiplaw.Com |
| Salem Bin Laden<br>**Defendant** | |
| Mohamed Ben Belgacem Aouadi<br>**Defendant** | |
| Mohamed Sadeek Odeh<br>**Defendant** | |
| Mohammed Alchurbaji<br>**Defendant** | |
| Mohammed Chehade<br>**Defendant** | |
| Mohammed Jaghlit<br>**Defendant** | |
| Mohammed Mansour<br>**Defendant** | |
| Mohammed Sarkawi<br>**Defendant** | |
| Saqar Al-Sadawi<br>**Defendant** | |

| Litigants | Attorneys |
|---|---|
| Muhammad Sadiq Bin Kazem **Defendant** | |
| Muslim World League **Defendant** | James Vann LEAD ATTORNEY;ATTORNEY TO BE NOTICED , Jason Dzubow LEAD ATTORNEY;ATTORNEY TO BE NOTICED , |
| Muslim World League Offices **Defendant** | Jason Dzubow LEAD ATTORNEY;ATTORNEY TO BE NOTICED , |
| Mustafa Al-Kadir **Defendant** | |
| National Commercial Bank **Defendant** | Ronald Stanley Liebman Patton Boggs LLP (DC) 2550 M Street, N.W. Washington, DC 20037 USA (202) 457-6310 Fax: (202) 457-6315 Email:Rliebman@pattonboggs.Com |
| Sheikh Omar Bakri Muhammad **Defendant** | |
| Somalia Branch of the Al-Haramain Islamic Foundation **Defendant** | |
| Somalia Network AB **Defendant** | |
| Success Foundation **Defendant** | |
| Sulaiman Al-Ali **Defendant** | |
| Syed Suleman Ahmer **Defendant** | |
| Taha Jaber Al-Alwani **Defendant** | Christopher J. Beal LEAD ATTORNEY;ATTORNEY TO BE NOTICED DLA Piper LLP (US) 401 B Street, Suite 1700 |

| Litigants | Attorneys |
|---|---|
| | San Diego, CA 92101 |
| | USA |
| | (858) 638-6813 Fax: (858) 677-1477 |
| | Email:Cris.Beal@dlapiper.Com (Inactive) |

**Litigants**

**Attorneys**

San Diego, CA 92101
USA
(858) 638-6813 Fax: (858) 677-1477
Email:Cris.Beal@dlapiper.Com (Inactive)

Donna M. Sheinbach
LEAD ATTORNEY;ATTORNEY TO BE NOTICED

DLA Piper US LLP (NJ)
300 Campus Drive Suite100
Florham Park, NJ 07932
USA
202-238-7763 Fax: 202-238-7700
Email:Dsheinbach@graycary.Com

Jay D. Hanson
LEAD ATTORNEY;ATTORNEY TO BE NOTICED

DLA Piper LLP (US)
401 B Street, Suite 1700
San Diego, CA 92101
USA
(856) 677-1400 Email:Jay.Hanson@dlapiper.Com

Michael D. McNeely
LEAD ATTORNEY;ATTORNEY TO BE NOTICED

DLA Piper US LLP (NJ)
300 Campus Drive Suite100
Florham Park, NJ 07932
USA
202-238-7788 Fax: 202-238-7700
Email:Mmcneely@graycary.Com

Nancy Luque
LEAD ATTORNEY;ATTORNEY TO BE NOTICED

Luque Geragos Marino, LLP
910 17th Street Ste. 800
Washington, DC 20006
USA
(202 223-8888 Fax: (202) 223-8677
Email:Nluque@luquelaw.Com

Steven A, Maddox
LEAD ATTORNEY;ATTORNEY TO BE NOTICED

Maddox Edwards, PLLC
1900 K. Street Nw, Ste 725
Washington, DC 20006
USA
202-830-0707 Fax: 202-830-0701
Email:Smaddox@meiplaw.Com

Bassam Dalati Satut
**Defendant**

Contratas Gioma

## Litigants

## Attorneys

**Defendant**

Dar Al Maal Islami Trust
**Defendant**

James Joseph McGuire
LEAD ATTORNEY;ATTORNEY TO BE NOTICED

Mishcon de Reya New York, LLP
156 Fifth Ave., Ste. 904
New York, NY 10010
USA
(212) 612-3270 Fax: (212) 612-3297
Email:James.Mcguire@mishcon.Com

Timothy James McCarthy
LEAD ATTORNEY;ATTORNEY TO BE NOTICED

Mishcon de Reya New York, LLP
156 Fifth Ave., Ste. 904
New York, NY 10010
USA
212-612-3297 Fax: 212-612-3297
Email:Timothy.Mccarthy@thompsonhine.Com

Aimee Rebecca Kahn
ATTORNEY TO BE NOTICED

Mishcon de Reya New York, LLP
156 Fifth Ave., Ste. 904
New York, NY 10010
USA
(212)-612-3270 Fax: (212)-612-3297
Email:Aimee.Kahn@mishcon.Com

Dubai Islamic Bank
**Defendant**

Robert G. Houck
ATTORNEY TO BE NOTICED

Clifford Chance US, LLP (NYC)
31 West 52nd Street
New York, NY 10019
USA
(212)-878-3224 Fax: (212)-878-8375
Email:Robert.Houck@cliffordchance.Com

Juan P. Morillo
PRO HAC VICE;ATTORNEY TO BE NOTICED

Quinn Emanuel Urquhart & Sullivan LLP
777 Sixth St Nw
Washington, DC 20001
USA
(202)-538-8174 Fax: (202)-538-8100
Email:Juanmorillo@quinnemanuel.Com

Steven Thomas Cottreau
ATTORNEY TO BE NOTICED

Clifford Chance US LLP
2001 K Street Nw
Washington, DC 20006

## Litigants

## Attorneys

USA
(202)-912-5108 Fax: (202)-912-6000
Email:Steve.Cottreau@cliffordchance.Com

Dubai Islamic Bank
**Defendant**

Robert G. Houck
LEAD ATTORNEY;ATTORNEY TO BE NOTICED

Clifford Chance US, LLP (NYC)
31 West 52nd Street
New York, NY 10019
USA
(212)-878-3224 Fax: (212)-878-8375
Email:Robert.Houck@cliffordchance.Com

Juan P. Morillo
PRO HAC VICE;ATTORNEY TO BE NOTICED

Quinn Emanuel Urquhart & Sullivan LLP
777 Sixth St Nw
Washington, DC 20001
USA
(202)-538-8174 Fax: (202)-538-8100
Email:Juanmorillo@quinnemanuel.Com

Steven Thomas Cottreau
ATTORNEY TO BE NOTICED

Clifford Chance US LLP
2001 K Street Nw
Washington, DC 20006
USA
(202)-912-5108 Fax: (202)-912-6000
Email:Steve.Cottreau@cliffordchance.Com

Dubai Islamic Bank
**Defendant**

Robert G. Houck
ATTORNEY TO BE NOTICED

Clifford Chance US, LLP (NYC)
31 West 52nd Street
New York, NY 10019
USA
(212)-878-3224 Fax: (212)-878-8375
Email:Robert.Houck@cliffordchance.Com

Juan P. Morillo
PRO HAC VICE;ATTORNEY TO BE NOTICED

Quinn Emanuel Urquhart & Sullivan LLP
777 Sixth St Nw
Washington, DC 20001
USA
(202)-538-8174 Fax: (202)-538-8100
Email:Juanmorillo@quinnemanuel.Com

Steven Thomas Cottreau
ATTORNEY TO BE NOTICED

Clifford Chance US LLP

| Litigants | Attorneys |
|---|---|
| | 2001 K Street Nw<br>Washington, DC 20006<br>USA<br>(202)-912-5108 Fax: (202)-912-6000<br>Email:Steve.Cottreau@cliffordchance.Com |
| **Dubai Islamic Bank**<br>**Defendant** | Robert G. Houck<br>ATTORNEY TO BE NOTICED<br><br>Clifford Chance US, LLP (NYC)<br>31 West 52nd Street<br>New York, NY 10019<br>USA<br>(212)-878-3224 Fax: (212)-878-8375<br>Email:Robert.Houck@cliffordchance.Com<br><br>Juan P. Morillo<br>PRO HAC VICE;ATTORNEY TO BE NOTICED<br><br>Quinn Emanuel Urquhart & Sullivan LLP<br>777 Sixth St Nw<br>Washington, DC 20001<br>USA<br>(202)-538-8174 Fax: (202)-538-8100<br>Email:Juanmorillo@quinnemanuel.Com<br><br>Steven Thomas Cottreau<br>ATTORNEY TO BE NOTICED<br><br>Clifford Chance US LLP<br>2001 K Street Nw<br>Washington, DC 20006<br>USA<br>(202)-912-5108 Fax: (202)-912-6000<br>Email:Steve.Cottreau@cliffordchance.Com |
| **Dubai Islamic Bank**<br>**Defendant** | Robert G. Houck<br>ATTORNEY TO BE NOTICED<br><br>Clifford Chance US, LLP (NYC)<br>31 West 52nd Street<br>New York, NY 10019<br>USA<br>(212)-878-3224 Fax: (212)-878-8375<br>Email:Robert.Houck@cliffordchance.Com |
| **Hani Ramadan**<br>**Defendant** | |
| **Doug Gaines**<br>**Defendant** | |
| **Ibrahim Muhammed Afandi**<br>**Defendant** | |
| **Mamdouh Mahmud Salim** | |

EXHIBIT 7, PAGE 261

## Litigants

**Defendant**

Ibrahim Bah
**Defendant**

Mohammed Ali Hasan Al Moayad
**Defendant**

Mohammed Bin Abdullah Al-Jomaith
**Defendant**

Mustafa Ahmed Al-Hawsawi
**Cross Defendant**

Nimir, LLC
**Defendant**

Saleh Al-Hussayen
**Defendant**

Salman Bin Abdulaziz Al Saud
**Defendant**

Sami Omar Al-Hussayen
**Defendant**

Mohammed Al Faisal Al Saud
**Defendant**

Mohammed Ali Sayed Mushayt
**Defendant**

Mohammed Hussein Al-Amoudi
**Defendant**

## Attorneys

William Horace Jeffress , Jr
ATTORNEY TO BE NOTICED

Baker Botts LLP (DC)
1299 Pennsylvania Ave N.W.
Washington, DC 20004
USA
202-639-7751 Fax: 202-585-1087
Email:William.Jeffress@bakerbotts.Com

Mara Beth Zusman

Akin, Gump, Strauss, Hauer & Feld, LLP (DC)
Robert S. Strauss Building 1333 New Hampshire Avenue, N.W.
Washington, DC 20036
USA
(202)-887-4527 Fax: (202)-887-4288
Email:Mzusman@akingump.Com

Mark Joseph MacDougall

Akin, Gump, Strauss, Hauer & Feld, LLP (DC)
Robert S. Strauss Building 1333 New Hampshire Avenue,

| Litigants | Attorneys |
|---|---|
| | N.W.<br>Washington, DC 20036<br>USA<br>(202)-887-4510 Fax: (202)-887-4288<br>Email:Mmacdougall@akingump.Com<br><br>Nicole Hagenbach Sprinzen<br><br>Akin, Gump, Strauss, Hauer & Feld, LLP (DC)<br>Robert S. Strauss Building 1333 New Hampshire Avenue, N.W.<br>Washington, DC 20036<br>USA<br>(202)-887-4301 Fax: (202)-887-4288<br>Email:Nsprinzen@akingump.Com |
| The Committee for the Defense of Legitimate Rights<br>**Defendant** | |
| Queen City Cigarettes and Candy<br>**Defendant** | |
| Yassin Abdullah Kadi<br>**Defendant** | Bonnie K. Arthur<br>LEAD ATTORNEY;ATTORNEY TO BE NOTICED<br><br>Hunton & Williams LLP (DC)<br>2200 Pennsylvania Avenue, Nw<br>Washington, DC 20037<br>USA<br>(202) 419-2063 Fax: (202)-862-3619<br>Email:Barthur@hunton.Com |
| Yassin Abdullah Kadi<br>**Defendant** | |
| Safar Al-Hawali<br>**Defendant** | |
| Mohammed Al Massari<br>**Defendant** | |
| Saudi Red Crescent<br>**Defendant** | |
| Muslim World League<br>**Cross Claimant** | Stephanie Wall Fell<br>ATTORNEY TO BE NOTICED<br><br>Marriott Casagrande Callahan Blair & Greer, P.C<br>2405 State Highway 71, P.O. Box 200<br>Spring Lake Heights, NJ 07762<br>USA<br>202-862-4343 Fax: 202-862-4302 |
| The Kingdom of Saudi Arabia | Gregory G. Rapawy |

## Litigants

## Attorneys

**Defendant**

PRO HAC VICE;ATTORNEY TO BE NOTICED

Kellogg, Hansen, Todd, Figel & Frederick PLLC (DC)
1615 M Street, N.W., Suite 400
Washington, DC 20036
USA
(202) 326-7967 Fax: (202) 326-7999
Email:Grapawy@kellogghansen.Com

Michael K. Kellogg
ATTORNEY TO BE NOTICED

Kellogg, Hansen, Todd, Figel & Frederick PLLC (DC)
1615 M Street, N.W., Suite 400
Washington, DC 20036
USA
(202) 326-7902 Fax: (202) 326-7999
Email:Mkellogg@kellogghansen.Com

Mark Charles Hansen
ATTORNEY TO BE NOTICED

Kellogg, Hansen, Todd, Figel & Frederick PLLC (DC)
1615 M Street, N.W., Suite 400
Washington, DC 20036
USA
202-326-7904 Fax: 202-326-7999
Email:Mhansen@kellogghansen.Com

The Taliban
**Defendant**

Piedmont Poultry
**Defendant**

Prince Sultan Bin Abdulaziz Al Saud
**Defendant**

Mark Charles Hansen
ATTORNEY TO BE NOTICED

Kellogg, Hansen, Todd, Figel & Frederick PLLC (DC)
1615 M Street, N.W., Suite 400
Washington, DC 20036
USA
202-326-7904 Fax: 202-326-7999
Email:Mhansen@kellogghansen.Com

William Horace Jeffress , Jr
ATTORNEY TO BE NOTICED

Baker Botts LLP (DC)
1299 Pennsylvania Ave N.W.
Washington, DC 20004
USA
202-639-7751 Fax: 202-585-1087
Email:William.Jeffress@bakerbotts.Com

Princess Haifa Al-Faisal
**Defendant**

Mark Charles Hansen
ATTORNEY TO BE NOTICED

| Litigants | Attorneys |
|---|---|
| | Kellogg, Hansen, Todd, Figel & Frederick PLLC (DC)<br>1615 M Street, N.W., Suite 400<br>Washington, DC 20036<br>USA<br>202-326-7904 Fax: 202-326-7999<br>Email:Mhansen@kellogghansen.Com |
| **Ramzi Binalshibh**<br>**Defendant** | |
| **Turki Al Faisal Al Saud**<br>**Defendant** | Michael John Guzman<br>ATTORNEY TO BE NOTICED<br><br>Kellogg, Hansen, Todd, Figel & Frederick PLLC (DC)<br>1615 M Street, N.W., Suite 400<br>Washington, DC 20036<br>USA<br>202-326-7910 Fax: 202-326-7999<br>Email:Mguzman@kellogghansen.Com |
| **Turkistan Islamic Movement**<br>**Defendant** | |
| **Umar Faruq**<br>**Defendant** | |
| **Vigilant Insurance Company**<br>**Plaintiff** | Elliott R. Feldman<br>LEAD ATTORNEY;ATTORNEY TO BE NOTICED<br><br>Cozen O'Connor (Philadelphia)<br>1900 Market Street The Atrium<br>Philadelphia, PA 19103<br>USA<br>215-665-2071 Fax: 215-665-2013<br>Email:Efeldman@cozen.Com<br><br>Mark T. Mullen<br>LEAD ATTORNEY;ATTORNEY TO BE NOTICED<br><br>Cozen O'Connor (Philadelphia)<br>1900 Market Street The Atrium<br>Philadelphia, PA 19103<br>USA<br>215-665-2091 Fax: 215-665-2013<br>Email:Mmullen@cozen.Com<br><br>Michael J. Sommi<br>LEAD ATTORNEY<br><br>Cozen O'Connor (Broadway)<br>45 Broadway Atrium, Suite 1600<br>New York, NY 10006<br>USA<br>212-908-1244 Fax: 212-509-9492<br>Email:Msommi@cozen.Com |

| Litigants | Attorneys |
|---|---|
| | Adam C. Bonin |
| | Cozen O'Connor (Philadelphia) |
| | 1900 Market Street The Atrium |
| | Philadelphia, PA 19103 |
| | USA |
| | (215) 665-2000 Fax: (215)-701-2321 |
| | Email:Abonin@cozen.Com |

**Sabir Lamar**
**Defendant**

**Yassine Chekkaouri**
**Defendant**

**Said Bahaji**
**Defendant**

**Saleh Abdulaziz Al-Rajhi**
**Defendant**

**Saleh Gazaz**
**Defendant**

**Yusaf Ahmed Ali**
**Defendant**

**Zacarias Moussaoui**
**Defendant**

**Zakarya Essabar**
**Defendant**

**Samir Kishk**
**Defendant**

**Saudi Sudanese Bank**
**Defendant**

**Sayf Al-ADL**
**Defendant**

**Abbas Abdi Ali**
**Defendant**

**Abdallah Omar**
**Defendant**

**Abdel Hussein**
**Defendant**

## Litigants | ## Attorneys

Abdelghani Mzoudi
**Defendant**

Abdi Adulaziz Ali
**Defendant**

Abdirasik Aden
**Defendant**

Abdulaziz Bin Abdul Abdulaziz Bin Abdul Rahman Al Saud
**Defendant**

Abdullah Bin Said
**Defendant**

Abu Hajer
**Defendant**

Abu Musab Zarqawi
**Defendant**

Somalia Internet Company
**Defendant**

Special Purpose Islamic Regiment
**Defendant**

Steadfast Insurance Company
**Plaintiff**

Mark T. Mullen
LEAD ATTORNEY;ATTORNEY TO BE NOTICED

Cozen O'Connor (Philadelphia)
1900 Market Street The Atrium
Philadelphia, PA 19103
USA
215-665-2091 Fax: 215-665-2013
Email:Mmullen@cozen.Com

Michael J. Sommi
LEAD ATTORNEY

Cozen O'Connor (Broadway)
45 Broadway Atrium, Suite 1600
New York, NY 10006
USA
212-908-1244 Fax: 212-509-9492
Email:Msommi@cozen.Com

Adam C. Bonin

Cozen O'Connor (Philadelphia)
1900 Market Street The Atrium
Philadelphia, PA 19103
USA

## Litigants

## Attorneys

(215) 665-2000 Fax: (215)-701-2321
Email:Abonin@cozen.Com

Ahmad Ibrahim Al-Mughassil
**Defendant**

Ahmed Idris Nasreddin
**Defendant**

Al Shamal Islamic Bank
**Defendant**

Al Taqwa/Nada Group
**Defendant**

Al Tawhid
**Defendant**

Al-Barakat Global Telecommunications
**Defendant**

Al-Barakat Investments
**Defendant**

Al-Barakat Wiring Service
**Defendant**

Al-Bir Saudi Organization
**Defendant**

Al-Hamati Sweets Bakeries
**Defendant**

Al-Hijrah Construction and Development Limited
**Defendant**

Al-Mustaqbal Group
**Defendant**

Al-Rajhi Banking & Investment Corporation
**Defendant**

Al-Watani Poultry
**Defendant**

Taba Investments
**Defendant**

Tarek Ben Habib Maaroufi
**Defendant**

| Litigants | Attorneys |
|---|---|

**The Islamic Republic of Iran**
**Defendant**

**Ali Ghaleb Himmat**
**Defendant**

**All Plaintiffs**
**Plaintiff**

All Plaintiffs
PRO SE

,

Adam C. Bonin

Cozen O'Connor (Philadelphia)
1900 Market Street The Atrium
Philadelphia, PA 19103
USA
(215) 665-2000 Fax: (215)-701-2321
Email:Abonin@cozen.Com

**Ulema Union of Afghanistan**
**Defendant**

**American Zurich Insurance Company**
**Plaintiff**

Elliott R. Feldman
LEAD ATTORNEY;ATTORNEY TO BE NOTICED

Cozen O'Connor (Philadelphia)
1900 Market Street The Atrium
Philadelphia, PA 19103
USA
215-665-2071 Fax: 215-665-2013
Email:Efeldman@cozen.Com

Mark T. Mullen
LEAD ATTORNEY;ATTORNEY TO BE NOTICED

Cozen O'Connor (Philadelphia)
1900 Market Street The Atrium
Philadelphia, PA 19103
USA
215-665-2091 Fax: 215-665-2013
Email:Mmullen@cozen.Com

Michael J. Sommi
LEAD ATTORNEY

Cozen O'Connor (Broadway)
45 Broadway Atrium, Suite 1600
New York, NY 10006
USA
212-908-1244 Fax: 212-509-9492
Email:Msommi@cozen.Com

Adam C. Bonin

## Litigants

## Attorneys

Cozen O'Connor (Philadelphia)
1900 Market Street The Atrium
Philadelphia, PA 19103
USA
(215) 665-2000 Fax: (215)-701-2321
Email:Abonin@cozen.Com

Wali Khan Amin Shah
**Defendant**

Yasser Al-Azzani
**Defendant**

Bank Al Taqwa Limited
**Defendant**

Baraka Trading Company
**Defendant**

Barakaat Construction Company
**Defendant**

Barakaat International
**Defendant**

Barakaat International Foundation
**Defendant**

Barakat Wire Transfer Company
**Defendant**

Barako Trading Company, LLC
**Defendant**

Bashir-UD-Din Mahmood
**Defendant**

Benevolence International Fund
**Defendant**

Bensayah Belkacem
**Defendant**

Chubb Custom Insurance Company
**Plaintiff**

Elliott R. Feldman
LEAD ATTORNEY;ATTORNEY TO BE NOTICED

Cozen O'Connor (Philadelphia)
1900 Market Street The Atrium
Philadelphia, PA 19103
USA
215-665-2071 Fax: 215-665-2013

EXHIBIT 7, PAGE 270

| Litigants | Attorneys |
|---|---|
| | Email:Efeldman@cozen.Com

Mark T. Mullen
LEAD ATTORNEY;ATTORNEY TO BE NOTICED

Cozen O'Connor (Philadelphia)
1900 Market Street The Atrium
Philadelphia, PA 19103
USA
215-665-2091 Fax: 215-665-2013
Email:Mmullen@cozen.Com

Michael J. Sommi
LEAD ATTORNEY

Cozen O'Connor (Broadway)
45 Broadway Atrium, Suite 1600
New York, NY 10006
USA
212-908-1244 Fax: 212-509-9492
Email:Msommi@cozen.Com

Adam C. Bonin

Cozen O'Connor (Philadelphia)
1900 Market Street The Atrium
Philadelphia, PA 19103
USA
(215) 665-2000 Fax: (215)-701-2321
Email:Abonin@cozen.Com |
| Chubb Indemnity Insurance Company
**Plaintiff** | Elliott R. Feldman
LEAD ATTORNEY;ATTORNEY TO BE NOTICED

Cozen O'Connor (Philadelphia)
1900 Market Street The Atrium
Philadelphia, PA 19103
USA
215-665-2071 Fax: 215-665-2013
Email:Efeldman@cozen.Com

Mark T. Mullen
LEAD ATTORNEY;ATTORNEY TO BE NOTICED

Cozen O'Connor (Philadelphia)
1900 Market Street The Atrium
Philadelphia, PA 19103
USA
215-665-2091 Fax: 215-665-2013
Email:Mmullen@cozen.Com

Michael J. Sommi
LEAD ATTORNEY

Cozen O'Connor (Broadway)
45 Broadway Atrium, Suite 1600
New York, NY 10006
USA
212-908-1244 Fax: 212-509-9492 |

## Litigants | ## Attorneys

Email:Msommi@cozen.Com

Adam C. Bonin

Cozen O'Connor (Philadelphia)
1900 Market Street The Atrium
Philadelphia, PA 19103
USA
(215) 665-2000 Fax: (215)-701-2321
Email:Abonin@cozen.Com

**CNA Casualty of California**
**Plaintiff**

Elliott R. Feldman
LEAD ATTORNEY;ATTORNEY TO BE NOTICED

Cozen O'Connor (Philadelphia)
1900 Market Street The Atrium
Philadelphia, PA 19103
USA
215-665-2071 Fax: 215-665-2013
Email:Efeldman@cozen.Com

Mark T. Mullen
LEAD ATTORNEY;ATTORNEY TO BE NOTICED

Cozen O'Connor (Philadelphia)
1900 Market Street The Atrium
Philadelphia, PA 19103
USA
215-665-2091 Fax: 215-665-2013
Email:Mmullen@cozen.Com

Adam C. Bonin

Cozen O'Connor (Philadelphia)
1900 Market Street The Atrium
Philadelphia, PA 19103
USA
(215) 665-2000 Fax: (215)-701-2321
Email:Abonin@cozen.Com

**Continental Insurance Company**
**Plaintiff**

Elliott R. Feldman
LEAD ATTORNEY;ATTORNEY TO BE NOTICED

Cozen O'Connor (Philadelphia)
1900 Market Street The Atrium
Philadelphia, PA 19103
USA
215-665-2071 Fax: 215-665-2013
Email:Efeldman@cozen.Com

Mark T. Mullen
LEAD ATTORNEY;ATTORNEY TO BE NOTICED

Cozen O'Connor (Philadelphia)
1900 Market Street The Atrium
Philadelphia, PA 19103
USA
215-665-2091 Fax: 215-665-2013

## Litigants

## Attorneys

Email:Mmullen@cozen.Com

Adam C. Bonin

Cozen O'Connor (Philadelphia)
1900 Market Street The Atrium
Philadelphia, PA 19103
USA
(215) 665-2000 Fax: (215)-701-2321
Email:Abonin@cozen.Com

**Egyptian Islamic Jihad**
**Defendant**

**Federal Insurance Company**
**Plaintiff**

John Brian Galligan
LEAD ATTORNEY;ATTORNEY TO BE NOTICED

Cozen  O'Connor
45 Broadway
New York, NY 10006
USA
(212) 509-9400

Mark T. Mullen
LEAD ATTORNEY;ATTORNEY TO BE NOTICED

Cozen O'Connor (Philadelphia)
1900 Market Street The Atrium
Philadelphia, PA 19103
USA
215-665-2091 Fax: 215-665-2013
Email:Mmullen@cozen.Com

Michael J. Sommi
LEAD ATTORNEY

Cozen O'Connor (Broadway)
45 Broadway Atrium, Suite 1600
New York, NY 10006
USA
212-908-1244 Fax: 212-509-9492
Email:Msommi@cozen.Com

Adam C. Bonin

Cozen O'Connor (Philadelphia)
1900 Market Street The Atrium
Philadelphia, PA 19103
USA
(215) 665-2000 Fax: (215)-701-2321
Email:Abonin@cozen.Com

Richard D. Klingler
PRO HAC VICE;ATTORNEY TO BE NOTICED

Sidley Austin LLP(Washington)
1501 K Street, N.W.
Washington, DC 20005

| Litigants | Attorneys |
|---|---|
| | USA |
| **Glens Falls Insurance Company**<br>**Plaintiff** | Elliott R. Feldman<br>LEAD ATTORNEY;ATTORNEY TO BE NOTICED<br><br>Cozen O'Connor (Philadelphia)<br>1900 Market Street The Atrium<br>Philadelphia, PA 19103<br>USA<br>215-665-2071 Fax: 215-665-2013<br>Email:Efeldman@cozen.Com<br><br>Mark T. Mullen<br>LEAD ATTORNEY;ATTORNEY TO BE NOTICED<br><br>Cozen O'Connor (Philadelphia)<br>1900 Market Street The Atrium<br>Philadelphia, PA 19103<br>USA<br>215-665-2091 Fax: 215-665-2013<br>Email:Mmullen@cozen.Com<br><br>Adam C. Bonin<br><br>Cozen O'Connor (Philadelphia)<br>1900 Market Street The Atrium<br>Philadelphia, PA 19103<br>USA<br>(215) 665-2000 Fax: (215)-701-2321<br>Email:Abonin@cozen.Com |
| **Global Services International**<br>**Defendant** | |
| **Habib Waddani**<br>**Defendant** | |
| **Hamas**<br>**Defendant** | |
| **Hassan Turabi**<br>**Defendant** | |
| **Hezbollah**<br>**Defendant** | |
| **Homeland Insurance Company of New York**<br>**Plaintiff** | Elliott R. Feldman<br>LEAD ATTORNEY;ATTORNEY TO BE NOTICED<br><br>Cozen O'Connor (Philadelphia)<br>1900 Market Street The Atrium<br>Philadelphia, PA 19103<br>USA<br>215-665-2071 Fax: 215-665-2013 |

## Litigants

## Attorneys

Email:Efeldman@cozen.Com

Mark T. Mullen
LEAD ATTORNEY;ATTORNEY TO BE NOTICED

Cozen O'Connor (Philadelphia)
1900 Market Street The Atrium
Philadelphia, PA 19103
USA
215-665-2091 Fax: 215-665-2013
Email:Mmullen@cozen.Com

Michael J. Sommi
LEAD ATTORNEY

Cozen O'Connor (Broadway)
45 Broadway Atrium, Suite 1600
New York, NY 10006
USA
212-908-1244 Fax: 212-509-9492
Email:Msommi@cozen.Com

Adam C. Bonin

Cozen O'Connor (Philadelphia)
1900 Market Street The Atrium
Philadelphia, PA 19103
USA
(215) 665-2000 Fax: (215)-701-2321
Email:Abonin@cozen.Com

Imad Mughniyeh
**Defendant**

International Islamic Relief Organization
**Defendant**

James Vann
LEAD ATTORNEY;ATTORNEY TO BE NOTICED

,

Jason Dzubow
LEAD ATTORNEY;ATTORNEY TO BE NOTICED

,

Martin Francis McMahon
ATTORNEY TO BE NOTICED

Martin F. McMahon and Associates
1150 Conneticut Avenue N.W.
Washington, DC 20035
USA
202-862-4343 Fax: 202862-4302
Email:Mm@martinmcmahonlaw.Com

Islamic Army of Aden
**Defendant**

| Litigants | Attorneys |
|-----------|-----------|

**Islamic International Brigade**
**Defendant**

**Islamic Investment Company of the Gulf**
**Defendant**

**Jalil Shinwari**
**Defendant**

**Jamal Barzinji**
**Defendant**

Christopher J. Beal
LEAD ATTORNEY;ATTORNEY TO BE NOTICED

DLA Piper LLP (US)
401 B Street, Suite 1700
San Diego, CA 92101
USA
(858) 638-6813 Fax: (858) 677-1477
Email:Cris.Beal@dlapiper.Com (Inactive)

Donna M. Sheinbach
LEAD ATTORNEY;ATTORNEY TO BE NOTICED

DLA Piper US LLP (NJ)
300 Campus Drive Suite100
Florham Park, NJ 07932
USA
202-238-7763 Fax: 202-238-7700
Email:Dsheinbach@graycary.Com

Jay D. Hanson
LEAD ATTORNEY;ATTORNEY TO BE NOTICED

DLA Piper LLP (US)
401 B Street, Suite 1700
San Diego, CA 92101
USA
(856) 677-1400 Email:Jay.Hanson@dlapiper.Com

John Joseph Walsh
LEAD ATTORNEY;ATTORNEY TO BE NOTICED

Carter Ledyard & Milburn LLP
2 Wall Street
New York, NY 10005
USA
(212) 238-8849 Fax: (212) 732-3232 Email:Walsh@clm.Com

Michael D. McNeely
LEAD ATTORNEY;ATTORNEY TO BE NOTICED

DLA Piper US LLP (NJ)
300 Campus Drive Suite100
Florham Park, NJ 07932
USA
202-238-7788 Fax: 202-238-7700
Email:Mmcneely@graycary.Com

## Litigants

## Attorneys

Nancy Luque
LEAD ATTORNEY;ATTORNEY TO BE NOTICED

Luque Geragos Marino, LLP
910 17th Street Ste. 800
Washington, DC 20006
USA
(202 223-8888 Fax: (202) 223-8677
Email:Nluque@luquelaw.Com

Steven A, Maddox
LEAD ATTORNEY;ATTORNEY TO BE NOTICED

Maddox Edwards, PLLC
1900 K. Street Nw, Ste 725
Washington, DC 20006
USA
202-830-0707 Fax: 202-830-0701
Email:Smaddox@meiplaw.Com

Steven Karl Barentzen
ATTORNEY TO BE NOTICED

DLA Piper US LLP (NJ)
300 Campus Drive Suite100
Florham Park, NJ 07932
USA
(202) 799-4500 Fax: (202) 799-5500
Email:Steven@barentzenlaw.Com

Jamil Qasim Saeed
**Defendant**

Jemaah Islamyia Organiziation
**Defendant**

Khalid Shaikh Mohammed
**Defendant**

Lased Ben Heni
**Defendant**

Lashkar I Janghvi
**Defendant**

Lazhar Ben Mohammed Tlili
**Defendant**

Liban Hussein
**Defendant**

Mamoun Darkazanli
**Defendant**

## Litigants

## Attorneys

Mansour Thaer
**Defendant**

Maryland Casualty Company
**Plaintiff**

Elliott R. Feldman
LEAD ATTORNEY;ATTORNEY TO BE NOTICED

Cozen O'Connor (Philadelphia)
1900 Market Street The Atrium
Philadelphia, PA 19103
USA
215-665-2071 Fax: 215-665-2013
Email:Efeldman@cozen.Com

Mark T. Mullen
LEAD ATTORNEY;ATTORNEY TO BE NOTICED

Cozen O'Connor (Philadelphia)
1900 Market Street The Atrium
Philadelphia, PA 19103
USA
215-665-2091 Fax: 215-665-2013
Email:Mmullen@cozen.Com

Michael J. Sommi
LEAD ATTORNEY

Cozen O'Connor (Broadway)
45 Broadway Atrium, Suite 1600
New York, NY 10006
USA
212-908-1244 Fax: 212-509-9492
Email:Msommi@cozen.Com

Adam C. Bonin

Cozen O'Connor (Philadelphia)
1900 Market Street The Atrium
Philadelphia, PA 19103
USA
(215) 665-2000 Fax: (215)-701-2321
Email:Abonin@cozen.Com

Mendi Kammoun
**Defendant**

Mercy International Relief Agency
**Defendant**

Mohammed Bahareth
**Defendant**

Mohammed Jamal Khalifa
**Defendant**

## Litigants

## Attorneys

Muhammad Omar
**Defendant**

Muhammad Salah
**Defendant**

Mullah Kakshar
**Defendant**

Mushayt for Trading Establishment
**Defendant**

Mustafa Mohamed Fadhil
**Defendant**

Nabil Benattia
**Defendant**

Nasreddin International Group Limited Holding
**Defendant**

National Islamic Front
**Defendant**

National Management Consultancy Center
**Defendant**

North River Insurance Company
**Plaintiff**

Elliott R. Feldman
LEAD ATTORNEY;ATTORNEY TO BE NOTICED

Cozen O'Connor (Philadelphia)
1900 Market Street The Atrium
Philadelphia, PA 19103
USA
215-665-2071 Fax: 215-665-2013
Email:Efeldman@cozen.Com

Mark T. Mullen
LEAD ATTORNEY;ATTORNEY TO BE NOTICED

Cozen O'Connor (Philadelphia)
1900 Market Street The Atrium
Philadelphia, PA 19103
USA
215-665-2091 Fax: 215-665-2013
Email:Mmullen@cozen.Com

Michael J. Sommi
LEAD ATTORNEY

Cozen O'Connor (Broadway)
45 Broadway Atrium, Suite 1600
New York, NY 10006
USA

## Litigants

## Attorneys

212-908-1244 Fax: 212-509-9492
Email:Msommi@cozen.Com

Adam C. Bonin

Cozen O'Connor (Philadelphia)
1900 Market Street The Atrium
Philadelphia, PA 19103
USA
(215) 665-2000 Fax: (215)-701-2321
Email:Abonin@cozen.Com

Northern Insurance Company of New York
**Plaintiff**

Elliott R. Feldman
LEAD ATTORNEY;ATTORNEY TO BE NOTICED

Cozen O'Connor (Philadelphia)
1900 Market Street The Atrium
Philadelphia, PA 19103
USA
215-665-2071 Fax: 215-665-2013
Email:Efeldman@cozen.Com

Mark T. Mullen
LEAD ATTORNEY;ATTORNEY TO BE NOTICED

Cozen O'Connor (Philadelphia)
1900 Market Street The Atrium
Philadelphia, PA 19103
USA
215-665-2091 Fax: 215-665-2013
Email:Mmullen@cozen.Com

Michael J. Sommi
LEAD ATTORNEY

Cozen O'Connor (Broadway)
45 Broadway Atrium, Suite 1600
New York, NY 10006
USA
212-908-1244 Fax: 212-509-9492
Email:Msommi@cozen.Com

Adam C. Bonin

Cozen O'Connor (Philadelphia)
1900 Market Street The Atrium
Philadelphia, PA 19103
USA
(215) 665-2000 Fax: (215)-701-2321
Email:Abonin@cozen.Com

Osama Bassnan
**Defendant**

Pacific Indemnity Company
**Plaintiff**

Elliott R. Feldman
LEAD ATTORNEY;ATTORNEY TO BE NOTICED

EXHIBIT 7, PAGE 280

## Litigants

## Attorneys

Cozen O'Connor (Philadelphia)
1900 Market Street The Atrium
Philadelphia, PA 19103
USA
215-665-2071 Fax: 215-665-2013
Email:Efeldman@cozen.Com

Mark T. Mullen
LEAD ATTORNEY;ATTORNEY TO BE NOTICED

Cozen O'Connor (Philadelphia)
1900 Market Street The Atrium
Philadelphia, PA 19103
USA
215-665-2091 Fax: 215-665-2013
Email:Mmullen@cozen.Com

Michael J. Sommi
LEAD ATTORNEY

Cozen O'Connor (Broadway)
45 Broadway Atrium, Suite 1600
New York, NY 10006
USA
212-908-1244 Fax: 212-509-9492
Email:Msommi@cozen.Com

Adam C. Bonin

Cozen O'Connor (Philadelphia)
1900 Market Street The Atrium
Philadelphia, PA 19103
USA
(215) 665-2000 Fax: (215)-701-2321
Email:Abonin@cozen.Com

Parka Trading Company
**Defendant**

Prince Naif Bin Abdulaziz Al Saud
**Defendant**

James Michael Cole
LEAD ATTORNEY;ATTORNEY TO BE NOTICED

Bryan Cave LLP (DC)
700 13th Street N.W.
Washginton, DC 20005
USA
202-508-6091 Fax: 202-508-6200
Email:Jmcole@bryancave.Com

Prince Vandar Iban Sultan
**Defendant**

Republic of Iraq
**Defendant**

Marc Dennis Powers
LEAD ATTORNEY

Baker & Hostetler LLP (NYC)

| Litigants | Attorneys |
|---|---|
| | 45 Rockefeller Plaza<br>New York City, NY 10111<br>USA<br>(212) 589-4216 Fax: (212) 589-4201<br>Email:Mpowers@bakerlaw.Com<br><br>Timothy Brian Mills<br>LEAD ATTORNEY;ATTORNEY TO BE NOTICED<br><br>Maggs & McDermott LLC<br>910 17th Street N.W., Suite 800<br>Washington, DC 20006<br>USA<br>(202)-457-8091 Fax: (202)-478-5081<br>Email:Timothybmills@aol.Com |
| **Riadh Jelassi**<br>**Defendant** | |
| **Salim Bin Mahfouz**<br>**Defendant** | |
| **Sami Ben Khemais Essid**<br>**Defendant** | |
| **Saudi Bin Laden Group**<br>**Defendant** | |
| **Saudi Bin Laden International Company**<br>**Defendant** | |
| **Saudi High Commission**<br>**Defendant** | Mark Charles Hansen<br>ATTORNEY TO BE NOTICED<br><br>Kellogg, Hansen, Todd, Figel & Frederick PLLC (DC)<br>1615 M Street, N.W., Suite 400<br>Washington, DC 20036<br>USA<br>202-326-7904 Fax: 202-326-7999<br>Email:Mhansen@kellogghansen.Com<br><br>Mark A. Hiller<br>PRO HAC VICE<br><br>Robbins, Russell, Englert, Orseck, Untereiner & Sauber LLP<br>1801 K Street, N.W., Suite 411<br>Washington, DC 20006<br>USA<br>202-775-4500 Fax: 202-775-4510<br>Email:Mhiller@robinsonbradshaw.Com<br><br>Michael K. Kellogg<br>ATTORNEY TO BE NOTICED<br><br>Kellogg, Hansen, Todd, Figel & Frederick PLLC (DC)<br>1615 M Street, N.W., Suite 400 |

## Litigants

## Attorneys

Washington, DC 20036
USA
(202) 326-7902 Fax: (202) 326-7999
Email:Mkellogg@kellogghansen.Com

Lawrence Saul Robbins
ATTORNEY TO BE NOTICED

Robbins Russell Englert Orseck Untereiner & Sauber, LLP
1801 K Street, N.W. Suite 411
Washington, DC 20006
USA
(202) 775-4501 Fax: (202) 775-4510
Email:Lrobbins@robbinsrussell.Com

Sheikh Abu Bdul Aziz Nagi
**Defendant**

Sheikh Ahmed Salim Swedan
**Defendant**

SNCB Corporate Finance Limited
**Defendant**

Ronald Stanley Liebman
ATTORNEY TO BE NOTICED

Patton Boggs LLP (DC)
2550 M Street, N.W.
Washington, DC 20037
USA
(202) 457-6310 Fax: (202) 457-6315
Email:Rliebman@pattonboggs.Com

Somalia International Relief Organization
**Defendant**

Talal Mohammed Badkook
**Defendant**

Tanzanite King
**Defendant**

Tarek Charaabi
**Defendant**

Thirwat Salah Shihata
**Defendant**

TIG Insurance Company
**Plaintiff**

Elliott R. Feldman
ATTORNEY TO BE NOTICED

Cozen O'Connor (Philadelphia)
1900 Market Street The Atrium
Philadelphia, PA 19103
USA
215-665-2071 Fax: 215-665-2013

| Litigants | Attorneys |
|---|---|
| | Email:Efeldman@cozen.Com |

Sean P. Carter
PRO HAC VICE;ATTORNEY TO BE NOTICED

Cozen O'Connor (Philadelphia)
1900 Market Street The Atrium
Philadelphia, PA 19103
USA
215-665-2105 Fax: 215-665-2013
Email:Scarter@cozen.Com

Stephen A. Cozen
ATTORNEY TO BE NOTICED

Cozen O'Connor (Philadelphia)
1900 Market Street The Atrium
Philadelphia, PA 19103
USA
215-665-2020 Fax: 215-665-2013
Email:Scozen@cozen.Com

**Valiant Insurance Company**
**Plaintiff**

Elliott R. Feldman
LEAD ATTORNEY;ATTORNEY TO BE NOTICED

Cozen O'Connor (Philadelphia)
1900 Market Street The Atrium
Philadelphia, PA 19103
USA
215-665-2071 Fax: 215-665-2013
Email:Efeldman@cozen.Com

John Brian Galligan
LEAD ATTORNEY;ATTORNEY TO BE NOTICED

Cozen  O'Connor
45 Broadway
New York, NY 10006
USA
(212) 509-9400

Mark T. Mullen
LEAD ATTORNEY;ATTORNEY TO BE NOTICED

Cozen O'Connor (Philadelphia)
1900 Market Street The Atrium
Philadelphia, PA 19103
USA
215-665-2091 Fax: 215-665-2013
Email:Mmullen@cozen.Com

Michael J. Sommi
LEAD ATTORNEY

Cozen O'Connor (Broadway)
45 Broadway Atrium, Suite 1600
New York, NY 10006
USA
212-908-1244 Fax: 212-509-9492

| Litigants | Attorneys |
|---|---|
| | Email:Msommi@cozen.Com |
| | Adam C. Bonin |
| | Cozen O'Connor (Philadelphia)<br>1900 Market Street The Atrium<br>Philadelphia, PA 19103<br>USA<br>(215) 665-2000 Fax: (215)-701-2321<br>Email:Abonin@cozen.Com |
| Wadih El-Hage<br>**Defendant** | |
| Wafa Humanitarian Organization<br>**Defendant** | |
| Yasin Al-Qadi<br>**Defendant** | |
| Yazid Sufaat of Kuala Lumpur Malaysia<br>**Defendant** | |
| Zurich American Insurance Company<br>**Plaintiff** | Elliott R. Feldman<br>LEAD ATTORNEY;ATTORNEY TO BE NOTICED<br><br>Cozen O'Connor (Philadelphia)<br>1900 Market Street The Atrium<br>Philadelphia, PA 19103<br>USA<br>215-665-2071 Fax: 215-665-2013<br>Email:Efeldman@cozen.Com<br><br>Mark T. Mullen<br>LEAD ATTORNEY;ATTORNEY TO BE NOTICED<br><br>Cozen O'Connor (Philadelphia)<br>1900 Market Street The Atrium<br>Philadelphia, PA 19103<br>USA<br>215-665-2091 Fax: 215-665-2013<br>Email:Mmullen@cozen.Com<br><br>Michael J. Sommi<br>LEAD ATTORNEY<br><br>Cozen O'Connor (Broadway)<br>45 Broadway Atrium, Suite 1600<br>New York, NY 10006<br>USA<br>212-908-1244 Fax: 212-509-9492<br>Email:Msommi@cozen.Com<br><br>Adam C. Bonin<br><br>Cozen O'Connor (Philadelphia) |

## Litigants

## Attorneys

1900 Market Street The Atrium
Philadelphia, PA 19103
USA
(215) 665-2000 Fax: (215)-701-2321
Email:Abonin@cozen.Com

**The Royal Embassy of Saudi Arabia**
**Movant**

Mark Charles Hansen
ATTORNEY TO BE NOTICED

Kellogg, Hansen, Todd, Figel & Frederick PLLC (DC)
1615 M Street, N.W., Suite 400
Washington, DC 20036
USA
202-326-7904 Fax: 202-326-7999
Email:Mhansen@kellogghansen.Com

**Mohammed Iqbal Abdurrahman**
**Defendant**

**Ghasoub Al Abrash Ghalyoun**
**Defendant**

**Abu Hafs the Mauritanian**
**Defendant**

**Sheik Adil Galil Batargy**
**Defendant**

**Enaam M. Arnanout**
**Defendant**

**Amlin Underwriting, Ltd.**
**Plaintiff**

Elliott R. Feldman
LEAD ATTORNEY;ATTORNEY TO BE NOTICED

Cozen O'Connor (Philadelphia)
1900 Market Street The Atrium
Philadelphia, PA 19103
USA
215-665-2071 Fax: 215-665-2013
Email:Efeldman@cozen.Com

Mark T. Mullen
LEAD ATTORNEY;ATTORNEY TO BE NOTICED

Cozen O'Connor (Philadelphia)
1900 Market Street The Atrium
Philadelphia, PA 19103
USA
215-665-2091 Fax: 215-665-2013
Email:Mmullen@cozen.Com

Adam C. Bonin

Cozen O'Connor (Philadelphia)
1900 Market Street The Atrium

## Litigants

## Attorneys

Philadelphia, PA 19103
USA
(215) 665-2000 Fax: (215)-701-2321
Email:Abonin@cozen.Com

**Hiscox Dedicated Corporate Member, Ltd.**
**Plaintiff**

Elliott R. Feldman
LEAD ATTORNEY;ATTORNEY TO BE NOTICED

Cozen O'Connor (Philadelphia)
1900 Market Street The Atrium
Philadelphia, PA 19103
USA
215-665-2071 Fax: 215-665-2013
Email:Efeldman@cozen.Com

Mark T. Mullen
LEAD ATTORNEY;ATTORNEY TO BE NOTICED

Cozen O'Connor (Philadelphia)
1900 Market Street The Atrium
Philadelphia, PA 19103
USA
215-665-2091 Fax: 215-665-2013
Email:Mmullen@cozen.Com

Adam C. Bonin

Cozen O'Connor (Philadelphia)
1900 Market Street The Atrium
Philadelphia, PA 19103
USA
(215) 665-2000 Fax: (215)-701-2321
Email:Abonin@cozen.Com

**Commercial Insurance Company of Newark, N.J.**
**Plaintiff**

Elliott R. Feldman
LEAD ATTORNEY;ATTORNEY TO BE NOTICED

Cozen O'Connor (Philadelphia)
1900 Market Street The Atrium
Philadelphia, PA 19103
USA
215-665-2071 Fax: 215-665-2013
Email:Efeldman@cozen.Com

Mark T. Mullen
LEAD ATTORNEY;ATTORNEY TO BE NOTICED

Cozen O'Connor (Philadelphia)
1900 Market Street The Atrium
Philadelphia, PA 19103
USA
215-665-2091 Fax: 215-665-2013
Email:Mmullen@cozen.Com

Adam C. Bonin

Cozen O'Connor (Philadelphia)
1900 Market Street The Atrium

EXHIBIT 7, PAGE 287

## Litigants

## Attorneys

Philadelphia, PA 19103
USA
(215) 665-2000 Fax: (215)-701-2321
Email:Abonin@cozen.Com

Seneca Insurance Company, Inc.
**Plaintiff**

Elliott R. Feldman
LEAD ATTORNEY;ATTORNEY TO BE NOTICED

Cozen O'Connor (Philadelphia)
1900 Market Street The Atrium
Philadelphia, PA 19103
USA
215-665-2071 Fax: 215-665-2013
Email:Efeldman@cozen.Com

Mark T. Mullen
LEAD ATTORNEY;ATTORNEY TO BE NOTICED

Cozen O'Connor (Philadelphia)
1900 Market Street The Atrium
Philadelphia, PA 19103
USA
215-665-2091 Fax: 215-665-2013
Email:Mmullen@cozen.Com

Adam C. Bonin

Cozen O'Connor (Philadelphia)
1900 Market Street The Atrium
Philadelphia, PA 19103
USA
(215) 665-2000 Fax: (215)-701-2321
Email:Abonin@cozen.Com

Federal Insurance Company et al., Plaintiffs
**Plaintiff**

Adam C. Bonin

Cozen O'Connor (Philadelphia)
1900 Market Street The Atrium
Philadelphia, PA 19103
USA
(215) 665-2000 Fax: (215)-701-2321
Email:Abonin@cozen.Com

Elliott R. Feldman
ATTORNEY TO BE NOTICED

Cozen O'Connor (Philadelphia)
1900 Market Street The Atrium
Philadelphia, PA 19103
USA
215-665-2071 Fax: 215-665-2013
Email:Efeldman@cozen.Com

Richard D. Klingler
PRO HAC VICE;ATTORNEY TO BE NOTICED

Sidley Austin LLP(Washington)
1501 K Street, N.W.

EXHIBIT 7, PAGE 288

| Litigants | Attorneys |
|---|---|
| | Washington, DC 20005 USA |
| | Sean P. Carter ATTORNEY TO BE NOTICED |
| | Cozen O'Connor (Philadelphia) 1900 Market Street The Atrium Philadelphia, PA 19103 USA 215-665-2105 Fax: 215-665-2013 Email:Scarter@cozen.Com |
| Mar-Jac Investments, Inc. **Defendant** | Christopher J. Beal LEAD ATTORNEY;ATTORNEY TO BE NOTICED |
| | DLA Piper LLP (US) 401 B Street, Suite 1700 San Diego, CA 92101 USA (858) 638-6813 Fax: (858) 677-1477 Email:Cris.Beal@dlapiper.Com (Inactive) |
| | Donna M. Sheinbach LEAD ATTORNEY;ATTORNEY TO BE NOTICED |
| | DLA Piper US LLP (NJ) 300 Campus Drive Suite100 Florham Park, NJ 07932 USA 202-238-7763 Fax: 202-238-7700 Email:Dsheinbach@graycary.Com |
| | Jay D. Hanson LEAD ATTORNEY;ATTORNEY TO BE NOTICED |
| | DLA Piper LLP (US) 401 B Street, Suite 1700 San Diego, CA 92101 USA (856) 677-1400 Email:Jay.Hanson@dlapiper.Com |
| | John Joseph Walsh LEAD ATTORNEY;ATTORNEY TO BE NOTICED |
| | Carter Ledyard & Milburn LLP 2 Wall Street New York, NY 10005 USA (212) 238-8849 Fax: (212) 732-3232 Email:Walsh@clm.Com |
| | Michael D. McNeely LEAD ATTORNEY;ATTORNEY TO BE NOTICED |
| | DLA Piper US LLP (NJ) 300 Campus Drive Suite100 Florham Park, NJ 07932 USA 202-238-7788 Fax: 202-238-7700 |

## Litigants

## Attorneys

Email:Mmcneely@graycary.Com

Nancy Luque
LEAD ATTORNEY;ATTORNEY TO BE NOTICED

Luque Geragos Marino, LLP
910 17th Street Ste. 800
Washington, DC 20006
USA
(202 223-8888 Fax: (202) 223-8677
Email:Nluque@luquelaw.Com

Steven A, Maddox
LEAD ATTORNEY;ATTORNEY TO BE NOTICED

Maddox Edwards, PLLC
1900 K. Street Nw, Ste 725
Washington, DC 20006
USA
202-830-0707 Fax: 202-830-0701
Email:Smaddox@meiplaw.Com

Mohammad S. Mohammad
**Defendant**

Tarek M. Bin Laden
**Defendant**

Omar M. Bin Laden
**Defendant**

Yeslam M. Bin Laden
**Defendant**

Nascoservice S.R.L.
**Defendant**

Gulf Center S.R.L.
**Defendant**

Akida Investment Co. LTD.
**Defendant**

S.M. Tufail
**Defendant**

Aaran Money Wire Service, Inc.
**Defendant**

Al-Barakat Financial Holding Co.
**Defendant**

Barakaat International, Inc.

## Litigants

## Attorneys

**Defendant**

Barakaat North America, Inc.
**Defendant**

Barakaat Telecommunications Co. Somalia
**Defendant**

Ahmed A. Kattan
**Movant**

Mark Charles Hansen
ATTORNEY TO BE NOTICED

Kellogg, Hansen, Todd, Figel & Frederick PLLC (DC)
1615 M Street, N.W., Suite 400
Washington, DC 20036
USA
202-326-7904 Fax: 202-326-7999
Email:Mhansen@kellogghansen.Com

Abdul Rahman I. Al-Noah
**Movant**

Mark Charles Hansen
ATTORNEY TO BE NOTICED

Kellogg, Hansen, Todd, Figel & Frederick PLLC (DC)
1615 M Street, N.W., Suite 400
Washington, DC 20036
USA
202-326-7904 Fax: 202-326-7999
Email:Mhansen@kellogghansen.Com

Nascotex S.A.
**Defendant**

Youssef M. Nada
**Defendant**

Nasreddin Group International Holding LTD.
**Defendant**

BA Taqwa for Commerce and Real Estate Company LTD.
**Defendant**

Great Lakes Reinsurance U.K. PLC
**Plaintiff**

Elliott R. Feldman
LEAD ATTORNEY;ATTORNEY TO BE NOTICED

Cozen O'Connor (Philadelphia)
1900 Market Street The Atrium
Philadelphia, PA 19103
USA
215-665-2071 Fax: 215-665-2013
Email:Efeldman@cozen.Com

Mark T. Mullen
LEAD ATTORNEY;ATTORNEY TO BE NOTICED

Cozen O'Connor (Philadelphia)

| Litigants | Attorneys |
|---|---|
| | 1900 Market Street The Atrium<br>Philadelphia, PA 19103<br>USA<br>215-665-2091 Fax: 215-665-2013<br>Email:Mmullen@cozen.Com<br><br>Michael J. Sommi<br>**LEAD ATTORNEY**<br><br>Cozen O'Connor (Broadway)<br>45 Broadway Atrium, Suite 1600<br>New York, NY 10006<br>USA<br>212-908-1244 Fax: 212-509-9492<br>Email:Msommi@cozen.Com<br><br>Adam C. Bonin<br><br>Cozen O'Connor (Philadelphia)<br>1900 Market Street The Atrium<br>Philadelphia, PA 19103<br>USA<br>(215) 665-2000 Fax: (215)-701-2321<br>Email:Abonin@cozen.Com |
| Nasco Nasreddin Holding A.S.<br>**Defendant** | |
| Al Baraka Exchange, L.L.C.<br>**Defendant** | |
| Youssef M. Nada & Co., Gesellschaft, M.B.H.<br>**Defendant** | |
| Saudi Dallah Al Baraka Group LLC.<br>**Defendant** | |
| Bakr M. Bin Laden<br>**Defendant** | |
| M.M. Badkook Company for Catering & Trading<br>**Defendant** | |
| Wa'el Hamza Julaidan<br>**Defendant** | James Vann<br>LEAD ATTORNEY;ATTORNEY TO BE NOTICED<br><br>,<br><br>Jason Dzubow<br>LEAD ATTORNEY;ATTORNEY TO BE NOTICED<br><br>,<br><br>Martin Francis McMahon<br>ATTORNEY TO BE NOTICED |

EXHIBIT 7, PAGE 292

## Litigants

## Attorneys

Martin F. McMahon and Associates
1150 Conneticut Avenue N.W.
Washington, DC 20035
USA
202-862-4343 Fax: 202862-4302
Email:Mm@martinmcmahonlaw.Com

Zouaydi
**Defendant**

Abdul Aziz Al Ibrahim
**Defendant**

Dr. Mohaman Ali Elgari
**Defendant**

Muhammad Atif
**Defendant**

Shaykh Sa'id
**Defendant**

Tariq Anwar Al-Sayyid Ahmad
**Defendant**

Makhtab Al-Khidamat
**Defendant**

Nurjaman Riduan Ismuddin
**Defendant**

Al-Barakat International
**Defendant**

Haji Abdul Manan Agha
**Defendant**

Muhammad Al-Hamati
**Defendant**

Amin Al-Haq
**Defendant**

Ahmad Sa'id Al-Kadr
**Defendant**

Anas Al-Liby
**Defendant**

Al-Nur Honey Press Shops

## Litigants

## Attorneys

**Defendant**

Ahmed Mohammed Hamed Ali
**Defendant**

Ali Atwa
**Defendant**

Ayadi Chafiq Bin Muhammad
**Defendant**

Ali Saed Bin Ali El-Hoorie
**Defendant**

Riad Hijazi
**Defendant**

Hasan Izz-Al-Din
**Defendant**

Jaish-I-Mohammed
**Defendant**

Jam'yah Ta'awun Al-Islamia
**Defendant**

Musti Rashid Ahmad Ladehyanoy
**Defendant**

Ansar Al-Islam (AI)
**Defendant**

Youssef Abdaoui
**Defendant**

Mohammed Amine Akli
**Defendant**

Mohrez Amdouni
**Defendant**

Chiheb Ben Mohamed Ayari
**Defendant**

Mondher Baazaoui
**Defendant**

Lionel Dumont
**Defendant**

## Litigants

## Attorneys

Moussa Ben Amor Essaadi
**Defendant**

Rachid Fehar
**Defendant**

Khalil Jarraya
**Defendant**

Mounir Ben Habib Jerraya
**Defendant**

Fouzi Jendoubi
**Defendant**

Fethi Ben Rebai Masri
**Defendant**

Ahmed Hasni Rarrbo
**Defendant**

Nedal Saleh
**Defendant**

Ahmad Salah
**Defendant**

Ahmad Salah
**Defendant**

ACE Global Market Syndicate 2488
**Plaintiff**

Global Relief Foundation
**Defendant**

Ahmed Khalfan Ghailani Ahmed Khalfan
**Defendant**

Fahid Mohammed Ally Msalam Fahid Mohammed Ally
Mohammed Ally Msalam
**Defendant**

Prince Abdullah Al Faisal Prince Abdullah Al Faisal Bin
Abdulaziz Al Saud Prince Abdullah
**Defendant**

Prince Salman Bin Abdul Prince Salman Bin Abdul Aziz Al
Saud Prince Salman
**Defendant**

## Litigants

## Attorneys

Prince Bandar Bin Sultan
**Defendant**

Nancy H. Dutton
LEAD ATTORNEY;ATTORNEY TO BE NOTICED

Dutton and Dutton PC
5017 Tilden Street Nw
Washington, DC 20016
USA
202-686-3500 Fax: 202-966-6621 Email:Duttondc@aol.Com

Mark Charles Hansen
ATTORNEY TO BE NOTICED

Kellogg, Hansen, Todd, Figel & Frederick PLLC (DC)
1615 M Street, N.W., Suite 400
Washington, DC 20036
USA
202-326-7904 Fax: 202-326-7999
Email:Mhansen@kellogghansen.Com

Proyectos Y Promociones ISO
**Defendant**

Ramzi Binalshibh
**Cross Defendant**

Said Bahaji
**Defendant**

York Foundation
**Defendant**

Christopher J. Beal
LEAD ATTORNEY;ATTORNEY TO BE NOTICED

DLA Piper LLP (US)
401 B Street, Suite 1700
San Diego, CA 92101
USA
(858) 638-6813 Fax: (858) 677-1477
Email:Cris.Beal@dlapiper.Com (Inactive)

Donna M. Sheinbach
LEAD ATTORNEY;ATTORNEY TO BE NOTICED

DLA Piper US LLP (NJ)
300 Campus Drive Suite100
Florham Park, NJ 07932
USA
202-238-7763 Fax: 202-238-7700
Email:Dsheinbach@graycary.Com

Jay D. Hanson
LEAD ATTORNEY;ATTORNEY TO BE NOTICED

DLA Piper LLP (US)
401 B Street, Suite 1700
San Diego, CA 92101
USA
(856) 677-1400 Email:Jay.Hanson@dlapiper.Com

## Litigants

## Attorneys

John Joseph Walsh
LEAD ATTORNEY;ATTORNEY TO BE NOTICED

Carter Ledyard & Milburn LLP
2 Wall Street
New York, NY 10005
USA
(212) 238-8849 Fax: (212) 732-3232 Email:Walsh@clm.Com

Michael D. McNeely
LEAD ATTORNEY;ATTORNEY TO BE NOTICED

DLA Piper US LLP (NJ)
300 Campus Drive Suite100
Florham Park, NJ 07932
USA
202-238-7788 Fax: 202-238-7700
Email:Mmcneely@graycary.Com

Nancy Luque
LEAD ATTORNEY;ATTORNEY TO BE NOTICED

Luque Geragos Marino, LLP
910 17th Street Ste. 800
Washington, DC 20006
USA
(202 223-8888 Fax: (202) 223-8677
Email:Nluque@luquelaw.Com

Steven A, Maddox
LEAD ATTORNEY;ATTORNEY TO BE NOTICED

Maddox Edwards, PLLC
1900 K. Street Nw, Ste 725
Washington, DC 20006
USA
202-830-0707 Fax: 202-830-0701
Email:Smaddox@meiplaw.Com

**Zakat Committee**
**Defendant**

**Samir Salah**
**Defendant**

**Sanabil Al-Khair**
**Defendant**

**Saudi American Bank**
**Defendant**

Brian Howard Polovoy
ATTORNEY TO BE NOTICED

Shearman & Sterling LLP (NY)
599 Lexington Avenue
New York, NY 10022
USA
(212) 848-4000 Fax: (212) 848-7179

EXHIBIT 7, PAGE 297

## Litigants

## Attorneys

Email:Bpolovoy@shearman.Com

**Shahir Abdulraoof Batterjee**
**Defendant**

**Abdulaziz Bin Hamad Al Gosaibi**
**Defendant**

**Abdullah Bin Saleh Al-Obaid**
**Defendant**

**Abrash Company**
**Defendant**

**Abu Musab Al-Zarqawi**
**Defendant**

**SNCB Securities Limited in London**
**Defendant**

Ronald Stanley Liebman
ATTORNEY TO BE NOTICED

Patton Boggs LLP (DC)
2550 M Street, N.W.
Washington, DC 20037
USA
(202) 457-6310 Fax: (202) 457-6315
Email:Rliebman@pattonboggs.Com

**Adel Muhammad Sadiq Bin Kazem**
**Defendant**

**African Muslim Agency**
**Defendant**

Christopher J. Beal
LEAD ATTORNEY;ATTORNEY TO BE NOTICED

DLA Piper LLP (US)
401 B Street, Suite 1700
San Diego, CA 92101
USA
(858) 638-6813 Fax: (858) 677-1477
Email:Cris.Beal@dlapiper.Com (Inactive)

Donna M. Sheinbach
LEAD ATTORNEY;ATTORNEY TO BE NOTICED

DLA Piper US LLP (NJ)
300 Campus Drive Suite100
Florham Park, NJ 07932
USA
202-238-7763 Fax: 202-238-7700
Email:Dsheinbach@graycary.Com

Jay D. Hanson
LEAD ATTORNEY;ATTORNEY TO BE NOTICED

DLA Piper LLP (US)
401 B Street, Suite 1700

| Litigants | Attorneys |
|---|---|
| | San Diego, CA 92101 |

San Diego, CA 92101
USA
(856) 677-1400 Email:Jay.Hanson@dlapiper.Com

John Joseph Walsh
LEAD ATTORNEY;ATTORNEY TO BE NOTICED

Carter Ledyard & Milburn LLP
2 Wall Street
New York, NY 10005
USA
(212) 238-8849 Fax: (212) 732-3232 Email:Walsh@clm.Com

Michael D. McNeely
LEAD ATTORNEY;ATTORNEY TO BE NOTICED

DLA Piper US LLP (NJ)
300 Campus Drive Suite100
Florham Park, NJ 07932
USA
202-238-7788 Fax: 202-238-7700
Email:Mmcneely@graycary.Com

Nancy Luque
LEAD ATTORNEY;ATTORNEY TO BE NOTICED

Luque Geragos Marino, LLP
910 17th Street Ste. 800
Washington, DC 20006
USA
(202 223-8888 Fax: (202) 223-8677
Email:Nluque@luquelaw.Com

Steven A, Maddox
LEAD ATTORNEY;ATTORNEY TO BE NOTICED

Maddox Edwards, PLLC
1900 K. Street Nw, Ste 725
Washington, DC 20006
USA
202-830-0707 Fax: 202-830-0701
Email:Smaddox@meiplaw.Com

Steven Karl Barentzen
ATTORNEY TO BE NOTICED

DLA Piper US LLP (NJ)
300 Campus Drive Suite100
Florham Park, NJ 07932
USA
(202) 799-4500 Fax: (202) 799-5500
Email:Steven@barentzenlaw.Com

Ahmad Al Harbi
**Defendant**

Ahmed Totonji
**Defendant**

## Litigants

**Attorneys**

Ahmed Zaki Yamani
**Defendant**

Al Shamal Islamic Bank
**Defendant**

Tarik Hamdi
**Defendant**

Alfaisaliah Group
**Defendant**

T. Barry Kingham
ATTORNEY TO BE NOTICED

Curtis, Mallet-Prevost, Colt and Mosle LLP
101 Park Avenue South 35th Floor
New York, NY 10178
USA
212-696-6000 Fax: 212-697-1559
Email:Bkingham@curtis.Com

United States of America
**Interested Party**

Aqsa Islamic Bank
**Defendant**

Arafat El-Ashi
**Defendant**

ARY Group
**Defendant**

Yassir Al-Sirri
**Defendant**

Zakariya Essabar
**Defendant**

Zeinab Mansour-Fattouh
**Defendant**

Blessed Relief (Muwafaq) Foundation
**Defendant**

Cobis
**Defendant**

Delta Oil Company
**Defendant**

Essam Al Ridi

## Litigants

## Attorneys

**Defendant**

Ghasoub Al Abrash
**Defendant**

Hamad Hussaini
**Defendant**

Hisham
**Defendant**

Islamic African Relief Agency
**Defendant**

Islamic Assemby of North America
**Defendant**

Islamic Cultural Center of Geneva
**Defendant**

Jamal Nyrabeh
**Defendant**

Khalid Shaikh Mohammed
**Cross Defendant**

Lujain Al-Iman
**Defendant**

Mohammed Al-Issai
**Defendant**

Moro Islamic Liberation Front
**Defendant**

Muzaffar Khan
**Defendant**

National Development Bank
**Defendant**

Omar Abu Omar
**Defendant**

Perouz Seda Ghaty
**Defendant**

Proyectos Edispan
**Defendant**

## Litigants

## Attorneys

Saif Al Islam El Masry
**Defendant**

Salah Badahdh
**Defendant**

Salahuddin Abduljawad
**Defendant**

Salman Al-Ouda
**Defendant**

Saudi Cement Company in Damman
**Defendant**

Saudi Economic and Development Company
**Defendant**

David P. Gersch
LEAD ATTORNEY;ATTORNEY TO BE NOTICED

Arnold Porter Kaye Scholer LLP (DC)
601 Massachusetts Avenue
Washington, DC 20001
USA
(202) 942-5125 Fax: (203) 942-5999
Email:David_Gersch@aporter.Com

Sterling Charitable Gift Fund
**Defendant**

Christopher J. Beal
LEAD ATTORNEY;ATTORNEY TO BE NOTICED

DLA Piper LLP (US)
401 B Street, Suite 1700
San Diego, CA 92101
USA
(858) 638-6813 Fax: (858) 677-1477
Email:Cris.Beal@dlapiper.Com (Inactive)

Donna M. Sheinbach
LEAD ATTORNEY;ATTORNEY TO BE NOTICED

DLA Piper US LLP (NJ)
300 Campus Drive Suite100
Florham Park, NJ 07932
USA
202-238-7763 Fax: 202-238-7700
Email:Dsheinbach@graycary.Com

Jay D. Hanson
LEAD ATTORNEY;ATTORNEY TO BE NOTICED

DLA Piper LLP (US)
401 B Street, Suite 1700
San Diego, CA 92101
USA
(856) 677-1400 Email:Jay.Hanson@dlapiper.Com

John Joseph Walsh
LEAD ATTORNEY;ATTORNEY TO BE NOTICED

EXHIBIT 7, PAGE 302

## Litigants

## Attorneys

Carter Ledyard & Milburn LLP
2 Wall Street
New York, NY 10005
USA
(212) 238-8849 Fax: (212) 732-3232 Email:Walsh@clm.Com

Michael D. McNeely
LEAD ATTORNEY;ATTORNEY TO BE NOTICED

DLA Piper US LLP (NJ)
300 Campus Drive Suite100
Florham Park, NJ 07932
USA
202-238-7788 Fax: 202-238-7700
Email:Mmcneely@graycary.Com

Nancy Luque
LEAD ATTORNEY;ATTORNEY TO BE NOTICED

Luque Geragos Marino, LLP
910 17th Street Ste. 800
Washington, DC 20006
USA
(202 223-8888 Fax: (202) 223-8677
Email:Nluque@luquelaw.Com

Steven A, Maddox
LEAD ATTORNEY;ATTORNEY TO BE NOTICED

Maddox Edwards, PLLC
1900 K. Street Nw, Ste 725
Washington, DC 20006
USA
202-830-0707 Fax: 202-830-0701
Email:Smaddox@meiplaw.Com

Sterling Management Group
**Defendant**

Christopher J. Beal
LEAD ATTORNEY;ATTORNEY TO BE NOTICED

DLA Piper LLP (US)
401 B Street, Suite 1700
San Diego, CA 92101
USA
(858) 638-6813 Fax: (858) 677-1477
Email:Cris.Beal@dlapiper.Com (Inactive)

Donna M. Sheinbach
LEAD ATTORNEY;ATTORNEY TO BE NOTICED

DLA Piper US LLP (NJ)
300 Campus Drive Suite100
Florham Park, NJ 07932
USA
202-238-7763 Fax: 202-238-7700
Email:Dsheinbach@graycary.Com

Jay D. Hanson
LEAD ATTORNEY;ATTORNEY TO BE NOTICED

## Litigants

## Attorneys

DLA Piper LLP (US)
401 B Street, Suite 1700
San Diego, CA 92101
USA
(856) 677-1400 Email:Jay.Hanson@dlapiper.Com

John Joseph Walsh
LEAD ATTORNEY;ATTORNEY TO BE NOTICED

Carter Ledyard & Milburn LLP
2 Wall Street
New York, NY 10005
USA
(212) 238-8849 Fax: (212) 732-3232 Email:Walsh@clm.Com

Michael D. McNeely
LEAD ATTORNEY;ATTORNEY TO BE NOTICED

DLA Piper US LLP (NJ)
300 Campus Drive Suite100
Florham Park, NJ 07932
USA
202-238-7788 Fax: 202-238-7700
Email:Mmcneely@graycary.Com

Nancy Luque
LEAD ATTORNEY;ATTORNEY TO BE NOTICED

Luque Geragos Marino, LLP
910 17th Street Ste. 800
Washington, DC 20006
USA
(202 223-8888 Fax: (202) 223-8677
Email:Nluque@luquelaw.Com

Steven A, Maddox
LEAD ATTORNEY;ATTORNEY TO BE NOTICED

Maddox Edwards, PLLC
1900 K. Street Nw, Ste 725
Washington, DC 20006
USA
202-830-0707 Fax: 202-830-0701
Email:Smaddox@meiplaw.Com

Yousef Jameel
**Defendant**

Ziyad Khaleel
**Defendant**

Prince Bandar Bin Sultan Bin Abdulaziz
**Defendant**

Mark Charles Hansen
ATTORNEY TO BE NOTICED

Kellogg, Hansen, Todd, Figel & Frederick PLLC (DC)
1615 M Street, N.W., Suite 400

EXHIBIT 7, PAGE 304

| Litigants | Attorneys |
|---|---|
| | Washington, DC 20036<br>USA<br>202-326-7904 Fax: 202-326-7999<br>Email:Mhansen@kellogghansen.Com |
| **Ghasoub Al Abrash Ghalyoun**<br>**Defendant** | |
| **Nada Management Organization, S.A.**<br>**Defendant** | |
| **Faisal Group Holding Co.**<br>**Defendant** | T. Barry Kingham<br>ATTORNEY TO BE NOTICED<br><br>Curtis, Mallet-Prevost, Colt and Mosle LLP<br>101 Park Avenue South 35th Floor<br>New York, NY 10178<br>USA<br>212-696-6000 Fax: 212-697-1559<br>Email:Bkingham@curtis.Com |
| **Aradi, Inc.**<br>**Defendant** | Raymond Richard Castello<br>LEAD ATTORNEY;ATTORNEY TO BE NOTICED<br><br>Fish & Richardson P.C.<br>153 East 53rd Street<br>New York, NY 10022-4611<br>USA<br>212-641-2250 Fax: 212 258-2291 Email:Castello@fr.Com |
| **Reston Investments, Inc.**<br>**Defendant** | Christopher J. Beal<br>LEAD ATTORNEY;ATTORNEY TO BE NOTICED<br><br>DLA Piper LLP (US)<br>401 B Street, Suite 1700<br>San Diego, CA 92101<br>USA<br>(858) 638-6813 Fax: (858) 677-1477<br>Email:Cris.Beal@dlapiper.Com (Inactive)<br><br>Donna M. Sheinbach<br>LEAD ATTORNEY;ATTORNEY TO BE NOTICED<br><br>DLA Piper US LLP (NJ)<br>300 Campus Drive Suite100<br>Florham Park, NJ 07932<br>USA<br>202-238-7763 Fax: 202-238-7700<br>Email:Dsheinbach@graycary.Com<br><br>Jay D. Hanson<br>LEAD ATTORNEY;ATTORNEY TO BE NOTICED<br><br>DLA Piper LLP (US)<br>401 B Street, Suite 1700<br>San Diego, CA 92101<br>USA |

| Litigants | Attorneys |
|---|---|
| | (856) 677-1400 Email:Jay.Hanson@dlapiper.Com |

<table>
<tr><td></td><td>

John Joseph Walsh
LEAD ATTORNEY;ATTORNEY TO BE NOTICED

Carter Ledyard & Milburn LLP
2 Wall Street
New York, NY 10005
USA
(212) 238-8849 Fax: (212) 732-3232 Email:Walsh@clm.Com

Michael D. McNeely
LEAD ATTORNEY;ATTORNEY TO BE NOTICED

DLA Piper US LLP (NJ)
300 Campus Drive Suite100
Florham Park, NJ 07932
USA
202-238-7788 Fax: 202-238-7700
Email:Mmcneely@graycary.Com

Nancy Luque
LEAD ATTORNEY;ATTORNEY TO BE NOTICED

Luque Geragos Marino, LLP
910 17th Street Ste. 800
Washington, DC 20006
USA
(202 223-8888 Fax: (202) 223-8677
Email:Nluque@luquelaw.Com

Steven A, Maddox
LEAD ATTORNEY;ATTORNEY TO BE NOTICED

Maddox Edwards, PLLC
1900 K. Street Nw, Ste 725
Washington, DC 20006
USA
202-830-0707 Fax: 202-830-0701
Email:Smaddox@meiplaw.Com

</td></tr>
<tr><td>

Sana-Bell, Inc.
**Defendant**

</td><td>

Christopher J. Beal
LEAD ATTORNEY;ATTORNEY TO BE NOTICED

DLA Piper LLP (US)
401 B Street, Suite 1700
San Diego, CA 92101
USA
(858) 638-6813 Fax: (858) 677-1477
Email:Cris.Beal@dlapiper.Com (Inactive)

Christopher Canon Swindle Manning
LEAD ATTORNEY;PRO HAC VICE;ATTORNEY TO BE NOTICED

Manning Sossamon
1120 20th Street N.W. Suite 700 North Building
Washington, DC 20036
USA

</td></tr>
</table>

| Litigants | Attorneys |
|-----------|-----------|
|           | (202) 973-2681 Fax: (202) 973-1212 |

(202) 973-2681 Fax: (202) 973-1212
Email:Cmanning@manning-Sossamon.Com

Donna M. Sheinbach
LEAD ATTORNEY;ATTORNEY TO BE NOTICED

DLA Piper US LLP (NJ)
300 Campus Drive Suite100
Florham Park, NJ 07932
USA
202-238-7763 Fax: 202-238-7700
Email:Dsheinbach@graycary.Com

Jay D. Hanson
LEAD ATTORNEY;ATTORNEY TO BE NOTICED

DLA Piper LLP (US)
401 B Street, Suite 1700
San Diego, CA 92101
USA
(856) 677-1400 Email:Jay.Hanson@dlapiper.Com

John Joseph Walsh
LEAD ATTORNEY;ATTORNEY TO BE NOTICED

Carter Ledyard & Milburn LLP
2 Wall Street
New York, NY 10005
USA
(212) 238-8849 Fax: (212) 732-3232 Email:Walsh@clm.Com

Michael D. McNeely
LEAD ATTORNEY;ATTORNEY TO BE NOTICED

DLA Piper US LLP (NJ)
300 Campus Drive Suite100
Florham Park, NJ 07932
USA
202-238-7788 Fax: 202-238-7700
Email:Mmcneely@graycary.Com

Nancy Luque
LEAD ATTORNEY;ATTORNEY TO BE NOTICED

Luque Geragos Marino, LLP
910 17th Street Ste. 800
Washington, DC 20006
USA
(202 223-8888 Fax: (202) 223-8677
Email:Nluque@luquelaw.Com

Steven A, Maddox
LEAD ATTORNEY;ATTORNEY TO BE NOTICED

Maddox Edwards, PLLC
1900 K. Street Nw, Ste 725
Washington, DC 20006
USA
202-830-0707 Fax: 202-830-0701

| Litigants | Attorneys |
|---|---|
| | Email:Smaddox@meiplaw.Com |
| **Sana-Bell, Inc.**<br>**Defendant** | Christopher Canon Swindle Manning<br>LEAD ATTORNEY;PRO HAC VICE;ATTORNEY TO BE NOTICED<br><br>Manning Sossamon<br>1120 20th Street N.W. Suite 700 North Building<br>Washington, DC 20036<br>USA<br>(202) 973-2681 Fax: (202) 973-1212<br>Email:Cmanning@manning-Sossamon.Com<br><br>Eurydice Aliferis Kelley<br>ATTORNEY TO BE NOTICED<br><br>Rottenberg Lipman Rich, P.C.<br>369 Lexington Avenue, 15th Floor<br>New York, NY 10017<br>USA<br>(646)-352-1104 Fax: (646)-203-0287<br>Email:Ek@randhpc.Com |
| **M. Omar Ashraf**<br>**Defendant** | Christopher J. Beal<br>LEAD ATTORNEY;ATTORNEY TO BE NOTICED<br><br>DLA Piper LLP (US)<br>401 B Street, Suite 1700<br>San Diego, CA 92101<br>USA<br>(858) 638-6813 Fax: (858) 677-1477<br>Email:Cris.Beal@dlapiper.Com (Inactive)<br><br>Donna M. Sheinbach<br>LEAD ATTORNEY;ATTORNEY TO BE NOTICED<br><br>DLA Piper US LLP (NJ)<br>300 Campus Drive Suite100<br>Florham Park, NJ 07932<br>USA<br>202-238-7763 Fax: 202-238-7700<br>Email:Dsheinbach@graycary.Com<br><br>Jay D. Hanson<br>LEAD ATTORNEY;ATTORNEY TO BE NOTICED<br><br>DLA Piper LLP (US)<br>401 B Street, Suite 1700<br>San Diego, CA 92101<br>USA<br>(856) 677-1400 Email:Jay.Hanson@dlapiper.Com<br><br>John Joseph Walsh<br>LEAD ATTORNEY;ATTORNEY TO BE NOTICED<br><br>Carter Ledyard & Milburn LLP<br>2 Wall Street<br>New York, NY 10005 |

| Litigants | Attorneys |
|---|---|
| | USA<br>(212) 238-8849 Fax: (212) 732-3232 Email:Walsh@clm.Com |
| | Michael D. McNeely<br>LEAD ATTORNEY;ATTORNEY TO BE NOTICED<br><br>DLA Piper US LLP (NJ)<br>300 Campus Drive Suite100<br>Florham Park, NJ 07932<br>USA<br>202-238-7788 Fax: 202-238-7700<br>Email:Mmcneely@graycary.Com |
| | Nancy Luque<br>LEAD ATTORNEY;ATTORNEY TO BE NOTICED<br><br>Luque Geragos Marino, LLP<br>910 17th Street Ste. 800<br>Washington, DC 20006<br>USA<br>(202 223-8888 Fax: (202) 223-8677<br>Email:Nluque@luquelaw.Com |
| | Steven A, Maddox<br>LEAD ATTORNEY;ATTORNEY TO BE NOTICED<br><br>Maddox Edwards, PLLC<br>1900 K. Street Nw, Ste 725<br>Washington, DC 20006<br>USA<br>202-830-0707 Fax: 202-830-0701<br>Email:Smaddox@meiplaw.Com |
| M. Yaqub Mirza<br>**Defendant** | Christopher J. Beal<br>LEAD ATTORNEY;ATTORNEY TO BE NOTICED<br><br>DLA Piper LLP (US)<br>401 B Street, Suite 1700<br>San Diego, CA 92101<br>USA<br>(858) 638-6813 Fax: (858) 677-1477<br>Email:Cris.Beal@dlapiper.Com (Inactive) |
| | Donna M. Sheinbach<br>LEAD ATTORNEY;ATTORNEY TO BE NOTICED<br><br>DLA Piper US LLP (NJ)<br>300 Campus Drive Suite100<br>Florham Park, NJ 07932<br>USA<br>202-238-7763 Fax: 202-238-7700<br>Email:Dsheinbach@graycary.Com |
| | Jay D. Hanson<br>LEAD ATTORNEY;ATTORNEY TO BE NOTICED<br><br>DLA Piper LLP (US)<br>401 B Street, Suite 1700<br>San Diego, CA 92101 |

| Litigants | Attorneys |
|---|---|

USA
(856) 677-1400 Email:Jay.Hanson@dlapiper.Com

John Joseph Walsh
LEAD ATTORNEY;ATTORNEY TO BE NOTICED

Carter Ledyard & Milburn LLP
2 Wall Street
New York, NY 10005
USA
(212) 238-8849 Fax: (212) 732-3232 Email:Walsh@clm.Com

Michael D. McNeely
LEAD ATTORNEY;ATTORNEY TO BE NOTICED

DLA Piper US LLP (NJ)
300 Campus Drive Suite100
Florham Park, NJ 07932
USA
202-238-7788 Fax: 202-238-7700
Email:Mmcneely@graycary.Com

Nancy Luque
LEAD ATTORNEY;ATTORNEY TO BE NOTICED

Luque Geragos Marino, LLP
910 17th Street Ste. 800
Washington, DC 20006
USA
(202 223-8888 Fax: (202) 223-8677
Email:Nluque@luquelaw.Com

Steven A, Maddox
LEAD ATTORNEY;ATTORNEY TO BE NOTICED

Maddox Edwards, PLLC
1900 K. Street Nw, Ste 725
Washington, DC 20006
USA
202-830-0707 Fax: 202-830-0701
Email:Smaddox@meiplaw.Com

Abdullah M. Al-Mahdi
**Defendant**

Hassan A.A. Bahfzallah
**Defendant**

Soliman H.S. Al-Buthe
**Defendant**

Mazin M.H. Bahareth
**Defendant**

Zahir H. Kazmi
**Defendant**

EXHIBIT 7, PAGE 310

| Litigants | Attorneys |
|---|---|

Soliman J. Khudeira
**Defendant**

Ibrahim S. Abdullah
**Defendant**

Dallah Avco Trans Arabia Co. LTD.
**Defendant**

Khalil A. Kordi
**Defendant**

Muhammed J. Fakihi
**Defendant**

Mustaf Ahmed Al-Hisawi
**Defendant**

Sanabel Al-Kheer,Inc
**Defendant**

Christopher Canon Swindle Manning
LEAD ATTORNEY;PRO HAC VICE;ATTORNEY TO BE
NOTICED

Manning Sossamon
1120 20th Street N.W. Suite 700 North Building
Washington, DC 20036
USA
(202) 973-2681 Fax: (202) 973-1212
Email:Cmanning@manning-Sossamon.Com

Donna M. Sheinbach
LEAD ATTORNEY;ATTORNEY TO BE NOTICED

DLA Piper US LLP (NJ)
300 Campus Drive Suite100
Florham Park, NJ 07932
USA
202-238-7763 Fax: 202-238-7700
Email:Dsheinbach@graycary.Com

Michael D. McNeely
LEAD ATTORNEY;ATTORNEY TO BE NOTICED

DLA Piper US LLP (NJ)
300 Campus Drive Suite100
Florham Park, NJ 07932
USA
202-238-7788 Fax: 202-238-7700
Email:Mmcneely@graycary.Com

Nancy Luque
LEAD ATTORNEY;ATTORNEY TO BE NOTICED

Luque Geragos Marino, LLP
910 17th Street Ste. 800

| Litigants | Attorneys |
|---|---|
| | Washington, DC 20006 |
| | USA |
| | (202 223-8888 Fax: (202) 223-8677 |
| | Email:Nluque@luquelaw.Com |
| | |
| | Steven A, Maddox |
| | LEAD ATTORNEY;ATTORNEY TO BE NOTICED |
| | |
| | Maddox Edwards, PLLC |
| | 1900 K. Street Nw, Ste 725 |
| | Washington, DC 20006 |
| | USA |
| | 202-830-0707 Fax: 202-830-0701 |
| | Email:Smaddox@meiplaw.Com |
| **Grove Corporate,Inc.** **Defendant** | Christopher J. Beal LEAD ATTORNEY;ATTORNEY TO BE NOTICED |
| | |
| | DLA Piper LLP (US) |
| | 401 B Street, Suite 1700 |
| | San Diego, CA 92101 |
| | USA |
| | (858) 638-6813 Fax: (858) 677-1477 |
| | Email:Cris.Beal@dlapiper.Com (Inactive) |
| | |
| | Donna M. Sheinbach |
| | LEAD ATTORNEY;ATTORNEY TO BE NOTICED |
| | |
| | DLA Piper US LLP (NJ) |
| | 300 Campus Drive Suite100 |
| | Florham Park, NJ 07932 |
| | USA |
| | 202-238-7763 Fax: 202-238-7700 |
| | Email:Dsheinbach@graycary.Com |
| | |
| | Jay D. Hanson |
| | LEAD ATTORNEY;ATTORNEY TO BE NOTICED |
| | |
| | DLA Piper LLP (US) |
| | 401 B Street, Suite 1700 |
| | San Diego, CA 92101 |
| | USA |
| | (856) 677-1400 Email:Jay.Hanson@dlapiper.Com |
| | |
| | John Joseph Walsh |
| | LEAD ATTORNEY;ATTORNEY TO BE NOTICED |
| | |
| | Carter Ledyard & Milburn LLP |
| | 2 Wall Street |
| | New York, NY 10005 |
| | USA |
| | (212) 238-8849 Fax: (212) 732-3232 Email:Walsh@clm.Com |
| | |
| | Michael D. McNeely |
| | LEAD ATTORNEY;ATTORNEY TO BE NOTICED |
| | |
| | DLA Piper US LLP (NJ) |
| | 300 Campus Drive Suite100 |
| | Florham Park, NJ 07932 |

## Litigants

## Attorneys

USA
202-238-7788 Fax: 202-238-7700
Email:Mmcneely@graycary.Com

Nancy Luque
LEAD ATTORNEY;ATTORNEY TO BE NOTICED

Luque Geragos Marino, LLP
910 17th Street Ste. 800
Washington, DC 20006
USA
(202 223-8888 Fax: (202) 223-8677
Email:Nluque@luquelaw.Com

Steven A, Maddox
LEAD ATTORNEY;ATTORNEY TO BE NOTICED

Maddox Edwards, PLLC
1900 K. Street Nw, Ste 725
Washington, DC 20006
USA
202-830-0707 Fax: 202-830-0701
Email:Smaddox@meiplaw.Com

Rashid M. Al Romaizan
**Defendant**

Promociones Y Construcciones Tetuan Pricote, S.A.
**Defendant**

Eurocovia Obras,S.A.
**Defendant**

Proyectos Y Promociones Pardise, S.L.
**Defendant**

DMI Administrative Services, S.A.
**Defendant**

Timothy James McCarthy
LEAD ATTORNEY;ATTORNEY TO BE NOTICED

Mishcon de Reya New York, LLP
156 Fifth Ave., Ste. 904
New York, NY 10010
USA
212-612-3297 Fax: 212-612-3297
Email:Timothy.Mccarthy@thompsonhine.Com

Aimee Rebecca Kahn
ATTORNEY TO BE NOTICED

Mishcon de Reya New York, LLP
156 Fifth Ave., Ste. 904
New York, NY 10010
USA
(212)-612-3270 Fax: (212)-612-3297
Email:Aimee.Kahn@mishcon.Com

EXHIBIT 7, PAGE 313

| Litigants | Attorneys |
|---|---|
| | James Joseph McGuire<br>ATTORNEY TO BE NOTICED<br><br>Sheppard, Mullin, Richter & Hampton<br>30 Rockefeller Plaza<br>New York, NY 10112<br>USA<br>212-332-3800 Fax: 212-332-3888<br>Email:Jmcguire@sheppardmullin.Com |
| Al-Baraka Bankcorp, Inc.<br>**Defendant** | |
| Sanabel Al Kheer, Inc.<br>**Defendant** | Christopher Canon Swindle Manning<br>LEAD ATTORNEY;PRO HAC VICE;ATTORNEY TO BE<br>NOTICED<br><br>Manning Sossamon<br>1120 20th Street N.W. Suite 700 North Building<br>Washington, DC 20036<br>USA<br>(202) 973-2681 Fax: (202) 973-1212<br>Email:Cmanning@manning-Sossamon.Com<br><br>Eurydice Aliferis Kelley<br>ATTORNEY TO BE NOTICED<br><br>Rottenberg Lipman Rich, P.C.<br>369 Lexington Avenue, 15th Floor<br>New York, NY 10017<br>USA<br>(646)-352-1104 Fax: (646)-203-0287<br>Email:Ek@randhpc.Com |
| Dr. Mahmoud Dakhil<br>**Defendant** | |
| Imad Eddin Barakat Yarkas<br>**Defendant** | |
| Muhammed Galeb Kalaje Zuoyadi<br>**Defendant** | |
| Abdalrahman Alarnout Abu Aljer<br>**Defendant** | |
| Abu Qatada Al-Filistini<br>**Defendant** | |
| Sheikh Abdullah Azzam<br>**Defendant** | |
| Tareq M. Al-Swaidan: Abdul Al-Moslah | |

## Litigants

**Defendant**

Masjed Al Madinah Al Munawarah
**Defendant**

Mohammed Khair Al Saqqa
**Defendant**

## Attorneys

## Proceedings

| # | Date | Proceeding Text |
|---|---|---|
| 1 | 09/10/2003 | COMPLAINT filed. Summons issued and Notice pursuant to 28 U.S.C. 636(c). FILING FEE $ 150.00 RECEIPT # 484498. (laq) Additional attachment(s) added on 4/2/2004 (kkc, ). (Entered: 09/25/2003) |
| 2 | 09/10/2003 | RULE 7.1 CERTIFICATE filed by plaintiff's in this action. (laq) Additional attachment(s) added on 4/2/2004 (kkc, ). (Entered: 09/25/2003) |
| | 09/10/2003 | CASE REFERRED TO Judge Richard C. Casey as possibly related to 1:02cv6977. (laq) (Entered: 09/25/2003) |
| 3 | 10/29/2003 | CLERK'S CERTIFICATE OF MAILING of Summons and Complaint upon The Republic of Iraq c/o the U.S. Department of State, 2100 Pennsylvania Avenue SA-29-4f, Washington, DC 20520, by Certified Mail#: 7001 0360 0003 1064 1433; Return Receipt: .(tp) Modified on 10/30/2003 (Entered: 10/30/2003) |
| 4 | 10/29/2003 | CLERK'S CERTIFICATE OF MAILING of Summons and Complaint upon The Syrian Arab Republic c/o the U.S. Department of State, 2100 Pennsylvania Avenue SA-29-4f, Washington, DC 20520, by Certified Mail#: 7000 1670 0004 8232 3849; Return Receipt: . (tp) Additional attachment(s) added on 4/2/2004 (kkc, ). (Entered: 10/30/2003) |
| 5 | 10/29/2003 | CLERK'S CERTIFICATE OF MAILING of Summons and Complaint upon The Republic of the Sudan c/o the U.S. Department of State, 2100 Pennsylvania Avenue SA-29-4f, Washington, DC 20520, by Certified Mail#: 7000 1670 0004 8232 3832; Return Receipt: . (tp) (Entered: 10/30/2003) |
| 6 | 10/29/2003 | CLERK'S CERTIFICATE OF MAILING of Summons and Complaint upon The Republic of Iran c/o the U.S. Department of State, 2100 Pennsylvania Avenue SA-29-4f, Washington, DC 20520, by Certified Mail#: 7000 1670 0004 8232 3856; Return Receipt: . (tp) Additional attachment(s) added on 4/2/2004 (kkc, ). (Entered: 10/30/2003) |
| 7 | 10/29/2003 | CLERK'S CERTIFICATE OF MAILING of Summons and Complaint upon The Republic of Sudan, Ministry of External Affairs, Dr. Mustafa Osman Ismail, P.O. Box 873, Khartoum, Sudan, by Registered Mail#: RB 632 990 458; Return Receipt: . (tp) Additional attachment(s) added on 4/2/2004 (kkc, ). (Entered: 10/30/2003) |
| 8 | 10/29/2003 | CLERK'S CERTIFICATE OF MAILING of Summons and Complaint upon The Syrian Arab Republic, Ministry of Foreign Affairs, Farouk Al-Shara, Muhajereen Shora Ave. Damascus, Syria, by Registered Mail#: RB 632 990 461; Return Receipt: . (tp) Additional attachment(s) added on 4/2/2004 (kkc, ). (Entered: 10/30/2003) |
| 9 | 10/29/2003 | CLERK'S CERTIFICATE OF MAILING of Summons and Complaint upon Islamic Republic of Iran, Ministry of Foreign Affairs, Dr. Seyed Kamal Kharrazi, Ebn e Sina Street, Emam Khomeini Square, Tehran, Iran, by Registered Mail#: RB 632 990 475; Return Receipt: . (tp) Additional attachment(s) added on 4/2/2004 (kkc, ). (Entered: 10/30/2003) |
| | 10/29/2003 | CLERK CERTIFICATE OF MAILING RECEIVED for Summons and Complaint mailed to The Syrian Arab Republic on 10/29/03 by Registered Mail # RB 632 990 461, RECEIVED ON: 11/9/03. (tp, ) (Entered: 12/04/2003) |
| | 10/29/2003 | CLERK CERTIFICATE OF MAILING RECEIVED for Summons and Complaint mailed to The Republic of Iraq c/o the U.S. Department of on 10/29/03 by Certified Mail #7001 0360 0003 1064 1433, RECEIVED ON: 11/5/03. (tp, ) (Entered: 12/09/2003) |
| | 10/29/2003 | CLERK CERTIFICATE OF MAILING RECEIVED for Summons and Complaint mailed to Islamic Republic of Iran, Ministry of Foreign on 10/29/03 by Registered Mail # RB 632 990 475, RECEIVED ON: Not Indicated. (tp, ) (Entered: 12/17/2003) |

| # | Date | Proceeding Text |
|---|---|---|
| | 10/29/2003 | CLERK CERTIFICATE OF MAILING RECEIVED for Summons and Complaint mailed to The Republic of the Sudan Ministry of External Affairs, Dr. Mustafa Osman Ismail on 10/29/03 by Registered Mail # RB 632 990 458, RECEIVED ON: 1/13/04 from the United States Department of State. (tp, ) (Entered: 01/14/2004) |
| | 10/29/2003 | CLERK CERTIFICATE OF MAILING RECEIVED for Summons and Complaint mailed to The Syrian Arab Republic, Ministry of Foreign Affairs, Farouck Al-Shara on 10/29/03 by Certified Mail #7000 1670 0004 8232 3849, RECEIVED ON: 11/5/03. (tp, ) (Entered: 01/23/2004) |
| | 10/29/2003 | CLERK CERTIFICATE OF MAILING RECEIVED for Summons and Complaint mailed to The Republic of Iran, Ministry of Foreign Affairs, De. Seyed Kamal Kharrazzi on 10/29/03 by Certified Mail #7000 1670 0004 8232 3856, RECEIVED ON: 11/3/03. (tp, ) (Entered: 01/23/2004) |
| | 10/29/2003 | CLERK CERTIFICATE OF MAILING RECEIVED for Summons and Complaint mailed to The Republic of Iran Ministry of Foreign Affairs, Dr. Seyed Kamal Kharrazi on 10/29/03 by Registered Mail RB632 990 475, RECEIVED ON: Not Indicated. (tp, ) (Entered: 01/23/2004) |
| | 11/12/2003 | Case accepted as related to 1:02cv6977. Notice of assignment to follow. (jjm) (Entered: 11/13/2003) |
| 10 | 11/12/2003 | Notice of Case Assignment to Judge Richard C. Casey . Copy of notice and judge's rules mailed to Attorney(s) of record: Michael J. Sommi . (jjm) Additional attachment(s) added on 4/2/2004 (kkc, ). (Entered: 11/13/2003) |
| | 11/12/2003 | Magistrate Judge James C. Francis is so designated. (jjm) (Entered: 11/13/2003) |
| 11 | 11/12/2003 | CLERK'S CERTIFICATE OF MAILING of Summons and Complaint upon Prince Mohammed Al Faisal Al Saud c/o The Ministry of Foreign Affairs, P.O. Box 55937, Postal Code 11544, Riyadh, Saudi Arabia, by Registered Mail#: Rb 632 990 740; Return Receipt: . (tp) (Entered: 11/13/2003) |
| 12 | 11/12/2003 | CLERK'S CERTIFICATE OF MAILING of Summons and Complaint upon Prince Abdullah Al Faisal Bin Abdulaziz Al Saud c/o The Ministry of Foreign Affairs, P.O. Box 55937, Postal Code 11544, Riyadh, Saudi Arabia, by Registered Mail#: RB 632 990 767; Return Receipt: . (tp) (Entered: 11/13/2003) |
| 13 | 11/12/2003 | CLERK'S CERTIFICATE OF MAILING of Summons and Complaint upon Prince Bandar Iban Sultan c/o The Ministry of Foreign Affairs, P.O. Box 55937, Postal Code 11544, Riyadh, Saudi Arabia, by Registered Mail#: RB 632 990 824; Return Receipt: . (tp) (Entered: 11/13/2003) |
| 14 | 11/12/2003 | CLERK'S CERTIFICATE OF MAILING of Summons and Complaint upon Fahad Al-Thumairy c/o The Ministry of Foreign Affairs, P.O. Box 55937, Postal Code 11544, Riyadh, Saudi Arabia, by Registered Mail#: RB 632 990 815; Return Receipt: . (tp) (Entered: 11/13/2003) |
| 15 | 11/12/2003 | CLERK'S CERTIFICATE OF MAILING of Summons and Complaint upon Prince Nayef Bin Abdulaziz Al Saud c/o The Ministry of Foreign Affairs, P.O. Box 55937, Postal Code 11544, Riyadh, Saudi Arabia, by Registered Mail#: RB 632 990 784; Return Receipt: . (tp) (Entered: 11/13/2003) |
| 16 | 11/12/2003 | CLERK'S CERTIFICATE OF MAILING of Summons and Complaint upon Prince Turki Al Faisal Al Saud c/o The Ministry of Foreign Affairs, P.O. Box 55937, Postal Code 11544, Riyadh, Saudi Arabia, by Registered Mail#: RB 632 990 753; Return Receipt: . (tp) (Entered: 11/13/2003) |
| 17 | 11/12/2003 | CLERK'S CERTIFICATE OF MAILING of Summons and Complaint upon Prince Salmin Bin Abdul Aziz Al Saud c/o The Ministry of Foreign Affairs, P.O. Box 55937, Postal Code 11544, Riyadh, Saudi Arabia, by Registered Mail#: RB 632 990 807; Return Receipt: . (tp) (Entered: 11/13/2003) |
| 18 | 11/12/2003 | CLERK'S CERTIFICATE OF MAILING of Summons and Complaint upon Prince Sultan Bin Abdulaziz Al Saud c/o The Ministry of Foreign Affairs, P.O. Box 55937, Postal Code 11544, Riyadh, Saudi Arabia, by Registered Mail#: RB 632 990 798; Return Receipt: . (tp) (Entered: 11/13/2003) |
| 19 | 11/12/2003 | CLERK'S CERTIFICATE OF MAILING of Summons and Complaint upon The Kingdom of Saudi Arabia, Ministry of Foreign Affairs, Prince Saud Al Faisal Bin Abdulaziz Al-Saud, P.O. Box 55937, Postal Code 11544, Riyadh, Saudi Arabia, by Registered Mail#: RB 632 990 775; Return Receipt: . (tp) (Entered: 11/13/2003) |
| 20 | 11/19/2003 | CLERK'S CERTIFICATE OF MAILING of Summons and Complaint as to all defendants listed in attached ryder c/o U.S. Department of State-Office of Citizens Consular Services by Certified Mail#: 7000 1670 0004 8232 3825; Return Receipt: . (tp) (Entered: 11/19/2003) |
| | 11/19/2003 | CLERK CERTIFICATE OF MAILING RECEIVED for Summons and Complaint mailed to all defendants listed in attached ryder c/o U.S. Department of State-Office of Citizens Consular Services on 11/19/03 by Certified Mail # 7000 1670 0004 8232 3825, RECEIVED ON: 11/25/03. (tp, ) (Entered: 12/09/2003) |

| # | Date | Proceeding Text |
|---|------|-----------------|
| 21 | 12/17/2003 | SUMMONS RETURNED EXECUTED Summons and Complaint served. M. Yaqub Mirza served on 11/17/2003, answer due 12/8/2003. Service was accepted by M. Yaqub Mirza, Registered Agent. (sac, ) Additional attachment(s) added on 4/2/2004 (kkc, ). (Entered: 12/22/2003) |
| 22 | 12/17/2003 | SUMMONS RETURNED EXECUTED Summons and Complaint served. Muslim World League served on 11/17/2003, answer due 12/8/2003. Service was accepted by Michael Hadeed, Registered Agent. (sac, ) Additional attachment(s) added on 4/2/2004 (kkc, ). (Entered: 12/22/2003) |
| 23 | 12/17/2003 | SUMMONS RETURNED EXECUTED Summons and Complaint served. Jamal Barzinji served on 11/12/2003, answer due 12/2/2003. Service was accepted by personal service. (jco, ) Additional attachment(s) added on 4/2/2004 (kkc, ). (Entered: 12/22/2003) |
| 24 | 12/17/2003 | AFFIDAVIT OF SERVICE of Summons and Complaint on Iqbal Unus. Service was accepted by personal service. (sb, ) Additional attachment(s) added on 4/2/2004 (kkc, ). (Entered: 12/22/2003) |
| 25 | 12/17/2003 | SUMMONS RETURNED EXECUTED Summons and Complaint served. Muhammad Ashraf served on 11/13/2003, answer due 12/3/2003. Service was accepted by Mohammed Omar Ashraf. Document filed by Saleh Abdulaziz Al-Rajhi ; American Alternative Insurance Corporation ; American Employers' Insurance Company ; American Guarantee and Liability Insurance Company ; American Zurich Insurance Company ; Assurance Company of America ; Chubb Custom Insurance Company ; Chubb Indemnity Insurance Company ; Chubb Insurance Company of Canada ; Chubb Insurance Company of New Jersey ; Colonial American Casualty and Surety Insurance Company ; Crum & Forster Indemnity Company ; Federal Insurance Company ; Fidelity and Deposit Company of Maryland ; Great Lakes Reinsurance U.K. PLC ; Great Northern Insurance Company ; Homeland Insurance Company of New York ; Maryland Casualty Company ; North River Insurance Company ; Northern Insurance Company of New York ; One Beacon America Insurance Company ; One Beacon Insurance Company ; Pacific Indemnity Company ; Steadfast Insurance Company ; The Camden Fire Insurance Association ; The Princeton Excess & Surplus Lines Insurance Company ; United States Fire Insurance Company ; Valiant Insurance Company ; Vigilant Insurance Company ; Zurich American Insurance Company. (yv, ) Additional attachment(s) added on 4/2/2004 (kkc, ). (Entered: 12/22/2003) |
| 26 | 12/17/2003 | SUMMONS RETURNED EXECUTED Summons and Complaint served. M. Omar Ashraf served on 11/10/2003, answer due 12/1/2003; Sterling Management Group served on 11/10/2003, answer due 12/1/2003. Service was accepted by M. Omar Ashraf. Document filed by American Alternative Insurance Corporation ; American Employers' Insurance Company ; American Guarantee and Liability Insurance Company ; American Zurich Insurance Company ; Assurance Company of America ; Chubb Custom Insurance Company ; Chubb Indemnity Insurance Company ; Chubb Insurance Company of Canada ; Chubb Insurance Company of New Jersey ; Colonial American Casualty and Surety Insurance Company ; Crum & Forster Indemnity Company ; Federal Insurance Company ; Fidelity and Deposit Company of Maryland ; Great Lakes Reinsurance U.K. PLC ; Great Northern Insurance Company ; Homeland Insurance Company of New York ; Maryland Casualty Company ; North River Insurance Company ; Northern Insurance Company of New York ; One Beacon America Insurance Company ; One Beacon Insurance Company ; Pacific Indemnity Company ; Steadfast Insurance Company ; The Camden Fire Insurance Association ; The Princeton Excess & Surplus Lines Insurance Company ; United States Fire Insurance Company ; Valiant Insurance Company ; Vigilant Insurance Company ; Zurich American Insurance Company. (yv, ) Additional attachment(s) added on 4/2/2004 (kkc, ). (Entered: 12/22/2003) |
| 27 | 12/17/2003 | AFFIDAVIT OF SERVICE of Summons and Complaint. York Foundation served on 11/13/2003, answer due 12/3/2003. Service was accepted by personal service. (sb, ) Additional attachment(s) added on 4/2/2004 (kkc, ). (Entered: 12/22/2003) |
| 28 | 12/17/2003 | AFFIDAVIT OF SERVICE of Summons and Complaint. Muhammad Ashraf served on 11/13/2003, answer due 12/3/2003. Service was accepted by personal service. (sb, ) Additional attachment(s) added on 4/2/2004 (kkc, ). (Entered: 12/22/2003) |
| 29 | 12/17/2003 | AFFIDAVIT OF SERVICE of Summons and Complaint. M. Yaqub Mirza served on 11/12/2003, answer due 12/2/2003. Service was accepted by M. Yaqub Mirza. Document filed by American Alternative Insurance Corporation ; American Employers' Insurance Company ; American Guarantee and Liability Insurance Company ; American Zurich Insurance Company ; Assurance Company of America ; Chubb Custom Insurance Company ; Chubb Indemnity Insurance Company ; Chubb Insurance Company of Canada ; Chubb Insurance Company of New Jersey ; |

| # | Date | Proceeding Text |
|---|------|-----------------|
| | | Colonial American Casualty and Surety Insurance Company ; Crum & Forster Indemnity Company ; Federal Insurance Company ; Fidelity and Deposit Company of Maryland ; Great Lakes Reinsurance U.K. PLC ; Great Northern Insurance Company ; Homeland Insurance Company of New York ; North River Insurance Company ; Northern Insurance Company of New York ; One Beacon America Insurance Company ; One Beacon Insurance Company ; Pacific Indemnity Company. (dle, ) Additional attachment(s) added on 4/2/2004 (kkc, ). (Entered: 12/23/2003) |
| 30 | 12/17/2003 | AFFIDAVIT OF SERVICE of Summons and Complaint. Reston Investments, Inc. served on 11/10/2003, answer due 12/1/2003. Service was accepted by M. Yaqub Mirza. Document filed by American Alternative Insurance Corporation ; American Employers' Insurance Company ; American Zurich Insurance Company ; Assurance Company of America ; Chubb Custom Insurance Company ; Chubb Indemnity Insurance Company ; Chubb Insurance Company of Canada ; Chubb Insurance Company of New Jersey ; Colonial American Casualty and Surety Insurance Company ; Crum & Forster Indemnity Company ; Federal Insurance Company ; Fidelity and Deposit Company of Maryland ; Great Lakes Reinsurance U.K. PLC ; Great Northern Insurance Company ; Homeland Insurance Company of New York ; Ibrahim Bin Abdul Aziz Al Ibrahim Foundation ; Maryland Casualty Company ; North River Insurance Company ; Northern Insurance Company of New York ; One Beacon America Insurance Company ; One Beacon Insurance Company ; Pacific Indemnity Company ; Steadfast Insurance Company ; The Camden Fire Insurance Association ; The Princeton Excess & Surplus Lines Insurance Company ; United States Fire Insurance Company ; Valiant Insurance Company ; Vigilant Insurance Company ; Zurich American Insurance Company. (dle, ) Additional attachment(s) added on 4/2/2004 (kkc, ). (Entered: 12/23/2003) |
| 31 | 12/17/2003 | AFFIDAVIT OF SERVICE of Summons and Complaint. Mar-Jac Investments, Inc. served on 11/12/2003, answer due 12/2/2003. Service was accepted by M. Yaqub Mirza. Document filed by American Alternative Insurance Corporation ; American Employers' Insurance Company ; American Guarantee and Liability Insurance Company ; American Zurich Insurance Company ; Assurance Company of America ; Chubb Custom Insurance Company ; Chubb Indemnity Insurance Company ; Chubb Insurance Company of Canada ; Chubb Insurance Company of New Jersey ; Colonial American Casualty and Surety Insurance Company ; Crum & Forster Indemnity Company ; Fidelity and Deposit Company of Maryland ; Great Lakes Reinsurance U.K. PLC ; Great Northern Insurance Company ; Homeland Insurance Company of New York ; Maryland Casualty Company ; North River Insurance Company ; Northern Insurance Company of New York ; One Beacon America Insurance Company ; One Beacon Insurance Company ; Pacific Indemnity Company ; The Camden Fire Insurance Association ; The Princeton Excess & Surplus Lines Insurance Company ; United States Fire Insurance Company ; Valiant Insurance Company ; Vigilant Insurance Company ; Zurich American Insurance Company. (dle, ) Additional attachment(s) added on 4/2/2004 (kkc, ). (Entered: 12/23/2003) |
| 32 | 12/17/2003 | AFFIDAVIT OF SERVICE of Summons and Complaint. Mohammed Omeish served on 11/14/2003, answer due 12/4/2003. Service was accepted by Michael Hadeed. Document filed by Federal Insurance Company. (cd, ) Additional attachment(s) added on 4/2/2004 (kkc, ). (Entered: 12/24/2003) |
| 33 | 12/17/2003 | AFFIDAVIT OF SERVICE of Summons and Complaint. M. Yaqub Mirza served on 11/10/2003, answer due 12/1/2003. Service was accepted by Personal Service. (tp, ) Additional attachment(s) added on 4/2/2004 (kkc, ). (Entered: 12/24/2003) |
| 34 | 12/17/2003 | AFFIDAVIT OF SERVICE of Summons and Complaint. African Muslim Agency served on 11/13/2003, answer due 12/3/2003. Service was accepted by Yaqub Mirza. Document filed by Federal Insurance Company. (cd, ) Additional attachment(s) added on 4/2/2004 (kkc, ). (Entered: 12/24/2003) |
| 35 | 12/17/2003 | AFFIDAVIT OF SERVICE of Summons and Complaint. Success Foundation served on 11/13/2003, answer due 12/3/2003. Service was accepted by Michael Hadeed, Registered Agent. Document filed by Zurich American Insurance Company. (kw, ) Additional attachment(s) added on 4/2/2004 (kkc, ). (Entered: 12/28/2003) |
| 36 | 12/17/2003 | AFFIDAVIT OF SERVICE of Summons and Complaint. Sanabel Al-Kheer,Inc served on 11/13/2003, answer due 12/3/2003. Service was accepted by M. Yaqub Mirza. Document filed by Zurich American Insurance Company. (kw, ) Additional attachment(s) added on 4/2/2004 (kkc, ). (Entered: 12/28/2003) |
| 37 | 12/17/2003 | AFFIDAVIT OF SERVICE of Summons and Complaint. Sana-Bell, Inc. served on 11/14/2003, answer due 12/4/2003. Service was accepted by Personal Service. Document filed by American |

| # | Date | Proceeding Text |
|---|------|-----------------|
| | | Alternative Insurance Corporation ; American Employers' Insurance Company ; American Guarantee and Liability Insurance Company ; American Zurich Insurance Company ; Assurance Company of America ; Chubb Custom Insurance Company ; Chubb Indemnity Insurance Company ; Chubb Insurance Company of Canada ; Chubb Insurance Company of New Jersey ; Colonial American Casualty and Surety Insurance Company ; Crum & Forster Indemnity Company ; Federal Insurance Company ; Fidelity and Deposit Company of Maryland ; Great Lakes Reinsurance U.K. PLC ; Great Northern Insurance Company ; Homeland Insurance Company of New York ; Maryland Casualty Company ; North River Insurance Company ; Northern Insurance Company of New York ; One Beacon America Insurance Company ; One Beacon Insurance Company ; Pacific Indemnity Company ; Steadfast Insurance Company ; The Camden Fire Insurance Association ; The Princeton Excess & Surplus Lines Insurance Company ; United States Fire Insurance Company ; Valiant Insurance Company ; Vigilant Insurance Company ; Zurich American Insurance Company. (jco, ) Additional attachment(s) added on 4/2/2004 (kkc, ). (Entered: 12/30/2003) |
| 38 | 12/17/2003 | AFFIDAVIT OF SERVICE of Summons and Complaint. International Islamic Relief Organization served on 11/14/2003, answer due 12/4/2003. Service was made by MAIL. (jco, ) Additional attachment(s) added on 4/2/2004 (kkc, ). (Entered: 12/30/2003) |
| 39 | 12/17/2003 | AFFIDAVIT OF SERVICE of Summons and Complaint. Taha Jaber Al-Alwani served on 11/13/2003, answer due 12/3/2003. Service was accepted by personal service. (jco, ) Additional attachment(s) added on 4/2/2004 (kkc, ). (Entered: 12/30/2003) |
| 40 | 12/17/2003 | AFFIDAVIT OF SERVICE of Summons and Complaint. Sterling Charitable Gift Fund served on 11/13/2003, answer due 12/3/2003. Service was made by MAIL. (jco, ) Additional attachment(s) added on 4/2/2004 (kkc, ). (Entered: 12/30/2003) |
| 41 | 12/17/2003 | AFFIDAVIT OF SERVICE of Summons and Complaint. M. Yaqub Mirza served on 11/12/2003, answer due 12/2/2003. Service was made by MAIL. (jco, ) Additional attachment(s) added on 4/2/2004 (kkc, ). (Entered: 12/30/2003) |
| 45 | 01/07/2004 | MOTION (FILED ON SERVICE DATE) for Elliott R. Feldman, Esquire to Appear Pro Hac Vice. Document filed by American Alternative Insurance Corporation, American Employers' Insurance Company, American Guarantee and Liability Insurance Company, American Zurich Insurance Company, Assurance Company of America, Chubb Custom Insurance Company, Chubb Indemnity Insurance Company, Chubb Insurance Company of Canada, Chubb Insurance Company of New Jersey, Colonial American Casualty and Surety Insurance Company, Crum & Forster Indemnity Company, Federal Insurance Company, Fidelity and Deposit Company of Maryland, Great Lakes Reinsurance U.K. PLC, Great Northern Insurance Company, Homeland Insurance Company of New York, Maryland Casualty Company, North River Insurance Company, Northern Insurance Company of New York, One Beacon America Insurance Company, One Beacon Insurance Company, Pacific Indemnity Company, Steadfast Insurance Company, The Camden Fire Insurance Association, The Princeton Excess & Surplus Lines Insurance Company, United States Fire Insurance Company, Valiant Insurance Company, Vigilant Insurance Company, Zurich American Insurance Company. Affidavit of Elliott R. Feldman, Esquire in support attached. (sac, ) Additional attachment(s) added on 4/2/2004 (kkc, ). (Entered: 02/10/2004) |
| 46 | 01/07/2004 | MOTION (FILED ON SERVICE DATE) for Joseph Scott Tarbutton to Appear Pro Hac Vice. Document filed by American Alternative Insurance Corporation, American Employers' Insurance Company, American Guarantee and Liability Insurance Company, American Zurich Insurance Company, Assurance Company of America, Chubb Custom Insurance Company, Chubb Indemnity Insurance Company, Chubb Insurance Company of Canada, Chubb Insurance Company of New Jersey, Colonial American Casualty and Surety Insurance Company, Crum & Forster Indemnity Company, Federal Insurance Company, Fidelity and Deposit Company of Maryland, Great Lakes Reinsurance U.K. PLC, Great Northern Insurance Company, Homeland Insurance Company of New York, Maryland Casualty Company, North River Insurance Company, Northern Insurance Company of New York, One Beacon America Insurance Company, One Beacon Insurance Company, Pacific Indemnity Company, Steadfast Insurance Company, The Camden Fire Insurance Association, The Princeton Excess & Surplus Lines Insurance Company, United States Fire Insurance Company, Valiant Insurance Company, Vigilant Insurance Company, Zurich American Insurance Company. Affidavit of Joseph Scott Tarbutton, Esquire in support attached. (sac, ) Additional attachment(s) added on 4/2/2004 (kkc, ). (Entered: 02/10/2004) |
| 47 | 01/07/2004 | MOTION (FILED ON SERVICE DATE) for John M. Popilock, Esquire to Appear Pro Hac Vice. Document filed by American Alternative Insurance Corporation, American Employers' Insurance |

| # | Date | Proceeding Text |
|---|---|---|
| | | Company, American Guarantee and Liability Insurance Company, American Zurich Insurance Company, Assurance Company of America, Chubb Custom Insurance Company, Chubb Indemnity Insurance Company, Chubb Insurance Company of Canada, Chubb Insurance Company of New Jersey, Colonial American Casualty and Surety Insurance Company, Crum & Forster Indemnity Company, Federal Insurance Company, Fidelity and Deposit Company of Maryland, Great Lakes Reinsurance U.K. PLC, Great Northern Insurance Company, Homeland Insurance Company of New York, Maryland Casualty Company, North River Insurance Company, Northern Insurance Company of New York, One Beacon America Insurance Company, One Beacon Insurance Company, Pacific Indemnity Company, Steadfast Insurance Company, The Camden Fire Insurance Association, The Princeton Excess & Surplus Lines Insurance Company, United States Fire Insurance Company, Valiant Insurance Company, Vigilant Insurance Company, Zurich American Insurance Company. Affidavit of John M. Popilock, Esquire in support attached. (sac, ) Additional attachment(s) added on 4/2/2004 (kkc, ). (Entered: 02/10/2004) |
| 48 | 01/07/2004 | MOTION (FILED ON SERVICE DATE) for Lisa Calvo Haas, Esquire to Appear Pro Hac Vice. Document filed by American Alternative Insurance Corporation, American Employers' Insurance Company, American Guarantee and Liability Insurance Company, American Zurich Insurance Company, Assurance Company of America, Chubb Custom Insurance Company, Chubb Indemnity Insurance Company, Chubb Insurance Company of Canada, Chubb Insurance Company of New Jersey, Colonial American Casualty and Surety Insurance Company, Crum & Forster Indemnity Company, Federal Insurance Company, Fidelity and Deposit Company of Maryland, Great Lakes Reinsurance U.K. PLC, Great Northern Insurance Company, Homeland Insurance Company of New York, Maryland Casualty Company, North River Insurance Company, Northern Insurance Company of New York, One Beacon America Insurance Company, One Beacon Insurance Company, Pacific Indemnity Company, Steadfast Insurance Company, The Camden Fire Insurance Association, The Princeton Excess & Surplus Lines Insurance Company, United States Fire Insurance Company, Valiant Insurance Company, Vigilant Insurance Company, Zurich American Insurance Company. Affidavit of Lisa Calvo Haas, Esquire in support attached. (sac, ) Additional attachment(s) added on 4/2/2004 (kkc, ). (Entered: 02/10/2004) |
| 49 | 01/07/2004 | MOTION (FILED ON SERVICE DATE) for Sean P. Carter, Esquire to Appear Pro Hac Vice. Document filed by American Alternative Insurance Corporation, American Employers' Insurance Company, American Guarantee and Liability Insurance Company, American Zurich Insurance Company, Assurance Company of America, Chubb Custom Insurance Company, Chubb Indemnity Insurance Company, Chubb Insurance Company of Canada, Chubb Insurance Company of New Jersey, Colonial American Casualty and Surety Insurance Company, Crum & Forster Indemnity Company, Federal Insurance Company, Fidelity and Deposit Company of Maryland, Great Lakes Reinsurance U.K. PLC, Great Northern Insurance Company, Homeland Insurance Company of New York, Maryland Casualty Company, North River Insurance Company, Northern Insurance Company of New York, One Beacon America Insurance Company, One Beacon Insurance Company, Pacific Indemnity Company, Steadfast Insurance Company, The Camden Fire Insurance Association, The Princeton Excess & Surplus Lines Insurance Company, United States Fire Insurance Company, Valiant Insurance Company, Vigilant Insurance Company, Zurich American Insurance Company. Affidavit of Sean P. Carter in support attached. (sac, ) Additional attachment(s) added on 4/2/2004 (kkc, ). (Entered: 02/10/2004) |
| 50 | 01/07/2004 | MOTION (FILED ON SERVICE DATE) for Stephen A. Cozen, Esquire to Appear Pro Hac Vice. Document filed by American Alternative Insurance Corporation, American Employers' Insurance Company, American Guarantee and Liability Insurance Company, American Zurich Insurance Company, Assurance Company of America, Chubb Custom Insurance Company, Chubb Indemnity Insurance Company, Chubb Insurance Company of Canada, Chubb Insurance Company of New Jersey, Colonial American Casualty and Surety Insurance Company, Crum & Forster Indemnity Company, Federal Insurance Company, Fidelity and Deposit Company of Maryland, Great Lakes Reinsurance U.K. PLC, Great Northern Insurance Company, Homeland Insurance Company of New York, Maryland Casualty Company, North River Insurance Company, Northern Insurance Company of New York, One Beacon America Insurance Company, One Beacon Insurance Company, Pacific Indemnity Company, Steadfast Insurance Company, The Camden Fire Insurance Association, The Princeton Excess & Surplus Lines Insurance Company, United States Fire Insurance Company, Valiant Insurance Company, Vigilant Insurance Company, Zurich American Insurance Company. Affidavit of Stephen A. |

| # | Date | Proceeding Text |
|---|------|-----------------|
| | | Cozen, Esquire in support attached. (sac, ) Additional attachment(s) added on 4/2/2004 (kkc, ). (Entered: 02/10/2004) |
| 42 | 01/20/2004 | AFFIDAVIT OF SERVICE of Summons and Complaint. Muslim World League served on 12/18/2003, answer due 1/7/2004. Service was accepted by Yaqub Mirza. Document filed by Federal Insurance Company. (jge, ) Additional attachment(s) added on 4/2/2004 (kkc, ). (Entered: 01/23/2004) |
| 51 | 01/20/2004 | AFFIDAVIT OF SERVICE of Summons and Complaint. Doug Gaines served on 11/20/2003, answer due 12/10/2003. Service was accepted by Randall Bruce, Controller. (ae, ) Additional attachment(s) added on 4/2/2004 (kkc, ). (Entered: 02/11/2004) |
| 54 | 01/27/2004 | MOTION (FILED ON SERVICE DATE) for an order authorizing pltffs to effectuate service of process on those defts incarcerated in US custody, by sending the Summons & Complt via cert. mail to the US Justice Department % Atty General John Ashcroft. with attached affdvt of Michael J. Sommi in support of motion (NDB). Document filed by Chubb Insurance Company of Canada, Chubb Insurance Company of New Jersey, Colonial American Casualty and Surety Insurance Company, Crum & Forster Indemnity Company, Federal Insurance Company, Fidelity and Deposit Company of Maryland, Great Lakes Reinsurance U.K. PLC, Great Northern Insurance Company, Homeland Insurance Company of New York, Maryland Casualty Company, North River Insurance Company, Northern Insurance Company of New York, One Beacon America Insurance Company, One Beacon Insurance Company, Pacific Indemnity Company, Steadfast Insurance Company, The Princeton Excess & Surplus Lines Insurance Company, United States Fire Insurance Company, Valiant Insurance Company, Vigilant Insurance Company, Zurich American Insurance Company. (pa, ) Additional attachment(s) added on 4/2/2004 (kkc, ). (Entered: 02/24/2004) |
| 55 | 01/27/2004 | MOTION (FILED ON SERVICE DATE) for entry of an Order authorizing plaintiffs to effectuate service of process on defendants Al Qaida, Egyptian Islamic Jihad, Jemaah Islamiyah and Ansar Al-Islam. Affidavit of Michael J. Sommi in support is attached. Document filed by Federal Insurance Company. (kw, ) Additional attachment(s) added on 4/2/2004 (kkc, ). (Entered: 02/25/2004) |
| 43 | 01/28/2004 | NOTICE of Appearance by John Joseph Walsh on behalf of African Muslim Agency, Al Anwa, M. Omar Ashraf, Muhammad Ashraf, Jamal Barzinji, Grove Corporate,Inc., Heritage Education Trust, International Institute of Islamic Thought, Mar-Jac Investments, Inc., M. Yaqub Mirza, Reston Investments, Inc., Safa Trust, Sana-Bell, Inc., Sterling Charitable Gift Fund, Sterling Management Group, York Foundation, Iqbal Yunus (NDB) (pa, ) Additional attachment(s) added on 4/2/2004 (kkc, ). (Entered: 02/04/2004) |
| 44 | 01/30/2004 | MOTION (FILED ON SERVICE DATE) for James M Cole to Appear Pro Hac Vice. Document filed by Prince Nayef Bin Abdulaziz Al Saud. (sac, ) Additional attachment(s) added on 4/2/2004 (kkc, ). (Entered: 02/09/2004) |
| 57 | 02/10/2004 | MOTION (FILED ON SERVICE DATE) for Extension of Time. Document filed by American Alternative Insurance Corporation, American Employers' Insurance Company, American Guarantee and Liability Insurance Company, American Zurich Insurance Company, Assurance Company of America, Chubb Custom Insurance Company, Chubb Indemnity Insurance Company, Chubb Insurance Company of Canada, Chubb Insurance Company of New Jersey, Colonial American Casualty and Surety Insurance Company, Crum & Forster Indemnity Company, Federal Insurance Company, Fidelity and Deposit Company of Maryland, Great Lakes Reinsurance U.K. PLC, Great Northern Insurance Company, Homeland Insurance Company of New York, Maryland Casualty Company, North River Insurance Company, Northern Insurance Company of New York, One Beacon America Insurance Company, One Beacon Insurance Company, Pacific Indemnity Company, The Camden Fire Insurance Association, The Princeton Excess & Surplus Lines Insurance Company, United States Fire Insurance Company, Valiant Insurance Company, Vigilant Insurance Company, Zurich American Insurance Company. (ps, ) Additional attachment(s) added on 4/2/2004 (kkc, ). (Entered: 02/26/2004) |
| 52 | 02/13/2004 | NOTICE OF JOINT MOTION FEDERAL INSURANCE COMPANY, ET AL., AND VIGILANT INSURANCE COMPANY, ET AL. (FILED ON SERVICE DATE) FOR APPOINTMENT OF A DISCOVERY MASTER IN LIEU OF CONSOLIDATION OF THEIR ACTIONS WITH IN RE TERRORIST ATTACK ON SEPTEMBER 11, 2001, 03 MD 1507 (SDNY).(WITH ATTACHED AFFIDAVIT OF JOHN B. GALLIGAN IN SUPPORT OF JOINT MOTION) Document filed by Federal Insurance Company, Valiant Insurance Company. (rw, ) Additional attachment(s) added on 4/2/2004 (kkc, ). (Entered: 02/19/2004) |
| 53 | 02/13/2004 | MEMORANDUM OF LAW in Support re: 52 MOTION (FILED ON SERVICE DATE) FOR |

| # | Date | Proceeding Text |
|---|------|-----------------|
| | | APPOINTMENT OF A DISCOVERY MASTER IN LIEU OF CONSOLIDATION OF THEIR ACTIONS WITH IN RE TERRORIST ATTACK ON SEPTEMBER 11, 2001, 03 MD 1507 (SDNY).. Document filed by Federal Insurance Company, Vigilant Insurance Company. (rw, ) Additional attachment(s) added on 4/2/2004 (kkc, ). (Entered: 02/19/2004) |
| 56 | 02/20/2004 | MEMORANDUM OF LAW in Support re: 55 MOTION (FILED ON SERVICE DATE) for entry of an Order authorizing plaintiffs to effectuate service of process on defendants Al Qaida, Egyptian Islamic Jihad, Jemaah Islamiyah and Ansar Al-Islam. Document filed by Federal Insurance Company, etal. (kw, ) Additional attachment(s) added on 4/2/2004 (kkc, ). (Entered: 02/25/2004) |
| | 02/26/2004 | ORDER granting 45 Motion for Elliot R. Feldman to Appear Pro Hac Vice . (Signed by Judge Richard C. Casey on 2/23/2004) (jsa, ) (Entered: 02/26/2004) |
| | 02/26/2004 | ENDORSED LETTER addressed to udge Richard C. Casey from Mark C. Hansen dated 2/12/2004; granting counsel's application for Prince Sultan bin Abdulaziz Al-Saud and Prince Turki Al-Faisal bin Abdulaziz Al-Saud to serve their motions to dismiss on or before 3/5/2004, and for Prince Sultan and Prince Turki to respond to the amended complaint within 60 days of its filing in case no. 03cv6978. (Signed by Judge Richard C. Casey on 2/23/2004) Original document filed in case no. 03 MDL 1570, doc. # 11.(kkc, ) (Entered: 02/27/2004) |
| | 02/26/2004 | ENDORSED LETTER addressed to Judge Richard C. Casey from Mark C. Hansen dated 2/12/2004; granting counsel's application for Prince Sultan bin Abdulaziz Al-Saud and Prince Turki Al-Faisal bin Abdulaziz Al-Saud to serve their motions to dismiss on or before 3/5/2004, and for Prince Sultan and Prince Turki to respond to the amended complaint within 60 days of its filing in case no. 03cv6978. (Signed by Judge Richard C. Casey on 2/23/2004) Original document filed in case no. 03 MDL 1570, doc. # 11.(kkc, ) (Entered: 02/27/2004) |
| 58 | 02/26/2004 | ORDER; granting re: 57 MOTION (FILED ON SERVICE DATE) for Extension of Time. filed by Pacific Indemnity Company, Vigilant Insurance Company, Fidelity and Deposit Company of Maryland, Maryland Casualty Company, United States Fire Insurance Company, Zurich American Insurance Company, American Guarantee and Liability Insurance Company, Great Northern Insurance Company, American Zurich Insurance Company, American Alternative Insurance Corporation, One Beacon Insurance Company, Assurance Company of America, Northern Insurance Company of New York, One Beacon America Insurance Company, Federal Insurance Company, Chubb Custom Insurance Company, Chubb Indemnity Insurance Company, Chubb Insurance Company of Canada, Chubb Insurance Company of New Jersey, Colonial American Casualty and Surety Insurance Company, Valiant Insurance Company, American Employers' Insurance Company, The Camden Fire Insurance Association, Homeland Insurance Company of New York, Crum & Forster Indemnity Company, North River Insurance Company, Great Lakes Reinsurance U.K. PLC, The Princeton Excess & Surplus Lines Insurance Company (Signed by Judge Richard C. Casey on 2/23/04) (pl, ) Additional attachment(s) added on 4/2/2004 (kkc, ). (Entered: 02/27/2004) |
| 59 | 02/26/2004 | STIPULATION AND ORDER; that dft. Mar-Jac Poultry shall not answer or otherwise move against the original Complaint filed in this aciton; plaintiffs will file an Amended Complaint following Judge R. Casey's initial scheduling conference in this action; ; dft. counsel will accept service of the Amended Compalitn on behalf of dft. Mar-Jac Poulty; dft. Mar-Jac Poultry will answer or otherwise move against the Amended Complaint within 45 days after wervice of the Amended Complaint. (Signed by Judge Richard C. Casey on 2/23/04) (pl, ) Additional attachment(s) added on 4/2/2004 (kkc, ). (Entered: 02/27/2004) |
| 60 | 02/26/2004 | STIPULATION AND ORDER;that dft. Price Naif Bin Abdulaziz Al Saud shall not answer or otherwise move against the original Complaint filed in this aciton; plaintiffs will file an Amended Complaint following Judge R. Casey's initial scheduling conference in this action; dft. counsel will accept service of the Amended Complaint on behalf of dft. Price Naif Bin Abdulaziz Al Saud ; dft. Price Naif Bin Abdulaziz Al Saud will answer or otherwise move against the Amended Complaint in accordance with the time prescribed under Judge Casey's scheduling order; dft. Price Naif Bin Abdulaziz Al Saud agrees that he will not raise sufficiency of service of process as an affirmative defense or ground for dismissal of the Orig. Complaint or the First Amended Complaint. (Signed by Judge Richard C. Casey on 2/23/04) (pl, ) Additional attachment(s) added on 4/2/2004 (kkc, ). (Entered: 02/27/2004) |
| 61 | 02/26/2004 | STIPULATION AND ORDER; that dft. Price Salman Bin Abdulaziz Al Saud shall not answer or otherwise move against the original Complaint filed in this aciton; plaintiffs will file an Amended Complaint following Judge R. Casey's initial scheduling conference in this action; dft. counsel will accept service of the Amended Complaint on behalf of dft. Price Salman Bin Abdulaziz Al Saud ; dft. Prince Salman Bin Abdulaziz Al Saud will answer or otherwise move against the Amended |

| # | Date | Proceeding Text |
|---|------|-----------------|
| | | Complaint in accordance with the time prescribed under Judge Casey's scheduling order; dft. Prince Price Salman Bin Abdulaziz Al Saud will not raise sufficiency of service of process as an affirmative defense or ground for dismissal of the Orig. Complaint or the First Amended Complaint. (Signed by Judge Richard C. Casey on 2/23/04) (pl, ) (Entered: 02/27/2004) |
| 62 | 02/26/2004 | STIPULATION AND ORDER; that dft. Prince Sultan Bin Abdulaziz Al Saud shall not answer or otherwise move against the original Complaint filed in this aciton; plaintiffs will file an Amended Complaint following Judge R. Casey's initial scheduling conference in this action; dft. counsel will accept service of the Amended Complaint on behalf of dft. Prince Sultan Bin Abdulaziz Al Saud ; dft. Prince Sultan Bin Abdulaziz Al Saud will answer or otherwise move against the Amended Complaint in accordance with the time prescribed under Judge Casey's scheduling order. dft. Prince Sultan Bin Abdulaziz Al Saud agrees that he will not raise sufficiency of service of process as an affirmative defense or ground for dismissal of the Orig. Complaint or the First Amended Complaint (Signed by Judge Richard C. Casey on 2/23/04) (pl, ) Additional attachment(s) added on 4/2/2004 (kkc, ). (Entered: 02/27/2004) |
| 63 | 02/26/2004 | STIPULATION AND ORDER; that dft. Price Naif Bin Abdulaziz Al Saud shall not answer or otherwise move against the original Complaint filed in this aciton; plaintiffs will file an Amended Complaint following Judge R. Casey's initial scheduling conference in this action; dft. counsel will accept service of the Amended Complaint on behalf of dft. Price Naif Bin Abdulaziz Al Saud ; dft. Price Naif Bin Abdulaziz Al Saud will answer or otherwise move against the Amended Complaint in accordance with the time prescribed under Judge Casey's scheduling order; dft. Price Naif Bin Abdulaziz Al Saud agrees that he will not raise sufficiency of service of process as an affirmative defense or ground for dismissal of the Orig. Complaint or the First Amended Complaint (Signed by Judge Richard C. Casey on 2/23/04) (pl, ) Additional attachment(s) added on 4/2/2004 (kkc, ). (Entered: 02/27/2004) |
| 64 | 02/26/2004 | Letter addressed to Mr. McMahon, Clerk of the Court from Edward A. Betancourt dated 2/24/04 re: Court's request for transmittal of a summons, complaint and notice of suit to the Kingdom of Saudi Arabia. (db, ) Additional attachment(s) added on 4/2/2004 (kkc, ). (Entered: 03/01/2004) |
| 65 | 02/27/2004 | RESPONSE in opposition to Motion re: 52 MOTION (FILED ON SERVICE DATE) FOR APPOINTMENT OF A DISCOVERY MASTER IN LIEU OF CONSOLIDATION OF THEIR ACTIONS WITH IN RE TERRORIST ATTACK ON SEPTEMBER 11, 2001, 03 MD 1507 (SDNY). Document filed by Prince Nayef Bin Abdulaziz Al Saud. (djc, ) Additional attachment(s) added on 4/2/2004 (kkc, ). (Entered: 03/02/2004) |
| 68 | 03/09/2004 | MOTION (FILED ON SERVICE DATE) for Michael K. Kellogg, Mark C. Hansen, David C. Frederick, Michael J. Guzman, and J.C. Rozendaal to Appear Pro Hac Vice as counsel for Prince Turki Al-Faisal bin Abdulaziz Al-Saud. Document filed by Turki Al Faisal Al Saud. (Attachments: # 1 Affidavit of Michael K. Kellogg# 2 Affidavit of Mark C. Hansen# 3 Affidavit of David C. Frederick# 4 Affidavit of Michael J. Guzman# 5 Affidavit of John C. Rozendaal)Filed in Associated Cases: 1:03-md-01570-RCC,1:02-cv-06977-RCC,1:02-cv-07300-RCC-FM,1:03-cv-05071-RCC,1:03-cv-05493-RCC, 1:03-cv-05738-RCC,1:03-cv-06978-RCC,1:03-cv-07036-RCC,1:03-cv-09849-RCC(kkc, ) (Entered: 03/11/2004) |
| | 03/10/2004 | CONSOLIDATED MDL CASE: Case consolidated with 1:03-md-1570. (kkc, ) (Entered: 03/11/2004) |
| 67 | 03/10/2004 | Case Management Order No. 1 (this document relates to all actions); all attorneys who have been admitted to this Court shall complete and file a CM/ECF attorney registration form by 3/5/2004. All attorneys who wish to be admitted for purposes of this case shall send a motion to be admitted pro hac vice to John Sacco at U.S.D.C. ? S.D.N.Y., 500 Pearl Street, Room 249. In addition to the documentation required by Local Civil Rule 1.3, attorneys wishing to appear pro hac vice must also include with their motion a check for $25.00 payable to the Clerk of the Court and a completed CM/ECF attorney registration form. Pro hac vice motions should be submitted by 3/15/2004. Peter Kahn, Esq., from the law firm of Williams & Connolly, has offered to compile for the Court a list of all participating attorneys? email address. All attorneys who wish to receive a correspondence regarding this case are directed to submit their email address to Mr. Kahn via email or fax. Mr. Kahn?s fax number is (202) 434-5245 and his email address is pkahn@wc.com. If you have questions about this process, you can reach Mr. Kahn by phone at (202) 434-5045. In order to facilitate the electronic filing of motions to dismiss, the motion schedule set forth at the 3/1/2004 conference is amended as follows: moving papers shall be filed by 3/19/2004; responses shall be filed by 5/14/2004; and reply papers shall be submitted no later than 5/28/2004. Motions shall be filed electronically and need not be fully briefed when filed; however, as per Judge Casey?s individual practice rules, courtesy copies of fully briefed motions shall be filed with chambers, along with a diskette containing an electronic version of the documents. |

| # | Date | Proceeding Text |
|---|------|-----------------|
| | | Plaintiffs may, without further leave of court, add or remove parties by supplemental pleadings as further set forth in this Order. A named defendant as to whom the complaint contains no allegations may move for a more definite statement and the motion will be granted. The following cases shall be consolidated into 03 MDL 1570: Federal Ins. Co. v. Al Qaida, 03 Civ. 6978 (RCC); Burnett v. Al Baraka Inv. And Dev. Corp., 03 Civ. 5738 (RCC); and Barrera v. Al Queda Islamic Army, 03 Civ. 7036 (RCC). The parties may move to sever these actions at the completion of discovery. (Signed by Judge Richard C. Casey on 3/3/2004) Filed in Associated Cases: 1:03-md-01570-RCC,1:02-cv-06977-RCC,1:02-cv-07300-RCC-FM,1:03-cv-05071-RCC, 1:03-cv-05493-RCC, 1:03-cv-05738-RCC,1:03-cv-06978-RCC,1:03-cv-07036-RCC,1:03-cv-09848-RCC,1:03-cv-09849-RCC, 1:04-cv-00176-RCC(kkc, ) (Entered: 03/11/2004) |
| 69 | 03/10/2004 | ORDER granting 15 Motion for Michael K. Kellogg, Mark C. Hansen, David C. Frederick, Michael J. Guzman, and J.C. Rozendaal to Appear Pro Hac Vice as counsel for Prince Turki Al-Faisal bin Abdulaziz Al-Saud. (Signed by Judge Richard C. Casey on 3/10/2004) Filed In Associated Cases: 1:03-md-01570-RCC,1:02-cv-06977-RCC,1:02-cv-07300-RCC-FM,1:03-cv-05071-RCC,1:03-cv-05493-RCC, 1:03-cv-05738-RCC, 1:03-cv-06978-RCC,1:03-cv-09849-RCC(kkc, ) (Entered: 03/12/2004) |
| 90 | 03/10/2004 | NOTICE of Withdrawal Of Appearance. John J. Walsh hereby withdraws its appearance as co-counsel for defendants African Muslim Agency, Grove Corporate, Inc., Heritage Education Trust, International Institute of Islamic Thought, Mar-Jac Investments, Inc., Reston Investments, Inc., Safa Trust, York Foundation, Sterling Management Group, Sterling Charitable Gift Fund, Sanabel Al-Kheer, Inc., Mena Investments, Sana-bell, Inc., Jamal Barzinji, Iqbal Unus (Yunus), Muhammand Ashraf, M. Omar Ashraf, Taha Jaber Al-Alwani, and M. Yaqub Mirza, which was noticed on 1/27/04. (jco, ) Additional attachment(s) added on 4/2/2004 (kkc, ). (Entered: 03/16/2004) |
| 91 | 03/10/2004 | RULE 7.1 DISCLOSURE STATEMENT. Document filed by North River Insurance Company, Northern Insurance Company of New York, One Beacon America Insurance Company, One Beacon Insurance Company, Pacific Indemnity Company, United States Fire Insurance Company, Valiant Insurance Company, Vigilant Insurance Company.(djc, ) Additional attachment(s) added on 4/5/2004 (kkc, ). (Entered: 03/17/2004) |
| 104 | 03/10/2004 | FIRST AMENDED COMPLAINT against ALL DEFENDANTS in 03cv6978 amending 1 Complaint.Document filed by American Alternative Insurance Corporation, American Employers' Insurance Company, American Guarantee and Liability Insurance Company, American Zurich Insurance Company, Assurance Company of America, Chubb Custom Insurance Company, Chubb Indemnity Insurance Company, Chubb Insurance Company of Canada, Chubb Insurance Company of New Jersey, Colonial American Casualty and Surety Insurance Company, Crum & Forster Indemnity Company, Federal Insurance Company, Fidelity and Deposit Company of Maryland, Great Lakes Reinsurance U.K. PLC, Great Northern Insurance Company, Homeland Insurance Company of New York, Maryland Casualty Company, North River Insurance Company, Northern Insurance Company of New York, One Beacon America Insurance Company, One Beacon Insurance Company, Pacific Indemnity Company, Steadfast Insurance Company, The Camden Fire Insurance Association, The Princeton Excess & Surplus Lines Insurance Company, United States Fire Insurance Company, Valiant Insurance Company, Vigilant Insurance Company, Zurich American Insurance Company, Amlin Underwriting, Ltd., Hiscox Dedicated Corporate Member, Ltd., Allstate Insurance Company, Boston Old Colony Insurance Company, Continental Insurance Company, Commercial Insurance Company of Newark, NJ, CNA Casualty of California, Continental Insurance Company of New Jersey, Fidelity and Casualty Company of New York, Glens Falls Insurance Company, National Ben Franklin Insurance Company of Illinois, Seneca Insurance Company, Inc. Related document: 1 Complaint. (Attachments: # 1 Amended Complaint - part 2 of 4# 2 Amended Complaint - part 3 of 4# 3 Amended Complaint - part 4 of 4)Filed In Associated Cases: 1:03-md-01570-RCC,1:03-cv-06978-RCC(kkc, ) (Entered: 04/12/2004) |
| 70 | 03/11/2004 | NOTICE of Voluntary Dismissal pursuant to Rule 41(a)(1) of the F.R.C.P. as to defendant Nimir LLC, without prejudice to the rights of plaintiffs to re-file a complaint against defendant Nimir LLC. (Signed by Judge Richard C. Casey on 3/9/2004) Filed In Associated Cases: 1:03-md-01570-RCC,1:03-cv-06978-RCC(kkc, ) (Entered: 03/12/2004) |
| 71 | 03/11/2004 | ORDER; Grove Corporate, Inc. will answer or otherwise move against the Amended Complaint in accordance with the time prescribed under Judge Casey's Scheduling Order. (Signed by Judge Richard C. Casey on 3/10/2004) (jp, ) Additional attachment(s) added on 4/2/2004 (kkc, ). (Entered: 03/15/2004) |
| 72 | 03/11/2004 | STIPULATION AND ORDER; Muhammad Ashraf will answer or otherwise move against the |

| # | Date | Proceeding Text |
|---|------|-----------------|
| | | Amended Complaint in accordance with the time prescribed under Judge Casey's Scheduling Order. (Signed by Judge Richard C. Casey on 3/10/2004) (jp, ) Additional attachment(s) added on 4/2/2004 (kkc, ). (Entered: 03/15/2004) |
| 73 | 03/11/2004 | STIPULATION AND ORDER; M. Omar Ashraf will answer or otherwise move against the Amended Complaint in accordance with the time prescribed under Judge Casey's Scheduling Order. (Signed by Judge Richard C. Casey on 3/10/2004) (jp, ) Additional attachment(s) added on 4/2/2004 (kkc, ). (Entered: 03/15/2004) |
| 74 | 03/11/2004 | STIPULATION AND ORDER; Iqbal Yunus will answer or otherwise move against the Amended Complaint in accordance with the time prescribed under Judge Casey's Scheduling Order. (Signed by Judge Richard C. Casey on 3/10/2004) (jp, ) Additional attachment(s) added on 4/2/2004 (kkc, ). (Entered: 03/15/2004) |
| 75 | 03/11/2004 | STIPULATION AND ORDER; M. Yaqub Mirza will answer or otherwise move against the Amended Complaint in accordance with the time prescribed under Judge Casey's Scheduling Order. (Signed by Judge Richard C. Casey on 3/10/2004) (jp, ) Additional attachment(s) added on 4/2/2004 (kkc, ). (Entered: 03/15/2004) |
| 76 | 03/11/2004 | STIPULATION AND ORDER; York Foundation will answer or otherwise move against the Amended Complaint in accordance with the time prescribed under Judge Casey's Scheduling Order. (Signed by Judge Richard C. Casey on 3/10/2004) (jp, ) Additional attachment(s) added on 4/2/2004 (kkc, ). (Entered: 03/15/2004) |
| 77 | 03/11/2004 | STIPULATION AND ORDER; Taha Jaber Al-Alwani will answer or otherwise move against the Amended Complaint in accordance with the time prescribed under Judge Casey's Scheduling Order. (Signed by Judge Richard C. Casey on 3/10/2004) (jp, ) Additional attachment(s) added on 4/2/2004 (kkc, ). (Entered: 03/15/2004) |
| 78 | 03/11/2004 | STIPULATION AND ORDER; International Institute of Islamic Thought will answer or otherwise move against the Amended Complaint in accordance with the time prescribed under Judge Casey's Scheduling Order. (Signed by Judge Richard C. Casey on 3/10/2004) (jp, ) Additional attachment(s) added on 4/2/2004 (kkc, ). (Entered: 03/15/2004) |
| 79 | 03/11/2004 | STIPULATION AND ORDER; Sanabel Al-Kheer will answer or otherwise move against the Amended Complaint in accordance with the time prescribed under Judge Casey's Scheduling Order. (Signed by Judge Richard C. Casey on 3/10/2004) (jp, ) Additional attachment(s) added on 4/2/2004 (kkc, ). (Entered: 03/15/2004) |
| 80 | 03/11/2004 | STIPULATION AND ORDER; Sana-Bell, Inc. will answer or otherwise move against the Amended Complaint in accordance with the time prescribed under Judge Casey's Scheduling Order. (Signed by Judge Richard C. Casey on 3/10/2004) (jp, ) Additional attachment(s) added on 4/2/2004 (kkc, ). (Entered: 03/15/2004) |
| 81 | 03/11/2004 | STIPULATION AND ORDER; Mar-Jac Investments, Inc. will answer or otherwise move against the Amended Complaint in accordance with the time prescribed under Judge Casey's Scheduling Order. (Signed by Judge Richard C. Casey on 3/10/2004) (jp, ) Additional attachment(s) added on 4/2/2004 (kkc, ). (Entered: 03/15/2004) |
| 82 | 03/11/2004 | STIPULATION AND ORDER; Jamal Barzinji will answer or otherwise move against the Amended Complaint in accordance with the time prescribed under Judge Casey's Scheduling Order. (Signed by Judge Richard C. Casey on 3/10/2004) (jp, ) Additional attachment(s) added on 4/2/2004 (kkc, ). (Entered: 03/15/2004) |
| 83 | 03/11/2004 | STIPULATION AND ORDER; Reston Investments, Inc. will answer or otherwise move against the Amended Complaint in accordance with the time prescribed under Judge Casey's Scheduling Order. (Signed by Judge Richard C. Casey on 3/10/2004) (jp, ) Additional attachment(s) added on 4/2/2004 (kkc, ). (Entered: 03/15/2004) |
| 84 | 03/11/2004 | STIPULATION AND ORDER; Mena Corporation will answer or otherwise move against the Amended Complaint in accordance with the time prescribed under Judge Casey's Scheduling Order. (Signed by Judge Richard C. Casey on 3/10/2004) (jp, ) Additional attachment(s) added on 4/2/2004 (kkc, ). (Entered: 03/15/2004) |
| 85 | 03/11/2004 | STIPULATION AND ORDER; Safa Trust will answer or otherwise move against the Amended Complaint in accordance with the time prescribed under Judge Casey's Scheduling Order. (Signed by Judge Richard C. Casey on 3/10/2004) (jp, ) Additional attachment(s) added on 4/2/2004 (kkc, ). (Entered: 03/15/2004) |
| 86 | 03/11/2004 | STIPULATION AND ORDER; Sterling Charitable Gift Fund will answer or otherwise move against the Amended Complaint in accordance with the time prescribed under Judge Casey's Scheduling Order. (Signed by Judge Richard C. Casey on 3/10/2004) (jp, ) Additional |

| # | Date | Proceeding Text |
|---|---|---|
| | | attachment(s) added on 4/2/2004 (kkc, ). (Entered: 03/15/2004) |
| 87 | 03/11/2004 | STIPULATION AND ORDER; Sterling Management Group will answer or otherwise move against the Amended Complaint in accordance with the time prescribed under Judge Casey's Scheduling Order. (Signed by Judge Richard C. Casey on 3/10/2004) (jp, ) Additional attachment(s) added on 4/2/2004 (kkc, ). (Entered: 03/15/2004) |
| 88 | 03/11/2004 | STIPULATION AND ORDER; will answer or otherwise move against the Amended Complaint in accordance with the time prescribed under Judge Casey's Scheduling Order. (Signed by Judge Richard C. Casey on 3/10/2004) (jp, ) Additional attachment(s) added on 4/2/2004 (kkc, ). (Entered: 03/15/2004) |
| 89 | 03/11/2004 | STIPULATION AND ORDER; will answer or otherwise move against the Amended Complaint within 45 days after the filing of said complaint. (Signed by Judge Richard C. Casey on 3/10/2004) (jp, ) Additional attachment(s) added on 4/2/2004 (kkc, ). (Entered: 03/15/2004) |
| | 03/15/2004 | Case Designated ECF. (kkc, ) (Entered: 03/23/2004) |
| 92 | 03/16/2004 | MEMO ENDORSEMENT on Motion for Nancy Luque, Steven A. Maddox, Michael D. McNeely and Donna M. Sheinbach to appear pro hac vice as counsel for defendants African Muslim Agency, Grove Corporate Inc., Heritage Education Trust, International Institute of Islamic Thought, Mar-Jac Investments Inc., Reston Investments Inc., Safa Trust, and York Foundation in 03cv9849; International Institute of Islamic Thought in 02cv6977; African Muslim Agency, Grove Corporate Inc., Heritage Education Trust, International Institute of Islamic Thought, Mar-Jac Investments Inc., Reston Investments Inc., Safa Trust, York Foundation, Sterling Management Group Inc., Sterling Charitable Gift Fund Inc., Sanabel Al-Kheer Inc., Mena Investments Inc., Sana-bell Inc., Jamal Barzinji, Iqbal Unus, Muhammad Ashraf, M. Omar Ashraf, Taha Al-Alwani, and Yaqub Mirza in 03cv6978. Application granted. (Signed by Judge Richard C. Casey on 3/16/2004) Filed In Associated Cases: 1:03-md-01570-RCC,1:02-cv-06977-RCC,1:03-cv-06978-RCC,1:03-cv-09849-RCC(kkc, ) (Entered: 03/18/2004) |
| 93 | 03/16/2004 | MEMO ENDORSEMENT on Motion for James M. Cole to appear pro hac vice as counsel for defendant Prince Naif bin Abdulaziz al Saud. Application granted. (Signed by Judge Richard C. Casey on 3/16/2004) Filed In Associated Cases: 1:03-md-01570-RCC,1:03-cv-06978-RCC(kkc, ) (Entered: 03/18/2004) |
| 94 | 03/16/2004 | MEMO ENDORSEMENT on Motion for Wilmer Parker, III to appear pro hac vice as counsel for defendant Mar-Jac Poultry, Inc. Application granted. (Signed by Judge Richard C. Casey on 3/16/2004) Filed In Associated Cases: 1:03-md-01570-RCC,1:02-cv-06977-RCC,1:03-cv-06978-RCC,1:03-cv-09849-RCC(kkc, ) (Entered: 03/22/2004) |
| 98 | 03/16/2004 | RESPONSE to Motion re: 96 MOTION (FILED ON SERVICE DATE).. Document filed by Rabih Haddah. (pl, ) Additional attachment(s) added on 4/16/2004 (kkc, ). (Entered: 03/23/2004) |
| 95 | 03/17/2004 | MEMO ENDORSEMENT on Motion for Nancy H. Dutton to appear pro hac vice as counsel for defendant HRH Prince Bandar bin Sultan. Application granted. (Signed by Judge Richard C. Casey on 3/17/2004) Filed In Associated Cases: 1:03-md-01570-RCC,1:03-cv-06978-RCC(kkc, ) (Entered: 03/22/2004) |
| | 03/17/2004 | CASHIERS OFFICE REMARK on 95 Memo Endorsement, in the amount of $25.00, paid on 3/17/04, Receipt Number 502504. (sac, ) (Entered: 03/22/2004) |
| 96 | 03/17/2004 | MOTION (FILED ON SERVICE DATE) for leave to serve specified defendants by publication pursuant to Fed. R. Civ. Pro 4(f)(3). Document filed by Federal Insurance Company, Fidelity and Deposit Company of Maryland. (sac, ) Additional attachment(s) added on 4/2/2004 (kkc, ). (Entered: 03/22/2004) |
| 97 | 03/17/2004 | MEMORANDUM OF LAW in Support re: 96 MOTION (FILED ON SERVICE DATE).. Document filed by Mustafa Mohamed Fadhil, Federal Insurance Company, Fidelity and Deposit Company of Maryland. (sac, ) Additional attachment(s) added on 4/2/2004 (kkc, ). (Entered: 03/22/2004) |
| 0 | 03/19/2004 | CASHIERS OFFICE REMARK on 45 Motion to Appear Pro Hac Vice, in the amount of $25.00, paid on 3/19/04, Receipt Number 502740. (pl, ) (Entered: 03/25/2004) |
| 0 | 03/19/2004 | CASHIERS OFFICE REMARK on 46 Motion to Appear Pro Hac Vice,,,, in the amount of $25.00, paid on 3/19/04, Receipt Number 502740. (pl, ) (Entered: 03/25/2004) |
| 0 | 03/19/2004 | CASHIERS OFFICE REMARK on 47 Motion to Appear Pro Hac Vice,,,, in the amount of $25.00, paid on 3/19/04, Receipt Number 502740. (pl, ) (Entered: 03/25/2004) |
| 0 | 03/19/2004 | CASHIERS OFFICE REMARK on 50 Motion to Appear Pro Hac Vice,,,, in the amount of $25.00, paid on 3/19/04, Receipt Number 502740. (pl, ) (Entered: 03/25/2004) |
| 0 | 03/19/2004 | CASHIERS OFFICE REMARK on 48 Motion to Appear Pro Hac Vice,,,, in the amount of $25.00, paid on 3/19/04, Receipt Number 502740. (pl, ) (Entered: 03/26/2004) |

| # | Date | Proceeding Text |
|---|------|-----------------|
| 0 | 03/19/2004 | CASHIERS OFFICE REMARK on 49 Motion to Appear Pro Hac Vice,,,, in the amount of $25.00, paid on 3/19/04, Receipt Number 502740. (pl, ) (Entered: 03/26/2004) |
| 99 | 03/26/2004 | RESPONSE in Opposition re: 54 MOTION (FILED ON SERVICE DATE) for an order authorizing plttfs to effectuate service of process on those defts incarcerated in US custody, by sending the Summons & Complt via cert. mail to the US Justice Department % Atty General John Ashcroft.., 55 MOTION (FILED ON SERVICE DATE) for entry of an Order authorizing plaintiffs to effectuate service of process on defendants Al Qaida, Egyptian Islamic Jihad, Jemaah Islamiyah and Ansar Al-Islam.. Document filed by UNITED STATES OF AMERICA. (Normand, Sarah) (Entered: 03/26/2004) |
| 102 | 03/30/2004 | Letter addressed to Judge Richard C. Casey from Peter J. Kahn dated 3/18/2004; counsel writes to report to the Court regarding gathering email addresses from most of the attorneys who represents clients in these matters. Filed in Associated Cases: 1:03-md-01570-RCC,1:02-cv-06977-RCC,1:02-cv-07300-RCC-FM,1:03-cv-05071-RCC,1:03-cv-05493-RCC, 1:03-cv-05738-RCC,1:03-cv-06978-RCC,1:03-cv-07036-RCC,1:03-cv-09848-RCC,1:03-cv-09849-RCC, 1:04-cv-01076-RCC(kkc, ) (Entered: 04/09/2004) |
| 100 | 03/31/2004 | CERTIFICATE OF SERVICE of Statement of Interest of the United States of America in Opposition to Plaintiffs' Motions to Authorize Alternative means of Service of Process on Defendants Alleged to be in United States Custody served on Douglas B. Fox, Esq., Christopher R. Cooper, Esq., Michael J. Guzman Esq., Louis R. Cohen, Esq., Wilmer Parker, Esq. on 3/26/04. Service was made by Federal Express. Document filed by UNITED STATES OF AMERICA. (Normand, Sarah) (Entered: 03/31/2004) |
| 101 | 04/05/2004 | REPLY MEMORANDUM OF LAW in Support re: 54 MOTION (FILED ON SERVICE DATE) for an order authorizing plttfs to effectuate service of process on those defts incarcerated in US custody, by sending the Summons & Complt via cert. mail to the US Justice Department % Atty General John Ashcroft.., 55 MOTION (FILED ON SERVICE DATE) for entry of an Order authorizing plaintiffs to effectuate service of process on defendants Al Qaida, Egyptian Islamic Jihad, Jemaah Islamiyah and Ansar Al-Islam.. Document filed by American Alternative Insurance Corporation, American Employers' Insurance Company, American Guarantee and Liability Insurance Company, American Zurich Insurance Company, Assurance Company of America, Chubb Custom Insurance Company, Chubb Indemnity Insurance Company, Chubb Insurance Company of Canada, Chubb Insurance Company of New Jersey, Colonial American Casualty and Surety Insurance Company, Crum & Forster Indemnity Company, Federal Insurance Company, Fidelity and Deposit Company of Maryland, Great Lakes Reinsurance U.K. PLC, Great Northern Insurance Company, Homeland Insurance Company of New York, Maryland Casualty Company, North River Insurance Company, Northern Insurance Company of New York, One Beacon America Insurance Company, One Beacon Insurance Company, Pacific Indemnity Company, Steadfast Insurance Company, The Camden Fire Insurance Association, The Princeton Excess & Surplus Lines Insurance Company, United States Fire Insurance Company, Valiant Insurance Company, Vigilant Insurance Company, Zurich American Insurance Company. (Feldman, Elliot) (Entered: 04/05/2004) |
| 103 | 04/05/2004 | ORDER; that within 2 weeks of the date of entry of this Order counsel for plaintiffs shall meet with counsel for defendants, either in person or by telephone conference, to negotiate a revised Proposed Case Management & Pretrial Scheduling Order #2 upon which all parties can agree, which will then be submitted to the Court for approval. If no agreement can be reached among all parties on all issues, the Proposed Case Management Order shall include, for each issue of disagreement, a brief recitation of the parties' differing positions. In any case, a Proposed Case Management Order shall be submitted to this Court no later than 4/30/2004. (Signed by Judge Richard C. Casey on 4/5/2004) Filed In Associated Cases: 1:03-md-01570-RCC,1:02-cv-06977-RCC,1:02-cv-07300-RCC-FM,1:03-cv-05071-RCC,1:03-cv-05493-RCC, 1:03-cv-05738-RCC,1:03-cv-06978-RCC,1:03-cv-07036-RCC,1:03-cv-09848-RCC,1:03-cv-09849-RCC, 1:04-cv-01076-RCC(kkc, ) (Entered: 04/09/2004) |
| 105 | 04/14/2004 | SECOND RESPONSE Statement of Interest of the United States of America in Opposition to Plaintiffs' Motions to Authorize Alternative Means of Service of Process on Defendants Alleged to be in United States Custody. Document filed by UNITED STATES OF AMERICA. (Normand, Sarah) (Entered: 04/14/2004) |
| 106 | 04/15/2004 | CERTIFICATE OF SERVICE of Second Statement of Interest of theUnited States of America in Opposition to Plaintiffs' Motions to Authorize Alternative Means of Service of Process on Defendants Alleged to be in United States Custody served on Douglas B. Fox, Esq. and Wilmer Parker, Esq. on 4/14/04. Service was made by Federal Express. Document filed by UNITED STATES OF AMERICA. (Normand, Sarah) (Entered: 04/15/2004) |

| # | Date | Proceeding Text |
|---|------|-----------------|
| 107 | 04/16/2004 | STIPULATION Extending Time to Respond; that defendant's counsel (King & Spalding LLP) will accept service of the amended complaint on behalf of defendant Arab Bank PLC; defendant Arab Bank PLC will answer or otherwise move against the amended complaint on or before 5/21/2004; defendant Arab Bank PLC will waive all affirmative defenses, objections and arguments relating to service of process during the course of this litigation. (Signed by Judge Richard C. Casey on 4/15/2004) Filed In Associated Cases: 1:03-md-01570-RCC,1:03-cv-06978-RCC(kkc, ) (Entered: 04/16/2004) |
| | 04/16/2004 | Set Answer Due Date re: 104 Amended Complaint, as to Arab Bank, PLC; answer due on 5/21/2004. (kkc, ) (Entered: 04/16/2004) |
| 108 | 05/10/2004 | RULE 7.1 DISCLOSURE STATEMENT. Document filed by Muslim World League.(Fell, Stephanie) (Entered: 05/10/2004) |
| 109 | 05/10/2004 | ANSWER to Complaint., CROSSCLAIM against Mustafa Ahmed Al-Hawsawi, Ramzi Binalshibh, Khalid Shaikh Mohammed. Document filed by Muslim World League.(Fell, Stephanie) (Entered: 05/10/2004) |
| 110 | 05/10/2004 | MOTION to Dismiss Complaint By Federal Insurance Plaintiffs and to Quash Service of Process of His Royal Highness Prince Turki Al-Faisal Bin Abdulaziz Al-Saud. Document filed by Turki Al Faisal Al Saud. (Attachments: # 1 Memorandum in Support of Motion to Dismiss# 2 Exhibit 1# 3 Exhibit 2# 4 Exhibit 3# 5 Exhibit 4# 6 Exhibit 5# 7 Exhibit 6)(Guzman, Michael) (Entered: 05/10/2004) |
| 111 | 05/10/2004 | FIRST MOTION to Dismiss First Amended Complaint. Document filed by Mar-Jac Poultry. (Parker, Wilmer) (Entered: 05/10/2004) |
| 112 | 05/10/2004 | MOTION to Dismiss the First Amended Complaint. Document filed by Taha Jaber Al-Alwani, M. Omar Ashraf, Muhammad Ashraf, M. Yaqub Mirza, Iqbal Yunus. (Attachments: # 1 Exhibit A (Luque Declaration)# 2 Text of Proposed Order)(Sheinbach, Donna) (Entered: 05/10/2004) |
| 113 | 05/10/2004 | MOTION to Dismiss the First Amended Complaint. Document filed by Jamal Barzinji. (Attachments: # 1 Exhibit A (Luque Declaration)# 2 Text of Proposed Order)(Sheinbach, Donna) (Entered: 05/10/2004) |
| 114 | 05/10/2004 | ENDORSED LETTER addressed to Judge Richard C. Casey from Sara E. Kropf dated 5/5/2004; granting counsel for defendant Prince Salman bin Abdulaziz's application to file a single motion to dismiss all of the consolidated cases in which Prince Salman is named, including Federal Insurance, on 5/10/2004, and that plaintiffs' oppositions to that motion be combined into one consolidated brief. (Signed by Judge Richard C. Casey on 5/7/2004) Filed In Associated Cases: 1:03-md-01570-RCC,1:02-cv-06977-RCC,1:03-cv-05071-RCC,1:03-cv-05738-RCC,1:03-cv-06978-RCC, 1:03-cv-07036-RCC(kkc, ) (Entered: 05/11/2004) |
| 123 | 05/18/2004 | CASHIERS OFFICE REMARK on 115 Order Admitting Attorney Pro Hac Vice in the amount of $25.00, paid on 5/18/04, Receipt Number 508422. (pl, ) (Entered: 05/26/2004) |
| 115 | 05/19/2004 | ORDER ADMITTING ATTORNEY PRO HAC VICE. Attorney Mark T. Mullen for plaintiffs in 03cv6978 admitted Pro Hac Vice. (Signed by Judge Richard C. Casey on 5/18/2004) Filed In Associated Cases: 1:03-md-01570-RCC,1:03-cv-06978-RCC(kkc, ) (Entered: 05/19/2004) |
| 116 | 05/21/2004 | RULE 7.1 DISCLOSURE STATEMENT. Document filed by Arab Bank, PLC. (Attachments: # 1 Certificate of Service)(Marooney, Richard) (Entered: 05/21/2004) |
| 117 | 05/21/2004 | MOTION to Dismiss First Amended Complaint of Federal Insurance. Document filed by Arab Bank, PLC. Responses due by 6/10/2004 (Attachments: # 1 Certificate of Service)(Marooney, Richard) (Entered: 05/21/2004) |
| 118 | 05/21/2004 | MEMORANDUM OF LAW in Support re: 117 MOTION to Dismiss First Amended Complaint of Federal Insurance.. Document filed by Arab Bank, PLC. (Attachments: # 1)(Marooney, Richard) (Entered: 05/21/2004) |
| 119 | 05/21/2004 | MOTION to Dismiss the First Amended Complaint. Document filed by African Muslim Agency, Grove Corporate,Inc., Heritage Education Trust, International Institute of Islamic Thought, Mar-Jac Investments, Inc., Mena Corporation, Reston Investments, Inc., Safa Trust, Sana-Bell, Inc., Sterling Charitable Gift Fund, Sterling Management Group, York Foundation. (Sheinbach, Donna) (Entered: 05/21/2004) |
| 120 | 05/24/2004 | MOTION for Protective Order Notice of Motion and Memorandum in Support of Motion for Limited Appearance and to Move for a Protective Order. Document filed by Prince Sultan Bin Abdulaziz Al Saud, Princess Haifa Al-Faisal, The Kingdom of Saudi Arabia. (Attachments: # 1 Memorandum in Support of Motion for Protective Order# 2 Exhibit A# 3 Exhibit B# 4 Exhibit C# 5 Exhibit D# 6 Text of Proposed Order)(Hansen, Mark) (Entered: 05/24/2004) |
| 121 | 05/24/2004 | MOTION for Protective Order Notice of Motion and Memorandum in Support of Motion for |

| # | Date | Proceeding Text |
|---|------|-----------------|
| | | Limited Appearance and to Move for a Protective Order. Document filed by Princess Haifa Al-Faisal, Prince Bandar bin Sultan, The Kingdom of Saudi Arabia. (Attachments: # 1 Memorandum in Support of Motion for Protective Order# 2 Exhibit A# 3 Exhibit B# 4 Exhibit C# 5 Exhibit D# 6 Text of Proposed Order)(Hansen, Mark) (Entered: 05/24/2004) |
| 122 | 05/25/2004 | MOTION for Protective Order Notice of Motion and Memorandum in Support of Motion for Limited Appearance and to Move for a Protective Order. Document filed by The Royal Embassy of Saudi Arabia, Prince Bandar bin Sultan bin Abdulaziz, Princess Haifa Al-Faisal, Ahmed A. Kattan, Abdul Rahman I. Al-Noah. (Attachments: # 1 Memorandum in Support of Motion for Limited Appearance and to Move for a Protective Order# 2 Exhibit A# 3 Exhibit B# 4 Exhibit C# 5 Exhibit D# 6 Text of Proposed Order)(Hansen, Mark) (Entered: 05/25/2004) |
| 124 | 05/26/2004 | CLERK CERTIFICATE OF MAILING of Summons and Complaint mailed to The Republic of Iran at the following address: The Republic of Iran Ministry of Foreign Affairs / Dr. Seyed Kamal Kharrazi, Ebn e Sina Street, Emam Khomeini Square, Tehran, Iran on 5/26/04 by Registered Mail # RB 632 965 073 and RB 632 296 087. (ps, ) (Entered: 05/28/2004) |
| | 05/28/2004 | CASHIERS OFFICE REMARK on Copy of 115 Order Admitting Attorney Pro Hac Vice in the amount of $25.00, paid on 5/28/04, Receipt Number 510087. (djc, ) (Entered: 06/01/2004) |
| 125 | 06/01/2004 | ENDORSED LETTER (this document relates to 03cv6978) addressed to Judge Richard C. Casey from Mark T. Mullen dated 5/20/2004; granting counsel's request for plaintiffs' extension of time to respond to the motions to dismiss filed by Prince Salman Bin Abdulaziz Al-Saud, Prince Sultan Bin Abdulaziz Al-Saud, and Mar-Jac Poultry Inc. in accordance with the Case Management Order adopted by this Court, without regard for the time limitations prescribed by the Local Rules for the Southern District of New York. (Signed by Judge Richard C. Casey on 5/28/2004) Filed In Associated Cases: 1:03-md-01570-RCC,1:03-cv-06978-RCC(kkc, ) (Entered: 06/01/2004) |
| 126 | 06/01/2004 | ENDORSED LETTER (this document relates to 03cv6978) addressed to Judge Richard C. Casey from Michael J. Guzman dated 5/25/2004; counsel writes to request removal of the following docket entries: docket no. 164 in 03md1570, and docket nos. 120 and 121 in 03cv6978. ENDORSEMENT: The Clerk of the Court is directed to terminate the above-listed document entries. (Signed by Judge Richard C. Casey on 5/28/2004) Filed In Associated Cases: 1:03-md-01570-RCC,1:03-cv-06978-RCC(kkc, ) (Entered: 06/01/2004) |
| 127 | 06/01/2004 | ENDORSED LETTER addressed to Judge Richard C. Casey from Paul J. Hanly Jr. dated 4/12/2004; counsel for plaintiffs in 03cv9849 writes to request that the Court waive its requirement of a pre-motion conference in connection with a motion counsel intends to file asking this Court to reconsider the ruling of the district court in Washington, D.C., dismissing defendants Sultan bin Abdulaziz Al-Saud and Turki al-Faisal bin Abdulaziz al-Saud. ENDORSEMENT: Application granted. The motion shall be filed by 6/18/2004; the response shall be filed by 8/13/2004; and the reply shall be filed by 8/27/2004. (Signed by Judge Richard C. Casey on 5/28/2004) Filed In Associated Cases: 1:03-md-01570-RCC,1:02-cv-06977-RCC,1:02-cv-07300-RCC-FM,1:03-cv-05071-RCC,1:03-cv-05493-RCC, 1:03-cv-05738-RCC,1:03-cv-06978-RCC,1:03-cv-07036-RCC,1:03-cv-09848-RCC,1:03-cv-09849-RCC, 1:04-cv-01076-RCC,1:04-cv-01922-RCC,1:04-cv-01923-RCC(kkc, ) (Entered: 06/01/2004) |
| 128 | 06/01/2004 | NOTICE of Change of Firm Name. Document filed by Mohammed Al Faisal Al Saud. (Cohen, Louis) (Entered: 06/01/2004) |
| 129 | 06/02/2004 | NOTICE of Voluntary Dismissal of Delta Oil Company without Prejudice. Document filed by ALL PLAINTIFFS. (Feldman, Elliot) (Entered: 06/02/2004) |
| 130 | 06/02/2004 | WAIVER OF SERVICE RETURNED EXECUTED Document filed by Federal Insurance Company et al., Plaintiffs. Al Baraka Investment and Development waiver sent on 5/31/2004, answer due 7/30/2004; International Islamic Relief Organization waiver sent on 5/31/2004, answer due 7/30/2004; Wa'el Hamza Julaidan waiver sent on 5/31/2004, answer due 7/30/2004; Saleh Abdullah Kamel waiver sent on 5/31/2004, answer due 7/30/2004; Rabita Trust waiver sent on 5/31/2004, answer due 7/30/2004; Saudi Dallah Al Baraka Group LLC. waiver sent on 5/31/2004, answer due 7/30/2004. (Feldman, Elliot) (Entered: 06/02/2004) |
| 131 | 06/02/2004 | ORDER ADMITTING ATTORNEY PRO HAC VICE. Attorney David P. Gersch for defendants Mohammed Salim bin Mahfouz, International Development Foundation, and Saudi Economic and Development Company admitted Pro Hac Vice. (Signed by Judge Richard C. Casey on 5/26/2004) Filed In Associated Cases: 1:03-md-01570-RCC,1:02-cv-06977-RCC,1:02-cv-07300-RCC-FM,1:03-cv-05071-RCC,1:03-cv-05493-RCC, 1:03-cv-05738-RCC,1:03-cv-06978-RCC,1:03-cv-07036-RCC,1:03-cv-09848-RCC(kkc, ) (Entered: 06/02/2004) |
| 132 | 06/04/2004 | CLERK CERTIFICATE OF MAILING of Summons and Complaint mailed to The Republic of |

| # | Date | Proceeding Text |
|---|------|-----------------|
| | | Sudan Ministry of External Affairs at the following address: The Republic of Sudan Ministry of External Affairs Dr. Muftafa Osman Ismail, PO Box 873, Khartoum, Sudan, on 6/4/04 by Registered Mail # RB 632 958 832. (ps, ) (Entered: 06/07/2004) |
| 133 | 06/04/2004 | CLERK CERTIFICATE OF MAILING of Summons and Complaint mailed to The Syrian Arab Republic Ministry of Foreign Affairs at the following address: The Syrian Arab Republic Ministry of Foreign Affairs Farouk Al-Shara, Muhajereen Shera Avenue, Damascus, Syria, on 6/4/04 by Registered Mail # RB 632 958 829. (ps, ) (Entered: 06/07/2004) |
| 134 | 06/04/2004 | CLERK CERTIFICATE OF MAILING of Summons and Complaint mailed to Prince Bandar Iban Sultan at the following address: Prince Bandar Iban Sultan c/o The Ministry of Foreign Affairs, PO Box 55937, Postal Code 11544, Rigadh, Saudi Arabia on 6/4/04 by Registered Mail # RB 632 958 815. (ps, ) (Entered: 06/07/2004) |
| 135 | 06/04/2004 | CLERK CERTIFICATE OF MAILING of Summons and Complaint mailed to Fahad Al-Thumairy at the following address: Fahad Al-Thumairy c/o The Ministry of Foreign Affairs, PO Box 55937, Postal Code 11544, Riyadh, Saudi Arabia on 6/4/04 by Registered Mail # RB 632 958 801. (ps, ) (Entered: 06/07/2004) |
| 136 | 06/04/2004 | CLERK CERTIFICATE OF MAILING of Summons and Complaint mailed to The Kingdom of Saudi Arabia Ministry of Foreign Affairs at the following address: The Kingdom of Saudi Arabia Ministry of Foreign Affairs Prince Saud Al Faisal Bin Abdulaziz Al-Saud, PO Box 55937, Postal Code 11544, Riyadh, Saudi Arabia on 6/4/04 by Registered Mail # RB 632 958 792. (ps, ) (Entered: 06/07/2004) |
| 137 | 06/04/2004 | CLERK CERTIFICATE OF MAILING of Summons and Complaint mailed to Prince Abdullah Al Faisal Bin Abdulaziz Al Saud at the following address: Prince Abdullah Al Faisal Bin Abdulaziz Al Saud c/o The Ministry of Foreign Affairs, PO Box 55937, Postal Code 11544, Riyadh, Saudi Arabia on 6/4/04 by Registered Mail # RB 632 958 789. (ps, ) (Entered: 06/07/2004) |
| | 06/04/2004 | CLERK CERTIFICATE OF MAILING RECEIVED for Summons and Complaint, Notice of Suit and Affidavit of Translator mailed to The Syrian Arab Republic Ministry of Foreign Affairs on 6/4/04 by Registered Mail # RB 632 958 829, RECEIVED ON: 6/15/04. (ps, ) (Entered: 06/30/2004) |
| 145 | 06/10/2004 | AFFIDAVIT OF SERVICE of Summons and Amended Complaint as to defendants listed on rider. Document filed by ALL PLAINTIFFS. (jco, ) (Entered: 06/18/2004) |
| 138 | 06/14/2004 | MEMORANDUM OPINION AND ORDER #90219 (this document relates to 03cv6978); plaintiffs' motion to effect service on incarcerated defendants in U.S. custody with the assistance of the Department of State is Granted insofar as the Court will recognize such service as valid. However, the Court will not order the Justice Department to assist with such service; nor will it order the Government to disclose the names of individuals who are currently in custody, but whose incarceration has not been made public by the Government. Any defendants in United States custody whose status has not been disclosed may be served by publication. Finally, plaintiffs' motion to serve defendants incarcerated by a foreign state that is a signatory to the Hague Service Convention by sending a summons and complaint to that state's ministry of justice is Granted. (Signed by Judge Richard C. Casey on 6/10/2004) Filed In Associated Cases: 1:03-md-01570-RCC,1:03-cv-06978-RCC(kkc, ) (Entered: 06/15/2004) |
| 139 | 06/16/2004 | ENDORSED LETTER addressed to Judge Richard C. Casey from Lawrence S. Robbins dated 6/11/2004; counsel for the Saudi High Commission writes to request that the Court waive its requirement of a pre-motion conference and to grant permission to file a single motion to dismiss all of the claims against it in each of the consolidated complaints. ENDORSEMENT: Upon application of counsel for the Saudi High Commission, it is Ordered that the Sauid High Commission will file, on or before 7/7/2004, a single motion to dismiss all of the claims against it in the complaints consolidated in this multi-district litigation; and it is further Ordered that the plaintiffs will file one consolidated opposition to the motion to dismiss. (Signed by Judge Richard C. Casey on 6/15/2004) Filed In Associated Cases: 1:03-md-01570-RCC,1:02-cv-06977-RCC,1:03-cv-05071-RCC,1:03-cv-05738-RCC,1:03-cv-06978-RCC, 1:03-cv-07036-RCC,1:03-cv-09849-RCC(kkc, ) (Entered: 06/17/2004) |
| 141 | 06/16/2004 | CASE MANAGEMENT ORDER NO. 2 (this document relates to all actions); service of the summons and complaint on a defendant not located in a foreign country shall be made in accordance with F.R.C.P. 4(m). Service of the summons and complaint upon a defendant located in a foreign country who has been named as of the date of this order shall be made by 10/15/2004, or, if a motion to effect service through alternative means has been filed with respect to that defendant, service shall be made within 90 days of a decision by this Court on the motion. Joinder of additional parties must be accomplished by 12/31/2004. Amended pleadings may be filed until 7/31/2005, after which any amendments must be approved by the Court, pursuant to |

| # | Date | Proceeding Text |
|---|------|-----------------|
| | | F.R.C.P. 15(a). All liability discovery is to be completed by 4/15/2006. The next Case Management Conference shall take place on 9/13/2004. All other deadlines and procedures are set forth in this Order. (Signed by Judge Richard C. Casey on 6/15/2004) Filed In Associated Cases: 1:03-md-01570-RCC,1:02-cv-06977-RCC,1:02-cv-07300-RCC-FM,1:03-cv-05071-RCC,1:03-cv-05493-RCC, 1:03-cv-05738-RCC,1:03-cv-06978-RCC,1:03-cv-07036-RCC,1:03-cv-09848-RCC,1:03-cv-09849-RCC, 1:04-cv-01076-RCC,1:04-cv-01922-RCC,1:04-cv-01923-RCC(kkc, ) (Entered: 06/17/2004) |
| 142 | 06/16/2004 | CASE MANAGEMENT ORDER NO. 3 (this document relates to all actions); regarding Organization of Counsel and Document Depository as further set forth in this Order. (Signed by Judge Richard C. Casey on 6/15/2004) Filed In Associated Cases: 1:03-md-01570-RCC,1:02-cv-06977-RCC,1:02-cv-07300-RCC-FM,1:03-cv-05071-RCC,1:03-cv-05493-RCC, 1:03-cv-05738-RCC,1:03-cv-06978-RCC,1:03-cv-07036-RCC,1:03-cv-09848-RCC,1:03-cv-09849-RCC, 1:04-cv-01076-RCC,1:04-cv-01922-RCC,1:04-cv-01923-RCC(kkc, ) Additional attachment(s) added on 6/17/2004 (kkc, ). (Entered: 06/17/2004) |
| 140 | 06/17/2004 | MOTION to Withdraw 122 MOTION for Protective Order Notice of Motion and Memorandum in Support of Motion for Limited Appearance and to Move for a Protective Order.. Document filed by The Royal Embassy of Saudi Arabia, Princess Haifa Al-Faisal, Prince Bandar bin Sultan bin Abdulaziz, Ahmed A. Kattan, Abdul Rahman I. Al-Noah. (Attachments: # 1 Motion to Withdraw Motion for a Protective Order# 2 Text of Proposed Order)(Hansen, Mark) (Entered: 06/17/2004) |
| 143 | 06/17/2004 | MOTION to Dismiss First Amended Complaint. Document filed by Mohammed Al Faisal Al Saud. (Cohen, Louis) (Entered: 06/17/2004) |
| 144 | 06/17/2004 | MEMORANDUM OF LAW in Support re: 143 MOTION to Dismiss First Amended Complaint.. Document filed by Mohammed Al Faisal Al Saud. (Attachments: # 1 Exhibit)(Cohen, Louis) (Entered: 06/17/2004) |
| 147 | 06/17/2004 | MARSHAL'S PROCESS RECEIPT AND RETURN OF SERVICE EXECUTED Summons and Amended Complaint served. Abu Abdul Rahman served on 6/2/2004, answer due 6/22/2004. Service was accepted by personal service. Document filed by ALL PLAINTIFFS. (db, ) (Entered: 06/21/2004) |
| 148 | 06/17/2004 | MARSHAL'S PROCESS RECEIPT AND RETURN OF SERVICE EXECUTED Personal served on Mohammed Mohsen Yahya Zayed on 6/8/04. Document filed by ALL PLAINTIFFS. (sac, ) Additional attachment(s) added on 6/23/2004 (sac, ). Additional attachment(s) added on 6/23/2004 (sac, ). (Entered: 06/22/2004) |
| 149 | 06/17/2004 | MARSHAL'S PROCESS RECEIPT AND RETURN OF SERVICE EXECUTED Summons and Amended Complaint, served. Zacarias Moussaoui served on 6/2/2004, answer due 6/22/2004. Service was accepted by person not indicated.. Document filed by ALL PLAINTIFFS. (djc, ) (Entered: 06/22/2004) |
| 146 | 06/18/2004 | ORDER (this document relates to all actions); in an effort to prevent this Court from ruling on letter applications before the involved parties have been fully heard and to encourage all counsel to work out their differences before seeking Court intervention, it is Ordered that letter applications to the Court must not be submitted until they are fully briefed, i.e., the parties are to work out a schedule amongst themselves and, if during the exchange of correspondence they are still unable to reach an agreement, the applying party must only submit the letters as a package to the Court after the agreed upon deadline. Such letter applications must not exceed 3 pages in length. (Signed by Judge Richard C. Casey on 6/17/2004) Filed In Associated Cases: 1:03-md-01570-RCC,1:02-cv-06977-RCC,1:02-cv-07300-RCC-FM,1:03-cv-05071-RCC,1:03-cv-05493-RCC, 1:03-cv-05738-RCC,1:03-cv-06978-RCC,1:03-cv-07036-RCC,1:03-cv-09848-RCC,1:03-cv-09849-RCC, 1:04-cv-01076-RCC,1:04-cv-01922-RCC,1:04-cv-01923-RCC(kkc, ) (Entered: 06/18/2004) |
| 150 | 06/25/2004 | ENDORSED LETTER (this document relates to 03cv6978) addressed to Judge Richard C. Casey from Mark T. Mullen dated 6/18/2004; granting counsel's request to the briefing schedule for certain defendants on defendants' motions to dismiss, as follows: Prince Salman Bin Abdulaziz Al-Saud: Federal's opposition - 7/30/2004, defendant's response - 8/27/2004; PrinceSultan Bin Abdulaziz Al-Saud: Federal's opposition - 7/16/2004, defendant's response - 8/9/2004; Prince Turki Al-Faisal bin Abdulaziz Al-Saud: Federal's opposition - 7/16/2004, defendant's response - 8/9/2004; Prince Naif: Federal's opposition - 7/30/2004, defendant's response - 8/27/2004; Arab Bank: Federal's opposition - 7/20/2004, defendant's response - 8/10/2004. (Signed by Judge Richard C. Casey on 6/24/2004) Filed In Associated Cases: 1:03-md-01570-RCC,1:03-cv-06978-RCC(kkc, ) (Entered: 06/25/2004) |
| 151 | 06/25/2004 | ORDER (this document relates to 03cv6978, 03cv8591, 02cv6977) granting Motion to Withdraw |

| # | Date | Proceeding Text |
|---|------|-----------------|
| | | as Attorney; that John Popilock is relieved as one of the attorneys of record for Federal Insurance et al, and Vigilant Insurance et al, plaintiffs in connection with the consolidated actions. The appearance of Stephen A. Cozen, Elliott R. Feldman, Sean P. Carter, Mark T. Mullen, Lisa C. Haas and J. Scott Tarbutton for the Federal Insurance et al, and Vigilant Insurance et al, plaintiffs will remain unchanged. (Signed by Judge Richard C. Casey on 6/24/2004) Filed In Associated Cases: 1:03-md-01570-RCC,1:02-cv-06977-RCC,1:03-cv-06978-RCC(kkc, ) (Entered: 06/25/2004) |
| 152 | 06/25/2004 | MOTION to Dismiss. Document filed by Saudi High Commission. (Attachments: # 1 Mem. of Law# 2 Decl. of Max Huffman w/ Exhs. Vol. 1# 3 Decl. of Max Huffman w/ Exhs. Vol. 2# 4 Decl. of Max Huffman w/ Exhs. Vol. 3)(Robbins, Lawrence) (Entered: 06/25/2004) |
| 153 | 06/25/2004 | FILING ERROR - DUPLICATED DOCKET ENTRY - MOTION to Dismiss. Document filed by Saudi High Commission. (Attachments: # 1 Mem. of Law# 2 Decl. of Max Huffman w/ Exhs. Vol. 1# 3 Decl. of Max Huffman w/ Exhs. Vol. 2# 4 Decl. of Max Huffman w/ Exhs. Vol. 3)(Robbins, Lawrence) Modified on 3/8/2005 (dw, ). (Entered: 06/25/2004) |
| 154 | 07/01/2004 | ORDER (this document relates to all actions); the Court shall hold a status conference in the multi-district cases on 7/20/2004 at 2:00 p.m. in the Ceremonial Courtroom at 500 Pearl Street. The topic of the conference will be whether the Supreme Court's 6/28/2004 decisions in Hamdi v. Rumsfeld and Rasul v. Bush relate to pending motions to serve by publication certain defendants who are allegedly in U.S. custody. Specifically, the Court would like to hear the government's position on these cases. (Signed by Judge Richard C. Casey on 7/1/2004) Filed In Associated Cases: 1:03-md-01570-RCC,1:02-cv-06977-RCC,1:02-cv-07300-RCC-FM,1:03-cv-05071-RCC,1:03-cv-05493-RCC, 1:03-cv-05738-RCC,1:03-cv-06978-RCC,1:03-cv-07036-RCC,1:03-cv-09848-RCC,1:03-cv-09849-RCC, 1:04-cv-01076-RCC,1:04-cv-01922-RCC,1:04-cv-01923-RCC(kkc, ) (Entered: 07/01/2004) |
| 155 | 07/07/2004 | STIPULATION AND ORDER OF DISMISSAL as to Dr. Soliman J. Khudeira (this document relates to 03cv6978); that the Federal Insurance plaintiffs and defendant Dr. Soliman J. Khudeira have agreed to the dismissal of defendant Dr. Soliman J. Khudeira, with prejudice, each side to bear its own attorneys' fees, costs, and expenses. (Signed by Judge Richard C. Casey on 7/6/2004) Filed In Associated Cases: 1:03-md-01570-RCC,1:03-cv-06978-RCC(kkc, ) (Entered: 07/07/2004) |
| 156 | 07/14/2004 | MARSHAL'S PROCESS RECEIPT AND RETURN OF SERVICE EXECUTED Summons and Amended Complaint, served. Wali Khan Amin Shah served on 6/17/2004, answer due 7/7/2004. Service was accepted by personal service. Document filed by ALL PLAINTIFFS. (djc, ) (Entered: 07/15/2004) |
| 157 | 07/22/2004 | STIPULATION AND ORDER (this document relates to 03cv6978); that plaintiffs shall serve their RICO Statement concerning defendant The National Commercial Bank ("NCB") not later than 7/30/2004; NCB shall have until and including 8/30/2004 to move to dismiss the first amended complaint; plaintiffs shall have 60 days thereafter or until and including 10/29/2004 to respond to NCB's motion to dismiss; NCB shall have 30 days thereafter or until and including 11/29/2004 to reply to plaintiffs' opposition. (Signed by Judge Richard C. Casey on 7/20/2004) Filed In Associated Cases: 1:03-md-01570-RCC,1:03-cv-06978-RCC(kkc, ) (Entered: 07/22/2004) |
| 158 | 07/22/2004 | ORDER (this document relates to 03cv6978); that plaintiffs' motion to supplement the joint motion for leave to serve specified defendants by publication pursuant to F.R.C.P. 4(f)(3), filed by the Federal Insurance Co., Ashton and Burnett plaintiffs, is granted. (Signed by Judge Richard C. Casey on 7/20/2004) Filed In Associated Cases: 1:03-md-01570-RCC,1:03-cv-06978-RCC(kkc, ) (Entered: 07/22/2004) |
| 159 | 07/22/2004 | STIPULATION AND ORDER (this document relates to 03cv6978, 02cv6977); that the Federal Insurance Plaintiffs serve their RICO Statement concerning defendants SNCB Corporate Finance Ltd. and SNCB Securities Ltd. (London) ("SNCB") not later than 7/30/2004. SNCB shall have until and including 8/30/2004 to file a consolidated motion to dismiss the first amended complaint in Federal Insurance and the fourth amended consolidated master complaint in Ashton. The memorandum of law in support of SNCB's consolidated motion shall not exceed 25 pages in length. Plaintiffs shall have 60 days thereafter, or until and including 10/29/2004, to file their consolidated response to SNCB's motion to dismiss. Plaintiffs' consolidated memorandum of law shall not exceed 25 pages in length. SNCB shall have 30 days thereafter, or until and including 11/29/2004 to file a consolidated reply to plaintiffs' opposition. SNCB's consolidated reply memorandum of law shall not exceed 10 pages in length. (Signed by Judge Richard C. Casey on 7/20/2004) Filed In Associated Cases: 1:03-md-01570-RCC,1:02-cv-06977-RCC,1:03-cv-06978-RCC(kkc, ) (Entered: 07/22/2004) |

| # | Date | Proceeding Text |
|---|------|-----------------|
| 160 | 07/23/2004 | REPLY MEMORANDUM OF LAW in Support re: 111 FIRST MOTION to Dismiss First Amended Complaint.. Document filed by Mar-Jac Poultry. (Parker, Wilmer) (Entered: 07/23/2004) |
| 161 | 07/23/2004 | REPLY to Response to Motion re: 112 MOTION to Dismiss the First Amended Complaint.. Document filed by Taha Jaber Al-Alwani, M. Omar Ashraf, Muhammad Ashraf, M. Yaqub Mirza, Iqbal Yunus. (Sheinbach, Donna) (Entered: 07/23/2004) |
| 162 | 07/23/2004 | REPLY to Response to Motion re: 113 MOTION to Dismiss the First Amended Complaint.. Document filed by Jamal Barzinji. (Sheinbach, Donna) (Entered: 07/23/2004) |
| 163 | 07/30/2004 | MOTION to Dismiss First Amended Complaint with Notice of Motion. Document filed by International Islamic Relief Organization. Responses due by 8/30/2004 (Attachments: # 1 # 2 Exhibit Exhibit 1# 3 Exhibit Exhibit 2# 4 Exhibit Exhibit 3)(McMahon, Martin) (Entered: 07/30/2004) |
| 164 | 07/30/2004 | MOTION to Dismiss. Document filed by Faisal Group Holding Co., Alfaisaliah Group, Mohammed Bin Abdulrahman Al Ariefy, Abdullah Al Faisal Bin Abdulaziz Al Saud. (Kingham, T. Barry) (Entered: 07/30/2004) |
| 165 | 07/30/2004 | MEMORANDUM OF LAW in Support re: 164 MOTION to Dismiss.. Document filed by Faisal Group Holding Co., Alfaisaliah Group, Mohammed Bin Abdulrahman Al Ariefy, Abdullah Al Faisal Bin Abdulaziz Al Saud. (Kingham, T. Barry) (Entered: 07/30/2004) |
| 166 | 07/30/2004 | MOTION to Dismiss Failure to State a Claim., MOTION to Dismiss for Lack of Jurisdiction Lack of Subject Matter Jurisdiction. Document filed by Al Baraka Investment and Development, Saleh Abdullah Kamel. (Attachments: # 1 Notice of Motion# 2 Text of Proposed Order)(McMahon, Martin) (Entered: 07/30/2004) |
| 167 | 07/30/2004 | MOTION to Dismiss for Lack of Jurisdiction Lack of Personal Jurisdiction. Document filed by Rabita Trust. (Attachments: # 1 Notice of Motion# 2 Text of Proposed Order # 3 Exhibit 1# 4 Exhibit 2)(McMahon, Martin) (Entered: 07/30/2004) |
| 168 | 07/30/2004 | MOTION to Dismiss for Lack of Jurisdiction Lack of Personal Jurisdiction. Document filed by Wa'el Hamza Julaidan. (Attachments: # 1 Notice of Motion# 2 Text of Proposed Order # 3 Exhibit 1# 4 Exhibit 2)(McMahon, Martin) (Entered: 07/30/2004) |
| 169 | 07/30/2004 | ENDORSED LETTER addressed to Judge Richard C. Casey from James P. Kreindler dated 7/29/2004; granting the Ashton, Burnett and Federal Plaintiffs' request to submit a thirty page consolidated brief in opposition to Prince Salman bin Abdul Aziz al-Saud's motion to dismiss. (Signed by Judge Richard C. Casey on 7/29/2004) Filed In Associated Cases: 1:03-md-01570-RCC,1:02-cv-06977-RCC,1:03-cv-05738-RCC,1:03-cv-06978-RCC,1:03-cv-09849-RCC(kkc, ) (Entered: 08/02/2004) |
| 170 | 08/02/2004 | MOTION to Strike Portions of Plaintiffs' Opposition Brief (Dkt. No. 315). Document filed by African Muslim Agency, Grove Corporate,Inc., Heritage Education Trust, International Institute of Islamic Thought, Mar-Jac Investments, Inc., Mena Corporation, Reston Investments, Inc., Safa Trust, Sana-Bell, Inc., Sterling Charitable Gift Fund, Sterling Management Group, York Foundation. (Attachments: # 1 Text of Proposed Order)(Sheinbach, Donna) (Entered: 08/02/2004) |
| 171 | 08/02/2004 | MOTION to Strike Portions of Plaintiffs' Opposition Briefs (Dkt. Nos. 290, 291). Document filed by Taha Jaber Al-Alwani, M. Omar Ashraf, Muhammad Ashraf, Jamal Barzinji, M. Yaqub Mirza, Iqbal Yunus. (Attachments: # 1 Text of Proposed Order)(Sheinbach, Donna) (Entered: 08/02/2004) |
| 172 | 08/02/2004 | REPLY MEMORANDUM OF LAW in Support re: 119 MOTION to Dismiss the First Amended Complaint.. Document filed by African Muslim Agency, Grove Corporate,Inc., Heritage Education Trust, International Institute of Islamic Thought, Mar-Jac Investments, Inc., Mena Corporation, Reston Investments, Inc., Safa Trust, Sana-Bell, Inc., Sterling Charitable Gift Fund, Sterling Management Group, York Foundation. (Sheinbach, Donna) (Entered: 08/02/2004) |
| 173 | 08/03/2004 | STIPULATION AND ORDER (this document relates to 03cv6978); the time for defendants HRH Prince Abdullah Al Faisal Bin Abdulaziz Al Saud, Alfaisaliah Group, Faisal Group Holding Co., and Mohammed Bin Abdulrahman Al Ariefy (defendants) to answer, move or otherwise respond to the extant complaint in this action is extended to 7/30/2004; in the event defendants file motions to dismiss, as anticipated, plaintiffs' response shall be filed within 60 days of receipt of same from defendants' counsel; defendants will reply to plaintiffs' response within 15 days of receipt of same from plaintiffs' counsel. (Signed by Judge Richard C. Casey on 8/2/2004) Filed In Associated Cases: 1:03-md-01570-RCC,1:03-cv-06978-RCC(kkc, ) (Entered: 08/03/2004) |
| 174 | 08/04/2004 | REPLY MEMORANDUM OF LAW in Support re: 143 MOTION to Dismiss First Amended Complaint.. Document filed by Mohammed Al Faisal Al Saud. (Attachments: # 1 Exhibit |

| # | Date | Proceeding Text |
|---|------|-----------------|
| | | A)(Cohen, Louis) (Entered: 08/04/2004) |
| 175 | 08/04/2004 | ENDORSED LETTER addressed to Judge Richard C. Casey from James P. Kreindler dated 7/30/2004; granting the Ashton, Burnett and Federal Plaintiffs' request to submit a thirty page consolidated brief in opposition to defendant Naif bin Abdulaziz al-Saud?s motion to dismiss. (Signed by Judge Richard C. Casey on 8/2/2004) Filed In Associated Cases: 1:03-md-01570-RCC,1:02-cv-06977-RCC,1:03-cv-05738-RCC,1:03-cv-06978-RCC,1:03-cv-09849-RCC(kkc, ) (Entered: 08/04/2004) |
| 176 | 08/04/2004 | MOTION to Dismiss The Amended Complaint. Document filed by Prince Sultan Bin Abdulaziz Al Saud. (Attachments: # 1 Memorandum of Law# 2 Exhibits)(Jeffress, William) (Entered: 08/04/2004) |
| 177 | 08/04/2004 | MOTION to Dismiss and Memorandum of Law in Support of Motion to Dismiss. Document filed by The Kingdom of Saudi Arabia. (Attachments: # 1 Memorandum of Law in Support of Motion to Dismiss of The Kingdom of Saudi Arabia# 2 Text of Proposed Order)(Hansen, Mark) (Entered: 08/04/2004) |
| 178 | 08/04/2004 | MOTION to Dismiss and Memorandum of Law in Support of Motion to Dismiss and to Quash Service of Process. Document filed by Prince Bandar bin Sultan bin Abdulaziz. (Attachments: # 1 Memorandum of Law in Support of Motion to Dismiss and to Quash Service of Process# 2 Exhibit A# 3 Exhibit B# 4 Text of Proposed Order)(Hansen, Mark) (Entered: 08/04/2004) |
| 179 | 08/04/2004 | CLERK CERTIFICATE OF MAILING of Summons and Complaint mailed to World Assembly of Muslim Youth at the following address: World Assembly of Muslim Youth c/o The Ministry of Foreign Affairs, PO Box 55937, Postal Code 11544, Riyadh, Saudi Arabia on 8/4/04 by Registered Mail # RB 632 975 464. (ps, ) (Entered: 08/05/2004) |
| 180 | 08/04/2004 | CLERK CERTIFICATE OF MAILING of Summons and Complaint mailed to Muslim World League at the following address: Muslim World League c/o The Ministry of Foreighn Affairs, PO Box 55937, Postal Code 11544, Riyadh, Saudi Arabia on 8/4/04 by Registered Mail # RB 632 975 481. (ps, ) (Entered: 08/05/2004) |
| 181 | 08/04/2004 | CLERK CERTIFICATE OF MAILING of Summons and Complaint mailed to International Islamic Relief Organization at the following address: International Islamic Relief Organization c/o The Ministry of Foreign Affairs, PO Box 55937, Postal Code 11544, Riyadh, Saudi Arabia on 8/4/04 by Registered Mail # RB 632 975 478. (ps, ) (Entered: 08/05/2004) |
| 182 | 08/04/2004 | CLERK CERTIFICATE OF MAILING of Summons and Complaint mailed to Al Haramain Islamic Foundation at the following address: Al Haramain Islamic Foundation c/o Ministry of Foreign Affairs, PO Box 55937, Postal Code 11544, Riyadh, Saudi Arabia on 8/4/04 by Registered Mail # RB 632 975 495. (ps, ) (Entered: 08/05/2004) |
| 183 | 08/05/2004 | MOTION to Dismiss The Complaints. Document filed by Salman Bin Abdulaziz Al Saud. (Jeffress, William) (Entered: 08/05/2004) |
| 184 | 08/06/2004 | MEMORANDUM OF LAW in Support re: 183 MOTION to Dismiss The Complaints.. Document filed by Salman Bin Abdulaziz Al Saud. (Attachments: # 1 Exhibit A# 2 Exhibit B (Part 1)# 3 Exhibit B (Part 2)# 4 Exhibit C# 5 Exhibit D# 6 Exhibit E)(Jeffress, William) (Entered: 08/06/2004) |
| 185 | 08/06/2004 | NOTICE of Filing Omitted Exhibit to Motion to Dismiss the Complaints. Document filed by Salman Bin Abdulaziz Al Saud. (Attachments: # 1 Exhibit B)(Jeffress, William) (Entered: 08/06/2004) |
| 186 | 08/06/2004 | CLERK CERTIFICATE OF MAILING of Summons & Complaint mailed to The Republic of Sudan at the following address: The Republic of Sudan c/o Edward Betancourt, Director of Consular Services, US Department of State, 2201 "C" Street, NW, room 4817, Washington, DC 20520 on 8/6/04 by Federal Express # 8456 4024 5673. (ps, ) (Entered: 08/06/2004) |
| 187 | 08/06/2004 | CLERK CERTIFICATE OF MAILING of Summons and Complaint mailed to Republic of Iran at the following address: Republic of Iran c/o Edward Betancourt, Director of Special Consular Services, US Department of State, 2201 "C" Street, room 4817, Washington, DC 20520 on 8/6/04 by Federal Express # 8456 2042 5651. (ps, ) Because the United States does not maintain diplomatic relations with the government of Iran, the Department of State is assisted by the Foreign Interests Section of the Embassy of Switzerland in Teheran in delivering these documnets to the Iranian Ministry of Foreign Affairs. The documents were delivered to the Iranian Ministry of Foreign Affairs under cover of diplomatic note number 1050-IE dated December 7, 2004. While service under 28USC 1608(a)(4) is effective upon delivery of the diplomatic note, the documents were subsequently returned to the Foreign Interests Section of the Swiss Embassy in Teheran. Modified on 1/20/2005 (ps, ). (Entered: 08/06/2004) |
| 188 | 08/09/2004 | REPLY MEMORANDUM OF LAW in Support re: 110 MOTION to Dismiss Complaint By Federal |

| # | Date | Proceeding Text |
|---|------|-----------------|
| | | Insurance Plaintiffs and to Quash Service of Process of His Royal Highness Prince Turki Al-Faisal Bin Abdulaziz Al-Saud.. Document filed by Turki Al Faisal Al Saud. (Attachments: # 1 Exhibit A)(Hansen, Mark) (Entered: 08/09/2004) |
| 189 | 08/09/2004 | REPLY MEMORANDUM OF LAW in Support re: 176 MOTION to Dismiss The Amended Complaint.. Document filed by Prince Sultan Bin Abdulaziz Al Saud. (Attachments: # 1 Exhibit 1)(Jeffress, William) (Entered: 08/09/2004) |
| 190 | 08/10/2004 | REPLY MEMORANDUM OF LAW in Support re: 117 MOTION to Dismiss First Amended Complaint of Federal Insurance.. Document filed by Arab Bank, PLC. (Attachments: # 1 Exhibit A# 2 Certificate of Service)(Marooney, Richard) (Entered: 08/10/2004) |
| 191 | 08/20/2004 | CLERK CERTIFICATE OF MAILING of Summons & Complaint mailed to Fadah Al-Thumairy of the Kingdom of Saudi Arabia at the following address: Fahad Al-Thumairy of the Kingdom of Saudi Arabia c/o Edward A. Betancourt, Director of Special Consular Services, US Dept. of State, 2100 Pensylvania Ave. SA-29-4F, Washington DC, 20520 on 8/20/04 by Certified Mail Receipt # 7003 3110 0001 4091 0330. (ps, ) (Entered: 08/23/2004) |
| 192 | 08/20/2004 | CLERK CERTIFICATE OF MAILING of Summons & Complaint mailed to Benevolence International Foundation at the following address: Benevolence International Foundation c/o The Saudi Ministry of Foreign Affairs, POB 55937 Postale Code 11544, Riyadh, Saudi Arabia, on 8/20/04 by Registered Mail # RB 632 959 872. (ps, ) (Entered: 08/23/2004) |
| 193 | 08/20/2004 | CLERK CERTIFICATE OF MAILING of Summons & Complaint mailed to Saudi Joint Relief Committee at the following address: Saudi Joint Relief Committee c/o The Saudi Ministry of Foreign Affairs, POB 55937 Postal Code 11544, Riyadh, Saudi Arabia, on 8/20/04 by Registered Mail # RB 632 959 869. (ps, ) (Entered: 08/23/2004) |
| 194 | 08/20/2004 | CLERK CERTIFICATE OF MAILING of Summons & Complaint mailed to Saudi Red Crescent Committee at the following address: Saudi Red Crescent Committee c/o The Saudi Ministry of Foreign Affairs, POB 55937 Postal Code 11544, Riyadh, Saudi Arabia, on 8/20/04 by Registered Mail # RB 632 959 886. (ps, ) (Entered: 08/23/2004) |
| | 08/20/2004 | CLERK CERTIFICATE OF MAILING RECEIVED for Summons & Complaint mailed to Faha Al Thumairy attn: Edward A. Betancourt, Director of Special Consular Services, US Dept. of State, Washington, DC on 8/20/04 by Certified Mail Receipt # 7003 3110 0001 4091, RECEIVED ON: 8/25/04. Awaiting confirmation from the US Embassy, Riyadh of delivery. (ps, ) (Entered: 09/28/2004) |
| | 08/20/2004 | CLERK CERTIFICATE OF MAILING RECEIVED for Summons & Complaint mailed to Fahad Al-Thumairy on 8/20/04 by Registered Mail # 7003 3110 001 4091 0330, RECEIVED ON: 12/10/04. The American Embassy in Khartoum, Sudan transmitted the summons, complaint and notice of suit to the Ministry of Foreign Affairs of the Republic of Sudan under cover of a diplomatic note No. CONS/11/29/2004/646 dated November 29, 2004. (ps, ) (Entered: 12/14/2004) |
| 195 | 08/26/2004 | REPLY MEMORANDUM OF LAW in Support re: 170 MOTION to Strike Portions of Plaintiffs' Opposition Brief (Dkt. No. 315)., 171 MOTION to Strike Portions of Plaintiffs' Opposition Briefs (Dkt. Nos. 290, 291).. Document filed by African Muslim Agency, Taha Jaber Al-Alwani, M. Omar Ashraf, Muhammad Ashraf, Jamal Barzinji, Grove Corporate,Inc., Heritage Education Trust, International Institute of Islamic Thought, Mar-Jac Investments, Inc., Mena Corporation, M. Yaqub Mirza, Reston Investments, Inc., Safa Trust, Sana-Bell, Inc., Sterling Charitable Gift Fund, Sterling Management Group, York Foundation, Iqbal Yunus. (Sheinbach, Donna) (Entered: 08/26/2004) |
| 196 | 08/27/2004 | MOTION to Dismiss the First Amended Complaint. Document filed by Saudi American Bank. (Polovoy, Brian) (Entered: 08/27/2004) |
| 197 | 08/27/2004 | REPLY MEMORANDUM OF LAW in Support re: 183 MOTION to Dismiss The Complaints.. Document filed by Salman Bin Abdulaziz Al Saud. (Attachments: # 1 Declaration of Sara E. Kropf# 2 Attachment #1# 3 Exhibit A# 4 Exhibit B# 5 Exhibit C# 6 Exhibit D# 7 Attachment #2# 8 Attachment #3# 9 Attachment #4)(Jeffress, William) (Entered: 08/27/2004) |
| 198 | 08/30/2004 | RULE 7.1 DISCLOSURE STATEMENT. Document filed by National Commercial Bank.(Liebman, Ronald) (Entered: 08/30/2004) |
| 199 | 08/30/2004 | RULE 7.1 DISCLOSURE STATEMENT. Document filed by SNCB Corporate Finance Limited, SNCB Securities Limited in London.(Liebman, Ronald) (Entered: 08/30/2004) |
| 200 | 08/30/2004 | MOTION to Dismiss Notice of Motion to Dismiss. Document filed by SNCB Corporate Finance Limited, SNCB Securities Limited in London. (Attachments: # 1 Consolidated Memorandum of Law in Support of Motion to Dismiss of Defendants SNCB Corporate Finance Ltd. and SNCB Securities Ltd.# 2 Affidavit of Mitchell R. Berger# 3 Exhibit 1 - Declaration of Jorge Juco for |

| # | Date | Proceeding Text |
|---|------|-----------------|
| | | SNCB Corporate Finance Ltd.# 4 Exhibit 3 - Declaration of Jorge Juco for SNCB Securities Ltd.# 5 Exhibit 3 - Declaration of Michael John Brindle# 6 Brindle Authorities# 7 Brindle Ex 1# 8 Brindle Ex 2# 9 Brindle Ex 3A# 10 Brindle Ex 3B# 11 Brindle Ex 3C# 12 Brindle Ex 4# 13 Brindle Ex 5# 14 Brindle Ex 6# 15 Brindle Ex 7# 16 Brindle Ex 8# 17 Brindle Ex 9# 18 Brindle Ex 10# 19 Brindle Ex 11# 20 Brindle Ex 12# 21 Brindle Ex 13# 22 Brindle Ex 14# 23 Brindle Ex 15# 24 Brindle Ex 16# 25 Brindle Ex 17# 26 Brindle Ex 18# 27 Brindle Ex 19# 28 Brindle Ex 20# 29 Brindle Ex 21# 30 Brindle Ex 22# 31 Brindle Ex 23# 32 Brindle Ex 24# 33 Brindle Ex 25# 34 Brindle Ex 26# 35 Brindle Ex 27# 36 Brindle Ex 28# 37 Exhibit 4 - RICO Statement Applicable to NCB Entities# 38 Exhibit 5 - Supplemental Declaration of Jorge Juco# 39 Certificate of Service)(Liebman, Ronald) (Entered: 08/30/2004) |
| 201 | 08/30/2004 | MOTION to Dismiss Notice of Motion to Dismiss. Document filed by National Commercial Bank. (Attachments: # 1 Memorandum of Law in Support of Motion to Dismiss of the National Commercial Bank# 2 Affidavit of Mitchell R. Berger# 3 Exhibit 1 - Declaration of Ambassador Chas. W. Freeman, Jr.# 4 Exhibit 2 - Supplementary Declaration by Ambassador Freeman# 5 Exhibit 3 - William J. Burns Letter# 6 Exhibit 4 - Affidavit of Abdallah Bin Hamad Al-Wohaibi# 7 Exhibit 5 - Declaration of Jorge Juco# 8 Exhibit 6 - Supplemental Affidavit of Abdallah Bin Hamad Al-Wohaibi# 9 Exhibit 7 - Declaration of Nizar Bin Obaid Madani# 10 Exhibit 8 - RICO Statement Applicable to NCB Entities# 11 Exhibit 9 - Order# 12 Exhibit 10# 13 Exhibit 11# 14 Certificate of Service)(Liebman, Ronald) (Entered: 08/30/2004) |
| 202 | 09/01/2004 | NOTICE OF APPEARANCE OF DAVID W. BOWKER. Document filed by Mohammed Al Faisal Al Saud. (Cohen, Louis) (Entered: 09/01/2004) |
| 203 | 09/07/2004 | REPLY MEMORANDUM OF LAW in Support re: 152 MOTION to Dismiss.. Document filed by Saudi High Commission. (Attachments: # 1 Affidavit Max Huffman Decl. in Support)(Robbins, Lawrence) (Entered: 09/07/2004) |
| 204 | 09/10/2004 | ENDORSED LETTER (this document relates to 03cv6978) addressed to Judge Richard C. Casey from Sean P. Carter dated 8/31/2004; granting counsel's application to file the insurance schedules for those additional plaintiffs and revised insurance schedules for the original Federal plaintiffs under seal. (Signed by Judge Richard C. Casey on 9/9/2004 Filed In Associated Cases: 1:03-md-01570-RCC,1:03-cv-06978-RCC(kkc, ) (Entered: 09/10/2004) |
| 205 | 09/13/2004 | ENDORSED LETTER (this document relates to 03cv6978) addressed to Judge Richard C. Casey from Elliott R. Feldman dated 9/10/2004; granting counsel's application to file insurance schedules for other new Federal plaintiffs, in addition to ACE and AIG, under seal, consistent with the previous Orders of this Court. (Signed by Judge Richard C. Casey on 9/10/2004 Filed In Associated Cases: 1:03-md-01570-RCC,1:03-cv-06978-RCC(kkc, ) (Entered: 09/13/2004) |
| 209 | 09/16/2004 | ORDER (this document relates to 02cv6977, 03cv9849, 03cv6978); that joint plaintiffs' motion for leave to serve specified defendants by publication pursuant to F.R.C.P. 4(f)(3) is GRANTED, to commence on or after 9/13/2004 and the publication will be once per week for four consecutive weeks in the International Herald Tribune, USA Today and at least one Arabic language newspaper circulated widely in the Middle East, as well as posting the complaint on the web site www.sept11terrorlitigation.com. (Signed by Judge Richard C. Casey on 9/15/2004 Filed In Associated Cases: 1:03-md-01570-RCC,1:02-cv-06977-RCC,1:03-cv-06978-RCC,1:03-cv-09849-RCC(kkc, ) (Entered: 09/16/2004) |
| 210 | 09/23/2004 | ORDER (this document relates to 03cv5738, 03cv9849, 03cv6978, 04cv1923); that John D. Shakow and Deborah S. Burstein of King & Spalding are relieved as two of the attorneys of record for defendant Arab Bank Plc; that defendant Arab Bank Plc shall continue to be represented in this matter by counsel of record Richard A. Cirillo, Richard T. Marooney, Jr. and Jeanette M. Viggiano of the New York office of King & Spalding LLP. (Signed by Judge Richard C. Casey on 9/22/2004 Filed In Associated Cases: 1:03-md-01570-RCC,1:03-cv-05738-RCC,1:03-cv-06978-RCC,1:03-cv-09849-RCC,1:04-cv-01923-RCC(kkc, ) (Entered: 09/23/2004) |
| 214 | 09/24/2004 | CLERK CERTIFICATE OF MAILING of Summons & Complaint mailed to Islamic Relief Organization at the following address: Islamic Relief Organization c/o Edward A Bentacourt, Director of Special Consular Services, 2100 Pennsylvania Ave, Washington, DC 20520 on 9/24/04 by Certified Mail # 7004 1160 0003 3408 5691. (ps, ) Received documents back from the State Department on 10/13/04. Improper service under 28 USC 1608(a)(4). Documents returned to the law firm of Cozen O'Connor. Modified on 10/14/2004 (ps, ). (Entered: 10/01/2004) |
| 215 | 09/24/2004 | CLERK CERTIFICATE OF MAILING of Summons & Complaint mailed to Muslim World League at the following address: Muslim World League c/o Edward A. Bentacourt, Director of Special Consular Services, US Department of State, 1200 Pennsylvania Ave., Washington DC on 9/24/04 by Certified Receipt # 7004 1160 0003 3408 5738. (ps, ) Received documents back from |

| # | Date | Proceeding Text |
|---|------|-----------------|
| | | the State Department on 10/13/04. Improper service under 28 USC 1608(a)(4). Documents returned to the law firm of Cozen O'Connor. Modified on 10/14/2004 (ps, ). (Entered: 10/01/2004) |
| 216 | 09/24/2004 | CLERK CERTIFICATE OF MAILING of Summons & Complaint mailed to Saudi Red Crescent Committee at the following address: Saudi Red Crescent Committee c/o Edward A Betancourt, Director of Special Consular Services, US Department of State, 2100 Pennsylvania Ave., Washington DC on 9/24/04 by Registered Mail # 7004 1160 0003 3408 5745. (ps, ) Received documents back from the State Department on 10/13/04. Improper service under 28 USC 1608(a)(4). Documents returned to the law firm of Cozen O'Connor. Modified on 10/14/2004 (ps, ). Received documents back from the State Department on 10/13/04. Improper service under 28 USC 1608(a)(4). Documents returned to the law firm of Cozen O'Connor. Modified on 10/14/2004 (ps, ). (Entered: 10/01/2004) |
| 217 | 09/24/2004 | CLERK CERTIFICATE OF MAILING of Summons & Complaint mailed to Benevolence Foundation at the following address: Benevolence Foundation c/o Edward A. Betancourt, Director of Special Consular Services, US Department of State, 2100 Pennsylvania Ave., Washington DC on 9/24/04 by Certified Mail # 7004 1160 0003 3408 5714. (ps, ) Received documents back from the State Department on 10/13/04. Improper service under 28 USC 1608(a)(4). Documents returned to the law firm of Cozen O'Connor. Modified on 10/14/2004 (ps, ). (Entered: 10/01/2004) |
| 218 | 09/24/2004 | CLERK CERTIFICATE OF MAILING of Summons & Complaint mailed to Saudi Joint Relief Committe at the following address: Saudi Joint Relief Committe c/o Edward A. Betancourt, Director of Special Consular Services, US Department of State, 2100 Pennsylvania Ave., Washington DC on 9/24/04 by Certified Mail # 7004 1160 0003 3408 5769. (ps, ) Received documents back from the State Department on 10/13/04. Improper service under 28 USC 1608(a)(4). Documents returned to the law firm of Cozen O'Connor. Modified on 10/14/2004 (ps, ). (Entered: 10/01/2004) |
| 219 | 09/24/2004 | CLERK CERTIFICATE OF MAILING of Summons & Complaint mailed to World Assembly of Muslim Youth at the following address: World Assembly of Muslim Youth c/o Edward A. Betancourt, Director of Special Consular Services, US Department of State, 2100 Pennsylvania Ave., Washington DC on 9/24/04 by Certified Mail # 7004 1160 0003 3408 5707. (ps, ) Received documents back from the State Department on 10/13/04. Improper service under 28 USC 1608(a)(4). Documents returned to the law firm of Cozen O'Connor. Modified on 10/14/2004 (ps, ). (Entered: 10/01/2004) |
| 220 | 09/24/2004 | CLERK CERTIFICATE OF MAILING of Summons & Complaint mailed to Al Haramain Islamic Foundation at the following address: Al Haramain Islamic Foundation c/o Edward A. Betancourt, Special Director of Consular Services, US Department of State, 2100 Pennsylvania Ave., Washington DC on 9/24/04 by Certified Mail # 7004 1160 0003 3408 5721. (ps, ) Received documents back from the State Department on 10/13/04. Improper service under 28 USC 1608(a)(4). Documents returned to the law firm of Cozen O'Connor. Modified on 10/14/2004 (ps, ). (Entered: 10/01/2004) |
| 211 | 09/28/2004 | MEMORANDUM OF LAW in Opposition re: 163 MOTION to Dismiss First Amended Complaint with Notice of Motion. THE FEDERAL PLAINTIFFS MEMORANDUM OF LAW IN OPPOSITION TO THE MOTION TO DISMISS FILED BY DEFENDANT INTERNATIONAL ISLAMIC RELIEF ORGANIZATION. Document filed by ALL PLAINTIFFS. (Feldman, Elliot) (Entered: 09/28/2004) |
| 212 | 09/30/2004 | ENDORSED LETTER (this document relates to 02cv6977, 03cv9849, 03cv5738, 03cv6978) addressed to Judge Richard C. Casey from Andrea Bierstein dated 9/27/2004; granting counsel's application for an extension of time to 10/4/2004 to file their opposition papers on the AFG Defendants' motions to dismiss, and that the AFG Defendants would have until 10/29/2004 to file their reply papers. (Signed by Judge Richard C. Casey on 9/29/2004) Filed In Associated Cases: 1:03-md-01570-RCC,1:02-cv-06977-RCC,1:03-cv-05738-RCC,1:03-cv-06978-RCC,1:03-cv-09849-RCC(kkc, ) (Entered: 09/30/2004) |
| 213 | 09/30/2004 | MEMO-ENDORSEMENT ON MOTION GRANTING ATTORNEY ADMISSION PRO HAC VICE. Attorney Jay D. Hanson & Christopher J. Beal for M. Omar Ashraf; Muhammad Ashraf; Jamal Barzinji; Grove Corporate, Inc.; Heritage Education Trust; International Institute of Islamic Thought; Iqbal Unus (Yunus); Mar-Jac Investments, Inc.; Mena Investments; M. Yaqub Mirza; Reston Investments, Inc.; Safa Trust; Sana-Bell, Inc.; Sterling Charitable Gift Fund; Sterling Management Group, Inc.; York Foundation; African Muslim Agency and Taha Jaber Al-Alwani, admitted Pro Hac Vice. (Signed by Judge Richard C. Casey on 9/27/2004) Filed In Associated Cases: 1:03-md-01570-RCC,1:02-cv-06977-RCC,1:03-cv-06978-RCC,1:03-cv-09849-RCC(kkc, ) (Entered: 10/01/2004) |

| # | Date | Proceeding Text |
|---|---|---|
| 221 | 10/08/2004 | MOTION to Dismiss Notice of Motion to Dismiss. Document filed by Islamic Investment Company of the Gulf (Sharjah). (Attachments: # 1)Filed In Associated Cases: 1:03-md-01570-RCC,1:03-cv-06978-RCC(McGuire, James) (Entered: 10/08/2004) |
| 222 | 10/08/2004 | MEMORANDUM OF LAW in Support re: 489 MOTION to Dismiss Notice of Motion to Dismiss.. Document filed by Islamic Investment Company of the Gulf (Sharjah). Filed In Associated Cases: 1:03-md-01570-RCC,1:03-cv-06978-RCC(McGuire, James) (Entered: 10/08/2004) |
| 223 | 10/12/2004 | REPLY MEMORANDUM OF LAW in Support re: 168 MOTION to Dismiss for Lack of Jurisdiction Lack of Personal Jurisdiction.. Document filed by Wa'el Hamza Julaidan. (McMahon, Martin) (Entered: 10/12/2004) |
| 224 | 10/12/2004 | REPLY MEMORANDUM OF LAW in Support re: 167 MOTION to Dismiss for Lack of Jurisdiction Lack of Personal Jurisdiction.. Document filed by Rabita Trust. (McMahon, Martin) (Entered: 10/12/2004) |
| 225 | 10/12/2004 | REPLY MEMORANDUM OF LAW in Support re: 163 MOTION to Dismiss First Amended Complaint with Notice of Motion.. Document filed by International Islamic Relief Organization. (McMahon, Martin) (Entered: 10/12/2004) |
| 226 | 10/12/2004 | REPLY MEMORANDUM OF LAW in Support re: 166 MOTION to Dismiss Failure to State a Claim. MOTION to Dismiss for Lack of Jurisdiction Lack of Subject Matter Jurisdiction. MOTION to Dismiss for Lack of Jurisdiction Lack of Subject Matter Jurisdiction.. Document filed by Al Baraka Investment and Development, Saleh Abdullah Kamel. (McMahon, Martin) (Entered: 10/12/2004) |
| 227 | 10/12/2004 | STIPULATION OF VOLUNTARY DISMISSAL AGAINST DEFENDANT HRH PRINCE BANDAR BIN SULTAN BIN ABDULAZIZ (this document relates to 03cv6978); that the Federal Insurance plaintiffs' First Amended Complaint against defendant Prince Bandar is voluntarily dismissed, without prejudice, each side to bear its own attorneys' fees. (Signed by Judge Richard C. Casey on 10/12/2004) Filed In Associated Cases: 1:03-md-01570-RCC,1:03-cv-06978-RCC(kkc, ) (Entered: 10/13/2004) |
| 228 | 10/14/2004 | FIRST MEMORANDUM OF LAW in Opposition re: 442 MOTION to Dismiss.. Document filed by Tarik Hamdi. Filed In Associated Cases: 1:03-md-01570-RCC,1:03-cv-06978-RCC(Hanania, Maher) (Entered: 10/14/2004) |
| 229 | 10/14/2004 | FIRST MEMORANDUM OF LAW in Opposition re: 442 MOTION to Dismiss.. Document filed by Tarik Hamdi. Filed In Associated Cases: 1:03-md-01570-RCC,1:03-cv-06978-RCC(Hanania, Maher) (Entered: 10/14/2004) |
| 233 | 10/14/2004 | ENDORSED LETTER addressed to Judge Richard C. Casey from Elliott R. Feldman dated 10/7/2004; counsel writes to request that the Court schedule oral argument on the Motion to Dismiss by the Kingdom of Saudi Arabia on October 28. ENDORSEMENT: October 28 is no longer available on the Court's calendar. Oral argument will be held on the Kingdom's motion to dismiss on November 5, 2004 at 11:00 a.m. Courtroom 14C. Counsel is to provide the Court with a schedule of counsel to argue by November 1, 2004. (Signed by Judge Richard C. Casey on 10/14/2004) Filed In Associated Cases: 1:03-md-01570-RCC,1:03-cv-06978-RCC(kkc, ) (Entered: 10/18/2004) |
| 230 | 10/15/2004 | MOTION to Dismiss Notice of Motion to Dismiss. Document filed by DMI Administrative Services, S.A.. (Attachments: # 1)(McGuire, James) (Entered: 10/15/2004) |
| 231 | 10/15/2004 | MEMORANDUM OF LAW in Support re: 499 MOTION to Dismiss Notice of Motion to Dismiss.. Document filed by DMI Administrative Services S.A.. Filed In Associated Cases: 1:03-md-01570-RCC,1:03-cv-06978-RCC(McGuire, James) (Entered: 10/15/2004) |
| 232 | 10/15/2004 | REPLY MEMORANDUM OF LAW in Support re: 374 MOTION to Dismiss and Memorandum of Law in Support of Motion to Dismiss.. Document filed by The Kingdom of Saudi Arabia. Filed In Associated Cases: 1:03-md-01570-RCC,1:03-cv-06978-RCC(Hansen, Mark) (Entered: 10/15/2004) |
| 234 | 10/26/2004 | MEMORANDUM OF LAW in Opposition re: 410 MOTION to Dismiss the Federal Insurance First Amended Complaint. THE FEDERAL PLAINTIFFS? MEMORANDUM OF LAW IN OPPOSITION TO THE MOTION TO DISMISS FILED BY SAUDI AMERICAN BANK. Document filed by Federal Insurance Company et al., Plaintiffs. Filed In Associated Cases: 1:03-md-01570-RCC,1:03-cv-06978-RCC(Feldman, Elliot) (Entered: 10/26/2004) |
| 235 | 10/26/2004 | AFFIRMATION of Sean P. Carter in Opposition re: 410 MOTION to Dismiss the Federal Insurance First Amended Complaint.. Document filed by Federal Insurance Company et al., Plaintiffs. (Attachments: # 1 Exhibit 1# 2 Exhibit 2# 3 Exhibit 3# 4 Exhibit 4# 5 Exhibit 5# 6 Exhibit 6# 7 Exhibit 7# 8 Exhibit 8# 9 Exhibit 9)Filed In Associated Cases: 1:03-md-01570-RCC,1:03-cv- |

EXHIBIT 7, PAGE 338

| # | Date | Proceeding Text |
|---|------|-----------------|
| | | 06978-RCC(Feldman, Elliot) (Entered: 10/26/2004) |
| 236 | 11/01/2004 | ENDORSED LETTER addressed to Judge Richard C. Casey from T. Barry Kingham dated 10/28/04. Granting AFG defendants' request for an extension until 11/5/04 to file their reply memorandum in support of their motion to dismiss. (Signed by Judge Richard C. Casey on 10/29/04) (kw, ) (Entered: 11/01/2004) |
| 237 | 11/01/2004 | MEMORANDUM OF LAW in Opposition re: 416 MOTION to Dismiss Notice of Motion to Dismiss. THE FEDERAL PLAINTIFFS? MEMORANDUM OF LAW IN OPPOSITION TO THE MOTION TO DISMISS FILED BY NATIONAL COMMERCIAL BANK. Document filed by Federal Insurance Company et al., Plaintiffs. Filed In Associated Cases: 1:03-md-01570-RCC,1:03-cv-06978-RCC(Feldman, Elliot) (Entered: 11/01/2004) |
| 238 | 11/01/2004 | AFFIRMATION of Sean P. Carter in Opposition re: 416 MOTION to Dismiss Notice of Motion to Dismiss.. Document filed by Federal Insurance Company et al., Plaintiffs. (Attachments: # 1 Exhibit # 2 Exhibit # 3 Exhibit # 4 Exhibit # 5 Exhibit Part 1 of 4# 6 Errata Part 2 of 4# 7 Exhibit # 8 Exhibit Part 4 of 4)Filed In Associated Cases: 1:03-md-01570-RCC,1:03-cv-06978-RCC(Feldman, Elliot) (Entered: 11/01/2004) |
| 239 | 11/01/2004 | AFFIRMATION of Sean P. Carter in Opposition re: 225 MOTION to Dismiss., 359 MOTION to Dismiss for Lack of Jurisdiction Lack of Personal Jurisdiction., 374 MOTION to Dismiss and Memorandum of Law in Support of Motion to Dismiss., 262 MOTION to Dismiss., 356 MOTION to Dismiss for Lack of Jurisdiction Lack of Personal Jurisdiction.. Document filed by Federal Insurance Company et al., Plaintiffs. (Attachments: # 1 Exhibit)Filed In Associated Cases: 1:03-md-01570-RCC,1:03-cv-06978-RCC(Feldman, Elliot) (Entered: 11/01/2004) |
| 240 | 11/05/2004 | ENDORSED LETTER (this document relates to 03cv6978) addressed to Judge Richard C. Casey from Michael K. Kellogg dated 10/27/2004; granting counsel's application on the briefing schedule for Saudi Joint Relief Committee for Kosovo and Chechnya's motion to dismiss as follows: motion to dismiss will be filed on 1/15/2005; plaintiffs' opposition will be filed on 3/15/2005; and SJRC's reply will be filed on 4/15/2005. (Signed by Judge Richard C. Casey on 11/4/2004) Filed In Associated Cases: 1:03-md-01570-RCC,1:03-cv-06978-RCC(kkc, ) (Entered: 11/05/2004) |
| 241 | 11/05/2004 | ENDORSED LETTER (this document relates to 03cv6978) addressed to Judge Richard C. Casey from Michael K. Kellogg dated 10/29/2004; counsel writes to advise that Court that he will present the Kingdom of Saudi Arabia's argument in support of the motion to dismiss, and Messrs. Stephen A. Cozen and Sean P. Carter will argue on opposition on behalf of the Federal Insurance plaintiffs. The Kingdom believes that 30 minutes per side for the argument, including rebuttal, will be sufficient. The Federal Insurance plaintiffs request 45 minutes per side. ENDORSEMENT: The Court has allotted 60 minutes total for the argument. (Signed by Judge Richard C. Casey on 11/4/2004) Filed In Associated Cases: 1:03-md-01570-RCC,1:03-cv-06978-RCC(kkc, ) (Entered: 11/05/2004) |
| 242 | 11/05/2004 | ENDORSED LETTER (this document relates to 03cv6978) addressed to Judge Richard C. Casey from J. Scott tarbutton dated 10/22/2004; granting counsel's application that Ayadi Chafiq Bin Muhammed and Mohammed Omeish be added to the publication list. (Signed by Judge Richard C. Casey on 11/4/2004) Filed In Associated Cases: 1:03-md-01570-RCC,1:03-cv-06978-RCC(kkc, ) (Entered: 11/05/2004) |
| 243 | 11/10/2004 | STIPULATION OF VOLUNTARY DISMISSAL (this document relates to 03cv6978) of Plaintiff's First Amended Complaint against Defendants HRH Prince Abdullah Al Faisal Bin Abdulaziz Al Saud, Mohammed Bin Abdulrahman Al Ariefy, and Alfaisaliah Group (a/k/a Faisal Group Holding Co.) pursuant to F.R.C.P. 41(a)(a), without prejudice, each side to bear its own attorneys' fees, costs, and expenses. (Signed by Judge Richard C. Casey on 11/8/2004) Filed In Associated Cases: 1:03-md-01570-RCC,1:03-cv-06978-RCC(kkc, ) (Entered: 11/10/2004) |
| 244 | 11/19/2004 | STIPULATION AND ORDER (this document relates to 02cv6977, 03cv7036, 03cv6978); dismissing defendants SNCB Corporate Finance Ltd., SNCB Securities Ltd. (London), and SNCB Securities Ltd. (New York) without prejudice, each side to bear its own attorneys' fees, costs, and expenses. (Signed by Judge Richard C. Casey on 11/18/2004) Filed In Associated Cases: 1:03-md-01570-RCC,1:02-cv-06977-RCC,1:03-cv-06978-RCC,1:03-cv-07036-RCC(kkc, ) (Entered: 11/19/2004) |
| 245 | 11/24/2004 | STIPULATION AND ORDER (this document relates to 02cv6977, 03cv7036, 03cv6978); dismissing defendants SNCB Corporate Finance Ltd., SNCB Securities Ltd. (London), and SNCB Securities Ltd. (New York) without prejudice, each side to bear its own attorneys' fees, costs, and expenses. (Signed by Judge Richard C. Casey on 11/23/2004) Filed In Associated Cases: 1:03-md-01570-RCC,1:02-cv-06977-RCC,1:03-cv-06978-RCC,1:03-cv-07036-RCC(kkc, ) (Entered: |

| # | Date | Proceeding Text |
|---|------|-----------------|
| | | 11/24/2004) |
| 246 | 11/24/2004 | STIPULATION of Dismissal of Salahuddin Abduljawad (this document relates to 03cv6978); dismissing defendant Salahuddin Abduljawad, without prejudice, each side to bear its own attorney's fees, costs, and expenses. (Signed by Judge Richard C. Casey on 11/22/2004) Filed In Associated Cases: 1:03-md-01570-RCC,1:03-cv-06978-RCC(kkc, ) (Entered: 11/24/2004) |
| 247 | 11/29/2004 | REPLY MEMORANDUM OF LAW in Support re: 201 MOTION to Dismiss Notice of Motion to Dismiss. Reply Memorandum of the National Commercial Bank in Support of its Motion to Dismiss. Document filed by National Commercial Bank. (Attachments: # 1 Certificate of Service)(Liebman, Ronald) (Entered: 11/29/2004) |
| 248 | 12/03/2004 | REPLY MEMORANDUM OF LAW in Support re: 295 MOTION to Dismiss or in the Alternative for a More Definite Statement.. Document filed by Yassin Abdullah Kadi. Filed In Associated Cases: 1:03-md-01570-RCC,1:02-cv-06977-RCC,1:02-cv-07300-RCC-FM,1:03-cv-05071-RCC,1:03-cv-05493-RCC, 1:03-cv-05738-RCC,1:03-cv-06978-RCC,1:03-cv-07036-RCC,1:03-cv-09848-RCC,1:03-cv-09849-RCC, 1:04-cv-01076-RCC,1:04-cv-01922-RCC,1:04-cv-01923-RCC,1:04-cv-07065-RCC(Saltarelli, Joseph) (Entered: 12/03/2004) |
| 249 | 12/03/2004 | DECLARATION of Joseph J. Saltareill in Support re: 295 MOTION to Dismiss or in the Alternative for a More Definite Statement.. Document filed by Yassin Abdullah Kadi. (Attachments: # 1 Exhibit A to Declaration of Joseph J. Saltarelli)Filed In Associated Cases: 1:03-md-01570-RCC,1:02-cv-06977-RCC,1:02-cv-07300-RCC-FM,1:03-cv-05071-RCC,1:03-cv-05493-RCC, 1:03-cv-05738-RCC,1:03-cv-06978-RCC,1:03-cv-07036-RCC,1:03-cv-09848-RCC,1:03-cv-09849-RCC, 1:04-cv-01076-RCC,1:04-cv-01922-RCC,1:04-cv-01923-RCC,1:04-cv-07065-RCC(Saltarelli, Joseph) (Entered: 12/03/2004) |
| 256 | 12/03/2004 | MARSHAL'S PROCESS RECEIPT AND RETURN OF SERVICE EXECUTED Summons and Amended Complaint served. Mohamed Sadeek Odeh served on 12/3/2004, answer due 12/23/2004. Document filed by Federal Insurance Company ; Federal Insurance Company et al., Plaintiffs ; Fidelity and Casualty Company of New York ; Fidelity and Deposit Company of Maryland ; Glens Falls Insurance Company ; Great Lakes Reinsurance U.K. PLC ; Great Northern Insurance Company ; Hiscox Dedicated Corporate Member, Ltd. ; Homeland Insurance Company of New York ; Maryland Casualty Company ; National Ben Franklin Insurance Company of Illinois ; North River Insurance Company ; Northern Insurance Company of New York ; One Beacon America Insurance Company ; One Beacon Insurance Company ; Pacific Indemnity Company ; Seneca Insurance Company, Inc. ; Steadfast Insurance Company ; The Camden Fire Insurance Association ; The Princeton Excess & Surplus Lines Insurance Company ; United States Fire Insurance Company ; Valiant Insurance Company ; Vigilant Insurance Company ; Zurich American Insurance Company. (jco, ) (Entered: 12/15/2004) |
| 250 | 12/06/2004 | ORDER OF DISMISSAL (this document relates to 02cv6977, 03cv7036, 03cv6978); that plaintiffs' motion to voluntarily dismiss the following defendants from 02cv6977, 03cv7036, 03cv6978 be granted: Mustafa Muhammed Ahmad; al Anwa; Abdulaziz Bin Hamad al Gosaibi; Rashid M. al Romaizan; Tarek Ayoubi; Abdullah Bin Said; Salch Gazaz; Khalil A. Kordi; Mohammed Nur Rahimi; Abu Agab; al Amn al Dakhili; al Amn al Khariji; Abdul Rahim Mohammed Hussein; Noor Jalil; Maulvi Abdul Kabir; and Jalil Shinwari. (Signed by Judge Richard C. Casey on 12/6/2004) Filed In Associated Cases: 1:03-md-01570-RCC,1:02-cv-06977-RCC,1:03-cv-06978-RCC,1:03-cv-07036-RCC(kkc, ) (Entered: 12/07/2004) |
| 251 | 12/07/2004 | MEMORANDUM OF LAW in Opposition re: 489 MOTION to Dismiss Notice of Motion to Dismiss. The Federal Plaintiffs' Memorandum of Law in Opposition to the Motion to Dismiss filed by Islamic Investment Company of the Gulf (Sharjah). Document filed by Federal Insurance Company et al., Plaintiffs. Filed In Associated Cases: 1:03-md-01570-RCC,1:03-cv-06978-RCC(Feldman, Elliot) (Entered: 12/07/2004) |
| 252 | 12/08/2004 | MOTION to Dismiss. Document filed by Abdulrahman Alamoudi. (Hanania, Maher) (Entered: 12/08/2004) |
| 253 | 12/08/2004 | ANSWER to Complaint with JURY DEMAND. Document filed by Abdulrahman Alamoudi.(Hanania, Maher) (Entered: 12/08/2004) |
| 257 | 12/09/2004 | MARSHAL'S PROCESS RECEIPT AND RETURN OF SERVICE EXECUTED Summons and Amended Complaint served. Mamdouh Mahmud Salim served on 10/29/2004, answer due 11/18/2004. Document filed by Federal Insurance Company et al., Plaintiffs. (jco, ) (Entered: 12/15/2004) |
| 258 | 12/09/2004 | MARSHAL'S PROCESS RECEIPT AND RETURN OF SERVICE EXECUTED Summons and Amended Complaint served. Wadih El-Hage served on 10/29/2004, answer due 11/18/2004. Document filed by Federal Insurance Company et al., Plaintiffs. (jco, ) (Entered: 12/15/2004) |

| # | Date | Proceeding Text |
|---|------|-----------------|
| 254 | 12/14/2004 | MEMORANDUM OF LAW in Opposition re: 499 MOTION to Dismiss Notice of Motion to Dismiss. THE FEDERAL PLAINTIFFS? MEMORANDUM OF LAW IN OPPOSITION TO THE MOTION TO DISMISS FILED BY DMI ADMINISTRATIVE SERVICES, S.A.. Document filed by Federal Insurance Company et al., Plaintiffs. Filed In Associated Cases: 1:03-md-01570-RCC,1:03-cv-06978-RCC(Feldman, Elliot) (Entered: 12/14/2004) |
| 255 | 12/14/2004 | MEMORANDUM OF LAW in Opposition re: 499 MOTION to Dismiss Notice of Motion to Dismiss. Memorandum of Law in Opposition to 498 not 499 . Docket entry 498 does not appear on the ECF system of related Motions. THE FEDERAL PLAINTIFFS? MEMORANDUM OF LAW IN OPPOSITION TO THE MOTION TO DISMISS FILED BY TARIK HAMDI. Document filed by Federal Insurance Company et al., Plaintiffs. Filed In Associated Cases: 1:03-md-01570-RCC,1:03-cv-06978-RCC(Feldman, Elliot) (Entered: 12/14/2004) |
| 259 | 12/15/2004 | REPLY MEMORANDUM OF LAW in Support re: 196 MOTION to Dismiss the First Amended Complaint.. Document filed by Saudi American Bank. (Weisburg, Henry) (Entered: 12/15/2004) |
| 260 | 12/21/2004 | REPLY MEMORANDUM OF LAW in Support re: 489 MOTION to Dismiss Notice of Motion to Dismiss.. Document filed by Islamic Investment Company of the Gulf (Sharjah). Filed In Associated Cases: 1:03-md-01570-RCC,1:03-cv-06978-RCC(McGuire, James) (Entered: 12/21/2004) |
| 261 | 12/22/2004 | ENDORSED LETTER (this document relates to 03cv6978) addressed to Judge Richard C. Casey from Sean P. Carter dated 12/10/2004; granting counsel's application for an extension of the deadline for effecting service via publication up to and including 3/1/2005. (Signed by Judge Richard C. Casey on 12/21/2004) Filed In Associated Cases: 1:03-md-01570-RCC,1:03-cv-06978-RCC(kkc, ) (Entered: 12/22/2004) |
| 262 | 01/03/2005 | STIPULATION AND ORDER (this document relates to 03cv6978); regarding service of process and extension of time to respond to complaints consolidated under MDL 1570 as to defendant Ahmed Totonji. The time for Ahmed Totonji to answer or otherwise respond to the complaint shall be on or before 3/28/2005. All other deadlines are set forth in this Stipulation. (Signed by Judge Richard C. Casey on 12/27/2004) Filed In Associated Cases: 1:03-md-01570-RCC,1:03-cv-06978-RCC(kkc, ) (Entered: 01/04/2005) |
| 263 | 01/03/2005 | STIPULATION AND ORDER (this document relates to 03cv6978); regarding service of process and extension of time to respond to complaints consolidated under MDL 1570 as to defendant Mohammed Jaghlit. The time for Mohammed Jaghlit to answer or otherwise respond to the complaint shall be on or before 3/28/2005. All other deadlines are set forth in this Stipulation. (Signed by Judge Richard C. Casey on 12/27/2004) Filed In Associated Cases: 1:03-md-01570-RCC,1:03-cv-06978-RCC(kkc, ) (Entered: 01/04/2005) |
| 264 | 01/03/2005 | STIPULATION AND ORDER (this document relates to 03cv6978, 02cv6977, 03cv9849, 04cv7065, 04cv5970, 04cv7279, 04cv6105, 04cv1923, 04cv7280); regarding service of process and extension of time to respond to complaints consolidated under MDL 1570 as to defendants Al Haramain Islamic Foundation, Inc. (U.S.A.) and Perouz Sedaghaty. The time for Al Haramain Islamic Foundation, Inc. (U.S.A.) and Perouz Sedaghaty to answer or otherwise respond to the complaint shall be on or before 2/7/2005. All other deadlines are set forth in this Stipulation. (Signed by Judge Richard C. Casey on 12/27/2004) Filed In Associated Cases: 1:03-md-01570-RCC,1:02-cv-06977-RCC,1:03-cv-06978-RCC,1:03-cv-09849-RCC,1:04-cv-01923-RCC, 1:04-cv-05970-RCC,1:04-cv-06105-RCC,1:04-cv-07065-RCC,1:04-cv-07279-RCC,1:04-cv-07280-RCC(kkc, ) (Entered: 01/04/2005) |
| 265 | 01/04/2005 | REPLY MEMORANDUM OF LAW in Support re: 499 MOTION to Dismiss Notice of Motion to Dismiss.. Document filed by DMI Administrative Services S.A.. Filed In Associated Cases: 1:03-md-01570-RCC,1:03-cv-06978-RCC(McGuire, James) (Entered: 01/04/2005) |
| 266 | 01/14/2005 | ORDER granting Motion for Donna M. Sheinbach to Withdraw as Attorney. (Signed by Judge Richard C. Casey on 1/14/2005) Filed In Associated Cases: 1:03-md-01570-RCC,1:02-cv-06977-RCC,1:02-cv-07300-RCC-FM,1:03-cv-05071-RCC,1:03-cv-05493-RCC, 1:03-cv-05738-RCC,1:03-cv-06978-RCC,1:03-cv-07036-RCC,1:03-cv-09848-RCC,1:03-cv-09849-RCC, 1:04-cv-01076-RCC,1:04-cv-01922-RCC,1:04-cv-01923-RCC,1:04-cv-05970-RCC,1:04-cv-06105-RCC, 1:04-cv-07065-RCC,1:04-cv-07216-RCC,1:04-cv-07279-RCC,1:04-cv-07280-RCC,1:04-cv-07281-RCC(kkc, ) (Entered: 01/14/2005) |
| 267 | 01/17/2005 | MOTION to Dismiss & Memorandum of Law in Support of Motion to Dismiss of the Saudi Joint Relief Committee. Document filed by Saudi Joint Relief Committee. (Attachments: # 1 Memorandum of Law in Support of Motion to Dismiss of the Saudi Joint Relief Committee# 2 Declaration of Dr. Adbulrahman A. Al-Suwailem# 3 Exhibit A to Al-Suwailem Declaration# 4 Exhibit B to Al-Suwailem Declaration# 5 Exhibit C to Al-Suwailem Declaration# 6 Exhibit D to Al- |

| # | Date | Proceeding Text |
|---|---|---|
| | | Suwailem Declaration# 7 Exhibit E to Al-Suwailem Declaration# 8 Exhibit F to Al-Suwailem Declaration# 9 Declaration of Hassan M. S. Mahassni# 10 Text of Proposed Order)(Hansen, Mark) (Entered: 01/17/2005) |
| 268 | 01/18/2005 | OPINION and ORDER #91124 (this document relates to 02cv6977, 02cv7300, 03cv5071, 03cv5738, 03cv6978, 03cv7036, 03cv8591, 03cv9849); that for the reasons set forth in this Opinion and Order, Prince Sultan bin Abdulaziz Al-Saud's motions to dismiss the Burnett, Ashton, Tremsky, Salvo, Barrera, and Federal Insurance complaints for lack of subject matter and personal jurisdiction are granted. Prince Turki bin Abdulaziz Al-Faisal's motions to dismiss the Burnett, Ashton, Tremsky, Salvo, Barrera, and Federal insurance complaints for lack of subject matter and personal jurisdiction are granted. The Kingdom of Saudi Arabia's motion to dismiss the Federal Insurance and Vigilant Insurance complaint for lack of subject matter jurisdiction are granted. Prince Mohamed Al-Faisal Al-Saud's motions to dismiss the Ashton and Federal Insurance complaints for lack of personal jurisdiction are granted. Mohammad Abdullah Aljomaih's motion to dismiss the Burnett complaint for lack of personal jurisdiction is granted. Sheikh Hamad al Husani's motion to dismiss the Burnett complaint for lack of personal jurisdiction is granted. Abdulrahman bin Mahfouz's motion to dismiss the Burnett complaint for lack of personal jurisdiction is granted. Tariq, Omar and Bakr Binladin's motion to dismiss the Burnett complaint for lack of personal jurisdiction is granted. Al Rajhi Banking & Investment Corporation's motion to dismiss the Burnett complaint for failure to state a claim is granted. Saudi American Bank's motions to dismiss the Burnett and Ashton complaints for failure to state a claim are granted. Arab Bank's motions to dismiss the Burnett and Federal Insurance complaints for failure to state a claim are granted. Al Baraka and Saleh Abdullah Kamel's motions to dismiss the Burnett and Ashton complaints for failure to state a claim are granted. National Commercial Bank's motions to dismiss the Burnett and Ashton complaints for lack of subject matter and personal jurisdiction are denied without prejudice. The Burnett and Ashton negligence claims against National Commercial Bank are dismissed for failure to state a claim. The Saudi Binladin Group's motions to dismiss the Burnett and Ashton complaints for lack of personal jurisdiction and failure to state a claim are denied without prejudice, but the TVPA and negligence claims against SBG are dismissed. The SAAR Network (African Muslim Agency, Grove Corporate, Inc., Heritage Education Trust, International Institute of Islamic Thought, Mar-Jac Investments, Inc., Mena Corporation, Reston Investments, Inc., Safa Trust, Sana-Bell Inc., Sterling Charitable Gift Fund, Sterling Management Group, Inc., and York Foundation)'s motion to dismiss the Federal complaint for lack of personal jurisdiction and failure to state a claim is denied without prejudice. The RICO, TVPA, assault and battery, intentional infliction of emotional distress, and negligence claims against the SAAR Network are dismissed. Adel Batterjee's motion to dismiss the Burnett complaint is denied. (Signed by Judge Richard C. Casey on 1/18/2005) Filed In Associated Cases: 1:03-md-01570-RCC,1:02-cv-06977-RCC,1:02-cv-07300-RCC-FM,1:03-cv-05071-RCC,1:03-cv-05738-RCC, 1:03-cv-07036-RCC,1:03-cv-08591-RCC,1:03-cv-09849-RCC(kkc, ) (Entered: 01/18/2005) |
| 269 | 01/26/2005 | STIPULATION AND ORDER (this document relates to 03cv6978); withdrawing certain allegations of the Federal Plaintiffs' First Amended Complaint and RICO Statement pertaining to Prince Mohamed Al Faisal Al Saud, as set forth in this Stipulation. (Signed by Judge Richard C. Casey on 1/25/2005) Filed In Associated Cases: 1:03-md-01570-RCC,1:03-cv-06978-RCC(kkc, ) (Entered: 01/26/2005) |
| 270 | 01/27/2005 | ORDER ADMITTING ATTORNEY PRO HAC VICE. Attorney Karla J. Letsche for Cherif Sedky admitted Pro Hac Vice. (Signed by Judge Richard C. Casey on 1/27/2005) Filed In Associated Cases: 1:03-md-01570-RCC,1:02-cv-06977-RCC,1:03-cv-06978-RCC,1:03-cv-09849-RCC,1:04-cv-05970-RCC, 1:04-cv-06105-RCC,1:04-cv-07279-RCC,1:04-cv-07280-RCC(kkc, ) (Entered: 01/27/2005) |
| 271 | 01/27/2005 | STIPULATION AND ORDER (this document relates to 03cv6978, 02cv6977, 03cv9849, 03cv5738, 04cv7065, 04cv5970, 04cv7279, 04cv6105, 04cv1923, 04cv7280); that plaintiffs pursuing claims for relief under the RICO Act shall serve their respective RICO Statements concerning the stipulating defendants on or before 3/31/2005. The time for defendants Sulaiman Abdulaziz Al Rajhi, Abdullah Sulaiman Al Rajhi, Omar Sulaiman Al Rajhi, Khalid Sulaiman Al Rajhi, and Saleh Abdulaziz Al Rajhi to answer or otherwise respond to the complaint in each of the cases in which they are defendants, shall be on or before 4/29/2005. All other agreements are set forth in this Stipulation. (Signed by Judge Richard C. Casey on 1/27/2005) Filed In Associated Cases: 1:03-md-01570-RCC,1:02-cv-06977-RCC,1:03-cv-05738-RCC,1:03-cv-06978-RCC,1:03-cv-09849-RCC, 1:04-cv-01923-RCC,1:04-cv-05970-RCC,1:04-cv-06105-RCC,1:04-cv-07065-RCC,1:04-cv-07279-RCC, 1:04-cv-07280-RCC(kkc, ) (Entered: 01/27/2005) |

| # | Date | Proceeding Text |
|---|---|---|
| 272 | 02/04/2005 | MEMORANDUM OF LAW in Opposition re: 443 MOTION to Dismiss. THE FEDERAL PLAINTIFFS? MEMORANDUM OF LAW IN OPPOSITION TO THE MOTION TO DISMISS FILED BY ABDULRAHMAN ALAMOUDI. Document filed by Federal Insurance Company et al., Plaintiffs. Filed In Associated Cases: 1:03-md-01570-RCC,1:03-cv-06978-RCC(Feldman, Elliot) (Entered: 02/04/2005) |
| 273 | 02/04/2005 | AFFIDAVIT of Sean P. Carter in Opposition re: 443 MOTION to Dismiss.. Document filed by Federal Insurance Company et al., Plaintiffs. (Attachments: # 1 Exhibit 1# 2 Exhibit 2# 3 Exhibit 3# 4 Exhibit 4# 5 Exhibit 5# 6 Exhibit 6# 7 Exhibit 7 (part 1)# 8 Exhibit 7 (part 2)# 9 Exhibit 7 (part 3)# 10 Exhibit 7 (part 4)# 11 Exhibit 7 (part 5))Filed In Associated Cases: 1:03-md-01570-RCC,1:03-cv-06978-RCC(Feldman, Elliot) (Entered: 02/04/2005) |
| 274 | 02/07/2005 | ENDORSED LETTER (this document relates to 03cv6978) addressed to Judge Richard C. Casey from Sean P. Carter dated 1/31/2005; the Federal Insurance plaintiffs consent to the briefing schedule proposed in Al Rajhi Banking & Investment Corporation's 12/30/2004 letter motion. So Ordered. (Signed by Judge Richard C. Casey on 2/7/2005) Filed In Associated Cases: 1:03-md-01570-RCC,1:03-cv-06978-RCC(kkc, ) (Entered: 02/07/2005) |
| 291 | 02/28/2005 | (1) CLERK CERTIFICATE OF MAILING of Summons & Second Amended Complaint mailed to Erwin Wachter at the following address: Erwin Wachter Asat Trust Reg., Altenbach 8, 9490 Vaduz, Liechtenstein, on 2/28/05 by Registered Mail # RB 632 969 733. (2) CLERK CERTIFICATE OF MAILING of Summons & Second Amended Complaint mailed to Erwin Wachter at the following address: Erwin Wachter Treuhand-u. Verwaltungsburo, Altenbach 1, 9490 Vaduz, Liechtenstein, on 2/28/05 by Registered Mail # RB 632 969 720. (3) CLERK CERTIFICATE OF MAILING of Summons & Second Amended Complaint mailed to Secor Treuhand Anstalt at the following address: Secor Hreuhand Anstalt, Kirkstrass 39, 9490 Vaduz, Liechtenstein, on 2/28/05 by Registered Mail # RB 632 969 693. (4) CLERK CERTIFICATE OF MAILING of Summons & Second Amended Complaint mailed to Asat Trust Reg. at the following address: Asat Trust Reg., Altenbach 8, 9490 Vaduz, Liechtenstein, on 2/28/05 by Registered Mail # RB 632 969 764. (5) CLERK CERTIFICATE OF MAILING of Summons & Second Amended Complaint mailed to Schreiber & Zindel at the following address: Schreiber and Zindel, Treuhand-Anstalt, Krichstrasse 39, FL-9490 Vaduz, Liechtenstein, on 2/28/05 by Registered Mail # RB 632 969 716. (6) CLERK CERTIFICATE OF MAILING of Summons & Second Amended Complaint mailed to Dr. Frank Zindel at the following address: Dr. Frank Zindel, Sonnblickstrasse 7, 9490 Vaduz, Liechtenstein, on 2/28/05 by Registered Mail # RB 632 969 680. (7) CLERK CERTIFICATE OF MAILING of Summons & Second Amended Complaint mailed to Engelbert Schreiber, Jr. at the following address: Schreiber and Zindel, Treuhand-Anstalt, Kirchstrasse 39, FL9490 Vaduz, Liechtenstein, on 2/28/05 by Registered Mail # RB 632 969 747. (8) CLERK CERTIFICATE OF MAILING of Summons & Second Amended Complaint mailed to Engelbert Schreiber at the following address: Engelbert Schreiber, Kirchstr. 39, Privat, 9490 Vaduz, Liechtenstein, on 2/28/05 by Registered Mail # RB 632 969 702. (9) CLERK CERTIFICATE OF MAILING of Summons & Second Amended Complaint mailed to Engel Bert Schreiber at the following address: Engelbert Schreiber, Schreiber and Zindel, Treuhand-Anstalt, Kirchstrasse 39, FL-9490 Vaduz, Liechtenstein, on 2/28/05 by Registered Mail # RB 632 969 755. (10) CLERK CERTIFICATE OF MAILING of Summons & Second Amended Complaint mailed to Martin Wachter at the following address: Erwin Wachter, Asat Trust Reg., Altenbach 8, 9490 Vaduz, Liechtenstein, on 2/28/05 by Registered Mail # RB 632 969 778. (ps, ) Additional attachment(s) added on 3/4/2005. Filed In Associated Cases: 1:03-md-01570-RCC,1:02-cv-06977-RCC,1:02-cv-07300-RCC-FM,1:03-cv-05071-RCC,1:03-cv-05738-RCC, 1:03-cv-06978-RCC,1:03-cv-07036-RCC,1:03-cv-08591-RCC,1:03-cv-09848-RCC,1:03-cv-09849-RCC, 1:04-cv-01076-RCC,1:04-cv-01922-RCC,1:04-cv-01923-RCC,1:04-cv-05970-RCC,1:04-cv-06105-RCC, 1:04-cv-07065-RCC,1:04-cv-07216-RCC,1:04-cv-07279-RCC,1:04-cv-07280-RCC,1:04-cv-07281-RCC(ps, ) (Entered: 03/21/2005) |
| 292 | 02/28/2005 | (1) CLERK CERTIFICATE OF MAILING of Summons & Second Amended Complaint mailed to Erwin Wachter at the following address: Erwin Wachter Treuhand-u. Verwaltungsburo, Altenbach 1, 9490 Vaduz, Liechtenstein, on 2/28/05 by Registered Mail # RB 632 969 781. (2) CLERK CERTIFICATE OF MAILING of Summons & Second Amended Complaint mailed to Dr. Frank Zindel at the following address: Dr. Frank Zindel, Sonnblickstrasse 7, 9490 Vaduz, Liechtenstein, on 2/28/05 by Registered Mail # RB 632 969 795. (3) CLERK CERTIFICATE OF MAILING of Summons & Second Amended Complaint mailed to Engelbert Schreiber at the following address: Engelbert Schreiber, Kirkstrass 39, Privat, 9490 Vaduz, Liechtenstein, on 2/28/05 by Registered Mail # RB 632 969 804.(4) CLERK CERTIFICATE OF MAILING of Summons & Second Amended Complaint mailed to Schreiber & Zindel at the following address: Schreiber and Zindel, |

| # | Date | Proceeding Text |
|---|------|-----------------|
| | | Treuhand-Anstalt, Krichstrasse 39, FL-9490 Vaduz, Liechtenstein, on 2/28/05 by Registered Mail # RB 632 969 818.(5) CLERK CERTIFICATE OF MAILING of Summons & Second Amended Complaint mailed to Asat Trust Reg. at the following address: Asat Trust Reg., Altenbach 8, 9490 Vaduz, Liechtenstein, on 2/28/05 by Registered Mail # RB 632 969 821. (6) CLERK CERTIFICATE OF MAILING of Summons & Second Amended Complaint mailed to Engelbert Schreiber, Jr. at the following address: Schreiber and Zindel, Treuhand-Anstalt, Kirchstrasse 39, FL-9490 Vaduz, Liechtenstein, on 2/28/05 by Registered Mail # RB 632 969 835. (7) CLERK CERTIFICATE OF MAILING of Summons & Second Amended Complaint mailed to Martin Wachter at the following address: Martin Wachter, Asat Trust Reg., Altenbach 8, 9490 Vaduz, Liechtenstein, on 2/28/05 by Registered Mail # RB 632 969 849. (8) CLERK CERTIFICATE OF MAILING of Summons & Second Amended Complaint mailed to Engelbert Schreiber at the following address: Engelbert Schreiber, Schreiber and Zindel, Truehand-Ansalt, Kirchstr. 39, FL-9490 Vaduz, Liechtenstein, on 2/28/05 by Registered Mail # RB 632 969 866. (9) CLERK CERTIFICATE OF MAILING of Summons & Second Amended Complaint mailed to Secor Treuhand Anstalt at the following address: Secor Hreuhand Anstalt, Kirkstrass 39, 9490 Vaduz, Liechtenstein, on 2/28/05 by Registered Mail # RB 632 969 866(?). (10) CLERK CERTIFICATE OF MAILING of Summons & Second Amended Complaint mailed to Erwin Wachter at the following address: Erwin Wachter Asat Trust Reg., Altenbach 8, 9490 Vaduz, Liechtenstein, on 2/28/05 by Registered Mail # RB 632 969 870. Filed In Associated Cases: 1:03-md-01570-RCC,1:02-cv-06977-RCC,1:02-cv-07300-RCC-FM,1:03-cv-05071-RCC,1:03-cv-05738-RCC, 1:03-cv-06978-RCC,1:03-cv-07036-RCC,1:03-cv-08591-RCC,1:03-cv-09848-RCC,1:03-cv-09849-RCC, 1:04-cv-01076-RCC,1:04-cv-01922-RCC,1:04-cv-01923-RCC,1:04-cv-05970-RCC,1:04-cv-06105-RCC, 1:04-cv-07065-RCC,1:04-cv-07216-RCC,1:04-cv-07279-RCC,1:04-cv-07280-RCC,1:04-cv-07281-RCC(ps, ) (Entered: 03/21/2005) |
| | 02/28/2005 | CLERK CERTIFICATE OF MAILING RECEIVED for Summons & Second Amended Complaint mailed to Matin Wachter, Asat Trust Reg. on 2/28/05 by Registered Mail # RB 632 969 849, RECEIVED ON: 3/14/05. Filed In Associated Cases: 1:03-md-01570-RCC,1:02-cv-06977-RCC,1:02-cv-07300-RCC-FM,1:03-cv-05071-RCC,1:03-cv-05738-RCC, 1:03-cv-06978-RCC,1:03-cv-07036-RCC,1:03-cv-08591-RCC,1:03-cv-09848-RCC,1:03-cv-09849-RCC, 1:04-cv-01076-RCC,1:04-cv-01922-RCC,1:04-cv-01923-RCC,1:04-cv-05970-RCC,1:04-cv-06105-RCC, 1:04-cv-07065-RCC,1:04-cv-07216-RCC,1:04-cv-07279-RCC,1:04-cv-07280-RCC,1:04-cv-07281-RCC(ps, ) (Entered: 03/21/2005) |
| | 02/28/2005 | CLERK CERTIFICATE OF MAILING RECEIVED for Summons and Second Amended Complaint mailed to Asat Trust Reg. on 2/28/05 by Registered Mail # RB 632 969 821, RECEIVED ON: 3/14/05. Filed In Associated Cases: 1:03-md-01570-RCC,1:02-cv-06977-RCC,1:02-cv-07300-RCC-FM,1:03-cv-05071-RCC,1:03-cv-05738-RCC, 1:03-cv-06978-RCC,1:03-cv-07036-RCC,1:03-cv-08591-RCC,1:03-cv-09848-RCC,1:03-cv-09849-RCC, 1:04-cv-01076-RCC,1:04-cv-01922-RCC,1:04-cv-01923-RCC,1:04-cv-05970-RCC,1:04-cv-06105-RCC, 1:04-cv-07065-RCC,1:04-cv-07216-RCC,1:04-cv-07279-RCC,1:04-cv-07280-RCC,1:04-cv-07281-RCC(ps, ) (Entered: 03/21/2005) |
| | 02/28/2005 | CLERK CERTIFICATE OF MAILING RECEIVED for Summons & Second Amended Complaint mailed to Asat Trust Reg. on 2/28/05 by Registered Mail # RB 632 969 764, RECEIVED ON: 3/14/05. Filed In Associated Cases: 1:03-md-01570-RCC,1:02-cv-06977-RCC,1:02-cv-07300-RCC-FM,1:03-cv-05071-RCC,1:03-cv-05738-RCC, 1:03-cv-06978-RCC,1:03-cv-07036-RCC,1:03-cv-08591-RCC,1:03-cv-09848-RCC,1:03-cv-09849-RCC, 1:04-cv-01076-RCC,1:04-cv-01922-RCC,1:04-cv-01923-RCC,1:04-cv-05970-RCC,1:04-cv-06105-RCC, 1:04-cv-07065-RCC,1:04-cv-07216-RCC,1:04-cv-07279-RCC,1:04-cv-07280-RCC,1:04-cv-07281-RCC(ps, ) (Entered: 03/21/2005) |
| | 02/28/2005 | CLERK CERTIFICATE OF MAILING RECEIVED for Summons & Second Amended Complaint mailed to Martin Wachter, Asat Trust Reg. on 2/28/05 by Registered Mail # RB 632 969 778, RECEIVED ON: 3/14/05. Filed In Associated Cases: 1:03-md-01570-RCC,1:02-cv-06977-RCC,1:02-cv-07300-RCC-FM,1:03-cv-05071-RCC,1:03-cv-05738-RCC, 1:03-cv-06978-RCC,1:03-cv-07036-RCC,1:03-cv-08591-RCC,1:03-cv-09848-RCC,1:03-cv-09849-RCC, 1:04-cv-01076-RCC,1:04-cv-01922-RCC,1:04-cv-01923-RCC,1:04-cv-05970-RCC,1:04-cv-06105-RCC, 1:04-cv-07065-RCC,1:04-cv-07216-RCC,1:04-cv-07279-RCC,1:04-cv-07280-RCC,1:04-cv-07281-RCC(ps, ) (Entered: 03/21/2005) |
| | 02/28/2005 | CLERK CERTIFICATE OF MAILING RECEIVED for Summons & Second Amended Complaint mailed to Erwin Wachter on 2/28/05 by Registered Mail # RB 632 969 781, RECEIVED ON: 3/14/05. Filed In Associated Cases: 1:03-md-01570-RCC,1:02-cv-06977-RCC,1:02-cv-07300-RCC-FM,1:03-cv-05071-RCC,1:03-cv-05738-RCC, 1:03-cv-06978-RCC,1:03-cv-07036- |

| # | Date | Proceeding Text |
|---|------|-----------------|
| | | RCC,1:03-cv-08591-RCC,1:03-cv-09848-RCC,1:03-cv-09849-RCC, 1:04-cv-01076-RCC,1:04-cv-01922-RCC,1:04-cv-01923-RCC,1:04-cv-05970-RCC,1:04-cv-06105-RCC, 1:04-cv-07065-RCC,1:04-cv-07216-RCC,1:04-cv-07279-RCC,1:04-cv-07280-RCC,1:04-cv-07281-RCC(ps, ) (Entered: 03/23/2005) |
| | 02/28/2005 | CLERK CERTIFICATE OF MAILING RECEIVED for Summons & Second Amended Complaint mailed to Engelbert Schreiber on 2/28/05 by Registered Mail # RB 632 969 804, RECEIVED ON: 3/18/05. Filed In Associated Cases: 1:03-md-01570-RCC,1:02-cv-06977-RCC,1:02-cv-07300-RCC-FM,1:03-cv-05071-RCC,1:03-cv-05738-RCC, 1:03-cv-06978-RCC,1:03-cv-07036-RCC,1:03-cv-08591-RCC,1:03-cv-09848-RCC,1:03-cv-09849-RCC, 1:04-cv-01076-RCC,1:04-cv-01922-RCC,1:04-cv-01923-RCC,1:04-cv-05970-RCC,1:04-cv-06105-RCC, 1:04-cv-07065-RCC,1:04-cv-07216-RCC,1:04-cv-07279-RCC,1:04-cv-07280-RCC,1:04-cv-07281-RCC(ps, ) (Entered: 03/23/2005) |
| | 02/28/2005 | CLERK CERTIFICATE OF MAILING RECEIVED for Summons & Second Amended Complaint mailed to Schreiber and Zindel on 2/28/05 by Registered Mail # RB 632 969 818, RECEIVED ON: 3/18/05. Filed In Associated Cases: 1:03-md-01570-RCC,1:02-cv-06977-RCC,1:02-cv-07300-RCC-FM,1:03-cv-05071-RCC,1:03-cv-05738-RCC, 1:03-cv-06978-RCC,1:03-cv-07036-RCC,1:03-cv-08591-RCC,1:03-cv-09848-RCC,1:03-cv-09849-RCC, 1:04-cv-01076-RCC,1:04-cv-01922-RCC,1:04-cv-01923-RCC,1:04-cv-05970-RCC,1:04-cv-06105-RCC, 1:04-cv-07065-RCC,1:04-cv-07216-RCC,1:04-cv-07279-RCC,1:04-cv-07280-RCC,1:04-cv-07281-RCC(ps, ) (Entered: 03/23/2005) |
| | 02/28/2005 | CLERK CERTIFICATE OF MAILING RECEIVED for Summons & Second Amended Complaint mailed to Engelbert Schreiber, Jr., Schreiber and Zindel on 2/28/05 by Registered Mail # RB 632 969 835, RECEIVED ON: 3/18/05. Filed In Associated Cases: 1:03-md-01570-RCC,1:02-cv-06977-RCC,1:02-cv-07300-RCC-FM,1:03-cv-05071-RCC,1:03-cv-05738-RCC, 1:03-cv-06978-RCC,1:03-cv-07036-RCC,1:03-cv-08591-RCC,1:03-cv-09848-RCC,1:03-cv-09849-RCC, 1:04-cv-01076-RCC,1:04-cv-01922-RCC,1:04-cv-01923-RCC,1:04-cv-05970-RCC,1:04-cv-06105-RCC, 1:04-cv-07065-RCC,1:04-cv-07216-RCC,1:04-cv-07279-RCC,1:04-cv-07280-RCC,1:04-cv-07281-RCC(ps, ) (Entered: 03/23/2005) |
| | 02/28/2005 | CLERK CERTIFICATE OF MAILING RECEIVED for Summons & Second Amended Complaint mailed to Secor Treuhand Anstalt on 2/28/05 by Registered Mail # RB 632 969 866, RECEIVED ON: 3/14/05. Filed In Associated Cases: 1:03-md-01570-RCC,1:02-cv-06977-RCC,1:02-cv-07300-RCC-FM,1:03-cv-05071-RCC,1:03-cv-05738-RCC, 1:03-cv-06978-RCC,1:03-cv-07036-RCC,1:03-cv-08591-RCC,1:03-cv-09848-RCC,1:03-cv-09849-RCC, 1:04-cv-01076-RCC,1:04-cv-01922-RCC,1:04-cv-01923-RCC,1:04-cv-05970-RCC,1:04-cv-06105-RCC, 1:04-cv-07065-RCC,1:04-cv-07216-RCC,1:04-cv-07279-RCC,1:04-cv-07280-RCC,1:04-cv-07281-RCC(ps, ) (Entered: 03/23/2005) |
| | 02/28/2005 | CLERK CERTIFICATE OF MAILING RECEIVED for Summons & Second Amended Complaint mailed to Engelbert Schreiber, Schreiber and Zindel on 2/28/05 by Registered Mail # RB 632 969 852, RECEIVED ON: 3/18/05. Filed In Associated Cases: 1:03-md-01570-RCC,1:02-cv-06977-RCC,1:02-cv-07300-RCC-FM,1:03-cv-05071-RCC,1:03-cv-05738-RCC, 1:03-cv-06978-RCC,1:03-cv-07036-RCC,1:03-cv-08591-RCC,1:03-cv-09848-RCC,1:03-cv-09849-RCC, 1:04-cv-01076-RCC,1:04-cv-01922-RCC,1:04-cv-01923-RCC,1:04-cv-05970-RCC,1:04-cv-06105-RCC, 1:04-cv-07065-RCC,1:04-cv-07216-RCC,1:04-cv-07279-RCC,1:04-cv-07280-RCC,1:04-cv-07281-RCC(ps, ) (Entered: 03/23/2005) |
| | 02/28/2005 | CLERK CERTIFICATE OF MAILING RECEIVED for Summons & Second Amended Complaint mailed to Erwin Wachter, Asat Trust Reg. on 2/28/05 by Registered Mail # RB 632 969 870, RECEIVED ON: 3/14/05. Filed In Associated Cases: 1:03-md-01570-RCC,1:02-cv-06977-RCC,1:02-cv-07300-RCC-FM,1:03-cv-05071-RCC,1:03-cv-05738-RCC, 1:03-cv-06978-RCC,1:03-cv-07036-RCC,1:03-cv-08591-RCC,1:03-cv-09848-RCC,1:03-cv-09849-RCC, 1:04-cv-01076-RCC,1:04-cv-01922-RCC,1:04-cv-01923-RCC,1:04-cv-05970-RCC,1:04-cv-06105-RCC, 1:04-cv-07065-RCC,1:04-cv-07216-RCC,1:04-cv-07279-RCC,1:04-cv-07280-RCC,1:04-cv-07281-RCC(ps, ) (Entered: 03/23/2005) |
| | 02/28/2005 | CLERK CERTIFICATE OF MAILING RECEIVED for Summons & Second Amended Complaint mailed to Erwin Wachter on 2/28/05 by Registered Mail # RB 632 969 720, RECEIVED ON: 3/14/05. Filed In Associated Cases: 1:03-md-01570-RCC,1:02-cv-06977-RCC,1:02-cv-07300-RCC-FM,1:03-cv-05071-RCC,1:03-cv-05738-RCC, 1:03-cv-06978-RCC,1:03-cv-07036-RCC,1:03-cv-08591-RCC,1:03-cv-09848-RCC,1:03-cv-09849-RCC, 1:04-cv-01076-RCC,1:04-cv-01922-RCC,1:04-cv-01923-RCC,1:04-cv-05970-RCC,1:04-cv-06105-RCC, 1:04-cv-07065-RCC,1:04-cv-07216-RCC,1:04-cv-07279-RCC,1:04-cv-07280-RCC,1:04-cv-07281-RCC(ps, ) (Entered: 03/23/2005) |

| # | Date | Proceeding Text |
|---|------|-----------------|
| | 02/28/2005 | CLERK CERTIFICATE OF MAILING RECEIVED for Summons & Second Amended Complaint mailed to Secor Treuhand Anstalt on 2/28/05 by Registered Mail # RB 632 969 693, RECEIVED ON: 3/14/05. Filed In Associated Cases: 1:03-md-01570-RCC,1:02-cv-06977-RCC,1:02-cv-07300-RCC-FM,1:03-cv-05071-RCC,1:03-cv-05738-RCC, 1:03-cv-06978-RCC,1:03-cv-07036-RCC,1:03-cv-08591-RCC,1:03-cv-09848-RCC,1:03-cv-09849-RCC, 1:04-cv-01076-RCC,1:04-cv-01922-RCC,1:04-cv-01923-RCC,1:04-cv-05970-RCC,1:04-cv-06105-RCC, 1:04-cv-07065-RCC,1:04-cv-07216-RCC,1:04-cv-07279-RCC,1:04-cv-07280-RCC,1:04-cv-07281-RCC(ps, ) (Entered: 03/23/2005) |
| | 02/28/2005 | CLERK CERTIFICATE OF MAILING RECEIVED for Summons & Second Amended Complaint mailed to Engelbert Schreiber on 2/28/05 by Registered Mail # RB 632 969 702, RECEIVED ON: 3/18/05. Filed In Associated Cases: 1:03-md-01570-RCC,1:02-cv-06977-RCC,1:02-cv-07300-RCC-FM,1:03-cv-05071-RCC,1:03-cv-05738-RCC, 1:03-cv-06978-RCC,1:03-cv-07036-RCC,1:03-cv-08591-RCC,1:03-cv-09848-RCC,1:03-cv-09849-RCC, 1:04-cv-01076-RCC,1:04-cv-01922-RCC,1:04-cv-01923-RCC,1:04-cv-05970-RCC,1:04-cv-06105-RCC, 1:04-cv-07065-RCC,1:04-cv-07216-RCC,1:04-cv-07279-RCC,1:04-cv-07280-RCC,1:04-cv-07281-RCC(ps, ) (Entered: 03/23/2005) |
| | 02/28/2005 | CLERK CERTIFICATE OF MAILING RECEIVED for Summons & Second Amended Complaint mailed to Schreiber and Zindel on 2/28/05 by Registered Mail # RB 632 969 716, RECEIVED ON: 3/18/05. Filed In Associated Cases: 1:03-md-01570-RCC,1:02-cv-06977-RCC,1:02-cv-07300-RCC-FM,1:03-cv-05071-RCC,1:03-cv-05738-RCC, 1:03-cv-06978-RCC,1:03-cv-07036-RCC,1:03-cv-08591-RCC,1:03-cv-09848-RCC,1:03-cv-09849-RCC, 1:04-cv-01076-RCC,1:04-cv-01922-RCC,1:04-cv-01923-RCC,1:04-cv-05970-RCC,1:04-cv-06105-RCC, 1:04-cv-07065-RCC,1:04-cv-07216-RCC,1:04-cv-07279-RCC,1:04-cv-07280-RCC,1:04-cv-07281-RCC(ps, ) (Entered: 03/23/2005) |
| | 02/28/2005 | CLERK CERTIFICATE OF MAILING RECEIVED for Summons & Second Amended Complaint mailed to Erwin Wachter, Asat Trust Reg. on 2/28/05 by Registered Mail # RB 632 969 733, RECEIVED ON: 3/14/05. Filed In Associated Cases: 1:03-md-01570-RCC,1:02-cv-06977-RCC,1:02-cv-07300-RCC-FM,1:03-cv-05071-RCC,1:03-cv-05738-RCC, 1:03-cv-06978-RCC,1:03-cv-07036-RCC,1:03-cv-08591-RCC,1:03-cv-09848-RCC,1:03-cv-09849-RCC, 1:04-cv-01076-RCC,1:04-cv-01922-RCC,1:04-cv-01923-RCC,1:04-cv-05970-RCC,1:04-cv-06105-RCC, 1:04-cv-07065-RCC,1:04-cv-07216-RCC,1:04-cv-07279-RCC,1:04-cv-07280-RCC,1:04-cv-07281-RCC(ps, ) (Entered: 03/23/2005) |
| | 02/28/2005 | CLERK CERTIFICATE OF MAILING RECEIVED for Summons & Second Amended Complaint mailed to Engelbert Schreiber Jr., Schreiber and Zinel on 2/28/05 by Registered Mail # RB 632 969 747, RECEIVED ON: 3/18/05. Filed In Associated Cases: 1:03-md-01570-RCC,1:02-cv-06977-RCC,1:02-cv-07300-RCC-FM,1:03-cv-05071-RCC,1:03-cv-05738-RCC, 1:03-cv-06978-RCC,1:03-cv-07036-RCC,1:03-cv-08591-RCC,1:03-cv-09848-RCC,1:03-cv-09849-RCC, 1:04-cv-01076-RCC,1:04-cv-01922-RCC,1:04-cv-01923-RCC,1:04-cv-05970-RCC,1:04-cv-06105-RCC, 1:04-cv-07065-RCC,1:04-cv-07216-RCC,1:04-cv-07279-RCC,1:04-cv-07280-RCC,1:04-cv-07281-RCC(ps, ) (Entered: 03/23/2005) |
| | 02/28/2005 | CLERK CERTIFICATE OF MAILING RECEIVED for Summons & Second Amended Complaint mailed to Engelbert Schreiber, Schreiber and Zindel on 2/28/05 by Registered Mail # RB 632 969 755, RECEIVED ON: 3/18/05. Filed In Associated Cases: 1:03-md-01570-RCC,1:02-cv-06977-RCC,1:02-cv-07300-RCC-FM,1:03-cv-05071-RCC,1:03-cv-05738-RCC, 1:03-cv-06978-RCC,1:03-cv-07036-RCC,1:03-cv-08591-RCC,1:03-cv-09848-RCC,1:03-cv-09849-RCC, 1:04-cv-01076-RCC,1:04-cv-01922-RCC,1:04-cv-01923-RCC,1:04-cv-05970-RCC,1:04-cv-06105-RCC, 1:04-cv-07065-RCC,1:04-cv-07216-RCC,1:04-cv-07279-RCC,1:04-cv-07280-RCC,1:04-cv-07281-RCC(ps, ) (Entered: 03/23/2005) |
| 275 | 03/01/2005 | STIPULATION AND ORDER (this document relates to 03cv6978); that defendant Mohammad Hussein Al Almoudi shall have until 3/24/2005 to answer or otherwise move against the plaintiff's first amended complaint (Signed by Judge Richard C. Casey on 3/1/2005) Filed In Associated Cases: 1:03-md-01570-RCC,1:03-cv-06978-RCC(kkc, ) (Entered: 03/02/2005) |
| | 03/02/2005 | CLERK CERTIFICATE OF MAILING RECEIVED for Summons & Complaint mailed to Air Force Intelligence c/o Farouk Al-Shara on 3/2/05 by Registered Mail # RB 632 889 774, RECEIVED ON: 3/17/05. Filed In Associated Cases: 1:03-md-01570-RCC,1:02-cv-06977-RCC,1:02-cv-07300-RCC-FM,1:03-cv-05071-RCC,1:03-cv-05738-RCC, 1:03-cv-06978-RCC,1:03-cv-07036-RCC,1:03-cv-08591-RCC,1:03-cv-09848-RCC,1:03-cv-09849-RCC, 1:04-cv-01076-RCC,1:04-cv-01922-RCC,1:04-cv-01923-RCC,1:04-cv-05970-RCC,1:04-cv-06105-RCC, 1:04-cv-07065-RCC,1:04-cv-07216-RCC,1:04-cv-07279-RCC,1:04-cv-07280-RCC,1:04-cv-07281-RCC(ps, ) (Entered: 04/04/2005) |

| # | Date | Proceeding Text |
|---|------|-----------------|
| 276 | 03/03/2005 | NOTICE of Voluntary Dismissal (this document relates to 03cv6978); pursuant to Rule 41(a)(1) of the F.R.C.P., plaintiffs in action 03cv6978 voluntarily dismiss the defendants listed in Exhibit A (Abd Al Samad Al-Ta'Ish, Abdel Barry, Abdulkarim Khaled Uusuf Abdulla, Abdulaziz Bin Hamad, Abrash Company, Abu Abdul Rahman, Abu Sulayman, Afamia, SL, Ahmad Al Harbi, Ahmad Salah a/k/a Salim, Ahmed Ali Jumale, Ahmed Zaki Yamani, Al Khaleejia for Export Promotion and Marketing Company, Al-Mustaqbal Group, Arab Cement Company, Ary Group, Bakhsh Hospital, Cobis, Contratas Gioma, Eurocovia Obras, S.A., Garad Jama, Hamad Hussaini, Hani Ramadan, Haydar Mohamad Bin Laden, Ibrahim Bah, Infocus Tech of Malaysia, International Development Foundation, Islamic Cultural Center of Geneva, Iss El-Din El Sayed, Lashkar Redayan-E-Islami, Lujain Al-Iman, M.M. Badkook Company for Catgering & Trading, Mohammed Alchurbaji, Mohammed Bin Faris, Mohammed Nur Rahmi, National Fund for Social Insurance, National Management Consultancy Center, Promociones Y Construcciones Tetuan Pricote, S.A., Proyectos Edispan, Proyectos Y Promociones Iso, Proyectos Y Promociones Pardise, S.L., Saudi Bin Laden International Company, Saudi Cement Company in Damman, Saudi Economic and Development Company, Sheikh Abdullah Azzam, Tanzanite King, The Committee for the Defense of Legitimate Rights, Yazid Sufaat of Kuala Lumpur Malaysia, Zakat Committee) without prejudice from 03cv6978. (Signed by Judge Richard C. Casey not dated) Filed In Associated Cases: 1:03-md-01570-RCC,1:03-cv-06978-RCC(kkc, ) (Entered: 03/04/2005) |
| 277 | 03/10/2005 | ORDER ADMITTING ATTORNEY PRO HAC VICE. Attorney Adam C. Bonin for Chubb Custom Insurance Company; Chubb Indemnity Insurance Company; Chubb Insurance Company of Canada; Chubb Insurance Company of New Jersey; Great Northern Insurance Company; Vigilant Insurance Company; Zurich American Insurance Company; American Guarantee and Liability Insurance Company; American Zurich Insurance Company; Assurance Company of America; Colonial American Casualty and Surety Insurance Company; Fidelity And Deposit Company of Maryland; Maryland Casualty Company; Northern Insurance Company of New York; Steadfast Insurance Company; Valiant Insurance Company; One Beacon Insurance Company; One Beacon America Insurance Company; American Employers' Insurance Company; The Camden Fire Insurance Association; Homeland Insurance Company of New York; Crum & Forster Indemnity Company; North River Insurance Company; United States Fire Insurance Company; American Alternative Insurance Corporation; Great Lakes Reinsurance (UK) PLC; The Princeton Excess & Surplus Lines Insurance Company; Amlin Underwriting, Ltd.; Hiscox Dedicated Corporate Member, Ltd.; Allstate Insurance Company; Boston Old Colony Insurance Company; Commercial Insurance Company of Newark, N.J.; CNA Casualty of California; Fidelity and Casualty Company of New York; Glens Falls Insurance Company; National Ben Franklin Insurance Company of Illinois; Seneca Insurance Company, Inc.; Federal Insurance Company et al., Plaintiffs; Federal Insurance Company et al., Plaintiffs; Federal Insurance Company et al., Plaintiffs; Federal Insurance Company and Pacific Indemnity Company admitted Pro Hac Vice. (Signed by Judge Richard C. Casey on 3/10/2005) Filed In Associated Cases: 1:03-md-01570-RCC,1:03-cv-06978-RCC(kkc, ) (Entered: 03/10/2005) |
| 278 | 03/14/2005 | MOTION to Dismiss. Document filed by Sami Omar Al-Hussayen. Filed In Associated Cases: 1:03-md-01570-RCC,1:03-cv-06978-RCC(McKay, Scott) (Entered: 03/14/2005) |
| 279 | 03/14/2005 | MEMORANDUM OF LAW in Support re: 729 MOTION to Dismiss.. Document filed by Sami Omar Al-Hussayen. Filed In Associated Cases: 1:03-md-01570-RCC,1:03-cv-06978-RCC(McKay, Scott) (Entered: 03/14/2005) |
| 280 | 03/16/2005 | SERVICE BY PUBLICATION Document filed by All Plaintiffs. Last publication date 01/13/2005. Filed In Associated Cases: 1:03-md-01570-RCC,1:02-cv-06977-RCC,1:02-cv-07300-RCC-FM,1:03-cv-05071-RCC,1:03-cv-05738-RCC, 1:03-cv-06978-RCC,1:03-cv-07036-RCC,1:03-cv-08591-RCC,1:03-cv-09848-RCC,1:03-cv-09849-RCC, 1:04-cv-01076-RCC,1:04-cv-01922-RCC,1:04-cv-01923-RCC,1:04-cv-05970-RCC,1:04-cv-06105-RCC, 1:04-cv-07065-RCC,1:04-cv-07216-RCC,1:04-cv-07279-RCC,1:04-cv-07280-RCC,1:04-cv-07281-RCC(Feldman, Elliot) (Entered: 03/16/2005) |
| 281 | 03/16/2005 | ENDORSED LETTER(this document relates to 03cv6978) addressed to Judge Richard C. Casey from Sean P. Carter dated 3/11/2005; granting counsel's application for an extension of the briefing schedule on Saudi Joint Relief Committee for Kosovo and Chechnya's motion to dismiss as follows: Federal Insurance plaintiffs' opposition due on 3/18/2005; SJRC to file its reply to the Federal Insurance plaintiffs' opposition up to and including 4/18/2005. (Signed by Judge Richard C. Casey on 3/16/2005) Filed In Associated Cases: 1:03-md-01570-RCC,1:03-cv-06978-RCC(kkc, ) (Entered: 03/16/2005) |
| 282 | 03/16/2005 | STIPULATION AND ORDER (this document relates to 02cv6977, 03cv5738, 03cv6978, 03cv9849, 04cv1923, 04cv5970, 04cv6105, 04cv7065, 04cv7279, 04cv7280); the time for |

| # | Date | Proceeding Text |
|---|------|-----------------|
|   |      | defendant Dubai Islamic Bank to answer or otherwise respond to the complaint in each of the cases referenced above shall be on or before 5/27/2005; plaintiffs shall serve their respective RICO statements concerning Dubai Islamic Bank on or before 4/29/2005... (Signed by Judge Richard C. Casey on 3/16/2005) Filed In Associated Cases: 1:03-md-01570-RCC,1:02-cv-06977-RCC,1:03-cv-05738-RCC,1:03-cv-06978-RCC,1:03-cv-09849-RCC, 1:04-cv-01923-RCC,1:04-cv-05970-RCC,1:04-cv-06105-RCC,1:04-cv-07065-RCC,1:04-cv-07279-RCC, 1:04-cv-07280-RCC(kkc, ) (Entered: 03/16/2005) |
| 283 | 03/18/2005 | MEMORANDUM OF LAW in Opposition re: 631 MOTION to Dismiss & Memorandum of Law in Support of Motion to Dismiss of the Saudi Joint Relief Committee. PLAINTIFFS? MEMORANDUM OF LAW IN OPPOSITION TO THE MOTION TO DISMISS OF THE SAUDI JOINT RELIEF COMMITTEE FOR KOSOVO AND CHECHNYA. Document filed by Federal Insurance Company et al., Plaintiffs. Filed In Associated Cases: 1:03-md-01570-RCC,1:03-cv-06978-RCC(Feldman, Elliot) (Entered: 03/18/2005) |
| 284 | 03/18/2005 | AFFIRMATION of Sean P. Carter in Opposition re: 631 MOTION to Dismiss & Memorandum of Law in Support of Motion to Dismiss of the Saudi Joint Relief Committee.. Document filed by Federal Insurance Company et al., Plaintiffs. (Attachments: # 1 Exhibit 1# 2 Exhibit 2# 3 Exhibit 3# 4 Exhibit 4# 5 Exhibit 5# 6 Exhibit 6# 7 Exhibit 7# 8 Exhibit 8# 9 Exhibit 9# 10 Exhibit 10# 11 Exhibit 11)Filed In Associated Cases: 1:03-md-01570-RCC,1:03-cv-06978-RCC(Feldman, Elliot) (Entered: 03/18/2005) |
| 285 | 03/18/2005 | CLERK CERTIFICATE OF MAILING of Summons & Complaint mailed to Edward A. Betancourt, Director of Special Consular Services, US Dept. of State2100 Pennsylvania Avenue, SA-29-4F, Washington DC 20520 to be sent by diplomatic channels to Republic of the Sudan at the following address: Republic of the Sudan Ministry of Foreign Affairs, Dr. Mustafa Osman Ismail, PO Box 873, Khartoum, Sudan c/o on 3/18/05 by Certified Mail Receipt # 7001 2410 0002 6964 2625. Filed In Associated Cases: 1:03-md-01570-RCC,1:02-cv-06977-RCC,1:02-cv-07300-RCC-FM,1:03-cv-05071-RCC,1:03-cv-05738-RCC, 1:03-cv-06978-RCC,1:03-cv-07036-RCC,1:03-cv-08591-RCC,1:03-cv-09848-RCC,1:03-cv-09849-RCC, 1:04-cv-01076-RCC,1:04-cv-01922-RCC,1:04-cv-01923-RCC,1:04-cv-05970-RCC,1:04-cv-06105-RCC, 1:04-cv-07065-RCC,1:04-cv-07216-RCC,1:04-cv-07279-RCC,1:04-cv-07280-RCC,1:04-cv-07281-RCC(ps, ) (Entered: 03/21/2005) |
| 286 | 03/18/2005 | CLERK CERTIFICATE OF MAILING of Summons & Complaint mailed to Edward A. Betancourt, Director of Special Consular Services, US Dept. of State2100 Pennsylvania Avenue, SA-29-4F, Washington DC 20520 to be sent by diplomatic channels to Republic of Iran at the following address: Republic of Iran Ministry of Foreign Affairs, Dr. Seyed Kamal Kharrazi, Ebn e Sina Street, Eman Khomeini Square, Tehran Iran on 3/18/05 by Certified Mail # 7002 2410 0002 6964 2595. Filed In Associated Cases: 1:03-md-01570-RCC,1:02-cv-06977-RCC,1:02-cv-07300-RCC-FM,1:03-cv-05071-RCC,1:03-cv-05738-RCC, 1:03-cv-06978-RCC,1:03-cv-07036-RCC,1:03-cv-08591-RCC,1:03-cv-09848-RCC,1:03-cv-09849-RCC, 1:04-cv-01076-RCC,1:04-cv-01922-RCC,1:04-cv-01923-RCC,1:04-cv-05970-RCC,1:04-cv-06105-RCC,1:04-cv-07065-RCC, 1:04-cv-07216-RCC,1:04-cv-07279-RCC,1:04-cv-07280-RCC,1:04-cv-07281-RCC(ps, ) (Entered: 03/21/2005) |
| 287 | 03/18/2005 | CLERK CERTIFICATE OF MAILING of Summons & Complaint mailed to Edward A. Betancourt, Director of Special Consular Services, US Dept. of State2100 Pennsylvania Avenue, SA-29-4F, Washington DC 20520 to be sent by diplomatic channels to Republic of Iraq Ministry of Foreign Affairs, Hoshyar Zebab, Karradat Maryam, Baghdad, Iraq on 3/18/05 by Certified Mail # 7002 2410 0002 6964 2618. Filed In Associated Cases: 1:03-md-01570-RCC,1:02-cv-06977-RCC,1:02-cv-07300-RCC-FM,1:03-cv-05071-RCC,1:03-cv-05738-RCC, 1:03-cv-06978-RCC,1:03-cv-07036-RCC,1:03-cv-08591-RCC,1:03-cv-09848-RCC,1:03-cv-09849-RCC, 1:04-cv-01076-RCC,1:04-cv-01922-RCC,1:04-cv-01923-RCC,1:04-cv-05970-RCC,1:04-cv-06105-RCC, 1:04-cv-07065-RCC,1:04-cv-07216-RCC,1:04-cv-07279-RCC,1:04-cv-07280-RCC,1:04-cv-07281-RCC(ps, ) (Entered: 03/21/2005) |
| 288 | 03/18/2005 | CLERK CERTIFICATE OF MAILING of Summons & Complaint mailed to Edward A. Betancourt, Director of Special Consular Services, US Dept. of State2100 Pennsylvania Avenue, SA-29-4F, Washington DC 20520 to be sent by diplomatic channels to The Syrian Arab Republic Ministry of Foreign Affairs, Farouk Al-Shara, Muhajereen Shora Avenue, Damascus, Syria on 3/18/05 by Certified Mail # 7002 2410 0002 6964 2601. Filed In Associated Cases: 1:03-md-01570-RCC,1:02-cv-06977-RCC,1:02-cv-07300-RCC-FM,1:03-cv-05071-RCC,1:03-cv-05738-RCC, 1:03-cv-06978-RCC,1:03-cv-07036-RCC,1:03-cv-08591-RCC,1:03-cv-09849-RCC, 1:04-cv-01076-RCC,1:04-cv-01922-RCC,1:04-cv-01923-RCC,1:04-cv-05970-RCC,1:04-cv-06105-RCC, 1:04-cv-07065-RCC,1:04-cv-07216-RCC,1:04-cv-07279-RCC,1:04-cv- |

| # | Date | Proceeding Text |
|---|------|-----------------|
| | | 07280-RCC,1:04-cv-07281-RCC(ps, ) (Entered: 03/21/2005) |
| 289 | 03/18/2005 | CLERK CERTIFICATE OF MAILING of Summons & Complaint mailed to Edward A. Betancourt, Director of Special Consular Services, US Dept. of State2100 Pennsylvania Avenue, SA-29-4F, Washington DC 20520 to be sent by diplomatic channels to The Kingdom of Saudi Arabia Ministry of Foreign Affairs, Prince Saud Al Faisal bin Abdulaziz Al-Saud, Nasseriya Street, PO Box 55937, Postal Code 11124 Riyadh, Saudi Arabia on 3/18/05 by Registered Mail # 7002 2410 0002 6964 2632. Filed In Associated Cases: 1:03-md-01570-RCC,1:02-cv-06977-RCC,1:02-cv-07300-RCC-FM,1:03-cv-05071-RCC,1:03-cv-05738-RCC, 1:03-cv-06978-RCC,1:03-cv-07036-RCC,1:03-cv-08591-RCC,1:03-cv-09848-RCC,1:03-cv-09849-RCC, 1:04-cv-01076-RCC,1:04-cv-01922-RCC,1:04-cv-01923-RCC,1:04-cv-05970-RCC,1:04-cv-06105-RCC, 1:04-cv-07065-RCC,1:04-cv-07216-RCC,1:04-cv-07279-RCC,1:04-cv-07280-RCC,1:04-cv-07281-RCC(ps, ) (Entered: 03/21/2005) |
| 290 | 03/18/2005 | CLERK CERTIFICATE OF MAILING of Summons & Complaint mailed to Saudi Commission for Relief and Charity Abroad at the following address: Saudi Commission for Relief and Charity Abroad c/o The Saudi Ministry of Foreign Affairs, Postal Code 11544, Riyadh, Saudi Arabia on 3/18/05 by Registered Mail # RB 632 892 243 and RB 632 892 257. Filed In Associated Cases: 1:03-md-01570-RCC,1:02-cv-06977-RCC,1:02-cv-07300-RCC-FM,1:03-cv-05071-RCC,1:03-cv-05738-RCC, 1:03-cv-06978-RCC,1:03-cv-07036-RCC,1:03-cv-08591-RCC,1:03-cv-09848-RCC,1:03-cv-09849-RCC, 1:04-cv-01076-RCC,1:04-cv-01922-RCC,1:04-cv-01923-RCC,1:04-cv-05970-RCC,1:04-cv-06105-RCC, 1:04-cv-07065-RCC,1:04-cv-07216-RCC,1:04-cv-07279-RCC,1:04-cv-07280-RCC,1:04-cv-07281-RCC(ps, ) (Entered: 03/21/2005) |
| | 03/18/2005 | Clerk's Certificate of Mailing Note: Summons & Complaint were successfully received by the Dept. of State on 3/28/05 in regard to certified mail #'s 7002 2410 0002 6964 2595 and 7002 2410 0002 6964 2618 to be forwarded to The Republic of Iran and The Republic of Iraq respectfully. Filed In Associated Cases: 1:03-md-01570-RCC,1:02-cv-06977-RCC,1:02-cv-07300-RCC-FM,1:03-cv-05071-RCC,1:03-cv-05738-RCC, 1:03-cv-06978-RCC,1:03-cv-07036-RCC,1:03-cv-08591-RCC,1:03-cv-09849-RCC, 1:04-cv-01076-RCC,1:04-cv-01922-RCC,1:04-cv-01923-RCC,1:04-cv-05970-RCC,1:04-cv-06105-RCC, 1:04-cv-07065-RCC,1:04-cv-07216-RCC,1:04-cv-07279-RCC,1:04-cv-07280-RCC,1:04-cv-07281-RCC(ps, ) (Entered: 04/06/2005) |
| | 03/18/2005 | CLERK'S CERTIFICATE OF MAILING NOTE (dated 8/9/05): The US Embassy transmitted documents to the Republic of Iraq under cover of dipomatic note #70, dated 7/19/05 and delivered to the Ministry of Foreign Affairs of the Republic of Iraq on 7/26/05. Service is deemed effective as of the date of transmittal indicated on the diplomatic note. (ps, ) (Entered: 08/15/2005) |
| | 03/22/2005 | CASHIERS OFFICE REMARK on 277 Order Admitting Attorney Pro Hac Vice,,,,,,, in the amount of $25.00, paid on 3/11/05, Receipt Number 537230. (mlo, ) (Entered: 03/22/2005) |
| 293 | 03/22/2005 | ORDER (this document relates to 03cv6978); that the motion of the Royal Embassy of Saudi Arabia, HRH Prince Bandar bin Sultan bin Abdulaziz, HRH Princess Haifa Al-Faisal, Ahmed A. Kattan, and Abdul Rahman I. Al-Noah for a protective order to preclude discovery by plaintiff Federal Insurance Co. concerning the movants' financial and bank records, is withdrawn without prejudice to re-filing. (Signed by Judge Richard C. Casey on 3/22/2005) Filed In Associated Cases: 1:03-md-01570-RCC,1:03-cv-06978-RCC(kkc, ) (Entered: 03/23/2005) |
| 294 | 03/23/2005 | ORDER GRANTING MOTION TO ADMIT ATTORNEY PRO HAC VICE. Attorney Mark J. MacDougall for Mohammed Hussein Al Amoudi; Nicole H. Sprinzen for Mohammed Hussein Al Amoudi; Mara Zusman for Mohammed Hussein Al Amoudi admitted Pro Hac Vice. (Signed by Judge Richard C. Casey on 3/23/2005) Filed In Associated Cases: 1:03-md-01570-RCC,1:03-cv-05738-RCC,1:03-cv-06978-RCC,1:03-cv-09849-RCC,1:04-cv-06105-RCC(kkc, ) (Entered: 03/23/2005) |
| 295 | 03/23/2005 | CLERK CERTIFICATE OF MAILING of Summons & Complaint mailed to Edward A. Betancourt at the following address: Edward A. Betancourt Director of Special Consular Services, US Dept. of State, 2100 Pennsylvania Ave, SA-29-4F, Washington DC 20530 on 3/23/05 by Registered Mail # 7002 2410 0002 6964 2694 to be forwarded by way of diplomatic channels to The Islamic Republic of Iran, Ministry of Foreign Affairs, Dr. Seyed Kamal Kharrazzi, Ebn e Sina Street, Tehran, Iran. Filed In Associated Cases: 1:03-md-01570-RCC,1:02-cv-06977-RCC,1:02-cv-07300-RCC-FM,1:03-cv-05071-RCC,1:03-cv-05738-RCC, 1:03-cv-06978-RCC,1:03-cv-07036-RCC,1:03-cv-08591-RCC,1:03-cv-09848-RCC,1:03-cv-09849-RCC, 1:04-cv-01076-RCC,1:04-cv-01922-RCC,1:04-cv-01923-RCC,1:04-cv-05970-RCC,1:04-cv-06105-RCC, 1:04-cv-07065-RCC,1:04-cv-07216-RCC,1:04-cv-07279-RCC,1:04-cv-07280-RCC,1:04-cv-07281-RCC(ps, ) |

| # | Date | Proceeding Text |
|---|---|---|
| | | (Entered: 03/23/2005) |
| 296 | 03/23/2005 | CLERK CERTIFICATE OF MAILING of Summons & Complaint mailed to Edward A. Betancourt at the following address: Edward A. Betancourt Director of Special Consular Services, US Dept. of State, 2100 Pennsylvania Ave., SA-29-4F, Washington DC 20520 on 3/23/05 by Certified Mail # 7002 2410 0002 6964 2649 to be forwarded by way of diplomatic channels to The Republic of the Sudan, Ministry of External Affairs, Dr. Mustafa Osman Ismail, PO Box 873, Khartoum, Sudan. Filed In Associated Cases: 1:03-md-01570-RCC,1:02-cv-06977-RCC,1:02-cv-07300-RCC-FM,1:03-cv-05071-RCC,1:03-cv-05738-RCC, 1:03-cv-06978-RCC,1:03-cv-07036-RCC,1:03-cv-08591-RCC,1:03-cv-09848-RCC,1:03-cv-09849-RCC, 1:04-cv-01076-RCC,1:04-cv-01922-RCC,1:04-cv-01923-RCC,1:04-cv-05970-RCC,1:04-cv-06105-RCC, 1:04-cv-07065-RCC,1:04-cv-07216-RCC,1:04-cv-07279-RCC,1:04-cv-07280-RCC,1:04-cv-07281-RCC(ps, ) (Entered: 03/23/2005) |
| | 03/23/2005 | Clerk's Certificate of Mailing Note: Summons & Complaint were successfully received by the Dept. of State on (date not indicated, rec'd by the Clerk's Office on 4/5/05) in regard to certified mail # 7002 2410 0002 6964 2649 to be forwarded to The Republic of The Sudan through diplomatic channels. Filed In Associated Cases: 1:03-md-01570-RCC,1:02-cv-06977-RCC,1:02-cv-07300-RCC-FM,1:03-cv-05071-RCC,1:03-cv-05738-RCC, 1:03-cv-06978-RCC,1:03-cv-07036-RCC,1:03-cv-08591-RCC,1:03-cv-09848-RCC,1:03-cv-09849-RCC, 1:04-cv-01076-RCC,1:04-cv-01922-RCC,1:04-cv-01923-RCC,1:04-cv-05970-RCC,1:04-cv-06105-RCC, 1:04-cv-07065-RCC,1:04-cv-07216-RCC,1:04-cv-07279-RCC,1:04-cv-07280-RCC,1:04-cv-07281-RCC(ps, ) (Entered: 04/06/2005) |
| 297 | 03/31/2005 | MOTION for Stephanie W. Fell to Withdraw as Attorney. Document filed by Al Baraka Investment and Development. (McMahon, Martin) (Entered: 03/31/2005) |
| 298 | 04/01/2005 | STIPULATION AND ORDER (this document relates to 3cv6978); that the plaintiffs' response to defendant Sami Omar Al-Hussayen's motion to dismiss shall be served on or before 5/13/2005. Sami Omar Al-Hussayen shall serve reply papers, if any, within 45 days after service of plaintiffs' opposing papers. (Signed by Judge Richard C. Casey on 4/1/2005) Filed In Associated Cases: 1:03-md-01570-RCC,1:03-cv-06978-RCC(kkc, ) (Entered: 04/05/2005) |
| 299 | 04/01/2005 | STIPULATION AND ORDER (this document relates to 03cv6978, 03cv9849, 04cv6105); that the time for defendant Mohammad Hussein Al Amoudi to answer or otherwise respond to the complaint in 03cv6978, 03cv9849, and 04cv6105 shall be on or before 4/6/2005. Plaintiffs' response to Mr. Al Amoudi's responsive pleading shall be served within 60 days of receipt of same from defendant's counsel, and defendant shall file reply papers, if any, within 30 days of receipt of plaintiffs' opposing papers. (Signed by Judge Richard C. Casey on 4/1/2005) Filed In Associated Cases: 1:03-md-01570-RCC,1:03-cv-06978-RCC,1:03-cv-09849-RCC,1:04-cv-06105-RCC(kkc, ) (Entered: 04/05/2005) |
| 300 | 04/05/2005 | ACKNOWLEDGEMENT OF SERVICE. Wadih El-Hage served on 10/29/2004, answer due 11/18/2004. Service was accepted by Bureau of Prisons. Document filed by Federal Insurance Company et al., Plaintiffs. Filed In Associated Cases: 1:03-md-01570-RCC,1:03-cv-06978-RCC(Feldman, Elliot) (Entered: 04/05/2005) |
| 301 | 04/05/2005 | ACKNOWLEDGEMENT OF SERVICE. Somalia International Relief Organization served on 5/26/2004, answer due 6/15/2004. Service was accepted by Minnesota Secretary of State. Document filed by Federal Insurance Company et al., Plaintiffs. Filed In Associated Cases: 1:03-md-01570-RCC,1:03-cv-06978-RCC(Feldman, Elliot) (Entered: 04/05/2005) |
| 302 | 04/05/2005 | ACKNOWLEDGEMENT OF SERVICE. Global Services International served on 5/26/2004, answer due 6/15/2004. Service was accepted by Minnesota Secretary of State. Document filed by Federal Insurance Company et al., Plaintiffs. Filed In Associated Cases: 1:03-md-01570-RCC,1:03-cv-06978-RCC(Feldman, Elliot) (Entered: 04/05/2005) |
| 303 | 04/05/2005 | ACKNOWLEDGEMENT OF SERVICE. Barakaat International, Inc. served on 5/26/2004, answer due 6/15/2004. Service was accepted by Minnesota Secretary of State. Document filed by Federal Insurance Company et al., Plaintiffs. Filed In Associated Cases: 1:03-md-01570-RCC,1:03-cv-06978-RCC(Feldman, Elliot) (Entered: 04/05/2005) |
| 304 | 04/05/2005 | ACKNOWLEDGEMENT OF SERVICE. Al-Barakat Wiring Service served on 5/26/2004, answer due 6/15/2004. Service was accepted by Minnesota Secretary of State. Document filed by Federal Insurance Company et al., Plaintiffs. Filed In Associated Cases: 1:03-md-01570-RCC,1:03-cv-06978-RCC(Feldman, Elliot) (Entered: 04/05/2005) |
| 305 | 04/05/2005 | ACKNOWLEDGEMENT OF SERVICE. Mandouh Mahamud Salim served on 10/29/2004, answer due 11/18/2004. Service was accepted by Bureau of Prisons. Document filed by Federal Insurance Company et al., Plaintiffs. Filed In Associated Cases: 1:03-md-01570-RCC,1:03-cv- |

| # | Date | Proceeding Text |
|---|---|---|
| | | 06978-RCC(Feldman, Elliot) (Entered: 04/05/2005) |
| 306 | 04/05/2005 | ACKNOWLEDGEMENT OF SERVICE. Mohamed Sadeek Odeh served on 12/3/2004, answer due 12/23/2004. Service was accepted by Bureau of Prisons. Document filed by Federal Insurance Company et al., Plaintiffs. Filed In Associated Cases: 1:03-md-01570-RCC,1:03-cv-06978-RCC(Feldman, Elliot) (Entered: 04/05/2005) |
| 307 | 04/05/2005 | ACKNOWLEDGEMENT OF SERVICE. Global Relief Foundation, Inc. served on 5/28/2004, answer due 6/17/2004. Service was accepted by Illinois Secretary of State. Document filed by Federal Insurance Company et al., Plaintiffs. Filed In Associated Cases: 1:03-md-01570-RCC,1:03-cv-06978-RCC(Feldman, Elliot) (Entered: 04/05/2005) |
| 308 | 04/05/2005 | ACKNOWLEDGEMENT OF SERVICE. Al-Baraka Bancorp, Inc. served on 5/28/2004, answer due 6/17/2004. Service was accepted by Illinois Secretary of State. Document filed by Federal Insurance Company et al., Plaintiffs. Filed In Associated Cases: 1:03-md-01570-RCC,1:03-cv-06978-RCC(Feldman, Elliot) (Entered: 04/05/2005) |
| 309 | 04/07/2005 | MOTION to Dismiss the complaints or, in the alternative, for more definite statement. Document filed by Mohammed Hussein Al Amoudi. Filed In Associated Cases: 1:03-md-01570-RCC,1:03-cv-05738-RCC,1:03-cv-06978-RCC,1:03-cv-09849-RCC,1:04-cv-06105-RCC(d' Auguste, James)(kkc, ) Modified on 4/7/2005 (kkc, ). (Entered: 04/07/2005) |
| 310 | 04/07/2005 | MEMORANDUM OF LAW in Support re: 803 MOTION to Dismiss complaint or, in the alternative, for more definite statement. Document filed by Mohammed Hussein Al Amoudi.Filed In Associated Cases: 1:03-md-01570-RCC,1:03-cv-05738-RCC,1:03-cv-06978-RCC,1:03-cv-09849-RCC,1:04-cv-06105-RCC(d' Auguste, James)(kkc, ) (Entered: 04/07/2005) |
| 311 | 04/08/2005 | RESPONSE in Opposition re: 654 MOTION to Dismiss the Consolidated Personal Injury Plaintiffs (Ashton, Burnett, O'Neill, Salvo, and Tremsky). O'Neill Plaintiffs' Memorandum of Law in Opposition to Al Haramain Islamic Foundation, Inc.'s Motion to Dismiss Pertaining to Certain RICO Issues Only. Document filed by Estate of John P.O'Neill, Sr.. Filed In Associated Cases: 1:03-md-01570-RCC,1:02-cv-06977-RCC,1:02-cv-07300-RCC-FM,1:03-cv-05071-RCC,1:03-cv-05738-RCC, 1:03-cv-06978-RCC,1:03-cv-07036-RCC,1:03-cv-08591-RCC,1:03-cv-09848-RCC,1:03-cv-09849-RCC, 1:04-cv-01076-RCC,1:04-cv-01922-RCC,1:04-cv-01923-RCC,1:04-cv-05970-RCC,1:04-cv-06105-RCC, 1:04-cv-07065-RCC,1:04-cv-07216-RCC,1:04-cv-07279-RCC,1:04-cv-07280-RCC,1:04-cv-07281-RCC(Mac Neill, Gina) (Entered: 04/08/2005) |
| 312 | 04/11/2005 | STIPULATION AND ORDER (this document relates to 03cv6978); regarding schedule for defendants African Muslim Agency, Ahmed Totonji, Grove Corporate, Heritage Education Trust, International Institute of Islamic Thought, Iqbal Unus, Jamal Barzinji, M. Omar Ashraf, M. Yaqub Mirza, Mar-Jac Investments, Mena Corporation, Mohammed Jaghlit, Muhammad Ashraf, Reston Investments, Safa Trust, Sterling Charitable Gift Fund, Sterling Management Group, Taha Jaber Al-Alwani, and York Foundation to respond to complaint consolidated under MDL 1570, as set forth in this Stipulation. (Signed by Judge Richard C. Casey on 4/11/2005) Filed In Associated Cases: 1:03-md-01570-RCC,1:03-cv-06978-RCC(kkc, ) (Entered: 04/12/2005) |
| 313 | 04/14/2005 | STIPULATION AND ORDER (this document relates to 03cv6978, 02cv6977, 03cv9849, 04cv7065, 04cv5970, 04cv1923, 04cv7279, 04cv6105, 04cv7280); that plaintiffs pursuing claims for relief under the RICO Act shall serve their respective RICO Statements concerning defendant Khalid Bin Mahfouz on or before 5/20/2005. The time for defendant Khalid Bin Mahfouz to answer or otherwise respond to the complaint in each of the above cases, shall be on or before 6/20/2005. All other agreements are set forth in this Stipulation. (Signed by Judge Richard C. Casey on 4/14/2005) Filed In Associated Cases: 1:03-md-01570-RCC,1:02-cv-06977-RCC,1:03-cv-06978-RCC,1:03-cv-09849-RCC,1:04-cv-01923-RCC, 1:04-cv-05970-RCC,1:04-cv-06105-RCC,1:04-cv-07065-RCC,1:04-cv-07279-RCC,1:04-cv-07280-RCC(kkc, ) (Entered: 04/14/2005) |
| 314 | 04/18/2005 | REPLY MEMORANDUM OF LAW in Support re: 631 MOTION to Dismiss & Memorandum of Law in Support of Motion to Dismiss of the Saudi Joint Relief Committee.. Document filed by Saudi Joint Relief Committee. Filed In Associated Cases: 1:03-md-01570-RCC,1:03-cv-06978-RCC(Kellogg, Michael) (Entered: 04/18/2005) |
| 315 | 04/18/2005 | REPLY MEMORANDUM OF LAW in Support re: 267 MOTION to Dismiss & Memorandum of Law in Support of Motion to Dismiss of the Saudi Joint Relief Committee.. Document filed by Saudi Joint Relief Committee. (Kellogg, Michael) (Entered: 04/18/2005) |
| 316 | 04/27/2005 | MOTION to Dismiss. Document filed by Faisal Islamic Bank. Filed In Associated Cases: 1:03-md-01570-RCC,1:03-cv-06978-RCC(Lauro, John) (Entered: 04/27/2005) |
| 317 | 04/27/2005 | MEMORANDUM OF LAW in Support re: 844 MOTION to Dismiss.. Document filed by Faisal Islamic Bank. Filed In Associated Cases: 1:03-md-01570-RCC,1:03-cv-06978-RCC(Lauro, John) (Entered: 04/27/2005) |

| # | Date | Proceeding Text |
|---|------|-----------------|
| 318 | 04/28/2005 | ENDORSED LETTER (this document relates to 02cv6977, 03cv7036. 03cv5738, 04cv7065, 04cv5970, 04cv7279, 03cv6978, 04cv6105, 04cv1923, 03cv5071, 02cv7300, 04cv7280) addressed to Judge Richard C. Casey from John M. Helms dated 4/25/2005; counsel for defendant Sulaiman Abdul Aziz Al Rajhi writes to request a 10-page extension of the page limit for memoranda of law in support of a dismissal motion. ENDORSEMENT: Application denied. Court asks counsel to meet 25 page limit. (Signed by Judge Richard C. Casey on 4/27/2005) Filed In Associated Cases: 1:03-md-01570-RCC,1:02-cv-06977-RCC,1:02-cv-07300-RCC-FM,1:03-cv-05071-RCC,1:03-cv-05738-RCC, 1:03-cv-06978-RCC,1:03-cv-07036-RCC,1:04-cv-01923-RCC,1:04-cv-05970-RCC,1:04-cv-06105-RCC, 1:04-cv-07065-RCC,1:04-cv-07279-RCC,1:04-cv-07280-RCC(kkc, ) (Entered: 04/28/2005) |
| 319 | 04/28/2005 | ORDER (this document relates to all actions); regarding the scheduling of the next round of oral argument, as set forth in this Order. The Court will issue a decision on the pending motions to dismiss by the 17 defendants represented by DLA Piper Rudnick, and the pending motions to dismiss by the Kingdom of Saudi Arabia (and, in the O'Neill matter, certain of its agencies), Prince Sultan, prince Turki, Prince Mohamed, and the al Rahji Banking & Investment Co., without further brieing or argument. (Signed by Judge Richard C. Casey on 4/27/2005) Filed In Associated Cases: 1:03-md-01570-RCC,1:02-cv-06977-RCC,1:02-cv-07300-RCC-FM,1:03-cv-05071-RCC,1:03-cv-05738-RCC, 1:03-cv-06978-RCC,1:03-cv-07036-RCC,1:03-cv-08591-RCC,1:03-cv-09848-RCC,1:03-cv-09849-RCC, 1:04-cv-01076-RCC,1:04-cv-01922-RCC,1:04-cv-01923-RCC,1:04-cv-05970-RCC,1:04-cv-06105-RCC, 1:04-cv-07065-RCC,1:04-cv-07216-RCC,1:04-cv-07279-RCC,1:04-cv-07280-RCC,1:04-cv-07281-RCC(kkc, ) (Entered: 04/28/2005) |
| 320 | 04/29/2005 | MOTION to Dismiss Saleh Al Rajhi., MOTION to Dismiss for Lack of Jurisdiction Saleh Al Rajhi. Document filed by Saleh Abdul Aziz Al Rajhi, Saleh Abdulaziz Al-Rajhi. Filed In Associated Cases: 1:03-md-01570-RCC,1:02-cv-06977-RCC,1:02-cv-07300-RCC-FM,1:03-cv-05071-RCC,1:03-cv-05738-RCC, 1:03-cv-06978-RCC,1:03-cv-07036-RCC,1:03-cv-08591-RCC,1:03-cv-09848-RCC,1:03-cv-09849-RCC, 1:04-cv-01076-RCC,1:04-cv-01922-RCC,1:04-cv-01923-RCC,1:04-cv-05970-RCC,1:04-cv-06105-RCC, 1:04-cv-07065-RCC,1:04-cv-07216-RCC,1:04-cv-07279-RCC,1:04-cv-07280-RCC,1:04-cv-07281-RCC(Melsheimer, Thomas) (Entered: 04/29/2005) |
| 321 | 04/29/2005 | MEMORANDUM OF LAW in Support re: 865 MOTION to Dismiss Saleh Al Rajhi. MOTION to Dismiss for Lack of Jurisdiction Saleh Al Rajhi. MOTION to Dismiss Saleh Al Rajhi. MOTION to Dismiss for Lack of Jurisdiction Saleh Al Rajhi. MOTION to Dismiss Saleh Al Rajhi. MOTION to Dismiss for Lack of Jurisdiction Saleh Al Rajhi.. Document filed by Saleh Abdul Aziz Al Rajhi, Saleh Abdulaziz Al-Rajhi. (Attachments: # 1 Exhibit Exhibit A)Filed In Associated Cases: 1:03-md-01570-RCC,1:02-cv-06977-RCC,1:02-cv-07300-RCC-FM,1:03-cv-05071-RCC,1:03-cv-05738-RCC, 1:03-cv-06978-RCC,1:03-cv-07036-RCC,1:03-cv-08591-RCC,1:03-cv-09848-RCC,1:03-cv-09849-RCC, 1:04-cv-01076-RCC,1:04-cv-01922-RCC,1:04-cv-01923-RCC,1:04-cv-05970-RCC,1:04-cv-06105-RCC, 1:04-cv-07065-RCC,1:04-cv-07216-RCC,1:04-cv-07279-RCC,1:04-cv-07280-RCC,1:04-cv-07281-RCC(Melsheimer, Thomas) (Entered: 04/29/2005) |
| 322 | 04/29/2005 | MOTION to Dismiss Abdullah Al Rajhi., MOTION to Dismiss for Lack of Jurisdiction Abdullah Al Rajhi. Document filed by Abdullah Salaiman Al-Rajhi. Filed In Associated Cases: 1:03-md-01570-RCC,1:02-cv-06977-RCC,1:02-cv-07300-RCC-FM,1:03-cv-05071-RCC,1:03-cv-05738-RCC, 1:03-cv-06978-RCC,1:03-cv-07036-RCC,1:03-cv-08591-RCC,1:03-cv-09848-RCC,1:03-cv-09849-RCC, 1:04-cv-01076-RCC,1:04-cv-01922-RCC,1:04-cv-01923-RCC,1:04-cv-05970-RCC,1:04-cv-06105-RCC, 1:04-cv-07065-RCC,1:04-cv-07216-RCC,1:04-cv-07279-RCC,1:04-cv-07280-RCC,1:04-cv-07281-RCC(Melsheimer, Thomas) (Entered: 04/29/2005) |
| 323 | 04/29/2005 | MEMORANDUM OF LAW in Support re: 867 MOTION to Dismiss Abdullah Al Rajhi. MOTION to Dismiss for Lack of Jurisdiction Abdullah Al Rajhi. MOTION to Dismiss Abdullah Al Rajhi. MOTION to Dismiss for Lack of Jurisdiction Abdullah Al Rajhi. MOTION to Dismiss Abdullah Al Rajhi. MOTION to Dismiss for Lack of Jurisdiction Abdullah Al Rajhi.. Document filed by Abdullah Salaiman Al-Rajhi. (Attachments: # 1 Exhibit Exhibit A)Filed In Associated Cases: 1:03-md-01570-RCC,1:02-cv-06977-RCC,1:02-cv-07300-RCC-FM,1:03-cv-05071-RCC,1:03-cv-05738-RCC, 1:03-cv-06978-RCC,1:03-cv-07036-RCC,1:03-cv-08591-RCC,1:03-cv-09848-RCC,1:03-cv-09849-RCC, 1:04-cv-01076-RCC,1:04-cv-01922-RCC,1:04-cv-01923-RCC,1:04-cv-05970-RCC,1:04-cv-06105-RCC, 1:04-cv-07065-RCC,1:04-cv-07216-RCC,1:04-cv-07279-RCC,1:04-cv-07280-RCC,1:04-cv-07281-RCC(Melsheimer, Thomas) (Entered: 04/29/2005) |
| 324 | 04/29/2005 | MOTION to Dismiss Sulaiman Al Rajhi., MOTION to Dismiss for Lack of Jurisdiction Sulaiman Al Rajhi. Document filed by Sulaiman Bin Abdul Aziz Al Rajhi, Suleiman Abdel Aziz Al Rajhi. Filed In Associated Cases: 1:03-md-01570-RCC,1:02-cv-06977-RCC,1:02-cv-07300-RCC-FM,1:03-cv-05071-RCC,1:03-cv-05738-RCC, 1:03-cv-06978-RCC,1:03-cv-07036-RCC,1:03-cv-08591- |

| # | Date | Proceeding Text |
|---|------|-----------------|
| | | RCC,1:03-cv-09848-RCC,1:03-cv-09849-RCC, 1:04-cv-01076-RCC,1:04-cv-01922-RCC,1:04-cv-01923-RCC,1:04-cv-05970-RCC,1:04-cv-06105-RCC, 1:04-cv-07065-RCC,1:04-cv-07216-RCC,1:04-cv-07279-RCC,1:04-cv-07280-RCC,1:04-cv-07281-RCC(Melsheimer, Thomas) (Entered: 04/29/2005) |
| 325 | 04/29/2005 | MEMORANDUM OF LAW in Support re: 869 MOTION to Dismiss Sulaiman Al Rajhi. MOTION to Dismiss for Lack of Jurisdiction Sulaiman Al Rajhi. MOTION to Dismiss Sulaiman Al Rajhi. MOTION to Dismiss for Lack of Jurisdiction Sulaiman Al Rajhi. MOTION to Dismiss Sulaiman Al Rajhi. MOTION to Dismiss for Lack of Jurisdiction Sulaiman Al Rajhi.. Document filed by Sulaiman Bin Abdul Aziz Al Rajhi, Suleiman Abdel Aziz Al Rajhi. (Attachments: # 1 Exhibit Exhibit A)Filed In Associated Cases: 1:03-md-01570-RCC,1:02-cv-06977-RCC,1:02-cv-07300-RCC-FM,1:03-cv-05071-RCC,1:03-cv-05738-RCC, 1:03-cv-06978-RCC,1:03-cv-07036-RCC,1:03-cv-08591-RCC,1:03-cv-09848-RCC,1:03-cv-09849-RCC, 1:04-cv-01076-RCC,1:04-cv-01922-RCC,1:04-cv-01923-RCC,1:04-cv-05970-RCC,1:04-cv-06105-RCC, 1:04-cv-07065-RCC,1:04-cv-07216-RCC,1:04-cv-07279-RCC,1:04-cv-07280-RCC,1:04-cv-07281-RCC(Melsheimer, Thomas) (Entered: 04/29/2005) |
| 326 | 05/05/2005 | ENDORSED LETTER addressed to Judge Richard Conway Casey from J. Scott Tarbutton dated 5/4/05 re: GRANTING the Federal Ptffs. request for the Court's permission to file the schedules to be attached as Exhibits to the default filings under seal. (Signed by Judge Richard C. Casey on 5/5/05) Filed In Associated Cases: 1:03-md-01570-RCC,1:03-cv-06978-RCC(rjm, ) (Entered: 05/06/2005) |
| 327 | 05/05/2005 | NOTICE of Voluntary Dismissal pursuant to Rule 41(a)(1) of the F.R.C.P. Ptffs voluntarily dismiss deft. Mohammed Abdullah Aljomaih with prejudice from 03cv6978. Each party shall bear its own fees, costs & expenses. (Signed by Judge Richard C. Casey on 5/5/05) Filed In Associated Cases: 1:03-md-01570-RCC,1:03-cv-06978-RCC(rjm, ) (Entered: 05/06/2005) |
| 332 | 05/05/2005 | ORDER OF DISMISSAL (this document relates to all cases); for the reasons stated in the Court's 1/18/2005 Order, the Kingdom of Saudi Arabia, HRH Prince Sultan bin Abdulaziz Al-Saud, HRH Prince Turki Al-Faisal, HRH Prince Mohamed Al-Faisal, and Al Rajhi Banking & Investment Corporation are DISMISSED from all remaining cases consolidated before this Court under docket number 03 MDL 1570. (Signed by Judge Richard C. Casey on 5/5/2005) Filed In Associated Cases: 1:03-md-01570-RCC,1:02-cv-06977-RCC,1:02-cv-07300-RCC-FM,1:03-cv-05071-RCC,1:03-cv-05738-RCC, 1:03-cv-06978-RCC,1:03-cv-07036-RCC,1:03-cv-08591-RCC,1:03-cv-09848-RCC,1:03-cv-09849-RCC, 1:04-cv-01076-RCC,1:04-cv-01922-RCC,1:04-cv-01923-RCC,1:04-cv-05970-RCC,1:04-cv-06105-RCC, 1:04-cv-07065-RCC,1:04-cv-07216-RCC,1:04-cv-07279-RCC,1:04-cv-07280-RCC,1:04-cv-07281-RCC(kkc, ) (Entered: 05/16/2005) |
| 328 | 05/09/2005 | MOTION to Dismiss. Document filed by Soliman H.S. Al-Buthe. (Attachments: # 1 Text of Proposed Order)Filed In Associated Cases: 1:03-md-01570-RCC,1:02-cv-06977-RCC,1:02-cv-07300-RCC-FM,1:03-cv-05071-RCC,1:03-cv-05738-RCC, 1:03-cv-06978-RCC,1:03-cv-07036-RCC,1:03-cv-08591-RCC,1:03-cv-09848-RCC,1:03-cv-09849-RCC, 1:04-cv-01076-RCC,1:04-cv-01922-RCC,1:04-cv-01923-RCC,1:04-cv-05970-RCC,1:04-cv-06105-RCC, 1:04-cv-07065-RCC,1:04-cv-07216-RCC,1:04-cv-07279-RCC,1:04-cv-07280-RCC,1:04-cv-07281-RCC(Kabat, Alan) (Entered: 05/09/2005) |
| 329 | 05/09/2005 | REPLY MEMORANDUM OF LAW in Support re: 654 MOTION to Dismiss the Consolidated Personal Injury Plaintiffs (Ashton, Burnett, O'Neill, Salvo, and Tremsky)., 655 MOTION to Dismiss the Consolidated Personal Injury Complaints (Ashton, Burnett, Salvo, and Tremsky).. Document filed by Al Haramain Islamic Foundation, Inc., Perouz Seda Ghaty. Filed In Associated Cases: 1:03-md-01570-RCC,1:02-cv-06977-RCC,1:02-cv-07300-RCC-FM,1:03-cv-05071-RCC,1:03-cv-05738-RCC, 1:03-cv-06978-RCC,1:03-cv-07036-RCC,1:03-cv-08591-RCC,1:03-cv-09848-RCC,1:03-cv-09849-RCC, 1:04-cv-01076-RCC,1:04-cv-01922-RCC,1:04-cv-01923-RCC,1:04-cv-05970-RCC,1:04-cv-06105-RCC, 1:04-cv-07065-RCC,1:04-cv-07216-RCC,1:04-cv-07279-RCC,1:04-cv-07280-RCC,1:04-cv-07281-RCC(Kabat, Alan) (Entered: 05/09/2005) |
| 330 | 05/09/2005 | REPLY MEMORANDUM OF LAW in Support re: 656 MOTION to Dismiss the Consolidated Property Damage and Insurance Complaints (Cantor Fitzgerald, Continental Casualty, Euro Brokers, Federal Insurance, NY Marine, and World Trade Center Properties)., 657 MOTION to Dismiss the Consolidated Property Damage and Insurance Complaints (Continental Casualty, Euro Brokers, Federal Insurance, NY Marine, and World Trade Center Properties).. Document filed by Al Haramain Islamic Foundation, Inc., Perouz Seda Ghaty. Filed In Associated Cases: 1:03-md-01570-RCC,1:02-cv-06977-RCC,1:02-cv-07300-RCC-FM,1:03-cv-05071-RCC,1:03-cv-05738-RCC, 1:03-cv-06978-RCC,1:03-cv-07036-RCC,1:03-cv-08591-RCC,1:03-cv-09848-RCC,1:03-cv-09849-RCC, 1:04-cv-01076-RCC,1:04-cv-01922-RCC,1:04-cv-01923-RCC,1:04-cv-05970-RCC,1:04-cv-06105-RCC, 1:04-cv-07065-RCC,1:04-cv-07216-RCC,1:04-cv-07279- |

| # | Date | Proceeding Text |
|---|------|-----------------|
| | | RCC,1:04-cv-07280-RCC,1:04-cv-07281-RCC(Kabat, Alan) (Entered: 05/09/2005) |
| 331 | 05/13/2005 | MEMORANDUM OF LAW in Opposition re: 729 MOTION to Dismiss. PLAINTIFFS? MEMORANDUM OF LAW IN OPPOSITION TO MOTION TO DISMISS OF DEFENDANT SAMI OMAR AL-HUSSAYEN. Document filed by Federal Insurance Company et al., Plaintiffs. Filed In Associated Cases: 1:03-md-01570-RCC,1:03-cv-06978-RCC(Feldman, Elliott) (Entered: 05/13/2005) |
| 333 | 05/16/2005 | Signed PROPOSED ORDER of Substitution of Counsel that Sheppard Mullin Richter & Hampton LLP shall be hereby substituted for White & Case LLP as counsel for defts. DMI Administrative Services, S.A. and Islamic Investment Company of the Gulf (Sharja). (Signed by Judge Richard C. Casey on 5/16/05) Filed In Associated Cases: 1:03-md-01570-RCC,1:03-cv-06978-RCC,1:03-cv-09849-RCC(rjm, ) (Entered: 05/18/2005) |
| 334 | 05/16/2005 | STIPULATION as to Service of Process & Extension of Time to Respond to Complaint Consolidated under MDL 1570... agreed by & between ptffs in the referenced case consolidated under MDL 1570 & Deft. Saudi Dallah Al Baraka Group, LLC, by & through their undersigned counsel, that the undersigned Deft's counsel hereby accepts service of the Complaint in the case referenced, on behalf of Saudi Dallah Al Baraka Group, LLC. Ptffs. pursuing claims for relief under "RICO" shall serve their Amended RICO Statement concerning Saudi Dallah Al Baraka Group, LLC on or before 5/27/05. Further stipulated that the time for Saudi Dallah Al Baraka Group, LLC to answer or otherwise respond to the complaint in the case referenced shall be on or before 7/8/05... and as further set forth in said order. (Signed by Judge Richard C. Casey on 6/16/05) Filed In Associated Cases: 1:03-md-01570-RCC,1:03-cv-06978-RCC(rjm, ) (Entered: 05/18/2005) |
| 336 | 05/16/2005 | Signed PROPOSED ORDER of Substitution of Counsel that Sheppard Mullin Richter & Hampton LLP shall be hereby substituted for White & Case LLP as counsel for Defts. DMI Administrative Services, S.A. and Islamic Investment Company of the Gulf (Sharjah). (Signed by Judge Richard C. Casey on 5/16/05) Filed In Associated Cases: 1:03-md-01570-RCC,1:03-cv-06978-RCC,1:03-cv-09848-RCC(rjm, ) (Entered: 05/23/2005) |
| 335 | 05/17/2005 | STIPULATION AS TO SERVICE OF PROCESS & EXTENSION OF TIME TO RESPOND TO COMPLAINTS CONSOLIDATED UNDER MDL 1570... that ptffs pursuing claims for relief under the "RICO" Act shall serve their respective RICO Statements concerning Al Watania Poultry, on or before 5/27/05. It is further stipulated & agreed that the time for Al Watania Poultry to answer or otherwise respond to the Complaint in each of the cases referenced above, shall be on or before 6/27/05... and as further set forth in said order. (Signed by Judge Richard C. Casey on 5/17/05) Filed In Associated Cases: 1:03-md-01570-RCC,1:03-cv-06978-RCC,1:04-cv-05970-RCC,1:04-cv-06105-RCC(rjm, ) (Entered: 05/18/2005) |
| 337 | 05/19/2005 | ENDORSED LETTER addressed to Judge Richard Conway Casey from Jodi Westbrook Flowers dated 5/18/05 re: Plaintiffs were contacted today by pro se Deft. Yeslam Bin Laden regarding an extension of time to supplement or file his motion to Dismiss in the referenced cases. Plaintiffs have agreed to a 60-day extension of time for Mr. Bin Laden to move to dismiss or otherwise respond making his papers due 7/22/05... Motions due by 7/22/2005. Responses due by 9/20/2005 Replies due by 10/20/2005. (Signed by Judge Richard C. Casey on 5/19/05) Filed In Associated Cases: 1:03-md-01570-RCC,1:03-cv-06978-RCC,1:03-cv-09848-RCC,1:04-cv-05970-RCC,1:04-cv-06105-RCC, 1:04-cv-07279-RCC,1:04-cv-07280-RCC(rjm, ) (Entered: 05/23/2005) |
| 338 | 05/19/2005 | STIPULATION AND ORDER as to Service of Process and Extension of Time to Respond to Complaints Consolidated under MDL 1570 as to Deft. Khalid Bin Mahfouz. The time for Mr. Bin Mahfouz to answer or otherwise respond to the complaint in each of the cases referenced above, shall be on or before 6/27/05... and as further set forth in said order. (Signed by Judge Richard C. Casey on 5/19/05) Filed In Associated Cases: 1:03-md-01570-RCC,1:02-cv-06977-RCC,1:03-cv-06978-RCC,1:03-cv-09849-RCC,1:04-cv-01923-RCC, 1:04-cv-05970-RCC,1:04-cv-06105-RCC,1:04-cv-07065-RCC,1:04-cv-07279-RCC,1:04-cv-07280-RCC(rjm, ) (Entered: 05/23/2005) |
| 339 | 05/19/2005 | ORDER on attached Motion for Admission pro hac vice of Attorney Sheryl L. Musgrove on behalf of Deft. Sami Omar Al-Hussayen. (Signed by Judge Richard C. Casey on 5/19/05) Filed In Associated Cases: 1:03-md-01570-RCC,1:03-cv-06978-RCC,1:03-cv-09849-RCC,1:04-cv-06105-RCC,1:04-cv-07279-RCC, 1:04-cv-07280-RCC(rjm, ) (Entered: 05/25/2005) |
| 340 | 06/01/2005 | AFFIRMATION of Sean P. Carter in Opposition re: 164 MOTION for Protective Order Notice of Motion and Memorandum in Support of Motion for Limited Appearance and to Move for a Protective Order., 249 MOTION to Dismiss First Amended Complaint., 225 MOTION to Dismiss., 631 MOTION to Dismiss & Memorandum of Law in Support of Motion to Dismiss of the Saudi |

| # | Date | Proceeding Text |
|---|---|---|
| | | Joint Relief Committee., 40 MOTION to Dismiss The Fourth Amended Consolidated Master Complaint in Ashton, et al. v. Al Qaeda Islamic, et al.., 41 MOTION to Dismiss Memorandum of Law in Support of Motion to Dismiss The Fourth Amended Consolidated Master Complaint in Ashton et al. v. Al Qaeda Islamic, et al.., 99 MOTION to Dismiss for Lack of Jurisdiction the Third Amended Complaint (Burnett)., 102 MOTION to Dismiss [Reply Brief - Burnett v. Al Baraka]., 262 MOTION to Dismiss., 46 MOTION to Dismiss of the Defendant The National Commercial Bank., 135 MOTION to Dismiss the Amended Complaint., 15 MOTION (FILED ON SERVICE DATE) for Michael K. Kellogg, Mark C. Hansen, David C. Frederick, Michael J. Guzman, and J.C. Rozendaal to Appear Pro Hac Vice., 47 MOTION to Dismiss Certain Consolidated Complaints., 48 MOTION to Dismiss Memorandum in Support of Motion to Dismiss Certain Consolidated Complaints., 49 MOTION to Dismiss and Memorandum of Law in Support of Motion to Dismiss and to Quash Service of Process of His Royal Highness Prince Turki Al-Faisal bin Abdulaziz Al-Saud., 50 MOTION to Dismiss Reply Memorandum in Support of Motion to Dismiss., 137 MOTION to Dismiss Complaint By Federal Insurance Plaintiffs and to Quash Service of Process of His Royal Highness Prince Turki Al-Faisal Bin Abdulaziz Al-Saud., 374 MOTION to Dismiss and Memorandum of Law in Support of Motion to Dismiss., 375 MOTION to Dismiss and Memorandum of Law in Support of Motion to Dismiss and to Quash Service of Process., 140 MOTION to Dismiss the Complaints., 165 MOTION for Protective Order Notice of Motion and Memorandum in Support of Motion for Limited Appearance and to Move for a Protective Order.. Document filed by Federal Insurance Company et al., Plaintiffs. (Attachments: # 1 Exhibit # 2 Exhibit # 3 Exhibit # 4 Exhibit # 5 Exhibit # 6 Exhibit # 7 Exhibit # 8 Exhibit # 9 Exhibit # 10 Exhibit # 11 Exhibit # 12 Exhibit # 13 Exhibit # 14 Exhibit # 15 Exhibit # 16 Exhibit # 17 Exhibit # 18 Exhibit # 19 Exhibit # 20 Exhibit # 21 Exhibit # 22 Exhibit # 23 Exhibit # 24 Exhibit # 25 Exhibit # 26 Exhibit # 27 Exhibit # 28 Exhibit # 29 Exhibit # 30 Exhibit # 31 Exhibit # 32 Exhibit # 33 Exhibit # 34 Exhibit # 35 Exhibit # 36 Exhibit # 37 Exhibit # 38 Exhibit # 39 Exhibit # 40 Exhibit Part 1 of 2# 41 Exhibit Part 2 of 2# 42 Exhibit # 43 Exhibit # 44 Exhibit # 45 Exhibit # 46 Exhibit # 47 Exhibit # 48 Exhibit Part 1 of 5# 49 Exhibit Part 2 of 5# 50 Exhibit Part 3 of 5# 51 Exhibit Part 4 of 5# 52 Exhibit Part 5 of 5# 53 Exhibit # 54 Exhibit)Filed In Associated Cases: 1:03-md-01570-RCC,1:03-cv-06978-RCC(Feldman, Elliott) (Entered: 06/01/2005) |
| 341 | 06/02/2005 | RESPONSE to Motion re: 919 MOTION for Entry of Judgment under Rule 54(b) NOTICE OF MOTION FOR ENTRY OF FINAL JUDGMENTS REGARDING DEFENDANTS KINGDOM OF SAUDI ARABIA, PRINCE SULTAN BIN ABDUL AZIZ AL SAUD, PRINCE TURKI AL FAISAL AL SAUD, PRINCE MOHAMED AL FAISAL AL SAUD, AND AL by the Kingdom of Saudi Arabia, HRH Prince Sultan bin Abdulaziz Al-Saud, HRH Prince Turki Al-Faisal Al-Saud, and HRH Prince Mohamed Al Faisal Al Saud. Document filed by Mohammed Al Faisal Al Saud, Sultan Bin Abdulaziz Al Saud, The Kingdom of Saudi Arabia, Prince Turki Al Faisal Al Saud. Filed In Associated Cases: 1:03-md-01570-RCC,1:02-cv-06977-RCC,1:02-cv-07300-RCC-FM,1:03-cv-05071-RCC,1:03-cv-05738-RCC, 1:03-cv-06978-RCC,1:03-cv-08591-RCC,1:03-cv-09848-RCC,1:03-cv-09849-RCC, 1:04-cv-01076-RCC,1:04-cv-01922-RCC, 1:04-cv-01923-RCC,1:04-cv-05970-RCC,1:04-cv-06105-RCC, 1:04-cv-07065-RCC,1:04-cv-07216-RCC,1:04-cv-07279-RCC,1:04-cv-07280-RCC,1:04-cv-07281-RCC(Jeffress, William) (Entered: 06/02/2005) |
| 342 | 06/03/2005 | STIPULATION AND ORDER AS TO SERVICE OF PROCESS & RICO STATEMENTS RELATING TO COMPLAINTS CONSOLIDATED UNDER MDL 1570: It is hereby Stipulated & Agreed by & between Ptffs in all of the referenced cases consolidated under 03 MDL 1570 & Deft. Yousef Jameel, by & through their undersigned counsel that the undersigned Deft's. counsel hereby agrees that Mr. Jameel was served w/the Complaint in each of the cases referenced in this document. Mr. Jameel expressly reserves his right to assert all other defenses to the complaints, including, but not limited to, lack of personal jurisdiction... as and further set forth in said order. (Signed by Judge Richard C. Casey on 6/2/05) Filed In Associated Cases: 1:03-md-01570-RCC,1:03-cv-06978-RCC,1:04-cv-06105-RCC,1:04-cv-07279-RCC,1:04-cv-07280-RCC(rjm, ) (Entered: 06/03/2005) |
| 343 | 06/06/2005 | MEMORANDUM OF LAW in Opposition re: 919 MOTION for Entry of Judgment under Rule 54(b) NOTICE OF MOTION FOR ENTRY OF FINAL JUDGMENTS REGARDING DEFENDANTS KINGDOM OF SAUDI ARABIA, PRINCE SULTAN BIN ABDUL AZIZ AL SAUD, PRINCE TURKI AL FAISAL AL SAUD, PRINCE MOHAMED AL FAISAL AL SAUD, AND AL. Document filed by Al Rajhi Bank. Filed In Associated Cases: 1:03-md-01570-RCC,1:02-cv-06977-RCC,1:02-cv-07300-RCC-FM,1:03-cv-05071-RCC,1:03-cv-05738-RCC, 1:03-cv-06978-RCC,1:03-cv-07036-RCC,1:03-cv-08591-RCC,1:03-cv-09848-RCC,1:03-cv-09849-RCC, 1:04-cv-01076-RCC,1:04-cv-01922-RCC,1:04-cv-01923-RCC,1:04-cv-05970-RCC,1:04-cv-06105-RCC, 1:04-cv-07065- |

| # | Date | Proceeding Text |
|---|------|-----------------|
| | | RCC,1:04-cv-07216-RCC,1:04-cv-07279-RCC,1:04-cv-07280-RCC,1:04-cv-07281-RCC(Curran, Christopher) (Entered: 06/06/2005) |
| 344 | 06/06/2005 | MEMORANDUM OF LAW in Opposition re: 919 MOTION for Entry of Judgment under Rule 54(b) NOTICE OF MOTION FOR ENTRY OF FINAL JUDGMENTS REGARDING DEFENDANTS KINGDOM OF SAUDI ARABIA, PRINCE SULTAN BIN ABDUL AZIZ AL SAUD, PRINCE TURKI AL FAISAL AL SAUD, PRINCE MOHAMED AL FAISAL AL SAUD, AND AL. Document filed by Saudi American Bank. Filed In Associated Cases: 1:03-md-01570-RCC,1:02-cv-06977-RCC,1:02-cv-07300-RCC-FM,1:03-cv-05071-RCC,1:03-cv-05738-RCC, 1:03-cv-06978-RCC,1:03-cv-07036-RCC,1:03-cv-08591-RCC,1:03-cv-09848-RCC,1:03-cv-09849-RCC, 1:04-cv-01076-RCC,1:04-cv-01922-RCC,1:04-cv-01923-RCC,1:04-cv-05970-RCC,1:04-cv-06105-RCC, 1:04-cv-07065-RCC,1:04-cv-07216-RCC,1:04-cv-07279-RCC,1:04-cv-07280-RCC,1:04-cv-07281-RCC(Polovoy, Brian) (Entered: 06/06/2005) |
| 345 | 06/10/2005 | MOTION for Leave to File Arabic language document. Document filed by Federal Insurance Company et al., Plaintiffs. (Attachments: # 1 Memorandum of law# 2 Arabic language document Part 1# 3 Arabic language document 2 of 2# 4 English translation)Filed In Associated Cases: 1:03-md-01570-RCC,1:03-cv-06978-RCC(Feldman, Elliott) (Entered: 06/10/2005) |
| 346 | 06/13/2005 | FILING ERROR - DEFICIENT DOCKET ENTRY - (PARTY SELECTION ERROR) - MEMORANDUM OF LAW in Opposition re: 980 MOTION for Leave to File Arabic language document.. Document filed by Sultan Bin Abdulaziz Al Saud, Naif Bin Abdulaziz Al Saud. Filed In Associated Cases: 1:03-md-01570-RCC,1:03-cv-06978-RCC(Jeffress, William) Modified on 6/29/2005 (gf, ). (Entered: 06/13/2005) |
| 347 | 06/15/2005 | STIPULATION AS TO TIME TO RESPOND TO DEFENDANT SAUDI AMERICAN BANK'S OPPOSITION TO PLAINTIFFS' MOTION FOR ENTRY OF FINAL JUDGMENT. It is agreed by & between plaintiffs in all actions consolidated under 03 MDL 1570, and defendant Saudi American Bank, by & through their undersigned counsel, that the Plaintiffs' Reply to Saudi American Bank's Opposition to Plaintiffs' Motion for Entry of Final Judgment shall be served on or before 6/20/05. (Signed by Judge Richard C. Casey on 6/14/05) Filed In Associated Cases: 1:03-md-01570-RCC,1:02-cv-06977-RCC,1:02-cv-07300-RCC-FM,1:03-cv-05071-RCC,1:03-cv-05738-RCC, 1:03-cv-06978-RCC,1:03-cv-07036-RCC,1:03-cv-08591-RCC,1:03-cv-09848-RCC,1:03-cv-09849-RCC, 1:04-cv-01076-RCC,1:04-cv-01922-RCC,1:04-cv-01923-RCC,1:04-cv-05970-RCC,1:04-cv-06105-RCC, 1:04-cv-07065-RCC, 1:04-cv-07216-RCC,1:04-cv-07279-RCC,1:04-cv-07280-RCC,1:04-cv-07281-RCC(rjm, ) (Entered: 06/15/2005) |
| 348 | 06/15/2005 | STIPULATION AS TO TIME TO RESPOND TO DEFENDANT AL RAJHI BANK'S OPPOSITION TO PLAINTIFFS' MOTION FOR ENTRY OF FINAL JUDGMENT. It is Stipulated & Agreed by & between Plaintiffs in all actions consolidated under 03 MDL 1570, and Defendant Al Rajhi Banking & Investment Corp., by & through their undersigned counsel, that the Plaintiffs' Reply to Al Rajhi Bank's Opposition to Plaintiff's Motion for Entry of Final Judgment shall be served on or before 6/20/05. (Signed by Judge Richard C. Casey on 6/14/05) Filed In Associated Cases: 1:03-md-01570-RCC,1:02-cv-06977-RCC,1:02-cv-07300-RCC-FM,1:03-cv-05071-RCC,1:03-cv-05738-RCC, 1:03-cv-06978-RCC,1:03-cv-07036-RCC,1:03-cv-08591-RCC,1:03-cv-09848-RCC,1:03-cv-09849-RCC, 1:04-cv-01076-RCC,1:04-cv-01922-RCC,1:04-cv-01923-RCC,1:04-cv-05970-RCC,1:04-cv-06105-RCC, 1:04-cv-07065-RCC, 1:04-cv-07216-RCC,1:04-cv-07279-RCC,1:04-cv-07280-RCC,1:04-cv-07281-RCC(rjm, ) (Entered: 06/15/2005) |
| 349 | 06/20/2005 | REPLY MEMORANDUM OF LAW in Support re: 980 MOTION for Leave to File Arabic language document. PLAINTIFFS? REPLY TO THE JOINT OPPOSITION OF PRINCE NAIF BIN ABDUL AZIZ AL SAUD AND PRINCE SALMAN BIN ABDUL AZIZ AL SAUD TO PLAINTIFFS? MOTION FOR LEAVE TO SUPPLEMENT THE RECORD WITH ADDITIONAL EVIDENCE IN RESPONSE TO THE MOTIONS TO DISMISS SUBMITTED BY PRINCE NAIF AND PRINCE SALMAN. Document filed by Federal Insurance Company et al., Plaintiffs. Filed In Associated Cases: 1:03-md-01570-RCC,1:03-cv-06978-RCC(Feldman, Elliott) (Entered: 06/20/2005) |
| 350 | 06/22/2005 | MEMORANDUM OF LAW in Opposition re: 980 MOTION for Leave to File Arabic language document. Corrected Filing to Reflect Proper Filers of Memorandum of Law in Opposition to Motion. Document filed by Naif Bin Abdulaziz Al Saud, Salman Bin Abdulaziz Al Saud. Filed In Associated Cases: 1:03-md-01570-RCC,1:03-cv-06978-RCC(Jeffress, William) (Entered: 06/22/2005) |
| 351 | 06/22/2005 | ORDER Endorsement on Motion for Admission pro hac vice of Attorney Tracey C. Allen on behalf of Defendant Prince Mohamed Al-Faisal Al-Saud. (Signed by Judge Richard C. Casey on 6/20/05) Filed In Associated Cases: 1:03-md-01570-RCC,1:02-cv-06977-RCC,1:03-cv-06978-RCC(rjm, ) (Entered: 06/22/2005) |

| # | Date | Proceeding Text |
|---|------|-----------------|
| 352 | 06/24/2005 | NOTICE of Appearance by Viet D. Dinh on behalf of Yousef Jameel (Dinh, Viet) (Entered: 06/24/2005) |
| 353 | 06/27/2005 | REPLY MEMORANDUM OF LAW in Support re: 729 MOTION to Dismiss.. Document filed by Sami Omar Al-Hussayen. Filed In Associated Cases: 1:03-md-01570-RCC,1:03-cv-06978-RCC(McKay, Scott) (Entered: 06/27/2005) |
| 354 | 06/28/2005 | MOTION to Dismiss. Document filed by Khaled Bin Salim Bin Mahfouz. Filed In Associated Cases: 1:03-md-01570-RCC,1:02-cv-06977-RCC,1:02-cv-07300-RCC-FM,1:03-cv-05071-RCC,1:03-cv-05738-RCC, 1:03-cv-06978-RCC,1:03-cv-07036-RCC,1:03-cv-08591-RCC,1:03-cv-09848-RCC,1:03-cv-09849-RCC, 1:04-cv-01076-RCC,1:04-cv-01922-RCC,1:04-cv-01923-RCC,1:04-cv-05970-RCC,1:04-cv-06105-RCC, 1:04-cv-07065-RCC,1:04-cv-07216-RCC,1:04-cv-07279-RCC,1:04-cv-07280-RCC,1:04-cv-07281-RCC(Stewart, Geoffrey) (Entered: 06/28/2005) |
| 355 | 06/28/2005 | MEMORANDUM OF LAW in Opposition re: 316 MOTION to Dismiss. PROPERTY DAMAGE PLAINTIFFS' CONSOLIDATED MEMORANDUM OF LAW IN OPPOSITION TO THE MOTIONS TO DISMISS OF DEFENDANT FAISAL ISLAMIC BANK OF SUDAN. Document filed by Federal Insurance Company et al., Plaintiffs. (Feldman, Elliott) (Entered: 06/28/2005) |
| 356 | 06/28/2005 | AFFIRMATION of Sean P. Carter in Opposition re: 316 MOTION to Dismiss.. Document filed by Federal Insurance Company et al., Plaintiffs. (Attachments: # 1 Exhibit # 2 Exhibit # 3 Exhibit # 4 Exhibit # 5 Exhibit)(Feldman, Elliott) (Entered: 06/28/2005) |
| 357 | 06/28/2005 | MEMORANDUM OF LAW in Support re: 1013 MOTION to Dismiss.. Document filed by Khaled Bin Salim Bin Mahfouz. (Attachments: # 1 Exhibit)Filed In Associated Cases: 1:03-md-01570-RCC,1:03-cv-06978-RCC(Stewart, Geoffrey) (Entered: 06/28/2005) |
| 358 | 07/11/2005 | STIPULATION AS TO SERVICE OF PROCESS & EXTENSION OF TIME TO RESPOND TO COMPLAINTS CONSOLIDATED UNDER MDL 1570... that the undersigned Deft's. counsel hereby accepts service of the Complaint in each of the cases referenced above; that plaintiffs pursuing claims for relief under the Racketeer Influenced & Corrupt Organizations Act shall serve their respective RICO Statements concerning WAMY by 7/29/05; the time for WAMY to respond to the Complaint in each of the cases referenced shall be on or before 9/30/05; Ptff's response to WAMY's responsive pleadings, if any, shall be served within 60 days of receipt of same from deft's counsel, and that deft's counsel shall file reply papers if any within 30 days of receipt of ptffs' opposing papers... and as further set forth in said Order. (Signed by Judge Richard C. Casey on 7/8/05) Filed In Associated Cases: 1:03-md-01570-RCC,1:02-cv-06977-RCC,1:03-cv-06978-RCC,1:04-cv-01923-RCC,1:04-cv-05970-RCC, 1:04-cv-06105-RCC,1:04-cv-07279-RCC,1:04-cv-07280-RCC(rjm, ) (Entered: 07/11/2005) |
|  | 07/11/2005 | Set Answer Due Date purs. to 358 Stipulation and Order, as to World Assembly of Muslim Youth answer due on 9/30/2005. (sac, ) (Entered: 07/12/2005) |
| 359 | 07/14/2005 | REPLY MEMORANDUM OF LAW in Support re: 867 MOTION to Dismiss Abdullah Al Rajhi. MOTION to Dismiss for Lack of Jurisdiction Abdullah Al Rajhi. MOTION to Dismiss for Lack of Jurisdiction Abdullah Al Rajhi. MOTION to Dismiss for Lack of Jurisdiction Abdullah Al Rajhi.. Document filed by Abdullah Salaiman Al-Rajhi. Filed In Associated Cases: 1:03-md-01570-RCC,1:02-cv-06977-RCC,1:02-cv-07300-RCC-FM,1:03-cv-05071-RCC,1:03-cv-05738-RCC, 1:03-cv-06978-RCC,1:03-cv-07036-RCC,1:03-cv-08591-RCC,1:03-cv-09848-RCC,1:03-cv-09849-RCC,1:04-cv-01076-RCC,1:04-cv-01922-RCC,1:04-cv-01923-RCC,1:04-cv-05970-RCC,1:04-cv-06105-RCC, 1:04-cv-07065-RCC,1:04-cv-07216-RCC,1:04-cv-07279-RCC,1:04-cv-07280-RCC,1:04-cv-07281-RCC(Melsheimer, Thomas) (Entered: 07/14/2005) |
| 360 | 07/14/2005 | REPLY MEMORANDUM OF LAW in Support re: 865 MOTION to Dismiss Saleh Al Rajhi. MOTION to Dismiss for Lack of Jurisdiction Saleh Al Rajhi. MOTION to Dismiss for Lack of Jurisdiction Saleh Al Rajhi.. Document filed by Saleh Abdul Aziz Al Rajhi, Saleh Abdulaziz Al-Rajhi. Filed In Associated Cases: 1:03-md-01570-RCC,1:02-cv-06977-RCC,1:02-cv-07300-RCC-FM,1:03-cv-05071-RCC,1:03-cv-05738-RCC, 1:03-cv-06978-RCC,1:03-cv-07036-RCC,1:03-cv-08591-RCC,1:03-cv-09848-RCC,1:03-cv-09849-RCC, 1:04-cv-01076-RCC,1:04-cv-01922-RCC,1:04-cv-01923-RCC,1:04-cv-05970-RCC,1:04-cv-06105-RCC, 1:04-cv-07065-RCC,1:04-cv-07216-RCC,1:04-cv-07279-RCC,1:04-cv-07280-RCC,1:04-cv-07281-RCC(Melsheimer, Thomas) (Entered: 07/14/2005) |
| 361 | 07/14/2005 | REPLY MEMORANDUM OF LAW in Support re: 869 MOTION to Dismiss Sulaiman Al Rajhi. MOTION to Dismiss for Lack of Jurisdiction Sulaiman Al Rajhi. MOTION to Dismiss for Lack of Jurisdiction Sulaiman Al Rajhi. Reply to Cantor Fitzgerald Plaintiffs' Memorandum in Opposition to Sulaiman Al Rajhi's Motion to Dismiss. Document filed by Sulaiman Bin Abdul Aziz Al Rajhi, Suleiman Abdel Aziz Al Rajhi, |

| # | Date | Proceeding Text |
|---|------|-----------------|
| | | Suleiman Abdel Aziz Al Rajhi. Filed In Associated Cases: 1:03-md-01570-RCC,1:02-cv-06977-RCC,1:02-cv-07300-RCC-FM,1:03-cv-05071-RCC,1:03-cv-05738-RCC, 1:03-cv-06978-RCC,1:03-cv-07036-RCC,1:03-cv-08591-RCC,1:03-cv-09848-RCC,1:03-cv-09849-RCC, 1:04-cv-01076-RCC,1:04-cv-01922-RCC,1:04-cv-01923-RCC,1:04-cv-05970-RCC,1:04-cv-06105-RCC, 1:04-cv-07065-RCC,1:04-cv-07216-RCC,1:04-cv-07279-RCC,1:04-cv-07280-RCC,1:04-cv-07281-RCC(Melsheimer, Thomas) (Entered: 07/14/2005) |
| 362 | 07/14/2005 | REPLY MEMORANDUM OF LAW in Support re: 869 MOTION to Dismiss Sulaiman Al Rajhi. MOTION to Dismiss for Lack of Jurisdiction Sulaiman Al Rajhi. MOTION to Dismiss for Lack of Jurisdiction Sulaiman Al Rajhi. MOTION to Dismiss for Lack of Jurisdiction Sulaiman Al Rajhi. Reply to Plaintiffs' Consolidated Memorandum of Law in Opposition to Motion to Dismiss of Sulaiman Al Rajhi. Document filed by Sulaiman Bin Abdul Aziz Al Rajhi, Suleiman Abdel Aziz Al Rajhi, Suleiman Abdel Aziz Al Rajhi. Filed In Associated Cases: 1:03-md-01570-RCC,1:02-cv-06977-RCC,1:02-cv-07300-RCC-FM,1:03-cv-05071-RCC,1:03-cv-05738-RCC, 1:03-cv-06978-RCC,1:03-cv-07036-RCC,1:03-cv-08591-RCC,1:03-cv-09848-RCC,1:03-cv-09849-RCC, 1:04-cv-01076-RCC,1:04-cv-01922-RCC,1:04-cv-01923-RCC,1:04-cv-05970-RCC,1:04-cv-06105-RCC, 1:04-cv-07065-RCC,1:04-cv-07216-RCC,1:04-cv-07279-RCC,1:04-cv-07280-RCC,1:04-cv-07281-RCC(Melsheimer, Thomas) (Entered: 07/14/2005) |
| 363 | 07/26/2005 | STIPULATION AND ORDER (this document relates to 03cv6978, 02cv6977, 04cv5970, 04cv7279, 04cv6105, 04cv1923, 04cv7280); plaintiffs shall serve their respective RICO Statements concerning Defendant World Assembly of Muslim Youth on or before 8/31/2005. The time for Defendant World Assembly of Muslim Youth to answer or otherwise respond to the complaint in each of the referenced cases shall be on or before 11/7/2005. All other agreements are set forth in this Stipulation. (Signed by Judge Richard C. Casey on 7/26/2005) Filed In Associated Cases: 1:03-md-01570-RCC,1:02-cv-06977-RCC,1:03-cv-06978-RCC,1:04-cv-01923-RCC,1:04-cv-05970-RCC, 1:04-cv-06105-RCC,1:04-cv-07279-RCC,1:04-cv-07280-RCC(kkc, ) (Entered: 07/27/2005) |
| 364 | 07/26/2005 | STIPULATION AND ORDER (this document relates to 02cv6977, 03cv9849, 03cv5738, 04cv7065, 04cv7279, 03cv6978, 04cv6105, 04cv1923, 04cv7280); regarding service of process and extension of time as to defendants DMI Administrative Services S.A., and Dar Al-Maal Al-Islami Trust, as set forth in this Stipulation. (Signed by Judge Richard C. Casey on 7/26/2005) Filed In Associated Cases: 1:03-md-01570-RCC,1:02-cv-06977-RCC,1:03-cv-05738-RCC,1:03-cv-06978-RCC,1:03-cv-09849-RCC, 1:04-cv-01923-RCC,1:04-cv-06105-RCC,1:04-cv-07279-RCC,1:04-cv-07280-RCC(kkc, ) (Entered: 07/27/2005) |
| 365 | 07/27/2005 | STIPULATION AND ORDER SETTING SCHEDULE FOR ABDULRAHMAN BIN MAHFOUZ TO RESPOND TO THE OPERATIVE COMPLAINTS IN CERTAIN ACTIONS CONSOLIDATED UNDER MDL 1570 that Mr. Bin Mahfouz has been served with the operative complaints. The parties stipulate & agree that the allegations directed against Mr. Bin Mahfouz in the 5th Amended Complaint are identical to the allegations of the 3rd Amended Complaint; Ptffs. pursuing claims for relief under the Racketeer Influenced & Corrupt Organizations Act shall serve their respective RICO Statements concerning Mr. Bin Mahfouz in accordance with the requirements of paragraph 14 of the Court's Case Mgt. Order No. 2 and the Court's corresponding "Instructions for filing RICO Statement." Ptffs. intend to serve their respective RICO Statements on or before 8/19/05... The time for Mr. Bin Mahfouz to answer or otherwise respond to the Operative Complaints shall be on 9/19/05; Ptffs' responses to Mr. Bin Mahfouz's responsive pleadings, if any, shall be served on counsel for ptffs within 30 days of the service of ptffs' responses... and as further set forth in said order. (Signed by Judge Richard C. Casey on 7/26/05) Filed In Associated Cases: 1:03-md-01570-RCC,1:02-cv-06977-RCC,1:03-cv-06978-RCC,1:04-cv-05970-RCC,1:04-cv-06105-RCC(rjm, ) (Entered: 07/28/2005) |
| 366 | 07/27/2005 | STIPULATION AND ORDER AS TO SERVICE OF PROCESS & EXTENSION OF TIME TO RESPOND TO COMPLAINTS CONSOLIDATED UNDER MDL 1570... it is hereby agreed upon by & between Plaintiffs in all of the referenced cases consolidated under 03MD1570 and Defendants Bakr Binladen, Haydar Binladen, Abdullah Binladen, Omar Binladen, Saleh Binladin, Salem Binladin, Tariq Binladin, and Yeslan Binladin (collectively "The Binladin Family Defendants"), and Defendants Saudi Binladin Group, Inc., Mohammed Binladin Organization, and Saudi Binladin International Co. (collectively "The Binladin Company Defendants") by & through their counsel that: Each of the Defts hereby agree that he or it was served with the Complaint in each of the cases referenced in which he or it is named as a defendant and has not been dismissed... Haydar Binladin is hereby dismissed from the Continental Casualty action, that Saleh Binladin is hereby dismissed from the Continental Casualty & NY Marine Actions, and that Salem Binladin is hereby dismissed from the Federal Insurance & NY Marine actions. Plaintiffs |

| # | Date | Proceeding Text |
|---|------|-----------------|
| | | seeking relief under the RICO Act shall serve their respective RICO Statements on or before 8/15/05; The Binladin Family Defts. shall notify Ptffs. of the number of consolidated motions to dismisson or before 8/29/05; The first consolidated motion to dismiss filed on behalf of some or all of the Binladin Family Defts. shall be served on or before 9/15/05; Ptffs. consolidated opposition to the motion to dismiss filed purs. to paragraph 9 shall be served on or before 11/15/05; Movants' consolidated reply shall be served by 12/15/05... and as further set forth in said order. (Signed by Judge Richard C. Casey on 7/26/05) Filed In Associated Cases: 1:03-md-01570-RCC,1:02-cv-06977-RCC,1:03-cv-06978-RCC,1:03-cv-09849-RCC,1:04-cv-05970-RCC, 1:04-cv-06105-RCC,1:04-cv-07279-RCC,1:04-cv-07280-RCC(rjm, ) (Entered: 07/28/2005) |
| 367 | 07/27/2005 | ENDORSED LETTER addressed to Judge Richard C. Casey from Sean P. Carter dated 7/15/05 re: The Court has received and reviewed the parties submissions. The deadline to file amended complaints is extended to September 30, 2005. Thereafter, the parties will comply with Rule 15. (Signed by Judge Richard C. Casey on 7/27/05) Filed In Associated Cases: 1:03-md-01570-RCC,1:03-cv-06978-RCC(rjm, ) (Entered: 07/28/2005) |
| 368 | 08/03/2005 | STIPULATION AS TO SERVICE OF PROCESS AND EXTENSION OF TIME TO RESPOND TO COMPLAINTS CONSOLIDATED UNDER MDL 1570. It is agreed by & between Plaintiffs in all of the referenced cases consolidated under MDL 1570 and Defendant Ibrahim Bin Abdul Aziz Al Ibrahim Foundation by & through their undersigned counsel, that the undersigned Deft's. counsel hereby accepts service of the Complaints in each of the cases referenced on behalf of the Al Ibrahim Foundation; Plaintiffs shall serve their respective RICO Statements concerning the Al Ibrahim Foundation by 9/2/05; the time for the Al Ibrahim Foundation to respond to the Complaint in each case will be 10/4/05; Plaintiffs response, if any, will be served within 60 days of receipt of ptffs' opposing papers... and as further set forth in said order. (Signed by Judge Richard C. Casey on 8/3/05) Filed In Associated Cases: 1:03-md-01570-RCC,1:02-cv-06977-RCC,1:03-cv-06978-RCC,1:03-cv-09849-RCC,1:04-cv-05970-RCC, 1:04-cv-06105-RCC,1:04-cv-07279-RCC,1:04-cv-07280-RCC(rjm, ) (Entered: 08/04/2005) |
| 369 | 08/03/2005 | STIPULATION AS TO SERVICE OF PROCESS AND EXTENSION OF TIME TO RESPOND TO COMPLAINTS CONSOLIDATED UNDER MDL 1570. It is agreed by & between Plaintiffs in all of the referenced cases consolidated under MDL 1570 and Defendant Sheikh Abdul Aziz Al Ibrahim by & through their undersigned counsel, that the undersigned Deft's. counsel hereby accepts service of the Complaints in each of the cases referenced on behalf of Mr. Al Ibrahim. The time for Mr. Al Ibrahim answer or otherwise respond to the Complaint in each case will be 9/27/05... Plaintiffs response, if any, will be due within 60 days of receipt of same from deft's counsel; defts shall file reply papers, if any, within 30 days of receipt of ptffs. opposing papers... and as further set forth in said order. (Signed by Judge Richard C. Casey on 8/3/05) Filed In Associated Cases: 1:03-md-01570-RCC,1:02-cv-06977-RCC,1:03-cv-06978-RCC,1:04-cv-05970-RCC,1:04-cv-06105-RCC(rjm, ) (Entered: 08/04/2005) |
| 370 | 08/08/2005 | REPLY MEMORANDUM OF LAW in Support re: 892 MOTION to Dismiss.. Document filed by Soliman H.S. Al-Buthe. Filed In Associated Cases: 1:03-md-01570-RCC,1:02-cv-06977-RCC,1:02-cv-07300-RCC-FM,1:03-cv-05071-RCC,1:03-cv-05738-RCC, 1:03-cv-06978-RCC,1:03-cv-07036-RCC,1:03-cv-08591-RCC,1:03-cv-09848-RCC,1:03-cv-09849-RCC, 1:04-cv-01076-RCC,1:04-cv-01922-RCC,1:04-cv-01923-RCC,1:04-cv-05970-RCC,1:04-cv-06105-RCC, 1:04-cv-07065-RCC,1:04-cv-07216-RCC,1:04-cv-07279-RCC,1:04-cv-07280-RCC,1:04-cv-07281-RCC(Kabat, Alan) (Entered: 08/08/2005) |
| 371 | 08/09/2005 | RESPONSE in Opposition re: 926 MOTION to Dismiss for Lack of Jurisdiction., 1040 MOTION to Dismiss. Schreiber and Zindel, Frank Zindel, Engelbert Schreiber Sr., Engelbert Schreiber Jr.. Document filed by Estate of John P.O'Neill, Sr.. (Attachments: # 1 Exhibit A# 2 Exhibit B)Filed In Associated Cases: 1:03-md-01570-RCC,1:02-cv-06977-RCC,1:02-cv-07300-RCC-FM,1:03-cv-05071-RCC,1:03-cv-05738-RCC, 1:03-cv-06978-RCC,1:03-cv-07036-RCC,1:03-cv-08591-RCC,1:03-cv-09848-RCC,1:03-cv-09849-RCC, 1:04-cv-01076-RCC,1:04-cv-01922-RCC,1:04-cv-01923-RCC,1:04-cv-05970-RCC,1:04-cv-06105-RCC, 1:04-cv-07065-RCC,1:04-cv-07216-RCC,1:04-cv-07279-RCC,1:04-cv-07280-RCC,1:04-cv-07281-RCC(Mac Neill, Gina) (Entered: 08/09/2005) |
| 372 | 08/10/2005 | STIPULATION AS TO CONSOLIDATED BRIEFING SCHEDULE FOR DEFTS. DALLAH AL BARAKA, SALEH KAMEL, AND AL BARAKA INVESTMENT & DEVELOPMENT CORP. that effective w/the Court's endorsement or entering of this Stipulation, Dallah, ABID's and Saleh Kamel's pending motions to dismiss the Cantor ptffs' complaint will be withdrawn w/out prejudice automatically w/the Court's endorsement or entering on this Stipulation; Ptffs. must file their RICO statements if any for Dallah no later than 30 days after the Court endorses or enters this Stipulation; Dallah, ABID and Saleh Kamel must answer or otherwise move to dismiss Ptffs' |

| # | Date | Proceeding Text |
|---|------|-----------------|
| | | complaints no later than 75 days following the Court's endorsement or entry of this Stipulation... and as further set forth in said Stipulation. (Signed by Judge Richard C. Casey on 8/9/05) Filed In Associated Cases: 1:03-md-01570-RCC,1:02-cv-06977-RCC,1:03-cv-05738-RCC,1:03-cv-06978-RCC,1:03-cv-09849-RCC, 1:04-cv-01923-RCC,1:04-cv-05970-RCC,1:04-cv-06105-RCC,1:04-cv-07065-RCC,1:04-cv-07280-RCC(rjm, ) (Entered: 08/11/2005) |
| 373 | 08/17/2005 | ORDER TO ADMIT MARY ELLEN POWERS PRO HAC VICE (This document relates to all actions); Mary Ellen Powers is permitted to appear pro hac vice on behalf of deft Saudi Binladin Group, Inc. in this matter. (Signed by Judge Richard C. Casey on 8/16/05) Filed In Associated Cases: 1:03-md-01570-RCC,1:02-cv-06977-RCC,1:02-cv-07300-RCC-FM,1:03-cv-05071-RCC,1:03-cv-05738-RCC, 1:03-cv-06978-RCC,1:03-cv-08591-RCC,1:03-cv-09848-RCC,1:03-cv-09849-RCC, 1:04-cv-01076-RCC,1:04-cv-01922-RCC,1:04-cv-01923-RCC,1:04-cv-05970-RCC,1:04-cv-07065-RCC, 1:04-cv-07216-RCC,1:04-cv-07279-RCC,1:04-cv-07280-RCC,1:04-cv-07281-RCC(sn) (Entered: 08/18/2005) |
| 374 | 09/06/2005 | MOTION to Dismiss. Document filed by Saudi Red Crescent. Responses due by 9/20/2005 Filed In Associated Cases: 1:03-md-01570-RCC,1:02-cv-06977-RCC,1:02-cv-07300-RCC-FM,1:03-cv-05071-RCC,1:03-cv-05738-RCC, 1:03-cv-06978-RCC,1:03-cv-07036-RCC,1:03-cv-08591-RCC,1:03-cv-09848-RCC,1:03-cv-09849-RCC, 1:04-cv-01076-RCC,1:04-cv-01922-RCC,1:04-cv-01923-RCC,1:04-cv-05970-RCC,1:04-cv-06105-RCC, 1:04-cv-07065-RCC,1:04-cv-07216-RCC,1:04-cv-07279-RCC,1:04-cv-07280-RCC,1:04-cv-07281-RCC(Kabat, Alan) (Entered: 09/06/2005) |
| 375 | 09/06/2005 | MEMORANDUM OF LAW in Support re: 1174 MOTION to Dismiss.. Document filed by Saudi Red Crescent. Filed In Associated Cases: 1:03-md-01570-RCC,1:02-cv-06977-RCC,1:02-cv-07300-RCC-FM,1:03-cv-05071-RCC,1:03-cv-05738-RCC, 1:03-cv-06978-RCC,1:03-cv-07036-RCC,1:03-cv-08591-RCC,1:03-cv-09848-RCC,1:03-cv-09849-RCC, 1:04-cv-01076-RCC,1:04-cv-01922-RCC,1:04-cv-01923-RCC,1:04-cv-05970-RCC, 1:04-cv-06105-RCC, 1:04-cv-07065-RCC,1:04-cv-07216-RCC,1:04-cv-07279-RCC,1:04-cv-07280-RCC,1:04-cv-07281-RCC(Kabat, Alan) (Entered: 09/06/2005) |
| 376 | 09/06/2005 | AFFIDAVIT of Alan Kabat in Support re: 1174 MOTION to Dismiss.. Document filed by Saudi Red Crescent. Filed In Associated Cases: 1:03-md-01570-RCC,1:02-cv-06977-RCC,1:02-cv-07300-RCC-FM,1:03-cv-05071-RCC,1:03-cv-05738-RCC, 1:03-cv-06978-RCC,1:03-cv-07036-RCC,1:03-cv-08591-RCC,1:03-cv-09848-RCC,1:03-cv-09849-RCC, 1:04-cv-01076-RCC,1:04-cv-01922-RCC,1:04-cv-01923-RCC,1:04-cv-05970-RCC, 1:04-cv-06105-RCC, 1:04-cv-07065-RCC,1:04-cv-07216-RCC,1:04-cv-07279-RCC,1:04-cv-07280-RCC,1:04-cv-07281-RCC(Kabat, Alan) (Entered: 09/06/2005) |
| 377 | 09/06/2005 | MOTION to Dismiss. Document filed by Saleh Al-Hussayen. Responses due by 9/20/2005 Filed In Associated Cases: 1:03-md-01570-RCC,1:02-cv-06977-RCC,1:02-cv-07300-RCC-FM,1:03-cv-05071-RCC,1:03-cv-05738-RCC, 1:03-cv-06978-RCC,1:03-cv-08591-RCC,1:03-cv-09848-RCC,1:03-cv-09849-RCC, 1:04-cv-01076-RCC,1:04-cv-01922-RCC,1:04-cv-01923-RCC,1:04-cv-05970-RCC,1:04-cv-06105-RCC, 1:04-cv-07065-RCC,1:04-cv-07216-RCC,1:04-cv-07279-RCC,1:04-cv-07280-RCC,1:04-cv-07281-RCC(Kabat, Alan) (Entered: 09/06/2005) |
| 378 | 09/06/2005 | MEMORANDUM OF LAW in Support re: 1177 MOTION to Dismiss.. Document filed by Saleh Al-Hussayen. Filed In Associated Cases: 1:03-md-01570-RCC,1:02-cv-06977-RCC,1:02-cv-07300-RCC-FM,1:03-cv-05071-RCC,1:03-cv-05738-RCC, 1:03-cv-06978-RCC,1:03-cv-07036-RCC,1:03-cv-08591-RCC,1:03-cv-09848-RCC,1:03-cv-09849-RCC, 1:04-cv-01076-RCC,1:04-cv-01922-RCC,1:04-cv-01923-RCC,1:04-cv-05970-RCC,1:04-cv-06105-RCC, 1:04-cv-07065-RCC,1:04-cv-07216-RCC,1:04-cv-07279-RCC,1:04-cv-07280-RCC,1:04-cv-07281-RCC(Kabat, Alan) (Entered: 09/06/2005) |
| 379 | 09/06/2005 | AFFIDAVIT of Alan Kabat in Support re: 1177 MOTION to Dismiss.. Document filed by Saleh Al-Hussayen. Filed In Associated Cases: 1:03-md-01570-RCC,1:02-cv-06977-RCC,1:02-cv-07300-RCC-FM,1:03-cv-05071-RCC,1:03-cv-05738-RCC, 1:03-cv-06978-RCC,1:03-cv-07036-RCC,1:03-cv-08591-RCC,1:03-cv-09848-RCC,1:03-cv-09849-RCC, 1:04-cv-01076-RCC,1:04-cv-01922-RCC,1:04-cv-01923-RCC,1:04-cv-05970-RCC,1:04-cv-06105-RCC, 1:04-cv-07065-RCC,1:04-cv-07216-RCC,1:04-cv-07279-RCC,1:04-cv-07280-RCC,1:04-cv-07281-RCC(Kabat, Alan) (Entered: 09/06/2005) |
| 380 | 09/06/2005 | MOTION to Dismiss. Document filed by Abdullah Bin Saleh Al-Obaid. Responses due by 9/20/2005 Filed In Associated Cases: 1:03-md-01570-RCC,1:02-cv-06977-RCC,1:02-cv-07300-RCC-FM,1:03-cv-05071-RCC,1:03-cv-05738-RCC, 1:03-cv-06978-RCC,1:03-cv-07036-RCC,1:03-cv-08591-RCC,1:03-cv-09848-RCC,1:03-cv-09849-RCC, 1:04-cv-01076-RCC,1:04-cv- |

| # | Date | Proceeding Text |
|---|------|-----------------|
| | | 01922-RCC,1:04-cv-01923-RCC,1:04-cv-05970-RCC,1:04-cv-06105-RCC, 1:04-cv-07065-RCC,1:04-cv-07216-RCC,1:04-cv-07279-RCC,1:04-cv-07280-RCC,1:04-cv-07281-RCC(Kabat, Alan) (Entered: 09/06/2005) |
| 381 | 09/06/2005 | MEMORANDUM OF LAW in Support re: 1180 MOTION to Dismiss.. Document filed by Abdullah Bin Saleh Al-Obaid. Filed In Associated Cases: 1:03-md-01570-RCC,1:02-cv-06977-RCC,1:02-cv-07300-RCC-FM,1:03-cv-05071-RCC,1:03-cv-05738-RCC, 1:03-cv-06978-RCC,1:03-cv-07036-RCC,1:03-cv-08591-RCC,1:03-cv-09848-RCC,1:03-cv-09849-RCC, 1:04-cv-01076-RCC,1:04-cv-01922-RCC,1:04-cv-01923-RCC,1:04-cv-05970-RCC,1:04-cv-06105-RCC, 1:04-cv-07065-RCC,1:04-cv-07216-RCC,1:04-cv-07279-RCC,1:04-cv-07280-RCC,1:04-cv-07281-RCC(Kabat, Alan) (Entered: 09/06/2005) |
| 382 | 09/06/2005 | AFFIDAVIT of Alan Kabat in Support re: 1180 MOTION to Dismiss.. Document filed by Abdullah Bin Saleh Al-Obaid. Filed In Associated Cases: 1:03-md-01570-RCC,1:02-cv-06977-RCC,1:02-cv-07300-RCC-FM,1:03-cv-05071-RCC,1:03-cv-05738-RCC, 1:03-cv-06978-RCC,1:03-cv-07036-RCC,1:03-cv-08591-RCC,1:03-cv-09848-RCC,1:03-cv-09849-RCC, 1:04-cv-01076-RCC,1:04-cv-01922-RCC,1:04-cv-01923-RCC,1:04-cv-05970-RCC,1:04-cv-06105-RCC, 1:04-cv-07065-RCC,1:04-cv-07216-RCC,1:04-cv-07279-RCC,1:04-cv-07280-RCC,1:04-cv-07281-RCC(Kabat, Alan) (Entered: 09/06/2005) |
| 383 | 09/06/2005 | MOTION to Dismiss. Document filed by Abdullah Muhsen Al Turki. Responses due by 9/20/2005 Filed In Associated Cases: 1:03-md-01570-RCC,1:02-cv-06977-RCC,1:02-cv-07300-RCC-FM,1:03-cv-05071-RCC,1:03-cv-05738-RCC,1:03-cv-06978-RCC,1:03-cv-07036-RCC,1:03-cv-08591-RCC,1:03-cv-09848-RCC,1:03-cv-09849-RCC, 1:04-cv-01076-RCC,1:04-cv-01922-RCC,1:04-cv-01923-RCC,1:04-cv-05970-RCC,1:04-cv-06105-RCC, 1:04-cv-07065-RCC,1:04-cv-07216-RCC,1:04-cv-07279-RCC,1:04-cv-07280-RCC,1:04-cv-07281-RCC(Kabat, Alan) (Entered: 09/06/2005) |
| 384 | 09/06/2005 | MEMORANDUM OF LAW in Support re: 1183 MOTION to Dismiss.. Document filed by Abdullah Muhsen Al Turki. Filed In Associated Cases: 1:03-md-01570-RCC,1:02-cv-06977-RCC,1:02-cv-07300-RCC-FM,1:03-cv-05071-RCC,1:03-cv-05738-RCC, 1:03-cv-06978-RCC,1:03-cv-07036-RCC,1:03-cv-08591-RCC,1:03-cv-09848-RCC,1:03-cv-09849-RCC, 1:04-cv-01076-RCC,1:04-cv-01922-RCC,1:04-cv-01923-RCC,1:04-cv-05970-RCC,1:04-cv-06105-RCC, 1:04-cv-07065-RCC,1:04-cv-07216-RCC,1:04-cv-07279-RCC,1:04-cv-07280-RCC,1:04-cv-07281-RCC(Kabat, Alan) (Entered: 09/06/2005) |
| 385 | 09/06/2005 | AFFIDAVIT of Alan Kabat in Support re: 1183 MOTION to Dismiss.. Document filed by Abdullah Muhsen Al Turki. Filed In Associated Cases: 1:03-md-01570-RCC,1:02-cv-06977-RCC,1:02-cv-07300-RCC-FM,1:03-cv-05071-RCC,1:03-cv-05738-RCC, 1:03-cv-06978-RCC,1:03-cv-07036-RCC,1:03-cv-08591-RCC,1:03-cv-09848-RCC,1:03-cv-09849-RCC, 1:04-cv-01076-RCC,1:04-cv-01922-RCC,1:04-cv-01923-RCC,1:04-cv-05970-RCC,1:04-cv-06105-RCC, 1:04-cv-07065-RCC,1:04-cv-07216-RCC,1:04-cv-07279-RCC,1:04-cv-07280-RCC,1:04-cv-07281-RCC(Kabat, Alan) (Entered: 09/06/2005) |
| 386 | 09/06/2005 | MOTION to Dismiss. Document filed by Safar Al-Hawali. Responses due by 9/20/2005 Filed In Associated Cases: 1:03-md-01570-RCC,1:02-cv-06977-RCC,1:02-cv-07300-RCC-FM,1:03-cv-05071-RCC,1:03-cv-05738-RCC, 1:03-cv-06978-RCC,1:03-cv-07036-RCC,1:03-cv-08591-RCC,1:03-cv-09848-RCC,1:03-cv-09849-RCC, 1:04-cv-01076-RCC,1:04-cv-01922-RCC,1:04-cv-01923-RCC,1:04-cv-05970-RCC,1:04-cv-06105-RCC, 1:04-cv-07065-RCC,1:04-cv-07216-RCC,1:04-cv-07279-RCC,1:04-cv-07280-RCC,1:04-cv-07281-RCC(Kabat, Alan) (Entered: 09/06/2005) |
| 387 | 09/06/2005 | MEMORANDUM OF LAW in Support re: 1186 MOTION to Dismiss.. Document filed by Safar Al-Hawali. Filed In Associated Cases: 1:03-md-01570-RCC,1:02-cv-06977-RCC,1:02-cv-07300-RCC-FM,1:03-cv-05071-RCC,1:03-cv-05738-RCC, 1:03-cv-06978-RCC,1:03-cv-07036-RCC,1:03-cv-08591-RCC,1:03-cv-09848-RCC,1:03-cv-09849-RCC, 1:04-cv-01076-RCC,1:04-cv-01922-RCC,1:04-cv-01923-RCC,1:04-cv-05970-RCC,1:04-cv-06105-RCC, 1:04-cv-07065-RCC,1:04-cv-07216-RCC,1:04-cv-07279-RCC,1:04-cv-07280-RCC,1:04-cv-07281-RCC(Kabat, Alan) (Entered: 09/06/2005) |
| 388 | 09/06/2005 | AFFIDAVIT of Alan Kabat in Support re: 1186 MOTION to Dismiss.. Document filed by Safar Al-Hawali. (Attachments: # 1 Exhibit 4-9)Filed In Associated Cases: 1:03-md-01570-RCC,1:02-cv-06977-RCC,1:02-cv-07300-RCC-FM,1:03-cv-05071-RCC,1:03-cv-05738-RCC, 1:03-cv-06978-RCC,1:03-cv-07036-RCC,1:03-cv-08591-RCC,1:03-cv-09848-RCC,1:03-cv-09849-RCC, 1:04-cv-01076-RCC,1:04-cv-01922-RCC,1:04-cv-01923-RCC,1:04-cv-05970-RCC,1:04-cv-06105-RCC, 1:04-cv-07065-RCC,1:04-cv-07216-RCC,1:04-cv-07279-RCC,1:04-cv-07280-RCC,1:04-cv-07281-RCC(Kabat, Alan) (Entered: 09/06/2005) |

| # | Date | Proceeding Text |
|---|------|-----------------|
| 389 | 09/06/2005 | MOTION to Dismiss. Document filed by Sheik Hamad Al-Husaini. Responses due by 9/20/2005 Filed In Associated Cases: 1:03-md-01570-RCC,1:02-cv-06977-RCC,1:02-cv-07300-RCC-FM,1:03-cv-05071-RCC,1:03-cv-05738-RCC, 1:03-cv-06978-RCC,1:03-cv-07036-RCC,1:03-cv-08591-RCC,1:03-cv-09848-RCC,1:03-cv-09849-RCC, 1:04-cv-01076-RCC,1:04-cv-01922-RCC,1:04-cv-01923-RCC,1:04-cv-05970-RCC,1:04-cv-06105-RCC, 1:04-cv-07065-RCC,1:04-cv-07216-RCC,1:04-cv-07279-RCC,1:04-cv-07280-RCC,1:04-cv-07281-RCC(Kabat, Alan) (Entered: 09/06/2005) |
| 390 | 09/06/2005 | MEMORANDUM OF LAW in Support re: 1189 MOTION to Dismiss.. Document filed by Sheik Hamad Al-Husaini. Filed In Associated Cases: 1:03-md-01570-RCC,1:02-cv-06977-RCC,1:02-cv-07300-RCC-FM,1:03-cv-05071-RCC,1:03-cv-05738-RCC, 1:03-cv-06978-RCC,1:03-cv-07036-RCC,1:03-cv-08591-RCC,1:03-cv-09848-RCC,1:03-cv-09849-RCC, 1:04-cv-01076-RCC,1:04-cv-01922-RCC,1:04-cv-01923-RCC,1:04-cv-05970-RCC,1:04-cv-06105-RCC, 1:04-cv-07065-RCC,1:04-cv-07216-RCC,1:04-cv-07279-RCC,1:04-cv-07280-RCC,1:04-cv-07281-RCC(Kabat, Alan) (Entered: 09/06/2005) |
| 391 | 09/06/2005 | AFFIDAVIT of Alan Kabat in Support re: 1189 MOTION to Dismiss.. Document filed by Sheik Hamad Al-Husaini. Filed In Associated Cases: 1:03-md-01570-RCC,1:02-cv-06977-RCC,1:02-cv-07300-RCC-FM,1:03-cv-05071-RCC,1:03-cv-05738-RCC, 1:03-cv-06978-RCC,1:03-cv-07036-RCC,1:03-cv-08591-RCC,1:03-cv-09848-RCC,1:03-cv-09849-RCC, 1:04-cv-01076-RCC,1:04-cv-01922-RCC,1:04-cv-01923-RCC,1:04-cv-05970-RCC,1:04-cv-06105-RCC, 1:04-cv-07065-RCC,1:04-cv-07216-RCC,1:04-cv-07279-RCC,1:04-cv-07280-RCC,1:04-cv-07281-RCC(Kabat, Alan) (Entered: 09/07/2005) |
| 392 | 09/06/2005 | MOTION to Dismiss. Document filed by Talal Mohammed Badkook. Responses due by 9/20/2005 Filed In Associated Cases: 1:03-md-01570-RCC,1:02-cv-06977-RCC,1:02-cv-07300-RCC-FM,1:03-cv-05071-RCC,1:03-cv-05738-RCC, 1:03-cv-06978-RCC,1:03-cv-07036-RCC,1:03-cv-08591-RCC,1:03-cv-09848-RCC,1:03-cv-09849-RCC, 1:04-cv-01076-RCC,1:04-cv-01922-RCC,1:04-cv-01923-RCC,1:04-cv-05970-RCC,1:04-cv-06105-RCC, 1:04-cv-07065-RCC,1:04-cv-07216-RCC,1:04-cv-07279-RCC,1:04-cv-07280-RCC,1:04-cv-07281-RCC(Kabat, Alan) (Entered: 09/07/2005) |
| 393 | 09/07/2005 | MEMORANDUM OF LAW in Support re: 1192 MOTION to Dismiss.. Document filed by Talal Mohammed Badkook. Filed In Associated Cases: 1:03-md-01570-RCC,1:02-cv-06977-RCC,1:02-cv-07300-RCC-FM,1:03-cv-05071-RCC,1:03-cv-05738-RCC, 1:03-cv-06978-RCC,1:03-cv-07036-RCC,1:03-cv-08591-RCC,1:03-cv-09848-RCC,1:03-cv-09849-RCC, 1:04-cv-01076-RCC,1:04-cv-01922-RCC,1:04-cv-01923-RCC,1:04-cv-05970-RCC,1:04-cv-06105-RCC, 1:04-cv-07065-RCC,1:04-cv-07216-RCC,1:04-cv-07279-RCC,1:04-cv-07280-RCC,1:04-cv-07281-RCC(Kabat, Alan) (Entered: 09/07/2005) |
| 394 | 09/07/2005 | AFFIDAVIT of Alan Kabat in Support re: 1192 MOTION to Dismiss.. Document filed by Talal Mohammed Badkook. Filed In Associated Cases: 1:03-md-01570-RCC,1:02-cv-06977-RCC,1:02-cv-07300-RCC-FM,1:03-cv-05071-RCC,1:03-cv-05738-RCC, 1:03-cv-06978-RCC,1:03-cv-07036-RCC,1:03-cv-08591-RCC,1:03-cv-09848-RCC,1:03-cv-09849-RCC, 1:04-cv-01076-RCC,1:04-cv-01922-RCC,1:04-cv-01923-RCC,1:04-cv-05970-RCC,1:04-cv-06105-RCC, 1:04-cv-07065-RCC,1:04-cv-07216-RCC,1:04-cv-07279-RCC,1:04-cv-07280-RCC,1:04-cv-07281-RCC(Kabat, Alan) (Entered: 09/07/2005) |
| 395 | 09/07/2005 | MOTION to Dismiss. Document filed by Adnan Basha. Responses due by 9/20/2005 Filed In Associated Cases: 1:03-md-01570-RCC,1:02-cv-06977-RCC,1:02-cv-07300-RCC-FM,1:03-cv-05071-RCC,1:03-cv-05738-RCC, 1:03-cv-06978-RCC,1:03-cv-07036-RCC,1:03-cv-08591-RCC,1:03-cv-09848-RCC,1:03-cv-09849-RCC, 1:04-cv-01076-RCC,1:04-cv-01922-RCC,1:04-cv-01923-RCC,1:04-cv-05970-RCC,1:04-cv-06105-RCC, 1:04-cv-07065-RCC,1:04-cv-07216-RCC,1:04-cv-07279-RCC,1:04-cv-07280-RCC,1:04-cv-07281-RCC(Kabat, Alan) (Entered: 09/07/2005) |
| 396 | 09/07/2005 | MEMORANDUM OF LAW in Support re: 1195 MOTION to Dismiss.. Document filed by Adnan Basha. Filed In Associated Cases: 1:03-md-01570-RCC,1:02-cv-06977-RCC,1:02-cv-07300-RCC-FM,1:03-cv-05071-RCC,1:03-cv-05738-RCC, 1:03-cv-06978-RCC,1:03-cv-07036-RCC,1:03-cv-08591-RCC,1:03-cv-09848-RCC,1:03-cv-09849-RCC, 1:04-cv-01076-RCC,1:04-cv-01922-RCC,1:04-cv-01923-RCC,1:04-cv-05970-RCC,1:04-cv-06105-RCC, 1:04-cv-07065-RCC,1:04-cv-07216-RCC,1:04-cv-07279-RCC,1:04-cv-07280-RCC,1:04-cv-07281-RCC(Kabat, Alan) (Entered: 09/07/2005) |
| 397 | 09/07/2005 | AFFIDAVIT of Alan Kabat in Support re: 1195 MOTION to Dismiss.. Document filed by Adnan Basha. Filed In Associated Cases: 1:03-md-01570-RCC,1:02-cv-06977-RCC,1:02-cv-07300-RCC-FM,1:03-cv-05071-RCC,1:03-cv-05738-RCC, 1:03-cv-06978-RCC,1:03-cv-07036- |

| # | Date | Proceeding Text |
|---|------|-----------------|
| | | RCC,1:03-cv-08591-RCC,1:03-cv-09848-RCC,1:03-cv-09849-RCC, 1:04-cv-01076-RCC,1:04-cv-01922-RCC,1:04-cv-01923-RCC,1:04-cv-05970-RCC,1:04-cv-06105-RCC, 1:04-cv-07065-RCC,1:04-cv-07216-RCC,1:04-cv-07279-RCC,1:04-cv-07280-RCC,1:04-cv-07281-RCC(Kabat, Alan) (Entered: 09/07/2005) |
| 398 | 09/07/2005 | MOTION to Dismiss. Document filed by Shahir Abdulraoof Batterjee. Responses due by 9/20/2005 Filed In Associated Cases: 1:03-md-01570-RCC,1:02-cv-06977-RCC,1:02-cv-07300-RCC-FM,1:03-cv-05071-RCC,1:03-cv-05738-RCC, 1:03-cv-06978-RCC,1:03-cv-07036-RCC,1:03-cv-08591-RCC,1:03-cv-09848-RCC,1:03-cv-09849-RCC, 1:04-cv-01076-RCC,1:04-cv-01922-RCC,1:04-cv-01923-RCC,1:04-cv-05970-RCC,1:04-cv-06105-RCC, 1:04-cv-07065-RCC,1:04-cv-07216-RCC,1:04-cv-07279-RCC,1:04-cv-07280-RCC,1:04-cv-07281-RCC(Kabat, Alan) (Entered: 09/07/2005) |
| 399 | 09/07/2005 | MEMORANDUM OF LAW in Support re: 1198 MOTION to Dismiss.. Document filed by Shahir Abdulraoof Batterjee. Filed In Associated Cases: 1:03-md-01570-RCC,1:02-cv-06977-RCC,1:02-cv-07300-RCC-FM,1:03-cv-05071-RCC,1:03-cv-05738-RCC, 1:03-cv-06978-RCC,1:03-cv-07036-RCC,1:03-cv-08591-RCC,1:03-cv-09848-RCC,1:03-cv-09849-RCC, 1:04-cv-01076-RCC,1:04-cv-01922-RCC,1:04-cv-01923-RCC,1:04-cv-05970-RCC,1:04-cv-06105-RCC, 1:04-cv-07065-RCC,1:04-cv-07216-RCC,1:04-cv-07279-RCC,1:04-cv-07280-RCC,1:04-cv-07281-RCC(Kabat, Alan) (Entered: 09/07/2005) |
| 400 | 09/07/2005 | AFFIDAVIT of Alan Kabat in Support re: 1198 MOTION to Dismiss.. Document filed by Shahir Abdulraoof Batterjee. Filed In Associated Cases: 1:03-md-01570-RCC,1:02-cv-06977-RCC,1:02-cv-07300-RCC-FM,1:03-cv-05071-RCC,1:03-cv-05738-RCC, 1:03-cv-06978-RCC,1:03-cv-07036-RCC,1:03-cv-08591-RCC,1:03-cv-09848-RCC,1:03-cv-09849-RCC, 1:04-cv-01076-RCC,1:04-cv-01922-RCC,1:04-cv-01923-RCC,1:04-cv-05970-RCC,1:04-cv-06105-RCC, 1:04-cv-07065-RCC,1:04-cv-07216-RCC,1:04-cv-07279-RCC,1:04-cv-07280-RCC,1:04-cv-07281-RCC(Kabat, Alan) (Entered: 09/07/2005) |
| 401 | 09/07/2005 | MOTION to Dismiss. Document filed by Mohammed Ali Sayed Mushayt. Responses due by 9/20/2005 Filed In Associated Cases: 1:03-md-01570-RCC,1:02-cv-06977-RCC,1:02-cv-07300-RCC-FM,1:03-cv-05071-RCC,1:03-cv-05738-RCC, 1:03-cv-06978-RCC,1:03-cv-07036-RCC,1:03-cv-08591-RCC,1:03-cv-09848-RCC,1:03-cv-09849-RCC, 1:04-cv-01076-RCC,1:04-cv-01922-RCC,1:04-cv-01923-RCC,1:04-cv-05970-RCC,1:04-cv-06105-RCC, 1:04-cv-07065-RCC,1:04-cv-07216-RCC,1:04-cv-07279-RCC,1:04-cv-07280-RCC,1:04-cv-07281-RCC(Kabat, Alan) (Entered: 09/07/2005) |
| 402 | 09/07/2005 | MEMORANDUM OF LAW in Support re: 1201 MOTION to Dismiss.. Document filed by Mohammed Ali Sayed Mushayt. Filed In Associated Cases: 1:03-md-01570-RCC,1:02-cv-06977-RCC,1:02-cv-07300-RCC-FM,1:03-cv-05071-RCC,1:03-cv-05738-RCC, 1:03-cv-06978-RCC,1:03-cv-07036-RCC,1:03-cv-08591-RCC,1:03-cv-09848-RCC,1:03-cv-09849-RCC, 1:04-cv-01076-RCC,1:04-cv-01922-RCC,1:04-cv-01923-RCC,1:04-cv-05970-RCC,1:04-cv-06105-RCC, 1:04-cv-07065-RCC,1:04-cv-07216-RCC,1:04-cv-07279-RCC,1:04-cv-07280-RCC,1:04-cv-07281-RCC(Kabat, Alan) (Entered: 09/07/2005) |
| 403 | 09/07/2005 | AFFIDAVIT of Alan Kabat in Support re: 1201 MOTION to Dismiss.. Document filed by Mohammed Ali Sayed Mushayt. Filed In Associated Cases: 1:03-md-01570-RCC,1:02-cv-06977-RCC,1:02-cv-07300-RCC-FM,1:03-cv-05071-RCC,1:03-cv-05738-RCC, 1:03-cv-06978-RCC,1:03-cv-07036-RCC,1:03-cv-08591-RCC,1:03-cv-09848-RCC,1:03-cv-09849-RCC, 1:04-cv-01076-RCC,1:04-cv-01922-RCC,1:04-cv-01923-RCC,1:04-cv-05970-RCC,1:04-cv-06105-RCC, 1:04-cv-07065-RCC,1:04-cv-07216-RCC,1:04-cv-07279-RCC,1:04-cv-07280-RCC,1:04-cv-07281-RCC(Kabat, Alan) (Entered: 09/07/2005) |
| 404 | 09/07/2005 | MOTION to Dismiss. Document filed by Abdullah Omar Naseef. Responses due by 9/20/2005 Filed In Associated Cases: 1:03-md-01570-RCC,1:02-cv-06977-RCC,1:02-cv-07300-RCC-FM,1:03-cv-05071-RCC,1:03-cv-05738-RCC, 1:03-cv-06978-RCC,1:03-cv-07036-RCC,1:03-cv-08591-RCC,1:03-cv-09848-RCC,1:03-cv-09849-RCC, 1:04-cv-01076-RCC,1:04-cv-01922-RCC,1:04-cv-01923-RCC,1:04-cv-05970-RCC,1:04-cv-06105-RCC,1:04-cv-07065-RCC,1:04-cv-07216-RCC,1:04-cv-07279-RCC,1:04-cv-07280-RCC,1:04-cv-07281-RCC(Kabat, Alan) (Entered: 09/07/2005) |
| 405 | 09/07/2005 | MEMORANDUM OF LAW in Support re: 1204 MOTION to Dismiss.. Document filed by Abdullah Omar Naseef. Filed In Associated Cases: 1:03-md-01570-RCC,1:02-cv-06977-RCC,1:02-cv-07300-RCC-FM,1:03-cv-05071-RCC,1:03-cv-05738-RCC, 1:03-cv-06978-RCC,1:03-cv-07036-RCC,1:03-cv-08591-RCC,1:03-cv-09848-RCC,1:03-cv-09849-RCC, 1:04-cv-01076-RCC,1:04-cv-01922-RCC,1:04-cv-01923-RCC,1:04-cv-05970-RCC,1:04-cv-06105-RCC,1:04-cv-07065-RCC,1:04-cv-07216-RCC,1:04-cv-07279-RCC,1:04-cv-07280-RCC,1:04-cv-07281-RCC(Kabat, |

| # | Date | Proceeding Text |
|---|------|-----------------|
| | | Alan) (Entered: 09/07/2005) |
| 406 | 09/07/2005 | AFFIDAVIT of Alan Kabat in Support re: 1204 MOTION to Dismiss.. Document filed by Abdullah Omar Naseef. Filed In Associated Cases: 1:03-md-01570-RCC,1:02-cv-06977-RCC,1:02-cv-07300-RCC-FM,1:03-cv-05071-RCC,1:03-cv-05738-RCC, 1:03-cv-06978-RCC,1:03-cv-07036-RCC,1:03-cv-08591-RCC,1:03-cv-09849-RCC, 1:04-cv-01076-RCC,1:04-cv-01922-RCC,1:04-cv-01923-RCC,1:04-cv-05970-RCC,1:04-cv-06105-RCC, 1:04-cv-07065-RCC,1:04-cv-07216-RCC,1:04-cv-07279-RCC,1:04-cv-07280-RCC,1:04-cv-07281-RCC(Kabat, Alan) (Entered: 09/07/2005) |
| 407 | 09/09/2005 | ORDER Brief submission from each side setting out their respective positions on topics mentioned in this order due by 9/22/2005. Case Management Conference set for 9/27/2005 11:00 AM before Judge Richard C. Casey in Crtrm. 14C to address Case Management Plan, Managing Correspondence to the Court, and Motions to Dismiss... as further set forth in said Order. (Signed by Judge Richard C. Casey on 9/9/05) Filed In Associated Cases: 1:03-md-01570-RCC,1:02-cv-06977-RCC,1:02-cv-07300-RCC-FM,1:03-cv-05071-RCC,1:03-cv-05738-RCC, 1:03-cv-06978-RCC,1:03-cv-07036-RCC,1:03-cv-08591-RCC,1:03-cv-09848-RCC,1:03-cv-09849-RCC, 1:04-cv-01076-RCC,1:04-cv-01922-RCC,1:04-cv-01923-RCC,1:04-cv-05970-RCC,1:04-cv-06105-RCC, 1:04-cv-07065-RCC,1:04-cv-07216-RCC,1:04-cv-07279-RCC,1:04-cv-07280-RCC,1:04-cv-07281-RCC(rjm, ) (Entered: 09/12/2005) |
| 408 | 09/13/2005 | MODIFIED STIPULATION AS TO BRIEFING SCHEDULE RELATING TO COMPLAINTS CONSOLIDATED UNDER MDL 1570... agreed by & between Ptffs. in all the referenced matters under 03 MD 1570 & Deft. Yousef Jameel, by & through their undersigned counsel, that the briefing schedule shal be extended by 15 days, thereby making Ptffs. response to Jameel's motion to dismiss the Complaints due on or before 9/16/05, and that Deft's. counsel shall file reply papers, if any, within thirty days of the filing of Ptffs' opposing papers. (Signed by Judge Richard C. Casey on 9/12/05) Filed In Associated Cases: 1:03-md-01570-RCC,1:03-cv-06978-RCC,1:04-cv-06105-RCC,1:04-cv-07279-RCC,1:04-cv-07280-RCC(rjm, ) (Entered: 09/13/2005) |
| 409 | 09/14/2005 | MEMORANDUM OF LAW in Opposition to Dismiss for Lack of Jurisdiction MEMORANDUM IN SUPPORT OF MOTION., 1100 MOTION to Dismiss for Lack of Jurisdiction and Insufficient Service of Process., 1101 MOTION to Dismiss for Lack of Jurisdiction and Insufficient Service of Process. Regarding Martin Wachter, Erwin Wachter, Asat Trust and Sercor Treuhand Anstalt. Document filed by Estate of John P.O'Neill, Sr.. (Attachments: # 1 Exhibit B)Filed In Associated Cases: 1:03-md-01570-RCC,1:02-cv-06977-RCC,1:02-cv-07300-RCC-FM,1:03-cv-05071-RCC,1:03-cv-05738-RCC, 1:03-cv-06978-RCC,1:03-cv-07036-RCC,1:03-cv-08591-RCC,1:03-cv-09849-RCC, 1:04-cv-01076-RCC,1:04-cv-01922-RCC,1:04-cv-01923-RCC,1:04-cv-05970-RCC,1:04-cv-06105-RCC, 1:04-cv-07065-RCC,1:04-cv-07216-RCC,1:04-cv-07279-RCC,1:04-cv-07280-RCC,1:04-cv-07281-RCC(Mac Neill, Gina) (Entered: 09/14/2005) |
| 410 | 09/15/2005 | STIPULATION AND ORDER SETTING REVISED SCHEDULE FOR ABDULRAHMAN BIN MAHFOUZ TO RESPOND TO THE OPERATIVE COMPLAINTS IN CERTAIN ACTIONS CONSOLIDATED UNDER MDL 1570. Pursuant to the initial Stipulation & Order, Mr. Bin Mahfouz has until 9/19/05, to answer or otherwise respond to the Operative Complaints (Re: 5th Amended Complaint in Ashton, 1st Amended Complaint in Federal Insurance, 1st Amended Complaint in Continental Casualty and 1st Amended Complaint in New York Marine [collectively, the operative complaints]). Amended Pleadings due by 9/30/2005. Responses due by 10/28/2005... as further set forth in said order. (Signed by Judge Richard C. Casey on 9/14/05) Filed In Associated Cases: 1:03-md-01570-RCC,1:02-cv-06977-RCC,1:03-cv-06978-RCC,1:04-cv-05970-RCC,1:04-cv-06105-RCC(rjm, ) (Entered: 09/15/2005) |
| 411 | 09/15/2005 | STIPULATION AS TO SERVICE OF PROCESS AND EXTENSION OF TIME TO RESPOND TO COMPLAINTS CONSOLIDATED UNDER MDL 1570...and as further set forth in said order. (Signed by Judge Richard C. Casey on 9/14/05) Filed In Associated Cases: 1:03-md-01570-RCC,1:02-cv-06977-RCC,1:03-cv-06978-RCC,1:04-cv-09849-RCC,1:04-cv-05970-RCC, 1:04-cv-06105-RCC,1:04-cv-07279-RCC,1:04-cv-07280-RCC(rjm, ) (Entered: 09/16/2005) |
| 412 | 09/20/2005 | MEMORANDUM OF LAW in Opposition re: 1174 MOTION to Dismiss. PLAINTIFFS? MEMORANDUM OF LAW IN OPPOSITION TO THE CONSOLIDATED MOTION TO DISMISS OF THE SAUDI RED CRESCENT SOCIETY AND DR. ABDUL RAHMAN AL SWAILEM. Document filed by Plaintiffs Executive Committees. Filed In Associated Cases: 1:03-md-01570-RCC,1:02-cv-06977-RCC,1:02-cv-07300-RCC-FM,1:03-cv-05071-RCC,1:03-cv-05738-RCC, 1:03-cv-06978-RCC,1:03-cv-07036-RCC,1:03-cv-08591-RCC,1:03-cv-09848-RCC, 1:04-cv-09849-RCC, 1:04-cv-01076-RCC,1:04-cv-01922-RCC,1:04-cv-01923-RCC,1:04-cv-05970-RCC, 1:04-cv-06105-RCC, 1:04-cv-07065-RCC,1:04-cv-07216-RCC,1:04-cv-07279-RCC,1:04-cv- |

| # | Date | Proceeding Text |
|---|------|-----------------|
| | | 07280-RCC,1:04-cv-07281-RCC(Feldman, Elliott) (Entered: 09/20/2005) |
| 413 | 09/20/2005 | MEMORANDUM OF LAW in Opposition re: 1183 MOTION to Dismiss. PLAINTIFFS' CONSOLIDATED MEMORANDUM OF LAW IN OPPOSITION TO THE MOTION TO DISMISS OF DEFENDANT DR. ABDULLAH BIN ABDUL MOHSEN AL-TURKI. Document filed by Plaintiffs Executive Committees. Filed In Associated Cases: 1:03-md-01570-RCC,1:02-cv-06977-RCC,1:02-cv-07300-RCC-FM,1:03-cv-05071-RCC,1:03-cv-05738-RCC, 1:03-cv-06978-RCC,1:03-cv-07036-RCC,1:03-cv-08591-RCC,1:03-cv-09848-RCC,1:03-cv-09849-RCC, 1:04-cv-01076-RCC,1:04-cv-01922-RCC,1:04-cv-01923-RCC,1:04-cv-05970-RCC,1:04-cv-06105-RCC, 1:04-cv-07065-RCC,1:04-cv-07216-RCC,1:04-cv-07279-RCC,1:04-cv-07280-RCC,1:04-cv-07281-RCC(Feldman, Elliott) (Entered: 09/20/2005) |
| 414 | 09/20/2005 | MEMORANDUM OF LAW in Opposition re: 1180 MOTION to Dismiss. PLAINTIFFS' CONSOLIDATED MEMORANDUM OF LAW IN OPPOSITION TO THE MOTION TO DISMISS OF DEFENDANT DR. ABDULLAH BIN SALEH AL-OBAID. Document filed by Plaintiffs Executive Committees. Filed In Associated Cases: 1:03-md-01570-RCC,1:02-cv-06977-RCC,1:02-cv-07300-RCC-FM,1:03-cv-05071-RCC,1:03-cv-05738-RCC, 1:03-cv-06978-RCC,1:03-cv-07036-RCC,1:03-cv-08591-RCC,1:03-cv-09848-RCC,1:03-cv-09849-RCC, 1:04-cv-01076-RCC,1:04-cv-01922-RCC,1:04-cv-01923-RCC,1:04-cv-05970-RCC,1:04-cv-06105-RCC, 1:04-cv-07065-RCC,1:04-cv-07216-RCC,1:04-cv-07279-RCC,1:04-cv-07280-RCC,1:04-cv-07281-RCC(Feldman, Elliott) (Entered: 09/20/2005) |
| 415 | 09/20/2005 | MEMORANDUM OF LAW in Opposition re: 1177 MOTION to Dismiss. PLAINTIFFS' CONSOLIDATED MEMORANDUM OF LAW IN OPPOSITION TO THE MOTION TO DISMISS OF DEFENDANT SHEIKH SALEH AL-HUSSAYEN. Document filed by Plaintiffs Executive Committees. Filed In Associated Cases: 1:03-md-01570-RCC,1:02-cv-06977-RCC,1:02-cv-07300-RCC-FM,1:03-cv-05071-RCC,1:03-cv-05738-RCC, 1:03-cv-06978-RCC,1:03-cv-07036-RCC,1:03-cv-08591-RCC,1:03-cv-09848-RCC,1:03-cv-09849-RCC, 1:04-cv-01076-RCC,1:04-cv-01922-RCC,1:04-cv-01923-RCC,1:04-cv-05970-RCC,1:04-cv-06105-RCC, 1:04-cv-07065-RCC,1:04-cv-07216-RCC,1:04-cv-07279-RCC,1:04-cv-07280-RCC,1:04-cv-07281-RCC(Feldman, Elliott) (Entered: 09/20/2005) |
| 416 | 09/20/2005 | MEMORANDUM OF LAW in Opposition re: 1198 MOTION to Dismiss. PLAINTIFFS MEMORANDUM OF LAW IN OPPOSITION TO THE CONSOLIDATED MOTION TO DISMISS OF SHAHIR ABDULARAOUF BATTERJEE. Document filed by Plaintiffs Executive Committees. (Attachments: # 1 Appendix 1)Filed In Associated Cases: 1:03-md-01570-RCC,1:02-cv-06977-RCC,1:02-cv-07300-RCC-FM,1:03-cv-05071-RCC,1:03-cv-05738-RCC, 1:03-cv-06978-RCC,1:03-cv-07036-RCC,1:03-cv-08591-RCC,1:03-cv-09848-RCC,1:03-cv-09849-RCC, 1:04-cv-01076-RCC,1:04-cv-01922-RCC,1:04-cv-01923-RCC,1:04-cv-05970-RCC,1:04-cv-06105-RCC, 1:04-cv-07065-RCC,1:04-cv-07216-RCC,1:04-cv-07279-RCC,1:04-cv-07280-RCC,1:04-cv-07281-RCC(Mac Neill, Gina) (Entered: 09/20/2005) |
| 417 | 09/20/2005 | MEMORANDUM OF LAW in Opposition re: 1192 MOTION to Dismiss. plaintiffs' consolidated memorandum of law in opposition to motion to dismiss by defendants Talal M. Badkook and M.M. Badkook Company. Document filed by Continental Casualty Company. Filed In Associated Cases: 1:03-md-01570-RCC,1:02-cv-06977-RCC,1:02-cv-07300-RCC-FM,1:03-cv-05071-RCC,1:03-cv-05738-RCC, 1:03-cv-06978-RCC,1:03-cv-07036-RCC,1:03-cv-08591-RCC,1:03-cv-09848-RCC,1:03-cv-09849-RCC, 1:04-cv-01076-RCC,1:04-cv-01922-RCC,1:04-cv-01923-RCC,1:04-cv-05970-RCC,1:04-cv-06105-RCC,1:04-cv-07065-RCC,1:04-cv-07216-RCC,1:04-cv-07279-RCC,1:04-cv-07280-RCC,1:04-cv-07281-RCC(Kaplan, Robert) (Entered: 09/20/2005) |
| 418 | 09/20/2005 | MEMORANDUM OF LAW in Opposition re: 1201 MOTION to Dismiss. PLAINTIFFS' CONSOLIDATED MEMORANDUM OF LAW IN OPPOSITION TO THE MOTION TO DISMISS OF DEFENDANTS MOHAMED ALI MUSHAYT AND THE MUSHAYT FOR TRADING ESTABLISHMENT. Document filed by Plaintiffs Executive Committees. Filed In Associated Cases: 1:03-md-01570-RCC,1:02-cv-06977-RCC,1:02-cv-07300-RCC-FM,1:03-cv-05071-RCC,1:03-cv-05738-RCC, 1:03-cv-06978-RCC,1:03-cv-07036-RCC,1:03-cv-08591-RCC,1:03-cv-09848-RCC,1:03-cv-09849-RCC, 1:04-cv-01076-RCC,1:04-cv-01922-RCC,1:04-cv-01923-RCC,1:04-cv-05970-RCC,1:04-cv-06105-RCC,1:04-cv-07065-RCC,1:04-cv-07216-RCC,1:04-cv-07279-RCC,1:04-cv-07280-RCC,1:04-cv-07281-RCC(Feldman, Elliott) (Entered: 09/20/2005) |
| 419 | 09/20/2005 | MEMORANDUM OF LAW in Opposition re: 1186 MOTION to Dismiss. PLAINTIFFS' CONSOLIDATED MEMORANDUM OF LAW IN OPPOSITION TO THE MOTION TO DISMISS OF DEFENDANTS SHEIKH SAFER AL-HAWALI AND SHEIKH SALMAN AL-OADAH. Document filed by Plaintiffs Executive Committees. Filed In Associated Cases: 1:03-md-01570-RCC,1:02-cv-06977-RCC,1:02-cv-07300-RCC-FM,1:03-cv-05071-RCC,1:03-cv-05738-RCC, 1:03-cv-06978-RCC,1:03-cv-07036-RCC,1:03-cv-08591-RCC,1:03-cv-09848-RCC,1:03-cv-09849-RCC, |

| # | Date | Proceeding Text |
|---|------|-----------------|
| | | 1:04-cv-01076-RCC,1:04-cv-01922-RCC,1:04-cv-01923-RCC,1:04-cv-05970-RCC,1:04-cv-06105-RCC, 1:04-cv-07065-RCC,1:04-cv-07216-RCC,1:04-cv-07279-RCC,1:04-cv-07280-RCC,1:04-cv-07281-RCC(Feldman, Elliott) (Entered: 09/20/2005) |
| 420 | 09/20/2005 | MEMORANDUM OF LAW in Opposition re: 1189 MOTION to Dismiss. PLAINTIFFS' CONSOLIDATED MEMORANDUM OF LAW IN OPPOSITION TO THE MOTION TO DISMISS OF DEFENDANT HAMAD AL-HUSAINI. Document filed by Plaintiffs Executive Committees. Filed In Associated Cases: 1:03-md-01570-RCC,1:02-cv-06977-RCC,1:02-cv-07300-RCC-FM,1:03-cv-05071-RCC,1:03-cv-05738-RCC, 1:03-cv-06978-RCC,1:03-cv-07036-RCC,1:03-cv-08591-RCC,1:03-cv-09848-RCC,1:03-cv-09849-RCC, 1:04-cv-01076-RCC,1:04-cv-01922-RCC,1:04-cv-01923-RCC,1:04-cv-05970-RCC,1:04-cv-06105-RCC, 1:04-cv-07065-RCC,1:04-cv-07216-RCC,1:04-cv-07279-RCC,1:04-cv-07280-RCC,1:04-cv-07281-RCC(Feldman, Elliott) (Entered: 09/20/2005) |
| 421 | 09/20/2005 | MEMORANDUM OF LAW in Opposition re: 1195 MOTION to Dismiss. PLAINTIFFS' CONSOLIDATED MEMORANDUM OF LAW IN OPPOSITION TO THE MOTION TO DISMISS OF DEFENDANT ADNAN BASHA. Document filed by Plaintiffs Executive Committees. Filed In Associated Cases: 1:03-md-01570-RCC,1:02-cv-06977-RCC,1:02-cv-07300-RCC-FM,1:03-cv-05071-RCC,1:03-cv-05738-RCC, 1:03-cv-06978-RCC,1:03-cv-07036-RCC,1:03-cv-08591-RCC,1:03-cv-09848-RCC,1:03-cv-09849-RCC, 1:04-cv-01076-RCC,1:04-cv-01922-RCC,1:04-cv-01923-RCC,1:04-cv-05970-RCC,1:04-cv-06105-RCC, 1:04-cv-07065-RCC,1:04-cv-07216-RCC,1:04-cv-07279-RCC,1:04-cv-07280-RCC,1:04-cv-07281-RCC(Feldman, Elliott) (Entered: 09/20/2005) |
| 422 | 09/20/2005 | MEMORANDUM OF LAW in Opposition re: 1204 MOTION to Dismiss. PLAINTIFFS' CONSOLIDATED MEMORANDUM OF LAW IN OPPOSITION TO THE MOTION TO DISMISS OF DEFENDANT DR. ABDULLAH NASEEF. Document filed by Plaintiffs Executive Committees. Filed In Associated Cases: 1:03-md-01570-RCC,1:02-cv-06977-RCC,1:02-cv-07300-RCC-FM,1:03-cv-05071-RCC,1:03-cv-05738-RCC, 1:03-cv-06978-RCC,1:03-cv-07036-RCC,1:03-cv-08591-RCC,1:03-cv-09848-RCC,1:03-cv-09849-RCC, 1:04-cv-01076-RCC,1:04-cv-01922-RCC,1:04-cv-01923-RCC,1:04-cv-05970-RCC,1:04-cv-06105-RCC, 1:04-cv-07065-RCC,1:04-cv-07216-RCC,1:04-cv-07279-RCC,1:04-cv-07280-RCC,1:04-cv-07281-RCC(Feldman, Elliott) (Entered: 09/20/2005) |
| 423 | 09/21/2005 | MEMORANDUM AND OPINION # 92163... For the reasons explained in this document, SHC's motion to dismiss the Ashton, Burnett, and Federal complaints for lack of subject matter jurisdiction is granted. Prince Salman's motion to dismiss the Ashton, Burnett, and Federal complaints for lack of subject matter and personal jurisdiction is granted. Prince Naif's motion to dismiss the Ashton, Burnett, and Federal complaints for lack of subject matter & personal jurisdiction is granted. Rabita Trust's motions to dismiss the Ashton, Burnett, and Federal complaints are denied without prejudice. Wa'el Jalaidan's motions to dismiss the Ashton, Burnett, and Federal complaints are denied, but the RICO, TVPA, negligence, and Federal intentional tort claims against him are dismissed. IIRO's motions to dismiss the Ashton, Burnett, and Federal complaints are denied, but the RICO, TVPA, negligence, and Federal intentional tort claims against it are dismissed. Tarik Hamdi's motions to dismiss the Burnett and Federal complaints are denied, but the RICO, TVPA, negligence, and Federal intentional tort claims against him are dismissed. Abdulrahman Alamoudi's motion to dismiss the Burnett complaint is granted; his motion to dismiss the Federal complaint is denied, but the RICO, TVPA, intentional tort, and negligence claims are dismissed. Success Foundation's motion to dismiss the Burnett complaint is granted. The motions by African Muslim Agency, Grove Corporate, Heritage Education Trust, IIIT, Mar-Jac Investments, Reston Investments, Safa Trust, and York Foundation to dismiss the Burnett complaint are granted. IIIT's motion to dismiss the Ashton complaint is granted. Mar-Jac Poultry's motions to dismiss the Burnett, Ashton, and Federal complaints are granted. The motions to dismiss the Federal complaint by Taha Al-Awani, Muhammad Ashraf, M. Omar Ashraf, M.Yaqub Mirza, and Iqbal Unus are granted. Jamal Barzinji's motion to dismiss the Federal complaint is denied, but the RICO, TVPA, intentional tort, and negligence claims against him are dismissed. National Commercial Bank's motion to reconsider the Court's January 18 opinion and order is granted to the extent that it requests the Court to consider its personal jurisdiction defense before resolving the FSIA issue. (Signed by Judge Richard C. Casey on 9/21/05) Filed In Associated Cases: 1:03-md-01570-RCC,1:02-cv-06977-RCC,1:03-cv-06978-RCC,1:03-cv-09849-RCC(rjm, ) (Entered: 09/21/2005) |
| 424 | 09/23/2005 | AFFIDAVIT OF SERVICE. Aradi, Inc. served on 7/21/2004, answer due 8/10/2004; Benevolence International Foundation-USA served on 1/13/2005, answer due 2/2/2005; American Muslim Foundation (AMF) served on 6/2/2004, answer due 6/22/2004; Aqsa Islamic Bank served on |

EXHIBIT 7, PAGE 366

| # | Date | Proceeding Text |
|---|------|-----------------|
| | | 7/28/2004, answer due 8/17/2004; Hisham Al-Talib served on 7/27/2004, answer due 8/16/2004; Ahmed Idris Nasreddin served on 5/27/2004, answer due 6/16/2004; Mamoun Darkazanli served on 5/27/2004, answer due 6/16/2004; Somali Network, A.B. served on 5/27/2004, answer due 6/16/2004. Service was made by MAIL. Document filed by Federal Insurance Company et al., Plaintiffs. (Attachments: # 1 Exhibit # 2 Exhibit # 3 Exhibit # 4 # 5 Exhibit # 6 Exhibit # 7 Exhibit # 8 Exhibit # 9 Exhibit # 10 Exhibit # 11 Exhibit # 12 Exhibit # 13 Exhibit # 14 Exhibit # 15 Exhibit # 16 Exhibit # 17 Exhibit # 18 Exhibit)Filed In Associated Cases: 1:03-md-01570-RCC,1:02-cv-06977-RCC,1:02-cv-07300-RCC-FM,1:03-cv-05071-RCC,1:03-cv-05738-RCC, 1:03-cv-06978-RCC,1:03-cv-07036-RCC,1:03-cv-08591-RCC,1:03-cv-09848-RCC,1:03-cv-09849-RCC, 1:04-cv-01076-RCC,1:04-cv-01922-RCC,1:04-cv-01923-RCC,1:04-cv-05970-RCC,1:04-cv-06105-RCC, 1:04-cv-07065-RCC,1:04-cv-07216-RCC,1:04-cv-07279-RCC,1:04-cv-07280-RCC,1:04-cv-07281-RCC(Feldman, Elliott) (Entered: 09/23/2005) |
| 425 | 09/23/2005 | MOTION to Dismiss the Federal Insurance action. Document filed by DMI Administrative Services S.A.. Filed In Associated Cases: 1:03-md-01570-RCC,1:03-cv-06978-RCC(McGuire, James) (Entered: 09/23/2005) |
| 426 | 09/23/2005 | MEMORANDUM OF LAW in Support re: 1262 MOTION to Dismiss the Federal Insurance action.. Document filed by DMI Administrative Services S.A.. Filed In Associated Cases: 1:03-md-01570-RCC,1:03-cv-06978-RCC(McGuire, James) (Entered: 09/23/2005) |
| 427 | 09/26/2005 | REPLY MEMORANDUM OF LAW in Support re: 354 MOTION to Dismiss.. Document filed by Khaled Bin Mahfouz. (Gauch, James) (Entered: 09/26/2005) |
| 428 | 09/26/2005 | REPLY MEMORANDUM OF LAW in Support re: 1189 MOTION to Dismiss.. Document filed by Sheik Hamad Al-Husaini. Filed In Associated Cases: 1:03-md-01570-RCC,1:02-cv-06977-RCC,1:02-cv-07300-RCC-FM,1:03-cv-05071-RCC,1:03-cv-05738-RCC, 1:03-cv-06978-RCC,1:03-cv-07036-RCC,1:03-cv-08591-RCC,1:03-cv-09848-RCC,1:03-cv-09849-RCC, 1:04-cv-01076-RCC,1:04-cv-01922-RCC,1:04-cv-01923-RCC,1:04-cv-05970-RCC,1:04-cv-06105-RCC, 1:04-cv-07065-RCC,1:04-cv-07216-RCC,1:04-cv-07279-RCC,1:04-cv-07280-RCC,1:04-cv-07281-RCC(Kabat, Alan) (Entered: 09/26/2005) |
| 429 | 09/26/2005 | REPLY AFFIDAVIT of Alan Kabat in Support re: 1189 MOTION to Dismiss.. Document filed by Sheik Hamad Al-Husaini. Filed In Associated Cases: 1:03-md-01570-RCC,1:02-cv-06977-RCC,1:02-cv-07300-RCC-FM,1:03-cv-05071-RCC,1:03-cv-05738-RCC, 1:03-cv-06978-RCC,1:03-cv-07036-RCC,1:03-cv-08591-RCC,1:03-cv-09848-RCC,1:03-cv-09849-RCC, 1:04-cv-01076-RCC,1:04-cv-01922-RCC,1:04-cv-01923-RCC,1:04-cv-05970-RCC,1:04-cv-06105-RCC, 1:04-cv-07065-RCC,1:04-cv-07216-RCC,1:04-cv-07279-RCC,1:04-cv-07280-RCC,1:04-cv-07281-RCC(Kabat, Alan) (Entered: 09/26/2005) |
| 430 | 09/26/2005 | REPLY MEMORANDUM OF LAW in Support re: 1174 MOTION to Dismiss.. Document filed by Saudi Red Crescent. Filed In Associated Cases: 1:03-md-01570-RCC,1:02-cv-06977-RCC,1:02-cv-07300-RCC-FM,1:03-cv-05071-RCC,1:03-cv-05738-RCC, 1:03-cv-06978-RCC,1:03-cv-07036-RCC,1:03-cv-08591-RCC,1:03-cv-09848-RCC,1:03-cv-09849-RCC, 1:04-cv-01076-RCC,1:04-cv-01922-RCC,1:04-cv-01923-RCC,1:04-cv-05970-RCC,1:04-cv-06105-RCC, 1:04-cv-07065-RCC,1:04-cv-07216-RCC,1:04-cv-07279-RCC,1:04-cv-07280-RCC,1:04-cv-07281-RCC(Kabat, Alan) (Entered: 09/26/2005) |
| 431 | 09/27/2005 | REPLY MEMORANDUM OF LAW in Support re: 1177 MOTION to Dismiss.. Document filed by Saleh Al-Hussayen. Filed In Associated Cases: 1:03-md-01570-RCC,1:02-cv-06977-RCC,1:02-cv-07300-RCC-FM,1:03-cv-05071-RCC,1:03-cv-05738-RCC, 1:03-cv-06978-RCC,1:03-cv-07036-RCC,1:03-cv-08591-RCC,1:03-cv-09848-RCC,1:03-cv-09849-RCC, 1:04-cv-01076-RCC,1:04-cv-01922-RCC,1:04-cv-01923-RCC,1:04-cv-05970-RCC,1:04-cv-06105-RCC, 1:04-cv-07065-RCC,1:04-cv-07216-RCC,1:04-cv-07279-RCC,1:04-cv-07280-RCC,1:04-cv-07281-RCC(Kabat, Alan) (Entered: 09/27/2005) |
| 432 | 09/27/2005 | REPLY MEMORANDUM OF LAW in Support re: 1180 MOTION to Dismiss.. Document filed by Abdullah Bin Saleh Al-Obaid. Filed In Associated Cases: 1:03-md-01570-RCC,1:02-cv-06977-RCC,1:02-cv-07300-RCC-FM,1:03-cv-05071-RCC,1:03-cv-05738-RCC, 1:03-cv-06978-RCC,1:03-cv-07036-RCC,1:03-cv-08591-RCC,1:03-cv-09848-RCC,1:03-cv-09849-RCC, 1:04-cv-01076-RCC,1:04-cv-01922-RCC,1:04-cv-01923-RCC,1:04-cv-05970-RCC,1:04-cv-06105-RCC, 1:04-cv-07065-RCC,1:04-cv-07216-RCC,1:04-cv-07279-RCC,1:04-cv-07280-RCC,1:04-cv-07281-RCC(Kabat, Alan) (Entered: 09/27/2005) |
| 433 | 09/27/2005 | REPLY MEMORANDUM OF LAW in Support re: 1183 MOTION to Dismiss.. Document filed by Abdullah Muhsen Al Turki. Filed In Associated Cases: 1:03-md-01570-RCC,1:02-cv-06977-RCC,1:02-cv-07300-RCC-FM,1:03-cv-05071-RCC,1:03-cv-05738-RCC, 1:03-cv-06978-RCC,1:03-cv-07036-RCC,1:03-cv-08591-RCC,1:03-cv-09848-RCC,1:03-cv-09849-RCC, 1:04-cv- |

| # | Date | Proceeding Text |
|---|---|---|
| | | 01076-RCC,1:04-cv-01922-RCC,1:04-cv-01923-RCC,1:04-cv-05970-RCC,1:04-cv-06105-RCC, 1:04-cv-07065-RCC,1:04-cv-07216-RCC,1:04-cv-07279-RCC,1:04-cv-07280-RCC,1:04-cv-07281-RCC(Kabat, Alan) (Entered: 09/27/2005) |
| 434 | 09/27/2005 | REPLY MEMORANDUM OF LAW in Support re: 1195 MOTION to Dismiss.. Document filed by Adnan Basha. Filed In Associated Cases: 1:03-md-01570-RCC,1:02-cv-06977-RCC,1:02-cv-07300-RCC-FM,1:03-cv-05071-RCC,1:03-cv-05738-RCC, 1:03-cv-06978-RCC,1:03-cv-07036-RCC,1:03-cv-08591-RCC,1:03-cv-09848-RCC,1:03-cv-09849-RCC, 1:04-cv-01076-RCC,1:04-cv-01922-RCC,1:04-cv-01923-RCC,1:04-cv-05970-RCC,1:04-cv-06105-RCC, 1:04-cv-07065-RCC,1:04-cv-07216-RCC,1:04-cv-07279-RCC,1:04-cv-07280-RCC,1:04-cv-07281-RCC(Kabat, Alan) (Entered: 09/27/2005) |
| 435 | 09/27/2005 | REPLY MEMORANDUM OF LAW in Support re: 1204 MOTION to Dismiss.. Document filed by Abdullah Omar Naseef. Filed In Associated Cases: 1:03-md-01570-RCC,1:02-cv-06977-RCC,1:02-cv-07300-RCC-FM,1:03-cv-05071-RCC,1:03-cv-05738-RCC, 1:03-cv-06978-RCC,1:03-cv-07036-RCC,1:03-cv-08591-RCC,1:03-cv-09848-RCC,1:03-cv-09849-RCC, 1:04-cv-01076-RCC,1:04-cv-01922-RCC,1:04-cv-01923-RCC,1:04-cv-05970-RCC,1:04-cv-06105-RCC, 1:04-cv-07065-RCC,1:04-cv-07216-RCC,1:04-cv-07279-RCC,1:04-cv-07280-RCC,1:04-cv-07281-RCC(Kabat, Alan) (Entered: 09/27/2005) |
| 436 | 09/27/2005 | REPLY MEMORANDUM OF LAW in Support re: 1192 MOTION to Dismiss.. Document filed by Talal Mohammed Badkook. Filed In Associated Cases: 1:03-md-01570-RCC,1:02-cv-06977-RCC,1:02-cv-07300-RCC-FM,1:03-cv-05071-RCC,1:03-cv-05738-RCC, 1:03-cv-06978-RCC,1:03-cv-07036-RCC,1:03-cv-08591-RCC,1:03-cv-09848-RCC,1:03-cv-09849-RCC, 1:04-cv-01076-RCC,1:04-cv-01922-RCC,1:04-cv-01923-RCC,1:04-cv-05970-RCC,1:04-cv-06105-RCC, 1:04-cv-07065-RCC,1:04-cv-07216-RCC,1:04-cv-07279-RCC,1:04-cv-07280-RCC,1:04-cv-07281-RCC(Kabat, Alan) (Entered: 09/27/2005) |
| 437 | 09/27/2005 | REPLY MEMORANDUM OF LAW in Support re: 1198 MOTION to Dismiss.. Document filed by Shahir Abdulraoof Batterjee. Filed In Associated Cases: 1:03-md-01570-RCC,1:02-cv-06977-RCC,1:02-cv-07300-RCC-FM,1:03-cv-05071-RCC,1:03-cv-05738-RCC, 1:03-cv-06978-RCC,1:03-cv-07036-RCC,1:03-cv-08591-RCC,1:03-cv-09848-RCC,1:03-cv-09849-RCC, 1:04-cv-01076-RCC,1:04-cv-01922-RCC,1:04-cv-01923-RCC,1:04-cv-05970-RCC,1:04-cv-06105-RCC, 1:04-cv-07065-RCC,1:04-cv-07216-RCC,1:04-cv-07279-RCC,1:04-cv-07280-RCC,1:04-cv-07281-RCC(Kabat, Alan) (Entered: 09/27/2005) |
| 438 | 09/27/2005 | REPLY MEMORANDUM OF LAW in Support re: 1186 MOTION to Dismiss.. Document filed by Safar Al-Hawali. (Attachments: # 1 Exhibit 1-2)Filed In Associated Cases: 1:03-md-01570-RCC,1:02-cv-06977-RCC,1:02-cv-07300-RCC-FM,1:03-cv-05071-RCC,1:03-cv-05738-RCC, 1:03-cv-06978-RCC,1:03-cv-07036-RCC,1:03-cv-08591-RCC,1:03-cv-09848-RCC,1:03-cv-09849-RCC, 1:04-cv-01076-RCC,1:04-cv-01922-RCC,1:04-cv-01923-RCC,1:04-cv-05970-RCC,1:04-cv-06105-RCC, 1:04-cv-07065-RCC,1:04-cv-07216-RCC,1:04-cv-07279-RCC,1:04-cv-07280-RCC,1:04-cv-07281-RCC(Kabat, Alan) (Entered: 09/27/2005) |
| 439 | 09/28/2005 | REPLY MEMORANDUM OF LAW in Support re: 1201 MOTION to Dismiss.. Document filed by Mohammed Ali Sayed Mushayt. Filed In Associated Cases: 1:03-md-01570-RCC,1:02-cv-06977-RCC,1:02-cv-07300-RCC-FM,1:03-cv-05071-RCC,1:03-cv-05738-RCC, 1:03-cv-06978-RCC,1:03-cv-07036-RCC,1:03-cv-08591-RCC,1:03-cv-09848-RCC,1:03-cv-09849-RCC, 1:04-cv-01076-RCC,1:04-cv-01922-RCC,1:04-cv-01923-RCC,1:04-cv-05970-RCC,1:04-cv-06105-RCC, 1:04-cv-07065-RCC,1:04-cv-07216-RCC,1:04-cv-07279-RCC,1:04-cv-07280-RCC,1:04-cv-07281-RCC(Kabat, Alan) (Entered: 09/28/2005) |
| 441 | 09/29/2005 | AFFIDAVIT OF SERVICE. The Republic of Iraq served on 7/26/2005, answer due 8/15/2005. Service was accepted by Ministry of Foreign Affairs. Document filed by Federal Insurance Company et al., Plaintiffs. Filed In Associated Cases: 1:03-md-01570-RCC,1:03-cv-06978-RCC(Feldman, Elliott) (Entered: 09/29/2005) |
| 442 | 09/29/2005 | AFFIDAVIT of J. Scott Tarbutton Affidavit in Support of Request for Issuance of Clerk's Certificate of Default. Document filed by Federal Insurance Company et al., Plaintiffs. Filed In Associated Cases: 1:03-md-01570-RCC,1:03-cv-06978-RCC(Feldman, Elliott) (Entered: 09/29/2005) |
| 772 | 09/30/2005 | AMENDED COMPLAINT amending 1 Complaint against Aaran Money Wire Service, Inc., Youssef Abdaoui, Mustasim Abdel-Rahim, Abdulaziz Bin Abdul Abdulaziz Bin Abdul Rahman Al Saud, Salahuddin Abduljawad, Abdulkarim Khaled Uusuf Abdula, Abdullah Ahmed Abdullah, Ibrahim S. Abdullah, Abdullah Bin Abdul Abdullah Bin Abdul Muhsen Al Turki, Hussein Mahmud Abdullkadir, Hashim Abdulrahman, Mohammed Iqbal Abdurrahman, Abrash Company, Abu Hafs The Mauritanian, Abu Sayef Group, Muhammad Abu-Islam, Abdirasik Aden, Advice and |

| # | Date | Proceeding Text |
|---|---|---|
| | | Reformation Committee, Afamia, SL, Ibrahim Muhammed Afandi, Afghan Support Committee, African Muslim Agency, Adu Agab, Haji Abdul Manan Agha, Fazeh Ahed, Tariq Anwar Al-Sayyid Ahmad, Syed Suleman Ahmer, Ahmad Ajaj, Akida Bank Private Limited, Akida Investment Co. LTD., Mohammed Amine Akli, Haji Mohamad Akram, Ghasoub Al Abrash, Al Anwa, Wadi Al Aqiq, Mohammed Bin Abdulrahman Al Ariefy, Al Baraka Exchange, L.L.C., Al Baraka Investment and Development, Al Barakaat Bank, Al-Baraka Bankcorp, Inc., Al-Barakaat, Al-Barakat Bank of Somalia (BSS), Al-Barakat Finance Group, Al-Barakat Financial Holding Co., Al-Barakat Global Telecommunications, Al-Barakat Group of Companies Somalia Limited, Al-Barakat International, Al-Barakat Investments, Al-Barakat Wiring Service, Omar Al-Bayoumi, Al-Bir Saudi Organization, Al-Birr, Soliman H.S. Al-Buthe, Al Amn Al-Dakhili, Princess Haifa Al-Faisal, Khalid Al-Fawaz, Abu Qatada Al-Filistini, Muhammad Al-Hamati, Al-Hamati Sweets Bakeries, Al Faisalah Group, Al Farooq Mosque, Abdulaziz Bin Hamad Al Gosaibi, Ahmad Al Harbi, Abdul Aziz Al Ibrahim, Dar-Al-Maal Al Islami, Al Khaleejia for Export Promotion and Marketing Company, Mohammed Al Massari, Mohammed Ali Hasan Al Moayad, Masjed Al Madinah Al Munawarah, Amin Al-Haq, Al-Haramain, Mohammed Omar Al-Harazi, Safar Al-Hawali, Mustafa Ahmed Al-Hawsawi, Al-Hijrah Construction and Development Limited, Mustaf Ahmed Al-Hisawi, Saleh Al-Hussayen, Sami Omar Al-Hussayen, Lujain Al-Iman, Abd Al-Hadi Al-Iraqi, Al-Shaykh Al-Iraqi, Ansar Al-Islam (AI), Jam'yah Ta'awun Al-Islamia, Al Gama'a Al-Islamiyya, Mohammed Al-Issai, Al-Itihaad Al-Islamiya (AIAI), Mohammed Bin Abdullah Al-Jomaith, Mansouri Al-Kadi, Mustafa Al-Kadir, Ahmad Sa'id Al-Kadr, Sanabil Al-Khair, Al Amn Al-Khariji, Makhtab Al-Khidamat, Abd Al-Mushin Al-Libi, Ibn Al-Shaykh Al-Libi, Anas Al-Liby, Abdullah M. Al-Mahdi, Abu Al-Maid, Abu Musab Al-Masri, Abu Hamza Al-Masri, Ahmad Ibrahim Al-Mughassil, Al-Mustaqbal Group, Abd Al-Rahim Al-Nashiri, Abdelkarim Hussein Mohamed Al-Nasser, Abdul Rahman I. Al-Noah, Al-Nur Honey Press Shops, Abdullah Bin Saleh Al-Obaid, Salman Al-Ouda, Yasin Al-Qadi, Ahmed Ibrahim Al Najjar, Abdulla Al Obaid, Al Qaida, Suleiman Abdel Aziz Al Rajhi, Essam Al Ridi, Rashid M. Al Romaizan, Mohammed Khair Al Saqqa, Abdullah Al Faisal Bin Abdulaziz Al Saud, Mohammed Al Faisal Al Saud, Abdullah Sulaiman Al-Rajhi, Khalid Sulaiman Al-Rajhi, Omar Sulaiman Al-Rajhi, Saleh Abdulaziz Al-Rajhi, Al-Rajhi Banking & Investment Corporation, Al-Rashid Trust, Saqar Al-Sadawi, Sa'd Al-Sharif, Al-Shifa' Honey Press for Industry and Commerce, Ahmad Al-Shinni, Prince Naif Bin Abdulaziz Al Saud, Prince Sultan Bin Abdulaziz Al Saud, Salman Bin Abdulaziz Al Saud, Turki Al Faisal Al Saud, Al Shamal Islamic Bank, Al Shamal for Investment and Development, Abu Rida Al Suri, Abdul Rahman Al Swailem, Al Taqwa Trade Property and Industry Company Limited, Yassir Al-Sirri, Walid Al-Sourouri, Abd Al Samad Al-Ta'ish, Hisham Al-Talib, Fahad Al-Thumairy, Al-Watani Poultry, Ibrahim Salih Mohammed Al-Yacoub, Abu Musab Al-Zarqawi, Ayman Al-Zawahiri, Abdulrahman Alamoudi, Al Taqwa/Nada Group, Al Tawhid, Sayf Al-Adl, Sulaiman Al-Ali, Taha Jaber Al-Alwani, Mohammed Hussein Al-Amoudi, Asbat Al-Ansar, Aqeel Al-Aqeel, Yasser Al-Azzani, Jamal Al-Badawi, Mohammed Alchurbaji, Alfaisaliah Group, Algerian Armed Islamic Group, Abbas Abdi Ali, Abdi Adulaziz Ali, Ahmed Mohammed Hamed Ali, Ihab Ali, Yusaf Ahmed Ali, Abdalrahman Alarnout Abu Aljer, Mohrez Amdouni, American Muslim Foundation, Mohamed Ben Belgacem Aouadi, Aqsa Islamic Bank, Arab Bank, PLC, Arab Cement Company, Aradi, Inc., Enaam M. Arnanout, Ary Group, Asat Trust, M. Omar Ashraf, Muhammad Ashraf, Assurance Company of America, Muhammad Atif, Ali Atwa, Muhsin Musa Matwalli Atwah, Dahir Ubeidullahi Aweys, Hassan Dahir Aweys, Chiheb Ben Mohamed Ayari, Tarek Ayoubi, Sheikh Abdullah Azzam, Azzam Service Center, BA Taqwa for Commerce and Real Estate Company LTD., Mondher Baazaoui, Salah Badahdh, Talal Mohammed Badkook, Ibrahim Bah, Said Bahaji, Mazin M.H. Bahareth, Mohammed Bahareth, Hassan A.A. Bahfzallah, Abdullah Samil Bahmadan, Bank Al Taqwa Limited, Baraka Trading Company, Barakaat Boston, Barakaat Construction Company, Barakaat Enterprise, Barakaat Group of Companies, Barakaat International, Barakaat International Foundation, Barakaat International, Inc., Barakaat North America, Inc., Barakaat Red Sea Telecommunications, Barakaat Telecommunications Co. Somalia, Barakat Bank and Remittances, Barakat Computer Consulting (BCC), Barakat Consulting Group (BCG), Barakat Global Telephone Company, Barakat International Companies (BICO), Barakat Post Express (BPE), Barakat Refreshment Company, Barakat Telecommunications Company Limited (BTELCO), Barakat Wire Transfer Company, Barako Trading Company, LLC, Abdel Barry, Jamal Barzinji, Adnan Basha, Bashsh Hospital, Osama Bassnan, Sheik Adil Galil Batargy, Shahir Abdulraoof Batterjee, Mohamed Bayazid, Omar Al Bayoumi, Bensayah Belkacem, Nabil Benattia, Benevolence International Foundation, Benevolence International Fund, Osama Bin Laden, Ramzi Binalshibh, Blessed Relief (MUWAFAQ) Foundation, Bosanska Idealna Futura, Bosnia-Herzegovina Branch of Al-Haramain Islamic Foundation, Mokhtar Boughougha, Ahmed Brahim, Agus Budiman, Tarek Charaabi, Mohammed Chehade, Yassine Chekkaouri, Cobis, Contratas Gioma, DMI |

| # | Date | Proceeding Text |
|---|------|-----------------|
| | | Administrative Services, S.A., Mahmoud Dakhil, Dallah Avco Trans Arabia Co. LTD., Dar Al Maal Islami Trust, Mamoun Darkazanli, Delta Oil Company, Dubai Islamic Bank, Lionel Dumont, Egyptian Islamic Jihad, Iss El-Din El Sayed, Arafat El-Asahi, Arafat El-Ashi, Wadih El-Hage, Ali Saed Bin Ali El-Hoorie, Mohaman Ali Elgari, Moussa Ben Amor Essaadi, Zakariya Essabar, Zakarya Essabar, Sami Ben Khemais Essid, Eurocovia Obras,S.A., Mustafa Mohamed Fadhil, Faisal Group Holding Co., Faisal Group Holding Company, Muhammed J. Fakihi, Mohammed Bin Faris, Umar Faruq, Rachid Fehar, Ghassan Dib, Saleh Gazaz, Ahmed Khalfan Ghailani, Ghasoub Al Abrash Ghalyoun, Perouz Seda Ghaty, Global Diamond Resource, Global Relief Foundation, Global Services International, Grove Corporate,Inc., Gulf Center S.R.L., Gum Arabic Company Limited, Rabih Haddad, Abu Hajer, Abdulaziz Bin Hamad, Brahim Ben Hedili Hamami, Hamas, Tarik Hamdi, Ibrahim Hassabella, Gulbuddin Hekmatyar, Help African People, Lased Ben Heni, Heritage Education Trust, Heyatul Ulya, Hezb-E-Islami, Hezbollah, Riad Hijazi, Ali Ghaleb Himmat, Hisham, Albert Fredrich Armand Huber, Human Concern International Society, Hamad Hussaini, Abdel Hussein, Abdul-Rahim Mohammed Hussein, Liban Hussein, Ibrahim Bin Abdul Aziz Al Ibrahim Foundation, Infocus Tech of Malaysia, International Development Foundation, International Institute of Islamic Thought, International Islamic Relief Organization, Islamic African Relief Agency, Islamic Army of Aden, Islamic Assemby of North America, Islamic Cultural Center of Geneva, Islamic Cultural Institute of Milan, Islamic International Brigade, Islamic Investment Company of the Gulf, Islamic Movement of Uzbekistan, Nurjaman Riduan Ismuddin, Hasan Izz-Al-Din, Mahmoud Jaballah, Mohammed Jaghlit, Jaish-I-Mohammed, Noor Jalil, Garad Jama, Yousef Jameel, Lashkar I Janghvi, Khalil Jarraya, Riadh Jelassi, Jemaah Islamyia Orginization, Fouzi Jendoubi, Mounir Ben Habib Jerraya, Ahmed Nur Ali Jim'ale, Wa'el Hamza Julaidan, Maulvi Abdul Kabir, Yassin Abdullah Kadi, Abdullahi Hussein Kahie, Mullah Kakshar, Saleh Abdullah Kamel, Mendi Kammoun, Ahmed A. Kattan, Adel Muhammad Sadiq Bin Kazem, Muhammad Sadiq Bin Kazem, Zahir H. Kazmi, Ziyad Khaleel, Mohammed Jamal Khalifa, Muzaffar Khan, Mohammed Khatib, Jamal Ba Khorsh, Soliman J. Khudeira, Samir Kishk, Khalil A. Kordi, Musti Rashid Ahmad Ladehyanoy, Abula Bin Laden, Bakr M. Bin Laden, Haydar Mohamed Bin Laden, Omar M. Bin Laden, Salem Bin Laden, Tarek M. Bin Laden, Yeslam M. Bin Laden, Sabir Lamar, M.M. Badkook Company for Catering & Trading, Tarek Ben Habib Maaroufi, Abdul Rahman Khaled Bin Mahfouz, Abdulrahman Bin Khalid Bin Mahfouz, Khaled Bin Mahfouz, Mohammed Salim Bin Mahfouz, Salim Bin Mahfouz, Bashir-Ud-Din Mahmood, Abdul Majeed, Mamoun Darkazanli Import-Export Company, Mohammed Mansour, Zeinab Mansour-Fattah, Zeinab Mansour-Fattouh, Mar-Jac Investments, Inc., Mar-Jac Poultry, Bilal Bin Marwan, Fethi Ben Rebai Masri, Saif Al Islam El Masry, Mena Corporation, Mercy International Relief Agency, Miga-Malaysian Swiss, Gulf and African Chamber, M. Yaqub Mirza, Mohammad S. Mohammad, Fazul Abdullah Mohammed, Jamal Ahmed Mohammed, Khalid Shaikh Mohammed, Mohammed Bin Laden Organization, Moro Islamic Liberation Front, Mounir El Motassadeq, Zacarias Moussaoui, Fahid Mohammed Ally Msalam, Imad Mughniyeh, Ayadi Chafiq Bin Muhammad, Sheikh Omar Bakri Muhammad, Mohammed Ali Sayed Mushayt, Mushayt for Trading Establishment, Muslim World League, Muslim World League Offices, Abdelghani Mzoudi, Youssef M. Nada, Youssef Nada, Nada International Anstalt, Nada Management Organization, Nada Management Organization, S.A., Sheikh Abu Bdul Aziz Nagi, Nasco Business Residence Center Sas Di Nasreddin Ahmed Idris Ec, Nasco Nasreddin Holding A.S., Nascoservice S.R.L., Nascotex S.A., Ahmed Idris Nasreddin, Nasreddin Company Nasco Sas Di Ahmed Idris Nassneddin Ec, Nasreddin Foundation, Nasreddin Group International Holding LTD., Nasreddin International Group Limited Holding, National Ben Franklin Insurance Company of Illinois, National Commercial Bank, National Development Bank, National Fund for Social Insurance, National Islamic Front, National Management Consultancy Center, New Diamond Holdings, Nimir, LLC, Khaled Nouri, Jamal Nyrabeh, Mohamed Sadeek Odeh, Abdallah Omar, Muhammad Omar, Omar Abu Omar, Mohammed Omeish, Najib Ouaz, Palestine Islamic Jihad, Parka Trading Company, Piedmont Poultry, Prince Abdullah Al Faisal Prince Abdullah Al Faisal Bin Abdulaziz Al Saud, Prince Bandar bin Sultan bin Abdulaziz, Prince Salman Bin Abdul Prince Salman Bin Abdul Aziz Al Saud, Promociones Y Construcciones Tetuan Pricote, S.A., Proyectos Edispan, Proyectos Y Promociones Iso, Proyectos Y Promociones Pardise, S.L., Abdullah Qassim, Queen City Cigarettes and Candy, Rabita Trust, Hazem Ragab, Abu Abdul Rahman, Fatha Adbul Rahman, Mohammed Nur Rahmi, Hani Ramadan, Ahmed Hasni Rarrbo, Red Crescent Saudi Committee, Red Sea Barakat Company Limited, Lashkar Redayan-E-Islami, Abdelhalim Remadna, Republic of Iraq, Ahmed Ressam, Reston Investments, Inc., Riyadus-Salikhin Recognizance and Sabotage Battalion of Chechen Martyrs, S.M. Tufail, SNCB Corporate Finance Limited, SNCB Securities Limited in London, SNCB Securities Limited in New York, Shaykh Sa'id, Saar Foundation, Jamil Qasim Saeed, Safa Trust, Abdullah Bin Said, Salafist |

| # | Date | Proceeding Text |
|---|------|-----------------|
| | | Group for Call and Combat, Ahmad Salah, Muhammad Salah, Samir Salah, Nedal Saleh, Mamdouh Mahmud Salim, Sana-Bell, Inc., Sanabel Al Kheer, Inc., Sanabel Al-Kheer,Inc, Mohammed Sarkawi, Bassam Dalati Satut, Saudi American Bank, Saudi Bin Laden Group, Saudi Bin Laden International Company, Saudi Cement Company in Damman, Saudi Dallah Al Baraka Group LLC., Saudi Economic and Development Company, Saudi High Commission, Saudi Joint Relief Committee, Saudi Red Crescent, Saudi Sudanese Bank, Mahdi Chamran Savehi, Abdelkadir Mahmoud Es Sayed, Sherif Sedky, Wali Khan Amin Shah, Abdulrahman Hassan Sharbatly, Thirwat Salah Shihata, Jalil Shinwari, Adel Ben Soltane, Somalia Branch of the Al-Haramain Islamic Foundation, Somalia International Relief Organization, Somalia Internet Company, Somalia Network AB, Special Purpose Islamic Regiment, Sterling Charitable Gift Fund, Sterling Management Group, Success Foundation, Abu Sulayman, Prince Bandar bin Sultan, Prince Vandar Iban Sultan, Sheikh Ahmed Salim Swedan, Syrian Arab Republic, Taba Investments, Tadamon Islamic Bank, Taibah International Aid Association, Tanzanite King, Tareq M. Al-Swaidan: Abdul Al-Moslah, Lashkar-E Tayyiba, Mansour Thaer, The Aid Organization of the Ulema, The Camden Fire Insurance Association, The Committee for the Defense of Legitimate Rights, The Islamic Republic of Iran, The Kingdom of Saudi Arabia, The Republic of the Sudan, The Taliban, Lazhar Ben Mohammed Tlili, Ahmed Totonji, Hassan Turabi, Turkistan Islamic Movement, Ulema Union of Afghanistan, Umma Tameer-E-Nau (UTN), Habib Waddani, Wafa Humanitarian Organization, World Assembly of Muslim Youth, Ahmed Zaki Yamani, Imad Eddin Barakat Yarkas, Abdul Rahman Yasin, Yazid Sufaat of Kuala Lumpur Malaysia, York Foundation, Youssef M. Nada & Co., Gesellschaft, M.B.H., Iqbal Yunus, Zakat Committee, Abdul Fattah Zammar, Abu Musab Zarqawi, Zouaydi, Abu Zubaydah, Muhammed Galeb Kalaje Zuoyadi with JURY DEMAND.Document filed by ALL PLAINTIFFS, Allstate Insurance Company, American Alternative Insurance Corporation, American Employers' Insurance Company, American Guarantee and Liability Insurance Company, American Zurich Insurance Company, Amlin Underwriting, Ltd., CNA Casualty of California, Chubb Custom Insurance Company, Chubb Indemnity Insurance Company, Chubb Insurance Company of Canada, Chubb Insurance Company of New Jersey, Colonial American Casualty and Surety Insurance Company, Commercial Insurance Company of Newark, N.J., Continental Insurance Company, Continental Insurance Company of New Jersey, Crum & Forster Indemnity Company, Federal Insurance Company, Federal Insurance Company et al., Plaintiffs, Fidelity and Casualty Company of New York, Fidelity and Deposit Company of Maryland, Glens Falls Insurance Company, Great Lakes Reinsurance U.K. PLC, Great Northern Insurance Company, Hiscox Dedicated Corporate Member, Ltd., Homeland Insurance Company of New York, Maryland Casualty Company, North River Insurance Company, Northern Insurance Company of New York, One Beacon Insurance Company, One Beacon America Insurance Company, One Beacon Insurance Company, Pacific Indemnity Company, Seneca Insurance Company, Inc., Steadfast Insurance Company, The Princeton Excess & Surplus Lines Insurance Company, United States Fire Insurance Company, Valiant Insurance Company, Vigilant Insurance Company, Zurich American Insurance Company. Related document: 1 Complaint. (Attachments: # 1 Exhibit, # 2 Exhibit, # 3 Exhibit, # 4 Exhibit, # 5 Exhibit, # 6 Exhibit, # 7 Exhibit, # 8 Exhibit, # 9 Exhibit, # 10 Exhibit, # 11 Exhibit, # 12 Exhibit, # 13 Exhibit, # 14 Exhibit, # 15 Exhibit, # 16 Exhibit, # 17 Exhibit, # 18 Exhibit, # 19 Exhibit, # 20 Errata, # 21 Exhibit, # 22 Exhibit, # 23 Exhibit, # 24 Exhibit, # 25 Exhibit, # 26 Exhibit, # 27 Exhibit, # 28 Exhibit, # 29 Exhibit, # 30 Exhibit, # 31 Exhibit, # 32 Exhibit, # 33 Exhibit, # 34 Exhibit, # 35 Exhibit, # 36 Exhibit, # 37 Exhibit, # 38 Exhibit, # 39 Exhibit, # 40 Exhibit, # 41 Exhibit, # 42 Exhibit, # 43 Exhibit, # 44 Exhibit, # 45 Exhibit, # 46 Exhibit, # 47 Exhibit, # 48 Exhibit, # 49 Exhibit, # 50 Exhibit, # 51 Exhibit, # 52 Errata, # 53 Exhibit, # 54 Errata, # 55 Exhibit, # 56 Exhibit)(rdz) (Entered: 09/02/2010) |
| 443 | 10/04/2005 | MOTION to Dismiss Continental Casualty, Burnett, WTC, Euro Brokers, Federal Insurance. Document filed by Ibrahim Bin Abdul Aziz Al Ibrahim Foundation. Filed In Associated Cases: 1:03-md-01570-RCC,1:02-cv-06977-RCC,1:02-cv-07300-RCC-FM,1:03-cv-05071-RCC,1:03-cv-05738-RCC, 1:03-cv-06978-RCC,1:03-cv-07036-RCC,1:03-cv-08591-RCC,1:03-cv-09848-RCC,1:03-cv-09849-RCC, 1:04-cv-01076-RCC,1:04-cv-01922-RCC,1:04-cv-01923-RCC,1:04-cv-05970-RCC,1:04-cv-06105-RCC, 1:04-cv-07065-RCC,1:04-cv-07216-RCC,1:04-cv-07279-RCC,1:04-cv-07280-RCC,1:04-cv-07281-RCC(McGuire, James) (Entered: 10/04/2005) |
| 444 | 10/04/2005 | MEMORANDUM OF LAW in Support re: 1388 MOTION to Dismiss Continental Casualty, Burnett, WTC, Euro Brokers, Federal Insurance.. Document filed by Ibrahim Bin Abdul Aziz Al Ibrahim Foundation. Filed In Associated Cases: 1:03-md-01570-RCC,1:02-cv-06977-RCC,1:02-cv-07300-RCC-FM,1:03-cv-05071-RCC,1:03-cv-05738-RCC, 1:03-cv-06978-RCC,1:03-cv-07036-RCC,1:03-cv-08591-RCC,1:03-cv-09848-RCC,1:03-cv-09849-RCC, 1:04-cv-01076-RCC,1:04-cv-01922-RCC,1:04-cv-01923-RCC,1:04-cv-05970-RCC,1:04-cv-06105-RCC, 1:04-cv- |

| # | Date | Proceeding Text |
|---|---|---|
| | | 07065-RCC,1:04-cv-07216-RCC,1:04-cv-07279-RCC,1:04-cv-07280-RCC,1:04-cv-07281-RCC(McGuire, James) (Entered: 10/04/2005) |
| 445 | 10/04/2005 | DECLARATION of Daniel L. Brown in Support re: 1388 MOTION to Dismiss Continental Casualty, Burnett, WTC, Euro Brokers, Federal Insurance., 1389 Memorandum of Law in Support,.. Document filed by Ibrahim Bin Abdul Aziz Al Ibrahim Foundation. (Attachments: # 1 Exhibit A# 2 Exhibit B# 3 Exhibit C# 4 Exhibit D)Filed In Associated Cases: 1:03-md-01570-RCC,1:02-cv-06977-RCC,1:02-cv-07300-RCC-FM,1:03-cv-05071-RCC,1:03-cv-05738-RCC, 1:03-cv-06978-RCC,1:03-cv-07036-RCC,1:03-cv-08591-RCC,1:03-cv-09848-RCC,1:03-cv-09849-RCC, 1:04-cv-01076-RCC,1:04-cv-01922-RCC,1:04-cv-01923-RCC,1:04-cv-05970-RCC,1:04-cv-06105-RCC, 1:04-cv-07065-RCC,1:04-cv-07216-RCC,1:04-cv-07279-RCC,1:04-cv-07280-RCC,1:04-cv-07281-RCC(McGuire, James) (Entered: 10/04/2005) |
| 446 | 10/07/2005 | MOTION to Dismiss. Document filed by Daral Maal Al Islami Trust. Filed In Associated Cases: 1:03-md-01570-RCC,1:03-cv-06978-RCC(McGuire, James) (Entered: 10/07/2005) |
| 447 | 10/07/2005 | MOTION to Dismiss. Document filed by Daral Maal Al Islami Trust. Filed In Associated Cases: 1:03-md-01570-RCC,1:03-cv-06978-RCC(McGuire, James) (Entered: 10/07/2005) |
| 448 | 10/07/2005 | MEMORANDUM OF LAW in Support re: 1402 MOTION to Dismiss.. Document filed by Daral Maal Al Islami Trust. Filed In Associated Cases: 1:03-md-01570-RCC,1:03-cv-06978-RCC(McGuire, James) (Entered: 10/07/2005) |
| 449 | 10/14/2005 | MODIFIED STIPULATION AS TO BRIEFING SCHEDULE RELATING TO COMPLAINTS CONSOLIDATED UNDER MDL 1570: It is hereby stipulated and agreed, by and between Plaintiffs in all of the referenced cases consolidated under 03 MDL 1570 and Defendant Yousef Jameel, by and through their undersigned counsel, that the briefing schedule shall be extended by 15 days, thereby making Mr. Jameel's Reply to Plaintiff's Opposition to Motion to Dismiss the Complaints due on or before 10/31/2005. (Filing date changed from 10/13/05 to 10/14/05 due to date of Judge's signature). (Signed by Judge Richard C. Casey on 10/14/05) Filed In Associated Cases: 1:03-md-01570-RCC,1:03-cv-06978-RCC,1:04-cv-06105-RCC,1:04-cv-07279-RCC,1:04-cv-07280-RCC(rjm, ) (Entered: 10/17/2005) |
| 450 | 10/17/2005 | MOTION for Extension of Time Motion for an Order Adjourning Indefinately the Time For Defendant Faisal Islamic Bank - Sudan to Respond to Recent Pleadings. Document filed by Faisal Islamic Bank. Filed In Associated Cases: 1:03-md-01570-RCC,1:02-cv-06977-RCC,1:02-cv-07300-RCC-FM,1:03-cv-05071-RCC,1:03-cv-05738-RCC, 1:03-cv-06978-RCC,1:03-cv-07036-RCC,1:03-cv-08591-RCC,1:03-cv-09848-RCC,1:03-cv-09849-RCC, 1:04-cv-01076-RCC,1:04-cv-01922-RCC,1:04-cv-01923-RCC,1:04-cv-05970-RCC,1:04-cv-06105-RCC, 1:04-cv-07065-RCC,1:04-cv-07216-RCC,1:04-cv-07279-RCC,1:04-cv-07280-RCC,1:04-cv-07281-RCC(Lauro, John) (Entered: 10/17/2005) |
| 451 | 10/18/2005 | RESPONSE in Support re: 1189 MOTION to Dismiss.. Document filed by Sheik Hamad Al-Husaini. Filed In Associated Cases: 1:03-md-01570-RCC,1:02-cv-06977-RCC,1:02-cv-07300-RCC-FM,1:03-cv-05071-RCC,1:03-cv-05738-RCC, 1:03-cv-06978-RCC,1:03-cv-07036-RCC,1:03-cv-08591-RCC,1:03-cv-09848-RCC,1:03-cv-09849-RCC, 1:04-cv-01076-RCC,1:04-cv-01922-RCC,1:04-cv-01923-RCC,1:04-cv-05970-RCC,1:04-cv-06105-RCC, 1:04-cv-07065-RCC,1:04-cv-07216-RCC,1:04-cv-07279-RCC,1:04-cv-07280-RCC,1:04-cv-07281-RCC(Kabat, Alan) (Entered: 10/18/2005) |
| 452 | 10/18/2005 | RESPONSE in Support re: 1186 MOTION to Dismiss., 84 MOTION to Dismiss for Lack of Jurisdiction the Third Amended Complaint (Burnett)., 81 MOTION to Dismiss for Lack of Jurisdiction  the Third Amended Complaint (Burnett).. Document filed by Safar Al-Hawali. Filed In Associated Cases: 1:03-md-01570-RCC,1:02-cv-06977-RCC,1:02-cv-07300-RCC-FM,1:03-cv-05071-RCC,1:03-cv-05738-RCC, 1:03-cv-06978-RCC,1:03-cv-07036-RCC,1:03-cv-08591-RCC,1:03-cv-09848-RCC,1:03-cv-09849-RCC, 1:04-cv-01076-RCC,1:04-cv-01922-RCC,1:04-cv-01923-RCC,1:04-cv-05970-RCC, 1:04-cv-06105-RCC, 1:04-cv-07065-RCC,1:04-cv-07216-RCC,1:04-cv-07279-RCC,1:04-cv-07280-RCC,1:04-cv-07281-RCC(Kabat, Alan) (Entered: 10/18/2005) |
| 453 | 10/18/2005 | RESPONSE in Support re: 85 MOTION to Dismiss for Lack of Jurisdiction the Third Amended Complaint (Burnett)., 1183 MOTION to Dismiss.. Document filed by Abdullah Muhsen Al Turki. Filed In Associated Cases: 1:03-md-01570-RCC,1:02-cv-06977-RCC,1:02-cv-07300-RCC-FM,1:03-cv-05071-RCC,1:03-cv-05738-RCC, 1:03-cv-06978-RCC,1:03-cv-07036-RCC,1:03-cv-08591-RCC,1:03-cv-09848-RCC,1:03-cv-09849-RCC, 1:04-cv-01076-RCC,1:04-cv-01922-RCC,1:04-cv-01923-RCC,1:04-cv-05970-RCC,1:04-cv-06105-RCC, 1:04-cv-07065-RCC,1:04-cv-07216-RCC,1:04-cv-07279-RCC,1:04-cv-07280-RCC,1:04-cv-07281-RCC(Kabat, Alan) (Entered: 10/18/2005) |

| # | Date | Proceeding Text |
|---|------|-----------------|
| 454 | 10/18/2005 | RESPONSE in Support re: 1177 MOTION to Dismiss., 83 MOTION to Dismiss for Lack of Jurisdiction the Third Amended Complaint (Burnett).. Document filed by Saleh Al-Hussayen. Filed In Associated Cases: 1:03-md-01570-RCC,1:02-cv-06977-RCC,1:02-cv-07300-RCC-FM,1:03-cv-05071-RCC,1:03-cv-05738-RCC, 1:03-cv-06978-RCC,1:03-cv-07036-RCC,1:03-cv-08591-RCC,1:03-cv-09848-RCC,1:03-cv-09849-RCC, 1:04-cv-01076-RCC,1:04-cv-01922-RCC,1:04-cv-01923-RCC,1:04-cv-05970-RCC,1:04-cv-06105-RCC, 1:04-cv-07065-RCC,1:04-cv-07216-RCC,1:04-cv-07279-RCC,1:04-cv-07280-RCC,1:04-cv-07281-RCC(Kabat, Alan) (Entered: 10/18/2005) |
| 455 | 10/18/2005 | RESPONSE in Support re: 1180 MOTION to Dismiss., 98 MOTION to Dismiss for Lack of Jurisdiction the Third Amended Complaint (Burnett).. Document filed by Abdullah Bin Saleh Al-Obaid. Filed In Associated Cases: 1:03-md-01570-RCC,1:02-cv-06977-RCC,1:02-cv-07300-RCC-FM,1:03-cv-05071-RCC,1:03-cv-05738-RCC, 1:03-cv-06978-RCC,1:03-cv-07036-RCC,1:03-cv-08591-RCC,1:03-cv-09848-RCC,1:03-cv-09849-RCC, 1:04-cv-01076-RCC,1:04-cv-01922-RCC,1:04-cv-01923-RCC,1:04-cv-05970-RCC,1:04-cv-06105-RCC, 1:04-cv-07065-RCC,1:04-cv-07216-RCC,1:04-cv-07279-RCC,1:04-cv-07280-RCC,1:04-cv-07281-RCC(Kabat, Alan) (Entered: 10/18/2005) |
| 456 | 10/18/2005 | RESPONSE in Support re: 1192 MOTION to Dismiss.. Document filed by Talal Mohammed Badkook. Filed In Associated Cases: 1:03-md-01570-RCC,1:02-cv-06977-RCC,1:02-cv-07300-RCC-FM,1:03-cv-05071-RCC,1:03-cv-05738-RCC, 1:03-cv-06978-RCC,1:03-cv-07036-RCC,1:03-cv-08591-RCC,1:03-cv-09848-RCC,1:03-cv-09849-RCC, 1:04-cv-01076-RCC,1:04-cv-01922-RCC,1:04-cv-01923-RCC,1:04-cv-05970-RCC,1:04-cv-06105-RCC, 1:04-cv-07065-RCC,1:04-cv-07216-RCC,1:04-cv-07279-RCC,1:04-cv-07280-RCC,1:04-cv-07281-RCC(Kabat, Alan) (Entered: 10/18/2005) |
| 457 | 10/18/2005 | RESPONSE in Support re: 1195 MOTION to Dismiss.. Document filed by Adnan Basha. Filed In Associated Cases: 1:03-md-01570-RCC,1:02-cv-06977-RCC,1:02-cv-07300-RCC-FM,1:03-cv-05071-RCC,1:03-cv-05738-RCC, 1:03-cv-06978-RCC,1:03-cv-07036-RCC,1:03-cv-08591-RCC,1:03-cv-09848-RCC,1:03-cv-09849-RCC, 1:04-cv-01076-RCC,1:04-cv-01922-RCC,1:04-cv-01923-RCC,1:04-cv-05970-RCC,1:04-cv-06105-RCC, 1:04-cv-07065-RCC,1:04-cv-07216-RCC,1:04-cv-07279-RCC,1:04-cv-07280-RCC,1:04-cv-07281-RCC(Kabat, Alan) (Entered: 10/18/2005) |
| 458 | 10/18/2005 | RESPONSE in Support re: 86 MOTION to Dismiss for Lack of Jurisdiction the Third Amended Complaint (Burnett).., 1198 MOTION to Dismiss.. Document filed by Shahir Abdulraoof Batterjee. Filed In Associated Cases: 1:03-md-01570-RCC,1:02-cv-06977-RCC,1:02-cv-07300-RCC-FM,1:03-cv-05071-RCC,1:03-cv-05738-RCC, 1:03-cv-06978-RCC,1:03-cv-07036-RCC,1:03-cv-08591-RCC,1:03-cv-09848-RCC,1:03-cv-09849-RCC, 1:04-cv-01076-RCC,1:04-cv-01922-RCC,1:04-cv-01923-RCC,1:04-cv-05970-RCC,1:04-cv-06105-RCC, 1:04-cv-07065-RCC,1:04-cv-07216-RCC,1:04-cv-07279-RCC,1:04-cv-07280-RCC,1:04-cv-07281-RCC(Kabat, Alan) (Entered: 10/18/2005) |
| 459 | 10/18/2005 | RESPONSE in Support re: 1201 MOTION to Dismiss., 97 MOTION to Dismiss for Lack of Jurisdiction the Third Amended Complaint (Burnett).. Document filed by Mohammed Ali Sayed Mushayt for Trading Company. Filed In Associated Cases: 1:03-md-01570-RCC,1:02-cv-06977-RCC,1:02-cv-07300-RCC-FM,1:03-cv-05071-RCC,1:03-cv-05738-RCC, 1:03-cv-06978-RCC,1:03-cv-07036-RCC,1:03-cv-08591-RCC,1:03-cv-09848-RCC,1:03-cv-09849-RCC, 1:04-cv-01076-RCC,1:04-cv-01922-RCC,1:04-cv-01923-RCC,1:04-cv-05970-RCC,1:04-cv-06105-RCC, 1:04-cv-07065-RCC,1:04-cv-07216-RCC,1:04-cv-07279-RCC,1:04-cv-07280-RCC,1:04-cv-07281-RCC(Kabat, Alan) (Entered: 10/18/2005) |
| 460 | 10/18/2005 | RESPONSE in Support re: 1204 MOTION to Dismiss., 87 MOTION to Dismiss for Lack of Jurisdiction the Third Amended Complaint (Burnett).. Document filed by Abdullah Omar Naseef. Filed In Associated Cases: 1:03-md-01570-RCC,1:02-cv-06977-RCC,1:02-cv-07300-RCC-FM,1:03-cv-05071-RCC,1:03-cv-05738-RCC, 1:03-cv-06978-RCC,1:03-cv-07036-RCC,1:03-cv-08591-RCC,1:03-cv-09848-RCC,1:03-cv-09849-RCC, 1:04-cv-01076-RCC,1:04-cv-01922-RCC,1:04-cv-01923-RCC,1:04-cv-05970-RCC,1:04-cv-06105-RCC, 1:04-cv-07065-RCC,1:04-cv-07216-RCC,1:04-cv-07279-RCC,1:04-cv-07280-RCC,1:04-cv-07281-RCC(Kabat, Alan) (Entered: 10/18/2005) |
| 461 | 10/18/2005 | RESPONSE in Support re: 99 MOTION to Dismiss for Lack of Jurisdiction the Third Amended Complaint (Burnett).., 1174 MOTION to Dismiss.. Document filed by Saudi Red Crescent. Filed In Associated Cases: 1:03-md-01570-RCC,1:02-cv-06977-RCC,1:02-cv-07300-RCC-FM,1:03-cv-05071-RCC,1:03-cv-05738-RCC, 1:03-cv-06978-RCC,1:03-cv-07036-RCC,1:03-cv-08591-RCC,1:03-cv-09848-RCC,1:03-cv-09849-RCC, 1:04-cv-01076-RCC,1:04-cv-01922-RCC,1:04-cv-01923-RCC,1:04-cv-05970-RCC,1:04-cv-06105-RCC, 1:04-cv-07065-RCC,1:04-cv-07216- |

| # | Date | Proceeding Text |
|---|------|-----------------|
| | | RCC,1:04-cv-07279-RCC,1:04-cv-07280-RCC,1:04-cv-07281-RCC(Kabat, Alan) (Entered: 10/18/2005) |
| 462 | 10/18/2005 | RESPONSE in Support re: 892 MOTION to Dismiss., 654 MOTION to Dismiss the Consolidated Personal Injury Plaintiffs (Ashton, Burnett, O'Neill, Salvo, and Tremsky)., 655 MOTION to Dismiss the Consolidated Personal Injury Complaints (Ashton, Burnett, Salvo, and Tremsky)., 656 MOTION to Dismiss the Consolidated Property Damage and Insurance Complaints (Cantor Fitzgerald, Continental Casualty, Euro Brokers, Federal Insurance, NY Marine, and World Trade Center Properties)., 657 MOTION to Dismiss the Consolidated Property Damage and Insurance Complaints (Continental Casualty, Euro Brokers, Federal Insurance, NY Marine, and World Trade Center Properties).. Document filed by Al Haramain Islamic Foundation, Inc.. Filed In Associated Cases: 1:03-md-01570-RCC,1:02-cv-06977-RCC,1:02-cv-07300-RCC-FM,1:03-cv-05071-RCC,1:03-cv-05738-RCC, 1:03-cv-06978-RCC,1:03-cv-07036-RCC,1:03-cv-08591-RCC,1:03-cv-09848-RCC,1:03-cv-09849-RCC, 1:04-cv-01076-RCC,1:04-cv-01922-RCC,1:04-cv-01923-RCC,1:04-cv-05970-RCC, 1:04-cv-06105-RCC, 1:04-cv-07065-RCC,1:04-cv-07216-RCC,1:04-cv-07279-RCC,1:04-cv-07280-RCC,1:04-cv-07281-RCC(Kabat, Alan) (Entered: 10/18/2005) |
| 463 | 10/18/2005 | MOTION to Dismiss Complaint Pursuant to Rule 12(B)(6) For Failure to State a Claim. Document filed by African Muslim Agency. (Barentzen, Steven) (Entered: 10/18/2005) |
| 464 | 10/18/2005 | FILING ERROR - WRONG DOCUMENT TYPE SELECTED FROM MENU - MOTION to Dismiss Complaint Pursuant to Rule 12(B)(6) For Failure to State a Claim (Memorandum of Law in support of motion). Document filed by African Muslim Agency. (Barentzen, Steven) Modified on 10/21/2005 (kg). (Entered: 10/18/2005) |
| 465 | 10/18/2005 | ANSWER to Complaint. Document filed by Jamal Barzinji.(Barentzen, Steven) (Entered: 10/18/2005) |
| 466 | 10/19/2005 | NOTICE of Appearance by Richard Castello on behalf of Aradi, Inc. (Castello, Richard) (Entered: 10/19/2005) |
| 467 | 10/19/2005 | FILING ERROR - WRONG DOCUMENT TYPE SELECTED FROM MENU - NOTICE of Motion to Dismiss Aradi, Inc. Document filed by Aradi, Inc.(Castello, Richard) Modified on 10/21/2005 (kg). (Entered: 10/19/2005) |
| 468 | 10/19/2005 | FILING ERROR - WRONG DOCUMENT TYPE SELECTED FROM MENU - MOTION to Dismiss (Memorandum in Support to Dismiss Aradi Inc.). Document filed by Aradi, Inc.. (Castello, Richard) Modified on 10/21/2005 (kg). (Entered: 10/19/2005) |
| 469 | 10/20/2005 | FILING ERROR - DUPLICATED DOCKET ENTRY - MOTION to Dismiss (Memorandum in Support to Dismiss Aradi, Inc.) Document filed by Aradi, Inc.. Filed In Associated Cases: 1:03-md-01570-RCC,1:03-cv-06978-RCC(Castello, Richard) Modified on 10/21/2005 (kg). (Entered: 10/20/2005) |
| | 10/21/2005 | ***NOTE TO ATTORNEY TO RE-FILE DOCUMENT - DOCUMENT TYPE ERROR. Note to Attorney Richard R. Castello to RE-FILE Document 467 Notice (Other). Use the document type Motion to dismiss found under the document list Motions. (kg) (Entered: 10/21/2005) |
| | 10/21/2005 | ***NOTE TO ATTORNEY TO RE-FILE DOCUMENT - DOCUMENT TYPE ERROR. Note to Attorney Richard R. Castello to RE-FILE Document 468 MOTION to Dismiss (Memorandum in Support to Dismiss Aradi Inc.) Use the document type Memorandum of Law in support of motion found under the document list Responses and Replies. (kg) (Entered: 10/21/2005) |
| | 10/21/2005 | ***NOTE TO ATTORNEY TO RE-FILE DOCUMENT - DOCUMENT TYPE ERROR. Note to Attorney Steven K. Barentzen to RE-FILE Document 464 MOTION to Dismiss Complaint Pursuant to Rule 12(B)(6) For Failure to State a Claim. Use the document type Memorandum of Law in support of motion found under the document list Responses and Replies. (kg) (Entered: 10/21/2005) |
| 470 | 10/21/2005 | MEMORANDUM OF LAW in Support re: 463 MOTION to Dismiss Complaint Pursuant to Rule 12(B)(6) For FailureTo State a Claim.. Document filed by Mar-Jac Investments, Inc., Ahmed Totonji, Mohammed Jaghlit, African Muslim Agency, Grove Corporate,Inc., Heritage Education Trust, Mena Corporation, Reston Investments, Inc., Safa Trust, Sterling Charitable Gift Fund, Sterling Management Group, York Foundation, International Institute of Islamic Thought. (Barentzen, Steven) (Entered: 10/21/2005) |
| 471 | 10/21/2005 | MOTION to Dismiss Notice of Motion. Document filed by Mena Corporation, Sterling Management Group, Inc., African Muslim Agency, Grove Corporate, Inc., Heritage Education Trust, International Institute of Islamic Thought, Mar-Jac Investments, Inc., Reston Investments, Inc., Safa Trust, York Foundation, Sterling Charitable Gift Fund. Filed In Associated Cases: 1:03-md-01570-RCC,1:02-cv-06977-RCC,1:02-cv-07300-RCC-FM,1:03-cv-05071-RCC,1:03-cv- |

| # | Date | Proceeding Text |
|---|------|-----------------|
| | | 05738-RCC, 1:03-cv-06978-RCC,1:03-cv-07036-RCC,1:03-cv-08591-RCC,1:03-cv-09848-RCC,1:03-cv-09849-RCC, 1:04-cv-01076-RCC,1:04-cv-01922-RCC,1:04-cv-01923-RCC,1:04-cv-05970-RCC,1:04-cv-06105-RCC, 1:04-cv-07065-RCC,1:04-cv-07216-RCC,1:04-cv-07279-RCC,1:04-cv-07280-RCC,1:04-cv-07281-RCC(Barentzen, Steven) (Entered: 10/21/2005) |
| 472 | 10/21/2005 | MEMORANDUM OF LAW in Support re: 1433 MOTION to Dismiss Notice of Motion.. Document filed by Mena Corporation, Sterling Management Group, Inc., African Muslim Agency, Grove Corporate, Inc., Heritage Education Trust, International Institute of Islamic Thought, Mar-Jac Investments, Inc., Reston Investments, Inc., Safa Trust, York Foundation, Sterling Charitable Gift Fund. Filed In Associated Cases: 1:03-md-01570-RCC,1:02-cv-06977-RCC,1:02-cv-07300-RCC-FM,1:03-cv-05071-RCC,1:03-cv-05738-RCC, 1:03-cv-06978-RCC,1:03-cv-07036-RCC,1:03-cv-08591-RCC,1:03-cv-09848-RCC,1:03-cv-09849-RCC, 1:04-cv-01076-RCC,1:04-cv-01922-RCC,1:04-cv-01923-RCC,1:04-cv-05970-RCC,1:04-cv-06105-RCC, 1:04-cv-07065-RCC,1:04-cv-07216-RCC,1:04-cv-07279-RCC,1:04-cv-07280-RCC,1:04-cv-07281-RCC(Barentzen, Steven) (Entered: 10/21/2005) |
| 473 | 10/24/2005 | REPLY MEMORANDUM OF LAW in Support re: 1106 MOTION to Dismiss for Lack of Jurisdiction MEMORANDUM IN SUPPORT OF MOTION., 1100 MOTION to Dismiss for Lack of Jurisdiction and Insufficient Service of Process., 1101 MOTION to Dismiss for Lack of Jurisdiction and Insufficient Service of Process.. Document filed by Martin Watcher, Erwin Watcher, Sercor Treuhand Anstalt, Asat Trust Reg.. Filed In Associated Cases: 1:03-md-01570-RCC,1:02-cv-06977-RCC,1:02-cv-07300-RCC-FM,1:03-cv-05071-RCC,1:03-cv-05738-RCC, 1:03-cv-06978-RCC,1:03-cv-07036-RCC,1:03-cv-08591-RCC,1:03-cv-09848-RCC,1:03-cv-09849-RCC, 1:04-cv-01076-RCC,1:04-cv-01922-RCC,1:04-cv-01923-RCC,1:04-cv-05970-RCC,1:04-cv-06105-RCC, 1:04-cv-07065-RCC,1:04-cv-07216-RCC,1:04-cv-07279-RCC,1:04-cv-07280-RCC,1:04-cv-07281-RCC(Gourevitch, David) (Entered: 10/24/2005) |
| 474 | 10/24/2005 | DECLARATION of Dr. Friedrich Wohlmacher in Support re: 1106 MOTION to Dismiss for Lack of Jurisdiction MEMORANDUM IN SUPPORT OF MOTION., 1100 MOTION to Dismiss for Lack of Jurisdiction and Insufficient Service of Process., 1101 MOTION to Dismiss for Lack of Jurisdiction and Insufficient Service of Process.. Document filed by Martin Watcher, Erwin Watcher, Sercor Treuhand Anstalt, Asat Trust Reg.. Filed In Associated Cases: 1:03-md-01570-RCC,1:02-cv-06977-RCC,1:02-cv-07300-RCC-FM,1:03-cv-05071-RCC,1:03-cv-05738-RCC, 1:03-cv-06978-RCC,1:03-cv-07036-RCC,1:03-cv-08591-RCC,1:03-cv-09848-RCC,1:03-cv-09849-RCC, 1:04-cv-01076-RCC,1:04-cv-01922-RCC,1:04-cv-01923-RCC,1:04-cv-05970-RCC,1:04-cv-06105-RCC, 1:04-cv-07065-RCC,1:04-cv-07216-RCC,1:04-cv-07279-RCC,1:04-cv-07280-RCC,1:04-cv-07281-RCC(Gourevitch, David) (Entered: 10/24/2005) |
| 475 | 10/27/2005 | CONSENT MOTION AND STIPULATION AS TO SUPPLEMENTAL MEMORANDA AND EXTENSION OF TIME that on 11/4/05, DMI S.A. and/or DMI Trust shall serve & file 3 supplemental memoranda, no to exceed 10 pages each. DMI S.A. shall respond to the O'Neill ptffs' First Consol. Complaint; DMI Trust shall respond to the Ashton ptffs' Sixth Amended Complaint; and DMI Trust shall respond to the Continental Casualty ptffs' Second Amended Complaint and DMI S.A. & DMI Trust shall respond to the NY Marine ptffs' Second Amended Complaint. The time provided in the Global Stipulation for ptffs to file a partially consolidated opposition to the motions submitted by DMI S.A. shall be extended to & through 12/5/05, and that the time provided in the Global Stipulation for ptffs, who will now be deemed to include the Continental Casualty ptffs, to file a partially consolidated opposition to the motions by DMI Trust shall be extended to 12/19/05. DMI S.A. shall file reply pprs. in the Cantor Fitzgerald & O'Neill actions on 1/13/06; in the Burnett D.C. N.Y., World Trade Center Props., and Euro Brokers actions on 1/20/06; and in the Federal Insurance action on 1/27/06. DMI Trust shall file reply pprs. in the NY Marine, Continental Casualty, and Federal Insurance action on 1/27/06; in the Ashton, Cantor Fitzgerald, and O'Neill actions on 2/3/06; and in the Burnett D.C., Burnett N.Y., WTC Props., and Euro Brokers actions on 2/10/06... and as further set forth in said order. (Signed by Judge Richard C. Casey on 10/27/05) Filed In Associated Cases: 1:03-md-01570-RCC,1:02-cv-06977-RCC,1:03-cv-05738-RCC, 1:03-cv-06978-RCC,1:03-cv-09849-RCC, 1:04-cv-01923-RCC,1:04-cv-05970-RCC,1:04-cv-06105-RCC,1:04-cv-07065-RCC,1:04-cv-07279-RCC, 1:04-cv-07280-RCC(rjm, ) (Entered: 10/28/2005) |
| 476 | 10/28/2005 | NOTICE of Appearance by Lawrence H. Schoenbach. Document filed by Yeslam M. Bin Laden. (Gauch, James) (Entered: 10/28/2005) |
| 477 | 10/28/2005 | FILING ERROR - DEFICIENT DOCKET ENTRY - (WRONG PARTY SELECTED) - MOTION to Dismiss Notice Of Motion. Document filed by Ahmed Totonji, Mohammed Jaghlit, Aaron Money Wire Service, Inc., Iqbal Unus (Yunus), Muhammad Ashraf, M. Omar Ashraf, Taha Jaber Al-Alwani, M. Yaqub Mirza. Filed In Associated Cases: 1:03-md-01570-RCC,1:02-cv-06977- |

| # | Date | Proceeding Text |
|---|------|-----------------|
| | | RCC,1:02-cv-07300-RCC-FM,1:03-cv-05071-RCC,1:03-cv-05738-RCC, 1:03-cv-06978-RCC,1:03-cv-07036-RCC,1:03-cv-08591-RCC,1:03-cv-09848-RCC,1:03-cv-09849-RCC, 1:04-cv-01076-RCC,1:04-cv-01922-RCC,1:04-cv-01923-RCC,1:04-cv-05970-RCC,1:04-cv-06105-RCC, 1:04-cv-07065-RCC,1:04-cv-07216-RCC,1:04-cv-07279-RCC,1:04-cv-07280-RCC,1:04-cv-07281-RCC(Barentzen, Steven) Modified on 11/1/2005 (gf, ). (Entered: 10/28/2005) |
| 478 | 10/28/2005 | MEMORANDUM OF LAW in Support re: 1449 MOTION to Dismiss Notice Of Motion.. Document filed by Ahmed Totonji, Mohammed Jaghlit, Iqbal Unus (Yunus), Muhammad Ashraf, M. Omar Ashraf, Taha Jaber Al-Alwani, M. Yaqub Mirza. Filed In Associated Cases: 1:03-md-01570-RCC,1:02-cv-06977-RCC,1:02-cv-07300-RCC-FM,1:03-cv-05071-RCC,1:03-cv-05738-RCC, 1:03-cv-06978-RCC,1:03-cv-07036-RCC,1:03-cv-08591-RCC,1:03-cv-09848-RCC,1:03-cv-09849-RCC, 1:04-cv-01076-RCC,1:04-cv-01922-RCC,1:04-cv-01923-RCC,1:04-cv-05970-RCC,1:04-cv-06105-RCC, 1:04-cv-07065-RCC,1:04-cv-07216-RCC,1:04-cv-07279-RCC,1:04-cv-07280-RCC,1:04-cv-07281-RCC(Barentzen, Steven) (Entered: 10/28/2005) |
| 479 | 10/31/2005 | MOTION to Dismiss Notice of Motion. Document filed by Ahmed Totonji, Iqbal Yunus, Mohammed Jaghlit, Muhammad Ashraf, M. Omar Ashraf, M. Yaqub Mirza, Taha Al Alwani. Filed In Associated Cases: 1:03-md-01570-RCC,1:02-cv-06977-RCC,1:02-cv-07300-RCC-FM,1:03-cv-05071-RCC,1:03-cv-05738-RCC, 1:03-cv-06978-RCC,1:03-cv-07036-RCC,1:03-cv-08591-RCC,1:03-cv-09848-RCC,1:03-cv-09849-RCC, 1:04-cv-01076-RCC,1:04-cv-01922-RCC,1:04-cv-01923-RCC,1:04-cv-05970-RCC,1:04-cv-06105-RCC, 1:04-cv-07065-RCC,1:04-cv-07216-RCC,1:04-cv-07279-RCC,1:04-cv-07280-RCC,1:04-cv-07281-RCC(Barentzen, Steven) (Entered: 10/31/2005) |
| 480 | 11/02/2005 | STIPULATION AS TO SERVICE OF PROCESS AND EXTENSION OF TIME TO RESPOND TO COMPLAINTS CONSOLIDATED UNDER MDL 1570. It is agreed by & between Ptffs in all of the referenced cases consolidated under 03 MDL 1570 & Deft. Al Shamal Islamic Bank, by & through their undersigned counsel, that the undersigned Deft's counsel hereby agrees that Al Shamal was properly served with the complaint in each of the referenced cases. The Plaintiffs pursuing claims for relief under the "RICO" Act shall serve their respective RICO Statements concerning Al Shamal, on or before 12/16/05. Al Shamal shall file a consolidated motion to dismiss the Complaint in each of the referenced cases by 1/16/2006... and as further set forth in said order. (Signed by Judge Richard C. Casey on 11/1/05) Filed In Associated Cases: 1:03-md-01570-RCC,1:02-cv-06977-RCC,1:03-cv-06978-RCC,1:04-cv-01923-RCC,1:04-cv-05970-RCC, 1:04-cv-06105-RCC,1:04-cv-07065-RCC(rjm, ) (Entered: 11/02/2005) |
| 481 | 11/02/2005 | MEMORANDUM OF LAW in Support re: 1458 MOTION to Dismiss Notice of Motion., 1456 MOTION to Dismiss Notice of Motion.. Document filed by Wamy International, Inc., World Assembly of Muslim Youth. (Attachments: # 1)Filed In Associated Cases: 1:03-md-01570-RCC,1:02-cv-06977-RCC,1:02-cv-07300-RCC-FM,1:03-cv-05071-RCC,1:03-cv-05738-RCC, 1:03-cv-06978-RCC,1:03-cv-07036-RCC,1:03-cv-08591-RCC,1:03-cv-09848-RCC,1:03-cv-09849-RCC, 1:04-cv-01076-RCC,1:04-cv-01922-RCC,1:04-cv-01923-RCC,1:04-cv-05970-RCC,1:04-cv-06105-RCC, 1:04-cv-07065-RCC,1:04-cv-07216-RCC,1:04-cv-07279-RCC,1:04-cv-07280-RCC,1:04-cv-07281-RCC(Mohammedi, Omar) (Entered: 11/02/2005) |
| 482 | 11/03/2005 | MEMORANDUM OF LAW in Opposition re: 1392 MOTION to Dismiss (corrected). Jerry S. Goldman. Document filed by Estate of John P.O'Neill, Sr.. Filed In Associated Cases: 1:03-md-01570-RCC,1:02-cv-06977-RCC,1:02-cv-07300-RCC-FM,1:03-cv-05071-RCC,1:03-cv-05738-RCC, 1:03-cv-06978-RCC,1:03-cv-07036-RCC,1:03-cv-08591-RCC,1:03-cv-09848-RCC,1:03-cv-09849-RCC, 1:04-cv-01076-RCC,1:04-cv-01922-RCC,1:04-cv-01923-RCC,1:04-cv-05970-RCC,1:04-cv-06105-RCC, 1:04-cv-07065-RCC,1:04-cv-07216-RCC,1:04-cv-07279-RCC,1:04-cv-07280-RCC,1:04-cv-07281-RCC(Goldman, Jerry) (Entered: 11/03/2005) |
| 530 | 11/07/2005 | CLERK CERTIFICATE OF MAILING of Summons & Complaint mailed to Yassin Abdullah Al Kadi at the following address: Yassin Abdullah Al Kadi a/k/a Al Qadi, PO Box 214, Jeddah, Saudi Arabia, on 11/7/05 by Registered Mail # RB 632 907 040. (ps, ) (Entered: 01/03/2006) |
| 531 | 11/07/2005 | CLERK CERTIFICATE OF MAILING of Summons & Complaint mailed to Dr. Abdullah Bin Saleh Al Obaid at the following address: Dr. Abdullah Bin Saleh Al Obaid c/o The Ministry of Foreign Affairs, PO Box 55937, Postal Code 11544, Riyadh, Saudi Arabia on 11/7/05 by Registered Mail # RB 632 907 067. (ps, ) (Entered: 01/03/2006) |
| 532 | 11/07/2005 | CLERK CERTIFICATE OF MAILING of Summons & Complaint mailed to Sheikh Salalh Al Hussayen at the following address: Sheikh Saleh Al Hussayen c/o The Ministry of Foreign Affairs, PO Box 55937, Postal Code 11544, Riyadh, Saudi Arabia on 11/7/05 by Registered Mail # RB 632 907 036. (ps, ) (Entered: 01/03/2006) |
| 533 | 11/07/2005 | CLERK CERTIFICATE OF MAILING of Summons & Complaint mailed to Dr. Abdullah Bin Abdul |

| # | Date | Proceeding Text |
|---|------|-----------------|
| | | Mohsen Al Turki at the following address: Dr. Abdullah Bin Abdul Mohsen Al Turki c/o The Ministry of Foreign Affairs, PO Box 55937, Postal Code 11544, Riyadh, Saudi Arabia on 11/7/05 by Registered Mail # RB 632 907 053. (ps, ) On 12/30/05 the Clerk's Office received this mailing unopened, returned to sender. Modified on 1/3/2006 (ps, ). (Entered: 01/03/2006) |
| 483 | 11/09/2005 | STIPULATION EXTENDING TIME TO RESPOND TO COMPLAINTS CONSOLIDATED UNDER MDL 1570. It is agreed between counsel for Federal Insurance Plaintiffs, represented by Sean Carter & on behalf of all Plaintiffs in the captioned actions and counsel for Defendants World Assembly of Muslim Youth in Saudi Arabia and the World Assembly of Muslim Youth International represented by the Law Firm of Omar T. Mohammedi that the parties' request is granted for an extension of time for the Defendants WAMY SA and WAMY USA to answer or otherwise move against the referenced complaints by 11/21/05... as further set forth in said order. (Signed by Judge Richard C. Casey on 11/9/05) Filed In Associated Cases: 1:03-md-01570-RCC,1:03-cv-06978-RCC,1:04-cv-05970-RCC,1:04-cv-06105-RCC,1:04-cv-07279-RCC,1:04-cv-07280-RCC(rjm, ) (Entered: 11/10/2005) |
| | 11/09/2005 | Set Answer Due Date purs. to 483 Stipulation and Order, as to World Assembly of Muslim Youth answer due on 11/21/2005. (cd, ) (Entered: 11/10/2005) |
| 484 | 11/11/2005 | CONSENT MOTION for Extension of Time to File Answer To Federal Insurance Complaint. Document filed by International Islamic Relief Organization(IIRO). Filed In Associated Cases: 1:03-md-01570-RCC,1:03-cv-06978-RCC(McMahon, Martin) (Entered: 11/11/2005) |
| 485 | 11/11/2005 | CONSENT MOTION for Extension of Time to File Answer to Federal Insurance Complaint. Document filed by Wa'el Jalaidan. Filed In Associated Cases: 1:03-md-01570-RCC,1:03-cv-06978-RCC(McMahon, Martin) (Entered: 11/11/2005) |
| 486 | 11/18/2005 | MEMORANDUM OF LAW in Opposition re: 1468 MOTION to Dismiss Notice of Motion.. Document filed by Estate of John P.O'Neill, Sr.. Filed In Associated Cases: 1:03-md-01570-RCC,1:02-cv-06977-RCC,1:02-cv-07300-RCC-FM,1:03-cv-05071-RCC,1:03-cv-05738-RCC, 1:03-cv-06978-RCC,1:03-cv-07036-RCC,1:03-cv-08591-RCC,1:03-cv-09848-RCC,1:03-cv-09849-RCC, 1:04-cv-01076-RCC,1:04-cv-01922-RCC,1:04-cv-01923-RCC,1:04-cv-05970-RCC,1:04-cv-06105-RCC, 1:04-cv-07065-RCC,1:04-cv-07216-RCC,1:04-cv-07279-RCC,1:04-cv-07280-RCC,1:04-cv-07281-RCC(Goldman, Jerry) (Entered: 11/18/2005) |
| 487 | 11/18/2005 | DECLARATION of Joshua M Ambush in Opposition re: 1468 MOTION to Dismiss Notice of Motion.. Document filed by Estate of John P.O'Neill, Sr.. Filed In Associated Cases: 1:03-md-01570-RCC,1:02-cv-06977-RCC,1:02-cv-07300-RCC-FM,1:03-cv-05071-RCC,1:03-cv-05738-RCC, 1:03-cv-06978-RCC,1:03-cv-07036-RCC,1:03-cv-08591-RCC,1:03-cv-09848-RCC,1:03-cv-09849-RCC, 1:04-cv-01076-RCC,1:04-cv-01922-RCC,1:04-cv-01923-RCC,1:04-cv-05970-RCC,1:04-cv-06105-RCC, 1:04-cv-07065-RCC,1:04-cv-07216-RCC,1:04-cv-07279-RCC,1:04-cv-07280-RCC,1:04-cv-07281-RCC(Goldman, Jerry) (Entered: 11/18/2005) |
| 488 | 11/18/2005 | DECLARATION of Gina M. MacNeill in Opposition re: 1468 MOTION to Dismiss Notice of Motion.. Document filed by Estate of John P.O'Neill, Sr.. Filed In Associated Cases: 1:03-md-01570-RCC,1:02-cv-06977-RCC,1:02-cv-07300-RCC-FM,1:03-cv-05071-RCC,1:03-cv-05738-RCC, 1:03-cv-06978-RCC,1:03-cv-07036-RCC,1:03-cv-08591-RCC,1:03-cv-09848-RCC,1:03-cv-09849-RCC, 1:04-cv-01076-RCC,1:04-cv-01922-RCC,1:04-cv-01923-RCC,1:04-cv-05970-RCC,1:04-cv-06105-RCC, 1:04-cv-07065-RCC,1:04-cv-07216-RCC,1:04-cv-07279-RCC,1:04-cv-07280-RCC,1:04-cv-07281-RCC(Goldman, Jerry) (Entered: 11/18/2005) |
| 489 | 11/18/2005 | DECLARATION of Jerry S. Goldman in Opposition re: 1468 MOTION to Dismiss Notice of Motion.. Document filed by Estate of John P.O'Neill, Sr.. Filed In Associated Cases: 1:03-md-01570-RCC,1:02-cv-06977-RCC,1:02-cv-07300-RCC-FM,1:03-cv-05071-RCC,1:03-cv-05738-RCC, 1:03-cv-06978-RCC,1:03-cv-07036-RCC,1:03-cv-08591-RCC,1:03-cv-09848-RCC,1:03-cv-09849-RCC, 1:04-cv-01076-RCC,1:04-cv-01922-RCC,1:04-cv-01923-RCC,1:04-cv-05970-RCC,1:04-cv-06105-RCC, 1:04-cv-07065-RCC,1:04-cv-07216-RCC,1:04-cv-07279-RCC,1:04-cv-07280-RCC,1:04-cv-07281-RCC(Goldman, Jerry) (Entered: 11/18/2005) |
| 490 | 11/18/2005 | MOTION Strike Defendant Taha Al Alwani's Motion to Dismiss, to Amend Plaintiff's Complaint, for Leave to File RICO Statement, For Reconsideration of the Court's Decision Relative to the Filing of A RICO Statement and other Relief. Document filed by Estate of John P.O'Neill, Sr.. Filed In Associated Cases: 1:03-md-01570-RCC,1:02-cv-06977-RCC,1:02-cv-07300-RCC-FM,1:03-cv-05071-RCC,1:03-cv-05738-RCC, 1:03-cv-06978-RCC,1:03-cv-07036-RCC,1:03-cv-08591-RCC,1:03-cv-09848-RCC,1:03-cv-09849-RCC, 1:04-cv-01076-RCC,1:04-cv-01922-RCC,1:04-cv-01923-RCC,1:04-cv-05970-RCC,1:04-cv-06105-RCC, 1:04-cv-07065-RCC,1:04-cv-07216-RCC,1:04-cv-07279-RCC,1:04-cv-07280-RCC,1:04-cv-07281-RCC(Goldman, Jerry) (Entered: 11/18/2005) |

| # | Date | Proceeding Text |
|---|------|----------------|
| 491 | 11/18/2005 | MEMORANDUM OF LAW in Support re: 1495 MOTION Strike Defendant Taha Al Alwani's Motion to Dismiss, to Amend Plaintiff's Complaint, for Leave to File RICO Statement, For Reconsideration of the Court's Decision Relative to the Filing of A RICO Statement and other Relief.. Document filed by Estate of John P.O'Neill, Sr.. Filed In Associated Cases: 1:03-md-01570-RCC,1:02-cv-06977-RCC,1:02-cv-07300-RCC-FM,1:03-cv-05071-RCC,1:03-cv-05738-RCC, 1:03-cv-06978-RCC,1:03-cv-07036-RCC,1:03-cv-08591-RCC,1:03-cv-09848-RCC,1:03-cv-09849-RCC, 1:04-cv-01076-RCC,1:04-cv-01922-RCC,1:04-cv-01923-RCC,1:04-cv-05970-RCC,1:04-cv-06105-RCC, 1:04-cv-07065-RCC,1:04-cv-07216-RCC,1:04-cv-07279-RCC,1:04-cv-07280-RCC,1:04-cv-07281-RCC(Goldman, Jerry) (Entered: 11/18/2005) |
| 492 | 11/18/2005 | DECLARATION of Joshua M. Ambush in Support re: 1495 MOTION Strike Defendant Taha Al Alwani's Motion to Dismiss, to Amend Plaintiff's Complaint, for Leave to File RICO Statement, For Reconsideration of the Court's Decision Relative to the Filing of A RICO Statement and other Relief.. Document filed by Estate of John P.O'Neill, Sr.. Filed In Associated Cases: 1:03-md-01570-RCC,1:02-cv-06977-RCC,1:02-cv-07300-RCC-FM,1:03-cv-05071-RCC,1:03-cv-05738-RCC, 1:03-cv-06978-RCC,1:03-cv-07036-RCC,1:03-cv-08591-RCC,1:03-cv-09848-RCC,1:03-cv-09849-RCC, 1:04-cv-01076-RCC,1:04-cv-01922-RCC,1:04-cv-01923-RCC,1:04-cv-05970-RCC,1:04-cv-06105-RCC, 1:04-cv-07065-RCC,1:04-cv-07216-RCC,1:04-cv-07279-RCC,1:04-cv-07280-RCC,1:04-cv-07281-RCC(Goldman, Jerry) (Entered: 11/18/2005) |
| 493 | 11/18/2005 | DECLARATION of Gina M. MacNeill in Support re: 1495 MOTION Strike Defendant Taha Al Alwani's Motion to Dismiss, to Amend Plaintiff's Complaint, for Leave to File RICO Statement, For Reconsideration of the Court's Decision Relative to the Filing of A RICO Statement and other Relief.. Document filed by Estate of John P.O'Neill, Sr.. Filed In Associated Cases: 1:03-md-01570-RCC,1:02-cv-06977-RCC,1:02-cv-07300-RCC-FM,1:03-cv-05071-RCC,1:03-cv-05738-RCC, 1:03-cv-06978-RCC,1:03-cv-07036-RCC,1:03-cv-08591-RCC,1:03-cv-09848-RCC,1:03-cv-09849-RCC, 1:04-cv-01076-RCC,1:04-cv-01922-RCC,1:04-cv-01923-RCC,1:04-cv-05970-RCC,1:04-cv-06105-RCC, 1:04-cv-07065-RCC,1:04-cv-07216-RCC,1:04-cv-07279-RCC,1:04-cv-07280-RCC,1:04-cv-07281-RCC(Goldman, Jerry) (Entered: 11/18/2005) |
| 494 | 11/18/2005 | DECLARATION of Jerry S. Goldman in Support re: 1495 MOTION Strike Defendant Taha Al Alwani's Motion to Dismiss, to Amend Plaintiff's Complaint, for Leave to File RICO Statement, For Reconsideration of the Court's Decision Relative to the Filing of A RICO Statement and other Relief.. Document filed by Estate of John P.O'Neill, Sr.. Filed In Associated Cases: 1:03-md-01570-RCC,1:02-cv-06977-RCC,1:02-cv-07300-RCC-FM,1:03-cv-05071-RCC,1:03-cv-05738-RCC, 1:03-cv-06978-RCC,1:03-cv-07036-RCC,1:03-cv-08591-RCC,1:03-cv-09848-RCC,1:03-cv-09849-RCC, 1:04-cv-01076-RCC,1:04-cv-01922-RCC,1:04-cv-01923-RCC,1:04-cv-05970-RCC,1:04-cv-06105-RCC, 1:04-cv-07065-RCC,1:04-cv-07216-RCC,1:04-cv-07279-RCC,1:04-cv-07280-RCC,1:04-cv-07281-RCC(Goldman, Jerry) (Entered: 11/18/2005) |
| 495 | 11/21/2005 | MOTION to Dismiss Notice of Motion. Document filed by World Assembly of Muslim Youth. Filed In Associated Cases: 1:03-md-01570-RCC,1:02-cv-06977-RCC,1:02-cv-07300-RCC-FM,1:03-cv-05071-RCC,1:03-cv-05738-RCC, 1:03-cv-06978-RCC,1:03-cv-07036-RCC,1:03-cv-08591-RCC,1:03-cv-09848-RCC,1:03-cv-09849-RCC, 1:04-cv-01076-RCC,1:04-cv-01922-RCC,1:04-cv-01923-RCC,1:04-cv-05970-RCC,1:04-cv-06105-RCC,1:04-cv-07065-RCC,1:04-cv-07216-RCC,1:04-cv-07279-RCC,1:04-cv-07280-RCC,1:04-cv-07281-RCC(Mohammedi, Omar) (Entered: 11/21/2005) |
| 496 | 11/21/2005 | DECLARATION of Omar T. Mohammedi in Support re: 1500 MOTION to Dismiss Notice of Motion.. Document filed by Wamy International, Inc., World Assembly of Muslim Youth. Filed In Associated Cases: 1:03-md-01570-RCC,1:02-cv-06977-RCC,1:02-cv-07300-RCC-FM,1:03-cv-05071-RCC,1:03-cv-05738-RCC, 1:03-cv-06978-RCC,1:03-cv-07036-RCC,1:03-cv-08591-RCC,1:03-cv-09848-RCC,1:03-cv-09849-RCC, 1:04-cv-01076-RCC,1:04-cv-01922-RCC,1:04-cv-01923-RCC,1:04-cv-05970-RCC,1:04-cv-06105-RCC, 1:04-cv-07065-RCC,1:04-cv-07216-RCC,1:04-cv-07279-RCC,1:04-cv-07280-RCC,1:04-cv-07281-RCC(Mohammedi, Omar) (Entered: 11/21/2005) |
| 497 | 11/22/2005 | MEMORANDUM OF LAW in Support re: 495 MOTION to Dismiss Notice of Motion.. Document filed by World Assembly of Muslim Youth. (Attachments: # 1)(Mohammedi, Omar) (Entered: 11/22/2005) |
| 498 | 11/22/2005 | DECLARATION of Ally Hack in Support re: 1502 Memorandum of Law in Support of Motion,,,, DECLARATION of Ally Hack re: 1502 Memorandum of Law in Support of Motion,,.. Document filed by Wamy International, Inc., World Assembly of Muslim Youth. Filed In Associated Cases: 1:03-md-01570-RCC,1:02-cv-06977-RCC,1:02-cv-07300-RCC-FM,1:03-cv-05071-RCC,1:03-cv-05738-RCC, 1:03-cv-06978-RCC,1:03-cv-07036-RCC,1:03-cv-08591-RCC,1:03-cv-09848-RCC,1:03-cv-09849-RCC, 1:04-cv-01076-RCC,1:04-cv-01922-RCC,1:04-cv-01923-RCC,1:04-cv- |

| # | Date | Proceeding Text |
|---|------|-----------------|
| | | 05970-RCC,1:04-cv-06105-RCC, 1:04-cv-07065-RCC,1:04-cv-07216-RCC,1:04-cv-07279-RCC,1:04-cv-07280-RCC,1:04-cv-07281-RCC(Mohammedi, Omar) (Entered: 11/22/2005) |
| 499 | 11/22/2005 | MOTION to Dismiss. Document filed by Abdullah Bin Laden. Filed In Associated Cases: 1:03-md-01570-RCC,1:02-cv-06977-RCC,1:02-cv-07300-RCC-FM,1:03-cv-05071-RCC,1:03-cv-05738-RCC, 1:03-cv-06978-RCC,1:03-cv-07036-RCC,1:03-cv-08591-RCC,1:03-cv-09848-RCC,1:03-cv-09849-RCC, 1:04-cv-01076-RCC,1:04-cv-01922-RCC,1:04-cv-01923-RCC,1:04-cv-05970-RCC,1:04-cv-06105-RCC, 1:04-cv-07065-RCC,1:04-cv-07216-RCC,1:04-cv-07279-RCC,1:04-cv-07280-RCC,1:04-cv-07281-RCC(Gauch, James) (Entered: 11/22/2005) |
| 500 | 11/22/2005 | MEMORANDUM OF LAW in Support re: 1504 MOTION to Dismiss. Ashton, Burnett, Federal Insurance, Continental Casualty, Euro Brokers, New York Marine, World Trade Center Properties. Document filed by Abdullah Bin Laden. (Attachments: # 1 Affidavit of Abdullah A. Binladin)Filed In Associated Cases: 1:03-md-01570-RCC,1:02-cv-06977-RCC,1:02-cv-07300-RCC-FM,1:03-cv-05071-RCC,1:03-cv-05738-RCC, 1:03-cv-06978-RCC,1:03-cv-07036-RCC,1:03-cv-08591-RCC,1:03-cv-09848-RCC,1:03-cv-09849-RCC, 1:04-cv-01076-RCC,1:04-cv-01922-RCC,1:04-cv-01923-RCC,1:04-cv-05970-RCC,1:04-cv-06105-RCC, 1:04-cv-07065-RCC,1:04-cv-07216-RCC,1:04-cv-07279-RCC,1:04-cv-07280-RCC,1:04-cv-07281-RCC(Gauch, James) (Entered: 11/22/2005) |
| 501 | 11/22/2005 | ORDER Initial Conference set for 12/2/2005 11:30 AM before Judge Richard C. Casey in Courtroom 23A for oral argument in the pending motions for consolidation, appointment of lead plaintiff, and approval of selection of lead counsel; Any attorney not admitted to practice in this District is directed to apply for admission pro hac vice purs. to Rule 1.3 of the Local Rules of the US District Court for the Southern & Eastern Districts of New York; and, all future orders shall be filed with the caption listed unless otherwise indicated. (Signed by Judge Sidney H. Stein on 11/22/05) Filed In Associated Cases: 1:03-md-01570-RCC,1:02-cv-06977-RCC,1:02-cv-07300-RCC-FM,1:03-cv-05071-RCC,1:03-cv-05738-RCC, 1:03-cv-06978-RCC,1:03-cv-07036-RCC,1:03-cv-08591-RCC,1:03-cv-09848-RCC,1:03-cv-09849-RCC, 1:04-cv-01076-RCC,1:04-cv-01922-RCC,1:04-cv-01923-RCC,1:04-cv-05970-RCC,1:04-cv-06105-RCC, 1:04-cv-07065-RCC,1:04-cv-07216-RCC,1:04-cv-07279-RCC,1:04-cv-07280-RCC,1:04-cv-07281-RCC(rjm, ) (Entered: 11/23/2005) |
| | 11/22/2005 | ***DELETED DOCUMENT. Deleted document number 501 ORDER. The document was incorrectly filed in this case. (rjm, ) (Entered: 11/23/2005) |
| 502 | 11/30/2005 | MOTION for Entry of Judgment under Rule 54(b) Notice of Motion of HRH Prince Mohamed Al Faisal Al Saud for Entry of Judgment Pursuant to Federal Rule of Civil Procedure 54(b). Document filed by Mohammed Al Faisal Al Saud. Filed In Associated Cases: 1:03-md-01570-RCC,1:02-cv-06977-RCC,1:02-cv-07300-RCC-FM,1:03-cv-05071-RCC,1:03-cv-05738-RCC, 1:03-cv-06978-RCC,1:03-cv-07036-RCC,1:03-cv-08591-RCC,1:03-cv-09848-RCC,1:03-cv-09849-RCC, 1:04-cv-01076-RCC,1:04-cv-01922-RCC,1:04-cv-01923-RCC,1:04-cv-05970-RCC,1:04-cv-06105-RCC, 1:04-cv-07065-RCC,1:04-cv-07216-RCC,1:04-cv-07279-RCC,1:04-cv-07280-RCC,1:04-cv-07281-RCC(Allen, Tracey) (Entered: 11/30/2005) |
| 503 | 11/30/2005 | MEMORANDUM OF LAW in Support re: 1511 MOTION for Entry of Judgment under Rule 54(b) Notice of Motion of HRH Prince Mohamed Al Faisal Al Saud for Entry of Judgment Pursuant to Federal Rule of Civil Procedure 54(b). Document filed by Mohammed Al Faisal Al Saud. Filed In Associated Cases: 1:03-md-01570-RCC,1:02-cv-06977-RCC,1:02-cv-07300-RCC-FM,1:03-cv-06978-RCC,1:03-cv-09849-RCC, 1:04-cv-01923-RCC,1:04-cv-05970-RCC,1:04-cv-07065-RCC,1:04-cv-07279-RCC,1:04-cv-07280-RCC (Allen, Tracey)(kkc, ) (Entered: 11/30/2005) |
| 504 | 11/30/2005 | MOTION for Entry of Judgment under Rule 54(b). Document filed by Prince Naif Bin Abdulaziz Al Saud, Prince Sultan Bin Abdulaziz Al Saud, Turki Al Faisal Al Saud, Saudi High Commission, The Kingdom of Saudi Arabia, Salman Bin Abdulaziz Al Saud. (Kellogg, Michael) (Entered: 11/30/2005) |
| 505 | 11/30/2005 | MEMORANDUM OF LAW in Support re: 504 MOTION for Entry of Judgment under Rule 54(b). Memorandum of Law in Support of Motion of the FSIA Defendants for Entry of Final Judgment Pursuant to Federal Rule of Civil Procedure 54(b). Document filed by Prince Naif Bin Abdulaziz Al Saud, Prince Sultan Bin Abdulaziz Al Saud, Turki Al Faisal Al Saud, Saudi High Commission, The Kingdom of Saudi Arabia, Salman Bin Abdulaziz Al Saud. (Kellogg, Michael) (Entered: 11/30/2005) |
| 506 | 12/01/2005 | DECLARATION of Gina M. Mac Neill, Esquire in Opposition re: 1468 MOTION to Dismiss Notice of Motion.. Document filed by Estate of John P.O'Neill, Sr.. Filed In Associated Cases: 1:03-md-01570-RCC,1:02-cv-06977-RCC,1:02-cv-07300-RCC-FM,1:03-cv-05071-RCC,1:03-cv-05738-RCC, 1:03-cv-06978-RCC,1:03-cv-07036-RCC,1:03-cv-08591-RCC,1:03-cv-09848-RCC,1:03-cv- |

| # | Date | Proceeding Text |
|---|------|-----------------|
| | | 09849-RCC, 1:04-cv-01076-RCC,1:04-cv-01922-RCC,1:04-cv-01923-RCC,1:04-cv-05970-RCC,1:04-cv-06105-RCC, 1:04-cv-07065-RCC,1:04-cv-07216-RCC,1:04-cv-07279-RCC,1:04-cv-07280-RCC,1:04-cv-07281-RCC(Mac Neill, Gina) (Entered: 12/01/2005) |
| 507 | 12/01/2005 | DECLARATION of Jerry S. Goldman, Esquire in Opposition re: 1468 MOTION to Dismiss Notice of Motion.. Document filed by Estate of John P.O'Neill, Sr.. Filed In Associated Cases: 1:03-md-01570-RCC,1:02-cv-06977-RCC,1:02-cv-07300-RCC-FM,1:03-cv-05071-RCC,1:03-cv-05738-RCC, 1:03-cv-06978-RCC, 1:03-cv-07036-RCC,1:03-cv-08591-RCC,1:03-cv-09848-RCC,1:03-cv-09849-RCC, 1:04-cv-01076-RCC,1:04-cv-01922-RCC,1:04-cv-01923-RCC,1:04-cv-05970-RCC,1:04-cv-06105-RCC, 1:04-cv-07065-RCC,1:04-cv-07216-RCC,1:04-cv-07279-RCC,1:04-cv-07281-RCC(Mac Neill, Gina) (Entered: 12/01/2005) |
| 508 | 12/01/2005 | DECLARATION of Gina M. Mac Neill, Esquire in Support re: 1495 MOTION Strike Defendant Taha Al Alwani's Motion to Dismiss, to Amend Plaintiff's Complaint, for Leave to File RICO Statement, For Reconsideration of the Court's Decision Relative to the Filing of A RICO Statement and other Relief.. Document filed by Estate of John P.O'Neill, Sr.. Filed In Associated Cases: 1:03-md-01570-RCC,1:02-cv-06977-RCC,1:02-cv-07300-RCC-FM,1:03-cv-05071-RCC,1:03-cv-05738-RCC, 1:03-cv-06978-RCC,1:03-cv-07036-RCC,1:03-cv-08591-RCC,1:03-cv-09848-RCC,1:03-cv-09849-RCC, 1:04-cv-01076-RCC,1:04-cv-01922-RCC,1:04-cv-01923-RCC,1:04-cv-05970-RCC,1:04-cv-06105-RCC, 1:04-cv-07065-RCC,1:04-cv-07216-RCC,1:04-cv-07279-RCC,1:04-cv-07280-RCC,1:04-cv-07281-RCC(Mac Neill, Gina) (Entered: 12/01/2005) |
| 509 | 12/01/2005 | DECLARATION of Jerry S. Goldman, Esquire in Support re: 1495 MOTION Strike Defendant Taha Al Alwani's Motion to Dismiss, to Amend Plaintiff's Complaint, for Leave to File RICO Statement, For Reconsideration of the Court's Decision Relative to the Filing of A RICO Statement and other Relief.. Document filed by Estate of John P.O'Neill, Sr.. Filed In Associated Cases: 1:03-md-01570-RCC,1:02-cv-06977-RCC,1:02-cv-07300-RCC-FM,1:03-cv-05071-RCC,1:03-cv-05738-RCC, 1:03-cv-06978-RCC,1:03-cv-07036-RCC,1:03-cv-08591-RCC,1:03-cv-09848-RCC,1:03-cv-09849-RCC, 1:04-cv-01076-RCC,1:04-cv-01922-RCC,1:04-cv-01923-RCC,1:04-cv-05970-RCC,1:04-cv-06105-RCC, 1:04-cv-07065-RCC,1:04-cv-07216-RCC,1:04-cv-07279-RCC,1:04-cv-07280-RCC,1:04-cv-07281-RCC(Mac Neill, Gina) (Entered: 12/01/2005) |
| 510 | 12/01/2005 | REPLY MEMORANDUM OF LAW in Support re: 1468 MOTION to Dismiss Notice of Motion.. Document filed by Ahmed Totonji, Hisham Al-Talib, Iqbal Yunus, Jamal Barzinji, Mohammed Jaghlit, Mena Corporation, Sterling Management Group, Inc., African Muslim Agency, Grove Corporate, Inc., Heritage Education Trust, International Institute of Islamic Thought, Mar-Jac Investments, Inc., Reston Investments, Inc., Safa Trust, York Foundation, Sterling Charitable Gift Fund, Muhammad Ashraf, M. Omar Ashraf, Taha Jaber Al-Alwani, M. Yaqub Mirza, Saar Foundation. Filed In Associated Cases: 1:03-md-01570-RCC,1:02-cv-06977-RCC,1:02-cv-07300-RCC-FM,1:03-cv-05071-RCC,1:03-cv-05738-RCC, 1:03-cv-06978-RCC,1:03-cv-07036-RCC,1:03-cv-08591-RCC,1:03-cv-09848-RCC,1:03-cv-09849-RCC, 1:04-cv-01076-RCC,1:04-cv-01922-RCC,1:04-cv-01923-RCC,1:04-cv-05970-RCC,1:04-cv-06105-RCC, 1:04-cv-07065-RCC,1:04-cv-07216-RCC,1:04-cv-07279-RCC,1:04-cv-07280-RCC,1:04-cv-07281-RCC(Barentzen, Steven) (Entered: 12/01/2005) |
| 511 | 12/01/2005 | MEMORANDUM OF LAW in Opposition re: 1495 MOTION Strike Defendant Taha Al Alwani's Motion to Dismiss, to Amend Plaintiff's Complaint, for Leave to File RICO Statement, For Reconsideration of the Court's Decision Relative to the Filing of A RICO Statement and other Relief.. Document filed by Ahmed Totonji, Hisham Al-Talib, Iqbal Yunus, Jamal Barzinji, Mohammed Jaghlit, Mena Corporation, Sterling Management Group, Inc., African Muslim Agency, Grove Corporate, Inc., Heritage Education Trust, International Institute of Islamic Thought, Mar-Jac Investments, Inc., Reston Investments, Inc., Safa Trust, York Foundation, Sterling Charitable Gift Fund, Muhammad Ashraf, M. Omar Ashraf, Taha Jaber Al-Alwani, M. Yaqub Mirza, Saar Foundation. Filed In Associated Cases: 1:03-md-01570-RCC,1:02-cv-06977-RCC,1:02-cv-07300-RCC-FM,1:03-cv-05071-RCC,1:03-cv-05738-RCC, 1:03-cv-06978-RCC,1:03-cv-07036-RCC,1:03-cv-08591-RCC,1:03-cv-09848-RCC,1:03-cv-09849-RCC, 1:04-cv-01076-RCC,1:04-cv-01922-RCC,1:04-cv-01923-RCC,1:04-cv-05970-RCC,1:04-cv-06105-RCC, 1:04-cv-07065-RCC,1:04-cv-07216-RCC,1:04-cv-07279-RCC,1:04-cv-07280-RCC,1:04-cv-07281-RCC(Barentzen, Steven) (Entered: 12/01/2005) |
| 512 | 12/05/2005 | ANSWER to Complaint. Document filed by International Islamic Relief Organization.(McMahon, Martin) (Entered: 12/05/2005) |
| 513 | 12/05/2005 | ANSWER to Complaint. Document filed by Wa'el Hamza Julaidan.(McMahon, Martin) (Entered: 12/05/2005) |
| 514 | 12/07/2005 | MOTION to Dismiss. Document filed by Jamal Barzini. Filed In Associated Cases: 1:03-md- |

| # | Date | Proceeding Text |
|---|------|-----------------|
| | | 01570-RCC,1:02-cv-06977-RCC,1:02-cv-07300-RCC-FM,1:03-cv-05071-RCC,1:03-cv-05738-RCC, 1:03-cv-06978-RCC,1:03-cv-07036-RCC,1:03-cv-08591-RCC,1:03-cv-09848-RCC,1:03-cv-09849-RCC, 1:04-cv-01076-RCC,1:04-cv-01922-RCC,1:04-cv-01923-RCC,1:04-cv-05970-RCC,1:04-cv-06105-RCC, 1:04-cv-07065-RCC,1:04-cv-07216-RCC,1:04-cv-07279-RCC,1:04-cv-07281-RCC(Barentzen, Steven) (Entered: 12/07/2005) |
| 515 | 12/07/2005 | MEMORANDUM OF LAW in Support re: 1541 MOTION to Dismiss.. Document filed by Jamal Barzinji. Filed In Associated Cases: 1:03-md-01570-RCC,1:02-cv-06977-RCC,1:02-cv-07300-RCC-FM,1:03-cv-05071-RCC,1:03-cv-05738-RCC, 1:03-cv-06978-RCC,1:03-cv-07036-RCC,1:03-cv-08591-RCC,1:03-cv-09848-RCC,1:03-cv-09849-RCC, 1:04-cv-01076-RCC,1:04-cv-01922-RCC,1:04-cv-01923-RCC,1:04-cv-05970-RCC,1:04-cv-06105-RCC, 1:04-cv-07065-RCC,1:04-cv-07216-RCC,1:04-cv-07279-RCC,1:04-cv-07280-RCC,1:04-cv-07281-RCC(Barentzen, Steven) (Entered: 12/07/2005) |
| 516 | 12/08/2005 | CONSENT MOTION AND STIPULATION AS TO EXTENSION OF TIME TO RESPOND TO COMPLAINTS CONSOLIDATED UNDER MDL 1570... that the time provided for the Plaintiffs to file a consolidated opposition to the motions to dismiss submitted by DMI S.A. and DMI Trust shall be extended to and through 12/19/2005. DMI S.A. shall file reply papers in the Cantor Fitzgerald and O'Neill actions on 1/20/06; in the Burnett D.C., Burnett N.Y., World Trade Center Properties, and Euro Brokers actions on 1/27/06; and in the Federal Insurance and N.Y. Marine actions on 2/3/06. DMI Trust shall file reply papers in the N.Y. Marine, Continental Casualty, and Federal Insurance actions on 2/3/06; in the Ashton, Cantor Fitzgerald, and O'Neill actions on 2/10/06; and in the Burnett D.C., Burnett N.Y., World Trade Center Properties, and Euro Brokers actions on 2/17/06... and as further set forth in said Order. (Signed by Judge Richard C. Casey on 12/8/05) Filed In Associated Cases: 1:03-md-01570-RCC,1:02-cv-06977-RCC,1:03-cv-05738-RCC,1:03-cv-06978-RCC,1:03-cv-09849-RCC, 1:04-cv-01923-RCC,1:04-cv-05970-RCC,1:04-cv-06105-RCC,1:04-cv-07065-RCC,1:04-cv-07279-RCC, 1:04-cv-07280-RCC(rjm, ) (Entered: 12/09/2005) |
| 517 | 12/09/2005 | REPLY MEMORANDUM OF LAW in Support re: 1495 MOTION Strike Defendant Taha Al Alwani's Motion to Dismiss, to Amend Plaintiff's Complaint, for Leave to File RICO Statement, For Reconsideration of the Court's Decision Relative to the Filing of A RICO Statement and other Relief.. Document filed by Estate of John P.O'Neill, Sr.. Filed In Associated Cases: 1:03-md-01570-RCC,1:02-cv-06977-RCC,1:02-cv-07300-RCC-FM,1:03-cv-05071-RCC,1:03-cv-05738-RCC, 1:03-cv-06978-RCC,1:03-cv-07036-RCC,1:03-cv-08591-RCC,1:03-cv-09848-RCC,1:03-cv-09849-RCC, 1:04-cv-01076-RCC,1:04-cv-01922-RCC,1:04-cv-01923-RCC,1:04-cv-05970-RCC,1:04-cv-06105-RCC, 1:04-cv-07065-RCC,1:04-cv-07216-RCC,1:04-cv-07279-RCC,1:04-cv-07281-RCC(Mac Neill, Gina) (Entered: 12/09/2005) |
| 518 | 12/09/2005 | CASE MANAGEMENT ORDER NO. 4: This Order supplements and amends Case Management Order #2, issued by the Court on 6/15/04 and docketed by the Clerk's office on 6/16/04. Unless supplemented or amended by this or another Order of the Court, the provisions of Case Management Order #2 remain in full force and effect... The following control dates are hereby adopted with respect to the discovery process: Fact Discovery shall be completed by 6/30/2006. Expert Discovery: Experts are to be designated and their expert reports exchanged by 8/15/06. Expert depositions shall commence after 8/15/06 and shall be completed by 10/15/06. All liability discovery is to be completed by 10/15/06. The parties recognize that further developments in this complex litigation may require that the control dates set forth above be extended or otherwise amended. The Ptffs' and Defts' Executive Committees shall confer and submit a proposal to the Court regarding revised discovery deadlines on or before 4/15/06... and as further set forth in said order. (Signed by Judge Richard C. Casey on 12/9/05) Filed In Associated Cases: 1:03-md-01570-RCC,1:02-cv-06977-RCC,1:02-cv-07300-RCC-FM,1:03-cv-05071-RCC,1:03-cv-05738-RCC, 1:03-cv-06978-RCC,1:03-cv-07036-RCC,1:03-cv-08591-RCC,1:03-cv-09848-RCC,1:03-cv-09849-RCC, 1:04-cv-01076-RCC,1:04-cv-01922-RCC,1:04-cv-01923-RCC,1:04-cv-05970-RCC,1:04-cv-06105-RCC,1:04-cv-07065-RCC,1:04-cv-07216-RCC,1:04-cv-07279-RCC,1:04-cv-07280-RCC,1:04-cv-07281-RCC(rjm, ) (Entered: 12/12/2005) |
| 519 | 12/09/2005 | CASE MANAGEMENT ORDER NO. 5: That the Defendants shall designate a single Executive Committee which shall have the following authority, and no other authority: To confer and agree with Ptffs' Executive Committee on scheduling matters relating to court hearings, depositions, and deadlines affecting Defts. generally, and on proposed agenda items for court hearings. To coordinate communications with counsel for any Ptff. seeking the consent of Defendants generally to a nondispositive motion. To coordinate the examination of witnesses by defense counsel at a deposition or hearing. To coordinate communications with Ptffs' Executive Committee and with the Court concerning any requested changes in this Case Mgt. & Pretrial |

| # | Date | Proceeding Text |
|---|------|-----------------|
| | | Scheduling Order. Any deft. may, by motion filed and served upon all parties, object to any action of the Defts' Executive Committee and request the Court to modify that action. The Defts' Executive Committee shall consist of members chosen by the Defts. Those members may in turn select from among their number a chair or co-chairs and will so inform the Court. (Signed by Judge Richard C. Casey on 12/9/05) Filed In Associated Cases: 1:03-md-01570-RCC,1:02-cv-06977-RCC,1:02-cv-07300-RCC-FM,1:03-cv-05071-RCC,1:03-cv-05738-RCC, 1:03-cv-06978-RCC,1:03-cv-07036-RCC,1:03-cv-08591-RCC,1:03-cv-09848-RCC,1:03-cv-09849-RCC, 1:04-cv-01076-RCC,1:04-cv-01922-RCC,1:04-cv-01923-RCC,1:04-cv-05970-RCC,1:04-cv-06105-RCC, 1:04-cv-07065-RCC,1:04-cv-07216-RCC,1:04-cv-07279-RCC,1:04-cv-07280-RCC,1:04-cv-07281-RCC(rjm, ) (Entered: 12/12/2005) |
| 520 | 12/13/2005 | ANSWER to Amended Complaint. Document filed by International Islamic Relief Organization.(McMahon, Martin) (Entered: 12/13/2005) |
| 521 | 12/13/2005 | AMENDED ANSWER to. Document filed by International Islamic Relief Organization. (McMahon, Martin) (Entered: 12/13/2005) |
| 522 | 12/13/2005 | AMENDED ANSWER to. Document filed by International Islamic Relief Organization(IIRO). Filed In Associated Cases: 1:03-md-01570-RCC,1:02-cv-06977-RCC,1:02-cv-07300-RCC-FM,1:03-cv-05071-RCC,1:03-cv-05738-RCC, 1:03-cv-06978-RCC,1:03-cv-07036-RCC,1:03-cv-08591-RCC,1:03-cv-09848-RCC,1:03-cv-09849-RCC, 1:04-cv-01076-RCC,1:04-cv-01922-RCC,1:04-cv-01923-RCC,1:04-cv-05970-RCC,1:04-cv-06105-RCC, 1:04-cv-07065-RCC,1:04-cv-07216-RCC,1:04-cv-07279-RCC,1:04-cv-07280-RCC,1:04-cv-07281-RCC(McMahon, Martin) (Entered: 12/13/2005) |
| 523 | 12/16/2005 | STIPULATION AND ORDER SETTING THE SCHEDULE FOR DEFENDANTS MOHAMMAD BINLADIN ORGANIZATION, SAUDI BINLADIN INTERNATIONAL CO., YESLAM BINLADIN, ABDULLAH BINLADIN, BAKR BINLADIN, TARIQ BINLADIN, AND OMAR BINLADIN TO RESPOND TO PLAINTIFFS' COMPLAINTS... agreed by & between counsel for Plaintiffs in the captioned cases and for named Defendants Bakr Binladin, Tariq Binladin, Omar Binladin, Mohammad Binladin Organization, and Saudi Binladin International Co., (collectively Bakr, etal."), Yeslam Binladin, and Abdullah Binladin, by and through their undersigned counsel that Bakr, et al. shall serve their consolidated motion to dismiss on or before January 27, 2006. Plaintiffs shall serve their consolidated opposition to that motion on or before 3/28/06, and the movants shall serve their consolidated reply on or before 4/27/06. Plaintiffs shall serve their consolidated opposition to Yeslam Binladin's motion to dismiss on or before 1/20/06 and Yeslam Binladin shall serve his consolidated reply on or before 2/24/06. Plaintiffs shall serve their consolidated opposition to Abdullah Binladin's motion to dismiss on or before 1/30/06 and Abdullah Binladin shall serve his consolidated reply on or before 3/1/06. (Signed by Judge Richard C. Casey on 12/16/05) Filed In Associated Cases: 1:03-md-01570-RCC,1:02-cv-06977-RCC,1:03-cv-05738-RCC,1:03-cv-06978-RCC,1:03-cv-09849-RCC, 1:04-cv-05970-RCC,1:04-cv-06105-RCC,1:04-cv-07279-RCC,1:04-cv-07280-RCC(rjm, ) (Entered: 12/19/2005) |
| 524 | 12/16/2005 | STIPULATION AS TO THE INTERNATIONAL ISLAMIC RELIEF ORGANIZATION'S AMENDED ANSWER ADDING NEW AFFIRMATIVE DEFENSES... agreed by and between Plaintiffs in the referenced case consolidated under 03 MDL 1570 and Defendant IIRO, by & through their undersigned counsel, that the IIRO shall file its Amended Answer to the Federal Insurance Complaint on or before 12/26/06... and as further set forth in said stipulation. (Signed by Judge Richard C. Casey on 12/16/05) Filed In Associated Cases: 1:03-md-01570-RCC,1:03-cv-06978-RCC(rjm, ) (Entered: 12/19/2005) |
| 525 | 12/16/2005 | ORDER... that the Court's dismissals of the Kingdom of Saidi Arabia, HRH Crown Preince Sultan bin Abdulaziz Al-Saud, HRH Prince Turki-Al-Faisal bin Abdulaziz Al-Saud, HRH Prince Naif bin Abdulaziz Al-Saud, HRH Prince Salman bin Abdulaziz Al-Saud, HRH Prince Mohamed Al- Faisal Al-Saud, the Saudi High Commission, Sheikh Hamad Al-Husani, Abdulrahman bin Mahfouz, Tariq Binladen, Omar Binladen, and Bakr Binladen in the Court's Orders of 1/18/05, 5/5/05, and 9/21/05, are certified as final purs. to the FRCP 54(b). The Clerk of the Court is directed to prepare and enter a final judgment. (Signed by Judge Richard C. Casey on 12/16/05) Filed In Associated Cases: 1:03-md-01570-RCC,1:02-cv-06977-RCC,1:02-cv-07300-RCC-FM,1:03-cv-05738-RCC,1:03-cv-06978-RCC, 1:03-cv-08591-RCC,1:03-cv-09849-RCC,1:04-cv-01922-RCC,1:04-cv-01923-RCC,1:04-cv-05970-RCC, 1:04-cv-06105-RCC,1:04-cv-07065-RCC,1:04-cv-07279-RCC,1:04-cv-07280-RCC(rjm, ) (Entered: 12/19/2005) |
| 526 | 12/19/2005 | MEMORANDUM OF LAW in Opposition re: 1526 MOTION for Sanctions Pursuant to Rule 11. O'Neill Plaintiffs' Response to the Defendant, Taha Al' Alwani's Motion for Sanctions Pursuant to Federal Rules of Civil Procedure Rule 11. Document filed by Estate of John P.O'Neill, Sr.. Filed In Associated Cases: 1:03-md-01570-RCC,1:02-cv-06977-RCC,1:02-cv-07300-RCC-FM,1:03-cv- |

| # | Date | Proceeding Text |
|---|------|-----------------|
| | | 05071-RCC,1:03-cv-05738-RCC, 1:03-cv-06978-RCC,1:03-cv-07036-RCC,1:03-cv-08591-RCC,1:03-cv-09848-RCC,1:03-cv-09849-RCC, 1:04-cv-01076-RCC,1:04-cv-01922-RCC,1:04-cv-01923-RCC,1:04-cv-05970-RCC,1:04-cv-06105-RCC, 1:04-cv-07065-RCC,1:04-cv-07216-RCC,1:04-cv-07279-RCC,1:04-cv-07280-RCC,1:04-cv-07281-RCC(Mac Neill, Gina) (Entered: 12/19/2005) |
| 527 | 12/19/2005 | DECLARATION of Joshua M. Ambush in Opposition re: 1526 MOTION for Sanctions Pursuant to Rule 11.. Document filed by Estate of John P.O'Neill, Sr.. (Attachments: # 1 Exhibit Ambush Exhibit A)Filed In Associated Cases: 1:03-md-01570-RCC,1:02-cv-06977-RCC,1:02-cv-07300-RCC-FM,1:03-cv-05071-RCC,1:03-cv-05738-RCC, 1:03-cv-06978-RCC,1:03-cv-07036-RCC,1:03-cv-08591-RCC,1:03-cv-09848-RCC,1:03-cv-09849-RCC, 1:04-cv-01076-RCC,1:04-cv-01922-RCC,1:04-cv-01923-RCC,1:04-cv-05970-RCC,1:04-cv-06105-RCC, 1:04-cv-07065-RCC,1:04-cv-07216-RCC,1:04-cv-07279-RCC,1:04-cv-07280-RCC,1:04-cv-07281-RCC(Mac Neill, Gina) (Entered: 12/19/2005) |
| 528 | 12/20/2005 | MEMORANDUM OF LAW in Opposition re: 1433 MOTION to Dismiss Notice of Motion.. Document filed by Burnett & Ashton Plaintiffs, Continental Casualty Company, Euro Brokers Inc., et al., World Trade Center Properties LLC, et al., New York Marine and General Insurance Company. Filed In Associated Cases: 1:03-md-01570-RCC,1:02-cv-06977-RCC,1:02-cv-07300-RCC-FM,1:03-cv-05071-RCC,1:03-cv-05738-RCC, 1:03-cv-06978-RCC,1:03-cv-07036-RCC,1:03-cv-08591-RCC,1:03-cv-09848-RCC,1:03-cv-09849-RCC, 1:04-cv-01076-RCC,1:04-cv-01922-RCC,1:04-cv-01923-RCC,1:04-cv-05970-RCC,1:04-cv-06105-RCC, 1:04-cv-07065-RCC,1:04-cv-07216-RCC,1:04-cv-07279-RCC,1:04-cv-07280-RCC,1:04-cv-07281-RCC(Elsner, Michael) (Entered: 12/20/2005) |
| 529 | 12/23/2005 | MEMORANDUM OF LAW in Opposition re: 1411 MOTION to Dismiss Notice of Motion. CAIR. Document filed by Estate of John P.O'Neill, Sr.. Filed In Associated Cases: 1:03-md-01570-RCC,1:02-cv-06977-RCC,1:02-cv-07300-RCC-FM,1:03-cv-05071-RCC,1:03-cv-05738-RCC, 1:03-cv-06978-RCC,1:03-cv-07036-RCC,1:03-cv-08591-RCC,1:03-cv-09848-RCC,1:03-cv-09849-RCC, 1:04-cv-01076-RCC,1:04-cv-01922-RCC,1:04-cv-01923-RCC,1:04-cv-05970-RCC,1:04-cv-06105-RCC, 1:04-cv-07065-RCC,1:04-cv-07216-RCC,1:04-cv-07279-RCC,1:04-cv-07280-RCC,1:04-cv-07281-RCC(Goldman, Jerry) (Entered: 12/23/2005) |
| 534 | 01/04/2006 | STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(A)... that upon Court approval, the claims asserted in the First Amended Complaint by the following plaintiffs shall be hereby voluntarily dismissed: AIU Insurance Co., American Global Ins. Co., American Home Assurance Co., American International Specialty Lines Ins. Co., Birmingham Fire Ins. Co. of Pa., China America Ins. Co. Ltd., Commerce & Industry Ins. Co., Commerce & Industry Ins. Co. of Canada, Granite State Ins. Co., Illinois National Ins. Co., Lexington Ins. Co., National Union Fire Ins. Co. of Pittsburgh, New Hampshire Insurance Co., The Insurance Co. State of Pa., and Transatlantic Reinsurance Co. (Signed by Judge Richard C. Casey on 1/3/05) Filed In Associated Cases: 1:03-md-01570-RCC,1:03-cv-06978-RCC,1:04-cv-07216-RCC(rjm, ) (Entered: 01/05/2006) |
| 535 | 01/09/2006 | SUPPLEMENTAL MOTION to Dismiss Pursuant to CMO No. 4. Document filed by Al Haramain Islamic Foundation, Inc., Soliman H.S. Al-Buthe, Perouz Seda Ghaty. Filed In Associated Cases: 1:03-md-01570-RCC,1:02-cv-06977-RCC,1:02-cv-07300-RCC-FM,1:03-cv-05071-RCC,1:03-cv-05738-RCC, 1:03-cv-06978-RCC,1:03-cv-07036-RCC,1:03-cv-08591-RCC,1:03-cv-09848-RCC,1:03-cv-09849-RCC, 1:04-cv-01076-RCC,1:04-cv-01922-RCC,1:04-cv-01923-RCC,1:04-cv-05970-RCC,1:04-cv-06105-RCC, 1:04-cv-07065-RCC,1:04-cv-07216-RCC,1:04-cv-07279-RCC,1:04-cv-07280-RCC,1:04-cv-07281-RCC(Kabat, Alan) (Entered: 01/09/2006) |
| 536 | 01/09/2006 | SUPPLEMENTAL MOTION to Dismiss Pursuant to CMO No. 4. Document filed by Abdullah Bin Saleh Al Obaid, Shahir Abdulraoof Batterjee, Abdul Rahman Al Swailem, Abdullah Omar Naseef, Abdullah Muhsen Al Turki, Talal Mohammed Badkook, Adnan Basha, Safar Al-Hawali, Sheik Hamad Al-Husaini, Mohammed Ali Sayed Mushayt, Mushayt for Trading Company, Saleh Al-Hussayen, Saudi Red Crescent, Salman Al-Ouda. Filed In Associated Cases: 1:03-md-01570-RCC,1:02-cv-06977-RCC,1:02-cv-07300-RCC-FM,1:03-cv-05071-RCC,1:03-cv-05738-RCC, 1:03-cv-06978-RCC,1:03-cv-07036-RCC,1:03-cv-08591-RCC,1:03-cv-09848-RCC,1:03-cv-09849-RCC, 1:04-cv-01076-RCC,1:04-cv-01922-RCC,1:04-cv-01923-RCC,1:04-cv-05970-RCC,1:04-cv-06105-RCC, 1:04-cv-07065-RCC,1:04-cv-07216-RCC,1:04-cv-07279-RCC,1:04-cv-07280-RCC,1:04-cv-07281-RCC(Kabat, Alan) (Entered: 01/09/2006) |
| 537 | 01/09/2006 | STIPULATION agreed by and between Plaintiffs in all of the referenced cases consolidated under 03md1570 and Defendant Abdul Aziz Bin Ibrahim Al-Ibrahim, by and through their undersigned counsel, that Al-Ibrahim's reply to Plaintiffs' Consolidated Memorandum of Law in Opposition to the Motion to Dismiss, dated 11/28/05, will be served on or before 1/11/06. (Signed |

| # | Date | Proceeding Text |
|---|------|-----------------|
| | | by Judge Richard C. Casey on 1/9/06) Filed In Associated Cases: 1:03-md-01570-RCC,1:03-cv-06978-RCC,1:04-cv-05970-RCC,1:04-cv-06105-RCC(rjm, ) (Entered: 01/10/2006) |
| 539 | 01/09/2006 | STIPULATION agreed by and between Plaintiffs in all of the referenced cases consolidated under 03md1570 and Defendant Ibrahim Bin Abdul Aziz Al-Ibrahim Foundation, by and through their undersigned counsel, that the Foundation's reply to Plaintiffs' Consolidated Memorandum of Law in Opposition to the Motion to Dismiss, dated 11/28/05, will be served on or before 1/11/06. (Signed by Judge Richard C. Casey on 1/9/06) Filed In Associated Cases: 1:03-md-01570-RCC,1:03-cv-06978-RCC,1:03-cv-09849-RCC,1:04-cv-05970-RCC,1:04-cv-06105-RCC, 1:04-cv-07279-RCC,1:04-cv-07280-RCC(rjm, ) (Entered: 01/10/2006) |
| 538 | 01/10/2006 | CLERK'S JUDGMENT That for the reasons stated in the Court's Order dated December 16, 2005, that there is no just reason for delay, pursuant to Fed. R. Civ. P. 54(b), final judgment is entered dismissing the following twelve defendants: Kingdom of Saudi Arabia, HRH Crown Prince Sultan bin Abdulaziz Al-Saud, HRH Prince Turki Al-Faisal bin Abdulaziz Al-Saud, HRH Prince Naif bin Abdulaziz Al-Saud, HRH Prince Salman bin Abdulaziz Al-Saud, HRH Prince Mohamed Al-Faisal Al-Saud, the Saudi High Commission, Sheikh Hamad Al-Husani, Abdulrahman bin Mahfouz, Tariq Binladen, Omar Binladen, and Bakr Binladen. (Signed by J. Michael McMahon, clerk on 1/10/06) (Attachments:, # 1 Notice of Right to Appeal)Filed In Associated Cases: 1:03-md-01570-RCC,1:02-cv-06977-RCC,1:02-cv-07300-RCC-FM,1:03-cv-05738-RCC,1:03-cv-06978-RCC, 1:03-cv-08591-RCC,1:03-cv-09849-RCC,1:04-cv-01922-RCC,1:04-cv-01923-RCC,1:04-cv-05970-RCC, 1:04-cv-06105-RCC,1:04-cv-07216-RCC,1:04-cv-07279-RCC,1:04-cv-07280-RCC(ml, ) (Entered: 01/10/2006) |
| 540 | 01/11/2006 | REPLY MEMORANDUM OF LAW in Support re: 1304 MOTION to Dismiss New York Marine., 1302 MOTION to Dismiss the Continental Casualty and Federal Insurance actions.. Document filed by Ibrahim Bin Abdulaziz Al Ibrahim. Filed In Associated Cases: 1:03-md-01570-RCC,1:02-cv-06977-RCC,1:02-cv-07300-RCC-FM,1:03-cv-05071-RCC,1:03-cv-05738-RCC, 1:03-cv-06978-RCC,1:03-cv-07036-RCC,1:03-cv-08591-RCC,1:03-cv-09848-RCC,1:03-cv-09849-RCC, 1:04-cv-01076-RCC,1:04-cv-01922-RCC,1:04-cv-01923-RCC,1:04-cv-05970-RCC,1:04-cv-06105-RCC, 1:04-cv-07065-RCC,1:04-cv-07216-RCC,1:04-cv-07279-RCC,1:04-cv-07281-RCC(McGuire, James) (Entered: 01/11/2006) |
| 541 | 01/11/2006 | REPLY MEMORANDUM OF LAW in Support re: 1388 MOTION to Dismiss Continental Casualty, Burnett, WTC, Euro Brokers, Federal Insurance., 1385 MOTION to Dismiss NY Marine.. Document filed by Ibrahim Bin Abdul Aziz Al Ibrahim Foundation. Filed In Associated Cases: 1:03-md-01570-RCC,1:02-cv-06977-RCC,1:02-cv-07300-RCC-FM,1:03-cv-05071-RCC,1:03-cv-05738-RCC, 1:03-cv-06978-RCC,1:03-cv-07036-RCC,1:03-cv-08591-RCC,1:03-cv-09848-RCC,1:03-cv-09849-RCC, 1:04-cv-01076-RCC,1:04-cv-01922-RCC,1:04-cv-01923-RCC,1:04-cv-05970-RCC,1:04-cv-06105-RCC, 1:04-cv-07216-RCC,1:04-cv-07279-RCC,1:04-cv-07280-RCC,1:04-cv-07281-RCC(McGuire, James) (Entered: 01/11/2006) |
| 542 | 01/17/2006 | NOTICE OF APPEAL from 538 Clerk's Judgment. Document filed by Federal Insurance Company et al., Plaintiffs. Filing fee $ 255.00, receipt number E 566510. (tp, ) (Entered: 01/19/2006) |
| 545 | 01/17/2006 | NOTICE OF APPEAL from 538 Clerk's Judgment. Document filed by Federal Insurance Company et al., Plaintiffs. Filing fee $ 255.00, receipt number E 566509. (tp, ) (Entered: 01/19/2006) |
| 546 | 01/17/2006 | NOTICE OF APPEAL from 538 Clerk's Judgment. Document filed by Federal Insurance Company et al., Plaintiffs. Filing fee $ 255.00, receipt number E 566507. (tp, ) (Entered: 01/19/2006) |
| 547 | 01/17/2006 | NOTICE OF APPEAL from 538 Clerk's Judgment. Document filed by Federal Insurance Company et al., Plaintiffs. Filing fee $ 255.00, receipt number E 566508. (tp, ) (Entered: 01/19/2006) |
| 548 | 01/17/2006 | NOTICE OF APPEAL from 538 Clerk's Judgment. Document filed by Federal Insurance Company et al., Plaintiffs. Filing fee $ 255.00, receipt number E 566512. (tp, ) (Entered: 01/19/2006) |
| 553 | 01/17/2006 | NOTICE OF APPEAL from 538 Clerk's Judgment. Document filed by Federal Insurance Company et al., Plaintiffs. Filing fee $ 255.00, receipt number E 566511. (tp, ) (Entered: 01/20/2006) |
| 554 | 01/17/2006 | NOTICE OF APPEAL from 538 Clerk's Judgment. Document filed by Federal Insurance Company et al., Plaintiffs. Filing fee $ 255.00, receipt number E 566513. (tp, ) (Entered: 01/20/2006) |
| 555 | 01/18/2006 | ORDER (this document relates to all actions); the 1/10/2006 Judgment entered by the Clerk in |

| # | Date | Proceeding Text |
|---|------|-----------------|
| | | these cases applies only to cases in which the Court has granted the named Defendants' motions to dismiss. (Signed by Judge Richard C. Casey on 1/17/2006) Filed In Associated Cases: 1:03-md-01570-RCC,1:02-cv-06977-RCC,1:02-cv-07300-RCC-FM,1:03-cv-05071-RCC,1:03-cv-05738-RCC, 1:03-cv-06978-RCC,1:03-cv-07036-RCC,1:03-cv-08591-RCC,1:03-cv-09848-RCC,1:03-cv-09849-RCC, 1:04-cv-01076-RCC,1:04-cv-01922-RCC,1:04-cv-01923-RCC,1:04-cv-05970-RCC,1:04-cv-06105-RCC, 1:04-cv-07065-RCC,1:04-cv-07216-RCC,1:04-cv-07279-RCC,1:04-cv-07280-RCC,1:04-cv-07281-RCC(kkc, ) (Entered: 01/20/2006) |
| | 01/19/2006 | Transmission of Notice of Appeal and Certified Copy of Docket Sheet to US Court of Appeals re: 542 Notice of Appeal. (tp, ) (Entered: 01/19/2006) |
| | 01/19/2006 | Transmission of Notice of Appeal to the District Judge re: 542 Notice of Appeal. (tp, ) (Entered: 01/19/2006) |
| 543 | 01/19/2006 | REPLY MEMORANDUM OF LAW in Support re: 1426 Notice (Other), Notice (Other), 1428 Memorandum of Law in Support,,, of Their Motions to Dismiss Pursuant to Rule 12(B)(6) for Failure to State a Claim and In Opposition to Plaintiffs' Cross-Motion to Strike the Motion to Dismiss. Document filed by Ahmed Totonji, Mohammed Jaghlit, Mena Corporation, Sterling Management Group, Inc., African Muslim Agency, Grove Corporate, Inc., Heritage Education Trust, International Institute of Islamic Thought, Mar-Jac Investments, Inc., Reston Investments, Inc., Safa Trust, York Foundation, Sterling Charitable Gift Fund. (Attachments: # 1 Supplement Explanation for Delayed Filing)Filed In Associated Cases: 1:03-md-01570-RCC,1:03-cv-06978-RCC(Barentzen, Steven) (Entered: 01/19/2006) |
| 544 | 01/19/2006 | REPLY AFFIDAVIT of Steven K. Barentzen in Support. Document filed by Ahmed Totonji, Mohammed Jaghlit, Mena Corporation, Sterling Management Group, Inc., African Muslim Agency, Grove Corporate, Inc., Heritage Education Trust, International Institute of Islamic Thought, Mar-Jac Investments, Inc., Reston Investments, Inc., Safa Trust, York Foundation, Sterling Charitable Gift Fund. (Attachments: # 1 Supplement Explanation of Delayed Filing# 2 Exhibit A# 3 Exhibit B# 4 Exhibit C# 5 Exhibit D)Filed In Associated Cases: 1:03-md-01570-RCC,1:03-cv-06978-RCC(Barentzen, Steven) (Entered: 01/19/2006) |
| | 01/19/2006 | Appeal Record Sent to USCA (Electronic File). Certified Indexed record on Appeal Electronic Files for 472 Memorandum of Law in Support of Motion,,, filed by Heritage Education Trust,, Mar-Jac Investments, Inc.,, Mena Corporation,, Safa Trust,, Sterling Charitable Gift Fund,, York Foundation,, 396 Memorandum of Law in Support of Motion, filed by Adnan Basha,, 319 Order,,,, 365 Stipulation and Order,,,,, 316 MOTION to Dismiss.., 171 MOTION to Strike Portions of Plaintiffs' Opposition Briefs (Dkt. Nos. 290, 291). filed by M. Yaqub Mirza,, Iqbal Yunus,, Jamal Barzinji,, M. Omar Ashraf,, Muhammad Ashraf,, Taha Jaber Al-Alwani,, 356 Affirmation in Opposition to Motion filed by Federal Insurance Company et al., Plaintiffs,, 360 Reply Memorandum of Law in Support of Motion,,, filed by Saleh Abdulaziz Al-Rajhi,, 250 Order of Dismissal,,, 421 Memorandum of Law in Oppisition to Motion,,, 426 Memorandum of Law in Support, 43 Notice of Appearance, filed by M. Yaqub Mirza,, Iqbal Yunus,, Jamal Barzinji,, M. Omar Ashraf,, Muhammad Ashraf,, Heritage Education Trust,, Mar-Jac Investments, Inc.,, Safa Trust,, Sterling Charitable Gift Fund,, York Foundation,, Sana-Bell, Inc.,, Reston Investments, Inc.,, Sterling Management Group,, International Institute of Islamic Thought,, Al Anwa,, African Muslim Agency,, Grove Corporate,Inc.,, 463 MOTION to Dismiss Complaint Pursuant to Rule 12(B)(6) For FailureTo State a Claim. filed by African Muslim Agency,, 261 Endorsed Letter,, 402 Memorandum of Law in Support of Motion,, filed by Mohammed Ali Sayed Mushayt,, 8 Clerk Certificate of Mailing, 457 Response in Support of Motion, filed by Adnan Basha,, 167 MOTION to Dismiss for Lack of Jurisdiction Lack of Personal Jurisdiction. filed by Rabita Trust,, 372 Stipulation and Order,,,, 422 Memorandum of Law in Oppisition to Motion,,, 431 Reply Memorandum of Law in Support of Motion,,, filed by Saleh Al-Hussayen,, 500 Memorandum of Law in Support of Motion,,, 536 SUPPLEMENTAL MOTION to Dismiss Pursuant to CMO No. 4. filed by Shahir Abdulraoof Batterjee,, Abdul Rahman Al Swailem,, Mohammed Ali Sayed Mushayt,, Talal Mohammed Badkook,, Adnan Basha,, Saudi Red Crescent,, Salman Al-Ouda,, Safar Al-Hawali,, Saleh Al-Hussayen,, 73 Stipulation and Order,, 476 Notice (Other) filed by Yeslam M. Bin Laden,, 358 Stipulation and Order,,,,, 489 Declaration in Opposition to Motion,,, 145 Affidavit of Service Complaints filed by ALL PLAINTIFFS,, 146 Order,,,,, 252 MOTION to Dismiss. filed by Abdulrahman Alamoudi,, 323 Memorandum of Law in Support,,,, 542 Notice of Appeal filed by Federal Insurance Company et al., Plaintiffs,, 278 MOTION to Dismiss. filed by Sami Omar Al-Hussayen,, 333 Order,, 139 Endorsed Letter,,,, 64 Letter,, 534 Stipulation and Order of Dismissal,,,, 468 MOTION to Dismiss Memorandum in Support to Dismiss Aradi Inc.. filed by Aradi, Inc.,, 209 Order,,, 23 Summons Returned Executed, 229 Memorandum of Law in Oppisition to Motion filed by Tarik Hamdi,, 35 Affidavit of Service Complaints, filed by Zurich |

| # | Date | Proceeding Text |
|---|------|-----------------|
| | | American Insurance Company,, 246 Stipulation and Order of Dismissal,, 331 Memorandum of Law in Oppisition to Motion, filed by Federal Insurance Company et al., Plaintiffs,, 409 Memorandum of Law in Oppisition to Motion,,,, 33 Affidavit of Service Complaints, 210 Order,,, 78 Stipulation and Order,, 524 Stipulation and Order,,, 290 Clerk Certificate of Mailing,,, 321 Memorandum of Law in Support,, filed by Saleh Abdulaziz Al-Rajhi,, 39 Affidavit of Service Complaints, 335 Stipulation and Order,,, 429 Reply Affidavit in Support of Motion,,, 259 Reply Memorandum of Law in Support of Motion filed by Saudi American Bank,, 178 MOTION to Dismiss and Memorandum of Law in Support of Motion to Dismiss and to Quash Service of Process. filed by Prince Bandar bin Sultan bin Abdulaziz,, 301 Acknowledgment of Service Complaints, filed by Federal Insurance Company et al., Plaintiffs,, 81 Stipulation and Order,, 410 Stipulation and Order, Set Deadlines/Hearings,,,,,,, 375 Memorandum of Law in Support of Motion,, filed by Saudi Red Crescent,, 505 Memorandum of Law in Support of Motion, filed by Turki Al Faisal Al Saud,, Prince Naif Bin Abdulaziz Al Saud,, Prince Sultan Bin Abdulaziz Al Saud,, Saudi High Commission,, The Kingdom of Saudi Arabia,, Salman Bin Abdulaziz Al Saud,, 174 Reply Memorandum of Law in Support of Motion filed by Mohammed Al Faisal Al Saud,, 47 MOTION (FILED ON SERVICE DATE) for John M. Popilock, Esquire to Appear Pro Hac Vice. filed by Pacific Indemnity Company,, Vigilant Insurance Company,, Fidelity and Deposit Company of Maryland,, Maryland Casualty Company,, United States Fire Insurance Company,, Zurich American Insurance Company,, American Guarantee and Liability Insurance Company,, Steadfast Insurance Company,, Great Northern Insurance Company,, American Zurich Insurance Company,, American Alternative Insurance Corporation,, One Beacon Insurance Company,, Assurance Company of America,, Northern Insurance Company of New York,, One Beacon America Insurance Company,, Federal Insurance Company,, Chubb Custom Insurance Company,, Chubb Indemnity Insurance Company,, Chubb Insurance Company of Canada,, Chubb Insurance Company of New Jersey,, Colonial American Casualty and Surety Insurance Company,, Valiant Insurance Company,, American Employers' Insurance Company,, The Camden Fire Insurance Association,, Homeland Insurance Company of New York,, Crum & Forster Indemnity Company,, North River Insurance Company,, Great Lakes Reinsurance U.K. PLC,, The Princeton Excess & Surplus Lines Insurance Company,, 447 MOTION to Dismiss., 294 Order Admitting Attorney Pro Hac Vice,, 438 Reply Memorandum of Law in Support of Motion,, filed by Safar Al-Hawali,, 239 Affirmation in Opposition to Motion,, filed by Federal Insurance Company et al., Plaintiffs,, 266 Order on Motion to Withdraw as Attorney,,, 201 MOTION to Dismiss Notice of Motion to Dismiss. filed by National Commercial Bank,, 143 MOTION to Dismiss First Amended Complaint. filed by Mohammed Al Faisal Al Saud,, 451 Response in Support of Motion,, 533 Clerk Certificate of Mailing,, 393 Memorandum of Law in Support of Motion,, filed by Talal Mohammed Badkook,, 276 Notice of Voluntary Dismissal - Signed,,,,,,, 228 Memorandum of Law in Oppisition to Motion filed by Tarik Hamdi,, 69 Order on Motion to Appear Pro Hac Vice,, 267 MOTION to Dismiss & Memorandum of Law in Support of Motion to Dismiss of the Saudi Joint Relief Committee. filed by Saudi Joint Relief Committee,, 297 MOTION for Stephanie W. Fell to Withdraw as Attorney. filed by Al Baraka Investment and Development,, 370 Reply Memorandum of Law in Support of Motion,, filed by Soliman H.S. Al-Buthe,, 51 Affidavit of Service Complaints, 117 MOTION to Dismiss First Amended Complaint of Federal Insurance. filed by Arab Bank, PLC,, 419 Memorandum of Law in Oppisition to Motion,,, 236 Endorsed Letter, Set Scheduling Order Deadlines,,, 111 FIRST MOTION to Dismiss First Amended Complaint. filed by Mar-Jac Poultry,, 2 Rule 7.1 Disclosure Statement filed by Federal Insurance Company,, 75 Stipulation and Order,, 428 Reply Memorandum of Law in Support of Motion,,, 493 Declaration in Support of Motion,,, 99 Response in Opposition to Motion,, filed by United States of America,, 213 Order Admitting Attorney Pro Hac Vice,,, 459 Response in Support of Motion,, filed by Mohammed Ali Sayed Mushayt,, 21 Summons Returned Executed, 140 MOTION to Withdraw 122 MOTION for Protective Order Notice of Motion and Memorandum in Support of Motion for Limited Appearance and to Move for a Protective Order.. filed by Princess Haifa Al-Faisal,, The Royal Embassy of Saudi Arabia,, Prince Bandar bin Sultan bin Abdulaziz,, Ahmed A. Kattan,, Abdul Rahman I. Al-Noah,, 462 Response in Support of Motion,,,,, 427 Reply Memorandum of Law in Support of Motion filed by Khaled Bin Mahfouz,, 245 Stipulation and Order of Dismissal,, 357 Memorandum of Law in Support of Motion, 170 MOTION to Strike Portions of Plaintiffs' Opposition Brief (Dkt. No. 315). filed by Heritage Education Trust,, Mar-Jac Investments, Inc.,, Mena Corporation,, Safa Trust,, Sterling Charitable Gift Fund,, York Foundation,, Sana-Bell, Inc.,, Reston Investments, Inc.,, Sterling Management Group,, International Institute of Islamic Thought,, African Muslim Agency,, Grove Corporate,Inc.,, 312 Stipulation and Order,,, 30 Affidavit of Service Complaints,,,,, filed by Pacific Indemnity Company,, Vigilant Insurance Company,, Fidelity and Deposit Company of Maryland,, Maryland |

| # | Date | Proceeding Text |
|---|------|-----------------|
| | | Casualty Company,, United States Fire Insurance Company,, Zurich American Insurance Company,, Steadfast Insurance Company,, Great Northern Insurance Company,, American Zurich Insurance Company,, American Alternative Insurance Corporation,, One Beacon Insurance Company,, Assurance Company of America,, Northern Insurance Company of New York,, One Beacon America Insurance Company,, Federal Insurance Company,, Ibrahim Bin Abdul Aziz Al Ibrahim Foundation,, Chubb Custom Insurance Company,, Chubb Indemnity Insurance Company,, Chubb Insurance Company of Canada,, Chubb Insurance Company of New Jersey,, Colonial American Casualty and Surety Insurance Company,, Valiant Insurance Company,, American Employers' Insurance Company,, The Camden Fire Insurance Association,, Homeland Insurance Company of New York,, Crum & Forster Indemnity Company,, North River Insurance Company,, Great Lakes Reinsurance U.K. PLC,, The Princeton Excess & Surplus Lines Insurance Company,, 161 Reply to Response to Motion filed by M. Yaqub Mirza,, Iqbal Yunus,, M. Omar Ashraf,, Muhammad Ashraf,, Taha Jaber Al-Alwani,, 232 Reply Memorandum of Law in Support of Motion, filed by The Kingdom of Saudi Arabia,, 376 Affidavit in Support of Motion,, filed by Saudi Red Crescent,, 196 MOTION to Dismiss the First Amended Complaint. filed by Saudi American Bank,, 31 Affidavit of Service Complaints,,,,, filed by Pacific Indemnity Company,, Vigilant Insurance Company,, Fidelity and Deposit Company of Maryland,, Maryland Casualty Company,, United States Fire Insurance Company,, Zurich American Insurance Company,, American Guarantee and Liability Insurance Company,, Great Northern Insurance Company,, American Zurich Insurance Company,, American Alternative Insurance Corporation,, One Beacon Insurance Company,, Assurance Company of America,, Northern Insurance Company of New York,, One Beacon America Insurance Company,, Chubb Custom Insurance Company,, Chubb Indemnity Insurance Company,, Chubb Insurance Company of Canada,, Chubb Insurance Company of New Jersey,, Colonial American Casualty and Surety Insurance Company,, Valiant Insurance Company,, American Employers' Insurance Company,, The Camden Fire Insurance Association,, Homeland Insurance Company of New York,, Crum & Forster Indemnity Company,, North River Insurance Company,, Great Lakes Reinsurance U.K. PLC,, The Princeton Excess & Surplus Lines Insurance Company,, 535 SUPPLEMENTAL MOTION to Dismiss Pursuant to CMO No. 4. filed by Soliman H.S. Al-Buthe,, Perouz Seda Ghaty,, 383 MOTION to Dismiss., 345 MOTION for Leave to File Arabic language document. filed by Federal Insurance Company et al., Plaintiffs,, 55 MOTION (FILED ON SERVICE DATE) for entry of an Order authorizing plaintiffs to effectuate service of process on defendants Al Qaida, Egyptian Islamic Jihad, Jemaah Islamiyah and Ansar Al-Islam. filed by Federal Insurance Company,, 311 Response in Opposition to Motion,,,, 417 Memorandum of Law in Oppisition to Motion,,, 310 Memorandum of Law in Support of Motion,, 44 MOTION (FILED ON SERVICE DATE) for James M Cole to Appear Pro Hac Vice. filed by Prince Naif Bin Abdulaziz Al Saud,, 519 Case Management Plan,,,,,,, 353 Reply Memorandum of Law in Support of Motion filed by Sami Omar Al-Hussayen,, 415 Memorandum of Law in Oppisition to Motion,,, 63 Stipulation and Order,,,, 226 Reply Memorandum of Law in Support of Motion, filed by Saleh Abdullah Kamel,, Al Baraka Investment and Development,, 281 Endorsed Letter,,, 395 MOTION to Dismiss. filed by Adnan Basha,, 160 Reply Memorandum of Law in Support of Motion filed by Mar-Jac Poultry,, 492 Declaration in Support of Motion,,,, 475 Stipulation and Order,,,,,,,, 487 Declaration in Opposition to Motion,,, 305 Acknowledgment of Service Complaints. filed by Federal Insurance Company et al., Plaintiffs,, 162 Reply to Response to Motion filed by Jamal Barzinji,, 175 Endorsed Letter,, 224 Reply Memorandum of Law in Support of Motion filed by Rabita Trust,, 399 Memorandum of Law in Support of Motion,, filed by Shahir Abdulraoof Batterjee,, 465 Answer to Complaint filed by Jamal Barzinji,, 54 MOTION (FILED ON SERVICE DATE) for an order authorizing pltffs to effectuate service of process on those defts incarcerated in US custody, by sending the Summons & Complt via cert. mail to the US Justice Department % Atty General John Ashcroft.. filed by Pacific Indemnity Company,, Vigilant Insurance Company,, Fidelity and Deposit Company of Maryland,, Maryland Casualty Company,, United States Fire Insurance Company,, Zurich American Insurance Company,, Steadfast Insurance Company,, Great Northern Insurance Company,, One Beacon Insurance Company,, Northern Insurance Company of New York,, One Beacon America Insurance Company,, Federal Insurance Company,, Chubb Insurance Company of Canada,, Chubb Insurance Company of New Jersey,, Colonial American Casualty and Surety Insurance Company,, Valiant Insurance Company,, Homeland Insurance Company of New York,, Crum & Forster Indemnity Company,, North River Insurance Company,, Great Lakes Reinsurance U.K. PLC,, The Princeton Excess & Surplus Lines Insurance Company,, 508 Declaration in Support of Motion,,,, 91 Rule 7.1 Disclosure Statement, filed by Pacific Indemnity Company,, Vigilant Insurance Company,, United States Fire Insurance Company,, One Beacon Insurance Company,, Northern Insurance Company of New York,, One Beacon America |

| # | Date | Proceeding Text |
|---|------|-----------------|
| | | Insurance Company,, Valiant Insurance Company,, North River Insurance Company,, 318 Endorsed Letter,,,, 467 Notice (Other) filed by Aradi, Inc.,, 439 Reply Memorandum of Law in Support of Motion,, filed by Mohammed Ali Sayed Mushayt,, 41 Affidavit of Service Complaints, 112 MOTION to Dismiss the First Amended Complaint. filed by M. Yaqub Mirza,, Iqbal Yunus,, M. Omar Ashraf,, Muhammad Ashraf,, Taha Jaber Al-Alwani,, 144 Memorandum of Law in Support of Motion filed by Mohammed Al Faisal Saud,, 347 Stipulation and Order,,,, 377 MOTION to Dismiss. filed by Saleh Al-Hussayen,, 27 Affidavit of Service Complaints, 190 Reply Memorandum of Law in Support of Motion filed by Arab Bank, PLC,, 485 CONSENT MOTION for Extension of Time to File Answer to Federal Insurance Complaint., 387 Memorandum of Law in Support of Motion, filed by Safar Al-Hawali,, 334 Stipulation and Order,,,, 478 Memorandum of Law in Support of Motion,, filed by M. Yaqub Mirza,, Ahmed Totonji,, M. Omar Ashraf,, Mohammed Jaghlit,, Muhammad Ashraf,, Taha Jaber Al-Alwani,, 97 Memorandum of Law in Support of Motion filed by Fidelity and Deposit Company of Maryland,, Mustafa Mohamed Fadhil,, Federal Insurance Company,, 255 Memorandum of Law in Support,,, filed by Suleiman Abdel Aziz Al Rajhi,, 129 Notice (Other) filed by ALL PLAINTIFFS,, 520 Answer to Amended Complaint filed by International Islamic Relief Organization,, 499 MOTION to Dismiss., 510 Reply Memorandum of Law in Support of Motion,,, filed by M. Yaqub Mirza,, Saar Foundation,, Ahmed Totonji,, Hisham Al-Talib,, Iqbal Yunus,, Jamal Barzinji,, M. Omar Ashraf,, Mohammed Jaghlit,, Muhammad Ashraf,, Taha Jaber Al-Alwani,, Heritage Education Trust,, Mar-Jac Investments, Inc.,, Mena Corporation,, Safa Trust,, Sterling Charitable Gift Fund,, York Foundation,, 381 Memorandum of Law in Support of Motion,, filed by Abdullah Bin Saleh Al-Obaid,, 85 Stipulation and Order,, 390 Memorandum of Law in Support of Motion,,, 454 Response in Support of Motion,, filed by Saleh Al-Hussayen,, 138 Memorandum & Opinion,,,, 198 Rule 7.1 Disclosure Statement filed by National Commercial Bank,, 384 Memorandum of Law in Support of Motion,,, 274 Endorsed Letter,, 71 Order,, 60 Stipulation and Order,,,, 366 Stipulation and Order,,,,,,,, 53 Memorandum of Law in Support of Motion, filed by Vigilant Insurance Company,, Federal Insurance Company,, 87 Stipulation and Order,, 470 Memorandum of Law in Support of Motion, filed by Ahmed Totonji,, Mohammed Jaghlit,, Heritage Education Trust,, Mar-Jac Investments, Inc.,, Mena Corporation,, Safa Trust,, Sterling Charitable Gift Fund,, York Foundation,, Reston Investments, Inc.,, Sterling Management Group,, International Institute of Islamic Thought,, African Muslim Agency,, Grove Corporate,Inc..,, 482 Memorandum of Law in Oppisition to Motion,,, 265 Reply Memorandum of Law in Support of Motion, 32 Affidavit of Service Complaints, filed by Federal Insurance Company,, 443 MOTION to Dismiss Continental Casualty, Burnett, WTC, Euro Brokers, Federal Insurance., 83 Stipulation and Order, 254 Memorandum of Law in Oppisition to Motion, filed by Federal Insurance Company et al.,, Plaintiffs,, 155 Stipulation and Order of Dismissal,, 49 MOTION (FILED ON SERVICE DATE) for Sean P. Carter, Esquire to Appear Pro Hac Vice. filed by Pacific Indemnity Company,, Vigilant Insurance Company,, Fidelity and Deposit Company of Maryland,, Maryland Casualty Company,, United States Fire Insurance Company,, Zurich American Insurance Company,, American Guarantee and Liability Insurance Company,, Steadfast Insurance Company,, Great Northern Insurance Company,, American Zurich Insurance Company,, American Alternative Insurance Corporation,, One Beacon Insurance Company,, Assurance Company of America,, Northern Insurance Company of New York,, One Beacon America Insurance Company,, Federal Insurance Company,, Chubb Custom Insurance Company,, Chubb Indemnity Insurance Company,, Chubb Insurance Company of Canada,, Chubb Insurance Company of New Jersey,, Colonial American Casualty and Surety Insurance Company,, Valiant Insurance Company,, American Employers' Insurance Company,, The Camden Fire Insurance Association,, Homeland Insurance Company of New York,, Crum & Forster Indemnity Company,, North River Insurance Company,, Great Lakes Reinsurance U.K. PLC,, The Princeton Excess & Surplus Lines Insurance Company,, 199 Rule 7.1 Disclosure Statement filed by SNCB Corporate Finance Limited,, SNCB Securities Limited in London,, 404 MOTION to Dismiss., 270 Order Admitting Attorney Pro Hac Vice,, 539 Stipulation and Order,, 362 Reply Memorandum of Law in Support of Motion,, filed by Suleiman Abdel Aziz Al Rajhi,, 38 Affidavit of Service Complaints, 308 Acknowledgment of Service Complaints, filed by Federal Insurance Company et al.,, Plaintiffs,, 369 Stipulation and Order,,,, 341 Response to Motion,,, filed by Mohammed Al Faisal Saud,, The Kingdom of Saudi Arabia,, 280 Service by Publication,,, 247 Reply Memorandum of Law in Support of Motion, filed by National Commercial Bank,, 525 Order,,,, 302 Acknowledgment of Service Complaints, filed by Federal Insurance Company et al.,, Plaintiffs,, 516 Stipulation and Order, Set Deadlines/Hearings,,,,,,,, 26 Summons Returned Executed,,,, filed by Pacific Indemnity Company,, Vigilant Insurance Company,, Fidelity and Deposit Company of Maryland,, Maryland Casualty Company,, United States Fire Insurance Company,, Zurich American |

| # | Date | Proceeding Text |
|---|------|-----------------|
| | | Insurance Company,, American Guarantee and Liability Insurance Company,, Steadfast Insurance Company,, Great Northern Insurance Company,, American Zurich Insurance Company,, American Alternative Insurance Corporation,, One Beacon Insurance Company,, Assurance Company of America,, Northern Insurance Company of New York,, One Beacon America Insurance Company,, Federal Insurance Company,, Chubb Custom Insurance Company,, Chubb Indemnity Insurance Company,, Chubb Insurance Company of Canada,, Chubb Insurance Company of New Jersey,, Colonial American Casualty and Surety Insurance Company,, Valiant Insurance Company,, American Employers' Insurance Company,, The Camden Fire Insurance Association,, Homeland Insurance Company of New York,, Crum & Forster Indemnity Company,, North River Insurance Company,, Great Lakes Reinsurance U.K. PLC,, The Princeton Excess & Surplus Lines Insurance Company,, 304 Acknowledgment of Service Complaints, filed by Federal Insurance Company et al., Plaintiffs,, 159 Stipulation and Order,,,,, 403 Affidavit in Support of Motion,, filed by Mohammed Ali Sayed Mushayt,, 92 Memo Endorsement,,,,, 79 Stipulation and Order,, 202 Notice (Other) filed by Mohammed Al Faisal Al Saud,, 315 Reply Memorandum of Law in Support of Motion filed by Saudi Joint Relief Committee,, 446 MOTION to Dismiss., 235 Affirmation in Opposition to Motion, filed by Federal Insurance Company et al., Plaintiffs,, 435 Reply Memorandum of Law in Support of Motion,,, 289 Clerk Certificate of Mailing,,,, 354 MOTION to Dismiss., 151 Order on Motion to Withdraw as Attorney,,, 212 Endorsed Letter,,, 424 Affidavit of Service Complaints,,,,, filed by Federal Insurance Company et al., Plaintiffs,, 407 Order, Set Deadlines/Hearings,,,,,, 498 Declaration in Support,,,,, filed by World Assembly of Muslim Youth,, 57 MOTION (FILED ON SERVICE DATE) for Extension of Time. filed by Pacific Indemnity Company,, Vigilant Insurance Company,, Fidelity and Deposit Company of Maryland,, Maryland Casualty Company,, United States Fire Insurance Company,, Zurich American Insurance Company,, American Guarantee and Liability Insurance Company,, Great Northern Insurance Company,, American Zurich Insurance Company,, American Alternative Insurance Corporation,, One Beacon Insurance Company,, Assurance Company of America,, Northern Insurance Company of New York,, One Beacon America Insurance Company,, Federal Insurance Company,, Chubb Custom Insurance Company,, Chubb Indemnity Insurance Company,, Chubb Insurance Company of Canada,, Chubb Insurance Company of New Jersey,, Colonial American Casualty and Surety Insurance Company,, Valiant Insurance Company,, American Employers' Insurance Company,, The Camden Fire Insurance Association,, Homeland Insurance Company of New York,, Crum & Forster Indemnity Company,, North River Insurance Company,, Great Lakes Reinsurance U.K. PLC,, The Princeton Excess & Surplus Lines Insurance Company,, 80 Stipulation and Order,, 243 Stipulation and Order of Dismissal,,, 328 MOTION to Dismiss. filed by Soliman H.S. Al-Buthe,, 93 Memo Endorsement,, 120 MOTION for Protective Order Notice of Motion and Memorandum in Support of Motion for Limited Appearance and to Move for a Protective Order. filed by Prince Sultan Bin Abdulaziz Al Saud,, The Kingdom of Saudi Arabia,, Princess Haifa Al-Faisal,, 142 Case Management Plan,,, 56 Memorandum of Law in Support of Motion, filed by Federal Insurance Company,, 222 Memorandum of Law in Support of Motion, 262 Stipulation and Order,, 471 MOTION to Dismiss Notice of Motion. filed by Heritage Education Trust,, Mar-Jac Investments, Inc.,, Mena Corporation,, Safa Trust,, Sterling Charitable Gift Fund,, York Foundation,, 58 Order,,,,, 126 Endorsed Letter,, 269 Stipulation and Order,, 469 MOTION to Dismiss Memorandum in Support to Dismiss Aradi, Inc. filed by Aradi, Inc.,, 119 MOTION to Dismiss the First Amended Complaint. filed by Heritage Education Trust,, Mar-Jac Investments, Inc.,, Mena Corporation,, Safa Trust,, Sterling Charitable Gift Fund,, York Foundation,, Sana-Bell, Inc.,, Reston Investments, Inc.,, Sterling Management Group,, International Institute of Islamic Thought,, African Muslim Agency,, Grove Corporate,Inc.,, 48 MOTION (FILED ON SERVICE DATE) for Lisa Calvo Haas, Esquire to Appear Pro Hac Vice. filed by Pacific Indemnity Company,, Vigilant Insurance Company,, Fidelity and Deposit Company of Maryland,, Maryland Casualty Company,, United States Fire Insurance Company,, Zurich American Insurance Company,, American Guarantee and Liability Insurance Company,, Steadfast Insurance Company,, Great Northern Insurance Company,, American Zurich Insurance Company,, American Alternative Insurance Corporation,, One Beacon Insurance Company,, Assurance Company of America,, Northern Insurance Company of New York,, One Beacon America Insurance Company,, Federal Insurance Company,, Chubb Custom Insurance Company,, Chubb Indemnity Insurance Company,, Chubb Insurance Company of Canada,, Chubb Insurance Company of New Jersey,, Colonial American Casualty and Surety Insurance Company,, Valiant Insurance Company,, American Employers' Insurance Company,, The Camden Fire Insurance Association,, Homeland Insurance Company of New York,, Crum & Forster Indemnity Company,, North River Insurance Company,, Great Lakes Reinsurance U.K. PLC,, The Princeton Excess & Surplus Lines Insurance Company,, 260 Reply Memorandum of |

| # | Date | Proceeding Text |
|---|------|-----------------|
|   |      | Law in Support of Motion, 24 Affidavit of Service Complaints, 504 MOTION for Entry of Judgment under Rule 54(b). filed by Turki Al Faisal Al Saud,, Prince Naif Bin Abdulaziz Al Saud,, Prince Sultan Bin Abdulaziz Al Saud,, Saudi High Commission,, The Kingdom of Saudi Arabia,, Salman Bin Abdulaziz Al Saud,, 109 Answer to Complaint, Crossclaim filed by Muslim World League,, 177 MOTION to Dismiss and Memorandum of Law in Support of Motion to Dismiss. filed by The Kingdom of Saudi Arabia,, 268 Memorandum & Opinion,,,,,,,,,,,,, 299 Stipulation and Order,,, 425 MOTION to Dismiss the Federal Insurance action., 70 Notice of Voluntary Dismissal - Signed,, 522 Amended Answer to Complaints,, 88 Stipulation and Order,, 389 MOTION to Dismiss., 394 Affidavit in Support of Motion,, filed by Talal Mohammed Badkook,, 125 Endorsed Letter,,, 473 Reply Memorandum of Law in Support of Motion,,,, 344 Memorandum of Law in Oppisition to Motion,, filed by Saudi American Bank,, 512 Answer to Complaint filed by International Islamic Relief Organization,,,,, 538 Clerk's Judgment,,,,, 337 Endorsed Letter, Set Scheduling Order Deadlines,,,,, 284 Affirmation in Opposition to Motion, filed by Federal Insurance Company et al., Plaintiffs,, 363 Stipulation and Order,,, 285 Clerk Certificate of Mailing,,,, 480 Stipulation and Order, Set Deadlines/Hearings,,,,,,, 6 Clerk Certificate of Mailing,, 36 Affidavit of Service Complaints, filed by Zurich American Insurance Company,, 411 Stipulation and Order,, 481 Memorandum of Law in Support of Motion,, filed by World Assembly of Muslim Youth,, 62 Stipulation and Order,,,, 165 Memorandum of Law in Support of Motion filed by Mohammed Bin Abdulrahman Al Ariefy,, Faisal Group Holding Co.,, Alfaisaliah Group,, Abdullah Al Faisal Bin Abdulaziz Al Saud,, 474 Declaration in Support of Motion,,,, 521 Amended Answer to Complaints filed by International Islamic Relief Organization,, 279 Memorandum of Law in Support of Motion filed by Sami Omar Al-Hussayen,, 249 Declaration in Support of Motion,,, 450 MOTION for Extension of Time Motion for an Order Adjourning Indefinately the Time For Defendant Faisal Islamic Bank - Sudan to Respond to Recent Pleadings., 306 Acknowledgment of Service Complaints, filed by Federal Insurance Company et al., Plaintiffs,, 453 Response in Support of Motion,,, 413 Memorandum of Law in Oppisition to Motion,,, 204 Endorsed Letter,, 437 Reply Memorandum of Law in Support of Motion,, filed by Shahir Abdulraoof Batterjee,, 484 CONSENT MOTION for Extension of Time to File Answer To Federal Insurance Complaint., 386 MOTION to Dismiss. filed by Safar Al-Hawali,, 173 Stipulation and Order,,, 397 Affidavit in Support of Motion, filed by Adnan Basha,, 398 MOTION to Dismiss. filed by Shahir Abdulraoof Batterjee,, 84 Stipulation and Order,, 225 Reply Memorandum of Law in Support of Motion filed by International Islamic Relief Organization,, 65 Response to Motion, filed by Prince Naif Bin Abdulaziz Al Saud,, 283 Memorandum of Law in Oppisition to Motion, filed by Federal Insurance Company et al., Plaintiffs,, 116 Rule 7.1 Disclosure Statement filed by Arab Bank, PLC,, 531 Clerk Certificate of Mailing,, 122 MOTION for Protective Order Notice of Motion and Memorandum in Support of Motion for Limited Appearance and to Move for a Protective Order. filed by Princess Haifa Al-Faisal,, The Royal Embassy of Saudi Arabia,, Prince Bandar bin Sultan bin Abdulaziz,, Ahmed A. Kattan,, Abdul Rahman I. Al-Noah,, 502 MOTION for Entry of Judgment under Rule 54(b) Notice of Motion of HRH Prince Mohamed Al Faisal Al Saud for Entry of Judgment Pursuant to Federal Rule of Civil Procedure 54(b)., 373 Order,,, 189 Reply Memorandum of Law in Support of Motion filed by Prince Sultan Bin Abdulaziz Al Saud,, 195 Reply Memorandum of Law in Support of Motion,, filed by M. Yaqub Mirza,, Iqbal Yunus,, Jamal Barzinji,, M. Omar Ashraf,, Muhammad Ashraf,, Taha Jaber Al-Alwani,, Heritage Education Trust,, Mar-Jac Investments, Inc.,, Mena Corporation,, Safa Trust,, Sterling Charitable Gift Fund,, York Foundation,, Sana-Bell, Inc.,, Reston Investments, Inc.,, Sterling Management Group,, International Institute of Islamic Thought,, African Muslim Agency,, Grove Corporate,Inc.,, 10 Notice of Case Assignment/Reassignment, Set Answer Due Date, 113 MOTION to Dismiss the First Amended Complaint. filed by Jamal Barzinji,, 169 Endorsed Letter,, 540 Reply Memorandum of Law in Support of Motion,,, 7 Clerk Certificate of Mailing,, 104 Amended Complaint,,,,,,, filed by Pacific Indemnity Company,, Allstate Insurance Company,, Vigilant Insurance Company,, Fidelity and Deposit Company of Maryland,, Maryland Casualty Company,, United States Fire Insurance Company,, Seneca Insurance Company, Inc.,, Zurich American Insurance Company,, American Guarantee and Liability Insurance Company,, Steadfast Insurance Company,, Continental Insurance Company,, Great Northern Insurance Company,, American Zurich Insurance Company,, Glens Falls Insurance Company,, American Alternative Insurance Corporation,, One Beacon Insurance Company,, Commercial Insurance Company of Newark, N.J.,, Assurance Company of America,, Northern Insurance Company of New York,, One Beacon America Insurance Company,, Boston Old Colony Insurance Company,, Federal Insurance Company,, Chubb Custom Insurance Company,, Chubb Indemnity Insurance Company,, Chubb Insurance Company of Canada,, Chubb Insurance Company of New Jersey,, Colonial American Casualty and Surety Insurance Company,, Valiant Insurance Company,, American Employers' Insurance |

| # | Date | Proceeding Text |
|---|---|---|
| | | Company,, The Camden Fire Insurance Association,, Homeland Insurance Company of New York,, Crum & Forster Indemnity Company,, North River Insurance Company,, Great Lakes Reinsurance U.K. PLC,, The Princeton Excess & Surplus Lines Insurance Company,, National Ben Franklin Insurance Company of Illinois,, Hiscox Dedicated Corporate Member, Ltd.,, Amlin Underwriting, Ltd.,, CNA Casualty of California,, Continental Insurance Company of New Jersey,, Fidelity and Casualty Company of New York,, 326 Endorsed Letter,, 477 MOTION to Dismiss Notice Of Motion. filed by M. Yaqub Mirza,, Ahmed Totonji,, M. Omar Ashraf,, Mohammed Jaghlit,, Muhammad Ashraf,, Taha Jaber Al-Alwani,, Aaran Money Wire Service, Inc.,, 45 MOTION (FILED ON SERVICE DATE) for Elliott R. Feldman, Esquire to Appear Pro Hac Vice. filed by Pacific Indemnity Company,, Vigilant Insurance Company,, Fidelity and Deposit Company of Maryland,, Maryland Casualty Company,, United States Fire Insurance Company,, Zurich American Insurance Company,, American Guarantee and Liability Insurance Company,, Steadfast Insurance Company,, Great Northern Insurance Company,, American Zurich Insurance Company,, American Alternative Insurance Corporation,, One Beacon Insurance Company,, Assurance Company of America,, Northern Insurance Company of New York,, One Beacon America Insurance Company,, Federal Insurance Company,, Chubb Custom Insurance Company,, Chubb Indemnity Insurance Company,, Chubb Insurance Company of Canada,, Chubb Insurance Company of New Jersey,, Colonial American Casualty and Surety Insurance Company,, Valiant Insurance Company,, American Employers' Insurance Company,, The Camden Fire Insurance Association,, Homeland Insurance Company of New York,, Crum & Forster Indemnity Company,, North River Insurance Company,, Great Lakes Reinsurance U.K. PLC,, The Princeton Excess & Surplus Lines Insurance Company,, 352 Notice of Appearance filed by Yousef Jameel,, 401 MOTION to Dismiss. filed by Mohammed Ali Sayed Mushayt,, 277 Order Admitting Attorney Pro Hac Vice,,,,,,,, 251 Memorandum of Law in Oppisition to Motion, filed by Federal Insurance Company et al., Plaintiffs,, 455 Response in Support of Motion,, filed by Abdullah Bin Saleh Al-Obaid,, 263 Stipulation and Order,, 1 Complaint, 350 Memorandum of Law in Oppisition to Motion, filed by Salman Bin Abdulaziz Al Saud,, 115 Order Admitting Attorney Pro Hac Vice, 234 Memorandum of Law in Oppisition to Motion, filed by Federal Insurance Company et al., Plaintiffs,, 378 Memorandum of Law in Support of Motion,, filed by Saleh Al-Hussayen,, 324 MOTION to Dismiss Sulaiman Al Rajhi. MOTION to Dismiss for Lack of Jurisdiction Sulaiman Al Rajhi. MOTION to Dismiss Sulaiman Al Rajhi. MOTION to Dismiss for Lack of Jurisdiction Sulaiman Al Rajhi. MOTION to Dismiss Sulaiman Al Rajhi. MOTION to Dismiss for Lack of Jurisdiction Sulaiman Al Rajhi. filed by Suleiman Abdel Aziz Al Rajhi,, 211 Memorandum of Law in Oppisition to Motion, filed by ALL PLAINTIFFS,, 367 Endorsed Letter,, 59 Stipulation and Order,,, 105 Response, filed by United States of America,, 432 Reply Memorandum of Law in Support of Motion,, filed by Abdullah Bin Saleh Al-Obaid,, 292 Clerk Certificate of Mailing,,,,,,,,,,, 242 Endorsed Letter,, 343 Memorandum of Law in Oppisition to Motion,,, 40 Affidavit of Service Complaints, 101 Reply Memorandum of Law in Support of Motion,,,,,, filed by Pacific Indemnity Company,, Vigilant Insurance Company,, Fidelity and Deposit Company of Maryland,, Maryland Casualty Company,, United States Fire Insurance Company,, Zurich American Insurance Company,, American Guarantee and Liability Insurance Company,, Steadfast Insurance Company,, Great Northern Insurance Company,, American Zurich Insurance Company,, American Alternative Insurance Corporation,, One Beacon Insurance Company,, Assurance Company of America,, Northern Insurance Company of New York,, One Beacon America Insurance Company,, Federal Insurance Company,, Chubb Custom Insurance Company,, Chubb Indemnity Insurance Company,, Chubb Insurance Company of Canada,, Chubb Insurance Company of New Jersey,, Colonial American Casualty and Surety Insurance Company,, Valiant Insurance Company,, American Employers' Insurance Company,, The Camden Fire Insurance Association,, Homeland Insurance Company of New York,, Crum & Forster Indemnity Company,, North River Insurance Company,, Great Lakes Reinsurance U.K. PLC,, The Princeton Excess & Surplus Lines Insurance Company,, 518 Case Management Plan,,,,,, 388 Affidavit in Support of Motion,, filed by Safar Al-Hawali,, 150 Endorsed Letter,,,, 72 Stipulation and Order,, 22 Summons Returned Executed, 408 Stipulation and Order,,, 414 Memorandum of Law in Oppisition to Motion,,, 526 Memorandum of Law in Oppisition to Motion,,, 231 Memorandum of Law in Support of Motion, 444 Memorandum of Law in Support,,, 188 Reply Memorandum of Law in Support of Motion, filed by Turki Al Faisal Al Saud,, 496 Declaration in Support of Motion,, filed by World Assembly of Muslim Youth,, 416 Memorandum of Law in Oppisition to Motion,,, 176 MOTION to Dismiss The Amended Complaint. filed by Prince Sultan Bin Abdulaziz Al Saud,, 52 MOTION (FILED ON SERVICE DATE) FOR APPOINTMENT OF A DISCOVERY MASTER IN LIEU OF CONSOLIDATION OF THEIR ACTIONS WITH IN RE TERRORIST ATTACK ON SEPTEMBER 11, 2001, 03 MD 1507 (SDNY). filed by Federal |

| # | Date | Proceeding Text |
|---|------|-----------------|
|   |      | Insurance Company,, Valiant Insurance Company,, 314 Reply Memorandum of Law in Support of Motion, filed by Saudi Joint Relief Committee,, 183 MOTION to Dismiss The Complaints. filed by Salman Bin Abdulaziz Al Saud,, 300 Acknowledgment of Service Complaints, filed by Federal Insurance Company et al., Plaintiffs,, 423 Memorandum & Opinion,,,,,,,,,, 90 Notice (Other), Notice (Other), Notice (Other), 491 Memorandum of Law in Support of Motion,,, 148 Marshal's Process Receipt and Return of Service Executed Other, filed by ALL PLAINTIFFS,, 288 Clerk Certificate of Mailing,,,, 106 Certificate of Service Other, filed by United States of America,, 501 Set Deadlines/Hearings, Order,,,,,,, 237 Memorandum of Law in Oppisition to Motion, filed by Federal Insurance Company et al., Plaintiffs,, 420 Memorandum of Law in Oppisition to Motion,,, 77 Stipulation and Order,, 248 Reply Memorandum of Law in Support of Motion,,, 67 Order, Set Deadlines,,,,,,,,,,,,,,,, 529 Memorandum of Law in Oppisition to Motion,,, 541 Reply Memorandum of Law in Support of Motion,,, 197 Reply Memorandum of Law in Support of Motion, filed by Salman Bin Abdulaziz Al Saud,, 406 Affidavit in Support of Motion,,, 221 MOTION to Dismiss Notice of Motion to Dismiss., 460 Response in Support of Motion,,, 102 Letter,, 273 Affidavit in Opposition to Motion, filed by Federal Insurance Company et al., Plaintiffs,, 131 Order Admitting Attorney Pro Hac Vice,, Add and Terminate Parties, 293 Order,,, 298 Stipulation and Order,, 307 Acknowledgment of Service Complaints, filed by Federal Insurance Company et al., Plaintiffs,, 488 Declaration in Opposition to Motion,,, 448 Memorandum of Law in Support of Motion, 255 Memorandum of Law in Oppisition to Motion, filed by Federal Insurance Company et al., Plaintiffs,, 240 Endorsed Letter,,, 445 Declaration in Support,,, 528 Memorandum of Law in Oppisition to Motion,,, 507 Declaration in Opposition to Motion,,, 442 Affidavit, filed by Federal Insurance Company et al., Plaintiffs,, 338 Stipulation and Order,,, 95 Memo Endorsement,, 127 Endorsed Letter,,,, 359 Reply Memorandum of Law in Support of Motion,,,, 203 Reply Memorandum of Law in Support of Motion filed by Saudi High Commission,, 275 Stipulation and Order,, 494 Declaration in Support of Motion,,,, 351 Order,, 349 Reply Memorandum of Law in Support of Motion,,, filed by Federal Insurance Company et al., Plaintiffs,, 317 Memorandum of Law in Support of Motion, 291 Clerk Certificate of Mailing,,,,,,,,,, 452 Response in Support of Motion,,, filed by Safar Al-Hawali,, 141 Case Management Plan,,,,, 42 Affidavit of Service Complaints, filed by Federal Insurance Company,, 271 Stipulation and Order,,,, 517 Reply Memorandum of Law in Support of Motion,,,, 107 Stipulation and Order,,, 486 Memorandum of Law in Oppisition to Motion,,, 153 MOTION to Dismiss. filed by Saudi High Commission,, 100 Certificate of Service Other, filed by United States of America,, 282 Stipulation and Order,,, 37 Affidavit of Service Complaints,,,,, filed by Pacific Indemnity Company,, Vigilant Insurance Company,, Fidelity and Deposit Company of Maryland,, Maryland Casualty Company,, United States Fire Insurance Company,, Zurich American Insurance Company,, American Guarantee and Liability Insurance Company,, Steadfast Insurance Company,, Great Northern Insurance Company,, American Zurich Insurance Company,, American Alternative Insurance Corporation,, One Beacon Insurance Company,, Assurance Company of America,, Northern Insurance Company of New York,, One Beacon America Insurance Company,, Federal Insurance Company,, Chubb Custom Insurance Company,, Chubb Indemnity Insurance Company,, Chubb Insurance Company of Canada,, Chubb Insurance Company of New Jersey,, Colonial American Casualty and Surety Insurance Company,, Valiant Insurance Company,, American Employers' Insurance Company,, The Camden Fire Insurance Association,, Homeland Insurance Company of New York,, Crum & Forster Indemnity Company,, North River Insurance Company,, Great Lakes Reinsurance U.K. PLC,, The Princeton Excess & Surplus Lines Insurance Company,, 309 MOTION (FILED ON SERVICE DATE) to Dismiss., 336 Order,, 25 Summons Returned Executed,,,, filed by Pacific Indemnity Company,, Vigilant Insurance Company,, Fidelity and Deposit Company of Maryland,, Maryland Casualty Company,, United States Fire Insurance Company,, Zurich American Insurance Company,, American Guarantee and Liability Insurance Company,, Steadfast Insurance Company,, Great Northern Insurance Company,, American Zurich Insurance Company,, American Alternative Insurance Corporation,, One Beacon Insurance Company,, Assurance Company of America,, Northern Insurance Company of New York,, One Beacon America Insurance Company,, Saleh Abdulaziz Al-Rajhi,, Federal Insurance Company,, Chubb Custom Insurance Company,, Chubb Indemnity Insurance Company,, Chubb Insurance Company of Canada,, Chubb Insurance Company of New Jersey,, Colonial American Casualty and Surety Insurance Company,, Valiant Insurance Company,, American Employers' Insurance Company,, The Camden Fire Insurance Association,, Homeland Insurance Company of New York,, Crum & Forster Indemnity Company,, North River Insurance Company,, Great Lakes Reinsurance U.K. PLC,, The Princeton Excess & Surplus Lines Insurance Company,, 530 Clerk Certificate of Mailing, 74 Stipulation and Order,, 537 Stipulation and Order,,, 523 Stipulation and Order,,,,,, 320 MOTION to Dismiss Saleh Al Rajhi. MOTION to |

| # | Date | Proceeding Text |
|---|------|-----------------|
| | | Dismiss for Lack of Jurisdiction Saleh Al Rajhi. MOTION to Dismiss Saleh Al Rajhi. MOTION to Dismiss for Lack of Jurisdiction Saleh Al Rajhi. MOTION to Dismiss Saleh Al Rajhi. MOTION to Dismiss for Lack of Jurisdiction Saleh Al Rajhi. filed by Saleh Abdulaziz Al-Rajhi,, 515 Memorandum of Law in Support of Motion,, filed by Jamal Barzinji,, 461 Response in Support of Motion,, filed by Saudi Red Crescent,, 392 MOTION to Dismiss. filed by Talal Mohammed Badkook,, 128 Notice (Other) filed by Mohammed Al Faisal Al Saud,, 166 MOTION to Dismiss Failure to State a Claim. MOTION to Dismiss for Lack of Jurisdiction Lack of Subject Matter Jurisdiction. MOTION to Dismiss Failure to State a Claim. MOTION to Dismiss for Lack of Jurisdiction Lack of Subject Matter Jurisdiction. filed by Saleh Abdullah Kamel,, Al Baraka Investment and Development,, 29 Affidavit of Service Complaints,,,, filed by Pacific Indemnity Company,, Fidelity and Deposit Company of Maryland,, American Guarantee and Liability Insurance Company,, Great Northern Insurance Company,, American Zurich Insurance Company,, American Alternative Insurance Corporation,, One Beacon Insurance Company,, Assurance Company of America,, Northern Insurance Company of New York,, One Beacon America Insurance Company,, Federal Insurance Company,, Chubb Custom Insurance Company,, Chubb Indemnity Insurance Company,, Chubb Insurance Company of Canada,, Chubb Insurance Company of New Jersey,, Colonial American Casualty and Surety Insurance Company,, American Employers' Insurance Company,, Homeland Insurance Company of New York,, Crum & Forster Indemnity Company,, North River Insurance Company,, Great Lakes Reinsurance U.K. PLC,, 28 Affidavit of Service Complaints, 163 MOTION to Dismiss First Amended Complaint with Notice of Motion. filed by International Islamic Relief Organization,, 339 Order,, 287 Clerk Certificate of Mailing,,, 118 Memorandum of Law in Support of Motion filed by Arab Bank, PLC,, 9 Clerk Certificate of Mailing,, 264 Stipulation and Order,,,, 380 MOTION to Dismiss. filed by Abdullah Bin Saleh Al-Obaid,, Remark,, 46 MOTION (FILED ON SERVICE DATE) for Joseph Scott Tarbutton to Appear Pro Hac Vice. filed by Pacific Indemnity Company,, Vigilant Insurance Company,, Fidelity and Deposit Company of Maryland,, Maryland Casualty Company,, United States Fire Insurance Company,, Zurich American Insurance Company,, American Guarantee and Liability Insurance Company,, Steadfast Insurance Company,, Great Northern Insurance Company,, American Zurich Insurance Company,, American Alternative Insurance Corporation,, One Beacon Insurance Company,, Assurance Company of America,, Northern Insurance Company of New York,, One Beacon America Insurance Company,, Federal Insurance Company,, Chubb Custom Insurance Company,, Chubb Indemnity Insurance Company,, Chubb Insurance Company of Canada,, Chubb Insurance Company of New Jersey,, Colonial American Casualty and Surety Insurance Company,, Valiant Insurance Company,, American Employers' Insurance Company,, The Camden Fire Insurance Association,, Homeland Insurance Company of New York,, Crum & Forster Indemnity Company,, North River Insurance Company,, Great Lakes Reinsurance U.K. PLC,, The Princeton Excess & Surplus Lines Insurance Company,, 479 MOTION to Dismiss Notice of Motion. filed by M. Yaqub Mirza,, Ahmed Totonji,, Iqbal Yunus,, M. Omar Ashraf,, Mohammed Jaghlit,, Muhammad Ashraf,, 4 Clerk Certificate of Mailing,, 286 Clerk Certificate of Mailing,,, 172 Reply Memorandum of Law in Support of Motion, filed by Heritage Education Trust,, Mar-Jac Investments, Inc.,, Mena Corporation,, Safa Trust,, Sterling Charitable Gift Fund,, York Foundation,, Sana-Bell, Inc.,, Reston Investments, Inc.,, Sterling Management Group,, International Institute of Islamic Thought,, African Muslim Agency,, Grove Corporate,Inc.,, 355 Memorandum of Law in Oppisition to Motion, filed by Federal Insurance Company et al., Plaintiffs,, 490 MOTION Strike Defendant Taha Al Alwani's Motion to Dismiss, to Amend Plaintiff's Complaint, for Leave to File RICO Statement, For Reconsideration of the Court's Decision Relative to the Filing of A RICO Statement and other Relief., 241 Endorsed Letter,,, 158 Order,, 405 Memorandum of Law in Support of Motion,,, 82 Stipulation and Order,, 527 Declaration in Opposition to Motion,,, 108 Rule 7.1 Disclosure Statement filed by Muslim World League,, 185 Notice (Other) filed by Salman Bin Abdulaziz Al Saud,, 458 Response in Support of Motion,, filed by Shahir Abdulraoof Batterjee,, 434 Reply Memorandum of Law in Support of Motion,, filed by Adnan Basha,, 114 Endorsed Letter,,, 348 Stipulation and Order,,,, 436 Reply Memorandum of Law in Support of Motion,, filed by Talal Mohammed Badkook,, 227 Stipulation and Order of Dismissal,, 400 Affidavit in Support of Motion,, filed by Shahir Abdulraoof Batterjee,, 430 Reply Memorandum of Law in Support of Motion,, filed by Saudi Red Crescent,, 168 MOTION to Dismiss for Lack of Jurisdiction Lack of Personal Jurisdiction. filed by Wa'el Hamza Julaidan,, 379 Affidavit in Support of Motion,, filed by Saleh Al-Hussayen,, 295 Clerk Certificate of Mailing,,, 483 Stipulation and Order,,,, 418 Memorandum of Law in Oppisition to Motion,,, 230 MOTION to Dismiss Notice of Motion to Dismiss. filed by DMI Administrative Services, S.A.,, 89 Stipulation and Order, 50 MOTION (FILED ON SERVICE DATE) for Stephen A. Cozen, Esquire to Appear |

| # | Date | Proceeding Text |
|---|------|-----------------|
| | | Pro Hac Vice. filed by Pacific Indemnity Company,, Vigilant Insurance Company,, Fidelity and Deposit Company of Maryland,, Maryland Casualty Company,, United States Fire Insurance Company,, Zurich American Insurance Company,, American Guarantee and Liability Insurance Company,, Steadfast Insurance Company,, Great Northern Insurance Company,, American Zurich Insurance Company,, American Alternative Insurance Corporation,, One Beacon Insurance Company,, Assurance Company of America,, Northern Insurance Company of New York,, One Beacon America Insurance Company,, Federal Insurance Company,, Chubb Custom Insurance Company,, Chubb Indemnity Insurance Company,, Chubb Insurance Company of Canada,, Chubb Insurance Company of New Jersey,, Colonial American Casualty and Surety Insurance Company,, Valiant Insurance Company,, American Employers' Insurance Company,, The Camden Fire Insurance Association,, Homeland Insurance Company of New York,, Crum & Forster Indemnity Company,, North River Insurance Company,, Great Lakes Reinsurance U.K. PLC,, The Princeton Excess & Surplus Lines Insurance Company,, 385 Affidavit in Support of Motion,,, 532 Clerk Certificate of Mailing,, 121 MOTION for Protective Order Notice of Motion and Memorandum in Support of Motion for Limited Appearance and to Move for a Protective Order. filed by The Kingdom of Saudi Arabia,, Princess Haifa Al-Faisal,, Prince Bandar bin Sultan,, 330 Reply Memorandum of Law in Support of Motion,,, filed by Perouz Seda Ghaty,, 412 Memorandum of Law in Oppisition to Motion,,, 364 Stipulation and Order,, 511 Memorandum of Law in Oppisition to Motion,,,, filed by M. Yaqub Mirza,, Saar Foundation,, Ahmed Totonji,,, Hisham Al-Talib,, Iqbal Yunus,, Jamal Barzinji,, M. Omar Ashraf,, Mohammed Jaghlit,, Muhammad Ashraf,, Taha Jaber Al-Alwani,, Heritage Education Trust,, Mar-Jac Investments, Inc.,, Mena Corporation,, Safa Trust,, Sterling Charitable Gift Fund,, York Foundation,, 391 Affidavit in Support of Motion,,, 313 Stipulation and Order,,,, 513 Answer to Complaint filed by Wa'el Hamza Julaidan,, 244 Stipulation and Order,, 466 Notice of Appearance filed by Aradi, Inc.,, 332 Order of Dismissal,,,, 164 MOTION to Dismiss. filed by Mohammed Bin Abdulrahman Al Ariefy,, Faisal Group Holding Co.,, Alfaisaliah Group,, Abdullah Al Faisal Bin Abdulaziz Al Saud,, 34 Affidavit of Service Complaints, filed by Federal Insurance Company,, 86 Stipulation and Order,, 346 Memorandum of Law in Oppisition to Motion,, 382 Affidavit in Support of Motion,, filed by Abdullah Bin Saleh Al-Obaid,, 503 Memorandum of Law in Support of Motion,, filed by Mohammed Al Faisal Al Saud,, 456 Response in Support of Motion, filed by Talal Mohammed Badkook,, 340 Affirmation in Opposition to Motion,,,,,,,,,,, filed by Federal Insurance Company et al., Plaintiffs,, 509 Declaration in Support of Motion,,,, 514 MOTION to Dismiss., 342 Stipulation and Order,,, 98 Response to Motion filed by Rabih Haddah,, 368 Stipulation and Order,,,, 103 Order,,,, 223 Reply Memorandum of Law in Support of Motion filed by Wa'el Hamza Julaidan,, 303 Acknowledgment of Service Complaints, filed by Federal Insurance Company et al., Plaintiffs,, 433 Reply Memorandum of Law in Support of Motion,,, 497 Memorandum of Law in Support of Motion filed by World Assembly of Muslim Youth,, 464 MOTION to Dismiss Complaint Pursuant to Rule 12(B)(6) For Failure to State a Claim. filed by African Muslim Agency,, 495 MOTION to Dismiss Notice of Motion. filed by World Assembly of Muslim Youth,, 130 Waiver of Service Executed,, filed by Federal Insurance Company et al., Plaintiffs,, 506 Declaration in Opposition to Motion,,, 154 Order, Set Hearings,,,,,,, 296 Clerk Certificate of Mailing,, 152 MOTION to Dismiss. filed by Saudi High Commission,, 110 MOTION to Dismiss Complaint By Federal Insurance Plaintiffs and to Quash Service of Process of His Royal Highness Prince Turki Al-Faisal Bin Abdulaziz Al-Saud. filed by Turki Al Faisal Al Saud,, 329 Reply Memorandum of Law in Support of Motion,,, filed by Perouz Seda Ghaty,, 371 Response in Opposition to Motion,,, 233 Endorsed Letter,,, 76 Stipulation and Order,, 96 MOTION (FILED ON SERVICE DATE). filed by Fidelity and Deposit Company of Maryland,, Federal Insurance Company,, Note Regarding Deleted Document, 94 Memo Endorsement,, 361 Reply Memorandum of Law in Support of Motion,,, filed by Suleiman Abdel Aziz Al Rajhi,, 157 Stipulation and Order,,, 253 Answer to Complaint filed by Abdulrahman Alamoudi,, 238 Affirmation in Opposition to Motion, filed by Federal Insurance Company et al., Plaintiffs,, 441 Affidavit of Service Complaints, filed by Federal Insurance Company et al., Plaintiffs,, 449 Stipulation and Order, Set Deadlines/Hearings,,,,, 68 MOTION (FILED ON SERVICE DATE) for Michael K. Kellogg, Mark C. Hansen, David C. Frederick, Michael J. Guzman, and J.C. Rozendaal to Appear Pro Hac Vice. filed by Turki Al Faisal Al Saud,, 184 Memorandum of Law in Support of Motion, filed by Salman Bin Abdulaziz Al Saud,, 322 MOTION to Dismiss Abdullah Al Rajhi. MOTION to Dismiss for Lack of Jurisdiction Abdullah Al Rajhi. MOTION to Dismiss Abdullah Al Rajhi. MOTION to Dismiss for Lack of Jurisdiction Abdullah Al Rajhi. MOTION to Dismiss Abdullah Al Rajhi. MOTION to Dismiss for Lack of Jurisdiction Abdullah Al Rajhi., 205 Endorsed Letter,, 200 MOTION to Dismiss Notice of Motion to Dismiss. filed by SNCB Corporate Finance Limited,, SNCB Securities Limited in London,, 374 MOTION to Dismiss. filed by Saudi Red Crescent, were transmitted to |

| # | Date | Proceeding Text |
|---|------|-----------------|
| | | the U.S. Court of Appeals. (tp, ) (Entered: 01/19/2006) |
| | 01/19/2006 | Transmission of Notice of Appeal and Certified Copy of Docket Sheet to US Court of Appeals re: 545 Notice of Appeal. (tp, ) (Entered: 01/19/2006) |
| | 01/19/2006 | Transmission of Notice of Appeal to the District Judge re: 545 Notice of Appeal. (tp, ) (Entered: 01/19/2006) |
| | 01/19/2006 | Transmission of Notice of Appeal and Certified Copy of Docket Sheet to US Court of Appeals re: 546 Notice of Appeal. (tp, ) (Entered: 01/19/2006) |
| | 01/19/2006 | Transmission of Notice of Appeal to the District Judge re: 546 Notice of Appeal. (tp, ) (Entered: 01/19/2006) |
| | 01/19/2006 | Transmission of Notice of Appeal and Certified Copy of Docket Sheet to US Court of Appeals re: 547 Notice of Appeal. (tp, ) (Entered: 01/19/2006) |
| | 01/19/2006 | Transmission of Notice of Appeal to the District Judge re: 547 Notice of Appeal. (tp, ) (Entered: 01/19/2006) |
| | 01/19/2006 | Transmission of Notice of Appeal and Certified Copy of Docket Sheet to US Court of Appeals re: 548 Notice of Appeal. (tp, ) (Entered: 01/19/2006) |
| | 01/19/2006 | Transmission of Notice of Appeal to the District Judge re: 548 Notice of Appeal. (tp, ) (Entered: 01/19/2006) |
| 549 | 01/19/2006 | REPLY MEMORANDUM OF LAW in Support re: 1433 MOTION to Dismiss Notice of Motion.. Document filed by Mena Corporation, Sterling Management Group, Inc., African Muslim Agency, Grove Corporate, Inc., Heritage Education Trust, International Institute of Islamic Thought, Mar-Jac Investments, Inc., Reston Investments, Inc., Safa Trust, York Foundation, Sterling Charitable Gift Fund. Filed In Associated Cases: 1:03-md-01570-RCC,1:02-cv-06977-RCC,1:02-cv-07300-RCC-FM,1:03-cv-05071-RCC,1:03-cv-05738-RCC, 1:03-cv-06978-RCC,1:03-cv-07036-RCC,1:03-cv-08591-RCC,1:03-cv-09848-RCC,1:03-cv-09849-RCC, 1:04-cv-01076-RCC,1:04-cv-01922-RCC,1:04-cv-01923-RCC,1:04-cv-05970-RCC,1:04-cv-06105-RCC, 1:04-cv-07065-RCC,1:04-cv-07216-RCC,1:04-cv-07279-RCC,1:04-cv-07280-RCC,1:04-cv-07281-RCC(Barentzen, Steven) (Entered: 01/19/2006) |
| 550 | 01/19/2006 | REPLY MEMORANDUM OF LAW in Support re: 1432 MOTION to Dismiss Memorandum in Support to Dismiss Aradi, Inc.. Document filed by Aradi, Inc.. Filed In Associated Cases: 1:03-md-01570-RCC,1:03-cv-06978-RCC(Castello, Richard) (Entered: 01/19/2006) |
| 551 | 01/19/2006 | MOTION to Dismiss. Document filed by Al Shamal Islamic Bank. Responses due by 3/20/2006 (Attachments: # 1 Supplement)Filed In Associated Cases: 1:03-md-01570-RCC,1:02-cv-06977-RCC,1:02-cv-07300-RCC-FM,1:03-cv-05071-RCC,1:03-cv-05738-RCC, 1:03-cv-06978-RCC,1:03-cv-07036-RCC,1:03-cv-08591-RCC,1:03-cv-09848-RCC,1:03-cv-09849-RCC, 1:04-cv-01076-RCC,1:04-cv-01922-RCC,1:04-cv-01923-RCC,1:04-cv-05970-RCC,1:04-cv-06105-RCC, 1:04-cv-07065-RCC,1:04-cv-07216-RCC,1:04-cv-07279-RCC,1:04-cv-07280-RCC,1:04-cv-07281-RCC(McMahon, Martin) (Entered: 01/19/2006) |
| 552 | 01/19/2006 | MEMORANDUM OF LAW in Support re: 1614 MOTION to Dismiss.. Document filed by Al Shamal Islamic Bank. (Attachments: # 1 Affidavit # 2 Supplement)Filed In Associated Cases: 1:03-md-01570-RCC,1:02-cv-06977-RCC,1:02-cv-07300-RCC-FM,1:03-cv-05071-RCC,1:03-cv-05738-RCC, 1:03-cv-06978-RCC,1:03-cv-07036-RCC,1:03-cv-08591-RCC,1:03-cv-09848-RCC,1:03-cv-09849-RCC, 1:04-cv-01076-RCC,1:04-cv-01922-RCC,1:04-cv-01923-RCC,1:04-cv-05970-RCC,1:04-cv-06105-RCC,1:04-cv-07216-RCC,1:04-cv-07279-RCC,1:04-cv-07280-RCC,1:04-cv-07281-RCC(McMahon, Martin) (Entered: 01/19/2006) |
| | 01/20/2006 | Transmission of Notice of Appeal and Certified Copy of Docket Sheet to US Court of Appeals re: 554 Notice of Appeal. (tp, ) (Entered: 01/20/2006) |
| | 01/20/2006 | Transmission of Notice of Appeal to the District Judge re: 554 Notice of Appeal. (tp, ) (Entered: 01/20/2006) |
| | 01/20/2006 | Appeal Record Sent to USCA (Electronic File). Certified Indexed record on Appeal Electronic Files for 472 Memorandum of Law in Support of Motion,,, filed by Heritage Education Trust,, Mar-Jac Investments,, Mena Corporation,, Safa Trust,, Sterling Charitable Gift Fund,, York Foundation,, 396 Memorandum of Law in Support of Motion, filed by Adnan Basha,, 319 Order,,,, 365 Stipulation and Order,,,,,, 316 MOTION to Dismiss.., 171 MOTION to Strike Portions of Plaintiffs' Opposition Briefs (Dkt. Nos. 290, 291). filed by M. Yaqub Mirza,, Iqbal Yunus,, Jamal Barzinji,, M. Omar Ashraf,, Muhammad Ashraf,, Taha Jaber Al-Alwani,, 356 Affirmation in Opposition to Motion filed by Federal Insurance Company et al., Plaintiffs,, 360 Reply Memorandum of Law in Support of Motion,,, filed by Saleh Abdulaziz Al-Rajhi,, 250 Order of Dismissal,,, 421 Memorandum of Law in Oppisition to Motion,,, 426 Memorandum of Law in |

| # | Date | Proceeding Text |
|---|------|-----------------|
| | | Support, 43 Notice of Appearance, filed by M. Yaqub Mirza,, Iqbal Yunus,, Jamal Barzinji,, M. Omar Ashraf,, Muhammad Ashraf,, Heritage Education Trust,, Mar-Jac Investments, Inc.,, Safa Trust,, Sterling Charitable Gift Fund,, York Foundation,, Sana-Bell, Inc.,, Reston Investments, Inc.,, Sterling Management Group,, International Institute of Islamic Thought,, Al Anwa,, African Muslim Agency,, Grove Corporate,Inc.,, 463 MOTION to Dismiss Complaint Pursuant to Rule 12(B)(6) For FailureTo State a Claim. filed by African Muslim Agency,, 552 Memorandum of Law in Support of Motion,, filed by Al Shamal Islamic Bank,, 261 Endorsed Letter,, 402 Memorandum of Law in Support of Motion,, filed by Mohammed Ali Sayed Mushayt,, 8 Clerk Certificate of Mailing,, 457 Response in Support of Motion, filed by Adnan Basha,, 167 MOTION to Dismiss for Lack of Jurisdiction Lack of Personal Jurisdiction. filed by Rabita Trust,, 372 Stipulation and Order,,,,, 422 Memorandum of Law in Oppisition to Motion,,, 431 Reply Memorandum of Law in Support of Motion,, filed by Saleh Al-Hussayen,, 500 Memorandum of Law in Support of Motion,,, 536 SUPPLEMENTAL MOTION to Dismiss Pursuant to CMO No. 4. filed by Shahir Abdulraoof Batterjee,, Abdul Rahman Al Swailem,, Mohammed Ali Sayed Mushayt,, Talal Mohammed Badkook,, Adnan Basha,, Saudi Red Crescent,, Salman Al-Ouda,, Safar Al-Hawali,, Saleh Al-Hussayen,, 73 Stipulation and Order,, 476 Notice (Other) filed by Yeslam M. Bin Laden,, 358 Stipulation and Order,,,,, 489 Declaration in Opposition to Motion,,, 252 MOTION to Dismiss. filed by Abdulrahman Alamoudi,, 323 Memorandum of Law in Support,,,, 542 Notice of Appeal filed by Federal Insurance Company et al., Plaintiffs,, 278 MOTION to Dismiss. filed by Sami Omar Al-Hussayen,, 333 Order,, 139 Endorsed Letter,,,, 64 Letter,, 534 Stipulation and Order of Dismissal,,,, 468 MOTION to Dismiss Memorandum in Support to Dismiss Aradi Inc.. filed by Aradi, Inc.,, 209 Order,,, 23 Summons Returned Executed, 229 Memorandum of Law in Oppisition to Motion filed by Tarik Hamdi,, 35 Affidavit of Service Complaints, filed by Zurich American Insurance Company,, 246 Stipulation and Order of Dismissal,, 331 Memorandum of Law in Oppisition to Motion, filed by Federal Insurance Company et al., Plaintiffs,, 409 Memorandum of Law in Oppisition to Motion,,,, 33 Affidavit of Service Complaints, 210 Order,,, 78 Stipulation and Order,, 524 Stipulation and Order,,, 290 Clerk Certificate of Mailing,,, 321 Memorandum of Law in Support,,, filed by Saleh Abdulaziz Al-Rajhi,, 39 Affidavit of Service Complaints, 335 Stipulation and Order,,, 429 Reply Affidavit in Support of Motion,,, 259 Reply Memorandum of Law in Support of Motion filed by Saudi American Bank,, 178 MOTION to Dismiss and Memorandum of Law in Support of Motion to Dismiss and to Quash Service of Process. filed by Prince Bandar bin Sultan bin Abdulaziz,, 301 Acknowledgment of Service Complaints, filed by Federal Insurance Company et al., Plaintiffs,, 81 Stipulation and Order,, 410 Stipulation and Order, Set Deadlines/Hearings,,,,,, 375 Memorandum of Law in Support of Motion,, filed by Saudi Red Crescent,, 505 Memorandum of Law in Support of Motion, filed by Turki Al Faisal Al Saud,, Prince Naif Bin Abdulaziz Al Saud,, Prince Sultan Bin Abdulaziz Al Saud,, Saudi High Commission,, The Kingdom of Saudi Arabia,, Salman Bin Abdulaziz Al Saud,, 174 Reply Memorandum of Law in Support of Motion filed by Mohammed Al Faisal Al Saud,, 47 MOTION (FILED ON SERVICE DATE) for John M. Popilock, Esquire to Appear Pro Hac Vice. filed by Pacific Indemnity Company,, Vigilant Insurance Company,, Fidelity and Deposit Company of Maryland,, Maryland Casualty Company,, United States Fire Insurance Company,, Zurich American Insurance Company,, American Guarantee and Liability Insurance Company,, Steadfast Insurance Company,, Great Northern Insurance Company,, American Zurich Insurance Company,, American Alternative Insurance Corporation,, One Beacon Insurance Company,, Assurance Company of America,, Northern Insurance Company of New York,, One Beacon America Insurance Company,, Federal Insurance Company,, Chubb Custom Insurance Company,, Chubb Indemnity Insurance Company,, Chubb Insurance Company of Canada,, Chubb Insurance Company of New Jersey,, Colonial American Casualty and Surety Insurance Company,, Valiant Insurance Company,, American Employers' Insurance Company,, The Camden Fire Insurance Association,, Homeland Insurance Company of New York,, Crum & Forster Indemnity Company,, North River Insurance Company,, Great Lakes Reinsurance U.K. PLC,, The Princeton Excess & Surplus Lines Insurance Company,, 447 MOTION to Dismiss., 294 Order Admitting Attorney Pro Hac Vice,, 438 Reply Memorandum of Law in Support of Motion,, filed by Safar Al-Hawali,, 239 Affirmation in Opposition to Motion,, filed by Federal Insurance Company et al., Plaintiffs,, 266 Order on Motion to Withdraw as Attorney,,, 201 MOTION to Dismiss Notice of Motion to Dismiss. filed by National Commercial Bank,, 143 MOTION to Dismiss First Amended Complaint. filed by Mohammed Al Faisal Al Saud,, 451 Response in Support of Motion,, 533 Clerk Certificate of Mailing,, 393 Memorandum of Law in Support of Motion,, filed by Talal Mohammed Badkook,, 276 Notice of Voluntary Dismissal - Signed,,,,,,, 228 Memorandum of Law in Oppisition to Motion filed by Tarik Hamdi,, 69 Order on Motion to Appear Pro Hac Vice,, 267 MOTION to Dismiss & Memorandum of Law in Support of |

| # | Date | Proceeding Text |
|---|------|-----------------|
| | | Motion to Dismiss of the Saudi Joint Relief Committee. filed by Saudi Joint Relief Committee,, 297 MOTION for Stephanie W. Fell to Withdraw as Attorney. filed by Al Baraka Investment and Development,, 370 Reply Memorandum of Law in Support of Motion,, filed by Soliman H.S. Al-Buthe,, 51 Affidavit of Service Complaints, 272 Memorandum of Law in Oppisition to Motion, filed by Federal Insurance Company et al., Plaintiffs,, 117 MOTION to Dismiss First Amended Complaint of Federal Insurance. filed by Arab Bank, PLC,, 419 Memorandum of Law in Oppisition to Motion,,, 236 Endorsed Letter, Set Scheduling Order Deadlines,,, 111 FIRST MOTION to Dismiss First Amended Complaint. filed by Mar-Jac Poultry,, 2 Rule 7.1 Disclosure Statement filed by Federal Insurance Company,, 75 Stipulation and Order,, 428 Reply Memorandum of Law in Support of Motion,,, 493 Declaration in Support of Motion,,,, 99 Response in Opposition to Motion,, filed by United States of America,, 213 Order Admitting Attorney Pro Hac Vice,,, 459 Response in Support of Motion,, filed by Mohammed Ali Sayed Mushayt,, 21 Summons Returned Executed, 140 MOTION to Withdraw 122 MOTION for Protective Order Notice of Motion and Memorandum in Support of Motion for Limited Appearance and to Move for a Protective Order.. filed by Princess Haifa Al-Faisal,, The Royal Embassy of Saudi Arabia,, Prince Bandar bin Sultan bin Abdulaziz,, Ahmed A. Kattan,, Abdul Rahman I. Al-Noah,, 462 Response in Support of Motion,,,,, 427 Reply Memorandum of Law in Support of Motion filed by Khaled Bin Mahfouz,, 245 Stipulation and Order of Dismissal,, 357 Memorandum of Law in Support of Motion, 170 MOTION to Strike Portions of Plaintiffs' Opposition Brief (Dkt. No. 315). filed by Heritage Education Trust,, Mar-Jac Investments, Inc.,, Mena Corporation,, Safa Trust,, Sterling Charitable Gift Fund,, York Foundation,, Sana-Bell, Inc.,, Reston Investments, Inc.,, Sterling Management Group,, International Institute of Islamic Thought,, African Muslim Agency,, Grove Corporate,Inc.,, 312 Stipulation and Order,,,, filed by Pacific Indemnity Company,, Vigilant Insurance Company,, Fidelity and Deposit Company of Maryland,, Maryland Casualty Company,, United States Fire Insurance Company,, Zurich American Insurance Company,, Steadfast Insurance Company,, Great Northern Insurance Company,, American Zurich Insurance Company,, American Alternative Insurance Corporation,, One Beacon Insurance Company,, Assurance Company of America,, Northern Insurance Company of New York,, One Beacon America Insurance Company,, Federal Insurance Company,, Ibrahim Bin Abdul Aziz Al Ibrahim Foundation,, Chubb Custom Insurance Company,, Chubb Indemnity Insurance Company,, Chubb Insurance Company of Canada,, Chubb Insurance Company of New Jersey,, Colonial American Casualty and Surety Insurance Company,, Valiant Insurance Company,, American Employers' Insurance Company,, The Camden Fire Insurance Association,, Homeland Insurance Company of New York,, Crum & Forster Indemnity Company,, North River Insurance Company,, Great Lakes Reinsurance U.K. PLC,, The Princeton Excess & Surplus Lines Insurance Company,, 161 Reply to Response to Motion filed by M. Yaqub Mirza,, Iqbal Yunus,, M. Omar Ashraf,, Muhammad Ashraf,, Taha Jaber Al-Alwani,, 232 Reply Memorandum of Law in Support of Motion, filed by The Kingdom of Saudi Arabia,, 376 Affidavit in Support of Motion,, filed by Saudi Red Crescent,, 196 MOTION to Dismiss the First Amended Complaint. filed by Saudi American Bank,, 31 Affidavit of Service Complaints,,,,, filed by Pacific Indemnity Company,, Vigilant Insurance Company,, Fidelity and Deposit Company of Maryland,, Maryland Casualty Company,, United States Fire Insurance Company,, Zurich American Insurance Company,, American Guarantee and Liability Insurance Company,, Great Northern Insurance Company,, American Zurich Insurance Company,, American Alternative Insurance Corporation,, One Beacon Insurance Company,, Assurance Company of America,, Northern Insurance Company of New York,, One Beacon America Insurance Company,, Chubb Custom Insurance Company,, Chubb Indemnity Insurance Company,, Chubb Insurance Company of Canada,, Chubb Insurance Company of New Jersey,, Colonial American Casualty and Surety Insurance Company,, Valiant Insurance Company,, American Employers' Insurance Company,, The Camden Fire Insurance Association,, Homeland Insurance Company of New York,, Crum & Forster Indemnity Company,, North River Insurance Company,, Great Lakes Reinsurance U.K. PLC,, The Princeton Excess & Surplus Lines Insurance Company,, 535 SUPPLEMENTAL MOTION to Dismiss Pursuant to CMO No. 4. filed by Soliman H.S. Al-Buthe,, Perouz Seda Ghaty,, 383 MOTION to Dismiss., 547 Notice of Appeal filed by Federal Insurance Company et al., Plaintiffs,, 345 MOTION for Leave to File Arabic language document. filed by Federal Insurance Company et al., Plaintiffs,, 55 MOTION (FILED ON SERVICE DATE) for entry of an Order authorizing plaintiffs to effectuate service of process on defendants Al Qaida, Egyptian Islamic Jihad, Jemaah Islamiyah and Ansar Al-Islam. filed by Federal Insurance Company,, 311 Response in Opposition to Motion,, 417 Memorandum of Law in Oppisition to Motion,,, 310 Memorandum of Law in Support of Motion,, 44 MOTION (FILED ON SERVICE DATE) for James M Cole to Appear Pro Hac Vice. filed by Prince Naif Bin |

| # | Date | Proceeding Text |
|---|------|-----------------|
| | | Abdulaziz Al Saud,, 519 Case Management Plan,,,,,, 353 Reply Memorandum of Law in Support of Motion filed by Sami Omar Al-Hussayen,, 415 Memorandum of Law in Oppisition to Motion,,, 63 Stipulation and Order,,,, 226 Reply Memorandum of Law in Support of Motion, filed by Saleh Abdullah Kamel,, Al Baraka Investment and Development,, 281 Endorsed Letter,,, 395 MOTION to Dismiss. filed by Adnan Basha,, 160 Reply Memorandum of Law in Support of Motion filed by Mar-Jac Poultry,, 492 Declaration in Support of Motion,,,, 475 Stipulation and Order,,,,,,,, 487 Declaration in Opposition to Motion,,,, 545 Notice of Appeal filed by Federal Insurance Company et al., Plaintiffs,, 305 Acknowledgment of Service Complaints, filed by Federal Insurance Company et al., Plaintiffs,, 162 Reply to Response to Motion filed by Jamal Barzinji,, 175 Endorsed Letter,,, 224 Reply Memorandum of Law in Support of Motion filed by Rabita Trust,, 399 Memorandum of Law in Support of Motion,, filed by Shahir Abdulraoof Batterjee,, 465 Answer to Complaint filed by Jamal Barzinji,, 54 MOTION (FILED ON SERVICE DATE) for an order authorizing pltffs to effectuate service of process on those defts incarcerated in US custody, by sending the Summons & Complt via cert. mail to the US Justice Department % Atty General John Ashcroft.. filed by Pacific Indemnity Company,, Vigilant Insurance Company,, Fidelity and Deposit Company of Maryland,, Maryland Casualty Company,, United States Fire Insurance Company,, Zurich American Insurance Company,, Steadfast Insurance Company,, Great Northern Insurance Company,, One Beacon Insurance Company,, Northern Insurance Company of New York,, One Beacon America Insurance Company,, Federal Insurance Company,, Chubb Insurance Company of Canada,, Chubb Insurance Company of New Jersey,, Colonial American Casualty and Surety Insurance Company,, Valiant Insurance Company,, Homeland Insurance Company of New York,, Crum & Forster Indemnity Company,, North River Insurance Company,, Great Lakes Reinsurance U.K. PLC,, The Princeton Excess & Surplus Lines Insurance Company,, 508 Declaration in Support of Motion,,,, 91 Rule 7.1 Disclosure Statement, filed by Pacific Indemnity Company,, Vigilant Insurance Company,, United States Fire Insurance Company,, One Beacon Insurance Company,, Northern Insurance Company of New York,, One Beacon America Insurance Company,, Valiant Insurance Company,, North River Insurance Company,, 318 Endorsed Letter,,,, 467 Notice (Other) filed by Aradi, Inc.,, 439 Reply Memorandum of Law in Support of Motion,, filed by Mohammed Ali Sayed Mushayt,, 41 Affidavit of Service Complaints, 112 MOTION to Dismiss the First Amended Complaint. filed by M. Yaqub Mirza,, Iqbal Yunus,, M. Omar Ashraf,, Muhammad Ashraf,, Taha Jaber Al-Alwani,, 144 Memorandum of Law in Support of Motion filed by Mohammed Al Faisal Al Saud,, 347 Stipulation and Order,,,, 377 MOTION to Dismiss. filed by Saleh Al-Hussayen,, 27 Affidavit of Service Complaints, 190 Reply Memorandum of Law in Support of Motion filed by Arab Bank, PLC,, 546 Notice of Appeal filed by Federal Insurance Company et al., Plaintiffs,, 485 CONSENT MOTION for Extension of Time to File Answer to Federal Insurance Complaint.. 387 Memorandum of Law in Support of Motion, filed by Safar Al-Hawali,, 334 Stipulation and Order,,,, 553 Notice of Appeal filed by Federal Insurance Company et al., Plaintiffs,, 478 Memorandum of Law in Support of Motion,, filed by M. Yaqub Mirza,, Ahmed Totonji,, M. Omar Ashraf,, Mohammed Jaghlit,, Muhammad Ashraf,, Taha Jaber Al-Alwani,, 97 Memorandum of Law in Support of Motion filed by Fidelity and Deposit Company of Maryland,, Mustafa Mohamed Fadhil,, Federal Insurance Company,, 325 Memorandum of Law in Support,,, filed by Suleiman Abdel Aziz Al Rajhi,, 129 Notice (Other) filed by ALL PLAINTIFFS,, 520 Answer to Amended Complaint filed by International Islamic Relief Organization,, 499 MOTION to Dismiss., 510 Reply Memorandum of Law in Support of Motion,,, filed by M. Yaqub Mirza,, Saar Foundation,, Ahmed Totonji,, Hisham Al-Talib,, Iqbal Yunus,, Jamal Barzinji,, M. Omar Ashraf,, Mohammed Jaghlit,, Muhammad Ashraf,, Taha Jaber Al-Alwani,, Heritage Education Trust,, Mar-Jac Investments, Inc.,, Mena Corporation,, Safa Trust,, Sterling Charitable Gift Fund,, York Foundation,, 381 Memorandum of Law in Support of Motion,, filed by Abdullah Bin Saleh Al-Obaid,, 85 Stipulation and Order,, 390 Memorandum of Law in Support of Motion,,, 454 Response in Support of Motion,, filed by Saleh Al-Hussayen,, 138 Memorandum & Opinion,, 198 Rule 7.1 Disclosure Statement filed by National Commercial Bank,, 384 Memorandum of Law in Support of Motion,,, 274 Endorsed Letter,, 71 Order,, 60 Stipulation and Order,,,, 366 Stipulation and Order,,,,,,, 53 Memorandum of Law in Support of Motion, filed by Vigilant Insurance Company,, Federal Insurance Company,, 87 Stipulation and Order,, 470 Memorandum of Law in Support of Motion, filed by Ahmed Totonji,, Mohammed Jaghlit,, Heritage Education Trust,, Mar-Jac Investments, Inc.,, Mena Corporation,, Safa Trust,, Sterling Charitable Gift Fund,, York Foundation,, Reston Investments, Inc.,, Sterling Management Group,, International Institute of Islamic Thought,, African Muslim Agency,, Grove Corporate,Inc.,, 482 Memorandum of Law in Oppisition to Motion,,, 265 Reply Memorandum of Law in Support of Motion, 32 Affidavit of Service Complaints, filed by Federal Insurance Company,, 443 MOTION to Dismiss Continental Casualty, Burnett, WTC, Euro Brokers, Federal |

| # | Date | Proceeding Text |
|---|------|-----------------|
|   |      | Insurance., 83 Stipulation and Order,, 254 Memorandum of Law in Oppisition to Motion, filed by Federal Insurance Company et al., Plaintiffs,, 155 Stipulation and Order of Dismissal,, 49 MOTION (FILED ON SERVICE DATE) for Sean P. Carter, Esquire to Appear Pro Hac Vice. filed by Pacific Indemnity Company,, Vigilant Insurance Company,, Fidelity and Deposit Company of Maryland,, Maryland Casualty Company,, United States Fire Insurance Company,, Zurich American Insurance Company,, American Guarantee and Liability Insurance Company,, Steadfast Insurance Company,, Great Northern Insurance Company,, American Zurich Insurance Company,, American Alternative Insurance Corporation,, One Beacon Insurance Company,, Assurance Company of America,, Northern Insurance Company of New York,, One Beacon America Insurance Company,, Federal Insurance Company,, Chubb Custom Insurance Company,, Chubb Indemnity Insurance Company,, Chubb Insurance Company of Canada,, Chubb Insurance Company of New Jersey,, Colonial American Casualty and Surety Insurance Company,, Valiant Insurance Company,, American Employers' Insurance Company,, The Camden Fire Insurance Association,, Homeland Insurance Company of New York,, Crum & Forster Indemnity Company,, North River Insurance Company,, Great Lakes Reinsurance U.K. PLC,, The Princeton Excess & Surplus Lines Insurance Company,, 199 Rule 7.1 Disclosure Statement filed by SNCB Corporate Finance Limited,, SNCB Securities Limited in London,, 404 MOTION to Dismiss., 270 Order Admitting Attorney Pro Hac Vice,, 539 Stipulation and Order,,, 362 Reply Memorandum of Law in Support of Motion,,, filed by Suleiman Abdel Aziz Al Rajhi,, 38 Affidavit of Service Complaints, 308 Acknowledgment of Service Complaints, filed by Federal Insurance Company et al., Plaintiffs,, 369 Stipulation and Order,,,, 341 Response to Motion,,, filed by Mohammed Al Faisal Al Saud,, 280 Service by Publication,, 247 Reply Memorandum of Law in Support of Motion, filed by National Commercial Bank,, 525 Order,,,, 302 Acknowledgment of Service Complaints, filed by Federal Insurance Company et al., Plaintiffs,, 516 Stipulation and Order, Set Deadlines/Hearings,,,,,,,, 26 Summons Returned Executed,,,,, filed by Pacific Indemnity Company,, Vigilant Insurance Company,, Fidelity and Deposit Company of Maryland,, Maryland Casualty Company,, United States Fire Insurance Company,, Zurich American Insurance Company,, American Guarantee and Liability Insurance Company,, Steadfast Insurance Company,, Great Northern Insurance Company,, American Zurich Insurance Company,, American Alternative Insurance Corporation,, One Beacon Insurance Company,, Assurance Company of America,, Northern Insurance Company of New York,, One Beacon America Insurance Company,, Federal Insurance Company,, Chubb Custom Insurance Company,, Chubb Indemnity Insurance Company,, Chubb Insurance Company of Canada,, Chubb Insurance Company of New Jersey,, Colonial American Casualty and Surety Insurance Company,, Valiant Insurance Company,, American Employers' Insurance Company,, The Camden Fire Insurance Association,, Homeland Insurance Company of New York,, Crum & Forster Indemnity Company,, North River Insurance Company,, Great Lakes Reinsurance U.K. PLC,, The Princeton Excess & Surplus Lines Insurance Company,, 304 Acknowledgment of Service Complaints, filed by Federal Insurance Company et al., Plaintiffs,, 159 Stipulation and Order,,,, 403 Affidavit in Support of Motion,, filed by Mohammed Ali Sayed Mushayt,, 92 Memo Endorsement,,,,, 79 Stipulation and Order,, 202 Notice (Other) filed by Mohammed Al Faisal Al Saud,, 315 Reply Memorandum of Law in Support of Motion filed by Saudi Joint Relief Committee,, 446 MOTION to Dismiss., 235 Affirmation in Opposition to Motion, filed by Federal Insurance Company et al., Plaintiffs,, 435 Reply Memorandum of Law in Support of Motion,,, 289 Clerk Certificate of Mailing,,,, 354 MOTION to Dismiss., 151 Order on Motion to Withdraw as Attorney,,, 212 Endorsed Letter,, 424 Affidavit of Service Complaints,,,,, filed by Federal Insurance Company et al., Plaintiffs,, 407 Order, Set Deadlines/Hearings,,,,,, 498 Declaration in Support,,,,, filed by World Assembly of Muslim Youth,, 57 MOTION (FILED ON SERVICE DATE) for Extension of Time. filed by Pacific Indemnity Company,, Vigilant Insurance Company,, Fidelity and Deposit Company of Maryland,, Maryland Casualty Company,, United States Fire Insurance Company,, Zurich American Insurance Company,, American Guarantee and Liability Insurance Company,, Great Northern Insurance Company,, American Zurich Insurance Company,, American Alternative Insurance Corporation,, One Beacon Insurance Company,, Assurance Company of America,, Northern Insurance Company of New York,, One Beacon America Insurance Company,, Federal Insurance Company,, Chubb Custom Insurance Company,, Chubb Indemnity Insurance Company,, Chubb Insurance Company of Canada,, Chubb Insurance Company of New Jersey,, Colonial American Casualty and Surety Insurance Company,, Valiant Insurance Company,, American Employers' Insurance Company,, The Camden Fire Insurance Association,, Homeland Insurance Company of New York,, Crum & Forster Indemnity Company,, North River Insurance Company,, Great Lakes Reinsurance U.K. PLC,, The Princeton Excess & Surplus Lines Insurance Company,, 551 MOTION to Dismiss. |

| # | Date | Proceeding Text |
|---|------|-----------------|
|   |      | filed by Al Shamal Islamic Bank,, 80 Stipulation and Order,, 243 Stipulation and Order of Dismissal,,, 328 MOTION to Dismiss. filed by Soliman H.S. Al-Buthe,, 93 Memo Endorsement,, 120 MOTION for Protective Order Notice of Motion and Memorandum in Support of Motion for Limited Appearance and to Move for a Protective Order. filed by Prince Sultan Bin Abdulaziz Al Saud,, The Kingdom of Saudi Arabia,, Princess Haifa Al-Faisal,, 142 Case Management Plan,,, 56 Memorandum of Law in Support of Motion, filed by Federal Insurance Company, 222 Memorandum of Law in Support of Motion, 262 Stipulation and Order,,, 471 MOTION to Dismiss Notice of Motion. filed by Heritage Education Trust,, Mar-Jac Investments, Inc.,, Mena Corporation,, Safa Trust,, Sterling Charitable Gift Fund,, York Foundation,, 58 Order,,,,, 126 Endorsed Letter,, 269 Stipulation and Order,, 469 MOTION to Dismiss Memorandum in Support to Dismiss Aradi, Inc. filed by Aradi, Inc.,, 119 MOTION to Dismiss the First Amended Complaint. filed by Heritage Education Trust,, Mar-Jac Investments, Inc.,, Mena Corporation,, Safa Trust,, Sterling Charitable Gift Fund,, York Foundation,, Sana-Bell, Inc.,, Reston Investments, Inc.,, Sterling Management Group,, International Institute of Islamic Thought,, African Muslim Agency,, Grove Corporate,Inc.,, 48 MOTION (FILED ON SERVICE DATE) for Lisa Calvo Haas, Esquire to Appear Pro Hac Vice. filed by Pacific Indemnity Company,, Vigilant Insurance Company,, Fidelity and Deposit Company of Maryland,, Maryland Casualty Company,, United States Fire Insurance Company,, Zurich American Insurance Company,, American Guarantee and Liability Insurance Company,, Steadfast Insurance Company,, Great Northern Insurance Company,, American Zurich Insurance Company,, American Alternative Insurance Corporation,, One Beacon Insurance Company,, Assurance Company of America,, Northern Insurance Company of New York,, One Beacon America Insurance Company,, Federal Insurance Company,, Chubb Custom Insurance Company,, Chubb Indemnity Insurance Company,, Chubb Insurance Company of Canada,, Chubb Insurance Company of New Jersey,, Colonial American Casualty and Surety Insurance Company,, Valiant Insurance Company,, American Employers' Insurance Company,, The Camden Fire Insurance Association,, Homeland Insurance Company of New York,, Crum & Forster Indemnity Company,, North River Insurance Company,, Great Lakes Reinsurance U.K. PLC,, The Princeton Excess & Surplus Lines Insurance Company,, 24 Affidavit of Service Complaints, 260 Reply Memorandum of Law in Support of Motion, 504 MOTION for Entry of Judgment under Rule 54(b). filed by Turki Al Faisal Al Saud,, Prince Naif Bin Abdulaziz Al Saud,, Prince Sultan Bin Abdulaziz Al Saud,, Saudi High Commission,, The Kingdom of Saudi Arabia,, Salman Bin Abdulaziz Al Saud,, 109 Answer to Complaint, Crossclaim filed by Muslim World League,, 177 MOTION to Dismiss and Memorandum of Law in Support of Motion to Dismiss. filed by The Kingdom of Saudi Arabia,, 268 Memorandum & Opinion,,,,,,,,,,,, 299 Stipulation and Order,,, 425 MOTION to Dismiss the Federal Insurance action., 70 Notice of Voluntary Dismissal - Signed,, 522 Amended Answer to Complaints,, 88 Stipulation and Order,, 389 MOTION to Dismiss. 394 Affidavit in Support of Motion,, filed by Talal Mohammed Badkook,, 125 Endorsed Letter,, 473 Reply Memorandum of Law in Support of Motion,,,, 344 Memorandum of Law in Oppisition to Motion,, filed by Saudi American Bank,, 512 Answer to Complaint filed by International Islamic Relief Organization,, 538 Clerk's Judgment,,,, 337 Endorsed Letter, Set Scheduling Order Deadlines,,,, 284 Affirmation in Opposition to Motion, filed by Federal Insurance Company et al., Plaintiffs,, 363 Stipulation and Order,,, 285 Clerk Certificate of Mailing,,, 480 Stipulation and Order, Set Deadlines/Hearings,,,,,, 6 Clerk Certificate of Mailing,, 36 Affidavit of Service Complaints, filed by Zurich American Insurance Company,, 411 Stipulation and Order,, 481 Memorandum of Law in Support of Motion,, filed by World Assembly of Muslim Youth,, 62 Stipulation and Order,,,, 165 Memorandum of Law in Support of Motion filed by Mohammed Bin Abdulrahman Al Ariefy,, Faisal Group Holding Co.,, Alfaisaliah Group,, Abdullah Al Faisal Bin Abdulaziz Al Saud,, 474 Declaration in Support of Motion,,,, 521 Amended Answer to Complaints filed by International Islamic Relief Organization,, 279 Memorandum of Law in Support of Motion filed by Sami Omar Al-Hussayen,, 249 Declaration in Support of Motion,,, 450 MOTION for Extension of Time Motion for an Order Adjourning Indefinately the Time For Defendant Faisal Islamic Bank - Sudan to Respond to Recent Pleadings., 306 Acknowledgment of Service Complaints, filed by Federal Insurance Company et al., Plaintiffs,, 543 Reply Memorandum of Law in Support,,, filed by Ahmed Totonji,, Mohammed Jaghlit,, Heritage Education Trust,, Mar-Jac Investments, Inc.,, Mena Corporation,, Safa Trust,, Sterling Charitable Gift Fund,, York Foundation,, 453 Response in Support of Motion,,, 413 Memorandum of Law in Oppisition to Motion,,, 204 Endorsed Letter,, 437 Reply Memorandum of Law in Support of Motion,, filed by Shahir Abdulraoof Batterjee,, 484 CONSENT MOTION for Extension of Time to File Answer To Federal Insurance Complaint., 386 MOTION to Dismiss. filed by Safar Al-Hawali,, 548 Notice of Appeal filed by Federal Insurance Company et al., Plaintiffs,, 173 Stipulation and Order,, 397 Affidavit in Support of Motion, filed by Adnan Basha,, 398 MOTION to Dismiss. filed |

| # | Date | Proceeding Text |
|---|------|-----------------|
| | | by Shahir Abdulraoof Batterjee,, 84 Stipulation and Order,, 225 Reply Memorandum of Law in Support of Motion filed by International Islamic Relief Organization,, 65 Response to Motion, filed by Prince Naif Bin Abdulaziz Al Saud,, 283 Memorandum of Law in Oppisition to Motion, filed by Federal Insurance Company et al., Plaintiffs,, 116 Rule 7.1 Disclosure Statement filed by Arab Bank, PLC,, 531 Clerk Certificate of Mailing,, 122 MOTION for Protective Order Notice of Motion and Memorandum in Support of Motion for Limited Appearance and to Move for a Protective Order. filed by Princess Haifa Al-Faisal,, The Royal Embassy of Saudi Arabia,, Prince Bandar bin Sultan bin Abdulaziz,, Ahmed A. Kattan,, Abdul Rahman I. Al-Noah,, 502 MOTION for Entry of Judgment under Rule 54(b) Notice of Motion of HRH Prince Mohamed Al Faisal Al Saud for Entry of Judgment Pursuant to Federal Rule of Civil Procedure 54(b)., 373 Order,,, 189 Reply Memorandum of Law in Support of Motion filed by Prince Sultan Bin Abdulaziz Al Saud,, 195 Reply Memorandum of Law in Support of Motion,,, filed by M. Yaqub Mirza,, Iqbal Yunus,, Jamal Barzinji,, M. Omar Ashraf,, Muhammad Ashraf,, Taha Jaber Al-Alwani,, Heritage Education Trust,, Mar-Jac Investments, Inc.,, Mena Corporation,, Safa Trust,, Sterling Charitable Gift Fund,, York Foundation,, Sana-Bell, Inc.,, Reston Investments, Inc.,, Sterling Management Group,, International Institute of Islamic Thought,, African Muslim Agency,, Grove Corporate,Inc.,, 10 Notice of Case Assignment/Reassignment, 113 MOTION to Dismiss the First Amended Complaint. filed by Jamal Barzinji,, 169 Endorsed Letter,, 540 Reply Memorandum of Law in Support of Motion,,, 7 Clerk Certificate of Mailing,, 104 Amended Complaint,,,,,,, filed by Pacific Indemnity Company,, Allstate Insurance Company,, Vigilant Insurance Company,, Fidelity and Deposit Company of Maryland,, Maryland Casualty Company,, United States Fire Insurance Company,, Seneca Insurance Company, Inc.,, Zurich American Insurance Company,, American Guarantee and Liability Insurance Company,, Steadfast Insurance Company,, Continental Insurance Company,, Great Northern Insurance Company,, American Zurich Insurance Company,, Glens Falls Insurance Company,, American Alternative Insurance Corporation,, One Beacon Insurance Company,, Commercial Insurance Company of Newark, N.J.,, Assurance Company of America,, Northern Insurance Company of New York,, One Beacon America Insurance Company,, Boston Old Colony Insurance Company,, Federal Insurance Company,, Chubb Custom Insurance Company,, Chubb Indemnity Insurance Company,, Chubb Insurance Company of Canada,, Chubb Insurance Company of New Jersey,, Colonial American Casualty and Surety Insurance Company,, Valiant Insurance Company,, American Employers' Insurance Company,, The Camden Fire Insurance Association,, Homeland Insurance Company of New York,, Crum & Forster Indemnity Company,, North River Insurance Company,, Great Lakes Reinsurance U.K. PLC,, The Princeton Excess & Surplus Lines Insurance Company,, National Ben Franklin Insurance Company of Illinois,, Hiscox Dedicated Corporate Member, Ltd.,, Amlin Underwriting, Ltd.,, CNA Casualty of California,, Continental Insurance Company of New Jersey,, Fidelity and Casualty Company of New York,, 326 Endorsed Letter,, 477 MOTION to Dismiss Notice Of Motion. filed by M. Yaqub Mirza,, Ahmed Totonji,, M. Omar Ashraf,, Mohammed Jaghlit,, Muhammad Ashraf,, Taha Jaber Al-Alwani,, Aaran Money Wire Service, Inc.,, 45 MOTION (FILED ON SERVICE DATE) for Elliott R. Feldman, Esquire to Appear Pro Hac Vice. filed by Pacific Indemnity Company,, Vigilant Insurance Company,, Fidelity and Deposit Company of Maryland,, Maryland Casualty Company,, United States Fire Insurance Company,, Zurich American Insurance Company,, American Guarantee and Liability Insurance Company,, Steadfast Insurance Company,, Great Northern Insurance Company,, American Zurich Insurance Company,, American Alternative Insurance Corporation,, One Beacon Insurance Company,, Assurance Company of America,, Northern Insurance Company of New York,, One Beacon America Insurance Company,, Federal Insurance Company,, Chubb Custom Insurance Company,, Chubb Indemnity Insurance Company,, Chubb Insurance Company of Canada,, Chubb Insurance Company of New Jersey,, Colonial American Casualty and Surety Insurance Company,, Valiant Insurance Company,, American Employers' Insurance Company,, The Camden Fire Insurance Association,, Homeland Insurance Company of New York,, Crum & Forster Indemnity Company,, North River Insurance Company,, Great Lakes Reinsurance U.K. PLC,, The Princeton Excess & Surplus Lines Insurance Company,, 352 Notice of Appearance filed by Yousef Jameel,, 550 Reply Memorandum of Law in Support of Motion filed by Aradi, Inc.,, 401 MOTION to Dismiss. filed by Mohammed Ali Sayed Mushayt,, 277 Order Admitting Attorney Pro Hac Vice,,,,,,,, 251 Memorandum of Law in Oppisition to Motion, filed by Federal Insurance Company et al., Plaintiffs,, 455 Response in Support of Motion,, filed by Abdullah Bin Saleh Al-Obaid,, 263 Stipulation and Order,, 1 Complaint, 350 Memorandum of Law in Oppisition to Motion, filed by Salman Bin Abdulaziz Al Saud,, 115 Order Admitting Attorney Pro Hac Vice, 234 Memorandum of Law in Oppisition to Motion, filed by Federal Insurance Company et al., Plaintiffs,, 378 Memorandum of Law in Support of Motion,, filed by Saleh Al-Hussayen,, 324 |

| # | Date | Proceeding Text |
|---|------|-----------------|
| | | MOTION to Dismiss Sulaiman Al Rajhi. MOTION to Dismiss for Lack of Jurisdiction Sulaiman Al Rajhi. MOTION to Dismiss Sulaiman Al Rajhi. MOTION to Dismiss for Lack of Jurisdiction Sulaiman Al Rajhi. MOTION to Dismiss Sulaiman Al Rajhi. MOTION to Dismiss for Lack of Jurisdiction Sulaiman Al Rajhi. filed by Suleiman Abdel Aziz Al Rajhi,, 211 Memorandum of Law in Oppisition to Motion, filed by ALL PLAINTIFFS,, 367 Endorsed Letter,, 59 Stipulation and Order,,, 105 Response, filed by United States of America,, 432 Reply Memorandum of Law in Support of Motion,, filed by Abdullah Bin Saleh Al-Obaid,, 292 Clerk Certificate of Mailing,,,,,,,,,,, 242 Endorsed Letter,, 343 Memorandum of Law in Oppisition to Motion,,,, 40 Affidavit of Service Complaints, 101 Reply Memorandum of Law in Support of Motion,,,,,, filed by Pacific Indemnity Company,, Vigilant Insurance Company,, Fidelity and Deposit Company of Maryland,, Maryland Casualty Company,, United States Fire Insurance Company,, Zurich American Insurance Company,, American Guarantee and Liability Insurance Company,, Steadfast Insurance Company,, Great Northern Insurance Company,, American Zurich Insurance Company,, American Alternative Insurance Corporation,, One Beacon Insurance Company,, Assurance Company of America,, Northern Insurance Company of New York,, One Beacon America Insurance Company,, Federal Insurance Company,, Chubb Custom Insurance Company,, Chubb Indemnity Insurance Company,, Chubb Insurance Company of Canada,, Chubb Insurance Company of New Jersey,, Colonial American Casualty and Surety Insurance Company,, Valiant Insurance Company,, American Employers' Insurance Company,, The Camden Fire Insurance Association,, Homeland Insurance Company of New York,, Crum & Forster Indemnity Company,, North River Insurance Company,, Great Lakes Reinsurance U.K. PLC,, The Princeton Excess & Surplus Lines Insurance Company,, 388 Affidavit in Support of Motion,, filed by Safar Al-Hawali,, 518 Case Management Plan,,,,,, 150 Endorsed Letter,,,, 72 Stipulation and Order,, 22 Summons Returned Executed, 408 Stipulation and Order,,,, 414 Memorandum of Law in Oppisition to Motion,,, 526 Memorandum of Law in Oppisition to Motion,,, 231 Memorandum of Law in Support of Motion, 444 Memorandum of Law in Support,,, 188 Reply Memorandum of Law in Support of Motion, filed by Turki Al Faisal Al Saud,, 496 Declaration in Support of Motion,, filed by World Assembly of Muslim Youth,, 416 Memorandum of Law in Oppisition to Motion,,, 176 MOTION to Dismiss The Amended Complaint. filed by Prince Sultan Bin Abdulaziz Al Saud,, 52 MOTION (FILED ON SERVICE DATE) FOR APPOINTMENT OF A DISCOVERY MASTER IN LIEU OF CONSOLIDATION OF THEIR ACTIONS WITH IN RE TERRORIST ATTACK ON SEPTEMBER 11, 2001, 03 MD 1507 (SDNY). filed by Federal Insurance Company,, Valiant Insurance Company,, 314 Reply Memorandum of Law in Support of Motion, filed by Saudi Joint Relief Committee,, 183 MOTION to Dismiss The Complaints. filed by Salman Bin Abdulazi Al Saud,, 300 Acknowledgment of Service Complaints, filed by Federal Insurance Company et al., Plaintiffs,, 423 Memorandum & Opinion,,,,,,,,,, 90 Notice (Other), Notice (Other), Notice (Other),,,,,,, 491 Memorandum of Law in Support of Motion,,, 148 Marshal's Process Receipt and Return of Service Executed Other, filed by ALL PLAINTIFFS,, 288 Clerk Certificate of Mailing,,,, 106 Certificate of Service Other, filed by United States of America,, 501 Set Deadlines/Hearings, Order,,,,,, 237 Memorandum of Law in Oppisition to Motion, filed by Federal Insurance Company et al., Plaintiffs,, 420 Memorandum of Law in Oppisition to Motion,,, 77 Stipulation and Order,, 248 Reply Memorandum of Law in Support of Motion,, 67 Order, Set Deadlines,,,,,,,,,,,,,,,,, 529 Memorandum of Law in Oppisition to Motion,,, 541 Reply Memorandum of Law in Support of Motion,,, 197 Reply Memorandum of Law in Support of Motion, filed by Salman Bin Abdulaziz Al Saud,, 406 Affidavit in Support of Motion,,, 221 MOTION to Dismiss Notice of Motion to Dismiss., 460 Response in Support of Motion,,, 102 Letter,, 273 Affidavit in Opposition to Motion, filed by Federal Insurance Company et al., Plaintiffs,, 131 Order Admitting Attorney Pro Hac Vice,, 293 Order,,, 298 Stipulation and Order,, 307 Acknowledgment of Service Complaints, filed by Federal Insurance Company et al., Plaintiffs,, 488 Declaration in Opposition to Motion,,, 448 Memorandum of Law in Support of Motion, 255 Memorandum of Law in Oppisition to Motion, filed by Federal Insurance Company et al., Plaintiffs,, 240 Endorsed Letter,,, 445 Declaration in Support,,, 528 Memorandum of Law in Oppisition to Motion,,, 507 Declaration in Opposition to Motion,,, 442 Affidavit, filed by Federal Insurance Company et al., Plaintiffs,, 338 Stipulation and Order,,, 95 Memo Endorsement,, 127 Endorsed Letter,,,, 359 Reply Memorandum of Law in Support of Motion,,,, 203 Reply Memorandum of Law in Support of Motion filed by Saudi High Commission,, 275 Stipulation and Order,, 494 Declaration in Support of Motion,,,, 351 Order,, 349 Reply Memorandum of Law in Support of Motion,,, filed by Federal Insurance Company et al., Plaintiffs,, 317 Memorandum of Law in Support of Motion, 291 Clerk Certificate of Mailing,,,,,,,,,,, 452 Response in Support of Motion,, filed by Safar Al-Hawali,, 141 Case Management Plan,,,,,, 42 Affidavit of Service Complaints, filed by Federal Insurance Company,, 271 Stipulation and Order,,,, 517 Reply Memorandum of Law in Support of Motion,,,, 107 Stipulation and Order,,, 486 |

| # | Date | Proceeding Text |
|---|------|-----------------|
| | | Memorandum of Law in Opisition to Motion,,, 153 MOTION to Dismiss. filed by Saudi High Commission,, 100 Certificate of Service Other, filed by United States of America,, 282 Stipulation and Order,,, 37 Affidavit of Service Complaints,,,,, filed by Pacific Indemnity Company,, Vigilant Insurance Company,, Fidelity and Deposit Company of Maryland,, Maryland Casualty Company,, United States Fire Insurance Company,, Zurich American Insurance Company,, American Guarantee and Liability Insurance Company,, Steadfast Insurance Company,, Great Northern Insurance Company,, American Zurich Insurance Company,, American Alternative Insurance Corporation,, One Beacon Insurance Company,, Assurance Company of America,, Northern Insurance Company of New York,, One Beacon America Insurance Company,, Federal Insurance Company,, Chubb Custom Insurance Company,, Chubb Indemnity Insurance Company,, Chubb Insurance Company of Canada,, Chubb Insurance Company of New Jersey,, Colonial American Casualty and Surety Insurance Company,, Valiant Insurance Company,, American Employers' Insurance Company,, The Camden Fire Insurance Association,, Homeland Insurance Company of New York,, Crum & Forster Indemnity Company,, North River Insurance Company,, Great Lakes Reinsurance U.K. PLC,, The Princeton Excess & Surplus Lines Insurance Company,, 309 MOTION (FILED ON SERVICE DATE) to Dismiss,, 336 Order,, 25 Summons Returned Executed,,,,, filed by Pacific Indemnity Company,, Vigilant Insurance Company,, Fidelity and Deposit Company of Maryland,, Maryland Casualty Company,, United States Fire Insurance Company,, Zurich American Insurance Company,, American Guarantee and Liability Insurance Company,, Steadfast Insurance Company,, Great Northern Insurance Company,, American Zurich Insurance Company,, American Alternative Insurance Corporation,, One Beacon Insurance Company,, Assurance Company of America,, Northern Insurance Company of New York,, One Beacon America Insurance Company,, Saleh Abdulaziz Al-Rajhi,, Federal Insurance Company,, Chubb Custom Insurance Company,, Chubb Indemnity Insurance Company,, Chubb Insurance Company of Canada,, Chubb Insurance Company of New Jersey,, Colonial American Casualty and Surety Insurance Company,, Valiant Insurance Company,, American Employers' Insurance Company,, The Camden Fire Insurance Association,, Homeland Insurance Company of New York,, Crum & Forster Indemnity Company,, North River Insurance Company,, Great Lakes Reinsurance U.K. PLC,, The Princeton Excess & Surplus Lines Insurance Company,, 530 Clerk Certificate of Mailing, 74 Stipulation and Order,, 537 Stipulation and Order,,, 523 Stipulation and Order,,,,,, 320 MOTION to Dismiss Saleh Al Rajhi. MOTION to Dismiss for Lack of Jurisdiction Saleh Al Rajhi. MOTION to Dismiss Saleh Al Rajhi. MOTION to Dismiss Saleh Al Rajhi. MOTION to Dismiss for Lack of Jurisdiction Saleh Al Rajhi. MOTION to Dismiss Saleh Al Rajhi. MOTION to Dismiss for Lack of Jurisdiction Saleh Al Rajhi. filed by Saleh Abdulaziz Al-Rajhi,, 461 Response in Support of Motion,, filed by Saudi Red Crescent,, 515 Memorandum of Law in Support of Motion,, filed by Jamal Barzinji,, 392 MOTION to Dismiss. filed by Talal Mohammed Badkook,, 128 Notice (Other) filed by Mohammed Al Faisal Al Saud,, 166 MOTION to Dismiss Failure to State a Claim. MOTION to Dismiss for Lack of Jurisdiction Lack of Subject Matter Jurisdiction. MOTION to Dismiss Failure to State a Claim. MOTION to Dismiss for Lack of Jurisdiction Lack of Subject Matter Jurisdiction. filed by Saleh Abdullah Kamel,, Al Baraka Investment and Development,, 29 Affidavit of Service Complaints,,,, filed by Pacific Indemnity Company,, Fidelity and Deposit Company of Maryland,, American Guarantee and Liability Insurance Company,, Great Northern Insurance Company,, American Zurich Insurance Company,, American Alternative Insurance Corporation,, One Beacon Insurance Company,, Assurance Company of America,, Northern Insurance Company of New York,, One Beacon America Insurance Company,, Federal Insurance Company,, Chubb Custom Insurance Company,, Chubb Indemnity Insurance Company,, Chubb Insurance Company of Canada,, Chubb Insurance Company of New Jersey,, Colonial American Casualty and Surety Insurance Company,, American Employers' Insurance Company,, Homeland Insurance Company of New York,, Crum & Forster Indemnity Company,, North River Insurance Company,, Great Lakes Reinsurance U.K. PLC,, 28 Affidavit of Service Complaints, 163 MOTION to Dismiss First Amended Complaint with Notice of Motion. filed by International Islamic Relief Organization,, 549 Reply Memorandum of Law in Support of Motion,,, filed by Heritage Education Trust,, Mar-Jac Investments, Inc.,, Mena Corporation,, Safa Trust,, Sterling Charitable Gift Fund,, York Foundation,, 339 Order,, 544 Reply Affidavit in Support,, filed by Ahmed Totonji,, Mohammed Jaghlit,, Heritage Education Trust,, Mar-Jac Investments, Inc.,, Mena Corporation,, Safa Trust,, Sterling Charitable Gift Fund,, York Foundation,, 287 Clerk Certificate of Mailing,,,, 118 Memorandum of Law in Support of Motion filed by Arab Bank, PLC,, 9 Clerk Certificate of Mailing,, 264 Stipulation and Order,,,, 380 MOTION to Dismiss. filed by Abdullah Bin Laden Al-Obaid,, 46 MOTION (FILED ON SERVICE DATE) for Joseph Scott Tarbutton to Appear Pro Hac Vice. filed by Pacific Indemnity Company,, Vigilant Insurance Company,, Fidelity and Deposit Company of Maryland,, Maryland Casualty |

| # | Date | Proceeding Text |
|---|------|-----------------|
| | | Company,, United States Fire Insurance Company,, Zurich American Insurance Company,, American Guarantee and Liability Insurance Company,, Steadfast Insurance Company,, Great Northern Insurance Company,, American Zurich Insurance Company,, American Alternative Insurance Corporation,, One Beacon Insurance Company,, Assurance Company of America,, Northern Insurance Company of New York,, One Beacon America Insurance Company,, Federal Insurance Company,, Chubb Custom Insurance Company,, Chubb Indemnity Insurance Company,, Chubb Insurance Company of Canada,, Chubb Insurance Company of New Jersey,, Colonial American Casualty and Surety Insurance Company,, Valiant Insurance Company,, American Employers' Insurance Company,, The Camden Fire Insurance Association,, Homeland Insurance Company of New York,, Crum & Forster Indemnity Company,, North River Insurance Company,, Great Lakes Reinsurance U.K. PLC,, The Princeton Excess & Surplus Lines Insurance Company,, 479 MOTION to Dismiss Notice of Motion. filed by M. Yaqub Mirza,, Ahmed Totonji,, Iqbal Yunus,, M. Omar Ashraf,, Mohammed Jaghlit,, Muhammad Ashraf,, 4 Clerk Certificate of Mailing,, 286 Clerk Certificate of Mailing,,,, 172 Reply Memorandum of Law in Support of Motion, filed by Heritage Education Trust,, Mar-Jac Investments, Inc.,, Mena Corporation,, Safa Trust,, Sterling Charitable Gift Fund,, York Foundation,, Sana-Bell, Inc.,, Reston Investments, Inc.,, Sterling Management Group,, International Institute of Islamic Thought,, African Muslim Agency,, Grove Corporate,Inc.,, 355 Memorandum of Law in Oppisition to Motion, filed by Federal Insurance Company et al., Plaintiffs,, 490 MOTION Strike Defendant Taha Al Alwani's Motion to Dismiss, to Amend Plaintiff's Complaint, for Leave to File RICO Statement, For Reconsideration of the Court's Decision Relative to the Filing of A RICO Statement and other Relief., 241 Endorsed Letter,,, 158 Order,, 405 Memorandum of Law in Support of Motion,,, 82 Stipulation and Order,, 527 Declaration in Opposition to Motion,,,, 108 Rule 7.1 Disclosure Statement filed by Muslim World League,, 185 Notice (Other) filed by Salman Bin Abdulaziz Al Saud,, 458 Response in Support of Motion,, filed by Shahir Abdulraoof Batterjee,, 434 Reply Memorandum of Law in Support of Motion,, filed by Adnan Basha,, 114 Endorsed Letter,,, 555 Order,, 348 Stipulation and Order,,,, 436 Reply Memorandum of Law in Support of Motion,, filed by Talal Mohammed Badkook,, 227 Stipulation and Order of Dismissal,, 400 Affidavit in Support of Motion,, filed by Shahir Abdulraoof Batterjee,, 430 Reply Memorandum of Law in Support of Motion,, filed by Saudi Red Crescent,, 168 MOTION to Dismiss for Lack of Jurisdiction Lack of Personal Jurisdiction. filed by Wa'el Hamza Julaidan,, 379 Affidavit in Support of Motion,, filed by Saleh Al-Hussayen,, 295 Clerk Certificate of Mailing,,,, 483 Stipulation and Order,,,, 418 Memorandum of Law in Oppisition to Motion,,, 230 MOTION to Dismiss Notice of Motion to Dismiss. filed by DMI Administrative Services, S.A.,, 89 Stipulation and Order, 50 MOTION (FILED ON SERVICE DATE) for Stephen A. Cozen, Esquire to Appear Pro Hac Vice. filed by Pacific Indemnity Company,, Vigilant Insurance Company,, Fidelity and Deposit Company of Maryland,, Maryland Casualty Company,, United States Fire Insurance Company,, Zurich American Insurance Company,, American Guarantee and Liability Insurance Company,, Steadfast Insurance Company,, Great Northern Insurance Company,, American Zurich Insurance Company,, American Alternative Insurance Corporation,, One Beacon Insurance Company,, Assurance Company of America,, Northern Insurance Company of New York,, One Beacon America Insurance Company,, Federal Insurance Company,, Chubb Custom Insurance Company,, Chubb Indemnity Insurance Company,, Chubb Insurance Company of Canada,, Chubb Insurance Company of New Jersey,, Colonial American Casualty and Surety Insurance Company,, Valiant Insurance Company,, American Employers' Insurance Company,, The Camden Fire Insurance Association,, Homeland Insurance Company of New York,, Crum & Forster Indemnity Company,, North River Insurance Company,, Great Lakes Reinsurance U.K. PLC,, The Princeton Excess & Surplus Lines Insurance Company,, 385 Affidavit in Support of Motion,,, 532 Clerk Certificate of Mailing,, 121 MOTION for Protective Order Notice of Motion and Memorandum in Support of Motion for Limited Appearance and to Move for a Protective Order. filed by The Kingdom of Saudi Arabia,, Princess Haifa Al-Faisal,, Prince Bandar bin Sultan,, 554 Notice of Appeal filed by Federal Insurance Company et al., Plaintiffs,, 330 Reply Memorandum of Law in Support of Motion,, filed by Perouz Seda Ghaty,, 412 Memorandum of Law in Oppisition to Motion,,, 364 Stipulation and Order,,, 511 Memorandum of Law in Oppisition to Motion,,,, filed by M. Yaqub Mirza,, Saar Foundation,, Ahmed Totonji,, Hisham Al-Talib,, Iqbal Yunus,, Jamal Barzinji,, M. Omar Ashraf,, Mohammed Jaghlit,, Muhammad Ashraf,, Taha Jaber Al-Alwani,, Heritage Education Trust,, Mar-Jac Investments, Inc.,, Mena Corporation,, Safa Trust,, Sterling Charitable Gift Fund,, York Foundation,, 391 Affidavit in Support of Motion,, 313 Stipulation and Order,,, 513 Answer to Complaint filed by Wa'el Hamza Julaidan,, 244 Stipulation and Order,, 466 Notice of Appearance filed by Aradi, Inc.,, 332 Order of Dismissal,,,, 164 MOTION to Dismiss. filed by Mohammed Bin |

| # | Date | Proceeding Text |
|---|------|-----------------|
| | | Abdulrahman Al Ariefy,, Faisal Group Holding Co.,, Alfaisaliah Group,, Abdullah Al Faisal Bin Abdulaziz Al Saud,, 34 Affidavit of Service Complaints, filed by Federal Insurance Company,, 86 Stipulation and Order,, 346 Memorandum of Law in Oppisition to Motion,, 382 Affidavit in Support of Motion,, filed by Abdullah Bin Saleh Al-Obaid,, 503 Memorandum of Law in Support of Motion,, filed by Mohammed Al Faisal Al Saud,, 456 Response in Support of Motion, filed by Talal Mohammed Badkook,, 340 Affirmation in Opposition to Motion,,,,,,,,,, filed by Federal Insurance Company et al., Plaintiffs,, 509 Declaration in Support of Motion,,,, 514 MOTION to Dismiss., 342 Stipulation and Order,,,, 98 Response to Motion filed by Rabih Haddah,, 368 Stipulation and Order,,,,, 103 Order,,,, 223 Reply Memorandum of Law in Support of Motion filed by Wa'el Hamza Julaidan,, 303 Acknowledgment of Service Complaints, filed by Federal Insurance Company et al., Plaintiffs,, 433 Reply Memorandum of Law in Support of Motion,,, 497 Memorandum of Law in Support of Motion filed by World Assembly of Muslim Youth,, 464 MOTION to Dismiss Complaint Pursuant to Rule 12(B)(6) For Failure to State a Claim. filed by African Muslim Agency,, 495 MOTION to Dismiss Notice of Motion. filed by World Assembly of Muslim Youth,, 130 Waiver of Service Executed,, filed by Federal Insurance Company et al., Plaintiffs,, 506 Declaration in Opposition to Motion,,, 154 Order, Set Hearings,,,,,,, 296 Clerk Certificate of Mailing,,,, 152 MOTION to Dismiss. filed by Saudi High Commission,, 110 MOTION to Dismiss Complaint By Federal Insurance Plaintiffs and to Quash Service of Process of His Royal Highness Prince Turki Al-Faisal Bin Abdulaziz Al-Saud. filed by Turki Al Faisal Al Saud,, 329 Reply Memorandum of Law in Support of Motion,,, filed by Perouz Seda Ghaty,, 371 Response in Opposition to Motion,,, 233 Endorsed Letter,,, 76 Stipulation and Order,, 96 MOTION (FILED ON SERVICE DATE). filed by Fidelity and Deposit Company of Maryland,, Federal Insurance Company,, 94 Memo Endorsement,, 361 Reply Memorandum of Law in Support of Motion,,, filed by Suleiman Abdel Aziz Al Rajhi,, 157 Stipulation and Order,,, 253 Answer to Complaint filed by Abdulrahman Alamoudi,, 238 Affirmation in Opposition to Motion, filed by Federal Insurance Company et al., Plaintiffs,, 441 Affidavit of Service Complaints, filed by Federal Insurance Company et al., Plaintiffs,, 449 Stipulation and Order, Set Deadlines/Hearings,,,,, 68 MOTION (FILED ON SERVICE DATE) for Michael K. Kellogg, Mark C. Hansen, David C. Frederick, Michael J. Guzman, and J.C. Rozendaal to Appear Pro Hac Vice. filed by Turki Al Faisal Al Saud,, 184 Memorandum of Law in Support of Motion, filed by Salman Bin Abdulaziz Al Saud,, 322 MOTION to Dismiss Abdullah Al Rajhi. MOTION to Dismiss for Lack of Jurisdiction Abdullah Al Rajhi. MOTION to Dismiss Abdullah Al Rajhi. MOTION to Dismiss for Lack of Jurisdiction Abdullah Al Rajhi. MOTION to Dismiss Abdullah Al Rajhi. MOTION to Dismiss for Lack of Jurisdiction Abdullah Al Rajhi., 205 Endorsed Letter,, 200 MOTION to Dismiss Notice of Motion to Dismiss. filed by SNCB Corporate Finance Limited,, SNCB Securities Limited in London,, 374 MOTION to Dismiss. filed by Saudi Red Crescent, were transmitted to the U.S. Court of Appeals. (tp, ) (Entered: 01/20/2006) |
| 556 | 01/23/2006 | REPLY MEMORANDUM OF LAW in Support re: 1438 MOTION to Dismiss for Failure to State a Claim and Lack of Subject Matter Jurisdiction.. Document filed by Al Baraka Investment and Development Corporation, Saleh Abdullah Kamel, Dallah Al Baraka Group LLC. Filed In Associated Cases: 1:03-md-01570-RCC,1:02-cv-06977-RCC,1:02-cv-07300-RCC-FM,1:03-cv-05071-RCC,1:03-cv-05738-RCC, 1:03-cv-06978-RCC,1:03-cv-07036-RCC,1:03-cv-08591-RCC,1:03-cv-09848-RCC,1:03-cv-09849-RCC, 1:04-cv-01076-RCC,1:04-cv-01922-RCC,1:04-cv-01923-RCC,1:04-cv-05970-RCC,1:04-cv-06105-RCC, 1:04-cv-07065-RCC,1:04-cv-07216-RCC,1:04-cv-07279-RCC,1:04-cv-07280-RCC,1:04-cv-07281-RCC(McMahon, Martin) (Entered: 01/23/2006) |
| 557 | 01/23/2006 | STIPULATION AND ORDER (this document relates to 03cv5738, 03cv9849, 03cv6978, 04cv5970, 04cv7279, 04cv6105, 04cv7280); extending plaintiffs' time to respond to Yeslam Binladin's motion to dismiss to 2/3/2006; any reply by defendant shall be served on or by 3/10/2006. (Signed by Judge Richard C. Casey on 1/23/2006) Filed In Associated Cases: 1:03-md-01570-RCC,1:03-cv-05738-RCC,1:03-cv-06978-RCC,1:03-cv-09849-RCC,1:04-cv-05970-RCC, 1:04-cv-06105-RCC,1:04-cv-07279-RCC,1:04-cv-07280-RCC(kkc, ) (Entered: 01/23/2006) |
| 558 | 01/23/2006 | REPLY MEMORANDUM OF LAW in Support re: 1411 MOTION to Dismiss Notice of Motion.. Document filed by Council on American-Islamic Relations (CAIR). Filed In Associated Cases: 1:03-md-01570-RCC,1:02-cv-06977-RCC,1:02-cv-07300-RCC-FM,1:03-cv-05071-RCC,1:03-cv-05738-RCC, 1:03-cv-06978-RCC,1:03-cv-07036-RCC,1:03-cv-08591-RCC,1:03-cv-09848-RCC,1:03-cv-09849-RCC, 1:04-cv-01076-RCC,1:04-cv-01922-RCC,1:04-cv-01923-RCC,1:04-cv-05970-RCC,1:04-cv-06105-RCC, 1:04-cv-07216-RCC,1:04-cv-07279-RCC,1:04-cv-07280-RCC,1:04-cv-07281-RCC(Mohammedi, Omar) (Entered: 01/23/2006) |
| 559 | 01/23/2006 | CERTIFICATE OF SERVICE of Reply Memorandum of Law in Support of Motion to Dismiss |

| # | Date | Proceeding Text |
|---|---|---|
| | | served on All Parties on January 23, 2006. Document filed by Council on American-Islamic Relations (CAIR). Filed In Associated Cases: 1:03-md-01570-RCC,1:02-cv-06977-RCC,1:02-cv-07300-RCC-FM,1:03-cv-05071-RCC,1:03-cv-05738-RCC, 1:03-cv-06978-RCC,1:03-cv-07036-RCC,1:03-cv-08591-RCC,1:03-cv-09848-RCC,1:03-cv-09849-RCC, 1:04-cv-01076-RCC,1:04-cv-01922-RCC,1:04-cv-01923-RCC,1:04-cv-05970-RCC,1:04-cv-06105-RCC, 1:04-cv-07065-RCC,1:04-cv-07216-RCC,1:04-cv-07279-RCC,1:04-cv-07280-RCC,1:04-cv-07281-RCC(Mohammedi, Omar) (Entered: 01/23/2006) |
| 560 | 01/24/2006 | SUPPLEMENTAL MEMORANDUM OF LAW in Opposition re: 926 MOTION to Dismiss for Lack of Jurisdiction., 1040 MOTION to Dismiss. Specifically refers to Defendants Supplemental Memorandum of Law Docket # 1591-2. Document filed by Estate of John P.O'Neill, Sr.. Filed In Associated Cases: 1:03-md-01570-RCC,1:02-cv-06977-RCC,1:02-cv-07300-RCC-FM,1:03-cv-05071-RCC,1:03-cv-05738-RCC, 1:03-cv-06978-RCC,1:03-cv-07036-RCC,1:03-cv-08591-RCC,1:03-cv-09848-RCC,1:03-cv-09849-RCC, 1:04-cv-01076-RCC,1:04-cv-01922-RCC,1:04-cv-01923-RCC,1:04-cv-05970-RCC,1:04-cv-06105-RCC, 1:04-cv-07065-RCC,1:04-cv-07216-RCC,1:04-cv-07279-RCC,1:04-cv-07280-RCC,1:04-cv-07281-RCC(Goldman, Jerry) (Entered: 01/24/2006) |
| 561 | 01/24/2006 | CROSS MOTION to Strike Document No. [1591-1592]. Document filed by Estate of John P.O'Neill, Sr.. Filed In Associated Cases: 1:03-md-01570-RCC,1:02-cv-06977-RCC,1:02-cv-07300-RCC-FM,1:03-cv-05071-RCC,1:03-cv-05738-RCC, 1:03-cv-06978-RCC,1:03-cv-07036-RCC,1:03-cv-08591-RCC,1:03-cv-09848-RCC,1:03-cv-09849-RCC, 1:04-cv-01076-RCC,1:04-cv-01922-RCC,1:04-cv-01923-RCC,1:04-cv-05970-RCC,1:04-cv-06105-RCC, 1:04-cv-07065-RCC,1:04-cv-07216-RCC,1:04-cv-07279-RCC,1:04-cv-07280-RCC,1:04-cv-07281-RCC(Goldman, Jerry) (Entered: 01/24/2006) |
| 562 | 01/25/2006 | DECLARATION of Gina M. Mac Neill, Esquire in Support re: 1640 CROSS MOTION to Strike Document No. [1591-1592].. Document filed by Estate of John P.O'Neill, Sr.. (Attachments: # 1 Exhibit A# 2 Exhibit B# 3 Exhibit C# 4 Exhibit D# 5 Exhibit E# 6 Exhibit F# 7 Exhibit G# 8 Exhibit H# 9 Exhibit I# 10 Exhibit J# 11 Exhibit K# 12 Exhibit L# 13 Exhibit M# 14 Exhibit N)Filed In Associated Cases: 1:03-md-01570-RCC,1:02-cv-06977-RCC,1:02-cv-07300-RCC-FM,1:03-cv-05071-RCC,1:03-cv-05738-RCC, 1:03-cv-06978-RCC,1:03-cv-07036-RCC,1:03-cv-08591-RCC,1:03-cv-09848-RCC,1:04-cv-01076-RCC,1:04-cv-01922-RCC,1:04-cv-01923-RCC,1:04-cv-05970-RCC,1:04-cv-06105-RCC, 1:04-cv-07065-RCC,1:04-cv-07216-RCC,1:04-cv-07279-RCC,1:04-cv-07280-RCC,1:04-cv-07281-RCC(Mac Neill, Gina) (Entered: 01/25/2006) |
| 563 | 01/25/2006 | DECLARATION of Gina M. MacNeill, Esquire in Opposition re: 1040 MOTION to Dismiss., 926 MOTION to Dismiss for Lack of Jurisdiction.. Document filed by Estate of John P.O'Neill, Sr.. (Attachments: # 1 Exhibit A# 2 Exhibit B# 3 Exhibit C# 4 Exhibit D# 5 Exhibit E# 6 Exhibit F# 7 Exhibit G# 8 Exhibit H# 9 Exhibit I# 10 Exhibit J# 11 Exhibit K# 12 Exhibit L# 13 Exhibit M# 14 Exhibit N)Filed In Associated Cases: 1:03-md-01570-RCC,1:02-cv-06977-RCC,1:02-cv-07300-RCC-FM,1:03-cv-05071-RCC,1:03-cv-05738-RCC, 1:03-cv-06978-RCC,1:03-cv-07036-RCC,1:03-cv-08591-RCC,1:03-cv-09848-RCC,1:03-cv-09849-RCC, 1:04-cv-01076-RCC,1:04-cv-01922-RCC,1:04-cv-01923-RCC,1:04-cv-05970-RCC,1:04-cv-06105-RCC, 1:04-cv-07065-RCC,1:04-cv-07216-RCC,1:04-cv-07279-RCC,1:04-cv-07280-RCC,1:04-cv-07281-RCC(Mac Neill, Gina) (Entered: 01/25/2006) |
| 564 | 01/27/2006 | REPLY MEMORANDUM OF LAW in Support re: 1453 MOTION to Dismiss Notice of Motion.. Document filed by Ahmed Totonji, Iqbal Yunus, Mohammed Jaghlit, Muhammad Ashraf, M. Omar Ashraf, Taha Jaber Al-Alwani, M. Yaqub Mirza. Filed In Associated Cases: 1:03-md-01570-RCC,1:02-cv-06977-RCC,1:02-cv-07300-RCC-FM,1:03-cv-05071-RCC,1:03-cv-05738-RCC, 1:03-cv-06978-RCC,1:03-cv-07036-RCC,1:03-cv-08591-RCC,1:03-cv-09848-RCC,1:03-cv-09849-RCC, 1:04-cv-01076-RCC,1:04-cv-01922-RCC,1:04-cv-01923-RCC,1:04-cv-05970-RCC,1:04-cv-06105-RCC, 1:04-cv-07065-RCC,1:04-cv-07216-RCC,1:04-cv-07279-RCC,1:04-cv-07280-RCC,1:04-cv-07281-RCC(Barentzen, Steven) (Entered: 01/27/2006) |
| 565 | 01/27/2006 | STIPULATION AND ORDER OF DISMISSAL that through counsel, the Federal Insurance plaintiffs and defendant, Islamic Investment Co. of the Gulf have agreed to and hereby stipulate to the dismissal of defendant, Islamic Investment Co. of the Gulf without prejudice... each side to bear its own attorney's fees, costs, and expenses. (Signed by Judge Richard C. Casey on 1/26/06) Filed In Associated Cases: 1:03-md-01570-RCC,1:03-cv-06978-RCC(rjm, ) (Entered: 01/30/2006) |
| 566 | 02/02/2006 | MOTION to Dismiss originally filed in this matter on October 19, 2005 (See document #467); also originally filed on October 20, 2005 in 03-MDL-1570 (RCC). Document filed by Aradi, Inc.. (Castello, Richard) (Entered: 02/02/2006) |

| # | Date | Proceeding Text |
|---|------|-----------------|
| 567 | 02/02/2006 | MEMORANDUM OF LAW in Support re: 566 MOTION to Dismiss originally filed in this matter on October 19, 2005 (See document #467); also originally filed on October 20, 2005 in 03-MDL-1570 (RCC). (This document originally filed in 03-cv-06978 (RCC) as document #468). Document filed by Aradi, Inc.. (Castello, Richard) (Entered: 02/02/2006) |
| 568 | 02/02/2006 | MEMORANDUM OF LAW in Opposition re: 566 MOTION to Dismiss originally filed in this matter on October 19, 2005 (See document #467); also originally filed on October 20, 2005 in 03-MDL-1570 (RCC). Plaintiffs Consolidated Memorandum of Law in Opposition to the Motion to Dismiss Filed by Aradi, Inc.. Document filed by ALL PLAINTIFFS. (Feldman, Elliott) (Entered: 02/02/2006) |
| 569 | 02/02/2006 | REPLY MEMORANDUM OF LAW in Support re: 566 MOTION to Dismiss originally filed in this matter on October 19, 2005 (See document #467); also originally filed on October 20, 2005 in 03-MDL-1570 (RCC). (This Reply Memo of Law in Support was originally filed in this matter on January 19, 2006 (See document #550), but provided again here to clarify the record). Document filed by Aradi, Inc.. (Castello, Richard) (Entered: 02/02/2006) |
| 570 | 02/03/2006 | CERTIFICATE OF SERVICE of Notice of Motion to Dismiss; Memorandum of Law in Support of Motion to Dismiss; Reply Brief in Support of Motion to Dismiss served on All Counsel. Document filed by Aradi, Inc.. (Castello, Richard) (Entered: 02/03/2006) |
| 571 | 02/03/2006 | MOTION to Dismiss / Notice of Motion of Yassin Abdullah Kadi to Dismiss Complaints. Document filed by Yassin Abdullah Kadi. (Arthur, Bonnie) (Entered: 02/03/2006) |
| 572 | 02/03/2006 | DECLARATION of Bonnie K. Arthur in Support re: 571 MOTION to Dismiss / Notice of Motion of Yassin Abdullah Kadi to Dismiss Complaints.. Document filed by Yassin Abdullah Kadi. (Attachments: # 1 Exhibit A to Motion to Dismiss# 2 Exhibit B to Motion to Dismiss# 3 Exhibit C to Motion to Dismiss)(Arthur, Bonnie) (Entered: 02/03/2006) |
| 573 | 02/03/2006 | MEMORANDUM OF LAW in Support re: 571 MOTION to Dismiss / Notice of Motion of Yassin Abdullah Kadi to Dismiss Complaints.. Document filed by Yassin Abdullah Kadi. (Arthur, Bonnie) (Entered: 02/03/2006) |
| 574 | 02/03/2006 | REPLY MEMORANDUM OF LAW in Support re: 1262 MOTION to Dismiss the Federal Insurance action.. Document filed by DMI Administrative Services S.A.. Filed In Associated Cases: 1:03-md-01570-RCC,1:03-cv-06978-RCC(McGuire, James) (Entered: 02/03/2006) |
| 575 | 02/03/2006 | REPLY MEMORANDUM OF LAW in Support re: 1397 MOTION to Dismiss. the Federal Insurance action. Document filed by Daral Maal Al Islami Trust. Filed In Associated Cases: 1:03-md-01570-RCC,1:03-cv-06978-RCC(McGuire, James) (Entered: 02/03/2006) |
| 576 | 02/06/2006 | STIPULATION AND ORDER (this document relates to 03cv6978); plaintiffs shall serve their respective RICO Statements concerning defendant Tadamon Islamic Bank on or before 3/13/2006; the time for Tadamon Islamic Bank to answer or otherwise respond to the complaint shall be on or before 3/27/2006... (Signed by Judge Richard C. Casey on 2/6/2006) Filed In Associated Cases: 1:03-md-01570-RCC,1:03-cv-06978-RCC(kkc, ) (Entered: 02/06/2006) |
| 577 | 02/06/2006 | STIPULATION AND ORDER (this document relates to 03cv6978); plaintiffs shall serve their respective RICO Statements concerning defendant Sanabel Al-Kheer on or before 3/6/2006; the time for Sanabel Al-Kheer to answer or otherwise respond to the complaint shall be on or before 3/20/2006... (Signed by Judge Richard C. Casey on 2/6/2006) Filed In Associated Cases: 1:03-md-01570-RCC,1:03-cv-06978-RCC(kkc, ) (Entered: 02/06/2006) |
| 578 | 02/06/2006 | RICO STATEMENT RICO STATEMENT APPLICABLE TO AL AQSA ISLAMIC BANK. Document filed by Federal Insurance Company et al., Plaintiffs. (Attachments: # 1 Exhibit B)(Feldman, Elliott) (Entered: 02/06/2006) |
| 579 | 02/06/2006 | STIPULATION AND ORDER (this document relates to 03cv6978); plaintiffs shall serve their respective RICO Statements concerning defendant Sana-Bell, Inc. on or before 2/27/2006; the time for Sana-Bell, Inc. to answer or otherwise respond to the complaint shall be on or before 3/13/2006... (Signed by Judge Richard C. Casey on 2/6/2006) Filed In Associated Cases: 1:03-md-01570-RCC,1:03-cv-06978-RCC(kkc, ) (Entered: 02/06/2006) |
| 580 | 02/06/2006 | STIPULATION AND ORDER (this document relates to 03cv6978); plaintiffs shall serve their respective RICO Statements concerning defendant Dallah Avaco trans Arabia Co. Ltd. on or before 2/20/2006; the time for Dallah Avaco trans Arabia Co. Ltd. to answer or otherwise respond to the complaint shall be on or before 3/6/2006... (Signed by Judge Richard C. Casey on 2/6/2006) Filed In Associated Cases: 1:03-md-01570-RCC,1:03-cv-06978-RCC(kkc, ) (Entered: 02/06/2006) |
| 581 | 02/06/2006 | STIPULATION AND ORDER (this document relates to 03cv6978); plaintiffs shall serve their respective RICO Statements concerning defendant Al Baraka Bankcorp, Inc. on or before 2/13/2006; the time for Al Baraka Bankcorp, Inc. to answer or otherwise respond to the complaint |

| # | Date | Proceeding Text |
|---|------|-----------------|
| | | shall be on or before 2/27/2006... (Signed by Judge Richard C. Casey on 2/6/2006) Filed In Associated Cases: 1:03-md-01570-RCC,1:03-cv-06978-RCC(kkc, ) (Entered: 02/06/2006) |
| 582 | 02/06/2006 | STIPULATION AND ORDER (this document relates to 03cv6978); plaintiffs shall serve their respective RICO Statements concerning defendant Al Aqsa Islamic Bank on or before 2/6/2006; the time for Al Aqsa Islamic Bank to answer or otherwise respond to the complaint shall be on or before 2/20/2006... (Signed by Judge Richard C. Casey on 2/6/2006) Filed In Associated Cases: 1:03-md-01570-RCC,1:03-cv-06978-RCC(kkc, ) (Entered: 02/06/2006) |
| 583 | 02/08/2006 | MEMORANDUM OF LAW re: 1590 Memorandum of Law in Support of Motion,, THE FEDERAL PLAINTIFFS MEMORANDUM OF LAW IN SUPPORT OF MOTION TO STRIKE SUPPLEMENTAL MEMORANDUM IN SUPPORT OF MOTIONS TO DISMISS OF DEFENDANT SAMI OMAR AL-HUSSAYEN SUBMITTED PURSUANT TO CASE MANAGEMENT ORDER NO. 4. Document filed by Federal Insurance Company et al., Plaintiffs. Filed In Associated Cases: 1:03-md-01570-RCC,1:03-cv-06978-RCC(Feldman, Elliott) (Entered: 02/08/2006) |
| 584 | 02/13/2006 | RICO STATEMENT RICO STATEMENT APPLICABLE TO AL BARAKA BANCORP. Document filed by Federal Insurance Company et al., Plaintiffs. (Attachments: # 1 Exhibit B)(Feldman, Elliott) (Entered: 02/13/2006) |
| 585 | 02/16/2006 | STIPULATION EXTENDING TIME TO RESPOND TO COMPLAINTS CONSOLIDATED UNDER MDL 1570... It is hereby stipulated and agreed, between counsel for Federal Insurance Plaintiffs, represented by J. Scott Tarbutton on behalf of all Plaintiffs in the captioned actions, and counsel for Defendants World Assembly of MuslimYouth in Saudi Arabia and the World Assembly of Muslim Youth International, represented by the Law Firm of Omar T. Mohammedi, LLC that the parties respectfully seek this Court's approval for an extension of time for the Defendants WAMY SA and WAMY USA to Reply to the referemced Plaintiffs' Oppositions to Defendants' Motions to Dismiss pursuant to FRCP 12(b)(6), filed on 1/23/06; It is stipulated & agreed that Defts' Reply Briefs shall be served within fifty days of serviceof Ptfs' Opposition motions... and as further set forth in said stpiulation & order. (Signed by Judge Richard C. Casey on 2/15/06) Filed In Associated Cases: 1:03-md-01570-RCC,1:02-cv-06977-RCC,1:03-cv-05738-RCC,1:03-cv-06978-RCC,1:04-cv-01923-RCC, 1:04-cv-05970-RCC,1:04-cv-06105-RCC,1:04-cv-07279-RCC,1:04-cv-07280-RCC(rjm, ) (Entered: 02/17/2006) |
| 586 | 02/20/2006 | MOTION to Dismiss. Document filed by Asat Trust Reg.. Filed In Associated Cases: 1:03-md-01570-RCC,1:02-cv-06977-RCC,1:02-cv-07300-RCC-FM,1:03-cv-05071-RCC,1:03-cv-05738-RCC, 1:03-cv-06978-RCC,1:03-cv-07036-RCC,1:03-cv-08591-RCC,1:03-cv-09848-RCC,1:03-cv-09849-RCC, 1:04-cv-01076-RCC,1:04-cv-01922-RCC,1:04-cv-01923-RCC,1:04-cv-05970-RCC,1:04-cv-06105-RCC, 1:04-cv-07065-RCC,1:04-cv-07216-RCC,1:04-cv-07279-RCC,1:04-cv-07280-RCC,1:04-cv-07281-RCC(Gourevitch, David) (Entered: 02/20/2006) |
| 587 | 02/20/2006 | MEMORANDUM OF LAW in Support re: 1100 MOTION to Dismiss for Lack of Jurisdiction and Insufficient Service of Process., 1106 MOTION to Dismiss for Lack of Jurisdiction MEMORANDUM IN SUPPORT OF MOTION., 1697 MOTION to Dismiss.. Document filed by Asat Trust Reg.. (Attachments: # 1 Exhibit 1# 2 Exhibit 2# 3 Exhibit 3)Filed In Associated Cases: 1:03-md-01570-RCC,1:02-cv-06977-RCC,1:02-cv-07300-RCC-FM,1:03-cv-05071-RCC,1:03-cv-05738-RCC, 1:03-cv-06978-RCC,1:03-cv-07036-RCC,1:03-cv-08591-RCC,1:03-cv-09848-RCC,1:03-cv-09849-RCC, 1:04-cv-01076-RCC,1:04-cv-01922-RCC,1:04-cv-01923-RCC,1:04-cv-05970-RCC,1:04-cv-06105-RCC,1:04-cv-07065-RCC,1:04-cv-07216-RCC,1:04-cv-07279-RCC,1:04-cv-07280-RCC,1:04-cv-07281-RCC(Gourevitch, David) (Entered: 02/20/2006) |
| 588 | 02/21/2006 | RICO STATEMENT RICO STATEMENT APPLICABLE TO DALLAH AVCO TRANS ARABIA. Document filed by Federal Insurance Company et al., Plaintiffs. (Attachments: # 1 Exhibit B)(Feldman, Elliott) (Entered: 02/21/2006) |
| 589 | 02/21/2006 | MOTION to Dismiss Notice of Motion. Document filed by Aqsa Islamic Bank. Filed In Associated Cases: 1:03-md-01570-RCC,1:03-cv-06978-RCC(McMahon, Martin) (Entered: 02/21/2006) |
| 590 | 02/21/2006 | MEMORANDUM OF LAW in Support re: 1701 MOTION to Dismiss Notice of Motion.. Document filed by Aqsa Islamic Bank. (Attachments: # 1 Exhibit A# 2 Exhibit B)Filed In Associated Cases: 1:03-md-01570-RCC,1:03-cv-06978-RCC(McMahon, Martin) (Entered: 02/21/2006) |
| 591 | 02/27/2006 | RICO STATEMENT RICO STATEMENT APPLICABLE TO SANA-BELL, INC.. Document filed by Federal Insurance Company et al., Plaintiffs. (Attachments: # 1 Exhibit B)(Feldman, Elliott) (Entered: 02/27/2006) |
| 592 | 02/28/2006 | STIPULATION AS TO EXTENSION OF TIME TO RESPOND TO COMPLAINT CONSOLIDATED UNDER MDL 1570. It is hereby stipulated & agreed by and between Plaintiffs in the referenced case consolidated under MDL 1570 and Defendant Al Baraka Bankcorp., Inc., by and through their undersigned counsel that the time provided for Defendant Al Baraka |

| # | Date | Proceeding Text |
|---|------|-----------------|
| | | Bankcorp., Inc. to answer or otherwise respond to the Complaint in the case referenced shall be extended to and through 3/13/06... and as further set forth in said stipulation. (Signed by Judge Richard C. Casey on 2/28/06) Filed In Associated Cases: 1:03-md-01570-RCC,1:03-cv-06978-RCC(rjm, ) (Entered: 03/01/2006) |
| 593 | 03/02/2006 | STIPULATION AS TO EXTENSION OF TIME TO RESPOND TO COMPLAINT CONSOLIDATED UNDER MDL 1570. It is hereby stipulated & agreed between Plaintiffs in the referenced case consolidated under MDL 1570 and Defendant Al Baraka Bankcorp, Inc., that the time provided for Defendant Al Baraka Bankcorp, Inc. to answer or otherwise respond to the Complaint in the case referenced shall be extended to & through 3/13/06... and as further set forth in said stipulation. (Signed by Judge Richard C. Casey on 3/2/06) Filed In Associated Cases: 1:03-md-01570-RCC,1:03-cv-06978-RCC(rjm, ) (Entered: 03/03/2006) |
| 594 | 03/06/2006 | RICO STATEMENT RICO STATEMENT APPLICABLE TO YASIN ABDULLAH AL-QADI. Document filed by Federal Insurance Company et al., Plaintiffs. (Attachments: # 1 Exhibit B)(Feldman, Elliott) (Entered: 03/06/2006) |
| 595 | 03/06/2006 | RICO STATEMENT RICO STATEMENT APPLICABLE TO SANABEL AL-KHEER. Document filed by Federal Insurance Company et al., Plaintiffs. (Attachments: # 1 Exhibit B)(Feldman, Elliott) (Entered: 03/06/2006) |
| 596 | 03/06/2006 | NOTICE of of Motion. Document filed by Dallah Avco Trans Arabia Co. LTD.. (McMahon, Martin) (Entered: 03/06/2006) |
| 597 | 03/06/2006 | MEMORANDUM OF LAW in Support re: 1701 MOTION to Dismiss Notice of Motion.. Document filed by Dallah Avco Trans Arabia Co. LTD.. (Attachments: # 1 Exhibit A)Filed In Associated Cases: 1:03-md-01570-RCC,1:03-cv-06978-RCC(McMahon, Martin) (Entered: 03/06/2006) |
| 598 | 03/07/2006 | MOTION to Strike Document No. [1697-98] Cross Motion to Strike Asat Trust's Motion to Dismiss, Docket No. 1697-98. Document filed by Estate of John P.O'Neill, Sr.. Filed In Associated Cases: 1:03-md-01570-RCC,1:02-cv-06977-RCC,1:02-cv-07300-RCC-FM,1:03-cv-05071-RCC,1:03-cv-05738-RCC, 1:03-cv-06978-RCC,1:03-cv-07036-RCC,1:03-cv-08591-RCC,1:03-cv-09848-RCC,1:03-cv-09849-RCC, 1:04-cv-01076-RCC,1:04-cv-01922-RCC,1:04-cv-01923-RCC,1:04-cv-05970-RCC,1:04-cv-06105-RCC, 1:04-cv-07065-RCC, 1:04-cv-07216-RCC,1:04-cv-07279-RCC,1:04-cv-07280-RCC,1:04-cv-07281-RCC(Goldman, Jerry) (Entered: 03/07/2006) |
| 599 | 03/07/2006 | MEMORANDUM OF LAW in Support re: 1714 MOTION to Strike Document No. [1697-98] Cross Motion to Strike Asat Trust's Motion to Dismiss, Docket No. 1697-98.. Document filed by Estate of John P.O'Neill, Sr.. Filed In Associated Cases: 1:03-md-01570-RCC,1:02-cv-06977-RCC,1:02-cv-07300-RCC-FM,1:03-cv-05071-RCC,1:03-cv-05738-RCC, 1:03-cv-06978-RCC,1:03-cv-07036-RCC,1:03-cv-08591-RCC,1:03-cv-09848-RCC,1:03-cv-09849-RCC, 1:04-cv-01076-RCC,1:04-cv-01922-RCC,1:04-cv-01923-RCC,1:04-cv-05970-RCC,1:04-cv-06105-RCC, 1:04-cv-07065-RCC,1:04-cv-07216-RCC,1:04-cv-07279-RCC,1:04-cv-07280-RCC,1:04-cv-07281-RCC(Goldman, Jerry) (Entered: 03/07/2006) |
| 600 | 03/08/2006 | REPLY MEMORANDUM OF LAW in Support re: 1541 MOTION to Dismiss.. Document filed by Jamal Barzinji. Filed In Associated Cases: 1:03-md-01570-RCC,1:02-cv-06977-RCC,1:02-cv-07300-RCC-FM,1:03-cv-05071-RCC,1:03-cv-05738-RCC, 1:03-cv-06978-RCC,1:03-cv-07036-RCC,1:03-cv-08591-RCC,1:03-cv-09848-RCC, 1:04-cv-01076-RCC,1:04-cv-01922-RCC,1:04-cv-01923-RCC,1:04-cv-05970-RCC,1:04-cv-06105-RCC, 1:04-cv-07065-RCC,1:04-cv-07216-RCC,1:04-cv-07279-RCC,1:04-cv-07280-RCC,1:04-cv-07281-RCC(Barentzen, Steven) (Entered: 03/08/2006) |
| 601 | 03/08/2006 | REPLY AFFIRMATION of Steven K. Barentzen in Support re: 1541 MOTION to Dismiss.. Document filed by Jamal Barzinji. Filed In Associated Cases: 1:03-md-01570-RCC,1:02-cv-06977-RCC,1:02-cv-07300-RCC-FM,1:03-cv-05071-RCC,1:03-cv-05738-RCC, 1:03-cv-06978-RCC,1:03-cv-07036-RCC,1:03-cv-08591-RCC,1:03-cv-09848-RCC,1:03-cv-09849-RCC, 1:04-cv-01076-RCC,1:04-cv-01922-RCC,1:04-cv-01923-RCC,1:04-cv-05970-RCC,1:04-cv-06105-RCC, 1:04-cv-07065-RCC,1:04-cv-07216-RCC,1:04-cv-07279-RCC,1:04-cv-07280-RCC,1:04-cv-07281-RCC(Barentzen, Steven) (Entered: 03/08/2006) |
| 602 | 03/13/2006 | RICO STATEMENT RICO STATEMENT APPLICABLE TO TADAMON ISLAMIC BANK. Document filed by Federal Insurance Company et al., Plaintiffs. (Attachments: # 1 Exhibit B)(Feldman, Elliott) (Entered: 03/13/2006) |
| 603 | 03/14/2006 | STIPULATION AS TO EXTENSION OF TIME TO RESPOND TO COMPLAINT CONSOLIDATED UNDER MDL 1570. It is hereby stipulated & agreed by & between Ptffs. in the referenced case consolidated under 03MDL1570 and Deft. Sana-Bell, Inc., by & through their undersigned counsel that the time provided fror Deft. Sana-Bell, Inc., to answer or otherwise |

| # | Date | Proceeding Text |
|---|------|-----------------|
| | | respond to the Complaint in the referenced case shall be extended to and through 4/12/06... and as further set forth in said stipulation. (Signed by Judge Richard C. Casey on 3/14/06) Filed In Associated Cases: 1:03-md-01570-RCC,1:03-cv-06978-RCC(rjm, ) (Entered: 03/14/2006) |
| 604 | 03/14/2006 | STIPULATION AS TO EXTENSION OF TIME TO RESPOND TO COMPLAINT CONSOLIDATED UNDER MDL 1570. It is hereby stipulated & agreed by & between Ptffs. in the referenced case consolidated under 03MDL1570 and Deft. Sanabel Al-Kheer, by & through their undersigned counsel that the time provided fror Deft. Sanabel Al-Kheer to answer or otherwise respond to the Complaint in the referenced case shall be extended to and through 4/12/06... and as further set forth in said stipulation. (Signed by Judge Richard C. Casey on 3/14/06) Filed In Associated Cases: 1:03-md-01570-RCC,1:03-cv-06978-RCC(rjm, ) (Entered: 03/14/2006) |
| 605 | 03/14/2006 | STIPULATION AS TO EXTENSION OF TIME TO RESPOND TO COMPLAINT CONSOLIDATED UNDER MDL 1570. It is hereby stipulated & agreed by & between Ptffs. in the referenced case consolidated under 03MDL1570 and Deft.Al Baraka Bankcorp, Inc., by & through their undersigned counsel that the time provided for Deft. Al Baraka Bankcorp, Inc., to answer or otherwise respond to the Complaint in the referenced case shall be extended to and through 4/27/06... as and further set forth in said stipulation. (Signed by Judge Richard C. Casey on 3/14/06) Filed In Associated Cases: 1:03-md-01570-RCC,1:03-cv-06978-RCC(rjm, ) (Entered: 03/14/2006) |
| 606 | 03/15/2006 | REPLY MEMORANDUM OF LAW in Support re: 1458 MOTION to Dismiss Notice of Motion., 1456 MOTION to Dismiss Notice of Motion.. Document filed by Wamy International, Inc., World Assembly of Muslim Youth. Filed In Associated Cases: 1:03-md-01570-RCC,1:02-cv-06977-RCC,1:02-cv-07300-RCC-FM,1:03-cv-05071-RCC,1:03-cv-05738-RCC, 1:03-cv-06978-RCC,1:03-cv-07036-RCC,1:03-cv-08591-RCC,1:03-cv-09848-RCC,1:03-cv-09849-RCC, 1:04-cv-01076-RCC,1:04-cv-01922-RCC,1:04-cv-01923-RCC,1:04-cv-05970-RCC,1:04-cv-06105-RCC, 1:04-cv-07065-RCC,1:04-cv-07216-RCC,1:04-cv-07279-RCC,1:04-cv-07280-RCC,1:04-cv-07281-RCC(Mohammedi, Omar) (Entered: 03/15/2006) |
| 607 | 03/15/2006 | DECLARATION of Omar T. Mohammedi in Support re: 1458 MOTION to Dismiss Notice of Motion., 1456 MOTION to Dismiss Notice of Motion.. Document filed by Wamy International, Inc., World Assembly of Muslim Youth. Filed In Associated Cases: 1:03-md-01570-RCC,1:02-cv-06977-RCC,1:02-cv-07300-RCC-FM,1:03-cv-05071-RCC,1:03-cv-05738-RCC, 1:03-cv-06978-RCC,1:03-cv-07036-RCC,1:03-cv-08591-RCC,1:03-cv-09848-RCC,1:03-cv-09849-RCC, 1:04-cv-01076-RCC,1:04-cv-01922-RCC,1:04-cv-01923-RCC,1:04-cv-05970-RCC,1:04-cv-06105-RCC, 1:04-cv-07065-RCC,1:04-cv-07216-RCC,1:04-cv-07279-RCC,1:04-cv-07280-RCC,1:04-cv-07281-RCC(Mohammedi, Omar) (Entered: 03/15/2006) |
| 608 | 03/15/2006 | REPLY MEMORANDUM OF LAW in Support re: 1500 MOTION to Dismiss Notice of Motion.. Document filed by Wamy International, Inc., World Assembly of Muslim Youth. Filed In Associated Cases: 1:03-md-01570-RCC,1:02-cv-06977-RCC,1:02-cv-07300-RCC-FM,1:03-cv-05071-RCC,1:03-cv-05738-RCC, 1:03-cv-06978-RCC,1:03-cv-07036-RCC,1:03-cv-08591-RCC,1:03-cv-09848-RCC,1:03-cv-09849-RCC, 1:04-cv-01076-RCC,1:04-cv-01922-RCC,1:04-cv-01923-RCC,1:04-cv-05970-RCC,1:04-cv-06105-RCC, 1:04-cv-07065-RCC,1:04-cv-07216-RCC,1:04-cv-07279-RCC,1:04-cv-07280-RCC,1:04-cv-07281-RCC(Mohammedi, Omar) (Entered: 03/15/2006) |
| 609 | 03/20/2006 | MEMORANDUM OF LAW in Opposition re: 1614 MOTION to Dismiss. PLAINTIFFS CONSOLIDATED MEMORANDUM OF LAW IN OPPOSITION TO THE MOTION TO DISMISS FILED BY AL SHAMAL ISLAMIC BANK. Document filed by Plaintiffs Executive Committees. (Attachments: # 1 Appendix)Filed In Associated Cases: 1:03-md-01570-RCC,1:02-cv-06977-RCC,1:02-cv-07300-RCC-FM,1:03-cv-05071-RCC,1:03-cv-05738-RCC, 1:03-cv-06978-RCC,1:03-cv-07036-RCC,1:03-cv-08591-RCC,1:03-cv-09848-RCC,1:03-cv-09849-RCC, 1:04-cv-01076-RCC,1:04-cv-01922-RCC,1:04-cv-01923-RCC,1:04-cv-05970-RCC,1:04-cv-06105-RCC, 1:04-cv-07065-RCC,1:04-cv-07216-RCC,1:04-cv-07279-RCC,1:04-cv-07280-RCC,1:04-cv-07281-RCC(Feldman, Elliott) (Entered: 03/20/2006) |
| 610 | 03/21/2006 | MEMORANDUM OF LAW in Opposition re: 1714 MOTION to Strike Document No. [1697-98] Cross Motion to Strike Asat Trust's Motion to Dismiss, Docket No. 1697-98., 1697 MOTION to Dismiss.. Document filed by Asat Trust Reg.. (Attachments: # 1 Exhibit 1# 2 Exhibit 2)Filed In Associated Cases: 1:03-md-01570-RCC,1:02-cv-06977-RCC,1:02-cv-07300-RCC-FM,1:03-cv-05071-RCC,1:03-cv-05738-RCC, 1:03-cv-06978-RCC,1:03-cv-07036-RCC,1:03-cv-08591-RCC,1:03-cv-09848-RCC,1:03-cv-09849-RCC,1:04-cv-01076-RCC,1:04-cv-01922-RCC,1:04-cv-01923-RCC,1:04-cv-05970-RCC,1:04-cv-06105-RCC, 1:04-cv-07065-RCC,1:04-cv-07216-RCC,1:04-cv-07279-RCC,1:04-cv-07280-RCC,1:04-cv-07281-RCC(Gourevitch, David) (Entered: 03/21/2006) |

| # | Date | Proceeding Text |
|---|------|-----------------|
| 611 | 03/22/2006 | RICO STATEMENT AMENDED RICO STATEMENT APPLICABLE TO ASAT TRUST. Document filed by Federal Insurance Company et al., Plaintiffs. (Attachments: # 1 Exhibit B)(Feldman, Elliott) (Entered: 03/22/2006) |
| 612 | 03/27/2006 | FILING ERROR - WRONG DOCUMENT TYPE SELECTED FROM MENU - NOTICE of Motion (MOTION). Document filed by Tadamon Islamic Bank. (McMahon, Martin) Modified on 3/29/2006 (kg). (Entered: 03/27/2006) |
| 613 | 03/27/2006 | FILING ERROR - WRONG DOCUMENT TYPE SELECTED FROM MENU - MOTION to Dismiss (Memoradum of Points & Authorities in Support of Motion). Document filed by Tadamon Islamic Bank. (Attachments: # 1 Affidavit)Filed In Associated Cases: 1:03-md-01570-RCC,1:03-cv-06978-RCC(McMahon, Martin) Modified on 3/29/2006 (kg). (Entered: 03/27/2006) |
| 614 | 03/27/2006 | STIPULATION AND ORDER AS TO EXTENSION OF TIME, Set Deadlines/Hearing as to [1720 in Case No. 03md1570] MOTION to Strike Document No. [1665 in Case No. 03md1570] Declaration of Jean-Charles Brisard, Affidavit of Carmen Bin Ladin, and Statement of Guillaume Dasquie. Responses due by 4/21/2006... as further set forth in said stipulation & order. (Signed by Judge Richard C. Casey on 3/27/06) Filed In Associated Cases: 1:03-md-01570-RCC,1:03-cv-05738-RCC,1:03-cv-06978-RCC,1:03-cv-09849-RCC,1:04-cv-05970-RCC, 1:04-cv-06105-RCC,1:04-cv-07279-RCC,1:04-cv-07280-RCC(rjm, ) (Entered: 03/28/2006) |
| 615 | 03/28/2006 | REPLY MEMORANDUM OF LAW in Support re: 1714 MOTION to Strike Document No. [1697-98] Cross Motion to Strike Asat Trust's Motion to Dismiss, Docket No. 1697-98.. Document filed by Estate of John P.O'Neill, Sr.. Filed In Associated Cases: 1:03-md-01570-RCC,1:02-cv-06977-RCC,1:02-cv-07300-RCC-FM,1:03-cv-05071-RCC,1:03-cv-05738-RCC, 1:03-cv-06978-RCC,1:03-cv-07036-RCC,1:03-cv-08591-RCC,1:03-cv-09848-RCC,1:03-cv-09849-RCC, 1:04-cv-01076-RCC,1:04-cv-01922-RCC,1:04-cv-01923-RCC,1:04-cv-05970-RCC,1:04-cv-06105-RCC, 1:04-cv-07065-RCC,1:04-cv-07216-RCC,1:04-cv-07279-RCC,1:04-cv-07280-RCC,1:04-cv-07281-RCC(Goldman, Jerry) (Entered: 03/28/2006) |
|  | 03/29/2006 | ***NOTE TO ATTORNEY TO RE-FILE DOCUMENT - DOCUMENT TYPE ERROR. Note to Attorney Martin McMahon to RE-FILE Document 612 Notice (Other). Use the document type Motion to dismiss found under the document list Motions. (kg) (Entered: 03/29/2006) |
|  | 03/29/2006 | ***NOTE TO ATTORNEY TO RE-FILE DOCUMENT - DOCUMENT TYPE ERROR. Note to Attorney Martin McMahon to RE-FILE Document 613 MOTION to Dismiss (Memorandum of Points & Authorities in Support of Motion). Use the document type Memorandum of Law in support of motion found under the document list Responses and Replies. (kg) (Entered: 03/29/2006) |
| 616 | 03/29/2006 | MOTION to Dismiss Notice of Motion. Document filed by Tadamon Islamic Bank. Filed In Associated Cases: 1:03-md-01570-RCC,1:03-cv-06978-RCC(McMahon, Martin) (Entered: 03/29/2006) |
| 617 | 03/29/2006 | NOTICE OF APPEARANCE by Marc Dennis Powers on behalf of Republic of Iraq (Powers, Marc) (Entered: 03/29/2006) |
| 618 | 03/29/2006 | MEMORANDUM OF LAW in Support re: 1741 MOTION to Dismiss Notice of Motion.. Document filed by Tadamon Islamic Bank. (Attachments: # 1 Affidavit)Filed In Associated Cases: 1:03-md-01570-RCC,1:03-cv-06978-RCC(McMahon, Martin) (Entered: 03/29/2006) |
| 619 | 03/31/2006 | STIPULATION AS TO EXTENSION OF TIME, Set Deadlines/Hearing as to 1644 MOTION to Dismiss Ashton, Federal Insurance, World Trade Center, Continental Casualty, Euro Brokers, New York Marine, and Burnett (5738) Complaints.: Extension of time for plaintiffs to file an opposition to the Binladin defts' motion to dismiss, which was filed on 1/27/06, Responses due by 4/18/2006... as further set forth in said stipulation. (Signed by Judge Richard C. Casey on 3/30/06) Filed In Associated Cases: 1:03-md-01570-RCC,1:02-cv-06977-RCC,1:03-cv-05738-RCC,1:03-cv-06978-RCC,1:04-cv-05970-RCC, 1:04-cv-06105-RCC,1:04-cv-07279-RCC,1:04-cv-07280-RCC(rjm, ) (Entered: 04/03/2006) |
| 620 | 04/05/2006 | STIPULATION AND ORDER, Set Deadlines/Hearing as to 1658 MOTION to Dismiss / Notice of Motion of Yassin Abdullah Kadi To Dismiss Complaints.: Responses due by 4/11/2006 Replies due by 5/18/2006. (Signed by Judge Richard C. Casey on 4/5/06) Filed In Associated Cases: 1:03-md-01570-RCC,1:03-cv-06978-RCC,1:04-cv-01923-RCC,1:04-cv-05970-RCC,1:04-cv-06105-RCC, 1:04-cv-07279-RCC,1:04-cv-07280-RCC(rjm, ) (Entered: 04/05/2006) |
| 621 | 04/05/2006 | ORDER ADMITTING COUNSEL TO PRACTICE PRO HAC VICE... that Timothy B. Mills is permitted to argue or try this particular case in whole or in part as co-lead counsel or advocate for Deft. Republic of Iraq. (Signed by Judge Richard C. Casey on 4/5/06) Filed In Associated Cases: 1:03-md-01570-RCC,1:03-cv-06978-RCC,1:04-cv-01076-RCC,1:04-cv-06105-RCC(rjm, ) (Entered: 04/05/2006) |

| # | Date | Proceeding Text |
|---|------|-----------------|
| 622 | 04/05/2006 | ORDER on attached motion admitting Counsel James Maggs to practice pro hac vice on behalf of Defendant Republic of Iraq. (Signed by Judge Richard C. Casey on 4/5/06) Filed In Associated Cases: 1:03-md-01570-RCC,1:03-cv-06978-RCC,1:04-cv-01076-RCC,1:04-cv-06105-RCC(rjm, ) (Entered: 04/06/2006) |
| 623 | 04/07/2006 | ORDER on attached motion admitting Counsel James Maggs to practice pro hac vice on behalf of Defendant Republic of Iraq. This Document corresponds to Doc. #1750 in 03md1570. (Signed by Judge Richard C. Casey on 4/7/06) Filed In Associated Cases: 1:03-md-01570-RCC,1:03-cv-06978-RCC,1:04-cv-01076-RCC,1:04-cv-06105-RCC(rjm, ) (Entered: 04/10/2006) |
| 624 | 04/07/2006 | ORDER ON ATTACHED MOTION ADMITTING COUNSEL TO PRACTICE PRO HAC VICE... that Timothy B. Mills is permitted to argue or try this particular case in whole or in part as co-lead counsel or advocate for Deft. Republic of Iraq. This Document corresponds to Doc. #1749 in 03md1570. (Signed by Judge Richard C. Casey on 4/7/06) Filed In Associated Cases: 1:03-md-01570-RCC,1:03-cv-06978-RCC,1:04-cv-01076-RCC,1:04-cv-06105-RCC(rjm, ) (Entered: 04/10/2006) |
| 625 | 04/07/2006 | DEFAULT JUDGMENT... That the plaintiffs identified in Exhibit A seeking un-liquidated damages for workers compensation losses, have judgment against the defendants listed in Exhibit B, and shall be entitled to a hearing before the Court to establish the aggregate value of the Plaintiffs' un-liquidated damages. (Signed by Judge Richard C. Casey on 4/7/06) Filed In Associated Cases: 1:03-md-01570-RCC,1:03-cv-06978-RCC(rjm, ) Modified on 4/14/2006 (rjm, ). (Entered: 04/10/2006) |
| 626 | 04/07/2006 | DEFAULT JUDGMENT... That the Plaintiffs identified in Exhibit A as seeking liquidated damages for property business interruption, and for economic losses as a result of the 9/11/01 attack have judgment against the defendants listed in Exhibit B in an amount to be determined at a hearing. (Signed by Judge Richard C. Casey on 4/7/06) Filed In Associated Cases: 1:03-md-01570-RCC,1:03-cv-06978-RCC(rjm, ) (Entered: 04/10/2006) |
| 627 | 04/13/2006 | STIPULATION AS TO EXTENSION OF TIME TO RESPOND TO COMPLAINT CONSOLIDATED UNDER MDL 1570. It is stipulated and agreed by and between Plaintiffs in the referenced case consolidated under 03 MD 1570 and Defendants Sana-Bell, Inc. and Sanabel Al-Kheer, by and through their undersigned counsel, that the time provided for Defendants Sana-Bell, Inc. and Sanabel Al-Kheer to answer or otherwise respond to the Complaint in the case referenced, shall be extended through April 19, 2006. (Signed by Judge Richard C. Casey on 4/13/06) Filed In Associated Cases: 1:03-md-01570-RCC,1:03-cv-06978-RCC(rjm, ) (Entered: 04/14/2006) |
|  | 04/13/2006 | Set Answer Due Date purs. to 627 Stipulation and Order,, as to Sana-Bell, Inc. answer due on 4/19/2006; Sanabel Al-Kheer,Inc answer due on 4/19/2006. (djc, ) (Entered: 04/19/2006) |
|  | 04/14/2006 | CERTIFICATE of Clerk that this action was commenced on 9/10/03 with the filing of the Summons and Complaint, the First Amended Complaint and Summons were filed on 3/10/04, a copy of the First Amended Complaint and Summons was served on all defts. listed in Exhibit B in the manner described, and proofs of such service thereof were filed on the dates identified in Exhibit B. I further certify that the docket entries indicate that the defts. listed in Exhibit B have not filed an answer or otherwise moved with respect to the First Amended Complaint herein. The default of the defts. listed in Exhibit B is hereby noted. (Exhibits A - D attached to Default Judgment, Doc. # 1754 in 03md1570 (Exhibits kept here) and Doc. #625 in 03cv6978). Entered as Doc. #1764 in 03md1570. (rjm, ) Modified on 4/14/2006 (rjm, ). (Entered: 04/14/2006) |
|  | 04/14/2006 | CERTIFICATE of Clerk that this action was commenced on 9/10/03 with the filing of the Summons and Complaint, the First Amended Complaint and Summons were filed on 3/10/04, a copy of the First Amended Complaint and Summons was served on all defts. listed in Exhibit B in the manner described, and proofs of such service thereof were filed on the dates identified in Exhibit B. I further certify that the docket entries indicate that the defts. listed in Exhibit B have not filed an answer or otherwise moved with respect to the First Amended Complaint herein. The default of the defts. listed in Exhibit B is hereby noted. (Exhibits A - E attached to Default Judgment, Doc. # 1755 in 03md1570 (Exhibits kept here) and Doc. #626 in 03cv6978). Entered as Doc. #1765 in 03md1570. (rjm, ) Modified on 4/14/2006 (rjm, ). (Entered: 04/14/2006) |
| 628 | 04/17/2006 | ORDER EXTENDING DISCOVERY DEADLINES PURSUANT TO PARAGRAPH #3 OF CASE MANAGEMENT ORDER #4: Fact Discovery shal be completed by 6/30/2007. Expert Discovery: Experts are to be designated and their expert reports exchanged by 8/15/07. Expert depositions shall commence after 8/15/07 and shall be completed by 10/15/07. All liability discovery is to be completed by 10/15/07... The Plaintiffs' and Defendants' Executive Committees shall confer and submit a proposal to the Court regarding revised discovery deadlines on or before 4/15/07. |

| # | Date | Proceeding Text |
|---|------|-----------------|
| | | Discovery due by 6/30/2007. (Signed by Judge Richard C. Casey on 4/13/06) Filed In Associated Cases: 1:03-md-01570-RCC,1:02-cv-06977-RCC,1:02-cv-07300-RCC-FM,1:03-cv-05071-RCC,1:03-cv-05738-RCC, 1:03-cv-06978-RCC,1:03-cv-07036-RCC,1:03-cv-08591-RCC,1:03-cv-09848-RCC,1:03-cv-09849-RCC, 1:04-cv-01076-RCC,1:04-cv-01922-RCC,1:04-cv-01923-RCC,1:04-cv-05970-RCC,1:04-cv-06105-RCC, 1:04-cv-07216-RCC,1:04-cv-07279-RCC,1:04-cv-07280-RCC,1:04-cv-07281-RCC(rjm, ) (Entered: 04/17/2006) |
| 629 | 04/19/2006 | REPLY MEMORANDUM OF LAW in Support re: 1614 MOTION to Dismiss.. Document filed by Al Shamal Islamic Bank. Filed In Associated Cases: 1:03-md-01570-RCC-FM,1:02-cv-06977-RCC,1:02-cv-07300-RCC-FM,1:03-cv-05071-RCC,1:03-cv-05738-RCC, 1:03-cv-06978-RCC,1:03-cv-07036-RCC,1:03-cv-08591-RCC,1:03-cv-09848-RCC,1:03-cv-09849-RCC, 1:04-cv-01076-RCC,1:04-cv-01922-RCC,1:04-cv-01923-RCC,1:04-cv-05970-RCC,1:04-cv-06105-RCC, 1:04-cv-07065-RCC,1:04-cv-07216-RCC,1:04-cv-07279-RCC,1:04-cv-07280-RCC,1:04-cv-07281-RCC(McMahon, Martin) (Entered: 04/19/2006) |
| 630 | 04/19/2006 | REPLY MEMORANDUM OF LAW in Support re: 1614 MOTION to Dismiss.. Document filed by Al Shamal Islamic Bank. Filed In Associated Cases: 1:03-md-01570-RCC-FM,1:02-cv-06977-RCC,1:02-cv-07300-RCC-FM,1:03-cv-05071-RCC,1:03-cv-05738-RCC, 1:03-cv-06978-RCC,1:03-cv-07036-RCC,1:03-cv-08591-RCC,1:03-cv-09848-RCC,1:03-cv-09849-RCC, 1:04-cv-01076-RCC,1:04-cv-01922-RCC,1:04-cv-01923-RCC,1:04-cv-05970-RCC,1:04-cv-06105-RCC, 1:04-cv-07065-RCC,1:04-cv-07216-RCC,1:04-cv-07279-RCC,1:04-cv-07280-RCC,1:04-cv-07281-RCC(McMahon, Martin) (Entered: 04/19/2006) |
| 631 | 04/21/2006 | MEMORANDUM OF LAW in Opposition re: 1697 MOTION to Dismiss. Plaintiffs' Consolidated Memorandum of Law in Opposition to the Motion to Dismiss Filed by Asat Trust. Document filed by Plaintiffs Executive Committees. (Attachments: # 1 Exhibit A# 2 Exhibit B# 3 Exhibit C# 4 Exhibit D)Filed In Associated Cases: 1:03-md-01570-RCC-FM,1:02-cv-06977-RCC,1:02-cv-07300-RCC-FM,1:03-cv-05071-RCC,1:03-cv-05738-RCC, 1:03-cv-06978-RCC,1:03-cv-07036-RCC,1:03-cv-08591-RCC,1:03-cv-09848-RCC,1:03-cv-09849-RCC, 1:04-cv-01076-RCC,1:04-cv-01922-RCC,1:04-cv-01923-RCC,1:04-cv-05970-RCC,1:04-cv-06105-RCC, 1:04-cv-07065-RCC,1:04-cv-07216-RCC,1:04-cv-07279-RCC,1:04-cv-07280-RCC,1:04-cv-07281-RCC(Feldman, Elliott) (Entered: 04/21/2006) |
| 632 | 04/24/2006 | STIPULATION AS TO EXTENSION OF TIME TO RESPOND TO COMPLAINT CONSOLIDATED UNDER MDL 1570. It is hereby stipulated by and between Plaintiffs in the referenced case consolidated under 03MD1570 and Defendants Sanabel Al-Kheer and Sana Bell, Inc... that the time provided for Defendants to answer or otherwise respond to the Complaint in the referenced case shall be extended to and through 5/19/06; and that Ptffs' response to Defts' responsive pleadings, if any, shall be served within 60 days of receipt of same from Defts' counsel, and that Defts. shall file reply papers, if any, within 30 days of receipt of Plaintiffs' opposing papers... and as further set forth in said stipulation. (Signed by Judge Richard C. Casey on 4/24/06) Filed In Associated Cases: 1:03-md-01570-RCC-FM,1:03-cv-06978-RCC(rjm, ) (Entered: 04/25/2006) |
| | 04/24/2006 | Set/Reset Deadlines: Sana-Bell, Inc. answer due 5/19/2006; Sanabel Al-Kheer,Inc answer due 5/19/2006. (sac, ) (Entered: 05/02/2006) |
| 633 | 05/09/2006 | STIPULATION AS TO EXTENSION OF TIME TO RESPOND TO COMPLAINT CONSOLIDATED UNDER MDL 1570. It is hereby Stipulated and agreed... that the time for Defendant Al Baraka Bancorp to answer or otherwise respond to the Complaint in the referenced case, shall be extended to and through 5/26/06. (Signed by Judge Richard C. Casey on 5/8/06) Filed In Associated Cases: 1:03-md-01570-RCC-FM,1:03-cv-06978-RCC(rjm, ) (Entered: 05/09/2006) |
| 634 | 05/10/2006 | STIPULATION AS TO EXTENSION OF TIME TO RESPOND TO COMPLAINT CONSOLIDATED UNDER MDL 1570. It is hereby Stipulated and agreed... that the time provided for Ptffs' response to Dallah Avco's Motion to Dismiss shall be extended to and through 5/19/06, and that Dallah Avco shall file reply papers, if any, within thirty days of receipt of Ptffs' opposing papers... and as further set forth in said stipulation. (Signed by Judge Richard C. Casey on 5/9/06) Filed In Associated Cases: 1:03-md-01570-RCC-FM,1:03-cv-06978-RCC(rjm, ) (Entered: 05/10/2006) |
| | 05/10/2006 | Set Answer Due Date purs. to 634 Stipulation and Order,, as to Dallah Avco Trans Arabia Co. LTD. answer due on 5/19/2006. (sac, ) (Entered: 05/16/2006) |
| 635 | 05/18/2006 | REPLY MEMORANDUM OF LAW in Support re: 1658 MOTION to Dismiss / Notice of Motion of Yassin Abdullah Kadi To Dismiss Complaints.. Document filed by Yassin Abdullah Kadi. Filed In Associated Cases: 1:03-md-01570-RCC-FM,1:02-cv-06977-RCC,1:02-cv-07300-RCC-FM,1:03- |

| # | Date | Proceeding Text |
|---|---|---|
| | | cv-05071-RCC,1:03-cv-05738-RCC, 1:03-cv-06978-RCC,1:03-cv-07036-RCC,1:03-cv-08591-RCC,1:03-cv-09848-RCC,1:03-cv-09849-RCC, 1:04-cv-01076-RCC,1:04-cv-01922-RCC,1:04-cv-01923-RCC,1:04-cv-05970-RCC,1:04-cv-06105-RCC, 1:04-cv-07065-RCC,1:04-cv-07216-RCC,1:04-cv-07279-RCC,1:04-cv-07280-RCC,1:04-cv-07281-RCC(Arthur, Bonnie) (Entered: 05/18/2006) |
| 636 | 05/19/2006 | MOTION to Dismiss Notice of Motion. Document filed by Sana-Bell, Inc.. Filed In Associated Cases: 1:03-md-01570-RCC-FM,1:03-cv-06978-RCC(McMahon, Martin) (Entered: 05/19/2006) |
| 637 | 05/19/2006 | MOTION to Dismiss Notice of Motion. Document filed by Sanabel Al-Kheer, Inc.. Filed In Associated Cases: 1:03-md-01570-RCC-FM,1:03-cv-06978-RCC(McMahon, Martin) (Entered: 05/19/2006) |
| 638 | 05/19/2006 | MEMORANDUM OF LAW in Support re: 1806 MOTION to Dismiss Notice of Motion.. Document filed by Sanabel Al-Kheer, Inc.. Filed In Associated Cases: 1:03-md-01570-RCC-FM,1:03-cv-06978-RCC(McMahon, Martin) (Entered: 05/19/2006) |
| 639 | 05/19/2006 | MEMORANDUM OF LAW in Support re: 1804 MOTION to Dismiss Notice of Motion.. Document filed by Sana-Bell, Inc.. (Attachments: # 1 Exhibit A# 2 Exhibit B# 3 Text of Proposed Order)Filed In Associated Cases: 1:03-md-01570-RCC-FM,1:03-cv-06978-RCC(McMahon, Martin) (Entered: 05/19/2006) |
| 640 | 05/19/2006 | NOTICE of PLAINTIFF?S MEMORANDUM OF LAW IN OPPOSITION TO THE MOTION TO DISMISS FILED BY DALLAH AVCO TRANS ARABIA CO., LTD. re: 597 Memorandum of Law in Support of Motion, 596 Notice (Other). Document filed by Federal Insurance Company et al., Plaintiffs. (Feldman, Elliott) (Entered: 05/19/2006) |
| 641 | 05/22/2006 | REPLY MEMORANDUM OF LAW in Support re: 1697 MOTION to Dismiss.. Document filed by Asat Trust Reg.. (Attachments: # 1 Exhibit A)Filed In Associated Cases: 1:03-md-01570-RCC-FM,1:02-cv-06977-RCC,1:02-cv-07300-RCC-FM,1:03-cv-05071-RCC,1:03-cv-05738-RCC, 1:03-cv-06978-RCC,1:03-cv-07036-RCC,1:03-cv-08591-RCC,1:03-cv-09848-RCC,1:03-cv-09849-RCC, 1:04-cv-01076-RCC,1:04-cv-01922-RCC,1:04-cv-01923-RCC,1:04-cv-05970-RCC,1:04-cv-06105-RCC, 1:04-cv-07065-RCC,1:04-cv-07216-RCC,1:04-cv-07279-RCC,1:04-cv-07280-RCC,1:04-cv-07281-RCC(Gourevitch, David) (Entered: 05/22/2006) |
| 642 | 05/26/2006 | MEMORANDUM OF LAW in Opposition re: 616 MOTION to Dismiss Notice of Motion. PLAINTIFFS' CONSOLIDATED MEMORANDUM OF LAW IN OPPOSITION TO THE MOTION TO DISMISS FILED BY TADAMON ISLAMIC BANK. Document filed by Federal Insurance Company et al., Plaintiffs. (Attachments: # 1 Exhibit EXHIBIT A)(Feldman, Elliott) (Entered: 05/26/2006) |
| 643 | 05/26/2006 | STIPULATION AS TO EXTENSION OF TIME TO RESPOND TO COMPLAINT CONSOLIDATED UNDER MDL 1570... That the time for ptffs to respond to Al Aqsa Islamic Bank's Motion to dismiss shall be extended to and through 6/16/06, and that Al Aqsa Islamic Bank shall file reply papers, if any, within thirty days of receipt of Plaintiffs' opposing papers... and as further set forth in said stipulation. (Signed by Judge Richard C. Casey on 5/26/06) Filed In Associated Cases: 1:03-md-01570-RCC-FM,1:03-cv-06978-RCC(rjm, ) (Entered: 05/26/2006) |
| 644 | 05/26/2006 | MOTION to Dismiss Notice of Motion. Document filed by Al-Baraka Bancorp, Inc.. Filed In Associated Cases: 1:03-md-01570-RCC-FM,1:03-cv-06978-RCC(McMahon, Martin) (Entered: 05/26/2006) |
| 645 | 05/26/2006 | MEMORANDUM OF LAW in Support re: 1822 MOTION to Dismiss Notice of Motion.. Document filed by Al-Baraka Bancorp, Inc.. (Attachments: # 1 Exhibit A# 2 Exhibit B)Filed In Associated Cases: 1:03-md-01570-RCC-FM,1:03-cv-06978-RCC(McMahon, Martin) (Entered: 05/26/2006) |
| 646 | 05/30/2006 | NOTICE AND ORDER OF SUBSTITUTION OF COUNSEL. Please take notice that Baker Botts LLP shall be and hereby is substituted for Bryan Cave LLP, as counsel of record for defendant Prince Naif bin Abdulaziz Al-Saud. (Signed by Judge Richard C. Casey on 5/30/06) Filed In Associated Cases: 1:03-md-01570-RCC-FM,1:02-cv-06977-RCC,1:03-cv-05738-RCC,1:03-cv-06978-RCC,1:03-cv-09849-RCC, 1:04-cv-05970-RCC,1:04-cv-06105-RCC,1:04-cv-07279-RCC,1:04-cv-07280-RCC(rjm, ) (Entered: 05/31/2006) |
| 647 | 06/19/2006 | MEMORANDUM OF LAW in Support re: 1820 MOTION to Dismiss Notice of Motion. Reply to Plaintiffs' Opposition. Document filed by Dallah Avco Trans Arabia Co. LTD.. Filed In Associated Cases: 1:03-md-01570-RCC-FM,1:03-cv-06978-RCC(McMahon, Martin) (Entered: 06/19/2006) |
| 648 | 06/23/2006 | REPLY MEMORANDUM OF LAW in Support re: 1738 MOTION to Dismiss and Memorandum of Points & Authorities in Support of Motion.. Document filed by Tadamon Islamic Bank. Filed In Associated Cases: 1:03-md-01570-RCC-FM,1:02-cv-06977-RCC,1:02-cv-07300-RCC-FM,1:03-cv-05071-RCC,1:03-cv-05738-RCC, 1:03-cv-06978-RCC,1:03-cv-07036-RCC,1:03-cv-08591-RCC,1:03-cv-09848-RCC,1:03-cv-09849-RCC, 1:04-cv-01076-RCC,1:04-cv-01922-RCC,1:04-cv- |

| # | Date | Proceeding Text |
|---|------|-----------------|
| | | 01923-RCC,1:04-cv-05970-RCC,1:04-cv-06105-RCC, 1:04-cv-07065-RCC,1:04-cv-07216-RCC,1:04-cv-07279-RCC,1:04-cv-07280-RCC,1:04-cv-07281-RCC(McMahon, Martin) (Entered: 06/24/2006) |
| 649 | 06/28/2006 | MOTION for Johnathan Goodman Stacey Saiontz to Withdraw as Attorney. Document filed by Cantor Fitzgerald Associates, L.P., Cantor Fitzgerald Brokerage, L.P., Cantor Fitzgerald Europe, Cantor Fitzgerald International, Cantor Fitzgerald Partners, Cantor Fitzgerald Securities, Cantor Fitzgerald, L.P., Cantor Index Limited, CO2e.com, LLC, eSpeed Government Securities, Inc., Espeed, Inc., eSpeed Securities, Inc., Port Authority Trans-Hudson Corporation, Port Authority of New York & New Jersey, Cantor Fitzgerald & Co.. Filed In Associated Cases: 1:03-md-01570-RCC-FM,1:02-cv-06977-RCC,1:02-cv-07300-RCC-FM,1:03-cv-05071-RCC,1:03-cv-05738-RCC, 1:03-cv-06978-RCC,1:03-cv-07036-RCC,1:03-cv-08591-RCC,1:03-cv-09848-RCC,1:03-cv-09849-RCC, 1:04-cv-01076-RCC,1:04-cv-01922-RCC,1:04-cv-01923-RCC,1:04-cv-05970-RCC,1:04-cv-06105-RCC, 1:04-cv-07065-RCC,1:04-cv-07216-RCC,1:04-cv-07279-RCC,1:04-cv-07280-RCC,1:04-cv-07281-RCC(Leonardo, Christopher) (Entered: 06/28/2006) |
| 650 | 06/28/2006 | MEMORANDUM OF LAW in Opposition re: 1838 Motion to Strike Document No. 1789 DMI Defendants' Request for Judicial Notice in Further Support of Motions to Dismiss.. Document filed by Daral Maal Al Islami Trust, DMI Administrative Services S.A.. Filed In Associated Cases: 1:03-md-01570-RCC-FM,1:02-cv-06977-RCC,1:02-cv-07300-RCC-FM,1:03-cv-05071-RCC,1:03-cv-05738-RCC, 1:03-cv-06978-RCC,1:03-cv-07036-RCC,1:03-cv-08591-RCC,1:03-cv-09848-RCC,1:03-cv-09849-RCC, 1:04-cv-01076-RCC,1:04-cv-01922-RCC,1:04-cv-01923-RCC,1:04-cv-05970-RCC,1:04-cv-06105-RCC, 1:04-cv-07065-RCC,1:04-cv-07216-RCC,1:04-cv-07279-RCC,1:04-cv-07280-RCC,1:04-cv-07281-RCC(McGuire, James) (Entered: 06/28/2006) |
| 651 | 06/30/2006 | MEMORANDUM OF LAW in Opposition re: 1701 MOTION to Dismiss Notice of Motion. FEDERAL PLAINTIFFS' MEMORANDUM OF LAW IN OPPOSITION TO THE MOTION TO DISMISS FILED BY AL AQSA ISLAMIC BANK. Document filed by Federal Insurance Company et al., Plaintiffs. Filed In Associated Cases: 1:03-md-01570-RCC-FM,1:03-cv-06978-RCC(Feldman, Elliott) (Entered: 06/30/2006) |
| 652 | 07/12/2006 | REPLY to Response to Motion re: 1758 MOTION to Dismiss.. Document filed by Abdullah Bin Khalid Al-Thani. Filed In Associated Cases: 1:03-md-01570-RCC-FM,1:02-cv-06977-RCC,1:02-cv-07300-RCC-FM,1:03-cv-05071-RCC,1:03-cv-06978-RCC,1:03-cv-07036-RCC,1:03-cv-08591-RCC,1:03-cv-09848-RCC,1:03-cv-09849-RCC,1:04-cv-01076-RCC,1:04-cv-01922-RCC,1:04-cv-01923-RCC,1:04-cv-05970-RCC,1:04-cv-06105-RCC, 1:04-cv-07065-RCC,1:04-cv-07216-RCC,1:04-cv-07279-RCC,1:04-cv-07280-RCC,1:04-cv-07281-RCC(Nachman, David) (Entered: 07/12/2006) |
| 653 | 07/12/2006 | ORDER TO VACATE DEFAULT JUDGMENTS. It is Ordered that the default judgments entered on 4/7/06 against the following defendants named in the Federal Insurance action shall be vacated: Al Aqsa Islamic Bank, Al Baraka Bancorp., Dallah Avco Trans Arabia, Sana-Bell, Inc., Sanabel Al Kheer, Tadamon Islamic Bank. (Signed by Judge Richard C. Casey on 7/12/06) Filed In Associated Cases: 1:03-md-01570-RCC-FM,1:03-cv-06978-RCC(rjm, ) (Entered: 07/13/2006) |
| 654 | 07/18/2006 | MEMORANDUM OF LAW in Opposition re: 1806 MOTION to Dismiss Notice of Motion., 1804 MOTION to Dismiss Notice of Motion. FEDERAL PLAINTIFFS' CONSOLIDATED MEMORANDUM OF LAW IN OPPOSITION TO THE MOTIONS TO DISMISS FILED BY SANABIL, INC., AND SANABEL AL-KHEER. Document filed by Federal Insurance Company et al., Plaintiffs. Filed In Associated Cases: 1:03-md-01570-RCC-FM,1:03-cv-06978-RCC(Feldman, Elliott) (Entered: 07/18/2006) |
| 655 | 07/28/2006 | REPLY MEMORANDUM OF LAW in Support re: 1701 MOTION to Dismiss Notice of Motion.. Document filed by Aqsa Islamic Bank. Filed In Associated Cases: 1:03-md-01570-RCC-FM,1:03-cv-06978-RCC(McMahon, Martin) (Entered: 07/28/2006) |
| 656 | 07/31/2006 | STIPULATION OF DISMISSAL that through counsel, the Federal Insurance Plaintiffs and Defendant Al Baraka Bancorp. have agreed to and hereby stipulate to the dismissal of Defendant Al Baraka Bancorp. with prejudice... each party shall bear its own costs, fees and expenses. (Signed by Judge Richard C. Casey on 7/31/06) Filed In Associated Cases: 1:03-md-01570-RCC-FM,1:03-cv-06978-RCC(rjm, ) (Entered: 08/02/2006) |
| 657 | 08/04/2006 | DECLARATION of Abdullah Bin Khalid Al-Thani in Support re: 1758 MOTION to Dismiss.. Document filed by Abdullah Bin Khalid Al-Thani. Filed In Associated Cases: 1:03-md-01570-RCC-FM,1:02-cv-06977-RCC,1:02-cv-07300-RCC-FM,1:03-cv-05071-RCC,1:03-cv-05738-RCC, 1:03-cv-06978-RCC,1:03-cv-07036-RCC,1:03-cv-08591-RCC,1:03-cv-09848-RCC,1:03-cv-09849-RCC, 1:04-cv-01076-RCC,1:04-cv-01922-RCC,1:04-cv-01923-RCC,1:04-cv-05970-RCC,1:04-cv-06105-RCC, 1:04-cv-07065-RCC, 1:04-cv-07216-RCC,1:04-cv-07279-RCC,1:04-cv- |

| # | Date | Proceeding Text |
|---|------|-----------------|
| | | 07280-RCC,1:04-cv-07281-RCC(Nachman, David) (Entered: 08/04/2006) |
| 658 | 08/16/2006 | FILING ERROR - WRONG DOCUMENT TYPE SELECTED FOR MENU - MEMORANDUM OF LAW in Support re: 1806 MOTION to Dismiss Notice of Motion. Reply to Plaintiffs' Opposition. Document filed by Sanabel Al-Kheer, Inc.. Filed In Associated Cases: 1:03-md-01570-RCC-FM,1:03-cv-06978-RCC(McMahon, Martin) Modified on 8/25/2006 (gf, ). (Entered: 08/16/2006) |
| 659 | 08/16/2006 | REPLY MEMORANDUM OF LAW in Support re: 1804 MOTION to Dismiss Notice of Motion.. Document filed by Sana-Bell, Inc.. Filed In Associated Cases: 1:03-md-01570-RCC-FM,1:03-cv-06978-RCC(McMahon, Martin) (Entered: 08/16/2006) |
| 660 | 08/16/2006 | REPLY MEMORANDUM OF LAW in Support re: 1806 MOTION to Dismiss Notice of Motion.. Document filed by Sanabel Al-Kheer, Inc.. Filed In Associated Cases: 1:03-md-01570-RCC-FM,1:03-cv-06978-RCC(McMahon, Martin) (Entered: 08/16/2006) |
| 661 | 08/25/2006 | STIPULATION AND ORDER OF SUBSTITUTION OF LAW FIRMS AS COUNSEL... that the law firm of Sheppard Mullin Richter & Hampton LLP, shall be hereby substituted for the law firm of Hunton & Williams LLP as counsel of record for defendant Yassin Abdullah Kadi. (Signed by Judge Richard C. Casey on 8/25/06) Filed In Associated Cases: 1:03-md-01570-RCC-FM,1:02-cv-06977-RCC,1:03-cv-05738-RCC,1:03-cv-06978-RCC,1:03-cv-09849-RCC, 1:04-cv-01923-RCC,1:04-cv-05970-RCC,1:04-cv-06105-RCC,1:04-cv-07279-RCC,1:04-cv-07280-RCC(rjm, ) (Entered: 08/28/2006) |
| 662 | 09/11/2006 | ORDER... that Ugo Colella is relieved as one of the attorneys of record for National Commercial Bank of Saudi Arabia in the captioned actions. It is further ordered that appearances of Ronald S. Lieberman and Mitchell R. Berger for National Commercial Bank of Saudi Arabia in the captioned actions will remain unchanged. (Signed by Judge Richard C. Casey on 9/11/06) Filed In Associated Cases: 1:03-md-01570-RCC-FM,1:02-cv-06977-RCC,1:02-cv-07300-RCC-FM,1:03-cv-05071-RCC,1:03-cv-05738-RCC, 1:03-cv-06978-RCC,1:03-cv-07036-RCC,1:03-cv-09849-RCC,1:04-cv-01923-RCC,1:04-cv-06105-RCC,1:04-cv-07279-RCC,1:04-cv-07280-RCC. This Document also relates to 02-7236 and 03-3859.(rjm, ) (Entered: 09/12/2006) |
| 663 | 09/15/2006 | MOTION to Stay. Document filed by Jamal Barzinji. Filed In Associated Cases: 1:03-md-01570-RCC-FM,1:03-cv-06978-RCC(Barentzen, Steven) (Entered: 09/15/2006) |
| 664 | 09/15/2006 | MEMORANDUM OF LAW in Support re: 1895 MOTION to Stay.. Document filed by Jamal Barzinji. (Attachments: # 1 # 2)Filed In Associated Cases: 1:03-md-01570-RCC-FM,1:03-cv-06978-RCC(Barentzen, Steven) (Entered: 09/15/2006) |
| 665 | 09/15/2006 | MOTION for Leave to File Undredacted Motion to Stay For Court's In Camera Review. Document filed by Jamal Barzinji. Filed In Associated Cases: 1:03-md-01570-RCC-FM,1:03-cv-06978-RCC(Barentzen, Steven) (Entered: 09/15/2006) |
| 666 | 09/15/2006 | MEMORANDUM OF LAW in Support re: 1897 MOTION for Leave to File Undredacted Motion to Stay For Court's In Camera Review.. Document filed by Jamal Barzinji. Filed In Associated Cases: 1:03-md-01570-RCC-FM,1:03-cv-06978-RCC(Barentzen, Steven) (Entered: 09/15/2006) |
| 667 | 10/03/2006 | STIPULATION AND ORDER OF DISMISSAL that through counsel, the Federal Insurance Plaintiffs and defendant, Mohammed Hussein Al Amoudi stipulate to the dismissal of defendant Mohammed Hussein Al Amoudi, without prejudice... each side to bear its own attorney's fees, costs, and expenses. (Signed by Judge Richard C. Casey on 10/2/06) Filed In Associated Cases: 1:03-md-01570-RCC-FM,1:03-cv-06978-RCC(rjm, ) (Entered: 10/03/2006) |
| 668 | 10/03/2006 | MEMORANDUM & ORDER regarding the procedures to be followed that shall govern the handling of The Defendants' Executive Committee's application for an umbrella protective order covering all materials produced during discovery in the captioned case which is granted in part. (Signed by Judge Richard C. Casey on 10/3/06) Filed In Associated Cases: 1:03-md-01570-RCC-FM,1:02-cv-06977-RCC,1:02-cv-07300-RCC-FM,1:03-cv-05071-RCC,1:03-cv-05738-RCC, 1:03-cv-06978-RCC,1:03-cv-07036-RCC,1:03-cv-08591-RCC,1:03-cv-09848-RCC,1:03-cv-09849-RCC, 1:04-cv-01076-RCC,1:04-cv-01922-RCC,1:04-cv-01923-RCC,1:04-cv-05970-RCC,1:04-cv-06105-RCC, 1:04-cv-07065-RCC,1:04-cv-07216-RCC,1:04-cv-07279-RCC,1:04-cv-07280-RCC,1:04-cv-07281-RCC(rjm, ) (Entered: 10/03/2006) |
| 669 | 10/17/2006 | MEMORANDUM OF LAW in Opposition re: 1903 MOTION for Leave to File Witness Statement of Jean-Charles Brisard. FEDERAL INSURANCE AND O'NEILL PLAINTIFFS' MEMORANDUM OF LAW IN OPPOSITION TO MOTION TO SUPPLEMENT MOTIONS TO DISMISS OF DEFENDANT KHALID BIN MAHFOUZ. Document filed by John Patrick O'Neill, Jr, Federal Insurance Company et al., Plaintiffs. Filed In Associated Cases: 1:03-md-01570-RCC-FM,1:02-cv-06977-RCC,1:02-cv-07300-RCC-FM,1:03-cv-05071-RCC,1:03-cv-05738-RCC, 1:03-cv-06978-RCC,1:03-cv-07036-RCC,1:03-cv-08591-RCC,1:03-cv-09848-RCC,1:03-cv-09849-RCC, |

| # | Date | Proceeding Text |
|---|------|-----------------|
| | | 1:04-cv-01076-RCC,1:04-cv-01922-RCC,1:04-cv-01923-RCC,1:04-cv-05970-RCC,1:04-cv-06105-RCC, 1:04-cv-07065-RCC,1:04-cv-07216-RCC,1:04-cv-07279-RCC,1:04-cv-07280-RCC,1:04-cv-07281-RCC(Feldman, Elliott) (Entered: 10/17/2006) |
| 670 | 10/17/2006 | MEMORANDUM OF LAW in Opposition re: 1903 MOTION for Leave to File Witness Statement of Jean-Charles Brisard.. Document filed by Cantor Fitzgerald Associates, L.P., Cantor Fitzgerald Brokerage, L.P., Cantor Fitzgerald Europe, Cantor Fitzgerald International, Cantor Fitzgerald Partners, Cantor Fitzgerald Securities, Cantor Fitzgerald, L.P., Cantor Index Limited, CO2e.com, LLC, eSpeed Government Securities, Inc., eSpeed Securities, Inc., WTC Retail LLC, Port Authority Trans-Hudson Corporation, Port Authority of New York & New Jersey, Cantor Fitzgerald & Co.. Filed In Associated Cases: 1:03-md-01570-RCC-FM,1:02-cv-06977-RCC,1:02-cv-07300-RCC-FM,1:03-cv-05071-RCC,1:03-cv-05738-RCC, 1:03-cv-06978-RCC,1:03-cv-07036-RCC,1:03-cv-08591-RCC,1:03-cv-09848-RCC,1:03-cv-09849-RCC, 1:04-cv-01076-RCC,1:04-cv-01922-RCC,1:04-cv-01923-RCC,1:04-cv-05970-RCC,1:04-cv-06105-RCC, 1:04-cv-07065-RCC,1:04-cv-07216-RCC,1:04-cv-07279-RCC,1:04-cv-07280-RCC,1:04-cv-07281-RCC(Leonardo, Christopher) (Entered: 10/17/2006) |
| 671 | 10/18/2006 | RESPONSE in Opposition re: 1903 MOTION for Leave to File Witness Statement of Jean-Charles Brisard.. Document filed by New York Marine and General Insurance Company. Filed In Associated Cases: 1:03-md-01570-RCC-FM,1:02-cv-06977-RCC,1:02-cv-07300-RCC-FM,1:03-cv-05071-RCC,1:03-cv-05738-RCC, 1:03-cv-06978-RCC,1:03-cv-07036-RCC,1:03-cv-08591-RCC,1:03-cv-09848-RCC,1:03-cv-09849-RCC,1:04-cv-01076-RCC,1:04-cv-01922-RCC,1:04-cv-01923-RCC,1:04-cv-05970-RCC,1:04-cv-06105-RCC, 1:04-cv-07065-RCC,1:04-cv-07216-RCC,1:04-cv-07279-RCC,1:04-cv-07280-RCC,1:04-cv-07281-RCC(Fromm, David) (Entered: 10/18/2006) |
| 672 | 10/20/2006 | MEMORANDUM OF LAW in Opposition re: 1903 MOTION for Leave to File Witness Statement of Jean-Charles Brisard.. Document filed by Burnett Plaintiffs, Euro Brokers Inc., et al., World Trade Center Properties LLC, et al.. Filed In Associated Cases: 1:03-md-01570-RCC-FM,1:02-cv-06977-RCC,1:02-cv-07300-RCC-FM,1:03-cv-05071-RCC,1:03-cv-05738-RCC, 1:03-cv-06978-RCC,1:03-cv-07036-RCC,1:03-cv-08591-RCC,1:03-cv-09848-RCC,1:03-cv-09849-RCC,1:04-cv-01076-RCC,1:04-cv-01922-RCC,1:04-cv-01923-RCC,1:04-cv-05970-RCC,1:04-cv-06105-RCC, 1:04-cv-07065-RCC,1:04-cv-07216-RCC,1:04-cv-07279-RCC,1:04-cv-07280-RCC,1:04-cv-07281-RCC(Elsner, Michael) (Entered: 10/20/2006) |
| 673 | 10/25/2006 | MEMORANDUM OF LAW in Opposition re: 1895 MOTION to Stay. FEDERAL INSURANCE PLAINTIFFS? MEMORANDUM OF LAW IN OPPOSITION TO DEFENDANT JAMAL BARZINJI?S MOTION TO STAY. Document filed by Federal Insurance Company et al., Plaintiffs. Filed In Associated Cases: 1:03-md-01570-RCC-FM,1:03-cv-06978-RCC(Feldman, Elliott) (Entered: 10/25/2006) |
| 674 | 10/25/2006 | MEMORANDUM OF LAW in Opposition re: 1897 MOTION for Leave to File Undredacted Motion to Stay For Court's In Camera Review. FEDERAL INSURANCE PLAINTIFFS? MEMORANDUM OF LAW IN OPPOSITION TO DEFENDANT JAMAL BARZINJI?S MOTION FOR LEAVE TO FILE HIS UNREDACTED MOTION FOR A STAY FOR THE COURT?S IN CAMERA REVIEW. Document filed by Federal Insurance Company et al., Plaintiffs. Filed In Associated Cases: 1:03-md-01570-RCC-FM,1:03-cv-06978-RCC(Feldman, Elliott) (Entered: 10/25/2006) |
| 675 | 11/20/2006 | MEMORANDUM & ORDER (this document relates to 03cv6978); defendant Saudi American Bank's motion to dismiss the claims against it in 03cv6978 is Granted, and plaintiffs' request for leave to amend the first amended complaint is Denied. (Signed by Judge Richard C. Casey on 11/20/2006) Filed In Associated Cases: 1:03-md-01570-RCC-FM,1:03-cv-06978-RCC(kkc, ) (Entered: 11/21/2006) |
| | 11/27/2006 | ***DELETED DOCUMENT. Deleted document number 676 Stipulation. The pdf document was incorrectly filed in this case. (rjm, ) (Entered: 11/30/2006) |
| 679 | 11/27/2006 | STIPULATION AS TO SERVICE OF PROCESS RELIEF FROM AND SETTING ASIDE OF DEFAULT AND EXTENSION OF TIME TO RESPOND TO COMPLAINTS CONSOLIDATED UNDER MDL 1570. It is stipulated and agreed by and between Plaintiffs in each of the three referenced cases consolidated under 03MDL1570 (03-6978, 04-6105 and 04-1076) and Defendant Republic of Iraq by and through their undersigned counsel that: (1) Republic of Iraq was properly and timely served with the Summons and Complaint in each of the three referenced cases; and (2) Republic of Iraq contends that Republic of Iraq has not been served (properly or otherwise) with any Summons and Complaint in any other case/action encompassed by the In Re Terrorist Attacks on 9/11/02 multi-district litigation, 03-MDL-1570(RCC)... and as further set forth in said stipulation. (Signed by Judge Richard C. Casey on 11/27/06) Filed In Associated |

| # | Date | Proceeding Text |
|---|------|-----------------|
| | | Cases: 1:03-md-01570-RCC-FM,1:03-cv-06978-RCC,1:04-cv-01076-RCC,1:04-cv-06105-RCC(rjm, ) (Entered: 11/30/2006) |
| 677 | 11/28/2006 | REPLY MEMORANDUM OF LAW in Support re: 1895 MOTION to Stay.. Document filed by Jamal Barzinji. Filed In Associated Cases: 1:03-md-01570-RCC-FM,1:03-cv-06978-RCC(Barentzen, Steven) (Entered: 11/28/2006) |
| 678 | 11/28/2006 | REPLY MEMORANDUM OF LAW in Support re: 1897 MOTION for Leave to File Undredacted Motion to Stay For Court's In Camera Review.. Document filed by Jamal Barzinji. Filed In Associated Cases: 1:03-md-01570-RCC-FM,1:03-cv-06978-RCC(Barentzen, Steven) (Entered: 11/28/2006) |
| 680 | 12/05/2006 | MOTION for Reconsideration. Document filed by Federal Insurance Company et al., Plaintiffs. Filed In Associated Cases: 1:03-md-01570-RCC-FM,1:03-cv-06978-RCC(Feldman, Elliott) (Entered: 12/05/2006) |
| 681 | 12/05/2006 | MOTION for Reconsideration and Memorandum of Law in Support of the Federal Insurance Plaintiffs' Motion for Reconsideration. Document filed by Federal Insurance Company et al., Plaintiffs. Filed In Associated Cases: 1:03-md-01570-RCC-FM,1:03-cv-06978-RCC(Feldman, Elliott) (Entered: 12/05/2006) |
| 682 | 12/14/2006 | MEMORANDUM AND ORDER granting [353 in 03md1570] Motion to Dismiss, granting 353 Motion to Dismiss for Lack of Jurisdiction in their entirety. (Signed by Judge Richard C. Casey on 12/14/06) Filed In Associated Cases: 1:03-md-01570-RCC-FM,1:03-cv-06978-RCC(rjm, ) (Entered: 12/15/2006) |
| 683 | 12/15/2006 | MOTION for SHERYL MUSGROVE to Withdraw as Attorney. Document filed by Sami Omar Al-Hussayen. Filed In Associated Cases: 1:03-md-01570-RCC-FM,1:02-cv-06977-RCC,1:02-cv-07300-RCC-FM,1:03-cv-05071-RCC,1:03-cv-05738-RCC, 1:03-cv-06978-RCC,1:03-cv-07036-RCC,1:03-cv-08591-RCC,1:03-cv-09848-RCC,1:03-cv-09849-RCC, 1:04-cv-01076-RCC,1:04-cv-01922-RCC,1:04-cv-01923-RCC,1:04-cv-05970-RCC,1:04-cv-06105-RCC, 1:04-cv-07065-RCC,1:04-cv-07216-RCC,1:04-cv-07279-RCC,1:04-cv-07280-RCC,1:04-cv-07281-RCC(McKay, Scott) (Entered: 12/15/2006) |
| 684 | 12/18/2006 | MEMORANDUM OF LAW in Opposition re: 1925 MOTION for Reconsideration.. Document filed by Saudi American Bank. Filed In Associated Cases: 1:03-md-01570-RCC-FM,1:03-cv-06978-RCC(Segal, Daniel) (Entered: 12/18/2006) |
| 685 | 12/21/2006 | REPLY MEMORANDUM OF LAW in Support re: 1925 MOTION for Reconsideration., 1926 MOTION for Reconsideration and Memorandum of Law in Support of the Federal Insurance Plaintiffs' Motion for Reconsideration. REPLY MEMORANDUM OF LAW IN SUPPORT OF THE FEDERAL INSURANCE PLAINTIFFS? MOTION FOR RECONSIDERATION. Document filed by Federal Insurance Company et al., Plaintiffs. Filed In Associated Cases: 1:03-md-01570-RCC-FM,1:03-cv-06978-RCC(Feldman, Elliott) (Entered: 12/21/2006) |
| 686 | 01/08/2007 | ORDER granting 1931 Motion to Withdraw as Attorney for Sami Omar Al-Hussayen. Attorney Sheryl Louise Musgrove terminated . (Signed by Judge Richard C. Casey on 1/8/06) Filed In Associated Cases: 1:03-md-01570-RCC-FM,1:03-cv-06978-RCC,1:03-cv-09849-RCC,1:04-cv-07280-RCC(rjm, ) (Entered: 01/09/2007) |
| 687 | 01/23/2007 | MEMORANDUM AND ORDER denying (1925) Motion for Reconsideration ; denying (1926) Motion for Reconsideration in case 1:03-md-01570-RCC-FM; denying (680) Motion for Reconsideration ; denying (681) Motion for Reconsideration in case 1:03-cv-06978-RCC. (Signed by Judge Richard C. Casey on 1/23/07) Filed In Associated Cases: 1:03-md-01570-RCC-FM, 1:03-cv-06978-RCC(rjm) (Entered: 01/24/2007) |
| 688 | 02/13/2007 | MOTION TO ASSESS DAMAGES ON MOVANTS' BEHALF AGAINST DEFAULTED DEFENDANTS IN THE AMOUNT OF $9,481,764,208.61 re: 626 Order, ENTERING DEFAULT JUDGMENTS. Document filed by Federal Insurance Company et al., Plaintiffs. (Attachments: # 1 MEMORANDUM OF LAW OF PLAINTIFFS AXA, CHUBB, MUNICH RE AMERICA, ONEBEACON INSURANCE GROUP, AND TIG IN SUPPORT OF THEIR MOTION TO ASSESS DAMAGES AGAINST DEFAULTED DEFENDANTS# 2 Text of Proposed Order # 3 Affirmation of Sean P. Carter in Support of Motion# 4 Exhibit Exhibit A to Carter Affirmation# 5 Exhibit Exhibit B to Carter Affirmation# 6 Exhibit Exhibit C to Carter Affirmation# 7 Exhibit Exhibit D to Carter Affirmation# 8 Exhibit Exhibit E to Carter Affirmation# 9 Exhibit Exhibit F to Carter Affirmation# 10 Exhibit Exhibit G to Carter Affirmation# 11 Exhibit Exhibit H to Carter Affirmation)(Feldman, Elliott) (Entered: 02/13/2007) |
| 690 | 02/21/2007 | MOTION to Vacate Default Judgments. Document filed by Samir Salah.Filed In Associated Cases: 1:03-md-01570-RCC-FM, 1:03-cv-06978-RCC, 1:03-cv-09849-RCC(Barentzen, Steven) (Entered: 02/21/2007) |

| # | Date | Proceeding Text |
|---|---|---|
| 691 | 02/21/2007 | DECLARATION of Samir Salah in Support re: (489 in 1:03-cv-09849-RCC) MOTION to Vacate.. Document filed by Samir Salah. Filed In Associated Cases: 1:03-md-01570-RCC-FM, 1:03-cv-09849-RCC(Barentzen, Steven) (Entered: 02/21/2007) |
| 692 | 02/21/2007 | MEMORANDUM OF LAW in Support re: (489 in 1:03-cv-09849-RCC) MOTION to Vacate.. Document filed by Samir Salah. Filed In Associated Cases: 1:03-md-01570-RCC-FM, 1:03-cv-09849-RCC(Barentzen, Steven) (Entered: 02/21/2007) |
| 693 | 02/23/2007 | AMENDED STIPULATION AS TO SERVICE OF PROCESS, RELIEF FROM AND SETTING ASIDE OF DEFAULT, AND EXTENSION OF TIME TO RESPOND TO COMPLAINTS CONSOLIDATED UNDER MDL 1570. It is hereby stipulated and agreed by and between Plaintiffs and the Republic of Iraq, by and through their undersigned counsel, that the deadlines set forth in Global Stipulation #1 shall be extended as follows: Plaintiffs shall serve their respective RICO Statements and/or More Definite Statements concerning the Republic of Iraq, to the extent that they desire, on or before 3/7/07. Consolidated Motions to dismiss the Complaint... due by 5/21/2007., Replies due by 9/3/2007., Responses due by 7/20/2007... and as further set forth in said Amended Stipulation. (Signed by Judge Richard C. Casey on 2/23/07) Filed In Associated Cases: 1:03-md-01570-RCC-FM, 1:03-cv-06978-RCC, 1:04-cv-01076-RCC, 1:04-cv-06105-RCC(rjm) (Entered: 02/23/2007) |
| 694 | 03/07/2007 | RICO STATEMENT APPLICABLE TO THE REPUBLIC OF IRAQ. Document filed by Federal Insurance Company et al., Plaintiffs. (Attachments: # 1 Exhibit)Associated Cases: 1:03-md-01570-RCC-FM, 1:03-cv-06978-RCC(Feldman, Elliott) (Entered: 03/07/2007) |
| 695 | 03/07/2007 | NOTICE of THE FEDERAL INSURANCE PLAINTIFFS MORE DEFINITE STATEMENT AS TO THE REPUBLIC OF IRAQ. Document filed by Federal Insurance Company et al., Plaintiffs. Filed In Associated Cases: 1:03-md-01570-RCC-FM, 1:03-cv-06978-RCC(Feldman, Elliott) (Entered: 03/07/2007) |
| 696 | 03/12/2007 | REPLY MEMORANDUM OF LAW in Support re: 688 MOTION TO ASSESS DAMAGES ON MOVANTS' BEHALF AGAINST DEFAULTED DEFENDANTS IN THE AMOUNT OF $9,481,764,208.61 re: 626 Order, ENTERING DEFAULT JUDGMENTS. MOTION TO ASSESS DAMAGES ON MOVANTS' BEHALF AGAINST DEFAULTED DEFENDANTS IN THE AMOUNT OF $9,481,764,208.61 re: 626 Order, ENTERING DEFAULT JUDGMENTS. MOTION TO ASSESS DAMAGES ON MOVANTS' BEHALF AGAINST DEFAULTED DEFENDANTS IN THE AMOUNT OF $9,481,764,208.61 re: 626 Order, ENTERING DEFAULT JUDGMENTS. MOTION TO ASSESS DAMAGES ON MOVANTS' BEHALF AGAINST DEFAULTED DEFENDANTS IN THE AMOUNT OF $9,481,764,208.61 re: 626 Order, ENTERING DEFAULT JUDGMENTS.. Document filed by Federal Insurance Company et al., Plaintiffs. (Feldman, Elliott) (Entered: 03/12/2007) |
| 697 | 03/17/2007 | FILING ERROR - DEFICIENT DOCKET ENTRY - (SEE DOCUMENT # 700) -MEMORANDUM OF LAW in Opposition re: (325 in 1:04-cv-07279-RCC) MOTION to Vacate. Plaintiffs' Opposition to the Motions of Defendants Samir Salah and Abdul Hamid Abu Sulayman to Set Aside Default Judgments. Document filed by Burnett Plaintiffs, Federal Insurance Company et al., Plaintiffs, Euro Brokers Inc., et al., World Trade Center Properties LLC, et al.. Filed In Associated Cases: 1:03-md-01570-RCC-FM, 1:03-cv-06978-RCC, 1:03-cv-09849-RCC, 1:04-cv-07279-RCC, 1:04-cv-07280-RCC(Elsner, Michael) Modified on 4/17/2007 (lb). (Entered: 03/17/2007) |
| 698 | 03/17/2007 | FILING ERROR - DEFICIENT DOCKET ENTRY - (MISSING EXHIBIT H, SEE DOCUMENT # 701) -AFFIDAVIT of Robert T. Haefele in Opposition re: (325 in 1:04-cv-07279-RCC) MOTION to Vacate.. Document filed by Burnett Plaintiffs, Federal Insurance Company et al., Plaintiffs, Euro Brokers Inc., et al., World Trade Center Properties LLC, et al.. (Attachments: # 1 Exhibit A# 2 Exhibit B# 3 Exhibit C# 4 Exhibit D# 5 Exhibit E# 6 Exhibit F# 7 Exhibit G)Filed In Associated Cases: 1:03-md-01570-RCC-FM, 1:03-cv-06978-RCC, 1:03-cv-09849-RCC, 1:04-cv-07279-RCC, 1:04-cv-07280-RCC(Elsner, Michael) Modified on 4/17/2007 (lb). (Entered: 03/17/2007) |
| 699 | 03/28/2007 | REPLY MEMORANDUM OF LAW in Support re: (489 in 1:03-cv-09849-RCC) MOTION to Vacate.. Document filed by Samir Salah. Filed In Associated Cases: 1:03-md-01570-RCC-FM, 1:03-cv-09849-RCC(Barentzen, Steven) (Entered: 03/28/2007) |
| 700 | 04/13/2007 | MEMORANDUM OF LAW in Opposition re: (690 in 1:03-cv-06978-RCC, 1945 in 1:03-md-01570-RCC-FM, 489 in 1:03-cv-09849-RCC) MOTION to Vacate., (1948 in 1:03-md-01570-RCC-FM, 492 in 1:03-cv-09849-RCC, 334 in 1:04-cv-07280-RCC, 325 in 1:04-cv-07279-RCC) MOTION to Vacate Default Judgments. Plaintiffs' Opposition to the Motions of Defendants Samir Salah and Abdul Hamid Abu Sulayman to Set Aside Default Judgments. Document filed by Burnett Plaintiffs, World Trade Center Properties LLC, et al., Euro Brokers Inc., et al., Federal Insurance Company et al., Plaintiffs. Filed In Associated Cases: 1:03-md-01570-RCC-FM, 1:03-cv-06978- |

| # | Date | Proceeding Text |
|---|------|-----------------|
| | | RCC, 1:03-cv-09849-RCC, 1:04-cv-07279-RCC, 1:04-cv-07280-RCC(Elsner, Michael) (Entered: 04/13/2007) |
| 701 | 04/13/2007 | AFFIDAVIT of Robert T. Haefele in Opposition re: (690 in 1:03-cv-06978-RCC, 1945 in 1:03-md-01570-RCC-FM, 489 in 1:03-cv-09849-RCC) MOTION to Vacate., (1948 in 1:03-md-01570-RCC-FM, 492 in 1:03-cv-09849-RCC, 334 in 1:04-cv-07280-RCC, 325 in 1:04-cv-07279-RCC) MOTION to Vacate Default Judgments.. Document filed by Burnett Plaintiffs, World Trade Center Properties LLC, et al., Euro Brokers Inc., et al., Federal Insurance Company et al., Plaintiffs. (Attachments: # 1 Exhibit A# 2 Exhibit B# 3 Exhibit C# 4 Exhibit D# 5 Exhibit E# 6 Exhibit F# 7 Exhibit G# 8 Exhibit H)Filed In Associated Cases: 1:03-md-01570-RCC-FM, 1:03-cv-06978-RCC, 1:03-cv-09849-RCC, 1:04-cv-07279-RCC, 1:04-cv-07280-RCC(Elsner, Michael) (Entered: 04/13/2007) |
| 702 | 04/17/2007 | NOTICE OF CASE REASSIGNMENT to Judge George B. Daniels. Judge Richard C. Casey is no longer assigned to the case. (laq) (Entered: 04/25/2007) |
| | 04/25/2007 | Mailed notice to the attorney(s) of record. (laq) (Entered: 04/25/2007) |
| 703 | 04/30/2007 | ORDER... that plaintiffs' General Steering Committee and defendants' Executive Committee each shall submit a letter to the Court by 5/28/07 summarizing the status of the captioned case... Response letters must be submitted to the Court by 6/4/07. Status Conference set for 6/26/2007 10:00 AM before Judge George B. Daniels... and as further set forth regarding the procedures to be followed that shall govern the handling of this Order. (Signed by Judge George B. Daniels on 4/30/07) Filed In Associated Cases: 1:03-md-01570-GBD-FM et al.(rjm) (Entered: 05/01/2007) |
| 704 | 05/31/2007 | NOTICE of Supplemental Authority. Document filed by Abdullah Al Faisal Bin Abdulaziz Al Saud, DMI Administrative Services S.A., Al Baraka Investment and Development Corporation, Sulaiman Al-Ali, Ahmed Totonji, Iqbal Yunus, Mohammed Jaghlit, Aradi, Inc., Mar-Jac Poultry, Inc., Mena Corporation, Sterling Management Group, Inc., Soliman H.S. Al-Buthe, Shahir Abdulraoof Batterjee, Abdullah Bin Laden, Abdulrahman Bin Khalid Bin Mahfouz, Saleh Abdullah Kamel, Abdullah Salaiman Al-Rajhi, Abdul Rahman Al Swailem, Abdullah Omar Naseef, Saudi Dallah Al Baraka Group LLC, Tadamon Islamic Bank, Alfaisaliah Group, Abdullah Muhsen Al Turki, Ibrahim Bin Abdul Aziz Al Ibrahim Foundation, Bakr M Bin Laden, Tarek M. Bin Laden, Omar M. Bin Laden, Mohamed Bin Laden Organization (SBG), Saudi Binladin International Company, Yeslam M. Bin Laden, Talal Mohammed Badkook, M.M. Badkook Co. for Catering & Trading, Saleh Abdulaziz Al-Rajhi, Adnan Basha, Saudi Joint Relief Committee, Dallah Avco Trans Arabia Co. LTD., Mohammed Jamal Khalifa, M. Yaqub Mirza, Al Shamal Islamic Bank, Safar Al-Hawali, Sheik Hamad Al-Husaini, Mohammed Ali Sayed Mushayt, Mushayt for Trading Company, Sheik Salman Al-Oawdah, World Assembly of Muslim Youth, Ahmed Zaki Yamani, Sami Omar Al-Hussayen, Islamic Assembly of North America, Saudi Red Crescent, Yassin Abdullah Kadi, Daral Maal Al Islami Trust, Dubai Islamic Bank, African Muslim Agency, Grove Corporate, Inc., Heritage Education Trust, International Institute of Islamic Thought, Mar-Jac Investments, Inc., Reston Investments, Inc., Safa Trust, York Foundation, Sterling Charitable Gift Fund, Sanabel Al-Kheer, Inc., Sana-Bell, Inc., Muhammad Ashraf, Taha Jaber Al-Alwani, Schreiber & Zindel, Frank Zindel, Engelbert Schreiber, Engelbert Schreiber, Jr, Martin Watcher, Erwin Watcher, Banca Del Gottardo, Abdul Aziz Al-Ibrahim, Council on American-Islamic Relations (CAIR), Yousef Jameel, Asat Trust Reg., Jamal Barzini, Khaled Bin Mahfouz, National Commercial Bank, Sercor Treuhand Anstalt, Al Haramain Islamic Foundation (United States), Abdullah Bin Khalid Al Thani, M. Omar Ashraf a/k/a Muhammad Ashraf, Sulaiman Abdul Aziz Al-Rajhi, Al Aqsa Islamic Bank, Riggs Bank, N.A., Riggs National Corporation, Saleh Al-Hussayen, Abdullah Bin Saleh Al-Obaid, Perouz Seda Ghaty, Faisal Islamic Bank-Sudan, Khalid Sulaiman Al-Rajhi. (Attachments: # 1 Bell Atlantic Corp. et al. v. Twombly et al.)Filed In Associated Cases: 1:03-md-01570-GBD-FM et al.(Kellogg, Michael) (Entered: 05/31/2007) |
| 705 | 06/05/2007 | NOTICE OF CHANGE OF ADDRESS by Marc Dennis Powers on behalf of The Republic of Iraq, Republic of Iraq. New Address: Baker & Hostetler LLP (NYC), 45 Rockefeller Plaza, New York, New York, USA 10111, 212 589-4200. Filed In Associated Cases: 1:03-md-01570-GBD-FM, 1:03-cv-06978-GBD, 1:04-cv-01076-GBD, 1:04-cv-06105-GBD(Powers, Marc) (Entered: 06/05/2007) |
| 706 | 06/06/2007 | AMENDED STIPULATION AS TO SERVICE OF PROCESS, RELIEF FROM AND SETTING ASIDE OF DEFAULT, AND EXTENSION OF TIME TO RESPOND TO COMPLAINTS CONSOLIDATED UNDER MDL 1570. It is hereby stipulated and agreed by and between Plaintiffs and the Republic of Iraq, by and through their counsel that the deadlines set forth in Global Stipulation #1 shall be extended as follows: The Republic of Iraq shall file a consolidated Motion to Dismiss the Complaint in each referenced case by 7/16/2007. Replies due by |

| # | Date | Proceeding Text |
|---|------|-----------------|
| | | 10/29/2007. Responses due by 9/14/2007... and as further set forth in said amended stipulation. (Signed by Judge George B. Daniels on 6/6/07) Filed In Associated Cases: 1:03-md-01570-GBD-FM, 1:03-cv-06978-GBD, 1:04-cv-01076-GBD, 1:04-cv-06105-GBD(rjm) (Entered: 06/07/2007) |
| | 06/26/2007 | Minute Entry for proceedings held before Judge George B. Daniels : Status Conference held on 6/26/2007. The Court informed the parties of its plan to move forward with the litigation and instructed the parties to submit letters on outstanding issues by 8/1/07, including letters regarding proposed oral argument and a joint letter regarding the discovery schedule. The parties are not to file new motions without submitting a letter to the Court 30 days prior to the expected filing date. All discovery disputes should be addressed to the Court by letter, rather than by motion. A party submitting any letter to the Court must provide opposing counsel with the letter five days beforehand. The next status conference is scheduled for 1/15/08, 10:00am. Submitted by Owen Smith, Deputy Court Clerk. Associated Cases: 1:03-md-01570-GBD-FM et al.(rjm) (Entered: 07/09/2007) |
| | 06/26/2007 | Set Deadlines/Hearings: Status Conference set for 1/15/2008 at 10:00 AM before Judge George B. Daniels. Associated Cases: 1:03-md-01570-GBD-FM et al.(rjm) (Entered: 07/09/2007) |
| 707 | 08/02/2007 | ORDER ENDORSEMENT ON MOTION ADMITTING ATTORNEY PRO HAC VICE. Attorney Jason Dzubow for Muslim World League, Al Baraka Investment & Development Corp., Saleh Abdullah Kamel, Rabita Trust, International Islamic Relief Organization(IIRO), Wa'el Hamza Julaidan admitted Pro Hac Vice. (Signed by Judge George B. Daniels on 7/20/07) Filed In Associated Cases: 1:03-md-01570-GBD-FM, 1:03-cv-06978-GBD, 1:03-cv-09849-GBD. This Document also relates to 03-6977.(rjm) (Entered: 08/02/2007) |
| 708 | 08/02/2007 | ORDER ENDORSEMENT ON MOTION ADMITTING ATTORNEY PRO HAC VICE. Attorney James Vann for Rabita Trust, Al Baraka Investment & Development Corp., Saleh Abdullah Kamel, International Islamic Relief Organization(IIRO), Wa'el Hamza Julaidan, Muslim World League admitted Pro Hac Vice. (Signed by Judge George B. Daniels on 7/20/07) Filed In Associated Cases: 1:03-md-01570-GBD-FM, 1:02-cv-06977-GBD, 1:03-cv-06978-GBD, 1:03-cv-09849-GBD(rjm) (Entered: 08/02/2007) |
| 709 | 08/02/2007 | STIPULATION AND ORDER OF DEFENDANT WAEL JELAIDEN TO EXTEND TIME FOR FILING A RESPONSIVE PLEADING TO PLAINTIFFS' COMPLAINT that Defendant's time to answer Plaintiff's Complaint is extended until 12/5/05. (Signed by Judge George B. Daniels on 7/20/07) Filed In Associated Cases: 1:03-md-01570-GBD-FM, 1:03-cv-06978-GBD(rjm) (Entered: 08/02/2007) |
| 710 | 08/02/2007 | STIPULATION AND ORDER OF DEFENDANT INTERNATIONAL ISLAMIC RELIEF ORGANIZATION TO EXTEND TIME FOR FILING A RESPONSIVE PLEADING TO PLAINTIFFS' COMPLAINT that Defendant's time to answer Plaintiff's Complaint is extended until 12/5/05. (Signed by Judge George B. Daniels on 7/20/07) Filed In Associated Cases: 1:03-md-01570-GBD-FM, 1:03-cv-06978-GBD(rjm) (Entered: 08/02/2007) |
| 711 | 08/02/2007 | CONSENT MOTION AND STIPULATION AS TO SERVICE OF PROCESS AND EXTENSION OF TIME that the time for IICGS to answer or otherwise respond to the First Amended Complaint shall be extended to and through 9/10/04; It is further ordered that the time for DMI S.A. to answer or otherwise respond to the First Amended Complaint shall be extended to and through 9/17/04... and as further set forth in said Consent Motion and Stipulation. (Signed by Judge George B. Daniels on 8/2/07) Filed In Associated Cases: 1:03-md-01570-GBD-FM, 1:03-cv-06978-GBD(rjm) (Entered: 08/02/2007) |
| 712 | 08/02/2007 | ORDER PERMITTING WITHDRAWAL OF COUNSEL in case 1:03-cv-09848-GBD; granting (213) Motion to Withdraw as Attorney. Attorney William Christopher Edgar terminated in case 1:03-md-01570-GBD-FM. The appearances of James Cole, Michael Biggers and James Murphy, of the law firm of Bryan Cave LLP, on behalf of His Royal Highness Prince Naif bin Abdulaziz al-Saud will remain unchanged. (Signed by Judge George B. Daniels on 7/20/07) Filed In Associated Cases: 1:03-md-01570-GBD-FM et al.(rjm) (Entered: 08/02/2007) |
| 713 | 08/02/2007 | CONSENT MOTION AND STIPULATION AS TO FURTHER EXTENSION OF TIME that the time for IICGS to answer or otherwise respond to the First Amended Complaint shall be extended to and through 10/8/04; It is further ordered that the time for DMI S.A. to answer or otherwise respond to the First Amended Complaint shall be extended to and through 10/15/04... and as further set forth in said Consent Motion and Stipulation. (Signed by Judge George B. Daniels on 8/2/07) Filed In Associated Cases: 1:03-md-01570-GBD-FM, 1:03-cv-06978-GBD(rjm) (Entered: 08/02/2007) |
| 714 | 08/02/2007 | ORDER denying (1873) Motion to Dismiss in case 1:03-md-01570-GBD-FM. Defendant Sana-Bell, Inc.'s motions seeking to dismiss the complaints against it, on the grounds that the |

| # | Date | Proceeding Text |
|---|------|-----------------|
|  |  | defendant-corporation no longer exists, are denied. (Signed by Judge George B. Daniels on 7/27/07) Filed In Associated Cases: 1:03-md-01570-GBD-FM, 1:02-cv-06977-GBD, 1:03-cv-06978-GBD(rjm) (Entered: 08/03/2007) |
| 715 | 08/02/2007 | ORDER granting (1936 in 03md1570) Motion for Leave for John L. Cuddihy to Withdraw as Attorney for Defendant Abdulrahman Bin Mahfouz. Attorney John Luke Cuddihy terminated in case 1:03-md-01570-GBD-FM. (Signed by Judge George B. Daniels on 8/2/07) Filed In Associated Cases: 1:03-md-01570-GBD-FM, 1:02-cv-06977-GBD, 1:03-cv-06978-GBD, 1:04-cv-05970-GBD, 1:04-cv-06105-GBD(rjm) (Entered: 08/03/2007) |
| 716 | 08/02/2007 | ORDER in case 1:03-cv-09848-GBD; granting (1384 in 03md1570) Motion to Withdraw as Attorney. It is hereby ordered that David P. Donovan is granted leave to withdraw as counsel for Prince Mohamed al Faisal al Saud in this action. Attorney David Patrick Donovan terminated in case 1:03-md-01570-GBD-FM (Signed by Judge George B. Daniels on 7/20/07) Filed In Associated Cases: 1:03-md-01570-GBD-FM et al.(rjm) (Entered: 08/03/2007) |
| 717 | 08/02/2007 | ORDER denying (1897 in 03md1570) Motion for Leave to File Document in case 1:03-md-01570-GBD-FM. (Signed by Judge George B. Daniels on 7/27/07) Filed In Associated Cases: 1:03-md-01570-GBD-FM, 1:03-cv-06978-GBD(rjm) (Entered: 08/03/2007) |
| 718 | 08/02/2007 | ORDER in case 1:03-cv-09849-GBD; granting (1467) Motion to Withdraw as Attorney that Dean Arnold and Marshall Mintz are relieved as attorneys of record for defendant Sami Omar Al-Hussayen in this action. Attorney Dean Arnold terminated in case 1:03-md-01570-GBD-FM. (Signed by Judge George B. Daniels on 7/20/07) Filed In Associated Cases: 1:03-md-01570-GBD-FM et al.(rjm) (Entered: 08/03/2007) |
| 719 | 08/02/2007 | ORDER in case 1:03-cv-09849-GBD; granting (1945) Motion to Vacate in case 1:03-md-01570-GBD-FM. (Signed by Judge George B. Daniels on 7/30/07) Filed In Associated Cases: 1:03-md-01570-GBD-FM, 1:03-cv-06978-GBD, 1:03-cv-09849-GBD(rjm) (Entered: 08/03/2007) |
| 720 | 08/03/2007 | ORDER that the Clerk of the Court is hereby directed to remove plaintiffs' motion, re: (980 in 1:03-md-01570-GBD-FM) MOTION for Leave to File Arabic language document. filed by Federal Insurance Company et al., from the list of pending motions. That motion was denied on 9/21/05. (Signed by Judge George B. Daniels on 7/30/07) Filed In Associated Cases: 1:03-md-01570-GBD-FM, 1:03-cv-06978-GBD(rjm) (Entered: 08/03/2007) |
| 721 | 08/06/2007 | ORDER. The Estate of deft. Mohammad Abdullah Aljomaih moved to dismiss the claims asserted against deft., pursuant to Fed.R.Civ.P. 25(a)(1), in all the complaints in which he was named. No opposition to the motion has been filed, and the time in which to do so has expired. If no opposition to the motion is filed within 30 days of this Order, the motion will be granted as to all the complaints in which defendant is named. (Signed by Judge George B. Daniels on 8/3/07) Filed In Associated Cases: 1:03-md-01570-GBD-FM et al.(rjm) (Entered: 08/06/2007) |
| 722 | 08/06/2007 | ORDER. Defendant DMI Administrative Services S.A.'s motion to withdraw its previously filed motions to dismiss the complaints in 03-9849 and 03-6978, is granted. Accordingly, the Clerk of the Court is directed to remove the defendant's motions to dismiss, designated on the docket sheet as documents 94 and 499, from the pending motion list re: (499 in 1:03-cv-09849-GBD) Memorandum of Law in Opposition to Motion,, filed by World Trade Center Properties LLC, et al., Burnett Plaintiffs, Federal Insurance Company et al., Plaintiffs, Euro Brokers Inc., et al., (94 in 1:03-md-01570-GBD-FM) MOTION to Dismiss (Notice of Motion). filed by DMI Administrative Services S.A. (Signed by Judge George B. Daniels on 8/6/07) Filed In Associated Cases: 1:03-md-01570-GBD-FM, 1:03-cv-06978-GBD, 1:03-cv-09849-GBD(rjm) (Entered: 08/07/2007) |
| 723 | 09/21/2007 | RICO STATEMENT applicable to Samir Salah. Document filed by Federal Insurance Company et al., Plaintiffs. (Attachments: # 1 Exhibit B)Associated Cases: 1:03-md-01570-GBD-FM, 1:03-cv-06978-GBD(Feldman, Elliott) (Entered: 09/21/2007) |
| 724 | 12/18/2007 | REPLY MEMORANDUM OF LAW in Support re: (2031 in 1:03-md-01570-GBD-FM) MOTION to Dismiss. Reply Memorandum of Law in Support of Samir Salah's Motion to Dismiss Pursuant to Rule 12(B)(6) for Failure to State a Claim. Document filed by Samir Salah. (Attachments: # 1 Exhibit A, # 2 Exhibit B)Filed In Associated Cases: 1:03-md-01570-GBD-FM, 1:03-cv-06978-GBD, 1:03-cv-09849-GBD(Barentzen, Steven) (Entered: 12/18/2007) |
| 725 | 12/20/2007 | ORDER... that Ronald S. Liebman is relieved as one of the attorneys of record for NCB in the captioned actions. It is further ordered that appearance of Mitchell R. Berger for NCB in the captioned actions will remain unchanged. This document relates to 02cv7236, 03cv3859 as well as the member cases listed on this document. (Signed by Judge George B. Daniels on 12/20/07) Filed In Associated Cases: 1:03-md-01570-GBD-FM et al.(rjm) (Entered: 12/20/2007) |
| 726 | 03/18/2008 | ORDER... Defendant Santa-Bell, Inc. shall appropriately respond to plaintiffs within sixty days of the date of this Order... and as further set forth. (Signed by Judge George B. Daniels on 3/18/08) |

| # | Date | Proceeding Text |
|---|------|-----------------|
| | | Filed In Associated Cases: 1:03-md-01570-GBD-FM, 1:02-cv-06977-GBD, 1:03-cv-06978-GBD(rjm) (Entered: 03/18/2008) |
| 727 | 05/09/2008 | MOTION for Marc D. Powers to Withdraw as Attorney. Document filed by The Republic of Iraq, Republic of Iraq. (Attachments: # 1 Text of Proposed Order Proposed Order to Withdraw Marc D. Powers as Co-Lead Counsel, # 2 Certificate of Service)Filed In Associated Cases: 1:03-md-01570-GBD-FM, 1:03-cv-06978-GBD, 1:04-cv-01076-GBD, 1:04-cv-06105-GBD(Powers, Marc) (Entered: 05/09/2008) |
| 728 | 05/09/2008 | AFFIRMATION of Marc D. Powers,Esq. in Support re: (411 in 1:04-cv-06105-GBD) MOTION for Marc D. Powers to Withdraw as Attorney.. Document filed by The Republic of Iraq, Republic of Iraq. Filed In Associated Cases: 1:03-md-01570-GBD-FM, 1:03-cv-06978-GBD, 1:04-cv-01076-GBD, 1:04-cv-06105-GBD(Powers, Marc) (Entered: 05/09/2008) |
| 729 | 07/08/2008 | ORDER TO WITHDRAW MARC D. POWERS AS CO-LEAD COUNSEL that Baker & Hostetler, LLP, through Marc D. Powers, is hereby permitted to be withdrawn as counsel for Defendant Republic of Iraq in the referenced action. (Signed by Judge George B. Daniels on 7/8/08) (rjm) (Entered: 07/08/2008) |
| 730 | 07/08/2008 | ORDER TO WITHDRAW MICHAEL J. GUZMAN AS ATTORNEY OF RECORD that Michael J. Guzman be withdrawn as counsel for Defendant Prince Turki Al Faisal Bin Abdulaziz Al Saud in the referenced action. (Signed by Judge George B. Daniels on 7/8/08) Filed In Associated Cases: 1:03-md-01570-GBD-FM et al.(rjm) (Entered: 07/08/2008) |
| 731 | 07/08/2008 | ORDER granting (2095 in 03md1570) Motion to Withdraw as Attorney. Attorney Amy Berman Jackson terminated in case 1:03-md-01570-GBD-FM. Also relates to 03cv9839. (Signed by Judge George B. Daniels on 7/8/08) Filed In Associated Cases: 1:03-md-01570-GBD-FM et al. (rjm) (Entered: 07/08/2008) |
| 732 | 07/09/2008 | STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE... that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiffs Zurich American Insurance Company, American Guarantee and Liability Insurance Company, American Zurich Insurance Company, Assurance Company of America, Colonial American Casualty and Surety Insurance Company, Fidelity and Deposit Company of Maryland, Maryland Casualty Company, Northern Insurance Company of New York, Steadfast Insurance Company and Valiant Insurance Company hereby stipulate to dismiss from this action, all claims against defendants Wael Julaidan, Muslim World League and International Islamic Relief Organization and agree that this action is voluntarily dismissed by the Court with prejudice... each party shall bear its own costs and fees. (Signed by Judge George B. Daniels on 7/9/08) Filed In Associated Cases: 1:03-md-01570-GBD-FM, 1:03-cv-06978-GBD(rjm) (Entered: 07/09/2008) |
| 733 | 07/09/2008 | STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE... that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiffs Zurich American Insurance Company, American Guarantee and Liability Insurance Company, American Zurich Insurance Company, Assurance Company of America, Colonial American Casualty and Surety Insurance Company, Fidelity and Deposit Company of Maryland, Maryland Casualty Company, Northern Insurance Company of New York, Steadfast Insurance Company and Valiant Insurance Company hereby stipulate to dismiss from this action, all claims against defendant Jamal Barzinji and agree that this action is voluntarily dismissed by the Court with prejudice... each party shall bear its own costs and fees. (Signed by Judge George B. Daniels on 7/8/08) Filed In Associated Cases: 1:03-md-01570-GBD-FM, 1:03-cv-06978-GBD(rjm) (Entered: 07/09/2008) |
| 734 | 07/09/2008 | STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE... that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiffs Zurich American Insurance Company, American Guarantee and Liability Insurance Company, American Zurich Insurance Company, Assurance Company of America, Colonial American Casualty and Surety Insurance Company, Fidelity and Deposit Company of Maryland, Maryland Casualty Company, Northern Insurance Company of New York, Steadfast Insurance Company and Valiant Insurance Company hereby stipulate to dismiss from this action, all claims against all defendants who have yet to file either an answer or a motion for summary judgment... and as further set forth in said Notice of Voluntary Dismissal. (Signed by Judge George B. Daniels on 7/9/08) Filed In Associated Cases: 1:03-md-01570-GBD-FM, 1:03-cv-06978-GBD(rjm) (Entered: 07/09/2008) |
| 735 | 07/11/2008 | ORDER. Defendant National Commercial Bank's application for leave to renew its motion to dismiss for lack of personal jurisdiction, is granted. Defendant's request, to submit a single supporting memorandum of law not to exceed 35 pages, is also granted. To the extent that plaintiffs believe that additional jurisdictional discovery is necessary prior to filing a response, a specific discovery request and a request for a stay or extension of the time in which to respond to |

| # | Date | Proceeding Text |
|---|------|-----------------|
| | | the motion should be made to the magistrate judge. (Signed by Judge George B. Daniels on 7/11/08) Filed In Associated Cases: 1:03-md-01570-GBD-FM et al.(rjm) (Entered: 07/11/2008) |
| 736 | 09/15/2008 | ORDER in case 1:03-cv-09848-GBD; granting (2128) Motion for Mark E. Gottlieb, William H. Pillsbury, Darin J. McMullen to Appear Pro Hac Vice in case 1:03-md-01570-GBD-FM. (Signed by Judge George B. Daniels on 9/15/08) Filed In Associated Cases: 1:03-md-01570-GBD-FM et al.(rjm) (Entered: 09/15/2008) |
| | 09/15/2008 | Transmission to Attorney Admissions Clerk. Transmitted re: (223 in 1:04-cv-07216-GBD, 323 in 1:04-cv-01076-GBD, 258 in 1:03-cv-05071-GBD, 2129 in 1:03-md-01570-GBD-FM, 357 in 1:04-cv-07280-GBD, 235 in 1:03-cv-09848-GBD, 341 in 1:03-cv-05738-GBD, 448 in 1:04-cv-01923-GBD, 598 in 1:02-cv-06977-GBD, 264 in 1:02-cv-07300-GBD-FM, 262 in 1:04-cv-01922-GBD, 417 in 1:04-cv-06105-GBD, 220 in 1:03-cv-08591-GBD, 234 in 1:04-cv-07281-GBD-FM, 537 in 1:03-cv-09849-GBD, 353 in 1:04-cv-05970-GBD, 338 in 1:04-cv-07065-GBD, 736 in 1:03-cv-06978-GBD, 254 in 1:03-cv-07036-GBD, 348 in 1:04-cv-07279-GBD) Order on Motion to Appear Pro Hac Vice,, to the Attorney Admissions Clerk for updating of Attorney Information. Filed In Associated Cases: 1:03-md-01570-GBD-FM et al.(rjm) (Entered: 09/15/2008) |
| 737 | 09/15/2008 | ORDER ADMITTING ATTORNEY PRO HAC VICE. Attorney Colin S. Stretch for Saudi Joint Relief Committee admitted Pro Hac Vice. (Signed by Judge George B. Daniels on 9/15/08) Filed In Associated Cases: 1:03-md-01570-GBD-FM et al.(rjm) (Entered: 09/15/2008) |
| | 09/15/2008 | Transmission to Attorney Admissions Clerk. Transmitted re: (538 in 1:03-cv-09849-GBD, 235 in 1:04-cv-07281-GBD-FM, 2131 in 1:03-md-01570-GBD-FM, 354 in 1:04-cv-05970-GBD, 259 in 1:03-cv-05071-GBD, 236 in 1:03-cv-09848-GBD, 599 in 1:02-cv-06977-GBD, 358 in 1:04-cv-07280-GBD, 325 in 1:04-cv-01076-GBD, 342 in 1:03-cv-05738-GBD, 265 in 1:02-cv-07300-GBD-FM, 263 in 1:04-cv-01922-GBD, 224 in 1:04-cv-07216-GBD, 339 in 1:04-cv-07065-GBD, 450 in 1:04-cv-01923-GBD, 737 in 1:03-cv-06978-GBD, 418 in 1:04-cv-06105-GBD, 349 in 1:04-cv-07279-GBD, 221 in 1:03-cv-08591-GBD, 255 in 1:03-cv-07036-GBD) Order Admitting Attorney Pro Hac Vice, to the Attorney Admissions Clerk for updating of Attorney Information. Filed In Associated Cases: 1:03-md-01570-GBD-FM et al.(rjm) (Entered: 09/15/2008) |
| 891 | 09/16/2008 | MANDATE of USCA (Certified Copy) as to 542 Notice of Appeal filed by Federal Insurance Company et al., Plaintiffs, 547 Notice of Appeal filed by Federal Insurance Company et al., Plaintiffs, 546 Notice of Appeal filed by Federal Insurance Company et al., Plaintiffs, 546 Notice of Appeal filed by Federal Insurance Company et al., Plaintiffs, 545 Notice of Appeal filed by Federal Insurance Company et al., Plaintiffs, 553 Notice of Appeal filed by Federal Insurance Company et al., Plaintiffs, 548 Notice of Appeal filed by Federal Insurance Company et al., Plaintiffs USCA Case Number 06-0319-cv(L). On Consideration thereof, it is Ordered, Adjudged and Decreed that the judgment of the District Court is AFFIRMED in accordance with the opinion of this court. Catherine O'Hagan Wolfe, Clerk USCA for the Second Circuit. Issued As Mandate: 09/12/2008. [ Original of this document entered in case 03MD1570, as docket entry no. 2135]. (nd) (Entered: 04/01/2014) |
| 738 | 03/30/2009 | ENDORSED LETTER addressed to Magistrate Judge Frank Maas from Mitchell R. Berger dated 3/27/09 re: For the foregoing reasons, and as explained further in our August 21, 2008 letter, this Court should: quash the Subpoenas; deny all of plaintiffs' pending requests for additional jurisdictional discovery as to NCB; and direct plaintiffs to respond promptly to NCB's renewed motion to dismiss, allowing NCB a period of not less than 30 days to submit its reply papers. ENDORSEMENT: The Court will hold a conference on 4/9/09 at 11:30 am in Courtroom 20A to discuss this application. Opposing counsel is encouraged to respond in writing prior to then., (Conference set for 4/9/2009 at 11:30 AM in Courtroom 20A, 500 Pearl Street, New York, NY 10007 before Magistrate Judge Frank Maas.) (Signed by Magistrate Judge Frank Maas on 3/30/09) Filed In Associated Cases: 1:03-md-01570-GBD-FM et al.(rjm) (Entered: 03/31/2009) |
| 739 | 04/07/2009 | ENDORSED LETTER addressed to Judge George B. Daniels from Marc D. Powers dated 3/31/09 re: We respectfully request, again, that my name (Mark D. Powers) be removed from the ECF notifications for each of these cases: 1. New York Marine and General Insurance Co. v. Ai Qaida, et al., Civil Action No.l:04-CV-06105-RCC. 2. Federal Insurance, et al. v. Al Qaida, et al., Civil Action NO.1 :03-CV-06978-RCC. 3. O Neill v. The Republic of Iraq, Civil Action No. 04-CV-01076-RCC. ENDORSEMENT: So Ordered. (Signed by Judge George B. Daniels on 4/7/09) Filed In Associated Cases: 1:03-md-01570-GBD-FM, 1:03-cv-06978-GBD, 1:04-cv-01076-GBD, 1:04-cv-06105-GBD(rjm) (Entered: 04/07/2009) |
| 740 | 04/13/2009 | MEMORANDUM OF LAW in Opposition re: (2166 in 1:03-md-01570-GBD-FM) MOTION to Strike Document No. (2163) or, Alternatively, for Leave to Respond to New Arguments in Plaintiffs Reply in Support of Their Motion for Declaratory Relief. Plaintiffs' Memorandum of Law in |

| # | Date | Proceeding Text |
|---|------|-----------------|
| | | Opposition to National Commercial Bank's Motion to Strike or for Leave to Respond. Document filed by All Plaintiffs. Filed In Associated Cases: 1:03-md-01570-GBD-FM et al.(Haefele, Robert) (Entered: 04/13/2009) |
| 741 | 07/14/2009 | NOTICE of Supplemental Authority in Relation to All Pending Motions to Dismiss for Lack of Personal Jurisdiction. Document filed by Plaintiffs Executive Committees. (Attachments: # 1 Exhibit A, # 2 Exhibit B)Filed In Associated Cases: 1:03-md-01570-GBD-FM et al.(Flowers, Jodi) (Entered: 07/14/2009) |
| 742 | 07/16/2009 | REQUEST FOR INTERNATIONAL JUDICIAL ASSISTANCE (LETTERS ROGATORY) FOR THE TAKING OF EVIDENCE IN CIVIL OR COMMERCIAL MATTERS BY THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF NEW YORK. This Court, in the spirit of comity and reciprocity, hereby requests international judicial assistance in the form of this Letter Rogatory seeking the documents and things described herein, from the ICTY and the Office of the Prosecutor. (Signed by Judge George B. Daniels on 7/16/09) Filed In Associated Cases: 1:03-md-01570-GBD-FM et al.(rjm) (Entered: 07/16/2009) |
| 743 | 07/23/2009 | ORDER. In accordance with the Court's directive at the July 15, 2009 conference, the Court has reviewed the Plaintiffs' Executive Committees and the Defendants' Executive Committee letter submissions of July 8, 2009, copies of which are annexed hereto as Exhibits "A" and "B" respectively. It is hereby ORDERED that the Plaintiffs' Executive Committee and the Defendants' Executive Committee letter submissions of July 8, 2009 be separately docketed as of record by the Clerk of the Court with the Court's ECF system. (Signed by Judge George B. Daniels on 7/23/09) Filed In Associated Cases: 1:03-md-01570-GBD-FM et al.(rjm) (Entered: 07/23/2009) |
| 744 | 11/09/2009 | MOTION to Strike Document No. (2189). Document filed by Kathleen Ashton. (Attachments: # 1 Text of Proposed Order Proposed Order)Filed In Associated Cases: 1:03-md-01570-GBD-FM et al.(Maloney, Andrew) (Entered: 11/09/2009) |
| 745 | 11/09/2009 | MEMORANDUM OF LAW in Support re: (3 in 1:09-cv-07055-GBD) MOTION to Strike Document No. (2189).. Document filed by Kathleen Ashton. (Attachments: # 1 Exhibit A)Filed In Associated Cases: 1:03-md-01570-GBD-FM et al.(Maloney, Andrew) (Entered: 11/09/2009) |
| 746 | 11/09/2009 | MOTION to Substitute Party. Old Party: Khalid Bin Mahfouz, New Party: The Estate of Khalid Bin Mahfouz, Naylah Abd-al-Aziz Kaaki, Abdelrahman Khalid Bin Mahfouz, Sultan Khalid Bin Mahfouz, and Iman Khalid Bin Mahfouz. Document filed by Kathleen Ashton.Filed In Associated Cases: 1:03-md-01570-GBD-FM et al.(Maloney, Andrew) (Entered: 11/09/2009) |
| 747 | 11/25/2009 | NOTICE OF MOTION for Hugh D. Higgins to Appear Pro Hac Vice. Document filed by Faisal Islamic Bank, Faisal Islamic Bank (Sudan). Filed In Associated Cases: 1:03-md-01570-GBD-FM et al.(rjm) (Entered: 12/04/2009) |
| 748 | 12/17/2009 | ORDER TO WITHDRAW DARIN J. MCMULLEN, MARK E. GOTTLIEB AND WILLIAM H. PILLSBURY AS ATTORNEYS OF RECORD. Before the Court is the Motion to Withdraw Darin J. McMullen, Mark E. Gottlieb and William H. Pillsbury as Attorneys of Record as counsel for Plaintiffs in Estate of John P. O'Neill, Sr., et al. v. Al Baraka Investment & Development Corp., et. al. 04-CV-1923 (GBD) (FM), Estate of John P. O'Neill, Sr., et al. v. Republic of Iraq, et al. 04-CV-1076 (GBD) (FM), and Estate of John P. O'Neill, Sr., et al. v. Kingdom of Saudi Arabia, et al. 04-CV-1922 (GBD)(FM) (collectively "O'Neill Plaintiffs"). It is ORDERED that Darin J. McMullen, Mark E. Gottlieb and William H. Pillsbury be withdrawn as counsel for the O'Neill Plaintiffs in the above-referenced action. It is further ORDERED that all other counsel listed in the record of the law firm of Anderson, Kill & Olick, P.C. will continue to represent the O'Neill Plaintiffs in this matter. granting (2198) Motion to Withdraw in case 1:03-md-01570-GBD-FM. (Signed by Judge George B. Daniels on 12/17/09) Filed In Associated Cases: 1:03-md-01570-GBD-FM et al.(rjm) (Entered: 12/17/2009) |
| 749 | 12/17/2009 | ORDER FOR ADMISSION PRO HAC VICE ON WRITTEN MOTION. granting (245) Motion for Hugh D. Higgins to Appear Pro Hac Vice in case 1:03-cv-09848-GBD; granting (548) Motion for Hugh D. Higgins to Appear Pro Hac Vice in case 1:03-cv-09849-GBD; granting (2208) Motion for Hugh D. Higgins to Appear Pro Hac Vice in case 1:03-md-01570-GBD-FM; granting (336) Motion for Hugh D. Higgins to Appear Pro Hac Vice in case 1:04-cv-01076-GBD; granting (272) Motion for Hugh D. Higgins to Appear Pro Hac Vice in case 1:04-cv-01922-GBD; granting (460) Motion for Hugh D. Higgins to Appear Pro Hac Vice in case 1:04-cv-01923-GBD; granting (428) Motion for Hugh D. Higgins to Appear Pro Hac Vice in case 1:04-cv-06105-GBD; granting (363) Motion for Hugh D. Higgins to Appear Pro Hac Vice in case 1:04-cv-05970-GBD; granting (349) Motion for Hugh D. Higgins to Appear Pro Hac Vice in case 1:04-cv-07065-GBD; granting (233) Motion for Hugh D. Higgins to Appear Pro Hac Vice in case 1:04-cv-07216-GBD; granting (367) Motion |

| # | Date | Proceeding Text |
|---|------|-----------------|
| | | for Hugh D. Higgins to Appear Pro Hac Vice in case 1:04-cv-07280-GBD; granting (245) Motion for Hugh D. Higgins to Appear Pro Hac Vice in case 1:04-cv-07281-GBD-FM; granting (358) Motion for Hugh D. Higgins to Appear Pro Hac Vice in case 1:04-cv-07279-GBD; granting (6) Motion for Hugh D. Higgins to Appear Pro Hac Vice in case 1:09-cv-07055-GBD; granting (610) Motion for Hugh D. Higgins to Appear Pro Hac Vice in case 1:02-cv-06977-GBD; granting (274) Motion for Hugh D. Higgins to Appear Pro Hac Vice in case 1:02-cv-07300-GBD-FM; granting (268) Motion for Hugh D. Higgins to Appear Pro Hac Vice in case 1:03-cv-05071-GBD; granting (351) Motion for Hugh D. Higgins to Appear Pro Hac Vice in case 1:03-cv-05738-GBD; granting (747) Motion for Hugh D. Higgins to Appear Pro Hac Vice in case 1:03-cv-06978-GBD; granting (264) Motion for Hugh D. Higgins to Appear Pro Hac Vice in case 1:03-cv-07036-GBD; granting (230) Motion for Hugh D. Higgins to Appear Pro Hac Vice in case 1:03-cv-08591-GBD. (Signed by Judge George B. Daniels on 12/17/09) Filed In Associated Cases: 1:03-md-01570-GBD-FM et al.(rjm) (Entered: 12/17/2009) |
| | 12/17/2009 | Transmission to Attorney Admissions Clerk. Transmitted re: (338 in 1:04-cv-01076-GBD, 232 in 1:03-cv-08591-GBD, 248 in 1:03-cv-09848-GBD, 430 in 1:04-cv-06105-GBD, 274 in 1:04-cv-01922-GBD, 270 in 1:03-cv-05071-GBD, 550 in 1:03-cv-09849-GBD, 247 in 1:04-cv-07281-GBD-FM, 351 in 1:04-cv-07065-GBD, 2212 in 1:03-md-01570-GBD-FM, 365 in 1:04-cv-05970-GBD, 276 in 1:02-cv-07300-GBD-FM, 8 in 1:09-cv-07055-GBD, 612 in 1:02-cv-06977-GBD, 369 in 1:04-cv-07280-GBD, 353 in 1:03-cv-05738-GBD, 749 in 1:03-cv-06978-GBD, 235 in 1:04-cv-07216-GBD, 360 in 1:04-cv-07279-GBD, 266 in 1:03-cv-07036-GBD, 462 in 1:04-cv-01923-GBD) Order on Motion to Appear Pro Hac Vice, to the Attorney Admissions Clerk for updating of Attorney Information. Filed In Associated Cases: 1:03-md-01570-GBD-FM et al.(rjm) (Entered: 12/17/2009) |
| 750 | 02/01/2010 | NOTICE of APPEARANCE by Eurydice Aliferis Kelley on behalf of Sana-Bell, Inc., Sanabel Al Kheer, Inc. Filed In Associated Cases: 1:03-md-01570-GBD-FM, 1:02-cv-06977-GBD, 1:03-cv-06978-GBD(Kelley, Eurydice) (Entered: 02/01/2010) |
| 751 | 02/08/2010 | ORDER FOR ADMISSION PRO HAC VICE. IT IS HEREBY ORDERED that Christopher C. S. Manning, is admitted to practice pro hac vice as counsel for Sana-Bell, Inc. and Sanabel Al Kheer, Inc. in the above captioned case in the United States District Court for the Southern District of New York. (Signed by Magistrate Judge Frank Maas on 2/8/10) Filed In Associated Cases: 1:03-md-01570-GBD-FM, 1:02-cv-06977-GBD, 1:03-cv-06978-GBD(rjm) (Entered: 02/09/2010) |
| 752 | 03/16/2010 | MOTION to Strike Document No. [MDL 2232]. Document filed by Plaintiffs Executive Committees.Filed In Associated Cases: 1:03-md-01570-GBD-FM et al.(Goldman, Jerry) (Entered: 03/16/2010) |
| 753 | 03/16/2010 | MEMORANDUM OF LAW in Support re: (9 in 1:09-cv-07055-GBD) MOTION to Strike Document No. [MDL 2232].. Document filed by Plaintiffs Executive Committees. Filed In Associated Cases: 1:03-md-01570-GBD-FM et al.(Goldman, Jerry) (Entered: 03/16/2010) |
| 754 | 04/15/2010 | NOTICE of APPEARANCE by Michael K. Kellogg on behalf of Saudi Joint Relief Committee Filed In Associated Cases: 1:03-md-01570-GBD-FM et al.(Kellogg, Michael) (Entered: 04/15/2010) |
| 755 | 04/23/2010 | NOTICE of of Supplemental Authority in Relation to All Pending Motions to Dismiss for Lack of Personal Jurisdiction. Document filed by Estate of John P.O'Neill, Sr.. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D - part 1 of 2, # 5 Exhibit D part 2 of 2, # 6 Exhibit E)Filed In Associated Cases: 1:03-md-01570-GBD-FM et al.(Goldman, Jerry) (Entered: 04/23/2010) |
| 756 | 04/23/2010 | AFFIRMATION of Robert T. Haefele in Opposition re: (2110 in 1:03-md-01570-GBD-FM) MOTION to Dismiss.. Document filed by All Plaintiffs. (Attachments: # 1 Exhibit A, # 2 Exhibit B (Part 1), # 3 Exhibit B (Part 2))Filed In Associated Cases: 1:03-md-01570-GBD-FM et al.(Haefele, Robert) (Entered: 04/23/2010) |
| 757 | 04/26/2010 | AFFIRMATION of Robert T. Haefele (corrected) in Opposition re: (2110 in 1:03-md-01570-GBD-FM) MOTION to Dismiss.. Document filed by All Plaintiffs(on behalf of themselves and all others similarly situated). (Attachments: # 1 Exhibit A, # 2 Exhibit B (Part 1), # 3 Exhibit B (Part 2))Filed In Associated Cases: 1:03-md-01570-GBD-FM et al.(Haefele, Robert) (Entered: 04/26/2010) |
| 758 | 04/26/2010 | MOTION for Colin Sullivan Stretch to Withdraw as Attorney of Record. Document filed by Saudi Joint Relief Committee.Filed In Associated Cases: 1:03-md-01570-GBD-FM et al.(Kellogg, Michael) (Entered: 04/26/2010) |
| 759 | 05/10/2010 | REPLY MEMORANDUM OF LAW in Support. Document filed by C. O'Neill. Filed In Associated Cases: 1:03-md-01570-GBD-FM et al.(Goldman, Jerry) (Entered: 05/10/2010) |

| # | Date | Proceeding Text |
|---|------|-----------------|
| 760 | 06/17/2010 | MEMORANDUM DECISION AND ORDER. Other than to the limited extent indicated herein, defendant's Dubai Islamic Bank's motion to dismiss, pursuant to Fed.R. Civ.P. 12(b)(6), for failure to state a claim is denied. Dubai Islamic Bank's motion to dismiss for lack of personal jurisdiction and improper service of process, pursuant to Fed.R.Civ.P. 12(b)(2) and (5) respectively, is also denied. The remaining moving defendants' motions to dismiss for lack of personal jurisdiction, pursuant to Fed.R.Civ.P. 12(b)(2), are granted. Final judgment is entered as to those thirty seven defendants, as well as to the twelve additional defendants whom plaintiffs concede dismissal is warranted. As the Court indicated at the April 15, 2010 conference, the parties shall immediately meet and confer, and propose to the magistrate judge a schedule, commencing on or after July 15, 2010, to complete discovery in all cases. Terminated all motions as per instructions of chambers. (Signed by Judge George B. Daniels on 6/16/10) Filed In Associated Cases: 1:03-md-01570-GBD-FM-FM et al.(rjm) (Entered: 06/17/2010) |
| 761 | 06/18/2010 | STIPULATION AND ORDER OF SUBSTITUTION. IT IS HEREBY STIPULATED AND AGREED that Mishcon de Reya New York LLP of 200 Park Avenue, Floor 44, New York. NY 10166, telephone (212) 612-3270, facsimile (212) 612-3297, be substituted as attorneys of record for defendant Dar Al-Maal Al-Islami Trust in the above-captioned consolidated action in place of Sheppard, Mullin, Richter & Hampton LLP as of the date hereof. Attorney James Joseph McGuire for Daral Maal Al Islami Trust added. (Signed by Judge George B. Daniels on 6/18/10) Filed In Associated Cases: 1:03-md-01570-GBD-FM et al.(rjm) (Entered: 06/18/2010) |
| 763 | 06/18/2010 | AFFIDAVIT OF JAMES J. MCGUIRE IN SUPPORT OF APPLICATION TO CHANGE COUNSEL PURSUANT TO LOCAL CIVIL RULE 1.4. Document filed by Daral Maal Al Islami Trust. Filed In Associated Cases: 1:03-md-01570-GBD-FM et al.(rjm) (Entered: 06/23/2010) |
| 762 | 06/22/2010 | STIPULATION AND ORDER OF SUBSTITUTION: That Mishcon de Reya New York LLP of 200 Park Avenue, Floor 44, New York, NY 10166, telephone (212) 612-3270, facsimile (212) 612-3297, be substituted as attorneys of record for defendant DMI Administrative Services S.A. in this consolidated action in place of Sheppard, Mullin, Richter & Hampton LLP as of the date hereof. Attorney James Joseph McGuire for DMI Administrative Services S.A. and DMI Administrative Services, S.A. added. (Signed by Judge George B. Daniels on 6/18/10) Filed In Associated Cases: 1:03-md-01570-GBD-FM et al.(db) (Entered: 06/22/2010) |
| 764 | 07/21/2010 | STIPULATION AND ORDER OF DEFENDANT DUBAI ISLAMIC BANK TO EXTEND TIME FOR FILING AN ANSWER TO PLAINTIFFS' COMPLAINTS. IT IS HEREBY STIPULATED and agreed by Plaintiffs in the above-captioned consolidated actions and Defendant Dubai Islamic Bank ("DIB"), by and through undersigned counsel, that: DIB's time to answer Plaintiffs' Complaints in the above-captioned consolidated actions is extended until September 7, 2010. On or before July 16, 2010, Plaintiffs will identify to counsel for DIB the operative version of the complaint to which answer is required in each of the above-captioned consolidated actions. Dubai Islamic Bank answer due 9/7/2010. (Signed by Judge George B. Daniels on 7/21/10) Filed In Associated Cases: 1:03-md-01570-GBD-FM et al.(rjm) (Entered: 07/21/2010) |
|  | 07/21/2010 | Set Deadlines/Hearings:Dubai Islamic Bank answer due 9/7/2010. (rjm) (Entered: 07/21/2010) |
| 765 | 08/16/2010 | NOTICE OF APPEARANCE by Robert Gene Houck on behalf of Dubai Islamic Bank Filed In Associated Cases: 1:03-md-01570-GBD-FM et al.(Houck, Robert) (Entered: 08/16/2010) |
| 766 | 08/16/2010 | MOTION for Certificate of Appealability Pursuant to 28 U.S.C. Section 1292(b), certifying immediate appeal from this Court's June 17, 2010 Order denying DIB's Motion to Dismiss. Document filed by Dubai Islamic Bank. (Attachments: # 1 Text of Proposed Order)Filed In Associated Cases: 1:03-md-01570-GBD-FM et al.(Houck, Robert) (Entered: 08/16/2010) |
| 767 | 08/16/2010 | MEMORANDUM OF LAW in Support re: (375 in 1:04-cv-07279-GBD) MOTION for Certificate of Appealability Pursuant to 28 U.S.C. Section 1292(b), certifying immediate appeal from this Court's June 17, 2010 Order denying DIB's Motion to Dismiss. MOTION for Certificate of Appealability Pursuant to 28 U.S.C. Section 1292(b), certifying immediate appeal from this Court's June 17, 2010 Order denying DIB's Motion to Dismiss.. Document filed by Dubai Islamic Bank. Filed In Associated Cases: 1:03-md-01570-GBD-FM et al.(Houck, Robert) (Entered: 08/16/2010) |
| 768 | 08/19/2010 | MOTION for Steven T. Cottreau to Appear Pro Hac Vice. Document filed by Dubai Islamic Bank.Filed In Associated Cases: 1:03-md-01570-GBD-FM et al.(tro) (Entered: 08/24/2010) |
| 769 | 08/19/2010 | MOTION for Juan P. Morillo to Appear Pro Hac Vice. Document filed by Dubai Islamic Bank.Filed In Associated Cases: 1:03-md-01570-GBD-FM et al.(tro) (Entered: 08/24/2010) |
| 770 | 08/26/2010 | ORDER in case 1:03-cv-09849-GBD; granting (2273) Motion for Steven T. Cottreau to Appear Pro Hac Vice for Dubai Islamic Bank to Appear Pro Hac Vice in case 1:03-md-01570-GBD-FM. (Signed by Judge George B. Daniels on 8/26/2010) Filed In Associated Cases: 1:03-md-01570- |

| # | Date | Proceeding Text |
|---|------|-----------------|
| | | GBD-FM et al.(jmi) (Entered: 08/27/2010) |
| 771 | 08/26/2010 | ORDER in case 1:03-cv-09849-GBD; granting (2274) Motion for Juan P. Morillo to Appear Pro Hac Vice for Dubai Islamic Bank to Appear Pro Hac Vice in case 1:03-md-01570-GBD-FM. (Signed by Judge George B. Daniels on 8/26/) Filed In Associated Cases: 1:03-md-01570-GBD-FM et al.(jmi) (Entered: 08/27/2010) |
| 773 | 09/07/2010 | ORDER. Defendant Saudi Binladin Group's application for leave to renew its motion to dismiss for lack of personal jurisdiction and failure to state a claim is granted and its tendered motion to dismiss supporting memoranda are accepted for filing. Counsel is directed to file the tendered motion via the Court's ECF system as soon as practicable. Plaintiffs shall submit a consolidated response, not to exceed 45 pages, within 60 days of the electronic filing of Saudi Binladin Group's motion. Saudi Binladin Group may file a reply brief, not to exceed 25 pages, within 30 days of the filing of Plaintiffs' consolidated opposition. (Signed by Judge George B. Daniels on 9/7/10) Filed In Associated Cases: 1:03-md-01570-GBD-FM et al.(rjm) (Entered: 09/07/2010) |
| 774 | 09/07/2010 | ORDER FOR ADMISSION PRO HAC VICE ON WRITTEN MOTION. IT IS HEREBY ORDERED that Alan Todd Dickey is admitted to practice pro hac vice as counsel for Defendant NCB in the above captioned cases in the United States District Court for the Southern District of New York. (Signed by Judge George B. Daniels on 9/7/10) Filed In Associated Cases: 1:03-md-01570-GBD-FM et al.(rjm) (Entered: 09/07/2010) |
| 775 | 09/07/2010 | ANSWER to Amended Complaint. Document filed by Dubai Islamic Bank.(Houck, Robert) (Entered: 09/07/2010) |
| 776 | 09/13/2010 | REPLY MEMORANDUM OF LAW in Support re: (375 in 1:04-cv-07279-GBD) MOTION for Certificate of Appealability Pursuant to 28 U.S.C. Section 1292(b), certifying immediate appeal from this Court's June 17, 2010 Order denying DIB's Motion to Dismiss. MOTION for Certificate of Appealability Pursuant to 28 U.S.C. Section 1292(b), certifying immediate appeal from this Court's June 17, 2010 Order denying DIB's Motion to Dismiss.. Document filed by Dubai Islamic Bank. Filed In Associated Cases: 1:03-md-01570-GBD-FM et al.(Houck, Robert) (Entered: 09/13/2010) |
| 777 | 09/14/2010 | MOTION to Dismiss for Failure to State a Claim. Document filed by Cherif Sedky.Filed In Associated Cases: 1:03-md-01570-GBD-FM et al.(Letsche, Karla) (Entered: 09/14/2010) |
| 778 | 09/14/2010 | MEMORANDUM OF LAW in Support re: (390 in 1:04-cv-05970-GBD, 278 in 1:03-cv-07036-GBD, 2315 in 1:03-md-01570-GBD-FM, 282 in 1:03-cv-05071-GBD, 457 in 1:04-cv-06105-GBD, 630 in 1:02-cv-06977-GBD, 288 in 1:02-cv-07300-GBD-FM, 385 in 1:04-cv-07279-GBD, 576 in 1:03-cv-09849-GBD, 394 in 1:04-cv-07280-GBD, 777 in 1:03-cv-06978-GBD) MOTION to Dismiss for Failure to State a Claim.. Document filed by Cherif Sedky. Filed In Associated Cases: 1:03-md-01570-GBD-FM et al.(Letsche, Karla) (Entered: 09/14/2010) |
| 779 | 09/28/2010 | STIPULATION AND ORDER OF SUBSTITUTION that Clifford Chance US, LLP be substituted as attorneys of record for defendant Dubai Islamic Back in place of Zuckerman Gore Brandeis & Crossman, LLP. (Signed by Judge George B. Daniels on 9/28/10) Filed In Associated Cases: 1:03-md-01570-GBD -FM et al.(cd) (Entered: 09/28/2010) |
| 780 | 10/04/2010 | STIPULATION AND ORDER OF DISMISSAL OF ABDULLAH SALIM BAHAMDAN: It is hereby Stipulated and agreed that the parties hereto adopt as a binding order in this Action, with regard to Mr. Bahamdan, the Court's Opinion and Order dated June 16, 2010, to the extent that it dismissed NCB from the Action and the Related Cases for lack of personal jurisdiction. Pursuant to F.R.C.P. 41, plaintiffs in the above-referenced Action hereby voluntarily dismiss Abdullah Salim Bahamdan from Federal Ins. Co., et al., v. AlQaida, et al, Case No. 03-CV-6978 (S.D.N.Y.). In the event the Court's Opinion and Order dated June 16, 2010, dismissing NCB from the Action, is appealed, the parties hereto will adopt as a binding order in this Action, with regard to Mr. Bahamdan, any subsequent rulings by any appellate courts with regard to the dismissal of NCB for lack of personal jurisdiction by that June 16, 2010 Opinion and Order. (Signed by Judge George B. Daniels on 10/4/2010) Filed In Associated Cases: 1:03-md-01570-GBD -FM, 1:03-cv-06978-GBD(jfe) (Entered: 10/04/2010) |
| 781 | 11/08/2010 | STIPULATION EXTENDING TIME TO RESPOND Re Saudi Binladin Group renewed Motion to Dismiss: Responses due by 11/18/2010. Replies due by 12/20/2010. (Signed by Judge George B. Daniels on 11/8/10) Filed In Associated Cases: 1:03-md-01570-GBD -FM et al.(cd) (Entered: 11/08/2010) |
| 782 | 11/29/2010 | RESPONSE re: (2384 in 1:03-md-01570-GBD -FM) Objection (non-motion), Objection (non-motion) - Plaintiffs' Opposition to Defendant Al Haramain Islamic Foundation, Inc. (USA)'s Rule 72 Objections to October 28, 2010 Ruling. Document filed by All Plaintiffs. Filed In Associated Cases: 1:03-md-01570-GBD -FM et al.(Haefele, Robert) (Entered: 11/29/2010) |

| # | Date | Proceeding Text |
|---|------|-----------------|
| 783 | 11/29/2010 | DECLARATION of Robert T. Haefele in Opposition re: (2384 in 1:03-md-01570-GBD -FM) Objection (non-motion), Objection (non-motion). Document filed by All Plaintiffs. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit B-1, # 4 Exhibit B-2, # 5 Exhibit B-3, part 1, # 6 Exhibit B-3, part 2, # 7 Exhibit B-4, # 8 Exhibit B-5, part 1, # 9 Exhibit B-5, part 2, # 10 Exhibit B-5, part 3, # 11 Exhibit B-6, # 12 Exhibit B-7, part 1, # 13 Exhibit B-7, part 2, # 14 Exhibit B-7, part 3, # 15 Exhibit B-8, # 16 Exhibit B-9, # 17 Exhibit B-10, # 18 Exhibit B-11, part 1, # 19 Exhibit B-11, part 2, # 20 Exhibit B-12, # 21 Exhibit B-13, # 22 Exhibit B-14, part 1, # 23 Exhibit B-14, part 2, # 24 Exhibit B-15, # 25 Exhibit B-16, # 26 Exhibit B-17, # 27 Exhibit B-18, # 28 Exhibit B-19, # 29 Exhibit B-20, # 30 Exhibit B-21, # 31 Exhibit B-22, # 32 Exhibit B-23, # 33 Exhibit B-24, # 34 Exhibit B-25, # 35 Exhibit B-26, # 36 Exhibit B-27, # 37 Exhibit B-28, # 38 Exhibit B-29, # 39 Exhibit B-30, # 40 Exhibit B-31, # 41 Exhibit B-32, # 42 Exhibit B-33, # 43 Exhibit B-34, # 44 Exhibit B-35, # 45 Exhibit B-36, # 46 Exhibit B-37, # 47 Exhibit B-38, # 48 Exhibit B-39, # 49 Exhibit B-40, # 50 Exhibit B-41, # 51 Exhibit B-42, # 52 Exhibit B-43, # 53 Exhibit B-44, # 54 Exhibit B-45, # 55 Exhibit B-46, # 56 Exhibit B-47, # 57 Exhibit B-48, # 58 Exhibit B-49, # 59 Exhibit B-50, # 60 Exhibit B-51, # 61 Exhibit B-52, # 62 Exhibit B-53, # 63 Exhibit B-54, # 64 Exhibit B-55, # 65 Exhibit B-56, # 66 Exhibit B-57, # 67 Exhibit B-58, # 68 Exhibit B-59, # 69 Exhibit B-60, # 70 Exhibit C, # 71 Exhibit D, # 72 Exhibit D-61, # 73 Exhibit E, part 1, # 74 Exhibit E, part 2, # 75 Exhibit E, part 3, # 76 Exhibit E, part 4, # 77 Exhibit E, part 5, # 78 Exhibit F)Filed In Associated Cases: 1:03-md-01570-GBD -FM et al.(Haefele, Robert) (Entered: 11/29/2010) |
| 784 | 12/01/2010 | NOTICE of Correction to Reference in Plaintiffs' Opposition to Defendant Al Haramain Islamic Foundation, Inc (USA)'s Rule 72 Objections to October 28, 2010 Ruling (Docket Entry 2389) re: (2389 in 1:03-md-01570-GBD -FM) Response,. Document filed by All Plaintiffs. Filed In Associated Cases: 1:03-md-01570-GBD -FM et al.(Haefele, Robert) (Entered: 12/01/2010) |
| 785 | 02/04/2011 | MEMORANDUM OF LAW in Opposition re: (2403 in 1:03-md-01570-GBD -FM) MOTION to Stay. Plaintiffs' Memorandum of Law in Opposition to Defendant Perouz Sedaghaty's Motion to Stay. Document filed by Plaintiffs Executive Committees. Filed In Associated Cases: 1:03-md-01570-GBD -FM et al.(Haefele, Robert) (Entered: 02/04/2011) |
| 786 | 03/17/2011 | ORDER: Counsel for Dubai Islamic Bank has requested the issuance of a Request for International Judicial Assistance, which application is unopposed. I have therefore this day signed the Request and returned it to counsel for transmittal to the appropriate authority in the United Arab Emirates. I note that the application was transmitted to my Chambers via email as a "letter motion." Counsel are cautioned that my Chambers does not accept letters via email. Letter applications also cannot be filed via ECF. Accordingly, any future such applications should not be sent to the Court by these means. (Signed by Magistrate Judge Frank Maas on 3/16/2011) Filed In Associated Cases: 1:03-md-01570-GBD -FM et al.(jpo) (Entered: 03/18/2011) |
| | 03/21/2011 | ***DELETED DOCUMENT. Deleted document number 787 NOTICE OF VOLUNTARY DISMISSAL. The document was incorrectly filed in this case. (Pursuant to Chambers requests). (jfe) (Entered: 03/23/2011) |
| 788 | 03/22/2011 | ORDER FOR ADMISSION PRO HAC VICE ON WRITTEN MOTION: It is hereby Ordered that Frederick J. Goetz is admitted pro hac vice. (Pursuant to Chambers instructions the following attorney is admitted for the following parties). (Signed by Judge George B. Daniels on 3/22/2011) Filed In Associated Cases: 1:03-md-01570-GBD -FM et al.(cd) (Entered: 03/23/2011) |
| 789 | 03/23/2011 | ORDER: Plaintiffs in the above matters have voluntarily dismissed Defendant Cherif Sedky with prejudice. At the request of the parties, the Clerk of the Court is ordered to withdraw the following documents from their respective dockets: 03-MDL-1570: Docket Entries #2412, 2415. 02-Civ-6977: Docket Entry #638. 03-Civ-9849: Docket Entry #587. 04-Civ-5970: Docket Entry # 400. 04-Civ-7279: Docket Entry #396. 03-Civ-6978: Docket Entry #787. (Signed by Judge George B. Daniels on 3/22/2011) Filed In Associated Cases: 1:03-md-01570-GBD -FM et al.(jfe) Modified on 3/24/2011 (jfe). (Entered: 03/23/2011) |
| 790 | 03/24/2011 | MEMO ENDORSEMENT on: (2413 in 1:03-md-01570-GBD -FM) Notice of Voluntary Dismissal with prejudice as to defendant Cherif Sedky from all cases, filed by Federal Insurance Company. ENDORSEMENT: SO ORDERED. (Signed by Judge George B. Daniels on 3/23/11) Filed In Associated Cases: 1:03-md-01570-GBD -FM et al.(cd) (Entered: 03/24/2011) |
| 799 | 06/17/2011 | Letter addressed to Magistrate Judge Frank Maas from The MDL 1570 Plaintiffs' Executive Committees dated 6/17/2011 re: We write for the Plaintiffs Executive Committees on behalf of all of the plaintiffs ("Plaintiffs") to ask the Court for an order under Rule 37 (a)(3)(B)(iv) of the Federal Rules of Civil Procedure compelling defendant Perouz Sedaghaty (a/k/a Pete Seda, a/k/a Abu Yunas) ("Sedaghaty") to produce the information requested in Plaintiffs' First Set of Requests for Production of Documents Directed to Perouz Sedaghaty, served on Sedaghaty on |

| # | Date | Proceeding Text |
|---|------|-----------------|
|  |  | December 10, 2010, and never answered.Filed In Associated Cases: 1:03-md-01570-GBD-FM et al.(lmb) (Entered: 11/14/2011) |
| 791 | 06/28/2011 | STIPULATION AND ORDER OF DISMISSAL: Pursuant to F,R.C.P. 41 (a), the parties stipulate that Plaintiffs in the above-referenced actions hereby voluntarily dismiss with prejudice all claims against defendants Dr. Jamal Barzinjii, Muhammad Ashraf, M. Omar Ashraf Dr. M. Yaqub Mirza,Dr. Taha Al-Alwani, Dr. Iqbal Unus,Dr. Ahmed Totonji Dr. Hisham Al-Talib Dr. Mohamed Jaghlit, Samir Salah Dr. Abdul-Hamid Abu Absulayman,African Muslim Agency, Grove Corporate, Inc.,Heritage Education Trust,International Institute of Islamic Thought,Mar-Jac Investments, Inc.,Mena Corporation, Reston Investments, Inc.,Safa Trust, Sterling Charitable Gift Fund Trust, Sterling Management Group, Inc., York Foundation,and Mena Investments from all cases.All parties. will bear their own attorneys' fees, costs, and expenses. (Signed by Judge George B. Daniels on 6/28/2011) Filed In Associated Cases: 1:03-md-01570-GBD -FM et al.(js) (Entered: 06/28/2011) |
| 800 | 07/06/2011 | Letter addressed to Magistrate Judge Frank Maas from Robert T. Faefele dated 7/6/2011 re: For the Plaintiffs Executive Committees on behalf of all of the plaintiffs ("Plaintiffs"), we write in reply to the June 29, 2011 letter of defendant Perouz Sedaghaty (a/k/a Pete Seda, a/k/a Abu Yunas) ("Sedaghaty") and in further support of Plaintiffs' request dated June 17, 2011, and as further specified in this letter. Filed In Associated Cases: 1:03-md-01570-GBD-FM et al.(rjm) (Entered: 11/15/2011) |
| 792 | 07/13/2011 | ORDER that the Court's dismissal of the defendants identified in Exhibit A are certified as final pursuant to Fed. R. Civ. P. 54(b)and the Clerk of the Court is directed to prepare and enter a final judgment. (Signed by Judge George B. Daniels on 7/13/11) Filed In Associated Cases: 1:03-md-01570-GBD -FM et al.(ml) Modified on 7/14/2011 (ml). (Entered: 07/14/2011) |
|  | 07/13/2011 | Transmission to Judgments and Orders Clerk. Transmitted re: (24 in 1:09-cv-07055-GBD) Order,, to the Judgments and Orders Clerk. Filed In Associated Cases: 1:03-md-01570-GBD -FM et al.(ml) (Entered: 07/14/2011) |
| 793 | 07/14/2011 | RULE 54(b) CLERK'S JUDGMENT That for the reasons stated in the Court's Order dated July 13, 2011, the Court finds no just cause for delay, pursuant to Fed. R. Civ. P. 54(b), entering final judgment dismissing the defendants identified in Exhibit A. (Signed by Clerk of Court Ruby Krajick on 7/14/11) (Attachments: # 1 notice of right to appeal)Filed In Associated Cases: 1:03-md-01570-GBD -FM et al.(ml) (Entered: 07/14/2011) |
| 794 | 08/10/2011 | NOTICE OF APPEAL from (2446 in 1:03-md-01570-GBD -FM, 793 in 1:03-cv-06978-GBD) Clerk's Judgment, (2445 in 1:03-md-01570-GBD -FM, 792 in 1:03-cv-06978-GBD) Order. Document filed by Federal Insurance Company; Pacific Indemnity Company; Chubb Custom Insurance Company; Chubb Indemnity Insurance Company; Chubb Insurance Company of Canada; Chubb Insurance Company of New Jersey; Great Northern Insurance Company; TIG Insurance Company; Vigilant Insurance Company; One Beacon Insurance Company; One Beacon America Insurance Company; American Employers Insurance Company; The Camden Fire Insurance Association; Homeland Insurance Company of New York; American Alternative Insurance Corporation; Great Lakes Reinsurance U.K. PLC; The Princeton Excess and Surplus Lines Insurance Company; Allstate Insurance Company; Boston Old Colony Insurance Company; Continental Insurance Company; Commercial Insurance Company ofNewark, NJ; CNA Casualty of California; Continental Insurance Company of New Jersey; Fidelity and Casualty Company of New York; Glens Falls Insurance Company; National Ben Franklin Insurance Company of Illinois; Hiscox Dedicated Corporation Member, Ltd.; ACE American Insurance Company; ACE Capital V Ltd for itself and as representative of all subscribing underwriters for ACE Global Markets Syndicate 2488; ACE Bermuda Insurance Ltd; ACE INA (Canada); ACE Indemnity Insurance Company; ACE Insurance SA-NV; ACE Property & Casualty Insurance Company; Atlantic Employers Insurance Company; Bankers Standard Insurance Company; Indemnity Insurance Company of North America; InsuranceCompany of North America; Westchester Fire Insurance Company; Westchester Surplus Lines Insurance Company; Pacific Employers Insurance Company; Woburn Insurance Ltd.; AXA Corporate Solutions Assurance; AXA Corporate Solutions Insurance Company; AXA Corporate Solutions Assurance UK Branch; AXA Corporate Solutions Assurance (Canada); AXA RE Asia Pacific Pte. Limited; AXA RE, AXA RE Canadian Branch; AXA RE UK Plc.; AXA Corporate Solutions Reinsurance Company; AXA Art Insurance Corporation; SPS Reassurance; AXA Re Madeira Branch; Compagnie Gererale de Reinsurance de Monte Carlo; AXA Versicherung AG;AXA Cessions; and AXA Global Risks UK, Ltd. Filing fee $ 455.00, receipt number 465401013757. Filed In Associated Cases: 1:03-md-01570-GBD -FM, 1:03-cv-06978-GBD.(tp) (Entered: 08/12/2011) |
| 795 | 08/10/2011 | NOTICE OF APPEAL from (2446 in 1:03-md-01570-GBD -FM, 793 in 1:03-cv-06978-GBD) |

| # | Date | Proceeding Text |
|---|------|-----------------|
|   |      | Clerk's Judgment, (2445 in 1:03-md-01570-GBD -FM, 792 in 1:03-cv-06978-GBD) Order, (675 in 1:03-cv-06978-GBD) Order. Document filed by Federal Insurance Company; Pacific Indemnity Company; Chubb Custom Insurance Company; Chubb Indemnity Insurance Company; Chubb Insurance Company of Canada; Chubb Insurance Companyof New Jersey; Great Northern Insurance Company; TIG Insurance Company; Vigilant Insurance Company; One Beacon Insurance Company; One Beacon America Insurance Company; American Employers' Insurance Company; The Camden Fire Insurance Association; Homeland Insurance Company of New York; American Alternative Insurance Corporation; Great Lakes Reinsurance U.K. PLC; The Princeton Excess and Surplus Lines Insurance Company; Allstate Insurance Company; Boston Old Colony Insurance Company; Continental Insurance Company; Commercial Insurance Company of Newark, NJ; CNA Casualty of California; Continental Insurance Company of New Jersey; Fidelity and Casualty Company of New York; Glens Falls Insurance Company; National Ben Franklin Insurance Company of Illinois; Hiscox Dedicated Corporation Member, Ltd.; ACE American Insurance Company; ACE Capital V Ltd for itself and as representative of all subscribing underwriters for ACE Global Markets Syndicate 2488; ACE Bermuda Insurance Ltd; ACE INA (Canada); ACE Indemnity Insurance Company; ACE Insurance SA-NV; ACE Property & Casualty Insurance Company; Atlantic Employers Insurance Company; Bankers Standard Insurance Company; Indemnity Insurance Company of North America; Insurance Company of North America; Westchester Fire Insurance Company; Westchester Surplus Lines Insurance Company; Pacific Employers Insurance Company; Woburn Insurance Ltd.; AXA Corporate Solutions Assurance; AXA Corporate Solutions Insurance Company; AXA Corporate Solutions Assurance UK Branch; AXA Corporate Solutions Assurance (Canada); AXA RE Asia Pacific Pte. Limited; AXA RE, AXA RE Canadian Branch; AXA RE UK Pic.; AXA CorporateSolutions Reinsurance Company; AXA Art Insurance Corporation; SPS Reassurance; AXA Re Madeira Branch; Compagnie Gererale de Reinsurance de Monte Carlo; AXA Versicherung AG; AXA Cessions; and AXA Global Risks UK, Ltd. Filing fee $ 455.00, receipt number 465401013755. Filed In Associated Cases: 1:03-md-01570-GBD -FM, 1:03-cv-06978-GBD.(tp) (Entered: 08/12/2011) |
| 796 | 08/10/2011 | NOTICE OF APPEAL from (2446 in 1:03-md-01570-GBD -FM, 793 in 1:03-cv-06978-GBD) Clerk's Judgment, (2445 in 1:03-md-01570-GBD -FM, 792 in 1:03-cv-06978-GBD) Order, (2218 in 1:03-md-01570-GBD -FM) Order, (2252 in 1:03-md-01570-GBD -FM, 760 in 1:03-cv-06978-GBD) Order. Document filed by Standard Insurance Company; Indemnity Insurance Company of North America; InsuranceCompany ofNorth America; Westchester Fire Insurance Company; Westchester Surplus Lines Insurance Company; Pacific Employers Insurance Company; Woburn Insurance Ltd.; AXA Corporate Solutions Assurance; AXA Corporate Solutions Insurance Company; AXA Corporate Solutions Assurance UK Branch; AXA Corporate Solutions Assurance (Canada); AXA RE Asia Pacific Pte. Limited; AXA RE, AXA RE Canadian Branch; AXA RE UK Plc.; AXA Corporate Solutions Reinsurance Company; AXA Art Insurance Corporation; SPS Reassurance; AXA Re Madeira Branch; Compagnie Gererale de Reinsurance de Monte Carlo; AXA Versicherung AG; AXA Cessions; and AXA Global Risks UK, Ltd. Filing fee $ 455.00, receipt number 465401013753. Filed In Associated Cases: 1:03-md-01570-GBD -FM, 1:03-cv-06978-GBD.(tp) (Entered: 08/12/2011) |
| 797 | 08/10/2011 | NOTICE OF APPEAL from (2446 in 1:03-md-01570-GBD -FM, 793 in 1:03-cv-06978-GBD) Clerk's Judgment, (2445 in 1:03-md-01570-GBD -FM, 792 in 1:03-cv-06978-GBD) Order, (2312 in 1:03-md-01570-GBD -FM) Order. Document filed by Federal Insurance Company; Pacific Indemnity Company; Chubb Custom Insurance Company; Chubb Indemnity Insurance Company; Chubb Insurance Company of Canada; Chubb Insurance Company of New Jersey; Great Northern Insurance Company; TIG Insurance Company; Vigilant Insurance Company; One Beacon Insurance Company; One Beacon America Insurance Company; American Employers' Insurance Company; The Camden Fire Insurance Association; Homeland Insurance Company of New York; American Alternative Insurance Corporation; Great Lakes Reinsurance U.K. PLC; The Princeton Excess and Surplus Lines Insurance Company; Allstate Insurance Company; Boston Old Colony Insurance Company; Continental Insurance Company; Commercial Insurance Company of Newark, NJ; CNA Casualty of California; Continental Insurance Company of New Jersey; Fidelity and Casualty Company of New York; Glens Falls Insurance Company; National Ben Franklin Insurance Company of Illinois; Hiscox Dedicated Corporation Member, Ltd.; ACE American Insurance Company; ACE Capital V Ltd for itself and as representative of all subscribing underwriters for ACE Global Markets Syndicate 2488; ACE Bermuda Insurance Ltd; ACE INA (Canada); ACE Indemnity Insurance Company; ACE Insurance SA-NV; ACE Property & Casualty Insurance Company; Atlantic Employers Insurance Company; Bankers Standard Insurance Company; Indemnity Insurance Company of North America; Insurance Company of North America; Westchester Fire Insurance Company; Westchester Surplus Lines Insurance |

| # | Date | Proceeding Text |
|---|------|-----------------|
| | | Company; Pacific Employers Insurance Company; Woburn Insurance Ltd.; AXA Corporate Solutions Assurance; AXA Corporate Solutions Insurance Company; AXA Corporate Solutions Assurance UK Branch; AXA Corporate Solutions Assurance (Canada); AXA RE Asia Pacific Pte. Limited; AXA RE, AXA RE Canadian Branch; AXA RE UK Plc.; AXA CorporateSolutions Reinsurance Company; AXA Art Insurance Corporation; SPS Reassurance; AXA Re Madeira Branc.; Compagnie Gererale de Reinsurance de Monte Carlo; AXA Versicherung AG; AXA Cessions; and AXA Global Risks UK, Ltd. Filing fee $ 455.00, receipt number 465401013751. Filed In Associated Cases: 1:03-md-01570-GBD -FM, 1:03-cv-06978-GBD.(tp) (Entered: 08/12/2011) |
| | 08/12/2011 | Transmission of Notice of Appeal and Certified Copy of Docket Sheet to US Court of Appeals re: (794 in 1:03-cv-06978-GBD, 2458 in 1:03-md-01570-GBD -FM) Notice of Appeal.Filed In Associated Cases: 1:03-md-01570-GBD -FM, 1:03-cv-06978-GBD.(tp) (Entered: 08/12/2011) |
| | 08/12/2011 | Transmission of Notice of Appeal to the District Judge re: (794 in 1:03-cv-06978-GBD, 2458 in 1:03-md-01570-GBD -FM) Notice of Appeal.Filed In Associated Cases: 1:03-md-01570-GBD -FM, 1:03-cv-06978-GBD.(tp) (Entered: 08/12/2011) |
| | 08/12/2011 | Transmission of Notice of Appeal and Certified Copy of Docket Sheet to US Court of Appeals re: (795 in 1:03-cv-06978-GBD, 2459 in 1:03-md-01570-GBD -FM) Notice of Appeal.Filed In Associated Cases: 1:03-md-01570-GBD -FM, 1:03-cv-06978-GBD.(tp) (Entered: 08/12/2011) |
| | 08/12/2011 | Transmission of Notice of Appeal to the District Judge re: (795 in 1:03-cv-06978-GBD, 2459 in 1:03-md-01570-GBD -FM) Notice of Appeal.Filed In Associated Cases: 1:03-md-01570-GBD -FM, 1:03-cv-06978-GBD.(tp) (Entered: 08/12/2011) |
| | 08/12/2011 | Transmission of Notice of Appeal and Certified Copy of Docket Sheet to US Court of Appeals re: (796 in 1:03-cv-06978-GBD, 2460 in 1:03-md-01570-GBD -FM) Notice of Appeal.Filed In Associated Cases: 1:03-md-01570-GBD -FM, 1:03-cv-06978-GBD(tp) (Entered: 08/12/2011) |
| | 08/12/2011 | Transmission of Notice of Appeal to the District Judge re: (796 in 1:03-cv-06978-GBD, 2460 in 1:03-md-01570-GBD -FM) Notice of Appeal.Filed In Associated Cases: 1:03-md-01570-GBD -FM, 1:03-cv-06978-GBD.(tp) (Entered: 08/12/2011) |
| | 08/12/2011 | Transmission of Notice of Appeal and Certified Copy of Docket Sheet to US Court of Appeals re: (797 in 1:03-cv-06978-GBD, 2461 in 1:03-md-01570-GBD -FM) Notice of Appeal. Filed In Associated Cases: 1:03-md-01570-GBD -FM, 1:03-cv-06978-GBD.(tp) (Entered: 08/12/2011) |
| | 08/12/2011 | Transmission of Notice of Appeal to the District Judge re: (797 in 1:03-cv-06978-GBD, 2461 in 1:03-md-01570-GBD -FM) Notice of Appeal.Filed In Associated Cases: 1:03-md-01570-GBD -FM, 1:03-cv-06978-GBD.(tp) (Entered: 08/12/2011) |
| 798 | 08/26/2011 | NOTICE OF CHANGE OF ADDRESS by Juan P. Morillo on behalf of Dubai Islamic Bank. New Address: Cleary Gottlieb Steen & Hamilton LLP, 2000 Pennsylvania Ave., NW, Washington, DC, United States 20006, 202-974-1740. Filed In Associated Cases: 1:03-md-01570-GBD -FM et al.(Morillo, Juan) (Entered: 08/26/2011) |
| | 09/14/2011 | Appeal Record Sent to USCA (Electronic File). Certified Indexed record on Appeal Electronic Files for 707 Order Admitting Attorney Pro Hac Vice, 615 Reply Memorandum of Law in Support of Motion, filed by Estate of John P.O'Neill, Sr., 575 Reply Memorandum of Law in Support of Motion filed by Daral Maal Al Islami Trust, 560 Memorandum of Law in Opposition to Motion, filed by Estate of John P.O'Neill, Sr., 640 Notice (Other), Notice (Other) filed by Federal Insurance Company et al., Plaintiffs, 797 Notice of Appeal, filed by Federal Insurance Company, 603 Stipulation and Order, 751 Order Admitting Attorney Pro Hac Vice, 767 Memorandum of Law in Support of Motion, filed by Dubai Islamic Bank, 594 RICO Statement filed by Federal Insurance Company et al., Plaintiffs, 703 Order, Set Deadlines/Hearings, 711 Stipulation and Order, 719 Order on Motion to Vacate, 558 Reply Memorandum of Law in Support of Motion, filed by Council on American-Islamic Relations (CAIR), 693 Stipulation and Order, Set Deadlines/Hearings, 569 Reply Memorandum of Law in Support of Motion, filed by Aradi, Inc., 590 Memorandum of Law in Support of Motion filed by Aqsa Islamic Bank, 750 Notice of Appearance filed by Sana-Bell, Inc., Sanabel Al Kheer, Inc., 770 Order on Motion to Appear Pro Hac Vice, 562 Declaration in Support of Motion, filed by Estate of John P.O'Neill, Sr., 791 Stipulation and Order of Dismissal, 785 Memorandum of Law in Opposition to Motion, filed by Plaintiffs Executive Committees, 578 RICO Statement filed by Federal Insurance Company et al., Plaintiffs, 577 Stipulation and Order, 602 RICO Statement filed by Federal Insurance Company et al., Plaintiffs, 574 Reply Memorandum of Law in Support of Motion filed by DMI Administrative Services S.A., 605 Stipulation and Order, 742 Order, 595 RICO Statement filed by Federal Insurance Company et al., Plaintiffs, 722 Order, 732 Stipulation and Order of Dismissal, 683 MOTION for SHERYL MUSGROVE to Withdraw as Attorney filed by Sami Omar Al-Hussayen, 667 Stipulation and Order of Dismissal, 709 |

| # | Date | Proceeding Text |
|---|------|-----------------|
| | | Stipulation and Order, 561 CROSS MOTION to Strike Document No. [1591-1592].CROSS MOTION to Strike Document No. [1591-1592].CROSS MOTION to Strike Document No. [1591-1592]. filed by Estate of John P.O'Neill, Sr., 593 Stipulation and Order, 604 Stipulation and Order,, 563 Declaration in Opposition to Motion, filed by Estate of John P.O'Neill, Sr., 572 Declaration in Support of Motion, filed by Yassin Abdullah Kadi, 795 Notice of Appeal, filed by Federal Insurance Company, 754 Notice of Appearance filed by Saudi Joint Relief Committee, 776 Reply Memorandum of Law in Support of Motion, filed by Dubai Islamic Bank, 568 Memorandum of Law in Opposition to Motion, filed by ALL PLAINTIFFS, 733 Stipulation and Order of Dismissal, 695 Notice (Other) filed by Federal Insurance Company et al., Plaintiffs, 736 Order on Motion to Appear Pro Hac Vice, 685 Reply Memorandum of Law in Support of Motion, filed by Federal Insurance Company et al., Plaintiffs, 612 Notice (Other) filed by Tadamon Islamic Bank, 617 Notice of Appearance filed by Republic of Iraq, 734 Stipulation and Order of Dismissal, 705 Notice of Change of Address, filed by The Republic of Iraq, Republic of Iraq, 715 Order on Motion to Withdraw as Attorney, 781 Stipulation and Order, Set Deadlines/Hearings, 630 Reply Memorandum of Law in Support of Motion, filed by Al Shamal Islamic Bank, 570 Certificate of Service Other filed by Aradi, Inc., 654 Memorandum of Law in Opposition to Motion, filed by Federal Insurance Company et al., Plaintiffs, 606 Reply Memorandum of Law in Support of Motion, filed by World Assembly of Muslim Youth, Wamy International, Inc., 721 Order, 592 Stipulation and Order, 644 MOTION to Dismiss Notice of Motion. filed by Al-Baraka Bancorp, Inc., 619 Stipulation and Order, Set Motion and R&R Deadlines/Hearings, 729 Order, 718 Order on Motion to Withdraw as Attorney, 678 Reply Memorandum of Law in Support of Motion, filed by Jamal Barzinji, 622 Order, 662 Order, 726 Order, 772 Amended Complaint, filed by Continental Insurance Company of New Jersey, The Princeton Excess & Surplus Lines Insurance Company, Chubb Insurance Company of Canada, Chubb Indemnity Insurance Company, Northern Insurance Company of New York, ALL PLAINTIFFS, Commercial Insurance Company of Newark, N.J., Steadfast Insurance Company, United States Fire Insurance Company, Chubb Custom Insurance Company, Colonial American Casualty and Surety Insurance Company, North River Insurance Company, Hiscox Dedicated Corporate Member, Ltd., One Beacon America Insurance Company, American Alternative Insurance Corporation, Valiant Insurance Company, Federal Insurance Company et al., Plaintiffs, Vigilant Insurance Company, Maryland Casualty Company, American Zurich Insurance Company, Pacific Indemnity Company, CNA Casualty of California, Zurich American Insurance Company, Federal Insurance Company, Glens Falls Insurance Company, Seneca Insurance Company, Inc., Fidelity and Casualty Company of New York, American Employers' Insurance Company, Continental Insurance Company, Allstate Insurance Company, American Guarantee and Liability Insurance Company, Crum & Forster Indemnity Company, Amlin Underwriting, Ltd., Fidelity and Deposit Company of Maryland, Chubb Insurance Company of New Jersey, Great Northern Insurance Company, Great Lakes Reinsurance U.K. PLC, One Beacon Insurance Company, Homeland Insurance Company of New York, 650 Memorandum of Law in Opposition to Motion, filed by Daral Maal Al Islami Trust, DMI Administrative Services S.A., 674 Memorandum of Law in Opposition to Motion, filed by Federal Insurance Company et al., Plaintiffs, 642 Memorandum of Law in Opposition to Motion, filed by Federal Insurance Company et al., Plaintiffs, 608 Reply Memorandum of Law in Support of Motion, filed by Wamy International, Inc., World Assembly of Muslim Youth, 775 Answer to Amended Complaint filed by Dubai Islamic Bank, 624 Order, 618 Memorandum of Law in Support of Motion filed by Tadamon Islamic Bank, 690 MOTION to Vacate filed by Samir Salah, 589 MOTION to Dismiss Notice of Motion filed by Aqsa Islamic Bank, 628 Order, Set Deadlines/Hearings, 566 MOTION to Dismiss originally filed in this matter on October 19, 2005 (See document #467); also originally filed on October 20, 2005 in 03-MDL-1570 (RCC) filed by Aradi, Inc., 652 Reply to Response to Motion, filed by Abdullah Bin Khalid Al-Thani, 656 Stipulation and Order of Dismissal, 741 Notice (Other), Notice (Other) filed by Plaintiffs Executive Committees, 639 Memorandum of Law in Support of Motion, filed by Sana-Bell, Inc., 765 Notice of Appearance filed by Dubai Islamic Bank, 559 Certificate of Service Other filed by Council on American-Islamic Relations (CAIR), 759 Reply Memorandum of Law in Support filed by C. O'Neill, 647 Memorandum of Law in Support of Motion, filed by Dallah Avco Trans Arabia Co. LTD., 579 Stipulation and Order, 648 Reply Memorandum of Law in Support of Motion, filed by Tadamon Islamic Bank, 746 MOTION to Substitute Party. Old Party: Khalid Bin Mahfouz, New Party: The Estate of Khalid Bin Mahfouz, Naylah Abd-al-Aziz Kaaki, Abdelrahman Khalid Bin Mahfouz, Sultan Khalid Bin Mahfouz, and Iman Khalid Bin Mahfouz filed by Kathleen Ashton, 668 Order, 789 Order, 586 MOTION to Dismiss filed by Asat Trust Reg., 614 Stipulation and Order, Set Motion and R&R Deadlines/Hearings, 687 Order on Motion for Reconsideration, 684 Memorandum of Law in Opposition to Motion filed by Saudi American Bank, 740 Memorandum of |

| # | Date | Proceeding Text |
|---|------|-----------------|
| | | Law in Opposition to Motion, filed by All Plaintiffs, 672 Memorandum of Law in Opposition to Motion, filed by World Trade Center Properties LLC, et al., Burnett Plaintiffs, Euro Brokers Inc., et al., 704 Notice (Other), Notice (Other), Notice (Other), Notice (Other), Notice (Other), Notice (Other), Notice (Other), Notice (Other), Notice (Other) filed by Saleh Al-Hussayen, Riggs Bank, N.A., Tadamon Islamic Bank, Abdullah Bin Khalid Al Thani, Engelbert Schreiber, Jr, Abdullah Bin Laden, Martin Watcher, Yeslam M. Bin Laden, National Commercial Bank, Al Haramain Islamic Foundation (United States), Mar-Jac Poultry, Inc., M.M. Badkook Co. for Catering & Trading, Sterling Management Group, Inc., Dubai Islamic Bank, Schreiber & Zindel, Yassin Abdullah Kadi, Muhammad Ashraf, Al Shamal Islamic Bank, DMI Administrative Services S.A., Aradi, Inc., Mohammed Jamal Khalifa, Yousef Jameel, Sanabel Al-Kheer, Inc., Al Aqsa Islamic Bank, Saleh Abdulaziz Al-Rajhi, Alfaisaliah Group, Abdullah Salaiman Al-Rajhi, Abdullah Omar Naseef, Sheik Salman Al-Oawdah, Tarek M. Bin Laden, Abdullah Muhsen Al Turki, Heritage Education Trust, Abdullah Al Faisal Bin Abdulaziz Al Saud, Shahir Abdulraoof Batterjee, Mar-Jac Investments, Inc., Iqbal Yunus, Abdullah Bin Saleh Al-Obaid, Faisal Islamic Bank-Sudan, Dallah Avco Trans Arabia Co. LTD., Sercor Treuhand Anstalt, Abdulrahman Bin Khalid Bin Mahfouz, Jamal Barzini, Khalid Sulaiman Al-Rajhi, Daral Maal Al Islami Trust, Ibrahim Bin Abdul Aziz Al Ibrahim Foundation, Safa Trust, Erwin Watcher, Mohammed Jaghlit, Saudi Dallah Al Baraka Group LLC, Taha Jaber Al-Alwani, Ahmed Zaki Yamani, Soliman H.S. Al-Buthe, Saudi Binladin International Company, Sulaiman Al-Ali, Saudi Red Crescent, M. Omar Ashraf a/k/a Muhammad Ashraf, Riggs National Corporation, Mar-Jac Poultry Inc, Bakr M Bin Laden, Safar Al-Hawali, Mushayt for Trading Company, Omar M. Bin Laden, Adnan Basha, Sterling Charitable Gift Fund, Mohamed Bin Laden Organization (SBG), Abdul Aziz Al-Ibrahim, Grove Corporate, Inc., Khaled Bin Mahfouz, World Assembly of Muslim Youth, Sheik Hamad Al-Husaini, African Muslim Agency, York Foundation, Sulaiman Abdul Aziz Al-Rajhi, Frank Zindel, Banca Del Gottardo, Sami Omar Al-Hussayen, Asat Trust Reg., Perouz Seda Ghaty, Islamic Assembly of North America, Ahmed Totonji, International Institute of Islamic Thought, Mena Corporation, Council on American-Islamic Relations (CAIR), Sana-Bell, Inc., Saleh Abdullah Kamel, Abdul Rahman Al Swailem, Mohammed Ali Sayed Mushayt, Al Baraka Investment and Development Corporation, Saudi Joint Relief Committee, Engelbert Schreiber, M. Yaqub Mirza, Reston Investments, Inc., Talal Mohammed Badkook, 706 Stipulation and Order, Set Deadlines/Hearings, 792 Order, 731 Order on Motion to Withdraw as Attorney, 636 MOTION to Dismiss Notice of Motion. filed by Sana-Bell, Inc., 591 RICO Statement filed by Federal Insurance Company et al., Plaintiffs, 653 Order, 686 Order on Motion to Withdraw as Attorney, 793 Clerk's Judgment, 582 Stipulation and Order, 670 Memorandum of Law in Opposition to Motion, filed by Cantor Fitzgerald Securities, Cantor Fitzgerald, L.P., CO2e.com, LLC, WTC Retail LLC, eSpeed Government Securities, Inc., Port Authority Trans-Hudson Corporation, Cantor Fitzgerald Associates, L.P., Cantor Fitzgerald International, eSpeed Securities, Inc., Cantor Fitzgerald Partners, Cantor Index Limited, Port Authority of New York & New Jersey, Cantor Fitzgerald Brokerage, L.P., Cantor Fitzgerald Europe, Cantor Fitzgerald & Co., 768 MOTION for Steven T. Cottreau to Appear Pro Hac Vice. filed by Dubai Islamic Bank, 637 MOTION to Dismiss Notice of Motion filed by Sanabel Al-Kheer, Inc., 665 MOTION for Leave to File Undredacted Motion to Stay For Court's In Camera Review filed by Jamal Barzinji, 557 Stipulation and Order, 616 MOTION to Dismiss Notice of Motion filed by Tadamon Islamic Bank, 708 Order Admitting Attorney Pro Hac Vice, 773 Order, 556 Reply Memorandum of Law in Support of Motion, filed by Dallah Al Baraka Group LLC, Saleh Abdullah Kamel, Al Baraka Investment and Development Corporation, 720 Order, 567 Memorandum of Law in Support of Motion, filed by Aradi, Inc., 609 Memorandum of Law in Opposition to Motion, filed by Plaintiffs Executive Committees, 761 Stipulation and Order, Add and Terminate Attorneys, 738 Endorsed Letter, Set Deadlines/Hearings, 771 Order on Motion to Appear Pro Hac Vice, 576 Stipulation and Order, 588 RICO Statement filed by Federal Insurance Company et al., Plaintiffs, 671 Response in Opposition to Motion, filed by New York Marine and General Insurance Company, 728 Affirmation in Support of Motion, filed by Republic of Iraq, The Republic of Iraq, 710 Stipulation and Order, 743 Order,, 660 Reply Memorandum of Law in Support of Motion filed by Sanabel Al-Kheer, Inc., 780 Stipulation and Order of Dismissal, 611 RICO Statement filed by Federal Insurance Company et al., Plaintiffs, 651 Memorandum of Law in Opposition to Motion, filed by Federal Insurance Company et al., Plaintiffs, 635 Reply Memorandum of Law in Support of Motion, filed by Yassin Abdullah Kadi, 724 Reply Memorandum of Law in Support of Motion, filed by Samir Salah, 730 Order, 587 Memorandum of Law in Support of Motion, filed by Asat Trust Reg., 784 Notice (Other), Notice (Other) filed by All Plaintiffs, 599 Memorandum of Law in Support of Motion, filed by Estate of John P.O'Neill, Sr., 692 Memorandum of Law in Support of Motion filed by Samir Salah, 760 Order, 583 Memorandum of Law, filed by Federal Insurance |

| # | Date | Proceeding Text |
|---|------|-----------------|
|   |      | Company et al., Plaintiffs, 631 Memorandum of Law in Opposition to Motion, filed by Plaintiffs Executive Committees, 763 Affidavit in Support filed by Daral Maal Al Islami Trust, 694 RICO Statement filed by Federal Insurance Company et al., Plaintiffs, 581 Stipulation and Order, 597 Memorandum of Law in Support of Motion filed by Dallah Avco Trans Arabia Co. LTD., 758 MOTION for Colin Sullivan Stretch to Withdraw as Attorney filed by Saudi Joint Relief Committee, 757 Affirmation in Opposition to Motion, filed by All Plaintiffs, 657 Declaration in Support of Motion, filed by Abdullah Bin Khalid Al-Thani, 748 Order on Motion to Withdraw, 669 Memorandum of Law in Opposition to Motion, filed by John Patrick O'Neill, Jr., Federal Insurance Company et al., Plaintiffs, 779 Stipulation and Order, 745 Memorandum of Law in Support of Motion filed by Kathleen Ashton, 673 Memorandum of Law in Opposition to Motion, filed by Federal Insurance Company et al., Plaintiffs, 643 Stipulation and Order, 786 Order, 783 Declaration in Opposition, filed by All Plaintiffs, 620 Stipulation and Order, Set Motion and R&R Deadlines/Hearings, 633 Stipulation and Order, 658 Memorandum of Law in Support of Motion, filed by Sanabel Al-Kheer, Inc., 777 MOTION to Dismiss for Failure to State a Claim. filed by Cherif Sedky, 735 Order, 565 Stipulation and Order of Dismissal, 641 Reply Memorandum of Law in Support of Motion, filed by Asat Trust Reg., 716 Order on Motion to Withdraw as Attorney, 796 Notice of Appeal, filed by Federal Insurance Company, 659 Reply Memorandum of Law in Support of Motion filed by Sana-Bell, Inc., 638 Memorandum of Law in Support of Motion filed by Sanabel Al-Kheer, Inc., 663 MOTION to Stay. filed by Jamal Barzinji, 696 Reply Memorandum of Law in Support of Motion, filed by Federal Insurance Company et al., Plaintiffs, 702 Notice of Case Assignment/Reassignment, 753 Memorandum of Law in Support of Motion filed by Plaintiffs Executive Committees, 798 Notice of Change of Address, filed by Dubai Islamic Bank, 714 Order on Motion to Dismiss, 623 Order, 596 Notice (Other) filed by Dallah Avco Trans Arabia Co. LTD., 607 Declaration in Support of Motion, filed by Wamy International, Inc., World Assembly of Muslim Youth, 681 MOTION for Reconsideration and Memorandum of Law in Support of the Federal Insurance Plaintiffs' Motion for Reconsideration filed by Federal Insurance Company et al., Plaintiffs, 688 MOTION TO ASSESS DAMAGES ON MOVANTS' BEHALF AGAINST DEFAULTED DEFENDANTS IN THE AMOUNT OF $9,481,764,208.61 re: 626 Order, ENTERING DEFAULT JUDGMENTS. MOTION TO ASSESS DAMAGES ON MOVANTS' BEHALF AGAINST DEFAULTED DEFENDANTS IN THE AMOUNT OF $9,481,764,208.61 re: 626 Order, ENTERING DEFAULT JUDGMENTS. MOTION TO ASSESS DAMAGES ON MOVANTS' BEHALF AGAINST DEFAULTED DEFENDANTS IN THE AMOUNT OF $9,481,764,208.61 re: 626 Order, ENTERING DEFAULT JUDGMENTS. MOTION TO ASSESS DAMAGES ON MOVANTS' BEHALF AGAINST DEFAULTED DEFENDANTS IN THE AMOUNT OF $9,481,764,208.61 re: 626 Order, ENTERING DEFAULT JUDGMENTS filed by Federal Insurance Company et al., Plaintiffs, 655 Reply Memorandum of Law in Support of Motion filed by Aqsa Islamic Bank, 788 Order Admitting Attorney Pro Hac Vice, 682 Order on Motion to Dismiss, Order on Motion to Dismiss/Lack of Jurisdiction, 661 Stipulation and Order, 632 Stipulation and Order, 747 MOTION for Hugh D. Higgins to Appear Pro Hac Vice. filed by Faisal Islamic Bank, Faisal Islamic Bank-Sudan, Faisal Islamic Bank (Sudan), 723 RICO Statement filed by Federal Insurance Company et al., Plaintiffs, 764 Stipulation and Order, Set Deadlines/Hearings, 621 Order, 584 RICO Statement filed by Federal Insurance Company et al., Plaintiffs, 727 MOTION for Marc D. Powers to Withdraw as Attorney. filed by Republic of Iraq, The Republic of Iraq, 701 Affidavit in Opposition to Motion, filed by World Trade Center Properties LLC, et al., Federal Insurance Company et al., Plaintiffs, Euro Brokers Inc., et al., Burnett Plaintiffs, 625 Order, 680 MOTION for Reconsideration. filed by Federal Insurance Company et al., Plaintiffs, 666 Memorandum of Law in Support of Motion filed by Jamal Barzinji, 677 Reply Memorandum of Law in Support of Motion filed by Jamal Barzinji, 627 Stipulation and Order, 598 MOTION to Strike Document No. [1697-98] Cross Motion to Strike Asat Trust's Motion to Dismiss, Docket No. 1697-98. MOTION to Strike Document No. [1697-98] Cross Motion to Strike Asat Trust's Motion to Dismiss, Docket No. 1697-98. MOTION to Strike Document No. [1697-98] Cross Motion to Strike Asat Trust's Motion to Dismiss, Docket No. 1697-98. filed by Estate of John P.O'Neill, Sr., 762 Stipulation and Order, Add and Terminate Attorneys, 725 Order, 645 Memorandum of Law in Support of Motion, filed by Al-Baraka Bancorp, Inc., 679 Stipulation and Order, 712 Order on Motion to Withdraw as Attorney, 717 Order on Motion for Leave to File Document, 697 Memorandum of Law in Opposition to Motion, filed by World Trade Center Properties LLC, et al., Federal Insurance Company et al., Plaintiffs, Euro Brokers Inc., et al., Burnett Plaintiffs, 580 Stipulation and Order, 739 Endorsed Letter, 573 Memorandum of Law in Support of Motion filed by Yassin Abdullah Kadi, 601 Reply Affirmation in Support of Motion, filed by Jamal Barzinji, 571 MOTION to Dismiss / Notice of Motion of Yassin Abdullah Kadi to Dismiss Complaints. filed by Yassin Abdullah Kadi, 756 Affirmation in |

| # | Date | Proceeding Text |
|---|------|-----------------|
|   |      | Opposition to Motion, filed by All Plaintiffs, 585 Stipulation and Order, 794 Notice of Appeal, filed by Federal Insurance Company, 613 MOTION to Dismiss and Memorandum of Points & Authorities in Support of Motion. filed by Tadamon Islamic Bank, 564 Reply Memorandum of Law in Support of Motion,, filed by Muhammad Ashraf, Iqbal Yunus, Mohammed Jaghlit, Taha Jaber Al-Alwani, M. Omar Ashraf, Ahmed Totonji, M. Yaqub Mirza, 699 Reply Memorandum of Law in Support of Motion filed by Samir Salah, 774 Order Admitting Attorney Pro Hac Vice, 700 Memorandum of Law in Opposition to Motion, filed by World Trade Center Properties LLC, et al., Federal Insurance Company et al., Plaintiffs, Euro Brokers Inc., et al., Burnett Plaintiffs, 675 Order, 713 Stipulation and Order, 664 Memorandum of Law in Support of Motion filed by Jamal Barzinji, 737 Order Admitting Attorney Pro Hac Vice, 691 Declaration in Support of Motion filed by Samir Salah, 600 Reply Memorandum of Law in Support of Motion, filed by Jamal Barzinji, 782 Response, filed by All Plaintiffs, 778 Memorandum of Law in Support of Motion, filed by Cherif Sedky, 752 MOTION to Strike Document No. [MDL 2232]. filed by Plaintiffs Executive Committees, 629 Reply Memorandum of Law in Support of Motion, filed by Al Shamal Islamic Bank, 755 Notice (Other), Notice (Other) filed by Estate of John P.O'Neill, Sr., 749 Order on Motion to Appear Pro Hac Vice, 634 Stipulation and Order, 698 Affidavit in Opposition to Motion, filed by World Trade Center Properties LLC, et al., Federal Insurance Company et al., Plaintiffs, Euro Brokers Inc., et al., Burnett Plaintiffs, 646 Order, 744 MOTION to Strike Document No. (2189). filed by Kathleen Ashton, 769 MOTION for Juan P. Morillo to Appear Pro Hac Vice. filed by Dubai Islamic Bank, 766 MOTION for Certificate of Appealability Pursuant to 28 U.S.C. Section 1292(b), certifying immediate appeal from this Court's June 17, 2010 Order denying DIB's Motion to Dismiss. MOTION for Certificate of Appealability Pursuant to 28 U.S.C. Section 1292(b), certifying immediate appeal from this Court's June 17, 2010 Order denying DIB's Motion to Dismiss. filed by Dubai Islamic Bank, 649 MOTION for Johnathan Goodman Stacey Saiontz to Withdraw as Attorney. filed by Cantor Fitzgerald Securities, Cantor Fitzgerald, L.P., CO2e.com, LLC, Espeed, Inc., eSpeed Government Securities, Inc., Port Authority Trans-Hudson Corporation, Cantor Fitzgerald Associates, L.P., Cantor Fitzgerald International, eSpeed Securities, Inc., Cantor Fitzgerald Partners, Cantor Index Limited, Port Authority of New York & New Jersey, Cantor Fitzgerald Brokerage, L.P., Cantor Fitzgerald Europe, Cantor Fitzgerald & Co., 790 Memo Endorsement, 610 Memorandum of Law in Opposition to Motion, filed by Asat Trust Reg., 626 Order, 472 Memorandum of Law in Support of Motion, filed by Heritage Education Trust,, Mar-Jac Investments, Inc.,, Mena Corporation,, Safa Trust,, Sterling Charitable Gift Fund,, York Foundation,, 396 Memorandum of Law in Support of Motion filed by Adnan Basha, 319 Order, 365 Stipulation and Order, 316 MOTION to Dismiss., 171 MOTION to Strike Portions of Plaintiffs' Opposition Briefs (Dkt. Nos. 290, 291). filed by M. Yaqub Mirza, Iqbal Yunus, Jamal Barzinji, M. Omar Ashraf, Muhammad Ashraf, Taha Jaber Al-Alwani, 356 Affirmation in Opposition to Motion filed by Federal Insurance Company et al., Plaintiffs, 360 Reply Memorandum of Law in Support of Motion, filed by Saleh Abdulaziz Al-Rajhi, 250 Order of Dismissal, 421 Memorandum of Law in Oppisition to Motion, 426 Memorandum of Law in Support, 43 Notice of Appearance, filed by M. Yaqub Mirza,, Iqbal Yunus, Jamal Barzinji,, M. Omar Ashraf, Muhammad Ashraf, Heritage Education Trust, Mar-Jac Investments, Inc., Safa Trust, Sterling Charitable Gift Fund,, York Foundation,, Sana-Bell, Inc.,, Reston Investments, Inc.,, Sterling Management Group,, International Institute of Islamic Thought,, Al Anwa,, African Muslim Agency,, Grove Corporate,Inc.,, 463 MOTION to Dismiss Complaint Pursuant to Rule 12(B)(6) For FailureTo State a Claim. filed by African Muslim Agency,, 552 Memorandum of Law in Support of Motion,, filed by Al Shamal Islamic Bank,, 261 Endorsed Letter, 402 Memorandum of Law in Support of Motion,, filed by Mohammed Ali Sayed Mushayt,, 8 Clerk Certificate of Mailing,, 457 Response in Support of Motion, filed by Adnan Basha, 167 MOTION to Dismiss for Lack of Jurisdiction Lack of Personal Jurisdiction. filed by Rabita Trust, 372 Stipulation and Order, 422 Memorandum of Law in Oppisition to Motion, 431 Reply Memorandum of Law in Support of Motion, filed by Saleh Al-Hussayen, 500 Memorandum of Law in Support of Motion, 536 SUPPLEMENTAL MOTION to Dismiss Pursuant to CMO No. 4. filed by Shahir Abdulraoof Batterjee, Abdul Rahman Al Swailem, Mohammed Ali Sayed Mushayt, Talal Mohammed Badkook, Adnan Basha, Saudi Red Crescent, Salman Al-Ouda, Safar Al-Hawali, Saleh Al-Hussayen, 73 Stipulation and Order, 476 Notice (Other) filed by Yeslam M. Bin Laden, 358 Stipulation and Order, 489 Declaration in Opposition to Motion, 252 MOTION to Dismiss. filed by Abdulrahman Alamoudi, 323 Memorandum of Law in Support, 542 Notice of Appeal filed by Federal Insurance Company et al., Plaintiffs, 278 MOTION to Dismiss. filed by Sami Omar Al-Hussayen, 333 Order, 139 Endorsed Letter, 64 Letter, 534 Stipulation and Order of Dismissal, 468 MOTION to Dismiss Memorandum in Support to Dismiss Aradi Inc. filed by Aradi, Inc., 209 Order, 23 Summons Returned Executed, 229 Memorandum of Law in Oppisition to Motion filed |

| # | Date | Proceeding Text |
|---|------|-----------------|
| | | by Tarik Hamdi, 35 Affidavit of Service Complaints, filed by Zurich American Insurance Company, 246 Stipulation and Order of Dismissal, 331 Memorandum of Law in Oppisition to Motion, filed by Federal Insurance Company et al., Plaintiffs, 409 Memorandum of Law in Oppisition to Motion, 33 Affidavit of Service Complaints, 210 Order, 78 Stipulation and Order, 524 Stipulation and Order, 290 Clerk Certificate of Mailing, 321 Memorandum of Law in Support, filed by Saleh Abdulaziz Al-Rajhi, 39 Affidavit of Service Complaints, 335 Stipulation and Order, 429 Reply Affidavit in Support of Motion, 259 Reply Memorandum of Law in Support of Motion filed by Saudi American Bank, 178 MOTION to Dismiss and Memorandum of Law in Support of Motion to Dismiss and to Quash Service of Process. filed by Prince Bandar bin Sultan bin Abdulaziz, 301 Acknowledgment of Service Complaints, filed by Federal Insurance Company et al., Plaintiffs, 81 Stipulation and Order, 410 Stipulation and Order, Set Deadlines/Hearings, 375 Memorandum of Law in Support of Motion,, filed by Saudi Red Crescent, 505 Memorandum of Law in Support of Motion, filed by Turki Al Faisal Al Saud,, Prince Naif Bin Abdulaziz Al Saud,, Prince Sultan Bin Abdulaziz Al Saud,, Saudi High Commission, The Kingdom of Saudi Arabia,, Salman Bin Abdulaziz Al Saud,, 174 Reply Memorandum of Law in Support of Motion filed by Mohammed Al Faisal Al Saud, 47 MOTION (FILED ON SERVICE DATE) for John M. Popilock, Esquire to Appear Pro Hac Vice. filed by Pacific Indemnity Company,, Vigilant Insurance Company,, Fidelity and Deposit Company of Maryland,, Maryland Casualty Company,, United States Fire Insurance Company,, Zurich American Insurance Company,, American Guarantee and Liability Insurance Company,, Steadfast Insurance Company,, Great Northern Insurance Company,, American Zurich Insurance Company,, American Alternative Insurance Corporation,, One Beacon Insurance Company,, Assurance Company of America,, Northern Insurance Company of New York,, One Beacon America Insurance Company,, Federal Insurance Company, Chubb Custom Insurance Company,, Chubb Indemnity Insurance Company, Chubb Insurance Company of Canada, Chubb Insurance Company of New Jersey, Colonial American Casualty and Surety Insurance Company, Valiant Insurance Company, American Employers' Insurance Company, The Camden Fire Insurance Association, Homeland Insurance Company of New York, Crum & Forster Indemnity Company, North River Insurance Company, Great Lakes Reinsurance U.K. PLC, The Princeton Excess & Surplus Lines Insurance Company, 447 MOTION to Dismiss., 294 Order Admitting Attorney Pro Hac Vice, 438 Reply Memorandum of Law in Support of Motion, filed by Safar Al-Hawali, 239 Affirmation in Opposition to Motion, filed by Federal Insurance Company et al., Plaintiffs, 266 Order on Motion to Withdraw as Attorney, 201 MOTION to Dismiss Notice of Motion to Dismiss. filed by National Commercial Bank, 143 MOTION to Dismiss First Amended Complaint. filed by Mohammed Al Faisal Al Saud, 451 Response in Support of Motion, 533 Clerk Certificate of Mailing, 393 Memorandum of Law in Support of Motion, filed by Talal Mohammed Badkook, 276 Notice of Voluntary Dismissal - Signed, 228 Memorandum of Law in Oppisition to Motion filed by Tarik Hamdi, 69 Order on Motion to Appear Pro Hac Vice, 267 MOTION to Dismiss & Memorandum of Law in Support of Motion to Dismiss of the Saudi Joint Relief Committee. filed by Saudi Joint Relief Committee, 297 MOTION for Stephanie W. Fell to Withdraw as Attorney. filed by Al Baraka Investment and Development, 370 Reply Memorandum of Law in Support of Motion,, filed by Soliman H.S. Al-Buthe, 51 Affidavit of Service Complaints, 272 Memorandum of Law in Oppisition to Motion, filed by Federal Insurance Company et al., Plaintiffs, 117 MOTION to Dismiss First Amended Complaint of Federal Insurance. filed by Arab Bank, PLC, 419 Memorandum of Law in Oppisition to Motion, 236 Endorsed Letter, Set Scheduling Order Deadlines, 111 FIRST MOTION to Dismiss First Amended Complaint. filed by Mar-Jac Poultry, 2 Rule 7.1 Disclosure Statement filed by Federal Insurance Company, 75 Stipulation and Order, 428 Reply Memorandum of Law in Support of Motion, 493 Declaration in Support of Motion, 99 Response in Opposition to Motion, filed by United States of America, 213 Order Admitting Attorney Pro Hac Vice, 459 Response in Support of Motion, filed by Mohammed Ali Sayed Mushayt, 21 Summons Returned Executed, 140 MOTION to Withdraw 122 MOTION for Protective Order Notice of Motion and Memorandum in Support of Motion for Limited Appearance and to Move for a Protective Order. filed by Princess Haifa Al-Faisal, The Royal Embassy of Saudi Arabia, Prince Bandar bin Sultan bin Abdulaziz, Ahmed A. Kattan,, Abdul Rahman I. Al-Noah,, 462 Response in Support of Motion, 427 Reply Memorandum of Law in Support of Motion filed by Khaled Bin Mahfouz,, 245 Stipulation and Order of Dismissal,, 357 Memorandum of Law in Support of Motion, 170 MOTION to Strike Portions of Plaintiffs' Opposition Brief (Dkt. No. 315). filed by Heritage Education Trust, Mar-Jac Investments, Inc., Mena Corporation,, Safa Trust, Sterling Charitable Gift Fund, York Foundation, Sana-Bell, Inc., Reston Investments, Inc., Sterling Management Group, International Institute of Islamic Thought, African Muslim Agency, Grove Corporate,Inc., 312 Stipulation and Order, 30 Affidavit of Service Complaints, filed by Pacific Indemnity Company, Vigilant Insurance Company, |

| # | Date | Proceeding Text |
|---|------|-----------------|
| | | Fidelity and Deposit Company of Maryland, Maryland Casualty Company, United States Fire Insurance Company, Zurich American Insurance Company,Steadfast Insurance Company, Great Northern Insurance Company, American Zurich Insurance Company, American Alternative Insurance Corporation, One Beacon Insurance Company, Assurance Company of America, Northern Insurance Company of New York,, One Beacon America Insurance Company, Federal Insurance Company, Ibrahim Bin Abdul Aziz Al Ibrahim Foundation, Chubb Custom Insurance Company, Chubb Indemnity Insurance Company, Chubb Insurance Company of Canada, Chubb Insurance Company of New Jersey, Colonial American Casualty and Surety Insurance Company,Valiant Insurance Company, American Employers' Insurance Company, The Camden Fire Insurance Association, Homeland Insurance Company of New York, Crum & Forster Indemnity Company, North River Insurance Company, Great Lakes Reinsurance U.K. PLC, The Princeton Excess & Surplus Lines Insurance Company, 161 Reply to Response to Motion filed by M. Yaqub Mirza, Iqbal Yunus, M. Omar Ashraf, Muhammad Ashraf, Taha Jaber Al-Alwani, 232 Reply Memorandum of Law in Support of Motion, filed by The Kingdom of Saudi Arabia, 376 Affidavit in Support of Motion, filed by Saudi Red Crescent, 196 MOTION to Dismiss the First Amended Complaint. filed by Saudi American Bank, 31 Affidavit of Service Complaints, filed by Pacific Indemnity Company,Vigilant Insurance Company, Fidelity and Deposit Company of Maryland, Maryland Casualty Company, United States Fire Insurance Company, Zurich American Insurance Company, American Guarantee and Liability Insurance Company, Great Northern Insurance Company, American Zurich Insurance Company, American Alternative Insurance Corporation, One Beacon Insurance Company, Assurance Company of America, Northern Insurance Company of New York, One Beacon America Insurance Company, Chubb Custom Insurance Company, Chubb Indemnity Insurance Company, Chubb Insurance Company of Canada, Chubb Insurance Company of New Jersey, Colonial American Casualty and Surety Insurance Company, Valiant Insurance Company, American Employers' Insurance Company, The Camden Fire Insurance Association,, Homeland Insurance Company of New York, Crum & Forster Indemnity Company, North River Insurance Company, Great Lakes Reinsurance U.K. PLC, The Princeton Excess & Surplus Lines Insurance Company, 535 SUPPLEMENTAL MOTION to Dismiss Pursuant to CMO No. 4. filed by Soliman H.S. Al-Buthe,, Perouz Seda Ghaty, 383 MOTION to Dismiss., 547 Notice of Appeal filed by Federal Insurance Company et al., Plaintiffs, 345 MOTION for Leave to File Arabic language document. filed by Federal Insurance Company et al., Plaintiffs, 55 MOTION (FILED ON SERVICE DATE) for entry of an Order authorizing plaintiffs to effectuate service of process on defendants Al Qaida, Egyptian Islamic Jihad, Jemaah Islamiyah and Ansar Al-Islam. filed by Federal Insurance Company, 311 Response in Opposition to Motion, 417 Memorandum of Law in Oppisition to Motion, 310 Memorandum of Law in Support of Motion, 44 MOTION (FILED ON SERVICE DATE) for James M Cole to Appear Pro Hac Vice. filed by Prince Naif Bin Abdulaziz Al Saud, 519 Case Management Plan, 353 Reply Memorandum of Law in Support of Motion filed by Sami Omar Al-Hussayen, 415 Memorandum of Law in Oppisition to Motion, 63 Stipulation and Order, 226 Reply Memorandum of Law in Support of Motion, filed by Saleh Abdullah Kamel, Al Baraka Investment and Development, 281 Endorsed Letter, 395 MOTION to Dismiss. filed by Adnan Basha, 160 Reply Memorandum of Law in Support of Motion filed by Mar-Jac Poultry, 492 Declaration in Support of Motion, 475 Stipulation and Order, 487 Declaration in Opposition to Motion, 545 Notice of Appeal filed by Federal Insurance Company et al., Plaintiffs, 305 Acknowledgment of Service Complaints, filed by Federal Insurance Company et al., Plaintiffs, 162 Reply to Response to Motion filed by Jamal Barzinji, 175 Endorsed Letter, 224 Reply Memorandum of Law in Support of Motion filed by Rabita Trust, 399 Memorandum of Law in Support of Motion, filed by Shahir Abdulraoof Batterjee, 465 Answer to Complaint filed by Jamal Barzinji, 54 MOTION (FILED ON SERVICE DATE) for an order authorizing pltffs to effectuate service of process on those defts incarcerated in US custody, by sending the Summons & Complt via cert. mail to the US Justice Department % Atty General John Ashcroft. filed by Pacific Indemnity Company, Vigilant Insurance Company, Fidelity and Deposit Company of Maryland, Maryland Casualty Company, United States Fire Insurance Company, Zurich American Insurance Company, Steadfast Insurance Company, Great Northern Insurance Company, One Beacon Insurance Company, Northern Insurance Company of New York, One Beacon America Insurance Company, Federal Insurance Company, Chubb Insurance Company of Canada, Chubb Insurance Company of New Jersey, Colonial American Casualty and Surety Insurance Company, Valiant Insurance Company, Homeland Insurance Company of New York, Crum & Forster Indemnity Company, North River Insurance Company, Great Lakes Reinsurance U.K. PLC, The Princeton Excess & Surplus Lines Insurance Company, 508 Declaration in Support of Motion, 91 Rule 7.1 Disclosure Statement, filed by Pacific Indemnity Company, Vigilant Insurance Company, |

| # | Date | Proceeding Text |
|---|------|-----------------|
| | | United States Fire Insurance Company, One Beacon Insurance Company, Northern Insurance Company of New York, One Beacon America Insurance Company, Valiant Insurance Company, North River Insurance Company, 318 Endorsed Letter, 467 Notice (Other) filed by Aradi, Inc., 439 Reply Memorandum of Law in Support of Motion,, filed by Mohammed Ali Sayed Mushayt, 41 Affidavit of Service Complaints, 112 MOTION to Dismiss the First Amended Complaint. filed by M. Yaqub Mirza, Iqbal Yunus, M. Omar Ashraf, Muhammad Ashraf, Taha Jaber Al-Alwani, 144 Memorandum of Law in Support of Motion filed by Mohammed Al Faisal Al Saud, 347 Stipulation and Order, 377 MOTION to Dismiss. filed by Saleh Al-Hussayen, 27 Affidavit of Service Complaints, 190 Reply Memorandum of Law in Support of Motion filed by Arab Bank, PLC, 546 Notice of Appeal filed by Federal Insurance Company et al., Plaintiffs, 485 CONSENT MOTION for Extension of Time to File Answer to Federal Insurance Complaint., 387 Memorandum of Law in Support of Motion, filed by Safar Al-Hawali, 334 Stipulation and Order, 553 Notice of Appeal filed by Federal Insurance Company et al., Plaintiffs, 478 Memorandum of Law in Support of Motion, filed by M. Yaqub Mirza, Ahmed Totonji, M. Omar Ashraf, Mohammed Jaghlit, Muhammad Ashraf, Taha Jaber Al-Alwani, 97 Memorandum of Law in Support of Motion filed by Fidelity and Deposit Company of Maryland, Mustafa Mohamed Fadhil, Federal Insurance Company, 325 Memorandum of Law in Support, filed by Suleiman Abdel Aziz Al Rajhi, 129 Notice (Other) filed by ALL PLAINTIFFS, 520 Answer to Amended Complaint filed by International Islamic Relief Organization, 499 MOTION to Dismiss., 510 Reply Memorandum of Law in Support of Motion, filed by M. Yaqub Mirza, Saar Foundation, Ahmed Totonji, Hisham Al-Talib, Iqbal Yunus, Jamal Barzinji, M. Omar Ashraf, Mohammed Jaghlit, Muhammad Ashraf, Taha Jaber Al-Alwani, Heritage Education Trust, Mar-Jac Investments, Inc., Mena Corporation, Safa Trust, Sterling Charitable Gift Fund, York Foundation, 381 Memorandum of Law in Support of Motion, filed by Abdullah Bin Saleh Al-Obaid, 85 Stipulation and Order, 390 Memorandum of Law in Support of Motion, 454 Response in Support of Motion, filed by Saleh Al-Hussayen, 138 Memorandum & Opinion, 198 Rule 7.1 Disclosure Statement filed by National Commercial Bank, 384 Memorandum of Law in Support of Motion, 274 Endorsed Letter, 71 Order, 60 Stipulation and Order, 366 Stipulation and Order, 53 Memorandum of Law in Support of Motion, filed by Vigilant Insurance Company, Federal Insurance Company, 87 Stipulation and Order, 470 Memorandum of Law in Support of Motion, filed by Ahmed Totonji, Mohammed Jaghlit, Heritage Education Trust, Mar-Jac Investments, Inc., Mena Corporation, Safa Trust, Sterling Charitable Gift Fund, York Foundation, Reston Investments, Inc., Sterling Management Group, International Institute of Islamic Thought, African Muslim Agency, Grove Corporate,Inc., 482 Memorandum of Law in Oppisition to Motion, 265 Reply Memorandum of Law in Support of Motion, 32 Affidavit of Service Complaints, filed by Federal Insurance Company, 443 MOTION to Dismiss Continental Casualty, Burnett, WTC, Euro Brokers, Federal Insurance., 83 Stipulation and Order,, 254 Memorandum of Law in Oppisition to Motion, filed by Federal Insurance Company et al., Plaintiffs,, 155 Stipulation and Order of Dismissal,, 49 MOTION (FILED ON SERVICE DATE) for Sean P. Carter, Esquire to Appear Pro Hac Vice. filed by Pacific Indemnity Company,, Vigilant Insurance Company,, Fidelity and Deposit Company of Maryland,, Maryland Casualty Company,, United States Fire Insurance Company,, Zurich American Insurance Company,, American Guarantee and Liability Insurance Company,, Steadfast Insurance Company,, Great Northern Insurance Company,, American Zurich Insurance Company,, American Alternative Insurance Corporation, One Beacon Insurance Company, Assurance Company of America,, Northern Insurance Company of New York, One Beacon America Insurance Company, Federal Insurance Company, Chubb Custom Insurance Company, Chubb Indemnity Insurance Company, Chubb Insurance Company of Canada, Chubb Insurance Company of New Jersey, Colonial American Casualty and Surety Insurance Company, Valiant Insurance Company, American Employers' Insurance Company, The Camden Fire Insurance Association, Homeland Insurance Company of New York, Crum & Forster Indemnity Company, North River Insurance Company, Great Lakes Reinsurance U.K. PLC, The Princeton Excess & Surplus Lines Insurance Company, 199 Rule 7.1 Disclosure Statement filed by SNCB Corporate Finance Limited, SNCB Securities Limited in London, 404 MOTION to Dismiss., 270 Order Admitting Attorney Pro Hac Vice, 539 Stipulation and Order, 362 Reply Memorandum of Law in Support of Motion, filed by Suleiman Abdel Aziz Al Rajhi, 38 Affidavit of Service Complaints, 308 Acknowledgment of Service Complaints, filed by Federal Insurance Company et al., Plaintiffs, 369 Stipulation and Order, 341 Response to Motion, filed by Mohammed Al Faisal Al Saud,, The Kingdom of Saudi Arabia, 280 Service by Publication, 247 Reply Memorandum of Law in Support of Motion, filed by National Commercial Bank, 525 Order, 302 Acknowledgment of Service Complaints, filed by Federal Insurance Company et al., Plaintiffs, 516 Stipulation and Order, Set Deadlines/Hearings, 26 Summons Returned Executed, filed by Pacific Indemnity Company, Vigilant Insurance Company, Fidelity |

| # | Date | Proceeding Text |
|---|------|-----------------|
| | | and Deposit Company of Maryland, Maryland Casualty Company, United States Fire Insurance Company, Zurich American Insurance Company, American Guarantee and Liability Insurance Company, Steadfast Insurance Company, Great Northern Insurance Company, American Zurich Insurance Company, American Alternative Insurance Corporation, One Beacon Insurance Company, Assurance Company of America,, Northern Insurance Company of New York,, One Beacon America Insurance Company,, Federal Insurance Company,, Chubb Custom Insurance Company,, Chubb Indemnity Insurance Company,, Chubb Insurance Company of Canada,, Chubb Insurance Company of New Jersey,, Colonial American Casualty and Surety Insurance Company,, Valiant Insurance Company,, American Employers' Insurance Company,, The Camden Fire Insurance Association,, Homeland Insurance Company of New York,, Crum & Forster Indemnity Company,, North River Insurance Company,, Great Lakes Reinsurance U.K. PLC,, The Princeton Excess & Surplus Lines Insurance Company, 304 Acknowledgment of Service Complaints, filed by Federal Insurance Company et al., Plaintiffs, 159 Stipulation and Order, 403 Affidavit in Support of Motion, filed by Mohammed Ali Sayed Mushayt, 92 Memo Endorsement, 79 Stipulation and Order, 202 Notice (Other) filed by Mohammed Al Faisal Al Saud,, 315 Reply Memorandum of Law in Support of Motion filed by Saudi Joint Relief Committee, 446 MOTION to Dismiss., 235 Affirmation in Opposition to Motion, filed by Federal Insurance Company et al., Plaintiffs, 435 Reply Memorandum of Law in Support of Motion, 289 Clerk Certificate of Mailing, 354 MOTION to Dismiss., 151 Order on Motion to Withdraw as Attorney, 212 Endorsed Letter, 424 Affidavit of Service Complaints, filed by Federal Insurance Company et al., Plaintiffs, 407 Order, Set Deadlines/Hearings, 498 Declaration in Support, filed by World Assembly of Muslim Youth, 57 MOTION (FILED ON SERVICE DATE) for Extension of Time. filed by Pacific Indemnity Company, Vigilant Insurance Company, Fidelity and Deposit Company of Maryland, Maryland Casualty Company, United States Fire Insurance Company, Zurich American Insurance Company, American Guarantee and Liability Insurance Company, Great Northern Insurance Company, American Zurich Insurance Company, American Alternative Insurance Corporation, One Beacon Insurance Company, Assurance Company of America, Northern Insurance Company of New York,, One Beacon America Insurance Company,, Federal Insurance Company,, Chubb Custom Insurance Company,, Chubb Indemnity Insurance Company,, Chubb Insurance Company of Canada,, Chubb Insurance Company of New Jersey,, Colonial American Casualty and Surety Insurance Company,, Valiant Insurance Company,, American Employers' Insurance Company,, The Camden Fire Insurance Association,, Homeland Insurance Company of New York,, Crum & Forster Indemnity Company,, North River Insurance Company,, Great Lakes Reinsurance U.K. PLC,, The Princeton Excess & Surplus Lines Insurance Company,, 551 MOTION to Dismiss. filed by Al Shamal Islamic Bank, 80 Stipulation and Order,, 243 Stipulation and Order of Dismissal, 328 MOTION to Dismiss. filed by Soliman H.S. Al-Buthe,, 93 Memo Endorsement, 120 MOTION for Protective Order Notice of Motion and Memorandum in Support of Motion for Limited Appearance and to Move for a Protective Order. filed by Prince Sultan Bin Abdulaziz Al Saud,, The Kingdom of Saudi Arabia, Princess Haifa Al-Faisal,, 142 Case Management Plan, 56 Memorandum of Law in Support of Motion, filed by Federal Insurance Company, 222 Memorandum of Law in Support of Motion, 262 Stipulation and Order, 471 MOTION to Dismiss Notice of Motion. filed by Heritage Education Trust, Mar-Jac Investments, Inc., Mena Corporation,, Safa Trust,, Sterling Charitable Gift Fund,, York Foundation,, 58 Order, 126 Endorsed Letter,, 269 Stipulation and Order,, 469 MOTION to Dismiss Memorandum in Support to Dismiss Aradi, Inc. filed by Aradi, Inc.,, 119 MOTION to Dismiss the First Amended Complaint. filed by Heritage Education Trust,, Mar-Jac Investments, Inc.,, Mena Corporation,, Safa Trust,, Sterling Charitable Gift Fund,, York Foundation,, Sana-Bell, Inc.,, Reston Investments, Inc.,, Sterling Management Group,, International Institute of Islamic Thought,, African Muslim Agency,, Grove Corporate,Inc.,, 48 MOTION (FILED ON SERVICE DATE) for Lisa Calvo Haas, Esquire to Appear Pro Hac Vice. filed by Pacific Indemnity Company,, Vigilant Insurance Company,, Fidelity and Deposit Company of Maryland,, Maryland Casualty Company,, United States Fire Insurance Company,, Zurich American Insurance Company,, American Guarantee and Liability Insurance Company,, Steadfast Insurance Company,, Great Northern Insurance Company,, American Zurich Insurance Company,, American Alternative Insurance Corporation,, One Beacon Insurance Company,, Assurance Company of America,, Northern Insurance Company of New York,, One Beacon America Insurance Company,, Federal Insurance Company,, Chubb Custom Insurance Company,, Chubb Indemnity Insurance Company,, Chubb Insurance Company of Canada,, Chubb Insurance Company of New Jersey,, Colonial American Casualty and Surety Insurance Company,, Valiant Insurance Company,, American Employers' Insurance Company,, The Camden Fire Insurance Association,, Homeland Insurance Company of New York,, Crum & Forster Indemnity Company,, |

| # | Date | Proceeding Text |
|---|------|-----------------|
| | | North River Insurance Company,, Great Lakes Reinsurance U.K. PLC,, The Princeton Excess & Surplus Lines Insurance Company,, 24 Affidavit of Service Complaints, 260 Reply Memorandum of Law in Support of Motion, 504 MOTION for Entry of Judgment under Rule 54(b). filed by Turki Al Faisal Al Saud, Prince Naif Bin Abdulaziz Al Saud, Prince Sultan Bin Abdulaziz Al Saud, Saudi High Commission, The Kingdom of Saudi Arabia, Salman Bin Abdulaziz Al Saud, 109 Answer to Complaint, Crossclaim filed by Muslim World League, 177 MOTION to Dismiss and Memorandum of Law in Support of Motion to Dismiss. filed by The Kingdom of Saudi Arabia, 268 Memorandum & Opinion, 299 Stipulation and Order, 425 MOTION to Dismiss the Federal Insurance action., 70 Notice of Voluntary Dismissal - Signed, 522 Amended Answer to Complaints, 88 Stipulation and Order, 389 MOTION to Dismiss., 394 Affidavit in Support of Motion,, filed by Talal Mohammed Badkook, 125 Endorsed Letter, 473 Reply Memorandum of Law in Support of Motion, 344 Memorandum of Law in Oppisition to Motion, filed by Saudi American Bank, 512 Answer to Complaint filed by International Islamic Relief Organization, 538 Clerk's Judgment, 337 Endorsed Letter, Set Scheduling Order Deadlines, 284 Affirmation in Opposition to Motion, filed by Federal Insurance Company et al., Plaintiffs, 363 Stipulation and Order, 285 Clerk Certificate of Mailing, 480 Stipulation and Order, Set Deadlines/Hearings, 6 Clerk Certificate of Mailing,, 36 Affidavit of Service Complaints, filed by Zurich American Insurance Company, 411 Stipulation and Order, 481 Memorandum of Law in Support of Motion, filed by World Assembly of Muslim Youth, 62 Stipulation and Order, 165 Memorandum of Law in Support of Motion filed by Mohammed Bin Abdulrahman Al Ariefy, Faisal Group Holding Co., Alfaisaliah Group,, Abdullah Al Faisal Bin Abdulaziz Al Saud,, 474 Declaration in Support of Motion, 521 Amended Answer to Complaints filed by International Islamic Relief Organization, 279 Memorandum of Law in Support of Motion filed by Sami Omar Al-Hussayen, 249 Declaration in Support of Motion, 450 MOTION for Extension of Time Motion for an Order Adjourning Indefinately the Time For Defendant Faisal Islamic Bank - Sudan to Respond to Recent Pleadings., 306 Acknowledgement of Service Complaints, filed by Federal Insurance Company et al., Plaintiffs, 543 Reply Memorandum of Law in Support, filed by Ahmed Totonji, Mohammed Jaghlit, Heritage Education Trust,, Mar-Jac Investments, Inc.,, Mena Corporation, Safa Trust,, Sterling Charitable Gift Fund,, York Foundation,, 453 Response in Support of Motion, 413 Memorandum of Law in Oppisition to Motion, 204 Endorsed Letter,, 437 Reply Memorandum of Law in Support of Motion, filed by Shahir Abdulraoof Batterjee,, 484 CONSENT MOTION for Extension of Time to File Answer To Federal Insurance Complaint., 386 MOTION to Dismiss. filed by Safar Al-Hawali,, 548 Notice of Appeal filed by Federal Insurance Company et al., Plaintiffs,, 173 Stipulation and Order,,, 397 Affidavit in Support of Motion, filed by Adnan Basha,, 398 MOTION to Dismiss. filed by Shahir Abdulraoof Batterjee,, 84 Stipulation and Order,, 225 Reply Memorandum of Law in Support of Motion filed by International Islamic Relief Organization,, 65 Response to Motion, filed by Prince Naif Bin Abdulaziz Al Saud,, 283 Memorandum of Law in Oppisition to Motion, filed by Federal Insurance Company et al., Plaintiffs,, 116 Rule 7.1 Disclosure Statement filed by Arab Bank, PLC,, 531 Clerk Certificate of Mailing,, 122 MOTION for Protective Order Notice of Motion and Memorandum in Support of Motion for Limited Appearance and to Move for a Protective Order. filed by Princess Haifa Al-Faisal,, The Royal Embassy of Saudi Arabia,, Prince Bandar bin Sultan bin Abdulaziz,, Ahmed A. Kattan,, Abdul Rahman I. Al-Noah,, 502 MOTION for Entry of Judgment under Rule 54(b) Notice of Motion of HRH Prince Mohamed Al Faisal Al Saud for Entry of Judgment Pursuant to Federal Rule of Civil Procedure 54(b)., 373 Order, 189 Reply Memorandum of Law in Support of Motion filed by Prince Sultan Bin Abdulaziz Al Saud, 195 Reply Memorandum of Law in Support of Motion,, filed by M. Yaqub Mirza,, Iqbal Yunus,, Jamal Barzinji,, M. Omar Ashraf,, Muhammad Ashraf,, Taha Jaber Al-Alwani, Heritage Education Trust,, Mar-Jac Investments, Inc.,, Mena Corporation,, Safa Trust,, Sterling Charitable Gift Fund,, York Foundation,, Sana-Bell, Inc.,, Reston Investments, Inc.,, Sterling Management Group,, International Institute of Islamic Thought,, African Muslim Agency,, Grove Corporate,Inc.,, 10 Notice of Case Assignment/Reassignment, 113 MOTION to Dismiss the First Amended Complaint. filed by Jamal Barzinji,, 169 Endorsed Letter,, 540 Reply Memorandum of Law in Support of Motion, 7 Clerk Certificate of Mailing,, 104 Amended Complaint, filed by Pacific Indemnity Company,, Allstate Insurance Company, Vigilant Insurance Company,, Fidelity and Deposit Company of Maryland,, Maryland Casualty Company,, United States Fire Insurance Company,, Seneca Insurance Company, Inc.,, Zurich American Insurance Company,, American Guarantee and Liability Insurance Company,, Steadfast Insurance Company,, Continental Insurance Company,, Great Northern Insurance Company,, American Zurich Insurance Company,, Glens Falls Insurance Company,, American Alternative Insurance Corporation,, One Beacon Insurance Company,, Commercial Insurance Company of Newark, N.J.,, Assurance Company of America,, |

| # | Date | Proceeding Text |
|---|------|-----------------|
| | | Northern Insurance Company of New York,, One Beacon America Insurance Company,, Boston Old Colony Insurance Company,, Federal Insurance Company,, Chubb Custom Insurance Company,, Chubb Indemnity Insurance Company,, Chubb Insurance Company of Canada,, Chubb Insurance Company of New Jersey,, Colonial American Casualty and Surety Insurance Company,, Valiant Insurance Company,, American Employers' Insurance Company,, The Camden Fire Insurance Association,, Homeland Insurance Company of New York,, Crum & Forster Indemnity Company,, North River Insurance Company,, Great Lakes Reinsurance U.K. PLC,, The Princeton Excess & Surplus Lines Insurance Company,, National Ben Franklin Insurance Company of Illinois,, Hiscox Dedicated Corporate Member, Ltd.,, Amlin Underwriting, Ltd.,, CNA Casualty of California,, Continental Insurance Company of New Jersey,, Fidelity and Casualty Company of New York,, 326 Endorsed Letter,, 477 MOTION to Dismiss Notice Of Motion. filed by M. Yaqub Mirza,, Ahmed Totonji,, M. Omar Ashraf,, Mohammed Jaghlit,, Muhammad Ashraf,, Taha Jaber Al-Alwani,, Aaran Money Wire Service, Inc.,, 45 MOTION (FILED ON SERVICE DATE) for Elliott R. Feldman, Esquire to Appear Pro Hac Vice. filed by Pacific Indemnity Company,, Vigilant Insurance Company,, Fidelity and Deposit Company of Maryland,, Maryland Casualty Company,, United States Fire Insurance Company,, Zurich American Insurance Company,, American Guarantee and Liability Insurance Company,, Steadfast Insurance Company,, Great Northern Insurance Company,, American Zurich Insurance Company,, American Alternative Insurance Corporation,, One Beacon Insurance Company,, Assurance Company of America,, Northern Insurance Company of New York,, One Beacon America Insurance Company,, Federal Insurance Company,, Chubb Custom Insurance Company,, Chubb Indemnity Insurance Company,, Chubb Insurance Company of Canada,, Chubb Insurance Company of New Jersey,, Colonial American Casualty and Surety Insurance Company,, Valiant Insurance Company,, American Employers' Insurance Company,, The Camden Fire Insurance Association,, Homeland Insurance Company of New York,, Crum & Forster Indemnity Company,, North River Insurance Company,, Great Lakes Reinsurance U.K. PLC,, The Princeton Excess & Surplus Lines Insurance Company,, 352 Notice of Appearance filed by Yousef Jameel,, 550 Reply Memorandum of Law in Support of Motion filed by Aradi, Inc.,, 401 MOTION to Dismiss. filed by Mohammed Ali Sayed Mushayt,, 277 Order Admitting Attorney Pro Hac Vice, 251 Memorandum of Law in Oppisition to Motion, filed by Federal Insurance Company et al., Plaintiffs,, 455 Response in Support of Motion,, filed by Abdullah Bin Saleh Al-Obaid,, 263 Stipulation and Order,, 1 Complaint, 350 Memorandum of Law in Oppisition to Motion, filed by Salman Bin Abdulaziz Al Saud,, 115 Order Admitting Attorney Pro Hac Vice, 234 Memorandum of Law in Oppisition to Motion, filed by Federal Insurance Company et al., Plaintiffs, 378 Memorandum of Law in Support of Motion,, filed by Saleh Al-Hussayen, 324 MOTION to Dismiss Sulaiman Al Rajhi. MOTION to Dismiss for Lack of Jurisdiction Sulaiman Al Rajhi. MOTION to Dismiss Sulaiman Al Rajhi. MOTION to Dismiss for Lack of Jurisdiction Sulaiman Al Rajhi. MOTION to Dismiss Sulaiman Al Rajhi. MOTION to Dismiss for Lack of Jurisdiction Sulaiman Al Rajhi. filed by Suleiman Abdel Aziz Al Rajhi,, 211 Memorandum of Law in Oppisition to Motion, filed by ALL PLAINTIFFS,, 367 Endorsed Letter, 59 Stipulation and Order, 105 Response, filed by United States of America,, 432 Reply Memorandum of Law in Support of Motion,, filed by Abdullah Bin Saleh Al-Obaid, 292 Clerk Certificate of Mailing, 242 Endorsed Letter,, 343 Memorandum of Law in Oppisition to Motion, 40 Affidavit of Service Complaints, 101 Reply Memorandum of Law in Support of Motion, filed by Pacific Indemnity Company, Vigilant Insurance Company,, Fidelity and Deposit Company of Maryland,, Maryland Casualty Company,, United States Fire Insurance Company, Zurich American Insurance Company,, American Guarantee and Liability Insurance Company, Steadfast Insurance Company,, Great Northern Insurance Company,, American Zurich Insurance Company,, American Alternative Insurance Corporation,, One Beacon Insurance Company,, Assurance Company of America,, Northern Insurance Company of New York, One Beacon America Insurance Company,, Federal Insurance Company, Chubb Custom Insurance Company, Chubb Indemnity Insurance Company, Chubb Insurance Company of Canada, Chubb Insurance Company of New Jersey, Colonial American Casualty and Surety Insurance Company, Valiant Insurance Company, American Employers' Insurance Company,, The Camden Fire Insurance Association, Homeland Insurance Company of New York, Crum & Forster Indemnity Company, North River Insurance Company,, Great Lakes Reinsurance U.K. PLC, The Princeton Excess & Surplus Lines Insurance Company, 388 Affidavit in Support of Motion, filed by Safar Al-Hawali,, 518 Case Management Plan, 150 Endorsed Letter, 72 Stipulation and Order, 22 Summons Returned Executed, 408 Stipulation and Order, 414 Memorandum of Law in Oppisition to Motion, 526 Memorandum of Law in Oppisition to Motion, 231 Memorandum of Law in Support of Motion, 444 Memorandum of Law in Support, 188 Reply Memorandum of Law in Support of Motion, filed |

| # | Date | Proceeding Text |
|---|------|-----------------|
| | | by Turki Al Faisal Al Saud, 496 Declaration in Support of Motion,, filed by World Assembly of Muslim Youth,, 416 Memorandum of Law in Oppisition to Motion, 176 MOTION to Dismiss The Amended Complaint. filed by Prince Sultan Bin Abdulaziz Al Saud, 52 MOTION (FILED ON SERVICE DATE) FOR APPOINTMENT OF A DISCOVERY MASTER IN LIEU OF CONSOLIDATION OF THEIR ACTIONS WITH IN RE TERRORIST ATTACK ON SEPTEMBER 11, 2001, 03 MD 1507 (SDNY). filed by Federal Insurance Company, Valiant Insurance Company, 314 Reply Memorandum of Law in Support of Motion, filed by Saudi Joint Relief Committee,, 183 MOTION to Dismiss The Complaints. filed by Salman Bin Abdulaziz Al Saud, 300 Acknowledgment of Service Complaints, filed by Federal Insurance Company et al., Plaintiffs, 423 Memorandum & Opinion, 90 Notice (Other), Notice (Other), Notice (Other), 491 Memorandum of Law in Support of Motion, 148 Marshal's Process Receipt and Return of Service Executed Other, filed by ALL PLAINTIFFS, 288 Clerk Certificate of Mailing, 106 Certificate of Service Other, filed by United States of America,, 501 Set Deadlines/Hearings, Order, 237 Memorandum of Law in Oppisition to Motion, filed by Federal Insurance Company et al., Plaintiffs, 420 Memorandum of Law in Oppisition to Motion, 77 Stipulation and Order, 248 Reply Memorandum of Law in Support of Motion, 67 Order, Set Deadlines, 529 Memorandum of Law in Oppisition to Motion, 541 Reply Memorandum of Law in Support of Motion, 197 Reply Memorandum of Law in Support of Motion, filed by Salman Bin Abdulaziz Al Saud,, 406 Affidavit in Support of Motion, 221 MOTION Notice of Motion to Dismiss., 460 Response in Support of Motion, 102 Letter,, 273 Affidavit in Opposition to Motion, filed by Federal Insurance Company et al., Plaintiffs, 131 Order Admitting Attorney Pro Hac Vice,, 293 Order, 298 Stipulation and Order, 307 Acknowledgment of Service Complaints, filed by Federal Insurance Company et al., Plaintiffs,, 488 Declaration in Opposition to Motion, 448 Memorandum of Law in Support of Motion, 255 Memorandum of Law in Oppisition to Motion, filed by Federal Insurance Company et al., Plaintiffs,, 240 Endorsed Letter, 445 Declaration in Support, 528 Memorandum of Law in Oppisition to Motion, 507 Declaration in Opposition to Motion, 442 Affidavit, filed by Federal Insurance Company et al., Plaintiffs,, 338 Stipulation and Order, 95 Memo Endorsement,, 127 Endorsed Letter, 359 Reply Memorandum of Law in Support of Motion, 203 Reply Memorandum of Law in Support of Motion filed by Saudi High Commission, 275 Stipulation and Order, 494 Declaration in Support of Motion, 351 Order,, 349 Reply Memorandum of Law in Support of Motion,, filed by Federal Insurance Company et al., Plaintiffs,, 317 Memorandum of Law in Support of Motion, 291 Clerk Certificate of Mailing, 452 Response in Support of Motion, filed by Safar Al-Hawali,, 141 Case Management Plan, 42 Affidavit of Service Complaints, filed by Federal Insurance Company, 271 Stipulation and Order, 517 Reply Memorandum of Law in Support of Motion, 107 Stipulation and Order, 486 Memorandum of Law in Oppisition to Motion, 153 MOTION to Dismiss. filed by Saudi High Commission, 100 Certificate of Service Other, filed by United States of America, 282 Stipulation and Order, 37 Affidavit of Service Complaints, filed by Pacific Indemnity Company, Vigilant Insurance Company, Fidelity and Deposit Company of Maryland, Maryland Casualty Company,, United States Fire Insurance Company, Zurich American Insurance Company,, American Guarantee and Liability Insurance Company,, Steadfast Insurance Company,, Great Northern Insurance Company,, American Zurich Insurance Company,, American Alternative Insurance Corporation,, One Beacon Insurance Company,, Assurance Company of America,, Northern Insurance Company of New York,, One Beacon America Insurance Company,, Federal Insurance Company,, Chubb Custom Insurance Company,, Chubb Indemnity Insurance Company,, Chubb Insurance Company of Canada,, Chubb Insurance Company of New Jersey,, Colonial American Casualty and Surety Insurance Company,, Valiant Insurance Company,, American Employers' Insurance Company,, The Camden Fire Insurance Association,, Homeland Insurance Company of New York,, Crum & Forster Indemnity Company,, North River Insurance Company,, Great Lakes Reinsurance U.K. PLC,, The Princeton Excess & Surplus Lines Insurance Company,, 309 MOTION (FILED ON SERVICE DATE) to Dismiss., 336 Order,, 25 Summons Returned Executed, filed by Pacific Indemnity Company,, Vigilant Insurance Company,, Fidelity and Deposit Company of Maryland,, Maryland Casualty Company,, United States Fire Insurance Company,, Zurich American Insurance Company,, American Guarantee and Liability Insurance Company,, Steadfast Insurance Company,, Great Northern Insurance Company,, American Zurich Insurance Company,, American Alternative Insurance Corporation,, One Beacon Insurance Company,, Assurance Company of America,, Northern Insurance Company of New York,, One Beacon America Insurance Company,, Saleh Abdulaziz Al-Rajhi,, Federal Insurance Company,, Chubb Custom Insurance Company,, Chubb Indemnity Insurance Company,, Chubb Insurance Company of Canada,, Chubb Insurance Company of New Jersey,, Colonial American Casualty and Surety Insurance Company,, Valiant Insurance Company,, American Employers' Insurance |

| # | Date | Proceeding Text |
|---|------|-----------------|
| | | Company,, The Camden Fire Insurance Association,, Homeland Insurance Company of New York, Crum & Forster Indemnity Company, North River Insurance Company, Great Lakes Reinsurance U.K. PLC, The Princeton Excess & Surplus Lines Insurance Company, 530 Clerk Certificate of Mailing, 74 Stipulation and Order, 537 Stipulation and Order, 523 Stipulation and Order, 320 MOTION to Dismiss Saleh Al Rajhi. MOTION to Dismiss for Lack of Jurisdiction Saleh Al Rajhi. MOTION to Dismiss Saleh Al Rajhi. MOTION to Dismiss Saleh Al Rajhi. MOTION to Dismiss for Lack of Jurisdiction Saleh Al Rajhi. MOTION to Dismiss Saleh Al Rajhi. MOTION to Dismiss for Lack of Jurisdiction Saleh Al Rajhi. filed by Saleh Abdulaziz Al-Rajhi, 461 Response in Support of Motion, filed by Saudi Red Crescent, 515 Memorandum of Law in Support of Motion, filed by Jamal Barzinji, 392 MOTION to Dismiss. filed by Talal Mohammed Badkook, 128 Notice (Other) filed by Mohammed Al Faisal Al Saud, 166 MOTION to Dismiss Failure to State a Claim. MOTION to Dismiss for Lack of Jurisdiction Lack of Subject Matter Jurisdiction. MOTION to Dismiss Failure to State a Claim. MOTION to Dismiss for Lack of Jurisdiction Lack of Subject Matter Jurisdiction filed by Saleh Abdullah Kamel, Al Baraka Investment and Development, 29 Affidavit of Service Complaints, filed by Pacific Indemnity Company, Fidelity and Deposit Company of Maryland, American Guarantee and Liability Insurance Company, Great Northern Insurance Company, American Zurich Insurance Company, American Alternative Insurance Corporation, One Beacon Insurance Company, Assurance Company of America, Northern Insurance Company of New York, One Beacon America Insurance Company, Federal Insurance Company, Chubb Custom Insurance Company, Chubb Indemnity Insurance Company, Chubb Insurance Company of Canada, Chubb Insurance Company of New Jersey, Colonial American Casualty and Surety Insurance Company, American Employers' Insurance Company, Homeland Insurance Company of New York, Crum & Forster Indemnity Company, North River Insurance Company, Great Lakes Reinsurance U.K. PLC, 28 Affidavit of Service Complaints, 163 MOTION to Dismiss First Amended Complaint with Notice of Motion. filed by International Islamic Relief Organization, 549 Reply Memorandum of Law in Support of Motion, filed by Heritage Education Trust, Mar-Jac Investments, Inc., Mena Corporation, Safa Trust, Sterling Charitable Gift Fund, York Foundation, 339 Order, 544 Reply Affidavit in Support, filed by Ahmed Totonji, Mohammed Jaghlit, Heritage Education Trust, Mar-Jac Investments, Inc., Mena Corporation, Safa Trust, Sterling Charitable Gift Fund, York Foundation, 287 Clerk Certificate of Mailing, 118 Memorandum of Law in Support of Motion filed by Arab Bank, PLC, 9 Clerk Certificate of Mailing,, 264 Stipulation and Order, 380 MOTION to Dismiss. filed by Abdullah Bin Saleh Al-Obaid, 46 MOTION (FILED ON SERVICE DATE) for Joseph Scott Tarbutton to Appear Pro Hac Vice filed by Pacific Indemnity Company, Vigilant Insurance Company, Fidelity and Deposit Company of Maryland,Maryland Casualty Company, United States Fire Insurance Company, Zurich American Insurance Company, American Guarantee and Liability Insurance Company, Steadfast Insurance Company, Great Northern Insurance Company, American Zurich Insurance Company, American Alternative Insurance Corporation, One Beacon Insurance Company, Assurance Company of America, Northern Insurance Company of New York, One Beacon America Insurance Company, Federal Insurance Company Chubb Custom Insurance Company, Chubb Indemnity Insurance Company, Chubb Insurance Company of Canada, Chubb Insurance Company of New Jersey, Colonial American Casualty and Surety Insurance Company, Valiant Insurance Company, American Employers' Insurance Company, The Camden Fire Insurance Association, Homeland Insurance Company of New York, Crum & Forster Indemnity Company, North River Insurance Company, Great Lakes Reinsurance U.K. PLC, The Princeton Excess & Surplus Lines Insurance Company, 479 MOTION to Dismiss Notice of Motion filed by M. Yaqub Mirza, Ahmed Totonji, Iqbal Yunus, M. Omar Ashraf, Mohammed Jaghlit, Muhammad Ashraf, 4 Clerk Certificate of Mailing, 286 Clerk Certificate of Mailing, 172 Reply Memorandum of Law in Support of Motion, filed by Heritage Education Trust, Mar-Jac Investments, Inc., Mena Corporation, Safa Trust, Sterling Charitable Gift Fund, York Foundation, Sana-Bell, Inc., Reston Investments, Inc., Sterling Management Group, International Institute of Islamic Thought, African Muslim Agency, Grove Corporate,Inc., 355 Memorandum of Law in Oppisition to Motion, filed by Federal Insurance Company et al., Plaintiffs, 490 MOTION Strike Defendant Taha Al Alwani's Motion to Dismiss, to Amend Plaintiff's Complaint, for Leave to File RICO Statement, For Reconsideration of the Court's Decision Relative to the Filing of A RICO Statement and other Relief., 241 Endorsed Letter, 158 Order, 405 Memorandum of Law in Support of Motion, 82 Stipulation and Order, 527 Declaration in Opposition to Motion, 108 Rule 7.1 Disclosure Statement filed by Muslim World League, 185 Notice (Other) filed by Salman Bin Abdulaziz Al Saud, 458 Response in Support of Motion, filed by Shahir Abdulraoof Batterjee, 434 Reply Memorandum of Law in Support of Motion,filed by Adnan Basha, 114 Endorsed Letter, 555 Order, 348 Stipulation and Order, 436 Reply Memorandum of Law in Support of Motion, filed by Talal Mohammed Badkook, 227 Stipulation |

| # | Date | Proceeding Text |
|---|------|-----------------|
|   |      | and Order of Dismissal, 400 Affidavit in Support of Motion, filed by Shahir Abdulraoof Batterjee, 430 Reply Memorandum of Law in Support of Motion, filed by Saudi Red Crescent, 168 MOTION to Dismiss for Lack of Jurisdiction Lack of Personal Jurisdiction. filed by Wa'el Hamza Julaidan, 379 Affidavit in Support of Motion, filed by Saleh Al-Hussayen, 295 Clerk Certificate of Mailing, 483 Stipulation and Order, 418 Memorandum of Law in Oppisition to Motion, 230 MOTION to Dismiss Notice of Motion to Dismiss. filed by DMI Administrative Services, S.A., 89 Stipulation and Order, 50 MOTION (FILED ON SERVICE DATE) for Stephen A. Cozen, Esquire to Appear Pro Hac Vice. filed by Pacific Indemnity Company, Vigilant Insurance Company, Fidelity and Deposit Company of Maryland, Maryland Casualty Company, United States Fire Insurance Company, Zurich American Insurance Company, American Guarantee and Liability Insurance Company, Steadfast Insurance Company, Great Northern Insurance Company, American Zurich Insurance Company, American Alternative Insurance Corporation, One Beacon Insurance Company, Assurance Company of America, Northern Insurance Company of New York, One Beacon America Insurance Company, Federal Insurance Company, Chubb Custom Insurance Company, Chubb Indemnity Insurance Company, Chubb Insurance Company of Canada, Chubb Insurance Company of New Jersey, Colonial American Casualty and Surety Insurance Company, Valiant Insurance Company, American Employers' Insurance Company, The Camden Fire Insurance Association, Homeland Insurance Company of New York, Crum & Forster Indemnity Company, North River Insurance Company, Great Lakes Reinsurance U.K. PLC, The Princeton Excess & Surplus Lines Insurance Company, 385 Affidavit in Support of Motion, 532 Clerk Certificate of Mailing, 121 MOTION for Protective Order Notice of Motion and Memorandum in Support of Motion for Limited Appearance and to Move for a Protective Order. filed by The Kingdom of Saudi Arabia, Princess Haifa Al-Faisal,, Prince Bandar bin Sultan, 554 Notice of Appeal filed by Federal Insurance Company et al., Plaintiffs, 330 Reply Memorandum of Law in Support of Motion, filed by Perouz Seda Ghaty, 412 Memorandum of Law in Oppisition to Motion, 364 Stipulation and Order, 511 Memorandum of Law in Oppisition to Motion, filed by M. Yaqub Mirza, Saar Foundation, Ahmed Totonji, Hisham Al-Talib, Iqbal Yunus,, Jamal Barzinji, M. Omar Ashraf, Mohammed Jaghlit, Muhammad Ashraf, Taha Jaber Al-Alwani, Heritage Education Trust, Mar-Jac Investments, Inc., Mena Corporation, Safa Trust, Sterling Charitable Gift Fund, York Foundation, 391 Affidavit in Support of Motion, 313 Stipulation and Order, 513 Answer to Complaint filed by Wa'el Hamza Julaidan, 244 Stipulation and Order, 466 Notice of Appearance filed by Aradi, Inc., 332 Order of Dismissal, 164 MOTION to Dismiss. filed by Mohammed Bin Abdulrahman Al Ariefy, Faisal Group Holding Co., Alfaisaliah Group, Abdullah Al Faisal Bin Abdulaziz Al Saud, 34 Affidavit of Service Complaints, filed by Federal Insurance Company, 86 Stipulation and Order, 346 Memorandum of Law in Oppisition to Motion, 382 Affidavit in Support of Motion, filed by Abdullah Bin Saleh Al-Obaid, 503 Memorandum of Law in Support of Motion,, filed by Mohammed Al Faisal Al Saud, 456 Response in Support of Motion, filed by Talal Mohammed Badkook, 340 Affirmation in Opposition to Motion, filed by Federal Insurance Company et al., Plaintiffs, 509 Declaration in Support of Motion, 514 MOTION to Dismiss., 342 Stipulation and Order, 98 Response to Motion filed by Rabih Haddah, 368 Stipulation and Order, 103 Order, 223 Reply Memorandum of Law in Support of Motion filed by Wa'el Hamza Julaidan, 303 Acknowledgment of Service Complaints, filed by Federal Insurance Company et al., Plaintiffs, 433 Reply Memorandum of Law in Support of Motion, 497 Memorandum of Law in Support of Motion filed by World Assembly of Muslim Youth, 464 MOTION to Dismiss Complaint Pursuant to Rule 12(B)(6) For Failure to State a Claim. filed by African Muslim Agency, 495 MOTION to Dismiss Notice of Motion. filed by World Assembly of Muslim Youth, 130 Waiver of Service Executed, filed by Federal Insurance Company et al., Plaintiffs, 506 Declaration in Opposition to Motion, 154 Order, Set Hearings, 296 Clerk Certificate of Mailing, 152 MOTION to Dismiss. filed by Saudi High Commission, 110 MOTION to Dismiss Complaint By Federal Insurance Plaintiffs and to Quash Service of Process of His Royal Highness Prince Turki Al-Faisal Bin Abdulaziz Al-Saud. filed by Turki Al Faisal Al Saud, 329 Reply Memorandum of Law in Support of Motion, filed by Perouz Seda Ghaty, 371 Response in Opposition to Motion, 233 Endorsed Letter, 76 Stipulation and Order, 96 MOTION (FILED ON SERVICE DATE). filed by Fidelity and Deposit Company of Maryland, Federal Insurance Company, 94 Memo Endorsement, 361 Reply Memorandum of Law in Support of Motion, filed by Suleiman Abdel Aziz Al Rajhi, 157 Stipulation and Order, 253 Answer to Complaint filed by Abdulrahman Alamoudi, 238 Affirmation in Opposition to Motion, filed by Federal Insurance Company et al., Plaintiffs, 441 Affidavit of Service Complaints, filed by Federal Insurance Company et al., Plaintiffs, 449 Stipulation and Order, Set Deadlines/Hearings, 68 MOTION (FILED ON SERVICE DATE) for Michael K. Kellogg, Mark C. Hansen, David C. Frederick, Michael J. Guzman, and J.C. Rozendaal to Appear Pro Hac Vice. filed by Turki Al Faisal Al Saud, 184 Memorandum of Law in |

| # | Date | Proceeding Text |
|---|------|-----------------|
| | | Support of Motion, filed by Salman Bin Abdulaziz Al Saud, 322 MOTION to Dismiss Abdullah Al Rajhi. MOTION to Dismiss for Lack of Jurisdiction Abdullah Al Rajhi. MOTION to Dismiss Abdullah Al Rajhi. MOTION to Dismiss for Lack of Jurisdiction Abdullah Al Rajhi. MOTION to Dismiss Abdullah Al Rajhi. MOTION to Dismiss for Lack of Jurisdiction Abdullah Al Rajhi, 205 Endorsed Letter, 200 MOTION to Dismiss Notice of Motion to Dismiss. filed by SNCB Corporate Finance Limited, SNCB Securities Limited in London, 374 MOTION to Dismiss. filed by Saudi Red Crescent, were transmitted to the U.S. Court of Appeals. (tp) (Entered: 09/14/2011) |
| 801 | 11/22/2011 | MEMORANDUM DECISION AND ORDER denying (2403) Motion to Stay in case 1:03-md-01570-GBD-FM. For the foregoing reasons, Sedaghaty's motion to stay discovery is denied, and the Plaintiffs' application to compel Sedaghaty to respond to their Document Demands is granted. (Signed by Magistrate Judge Frank Maas on 11/21/2011) Filed In Associated Cases: 1:03-md-01570-GBD-FM et al. Copies Sent By Chambers and via ECF. (mro) (Entered: 11/22/2011) |
| 802 | 12/16/2011 | ORDER: This Court adopts the Report and Recommendation in its entirety. Plaintiffs should be awarded judgment on their subrogation claims against al Qaeda under the ATA as follows: CARRIER AMOUNT AXA $1,619,352,652.02 Chubb 6,652,406,165.10. MRAm 321,691,504.77 OneBeacon 529,544,956.20 TIG 228,252,687.90 Total $9,351,247,965.99. Plaintiffs' additional claims for their adjustment costs and legal fees should be denied without prejudice. (Signed by Judge George B. Daniels on 12/15/2011) (cd) (Entered: 12/16/2011) |
| | 12/16/2011 | Transmission to Judgments and Orders Clerk. Transmitted re: 802 Order Adopting Report and Recommendations, to the Judgments and Orders Clerk. (cd) (Entered: 12/16/2011) |
| 803 | 12/20/2011 | MEMORANDUM OF LAW in Opposition re: (2495 in 1:03-md-01570-GBD-FM) Objection (non-motion)  - Plaintiffs' Memorandum of Law in Opposition to Defendant Perouz Sedaghaty's Rule 72 Objections to Magistrate Judge Maas' November 22, 2011 Ruling. Document filed by Plaintiffs Executive Committees. Filed In Associated Cases: 1:03-md-01570-GBD-FM et al.(Haefele, Robert) (Entered: 12/20/2011) |
| 804 | 12/21/2011 | NOTICE OF APPEARANCE by Dorothy Jane Spenner on behalf of Federal Insurance Company et al., Plaintiffs Filed In Associated Cases: 1:03-md-01570-GBD-FM, 1:03-cv-06978-GBD(Spenner, Dorothy) (Entered: 12/21/2011) |
| 805 | 12/22/2011 | ORDER AND JUDGMENT #11,2468: For the reasons stated in the Court's Order dated December 16, 2011, judgment is hereby entered against defendant al Qaida and in favor of the plaintiffs as set forth in this Order and Judgment. Plaintiffs may move to amend this judgment to include pre-judgment interest in accordance with Fed. R. Civ. P. 59( e).(Signed by Judge George B. Daniels on 12/22/2011) Filed In Associated Cases: 1:03-md-01570-GBD-FM, 1:03-cv-06978-GBD(djc) (Main Document 2514 replaced on 12/22/2011) (ml). Modified on 12/22/2011 (ml). (Additional attachment(s) added on 12/22/2011: # 2 notice of right to appeal) (ml). (Entered: 12/22/2011) |
| 806 | 12/23/2011 | CONSENT MOTION for Extension of Time to File Oppositions To Plaintiffs' Motion For Relief Of Final Judgments. Document filed by Saudi High Commission, The Kingdom of Saudi Arabia, Kingdom of Saudi Arabia, Saudi High Commission, Saudi High Commission, Saudi High Commission, Kingdom of Saudi Arabia.Filed In Associated Cases: 1:03-md-01570-GBD-FM et al.(Hansen, Mark) (Entered: 12/23/2011) |
| 808 | 12/28/2011 | ENDORSED LETTER addressed to Magistrate Judge Frank Maas from Omar Mohammedi and Frederick Goetz dated 12/28/2011 re: Request for the postponement of the 1/13/2012 hearing. ENDORSEMENT: The 1/13th conference was set up to follow Judge Daniels' conference earlier the same day and obviously involves numerous parties. I therefore am unwilling to move it simply to address these discrete issues. We can address the issues at the 2/15 conference and make any necessary adjustment in the discovery schedule following at that time. (Signed by Magistrate Judge Frank Maas on 12/28/2011) Filed In Associated Cases: 1:03-md-01570-GBD-FM et al.(cd) (Entered: 12/29/2011) |
| 807 | 12/29/2011 | ORDER EXTENDING DEFENDANTS' TIME TO FILE OPPOSITIONS TO PLAINTIFFS' MOTION FOR RELIEF OF FINAL JUDGMENTS: granting (602) Motion for Extension of Time to File in case 1:03-cv-09849-GBD; granting (2517) Motion for Extension of Time to File in case 1:03-md-01570-GBD-FM; granting (295) Motion for Extension of Time to File in case 1:04-cv-01922-GBD; granting (415) Motion for Extension of Time to File in case 1:04-cv-05970-GBD; granting (256) Motion for Extension of Time to File in case 1:04-cv-07216-GBD; granting (655) Motion for Extension of Time to File in case 1:02-cv-06977-GBD; granting (806) Motion for Extension of Time to File in case 1:03-cv-06978-GBD; granting (253) Motion for Extension of Time to File in case 1:03-cv-08591-GBD. IT IS HEREBY ORDERED that Defendants' deadline to file their |

| # | Date | Proceeding Text |
|---|------|-----------------|
| | | respective Oppositions to Plaintiffs' Motion for Relief of Final Judgments be extended to and including January 30, 2012. (Signed by Judge George B. Daniels on 12/29/2011) Filed In Associated Cases: 1:03-md-01570-GBD-FM et al.(lmb) (Entered: 12/29/2011) |
| | 12/29/2011 | Set/Reset Deadlines: Responses due by 1/30/2012. Associated Cases: 1:03-md-01570-GBD-FM et al. (lmb) (Entered: 12/29/2011) |
| 813 | 12/29/2011 | MOTION for Richard Klingler to Appear Pro Hac Vice. Document filed by Federal Insurance Company, Federal Insurance Company et al., Plaintiffs.Filed In Associated Cases: 1:03-md-01570-GBD-FM, 1:03-cv-06978-GBD(bwa) (Entered: 01/13/2012) |
| 814 | 12/29/2011 | MOTION for Carter G. Phillips to Appear Pro Hac Vice. Document filed by Federal Insurance Company, Federal Insurance Company et al., Plaintiffs.Filed In Associated Cases: 1:03-md-01570-GBD-FM, 1:03-cv-06978-GBD(bwa) (Entered: 01/13/2012) |
| 809 | 01/10/2012 | ORDER: It is hereby ordered, this 10th day of January, 2012 that the Court's entry of judgment, identified as Exhibit "B", be certified as final pursuant to Federal Rule of Civil Procedure 54(b). The Clerk of the Court is directed to prepare and enter a final judgment. (Signed by Judge George B. Daniels on 1/10/2012) (lmb) (Entered: 01/10/2012) |
| | 01/10/2012 | Transmission to Judgments and Orders Clerk. Transmitted re: 809 Order, to the Judgments and Orders Clerk. (lmb) (Entered: 01/10/2012) |
| 810 | 01/11/2012 | MEMORANDUM DECISION AND ORDER: Defendant SBG's 12(b)(2) motion to dismiss for lack of personal jurisdiction is GRANTED. (Signed by Judge George B. Daniels on 1/10/2012) Filed In Associated Cases: 1:03-md-01570-GBD-FM et al.(lmb) (Entered: 01/11/2012) |
| 811 | 01/11/2012 | MEMORANDUM DECISION AND ORDER: Sedaghaty's objection is overruled and rejected in its entirety. (Signed by Judge George B. Daniels on 1/11/2012) Filed In Associated Cases: 1:03-md-01570-GBD-FM et al.(lmb) (Entered: 01/11/2012) |
| 812 | 01/12/2012 | MEMO ENDORSEMENT granting (2522) Motion to Withdraw as Attorney. ENDORSEMENT: So ordered. (Signed by Judge George B. Daniels on 1/12/2012) Filed In Associated Cases: 1:03-md-01570-GBD-FM, 1:03-cv-06978-GBD(mro) Modified on 1/12/2012 (mro). (Entered: 01/12/2012) |
| | 01/17/2012 | CASHIERS OFFICE REMARK on 813 Motion to Appear Pro Hac Vice in the amount of $200.00, paid on 12/29/2011, Receipt Number 1025596. (jd) (Entered: 01/17/2012) |
| 815 | 01/17/2012 | MEMORANDUM DECISION AND ORDER: AHF-USA has not raised any meritorious objections that would entitle it to relief from Magistrate Judge Maas's order. AHF-USA's objection is overruled and rejected in its entirety. (Signed by Judge George B. Daniels on 1/17/2012) Filed In Associated Cases: 1:03-md-01570-GBD-FM et al.(tro) (Entered: 01/17/2012) |
| 816 | 01/18/2012 | ORDER FOR ADMISSION PRO HAC VICE UPON WRITTEN MOTION granting (2535) Motion for Carter G. Phillips to Appear Pro Hac Vice in case 1:03-md-01570-GBD-FM; granting (814) Motion for Carter G. Phillips to Appear Pro Hac Vice in case 1:03-cv-06978-GBD as counsel for Federal Insurance Plaintiffs. (Signed by Judge George B. Daniels on 1/18/2012) Filed In Associated Cases: 1:03-md-01570-GBD-FM, 1:03-cv-06978-GBD (ab) (Entered: 01/18/2012) |
| 817 | 01/25/2012 | CLERK'S RULE 54(B) JUDGMENT # 11,2468 That for the reasons stated in the Court's Order dated January 10, 2012, there is no just reason delay; accordingly, the Courts entry of judgment, identified as Exhibit "A", is certified as final pursuant to Fed. R. Civ. P. 54(b). (Signed by Clerk of Court Ruby Krajick on 1/25/12) (Attachments: # 1 notice of right to appeal)Filed In Associated Cases: 1:03-md-01570-GBD-FM et al.(ml) (Entered: 01/25/2012) |
| 818 | 01/30/2012 | MEMORANDUM OF LAW in Opposition re: (2507 in 1:03-md-01570-GBD-FM) MOTION to Vacate Final Judgments Entered in favor of the Kingdom of Saudi Arabia and Saudi High Commission for Relief of Bosnia and Herzegovina.. Document filed by Saudi High Commission, The Kingdom of Saudi Arabia, Kingdom of Saudi Arabia, Saudi High Commission, Saudi High Commission, Saudi High Commission, Kingdom of Saudi Arabia. Filed In Associated Cases: 1:03-md-01570-GBD-FM et al.(Hansen, Mark) (Entered: 01/30/2012) |
| 819 | 02/03/2012 | ORDER; this 3rd day of February, 2012 that the Court's dismissal of defendant Saudi Binladin Group is certified as final pursuant to Federal Rule of Civil Procedure 54(b). The Clerk of the Court is directed to prepare and enter a final judgment. (Signed by Judge George B. Daniels on 2/3/12) Filed In Associated Cases: 1:03-md-01570-GBD-FM et al.(pl) Modified on 2/3/2012 (pl). (Entered: 02/03/2012) |
| | 02/03/2012 | Transmission to Judgments and Orders Clerk. Transmitted re: (662 in 1:02-cv-06977-GBD, 819 in 1:03-cv-06978-GBD, 2546 in 1:03-md-01570-GBD-FM, 420 in 1:04-cv-07279-GBD, 473 in 1:04-cv-06105-GBD, 418 in 1:04-cv-07280-GBD, 422 in 1:04-cv-05970-GBD) Order,, to the Judgments and Orders Clerk. Filed In Associated Cases: 1:03-md-01570-GBD-FM et al.(pl) |

| # | Date | Proceeding Text |
|---|------|-----------------|
| | | (Entered: 02/03/2012) |
| 820 | 02/07/2012 | CLERK'S RULE 54(b) JUDGMENT That for the reasons stated in the Court's Order dated February 3, 2012, there is no just reason delay, the Court's dismissal of defendant Saudi Binladin Group is certified as final pursuant to Fed. R. Civ. P. 54(b). (Signed by Clerk of Court Ruby Krajick on 2/7/12) (Attachments: # 1 notice of right to appeal)Filed In Associated Cases: 1:03-md-01570-GBD-FM et al.(ml) (Entered: 02/07/2012) |
| 821 | 02/28/2012 | MOTION to Strike Document No. (2557-1; 2557-2; 2557-3; 2557-3; 2557-4; 2557-5; 2557-6; 2557-7; 2557-8; 2557-9; 2557-10; 2558). Document filed by Saudi High Commission, The Kingdom of Saudi Arabia, Kingdom of Saudi Arabia, Saudi High Commission, Saudi High Commission, Saudi High Commission, Saudi High Commission for Relief, Kingdom of Saudi Arabia. (Attachments: # 1 Text of Proposed Order)Filed In Associated Cases: 1:03-md-01570-GBD-FM et al.(Hansen, Mark) Modified on 5/9/2012 (kw). (Entered: 02/28/2012) |
| 822 | 02/28/2012 | MEMORANDUM OF LAW in Support of Motion to Strike. Document filed by Saudi High Commission, The Kingdom of Saudi Arabia, Kingdom of Saudi Arabia, Saudi High Commission, Saudi High Commission, Saudi High Commission, Saudi High Commission for Relief, Kingdom of Saudi Arabia. Filed In Associated Cases: 1:03-md-01570-GBD-FM et al.(Hansen, Mark) (Entered: 02/28/2012) |
| 823 | 02/29/2012 | NOTICE of Withdrawal. Document filed by Faisal Islamic Bank. Filed In Associated Cases: 1:03-md-01570-GBD-FM et al.(D'Alessio, Lisa) (Entered: 02/29/2012) |
| 824 | 03/13/2012 | TRANSCRIPT of Proceedings re: Conference held on 2/15/2012 before Magistrate Judge Frank Maas. Court Reporter/Transcriber: William Richards, (212) 805-0300. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 4/6/2012. Redacted Transcript Deadline set for 4/16/2012. Release of Transcript Restriction set for 6/14/2012.Filed In Associated Cases: 1:03-md-01570-GBD-FM et al.(McGuirk, Kelly) (Entered: 03/13/2012) |
| 825 | 03/13/2012 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT Notice is hereby given that an official transcript of a Conference proceeding held on 2/15/12 has been filed by the court reporter/transcriber in the above-captioned matter. The parties have seven (7) calendar days to file with the court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript may be made remotely electronically available to the public without redaction after 90 calendar days...Filed In Associated Cases: 1:03-md-01570-GBD-FM et al.(McGuirk, Kelly) (Entered: 03/13/2012) |
| 826 | 03/14/2012 | REPLY MEMORANDUM OF LAW in Support of Motion To Strike. Document filed by Saudi High Commission, The Kingdom of Saudi Arabia, Kingdom of Saudi Arabia, Saudi High Commission, Saudi High Commission, Saudi High Commission for Relief, Kingdom of Saudi Arabia. Filed In Associated Cases: 1:03-md-01570-GBD-FM et al.(Hansen, Mark) (Entered: 03/14/2012) |
| 827 | 03/16/2012 | ORDER FOR ADMISSION PRO HAC VICE UPON WRITTEN MOTION granting (2533) Motion for Richard Klingler to Appear Pro Hac Vice in case 1:03-md-01570-GBD-FM; granting (813) Motion for Richard Klingler to Appear Pro Hac Vice in case 1:03-cv-06978-GBD. It is hereby Ordered that Richard Klingler is admitted to practice pro hac vice as counsel for Federal Insurance Plaintiffs. (Signed by Judge George B. Daniels on 3/16/2012) Filed In Associated Cases: 1:03-md-01570-GBD-FM, 1:03-cv-06978-GBD(mro) (Entered: 03/16/2012) |
| 828 | 03/16/2012 | NOTICE of Withdrawal of Attorney Hugh D. Higgins. Document filed by Faisal Islamic Bank. Filed In Associated Cases: 1:03-md-01570-GBD-FM et al.(Lauro, John) (Entered: 03/16/2012) |
| 829 | 03/19/2012 | NOTICE of Withdrawal of Appearance of Attorney Martin J. Schwartz. Document filed by Banca Del Gottardo. Filed In Associated Cases: 1:03-md-01570-GBD-FM et al.(Schwartz, Martin) (Entered: 03/19/2012) |
| 830 | 03/27/2012 | MEMORANDUM DECISION AND ORDER: By letter application dated February 10, 2012, Plaintiffs requested that this Court extend its prior rulings on the Motion for Assessment of Damages against Al Qaeda to another defaulted defendant Hezbollah, and enter a final judgment in favor of Plaintiffs and against Hezbollah in accordance with those prior rulings, pursuant to Fed. R. Civ. P. 54(b). For the reasons set forth in the Court's Memorandum Decision and Order dated December 16, 2011, adopting the Report and Recommendation made by Magistrate Judge Frank Maas recommending that Plaintiffs be awarded damages on their subrogation claims, partial final judgment pursuant to Fed. R. Civ. P. 54(b) is hereby entered against defendant Hezbollah and in favor of the plaintiffs in the manner that is set forth in this Order.Any judgment or award of damages made pursuant to this Motion as to Hezbollah will neither be binding upon |

| # | Date | Proceeding Text |
|---|------|-----------------|
| | | nor admissible to establish any damages amount related to any Defendant other than Hezbollah.Plaintiffs agree that they will not seek to enforce any monetary judgment entered as to Hezbollah against any Defendant who has received a final judgment of dismissal pursuant to Rule 54(b) or any of the Defendants listed below, including any assets owned or controlled by any of those Defendants. All Defendants who have received final judgments of dismissal pursuant to Rule 54(b) and the Defendants listed in this Order agree that they will not file any objection or opposition in relation to the Plaintiffs' request that the Court assess damages against Hezbollah. The Clerk of the Court is directed to prepare and enter a final judgment. Additional relief as set forth in this Order. (Signed by Judge George B. Daniels on 3/27/2012) Filed In Associated Cases: 1:03-md-01570-GBD-FM, 1:03-cv-06978-GBD(pl) Modified on 3/27/2012 (pl). (Entered: 03/27/2012) |
| | 03/27/2012 | Transmission to Judgments and Orders Clerk. Transmitted re: (830 in 1:03-cv-06978-GBD, 2582 in 1:03-md-01570-GBD-FM) Order, to the Judgments and Orders Clerk. Filed In Associated Cases: 1:03-md-01570-GBD-FM, 1:03-cv-06978-GBD(pl) (Entered: 03/27/2012) |
| 831 | 03/29/2012 | RULE 54(B) CLERK'S JUDGMENT # 12,0516 That judgment is hereby entered in favor of Plaintiffs and against defendant Hezbollah in accordance with the Court's Memorandum Decision and Order dated March 27, 2012. It is further ORDERED, ADJUDGED and DECREED that, for the reasons stated in the Court's Memorandum Decision and Order dated March 27, 2012, there is no just reason for delay, the Court's entry of judgment, identified in Exhibit "A", is certified as final pursuant to Fed. R. Civ. P. 54(b). (Signed by Clerk of Court Ruby Krajick on 3/29/12) (Attachments: # 1 notice of right to appeal)Filed In Associated Cases: 1:03-md-01570-GBD-FM, 1:03-cv-06978-GBD(ml) (Entered: 03/29/2012) |
| 832 | 04/24/2012 | FILING ERROR - DOCKETED IN WRONG CASE - CORRECTED NOTICE OF APPEAL re: (2588 in 1:03-md-01570-GBD-FM, 309 in 1:04-cv-01922-GBD) Notice of Appeal,. Document filed by Estate of John P.O'Neill, Sr., Sandra Lang. (Attachments: # 1 Exhibit A.)Filed In Associated Cases: 1:03-md-01570-GBD-FM et al.(Goldman, Jerry) Modified on 4/24/2012 (nd). (Entered: 04/24/2012) |
| | 04/24/2012 | ***NOTE TO ATTORNEY REGARDING DEFICIENT APPEAL. Note to Attorney Jerry Goldman that Document No. 832 was incorrectly filed in this case. It should have been filed only in cases: 03md1570, 04cv1922. (nd) (Entered: 04/24/2012) |
| 833 | 09/07/2012 | ORDER: Telephone Conference set for 10/22/2012 at 10:00 AM before Magistrate Judge Frank Maas. Plaintiffs should initiate the call. (Signed by Magistrate Judge Frank Maas on 9/7/2012) Filed In Associated Cases: 1:03-md-01570-GBD-FM et al. Copies Sent By Chambers(cd) (Entered: 09/07/2012) |
| 834 | 11/19/2012 | ORDER GOVERNING IDENTIFICATION OF PRIVILEGED DOCUMENTS...regarding procedures to be followed that shall govern the handling of confidential material... (Signed by Magistrate Judge Frank Maas on 11/19/2012) Filed In Associated Cases: 1:03-md-01570-GBD-FM et al.(js) (Entered: 11/19/2012) |
| 835 | 12/19/2012 | TRANSCRIPT of Proceedings re: CONFERENCE held on 10/22/2012 before Magistrate Judge Frank Maas. Court Reporter/Transcriber: Martha Drevis, (212) 805-0300. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 1/14/2013. Redacted Transcript Deadline set for 1/25/2013. Release of Transcript Restriction set for 3/22/2013.Filed In Associated Cases: 1:03-md-01570-GBD-FM et al.(Rodriguez, Somari) (Entered: 12/19/2012) |
| 836 | 12/19/2012 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT Notice is hereby given that an official transcript of a CONFERENCE proceeding held on 10/22/12 has been filed by the court reporter/transcriber in the above-captioned matter. The parties have seven (7) calendar days to file with the court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript may be made remotely electronically available to the public without redaction after 90 calendar days...Filed In Associated Cases: 1:03-md-01570-GBD-FM et al.(Rodriguez, Somari) (Entered: 12/19/2012) |
| 837 | 01/08/2013 | NOTICE OF APPEARANCE by Eric L. Lewis on behalf of International Islamic Relief Organization(IIRO), Muslim World League Filed In Associated Cases: 1:03-md-01570-GBD-FM et al.(Lewis, Eric) (Entered: 01/08/2013) |
| 838 | 01/10/2013 | ORDER: It is hereby ORDERED that: 1. At the request of the counsel for the Plaintiffs, the Court directs that the following items be separately docketed as of record by the Clerk of the Court with the Court's ECF system: (1) the Letter Memorandum of the Plaintiffs, dated January 9, 2013, seeking imposition of sanctions against defendant Al Haramain, and (2) the attorney declaration |

| # | Date | Proceeding Text |
|---|---|---|
| | | of Robert T. Haefele, with accompanying Exhibits A-Y, in support of the Plaintiffs' request, and it is FURTHER ORDERED that 2. Defendant Al Haramain and the plaintiffs may file their respective opposition and reply papers concerning the above-referenced motion via the Court's ECF system, and a copy of this order shall accompany those filings. (Signed by Magistrate Judge Frank Maas on 1/10/2013) Filed In Associated Cases: 1:03-md-01570-GBD-FM et al. Copies via ECF.(mro) (Entered: 01/11/2013) |
| 839 | 01/14/2013 | MOTION for Sanctions against Al Haramain Islamic Foundation. Document filed by All Plaintiffs.Filed In Associated Cases: 1:03-md-01570-GBD-FM et al.(Haefele, Robert) Modified on 1/15/2013 (db). Modified on 2/8/2013 (db). (Entered: 01/14/2013) |
| 840 | 01/14/2013 | DECLARATION of Robert T. Haefele in Support re: (311 in 1:02-cv-07300-GBD-FM, 305 in 1:03-cv-05071-GBD, 275 in 1:04-cv-07216-GBD, 320 in 1:04-cv-01922-GBD, 683 in 1:02-cv-06977-GBD, 638 in 1:03-cv-09849-GBD, 485 in 1:04-cv-06105-GBD, 2654 in 1:03-md-01570-GBD-FM, 443 in 1:04-cv-05970-GBD, 273 in 1:03-cv-08591-GBD, 443 in 1:04-cv-07279-GBD, 428 in 1:04-cv-07065-GBD, 374 in 1:04-cv-01076-GBD, 839 in 1:03-cv-06978-GBD, 521 in 1:04-cv-01923-GBD, 301 in 1:04-cv-07036-GBD) MOTION for Sanctions against Al Haramain Islamic Foundation. Document filed by All Plaintiffs. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F, # 7 Exhibit G, # 8 Exhibit H, # 9 Exhibit I, # 10 Exhibit J, # 11 Exhibit K, # 12 Exhibit L, # 13 Exhibit M, # 14 Exhibit N, # 15 Exhibit O, # 16 Exhibit P, # 17 Exhibit Q, # 18 Exhibit R, # 19 Exhibit S, # 20 Exhibit T, # 21 Exhibit U, # 22 Exhibit V, # 23 Exhibit W, # 24 Exhibit X, # 25 Exhibit Y)Filed In Associated Cases: 1:03-md-01570-GBD-FM et al.(Haefele, Robert) Modified on 1/15/2013 (db). Modified on 2/8/2013 (db). (Entered: 01/14/2013) |
| | 01/15/2013 | ***NOTE TO ATTORNEY THAT THE ATTEMPTED FILING OF Document No. (2654, and all releated spread sheet entries) HAVE BEEN REJECTED. Note to Attorney Robert Turner Haefele : THE CLERK'S OFFICE DOES NOT ACCEPT LETTERS FOR FILING, either through ECF or otherwise, except where the judge has ordered that a particular letter be docketed. Letters may be sent directly to a judge. Filed In Associated Cases: 1:03-md-01570-GBD-FM et al.(db) (Entered: 01/15/2013) |
| | 01/15/2013 | ***NOTE TO ATTORNEY TO RE-FILE DOCUMENT - DEFICIENT DOCKET ENTRY ERROR. Note to Attorney Robert Turner Haefele to RE-FILE Document (444 in 1:04-cv-05970-GBD, 2655 in 1:03-md-01570-GBD-FM, 274 in 1:03-cv-08591-GBD, 375 in 1:04-cv-01076-GBD, 306 in 1:03-cv-05071-GBD, 486 in 1:04-cv-06105-GBD, 840 in 1:03-cv-06978-GBD, 522 in 1:04-cv-01923-GBD, 312 in 1:02-cv-07300-GBD-FM, 276 in 1:04-cv-07216-GBD, 684 in 1:02-cv-06977-GBD, 444 in 1:04-cv-07279-GBD, 639 in 1:03-cv-09849-GBD, 302 in 1:03-cv-07036-GBD, 321 in 1:04-cv-01922-GBD, 429 in 1:04-cv-07065-GBD) Declaration in Support of Motion. ERROR(S): Documents linked to filing error. Filed In Associated Cases: 1:03-md-01570-GBD-FM et al.(db) (Entered: 01/15/2013) |
| 841 | 01/15/2013 | MEMORANDUM OF LAW in Support of Motion for Sanctions against Al Haramain Islamic Foundation. Document filed by All Plaintiffs. Filed In Associated Cases: 1:03-md-01570-GBD-FM et al.(Haefele, Robert) Modified on 2/8/2013 (db). Modified on 2/8/2013 (db). (Entered: 01/15/2013) |
| 842 | 01/15/2013 | DECLARATION of Robert T. Haefele in Support re: (303 in 1:03-cv-07036-GBD, 277 in 1:04-cv-07216-GBD, 487 in 1:04-cv-06105-GBD, 523 in 1:04-cv-01923-GBD, 275 in 1:03-cv-08591-GBD, 430 in 1:04-cv-07065-GBD, 307 in 1:03-cv-05071-GBD, 445 in 1:04-cv-05970-GBD, 2665 in 1:03-md-01570-GBD-FM, 685 in 1:02-cv-06977-GBD, 841 in 1:03-cv-06978-GBD, 640 in 1:03-cv-09849-GBD, 376 in 1:04-cv-01076-GBD, 313 in 1:02-cv-07300-GBD-FM, 445 in 1:04-cv-07279-GBD, 322 in 1:04-cv-01922-GBD) Memorandum of Law. Document filed by All Plaintiffs. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F, # 7 Exhibit G, # 8 Exhibit H, # 9 Exhibit I, # 10 Exhibit J, # 11 Exhibit K, # 12 Exhibit L, # 13 Exhibit M, # 14 Exhibit N, # 15 Exhibit O, # 16 Exhibit P, # 17 Exhibit Q, # 18 Exhibit R, # 19 Exhibit S, # 20 Exhibit T, # 21 Exhibit U, # 22 Exhibit V, # 23 Exhibit W, # 24 Exhibit X, # 25 Exhibit Y)Filed In Associated Cases: 1:03-md-01570-GBD-FM et al.(Haefele, Robert) Modified on 2/8/2013 (db). Modified on 2/8/2013 (db). (Entered: 01/15/2013) |
| 843 | 01/15/2013 | CLERK CERTIFICATE OF MAILING of the two copies of the Notice of Default Judgment prepared in accordance with 22 CFR § 93.2,Order of Judgement entered by the Honorable George B. Daniels on December 22, 2011 (Case No. 1:03-md-01570-GBD-FM Document 2516, Report and recommendation to the Honorable George B. Daniels issued by Magistrate Judge Frank Maas on July 30, 2012 (Case No. 1:03-cv-09848-GBD, document 314, Memorandum and Order entered by the Honorable Honorable George B. Daniels on October 3, 2012 (Case No. 1:03-cv-09848-GBD, Document 316, Order and Judgment entered by the Honorable George B. |

| # | Date | Proceeding Text |
|---|---|---|
| | | Daniels on October 12, 2012 (Case No. 1:03-cv-09848-GBD, Document 3172 copies of each document, in both English and Farsi for each Defendant, as well as and Affidavit from the translator for each Defendant which comports with the requirements with NY CVP. LAW § 2101 (b).Also enclosed is a money order in the amount of $2,275.00 mailed to ATTN: DIRECTOR OF CONSULAR SERVICES, OFFICE OF POLICY REVIEW & INTER AGENCY LIASON (CA/OCS/PRI), U.S. DEPARMENT OF STATE, SA-29, 2201 STREET NW, 4TH FLOOR, WASHINGTON DC 20520 (IRANIAN MINISTRY OF DEFENSE & ARMED FORCES LOGISTICS) on 1/14/2013 by Federal Express tracking # 8000 4543 6694, to the Secretary of State, Attn: Director of Consular Services, Office of Policy Review and Inter-Agency Liaison (CA/OCS/PRI), U.S. Department of State, SA-29, 4th Floor, 2201 C Street NW, Washington, DC 20520, pursuant to the provisions of Foreign Services Immunities Act, 28 U.S.C. § 1608(a)(4). Filed In Associated Cases: 1:03-md-01570-GBD-FM, 1:03-cv-06978-GBD(jvs) (Entered: 01/15/2013) |
| 851 | 01/30/2013 | Letter addressed to Magistrate Judge Frank Maas from The MDL 1570 Plaintiffs' Executive Committees dated 1/30/2013 re: The Plaintiffs' Executive Committees, on behalf of all plaintiffs, submit this letter and the accompanying exhibits and respectfully request that the Court enter an Order, pursuant to F.R.C.P. 37(a), compelling defendant Wa'el Hamza Jelaidan, a co-founder of al Qaeda and Executive Order 13224 designee as set forth herein. Filed In Associated Cases: 1:03-md-01570-GBD-FM et al.(djc) Modified on 3/15/2013 (djc). (Entered: 01/30/2013) |
| 852 | 01/30/2013 | Opening Letter Brief (as to defendant Rabita Trust w. Exhibits A-N) addressed to Magistrate Judge Frank Maas from The MDL 1570 Plaintiffs' Executive Committees dated 1/30/2012 re: The Plaintiffs' Executive Committees, on behalf of all plaintiffs, submit this letter and the accompanying exhibits and respectfully request that the Court enter an Order, pursuant to F.R.C.P. 37(a), compelling defendant Rabita Trust, an Executive Order 13224 designee as set forth herein. Filed In Associated Cases: 1:03-md-01570-GBD-FM et al.(djc) (Entered: 03/14/2013) |
| 844 | 02/07/2013 | MOTION for Waleed Nassar to Appear Pro Hac Vice. Filing fee $ 200.00, receipt number 0208-8216536. Motion and supporting papers to be reviewed by Clerk's Office staff. Document filed by International Islamic Relief Organization(IIRO), Muslim World League. (Attachments: # 1 Exhibit Certificate of Good Standing, # 2 Exhibit Certificate of Good Standing, # 3 Text of Proposed Order)Filed In Associated Cases: 1:03-md-01570-GBD-FM et al.(Nassar, Waleed) (Entered: 02/07/2013) |
| 845 | 02/07/2013 | REPLY to Response to Motion re: (638 in 1:03-cv-09849-GBD, 485 in 1:04-cv-06105-GBD, 311 in 1:02-cv-07300-GBD-FM, 305 in 1:03-cv-05071-GBD, 2654 in 1:03-md-01570-GBD-FM, 443 in 1:04-cv-05970-GBD, 273 in 1:03-cv-08591-GBD, 443 in 1:04-cv-07279-GBD, 275 in 1:04-cv-07216-GBD, 428 in 1:04-cv-07065-GBD, 683 in 1:02-cv-06977-GBD, 374 in 1:04-cv-01076-GBD, 839 in 1:03-cv-06978-GBD, 521 in 1:04-cv-01923-GBD, 301 in 1:03-cv-07036-GBD) MOTION for Sanctions against Al Haramain Islamic Foundation. Plaintiffs' Reply to Defendant Al Haramain Islamic Foundation's Opposition to Plaintiffs' Motion for Sanctions. Document filed by All Plaintiffs. Filed In Associated Cases: 1:03-md-01570-GBD-FM et al.(Haefele, Robert) Modified on 2/8/2013 (db). (Entered: 02/07/2013) |
| 846 | 02/07/2013 | DECLARATION of Robert T. Haefele in Support re: (311 in 1:02-cv-07300-GBD-FM, 305 in 1:03-cv-05071-GBD, 275 in 1:04-cv-07216-GBD, 320 in 1:04-cv-01922-GBD, 683 in 1:02-cv-06977-GBD, 638 in 1:03-cv-09849-GBD, 485 in 1:04-cv-06105-GBD, 2654 in 1:03-md-01570-GBD-FM, 443 in 1:04-cv-05970-GBD, 273 in 1:03-cv-08591-GBD, 443 in 1:04-cv-07279-GBD, 428 in 1:04-cv-07065-GBD, 374 in 1:04-cv-01076-GBD, 839 in 1:03-cv-06978-GBD, 521 in 1:04-cv-01923-GBD, 301 in 1:03-cv-07036-GBD) MOTION for Sanctions against Al Haramain Islamic Foundation.. Document filed by All Plaintiffs. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F)Filed In Associated Cases: 1:03-md-01570-GBD-FM et al.(Haefele, Robert) Modified on 2/8/2013 (db). Modified on 2/8/2013 (db). (Entered: 02/07/2013) |
| | 02/08/2013 | ***NOTE TO ATTORNEY THAT THE ATTEMPTED FILING OF Document No. [2654, et al] HAS BEEN REJECTED. Note to Attorney Robert Turner Haefele : THE CLERK'S OFFICE DOES NOT ACCEPT LETTERS FOR FILING, either through ECF or otherwise, except where the judge has ordered that a particular letter be docketed. Letters may be sent directly to a judge. Filed In Associated Cases: 1:03-md-01570-GBD-FM et al.(db) (Entered: 02/08/2013) |
| 847 | 02/08/2013 | FILING ERROR - DEFICIENT DOCKET ENTRY - MOTION for Waleed Nassar to Appear Pro Hac Vice. Filing fee $ 200.00, receipt number 0208-8219436. Motion and supporting papers to be reviewed by Clerk's Office staff. Document filed by International Islamic Relief Organization(IIRO), Muslim World League. (Attachments: # 1 Exhibit Certificate of Good |

| # | Date | Proceeding Text |
|---|------|----------------|
| | | Standing, # 2 Exhibit Certificate of Good Standing, # 3 Text of Proposed Order Proposed Order)Filed In Associated Cases: 1:03-md-01570-GBD-FM et al.(Nassar, Waleed) Modified on 2/8/2013 (bwa). (Entered: 02/08/2013) |
| | 02/08/2013 | >>>NOTICE REGARDING DEFICIENT MOTION TO APPEAR PRO HAC VICE. Notice regarding Document No. (450 in 1:04-cv-07279-GBD) MOTION for Waleed Nassar to Appear Pro Hac Vice. Filing fee $ 200.00, receipt number 0208-8219436. Motion and supporting papers to be reviewed by Clerk's Office staff. When filing motion through MDL case you may spread text to one civil case. All other Pro Hac Vice motions must be filed and paid for separately in the indivdual case with the single, correct case number appearing on the motion and order. Filed In Associated Cases: 1:03-md-01570-GBD-FM et al.(bwa) (Entered: 02/08/2013) |
| | 02/21/2013 | Minute Entry for proceedings held before Magistrate Judge Frank Maas: Telephone Conference held on 2/21/2013. Associated Cases: 1:03-md-01570-GBD-FM et al.(cd) (Entered: 02/25/2013) |
| 848 | 02/22/2013 | ORDER: Pursuant to the telephone conference held on February 21, 2013, it is hereby ORDERED that: 1. By February 28, 2013, each defendant that has produced documents, but has not served a privilege log, shall submit a letter to the Plaintiffs confirming that no documents have been withheld pursuant to the attorney-client privilege or work/product doctrine. 2. Also by February 28, 2013, any defendant who has withheld all of its documents on the basis of privilege or work/product protection shall submit a letter to the Plaintiffs explaining their reason for not submitting a privilege log. (Signed by Magistrate Judge Frank Maas on 2/21/2013) Filed In Associated Cases: 1:03-md-01570-GBD-FM et al. Copies Sent By Chambers to Honorable George B. Daniels. (djc) (Entered: 02/22/2013) |
| 849 | 02/27/2013 | RESPONSE re: (2691 in 1:03-md-01570-GBD-FM) Notice (Other), (2683 in 1:03-md-01570-GBD-FM) Notice (Other) - Plaintiffs' Response to Al Haramain's Notice of Filing. Document filed by All Plaintiffs. Filed In Associated Cases: 1:03-md-01570-GBD-FM et al.(Haefele, Robert) (Entered: 02/27/2013) |
| 853 | 03/01/2013 | OPPOSITION Letter brief of Defendant Wa'el Hamza Jelaidan, including exhibits 1-10. Filed In Associated Cases: 1:03-md-01570-GBD-FM et al.(djc) (Entered: 03/14/2013) |
| 854 | 03/01/2013 | OPPOSITION Letter Brief of Defendant Rabita Trust with Exhibits 1-6 Filed In Associated Cases: 1:03-md-01570-GBD-FM et al.(djc) Modified on 3/15/2013 (djc). (Entered: 03/14/2013) |
| 850 | 03/12/2013 | ORDER: It is hereby ORDERED that: 1. At the request of counsel for the plaintiffs and defendants Wa'el Hamza Jelaidan and Rabita Trust, the Court directs that the following items be separately docketed as of record by the Clerk of the Court with the Court's ECF System: (a) Plaintiffs' January 30, 2013 opening letter brief as to defendant Wa'el Hamza Jelaidan, including Exhibits A-D; (b) Plaintiffs' January 30, 2013 opening letter brief as to defendant Rabita Trust, including Exhibits A-D; (c) Defendant Wa'el Hamza Jelaidan's March 1, 2013 opposition brief, including Exhibits 1-10; (d) Defendant Rabita Trust's March 1, 2013 opposition brief, including Exhibits 1-6; (e) Plaintiffs' March 12, 2013 reply letter brief as to defendant Wa'el Hamza Jelaidan, including Exhibit A; and (f) Plaintiffs' March 12, 2013 reply letter brief as to defendant Rabita Trust, including Exhibits A-C. 2. A copy of this Order shall accompany those filings. (Signed by Magistrate Judge Frank Maas on 3/12/2013) Filed In Associated Cases: 1:03-md-01570-GBD-FM et al.(djc) Modified on 3/14/2013 (djc). (Entered: 03/14/2013) |
| 855 | 03/12/2013 | Reply Letter Brief (as to defendant Wa'el Hamza Jelaidan, with Exhibit A) addressed to Magistrate Judge Frank Maas from The MDL 1570 Plaintiffs' Executive Committees dated 3/12/2013 re: The Plaintiffs' Executive Committees, on behalf of all plaintiffs, submit this reply in further support of their January 30, 2013 motion to compel ("Motion to Compel") defendant Wa'el Hamza Jelaidan and his counsel have undertaken to request and secure documents responsive to plaintiffs' requests for production of documents, consistent with this Court's November 16, 2011 Order as set forth herein; Filed In Associated Cases: 1:03-md-01570-GBD-FM et al.(djc) Modified on 3/15/2013 (djc). (Entered: 03/14/2013) |
| 856 | 03/12/2013 | Reply Letter Brief (as to defendant Rabita Trust, with Exhibits A-C) addressed to Magistrate Judge Frank Maas from The MDL 1570 Plaintiffs' Executive Committees dated 3/12/2013 re: The Plaintiffs' Executive Committees, on behalf of all plaintiffs, submit this reply in further support of plaintiffs' January 30, 2013 motion to compel ("Motion to Compel") defendant Rabita Trust Filed In Associated Cases: 1:03-md-01570-GBD-FM et al.(djc) (Entered: 03/14/2013) |
| 857 | 03/20/2013 | ORDER: Pursuant to the conference held on March 19, 2013, it is hereby ORDERED that: 1. By March 29, 2013, Al-Haramain shall produce any paper documents received pursuant to Judge Aiken's order that are responsive to the plaintiffs' requests. By that date, Al-Haramain also shall produce a privilege log for any such documents as to which privilege is claimed. 2. By April 19, |

| # | Date | Proceeding Text |
|---|---|---|
| | | 2013, Al-Haramain shall produce any remaining documents or files received pursuant to Judge Aiken's order that are responsive to the plaintiffs' requests and, if applicable, a corresponding privilege log. 3. The Court will reserve decision on the plaintiffs' motion for sanctions against Al-Haramain. 4. A further conference shall be held on April 16, 2013. (Signed by Magistrate Judge Frank Maas on 3/19/2013) Copies Sent By Chambers to Honorable George B. Daniels Filed In Associated Cases: 1:03-md-01570-GBD-FM et al.(djc) (Entered: 03/20/2013) |
| 858 | 04/04/2013 | TRANSCRIPT of Proceedings re: CONFERENCE held on 3/19/2013 before Magistrate Judge Frank Maas. Court Reporter/Transcriber: Rose Prater, (212) 805-0300. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 4/29/2013. Redacted Transcript Deadline set for 5/9/2013. Release of Transcript Restriction set for 7/8/2013.Filed In Associated Cases: 1:03-md-01570-GBD-FM et al.(Rodriguez, Somari) (Entered: 04/04/2013) |
| 859 | 04/04/2013 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT Notice is hereby given that an official transcript of a CONFERENCE proceeding held on 3/19/13 has been filed by the court reporter/transcriber in the above-captioned matter. The parties have seven (7) calendar days to file with the court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript may be made remotely electronically available to the public without redaction after 90 calendar days...Filed In Associated Cases: 1:03-md-01570-GBD-FM et al.(Rodriguez, Somari) (Entered: 04/04/2013) |
| 860 | 04/22/2013 | ORDER: Pursuant to the conference held on April 16, 2013, it is hereby ORDERED that: 1. By April 30, 2013, Mr. Haefele shall submit a letter setting forth any reasons that the parties should not be required to move jointly before Judge Gershon to modify the protective order in Linde v. Arab Bank, PLC, such that any documents protected by the order may be disclosed in this litigation. 2. Also by April 30, 2013, Mr. Haefele shall submit any additional letter-briefing as to whether Plaintiffs may rely on the work-product doctrine to withhold certain documents related to their prior FOIA requests. 3. A further conference shall be held on May 30, 2013, at 12 p.m., in Courtroom 20A of the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York. ( Status Conference set for 5/30/2013 at 12:00 PM in Courtroom 20A, 500 Pearl Street, New York, NY 10007 before Magistrate Judge Frank Maas.) (Signed by Magistrate Judge Frank Maas on 4/22/2013) Copies Sent By Chambers to Honorable George B. Daniels. Filed In Associated Cases: 1:03-md-01570-GBD-FM et al. (djc) Modified on 4/23/2013 (djc). (Entered: 04/23/2013) |
| 861 | 05/24/2013 | ORDER: It is hereby ORDERED that the May 30, 2013 conference is adjourned to June 28, 2013, at 11 a.m. The conference shall take place in Courtroom 20A of the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York. (Status Conference set for 6/28/2013 at 11:00 AM in Courtroom 20A, 500 Pearl Street, New York, NY 10007 before Magistrate Judge Frank Maas.)(Signed by Magistrate Judge Frank Maas on 5/24/2013) Filed In Associated Cases: 1:03-md-01570-GBD-FM et al. Copies Sent By Chambers to Honorable George B. Daniels(djc) (Entered: 05/24/2013) |
| 862 | 05/29/2013 | STIPULATION AND ORDER OF SUBSTITUTION OF COUNSEL: that the law firm of Doar Rieck Kaley & Mack is hereby substituted for the law firm of Sheppard Mullin Richter & Hampton LLP as counsel of record for defendant Yassin Abdullah Kadi. (Signed by Judge George B. Daniels on 5/29/2013) Filed In Associated Cases: 1:03-md-01570-GBD-FM et al.(ja) (Entered: 05/29/2013) |
| 863 | 06/12/2013 | Letter addressed to Magistrate Judge Frank Maas from Steven T. Cottreau dated 4/10/2013 re: For the foregoing reasons, the Moving Defendants respectfully request the Court to order Plaintiffs to produce all of the documents on Plaintiffs' Privilege Log, or in the alternative, to amend the Privilege Log to comply with S.D.N.Y. Local Rule 16.2 and the Court's November 19, 2012 Order, including an adequate description of each document and a delineation as to which defendant each entry pertains. (Attachments: # 1 Part 2)Filed In Associated Cases: 1:03-md-01570-GBD-FM et al.(js) (Entered: 06/12/2013) |
| 864 | 06/12/2013 | Letter addressed to Magistrate Judge Frank Maas from Robert T. Haefele dated 3/29/2013 re: On behalf of plaintiffs, the Plaintiffs' Executive Committees respond to the undated letter application of the Moving Defendants complaining about the privilege log that plaintiffs served on the Defendants on February 1, 2013. Filed In Associated Cases: 1:03-md-01570-GBD-FM et al.(js) (Entered: 06/12/2013) |
| 865 | 06/12/2013 | Letter addressed to Magistrate Judge Frank Maas from Steven T. Cottreau dated 4/9/2013 re: Moving Defendants submit this reply letter in response to Plaintiffs' March 29, 2013 letter |

| # | Date | Proceeding Text |
|---|------|-----------------|
| | | ("Opposition") opposing Moving Defendants' Motion to Compel Production of (1) correspondence relating to Plaintiffs' FOIA requests ("FOIA Documents"); and (2) documents that are purportedly subject to a protective order in another litigation ("Arab Bank Documents"). (Attachments: # 1 Part 2, # 2 Part 3)Filed In Associated Cases: 1:03-md-01570-GBD-FM et al.(js) (Entered: 06/12/2013) |
| 866 | 06/12/2013 | Letter addressed to Magistrate Judge Frank Maas from Robert T.Haefele dated 4/30/2013 re: For the foregoing reasons, the reasons discussed on the record during the April 16, 2013 hearing, and in Plaintiffs' March 29, 2013 letter, Plaintiffs request that the Court find that the documents at issue contain core attorney work product and deny Defendants' application to require Plaintiffs to produce the documents. Filed In Associated Cases: 1:03-md-01570-GBD-FM et al.(js) (Entered: 06/12/2013) |
| 867 | 06/12/2013 | Letter addressed to Magistrate Judge Frank Maas from Steven J. Young dated 5/1/2013 re: In conclusion, Motley Rice is not a plaintiff in the In re Terrorist Attacks Litigations and none of these documents is in the possession, custody or control of any In re Terrorist Attacks plaintiff. The plaintiffs in these actions are unable to produce, or even identify, any of these documents. Arab Bank respectfully urges that this Court direct plaintiffs' counsel, Motley Rice, to withdraw its improper provision of a privilege log listing documents produced to unrelated plaintiffs represented by it in an unrelated action.Filed In Associated Cases: 1:03-md-01570-GBD-FM et al.(js) Modified on 6/12/2013 (js). (Entered: 06/12/2013) |
| 868 | 06/12/2013 | Letter addressed to Magistrate Judge Frank Maas from Robert T. Haefele dated 5/9/2013 re: Counsel writes In: short, nothing in the Bank's submission should change in any manner the Court's approach to resolving the discovery dispute among the parties. Merely because the protective order prevented production of the documents in discovery, the order did nothing to change the fact that the documents' are nonetheless responsive to the Defendants' discovery requests; had there been no protective order, the documents would have been produced as responsive. Inasmuch as no confidential information from the Arab Bank documents has been disclosed (notwithstanding the terms of paragraph :12 of the Linde protective order), the Linde order has not been violated. But, inasmuch as the Bank failed to object to production in a timely manner, its untimely objections ought to be considered waived.Filed In Associated Cases: 1:03-md-01570-GBD-FM et al.(js) (Entered: 06/12/2013) |
| 869 | 06/12/2013 | Letter addressed to Magistrate Judge Frank Maas from Steven T. Cottreau dated 5/23/2013 re: Moving Defendants submit this letter in response to Plaintiffs' April 30, 2013 supplement letter ("April 30 Letter") relating to Plaintiffs' correspondence with the federal government concerning FOIA requests ("Plaintiffs' Correspondence") and the government's responses thereto ("Government Correspondence") (collectively "FOIA Correspondence"). While Defendants recognize that the Court has not requested further briefing, Defendants seek this court's permission to quickly respond to a few contentions in Plaintiffs' April 30 letter. For the foregoing reasons, the Moving Defendants respectfully request the Court to order Plaintiffs to produce all of the FOIA documents on Plaintiffs' Privilege Log, or in the alternative,to amend the Privilege Log to include an adequate description of each document and a delineation as to which defendant each entry pertains, in order to allow Defendants to challenge individual entries on the Privilege Log.Filed In Associated Cases: 1:03-md-01570-GBD-FM et al.(js) (Entered: 06/12/2013) |
| 870 | 06/12/2013 | MEMORANDUM DECISION AND ORDER: This litigation, now in its tenth year, consolidates personal injury and property damage claims against various terrorist organizations, Islamic charities, and foreign banks, arising out of their alleged involvement in the terrorist attacks on September 11, 2001. The case has a complex and sprawling procedural history, which has seen a number of dismissals, default judgments, and two trips to the Court of Appeals. There has been no shortage of disputes regarding discovery, which continues to proceed at a deliberate pace. In February, the Plaintiffs submitted a privilege log in response to the document requests of a number of the defendants, including the Al Haramain Islamaic Foundation, Inc. (USA), Dubai Islamic Bank, International Islamic Relief Organization, Muslim World League, Sana-Bell, Inc., Sanabel Al Kheer, World Assembly of Muslim Youth I World Assembly of Muslim Youth International,Wael Jelaidan, and Perouz Sedaghaty (collectively, "Defendants"). The Defendants have moved to compel production of two categories of documents identified in the log, which they contend have been improperly withheld from disclosure: (a) correspondence with government agencies relating to document requests the Plaintiffs made pursuant to the Freedom of Information Act ("FOIA"), 5 U.S.C. 552 et. seq., and (b) documents deemed confidential that Plaintiffs' counsel obtained in connection with their representation of separate, unrelated parties in Linde, et at v. Arab Bank, PLC, No. 04-CV-2799 (NG) (VVP), a case currently pending before Judge Gershon in the Eastern District of New York. For reasons that are explained below, the motion is granted in part and denied in part. For the foregoing reasons, the Defendants' motion is |

| # | Date | Proceeding Text |
|---|---|---|
| | | granted in part and denied in part. The Plaintiffs shall have until June 24, 2013, to produce the FOIA documents and correspondence and to delete any privilege log entries related to the Arab Bank documents. Also by that date, Plaintiffs' counsel shall provide certification they have produced all Underlying Documents responsive to the Defendants' requests. In anticipation of the Court's ruling, the Plaintiffs have asked that any order of production be reciprocal, so that the Defendants will be required to produce all FOIA correspondence of their own that has been withheld from disclosure. The Defendants have voiced no objection to that request. Accordingly, the Defendants are directed to produce any responsive FOIA communications that they previously have withheld on the basis that they are protected by the work product doctrine. All such documents shall be produced by June 24, 2013. SO ORDERED. (Signed by Magistrate Judge Frank Maas on 6/12/2013) Filed In Associated Cases: 1:03-md-01570-GBD-FM et al.(rsh) (Entered: 06/12/2013) |
| 871 | 06/21/2013 | ENDORSED LETTER addressed to Magistrate Judge Frank Maas from Martin F. McMahon dated 6/20/2013 re: I have a serious conflict regarding next Friday's appearance with you on June 28th. Can I participate by phone instead? I would need a call-in number of course. I do not think that the plaintiffs would oppose this request, and I have emailed them to confirm. I appreciate the courtesy. ENDORSEMENT: Approved. Mr. McMahon should telephone (212)805-4051 five minutes before the scheduled conference. (Signed by Magistrate Judge Frank Maas on 6/21/2013) Filed In Associated Cases: 1:03-md-01570-GBD-FM et al.(djc) (Entered: 06/21/2013) |
| 872 | 06/27/2013 | MANDATE of USCA (Certified Copy) as to (396 in 1:04-cv-07065-GBD, 2455 in 1:03-md-01570-GBD-FM) Notice of Appeal, filed by All Plaintiffs, (797 in 1:03-cv-06978-GBD, 2461 in 1:03-md-01570-GBD-FM) Notice of Appeal,,,,,,,,, filed by Federal Insurance Company, (616 in 1:03-cv-09849-GBD, 2567 in 1:03-md-01570-GBD-FM) Notice of Appeal,, filed by Burnett Plaintiffs, (2465 in 1:03-md-01570-GBD-FM, 595 in 1:03-cv-09849-GBD) Notice of Appeal, filed by All Plaintiffs, (2595 in 1:03-md-01570-GBD-FM, 434 in 1:04-cv-05970-GBD) Notice of Appeal,,, filed by American Casualty Company of Reading, Pennsylvania, National Fire Insurance Company of Hartford, Transportation Insurance Company, Transcontinental Insurance Company, (594 in 1:03-cv-09849-GBD, 2464 in 1:03-md-01570-GBD-FM) Notice of Appeal, filed by All Plaintiffs, (2458 in 1:03-md-01570-GBD-FM, 794 in 1:03-cv-06978-GBD) Notice of Appeal,,,,,,,,, filed by Federal Insurance Company, (2604 in 1:03-md-01570-GBD-FM) Amended Notice of Appeal filed by Federal Insurance Company, (2460 in 1:03-md-01570-GBD-FM, 796 in 1:03-cv-06978-GBD) Notice of Appeal,,,, filed by Federal Insurance Company, (2453 in 1:03-md-01570-GBD-FM, 358 in 1:04-cv-01076-GBD) Notice of Appeal,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,, filed by Jessica Murrow-Adams, Gibson A. Craig, Natalie Makshanov, Janlyn Scauso, Edward P. Ciafardini, Gary Wendell, Mark J. Siskopoulos, Mei Jy Lee, Saad Bin Laden, Hui Chien Chen, Huichun Jian, Hui-Chian Jian, Hui-Zon Jian, Serina Gillis, Anne M. Wodensheck, Helen Friedlander, Emily Motroni, CO2e.com, LLC, Milagros Diaz, Cathy A. Carilli, Elinore Hartz, American Alternative Insurance Corporation, Kara Hadfield, Euro Brokers Inc., et al., Dixie M. Hobbs, Josephine Acquaviva, Armando Bardales, Jane Bartels, Lillian Bini, Leonor Alvarez, Edward Walsh, Fidelity and Casualty Company of New York, American Employers' Insurance Company, Maria Giordano, Rina Rabinowitz, Allstate Insurance Company, John F. Jermyn, Jacqueline Cannizzaro, Benhardt R. Wainio, Transportation Insurance Company, Judith Reiss, Maryanne Farrell, Chubb Indemnity Insurance Company, Jeffrey Lovit, Sandy Amrita Mahabir, Richard B. Naiman, Joyce Leigh, Jean Adams, Christine Barton, Faith Miller, Curtis Fred Brewer, Carmen Garcia, Jodie Goldberg, Margaret Mauro, Sheila Gail Harris, Yun Yu Zheng, Donald DiDomenico, Christine R. Huhn, Pamela Schiele, Lisa Palazzo, Nina Barnes, David Ziminski, Kevin Mount, Claudia Flyzik, Owen McGovern, Kristin Galusha-Wild, Christine Irene O'Neill, Glens Falls Insurance Company, Philipson Azenabor, Marion Knox, Martin Rosenbaum, Helen Rosenthal, Dwayne Collman, John Bonomo, Armand Reo, Kazmierz Jakubiak, Dennis Quinn, Burnett & Ashton Plaintiffs, Judi A. Ross, Richard I. Klein, Emma Tisnovskiy, Carol Francolini, Havlish Plaintiffs, Madeleine A. Zuccala, Leonard Ardizzone, Suk Tan Chin, Bhola P. Bishundat, Glenna M. Rosenburg, Cantor Fitzgerald Securities, Elizabeth Ann Moss, David M. Bernstein, Fiona Havlish, Donna Smith, Marie Twomey, Elizabeth Alderman, Yesenia Ielpi, James A. Reed, Chubb Custom Insurance Company, Lauren Rosenzweig, Edith Cruz, Dorothy Ann Bogdan, Judith Casoria, Nancy Shea, Philip J. Zeiss, Daryl Joseph Meehan, Kim Barbaro, Angelica Allen, Merrilly E. Noeth, Lori Fletcher, Theresa McGovern, Peter Ioveno, Sheryl J. Oliver, Tremsky Plaintiffs, Michael J. Lindy, Rebecca L. Marchand, Philip Lee, Joanne Modafferi, American Zurich Insurance Company, Alexander Santoro, Robin Theurkauf, Kathleen M. Buckley, Gerald W. Bingham, Patricia Kellett, JoAnne Bruehert, Jerline Lewis, Maria Teresa Boisseau, Suzanne J. Berger, Virginia Lorene Rossiter Valvo, Paul Kaufman, Thomas J. Meehan, III, Patricia Coughlin, David Brace, Cynthia F. McGinty, Joanne M. Renzi, Jocelyne Ambroise, Rodney Ratchford, Rosemary Kempton, Joseph |

| # | Date | Proceeding Text |
|---|------|-----------------|
| | | Beltrani, Helene S. Passaro, Thomas Conroy, Jr., Barbara Sohan, Northern Insurance Company of New York, Dorothy Mauro, Donald Aris, Linda E. Thorpe, Dhanmatee Sam, Rachel W. Goodrich, Ellen L. Saracini, Port Authority of New York & New Jersey, Corazon Fernandez, Anne MacFarlane, William Havlish, Dominic J. Puopolo, Sr., Timothy L. Frolich, Melvin C. Lewis, Jeremiah Harney, Barbara Ardizzone, Kathleen M. Arancio, Dawn Brown, Ralph Maerz, Jr., Feliciana Umanzor, Doreen Lutter, Denise Esposito, Kris A. Blood, Claudia Ruggiere, Arnold Lederman, Matthew T. Sellitto, John Lewis, Elvira P. Murphy, Frances M. Coffey, Kevin G. Murphy, Steven Feidelberg, Alex Rowe, Theresa A. Stack, Mathilda Geidel, John Does, Crum & Forster Indemnity Company, Francine Raggio, Jennifer Ruth Jacobs, Joanne Lovett, Christina Baksh, Donald Leistman, Miriam M. Biegeleisen, Commercial Insurance Company of Newark, N.J., Evelyn Aron, Thomas Donnelly, Murray Bernstein, Lucy Virgilio, Russell Vomero, William O'Connor, James Boyle, Andrew Braun, North River Insurance Company, Rosanna Thompson, Pamela Ann Maggitti, Richard D. Allen, Stacey Fran Dolan, Yuko Clark, Valiant Insurance Company, Margaret Donoghue McGinley, Charles Downey, Maryland Casualty Company, Linda Panik, Andrija Tomasevic, Angela Gitto, Claudette Greene, Espeed, Inc., Andrezej Cieslik, eSpeed Government Securities, Inc., Stephen Alderman, Great Lakes Reinsurance (UK) PLC, Diane Romero, Nicholas Barbaro, Elizabeth Rego, Haomin Jian, Alexander Paul Aranyos, Cantor Fitzgerald Associates, L.P., Scott Ting, Susan Berger, Juan B. Bruno, Marie Ann Paprocki, Ivy Moreno, George Luis Torres, Radmila Tomasevic, Kevin W. Barry, John C. Buckley, Maureen Barry, Patricia Coppo, Nancy Walsh, Expedito C. Santillan, Phyllis Lederman, Domenick Damiano, Edlene C. LaFrance, Frederick Alger, Renne Bacotti Hannafin, Christina Bane-Hayes, Andy Dinoo, Melissa Van Ness Fatha, Andrea Maffeo, Karium Ali, Madelyn Conroy Allen, Ramon Melendez, Gina Cayne, William Coale, Theresa Healey, Kurt Foster, Andrew Aris, Loren Rosenthal, Judith M. Aiken, Burnett Plaintiffs, Linda Pascuma, Estate of John Patrick O'Neill Sr., Hashim A. Henderson, Barrera Plaintiffs, George Bonomo, Pacific Indemnity Company, CNA Casualty of California, Carol Gies, Paul Quinn, Cantor Fitzgerald Europe, Krystyna Boryczewski, Narasimha Sattaluri, James Cizikie, Susan Rasweiler, Nancy Badagliacca, Sadiq Rasool, John J. Gill, Carmen Romero, Great Northern Insurance Company, Patricia Tarasiewicz, One Beacon Insurance Company, Mary Margaret Jurgens, Chrislan Fuller Manuel, Toni Ann Carroll, Janice O'Dell, Ronald S. Sloan, Cella Woo-Yeun, Laurie Spampinato, David Edward Cushing, Jill Rosenblum, Dennis Euleau, Jamie Miller, Christine Sakoutis, Diane Miller, Irene Bilcher, Norma Bernstein, Federal Insurance Company et al., Plaintiffs, Mary Haag, Kevin Rogers, Susan Brady, Kathleen Ganci, Maureen Santoro, Federal Insurance Company, Raj Thackurdeen, Joseph R. Downey, George Lantay, Dhanraj Singh, Ondina Bennett, Doyle Raymond Ward, Michael Deloughery, Barry Russin, Amlin Underwriting, Ltd., Rubina Cox-Holloway, Amber Miller, Gordon G. Haberman, Jeanne M. Evans, Roni Levine, Susan E. Buhse, Cantor Fitzgerald Partners, Laura J. Lassman, Todd DeVito, Lori Shulman, Rosemarie Corvino, Tracy Ann Taback Catalano, Charles Schmidt, Siew-Som Yeow, William Martin, Meg Bloom Glasser, Keith A. Bradkowski, Barbara Minervino, Martina Lyne-Ann Panik, Joanne F. Betterly, Hiscox Dedicated Corporate Member, Ltd., Boris Bililovsky, Peter Greenleaf, Joviana Mercado, Victoria Higley, Paul R. Martin, Transcontinental Insurance Company, Robert Bermingham, Gregory Stevens, TradeSpark, L.P., Michelle Dorf, Ann Marie Dorf, Robert Dorf, Joseph Dorf, and Linda Sammut, Rostyslav Tisnovskiy, Michelle Wright, Continental Insurance Company, Ursula Broghammer, Virginia Hayes, The Camden Fire Insurance Association, Michael Endrizzi, Jean Oslyn Powell, Clifford Tempesta, Theresa Regan, Nancy Ann Foster, Sharon Booker, Deborah Grazioso, Loisanne Diehl, Ildefonso A. Cua, Jeff Lever, Warren Hayes, Elizabeth Gardner, Anthony Vincelli, Iliana McGinnis, Andrea Russin, Richard A. Caproni, Alice Carpeneto, Sharlene M. Beckwith, Karen Hinds, Stephen Jezycki, Evelyn Rodriguez, World Trade Center Properties LLC, et al., Perry S. Oretzky, Kemraj Singh, Carol O'Neill, Edward J. Sweeney, Joyce Ann Rodak, Sandra Straub, Dennis L. Hobbs, Collette M. LaFuente, Julia Collins, Lisa Friedman, Christine Papasso, All Plaintiffs, Thomas Fletcher, Maryann Colin, Neil B. Blass, James D. Hodges, Meryl Mayo, Holli Silver, Erica Zucker, Maureen R. Halvorson, Gilbert Ruiz, Jr., Dana Noonan, Olga Merino, Mark Bernheimer, Lorraine Arias Beliveau, Kevin Quinn, Yvonne V. Abdool, Helene Parisi-Gnazzo, Zurich American Insurance Company, Virginia Bauer, Morris Dorf, Beril Sofia DeFeo, Andrew Quinn, Miles Bilcher, Brian Barry, Chubb Insurance Company of New Jersey, Ed and Gloria Russin, American Casualty Company of Reading, Pennsylvania, Fu Mei Chien Huang, Colleen Holohan, Gila Barzvi, Chiemi York, Daniel F. Barkow, Kathleen Keeler Lozier, Ann R. Haynes, Leonid Tisnovskiy, Dorothy A. O'Neill, Kelly Hayes, Joanne Rodak Gori, Tina Grazioso, Steadfast Insurance Company, Bettyann Martineau, Harry Ong, Jr., Michele Boryczewski, Vincent LeVien, Dolores Caproni, Joseph A. Tiesi, Helen Pfeifer, Roberta J. Levine, Valley Forge Insurance Company, Mary Andrucki, Joann T. Howard, Louisa D'Antonio, Vice Rose Arestegui, John and |

| # | Date | Proceeding Text |
|---|------|-----------------|
|   |      | Regina Rodak, Robert V. Trivingo, Maria Regina Merwin, Catherine Deblieck, Bridget Hunter, Deena Burnett, Victor Ugolyn, Richard Villa, Steven M. Gillespie, Seneca Insurance Company, Inc., Fryderyk Milewski, Saradha Moorthy, Scott Schrimpe, Livia Chirchirillo, Edward Navarro, Rosalie Downey, Grace Kneski, Michael Loguidice, Theresa King, John Benedetto, Armine Giorgetti, Frederick Irby, Anna M. Granville, Robert Keane, William D Robbins, Michael Jezycki, Kathleen Ashton, Joseph Hands, Fiona Havlish, Hector Garcia, Esther Santillan, Ingrid M. Lenihan, Plaintiffs PI Executive Committee, Charlene Fiore, Veronica Klares, Mary Gola Perez, Aldo Addissi, Joslin Zeplin, James C. Cahill, Mia Gonzalez, Leonard and Leona Zeplin, Elizabeth H. Keller, Anna Mojica, Continental Casualty Company, Brian Flannery, Philip Germain, Albert T. Regenhard, Robert J. Bernstein, Deborah Francke, George Andrucki, Port Authority Trans-Hudson Corporation, Elaine Leinung, Delphine Saada, Regan Grice-Vega, Stephen L. Cartledge, Pedro Saleme, Joan E. Tino, Josephine Alger, Camille Doyle, Diane M. Walsh, Beverly Burnett, Donald Bane, Kathleen Box, John Hassett, Morris D. Lamonsoff, Basmattie Bishundat, Maryann Rand, Traci Bosco, William Doyle, Sr., Wendy Feinberg, Cantor Fitzgerald Brokerage, L.P., Dorothy Tempesta, Jane Alderman, Patricia Han, Jerzy Mrozek, Laurie S. Lauterbach, Boston Old Colony Insurance Company, Michael J. Allen, Kevin M. Coffey, Donna Paolillo, Stanley Eckna, Anne Gabriel, Martin Panik, Lynn Allen, Amy Weaver, Fidelity And Deposit Company of Maryland, Patricia J. Perry, Jay Charles Dunne, Tara Bane, Linda Curia, James Wallace O'Grady, Bradley Daly, Netta Issacof, Roberta Kellerman, Cantor Fitzgerald & Co., Lauren Arias Lucchini, Vincent A. Ognibene, Jin Liu, Diane Genco, Nancy Picone, Salvo Plaintiffs, Maria DiPilato, James W. Cahill, Kimberly Kaipaka Beaven, Jasmine Victoria, Rose Booker, Howard Rice, John Patrick O'Neill, Jr., Lynn B. Pescherine, Sat Thackurdeen, Timothy Parker, H. Michael Keden, Donald Francis Kennedy, Walter Tremsky, Raymond Anthony Smith, Anne C. Saracini, Carol Barbaro, WTC Retail LLC, Estate of John P.O'Neill, Sr., Eileen Simon, Mark Goldwasser, Pamela Hohlweck, Luke C. Allen, Santa Catarelli, Jennifer E. Brady, Sharon Cobb-Glenn, Joann Meehan, American Guarantee and Liability Insurance Company, Frances Berdan, Janet Calia, Kathleen Cahill, Thomas E. Burnett, Sr., Lisa DiLallo Clark, Cantor Index Limited, Jennifer L. Harvey, Dorothy Garcia, Patricia Quigley, Michelle Bedigan, William B. Novotny, Emmet P. Kelly, United States Fire Insurance Company, Benjamin Arroyo, William Doyle, Jane M. Smithwick, Prakash Bhatt, Javier Burgos, Rachel R. Harrell, Ernesto Barrera, Joanne Gross, Robert D'Elia, Maureen Kelly, Leila M. Joseph, Catherine T. Regenhard, Margaret Arce, Lena Whittaker, James McGetrick, Cynthia Arnold, Mark Barbieri, C. O'Neill, Louis Schaefer, Kimberly Trimingham-Aiken, Sean Passananti, Phyllis Schreier, Delia Welty, Patricia Wiswall, Michael Boryczewski, The Princeton Excess & Surplus Lines Insurance Company, Chubb Insurance Company of Canada, Woodly Joseph, Diane Wall, Madeline Bergin, Fran LaForte, Daniel D. Coffey, M.D., William Ellis, Jr., Alfred Acquaviva, Cantor Fitzgerald, L.P., Karen Princiotta, Warren Monroe, Thomas Burnett, Irene Frolich, Desiree A. Gerasimovich, Diane Ryan, Raymond Lachhman, Julia Boryczewski, Lisanne MacKenzie, Gladys Salvo, Grace M. Parkinson-Godshalk,, TheresaAnn Lostrangio, One Beacon America Insurance Company, Margit Arias, Clara Chirchirillo, Benito Colon, John Martin, George N. and Angela Stergiopoulos, Jeannine P. Baron, Patricia Milano, Andrea N. LeBlanc, Martha Burnett O'Brien, Christine Bini, Christopher Caproni, Michael Caproni and Lisa Caproni, Joseph Donovan, Michael Puckett, Cantor Fitzgerald International, eSpeed Securities, Inc., Anna Milewski, Russa Steiner, Kathleen Holland, Edmund Barry, Continental Insurance Company of New Jersey, Nancy Lynn Zuckerman, Virginia McKeon, Michael J. Novotny, Edward Arancio, Jennifer D'Auria, William Nelson, Thomas Arias, Hillary A. Briley, Lauren Murphy, Paul Schertzer, Assurance Company of Amer, Evelyn Tepedino, Michael Girdano, Vincent J. Della Bella, Deborah Calderon, Thomas Baez, Colonial American Casualty and Surety Insurance Company, Catherine Jezycki, Winifred Aranyos, Elizabeth R. Burns, National Ben Franklin Insurance Company of Illinois, Joanne Barbara, Eileen F. Colligan, Susan Conklin, Jennifer Tarantino, Wen Shi, Kathryn J. Hussa, Jurgiel Kazimierz, Vigilant Insurance Company, Monica M. Gabrielle, Robert T. Folger, Daniel Polatsch, Eileen Tallon, Lori Mascali, Ron Harding, Donald G. Havlish, Sr., Cynthia Tumulty, Amy Farnum, Sonia Bonomo, Patricia H. McDowell, Linda Pickford, John P. Baeszler, Robert Spadafora, National Fire Insurance Company of Hartford, Shirley Henderson, Houssain Lazaar, Katherine Soulas, Homeland Insurance Company of New York, (2606 in 1:03-md-01570-GBD-FM) Amended Notice of Appeal, filed by Euro Brokers Inc., et al., (2565 in 1:03-md-01570-GBD-FM, 668 in 1:02-cv-06977-GBD) Notice of Appeal, filed by Kathleen Ashton, (629 in 1:03-cv-09849-GBD, 2605 in 1:03-md-01570-GBD-FM) Amended Notice of Appeal, filed by Burnett Plaintiffs, (368 in 1:04-cv-01076-GBD, 435 in 1:04-cv-05978-GBD, 514 in 1:04-cv-01923-GBD, 2602 in 1:03-md-01570-GBD-FM, 832 in 1:03-cv-06978-GBD, 676 in 1:02-cv-06977-GBD, 419 in 1:04-cv-07065-GBD, 628 in 1:03-cv-09849-GBD) Corrected Notice of Appeal, filed by Sandra Lang, Estate of John P.O'Neill, Sr., |

| # | Date | Proceeding Text |
|---|------|-----------------|
| | | (667 in 1:02-cv-06977-GBD) Notice of Appeal, filed by Kathleen Ashton, (626 in 1:03-cv-09849-GBD, 2592 in 1:03-md-01570-GBD-FM) Notice of Appeal,,,,,,,,, filed by Jessica Murrow-Adams, Stephen Jezycki, Jr., Josephine Acquaviva, Armando Bardales, Lillian Bini, Leonor Alvarez, Maria Giordano, Rina Rabinowitz, Jean Adams, Philipson Azenabor, Emma Tisnovskiy, Bhola P. Bishundat, David M. Bernstein, Elizabeth Alderman, Daryl Joseph Meehan, Kim Barbaro, Suzanne J. Berger, Thomas J. Meehan, III, Jocelyne Ambroise, Doreen Lutter, Murray Bernstein, Richard D. Allen, Stephen Alderman, Nicholas Barbaro, Kevin W. Barry, John C. Buckley, Maureen Barry, Karium Ali, Judith M. Aiken, Krystyna Boryczewski, Mary Barbieri, Mary Margaret Jurgens, Irene Bilcher, Norma Bernstein, Andrew Arias, Kevin Barry, Susan Brady, Kathleen M Buckley, Ondina Bennett, Rosemarie Corvino, Joanne F. Betterly, Boris Bililovsky, Rostyslav Tisnovskiy, Sharon Booker, All Plaintiffs, Lorraine Arias Beliveau, Yvonne V. Abdool, Miles Bilcher, Brian Barry, Gila Barzvi, Leonid Tisnovskiy, Michele Boryczewski, Deena Burnett, John Benedetto, Anna M. Granville, Michael Jezycki, Robert J. Bernstein, George Bonomo, Camille Doyle, Beverly Burnett, Basmattie Bishundat, Jane Alderman, Michael J. Allen, Lynn Allen, Lauren Arias Lucchini, Rose Booker, Carol Barbaro, Luke C. Allen, Donald Arias, Joann Meehan, Frances Berdan, Benjamin Arroyo, William Doyle, Prakash Bhatt, Javier Burgos, Madelyn Allen, Cynthia Arnold, Michael Boryczewski, James Alario, Alfred Acquaviva, Thomas Burnett, Desiree A. Gerasimovich, Julia Boryczewski, Martha Burnett O'Brien, Edmund Barry, Jennifer D'Auria, Thomas Arias, Michael Girdano, Catherine Jezycki, Sonia Bonomo, John P. Baeszler, (597 in 1:03-cv-09849-GBD, 2467 in 1:03-md-01570-GBD-FM) Notice of Appeal, filed by All Plaintiffs, (795 in 1:03-cv-06978-GBD, 2459 in 1:03-md-01570-GBD-FM) Notice of Appeal,,,,,,,,, filed by Federal Insurance Company, (407 in 1:04-cv-05970-GBD, 2457 in 1:03-md-01570-GBD-FM) Notice of Appeal, filed by All Plaintiffs, (596 in 1:03-cv-09849-GBD, 2466 in 1:03-md-01570-GBD-FM) Notice of Appeal, filed by All Plaintiffs, (2611 in 1:03-md-01570-GBD-FM) Amended Notice of Appeal filed by Pacific Indemnity Company, Federal Insurance Company, Vigilant Insurance Company, (2469 in 1:03-md-01570-GBD-FM) Notice of Appeal, filed by All Plaintiffs, (2436 in 1:03-md-01570-GBD-FM, 646 in 1:02-cv-06977-GBD) Notice of Appeal, filed by All Plaintiffs, ALL PLAINTIFFS, (2600 in 1:03-md-01570-GBD-FM, 627 in 1:03-cv-09849-GBD) Amended Notice of Appeal, filed by Burnett Plaintiffs, (2593 in 1:03-md-01570-GBD-FM) Notice of Appeal,,, filed by Maxcor Financial Inc., Maxcor Financial Asset Management Inc., Euro Brokers Inc., et al., Maxcor Information Inc., Euro Brokers Ltd., Euro Brokers Inc., Euro Brokers (Switzerland) S.A., Maxcor Financial Group Inc., Euro Brokers Financial Services Limited, Euro Brokers Mexico, S.A. DE C.V., (2566 in 1:03-md-01570-GBD-FM) Notice of Appeal, filed by Euro Brokers Inc., et al., Euro Brokers Ltd., Euro Brokers Inc., Euro Brokers (Switzerland) S.A., Euro Brokers Financial Services Limited, Euro Brokers Mexico, S.A. DE C.V., (2590 in 1:03-md-01570-GBD-FM, 417 in 1:04-cv-07065-GBD) Notice of Appeal,,, filed by CO2e.com, LLC, Cantor Fitzgerald Securities, Espeed, Inc., eSpeed Government Securities, Inc., Cantor Fitzgerald Associates, L.P., Port Authority of New York and New Jersey, Cantor Fitzgerald Europe, Port Authority Trans - Hudson Corporation, Cantor Fitzgerald Partners, TradeSpark, L.P., Cantor Fitzgerald Brokerage, L.P., Cantor Fitzgerald & Co., WTC Retail LLC, Cantor Index Limited, Cantor Fitzgerald, L.P., Cantor Fitzgerald International, eSpeed Securities, Inc., (2564 in 1:03-md-01570-GBD-FM) Corrected Notice of Appeal filed by Federal Insurance Company, (2601 in 1:03-md-01570-GBD-FM) Amended Notice of Appeal, filed by Euro Brokers Inc., et al., (2454 in 1:03-md-01570-GBD-FM, 501 in 1:04-cv-01923-GBD) Notice of Appeal, filed by All Plaintiffs, (2607 in 1:03-md-01570-GBD-FM, 421 in 1:04-cv-07065-GBD) Amended Notice of Appeal,, filed by CO2e.com, LLC, Cantor Fitzgerald Securities, Espeed, Inc., eSpeed Government Securities, Inc., Cantor Fitzgerald Associates, L.P., Cantor Fitzgerald Europe, Cantor Fitzgerald Partners, TradeSpark, L.P., Cantor Fitzgerald Brokerage, L.P., Cantor Fitzgerald & Co., Cantor Index Limited, Cantor Fitzgerald, L.P., Cantor Fitzgerald International, eSpeed Securities, Inc., (418 in 1:04-cv-07065-GBD, 2599 in 1:03-md-01570-GBD-FM) Amended Notice of Appeal,,, filed by CO2e.com, LLC, Cantor Fitzgerald Securities, Espeed, Inc., eSpeed Government Securities, Inc., Cantor Fitzgerald Associates, L.P., Port Authority of New York and New Jersey, Cantor Fitzgerald Europe, Port Authority Trans - Hudson Corporation, Cantor Fitzgerald Partners, TradeSpark, L.P., DMI Administrative Services S.A., Cantor Fitzgerald Brokerage, L.P., Cantor Fitzgerald & Co., WTC Retail LLC, Cantor Index Limited, Cantor Fitzgerald, L.P., Cantor Fitzgerald International, eSpeed Securities, Inc., (2471 in 1:03-md-01570-GBD-FM) Notice of Appeal, filed by All Plaintiffs, (420 in 1:04-cv-07065-GBD) Amended Notice of Appeal,, filed by CO2e.com, LLC, Cantor Fitzgerald Securities, Espeed, Inc., eSpeed Government Securities, Inc., Cantor Fitzgerald Associates, L.P., Cantor Fitzgerald Europe, Cantor Fitzgerald Partners, TradeSpark, L.P., Cantor Fitzgerald Brokerage, L.P., Cantor Fitzgerald & Co., Cantor Index Limited, Cantor Fitzgerald, L.P., Cantor Fitzgerald International, |

| # | Date | Proceeding Text |
|---|------|-----------------|
| | | eSpeed Securities, Inc., (2468 in 1:03-md-01570-GBD-FM) Notice of Appeal, filed by All Plaintiffs, (2563 in 1:03-md-01570-GBD-FM) Notice of Appeal, filed by Federal Insurance Company, (2470 in 1:03-md-01570-GBD-FM) Notice of Appeal, filed by All Plaintiffs USCA Case Number 11-3294(L). The appeal in the above captioned case from a judgment of the United States District Court for the Southern District of New York was argued on the district court's record and the parties' briefs. Upon consideration thereof,IT IS HEREBY ORDERED, ADJUDGED and DECREED that the judgment of the district court is AFFIRMED in part, VACATED in part and REMANDED in accordance with the opinion of this court.Catherine O'Hagan Wolfe, Clerk USCA for the Second Circuit. Issued As Mandate: 6/27/2013. (Attachments: # 1 USCA Opinion, # 2 USCA Opinion, # 3 USCA Opinion)Filed In Associated Cases: 1:03-md-01570-GBD-FM et al.(nd) Modified on 6/28/2013 (nd). (Entered: 06/28/2013) |
| 873 | 07/11/2013 | ORDER in case 1:03-md-01570-GBD-FM; denying (821) Motion to Strike in case 1:03-cv-06978-GBD; denying Motion to Strike in case 1:03-md-01570-GBD-FM. Defendants Kingdom of Saudi Arabia and the Saudi High Commission for Relief of Bosnia & Herzegovina's Motion to Strike is DENIED. (Signed by Judge George B. Daniels on 7/10/2013) Filed In Associated Cases: 1:03-md-01570-GBD-FM, 1:03-cv-06978-GBD(ja) (Entered: 07/11/2013) |
| 874 | 09/04/2013 | ORDER: The discovery conference scheduled for September 10, 2013 is adjourned. By September 13, 2013, the parties shall submit a joint letter to my Chambers providing their availability for a further conference during the week of October 28, 2013. (Signed by Magistrate Judge Frank Maas on 9/4/2013) Filed In Associated Cases: 1:03-md-01570-GBD-FM et al. Copies Sent By Chambers. (cd) (Entered: 09/05/2013) |
| 875 | 09/30/2013 | ORDER in case 1:03-cv-09849-GBD; denying (566) Motion for Certificate of Appealability in case 1:03-cv-06978-GBD;. Defendant Dubai Islamic Bank's motion for an order pursuant to 28 U.S.C. § 1292(b) authorizing an appeal from this Court's Order (ECF 2252) denying DIB's motion to dismiss (ECF 955) is DENIED. The Clerk of the Court is ordered to close this motion (ECF 766). SO ORDERED.(Signed by Judge George B. Daniels on 9/30/2013) Filed In Associated Cases: 1:04-cv-01923-GBD et al.(ama) Modified on 9/30/2013 (ama). (Entered: 09/30/2013) |
| 876 | 10/03/2013 | STIPULATION AS TO EXTENSION OF TIME TO SUBMIT BRIEFING CONCERNING DR. ABDUL RAHMAN AL SWAILEM'S RENEWED MOTION TO DISMISS: IT IS HEREBY STIPULATED AND AGREED, by and between the Federal insurance Plaintiffs and Defendant Dr. Al Swailem, by and through their undersigned counsel, that the time for the Federal Insurance Plaintiffs to file their opposition to Dr. Al Swailem's renewed motion to dismiss shall be or before October 9, 2013. IT IS FURTHER HEREBY STIPULATED AND AGREED, that the time for Dr. Al Swailem to file his reply brief shall likewise be extended and due on or before October 24, 2013. ( Responses due by 10/9/2013, Replies due by 10/24/2013.) (Signed by Magistrate Judge Frank Maas on 9/30/2013) Filed In Associated Cases: 1:03-md-01570-GBD-FM, 1:03-cv-06978-GBD(djc) (Entered: 10/03/2013) |
| 877 | 12/19/2013 | OPINION of USCA as to (2587 in 1:03-md-01570-GBD-FM) Notice of Appeal, filed by Vigilant Insurance Company, Federal Insurance Company, Pacific Indemnity Company USCA Case Number 12-1318-cv(L). Appeal from an order of the United States District Court for the Southern District of New York denying the plaintiff's Rule 60(b) motion to reopen the District Court's judgment dismissing sovereign defendants pursuant to the Foreign Sovereign Immunities Act. We hold that the District Court's decision rested on an error of law and the motion should have been granted. Accordingly, we REVERSE the order denying the Rule 60(b) motion and REMAND to the District Court for further proceedings consistent with this opinion. Catherine O'Hagan Wolfe, Clerk USCA for the Second Circuit. Certified: 12/19/2013. Filed In Associated Cases: 1:03-md-01570-GBD-FM, 1:03-cv-06978-GBD, 1:03-cv-08591-GBD, 1:04-cv-07216-GBD(nd) (Entered: 12/19/2013) |
| 878 | 12/31/2013 | NOTICE OF APPEARANCE by Peter Charles Salerno on behalf of Yassin Abdullah Al Kadi, Yassin Abdullah Al-Kadi. Filed In Associated Cases: 1:03-md-01570-GBD-FM et al.(Salerno, Peter) (Entered: 12/31/2013) |
| 879 | 01/02/2014 | NOTICE OF CHANGE OF ADDRESS by Amy Rothstein on behalf of Yassin Abdullah Kadi. New Address: Salerno & Rothstein, 221 Schultz Hill Road, Pine Plains, NY, USA 12567, 518-771-3050. (Rothstein, Amy) (Entered: 01/02/2014) |
| 880 | 01/02/2014 | NOTICE OF CHANGE OF ADDRESS by Peter Charles Salerno on behalf of Yassin Abdullah Al Kadi, Yassin Abdullah Al-Kadi, Yassin Abdullah Kadi. New Address: Salerno & Rothstein, 221 Schultz Hill Road, Pine Plains, NY, USA 12567, 518-771-3050. Filed In Associated Cases: 1:03-md-01570-GBD-FM et al.(Salerno, Peter) (Entered: 01/02/2014) |
| 881 | 01/14/2014 | MANDATE of USCA (Certified Copy) as to (433 in 1:04-cv-07279-GBD) Notice of Appeal,,,, filed |

| # | Date | Proceeding Text |
|---|------|-----------------|
| | | by Maxcor Financial Group Inc., Maxcor Financial Inc., Maxcor Information Inc., Euro Brokers (Switzerland) S.A., Euro Brokers Inc., et al., Euro Brokers Financial Services Limited, Maxcor Financial Asset Management Inc., Euro Brokers Inc., Euro Brokers Mexico, S.A. DE C.V., Euro Brokers Ltd., (2590 in 1:03-md-01570-GBD-FM, 417 in 1:04-cv-07065-GBD) Notice of Appeal,,, filed by WTC Retail LLC, Cantor Fitzgerald Partners, Cantor Fitzgerald Securities, Espeed, Inc., Cantor Index Limited, eSpeed Government Securities, Inc., Cantor Fitzgerald, L.P., TradeSpark, L.P., Cantor Fitzgerald Europe, Cantor Fitzgerald Associates, L.P., Cantor Fitzgerald International, eSpeed Securities, Inc., Port Authority Trans - Hudson Corporation, Cantor Fitzgerald Brokerage, L.P., C02e.com, LLC, Port Authority of New York and New Jersey, Cantor Fitzgerald & Co., (2587 in 1:03-md-01570-GBD-FM) Notice of Appeal, filed by Vigilant Insurance Company, Pacific Indemnity Company, Federal Insurance Company, (310 in 1:04-cv-01922-GBD, 2589 in 1:03-md-01570-GBD-FM) Corrected Notice of Appeal, filed by C. O'Neill, D. A. O'Neill, C. I. O'Neill, J. P. O'Neill, Jr., Esate of John P. O'Neill, Sr., (434 in 1:04-cv-05970-GBD) Notice of Appeal,,, filed by Transcontinental Insurance Company, American Casualty Company of Reading, Pennsylvania, National Fire Insurance Company of Hartford, Transportation Insurance Company USCA Case Number 12-1318(L); 12-1350 (con); 12-1441 (con); 12-1476 (con); 12-1477 (con); 12-1519 (con). Ordered, Adjudged and Decreed that the order of the District Court denying the Rule 60(b) motion is REVERSED and REMANDED in accordance with the opinion of this court. Catherine O'Hagan Wolfe, Clerk USCA for the Second Circuit. Issued As Mandate: 01/14/2014. (Attachments: # 1 Opinion)Filed In Associated Cases: 1:03-md-01570-GBD-FM et al.(nd) (Entered: 01/15/2014) |
| 882 | 01/15/2014 | ORDER FOR ADMISSION PRO HAC VICE granting (2825) Motion for Mark A. Hiller to Appear Pro Hac Vice in case 1:03-md-01570-GBD-FM. (Signed by Judge George B. Daniels on 1/15/2014) Filed In Associated Cases: 1:03-md-01570-GBD-FM, 1:03-cv-06978-GBD (ja) (Entered: 01/15/2014) |
| 883 | 01/17/2014 | ORDER: The conference initially scheduled for Thursday, January 16, 2014 is adjourned until Thursday, April 24, 2014, at 11:00 a.m. (Status Conference set for 4/24/2014 at 11:00 AM before Judge George B. Daniels.) (Signed by Judge George B. Daniels on 1/17/2014) Filed In Associated Cases: 1:03-md-01570-GBD-FM et al.(ja) (Entered: 01/17/2014) |
| 884 | 01/24/2014 | MOTION for Attorney Fees Notice of Plaintiff's Application for Attorneys' Fees and Expenses Pursuant to Report and Recommendation of October 28, 2013. Document filed by All Plaintiffs(on behalfof themselves and all others similalrly situated).Filed In Associated Cases: 1:03-md-01570-GBD-FM et al.(Haefele, Robert) (Entered: 01/24/2014) |
| 885 | 01/24/2014 | MEMORANDUM OF LAW in Support re: (75 in 1:11-cv-07550-GBD) MOTION for Attorney Fees Notice of Plaintiff's Application for Attorneys' Fees and Expenses Pursuant to Report and Recommendation of October 28, 2013.. Document filed by ALL PLAINTIFFS. Filed In Associated Cases: 1:03-md-01570-GBD-FM et al.(Haefele, Robert) (Entered: 01/24/2014) |
| 886 | 01/24/2014 | DECLARATION of Robert T. Haefele in Support re: (75 in 1:11-cv-07550-GBD) MOTION for Attorney Fees Notice of Plaintiff's Application for Attorneys' Fees and Expenses Pursuant to Report and Recommendation of October 28, 2013.. Document filed by ALL PLAINTIFFS. (Attachments: # 1 Exhibit A, # 2 Exhibit B1, # 3 Exhibit B2, # 4 Exhibit B3, # 5 Exhibit B4, # 6 Exhibit C1, # 7 Exhibit C2, # 8 Exhibit C3, # 9 Exhibit D, # 10 Exhibit E, # 11 Exhibit F, # 12 Exhibit G, # 13 Exhibit H, # 14 Exhibit I, # 15 Exhibit J, # 16 Exhibit K, # 17 Exhibit L, # 18 Exhibit M, # 19 Exhibit N, # 20 Exhibit O, # 21 Exhibit P)Filed In Associated Cases: 1:03-md-01570-GBD-FM et al.(Haefele, Robert) (Entered: 01/24/2014) |
| 887 | 01/31/2014 | NOTICE OF APPEARANCE by Timothy James McCarthy on behalf of Dar-al-maal Al Islami, DMI Administrative Services S.A., Dar Al Maal Al Islami, Daral Maal Al Islami Trust, Daral Maal Al Islami Trust, Dar Al Maal Al Islami, Dar-Al-Maal Al Islami, DMI Administrative Services, S.A., Dar Al Maal Islami Trust, Dar Al Maal Islami, DMI Trust, Dar Al Maal Al Islami Trust. Filed In Associated Cases: 1:03-md-01570-GBD-FM et al.(McCarthy, Timothy) (Entered: 01/31/2014) |
| 888 | 01/31/2014 | NOTICE OF APPEARANCE by Aimee Rebecca Kahn on behalf of Dar-al-maal Al Islami, DMI Administrative Services S.A., Dar Al Maal Al Islami, Daral Maal Al Islami Trust, Daral Maal Al Islami Trust, Dar Al Maal Al Islami, Dar-Al-Maal Al Islami, DMI Administrative Services, S.A., Dar Al Maal Islami Trust, Dar Al Maal Islami, DMI Trust, Dar Al Maal Al Islami Trust. Filed In Associated Cases: 1:03-md-01570-GBD-FM et al.(Kahn, Aimee) (Entered: 01/31/2014) |
| 889 | 03/10/2014 | REPLY MEMORANDUM OF LAW in Support re: (327 in 1:03-cv-05071-GBD, 560 in 1:04-cv-01923-GBD, 323 in 1:03-cv-07036-GBD, 333 in 1:02-cv-07300-GBD-FM, 345 in 1:04-cv-01922-GBD, 2829 in 1:03-md-01570-GBD-FM, 485 in 1:04-cv-07279-GBD, 484 in 1:04-cv-05970-GBD, 509 in 1:04-cv-06105-GBD, 299 in 1:04-cv-07216-GBD, 721 in 1:02-cv-06977-GBD, 884 in 1:03- |

| # | Date | Proceeding Text |
|---|---|---|
| | | cv-06978-GBD, 398 in 1:04-cv-01076-GBD, 297 in 1:03-cv-08591-GBD, 678 in 1:03-cv-09849-GBD) MOTION for Attorney Fees Notice of Plaintiff's Application for Attorneys' Fees and Expenses Pursuant to Report and Recommendation of October 28, 2013. Reply Memorandum of Law in Further Support of Plaintiffs' Application for Attorneys' Fees and Expenses Pursuant to Report and Recommendation of October 28, 2013. Document filed by All Plaintiffs. Filed In Associated Cases: 1:03-md-01570-GBD-FM et al.(Haefele, Robert) (Entered: 03/10/2014) |
| 890 | 03/10/2014 | DECLARATION of Robert T. Haefele in Support re: (323 in 1:03-cv-07036-GBD, 333 in 1:02-cv-07300-GBD-FM, 485 in 1:04-cv-07279-GBD, 299 in 1:04-cv-07216-GBD, 398 in 1:04-cv-01076-GBD, 327 in 1:03-cv-05071-GBD, 560 in 1:04-cv-01923-GBD, 345 in 1:04-cv-01922-GBD, 2829 in 1:03-md-01570-GBD-FM, 484 in 1:04-cv-05970-GBD, 509 in 1:04-cv-06105-GBD, 721 in 1:02-cv-06977-GBD, 449 in 1:04-cv-07280-GBD, 884 in 1:03-cv-06978-GBD, 297 in 1:03-cv-08591-GBD, 678 in 1:03-cv-09849-GBD) MOTION for Attorney Fees Notice of Plaintiff's Application for Attorneys' Fees and Expenses Pursuant to Report and Recommendation of October 28, 2013.. Document filed by All Plaintiffs. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F, # 7 Exhibit G, # 8 Exhibit H, # 9 Exhibit I, # 10 Exhibit J, # 11 Exhibit K, # 12 Exhibit L, # 13 Exhibit M, # 14 Exhibit N, # 15 Exhibit O, # 16 Exhibit P, # 17 Exhibit Q, # 18 Exhibit R)Filed In Associated Cases: 1:03-md-01570-GBD-FM et al.(Haefele, Robert) (Entered: 03/10/2014) |
| | 04/24/2014 | Minute Entry for proceedings held before Judge George B. Daniels: Oral Argument held on 4/24/2014 re: (2773 in 1:03-md-01570-GBD-FM) MOTION to Dismiss for Lack of Jurisdiction. filed by Abdul Rahman Al Swailem. Plaintiff Counsel: Sean Carter, Robert Turner Haefele, James P. Kreindler, Jerry Stephen Goldman, J. Scott Tarbutton; Defense Counsel: Alan Robert Kabat,, Omar T. Mohammedi, Roni Bargoffen, Aisha Henry, Peter C. Salerno, Amy Rothstein, Frederick J. Goetz, Thomas E. Mellon, Martin F. McMahon (telephonic) and Court Reporter present. The next conference is scheduled for July 15, 2014 at 11:00 a.m. Associated Cases: 1:03-md-01570-GBD-FM et al.(Vega, Elizabeth) (Entered: 04/24/2014) |
| 892 | 05/15/2014 | AFFIDAVIT of James P. Kreindler in Support re: (2829 in 1:03-md-01570-GBD-FM) MOTION for Attorney Fees Notice of Plaintiff's Application for Attorneys' Fees and Expenses Pursuant to Report and Recommendation of October 28, 2013.. Document filed by Kathleen Ashton. Filed In Associated Cases: 1:03-md-01570-GBD-FM et al.(Kreindler, James) (Entered: 05/15/2014) |
| 893 | 06/06/2014 | REPLY MEMORANDUM OF LAW in Support re: (395 in 1:03-cv-09848-GBD, 323 in 1:03-cv-07036-GBD, 333 in 1:02-cv-07300-GBD-FM, 485 in 1:04-cv-07279-GBD, 59 in 1:09-cv-07055-GBD-FM, 299 in 1:04-cv-07216-GBD, 295 in 1:04-cv-07281-GBD-FM, 398 in 1:04-cv-01076-GBD, 327 in 1:03-cv-05071-GBD, 560 in 1:04-cv-01923-GBD, 464 in 1:04-cv-07065-GBD, 345 in 1:04-cv-01922-GBD, 2829 in 1:03-md-01570-GBD-FM, 484 in 1:04-cv-05970-GBD, 412 in 1:03-cv-05738-GBD, 75 in 1:11-cv-07550-GBD, 509 in 1:04-cv-06105-GBD, 721 in 1:02-cv-06977-GBD-FM, 449 in 1:04-cv-07280-GBD, 884 in 1:03-cv-06978-GBD, 297 in 1:03-cv-08591-GBD, 678 in 1:03-cv-09849-GBD) MOTION for Attorney Fees Notice of Plaintiff's Application for Attorneys' Fees and Expenses Pursuant to Report and Recommendation of October 28, 2013. Plaintiffs' Reply Memorandum of Law in Response to Al Haramain Filing at ECF No. 2864 and in Further Support of Plaintiffs' Application for Attorney's Fees and Expenses Pursuant to Report and Recommendation of October 28, 2013.. Document filed by All Plaintiffs. Filed In Associated Cases: 1:03-md-01570-GBD-FM et al.(Haefele, Robert) (Entered: 06/06/2014) |
| 894 | 06/06/2014 | DECLARATION of Jerry S. Goldman in Support re: (395 in 1:03-cv-09848-GBD, 323 in 1:03-cv-07036-GBD, 333 in 1:02-cv-07300-GBD-FM, 485 in 1:04-cv-07279-GBD, 59 in 1:09-cv-07055-GBD-FM, 299 in 1:04-cv-07216-GBD, 295 in 1:04-cv-07281-GBD-FM, 398 in 1:04-cv-01076-GBD, 327 in 1:03-cv-05071-GBD, 560 in 1:04-cv-01923-GBD, 464 in 1:04-cv-07065-GBD, 345 in 1:04-cv-01922-GBD, 2829 in 1:03-md-01570-GBD-FM, 484 in 1:04-cv-05970-GBD, 412 in 1:03-cv-05738-GBD, 75 in 1:11-cv-07550-GBD, 509 in 1:04-cv-06105-GBD, 721 in 1:02-cv-06977-GBD-FM, 449 in 1:04-cv-07280-GBD, 884 in 1:03-cv-06978-GBD, 297 in 1:03-cv-08591-GBD, 678 in 1:03-cv-09849-GBD) MOTION for Attorney Fees Notice of Plaintiff's Application for Attorneys' Fees and Expenses Pursuant to Report and Recommendation of October 28, 2013.. Document filed by All Plaintiffs. Filed In Associated Cases: 1:03-md-01570-GBD-FM et al.(Haefele, Robert) (Entered: 06/06/2014) |
| 895 | 06/18/2014 | RESPONSE re: (2868 in 1:03-md-01570-GBD-FM) Notice (Other) Plaintiffs' Response to Notice of Supplemental Authority Filed by Al Haramain as ECF Document No. 2868. Document filed by All Plaintiffs. Filed In Associated Cases: 1:03-md-01570-GBD-FM et al.(Haefele, Robert) (Entered: 06/18/2014) |
| 896 | 08/14/2014 | ORDER granting (395) Motion for Attorney Fees in case 1:03-cv-09848-GBD; granting (678) Motion for Attorney Fees in case 1:03-cv-09849-GBD; granting (2829) Motion for Attorney Fees |

| # | Date | Proceeding Text |
|---|------|-----------------|
| | | in case 1:03-md-01570-GBD-FM; granting (398) Motion for Attorney Fees in case 1:04-cv-01076-GBD; granting (345) Motion for Attorney Fees in case 1:04-cv-01922-GBD; granting (560) Motion for Attorney Fees in case 1:04-cv-01923-GBD; granting (509) Motion for Attorney Fees in case 1:04-cv-06105-GBD; granting (484) Motion for Attorney Fees in case 1:04-cv-05970-GBD; granting (464) Motion for Attorney Fees in case 1:04-cv-07065-GBD; granting (299) Motion for Attorney Fees in case 1:04-cv-07216-GBD; granting (449) Motion for Attorney Fees in case 1:04-cv-07280-GBD; granting (295) Motion for Attorney Fees in case 1:04-cv-07281-GBD-FM; granting (485) Motion for Attorney Fees in case 1:04-cv-07279-GBD; granting (59) Motion for Attorney Fees in case 1:09-cv-07055-GBD-FM; granting (75) Motion for Attorney Fees in case 1:11-cv-07550-GBD; granting (721) Motion for Attorney Fees in case 1:02-cv-06977-GBD-FM; granting (333) Motion for Attorney Fees in case 1:02-cv-07300-GBD-FM; granting (327) Motion for Attorney Fees in case 1:03-cv-05071-GBD; granting (412) Motion for Attorney Fees in case 1:03-cv-05738-GBD; granting (884) Motion for Attorney Fees in case 1:03-cv-06978-GBD; granting (323) Motion for Attorney Fees in case 1:03-cv-07036-GBD; granting (297) Motion for Attorney Fees in case 1:03-cv-08591-GBD. In this Court's April 23, 2014 Order, this Court adopted Magistrate Judge Maas's report and recommendation that Plaintiffs' motion for an award of attorneys' fees, due to Plaintiffs' efforts to compel the Al Haramain Defendants and Defendant Jelaidan to comply with their discovery obligations, be granted. See 03-MDL-1570, ECF No. 2851. The Clerk of the Court is therefore instructed to close the motion in In re Terrorist Attacks on September 11, 2001, 03-MDL-1570 (GBD)(FM), at ECF No. 2829, and the motion in Ashton et al. v. Al Qaeda Islamic, et al., 02-CV-6977 (GBD)(FM), at ECF No. 721. (Signed by Judge George B. Daniels on 8/14/2014) Filed In Associated Cases: 1:03-md-01570-GBD-FM et al. ***Docketed in all member cases pursuant to instructions from Chambers. (mro) (Entered: 08/15/2014) |
| 897 | 09/15/2014 | MOTION to Dismiss . Document filed by Saudi High Commission, The Kingdom of Saudi Arabia. Responses due by 10/30/2014(Kellogg, Michael) (Entered: 09/15/2014) |
| 898 | 09/15/2014 | MEMORANDUM OF LAW in Support re: 897 MOTION to Dismiss . . Document filed by Saudi High Commission, The Kingdom of Saudi Arabia. (Kellogg, Michael) (Entered: 09/15/2014) |
| 899 | 01/28/2015 | MOTION for Extension of Time to File Briefs. Document filed by ALL PLAINTIFFS.Filed In Associated Cases: 1:03-md-01570-GBD-FM et al.(Kreindler, James) (Entered: 01/28/2015) |
| 900 | 01/28/2015 | ORDER granting (402) Letter Motion for Extension of Time to File in case 1:03-cv-09848-GBD; granting (695) Letter Motion for Extension of Time to File in case 1:03-cv-09849-GBD; granting (2924) Letter Motion for Extension of Time to File in case 1:03-md-01570-GBD-FM; granting (413) Letter Motion for Extension of Time to File in case 1:04-cv-01076-GBD; granting (362) Letter Motion for Extension of Time to File in case 1:04-cv-01922-GBD; granting (580) Letter Motion for Extension of Time to File in case 1:04-cv-01923-GBD; granting (519) Letter Motion for Extension of Time to File in case 1:04-cv-06105-GBD; granting (498) Letter Motion for Extension of Time to File in case 1:04-cv-05970-GBD; granting (475) Letter Motion for Extension of Time to File in case 1:04-cv-07065-GBD; granting (311) Letter Motion for Extension of Time to File in case 1:04-cv-07216-GBD; granting (457) Letter Motion for Extension of Time to File in case 1:04-cv-07280-GBD; granting (302) Letter Motion for Extension of Time to File in case 1:04-cv-07281-GBD-FM; granting (498) Letter Motion for Extension of Time to File in case 1:04-cv-07279-GBD; granting (66) Letter Motion for Extension of Time to File in case 1:09-cv-07055-GBD-FM; granting (84) Letter Motion for Extension of Time to File in case 1:11-cv-07550-GBD; granting (736) Letter Motion for Extension of Time to File in case 1:02-cv-06977-GBD-FM; granting (342) Letter Motion for Extension of Time to File in case 1:02-cv-07300-GBD-FM; granting (336) Letter Motion for Extension of Time to File in case 1:03-cv-05071-GBD; granting (420) Letter Motion for Extension of Time to File in case 1:03-cv-05738-GBD; granting (899) Letter Motion for Extension of Time to File in case 1:03-cv-06978-GBD; granting (332) Letter Motion for Extension of Time to File in case 1:03-cv-07036-GBD; granting (309) Letter Motion for Extension of Time to File in case 1:03-cv-08591-GBD. Any opposition to the Renewed Motion to Dismiss of the Kingdom of Saudi Arabia and Saudi High Commission for Bosnia & Herzegovina (SHC) is due on or before February 3, 2015. Any opposition to Plaintiffs' Motion to Amend is due on or before February 3, 2015. SO ORDERED. (Signed by Judge George B. Daniels on 1/28/2015) Filed In Associated Cases: 1:03-md-01570-GBD-FM et al. (ajs) (Entered: 01/28/2015) |
| | 01/28/2015 | Set/Reset Deadlines: Responses due by 2/3/2015 Associated Cases: 1:03-md-01570-GBD-FM et al.(ajs) (Entered: 01/28/2015) |
| 901 | 02/04/2015 | ENDORSED LETTER addressed to Judge George B. Daniels from Andrew J. Maloney, III dated 2/03/2015 re: Accordingly, plaintiffs respectfully request the Court order the clerk's office to accept a CD Rom of the 4,000 pages to ensure that they are part of the publically filed record |

| # | Date | Proceeding Text |
|---|------|-----------------|
| | | that both the Court and defense counsel now have. ENDORSEMENT: SO ORDERED. (Signed by Judge George B. Daniels on 2/04/2015) Filed In Associated Cases: 1:03-md-01570-GBD-FM et al.(ama) (Entered: 02/04/2015) |
| 903 | 02/11/2015 | ORDER EXTENDING TIME AND LENGTH LIMITS FOR REPLIES IN SUPPORT OF MOTIONS TO DISMISS AND FOR LEAVE TO AMEND: IT IS HEREBY ORDERED that the replies in support of the above motions each shall be filed no lather than March 27, 2015, and shall not exceed twenty pages in length. ( Replies due by 3/27/2015.) (Signed by Judge George B. Daniels on 2/11/2015) Filed In Associated Cases: 1:03-md-01570-GBD-FM et al.(ama) (Entered: 02/13/2015) |
| 902 | 02/13/2015 | LETTER addressed to Magistrate Judge Frank Maas from Amy Rothstein dated 02/12/2015 re: Motion to compel. Document filed by Yassin Abdullah Kadi. (Attachments: # 1 Exhibit 2013-12-12 Letter, # 2 Exhibit 2014-01-17 Letter, # 3 Exhibit 2014-05-07 Letter, # 4 Exhibit 2014-09-09 Letter, # 5 Exhibit 2014-12-15 Letter, # 6 Exhibit 2014-12-19 Letter, # 7 Exhibit 2015-01-23 Email, # 8 Exhibit Pls Rog Response)Filed In Associated Cases: 1:03-md-01570-GBD-FM et al.(Rothstein, Amy) (Entered: 02/13/2015) |
| 904 | 03/26/2015 | LETTER addressed to Magistrate Judge Frank Maas from Peter C. Salerno dated 03/26/2015 re: Kadi Letter-Motion to Compel. Document filed by Yassin Abdullah Kadi, Yassin Abdullah Kadi, Yassin Abdullah Al Kadi, Yassin Abdullah Al-Kadi, Yassin Abdullah Al Kadi.Filed In Associated Cases: 1:03-md-01570-GBD-FM et al.(Salerno, Peter) (Entered: 03/26/2015) |
| 905 | 04/06/2015 | ORDER: The conference currently scheduled for April 9, 2015 is adjourned to July 30, 2015 at 11:00 AM. SO ORDERED. ( Status Conference set for 7/30/2015 at 11:00 AM before Judge George B. Daniels.) (Signed by Judge George B. Daniels on 4/06/2015) Filed In Associated Cases: 1:03-md-01570-GBD-FM et al.(ama) (Entered: 04/06/2015) |
| 906 | 04/10/2015 | REPLY MEMORANDUM OF LAW in Support re: 897 MOTION to Dismiss . . Document filed by Saudi High Commission, The Kingdom of Saudi Arabia. (Attachments: # 1 Exhibit A)(Kellogg, Michael) (Entered: 04/10/2015) |
| 907 | 05/05/2015 | LETTER addressed to Magistrate Judge Frank Maas from Peter C. Salerno dated 5/5/2015 re: Motion to compel. Document filed by Yasin Abdullah Al Qadi, Yassin Abdullah Kadi, Yassin Abdullah Kadi, Yassin Abdullah Al Kadi, Yasin Al-Qadi.Filed In Associated Cases: 1:03-md-01570-GBD-FM et al.(Salerno, Peter) (Entered: 05/05/2015) |
| 908 | 07/27/2015 | CLERK'S CERTIFICATE OF DEFAULT as to the Islamic Republic of Iran. (km) (Entered: 07/27/2015) |
| 909 | 07/28/2015 | ORDER: ORDERED that the following attorney(s) are authorized to bring the Personal Electronic Device(s) and/or the General Purpose Computing Device(s) (collectively, "Devices") listed below into the Courthouse for use in a proceeding or trial in the action captioned: In re Terrorist Attacks on September 11, 2001, No. 03-md-1570. SO ORDERED. (Signed by Judge George B. Daniels on 7/28/2015) Filed In Associated Cases: 1:03-md-01570-GBD-FM et al.(ama) (Entered: 07/28/2015) |
| | 07/30/2015 | Minute Entry for proceedings held before Judge George B. Daniels: Oral Argument held on 7/30/2015 re: (2891 in 1:03-md-01570-GBD-FM) MOTION for Leave to File A Consolidated Amended Pleading of Facts and Evidence as to The Kingdom of Saudi Arabia and The Saudi High Commission for Relief of Bosnia and Herzegovina . filed by Burnett Plaintiffs, Kathleen Ashton, Federal Insurance Company, Euro Brokers Inc., et al., John Patrick O'Neill, Jr., Continental Casualty Company, Cantor Fitzgerald & Co., (2893 in 1:03-md-01570-GBD-FM) MOTION to Dismiss . filed by Saudi High Commission, The Kingdom of Saudi Arabia. Plaintiff Counsel: Sean P. Carter, Scott Tarbutton, Robert Haefele, James Kreindler, Jerry Goldman, Barbara Tirado, David C. Lee, Michel F. Baumeister; Defense Counsel: Michael K. Kellogg, Gregory G. Rapawy, Roy Englert, Steve Cottreau and court reporter present. The subsequent conference is scheduled for August 17, 2015 at 10:30a.m. Associated Cases: 1:03-md-01570-GBD-FM et al.(Vega, Elizabeth) (Entered: 07/31/2015) |
| 910 | 08/10/2015 | LETTER addressed to Magistrate Judge Frank Maas from Jerry S. Goldman, Esq. dated 08/10/2015 re: Letter Brief No. 2, Request That The Court Enter An Order Pursuant To Rule 37(a) Compelling Defendant Wa'el Hamza Jelaidan To Immediately Produce All Documents And Information Responsive To Plaintiffs' Document Requests. Document filed by Plaintiffs Executive Committees. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F, # 7 Exhibit G, # 8 Exhibit H, # 9 Exhibit I, # 10 Exhibit J, # 11 Exhibit K, # 12 Exhibit L, # 13 Exhibit M, # 14 Exhibit N, # 15 Exhibit O, # 16 Exhibit P, # 17 Exhibit Q, # 18 Exhibit R, # 19 Exhibit S, # 20 Exhibit T, # 21 Exhibit U, # 22 Exhibit V, # 23 Exhibit W, # 24 Exhibit X, # 25 Exhibit Y, # 26 Exhibit Z, # 27 Exhibit AA, # 28 Exhibit BB, # 29 Exhibit CC, # 30 Exhibit DD, # 31 |

| # | Date | Proceeding Text |
|---|------|-----------------|
| | | Exhibit EE, # 32 Exhibit FF, # 33 Exhibit GG, # 34 Exhibit HH, # 35 Exhibit II, # 36 Exhibit JJ, # 37 Exhibit KK, # 38 Exhibit LL, # 39 Exhibit MM, # 40 Exhibit NN, # 41 Supplement OO, # 42 Exhibit PP, # 43 Exhibit QQ, # 44 Exhibit RR, # 45 Exhibit SS)Filed In Associated Cases: 1:03-md-01570-GBD-FM et al.(Goldman, Jerry) (Entered: 08/10/2015) |
| 911 | 08/10/2015 | LETTER addressed to Magistrate Judge Frank Maas from Robert T. Haefele dated August 10, 2015 re: Request that the Court enter an order pursuant to Rule 37(a) compelling defendant Soliman H.S. Al-Buthe to immediately produce all documents and information responsive to Plaintiffs' document requests. Document filed by Plaintiffs Executive Committees. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F, # 7 Exhibit G, # 8 Exhibit H)Filed In Associated Cases: 1:03-md-01570-GBD-FM et al.(Haefele, Robert) (Entered: 08/10/2015) |
| 912 | 08/10/2015 | LETTER addressed to Magistrate Judge Frank Maas from Robert T. Haefele dated August 10, 2015 re: Request that the Court enter an order pursuant to Rule 37(a) and (b) compelling defendant Perouz Sedaghaty to immediately produce all documents and information responsive to Plaintiffs' document requests. Document filed by Plaintiffs Executive Committees. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E)Filed In Associated Cases: 1:03-md-01570-GBD-FM et al.(Haefele, Robert) (Entered: 08/10/2015) |
| 913 | 08/11/2015 | MOTION to Amend/Correct Complaint Solely Against The Iran Defendants. Document filed by Estate of John Patrick O'Neill Sr..Filed In Associated Cases: 1:03-md-01570-GBD-FM et al.(Goldman, Jerry) (Entered: 08/11/2015) |
| 914 | 08/11/2015 | AFFIDAVIT of Jerry S. Goldman, Esq. In Support in Support re: (97 in 1:11-cv-07550-GBD) MOTION to Amend/Correct Complaint Solely Against The Iran Defendants.. Document filed by Estate of John Patrick O'Neill Sr.. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C)Filed In Associated Cases: 1:03-md-01570-GBD-FM et al.(Goldman, Jerry) (Entered: 08/11/2015) |
| 915 | 08/11/2015 | MOTION for Entry of Default as to Islamic Republic of Iran, The Iranian Ministry of Intelligence and Security, The Iranian Minister of Intelligence and Security Ali Fallahian, The Iranian Revolutionary Guard Corps, The Iranian Revolutionary Guard Corps -- Qods Force, Ayatollah Ali Hoseini-Khamenei, and Deputy Commander Brigadier General of the Iranian Revolutionary Guard Corp. Mohammed Baqr Zalqadr . Document filed by Estate of John Patrick O'Neill Sr..Filed In Associated Cases: 1:03-md-01570-GBD-FM et al.(Goldman, Jerry) (Entered: 08/11/2015) |
| 916 | 08/11/2015 | AFFIDAVIT of Jerry S. Goldman, Esq. in Support re: (99 in 1:11-cv-07550-GBD) MOTION for Entry of Default as to Islamic Republic of Iran, The Iranian Ministry of Intelligence and Security, The Iranian Minister of Intelligence and Security Ali Fallahian, The Iranian Revolutionary Guard Corps, The Iranian Revolutionary Guard Co. Document filed by Estate of John Patrick O'Neill Sr.. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E)Filed In Associated Cases: 1:03-md-01570-GBD-FM et al.(Goldman, Jerry) (Entered: 08/11/2015) |
| 917 | 08/14/2015 | OPINION #105769 re: (2773 in 1:03-md-01570-GBD-FM) MOTION to Dismiss for Lack of Jurisdiction filed by Abdul Rahman Al Swailem. Dr. Abdul Rahman Al-Swailem is entitled to common law sovereign immunity for his official acts as President of the SJRC and the SRC. Therefore, this Court lacks subject matter jurisdiction over Plaintiffs' claims against him, and Al-Swailem's motion to dismiss is GRANTED pursuant to Federal Rule of Civil Procedure 12(h)(3). The Clerk of Court is directed to close the motion at ECF No. 2773. SO ORDERED. (Signed by Judge George B. Daniels on 8/14/2015) Filed In Associated Cases: 1:03-md-01570-GBD-FM, 1:03-cv-06978-GBD(ama) Modified on 8/18/2015 (soh). (Entered: 08/14/2015) |
| | 08/14/2015 | ***DELETED ENTRY. Deleted entry. Transmission to Order and Judgment Clerk. The document was incorrectly filed in this case. Filed In Associated Cases: 1:03-md-01570-GBD-FM, 1:03-cv-06978-GBD(ama) (Entered: 08/14/2015) |
| 918 | 08/17/2015 | LETTER addressed to Judge George B. Daniels from Jerry S. Goldman dated August 17, 2015 re: Requesting Extension of Default Judgment as to Liability Only, Obtained in this MDL against the Iran Defendants, Pursuant to 28 U.S.C. 1605A, to the O'Neill Plaintiffs in the Case Estate of John P. O'Neill, Sr., et al. v. The Republic of Iraq, et al., 04-CV-1076 (GBD). Document filed by Estate of John Patrick O'Neill Sr..Filed In Associated Cases: 1:03-md-01570-GBD-FM et al.(Goldman, Jerry) (Entered: 08/17/2015) |
| 919 | 08/18/2015 | MOTION for Gregory G. Rapawy to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number 0208-11291244. Motion and supporting papers to be reviewed by Clerk's Office staff. Document filed by The Kingdom of Saudi Arabia. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Text of Proposed Order)(Rapawy, Gregory) (Entered: 08/18/2015) |
| | 08/19/2015 | >>>NOTICE REGARDING PRO HAC VICE MOTION. Regarding Document No. 919 MOTION |

| # | Date | Proceeding Text |
|---|------|-----------------|
| | | for Gregory G. Rapawy to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number 0208-11291244. Motion and supporting papers to be reviewed by Clerk's Office staff.. The document has been reviewed and there are no deficiencies. (wb) (Entered: 08/19/2015) |
| 920 | 08/20/2015 | MOTION for Mark Alexander Hiller to Withdraw as Attorney . Document filed by Saudi High Commission.(Hiller, Mark) (Entered: 08/20/2015) |
| 921 | 08/25/2015 | ORDER: The Hoglan, O'Neill, Federal Insurance Co., and Ashton Plaintiffs that have submitted proposed orders for default judgment shall submit revised proposed orders on or before August 28, 2015, which track the language and format of the Order of Judgment issued in Havlish, et al. v. bin Laden, et al.,1 :03-cv-09848 (GBD), such that all proposed orders are uniform but for any substantive differences (e.g., the individual defendants at issue). (See Havlish Order of Judgment, 03 MDL 1570, ECF No. 2516 (Dec. 22, 2011). SO ORDERED. (Signed by Judge George B. Daniels on 8/25/2015) Filed In Associated Cases: 1:03-md-01570-GBD-FM, 1:02-cv-06977-GBD-FM, 1:03-cv-06978-GBD, 1:04-cv-01076-GBD, 1:11-cv-07550-GBD(ama) (Entered: 08/25/2015) |
| 922 | 08/26/2015 | LETTER addressed to Judge George B. Daniels from Jerry S. Goldman dated August 26, 2015 re: Revised Proposed Form Of Order For Entry Of Default Judgment Solely As To Liability Against The Iran Defendants. Document filed by Estate of John Patrick O'Neill Sr.. (Attachments: # 1 Exhibit Proposed Order)Filed In Associated Cases: 1:03-md-01570-GBD-FM et al.(Goldman, Jerry) (Entered: 08/26/2015) |
| 924 | 08/31/2015 | ORDER: granting (2891) Motion for Leave to File Document; granting (2967) Motion to Amend/Correct ; granting (2992) Motion to Amend/Correct in case 1:03-md-01570-GBD-FM; granting (749) Motion to Amend/Correct in case 1:02-cv-06977-GBD-FM; granting (913) Motion to Amend/Correct in case 1:03-cv-06978-GBD. The motion of the Federal Insurance and Ashton Plaintiffs to file their Amended Consolidated Pleading, solely as to Defendant Islamic Republic of Iran ("Iran"), to proceed with claims against Iran pursuant to 28 U.S.C. § 1605A, is GRANTED. Service of the Consolidated Amended Complaint upon Defendant Iran is not required under 28 U.S.C. § 1608, as the Federal Insurance and Ashton Plaintiffs properly served their initial complaints upon Defendant Iran, and the Consolidated Amended Complaint merely clarifies and converts the claims asserted in the original complaints under 26 U.S.C. § 1605(a)(7) to claims under 28 U.S.C. § 1605A. SO ORDERED.(Signed by Judge George B. Daniels on 8/31/2015) Filed In Associated Cases: 1:03-md-01570-GBD-FM, 1:02-cv-06977-GBD-FM, 1:03-cv-06978-GBD (ama) (Entered: 08/31/2015) |
| | 08/31/2015 | ***DELETED DOCUMENT. Deleted document number (3013) Order of Judgment. The document was incorrectly filed in this case. Filed In Associated Cases: 1:03-md-01570-GBD-FM, 1:03-cv-06978-GBD(ama) (Entered: 09/01/2015) |
| 925 | 08/31/2015 | ORDER OF JUDGMENT: ORDERED that Plaintiffs' Motion for Judgment by Default Against the Islamic Republic of Iran is GRANTED and final judgment on liability is entered in favor of all Plaintiffs in Federal Insurance Co. v. al Qaida, et al., 03-CV-06978 (GBD) and against The Islamic Republic of Iran; ORDERED that the Federal Insurance Plaintiffs are hereby referred to Magistrate Judge Frank Maas to resolve any remaining issues, including but not limited to damages both compensatory and punitive. SO ORDERED. (Signed by Judge George B. Daniels on 8/31/2015) Filed In Associated Cases: 1:03-md-01570-GBD-FM, 1:03-cv-06978-GBD(ama) (ama). (Entered: 09/01/2015) |
| | 09/03/2015 | NOTICE OF REDESIGNATION TO ANOTHER MAGISTRATE JUDGE. The above entitled action has been redesignated to Magistrate Judge Frank Maas. Please note that this is a reassignment of the designation only. (wb) (Entered: 09/03/2015) |
| | 09/03/2015 | NOTICE OF REASSIGNMENT OF A REFERRAL TO ANOTHER MAGISTRATE JUDGE. The referral in the above entitled action has been reassigned to Magistrate Judge Frank Maas, for Inquest After Default/Damages Hearing. (wb) (Entered: 09/03/2015) |
| 926 | 09/03/2015 | ORDER REFERRING CASE TO MAGISTRATE JUDGE. Order that case be referred to the Clerk of Court for assignment to a Magistrate Judge for Inquest After Default/Damages Hearing. Referred to Magistrate Judge Frank Maas. (Signed by Judge George B. Daniels on 9/3/2015) Filed In Associated Cases: 1:03-md-01570-GBD-FM, 1:02-cv-06977-GBD-FM, 1:03-cv-06978-GBD, 1:04-cv-01076-GBD, 1:11-cv-07550-GBD(lmb) (Entered: 09/03/2015) |
| 927 | 09/11/2015 | ORDER FOR ADMISSION PRO HAC VICE granting (3001) Motion for Gregory G. Rapawy to Appear Pro Hac Vice in case 1:03-md-01570-GBD-FM. (Signed by Judge George B. Daniels on 9/11/2015) Filed In Associated Cases: 1:03-md-01570-GBD-FM et al. (spo) (Entered: 09/11/2015) |
| 928 | 09/11/2015 | MEMO ENDORSEMENT granting 920 Motion to Withdraw as Attorney. ENDORSEMENT: SO |

| # | Date | Proceeding Text |
|---|------|-----------------|
| | | ORDERED. Attorney Mark A. Hiller terminated. (Signed by Judge George B. Daniels on 9/11/2015) (spo) (Entered: 09/11/2015) |
| 929 | 09/14/2015 | FILING ERROR - WRONG EVENT TYPE SELECTED FROM MENU - MOTION for Sanctions against Al Haramain Islamic Foundation, Inc.. Document filed by All Plaintiffs. (Attachments: # 1 Exhibit A, # 2 Exhibit C, # 3 Exhibit C, # 4 Exhibit D)Filed In Associated Cases: 1:03-md-01570-GBD-FM et al.(Haefele, Robert) Modified on 9/15/2015 (db). (Entered: 09/14/2015) |
| | 09/15/2015 | ***NOTICE TO ATTORNEY TO RE-FILE DOCUMENT - EVENT TYPE ERROR. Notice to Attorney Robert Turner Haefele to RE-FILE DOCUMENT (357 in 1:02-cv-07300-GBD-FM, 3033 in 1:03-md-01570-GBD-FM, 493 in 1:04-cv-07065-GBD, 351 in 1:03-cv-05071-GBD, 714 in 1:03-cv-09849-GBD, 81 in 1:09-cv-07055-GBD-FM, 472 in 1:04-cv-07280-GBD, 761 in 1:02-cv-06977-GBD-FM, 435 in 1:03-cv-05738-GBD, 380 in 1:04-cv-01922-GBD, 929 in 1:03-cv-06978-GBD-FM, 419 in 1:03-cv-09848-GBD, 437 in 1:04-cv-01076-GBD-FM, 329 in 1:04-cv-07216-GBD, 517 in 1:04-cv-05970-GBD, 317 in 1:04-cv-07281-GBD-FM, 114 in 1:11-cv-07550-GBD-FM, 600 in 1:04-cv-01923-GBD, 534 in 1:04-cv-06105-GBD, 347 in 1:03-cv-07036-GBD, 327 in 1:03-cv-08591-GBD, 517 in 1:04-cv-07279-GBD) MOTION for Sanctions against Al Haramain Islamic Foundation, Inc... Use the event type Letter found under the event list Other Documents. Filed In Associated Cases: 1:03-md-01570-GBD-FM et al.(db) (Entered: 09/15/2015) |
| 930 | 09/18/2015 | FILING ERROR - DEFICIENT DOCKET ENTRY - MOTION for Default Judgment as to . Document filed by Estate of John Patrick O'Neill Sr.. (Attachments: # 1 Affidavit, # 2 Exhibit 1, # 3 Exhibit 2, # 4 Exhibit 3, # 5 Exhibit 4, # 6 Exhibit 5)Filed In Associated Cases: 1:03-md-01570-GBD-FM et al.(Goldman, Jerry) Modified on 9/21/2015 (db). (Entered: 09/18/2015) |
| | 09/21/2015 | ***NOTICE TO ATTORNEY TO RE-FILE DOCUMENT - DEFICIENT DOCKET ENTRY ERROR. Notice to Attorney Jerry Stephen Goldman to RE-FILE Document (473 in 1:04-cv-07280-GBD, 762 in 1:02-cv-06977-GBD-FM, 328 in 1:03-cv-08591-GBD, 930 in 1:03-cv-06978-GBD-FM, 494 in 1:04-cv-07065-GBD, 715 in 1:03-cv-09849-GBD, 3040 in 1:03-md-01570-GBD-FM, 348 in 1:03-cv-07036-GBD, 318 in 1:04-cv-07281-GBD-FM, 82 in 1:09-cv-07055-GBD-FM, 381 in 1:04-cv-01922-GBD, 518 in 1:04-cv-07279-GBD, 352 in 1:03-cv-05071-GBD, 436 in 1:03-cv-05738-GBD, 438 in 1:04-cv-01076-GBD-FM, 518 in 1:04-cv-05970-GBD, 601 in 1:04-cv-01923-GBD, 116 in 1:11-cv-07550-GBD-FM, 330 in 1:04-cv-07216-GBD, 420 in 1:03-cv-09848-GBD, 535 in 1:04-cv-06105-GBD, 358 in 1:02-cv-07300-GBD-FM) MOTION for Default Judgment as to .. ERROR(S): Supporting Documents are filed separately, each receiving their own document #. Filed In Associated Cases: 1:03-md-01570-GBD-FM et al.(db) (Entered: 09/21/2015) |
| 931 | 09/21/2015 | MOTION for Default Judgment as to . Document filed by Estate of John P.O'Neill, Sr..Filed In Associated Cases: 1:03-md-01570-GBD-FM et al.(Goldman, Jerry) (Entered: 09/21/2015) |
| 932 | 09/21/2015 | AFFIDAVIT in Support re: (3042 in 1:03-md-01570-GBD-FM, 117 in 1:11-cv-07550-GBD-FM) MOTION for Default Judgment as to .. Document filed by Estate of John P.O'Neill, Sr.. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5)Filed In Associated Cases: 1:03-md-01570-GBD-FM et al.(Goldman, Jerry) (Entered: 09/21/2015) |
| 933 | 09/29/2015 | OPINION #105901: re: (2893 in 1:03-md-01570-GBD-FM) MOTION to Dismiss filed by Saudi High Commission, The Kingdom of Saudi Arabia. Defendants' motion to dismiss the claims against Saudi Arabia and the SHC is GRANTED. Those defendants are DISMISSED from this case because Saudi Arabia is a foreign sovereign, and the SHC is an instrumentality of that foreign sovereign. Both are immune from suit under the FSIA. Plaintiff's motion to file the Averment of Facts is DENIED as futile. The Clerk of the Court is instructed to close the motions at ECF Nos. 2891 and 2893. SO ORDERED. (Signed by Judge George B. Daniels on 9/29/2015) Filed In Associated Cases: 1:03-md-01570-GBD-FM et al.(ama) Modified on 9/30/2015 (ca). (Entered: 09/29/2015) |
| 934 | 10/13/2015 | LETTER addressed to Magistrate Judge Frank Maas from Jerry S. Goldman, Esq. dated 10/13/2015 re: Extension of time.. Document filed by Plaintiffs Executive Committees.Filed In Associated Cases: 1:03-md-01570-GBD-FM et al.(Goldman, Jerry) (Entered: 10/13/2015) |
| 935 | 10/13/2015 | MEMO ENDORSEMENT on re: (85 in 1:09-cv-07055-GBD-FM, 321 in 1:04-cv-07281-GBD-FM, 934 in 1:03-cv-06978-GBD-FM, 522 in 1:04-cv-07279-GBD, 439 in 1:03-cv-05738-GBD, 719 in 1:03-cv-09849-GBD, 425 in 1:03-cv-09848-GBD, 3066 in 1:03-md-01570-GBD-FM, 361 in 1:02-cv-07300-GBD-FM, 604 in 1:04-cv-01923-GBD, 476 in 1:04-cv-07280-GBD, 522 in 1:04-cv-05970-GBD, 332 in 1:03-cv-08591-GBD, 121 in 1:11-cv-07550-GBD-FM, 441 in 1:04-cv-01076-GBD-FM, 538 in 1:04-cv-06105-GBD, 351 in 1:03-cv-07036-GBD, 334 in 1:04-cv-07216-GBD, 498 in 1:04-cv-07065-GBD, 385 in 1:04-cv-01922-GBD, 355 in 1:03-cv-06977-GBD-FM, 766 in 1:02-cv-06977-GBD-FM) Letter filed by Plaintiffs Executive Committees. ENDORSEMENT: Application granted., ( Motions due by 2/26/2016., Replies due by 12/4/2015.) (Signed by |

| # | Date | Proceeding Text |
|---|------|-----------------|
| | | Magistrate Judge Frank Maas on 10/13/2015) Filed In Associated Cases: 1:03-md-01570-GBD-FM et al.(lmb) (Entered: 10/13/2015) |
| 936 | 10/27/2015 | NOTICE OF APPEAL from (3046 in 1:03-md-01570-GBD-FM) Memorandum & Opinion,,. Document filed by Federal Insurance Company. Form C and Form D are due within 14 days to the Court of Appeals, Second Circuit. (Attachments: # 1 Exhibit A - Judge Daniels September 29, 2015 Opinion)Filed In Associated Cases: 1:03-md-01570-GBD-FM, 1:03-cv-06978-GBD-FM(Carter, Sean) (Entered: 10/27/2015) |
| | 10/27/2015 | Appeal Fee Due: for (936 in 1:03-cv-06978-GBD-FM, 3078 in 1:03-md-01570-GBD-FM) Notice of Appeal. Appeal fee due by 11/10/2015. Filed In Associated Cases: 1:03-md-01570-GBD-FM, 1:03-cv-06978-GBD-FM. (tp) (Entered: 10/27/2015) |
| | 10/27/2015 | Transmission of Notice of Appeal and Certified Copy of Docket Sheet to US Court of Appeals re: (936 in 1:03-cv-06978-GBD-FM, 3078 in 1:03-md-01570-GBD-FM) Notice of Appeal. Filed In Associated Cases: 1:03-md-01570-GBD-FM, 1:03-cv-06978-GBD-FM. (tp) (Entered: 10/27/2015) |
| | 10/27/2015 | Appeal Record Sent to USCA (Electronic File). Certified Indexed record on Appeal Electronic Files for (936 in 1:03-cv-06978-GBD-FM, 3078 in 1:03-md-01570-GBD-FM) Notice of Appeal, filed by Federal Insurance Company were transmitted to the U.S. Court of Appeals. Filed In Associated Cases: 1:03-md-01570-GBD-FM, 1:03-cv-06978-GBD-FM. (tp) (Entered: 10/27/2015) |
| 937 | 10/29/2015 | FILING ERROR - FILED IN WRONG CASES -  NOTICE OF APPEAL from (3046 in 1:03-md-01570-GBD-FM) Memorandum & Opinion,,. Document filed by Kathleen Ashton. Form C and Form D are due within 14 days to the Court of Appeals, Second Circuit. (Attachments: # 1 Exhibit)Filed In Associated Cases: 1:03-md-01570-GBD-FM et al.(Kreindler, James) Modified on 10/29/2015 (nd). (Entered: 10/29/2015) |
| | 10/29/2015 | ***NOTICE TO ATTORNEY REGARDING DEFICIENT APPEAL. Notice to attorney Kreindler, James to RE-FILE Document No. 937 belonging to case 03md1570 and 02cv6977 that was incorrectly filed on 10/29/2015 in case 03cv6978. The filing is deficient for the following reason(s): the appeal was filed in the wrong case.. (nd) (Entered: 10/29/2015) |
| 938 | 10/30/2015 | ORDER: After careful consideration of the joint request for entry of final judgment, this Court finds that there is no just reason to delay the entry of a final judgment pursuant to Federal Rule of Civil Procedure 54(b) dismissing defendants Kingdom of Saudi Arabia and Saudi High Commission for Relief of Bosnia & Herzegovina ("SHC"). A partial judgment under Rule 54(b) with respect to defendants Saudi Arabia and SHC is appropriate because both are immune from suit under the Foreign Sovereign Immunities Act, 28 U.S.C. § 1602, et seq. The Court has dismissed all claims asserted by any plaintiff against defendants Saudi Arabia as a foreign sovereign and SHC as an instrumentality of that foreign sovereign and has decided finally their rights and liabilities, constituting a final decision within the meaning of 28 U.S.C. § 1291 as to those defendants. See ECF No. 3046. ACCORDINGLY, IT IS HEREBY ORDERED that the Court's dismissals of defendants Saudi Arabia and SHC are certified as final pursuant to Federal Rule of Civil Procedure 54(b). The Clerk of the Court is directed to prepare and enter a final judgment. (Signed by Judge George B. Daniels on 10/30/2015) Filed In Associated Cases: 1:03-md-01570-GBD-FM et al, as per Chambers.(mro) (Entered: 10/30/2015) |
| | 10/30/2015 | Transmission to Judgments and Orders Clerk. Transmitted re: (336 in 1:03-cv-08591-GBD, 446 in 1:04-cv-01076-GBD-FM, 124 in 1:11-cv-07550-GBD-FM, 338 in 1:04-cv-07216-GBD, 324 in 1:04-cv-07281-GBD-FM, 442 in 1:03-cv-05738-GBD, 607 in 1:04-cv-01923-GBD, 527 in 1:04-cv-05970-GBD, 3096 in 1:03-md-01570-GBD-FM, 771 in 1:02-cv-06977-GBD-FM, 358 in 1:03-cv-05071-GBD, 938 in 1:03-cv-06978-GBD-FM, 430 in 1:03-cv-09848-GBD, 364 in 1:02-cv-07300-GBD-FM, 479 in 1:04-cv-07280-GBD, 390 in 1:04-cv-01922-GBD, 354 in 1:03-cv-07036-GBD, 541 in 1:04-cv-06105-GBD, 502 in 1:04-cv-07065-GBD, 526 in 1:04-cv-07279-GBD, 724 in 1:03-cv-09849-GBD, 88 in 1:09-cv-07055-GBD-FM) Order, to the Judgments and Orders Clerk. Filed In Associated Cases: 1:03-md-01570-GBD-FM et al.(mro) (Entered: 10/30/2015) |
| 939 | 10/30/2015 | CLERK'S RULE 54(b)JUDGMENT: That for the reasons stated in the Court's Order dated October 30, 2015, there is no just reason for delay pursuant to Fed. R. Civ. P. 54(b), dismissing defendants Kingdom of Saudi Arabia and Saudi High Commission for Relief of Bosnia & Herzegovina (SHC); the dismissals of defendants Saudi Arabia and SHC are certified as final pursuant to Fed. R. Civ. P. 54(b). (Signed by Clerk of Court Ruby Krajick on 10/30/2015) (Attachments: # 1 Notice of Right to Appeal, # 2 Notice of Right to Appeal)Filed In Associated Cases: 1:03-md-01570-GBD-FM et al.(dt) (Entered: 10/30/2015) |
| 940 | 11/03/2015 | AMENDED NOTICE OF APPEAL re: (936 in 1:03-cv-06978-GBD-FM, 3078 in 1:03-md-01570-GBD-FM) Notice of Appeal, (939 in 1:03-cv-06978-GBD-FM) Clerk's Judgment,, (938 in 1:03-cv-06978-GBD-FM) Order,,,,,, (933 in 1:03-cv-06978-GBD-FM) Memorandum & Opinion,,. Document |

| # | Date | Proceeding Text |
|---|------|-----------------|
| | | filed by Federal Insurance Company. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C)Filed In Associated Cases: 1:03-md-01570-GBD-FM, 1:03-cv-06978-GBD-FM(Carter, Sean) (Entered: 11/03/2015) |
| | 11/03/2015 | Transmission of Notice of Appeal and Certified Copy of Docket Sheet to US Court of Appeals re: (3101 in 1:03-md-01570-GBD-FM, 940 in 1:03-cv-06978-GBD-FM) Amended Notice of Appeal. Filed In Associated Cases: 1:03-md-01570-GBD-FM, 1:03-cv-06978-GBD-FM. (tp) (Entered: 11/03/2015) |
| | 11/03/2015 | Supplemental ROA Sent to USCA (Electronic File). Certified Supplemental Indexed record on Appeal Electronic Files for (940 in 1:03-cv-06978-GBD-FM, 3101 in 1:03-md-01570-GBD-FM) Amended Notice of Appeal, filed by Federal Insurance Company were transmitted to the U.S. Court of Appeals. Filed In Associated Cases: 1:03-md-01570-GBD-FM, 1:03-cv-06978-GBD-FM. (tp) (Entered: 11/03/2015) |
| | 11/04/2015 | USCA Appeal Fees received $ 505.00 receipt number 465401138378 on 11/04/2015 re: (936 in 1:03-cv-06978-GBD-FM, 3078 in 1:03-md-01570-GBD-FM) Notice of Appeal, filed by Federal Insurance Company. Filed In Associated Cases: 1:03-md-01570-GBD-FM, 1:03-cv-06978-GBD-FM(nd) (Entered: 11/04/2015) |
| 944 | 11/09/2015 | ENDORSED LETTER addressed to Magistrate Judge Frank Maas from Thomas P. Steindler dated 11/4/2015 re: I respectfully request that I be removed from the docket list for the above matter, as my firm no longer represents Mr. Yassin Kadi. ENDORSEMENT: Application granted., Attorney Thomas Peter Steindler terminated. (Signed by Magistrate Judge Frank Maas on 11/6/2015) (lmb) (Entered: 12/11/2015) |
| 941 | 12/01/2015 | NOTICE OF VOLUNTARY DISMISSAL: Plaintiff Amlin Underwriting, Ltd. seeks to withdraw from this litigation in its entirety. To that end, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Amlin Underwriting, Ltd hereby dismisses, from the action captioned Federal Insurance Co. v. Al Qaida, No. 03-cv-6978 (GBD), all claims against all defendants who have yet to file either an answer or a motion for summary judgment. SO ORDERED. (As further set forth in this Order) Amlin Underwriting, Ltd. terminated. (Signed by Judge George B. Daniels on 12/1/2015) Filed In Associated Cases: 1:03-md-01570-GBD-FM, 1:03-cv-06978-GBD-FM(kl) (Entered: 12/01/2015) |
| 942 | 12/01/2015 | NOTICE OF VOLUNTARY DISMISSAL: Plaintiffs Crum & Forster Indemnity Company, North River Insurance Company, United States Fire Insurance Company, and Seneca Insurance Company (collectively, "Crum & Forster Plaintiffs") seek to withdraw from this litigation in its entirety. To that end, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), the Crum & Forster Plaintiffs hereby dismiss, from the action captioned Federal Insurance Co. v. Al Qaida, No. 03-cv-6978 (GBD), all claims against all defendants who have yet to file either an answer or a motion for summary judgment. SO ORDERED. (As further set forth in this Order) Seneca Insurance Company, Inc., United States Fire Insurance Company, Crum & Forster Indemnity Company and North River Insurance Company terminated. (Signed by Judge George B. Daniels on 12/1/2015) Filed In Associated Cases: 1:03-md-01570-GBD-FM, 1:03-cv-06978-GBD-FM(kl) (Entered: 12/01/2015) |
| 943 | 12/10/2015 | ORDER: The subsequent conference scheduled for January 14, 2016 is rescheduled for January 28, 2016 at 10:30 AM. (Status Conference set for 1/28/2016 at 10:30 AM before Judge George B. Daniels.) (Signed by Judge George B. Daniels on 12/10/2015) Filed In Associated Cases: 1:03-md-01570-GBD-FM et al.(kl) (Entered: 12/10/2015) |
| 945 | 12/28/2015 | REPORT AND RECOMMENDATION TO THE HONORABLE GEORGE B. DANIELS: For the reasons set forth above, the Ashton Plaintiffs should be awarded a default judgment against Iran in the amount of $7,556,880,000, and the Federal Insurance Plaintiffs should be awarded a default judgment against Iran in the amount of $3,040,998,426.03. To the extent that the Plaintiffs' claims arise out of injuries in New York State, they should be awarded prejudgment interest at the statutory simple interest rate of nine percent per annum from September 1, 2001, through the date judgment is entered. To the extent that their claims arise out of injuries occurring elsewhere, they should be awarded interest for the same period at the rate of 4.96 percent per annum, compounded annually should Your Honor deem that appropriate. (As further set forth in this Order) Objections to R&R due by 1/14/2016. (Signed by Magistrate Judge Frank Maas on 12/28/2015) Filed In Associated Cases: 1:03-md-01570-GBD-FM, 1:02-cv-06977-GBD-FM, 1:03-cv-06978-GBD-FM(lmb) (Entered: 12/28/2015) |
| 946 | 12/31/2015 | MOTION Admit Certain Evidence From A Related Case re: (112 in 1:11-cv-07550-GBD-FM, 3023 in 1:03-md-01570-GBD-FM) Judgment,,,, Hoglan, et al. v. Islamic Republic of Iran, et al.. Document filed by Hoglan Plaintiffs. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Text of Proposed Order)Filed In Associated Cases: 1:03-md-01570-GBD-FM et al.(Fleming, |

| # | Date | Proceeding Text |
|---|------|-----------------|
| | | Timothy) (Entered: 12/31/2015) |
| 947 | 01/22/2016 | ORDER FOR ADMISSION PRO HAC VICE in case 1:03-cv-09849-GBD; granting (3201) Motion for Katie L. Barlow to Appear Pro Hac Vice in case 1:03-md-01570-GBD-FM. (As further set forth in this Order.) (Signed by Judge George B. Daniels on 1/22/2016) Filed In Associated Cases: 1:03-md-01570-GBD-GBD-FM et al. (adc) (Entered: 01/22/2016) |
| 948 | 01/25/2016 | ORDER. The conference scheduled for January 28, 2016 is adjourned until July 14, 2016 at 10:30 AM. (Status Conference set for 7/14/2016 at 10:30 AM before Judge George B. Daniels.) (Signed by Judge George B. Daniels on 1/25/2016) Filed In Associated Cases: 1:03-md-01570-GBD-FM et al. (adc) (Entered: 01/25/2016) |
| 949 | 02/05/2016 | LETTER addressed to Magistrate Judge Frank Maas from Christopher C. S. Manning, Esquire dated February 5, 2016 re: Supplemental Response to Plaintiff's Motion to Compel. Document filed by Sanabel Al Kheer, Inc..Filed In Associated Cases: 1:03-md-01570-GBD-FM et al.(Manning, Christopher) (Entered: 02/05/2016) |
| 950 | 03/09/2016 | MEMORANDUM OPINION AND ORDER #106268. On August 31, 2015, this Court authorized the plaintiffs in the specifically identified above-captioned actions to amend their pleadings solely as to Iran, and confirmed that service of the amended complaint was not required. (See ECF Nos. 3015 and 3018.) Because the Orders authorizing the filing of the amended complaints and granting the plaintiffs' motions for judgment by default issued on the same day, the plaintiffs in each of these actions did not have an opportunity to formally file their amended complaints as to Iran as stand-alone documents prior to the entry of the orders granting judgment in their favor. The plaintiffs in any of these actions may file the amended pleadings referenced herein as stand-alone documents. These filings shall be deemed docketed as of August 31, 2015, the date on which the Court formally granted the plaintiffs' motions to amend. SO ORDERED. (Signed by Judge George B. Daniels on 3/8/2016) Filed In Associated Cases: 1:03-md-01570-GBD-FM, 1:02-cv-06977-GBD-FM, 1:03-cv-06978-GBD-FM, 1:04-cv-01076-GBD-FM (adc) Modified on 3/10/2016 (ca). (Entered: 03/09/2016) |
| 951 | 03/09/2016 | MEMORANDUM OPINION AND ORDER #106269 for (779 in 1:02-cv-06977-GBD-FM, 945 in 1:03-cv-06978-GBD-FM, 3175 in 1:03-md-01570-GBD-FM) Report and Recommendations. This Court adopts the findings and recommendation set forth in the Report in their entirety, as amended. (See Amended Order of Judgment, (ECF No. 3226).) The Ashton plaintiffs are awarded a default judgment against Iran in the amount of$7,494,720,000. The Federal Insurance plaintiffs are awarded a default judgment against Iran in the amount of $3,040,998,426.03. (As further set forth in this Order.) (Signed by Judge George B. Daniels on 3/9/2016) Filed In Associated Cases: 1:03-md-01570-GBD-FM, 1:02-cv-06977-GBD-FM, 1:03-cv-06978-GBD-FM (adc) Modified on 3/10/2016 (ca). (Entered: 03/09/2016) |
| | 03/10/2016 | Transmission to Judgments and Orders Clerk. Transmitted re: (951 in 1:03-cv-06978-GBD-FM, 785 in 1:02-cv-06977-GBD-FM, 3229 in 1:03-md-01570-GBD-FM) Order Adopting Report and Recommendations to the Judgments and Orders Clerk. Filed In Associated Cases: 1:03-md-01570-GBD-FM, 1:02-cv-06977-GBD-FM, 1:03-cv-06978-GBD-FM (adc) (Entered: 03/10/2016) |
| 952 | 03/16/2016 | CLERK'S JUDGMENT: That for the reasons stated in the Court's Memorandum Opinion and Order dated March 9, 2016, the Federal Insurance plaintiffs are awarded a default judgment against Iran in the amount of $3,040,998,426.03; to the extent that the plaintiffs' claims arise out of injuries in New York State, they are awarded prejudgment interest at the statutory simple interest rate of nine percent per annum from September 11, 2001, through the date of the Amended Order of Judgment, ECF No. 3226, (March 8, 2016); and to the extent that the claims arise out of injuries occurring elsewhere, they are awarded interest for the same period at the rate of 4.96 percent per annum, compounded annually. (Signed by Clerk of Court Ruby Krajick on 3/16/2016) (Attachments: # 1 Notice of Right to Appeal, # 2 Notice of Right to Appeal)Filed In Associated Cases: 1:03-md-01570-GBD-FM, 1:03-cv-06978-GBD-FM(dt) (Entered: 03/16/2016) |
| 953 | 03/21/2016 | AMENDED COMPLAINT amending 772 Amended Complaint,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,, against The Islamic Republic of Iran.Document filed by Federal Insurance Company et al., Plaintiffs. Related document: 772 Amended Complaint,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,, filed by Continental Insurance Company of New Jersey, The Princeton Excess & Surplus Lines Insurance Company, Chubb Insurance Company of Canada, Chubb Indemnity Insurance Company, Northern Insurance Company of New York, ALL PLAINTIFFS, Commercial Insurance Company of Newark, N.J., Steadfast Insurance Company, United States Fire Insurance Company, Chubb Custom Insurance Company, Colonial American Casualty and Surety Insurance Company, North River Insurance Company, Hiscox Dedicated Corporate Member, Ltd., One Beacon America Insurance |

| # | Date | Proceeding Text |
|---|------|-----------------|
| | | Company, American Alternative Insurance Corporation, Valiant Insurance Company, Federal Insurance Company et al., Plaintiffs, Vigilant Insurance Company, Maryland Casualty Company, American Zurich Insurance Company, Pacific Indemnity Company, CNA Casualty of California, Zurich American Insurance Company, Federal Insurance Company, Glens Falls Insurance Company, Seneca Insurance Company, Inc., Fidelity and Casualty Company of New York, American Employers' Insurance Company, Continental Insurance Company, Allstate Insurance Company, American Guarantee and Liability Insurance Company, Crum & Forster Indemnity Company, Amlin Underwriting, Ltd., Fidelity and Deposit Company of Maryland, Chubb Insurance Company of New Jersey, Great Northern Insurance Company, Great Lakes Reinsurance U.K. PLC, One Beacon Insurance Company, Homeland Insurance Company of New York. (Attachments: # 1 Exhibit A)(Carter, Sean) (Entered: 03/21/2016) |
| | 03/22/2016 | Minute Entry for proceedings held before Magistrate Judge Frank Maas: Oral Argument held on 3/22/2016 re: (94 in 1:11-cv-07550-GBD-FM) Letter,,,,, filed by Plaintiffs Executive Committees, (95 in 1:11-cv-07550-GBD-FM) Letter,, filed by Plaintiffs Executive Committees. (Court Reporter Pamela Utter) Associated Cases: 1:03-md-01570-GBD-FM et al.(mo) (Entered: 03/23/2016) |
| | 07/08/2016 | Minute Entry for proceedings held before Magistrate Judge Frank Maas: Discovery Conference held on 7/8/2016. Associated Cases: 1:03-md-01570-GBD-FM et al.(mo) (Entered: 07/08/2016) |
| 954 | 07/12/2016 | REPORT AND RECOMMENDATION TO THE HONORABLE GEORGE B. DANIELS. For the foregoing reasons, the Havlish Plaintiffs' motion to establish a common benefit fund, (ECF No. 3235), should be denied without prejudice to its later renewal. re: (3235 in 1:03-md-01570-GBD-FM) MOTION Creation of Common Benefit Fund to Compensate Havlish Attorneys filed by Havlish Plaintiffs. Objections to R&R due by 7/29/2016. (Signed by Magistrate Judge Frank Maas on 7/12/2016). Filed In Associated Cases: 1:03-md-01570-GBD-FM, 1:02-cv-06977-GBD-FM, 1:03-cv-06978-GBD-FM, 1:03-cv-09848-GBD, 1:04-cv-01076-GBD-FM. Copies to All Counsel via ECF. (rjm) (Entered: 07/12/2016) |
| 955 | 08/02/2016 | MEMORANDUM OPINION AND ORDER. This Court adopts the findings and recommendation set forth in the Report in their entirety. (See Report.) The Havlish Plaintiffs' motion requiring Respondents to deposit eight percent of any damages recovered from Iran into a common benefit fund is denied without prejudice to its later renewal. The Clerk of Court is directed to close the motion docketed as ECF No. 3235. So ordered. re: (3235 in 1:03-md-01570-GBD-FM) MOTION Creation of Common Benefit Fund to Compensate Havlish Attorneys filed by Havlish Plaintiffs. (Signed by Judge George B. Daniels on 8/2/2016). Filed In Associated Cases: 1:03-md-01570-GBD-FM, 1:02-cv-06977-GBD-FM, 1:03-cv-06978-GBD-FM, 1:03-cv-09848-GBD, 1:04-cv-01076-GBD-FM (rjm) (Entered: 08/02/2016) |
| 956 | 09/28/2016 | REQUEST TO ENTER DEFAULT against Islamic Republic of Iran . Document filed by American Casualty Company of Reading, Pennsylvania, Continental Casualty Company, National Fire Insurance Company of Hartford, Transcontinental Insurance Company, Transportation Insurance Company, Valley Forge Insurance Company. (Attachments: # 1 Affidavit Supporting declaration, # 2 Exhibit Declaration of service, # 3 Exhibit Clerk's certificate)Filed In Associated Cases: 1:03-md-01570-GBD-FM et al.(Kaplan, Robert) (Entered: 09/28/2016) |
| | 10/04/2016 | NOTICE OF REASSIGNMENT OF A REFERRAL TO ANOTHER MAGISTRATE JUDGE. The referral in the above entitled action has been reassigned to Magistrate Judge Sarah Netburn, for Dispositive Motion (i.e., motion requiring a Report and Recommendation). Magistrate Judge Frank Maas no longer referred to the case. (sjo) (Entered: 10/04/2016) |
| 957 | 03/09/2017 | MANDATE of USCA (Certified Copy) as to (3082 in 1:03-md-01570-GBD-SN, 524 in 1:04-cv-07279-GBD) Notice of Appeal, filed by Euro Brokers Inc., et al., (3102 in 1:03-md-01570-GBD-SN, 338 in 1:03-cv-08591-GBD) Amended Notice of Appeal,, filed by Vigilant Insurance Company, Pacific Indemnity Company, (392 in 1:04-cv-01922-GBD, 3099 in 1:03-md-01570-GBD-SN) Amended Notice of Appeal,, filed by D. A. O'Neill, C. I. O'Neill, C. O'Neill, All Plaintiffs, Estate of John P. O'Neill, Sr., J. P. O'Neill, Jr., (940 in 1:03-cv-06978-GBD-SN, 3101 in 1:03-md-01570-GBD-SN) Amended Notice of Appeal, filed by Federal Insurance Company, (528 in 1:04-cv-07279-GBD, 3105 in 1:03-md-01570-GBD-SN) Amended Notice of Appeal,, filed by Euro Brokers Inc., et al., (3079 in 1:03-md-01570-GBD-SN, 334 in 1:03-cv-08591-GBD) Notice of Appeal, filed by Vigilant Insurance Company, (3108 in 1:03-md-01570-GBD-SN, 504 in 1:04-cv-07065-GBD) Amended Notice of Appeal,,, filed by Cantor Fitzgerald Europe, Cantor Fitzgerald Partners, Cantor Fitzgerald Securities, Cantor Fitzgerald Associates, L.P., Cantor Fitzgerald International, Espeed, Inc., Cantor Index Limited, eSpeed Securities, Inc., eSpeed Government Securities, Inc., C02e.com, LLC, Cantor Fitzgerald, L.P., Cantor Fitzgerald Brokerage, L.P., TradeSpark, L.P., Cantor Fitzgerald & Co., (3100 in 1:03-md-01570-GBD-SN, 773 in 1:02-cv-06977-GBD-SN) Amended Notice of Appeal,, filed by Kathleen Ashton, (936 in 1:03-cv-06978- |

| # | Date | Proceeding Text |
|---|------|-----------------|
|   |      | GBD-SN, 3078 in 1:03-md-01570-GBD-SN) Notice of Appeal, filed by Federal Insurance Company, (727 in 1:03-cv-09849-GBD, 3107 in 1:03-md-01570-GBD-SN) Amended Notice of Appeal,, filed by Burnett Plaintiffs, (3075 in 1:03-md-01570-GBD-SN, 387 in 1:04-cv-01922-GBD) Notice of Appeal, filed by D. A. O'Neill, C. I. O'Neill, C. O'Neill, J. P. O'Neill, Jr., All Plaintiffs, Estate of John P. O'Neill, Sr., (3083 in 1:03-md-01570-GBD-SN, 500 in 1:04-cv-07065-GBD) Notice of Appeal,, filed by Cantor Fitzgerald Europe, Cantor Fitzgerald Partners, Cantor Fitzgerald Securities, Cantor Fitzgerald Associates, L.P., Cantor Fitzgerald International, Espeed, Inc., Cantor Index Limited, eSpeed Securities, Inc., eSpeed Government Securities, Inc., C02e.com, LLC, Cantor Fitzgerald Brokerage, L.P., Cantor Fitzgerald, L.P., TradeSpark, L.P., Cantor Fitzgerald & Co., (723 in 1:03-cv-09849-GBD) Notice of Appeal, filed by Kathleen Ashton, (531 in 1:04-cv-05970-GBD-SN, 3114 in 1:03-md-01570-GBD-SN) Amended Notice of Appeal,, filed by Continental Casualty Company, Transcontinental Insurance Company, Valley Forge Insurance Company, American Casualty Company of Reading, Pennsylvania, National Fire Insurance Company of Hartford, Transportation Insurance Company USCA Case Number 15-3426 (L); 15-3442 (con), 15-3505 (con), 15-3509 (con), 15-3524 (con), 15-3542 (con), 15-3583 (con), 15-3605 (con). The parties jointly move to vacate the district court's September 29, 2015 order, dismissing the claims against the Kingdom of Saudi Arabia and the Saudi High Commission for Relief of Bosnia & Herzegovina, and to remand this action. Upon due consideration, the motion is GRANTED and case is REMANDED to the district court for further proceedings in light of Congress's enactment of the Justice Against Sponsors of Terrorism Act. Pub. L. No. 114-222, 130 Stat. 852 (Sept. 28, 2016). See Schonfeld v. Hilliard, 218 F.3d 164, 184 (2d Cir. 2000) (noting this Court's "preferred practice to remand [unaddressed] issues for consideration by the district court in the first instance"). . Catherine O'Hagan Wolfe, Clerk USCA for the Second Circuit. Issued As Mandate: 03/09/2017. Filed In Associated Cases: 1:03-md-01570-GBD-SN et al.(nd) (Entered: 03/09/2017) |
|   | 03/23/2017 | Minute Entry for proceedings held before Magistrate Judge Sarah Netburn: Status Conference held on 3/23/2017. Associated Cases: 1:03-md-01570-GBD-SN et al.(jnm) (Entered: 03/23/2017) |
| 958 | 04/05/2017 | LETTER addressed to Magistrate Judge Sarah Netburn from Michael K. Kellogg dated April 5, 2017 re: Scheduling Order (Dkt. 3482). Document filed by Kingdom of Saudi Arabia.Filed In Associated Cases: 1:03-md-01570-GBD-SN et al.(Kellogg, Michael) (Entered: 04/05/2017) |
| 959 | 04/07/2017 | LETTER addressed to Magistrate Judge Sarah Netburn from Michael K. Kellogg dated April 7, 2017 re: Request that the Court reaffirm the May 25, 2004 order by Judge Casey regarding contact with the news media. Document filed by Kingdom of Saudi Arabia. (Attachments: # 1 Exhibit A)Filed In Associated Cases: 1:03-md-01570-GBD-SN et al.(Kellogg, Michael) (Entered: 04/07/2017) |
| 960 | 04/10/2017 | LETTER addressed to Magistrate Judge Sarah Netburn from Michael K. Kellogg dated April 10, 2017 re: response to April 7, 2017 letter from James P. Kreindler (MDL Dkt. No. 3509). Document filed by Kingdom of Saudi Arabia.Filed In Associated Cases: 1:03-md-01570-GBD-SN et al.(Kellogg, Michael) (Entered: 04/10/2017) |
| 961 | 04/11/2017 | LETTER addressed to Magistrate Judge Sarah Netburn from MDL 1570 Plaintiffs' Executive Committees dated 4/11/2017 re: Request to file amended proposals of short form complaints. Document filed by All Plaintiffs(on behalf of themselves and all others similarly situated).Filed In Associated Cases: 1:03-md-01570-GBD-SN et al.(Haefele, Robert) (Entered: 04/11/2017) |
| 962 | 04/17/2017 | LETTER addressed to Magistrate Judge Sarah Netburn from Michael K. Kellogg dated April 17, 2017 re: response to April 14, 2017 letter from the Plaintiffs Executive Committees regarding contact with the news media. Document filed by Kingdom of Saudi Arabia.Filed In Associated Cases: 1:03-md-01570-GBD-SN et al.(Kellogg, Michael) (Entered: 04/17/2017) |
| 963 | 04/17/2017 | LETTER addressed to Magistrate Judge Sarah Netburn from Michael K. Kellogg dated April 17, 2017 re: Short Form Complaint proposed by Plaintiffs Executive Committees. Document filed by Kingdom of Saudi Arabia.Filed In Associated Cases: 1:03-md-01570-GBD-SN et al.(Kellogg, Michael) (Entered: 04/17/2017) |
| 964 | 04/20/2017 | LETTER addressed to Magistrate Judge Sarah Netburn from Plaintiffs' Executive Committees dated April 20, 2017 re: Response to Michael K. Kellogg's April 17, 2017 Letter on the PECs' Proposed Short Form Complaint. Document filed by All Plaintiffs(on behalf of themselves and all others similarly situated).Filed In Associated Cases: 1:03-md-01570-GBD-SN et al.(Haefele, Robert) (Entered: 04/20/2017) |
| 965 | 04/21/2017 | LETTER RESPONSE in Opposition to Motion addressed to Magistrate Judge Sarah Netburn from Plaintiffs' Executive Committees dated April 21, 2017 re: (3524 in 1:03-md-01570-GBD-SN) LETTER MOTION for Conference addressed to Magistrate Judge Sarah Netburn from Steven T. |

| # | Date | Proceeding Text |
|---|------|-----------------|
| | | Cottreau dated April 20, 2017. . Document filed by All Plaintiffs(on behalf of themselves and all others similarly situated). (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C)Filed In Associated Cases: 1:03-md-01570-GBD-SN et al.(Haefele, Robert) (Entered: 04/21/2017) |
| 966 | 04/28/2017 | LETTER addressed to Magistrate Judge Sarah Netburn from Plaintiffs' Executive Committees dated April 28, 2017 re: Revised Notice to Conform and Short Form Complaint. Document filed by All Plaintiffs(on behalf of themselves and all others similarly situated). (Attachments: # 1 Exhibit A - Notice to Conform, # 2 Exhibit B - Revised Proposed Short Form Complaint, # 3 Exhibit C - Proposed Order)Filed In Associated Cases: 1:03-md-01570-GBD-SN et al.(Haefele, Robert) (Entered: 04/28/2017) |

## Citations

| |
|---|
| 2004 U.S. Dist. LEXIS 10944 |
| 2005 U.S. Dist. LEXIS 640 |
| 2006 U.S. Dist. LEXIS 91983 |
| 2011 U.S. Dist. LEXIS 144936 |
| 28 USCS sect. 1331(a)rp |

Copyright © LexisNexis CourtLink, Inc. All Rights Reserved.

*** THIS DATA IS FOR INFORMATIONAL PURPOSES ONLY ***

**End of Document**

# EXHIBIT 8

US District Court Docket

US District Court for the Southern District of New York

(Foley Square)

This case was retrieved on 05/13/2008

## Header

**Case Number:** 1:03-MD-01570
**Date Filed:** 12/10/2003
**Assigned To:** Judge George B Daniels
**Referred To:** Magistrate Judge Frank Maas
**Nature of Suit:** P.I.: Other (360)
**Cause:** Personal Injury
**Lead Docket:** None
**Other Docket:** Member case: 1:02-cv-06977-GBD, Member case: 1:03-cv-09848-GBD, Member case: 1:03-cv-09849-GBD, Member case: 1:02-cv-07300-GBD-FM, Member case: 1:03-cv-05071-GBD, Member case: 1:04-cv-01076-GBD, Member case: 1:03-cv-06978-GBD, Member case: 1:03-cv-05738-GBD, Member case: 1:03-cv-07036-GBD, Member case: 1:04-cv-01922-GBD, Member case: 1:04-cv-01923-GBD, Member case: 1:04-cv-07065-GBD, Member case: 1:04-cv-06105-GBD, Member case: 1:04-cv-07216-GBD, Member case: 1:04-cv-07279-GBD, Member case: 1:04-cv-07280-GBD, Member case: 1:04-cv-07281-GBD-FM, Member case: 1:04-cv-05970-GBD, Member case: 1:03-cv-08591-GBD, Related case: 1:04-cv-06105-GBD, Related case: 1:04-cv-07279-GBD, Related case: 1:04-cv-07280-GBD, Related case: 1:04-cv-07065-GBD, Related case: 1:04-cv-07281-GBD-FM, Related case: 1:04-cv-07216-GBD, Related case: 1:03-cv-09848-GBD, Related case: 1:04-cv-01922-GBD, Related case: 1:04-cv-01923-GBD
**Jurisdiction:** Federal Question

**Class Code:** APPEAL, CASREF, ECF
**Closed:** Open
**Statute:** 28:1391
**Jury Demand:** Both
**Demand Amount:** $$0
**NOS Description:** P.I.: Other

## Litigants

ABD Al Samad Al-Ta'ish
**Defendant**

ABD Al-Hadi Al-Iraqi
**Defendant**

ABD Al-Hadi Al-Iraqi
**Defendant**

ABD Al-Mushin Al-Libi
**Defendant**

ABD Al-Rahim Al-Nashiri
**Defendant**

## Attorneys

## Litigants                                    ## Attorneys

Abdel Wahab Osman, Former Sudanese Minister of Industry
**Defendant**

Abdul Majeed
**Defendant**

Abdullah Omar Naseef                            Alan Robert Kabat
**Defendant**                                   Lead Attorney

                                                Bernabie and Katz PLLC (DC)
                                                1773 T Street NW
                                                Washington, DC 20009
                                                USA
                                                Phone: (202)745-1942Fax: (202)745-2627Attorney to be
                                                Noticed

                                                Lynne A. Bernabei
                                                Lead Attorney

                                                Bernabie and Katz PLLC (DC)
                                                1773 T Street NW
                                                Washington, DC 20009
                                                USA
                                                Phone: (202)745-1942Fax: (202)745-2627Attorney to be
                                                Noticed

Abu Sulayman
**Defendant**

Adel Abdul Batterjee                            Ashraf Wajih Nubani
**Defendant**

                                                Busch & Nubani, P.C.
                                                5029 Backlick Road, Suite A
                                                Annandale, VA 22003
                                                USA
                                                Phone: (703)658-5151Fax: (703)658-9200Attorney to be
                                                Noticed

Abdel Barry
**Defendant**

Abdel Barry
**Defendant**

Abdul Rahman Bin Kahlid Bin Mahfouz             Alan Kahn
**Defendant**                                   Lead Attorney

                                                Res.
                                                134 East 22nd Street
                                                New York, NY 10010
                                                USA
                                                Attorney to be Noticed

                                                Thomas Viles
                                                Lead Attorney

| Litigants | Attorneys |
|---|---|
| | Berkman Henoch Peterson & Peddy, P.C. |
| | 100 Garden City Plaza |
| | Garden City, NY 11530 |
| | USA |
| | Phone: (202)293-5555Fax: (202)293-9035 |
| | |
| | Peter Jonathan Kahn |
| | |
| | Williams & Connolly LLP |
| | 725 12th Street, NW |
| | Washington, DC 20005 |
| | USA |
| | Phone: (202)434-5045Fax: (202)434-5245Attorney to be Noticed |
| **Abdul Rahman Khaled Mahfouz**<br>**Defendant** | |
| **Abdula Bin Laden**<br>**Defendant** | |
| **Abdulazis Rahman Al Saud**<br>**Defendant** | |
| **Abdulaziz Bin Hamad**<br>**Defendant** | |
| **Abdulla Al Obaid**<br>**Defendant** | |
| **Abdulla Al Obaid**<br>**Defendant** | Alan Robert Kabat<br>Lead Attorney |
| | Bernabie and Katz PLLC (DC) |
| | 1773 T Street NW |
| | Washington, DC 20009 |
| | USA |
| | Phone: (202)745-1942Fax: (202)745-2627Attorney to be Noticed |
| | |
| | Lynne A. Bernabei<br>Lead Attorney |
| | Bernabie and Katz PLLC (DC) |
| | 1773 T Street NW |
| | Washington, DC 20009 |
| | USA |
| | Phone: (202)745-1942Fax: (202)745-2627Attorney to be Noticed |
| **Abdullah Bin Saleh Al Obaid**<br>**Defendant** | Alan Robert Kabat |
| | Bernabie and Katz PLLC (DC) |
| | 1773 T Street NW |

## Litigants | ## Attorneys

| Litigants | Attorneys |
|---|---|
| | Washington, DC 20009<br>USA<br>Phone: (202)745-1942Fax: (202)745-2627Attorney to be Noticed |
| **Abdurahman Alamoudi**<br>**Defendant** | Maher Hana Hanania, Sr<br><br>Hanania & Kheder, P.C.<br>6066 Leesburg Pike #101<br>Falls Chuch, VA 22041<br>USA<br>Phone: (703)778-2400Fax: (703)778-2407Attorney to be Noticed |
| **Abelghani Mzoudi**<br>**Defendant** | |
| **Abu Agab**<br>**Defendant** | |
| **Abu Al-Maid**<br>**Defendant** | |
| **Abu Rida Al Suri**<br>**Defendant** | |
| **Abu Zubaydh**<br>**Defendant** | |
| **Agus Budiman**<br>**Defendant** | |
| **Ahmed Brahim**<br>**Defendant** | |
| **Ahmed Nur Ali Jumale**<br>**Defendant** | |
| **Ahmed Ressam**<br>**Defendant** | |
| **Akida Al-Taqwa Limited**<br>**Defendant** | |
| **Al Itihaad Al-Islamiya**<br>**Defendant** | |
| **Al Qaeda/Islamic Army**<br>**Defendant** | |
| **Al Quida/Islamic Army**<br>**Defendant** | |

## Litigants                                    ## Attorneys

Al Tawqwa Trade, Property and Industry Company Limited
**Defendant**

Al-Barakat Group of Companies Somalia Limited
**Defendant**

Al-Shaykh Al-Iraqi
**Defendant**

Adel Ben Soltane
**Defendant**

Adnan Basha                                     Alan Robert Kabat
**Defendant**                                   Lead Attorney

                                                Bernabie and Katz PLLC (DC)
                                                1773 T Street NW
                                                Washington, DC 20009
                                                USA
                                                Phone: (202)745-1942Fax: (202)745-2627Attorney to be
                                                Noticed

                                                Lynne A. Bernabei
                                                Lead Attorney

                                                Bernabie and Katz PLLC (DC)
                                                1773 T Street NW
                                                Washington, DC 20009
                                                USA
                                                Phone: (202)745-1942Fax: (202)745-2627Attorney to be
                                                Noticed

Abdelhalim Remadna
**Defendant**

Abdelkarim Hussein Mohamed Al-Nasser
**Defendant**

Abdelkdir Mahmoud ES Sayed
**Defendant**

Abdul Al-Moslah                                 Ashraf Wajih Nubani
**Defendant**
                                                Busch & Nubani, P.C.
                                                5029 Backlick Road, Suite A
                                                Annandale, VA 22003
                                                USA
                                                Phone: (703)658-5151Fax: (703)658-9200Attorney to be
                                                Noticed

Abdul Matin Tatari
**Defendant**

| Litigants | Attorneys |
|---|---|
| **Abdul Rahman Al Swailem**<br>**Defendant** | Alan Robert Kabat<br>Lead Attorney<br><br>Bernabie and Katz PLLC (DC)<br>1773 T Street NW<br>Washington, DC 20009<br>USA<br>Phone: (202)745-1942Fax: (202)745-2627Attorney to be Noticed<br><br>Lynne A. Bernabei<br>Lead Attorney<br><br>Bernabie and Katz PLLC (DC)<br>1773 T Street NW<br>Washington, DC 20009<br>USA<br>Phone: (202)745-1942Fax: (202)745-2627Attorney to be Noticed |
| **Abdul Rahman Khaled Bin Mahfouz**<br>**Defendant** | |
| **Abdul Rahman Yasin**<br>**Defendant** | |
| **Abdulazis Bin Abdul Rahman Al Saud**<br>**Defendant** | |
| **Abdulkarim Khalid Uusuf Abdulla**<br>**Defendant** | |
| **Abdullah Al Faisal Bin Abdulaziz Alsaud**<br>**Defendant** | T. Barry Kingham<br><br>Curtis, Mallet-Prevost, Colt and Mosle LLP<br>101 Park Avenue South 35th Floor<br>New York, NY 10178<br>USA<br>Phone: (212)696-6000Fax: (212)697-1559Attorney to be Noticed |
| **Abdullah Bin Laden**<br>**Defendant** | James Ernest Gauch<br>Lead Attorney<br><br>Jones Day (DC)<br>51 Louisiana Avenue, NW<br>Washington, DC 20001<br>USA<br>Phone: (202)879-3880Fax: (202)626-1700Attorney to be Noticed |
| **Abdullah Qassim**<br>**Defendant** | |

## Litigants

## Attorneys

Abdullah Qassim
**Defendant**

Abdullah Salaiman Al-Rajhi
**Defendant**

John M. Helms, JR.,

Fish & Richardson P.C. (TX)
1717 Main Street, Suite 5000
Dallas, TX 75201
USA
Phone: (214)747-5070Fax: (214)747-2091

Matthew E. Yarbrough

Fish & Richardson, P.C.
5000 Bank One Center1717 Main Street
Dallas, TX 75201
USA
Phone: (214)747-5070

Raymond R. Castello

Fish & Richardson, P.C.
153 East 53rd Street52nd Floor
New York, NY 10022
USA
Phone: (212)765-5070

Thomas M. Melsheimer

Fish & Richardson P.C. (TX)
1717 Main Street, Suite 5000
Dallas, TX 75201
USA
Phone: (214)747-5070Fax: (214)747-2091

Abdullah Samil Bahmadan
**Defendant**

Abdullahi Hussein Kahie
**Defendant**

Abdulrahman Bin Khalid Bin Mahfouz
**Defendant**

Abdulrahman Bin Mahfouz
**Defendant**

Gerald A. Feffer
Lead Attorney

Williams & Connolly LLP
725 12th Street, NW
Washington, DC 20005
USA
Phone: (202)434-5007Fax: (202)434-5029Attorney to be
Noticed

Peter Jonathan Kahn
Lead Attorney

EXHIBIT 8, PAGE 479

| Litigants | Attorneys |
|---|---|
| | Williams & Connolly LLP |
| | 725 12th Street, NW |
| | Washington, DC 20005 |
| | USA |
| | Phone: (202)434-5045Fax: (202)434-5245Attorney to be Noticed |
| | |
| | John Luke Cuddihy |
| | |
| | Williams & Connolly LLP |
| | 725 12th Street, NW |
| | Washington, DC 20005 |
| | USA |
| | Phone: (202)434-5348Fax: (202)434-5029Attorney to be Noticed |

Advice and Reformation Committee
**Defendant**

Abu Hajer Al Iraqi
**Defendant**

Abu Hamza Al Masri
**Defendant**

Abu Hamza Al-Masri
**Defendant**

Abu Rahman
**Defendant**

Abu Sayef Group (Asg)
**Defendant**

Abu Sayyaf
**Defendant**

Abula Bin Laden
**Defendant**

Ahmed Khalil Ibrahim Samir Al-ANI
**Defendant**

Ahmed Nur Ali Jim'ale
**Defendant**

Ahmed the German
**Defendant**

Addullah Ahmed Abdullah
**Defendant**

## Litigants

## Attorneys

Addullah Bin Abdul Muhsen Al Turki
**Defendant**

Al Farooq Mosque
**Defendant**

Al Qaida
**Defendant**

Al Shamal for Investment and Development
**Defendant**

Al Taqwa Management Organization SA
**Defendant**

Al Taqwa Zaka Establishment
**Defendant**

Al-Barakat Bank of Somalia (Bss)
**Defendant**

Al-Barakat Finance Group
**Defendant**

Ahmad Ajaj
**Defendant**

Ahmad Al-Shinni
**Defendant**

Ahmed Ibrahim Al Najjar
**Defendant**

Ahmed Ibrahim Al Najjar
**Defendant**

Ahmed Mohamed Hamed Ali
**Defendant**

Akida Commodity Limited
**Defendant**

Al AMN Al-Dakhili, Intelligence
**Defendant**

Al Anwa
**Defendant**

John Joseph Walsh
Lead Attorney

Carter Ledyard & Milburn LLP

## Litigants                                          ## Attorneys

2 Wall Street
New York, NY 10005
USA
Phone: (212)238-8849Fax: (212)732-3232Attorney to be Noticed

**Al Gama'a Al-Islamiyya**
**Defendant**

**Aldo Addissi**                                      James P. Kreindler
**Plaintiff**                                         Lead Attorney

Kreindler & Kreindler
100 Park Avenue
New York, NY 10017
USA
Phone: (212)973-3440Fax: (212)972-9432Attorney to be Noticed

**Al-Shifa' Honey Press for Industry and Commerce**
**Defendant**

**Abu Abdul Rahman**
**Defendant**

**Abdullah Al Faisal Bin Abdulaziz Al Saud**          T. Barry Kingham
**Defendant**

Curtis, Mallet-Prevost, Colt and Mosle LLP
101 Park Avenue South 35th Floor
New York, NY 10178
USA
Phone: (212)696-6000Fax: (212)697-1559Attorney to be Noticed

**Abdul Fattah Zammar**
**Defendant**

**Addullah Al Faisal Abdulaziz Al Saud**              T. Barry Kingham
**Defendant**

Curtis, Mallet-Prevost, Colt and Mosle LLP
101 Park Avenue South 35th Floor
New York, NY 10178
USA
Phone: (212)696-6000Fax: (212)697-1559Attorney to be Noticed

**Abelmagne Ali Eldeen**
**Defendant**

**Abdurahman Alamoundi**
**Defendant**

**Abdulrahman Hassan Sharbatly**
**Defendant**

| Litigants | Attorneys |
|---|---|
| | |

Abdulrahman Hassan Sharbatly
**Defendant**

Abdulrahman Alamoudi
**Defendant**

Abdullah Omar Naseef
**Defendant**

Al Itihaad Al Islamiya (Aiai)
**Defendant**

Al Khaleejia for Export Promotion and Marketing Company
**Defendant**

Al Khaleejia for Export Promotion and Marketing Company
**Defendant**

Al Qaeda Islamic Agency
**Defendant**

Al Rajhi Banking and Investment
**Defendant**

Christopher Mark Curran
Lead Attorney

White & Case LLP (DC)
701 Thirteenth Street, Nw
Washington, DC 20005
USA
Phone: (202)626-3600Attorney to be Noticed

Frank Panopoulos
Lead Attorney

White & Case, LLP
601 Thirteenth Street, N.W.Suite 600 S,
Washington, DC

Attorney to be Noticed

Nicole Erb
Lead Attorney

White & Case LLP (DC)
701 Thirteenth Street, Nw
Washington, DC 20005
USA
Phone: (202)626-3694Fax: (202)639-9355Attorney to be Noticed

Al Rashid Trust
**Defendant**

Page 12 of 933
Case 2:16-cv-04185-PA-MRW Document 103-1 Filed 05/16/07 Page 332 of 883 Page ID #:10179
1:03-md-01570-GBD Re: Terrorist Attacks on September 11, 2001

| Litigants | Attorneys |
|---|---|

**Al-Barakaat**
**Defendant**

**Al-Birr**
**Defendant**

**Al-Haramain**
**Defendant**

**Al-Jaezeera News Agency**
**Defendant**

**Al-Rashid Trust**
**Defendant**

**American Muslim Foundation (Amf)**
**Defendant**

**Anas Al Liby**
**Defendant**

**Algerian Armed Islamic Group (Gia)**
**Defendant**

Andrew Braun
**Plaintiff**

James P. Kreindler
Lead Attorney

Kreindler & Kreindler
100 Park Avenue
New York, NY 10017
USA
Phone: (212)973-3440Fax: (212)972-9432Attorney to be Noticed

**Anwar Hajjaj**
**Defendant**

American Employers' Insurance Company
**Plaintiff**

Adam C. Bonin
Lead Attorney

Cozen O'Connor (Philadelphia)
1900 Market StreetThe Atrium
Philadelphia, PA 19103
USA
Phone: (215)665-2000Fax: (215)701-2321Attorney to be Noticed

Elliott R. Feldman
Lead Attorney

Cozen and O'Connor
The Atrium - Third Floor1900 Market Street
Philadelphia, PA 19103
USA

## Litigants

## Attorneys

Phone: (215)665-2000Attorney to be Noticed

Mark T. Mullen
Lead Attorney

Cozen O'Connor (Philadelphia)
1900 Market StreetThe Atrium
Philadelphia, PA 19103
USA
Phone: (215)665-2091Fax: (215)665-2013Attorney to be
Noticed

Michael J. Sommi
Lead Attorney

Cozen O'Connor
45 Broadway Atrium16th Floor
New York, NY 10006
USA
Phone: (212)908-1244Fax: (212)509-9492Attorney to be
Noticed

American Guarantee and Liability Insurance Company
**Plaintiff**

Adam C. Bonin
Lead Attorney

Cozen O'Connor (Philadelphia)
1900 Market StreetThe Atrium
Philadelphia, PA 19103
USA
Phone: (215)665-2000Fax: (215)701-2321Attorney to be
Noticed

Elliott R. Feldman
Lead Attorney

Cozen and O'Connor
The Atrium - Third Floor1900 Market Street
Philadelphia, PA 19103
USA
Phone: (215)665-2000Attorney to be Noticed

Mark T. Mullen
Lead Attorney

Cozen O'Connor (Philadelphia)
1900 Market StreetThe Atrium
Philadelphia, PA 19103
USA
Phone: (215)665-2091Fax: (215)665-2013Attorney to be
Noticed

Michael J. Sommi
Lead Attorney

Cozen O'Connor
45 Broadway Atrium16th Floor
New York, NY 10006
USA
Phone: (212)908-1244Fax: (212)509-9492Attorney to be

## Litigants

## Attorneys

Noticed

Aqeel Al-Aqeel
**Defendant**

Ashraf Wajih Nubani

Busch & Nubani, P.C.
5029 Backlick Road, Suite A
Annandale, VA 22003
USA
Phone: (703)658-5151Fax: (703)658-9200Attorney to be
Noticed

Asbat Al-Ansar
**Defendant**

Ayman Al-Zawahiri
**Defendant**

Azzam Service Center
**Defendant**

Barakaat Group of Companies
**Defendant**

Barakat Bank and Remittances
**Defendant**

Arnold Lederman
**Plaintiff**

James P. Kreindler
Lead Attorney

Kreindler & Kreindler
100 Park Avenue
New York, NY 10017
USA
Phone: (212)973-3440Fax: (212)972-9432Attorney to be
Noticed

Aqeel Abdul-Azeel Al-Aqeel
**Defendant**

Aqueel Al-Aqueel
**Defendant**

Arab Cement Company
**Defendant**

Arafat El-Asahi
**Defendant**

Banca Del Gottardo
**Defendant**

Martin Jeffrey Schwartz
Lead Attorney

Sonnenschein Nath & Rosenthal LLP (NY)
1221 Avenue of the Americas

## Litigants

## Attorneys

New York, NY 10020
USA
Phone: (212)768-6700Fax: (212)768-6800Attorney to be
Noticed

Monica Pa

Sonnenschein Nath & Rosenthal LLP (NY)
1221 Avenue of the Americas
New York, NY 10020
USA
Phone: (212)398-5244Fax: (212)768-6800Attorney to be
Noticed

**Barakaat Boston**
**Defendant**

**Bradley Daly**
**Plaintiff**

James P. Kreindler
Lead Attorney

Kreindler & Kreindler
100 Park Avenue
New York, NY 10017
USA
Phone: (212)973-3440Fax: (212)972-9432Attorney to be
Noticed

**Bakr M Bin Laden**
**Defendant**

Stephen Joseph Brogan
Lead Attorney

Jones Day (DC)
51 Louisiana Avenue, NW
Washington, DC 20001
USA
Phone: (202)879-3926Fax: (202)626-1700Attorney to be
Noticed

Melissa Danielle Stear

Jones Day (DC)
51 Louisiana Avenue, NW
Washington, DC 20001
USA
Phone: (202)879-5421Fax: (202)626-1700

E. Michael Bradley

Jones Day (NYC)
222 East 41st Street
New York, NY 10017
USA
Phone: (212)326-3863Fax: (212)755-7306Attorney to be
Noticed

**Bashsh Hospital**
**Defendant**

EXHIBIT 8, PAGE 487

| Litigants | Attorneys |
|-----------|-----------|
| Barakaat Enterprise<br>**Defendant** | |
| Barakaat Red Sea Telecommunications<br>**Defendant** | |
| Barakat Computer Consulting (Bcc)<br>**Defendant** | |
| Barakat Consulting Group (Bcg)<br>**Defendant** | |
| Barakat Global Telephone Company<br>**Defendant** | |
| Barakat International Companies (Bico)<br>**Defendant** | |
| Barakat Post Express (Bpe)<br>**Defendant** | |
| Barakat Refreshment Company<br>**Defendant** | |
| Barakat Telecommunications Company Limited (Btelco)<br>**Defendant** | |
| Benevolence International Foundation-USA<br>**Defendant** | |
| Bassam Dalati Satut<br>**Defendant** | |
| Cantor Fitzgerald Securities<br>**Plaintiff** | Andrew N. Bourne<br>Lead Attorney<br><br>Dickstein Shapiro LLP (NY)<br>1177 Avenue of the Americas<br>New York, NY 10036<br>USA<br>Phone: (212)277-6500Fax: (212)277-6501Attorney to be Noticed<br><br>Kenneth L. Adams<br>Lead Attorney<br><br>Dickstein Shapiro LLP (DC)<br>1825 Eye Street, N.W.<br>Washington, DC 20006-5403<br>USA<br>Phone: (202)785-9700Fax: (202)998-0689Attorney to be Noticed |

## Litigants

## Attorneys

Christopher Thomas Leonardo

Dickstein Shapiro LLP (DC)
1825 Eye Street, N.W.
Washington, DC 20006-5403
USA
Phone: (202)420-2201Fax: (202)420-2201Attorney to be Noticed

Carol O'Neill
**Plaintiff**

Jerry Stephen Goldman
Lead Attorney

Anderson Kill & Olick, P.C.
1251 Avenue of the Americas
New York, NY 10020
USA
Phone: (212)278-1000Fax: (212)278-1733Attorney to be Noticed

Joshua M. Ambush
Lead Attorney

600 Reisterstown Road
Suite 200 A
Baltimore, MD 21208
USA
Phone: (410)484-2070Fax: (410)484-9330Attorney to be Noticed

Paul G. Gaston
Lead Attorney

Law Offices of Paul G. Gaston
1120 19th Street, N.W.Suite 750
Washington, DC 20036
USA
Phone: (202)296-5856Fax: (202)296-4154Attorney to be Noticed

Gina Marie Mac Neill

Law Offices of Jerry S. Goldman & Associates, P.C.
111 BroadwaySuite 1305
New York, NY 10006
USA
Phone: (212)242-2232Fax: (212)346-4665Attorney to be Noticed

Cemsteel Impex Establishment
**Defendant**

Bosanska Idealna Futura
**Defendant**

Bilal Bin Marwan
**Defendant**

| Litigants | Attorneys |
|-----------|-----------|

**Cherif Sedky**
**Defendant**

Karla J. Letsche
Lead Attorney

Oldaker,Biden & Belair, LLP
818 Connecticut Avenue, N.W., Ste 1100
Washington, DC 20006
USA
Phone: (202)496-3491Fax: (202)293-6111Attorney to be Noticed

**Bosnia-Herzegovina Branch of Al-Haramain Islamic Foundation**
**Defendant**

**Boston Old Colony Insurance Company**
**Plaintiff**

Adam C. Bonin
Lead Attorney

Cozen O'Connor (Philadelphia)
1900 Market StreetThe Atrium
Philadelphia, PA 19103
USA
Phone: (215)665-2000Fax: (215)701-2321Attorney to be Noticed

Elliott R. Feldman
Lead Attorney

Cozen and O'Connor
The Atrium - Third Floor1900 Market Street
Philadelphia, PA 19103
USA
Phone: (215)665-2000Attorney to be Noticed

Mark T. Mullen
Lead Attorney

Cozen O'Connor (Philadelphia)
1900 Market StreetThe Atrium
Philadelphia, PA 19103
USA
Phone: (215)665-2091Fax: (215)665-2013Attorney to be Noticed

**Brahim Ben Hedili Hamami**
**Defendant**

**Cantor Fitzgerald International**
**Plaintiff**

Andrew N. Bourne
Lead Attorney

Dickstein Shapiro LLP (NY)
1177 Avenue of the Americas
New York, NY 10036
USA
Phone: (212)277-6500Fax: (212)277-6501Attorney to be Noticed

## Litigants | Attorneys

|  |  |
|---|---|
|  | Kenneth L. Adams<br>Lead Attorney<br><br>Dickstein Shapiro LLP (DC)<br>1825 Eye Street, N.W.<br>Washington, DC 20006-5403<br>USA<br>Phone: (202)785-9700Fax: (202)998-0689Attorney to be Noticed<br><br>Christopher Thomas Leonardo<br><br>Dickstein Shapiro LLP (DC)<br>1825 Eye Street, N.W.<br>Washington, DC 20006-5403<br>USA<br>Phone: (202)420-2201Fax: (202)420-2201Attorney to be Noticed |
| **Cantor Fitzgerald Partners**<br>**Plaintiff** | Andrew N. Bourne<br>Lead Attorney<br><br>Dickstein Shapiro LLP (NY)<br>1177 Avenue of the Americas<br>New York, NY 10036<br>USA<br>Phone: (212)277-6500Fax: (212)277-6501Attorney to be Noticed<br><br>Kenneth L. Adams<br>Lead Attorney<br><br>Dickstein Shapiro LLP (DC)<br>1825 Eye Street, N.W.<br>Washington, DC 20006-5403<br>USA<br>Phone: (202)785-9700Fax: (202)998-0689Attorney to be Noticed<br><br>Christopher Thomas Leonardo<br><br>Dickstein Shapiro LLP (DC)<br>1825 Eye Street, N.W.<br>Washington, DC 20006-5403<br>USA<br>Phone: (202)420-2201Fax: (202)420-2201Attorney to be Noticed |
| **Continental Casualty Company**<br>**Plaintiff** | Robert Manuel Kaplan<br><br>Robson Ferber Frost Chan & Essner, LLP<br>530 Fifth Avenue<br>New York, NY 10036-5101<br>USA<br>Phone: (212)944-2200Fax: (212)944-7630Attorney to be Noticed |

| Litigants | Attorneys |
|-----------|-----------|
| Charles Schmidt<br>**Plaintiff** | James P. Kreindler<br>Lead Attorney<br><br>Kreindler & Kreindler<br>100 Park Avenue<br>New York, NY 10017<br>USA<br>Phone: (212)973-3440Fax: (212)972-9432Attorney to be Noticed |
| Christine Irene O'Neill<br>**Plaintiff** | Jerry Stephen Goldman<br>Lead Attorney<br><br>Anderson Kill & Olick, P.C.<br>1251 Avenue of the Americas<br>New York, NY 10020<br>USA<br>Phone: (212)278-1000Fax: (212)278-1733Attorney to be Noticed<br><br>Joshua M. Ambush<br>Lead Attorney<br><br>600 Reisterstown Road<br>Suite 200 A<br>Baltimore, MD 21208<br>USA<br>Phone: (410)484-2070Fax: (410)484-9330Attorney to be Noticed<br><br>Paul R. Dubinsky<br>Lead Attorney<br><br>Law Office of Paul Dubinsky<br>57 Worth Street<br>New York, NY 10013<br>USA<br>Attorney to be Noticed<br><br>Paul G. Gaston<br>Lead Attorney<br><br>Law Offices of Paul G. Gaston<br>1120 19th Street, N.W.Suite 750<br>Washington, DC 20036<br>USA<br>Phone: (202)296-5856Fax: (202)296-4154Attorney to be Noticed<br><br>Roger Paul Alford<br>Lead Attorney<br><br>Pepperdine University School of Law<br>24255 Pacific Coast Highway<br>Malibu, CA 90263<br>USA<br>Phone: (310)506-7626Fax: (310)506-4063Attorney to be Noticed |

| Litigants | Attorneys |
|-----------|-----------|
| | Gina Marie Mac Neill |
| | Law Offices of Jerry S. Goldman & Associates, P.C.<br>111 BroadwaySuite 1305<br>New York, NY 10006<br>USA<br>Phone: (212)242-2232Fax: (212)346-4665Attorney to be Noticed |
| **Christine Sakoutis**<br>**Plaintiff** | Michael Barasch<br>Lead Attorney |
| | Barasch McGarry Salzman Penson & Lim<br>11 Park Place<br>New York, NY 10007<br>USA<br>Phone: (212)385-8000Attorney to be Noticed |
| **Co-Conspirators**<br>**Defendant** | |
| **Colonial American Casualty and Surety Insurance Company**<br>**Plaintiff** | Adam C. Bonin<br>Lead Attorney |
| | Cozen O'Connor (Philadelphia)<br>1900 Market StreetThe Atrium<br>Philadelphia, PA 19103<br>USA<br>Phone: (215)665-2000Fax: (215)701-2321Attorney to be Noticed |
| | Elliott R. Feldman<br>Lead Attorney |
| | Cozen and O'Connor<br>The Atrium - Third Floor1900 Market Street<br>Philadelphia, PA 19103<br>USA<br>Phone: (215)665-2000Attorney to be Noticed |
| | Mark T. Mullen<br>Lead Attorney |
| | Cozen O'Connor (Philadelphia)<br>1900 Market StreetThe Atrium<br>Philadelphia, PA 19103<br>USA<br>Phone: (215)665-2091Fax: (215)665-2013Attorney to be Noticed |
| | Michael J. Sommi<br>Lead Attorney |
| | Cozen O'Connor<br>45 Broadway Atrium16th Floor<br>New York, NY 10006 |

EXHIBIT 8, PAGE 493

| Litigants | Attorneys |
|---|---|
| | USA<br>Phone: (212)908-1244Fax: (212)509-9492Attorney to be Noticed |
| **Dennis Quinn**<br>**Plaintiff** | Michael Barasch<br>Lead Attorney<br><br>Barasch McGarry Salzman Penson & Lim<br>11 Park Place<br>New York, NY 10007<br>USA<br>Phone: (212)385-8000Attorney to be Noticed |
| **Continental Insurance Company of New Jersey**<br>**Plaintiff** | Elliott R. Feldman<br>Lead Attorney<br><br>Cozen and O'Connor<br>The Atrium - Third Floor1900 Market Street<br>Philadelphia, PA 19103<br>USA<br>Phone: (215)665-2000Attorney to be Noticed<br><br>Mark T. Mullen<br>Lead Attorney<br><br>Cozen O'Connor (Philadelphia)<br>1900 Market StreetThe Atrium<br>Philadelphia, PA 19103<br>USA<br>Phone: (215)665-2091Fax: (215)665-2013Attorney to be Noticed |
| **Contratas Gioma**<br>**Defendant** | |
| **Chubb Insurance Company of Canada**<br>**Plaintiff** | Adam C. Bonin<br>Lead Attorney<br><br>Cozen O'Connor (Philadelphia)<br>1900 Market StreetThe Atrium<br>Philadelphia, PA 19103<br>USA<br>Phone: (215)665-2000Fax: (215)701-2321Attorney to be Noticed<br><br>Elliott R. Feldman<br>Lead Attorney<br><br>Cozen and O'Connor<br>The Atrium - Third Floor1900 Market Street<br>Philadelphia, PA 19103<br>USA<br>Phone: (215)665-2000Attorney to be Noticed<br><br>Mark T. Mullen<br>Lead Attorney |

| Litigants | Attorneys |
|-----------|-----------|
| | Cozen O'Connor (Philadelphia) 1900 Market StreetThe Atrium Philadelphia, PA 19103 USA Phone: (215)665-2091Fax: (215)665-2013Attorney to be Noticed |
| | Michael J. Sommi Lead Attorney |
| | Cozen O'Connor 45 Broadway Atrium16th Floor New York, NY 10006 USA Phone: (212)908-1244Fax: (212)509-9492Attorney to be Noticed |
| Chubb Insurance Company of New Jersey **Plaintiff** | Adam C. Bonin Lead Attorney |
| | Cozen O'Connor (Philadelphia) 1900 Market StreetThe Atrium Philadelphia, PA 19103 USA Phone: (215)665-2000Fax: (215)701-2321Attorney to be Noticed |
| | Elliott R. Feldman Lead Attorney |
| | Cozen and O'Connor The Atrium - Third Floor1900 Market Street Philadelphia, PA 19103 USA Phone: (215)665-2000Attorney to be Noticed |
| | Mark T. Mullen Lead Attorney |
| | Cozen O'Connor (Philadelphia) 1900 Market StreetThe Atrium Philadelphia, PA 19103 USA Phone: (215)665-2091Fax: (215)665-2013Attorney to be Noticed |
| | Michael J. Sommi Lead Attorney |
| | Cozen O'Connor 45 Broadway Atrium16th Floor New York, NY 10006 USA Phone: (212)908-1244Fax: (212)509-9492Attorney to be Noticed |
| Dahir Ubeidullahi Aweys | |

## Litigants

**Defendant**

Dallah Al Baraka Group LLC
**Defendant**

Daral Maal Al Islami Trust
**Defendant**

Daral Maal Al Islami Trust
**Defendant**

Edward Walsh
**Plaintiff**

Joseph Beltrani
**Plaintiff**

Robert D'Elia
**Plaintiff**

## Attorneys

Martin Francis McMahon
Lead Attorney

Martin F. McMahon and Associates
1150 Conneticut Avenue N.W.
Washington, DC 20035
USA
Phone: (202)862-4343Fax: (202)862-4302Attorney to be Noticed

James Joseph McGuire
Lead Attorney

Sheppard, Mullin, Richter & Hampton, LLP(NYC)
30 Rockefeller Plaza
New York, NY 10112
USA
Phone: (212)332-3800Fax: (212)332-3888Attorney to be Noticed

James Joseph McGuire

Sheppard, Mullin, Richter & Hampton, LLP(NYC)
30 Rockefeller Plaza
New York, NY 10112
USA
Phone: (212)332-3800Fax: (212)332-3888Attorney to be Noticed

James P. Kreindler
Lead Attorney

Kreindler & Kreindler
100 Park Avenue
New York, NY 10017
USA
Phone: (212)973-3440Fax: (212)972-9432Attorney to be Noticed

James P. Kreindler
Lead Attorney

Kreindler & Kreindler
100 Park Avenue
New York, NY 10017
USA
Phone: (212)973-3440Fax: (212)972-9432Attorney to be Noticed

James P. Kreindler
Lead Attorney

Kreindler & Kreindler
100 Park Avenue

| Litigants | Attorneys |
|-----------|-----------|
| | New York, NY 10017<br>USA<br>Phone: (212)973-3440Fax: (212)972-9432Attorney to be Noticed |
| **Thomas Donnelly**<br>**Plaintiff** | James P. Kreindler<br>Lead Attorney<br><br>Kreindler & Kreindler<br>100 Park Avenue<br>New York, NY 10017<br>USA<br>Phone: (212)973-3440Fax: (212)972-9432Attorney to be Noticed |
| **Joseph Hands**<br>**Plaintiff** | James P. Kreindler<br>Lead Attorney<br><br>Kreindler & Kreindler<br>100 Park Avenue<br>New York, NY 10017<br>USA<br>Phone: (212)973-3440Fax: (212)972-9432Attorney to be Noticed |
| **John Hassett**<br>**Plaintiff** | James P. Kreindler<br>Lead Attorney<br><br>Kreindler & Kreindler<br>100 Park Avenue<br>New York, NY 10017<br>USA<br>Phone: (212)973-3440Fax: (212)972-9432Attorney to be Noticed |
| **Phyllis Lederman**<br>**Plaintiff** | James P. Kreindler<br>Lead Attorney<br><br>Kreindler & Kreindler<br>100 Park Avenue<br>New York, NY 10017<br>USA<br>Phone: (212)973-3440Fax: (212)972-9432Attorney to be Noticed |
| **Sandy Amrita Mahabir**<br>**Plaintiff** | James P. Kreindler<br>Lead Attorney<br><br>Kreindler & Kreindler<br>100 Park Avenue<br>New York, NY 10017<br>USA<br>Phone: (212)973-3440Fax: (212)972-9432Attorney to be Noticed |
| James McGetrick | James P. Kreindler |

| Litigants | Attorneys |
|---|---|
| **Plaintiff** | Lead Attorney<br><br>Kreindler & Kreindler<br>100 Park Avenue<br>New York, NY 10017<br>USA<br>Phone: (212)973-3440Fax: (212)972-9432Attorney to be Noticed |
| Howard Rice<br>**Plaintiff** | James P. Kreindler<br>Lead Attorney<br><br>Kreindler & Kreindler<br>100 Park Avenue<br>New York, NY 10017<br>USA<br>Phone: (212)973-3440Fax: (212)972-9432Attorney to be Noticed |
| Scott Ting<br>**Plaintiff** | James P. Kreindler<br>Lead Attorney<br><br>Kreindler & Kreindler<br>100 Park Avenue<br>New York, NY 10017<br>USA<br>Phone: (212)973-3440Fax: (212)972-9432Attorney to be Noticed |
| George Luis Torres<br>**Plaintiff** | James P. Kreindler<br>Lead Attorney<br><br>Kreindler & Kreindler<br>100 Park Avenue<br>New York, NY 10017<br>USA<br>Phone: (212)973-3440Fax: (212)972-9432Attorney to be Noticed |
| Burnett Plaintiffs<br>**Plaintiff** | Michael Edward Elsner<br><br>Motley Rice LLC (SC)<br>28 Bridgeside BoulevardP.O. Box 1792<br>Mount Pleasant, SC 29465<br>USA<br>Phone: (843)216-9250Fax: (843)216-9680Attorney to be Noticed |
| Andrezej Cieslik<br>**Plaintiff** | James P. Kreindler<br>Lead Attorney<br><br>Kreindler & Kreindler<br>100 Park Avenue<br>New York, NY 10017<br>USA<br>Phone: (212)973-3440Fax: (212)972-9432Attorney to be Noticed |

EXHIBIT 8, PAGE 498

## Litigants

## Attorneys

American Alternative Insurance Corporation
**Plaintiff**

Adam C. Bonin
Lead Attorney

Cozen O'Connor (Philadelphia)
1900 Market StreetThe Atrium
Philadelphia, PA 19103
USA
Phone: (215)665-2000Fax: (215)701-2321Attorney to be Noticed

Elliott R. Feldman
Lead Attorney

Cozen and O'Connor
The Atrium - Third Floor1900 Market Street
Philadelphia, PA 19103
USA
Phone: (215)665-2000Attorney to be Noticed

Mark T. Mullen
Lead Attorney

Cozen O'Connor (Philadelphia)
1900 Market StreetThe Atrium
Philadelphia, PA 19103
USA
Phone: (215)665-2091Fax: (215)665-2013Attorney to be Noticed

Michael J. Sommi
Lead Attorney

Cozen O'Connor
45 Broadway Atrium16th Floor
New York, NY 10006
USA
Phone: (212)908-1244Fax: (212)509-9492Attorney to be Noticed

Allstate Insurance Company
**Plaintiff**

Adam C. Bonin
Lead Attorney

Cozen O'Connor (Philadelphia)
1900 Market StreetThe Atrium
Philadelphia, PA 19103
USA
Phone: (215)665-2000Fax: (215)701-2321Attorney to be Noticed

Elliott R. Feldman
Lead Attorney

Cozen and O'Connor
The Atrium - Third Floor1900 Market Street
Philadelphia, PA 19103
USA
Phone: (215)665-2000Attorney to be Noticed

| Litigants | Attorneys |
|-----------|-----------|
| | Mark T. Mullen<br>Lead Attorney<br><br>Cozen O'Connor (Philadelphia)<br>1900 Market StreetThe Atrium<br>Philadelphia, PA 19103<br>USA<br>Phone: (215)665-2091Fax: (215)665-2013Attorney to be Noticed |
| Andrew Quinn<br>**Plaintiff** | Michael Barasch<br>Lead Attorney<br><br>Barasch McGarry Salzman Penson & Lim<br>11 Park Place<br>New York, NY 10007<br>USA<br>Phone: (212)385-8000Attorney to be Noticed |
| Domenick Damiano<br>**Plaintiff** | James P. Kreindler<br>Lead Attorney<br><br>Kreindler & Kreindler<br>100 Park Avenue<br>New York, NY 10017<br>USA<br>Phone: (212)973-3440Fax: (212)972-9432Attorney to be Noticed |
| Warren Hayes<br>**Plaintiff** | James P. Kreindler<br>Lead Attorney<br><br>Kreindler & Kreindler<br>100 Park Avenue<br>New York, NY 10017<br>USA<br>Phone: (212)973-3440Fax: (212)972-9432Attorney to be Noticed |
| Kevin Mount<br>**Plaintiff** | James P. Kreindler<br>Lead Attorney<br><br>Kreindler & Kreindler<br>100 Park Avenue<br>New York, NY 10017<br>USA<br>Phone: (212)973-3440Fax: (212)972-9432Attorney to be Noticed |
| Kevin Quinn<br>**Plaintiff** | James P. Kreindler<br>Lead Attorney<br><br>Kreindler & Kreindler<br>100 Park Avenue<br>New York, NY 10017<br>USA |

## Litigants

## Attorneys

Phone: (212)973-3440Fax: (212)972-9432Attorney to be Noticed

Dorothy Tempesta
**Plaintiff**

Donald J. Nolan
Lead Attorney

Nolan Law Group
20 N. Clark St., 30th Floor
Chicago, IL 60602
USA
Phone: (312)630-4000Fax: (312)630-4011Attorney to be Noticed

Floyd A. Wisner
Lead Attorney

Nolan Law Group
20 N. Clark St., 30th Floor
Chicago, IL 60602
USA
Phone: (312)630-4000Fax: (312)630-4011Attorney to be Noticed

Great Northern Insurance Company
**Plaintiff**

Adam C. Bonin
Lead Attorney

Cozen O'Connor (Philadelphia)
1900 Market StreetThe Atrium
Philadelphia, PA 19103
USA
Phone: (215)665-2000Fax: (215)701-2321Attorney to be Noticed

Elliott R. Feldman
Lead Attorney

Cozen and O'Connor
The Atrium - Third Floor1900 Market Street
Philadelphia, PA 19103
USA
Phone: (215)665-2000Attorney to be Noticed

Mark T. Mullen
Lead Attorney

Cozen O'Connor (Philadelphia)
1900 Market StreetThe Atrium
Philadelphia, PA 19103
USA
Phone: (215)665-2091Fax: (215)665-2013Attorney to be Noticed

Michael J. Sommi
Lead Attorney

Cozen O'Connor
45 Broadway Atrium16th Floor
New York, NY 10006

| Litigants | Attorneys |
|---|---|
| | USA<br>Phone: (212)908-1244Fax: (212)509-9492Attorney to be Noticed |
| **Vigilant Insurance Company**<br>**Plaintiff** | Adam C. Bonin<br>Lead Attorney<br><br>Cozen O'Connor (Philadelphia)<br>1900 Market StreetThe Atrium<br>Philadelphia, PA 19103<br>USA<br>Phone: (215)665-2000Fax: (215)701-2321Attorney to be Noticed<br><br>Elliott R. Feldman<br>Lead Attorney<br><br>Cozen and O'Connor<br>The Atrium - Third Floor1900 Market Street<br>Philadelphia, PA 19103<br>USA<br>Phone: (215)665-2000Attorney to be Noticed<br><br>Mark T. Mullen<br>Lead Attorney<br><br>Cozen O'Connor (Philadelphia)<br>1900 Market StreetThe Atrium<br>Philadelphia, PA 19103<br>USA<br>Phone: (215)665-2091Fax: (215)665-2013Attorney to be Noticed<br><br>Matthew G. Ash<br>Lead Attorney<br><br>Cozen O'Connor<br>1667 K Street, NWSuite 500<br>Washington, DC 20006<br>USA<br>Phone: (202)912-4810Attorney to be Noticed<br><br>Michael J. Sommi<br>Lead Attorney<br><br>Cozen O'Connor<br>45 Broadway Atrium16th Floor<br>New York, NY 10006<br>USA<br>Phone: (212)908-1244Fax: (212)509-9492Attorney to be Noticed |
| **Fidelity and Deposit Company of Maryland**<br>**Plaintiff** | Adam C. Bonin<br>Lead Attorney<br><br>Cozen O'Connor (Philadelphia)<br>1900 Market StreetThe Atrium<br>Philadelphia, PA 19103 |

| Litigants | Attorneys |
|-----------|-----------|
| | USA<br>Phone: (215)665-2000Fax: (215)701-2321Attorney to be Noticed<br><br>Elliott R. Feldman<br>Lead Attorney<br><br>Cozen and O'Connor<br>The Atrium - Third Floor1900 Market Street<br>Philadelphia, PA 19103<br>USA<br>Phone: (215)665-2000Attorney to be Noticed<br><br>Mark T. Mullen<br>Lead Attorney<br><br>Cozen O'Connor (Philadelphia)<br>1900 Market StreetThe Atrium<br>Philadelphia, PA 19103<br>USA<br>Phone: (215)665-2091Fax: (215)665-2013Attorney to be Noticed<br><br>Michael J. Sommi<br>Lead Attorney<br><br>Cozen O'Connor<br>45 Broadway Atrium16th Floor<br>New York, NY 10006<br>USA<br>Phone: (212)908-1244Fax: (212)509-9492Attorney to be Noticed |
| One Beacon Insurance Company<br>**Plaintiff** | Adam C. Bonin<br>Lead Attorney<br><br>Cozen O'Connor (Philadelphia)<br>1900 Market StreetThe Atrium<br>Philadelphia, PA 19103<br>USA<br>Phone: (215)665-2000Fax: (215)701-2321Attorney to be Noticed<br><br>Elliott R. Feldman<br>Lead Attorney<br><br>Cozen and O'Connor<br>The Atrium - Third Floor1900 Market Street<br>Philadelphia, PA 19103<br>USA<br>Phone: (215)665-2000Attorney to be Noticed<br><br>Mark T. Mullen<br>Lead Attorney<br><br>Cozen O'Connor (Philadelphia)<br>1900 Market StreetThe Atrium<br>Philadelphia, PA 19103<br>USA |

| Litigants | Attorneys |
|---|---|
| | Phone: (215)665-2091Fax: (215)665-2013Attorney to be Noticed |
| | Michael J. Sommi<br>Lead Attorney |
| | Cozen O'Connor<br>45 Broadway Atrium16th Floor<br>New York, NY 10006<br>USA<br>Phone: (212)908-1244Fax: (212)509-9492Attorney to be Noticed |
| One Beacon America Insurance Company<br>**Plaintiff** | Adam C. Bonin<br>Lead Attorney |
| | Cozen O'Connor (Philadelphia)<br>1900 Market StreetThe Atrium<br>Philadelphia, PA 19103<br>USA<br>Phone: (215)665-2000Fax: (215)701-2321Attorney to be Noticed |
| | Elliott R. Feldman<br>Lead Attorney |
| | Cozen and O'Connor<br>The Atrium - Third Floor1900 Market Street<br>Philadelphia, PA 19103<br>USA<br>Phone: (215)665-2000Attorney to be Noticed |
| | Mark T. Mullen<br>Lead Attorney |
| | Cozen O'Connor (Philadelphia)<br>1900 Market StreetThe Atrium<br>Philadelphia, PA 19103<br>USA<br>Phone: (215)665-2091Fax: (215)665-2013Attorney to be Noticed |
| | Michael J. Sommi<br>Lead Attorney |
| | Cozen O'Connor<br>45 Broadway Atrium16th Floor<br>New York, NY 10006<br>USA<br>Phone: (212)908-1244Fax: (212)509-9492Attorney to be Noticed |
| The Camden Fire Insurance Association<br>**Plaintiff** | Adam C. Bonin<br>Lead Attorney |
| | Cozen O'Connor (Philadelphia)<br>1900 Market StreetThe Atrium<br>Philadelphia, PA 19103 |

| Litigants | Attorneys |
|---|---|
| | USA<br>Phone: (215)665-2000Fax: (215)701-2321Attorney to be Noticed<br><br>Mark T. Mullen<br>Lead Attorney<br><br>Cozen O'Connor (Philadelphia)<br>1900 Market StreetThe Atrium<br>Philadelphia, PA 19103<br>USA<br>Phone: (215)665-2091Fax: (215)665-2013Attorney to be Noticed<br><br>Michael J. Sommi<br>Lead Attorney<br><br>Cozen O'Connor<br>45 Broadway Atrium16th Floor<br>New York, NY 10006<br>USA<br>Phone: (212)908-1244Fax: (212)509-9492Attorney to be Noticed |
| Crum & Forster Indemnity Company<br>**Plaintiff** | Adam C. Bonin<br>Lead Attorney<br><br>Cozen O'Connor (Philadelphia)<br>1900 Market StreetThe Atrium<br>Philadelphia, PA 19103<br>USA<br>Phone: (215)665-2000Fax: (215)701-2321Attorney to be Noticed<br><br>Elliott R. Feldman<br>Lead Attorney<br><br>Cozen and O'Connor<br>The Atrium - Third Floor1900 Market Street<br>Philadelphia, PA 19103<br>USA<br>Phone: (215)665-2000Attorney to be Noticed<br><br>Mark T. Mullen<br>Lead Attorney<br><br>Cozen O'Connor (Philadelphia)<br>1900 Market StreetThe Atrium<br>Philadelphia, PA 19103<br>USA<br>Phone: (215)665-2091Fax: (215)665-2013Attorney to be Noticed<br><br>Michael J. Sommi<br>Lead Attorney<br><br>Cozen O'Connor<br>45 Broadway Atrium16th Floor<br>New York, NY 10006 |

| Litigants | Attorneys |
|---|---|
| | USA<br>Phone: (212)908-1244Fax: (212)509-9492Attorney to be Noticed |
| **United States Fire Insurance Company**<br>**Plaintiff** | Adam C. Bonin<br>Lead Attorney<br><br>Cozen O'Connor (Philadelphia)<br>1900 Market StreetThe Atrium<br>Philadelphia, PA 19103<br>USA<br>Phone: (215)665-2000Fax: (215)701-2321Attorney to be Noticed<br><br>Mark T. Mullen<br>Lead Attorney<br><br>Cozen O'Connor (Philadelphia)<br>1900 Market StreetThe Atrium<br>Philadelphia, PA 19103<br>USA<br>Phone: (215)665-2091Fax: (215)665-2013Attorney to be Noticed<br><br>Michael J. Sommi<br>Lead Attorney<br><br>Cozen O'Connor<br>45 Broadway Atrium16th Floor<br>New York, NY 10006<br>USA<br>Phone: (212)908-1244Fax: (212)509-9492Attorney to be Noticed |
| **Great Lakes Reinsurance (Uk) PLC**<br>**Plaintiff** | Adam C. Bonin<br>Lead Attorney<br><br>Cozen O'Connor (Philadelphia)<br>1900 Market StreetThe Atrium<br>Philadelphia, PA 19103<br>USA<br>Phone: (215)665-2000Fax: (215)701-2321Attorney to be Noticed<br><br>Elliott R. Feldman<br>Lead Attorney<br><br>Cozen and O'Connor<br>The Atrium - Third Floor1900 Market Street<br>Philadelphia, PA 19103<br>USA<br>Phone: (215)665-2000Attorney to be Noticed<br><br>Mark T. Mullen<br>Lead Attorney<br><br>Cozen O'Connor (Philadelphia)<br>1900 Market StreetThe Atrium |

| Litigants | Attorneys |
|---|---|
| | Philadelphia, PA 19103<br>USA<br>Phone: (215)665-2091Fax: (215)665-2013Attorney to be Noticed<br><br>Michael J. Sommi<br>Lead Attorney<br><br>Cozen O'Connor<br>45 Broadway Atrium16th Floor<br>New York, NY 10006<br>USA<br>Phone: (212)908-1244Fax: (212)509-9492Attorney to be Noticed |
| **The Princeton Excess & Surplus Lines Insurance Company**<br>**Plaintiff** | Adam C. Bonin<br>Lead Attorney<br><br>Cozen O'Connor (Philadelphia)<br>1900 Market StreetThe Atrium<br>Philadelphia, PA 19103<br>USA<br>Phone: (215)665-2000Fax: (215)701-2321Attorney to be Noticed<br><br>Mark T. Mullen<br>Lead Attorney<br><br>Cozen O'Connor (Philadelphia)<br>1900 Market StreetThe Atrium<br>Philadelphia, PA 19103<br>USA<br>Phone: (215)665-2091Fax: (215)665-2013Attorney to be Noticed<br><br>Michael J. Sommi<br>Lead Attorney<br><br>Cozen O'Connor<br>45 Broadway Atrium16th Floor<br>New York, NY 10006<br>USA<br>Phone: (212)908-1244Fax: (212)509-9492Attorney to be Noticed |
| Fidelity and Casualty Company of New York<br>**Plaintiff** | Adam C. Bonin<br>Lead Attorney<br><br>Cozen O'Connor (Philadelphia)<br>1900 Market StreetThe Atrium<br>Philadelphia, PA 19103<br>USA<br>Phone: (215)665-2000Fax: (215)701-2321Attorney to be Noticed<br><br>Elliott R. Feldman<br>Lead Attorney |

| Litigants | Attorneys |
|-----------|-----------|
| | Cozen and O'Connor<br>The Atrium - Third Floor1900 Market Street<br>Philadelphia, PA 19103<br>USA<br>Phone: (215)665-2000Attorney to be Noticed<br><br>Mark T. Mullen<br>Lead Attorney<br><br>Cozen O'Connor (Philadelphia)<br>1900 Market StreetThe Atrium<br>Philadelphia, PA 19103<br>USA<br>Phone: (215)665-2091Fax: (215)665-2013Attorney to be Noticed |
| **National Ben Franklin Insurance Company of Illinois**<br>**Plaintiff** | Adam C. Bonin<br>Lead Attorney<br><br>Cozen O'Connor (Philadelphia)<br>1900 Market StreetThe Atrium<br>Philadelphia, PA 19103<br>USA<br>Phone: (215)665-2000Fax: (215)701-2321Attorney to be Noticed<br><br>Elliott R. Feldman<br>Lead Attorney<br><br>Cozen and O'Connor<br>The Atrium - Third Floor1900 Market Street<br>Philadelphia, PA 19103<br>USA<br>Phone: (215)665-2000Attorney to be Noticed<br><br>Mark T. Mullen<br>Lead Attorney<br><br>Cozen O'Connor (Philadelphia)<br>1900 Market StreetThe Atrium<br>Philadelphia, PA 19103<br>USA<br>Phone: (215)665-2091Fax: (215)665-2013Attorney to be Noticed |
| **Mark Bernheimer**<br>**Plaintiff** | Michael Barasch<br>Lead Attorney<br><br>Barasch McGarry Salzman Penson & Lim<br>11 Park Place<br>New York, NY 10007<br>USA<br>Phone: (212)385-8000Attorney to be Noticed |
| **Michael Endrizzi**<br>**Plaintiff** | Michael Barasch<br>Lead Attorney |

EXHIBIT 8, PAGE 508

## Litigants | ## Attorneys

|  |  |
|---|---|
|  | Barasch McGarry Salzman Penson & Lim<br>11 Park Place<br>New York, NY 10007<br>USA<br>Phone: (212)385-8000Attorney to be Noticed |
| Thomas Fletcher<br>**Plaintiff** | Michael Barasch<br>Lead Attorney<br><br>Barasch McGarry Salzman Penson & Lim<br>11 Park Place<br>New York, NY 10007<br>USA<br>Phone: (212)385-8000Attorney to be Noticed |
| Mark Goldwasser<br>**Plaintiff** | Michael Barasch<br>Lead Attorney<br><br>Barasch McGarry Salzman Penson & Lim<br>11 Park Place<br>New York, NY 10007<br>USA<br>Phone: (212)385-8000Attorney to be Noticed |
| Ron Harding<br>**Plaintiff** | Michael Barasch<br>Lead Attorney<br><br>Barasch McGarry Salzman Penson & Lim<br>11 Park Place<br>New York, NY 10007<br>USA<br>Phone: (212)385-8000Attorney to be Noticed |
| Jeremiah Harney<br>**Plaintiff** | Michael Barasch<br>Lead Attorney<br><br>Barasch McGarry Salzman Penson & Lim<br>11 Park Place<br>New York, NY 10007<br>USA<br>Phone: (212)385-8000Attorney to be Noticed |
| Peter Ioveno<br>**Plaintiff** | Michael Barasch<br>Lead Attorney<br><br>Barasch McGarry Salzman Penson & Lim<br>11 Park Place<br>New York, NY 10007<br>USA<br>Phone: (212)385-8000Attorney to be Noticed |
| Robert Keane<br>**Plaintiff** | Michael Barasch<br>Lead Attorney<br><br>Barasch McGarry Salzman Penson & Lim |

## Litigants                                    ## Attorneys

11 Park Place
New York, NY 10007
USA
Phone: (212)385-8000Attorney to be Noticed

Raymond Lachhman                                Michael Barasch
**Plaintiff**                                   Lead Attorney

Barasch McGarry Salzman Penson & Lim
11 Park Place
New York, NY 10007
USA
Phone: (212)385-8000Attorney to be Noticed

Houssain Lazaar                                 Michael Barasch
**Plaintiff**                                   Lead Attorney

Barasch McGarry Salzman Penson & Lim
11 Park Place
New York, NY 10007
USA
Phone: (212)385-8000Attorney to be Noticed

Joyce Leigh                                     Michael Barasch
**Plaintiff**                                   Lead Attorney

Barasch McGarry Salzman Penson & Lim
11 Park Place
New York, NY 10007
USA
Phone: (212)385-8000Attorney to be Noticed

Jeff Lever                                      Michael Barasch
**Plaintiff**                                   Lead Attorney

Barasch McGarry Salzman Penson & Lim
11 Park Place
New York, NY 10007
USA
Phone: (212)385-8000Attorney to be Noticed

Jerzy Mrozek                                    Michael Barasch
**Plaintiff**                                   Lead Attorney

Barasch McGarry Salzman Penson & Lim
11 Park Place
New York, NY 10007
USA
Phone: (212)385-8000Attorney to be Noticed

Kevin Rogers                                    Michael Barasch
**Plaintiff**                                   Lead Attorney

Barasch McGarry Salzman Penson & Lim
11 Park Place
New York, NY 10007

## Litigants

## Attorneys

USA
Phone: (212)385-8000Attorney to be Noticed

Kemraj Singh
**Plaintiff**

Michael Barasch
Lead Attorney

Barasch McGarry Salzman Penson & Lim
11 Park Place
New York, NY 10007
USA
Phone: (212)385-8000Attorney to be Noticed

Gary Wendell
**Plaintiff**

Michael Barasch
Lead Attorney

Barasch McGarry Salzman Penson & Lim
11 Park Place
New York, NY 10007
USA
Phone: (212)385-8000Attorney to be Noticed

Port Authority of New York & New Jersey
**Plaintiff**

Andrew N. Bourne

Dickstein Shapiro LLP (NY)
1177 Avenue of the Americas
New York, NY 10036
USA
Phone: (212)277-6500Fax: (212)277-6501Attorney to be
Noticed

Christopher Thomas Leonardo

Dickstein Shapiro LLP (DC)
1825 Eye Street, N.W.
Washington, DC 20006-5403
USA
Phone: (202)420-2201Fax: (202)420-2201Attorney to be
Noticed

Jonathan Mark Goodman

Dickstein Shapiro LLP (NY)
1177 Avenue of Americas
New York, NY 10036
USA
Phone: (212)835-1446Fax: (212)997-9880Attorney to be
Noticed

Stacey Ann Saiontz

Dickstein Shapiro LLP (NY)
1177 Avenue of the Americas
New York, NY 10036
USA
Phone: (212)896-5446Fax: (212)997-9880Attorney to be
Noticed

| Litigants | Attorneys |
|-----------|-----------|
| Transcontinental Insurance Company<br>**Plaintiff** | Robert Manuel Kaplan<br><br>Robson Ferber Frost Chan & Essner, LLP<br>530 Fifth Avenue<br>New York, NY 10036-5101<br>USA<br>Phone: (212)944-2200 Fax: (212)944-7630 Attorney to be Noticed |
| Port Authority Trans-Hudson Corporation<br>**Plaintiff** | Andrew N. Bourne<br>Lead Attorney<br><br>Dickstein Shapiro LLP (NY)<br>1177 Avenue of the Americas<br>New York, NY 10036<br>USA<br>Phone: (212)277-6500 Fax: (212)277-6501 Attorney to be Noticed<br><br>Christopher Thomas Leonardo<br><br>Dickstein Shapiro LLP (DC)<br>1825 Eye Street, N.W.<br>Washington, DC 20006-5403<br>USA<br>Phone: (202)420-2201 Fax: (202)420-2201 Attorney to be Noticed |
| Yeslam Binladin<br>**Defendant** | Yeslam Binladin<br>[PRO SE]<br><br>Rue Francois-le-Fort, 2 Geneva Switzerlan<br>Switzerlan,<br><br>James Ernest Gauch<br><br>Jones Day (DC)<br>51 Louisiana Avenue, NW<br>Washington, DC 20001<br>USA<br>Phone: (202)879-3880 Fax: (202)626-1700 Attorney to be Noticed |
| Mohammed Al Faisal Al Saud<br>**Defendant** | Shirley C. Woodward<br>Lead Attorney<br><br>Wilmer Cutler Pickering, L.L.P.<br>2445 M Street NW<br>Washington, DC 20037<br>USA<br>Phone: (202)663-6913 Attorney to be Noticed<br><br>Tracey Cote Allen<br><br>Wilmer, Cutler & Pickering (Washington)<br>1875 Pennsylvania Avenue, Nw<br>Washington, DC 20037 |

| Litigants | Attorneys |
|---|---|
| | USA<br>Phone: (202)663-6856Fax: (202)663-6363Attorney to be Noticed<br><br>Louis Richard Cohen<br><br>Wilmer, Cutler & Pickering (Washington)<br>1875 Pennsylvania Avenue, Nw<br>Washington, DC 20037<br>USA<br>Phone: (202)663-6700Fax: (202)663-6363Attorney to be Noticed |
| **Heritage Education Trust**<br>**Defendant** | Christopher J. Beal<br>Lead Attorney<br><br>DLA Piper US LLP (San Diego)<br>4365 Executive DriveSuite 1100<br>San Diego, CA 92121-2133<br>USA<br>Phone: (858)638-6813Fax: (858)677-1477Attorney to be Noticed<br><br>Donna M. Sheinbach<br>Lead Attorney<br><br>DLA Piper US LLP(DC)<br>500 8th Street, N.W.,<br>Washington, DC 20004<br>USA<br>Phone: (202)238-7763Fax: (202)238-7700Attorney to be Noticed<br><br>Jay D. Hanson<br>Lead Attorney<br><br>DLA Piper US LLP (San Diego)<br>4365 Executive DriveSuite 1100<br>San Diego, CA 92121-2133<br>USA<br>Phone: (856)677-1400Attorney to be Noticed<br><br>John Joseph Walsh<br>Lead Attorney<br><br>Carter Ledyard & Milburn LLP<br>2 Wall Street<br>New York, NY 10005<br>USA<br>Phone: (212)238-8849Fax: (212)732-3232Attorney to be Noticed<br><br>Michael D. McNeely<br>Lead Attorney<br><br>DLA Piper US LLP(DC)<br>500 8th Street, N.W.,<br>Washington, DC 20004<br>USA |

## Litigants

## Attorneys

Phone: (202)238-7788Fax: (202)238-7700Attorney to be Noticed

Nancy Luque
Lead Attorney

DLA Piper US LLP (Sacramento)
400 Capitol MallSuite 2400
Sacramento, CA 95814
USA
Phone: (916)930-3283Fax: (916)930-3201Attorney to be Noticed

Steven A, Maddox
Lead Attorney

DLA Piper US LLP(DC)
500 8th Street, N.W.,
Washington, DC 20004
USA
Phone: (202)238-7723Fax: (202)238-7700Attorney to be Noticed

Steven Karl Barentzen

DLA Piper US LLP(DC)
500 8th Street, N.W.,
Washington, DC 20004
USA
Phone: (202)799-4500Fax: (202)799-5500Attorney to be Noticed

International Institute of Islamic Thought
**Defendant**

Christopher J. Beal
Lead Attorney

DLA Piper US LLP (San Diego)
4365 Executive DriveSuite 1100
San Diego, CA 92121-2133
USA
Phone: (858)638-6813Fax: (858)677-1477Attorney to be Noticed

Jay D. Hanson
Lead Attorney

DLA Piper US LLP (San Diego)
4365 Executive DriveSuite 1100
San Diego, CA 92121-2133
USA
Phone: (856)677-1400Attorney to be Noticed

John Joseph Walsh
Lead Attorney

Carter Ledyard & Milburn LLP
2 Wall Street
New York, NY 10005
USA
Phone: (212)238-8849Fax: (212)732-3232Attorney to be

## Litigants

## Attorneys

Noticed

Michael D. McNeely
Lead Attorney

DLA Piper US LLP(DC)
500 8th Street, N.W.,
Washington, DC 20004
USA
Phone: (202)238-7788Fax: (202)238-7700Attorney to be Noticed

Nancy Luque
Lead Attorney

DLA Piper US LLP (Sacramento)
400 Capitol MallSuite 2400
Sacramento, CA 95814
USA
Phone: (916)930-3283Fax: (916)930-3201Attorney to be Noticed

Steven A, Maddox
Lead Attorney

DLA Piper US LLP(DC)
500 8th Street, N.W.,
Washington, DC 20004
USA
Phone: (202)238-7723Fax: (202)238-7700Attorney to be Noticed

Steven Karl Barentzen

DLA Piper US LLP(DC)
500 8th Street, N.W.,
Washington, DC 20004
USA
Phone: (202)799-4500Fax: (202)799-5500Attorney to be Noticed

Donna M. Sheinbach

DLA Piper US LLP(DC)
500 8th Street, N.W.,
Washington, DC 20004
USA
Phone: (202)238-7763Fax: (202)238-7700Attorney to be Noticed

Safa Trust
**Defendant**

Christopher J. Beal
Lead Attorney

DLA Piper US LLP (San Diego)
4365 Executive DriveSuite 1100
San Diego, CA 92121-2133
USA
Phone: (858)638-6813Fax: (858)677-1477Attorney to be Noticed

EXHIBIT 8, PAGE 515

## Litigants                                    ## Attorneys

Donna M. Sheinbach
Lead Attorney

DLA Piper US LLP(DC)
500 8th Street, N.W.,
Washington, DC 20004
USA
Phone: (202)238-7763Fax: (202)238-7700Attorney to be
Noticed

Jay D. Hanson
Lead Attorney

DLA Piper US LLP (San Diego)
4365 Executive DriveSuite 1100
San Diego, CA 92121-2133
USA
Phone: (856)677-1400Attorney to be Noticed

John Joseph Walsh
Lead Attorney

Carter Ledyard & Milburn LLP
2 Wall Street
New York, NY 10005
USA
Phone: (212)238-8849Fax: (212)732-3232Attorney to be
Noticed

Michael D. McNeely
Lead Attorney

DLA Piper US LLP(DC)
500 8th Street, N.W.,
Washington, DC 20004
USA
Phone: (202)238-7788Fax: (202)238-7700Attorney to be
Noticed

Nancy Luque
Lead Attorney

DLA Piper US LLP (Sacramento)
400 Capitol MallSuite 2400
Sacramento, CA 95814
USA
Phone: (916)930-3283Fax: (916)930-3201Attorney to be
Noticed

Steven A, Maddox
Lead Attorney

DLA Piper US LLP(DC)
500 8th Street, N.W.,
Washington, DC 20004
USA
Phone: (202)238-7723Fax: (202)238-7700Attorney to be
Noticed

| Litigants | Attorneys |
|---|---|
| | Steven Karl Barentzen |
| | DLA Piper US LLP(DC) |
| | 500 8th Street, N.W., |
| | Washington, DC 20004 |
| | USA |
| | Phone: (202)799-4500Fax: (202)799-5500Attorney to be Noticed |

**York Foundation**
**Defendant**

Christopher J. Beal
Lead Attorney

DLA Piper US LLP (San Diego)
4365 Executive DriveSuite 1100
San Diego, CA 92121-2133
USA
Phone: (858)638-6813Fax: (858)677-1477Attorney to be Noticed

Donna M. Sheinbach
Lead Attorney

DLA Piper US LLP(DC)
500 8th Street, N.W.,
Washington, DC 20004
USA
Phone: (202)238-7763Fax: (202)238-7700Attorney to be Noticed

Jay D. Hanson
Lead Attorney

DLA Piper US LLP (San Diego)
4365 Executive DriveSuite 1100
San Diego, CA 92121-2133
USA
Phone: (856)677-1400Attorney to be Noticed

John Joseph Walsh
Lead Attorney

Carter Ledyard & Milburn LLP
2 Wall Street
New York, NY 10005
USA
Phone: (212)238-8849Fax: (212)732-3232Attorney to be Noticed

Michael D. McNeely
Lead Attorney

DLA Piper US LLP(DC)
500 8th Street, N.W.,
Washington, DC 20004
USA
Phone: (202)238-7788Fax: (202)238-7700Attorney to be Noticed

| Litigants | Attorneys |
|---|---|
| | Nancy Luque<br>Lead Attorney<br><br>DLA Piper US LLP (Sacramento)<br>400 Capitol MallSuite 2400<br>Sacramento, CA 95814<br>USA<br>Phone: (916)930-3283Fax: (916)930-3201Attorney to be Noticed<br><br>Steven A, Maddox<br>Lead Attorney<br><br>DLA Piper US LLP(DC)<br>500 8th Street, N.W.,<br>Washington, DC 20004<br>USA<br>Phone: (202)238-7723Fax: (202)238-7700Attorney to be Noticed<br><br>Steven Karl Barentzen<br><br>DLA Piper US LLP(DC)<br>500 8th Street, N.W.,<br>Washington, DC 20004<br>USA<br>Phone: (202)799-4500Fax: (202)799-5500Attorney to be Noticed |
| Mena Investments<br>**Defendant** | Christopher J. Beal<br>Lead Attorney<br><br>DLA Piper US LLP (San Diego)<br>4365 Executive DriveSuite 1100<br>San Diego, CA 92121-2133<br>USA<br>Phone: (858)638-6813Fax: (858)677-1477Attorney to be Noticed<br><br>Jay D. Hanson<br>Lead Attorney<br><br>DLA Piper US LLP (San Diego)<br>4365 Executive DriveSuite 1100<br>San Diego, CA 92121-2133<br>USA<br>Phone: (856)677-1400Attorney to be Noticed<br><br>John Joseph Walsh<br>Lead Attorney<br><br>Carter Ledyard & Milburn LLP<br>2 Wall Street<br>New York, NY 10005<br>USA<br>Phone: (212)238-8849Fax: (212)732-3232Attorney to be Noticed |

| Litigants | Attorneys |
|---|---|
| | |

Iqbal Unus (Yunus)
**Defendant**

Christopher J. Beal
Lead Attorney

DLA Piper US LLP (San Diego)
4365 Executive DriveSuite 1100
San Diego, CA 92121-2133
USA
Phone: (858)638-6813Fax: (858)677-1477Attorney to be Noticed

Jay D. Hanson
Lead Attorney

DLA Piper US LLP (San Diego)
4365 Executive DriveSuite 1100
San Diego, CA 92121-2133
USA
Phone: (856)677-1400Attorney to be Noticed

John Joseph Walsh
Lead Attorney

Carter Ledyard & Milburn LLP
2 Wall Street
New York, NY 10005
USA
Phone: (212)238-8849Fax: (212)732-3232Attorney to be Noticed

Steven Karl Barentzen

DLA Piper US LLP(DC)
500 8th Street, N.W.,
Washington, DC 20004
USA
Phone: (202)799-4500Fax: (202)799-5500Attorney to be Noticed

Donna M. Sheinbach

DLA Piper US LLP(DC)
500 8th Street, N.W.,
Washington, DC 20004
USA
Phone: (202)238-7763Fax: (202)238-7700Attorney to be Noticed

Muhammad Ashraf
**Defendant**

Christopher J. Beal
Lead Attorney

DLA Piper US LLP (San Diego)
4365 Executive DriveSuite 1100
San Diego, CA 92121-2133
USA
Phone: (858)638-6813Fax: (858)677-1477Attorney to be Noticed

## Litigants

## Attorneys

Donna M. Sheinbach
Lead Attorney

DLA Piper US LLP(DC)
500 8th Street, N.W.,
Washington, DC 20004
USA
Phone: (202)238-7763Fax: (202)238-7700Attorney to be
Noticed

Jay D. Hanson
Lead Attorney

DLA Piper US LLP (San Diego)
4365 Executive DriveSuite 1100
San Diego, CA 92121-2133
USA
Phone: (856)677-1400Attorney to be Noticed

John Joseph Walsh
Lead Attorney

Carter Ledyard & Milburn LLP
2 Wall Street
New York, NY 10005
USA
Phone: (212)238-8849Fax: (212)732-3232Attorney to be
Noticed

Michael D. McNeely
Lead Attorney

DLA Piper US LLP(DC)
500 8th Street, N.W.,
Washington, DC 20004
USA
Phone: (202)238-7788Fax: (202)238-7700Attorney to be
Noticed

Nancy Luque
Lead Attorney

DLA Piper US LLP (Sacramento)
400 Capitol MallSuite 2400
Sacramento, CA 95814
USA
Phone: (916)930-3283Fax: (916)930-3201Attorney to be
Noticed

Steven A, Maddox
Lead Attorney

DLA Piper US LLP(DC)
500 8th Street, N.W.,
Washington, DC 20004
USA
Phone: (202)238-7723Fax: (202)238-7700Attorney to be
Noticed

## Litigants                                    ## Attorneys

Steven Karl Barentzen

DLA Piper US LLP(DC)
500 8th Street, N.W.,
Washington, DC 20004
USA
Phone: (202)799-4500Fax: (202)799-5500Attorney to be Noticed

**Taha Jaber Al-Alwani**
**Defendant**

Christopher J. Beal
Lead Attorney

DLA Piper US LLP (San Diego)
4365 Executive DriveSuite 1100
San Diego, CA 92121-2133
USA
Phone: (858)638-6813Fax: (858)677-1477Attorney to be Noticed

Jay D. Hanson
Lead Attorney

DLA Piper US LLP (San Diego)
4365 Executive DriveSuite 1100
San Diego, CA 92121-2133
USA
Phone: (856)677-1400Attorney to be Noticed

John Joseph Walsh
Lead Attorney

Carter Ledyard & Milburn LLP
2 Wall Street
New York, NY 10005
USA
Phone: (212)238-8849Fax: (212)732-3232Attorney to be Noticed

Steven Karl Barentzen

DLA Piper US LLP(DC)
500 8th Street, N.W.,
Washington, DC 20004
USA
Phone: (202)799-4500Fax: (202)799-5500Attorney to be Noticed

Donna M. Sheinbach

DLA Piper US LLP(DC)
500 8th Street, N.W.,
Washington, DC 20004
USA
Phone: (202)238-7763Fax: (202)238-7700Attorney to be Noticed

Osama Bin Laden

## Litigants

## Attorneys

**Defendant**

Saif Al Adel
**Defendant**

IBN Al-Shaykh Al-Libi
**Defendant**

Fazul Abdullah Mohammed
**Defendant**

Fahid Mohammed Ally Msalam
**Defendant**

Muhammad Abu-Islam
**Defendant**

Ramzi Bin Al-Shibb
**Defendant**

Jamal Al-Badawi
**Defendant**

Mohammed Omar Al-Harazi
**Defendant**

Walid Al-Sourouri
**Defendant**

Fatha Abdul Rahman
**Defendant**

Raed Hijazi
**Defendant**

Mohamed Bayazid
**Defendant**

The Estate of Al-Shehhi
**Defendant**

Hamza Al Ghamdi
**Defendant**

Estate of Wail Al-Shehri
**Defendant**

Estate of Nawaf Al-Hazmi
**Defendant**

| Litigants | Attorneys |
|---|---|
| Zacarias Moussaoui **Defendant** | |
| The Republic of Iraq **Defendant** | James Maggs Lead Attorney |
| | , Attorney to be Noticed |
| | Marc Dennis Powers Lead Attorney |
| | Baker & Hostetler LLP (NYC) 45 Rockefeller Plaza New York City, NY 10111 USA Phone: (212)589-4216Fax: (212)589-4201Attorney to be Noticed |
| | Timothy Brian Mills Lead Attorney |
| | Maggs & McDermott LLC 910 17th Street N.W., Suite 800 Washington, DC 20006 USA Phone: (202)457-8091Fax: (202)478-5081Attorney to be Noticed |
| Yassin Abdullah Al Kadi **Defendant** | Chryssa V. Valletta Lead Attorney |
| | McDermott, Will & Emery, LLP (NY) 340 Madison Avenue New York, NY 10017 USA Phone: (212)547-5400Fax: (212)547-5444Attorney to be Noticed |
| | Chryssa V. Valletta Lead Attorney |
| | McDermott, Will & Emery 50 Rockefeller Plaza New York, NY 10020 USA Phone: (212)547-5400Attorney to be Noticed |
| | Stanton D. Anderson Lead Attorney |
| | McDermott, Will & Emery (DC) 600 13th Street, N.W 12th Flr Washington, DC 20006 USA Phone: (202)756-8000Fax: (202)756-8087Attorney to be Noticed |

## Litigants

## Attorneys

Thomas Peter Steindler
Lead Attorney

McDermott, Will & Emery (DC)
600 13th Street, N.W 12th Flr
Washington, DC 20006
USA
Phone: (202)756-8254Fax: (202)756-8087Attorney to be Noticed

Thomas Peter Steindler

McDermott, Will & Emery (DC)
600 13th Street, N.W 12th Flr
Washington, DC 20006
USA
Phone: (202)756-8000Fax: (202)756-8087Attorney to be Noticed

Uday Hussein
**Defendant**

Muhammed Mahdi Salah
**Defendant**

Faruq Al-Hijazi
**Defendant**

Habib Faris Al-Mamouri
**Defendant**

Haqi Ismail
**Defendant**

International Development Foundation
**Defendant**

David P. Gersch
Lead Attorney

Arnold & Porter, LLP (DC)
555 Twelfth Street, N.W.
Washington, DC 20004
USA
Phone: (202)942-5125Fax: (203)942-5999Attorney to be Noticed

Jean Engelmayer Kalicki

Arnold & Porter, LLP
399 Park Avenue
New York, NY 10022
USA
Phone: (202)942-6155Fax: (202)942-5999Attorney to be Noticed

Islamic Army for the Liberation of Holy Places

## Litigants

## Attorneys

**Defendant**

Islamic Cultural Institute of Milan
**Defendant**

Khaled Bin Mahfouz
**Defendant**

Mohammed Bin Mahfouz
**Defendant**

Jean Engelmayer Kalicki

Arnold & Porter, LLP
399 Park Avenue
New York, NY 10022
USA
Phone: (202)942-6155Fax: (202)942-5999Attorney to be Noticed

Muwaffaq Foundation
**Defendant**

National Commercial Bank
**Defendant**

Mitchell Rand Berger
Lead Attorney

Patton Boggs LLP (DC)
2550 M Street, N.W.
Washington, DC 20037
USA
Phone: (202)457-5601Fax: (202)457-6315Attorney to be Noticed

Ugo Alfredo Colella
Lead Attorney

Patton Boggs LLP (DC)
2550 M Street, N.W.
Washington, DC 20037
USA
Phone: (202)457-5693Fax: (202)457-6315Attorney to be Noticed

Ronald Stanley Liebman

Patton Boggs LLP (DC)
2550 M Street, N.W.
Washington, DC 20037
USA
Phone: (202)457-6310Fax: (202)457-6315Attorney to be Noticed

Prince Sultan Bin Abdulaziz Al Saud
**Defendant**

Rabih Haddah
**Defendant**

| Litigants | Attorneys |
|---|---|
| Safiq Ayadi<br>**Defendant** | |
| Saudi Sudanese Bank<br>**Defendant** | |
| Shamal Islamic Bank<br>**Defendant** | |
| Sheikh Abu Abdul Aziz Nagi<br>**Defendant** | |
| Suleiman Abdel Aziz Al Rajhi<br>**Defendant** | Thomas M. Melsheimer<br>Lead Attorney<br><br>Fish & Richardson P.C. (TX)<br>1717 Main Street, Suite 5000<br>Dallas, TX 75201<br>USA<br>Phone: (214)747-5070Fax: (214)747-2091Attorney to be Noticed |
| Wadi Al Aqia<br>**Defendant** | |
| Yusaf Ahmed Ali<br>**Defendant** | |
| Saudi American Bank<br>**Defendant** | Henry Sabath Weisburg<br>Lead Attorney<br><br>Shearman & Sterling LLP (New York)<br>599 Lexington Avenue<br>New York, NY 10022<br>USA<br>Phone: (212)848-4000Fax: (646)848-4193Attorney to be Noticed<br><br>Brian Howard Polovoy<br><br>Shearman & Sterling LLP (New York)<br>599 Lexington Avenue<br>New York, NY 10022<br>USA<br>Phone: (212)848-4000Fax: (212)848-7179Attorney to be Noticed |
| Tarik Bin Laden<br>**Defendant** | |
| The Taliban<br>**Defendant** | |
| Faisal Islamic Bank | John F. Lauro |

EXHIBIT 8, PAGE 526

| Litigants | Attorneys |
|---|---|
| **Defendant** | Lead Attorney |
| | Lauro Law Firm<br>101 E. Kennedy BoulevardSuite 3100<br>Tampa, FL 33602<br>USA<br>Phone: (813)222-8990Fax: (813)222-8991Attorney to be Noticed |
| Khaled Nouri<br>**Defendant** | |
| Sulaiman Al-Ali<br>**Defendant** | Ashraf Wajih Nubani |
| | Busch & Nubani, P.C.<br>5029 Backlick Road, Suite A<br>Annandale, VA 22003<br>USA<br>Phone: (703)658-5151Fax: (703)658-9200Attorney to be Noticed |
| Hisham Al-Talib<br>**Defendant** | |
| Iqbal Yunus<br>**Defendant** | Donna M. Sheinbach<br>Lead Attorney |
| | DLA Piper US LLP(DC)<br>500 8th Street, N.W.,<br>Washington, DC 20004<br>USA<br>Phone: (202)238-7763Fax: (202)238-7700Attorney to be Noticed |
| | John Joseph Walsh<br>Lead Attorney |
| | Carter Ledyard & Milburn LLP<br>2 Wall Street<br>New York, NY 10005<br>USA<br>Phone: (212)238-8849Fax: (212)732-3232Attorney to be Noticed |
| | Michael D. McNeely<br>Lead Attorney |
| | DLA Piper US LLP(DC)<br>500 8th Street, N.W.,<br>Washington, DC 20004<br>USA<br>Phone: (202)238-7788Fax: (202)238-7700Attorney to be Noticed |
| | Nancy Luque<br>Lead Attorney |

| Litigants | Attorneys |
|---|---|
| | DLA Piper US LLP (Sacramento)<br>400 Capitol MallSuite 2400<br>Sacramento, CA 95814<br>USA<br>Phone: (916)930-3283Fax: (916)930-3201Attorney to be Noticed<br><br>Steven A, Maddox<br>Lead Attorney<br><br>DLA Piper US LLP(DC)<br>500 8th Street, N.W.,<br>Washington, DC 20004<br>USA<br>Phone: (202)238-7723Fax: (202)238-7700Attorney to be Noticed<br><br>Steven Karl Barentzen<br><br>DLA Piper US LLP(DC)<br>500 8th Street, N.W.,<br>Washington, DC 20004<br>USA<br>Phone: (202)799-4500Fax: (202)799-5500Attorney to be Noticed |
| Mohammed Jaghlit<br>**Defendant** | Steven Karl Barentzen<br><br>DLA Piper US LLP(DC)<br>500 8th Street, N.W.,<br>Washington, DC 20004<br>USA<br>Phone: (202)799-4500Fax: (202)799-5500Attorney to be Noticed |
| Sherif Sedky African Muslim Agency<br>**Defendant** | |
| Mena Corporation<br>**Defendant** | Steven Karl Barentzen<br><br>DLA Piper US LLP(DC)<br>500 8th Street, N.W.,<br>Washington, DC 20004<br>USA<br>Phone: (202)799-4500Fax: (202)799-5500Attorney to be Noticed<br><br>Donna M. Sheinbach<br><br>DLA Piper US LLP(DC)<br>500 8th Street, N.W.,<br>Washington, DC 20004<br>USA<br>Phone: (202)238-7763Fax: (202)238-7700Attorney to be Noticed |

## Litigants

## Attorneys

Saar International
**Defendant**

Rabita Trust
**Defendant**

James Vann
Lead Attorney

,

Attorney to be Noticed

Jason Dzubow
Lead Attorney

,

Attorney to be Noticed

Martin Francis McMahon
Lead Attorney

Martin F. McMahon and Associates
1150 Conneticut Avenue N.W.
Washington, DC 20035
USA
Phone: (202)862-4343Fax: (202)862-4302Attorney to be
Noticed

Stephanie Wall Fell

Marriott Casagrande Callahan Blair & Greer, P.C
2405 State Highway 71, P.O. Box 200
Spring Lake Heights, NJ 07762
USA
Phone: (202)862-4343Fax: (202)862-4302Attorney to be
Noticed

Mansour Al-Kadi
**Defendant**

Syed Suleman Ahmer
**Defendant**

Shahir Abdulraoof Batterjee
**Defendant**

Alan Robert Kabat
Lead Attorney

Bernabie and Katz PLLC (DC)
1773 T Street NW
Washington, DC 20009
USA
Phone: (202)745-1942Fax: (202)745-2627Attorney to be
Noticed

Lynne A. Bernabei
Lead Attorney

Bernabie and Katz PLLC (DC)
1773 T Street NW

## Litigants

## Attorneys

Washington, DC 20009
USA
Phone: (202)745-1942Fax: (202)745-2627Attorney to be
Noticed

Mohammad Bin Faris
**Defendant**

Khaled Bin Salim Bin Mahfouz
**Defendant**

Melissa Danielle Stear

Jones Day (DC)
51 Louisiana Avenue, NW
Washington, DC 20001
USA
Phone: (202)879-5421Fax: (202)626-1700

E. Michael Bradley

Jones Day (NYC)
222 East 41st Street
New York, NY 10017
USA
Phone: (212)326-3863Fax: (212)755-7306Attorney to be
Noticed

Saleh Abdullah Kamel
**Defendant**

Christopher Robert Smith
Lead Attorney

Martin F. McMahon and Associates
1150 Conneticut Avenue N.W.
Washington, DC 20035
USA
Phone: (202)862-4343Fax: (202)862-4302Attorney to be
Noticed

James Vann
Lead Attorney

,

Attorney to be Noticed

Jason Dzubow
Lead Attorney

,

Attorney to be Noticed

Martin Francis McMahon
Lead Attorney

Martin F. McMahon and Associates
1150 Conneticut Avenue N.W.
Washington, DC 20035
USA
Phone: (202)862-4343Fax: (202)862-4302Attorney to be

| Litigants | Attorneys |
|---|---|
| | Noticed |

Stephanie Wall Fell

Marriott Casagrande Callahan Blair & Greer, P.C
2405 State Highway 71, P.O. Box 200
Spring Lake Heights, NJ 07762
USA
Phone: (202)862-4343Fax: (202)862-4302Attorney to be
Noticed

**Mohammed Al Faisal Al Saud**
**Defendant**

David William Bowker
Lead Attorney

Wilmer, Cutler, Hale & Dorr, L.L.P. (NYC)
399 Park Avenue
New York, NY 10022
USA
Phone: (212)230-8852Fax: (212)230-8888Attorney to be
Noticed

David Patrick Donovan
Lead Attorney

Wilmer, Cutler & Pickering (Washington)
1875 Pennsylvania Avenue, Nw
Washington, DC 20037
USA
Phone: (703)251-9760Fax: (703)251-9797Attorney to be
Noticed

Tracey Cote Allen

Wilmer, Cutler & Pickering (Washington)
1875 Pennsylvania Avenue, Nw
Washington, DC 20037
USA
Phone: (202)663-6856Fax: (202)663-6363Attorney to be
Noticed

Louis Richard Cohen

Wilmer, Cutler & Pickering (Washington)
1875 Pennsylvania Avenue, Nw
Washington, DC 20037
USA
Phone: (202)663-6700Fax: (202)663-6363Attorney to be
Noticed

**Khalid Sulaiman Al-Rajhi**
**Defendant**

John M. Helms, JR.,

Fish & Richardson P.C. (TX)
1717 Main Street, Suite 5000
Dallas, TX 75201
USA
Phone: (214)747-5070Fax: (214)747-2091

Matthew E. Yarbrough

| Litigants | Attorneys |
|---|---|
| | Fish & Richardson, P.C. |
| | 5000 Bank One Center1717 Main Street |
| | Dallas, TX 75201 |
| | USA |
| | Phone: (214)747-5070 |
| | |
| | Raymond R. Castello |
| | |
| | Fish & Richardson, P.C. |
| | 153 East 53rd Street52nd Floor |
| | New York, NY 10022 |
| | USA |
| | Phone: (212)765-5070 |
| | |
| | Thomas M. Melsheimer |
| | |
| | Fish & Richardson P.C. (TX) |
| | 1717 Main Street, Suite 5000 |
| | Dallas, TX 75201 |
| | USA |
| | Phone: (214)747-5070Fax: (214)747-2091 |
| **Wa'el Hamza Jalaidan** | Martin Francis McMahon |
| **Defendant** | |
| | Martin F. McMahon and Associates |
| | 1150 Conneticut Avenue N.W. |
| | Washington, DC 20035 |
| | USA |
| | Phone: (202)862-4343Fax: (202)862-4302Attorney to be Noticed |
| **Hashim Abdulrahman** | |
| **Defendant** | |
| | |
| **Sheikh Omar Bakri Muhammad** | |
| **Defendant** | |
| | |
| **Sabir Lamar** | |
| **Defendant** | |
| | |
| **Jemaah Islamiya** | |
| **Defendant** | |
| | |
| **Egyptian Gama'a Al-Islamiya** | |
| **Defendant** | |
| | |
| **Maulvi Abdul Kabir** | |
| **Defendant** | |
| | |
| **Noor Jalil** | |
| **Defendant** | |
| | |
| Ministry of Defense | |

## Litigants

**Defendant**

Ministry of Interior
**Defendant**

Islamic Republic of Iran
**Defendant**

Islamic Revolutionary Guard ("irgc")
**Defendant**

Iranian Ministry of Intelligence and Security ("mois")
**Defendant**

Lashkar Redayan-E-Islami (Islamic Martyrs Brigade)
**Defendant**

Mohammed Salim Bin Mahfouz
**Defendant**

Prince Sultan Bin Abdulaziz Al Saud
**Defendant**

## Attorneys

David P. Gersch
Lead Attorney

Arnold & Porter, LLP (DC)
555 Twelfth Street, N.W.
Washington, DC 20004
USA
Phone: (202)942-5125Fax: (203)942-5999Attorney to be
Noticed

Jean Engelmayer Kalicki

Arnold & Porter, LLP
399 Park Avenue
New York, NY 10022
USA
Phone: (202)942-6155Fax: (202)942-5999Attorney to be
Noticed

Christopher R. Cooper
Lead Attorney

Baker Botts LLP (DC)
1299 Pennsylvania Ave N.W.
Washington, DC 20004
USA
Phone: (202)639-7780Fax: (202)585-1097Attorney to be
Noticed

Jamie Steven Kilberg
Lead Attorney

Baker Botts LLP (DC)
1299 Pennsylvania Ave N.W.
Washington, DC 20004
USA
Phone: (202)639-7739Fax: (202)585-1097Attorney to be
Noticed

| Litigants | Attorneys |
|---|---|
| | Sara Elizabeth Kropf<br>Lead Attorney<br><br>Baker Botts LLP (DC)<br>1299 Pennsylvania Ave N.W.<br>Washington, DC 20004<br>USA<br>Phone: (202)639-7775 Fax: (202)585-1097 Attorney to be Noticed<br><br>William Horace Jeffress, Jr<br>Lead Attorney<br><br>Bajer Botts LLP (DC)<br>The Warner 1299 Pennsylvania Ave N.W.<br>Washington, DC 20004<br>USA<br>Phone: (202)639-7751 Fax: (202)585-1087 Attorney to be Noticed |
| **Infocus Tech of Malaysia**<br>**Defendant** | |
| **Hassan Al Turabi**<br>**Defendant** | |
| **Ministry of Intelligence and Security**<br>**Defendant** | |
| **Saudi Dallah Al Baraka Group LLC**<br>**Defendant** | |
| **Omar Abdullah Kamel**<br>**Defendant** | Christopher Robert Smith<br>Lead Attorney<br><br>Martin F. McMahon and Associates<br>1150 Conneticut Avenue N.W.<br>Washington, DC 20035<br>USA<br>Phone: (202)862-4343 Fax: (202)862-4302 Attorney to be Noticed<br><br>Jason Dzubow<br>Lead Attorney<br><br>,<br><br>Attorney to be Noticed<br><br>Martin Francis McMahon<br>Lead Attorney<br><br>Martin F. McMahon and Associates<br>1150 Conneticut Avenue N.W.<br>Washington, DC 20035 |

| Litigants | Attorneys |
|---|---|
| | USA<br>Phone: (202)862-4343Fax: (202)862-4302Attorney to be Noticed |
| Dar-Al-Maal Al Islami<br>**Defendant** | |
| Tadamon Islamic Bank<br>**Defendant** | Martin Francis McMahon<br>Lead Attorney<br><br>Martin F. McMahon and Associates<br>1150 Conneticut Avenue N.W.<br>Washington, DC 20035<br>USA<br>Phone: (202)862-4343Fax: (202)862-4302Attorney to be Noticed |
| Lebanese Hezbollah<br>**Defendant** | |
| Palestine Islamic Jihad<br>**Defendant** | |
| Mustasim Abdel-Rahim<br>**Defendant** | |
| Sudanese Government of Northern State<br>**Defendant** | |
| National Fund for Social Insurance<br>**Defendant** | |
| Mohamed Sadeek Odeh<br>**Defendant** | |
| Khalid Al Fawwaz<br>**Defendant** | |
| Iraqi Secret Service<br>**Defendant** | |
| Gulbuddin Hekmatyar<br>**Defendant** | |
| Mohammed Sarkawi<br>**Defendant** | |
| Haji Mohamad Akram<br>**Defendant** | |
| Mounir El-Motassadeq<br>**Defendant** | |

## Litigants                                          ## Attorneys

Abdallah Omar
**Defendant**

Said Bahaji
**Defendant**

Umar Faruq
**Defendant**

Haydar Mohamed Bin Laden
**Defendant**

Mohammed Bin Abdulrahman Al Ariefy          T. Barry Kingham
**Defendant**
                                             Curtis, Mallet-Prevost, Colt and Mosle LLP
                                             101 Park Avenue South 35th Floor
                                             New York, NY 10178
                                             USA
                                             Phone: (212)696-6000Fax: (212)697-1559Attorney to be
                                             Noticed

Mushayt
**Defendant**

Tarek Ayoubi
**Defendant**

Help African People
**Defendant**

Ibrahim Bin Abdul Aziz Al Ibrahim Foundation    James Joseph McGuire
**Defendant**
                                             Sheppard, Mullin, Richter & Hampton, LLP(NYC)
                                             30 Rockefeller Plaza
                                             New York, NY 10112
                                             USA
                                             Phone: (212)332-3800Fax: (212)332-3888Attorney to be
                                             Noticed

Islamic Movement of Uzbekistan (Imu)
**Defendant**

Salem Bin Laden
**Defendant**

Saleh Gazaz
**Defendant**

Mohammed Nur Rahmi
**Defendant**

## Litigants

Mohamed Bin Laden Organization (Sbg)
**Defendant**

Saudi Binladin International Company
**Defendant**

Yassin Abdullah Al-Kadi
**Defendant**

Human Concern International Society
**Defendant**

New Diamond Holdings
**Defendant**

National Management Consultancy Center (Nmcc)
**Defendant**

Saleh Abdulaziz Al-Rajhi
**Defendant**

Piedmont Poultry
**Defendant**

Zakat Committee
**Defendant**

Red Crescent Saudi Committee
**Defendant**

## Attorneys

Thomas M. Melsheimer
Lead Attorney

Fish & Richardson P.C. (TX)
1717 Main Street, Suite 5000
Dallas, TX 75201
USA
Phone: (214)747-5070 Fax: (214)747-2091 Attorney to be Noticed

Alan Robert Kabat
Lead Attorney

Bernabie and Katz PLLC (DC)
1773 T Street NW
Washington, DC 20009
USA
Phone: (202)745-1942 Fax: (202)745-2627 Attorney to be Noticed

Lynne A. Bernabei
Lead Attorney

Bernabie and Katz PLLC (DC)
1773 T Street NW
Washington, DC 20009
USA
Phone: (202)745-1942 Fax: (202)745-2627 Attorney to be Noticed

## Litigants

## Attorneys

Hezb-E-Islami
**Defendant**

Wa'el Jalaidan
**Defendant**

Christopher Robert Smith
Lead Attorney

Martin F. McMahon and Associates
1150 Conneticut Avenue N.W.
Washington, DC 20035
USA
Phone: (202)862-4343Fax: (202)862-4302Attorney to be Noticed

Martin Francis McMahon
Lead Attorney

Martin F. McMahon and Associates
1150 Conneticut Avenue N.W.
Washington, DC 20035
USA
Phone: (202)862-4343Fax: (202)862-4302Attorney to be Noticed

Stephanie Wall Fell

Marriott Casagrande Callahan Blair & Greer, P.C
2405 State Highway 71, P.O. Box 200
Spring Lake Heights, NJ 07762
USA
Phone: (202)862-4343Fax: (202)862-4302Attorney to be Noticed

Mohammed Omeish
**Defendant**

Mahmoud Jaballah
**Defendant**

Jamal Ahmed Mohammed
**Defendant**

Mohmous Jaballah
**Defendant**

Mohammed Khatib
**Defendant**

Saudi Joint Relief Committee
**Defendant**

Mark Charles Hansen
Lead Attorney

Kellogg, Huber, Hansen, Todd & Evans PLLC (DC)
1615 M Street, N.W., Suite 400
Washington, D.C., DC 20036

Phone: (202)326-7904Fax: (202)326-7999

## Litigants                                    ## Attorneys

**Taibah International Aid Association**
**Defendant**

**Fazeh Ahed**
**Defendant**

**Sanabil Al-Khair**
**Defendant**

**Shaled Nouri**
**Defendant**

**Ihab Ali**
**Defendant**

Samir Salah                                     Steven Karl Barentzen
**Defendant**
                                                DLA Piper US LLP(DC)
                                                500 8th Street, N.W.,
                                                Washington, DC 20004
                                                USA
                                                Phone: (202)799-4500Fax: (202)799-5500Attorney to be
                                                Noticed

Ibrahim Hassabella
**Defendant**

Rashid Al Romaizan
**Defendant**

Omar Sulaiman Al-Rajhi                          John M. Helms, JR.,
**Defendant**
                                                Fish & Richardson P.C. (TX)
                                                1717 Main Street, Suite 5000
                                                Dallas, TX 75201
                                                USA
                                                Phone: (214)747-5070Fax: (214)747-2091

                                                Matthew E. Yarbrough

                                                Fish & Richardson, P.C.
                                                5000 Bank One Center1717 Main Street
                                                Dallas, TX 75201
                                                USA
                                                Phone: (214)747-5070

                                                Raymond R. Castello

                                                Fish & Richardson, P.C.
                                                153 East 53rd Street52nd Floor
                                                New York, NY 10022
                                                USA
                                                Phone: (212)765-5070

| Litigants | Attorneys |
|---|---|
| | Thomas M. Melsheimer |
| | Fish & Richardson P.C. (TX) |
| | 1717 Main Street, Suite 5000 |
| | Dallas, TX 75201 |
| | USA |
| | Phone: (214)747-5070 Fax: (214)747-2091 |

**Mohammed Chehade**
**Defendant**

**Hazem Ragab**
**Defendant**

**Mohammed Alchurbaji**
**Defendant**

**Mustafa Al-Kadir**
**Defendant**

**Osama Bin Laden**
**Defendant**

**Saif Al Adel**
**Defendant**

**Noor Jalil**
**Defendant**

**Salah Muhammed Mandi**
**Defendant**

**Fraruq Al-Hijazi**
**Defendant**

**Habib Faris Abdullah Al-Mamouri**
**Defendant**

Habib Faris Abdullah Al-Mamouri
Lead Attorney

,

Attorney to be Noticed

**Abdel Hussein**
**Defendant**

**Hassan Turabi, Islamic Leader**
**Defendant**

**Omar Hassan Ahmad Al-Bashir, President of Sudan**
**Defendant**

## Litigants | ## Attorneys

Mohammadi Rayshahri
**Defendant**

Yahya Rahim Safavi, Head of the Irgc
**Defendant**

Muwaffaq Foundation National Commerical Bank
**Defendant**

Sultan Bin Abdulaziz Al Saud
**Defendant**

Rabih Haddah
**Defendant**

Somali Internet Company
**Defendant**

Suleiman Abdel Aziz Al Rajhi
**Defendant**

National Islamic Front Party
**Defendant**

Haji Mohamad Akram
**Defendant**

Mounir El-Motassadeq
**Defendant**

Ramzia Mohammed Adbullah Binalshibh
**Defendant**

Haydar Mohamed Bin Laden
**Defendant**

Hisham Al-Talib
**Defendant**

Mansour Al-Kadi
**Defendant**

Sheikh Usama Bin-Laden
**Defendant**

Iranian Ministry of Information and Security
**Defendant**

Islamic Revolunitionary of Guard Corps

## Litigants

## Attorneys

**Defendant**


Iranian Ministry of Petroleum
**Defendant**


Iranian Ministry of Economic Affairs and Finance
**Defendant**


Iranian Ministry of Commerce
**Defendant**


Iranian Ministry of Defense and Armed Forces Logistics
**Defendant**


Iraqi Ministry of Defense
**Defendant**


Iraqi Ministry of Finance
**Defendant**


Iraqi Ministry of Oil
**Defendant**


Iraqi Intelligence Service
**Defendant**


Unidentified Terrorist Defendants 1-500
**Defendant**


Sanabel Al Khair
**Defendant**


Islamic World League
**Defendant**


Saar Network
**Defendant**


Mohammed Jaghkit
**Defendant**


Safar Al-Hawali
**Defendant**

Alan Robert Kabat
Lead Attorney

Bernabie and Katz PLLC (DC)
1773 T Street NW
Washington, DC 20009
USA
Phone: (202)745-1942Fax: (202)745-2627Attorney to be
Noticed

| Litigants | Attorneys |
|---|---|
| | Lynne A. Bernabei<br>Lead Attorney<br><br>Bernabie and Katz PLLC (DC)<br>1773 T Street NW<br>Washington, DC 20009<br>USA<br>Phone: (202)745-1942Fax: (202)745-2627Attorney to be Noticed |
| **Sheik Hamad Al-Husaini**<br>**Defendant** | Alan Robert Kabat<br>Lead Attorney<br><br>Bernabie and Katz PLLC (DC)<br>1773 T Street NW<br>Washington, DC 20009<br>USA<br>Phone: (202)745-1942Fax: (202)745-2627Attorney to be Noticed<br><br>Lynne A. Bernabei<br>Lead Attorney<br><br>Bernabie and Katz PLLC (DC)<br>1773 T Street NW<br>Washington, DC 20009<br>USA<br>Phone: (202)745-1942Fax: (202)745-2627Attorney to be Noticed |
| **Mohammed Ali Sayed Mushayt**<br>**Defendant** | Alan Robert Kabat<br>Lead Attorney<br><br>Bernabie and Katz PLLC (DC)<br>1773 T Street NW<br>Washington, DC 20009<br>USA<br>Phone: (202)745-1942Fax: (202)745-2627Attorney to be Noticed<br><br>Lynne A. Bernabei<br>Lead Attorney<br><br>Bernabie and Katz PLLC (DC)<br>1773 T Street NW<br>Washington, DC 20009<br>USA<br>Phone: (202)745-1942Fax: (202)745-2627Attorney to be Noticed |
| **Mushayt for Trading Company**<br>**Defendant** | Alan Robert Kabat<br>Lead Attorney<br><br>Bernabie and Katz PLLC (DC)<br>1773 T Street NW<br>Washington, DC 20009<br>USA |

## Litigants

## Attorneys

Phone: (202)745-1942Fax: (202)745-2627Attorney to be Noticed

Lynne A. Bernabei
Lead Attorney

Bernabie and Katz PLLC (DC)
1773 T Street NW
Washington, DC 20009
USA
Phone: (202)745-1942Fax: (202)745-2627Attorney to be Noticed

Saleh Al-Hussayen
**Defendant**

Alan Robert Kabat
Lead Attorney

Bernabie and Katz PLLC (DC)
1773 T Street NW
Washington, DC 20009
USA
Phone: (202)745-1942Fax: (202)745-2627Attorney to be Noticed

Lynne A. Bernabei
Lead Attorney

Bernabie and Katz PLLC (DC)
1773 T Street NW
Washington, DC 20009
USA
Phone: (202)745-1942Fax: (202)745-2627Attorney to be Noticed

Sheik Salman Al-Oawdah
**Defendant**

Alan Robert Kabat
Lead Attorney

Bernabie and Katz PLLC (DC)
1773 T Street NW
Washington, DC 20009
USA
Phone: (202)745-1942Fax: (202)745-2627Attorney to be Noticed

Lynne A. Bernabei
Lead Attorney

Bernabie and Katz PLLC (DC)
1773 T Street NW
Washington, DC 20009
USA
Phone: (202)745-1942Fax: (202)745-2627Attorney to be Noticed

Sultan Bin Abul Aziz Al Saud
**Defendant**

William H. Jeffress, Jr.
Lead Attorney

Baker, Botts, L.L.P.
1299 Pennsylvania Avenue, NWThe Warner

| Litigants | Attorneys |
|---|---|
| | Washington, DC 20004<br>USA<br>Phone: (202)639-7700Fax: (202)639-7890Attorney to be Noticed |
| **Republic of Sudan Ministry of Defense**<br>**Defendant** | Matthew H. Kirtland<br>Lead Attorney<br><br>Fulbright & Jaworski, L.L.P.<br>801 Pennsylvania Avenue, NW<br>Washington, DC 20004<br>USA<br>Phone: (202)662-4659Fax: (202)662-4643Attorney to be Noticed |
| **Nimir Petroleum LLC**<br>**Defendant** | Felice Beth Galant<br>Lead Attorney<br><br>Fulbright & Jaworski L.L.P.<br>666 Fifth Avenue - 30th Floor<br>New York, NY 10103<br>USA<br>Phone: (212)318-3049Fax: (212)318-3400Attorney to be Noticed<br><br>Matthew H. Kirtland<br>Lead Attorney<br><br>Fulbright & Jaworski, L.L.P.<br>801 Pennsylvania Avenue, NW<br>Washington, DC 20004<br>USA<br>Phone: (202)662-4659Fax: (202)662-4643Attorney to be Noticed |
| **Mounir Al Motassadeq**<br>**Defendant** | Maher H. Hanania<br>Lead Attorney<br><br>6066 Leesburg Pike<br>Suite 101<br>Falls Church, VA 22041<br>USA<br>Phone: (703)778-2400Attorney to be Noticed |
| **Sanur Salah**<br>**Defendant** | Alan Robert Kabat<br>Lead Attorney<br><br>Bernabie and Katz PLLC (DC)<br>1773 T Street NW<br>Washington, DC 20009<br>USA<br>Phone: (202)745-1942Fax: (202)745-2627Attorney to be Noticed<br><br>Lynne A. Bernabei<br>Lead Attorney |

| Litigants | Attorneys |
|---|---|
| | Bernabie and Katz PLLC (DC)<br>1773 T Street NW<br>Washington, DC 20009<br>USA<br>Phone: (202)745-1942 Fax: (202)745-2627 Attorney to be Noticed |
| **Republic of Sudan Ministry of Interior**<br>**Defendant** | Alan Robert Kabat<br>Lead Attorney<br><br>Bernabie and Katz PLLC (DC)<br>1773 T Street NW<br>Washington, DC 20009<br>USA<br>Phone: (202)745-1942 Fax: (202)745-2627 Attorney to be Noticed<br><br>Lynne A. Bernabei<br>Lead Attorney<br><br>Bernabie and Katz PLLC (DC)<br>1773 T Street NW<br>Washington, DC 20009<br>USA<br>Phone: (202)745-1942 Fax: (202)745-2627 Attorney to be Noticed |
| **Mohammed Hussein Al Ibrahim**<br>**Defendant** | Maher H. Hanania<br>Lead Attorney<br><br>6066 Leesburg Pike<br>Suite 101<br>Falls Church, VA 22041<br>USA<br>Phone: (703)778-2400 Attorney to be Noticed |
| **Ibrahim Bin Abdulaziz Al Ibrahim**<br>**Defendant** | |
| **The Committee for the Defense of Legitimate Rights, (Cdlr)**<br>**Defendant** | |
| **Nasco Nasredden International Group Limited Holding**<br>**Defendant** | |
| **Global Diamond Resources**<br>**Defendant** | |
| **Nasco Business Center Sas Di Nasreddin Ahmed Idris**<br>**Defendant** | |
| **Guld and African Chamber**<br>**Defendant** | |

EXHIBIT 8, PAGE 546

03-MD-01570-MW Re: Documents Attacks on September 11, 2001

## Litigants

**GRF**
Defendant

Shahir Abdulraoof Batterjee
**Defendant**

Syed Suleman Ahmer
**Defendant**

Mohammed Ali Hasan Al Moayad
**Defendant**

Ibrahim Muhammed Afandi
**Defendant**

Mohammed Bin Abdullah Al-Jomaith
**Defendant**

Mohamed Loay Bayazid
**Defendant**

Saleh Abdullah Kamel
**Defendant**

## Attorneys

Christopher Talbott Lutz
Lead Attorney

,

Attorney to be Noticed

Christopher Talbot Lutz
Lead Attorney

Steptoe and Johnson LLP (DC)
1330 Connecticut Ave N.W.
Washington DC, DC 20025
USA
Phone: (202)429-6440Fax: (202)429-3902Attorney to be Noticed

Roger E. Warin
Lead Attorney

Steptoe & Johnson, L.L.P.
1330 Connecticut Avenue, N.W.
Washington, DC 20036
USA
Phone: (202)429-3000Attorney to be Noticed

Martin F. McMahon
Lead Attorney

Reilly, Like, Tenety & Ambrosino
179 Little East Neck Road NorthP.O. Box 818
Babylon, NY 11702
USA
Phone: (516)669-3000Attorney to be Noticed

| Litigants | Attorneys |
|---|---|
| **Mohammed Albanna**<br>Defendant | |
| **Sami Omar Al-Hussayen**<br>Defendant | David Z. Nevin<br>Lead Attorney<br><br>Nevin, Benjamin & McKay LLP<br>PO Box 2772<br>Boise, ID 83701<br>USA<br>Phone: (208)343-1000Fax: (208)345-8274Attorney to be Noticed<br><br>Dean Arnold<br>Lead Attorney<br><br>Nevin, Benjamin & McKay LLP<br>PO Box 2772<br>Boise, ID 83701<br>USA<br>Phone: (208)343-1000Fax: (208)345-8274Attorney to be Noticed<br><br>Scott McKay<br>Lead Attorney<br><br>Nevin, Benjamin & McKay LLP<br>PO Box 2772<br>Boise, ID 83701<br>USA<br>Phone: (208)343-1000Fax: (208)345-8274Attorney to be Noticed<br><br>Sheryl Louise Musgrove<br>Lead Attorney<br><br>Nevin, Benjamin & McKay LLP<br>303 W Bannock, Po Box 2772<br>Boise, ID 83701<br>USA<br>Phone: (208)343-1000Fax: (208)345-8274Attorney to be Noticed<br><br>Joshua Lewis Dratel<br><br>Law Offices of Joshua L. Dratel, P.C.<br>14 Wall Street 28th Floor<br>New York, NY 10005<br>USA<br>Phone: (212)732-0707Fax: (212)571-6341Attorney to be Noticed |
| **Islamic Assembly of North America**<br>Defendant | Ashraf Wajih Nubani<br><br>Busch & Nubani, P.C.<br>5029 Backlick Road, Suite A<br>Annandale, VA 22003<br>USA |

| Litigants | Attorneys |
|---|---|
| | Phone: (703)658-5151Fax: (703)658-9200Attorney to be Noticed |
| The Gobal Relief Foundation<br>**Defendant** | |
| Mohammed Ali Husan Al Moayed<br>**Defendant** | |
| Mohammed Bin Abdullah Al-Jomaith<br>**Defendant** | Christopher Talbot Lutz<br>Lead Attorney<br><br>Steptoe and Johnson LLP (DC)<br>1330 Connecticut Ave N.W.<br>Washington DC, DC 20025<br>USA<br>Phone: (202)429-6440Fax: (202)429-3902Attorney to be Noticed |
| Mohamed Loay Bayazid<br>**Defendant** | |
| Saudi Red Crescent<br>**Defendant** | Alan Robert Kabat<br><br>Bernabie and Katz PLLC (DC)<br>1773 T Street NW<br>Washington, DC 20009<br>USA<br>Phone: (202)745-1942Fax: (202)745-2627Attorney to be Noticed |
| Yassin Abdullah Kadi<br>**Defendant** | Bonnie K. Arthur<br>Lead Attorney<br><br>Hunton & Williams LLP (DC)<br>1900 K Street, NW<br>Washington, DC 20006<br>USA<br>Phone: (202)419-2063Fax: (202)862-3619Attorney to be Noticed<br><br>David F. Geneson<br>Lead Attorney<br><br>Sheppard Mullin Richter & Hampton LLP<br>30 Rockefeller Plaza, 24th Floor<br>Ny, NY 10012<br>USA<br>Phone: (212)332-3800Attorney to be Noticed<br><br>Joseph John Saltarelli<br>Lead Attorney<br><br>Hunton & Williams, LLP(NYC)<br>200 Park Avenue43rd Floor<br>New York, NY 10166 |

## Litigants | ## Attorneys

<table>
<tr><td>

</td><td>

USA
Phone: (212)309-1048Fax: (212)309-1100

Thomas Peter Steindler
Lead Attorney

McDermott, Will & Emery (DC)
600 13th Street, N.W 12th Flr
Washington, DC 20006
USA
Phone: (202)756-8254Fax: (202)756-8087Attorney to be Noticed

</td></tr>
<tr><td>

**Mohamed Mansour**
**Defendant**

</td><td></td></tr>
<tr><td>

Queens City Cigareetes and Candy
**Defendant**

</td><td></td></tr>
<tr><td>

Islamic Assembly of North Americafoundation
**Defendant**

</td><td></td></tr>
<tr><td>

Rabita Al-Alam Al-Islami
**Defendant**

</td><td></td></tr>
<tr><td>

Nasreddin Company Nasco Sas Di Ahmed Idris Nassneddin EC
**Defendant**

</td><td></td></tr>
<tr><td>

Salman Bin Abdulaziz Al Saud
**Defendant**

</td><td>

William Horace Jeffress, Jr

Bajer Botts LLP (DC)
The Warner1299 Pennsylvania Ave N.W.
Washington, DC 20004
USA
Phone: (202)639-7751Fax: (202)585-1087Attorney to be Noticed

</td></tr>
<tr><td>

Mohammed Al Massari
**Defendant**

</td><td></td></tr>
<tr><td>

Naif Bin Abdulaziz Al Saud
**Defendant**

</td><td>

Christopher R. Cooper

Baker Botts LLP (DC)
1299 Pennsylvania Ave N.W.
Washington, DC 20004
USA
Phone: (202)639-7780Fax: (202)585-1097Attorney to be Noticed

Jamie Steven Kilberg

Baker Botts LLP (DC)
1299 Pennsylvania Ave N.W.
Washington, DC 20004

</td></tr>
</table>

| Litigants | Attorneys |
|---|---|
| | USA<br>Phone: (202)639-7739Fax: (202)585-1097Attorney to be Noticed<br><br>Sara Elizabeth Kropf<br><br>Baker Botts LLP (DC)<br>1299 Pennsylvania Ave N.W.<br>Washington, DC 20004<br>USA<br>Phone: (202)639-7775Fax: (202)585-1097Attorney to be Noticed<br><br>William Horace Jeffress, Jr<br><br>Bajer Botts LLP (DC)<br>The Warner1299 Pennsylvania Ave N.W.<br>Washington, DC 20004<br>USA<br>Phone: (202)639-7751Fax: (202)585-1087Attorney to be Noticed<br><br>James Michael Cole<br><br>Bryan Cave LLP (DC)<br>700 13th Street N.W.<br>Washginton, DC 20005<br>USA<br>Phone: (202)508-6091Fax: (202)508-6200Attorney to be Noticed |
| **Mohammed Hussein Al-Amoudi**<br>**Defendant** | Maher H. Hanania<br>Lead Attorney<br><br>6066 Leesburg Pike<br>Suite 101<br>Falls Church, VA 22041<br>USA<br>Phone: (703)778-2400Attorney to be Noticed |
| **Islamic Investment Company of the Gulf(Bathrain)ec**<br>**Defendant** | |
| **Khalid Al-Fawwaz**<br>**Defendant** | |
| **The Advice and Reformation Committee(Arc)**<br>**Defendant** | |
| **Nasreddin Ahmed**<br>**Defendant** | |
| **Guld and African Center**<br>**Defendant** | Ba Taqwa For Commerce an Real Estate Company Limit<br>Lead Attorney<br><br>, |

| Litigants | Attorneys |
|-----------|-----------|
| | Attorney to be Noticed |
| **Prince Bandar Bin Sultan**<br>**Defendant** | Nancy H. Dutton<br>Lead Attorney<br><br>Dutton and Dutton PC<br>5017 Tilden Street NW<br>Washington, DC 20016<br>USA<br>Phone: (202)686-3500 Fax: (202)966-6621 Attorney to be Noticed<br><br>Mark Charles Hansen<br><br>Kellogg, Huber, Hansen, Todd & Evans PLLC (DC)<br>1615 M Street, N.W., Suite 400<br>Washington, D.C., DC 20036<br><br>Phone: (202)326-7904 Fax: (202)326-7999 Attorney to be Noticed |
| **Salafist Group for Call and Combat**<br>**Defendant** | |
| **Lashkar-E Tayyiba**<br>**Defendant** | |
| **Jemaah Islamiya Organization**<br>**Defendant** | |
| **Syrian Arab Republic**<br>**Defendant** | |
| **The Kingdom of Saudi Arabia**<br>**Defendant** | Mark Charles Hansen<br><br>Kellogg, Huber, Hansen, Todd & Evans PLLC (DC)<br>1615 M Street, N.W., Suite 400<br>Washington, D.C., DC 20036<br><br>Phone: (202)326-7904 Fax: (202)326-7999 Attorney to be Noticed |
| **Sayf Al-ADL**<br>**Defendant** | |
| **Mamoun Darkazanli Import-Export Company**<br>**Defendant** | |
| **Ramzi Binalshibh**<br>**Defendant** | |
| **Turkistan Islamic Movement** | |

## Litigants

**Defendant**

Yassine Chekkaouri
**Defendant**

Samir Kishk
**Defendant**

The Aid Organization of the Ulema
**Defendant**

Mohamed Ben Belgacem Aouadi
**Defendant**

Mokhtar Boughougha
**Defendant**

Somalia Branch of the Al-Haramain Islamic Foundation
**Defendant**

Umma Tameer-E-Nau (Utn)
**Defendant**

Heyatul Ulya
**Defendant**

Red Sea Barakat Company Limited
**Defendant**

Hussein Mahmud Abdullkadir
**Defendant**

Abbas Abdi Ali
**Defendant**

Hassan Dahir Aweys
**Defendant**

Garad Jama
**Defendant**

Saqar Al-Sadawi
**Defendant**

Sa'd Al-Sharif
**Defendant**

Ibrahim Salih Mohammed Al-Yacoub
**Defendant**

## Attorneys

| Litigants | Attorneys |
|-----------|-----------|
| Najib Ouaz<br>**Defendant** | |
| Abdelghani Mzoudi<br>**Defendant** | |
| Riyadus-Salikhin Recognizance and Sabotage Battalion of Chechen Martyrs<br>**Defendant** | |
| Princess Haifa Al-Faisal<br>**Defendant** | Mark Charles Hansen<br><br>Kellogg, Huber, Hansen, Todd & Evans PLLC (DC)<br>1615 M Street, N.W., Suite 400<br>Washington, D.C., DC 20036<br><br>Phone: (202)326-7904Fax: (202)326-7999Attorney to be Noticed |
| Omar Al-Bayoumi<br>**Defendant** | |
| Fahad Al-Thumairy<br>**Defendant** | |
| Jamal BA Khorsh<br>**Defendant** | |
| Lashkar Redayan-E-Islami<br>**Defendant** | |
| Dubai Islamic Bank<br>**Defendant** | Frank Christian Welzer<br>Lead Attorney<br><br>Zukerman Gore & Brandeis, LLP<br>875 Third Avenue<br>New York, NY 10022<br>USA<br>Phone: (212)223-6700Fax: (212)223-6433Attorney to be Noticed |
| Hani Ramadan<br>**Defendant** | |
| Eurocovia Obras SA<br>**Defendant** | |
| Mohammed Hussein Al-Amoudi<br>**Defendant** | |
| Mohammed Al Massari<br>**Defendant** | |

EXHIBIT 8, PAGE 554

## Litigants                                              ## Attorneys

Ibrahim Bah
**Defendant**

Mohammed Ali Hasan Al Moayad
**Defendant**

Ibrahim Muhammad Afandi
**Defendant**

Doug Gaines
**Defendant**

Islamic Rescue Organization
**Defendant**

World Assembly of Islamic Youth
**Defendant**

National Commercial Bank of Saudi Arabia              Mitchell Rand Berger
**Defendant**                                         Lead Attorney

                                                      Patton Boggs LLP (DC)
                                                      2550 M Street, N.W.
                                                      Washington, DC 20037
                                                      USA
                                                      Phone: (202)457-5601Fax: (202)457-6315Attorney to be
                                                      Noticed

                                                      Ronald Stanley Liebman

                                                      Patton Boggs LLP (DC)
                                                      2550 M Street, N.W.
                                                      Washington, DC 20037
                                                      USA
                                                      Phone: (202)457-6310Fax: (202)457-6315Attorney to be
                                                      Noticed

Saleh Mohamed Bin Laden
**Defendant**

Saqar Al Jadawi
**Defendant**

Nasreddin Charitable Foundation
**Defendant**

Sheikh Yusuf Al Qardawi                               Amy Rothstein
**Defendant**                                         Lead Attorney

                                                      Doar, Rieck, Kaley & Mack
                                                      217 BroadwaySuite 707
                                                      New York, NY 10007-2911

| Litigants | Attorneys |
|---|---|
| | USA<br>Phone: (212)619-3730Fax: (212)962-5037 |
| Islamic Center of Tucson<br>**Defendant** | |
| Islamic Society of North America<br>**Defendant** | |
| Muslim Brotherhood<br>**Defendant** | |
| North American Islamic Trust<br>**Defendant** | |
| Frank Zindel<br>**Defendant** | Ayad P. Jacob<br>Lead Attorney<br><br>Schiff Hardin LLP (Chicago)<br>6600 Sears Tower<br>Chicago, IL 60606<br>USA<br>Phone: (312)258-5585Fax: (312)258-5600Attorney to be Noticed<br><br>Donald Allen Klein<br>Lead Attorney<br><br>Schiff Hardin LLP<br>900 Third Avenue<br>New York, NY 10022<br>USA<br>Phone: (212)753-5000Fax: (212)753-5044Attorney to be Noticed<br><br>John N. Scholnick<br>Lead Attorney<br><br>Neal, Gerber & Eisenberg<br>2 North LaSalle Street<br>Chicago, IL 60602<br>USA<br>Phone: (312)269-8000Attorney to be Noticed |
| Engelbert Schreiber<br>**Defendant** | Ayad P. Jacob<br>Lead Attorney<br><br>Schiff Hardin LLP (Chicago)<br>6600 Sears Tower<br>Chicago, IL 60606<br>USA<br>Phone: (312)258-5585Fax: (312)258-5600Attorney to be Noticed<br><br>Donald Allen Klein<br>Lead Attorney |

Page 85 of 933

Case 2:16-cv-06415-BRM-JMV Re: Terrorist Attacks on September 11, 2001   Document 103-1   Filed 05/16/07   Page 405 of 883   Page ID #:10252

| Litigants | Attorneys |
|---|---|
| | Schiff Hardin LLP<br>900 Third Avenue<br>New York, NY 10022<br>USA<br>Phone: (212)753-5000Fax: (212)753-5044Attorney to be Noticed |
| | John N. Scholnick<br>Lead Attorney |
| | Neal, Gerber & Eisenberg<br>2 North LaSalle Street<br>Chicago, IL 60602<br>USA<br>Phone: (312)269-8000Attorney to be Noticed |
| **Sercor Treuhand Anstalt**<br>**Defendant** | Amy Berman Jackson<br>Lead Attorney |
| | Trout Cacheris, PLLC<br>1350 Connecticut Avenue, N.W., Suite 300<br>Washington, DC 20036<br>USA<br>Phone: (202)464-3312Fax: (202)464-3319Attorney to be Noticed |
| | Lisa Freiman Fishberg |
| | Schertler & Onorato, LLP<br>1140 Connecticut Avenue, NW, Suite 1140<br>Washington, DC 20036<br>USA<br>Phone: (202)628-4199Fax: (202)628-4177Attorney to be Noticed |
| **Triple-B Trading Company**<br>**Defendant** | |
| **Mohammed Mijed Said**<br>**Defendant** | |
| **The Estate of Omari**<br>**Defendant** | |
| **Metalor**<br>**Defendant** | David M. Ryan<br>Lead Attorney |
| | Nixon Peabody LLP (MA)<br>100 Summer Street<br>Boston, MA 02110<br>USA<br>Phone: (617)345-1000Fax: (617)345-1300Attorney to be Noticed |
| Estate of Salem Al-Hazmi | |

## Litigants

## Attorneys

**Defendant**

Estate of Ziad Samir Jarrah
**Defendant**

Eaton Vance Tax-Managed Growth Fund 1.2
**Nominal Defendant**

Muslim World League
**Cross Claimant**

Kathleen Ashton: as Administrator of the Estate of Thomas
Ashton, deceased and on behalf of all survivors of Thomas
Ashton
**Plaintiff**

Andrew J. Maloney, III
Lead Attorney

Kreindler & Kreindler
100 Park Avenue
New York, NY 10017
USA
Phone: (212)687-8181

Blanca I. Rodriguez
Lead Attorney

Kreindler & Kreindler
100 Park Avenue
New York, NY 10017-5590
USA
Phone: (212)687-8181

Brian J. Alexander
Lead Attorney

Kreindler & Kreindler
100 Park Avenue
New York, NY 10017
USA
Phone: (212)973-3411Fax: (212)972-9432

David Beekman
Lead Attorney

Kreindler & Kreindler
100 Park Avenue
New York, NY 10017-5590
USA
Phone: (212)687-8181

David Charles Cook
Lead Attorney

Kreindler & Kreindler
100 Park Avenue
New York, NY 10017
USA
Phone: (212)972-3444Fax: (212)972-9432

Francis Gerard Fleming

Page 87 of 933

Case 2:16-cv-03495-DSF-MRW    Document 103-1 Re: Terrorist Attacks on September 11, 2001    Filed 05/16/17    Page 407 of 883    Page ID #:10254

| Litigants | Attorneys |
|---|---|
|  | Lead Attorney |

Kreindler & Kreindler
100 Park Avenue
New York, NY 10017
USA
Phone: (212)687-8181 Fax: (212)972-9432

James P. Kreindler
Lead Attorney

Kreindler & Kreindler
100 Park Avenue
New York, NY 10017
USA
Phone: (212)973-3440 Fax: (212)972-9432

Justin Timothy Green
Lead Attorney

Kreindler & Kreindler
100 Park Avenue
New York, NY 10017
USA
Phone: (212)687-8181 Fax: (212)972-9432

Lee S. Kreindler
Lead Attorney

Kreindler & Kreindler
100 Park Avenue
New York, NY 10017-5590
USA
Phone: (212)687-8181

Marc S. Moller
Lead Attorney

Kreindler & Kreindler
100 Park Avenue
New York, NY 10017
USA
Phone: (212)687-8181 Fax: (212)972-9432

Milton G. Sincoff
Lead Attorney

Kreindler & Kreindler
100 Park Avenue
New York, NY 10017
USA
Phone: (212)973-3446 Fax: (212)972-9432

Noah H. Kushlefsky
Lead Attorney

Kreindler & Kreindler
100 Park Avenue
New York, NY 10017

| Litigants | Attorneys |
|---|---|
| | USA<br>Phone: (212)687-8181 |
| | Paul S. Edelman<br>Lead Attorney |
| | Kreindler & Kreindler<br>100 Park Avenue<br>New York, NY 10017-5590<br>USA<br>Phone: (212)687-8181 |
| | Robert James Spragg<br>Lead Attorney |
| | Kreindler & Kreindler<br>100 Park Avenue<br>New York, NY 10017<br>USA<br>Phone: (212)687-8181Fax: (212)972-9432 |
| | Steven R. Pounian<br>Lead Attorney |
| | Kreindler & Kreindler<br>100 Park Avenue<br>New York, NY 10017<br>USA<br>Phone: (212)687-8181 |
| | Vincent Ian Parrett |
| | Kreindler & Kreindler<br>100 Park Avenue<br>New York, NY 10017<br>USA<br>Phone: (212)973-3418Fax: (212)972-9432Attorney to be Noticed |
| | James P. Kreindler |
| | Kreindler & Kreindler<br>100 Park Avenue<br>New York, NY 10017<br>USA<br>Phone: (212)973-3440Fax: (212)972-9432Attorney to be Noticed |
| Josephine Alger: as Co-Executor of the Estate of David D. Alger, deceased and on behalf of all of survivors of David D. Alger<br>**Plaintiff** | Blanca I. Rodriguez<br>Lead Attorney |
| | Kreindler & Kreindler<br>100 Park Avenue<br>New York, NY 10017-5590<br>USA<br>Phone: (212)687-8181 |
| | Brian J. Alexander<br>Lead Attorney |

| Litigants | Attorneys |
|-----------|-----------|
|           | Kreindler & Kreindler<br>100 Park Avenue<br>New York, NY 10017<br>USA<br>Phone: (212)973-3411Fax: (212)972-9432<br><br>David Beekman<br>Lead Attorney<br><br>Kreindler & Kreindler<br>100 Park Ave.<br>New York, NY 10017<br>USA<br>Phone: (212)687-8181<br><br>David Charles Cook<br>Lead Attorney<br><br>Kreindler & Kreindler<br>100 Park Avenue<br>New York, NY 10017<br>USA<br>Phone: (212)972-3444Fax: (212)972-9432<br><br>James P. Kreindler<br>Lead Attorney<br><br>Kreindler & Kreindler<br>100 Park Avenue<br>New York, NY 10017<br>USA<br>Phone: (212)973-3440Fax: (212)972-9432<br><br>Lee S Kreindler<br>Lead Attorney<br><br>Kreindler & Kreindler<br>100 Park Avenue<br>New York, NY 10017<br>USA<br>Phone: (212)687-8181<br><br>Marc S. Moller<br>Lead Attorney<br><br>Kreindler & Kreindler<br>100 Park Avenue<br>New York, NY 10017-5590<br>USA<br>Phone: (212)687-8181<br><br>Noah H. Kushlefsky<br>Lead Attorney<br><br>Kreindler & Kreindler<br>100 Park Avenue<br>New York, NY 10017<br>USA |

| Litigants | Attorneys |
|---|---|
| | Phone: (212)687-8181 |
| | Robert James Spragg<br>Lead Attorney |
| | Kreindler & Kreindler<br>100 Park Avenue<br>New York, NY 10017<br>USA<br>Phone: (212)687-8181Fax: (212)972-9432 |
| | Steven R. Pounian<br>Lead Attorney |
| | Kreindler & Kreindler<br>100 Park Avenue<br>New York, NY 10017-5590<br>USA<br>Phone: (212)687-8181 |
| Angelica Allen: as Administrator of the Estate of Eric Allen, deceased and on behalf of survivors of Eric Allen<br>**Plaintiff** | Blanca I. Rodriguez<br>Lead Attorney |
| | Kreindler & Kreindler<br>100 Park Avenue<br>New York, NY 10017-5590<br>USA<br>Phone: (212)687-8181 |
| | Brian J. Alexander<br>Lead Attorney |
| | Kreindler & Kreindler<br>100 Park Avenue<br>New York, NY 10017<br>USA<br>Phone: (212)973-3411Fax: (212)972-9432 |
| | David Beekman<br>Lead Attorney |
| | Kreindler & Kreindler<br>100 Park Avenue<br>New York, NY 10017-5590<br>USA<br>Phone: (212)687-8181 |
| | David Charles Cook<br>Lead Attorney |
| | Kreindler & Kreindler<br>100 Park Avenue<br>New York, NY 10017<br>USA<br>Phone: (212)972-3444Fax: (212)972-9432 |
| | James P. Kreindler<br>Lead Attorney |

## Litigants

## Attorneys

Kreindler & Kreindler
100 Park Avenue
New York, NY 10017
USA
Phone: (212)973-3440Fax: (212)972-9432

Lee S Kreindler
Lead Attorney

Kreindler & Kreindler
100 Park Avenue
New York, NY 10017
USA
Phone: (212)687-8181

Marc S. Moller
Lead Attorney

Kreindler & Kreindler
100 Park Avenue
New York, NY 10017
USA
Phone: (212)687-8181Fax: (212)972-9432

Noah H. Kushlefsky
Lead Attorney

Kreindler & Kreindler
100 Park Avenue
New York, NY 10017
USA
Phone: (212)687-8181

Robert James Spragg
Lead Attorney

Kreindler & Kreindler
100 Park Avenue
New York, NY 10017
USA
Phone: (212)687-8181Fax: (212)972-9432

Steven R. Pounian
Lead Attorney

Kreindler & Kreindler
100 Park Avenue
New York, NY 10017
USA
Phone: (212)687-8181

George Andrucki: as Co-Administrator of the Estate of Jean Andrucki, deceased and on behalf of all survivors of Jean Andrucki
**Plaintiff**

Blanca I. Rodriguez
Lead Attorney

Kreindler & Kreindler
100 Park Avenue
New York, NY 10017-5590
USA

## Litigants

## Attorneys

Phone: (212)687-8181

Brian J. Alexander
Lead Attorney

Kreindler & Kreindler
100 Park Avenue
New York, NY 10017
USA
Phone: (212)973-3411 Fax: (212)972-9432

David Beekman
Lead Attorney

Kreindler & Kreindler
100 Park Avenue
New York, NY 10017-5590
USA
Phone: (212)687-8181

David Charles Cook
Lead Attorney

Kreindler & Kreindler
100 Park Avenue
New York, NY 10017
USA
Phone: (212)972-3444 Fax: (212)972-9432

James P. Kreindler
Lead Attorney

Kreindler & Kreindler
100 Park Avenue
New York, NY 10017
USA
Phone: (212)973-3440 Fax: (212)972-9432

Lee S Kreindler
Lead Attorney

Kreindler & Kreindler
100 Park Avenue
New York, NY 10017
USA
Phone: (212)687-8181

Marc S. Moller
Lead Attorney

Kreindler & Kreindler
100 Park Avenue
New York, NY 10017
USA
Phone: (212)687-8181 Fax: (212)972-9432

Noah H. Kushlefsky
Lead Attorney

## Litigants

## Attorneys

Kreindler & Kreindler
100 Park Avenue
New York, NY 10017
USA
Phone: (212)687-8181

Robert James Spragg
Lead Attorney

Kreindler & Kreindler
100 Park Avenue
New York, NY 10017
USA
Phone: (212)687-8181Fax: (212)972-9432

Steven R. Pounian
Lead Attorney

Kreindler & Kreindler
100 Park Avenue
New York, NY 10017
USA
Phone: (212)687-8181

Mary Andrucki: as Co-Administrator of the Estate of Jean Andrucki, deceased and on behalf of all survivors of Jean Andrucki
**Plaintiff**

Blanca I. Rodriguez
Lead Attorney

Kreindler & Kreindler
100 Park Avenue
New York, NY 10017-5590
USA
Phone: (212)687-8181

Brian J. Alexander
Lead Attorney

Kreindler & Kreindler
100 Park Avenue
New York, NY 10017
USA
Phone: (212)973-3411Fax: (212)972-9432

David Beekman
Lead Attorney

Kreindler & Kreindler
100 Park Avenue
New York, NY 10017-5590
USA
Phone: (212)687-8181

David Charles Cook
Lead Attorney

Kreindler & Kreindler
100 Park Avenue
New York, NY 10017
USA

| Litigants | Attorneys |
|---|---|
|  | Phone: (212)972-3444Fax: (212)972-9432 |

James P. Kreindler
Lead Attorney

Kreindler & Kreindler
100 Park Avenue
New York, NY 10017
USA
Phone: (212)973-3440Fax: (212)972-9432

Lee S. Kreindler
Lead Attorney

Kreindler & Kreindler
100 Park Avenue
New York, NY 10017-5590
USA
Phone: (212)687-8181

Marc S. Moller
Lead Attorney

Kreindler & Kreindler
100 Park Avenue
New York, NY 10017
USA
Phone: (212)687-8181Fax: (212)972-9432

Noah H. Kushlefsky
Lead Attorney

Kreindler & Kreindler
100 Park Avenue
New York, NY 10017
USA
Phone: (212)687-8181

Robert James Spragg
Lead Attorney

Kreindler & Kreindler
100 Park Avenue
New York, NY 10017
USA
Phone: (212)687-8181Fax: (212)972-9432

Steven R. Pounian
Lead Attorney

Kreindler & Kreindler
100 Park Avenue
New York, NY 10017
USA
Phone: (212)687-8181

| Litigants | Attorneys |
|---|---|
| Alexander Paul Aranyos: as Co-Administrator of the Estate of Patrick Michael Aranyos, deceased and on behalf of all survivors of Patrick Michael Aranyos Andrucki | Blanca I. Rodriguez<br>Lead Attorney |

## Litigants

## Attorneys

**Plaintiff**

Kreindler & Kreindler
100 Park Avenue
New York, NY 10017-5590
USA
Phone: (212)687-8181

Brian J. Alexander
Lead Attorney

Kreindler & Kreindler
100 Park Avenue
New York, NY 10017
USA
Phone: (212)973-3411Fax: (212)972-9432

David Beekman
Lead Attorney

Kreindler & Kreindler
100 Park Avenue
New York, NY 10017-5590
USA
Phone: (212)687-8181

David Charles Cook
Lead Attorney

Kreindler & Kreindler
100 Park Avenue
New York, NY 10017
USA
Phone: (212)972-3444Fax: (212)972-9432

James P. Kreindler
Lead Attorney

Kreindler & Kreindler
100 Park Avenue
New York, NY 10017
USA
Phone: (212)973-3440Fax: (212)972-9432

Lee S. Kreindler
Lead Attorney

Kreindler & Kreindler
100 Park Avenue
New York, NY 10017-5590
USA
Phone: (212)687-8181

Marc S. Moller
Lead Attorney

Kreindler & Kreindler
100 Park Avenue
New York, NY 10017
USA

## Litigants

## Attorneys

Phone: (212)687-8181Fax: (212)972-9432

Noah H. Kushlefsky
Lead Attorney

Kreindler & Kreindler
100 Park Avenue
New York, NY 10017
USA
Phone: (212)687-8181

Robert James Spragg
Lead Attorney

Kreindler & Kreindler
100 Park Avenue
New York, NY 10017
USA
Phone: (212)687-8181Fax: (212)972-9432

Steven R. Pounian
Lead Attorney

Kreindler & Kreindler
100 Park Avenue
New York, NY 10017
USA
Phone: (212)687-8181

Winifred Aranyos: as Co-Administrator of the Estate of
Patrick Michael Aranyos, deceased and on behalf of all
surviors of Patrick Michael Aranyos
**Plaintiff**

Blanca I. Rodriguez
Lead Attorney

Kreindler & Kreindler
100 Park Avenue
New York, NY 10017-5590
USA
Phone: (212)687-8181

Brian J. Alexander
Lead Attorney

Kreindler & Kreindler
100 Park Avenue
New York, NY 10017
USA
Phone: (212)973-3411Fax: (212)972-9432

David Beekman
Lead Attorney

Kreindler & Kreindler
100 Park Avenue
New York, NY 10017-5590
USA
Phone: (212)687-8181

David Charles Cook
Lead Attorney

| Litigants | Attorneys |
|-----------|-----------|
|           |           |

Kreindler & Kreindler
100 Park Avenue
New York, NY 10017
USA
Phone: (212)972-3444Fax: (212)972-9432

James P. Kreindler
Lead Attorney

Kreindler & Kreindler
100 Park Avenue
New York, NY 10017
USA
Phone: (212)973-3440Fax: (212)972-9432

Lee S. Kreindler
Lead Attorney

Kreindler & Kreindler
100 Park Avenue
New York, NY 10017-5590
USA
Phone: (212)687-8181

Marc S. Moller
Lead Attorney

Kreindler & Kreindler
100 Park Avenue
New York, NY 10017
USA
Phone: (212)687-8181Fax: (212)972-9432

Noah H. Kushlefsky
Lead Attorney

Kreindler & Kreindler
100 Park Avenue
New York, NY 10017
USA
Phone: (212)687-8181

Robert James Spragg
Lead Attorney

Kreindler & Kreindler
100 Park Avenue
New York, NY 10017
USA
Phone: (212)687-8181Fax: (212)972-9432

Steven R. Pounian
Lead Attorney

Kreindler & Kreindler
100 Park Avenue
New York, NY 10017
USA

## Litigants

## Attorneys

Phone: (212)687-8181

Margaret Arce: as Administrator of the Estate of David
Gregory Arce, deceased and on behalf of all survivors of
David Gregory Arce
**Plaintiff**

Blanca I. Rodriguez
Lead Attorney

Kreindler & Kreindler
100 Park Avenue
New York, NY 10017-5590
USA
Phone: (212)687-8181

Brian J. Alexander
Lead Attorney

Kreindler & Kreindler
100 Park Avenue
New York, NY 10017
USA
Phone: (212)973-3411Fax: (212)972-9432

David Beekman
Lead Attorney

Kreindler & Kreindler
100 Park Avenue
New York, NY 10017-5590
USA
Phone: (212)687-8181

David Charles Cook
Lead Attorney

Kreindler & Kreindler
100 Park Avenue
New York, NY 10017
USA
Phone: (212)972-3444Fax: (212)972-9432

James P. Kreindler
Lead Attorney

Kreindler & Kreindler
100 Park Avenue
New York, NY 10017
USA
Phone: (212)973-3440Fax: (212)972-9432

Lee S Kreindler
Lead Attorney

Kreindler & Kreindler
100 Park Avenue
New York, NY 10017
USA
Phone: (212)687-8181

Marc S. Moller
Lead Attorney

## Litigants

## Attorneys

Kreindler & Kreindler
100 Park Avenue
New York, NY 10017
USA
Phone: (212)687-8181Fax: (212)972-9432

Noah H. Kushlefsky
Lead Attorney

Kreindler & Kreindler
100 Park Avenue
New York, NY 10017
USA
Phone: (212)687-8181

Robert James Spragg
Lead Attorney

Kreindler & Kreindler
100 Park Avenue
New York, NY 10017
USA
Phone: (212)687-8181Fax: (212)972-9432

Steven R. Pounian
Lead Attorney

Kreindler & Kreindler
100 Park Avenue
New York, NY 10017
USA
Phone: (212)687-8181

Margit Arias: ad Administrator of the Estate of Adam Peter Arias, deceased and on behalf of all survivors of Adam Peter Arias
**Plaintiff**

Blanca I. Rodriguez
Lead Attorney

Kreindler & Kreindler
100 Park Avenue
New York, NY 10017-5590
USA
Phone: (212)687-8181

Brian J. Alexander
Lead Attorney

Kreindler & Kreindler
100 Park Avenue
New York, NY 10017
USA
Phone: (212)973-3411Fax: (212)972-9432

David Beekman
Lead Attorney

Kreindler & Kreindler
100 Park Avenue
New York, NY 10017-5590
USA

| Litigants | Attorneys |
|---|---|
| | Phone: (212)687-8181 |
| | David Charles Cook<br>Lead Attorney |
| | Kreindler & Kreindler<br>100 Park Avenue<br>New York, NY 10017<br>USA<br>Phone: (212)972-3444Fax: (212)972-9432 |
| | James P. Kreindler<br>Lead Attorney |
| | Kreindler & Kreindler<br>100 Park Avenue<br>New York, NY 10017<br>USA<br>Phone: (212)973-3440Fax: (212)972-9432 |
| | Lee S. Kreindler<br>Lead Attorney |
| | Kreindler & Kreindler<br>100 Park Avenue<br>New York, NY 10017-5590<br>USA<br>Phone: (212)687-8181 |
| | Marc S. Moller<br>Lead Attorney |
| | Kreindler & Kreindler<br>100 Park Avenue<br>New York, NY 10017<br>USA<br>Phone: (212)687-8181Fax: (212)972-9432 |
| | Noah H. Kushlefsky<br>Lead Attorney |
| | Kreindler & Kreindler<br>100 Park Avenue<br>New York, NY 10017<br>USA<br>Phone: (212)687-8181 |
| | Steven R. Pounian<br>Lead Attorney |
| | Kreindler & Kreindler<br>100 Park Avenue<br>New York, NY 10017<br>USA<br>Phone: (212)687-8181 |
| Evelyn Aron: as Executor of the Estate of Jack Charles Aron, deceased and on behalf of all survivors of Jack Charles Aron<br>**Plaintiff** | Blanca I. Rodriguez<br>Lead Attorney |

| Litigants | Attorneys |
|---|---|

Kreindler & Kreindler
100 Park Avenue
New York, NY 10017-5590
USA
Phone: (212)687-8181

Brian J. Alexander
Lead Attorney

Kreindler & Kreindler
100 Park Avenue
New York, NY 10017
USA
Phone: (212)973-3411 Fax: (212)972-9432

David Beekman
Lead Attorney

Kreindler & Kreindler
100 Park Avenue
New York, NY 10017-5590
USA
Phone: (212)687-8181

David Charles Cook
Lead Attorney

Kreindler & Kreindler
100 Park Avenue
New York, NY 10017
USA
Phone: (212)972-3444 Fax: (212)972-9432

James P. Kreindler
Lead Attorney

Kreindler & Kreindler
100 Park Avenue
New York, NY 10017
USA
Phone: (212)973-3440 Fax: (212)972-9432

Lee S. Kreindler
Lead Attorney

Kreindler & Kreindler
100 Park Avenue
New York, NY 10017-5590
USA
Phone: (212)687-8181

Marc S. Moller
Lead Attorney

Kreindler & Kreindler
100 Park Avenue
New York, NY 10017
USA

| Litigants | Attorneys |
|-----------|-----------|
| | Phone: (212)687-8181Fax: (212)972-9432 |
| | Noah H. Kushlefsky<br>Lead Attorney |
| | Kreindler & Kreindler<br>100 Park Avenue<br>New York, NY 10017<br>USA<br>Phone: (212)687-8181 |
| | Robert James Spragg<br>Lead Attorney |
| | Kreindler & Kreindler<br>100 Park Avenue<br>New York, NY 10017<br>USA<br>Phone: (212)687-8181Fax: (212)972-9432 |
| | Steven R. Pounian<br>Lead Attorney |
| | Kreindler & Kreindler<br>100 Park Avenue<br>New York, NY 10017<br>USA<br>Phone: (212)687-8181 |
| Nancy Badagliacca: as Administrator of the Estate of John J. Badagliacca, deceased and on behalf of all survivors of John J. Badagliacca<br>**Plaintiff** | Andrew Joseph Maloney<br>Lead Attorney |
| | Kreindler & Kreindler<br>100 Park Avenue<br>New York, NY 10017<br>USA<br>Phone: (212)973-3438Fax: (212)972-9432Attorney to be Noticed |
| | Blanca I. Rodriguez<br>Lead Attorney |
| | Kreindler & Kreindler<br>100 Park Avenue<br>New York, NY 10017-5590<br>USA<br>Phone: (212)687-8181Attorney to be Noticed |
| | Brian J. Alexander<br>Lead Attorney |
| | Kreindler & Kreindler<br>100 Park Avenue<br>New York, NY 10017<br>USA<br>Phone: (212)973-3411Fax: (212)972-9432Attorney to be Noticed |
| | David Beekman |

## Litigants

## Attorneys

Lead Attorney

Kreindler & Kreindler
100 Park Avenue
New York, NY 10017-5590
USA
Phone: (212)687-8181Attorney to be Noticed

David Charles Cook
Lead Attorney

Kreindler & Kreindler
100 Park Avenue
New York, NY 10017
USA
Phone: (212)972-3444Fax: (212)972-9432Attorney to be Noticed

Francis Gerard Fleming
Lead Attorney

Kreindler & Kreindler
100 Park Avenue
New York, NY 10017
USA
Phone: (212)687-8181Fax: (212)972-9432Attorney to be Noticed

James P. Kreindler
Lead Attorney

Kreindler & Kreindler
100 Park Avenue
New York, NY 10017
USA
Phone: (212)973-3440Fax: (212)972-9432Attorney to be Noticed

Justin Timothy Green
Lead Attorney

Kreindler & Kreindler
100 Park Avenue
New York, NY 10017
USA
Phone: (212)687-8181Fax: (212)972-9432Attorney to be Noticed

Lee S. Kreindler
Lead Attorney

Kreindler & Kreindler
100 Park Avenue
New York, NY 10017-5590
USA
Phone: (212)687-8181Attorney to be Noticed

Marc S. Moller
Lead Attorney

| Litigants | Attorneys |
|---|---|
| | Kreindler & Kreindler<br>100 Park Avenue<br>New York, NY 10017<br>USA<br>Phone: (212)973-3447Fax: (212)972-9432Attorney to be Noticed |
| | Milton G. Sincoff<br>Lead Attorney |
| | Kreindler & Kreindler<br>100 Park Avenue<br>New York, NY 10017<br>USA<br>Phone: (212)973-3446Fax: (212)972-9432Attorney to be Noticed |
| | Noah H. Kushlefsky<br>Lead Attorney |
| | Kreindler & Kreindler<br>100 Park Avenue<br>New York, NY 10017<br>USA<br>Phone: (212)687-8181Attorney to be Noticed |
| | Paul S. Edelman<br>Lead Attorney |
| | Kreindler & Kreindler<br>100 Park Avenue<br>New York, NY 10017-5590<br>USA<br>Phone: (212)687-8181Attorney to be Noticed |
| | Robert James Spragg<br>Lead Attorney |
| | Kreindler & Kreindler<br>100 Park Avenue<br>New York, NY 10017<br>USA<br>Phone: (212)687-8181Fax: (212)972-9432Attorney to be Noticed |
| | Steven R. Pounian<br>Lead Attorney |
| | Kreindler & Kreindler<br>100 Park Avenue<br>New York, NY 10017<br>USA<br>Phone: (212)687-8181Attorney to be Noticed |
| Christina Baksh: as Administrator of the Estate of Michael S. Baksh, deceased and on behalf of all survivors of Michale S. Baksh<br>**Plaintiff** | Blanca I. Rodriguez<br>Lead Attorney<br><br>Kreindler & Kreindler |

| Litigants | Attorneys |
|---|---|
| | 100 Park Avenue<br>New York, NY 10017-5590<br>USA<br>Phone: (212)687-8181 |

Brian J. Alexander
Lead Attorney

Kreindler & Kreindler
100 Park Avenue
New York, NY 10017
USA
Phone: (212)973-3411Fax: (212)972-9432

David Beekman
Lead Attorney

Kreindler & Kreindler
100 Park Avenue
New York, NY 10017-5590
USA
Phone: (212)687-8181

David Charles Cook
Lead Attorney

Kreindler & Kreindler
100 Park Avenue
New York, NY 10017
USA
Phone: (212)972-3444Fax: (212)972-9432

James P. Kreindler
Lead Attorney

Kreindler & Kreindler
100 Park Avenue
New York, NY 10017
USA
Phone: (212)973-3440Fax: (212)972-9432

Lee S Kreindler
Lead Attorney

Kreindler & Kreindler
100 Park Avenue
New York, NY 10017
USA
Phone: (212)687-8181

Marc S. Moller
Lead Attorney

Kreindler & Kreindler
100 Park Avenue
New York, NY 10017
USA
Phone: (212)687-8181Fax: (212)972-9432

| Litigants | Attorneys |
| --- | --- |
| | Noah H. Kushlefsky<br>Lead Attorney<br><br>Kreindler & Kreindler<br>100 Park Avenue<br>New York, NY 10017<br>USA<br>Phone: (212)687-8181<br><br>Robert James Spragg<br>Lead Attorney<br><br>Kreindler & Kreindler<br>100 Park Avenue<br>New York, NY 10017<br>USA<br>Phone: (212)687-8181 Fax: (212)972-9432<br><br>Steven P. Pounian<br>Lead Attorney<br><br>Kreindler & Kreindler, L.L.P.<br>100 Park Avenue<br>New York, NY 10017<br>USA<br>Phone: (212)687-8181 |
| Joanne Barbara: as Executor of the Estate of Gerard Barbara, deceased and on behalf of all survivors of Gerard Barbara<br>**Plaintiff** | Blanca I. Rodriguez<br>Lead Attorney<br><br>Kreindler & Kreindler<br>100 Park Avenue<br>New York, NY 10017-5590<br>USA<br>Phone: (212)687-8181<br><br>Brian J. Alexander<br>Lead Attorney<br><br>Kreindler & Kreindler<br>100 Park Avenue<br>New York, NY 10017<br>USA<br>Phone: (212)973-3411 Fax: (212)972-9432<br><br>David Beekman<br>Lead Attorney<br><br>Kreindler & Kreindler<br>100 Park Avenue<br>New York, NY 10017-5590<br>USA<br>Phone: (212)687-8181<br><br>David Charles Cook<br>Lead Attorney |

## Litigants

## Attorneys

Kreindler & Kreindler
100 Park Avenue
New York, NY 10017
USA
Phone: (212)972-3444Fax: (212)972-9432

James P. Kreindler
Lead Attorney

Kreindler & Kreindler
100 Park Avenue
New York, NY 10017
USA
Phone: (212)973-3440Fax: (212)972-9432

Lee S. Kreindler
Lead Attorney

Kreindler & Kreindler
100 Park Avenue
New York, NY 10017-5590
USA
Phone: (212)687-8181

Marc S. Moller
Lead Attorney

Kreindler & Kreindler
100 Park Avenue
New York, NY 10017
USA
Phone: (212)687-8181Fax: (212)972-9432

Noah H. Kushlefsky
Lead Attorney

Kreindler & Kreindler
100 Park Avenue
New York, NY 10017
USA
Phone: (212)687-8181

Robert James Spragg
Lead Attorney

Kreindler & Kreindler
100 Park Avenue
New York, NY 10017
USA
Phone: (212)687-8181Fax: (212)972-9432

Steven R. Pounian
Lead Attorney

Kreindler & Kreindler
100 Park Avenue
New York, NY 10017
USA

## Litigants

## Attorneys

Phone: (212)687-8181

Daniel F. Barkow: as Administrator of the Estate of Collen
Ann Barkow, deceased and on behalf of all survivors of
Colleen Ann Barkow
**Plaintiff**

James P. Kreindler
Lead Attorney

Kreindler & Kreindler
100 Park Avenue
New York, NY 10017
USA
Phone: (212)973-3440Fax: (212)972-9432

Nina Barnes: as Administrator of the Estate of Durrell
Pearsall ,deceased and on behalf of all survivors of Durrell
Pearsall
**Plaintiff**

James P. Kreindler
Lead Attorney

Kreindler & Kreindler
100 Park Avenue
New York, NY 10017
USA
Phone: (212)973-3440Fax: (212)972-9432

Jeannine P. Baron: as Administrator of the Estate of Evan J.
Baron ,deceased and on behalf of all survivors of Evan J.
Baron
**Plaintiff**

James P. Kreindler
Lead Attorney

Kreindler & Kreindler
100 Park Avenue
New York, NY 10017
USA
Phone: (212)973-3440Fax: (212)972-9432

Jane Bartels: as Administrator of the Estate of Carlton Bartels
,deceased and on behalf of all survivors of Carlton Bartels
**Plaintiff**

James P. Kreindler
Lead Attorney

Kreindler & Kreindler
100 Park Avenue
New York, NY 10017
USA
Phone: (212)973-3440Fax: (212)972-9432

Kimberly Kaipaka Beaven: as Executor of the Estate of Alan
Beaven ,deceased and on behalf of all survivors of Alan
Beaven
**Plaintiff**

James P. Kreindler
Lead Attorney

Kreindler & Kreindler
100 Park Avenue
New York, NY 10017
USA
Phone: (212)973-3440Fax: (212)972-9432

Michelle Bedigan: as Administrator of the Estate of Carl
Bedigan ,deceased and on behalf of all survivors of Carl
Bedigan
**Plaintiff**

James P. Kreindler
Lead Attorney

Kreindler & Kreindler
100 Park Avenue
New York, NY 10017
USA
Phone: (212)973-3440Fax: (212)972-9432

## Litigants | ## Attorneys

| Litigants | Attorneys |
|---|---|
| Susan Berger: as Administrator of the Estate of Steven Howard Berger ,deceased and on behalf of all survivors of Steven Howard Berger<br>**Plaintiff** | James P. Kreindler<br>Lead Attorney<br><br>Kreindler & Kreindler<br>100 Park Avenue<br>New York, NY 10017<br>USA<br>Phone: (212)973-3440Fax: (212)972-9432 |
| Madeline Bergin: as Administrator of the Estate of John Bergin ,deceased and on behalf of all survivors of John Bergin<br>**Plaintiff** | James P. Kreindler<br>Lead Attorney<br><br>Kreindler & Kreindler<br>100 Park Avenue<br>New York, NY 10017<br>USA<br>Phone: (212)973-3440Fax: (212)972-9432 |
| Miriam M. Biegeleisen: as Administrator of the Estate of ,deceased and on behalf of all survivors of Shimmy D. Biegeleisen<br>**Plaintiff** | James P. Kreindler<br>Lead Attorney<br><br>Kreindler & Kreindler<br>100 Park Avenue<br>New York, NY 10017<br>USA<br>Phone: (212)973-3440Fax: (212)972-9432 |
| Christine Bini: as Administrator of the Estate of Carl Bini ,deceased and on behalf of all survivors of Carl Bini<br>**Plaintiff** | James P. Kreindler<br>Lead Attorney<br><br>Kreindler & Kreindler<br>100 Park Avenue<br>New York, NY 10017<br>USA<br>Phone: (212)973-3440Fax: (212)972-9432 |
| Neil B. Blass: as Administrator of the Estate of Craig M. Blass ,deceased and on behalf of all survivors of Craig M. Blass<br>**Plaintiff** | James P. Kreindler<br>Lead Attorney<br><br>Kreindler & Kreindler<br>100 Park Avenue<br>New York, NY 10017<br>USA<br>Phone: (212)973-3440Fax: (212)972-9432 |
| Kris A. Blood: as Executor of the Estate of Richard M. Bloom ,deceased and on behalf of all survivors of Richard M. Blood<br>**Plaintiff** | James P. Kreindler<br>Lead Attorney<br><br>Kreindler & Kreindler<br>100 Park Avenue<br>New York, NY 10017<br>USA<br>Phone: (212)973-3440Fax: (212)972-9432 |
| Dorothy Ann Bogdan: as Administrator of the Estate of Nicholas Andrew Bogdan ,deceased and on behalf of all | James P. Kreindler<br>Lead Attorney |

## Litigants

## Attorneys

survivors of Nicholas Andrew Bogdan
**Plaintiff**

Kreindler & Kreindler
100 Park Avenue
New York, NY 10017
USA
Phone: (212)973-3440Fax: (212)972-9432

Maria Teresa Boisseau: as Proposed Personal
Representative of the Estate of Lawrence Boisseau,
deceased and on behalf of all survivors of Lawrence
Boisseau
**Plaintiff**

James P. Kreindler
Lead Attorney

Kreindler & Kreindler
100 Park Avenue
New York, NY 10017
USA
Phone: (212)973-3440Fax: (212)972-9432

Kathleen Box: as Administrator of the Estate of Gary R.
Box,deceased and on behalf of all survivors of Gary R. Box
**Plaintiff**

James P. Kreindler
Lead Attorney

Kreindler & Kreindler
100 Park Avenue
New York, NY 10017
USA
Phone: (212)973-3440Fax: (212)972-9432

James Boyle: as Administrator of the Estate of Michael Boyle
,deceased and on behalf of all survivors of Michael Boyle
**Plaintiff**

James P. Kreindler
Lead Attorney

Kreindler & Kreindler
100 Park Avenue
New York, NY 10017
USA
Phone: (212)973-3440Fax: (212)972-9432

David Brace: as Administrator of the Estate of Sandra Conaty
Brace ,deceased and on behalf of all survivors of Sandra
Conaty Brace
**Plaintiff**

James P. Kreindler
Lead Attorney

Kreindler & Kreindler
100 Park Avenue
New York, NY 10017
USA
Phone: (212)973-3440Fax: (212)972-9432

Curtis Fred Brewer: as Executor of the Estate of Carol Keyes
Demitz ,deceased and on behalf of all survivors of Carol
Keyes Demitz
**Plaintiff**

James P. Kreindler
Lead Attorney

Kreindler & Kreindler
100 Park Avenue
New York, NY 10017
USA
Phone: (212)973-3440Fax: (212)972-9432

Hillary A. Briley: as Administrator of the Estate of Jonathan E.
Briley ,deceased and on behalf of all survivors of Jonathan E.
Briley
**Plaintiff**

James P. Kreindler
Lead Attorney

Kreindler & Kreindler

## Litigants

## Attorneys

100 Park Avenue
New York, NY 10017
USA
Phone: (212)973-3440Fax: (212)972-9432

| | |
|---|---|
| Ursula Broghammer: as Executor of the Estate of Herman C. Broghammer,deceased and on behalf of all survivors of Herman C. Broghammer<br>**Plaintiff** | James P. Kreindler<br>Lead Attorney<br><br>Kreindler & Kreindler<br>100 Park Avenue<br>New York, NY 10017<br>USA<br>Phone: (212)973-3440Fax: (212)972-9432 |
| JoAnne Bruehert: as Administrator of the Estate of Richard G. Breuhart ,deceased and on behalf of all survivors of Richard G. Breuhart<br>**Plaintiff** | James P. Kreindler<br>Lead Attorney<br><br>Kreindler & Kreindler<br>100 Park Avenue<br>New York, NY 10017<br>USA<br>Phone: (212)973-3440Fax: (212)972-9432 |
| Juan B. Bruno: as Administrator of the Estate of Rachel Tamares ,deceased and on behalf of all survivors of Rachel Tamares<br>**Plaintiff** | James P. Kreindler<br>Lead Attorney<br><br>Kreindler & Kreindler<br>100 Park Avenue<br>New York, NY 10017<br>USA<br>Phone: (212)973-3440Fax: (212)972-9432 |
| Susan E. Buhse: as Administrator of the Estate of Patrick Joseph Buhse ,deceased and on behalf of all survivors of Patrick Joseph Buhse<br>**Plaintiff** | James P. Kreindler<br>Lead Attorney<br><br>Kreindler & Kreindler<br>100 Park Avenue<br>New York, NY 10017<br>USA<br>Phone: (212)973-3440Fax: (212)972-9432 |
| Elizabeth R. Burns: as Administrator of the Estate of Donald J. Burns ,deceased and on behalf of all survivors of Donald J. Burns<br>**Plaintiff** | James P. Kreindler<br>Lead Attorney<br><br>Kreindler & Kreindler<br>100 Park Avenue<br>New York, NY 10017<br>USA<br>Phone: (212)973-3440Fax: (212)972-9432 |
| James C. Cahill: as Administrator of the Estate of Scott Walter Cahill ,deceased and on behalf of all survivors of Scott Walter Cahill<br>**Plaintiff** | James P. Kreindler<br>Lead Attorney<br><br>Kreindler & Kreindler<br>100 Park Avenue<br>New York, NY 10017 |

## Litigants | ## Attorneys

USA
Phone: (212)973-3440Fax: (212)972-9432

James W. Cahill: as Co-Administrator of the Estate of
Thomas Cahill ,deceased and on behalf of all survivors of
Thomas Cahill
**Plaintiff**

James P. Kreindler
Lead Attorney

Kreindler & Kreindler
100 Park Avenue
New York, NY 10017
USA
Phone: (212)973-3440Fax: (212)972-9432

Kathleen Cahill: as Co-Administrator of the Estate of Thomas
Cahill ,deceased and on behalf of all survivors of Thomas
Cahill
**Plaintiff**

James P. Kreindler
Lead Attorney

Kreindler & Kreindler
100 Park Avenue
New York, NY 10017
USA
Phone: (212)973-3440Fax: (212)972-9432

Deborah Calderon: as Administrator of the Estate of Edward
Calderon, deceased and on behalf of all survivors of Edward
Calderon
**Plaintiff**

James P. Kreindler
Lead Attorney

Kreindler & Kreindler
100 Park Avenue
New York, NY 10017
USA
Phone: (212)973-3440Fax: (212)972-9432

Janet Calia: as Administrator of the Estate of Dominick
Enrico Calia ,deceased and on behalf of all survivors of
Dominick Enrico Calia
**Plaintiff**

James P. Kreindler
Lead Attorney

Kreindler & Kreindler
100 Park Avenue
New York, NY 10017
USA
Phone: (212)973-3440Fax: (212)972-9432

Jacqueline Cannizzaro: as Administrator of the Estate of
Brian Cannizzaro ,deceased and on behalf of all survivors of
Brian Cannizzaro
**Plaintiff**

James P. Kreindler
Lead Attorney

Kreindler & Kreindler
100 Park Avenue
New York, NY 10017
USA
Phone: (212)973-3440Fax: (212)972-9432

Cathy A. Carilli: as Administrator of the Estate of Thomas E.
Sinton, III ,deceased and on behalf of all survivors of Thomas
E. Sinton, III
**Plaintiff**

James P. Kreindler
Lead Attorney

Kreindler & Kreindler
100 Park Avenue
New York, NY 10017
USA
Phone: (212)973-3440Fax: (212)972-9432

## Litigants

## Attorneys

Toni Ann Carroll: as Executor of the Estate of Peter J. Carroll,deceased and on behalf of all survivors of Peter J. Carroll
**Plaintiff**

James P. Kreindler
Lead Attorney

Kreindler & Kreindler
100 Park Avenue
New York, NY 10017
USA
Phone: (212)973-3440Fax: (212)972-9432

Judith Casoria: as Administrator of the Estate of ,deceased and on behalf of all survivors of Thomas Anthony Casoria
**Plaintiff**

James P. Kreindler
Lead Attorney

Kreindler & Kreindler
100 Park Avenue
New York, NY 10017
USA
Phone: (212)973-3440Fax: (212)972-9432

Tracy Ann Taback Catalano: as Executor of the Estate of Hary Taback,deceased and on behalf of all survivors of Harry Taback
**Plaintiff**

James P. Kreindler
Lead Attorney

Kreindler & Kreindler
100 Park Avenue
New York, NY 10017
USA
Phone: (212)973-3440Fax: (212)972-9432

Santa Catarelli: as Executor of the Estate of Richard G. Caterelli,deceased and on behalf of all survivors of Richard G. Caterelli
**Plaintiff**

James P. Kreindler
Lead Attorney

Kreindler & Kreindler
100 Park Avenue
New York, NY 10017
USA
Phone: (212)973-3440Fax: (212)972-9432

Gina Cayne: as Administrator of the Estate of Jason Cayne,deceased and on behalf of all survivors of Jason Cayne
**Plaintiff**

James P. Kreindler
Lead Attorney

Kreindler & Kreindler
100 Park Avenue
New York, NY 10017
USA
Phone: (212)973-3440Fax: (212)972-9432

Suk Tan Chin: as Administrator of the Estate of Robert Chin,deceased and on behalf of all survivors of Robert Chin
**Plaintiff**

James P. Kreindler
Lead Attorney

Kreindler & Kreindler
100 Park Avenue
New York, NY 10017
USA
Phone: (212)973-3440Fax: (212)972-9432

Edward P. Ciafardini: as Administrator of the Estate of

James P. Kreindler

| Litigants | Attorneys |
|---|---|
| Christopher Ciafardini ,deceased and on behalf of all survivors of Christopher Ciafardini<br>**Plaintiff** | Lead Attorney<br><br>Kreindler & Kreindler<br>100 Park Avenue<br>New York, NY 10017<br>USA<br>Phone: (212)973-3440Fax: (212)972-9432 |
| Lisa DiLallo Clark: as Administrator of the Estate of ,deceased and on behalf of all survivors of Thomas R. Clark<br>**Plaintiff** | James P. Kreindler<br>Lead Attorney<br><br>Kreindler & Kreindler<br>100 Park Avenue<br>New York, NY 10017<br>USA<br>Phone: (212)973-3440Fax: (212)972-9432 |
| Yuko Clark: as Administrator of the Estate of Gregory A. Clark ,deceased and on behalf of all survivors of Gregory A. Clark<br>**Plaintiff** | James P. Kreindler<br>Lead Attorney<br><br>Kreindler & Kreindler<br>100 Park Avenue<br>New York, NY 10017<br>USA<br>Phone: (212)973-3440Fax: (212)972-9432 |
| Maryann Colin: as Administrator of the Estate of Robert Dana Colin ,deceased and on behalf of all survivors of Robert Dana Colin<br>**Plaintiff** | James P. Kreindler<br>Lead Attorney<br><br>Kreindler & Kreindler<br>100 Park Avenue<br>New York, NY 10017<br>USA<br>Phone: (212)973-3440Fax: (212)972-9432 |
| Julia Collins: as Administrator of the Estate of Thomas J. Collins ,deceased and on behalf of all survivors of Thomas J. Collins<br>**Plaintiff** | James P. Kreindler<br>Lead Attorney<br><br>Kreindler & Kreindler<br>100 Park Avenue<br>New York, NY 10017<br>USA<br>Phone: (212)973-3440Fax: (212)972-9432 |
| Patricia Coppo: as Administrator of the Estate of Joseph Coppo,deceased and on behalf of all survivors of Joseph Coppo<br>**Plaintiff** | James P. Kreindler<br>Lead Attorney<br><br>Kreindler & Kreindler<br>100 Park Avenue<br>New York, NY 10017<br>USA<br>Phone: (212)973-3440Fax: (212)972-9432 |
| Edith Cruz: as Administrator of the Estate of Angelo Rosario ,deceased and on behalf of all survivors of Angelo Rosario<br>**Plaintiff** | James P. Kreindler<br>Lead Attorney |

## Litigants                                                    ## Attorneys

|  |  |
|---|---|
|  | Kreindler & Kreindler<br>100 Park Avenue<br>New York, NY 10017<br>USA<br>Phone: (212)973-3440 Fax: (212)972-9432 |
| Ildefonso A. Cua: as Administrator of the Estate of Grace Alegre Cua ,deceased and on behalf of all survivors of Grace Alegre Cua<br>**Plaintiff** | James P. Kreindler<br>Lead Attorney<br><br>Kreindler & Kreindler<br>100 Park Avenue<br>New York, NY 10017<br>USA<br>Phone: (212)973-3440 Fax: (212)972-9432 |
| Linda Curia: as Executor of the Estate of Laurence Curia ,deceased and on behalf of all survivors of Laurence Curia<br>**Plaintiff** | James P. Kreindler<br>Lead Attorney<br><br>Kreindler & Kreindler<br>100 Park Avenue<br>New York, NY 10017<br>USA<br>Phone: (212)973-3440 Fax: (212)972-9432 |
| David Edward Cushing: as Administrator of the Estate of Patricia Cushing ,deceased and on behalf of all survivors of Patricia Cushing<br>**Plaintiff** | James P. Kreindler<br>Lead Attorney<br><br>Kreindler & Kreindler<br>100 Park Avenue<br>New York, NY 10017<br>USA<br>Phone: (212)973-3440 Fax: (212)972-9432 |
| Louisa D'Antonio: as Administrator of the Estate of Mary D'Atonio,deceased and on behalf of all survivors of Mary D'Atonio<br>**Plaintiff** | James P. Kreindler<br>Lead Attorney<br><br>Kreindler & Kreindler<br>100 Park Avenue<br>New York, NY 10017<br>USA<br>Phone: (212)973-3440 Fax: (212)972-9432 |
| Beril Sofia DeFeo: as Administrator of the Estate of David DeFeo,deceased and on behalf of all survivors of<br>**Plaintiff** | James P. Kreindler<br>Lead Attorney<br><br>Kreindler & Kreindler<br>100 Park Avenue<br>New York, NY 10017<br>USA<br>Phone: (212)973-3440 Fax: (212)972-9432 |
| Vincent J. Della Bella: as Administrator of the Estate of Andrea Della Bella ,deceased and on behalf of all survivors of Andrea Della Bella<br>**Plaintiff** | James P. Kreindler<br>Lead Attorney<br><br>Kreindler & Kreindler |

| Litigants | Attorneys |
|---|---|
| | 100 Park Avenue<br>New York, NY 10017<br>USA<br>Phone: (212)973-3440Fax: (212)972-9432 |
| Todd DeVito: as Administrator of the Estate of Jerry DeVito, deceased and on behalf of all survivors of Jerry DeVito<br>**Plaintiff** | James P. Kreindler<br>Lead Attorney<br><br>Kreindler & Kreindler<br>100 Park Avenue<br>New York, NY 10017<br>USA<br>Phone: (212)973-3440Fax: (212)972-9432 |
| Milagros Diaz: as Administrator of the Estate of Lourdes Janet Galletti ,deceased and on behalf of all survivors of Lourdes Janet Galletti<br>**Plaintiff** | James P. Kreindler<br>Lead Attorney<br><br>Kreindler & Kreindler<br>100 Park Avenue<br>New York, NY 10017<br>USA<br>Phone: (212)973-3440Fax: (212)972-9432 |
| Andy Dinoo: as co-Administrator of the Estate of Rena Sam-Dinnoo ,deceased and on behalf of all survivors of Rena Sam-Dinnoo<br>**Plaintiff** | James P. Kreindler<br>Lead Attorney<br><br>Kreindler & Kreindler<br>100 Park Avenue<br>New York, NY 10017<br>USA<br>Phone: (212)973-3440Fax: (212)972-9432 |
| Dhanmatee Sam: as co-Administrator of the Estate of Rena Sam-Dinnoo ,deceased and on behalf of all survivors of Rena Sam-Dinnoo<br>**Plaintiff** | James P. Kreindler<br>Lead Attorney<br><br>Kreindler & Kreindler<br>100 Park Avenue<br>New York, NY 10017<br>USA<br>Phone: (212)973-3440Fax: (212)972-9432 |
| Maria DiPilato: as Administrator of the Estate of Joseph DiPilato,deceased and on behalf of all survivors of Joseph DiPilato<br>**Plaintiff** | James P. Kreindler<br>Lead Attorney<br><br>Kreindler & Kreindler<br>100 Park Avenue<br>New York, NY 10017<br>USA<br>Phone: (212)973-3440Fax: (212)972-9432 |
| Stacey Fran Dolan: as Executor of the Estate of Brendan Dolan ,deceased and on behalf of all survivors of Brendan Dolan<br>**Plaintiff** | James P. Kreindler<br>Lead Attorney<br><br>Kreindler & Kreindler<br>100 Park Avenue<br>New York, NY 10017 |

| Litigants | Attorneys |
|---|---|
| | USA<br>Phone: (212)973-3440Fax: (212)972-9432 |
| Rosalie Downey: as Administratix of the Estate of Raymond M. Downey ,deceased and on behalf of all survivors of Raymond M. Downey<br>**Plaintiff** | James P. Kreindler<br>Lead Attorney<br><br>Kreindler & Kreindler<br>100 Park Avenue<br>New York, NY 10017<br>USA<br>Phone: (212)973-3440Fax: (212)972-9432 |
| Jay Charles Dunne: as Personal Representative of the Estate of Christopher Joseph Dunne, deceased and on behalf of all survivors of Christopher Joseph Dunne<br>**Plaintiff** | James P. Kreindler<br>Lead Attorney<br><br>Kreindler & Kreindler<br>100 Park Avenue<br>New York, NY 10017<br>USA<br>Phone: (212)973-3440Fax: (212)972-9432 |
| Stanley Eckna: as Personal Representative of the Estate of Robert Eckna, deceased and on behalf of all survivors of Robert Eckna<br>**Plaintiff** | James P. Kreindler<br>Lead Attorney<br><br>Kreindler & Kreindler<br>100 Park Avenue<br>New York, NY 10017<br>USA<br>Phone: (212)973-3440Fax: (212)972-9432 |
| Denise Esposito: as Administrator of the Estate of Michael Esposito, deceased and on behalf Michael Esposito<br>**Plaintiff** | James P. Kreindler<br>Lead Attorney<br><br>Kreindler & Kreindler<br>100 Park Avenue<br>New York, NY 10017<br>USA<br>Phone: (212)973-3440Fax: (212)972-9432 |
| Dennis Euleau: as (ad prosequendeum) of the Estate of Michael Coyle Eulau, deceased and on behalf of all survivors of Michele Coyle Eulau<br>**Plaintiff** | James P. Kreindler<br>Lead Attorney<br><br>Kreindler & Kreindler<br>100 Park Avenue<br>New York, NY 10017<br>USA<br>Phone: (212)973-3440Fax: (212)972-9432 |
| Maryanne Farrell: as Administrator of the Estate of John Farrell, deceased and on behalf of all survivors John Farrell<br>**Plaintiff** | James P. Kreindler<br>Lead Attorney<br><br>Kreindler & Kreindler<br>100 Park Avenue<br>New York, NY 10017<br>USA<br>Phone: (212)973-3440Fax: (212)972-9432 |

## Litigants

## Attorneys

Melissa Van Ness Fatha: as Administrator of the Estate of Sayed Abdul Fatha, deceased and on behalf of all survivors of Sayed Abdul Fatha
**Plaintiff**

James P. Kreindler
Lead Attorney

Kreindler & Kreindler
100 Park Avenue
New York, NY 10017
USA
Phone: (212)973-3440Fax: (212)972-9432

Steven Feidelberg: as Administrator of the Estate of Peter Adam Deidelberg ,deceased and on behalf of all survivors of Peter Adam Deidelberg
**Plaintiff**

James P. Kreindler
Lead Attorney

Kreindler & Kreindler
100 Park Avenue
New York, NY 10017
USA
Phone: (212)973-3440Fax: (212)972-9432

Wendy Feinberg: as Executor of the Estate of Alan Feinberg,deceased and on behalf of all survivors of Alan Feinberg
**Plaintiff**

James P. Kreindler
Lead Attorney

Kreindler & Kreindler
100 Park Avenue
New York, NY 10017
USA
Phone: (212)973-3440Fax: (212)972-9432

Charlene Fiore: as Administrator of the Estate of Michael Fiore,deceased and on behalf of all survivors of Michal Fiore
**Plaintiff**

James P. Kreindler
Lead Attorney

Kreindler & Kreindler
100 Park Avenue
New York, NY 10017
USA
Phone: (212)973-3440Fax: (212)972-9432

Brian Flannery: as Personal Representative of the Estate of Christina Donovan Flannery, deceased and on behalf of all survivors of Christina Donovan Flannery
**Plaintiff**

James P. Kreindler
Lead Attorney

Kreindler & Kreindler
100 Park Avenue
New York, NY 10017
USA
Phone: (212)973-3440Fax: (212)972-9432Attorney to be Noticed

Robert T. Folger: as Administrator of the Estate of Jane Claire Folger ,deceased and on behalf of all survivors of Jean Claire Folger
**Plaintiff**

James P. Kreindler
Lead Attorney

Kreindler & Kreindler
100 Park Avenue
New York, NY 10017
USA
Phone: (212)973-3440Fax: (212)972-9432Attorney to be Noticed

| **Litigants** | **Attorneys** |
|---|---|
| Kurt Foster: as Executor of the Estate of Claudia Foster,deceased and on behalf of all survivors of Claudia Foster<br>**Plaintiff** | James P. Kreindler<br>Lead Attorney<br><br>Kreindler & Kreindler<br>100 Park Avenue<br>New York, NY 10017<br>USA<br>Phone: (212)973-3440Fax: (212)972-9432Attorney to be Noticed |
| Claudia Flyzik: as Co-Administrator of the Estate of Carol Flyzik, deceased and on behalf of all survivors of Carol Flyzik<br>**Plaintiff** | James P. Kreindler<br>Lead Attorney<br><br>Kreindler & Kreindler<br>100 Park Avenue<br>New York, NY 10017<br>USA<br>Phone: (212)973-3440Fax: (212)972-9432Attorney to be Noticed |
| Nancy Walsh: as Co-Administrator of the Estate of Carol Flyzik, deceased and on behalf of all survivors of Carol Flyzik<br>**Plaintiff** | James P. Kreindler<br>Lead Attorney<br><br>Kreindler & Kreindler<br>100 Park Avenue<br>New York, NY 10017<br>USA<br>Phone: (212)973-3440Fax: (212)972-9432Attorney to be Noticed |
| Carol Francolini: as Personal Representative of the Estate of Arthur Joseph Jones, III, deceased and on behalf of all survivors of Arthur Joseph Jones, III<br>**Plaintiff** | James P. Kreindler<br>Lead Attorney<br><br>Kreindler & Kreindler<br>100 Park Avenue<br>New York, NY 10017<br>USA<br>Phone: (212)973-3440Fax: (212)972-9432Attorney to be Noticed |
| Helen Friedlander: as Executor of the Estate of Alan W. Friedlander ,deceased and on behalf of all survivors of Alan W. Friedlander<br>**Plaintiff** | James P. Kreindler<br>Lead Attorney<br><br>Kreindler & Kreindler<br>100 Park Avenue<br>New York, NY 10017<br>USA<br>Phone: (212)973-3440Fax: (212)972-9432Attorney to be Noticed |
| Lisa Friedman: as Administrator of the Estate of Andrew Friedman ,deceased and on behalf of all survivors of Andrew Friedman<br>**Plaintiff** | James P. Kreindler<br>Lead Attorney<br><br>Kreindler & Kreindler<br>100 Park Avenue |

## Litigants | ## Attorneys

New York, NY 10017
USA
Phone: (212)973-3440Fax: (212)972-9432Attorney to be Noticed

Anne Gabriel: as Executor of the Estate of Richard Gabriel,deceased and on behalf of all survivors of Richard Gabriel
**Plaintiff**

James P. Kreindler
Lead Attorney

Kreindler & Kreindler
100 Park Avenue
New York, NY 10017
USA
Phone: (212)973-3440Fax: (212)972-9432Attorney to be Noticed

Monica M. Gabrielle: as Executor of the Estate of Richard Gabrielle, deceased and on behalf of all survivors Richard Gabrielle
**Plaintiff**

James P. Kreindler
Lead Attorney

Kreindler & Kreindler
100 Park Avenue
New York, NY 10017
USA
Phone: (212)973-3440Fax: (212)972-9432Attorney to be Noticed

Kathleen Ganci: as Executor of the Estate of Andrew Garcia, deceased and on behalf of all survivors Andrew Garcia
**Plaintiff**

James P. Kreindler
Lead Attorney

Kreindler & Kreindler
100 Park Avenue
New York, NY 10017
USA
Phone: (212)973-3440Fax: (212)972-9432Attorney to be Noticed

Hector Garcia: as Co-Administrator of the Estate of Marlyn C. Garcia, deceased and on behalf of all survivors of Marlyn C. Garcia
**Plaintiff**

James P. Kreindler
Lead Attorney

Kreindler & Kreindler
100 Park Avenue
New York, NY 10017
USA
Phone: (212)973-3440Fax: (212)972-9432Attorney to be Noticed

Carmen Garcia: as Co-Administrator of the Estate of Marlyn C. Garcia, deceased and on behalf of all survivors of Marlyn C. Garcia
**Plaintiff**

James P. Kreindler
Lead Attorney

Kreindler & Kreindler
100 Park Avenue
New York, NY 10017
USA
Phone: (212)973-3440Fax: (212)972-9432Attorney to be Noticed

Elizabeth Gardner: as Administrator of the Estate of Thomas

James P. Kreindler

| Litigants | Attorneys |
|---|---|
| Gardner,deceased and on behalf of all survivors of Thomas Gardner<br>**Plaintiff** | Lead Attorney<br><br>Kreindler & Kreindler<br>100 Park Avenue<br>New York, NY 10017<br>USA<br>Phone: (212)973-3440Fax: (212)972-9432Attorney to be Noticed |
| Diane Genco: as Administrator of the Estate of Peter Genco, deceased and on behalf of all survivors Peter Genco<br>**Plaintiff** | James P. Kreindler<br>Lead Attorney<br><br>Kreindler & Kreindler<br>100 Park Avenue<br>New York, NY 10017<br>USA<br>Phone: (212)973-3440Fax: (212)972-9432Attorney to be Noticed |
| Philip Germain: as Proposed Administrator of the Estate of Denis Germain, deceased and on behalf of all survivors Denis Germain<br>**Plaintiff** | James P. Kreindler<br>Lead Attorney<br><br>Kreindler & Kreindler<br>100 Park Avenue<br>New York, NY 10017<br>USA<br>Phone: (212)973-3440Fax: (212)972-9432Attorney to be Noticed |
| Carol Gies: as Administrator of the Estate of Ronnie Gies, deceased and on behalf of all survivors Ronnie Gies<br>**Plaintiff** | James P. Kreindler<br>Lead Attorney<br><br>Kreindler & Kreindler<br>100 Park Avenue<br>New York, NY 10017<br>USA<br>Phone: (212)973-3440Fax: (212)972-9432Attorney to be Noticed |
| John J. Gill: as Administrator of the Estate of Paul John Gill, deceased and on behalf of all survivors Paul John Gill<br>**Plaintiff** | James P. Kreindler<br>Lead Attorney<br><br>Kreindler & Kreindler<br>100 Park Avenue<br>New York, NY 10017<br>USA<br>Phone: (212)973-3440Fax: (212)972-9432Attorney to be Noticed |
| Serina Gillis: as Prospective Administrator of the Estate of Rodney Gillis, deceased and on behalf of all survivors Rodney Gillis<br>**Plaintiff** | James P. Kreindler<br>Lead Attorney<br><br>Kreindler & Kreindler<br>100 Park Avenue<br>New York, NY 10017<br>USA<br>Phone: (212)973-3440Fax: (212)972-9432Attorney to be |

| Litigants | Attorneys |
|---|---|
| | Noticed |
| Angela Gitto: as Administrator of the Estate of Salvatore Gitto, deceased and on behalf of all survivors Salvatore Gitto<br>**Plaintiff** | James P. Kreindler<br>Lead Attorney<br><br>Kreindler & Kreindler<br>100 Park Avenue<br>New York, NY 10017<br>USA<br>Phone: (212)973-3440Fax: (212)972-9432Attorney to be Noticed |
| Meg Bloom Glasser: as Executor of the Estate of Thomas Glasser, deceased and on behalf of all survivors Thomas Glasser<br>**Plaintiff** | James P. Kreindler<br>Lead Attorney<br><br>Kreindler & Kreindler<br>100 Park Avenue<br>New York, NY 10017<br>USA<br>Phone: (212)973-3440Fax: (212)972-9432Attorney to be Noticed |
| Sharon Cobb-Glenn: as Administrator of the Estate of Harry Glenn, deceased and on behalf of all survivors Harry Glenn<br>**Plaintiff** | James P. Kreindler<br>Lead Attorney<br><br>Kreindler & Kreindler<br>100 Park Avenue<br>New York, NY 10017<br>USA<br>Phone: (212)973-3440Fax: (212)972-9432Attorney to be Noticed |
| Helene Parisi-Gnazzo: as Administrator of the Estate of John T. Gnazzo, deceased and on behalf of all survivors John T. Gnazzo<br>**Plaintiff** | James P. Kreindler<br>Lead Attorney<br><br>Kreindler & Kreindler<br>100 Park Avenue<br>New York, NY 10017<br>USA<br>Phone: (212)973-3440Fax: (212)972-9432Attorney to be Noticed |
| Jodie Goldberg: as Administrator of the Estate of Brian Goldberg, deceased and on behalf of all survivors Brian Goldberg<br>**Plaintiff** | James P. Kreindler<br>Lead Attorney<br><br>Kreindler & Kreindler<br>100 Park Avenue<br>New York, NY 10017<br>USA<br>Phone: (212)973-3440Fax: (212)972-9432Attorney to be Noticed |
| Mia Gonzalez: as Personal Representative of the Estate of Lydia Bravo, deceased and on behalf of all survivors of Lydia Bravo<br>**Plaintiff** | James P. Kreindler<br>Lead Attorney<br><br>Kreindler & Kreindler |

## Litigants

## Attorneys

|  |  |
|---|---|
|  | 100 Park Avenue<br>New York, NY 10017<br>USA<br>Phone: (212)973-3440Fax: (212)972-9432Attorney to be Noticed |
| Deborah Grazioso: as Executor of the Estate of Timothy Grazioso, deceased and on behalf of all survivors Timothy Grazioso<br>**Plaintiff** | James P. Kreindler<br>Lead Attorney<br><br>Kreindler & Kreindler<br>100 Park Avenue<br>New York, NY 10017<br>USA<br>Phone: (212)973-3440Fax: (212)972-9432Attorney to be Noticed |
| Claudette Greene: as Executor of the Estate of Donald F. Greene, deceased and on behalf of all survivors Donald F. Greene<br>**Plaintiff** | James P. Kreindler<br>Lead Attorney<br><br>Kreindler & Kreindler<br>100 Park Avenue<br>New York, NY 10017<br>USA<br>Phone: (212)973-3440Fax: (212)972-9432Attorney to be Noticed |
| Peter Greenleaf: as Administrator of the Estate of James Arthur Greenleaf, deceased and on behalf of all survivors James Arthur Greenleaf<br>**Plaintiff** | James P. Kreindler<br>Lead Attorney<br><br>Kreindler & Kreindler<br>100 Park Avenue<br>New York, NY 10017<br>USA<br>Phone: (212)973-3440Fax: (212)972-9432Attorney to be Noticed |
| Joanne Gross: as Administrator of the Estate of Thomas Foley, deceased and on behalf of all survivors Thomas Foley<br>**Plaintiff** | James P. Kreindler<br>Lead Attorney<br><br>Kreindler & Kreindler<br>100 Park Avenue<br>New York, NY 10017<br>USA<br>Phone: (212)973-3440Fax: (212)972-9432Attorney to be Noticed |
| Gordon G. Haberman: as Co-Administrator of the Estate of Andrea Haberman, deceased and on behalf of all survivors of Andrea Haberman<br>**Plaintiff** | James P. Kreindler<br>Lead Attorney<br><br>Kreindler & Kreindler<br>100 Park Avenue<br>New York, NY 10017<br>USA<br>Phone: (212)973-3440Fax: (212)972-9432Attorney to be Noticed |

## Litigants

## Attorneys

Patricia Han: as Administrator of the Estate of Frederick K.
Han, deceased and on behalf of all survivors Frederic K. Han
**Plaintiff**

James P. Kreindler
Lead Attorney

Kreindler & Kreindler
100 Park Avenue
New York, NY 10017
USA
Phone: (212)973-3440Fax: (212)972-9432Attorney to be
Noticed

Renne Bacotti Hannafin: as Administrator of the Estate of
Thomas Hannafin, deceased and on behalf of all survivors
Thomas Hannafin
**Plaintiff**

James P. Kreindler
Lead Attorney

Kreindler & Kreindler
100 Park Avenue
New York, NY 10017
USA
Phone: (212)973-3440Fax: (212)972-9432Attorney to be
Noticed

Rachel R. Harrell: as Administrator of the Estate of Harvey
Harrell, deceased and on behalf of all survivors Harvey
Harrell
**Plaintiff**

James P. Kreindler
Lead Attorney

Kreindler & Kreindler
100 Park Avenue
New York, NY 10017
USA
Phone: (212)973-3440Fax: (212)972-9432Attorney to be
Noticed

Sheila Gail Harris: as Administrator of the Estate of Stewart
Dennis Harris , deceased and on behalf of all survivors of
Stewart Dennis Harris
**Plaintiff**

James P. Kreindler
Lead Attorney

Kreindler & Kreindler
100 Park Avenue
New York, NY 10017
USA
Phone: (212)973-3440Fax: (212)972-9432Attorney to be
Noticed

Jennifer L. Harvey: as Administrator of the Estate of Emeric
Harvey, deceased and on behalf of all survivors Emeric
Harvey
**Plaintiff**

James P. Kreindler
Lead Attorney

Kreindler & Kreindler
100 Park Avenue
New York, NY 10017
USA
Phone: (212)973-3440Fax: (212)972-9432Attorney to be
Noticed

Kelly Hayes: as Executor of the Estate of Scott J. O'Brien,
deceased and on behalf of all survivors of Scott J. O'Brien
**Plaintiff**

James P. Kreindler
Lead Attorney

Kreindler & Kreindler
100 Park Avenue
New York, NY 10017
USA

| Litigants | Attorneys |
|---|---|
| | Phone: (212)973-3440Fax: (212)972-9432Attorney to be Noticed |
| Virginia Hayes: as Executor of the estate of Philip Thomas Hayes deceased and on behalf of all survivors of Philip Thomas Hayes<br>**Plaintiff** | James P. Kreindler<br>Lead Attorney<br><br>Kreindler & Kreindler<br>100 Park Avenue<br>New York, NY 10017<br>USA<br>Phone: (212)973-3440Fax: (212)972-9432Attorney to be Noticed |
| Ann R. Haynes: as Administrator of the estate of William Ward Haynes, deceased and on behalf of all survivors of William Ward Haynes<br>**Plaintiff** | James P. Kreindler<br>Lead Attorney<br><br>Kreindler & Kreindler<br>100 Park Avenue<br>New York, NY 10017<br>USA<br>Phone: (212)973-3440Fax: (212)972-9432Attorney to be Noticed |
| Theresa Healey: as Administrator of the estate of Michael Healey, deceased andon behalf of all survivors of Michael Healey<br>**Plaintiff** | James P. Kreindler<br>Lead Attorney<br><br>Kreindler & Kreindler<br>100 Park Avenue<br>New York, NY 10017<br>USA<br>Phone: (212)973-3440Fax: (212)972-9432Attorney to be Noticed |
| Shirley Henderson: as co-Administrator of the Estate of Ronnie Lee Henderson, deceased and on behalf of all survivors of Ronnie Lee Henderson<br>**Plaintiff** | James P. Kreindler<br>Lead Attorney<br><br>Kreindler & Kreindler<br>100 Park Avenue<br>New York, NY 10017<br>USA<br>Phone: (212)973-3440Fax: (212)972-9432Attorney to be Noticed |
| Hashim A. Henderson: as co-Administrator of the Estate of Ronnie Lee Henderson, deceased and on behalf of all survivors of Ronnie Lee Henderson<br>**Plaintiff** | James P. Kreindler<br>Lead Attorney<br><br>Kreindler & Kreindler<br>100 Park Avenue<br>New York, NY 10017<br>USA<br>Phone: (212)973-3440Fax: (212)972-9432Attorney to be Noticed |
| Karen Hinds: as Administrator of the Estate of Neil Hinds, deceased and on behalf of all survivors of Neil Hinds<br>**Plaintiff** | James P. Kreindler<br>Lead Attorney |

| Litigants | Attorneys |
|---|---|
| | Kreindler & Kreindler<br>100 Park Avenue<br>New York, NY 10017<br>USA<br>Phone: (212)973-3440Fax: (212)972-9432Attorney to be Noticed |
| Dennis L. Hobbs: as Co-Administrator of the Estate of Tara Yvette Hobbs, deceased and on behalf of all survivors of Tara Yvette Hobbs<br>**Plaintiff** | James P. Kreindler<br>Lead Attorney<br><br>Kreindler & Kreindler<br>100 Park Avenue<br>New York, NY 10017<br>USA<br>Phone: (212)973-3440Fax: (212)972-9432Attorney to be Noticed |
| Lisa Palazzo: as Administrator of the Estate of Jeffrey Palazzo, Deceased and on behalf of all survivors of Jeffrey Palazzo<br>**Plaintiff** | James P. Kreindler<br>Lead Attorney<br><br>Kreindler & Kreindler<br>100 Park Avenue<br>New York, NY 10017<br>USA<br>Phone: (212)973-3440Fax: (212)972-9432Attorney to be Noticed |
| Donna Paolillo: as Administrator of the Estate of John Paolillo, Deceased and on behalf of all survivors of John Paolillo<br>**Plaintiff** | James P. Kreindler<br>Lead Attorney<br><br>Kreindler & Kreindler<br>100 Park Avenue<br>New York, NY 10017<br>USA<br>Phone: (212)973-3440Fax: (212)972-9432Attorney to be Noticed |
| Helene S. Passaro: as Administrator of the Estate of Suzanne H. Passaro, Deceased and on behalf of all survivors of Suzanne H. Passaro<br>**Plaintiff** | James P. Kreindler<br>Lead Attorney<br><br>Kreindler & Kreindler<br>100 Park Avenue<br>New York, NY 10017<br>USA<br>Phone: (212)973-3440Fax: (212)972-9432Attorney to be Noticed |
| Mary Gola Perez: as Executor of the Estate of Anthony Perez, Deceased and on behalf of all survivors of Anthony Perez<br>**Plaintiff** | James P. Kreindler<br>Lead Attorney<br><br>Kreindler & Kreindler<br>100 Park Avenue<br>New York, NY 10017<br>USA<br>Phone: (212)973-3440Fax: (212)972-9432Attorney to be Noticed |

Page 127 of 933

Case 2:16-cv-04185-RA MDL Re: Terrorist Attacks on September 11, 2001   Document 108-1   Filed 05/16/07   Page 447 of 883   Page ID #:10294

## Litigants

## Attorneys

Linda Pickford: as Administrator of the Estate of Christopher Pickford, Deceased and on behalf of all survivors of Christopher Pickford
**Plaintiff**

James P. Kreindler
Lead Attorney

Kreindler & Kreindler
100 Park Avenue
New York, NY 10017
USA
Phone: (212)973-3440Fax: (212)972-9432Attorney to be Noticed

Nancy Picone: as Administrator of the Estate of Arturo Sereno, Deceased and on behalf of all survivors of Arturo Sereno
**Plaintiff**

James P. Kreindler
Lead Attorney

Kreindler & Kreindler
100 Park Avenue
New York, NY 10017
USA
Phone: (212)973-3440Fax: (212)972-9432Attorney to be Noticed

Jean Oslyn Powell: as Administrator of the Estate of Shawn E. Powell, Deceased and on behalf of all survivors of Shawn E. Powell
**Plaintiff**

James P. Kreindler
Lead Attorney

Kreindler & Kreindler
100 Park Avenue
New York, NY 10017
USA
Phone: (212)973-3440Fax: (212)972-9432Attorney to be Noticed

Karen Princiotta: as Legal Representative of the Estate of Vincent Princiotta, Deceased and on behalf of all survivors of Vincent Princiotta
**Plaintiff**

James P. Kreindler
Lead Attorney

Kreindler & Kreindler
100 Park Avenue
New York, NY 10017
USA
Phone: (212)973-3440Fax: (212)972-9432Attorney to be Noticed

Dominic J. Puopolo, Sr.: as Administrator of the Estate of Sonia Mercedes Morales Puopolo, Deceased and on behalf of all survivors of Sonia Mercedes Morales Puopolo
**Plaintiff**

James P. Kreindler
Lead Attorney

Kreindler & Kreindler
100 Park Avenue
New York, NY 10017
USA
Phone: (212)973-3440Fax: (212)972-9432Attorney to be Noticed

Patricia Quigley: as Executor of the Estate of Patrick Quigley, Deceased and on behalf of all survivors of Patrick Quigley
**Plaintiff**

James P. Kreindler
Lead Attorney

Kreindler & Kreindler
100 Park Avenue

## Litigants

## Attorneys

New York, NY 10017
USA
Phone: (212)973-3440Fax: (212)972-9432Attorney to be Noticed

Francine Raggio: as Administrator of the Estate of Eugene Raggio, Deceased and on behalf of all survivors of Eugene Raggio
**Plaintiff**

James P. Kreindler
Lead Attorney

Kreindler & Kreindler
100 Park Avenue
New York, NY 10017
USA
Phone: (212)973-3440Fax: (212)972-9432Attorney to be Noticed

Deborah Francke: as Proposed Personal Representative of the Estate of Alfred Todd Rancke, Deceased and on behalf of all survivors of Alfred Todd Rancke
**Plaintiff**

James P. Kreindler
Lead Attorney

Kreindler & Kreindler
100 Park Avenue
New York, NY 10017
USA
Phone: (212)973-3440Fax: (212)972-9432Attorney to be Noticed

Maryann Rand: as Administrator of the Estate of Amenia Rasool, Deceased and on behalf of all survivors of Amenia Rasool
**Plaintiff**

James P. Kreindler
Lead Attorney

Kreindler & Kreindler
100 Park Avenue
New York, NY 10017
USA
Phone: (212)973-3440Fax: (212)972-9432Attorney to be Noticed

Sadiq Rasool: as Administrator of the Estate of Amenia Rasool, Deceased and on behalf of all survivors of Amenia Rasool
**Plaintiff**

James P. Kreindler
Lead Attorney

Kreindler & Kreindler
100 Park Avenue
New York, NY 10017
USA
Phone: (212)973-3440Fax: (212)972-9432Attorney to be Noticed

Susan Rasweiler: as Administrator of the Estate of Roger Rasweiler, Deceased and on behalf of all survivors of Roger Rasweiler
**Plaintiff**

James P. Kreindler
Lead Attorney

Kreindler & Kreindler
100 Park Avenue
New York, NY 10017
USA
Phone: (212)973-3440Fax: (212)972-9432Attorney to be Noticed

Catherine T. Regenhard: as co-Administrators of the Estate

James P. Kreindler

## Litigants

## Attorneys

of Christian Michael Regenhard, Deceased and on behalf of
all survivors of Christian Michael Regenhard
**Plaintiff**

Lead Attorney

Kreindler & Kreindler
100 Park Avenue
New York, NY 10017
USA
Phone: (212)973-3440Fax: (212)972-9432Attorney to be
Noticed

---

Albert T. Regenhard: as co-Administrators of the Estate of
Christian Michael Regenhard, Deceased and on behalf of all
survivors of Christian Michael Regenhard
**Plaintiff**

James P. Kreindler
Lead Attorney

Kreindler & Kreindler
100 Park Avenue
New York, NY 10017
USA
Phone: (212)973-3440Fax: (212)972-9432Attorney to be
Noticed

---

Elizabeth Rego: as Administrator of the Estate of Leah E.
Oliver, Deceased and on behalf of all survivors of Leah E.
Oliver
**Plaintiff**

James P. Kreindler
Lead Attorney

Kreindler & Kreindler
100 Park Avenue
New York, NY 10017
USA
Phone: (212)973-3440Fax: (212)972-9432Attorney to be
Noticed

---

William D Robbins: as Executor of the Estate of Clarin
Schwartz, Deceased and on behalf of all survivors of Clarin
Schwartz
**Plaintiff**

James P. Kreindler
Lead Attorney

Kreindler & Kreindler
100 Park Avenue
New York, NY 10017
USA
Phone: (212)973-3440Fax: (212)972-9432Attorney to be
Noticed

---

Evelyn Rodriguez: Administrator of the Estate of Anthony
Rodriguez, Deceased and on behalf of all survivors of
Anthony Rodriguez
**Plaintiff**

James P. Kreindler
Lead Attorney

Kreindler & Kreindler
100 Park Avenue
New York, NY 10017
USA
Phone: (212)973-3440Fax: (212)972-9432Attorney to be
Noticed

---

Martin Rosenbaum: as Administrator of the Estate of Lloyd
Daniel Rosenberg, Deceased and on behalf of all survivors of
Lloyd Daniel Rosenberg
**Plaintiff**

James P. Kreindler
Lead Attorney

Kreindler & Kreindler
100 Park Avenue
New York, NY 10017
USA
Phone: (212)973-3440Fax: (212)972-9432Attorney to be

| Litigants | Attorneys |
|---|---|
| | Noticed |
| Glenna M. Rosenburg: as Administrator of the Estate of Lloyd Daniel Rosenberg, Deceased and on behalf of all survivors of Lloyd Daniel Rosenberg<br>**Plaintiff** | James P. Kreindler<br>Lead Attorney<br><br>Kreindler & Kreindler<br>100 Park Avenue<br>New York, NY 10017<br>USA<br>Phone: (212)973-3440Fax: (212)972-9432Attorney to be Noticed |
| Jill Rosenblum: as Executor of the Estate of Andrew I. Rosenblum, Deceased and on behalf of all survivors of Andrew I. Rosenblum<br>**Plaintiff** | James P. Kreindler<br>Lead Attorney<br><br>Kreindler & Kreindler<br>100 Park Avenue<br>New York, NY 10017<br>USA<br>Phone: (212)973-3440Fax: (212)972-9432Attorney to be Noticed |
| Judi A. Ross: as Executor of the Estate of Richard Ross, Deceased and on behalf of all survivors of Richard Ross<br>**Plaintiff** | James P. Kreindler<br>Lead Attorney<br><br>Kreindler & Kreindler<br>100 Park Avenue<br>New York, NY 10017<br>USA<br>Phone: (212)973-3440Fax: (212)972-9432Attorney to be Noticed |
| Lauren Rosenzweig: Administrator of the Estate of Philip M. Rosenzweig, Deceased and on behalf of all survivors of Philip M. Rosenzweig<br>**Plaintiff** | James P. Kreindler<br>Lead Attorney<br><br>Kreindler & Kreindler<br>100 Park Avenue<br>New York, NY 10017<br>USA<br>Phone: (212)973-3440Fax: (212)972-9432Attorney to be Noticed |
| Claudia Ruggiere: Administrator of the Estate of Philip M. Rosenzweig, Deceased and on behalf of all survivors of Philip M. Rosenzweig<br>**Plaintiff** | James P. Kreindler<br>Lead Attorney<br><br>Kreindler & Kreindler<br>100 Park Avenue<br>New York, NY 10017<br>USA<br>Phone: (212)973-3440Fax: (212)972-9432Attorney to be Noticed |
| Gilbert Ruiz, Jr.: as Administrator of the Estate of Steven Russin, Deceased and on behalf of all survivors of Steven Russin<br>**Plaintiff** | James P. Kreindler<br>Lead Attorney<br><br>Kreindler & Kreindler |

Page 131 of 933

Case 2:16-cv-04185-BA-MRW Document 103-1 Filed 05/16/07 Page 451 of 883 Page ID
03-MD-01570-RWR Re: Terrorist Attacks on September 11, 2001
#:10298

## Litigants

## Attorneys

100 Park Avenue
New York, NY 10017
USA
Phone: (212)973-3440Fax: (212)972-9432Attorney to be
Noticed

Andrea Russin: as Administrator of the Estate of Edward
Ryan, Deceased and on behalf of all survivors of Edward
Ryan
**Plaintiff**

James P. Kreindler
Lead Attorney

Kreindler & Kreindler
100 Park Avenue
New York, NY 10017
USA
Phone: (212)973-3440Fax: (212)972-9432Attorney to be
Noticed

Diane Ryan: Administrator of the Estate of Edward Ryan,
Deceased and on behalf of all survivors of Edward Ryan
**Plaintiff**

James P. Kreindler
Lead Attorney

Kreindler & Kreindler
100 Park Avenue
New York, NY 10017
USA
Phone: (212)973-3440Fax: (212)972-9432Attorney to be
Noticed

Delphine Saada: Administrator of the Estate of Thierry
Saada, Deceased and on behalf of all survivors of Thierry
Saada
**Plaintiff**

James P. Kreindler
Lead Attorney

Kreindler & Kreindler
100 Park Avenue
New York, NY 10017
USA
Phone: (212)973-3440Fax: (212)972-9432Attorney to be
Noticed

Pedro Saleme: as Administrator of the Estate of Carmen Milly
Rodriquez, Deceased and on behalf of all survivors of Thierry
Saada
**Plaintiff**

James P. Kreindler
Lead Attorney

Kreindler & Kreindler
100 Park Avenue
New York, NY 10017
USA
Phone: (212)973-3440Fax: (212)972-9432Attorney to be
Noticed

Barbara Scaramuzzino: as Administrator of the Estate of
Nicholas Rossomando, Deceased and on behalf of all
survivors of Nicholas Rossomando
**Plaintiff**

James P. Kreindler
Lead Attorney

Kreindler & Kreindler
100 Park Avenue
New York, NY 10017
USA
Phone: (212)973-3440Fax: (212)972-9432Attorney to be
Noticed

Page 132 of 933

Case 2:16-cv-04884-BRM-RWR MDL 1570 (GBD) Re: Terrorist Attacks on September 11, 2007 Document 103-1 Filed 05/16/07 Page 452 of 883 Page ID #:10299

## Litigants

## Attorneys

| | |
|---|---|
| Sheryl J. Oliver: as Administrator of the Estate of Edward Kraft Oliver, Deceased and on behalf of all survivors of Edward Kraft Oliver<br>**Plaintiff** | James P. Kreindler<br>Lead Attorney<br><br>Kreindler & Kreindler<br>100 Park Avenue<br>New York, NY 10017<br>USA<br>Phone: (212)973-3440Fax: (212)972-9432Attorney to be Noticed |
| James Wallace O'Grady: as Executor under the Last Will and Testament of James Andrew O'Grady, Deceased and on behalf of all survivors of James Andrew O'Grady<br>**Plaintiff** | James P. Kreindler<br>Lead Attorney<br><br>Kreindler & Kreindler<br>100 Park Avenue<br>New York, NY 10017<br>USA<br>Phone: (212)973-3440Fax: (212)972-9432Attorney to be Noticed |
| William O'Connor: as Executor of the Estate of Diana O'Connor, Deceased and on behalf of all survivors of Diana O'Connor<br>**Plaintiff** | James P. Kreindler<br>Lead Attorney<br><br>Kreindler & Kreindler<br>100 Park Avenue<br>New York, NY 10017<br>USA<br>Phone: (212)973-3440Fax: (212)972-9432Attorney to be Noticed |
| William B. Novotny: as Personal Representative of the Estate of Brian C. Novotny, Deceased and on behalf of all survivors of Brian C. Novotny<br>**Plaintiff** | James P. Kreindler<br>Lead Attorney<br><br>Kreindler & Kreindler<br>100 Park Avenue<br>New York, NY 10017<br>USA<br>Phone: (212)973-3440Fax: (212)972-9432Attorney to be Noticed |
| Dana Noonan: as Administrator of the Estate of Robert Walter Noonan, Deceased and on behalf of all survivors of Robert Walter Noonan<br>**Plaintiff** | James P. Kreindler<br>Lead Attorney<br><br>Kreindler & Kreindler<br>100 Park Avenue<br>New York, NY 10017<br>USA<br>Phone: (212)973-3440Fax: (212)972-9432Attorney to be Noticed |
| William Nelson: as Administrator of the Estate of Theresa Risco, Deceased and on behalf of all survivors of Theresa Risco<br>**Plaintiff** | James P. Kreindler<br>Lead Attorney<br><br>Kreindler & Kreindler<br>100 Park Avenue<br>New York, NY 10017<br>USA |

| Litigants | Attorneys |
|---|---|
| | Phone: (212)973-3440Fax: (212)972-9432Attorney to be Noticed |
| Edward Navarro: as Proposed Administrator of the Estate of Karen Susan Navarro, Deceased and on behalf of all survivors of Karen Susan Navarro<br>**Plaintiff** | James P. Kreindler<br>Lead Attorney<br><br>Kreindler & Kreindler<br>100 Park Avenue<br>New York, NY 10017<br>USA<br>Phone: (212)973-3440Fax: (212)972-9432Attorney to be Noticed |
| Richard B. Naiman: as Administrator of the Estate of Mildred R. Naiman, Deceased and on behalf of all survivors of Mildred R. Naiman<br>**Plaintiff** | James P. Kreindler<br>Lead Attorney<br><br>Kreindler & Kreindler<br>100 Park Avenue<br>New York, NY 10017<br>USA<br>Phone: (212)973-3440Fax: (212)972-9432Attorney to be Noticed |
| Elvira P. Murphy: as Administrator of the Estate of Patrick Sean Murphy, Deceased and on behalf of all survivors of Patrick Sean Murphy<br>**Plaintiff** | James P. Kreindler<br>Lead Attorney<br><br>Kreindler & Kreindler<br>100 Park Avenue<br>New York, NY 10017<br>USA<br>Phone: (212)973-3440Fax: (212)972-9432Attorney to be Noticed |
| Lauren Murphy: as Administrator of the estate of Mathew T. O'Mahony, deceased and on behalf of all survivors of Matthew T. O'Mahony<br>**Plaintiff** | James P. Kreindler<br>Lead Attorney<br><br>Kreindler & Kreindler<br>100 Park Avenue<br>New York, NY 10017<br>USA<br>Phone: (212)973-3440Fax: (212)972-9432Attorney to be Noticed |
| Emily Motroni: as Administrator of the Estate of Marco Motroni, Deceased and on behalf of all survivors of Marco Motroni<br>**Plaintiff** | James P. Kreindler<br>Lead Attorney<br><br>Kreindler & Kreindler<br>100 Park Avenue<br>New York, NY 10017<br>USA<br>Phone: (212)973-3440Fax: (212)972-9432Attorney to be Noticed |
| Elizabeth Ann Moss: as Personal Representative of the estate of Linda Oliva, deceased and on behalf of all survivors of Linda Oliva | James P. Kreindler<br>Lead Attorney |

## Litigants

## Attorneys

**Plaintiff**

Kreindler & Kreindler
100 Park Avenue
New York, NY 10017
USA
Phone: (212)973-3440Fax: (212)972-9432Attorney to be Noticed

Saradha Moorthy: as Administrator of the Estate of Krishna Moorthy, Deceased and on behalf of all survivors of Krishna Moorthy
**Plaintiff**

James P. Kreindler
Lead Attorney

Kreindler & Kreindler
100 Park Avenue
New York, NY 10017
USA
Phone: (212)973-3440Fax: (212)972-9432Attorney to be Noticed

Anna Mojica: as Administrator of the Estate of Manuel Mojica, Deceased and on behalf of all survivors of Manuel Mojica
**Plaintiff**

James P. Kreindler
Lead Attorney

Kreindler & Kreindler
100 Park Avenue
New York, NY 10017
USA
Phone: (212)973-3440Fax: (212)972-9432Attorney to be Noticed

Joanne Modafferi: as Administrator of the Estate of Louis Modafferi, Deceased and on behalf of all survivors of Louis Modafferi
**Plaintiff**

James P. Kreindler
Lead Attorney

Kreindler & Kreindler
100 Park Avenue
New York, NY 10017
USA
Phone: (212)973-3440Fax: (212)972-9432Attorney to be Noticed

Barbara Minervino: in her own right and as Executor of the estate of Louis J. Minervino, Deceased and on behalf of all survivors of Louis J. Minervino
**Plaintiff**

David C. Lee
Lead Attorney

Law Offices of J D Lee
422 S.Gay Street
Knoxville, TN 37902
USA
Phone: (865)544-4101Attorney to be Noticed

Don Howarth
Lead Attorney

Howarth and Smith (LA)
523 West Sixth Street, Suite 728
Los Angeles, CA 90014
USA
Phone: (213)955-9400Fax: (213)622-9400Attorney to be Noticed

## Litigants

## Attorneys

Donald J. Winder
Lead Attorney

Winder & Haslam
175 West 200 South #400
Salt Lake City, UT 84111
USA
Phone: (801)322-2222Attorney to be Noticed

Jack D. Cordray
Lead Attorney

Cordray Law Firm
Post Office Drawer 22857
Charleston, SC 29413
USA
Phone: (843)577-9761Fax: (843)853-6330Attorney to be
Noticed

James P. Kreindler
Lead Attorney

Kreindler & Kreindler
100 Park Avenue
New York, NY 10017
USA
Phone: (212)973-3440Fax: (212)972-9432Attorney to be
Noticed

John Davis Lee
Lead Attorney

Law Offices of J D Lee
422 S.Gay Street
Knoxville, TN 37902
USA
Phone: (865)544-4101Fax: (865)544-0536Attorney to be
Noticed

Richard D. Burbridge
Lead Attorney

139 E. South Temple
Salt Lake City, UT 84111
USA
Phone: (801)355-6677Attorney to be Noticed

Robert D. Brain
Lead Attorney

Howarth and Smith (LA)
523 West Sixth Street, Suite 728
Los Angeles, CA 90014
USA
Phone: (213)955-9400Fax: (213)622-9400Attorney to be
Noticed

Suzelle M Smith

## Litigants

## Attorneys

Lead Attorney

Howarth and Smith (LA)
523 West Sixth Street, Suite 728
Los Angeles, CA 90014
USA
Phone: (212)955-9400Fax: (213)622-0791Attorney to be Noticed

**Faith Miller**: as Executor of the Estate of Robert Alan Miller, Deceased and on behalf of all survivors of Robert Alan Miller
**Plaintiff**

James P. Kreindler
Lead Attorney

Kreindler & Kreindler
100 Park Avenue
New York, NY 10017
USA
Phone: (212)973-3440Fax: (212)972-9432Attorney to be Noticed

**Diane Miller**: as Administratrix of the estate of Henry Milller, deceased and on behalf of all survivors of Henry Miller
**Plaintiff**

James P. Kreindler
Lead Attorney

Kreindler & Kreindler
100 Park Avenue
New York, NY 10017
USA
Phone: (212)973-3440Fax: (212)972-9432Attorney to be Noticed

**Jamie Miller**: as co-Administrators of the Estate of Karen Juday, Deceased and on behalf of all survivors of Karen Juday
**Plaintiff**

James P. Kreindler
Lead Attorney

Kreindler & Kreindler
100 Park Avenue
New York, NY 10017
USA
Phone: (212)973-3440Fax: (212)972-9432Attorney to be Noticed

**Amber Miller**: as co-Administrators of the Estate of Karen Juday, Deceased and on behalf of all survivors of Karen Juday
**Plaintiff**

James P. Kreindler
Lead Attorney

Kreindler & Kreindler
100 Park Avenue
New York, NY 10017
USA
Phone: (212)973-3440Fax: (212)972-9432Attorney to be Noticed

**Anna Milewski**: as co-Administrators of the estate of Lukasz Milewski, deceased and on behalf of all survivors of Lukasz Milewski
**Plaintiff**

James P. Kreindler
Lead Attorney

Kreindler & Kreindler
100 Park Avenue
New York, NY 10017
USA
Phone: (212)973-3440Fax: (212)972-9432Attorney to be

| Litigants | Attorneys |
|---|---|
| | Noticed |
| Fryderyk Milewski: as co- Administrators of the Estate of Lukasz Milewski, Deceased and on behalf of all survivors of Lukasz Milewski **Plaintiff** | James P. Kreindler Lead Attorney<br><br>Kreindler & Kreindler 100 Park Avenue New York, NY 10017 USA Phone: (212)973-3440Fax: (212)972-9432Attorney to be Noticed |
| Joann Meehan: as Administrator of the Estate of Damian Meehan, Deceased and on behalf of all survivors of Damian Meehan **Plaintiff** | George R. Blakey Lead Attorney<br><br>One Notre Dame Circle Notre Dame, IN 46556 USA Phone: (574)631-5717Attorney to be Noticed<br><br>Harry Huge Lead Attorney<br><br>Harry Huge Law Firm, L.L.P. 1001 Pennsylvania Avenue, NW7th Floor Washington, DC 20004 USA Phone: (202)624-3932Fax: (843)720-8794Attorney to be Noticed<br><br>James P. Kreindler Lead Attorney<br><br>Kreindler & Kreindler 100 Park Avenue New York, NY 10017 USA Phone: (212)973-3440Fax: (212)972-9432Attorney to be Noticed<br><br>Jayne Conroy Lead Attorney<br><br>Hanly Conroy Bierstein Sheridan Fisher & Hayes, LLP 112 Madison Avenue New York, NY 10016 USA Phone: (212)784-6402Fax: (212)784-6400Attorney to be Noticed |
| Patricia H. McDowell: as Administrator of the Estate of John F. McDowell, Deceased and on behalf of all survivors of John F. McDowell **Plaintiff** | James P. Kreindler Lead Attorney<br><br>Kreindler & Kreindler 100 Park Avenue New York, NY 10017 USA Phone: (212)973-3440Fax: (212)972-9432Attorney to be |

| Litigants | Attorneys |
|---|---|
| | Noticed |
| Theresa McGovern: as Executor of the Estate of Ann McGovern, Deceased and on behalf of all survivors of Ann McGovern<br>**Plaintiff** | James P. Kreindler<br>Lead Attorney<br><br>Kreindler & Kreindler<br>100 Park Avenue<br>New York, NY 10017<br>USA<br>Phone: (212)973-3440Fax: (212)972-9432Attorney to be Noticed |
| Cynthia F. McGinty: as Administrator of the Estate of Michael Gregory McGinty, Deceased and on behalf of all survivors of Michael Gregory McGinty<br>**Plaintiff** | James P. Kreindler<br>Lead Attorney<br><br>Kreindler & Kreindler<br>100 Park Avenue<br>New York, NY 10017<br>USA<br>Phone: (212)973-3440Fax: (212)972-9432Attorney to be Noticed |
| Iliana McGinnis: as Administrator of the Estate of Thomas Henry McGinnis, Deceased and on behalf of all survivors of Thomas Henry McGinnis<br>**Plaintiff** | James P. Kreindler<br>Lead Attorney<br><br>Kreindler & Kreindler<br>100 Park Avenue<br>New York, NY 10017<br>USA<br>Phone: (212)973-3440Fax: (212)972-9432Attorney to be Noticed |
| Margaret Donoghue McGinley: aas Executor of the estate of Daniel Francis McGinley, deceased and on behalf of all survivors of Daniel Francis McGinley<br>**Plaintiff** | James P. Kreindler<br>Lead Attorney<br><br>Kreindler & Kreindler<br>100 Park Avenue<br>New York, NY 10017<br>USA<br>Phone: (212)973-3440Fax: (212)972-9432Attorney to be Noticed |
| Meryl Mayo: as Administrator of the Estate of Robert Mayo, Deceased and on behalf of all survivors of Robert Mayo<br>**Plaintiff** | James P. Kreindler<br>Lead Attorney<br><br>Kreindler & Kreindler<br>100 Park Avenue<br>New York, NY 10017<br>USA<br>Phone: (212)973-3440Fax: (212)972-9432Attorney to be Noticed |
| Dorothy Mauro: as Administrator of the Estate of Charles A. Mauro, Deceased and on behalf of all survivors of Charles A. Mauro<br>**Plaintiff** | James P. Kreindler<br>Lead Attorney<br><br>Kreindler & Kreindler |

| Litigants | Attorneys |
|-----------|-----------|
| | 100 Park Avenue<br>New York, NY 10017<br>USA<br>Phone: (212)973-3440Fax: (212)972-9432Attorney to be Noticed |
| **Lori Mascali:** as Administrator of the Estate of Joseph Mascali, Deceased and on behalf of all survivors of Joseph Mascali<br>**Plaintiff** | James P. Kreindler<br>Lead Attorney<br><br>Kreindler & Kreindler<br>100 Park Avenue<br>New York, NY 10017<br>USA<br>Phone: (212)973-3440Fax: (212)972-9432Attorney to be Noticed |
| **Rebecca L. Marchand:** as Personal Representative of the Estate of Alfred G. Marchand, Deceased and on behalf of all survivors of Alfred G. Marchand<br>**Plaintiff** | James P. Kreindler<br>Lead Attorney<br><br>Kreindler & Kreindler<br>100 Park Avenue<br>New York, NY 10017<br>USA<br>Phone: (212)973-3440Fax: (212)972-9432Attorney to be Noticed |
| **Natalie Makshanov:** as Administrator of the Estate of Jason M. Sekzer, Deceased and on behalf of all survivors of Jason M. Sekzer<br>**Plaintiff** | James P. Kreindler<br>Lead Attorney<br><br>Kreindler & Kreindler<br>100 Park Avenue<br>New York, NY 10017<br>USA<br>Phone: (212)973-3440Fax: (212)972-9432Attorney to be Noticed |
| **Pamela Ann Maggitti:** as Administrator of the estate of Joseph Vincent Maggitti, deceased and on behalf of all survivors of Joseph Vincent Maggitti<br>**Plaintiff** | James P. Kreindler<br>Lead Attorney<br><br>Kreindler & Kreindler<br>100 Park Avenue<br>New York, NY 10017<br>USA<br>Phone: (212)973-3440Fax: (212)972-9432Attorney to be Noticed |
| **Andrea Maffeo:** as Administrator of the Estate of Jennieann Maffeo, Deceased and on behalf of all survivors of Jennieann Maffeo<br>**Plaintiff** | James P. Kreindler<br>Lead Attorney<br><br>Kreindler & Kreindler<br>100 Park Avenue<br>New York, NY 10017<br>USA<br>Phone: (212)973-3440Fax: (212)972-9432Attorney to be Noticed |

## Litigants

## Attorneys

Lisanne MacKenzie: as Personal Representative of the Estate of James P. O'Brien, Deceased and on behalf of all survivors of James P. O'Brien
**Plaintiff**

James P. Kreindler
Lead Attorney

Kreindler & Kreindler
100 Park Avenue
New York, NY 10017
USA
Phone: (212)973-3440Fax: (212)972-9432Attorney to be Noticed

Anne MacFarlane: as Administrator of the Estate of Marianne MacFarlane, Deceased and on behalf of all survivors of Marianne MacFarlane
**Plaintiff**

James P. Kreindler
Lead Attorney

Kreindler & Kreindler
100 Park Avenue
New York, NY 10017
USA
Phone: (212)973-3440Fax: (212)972-9432Attorney to be Noticed

Kathleen Keeler Lozier: as Executor of the Estate of Garry W. Lozier, Deceased and on behalf of all survivors of Garry W. Lozier
**Plaintiff**

James P. Kreindler
Lead Attorney

Kreindler & Kreindler
100 Park Avenue
New York, NY 10017
USA
Phone: (212)973-3440Fax: (212)972-9432Attorney to be Noticed

Roberta J. Levine: as Administrator of the Estate of Robert Levine, Deceased and on behalf of all survivors of Robert Levine
**Plaintiff**

James P. Kreindler
Lead Attorney

Kreindler & Kreindler
100 Park Avenue
New York, NY 10017
USA
Phone: (212)973-3440Fax: (212)972-9432Attorney to be Noticed

Elaine Leinung: as Administrator of the Estate of Paul Battaglia, Deceased and on behalf of all survivors of Paul Battaglia
**Plaintiff**

James P. Kreindler
Lead Attorney

Kreindler & Kreindler
100 Park Avenue
New York, NY 10017
USA
Phone: (212)973-3440Fax: (212)972-9432Attorney to be Noticed

Donald Leistman: as Executor of the Estate of David R. Leistman, Deceased and on behalf of all survivors of David R. Leistman
**Plaintiff**

James P. Kreindler
Lead Attorney

Kreindler & Kreindler
100 Park Avenue
New York, NY 10017
USA

| Litigants | Attorneys |
|-----------|-----------|
| | Phone: (212)973-3440Fax: (212)972-9432Attorney to be Noticed |
| Andrea N. LeBlanc: as Administrator of the Estate of Robert G. LeBlanc, Deceased and on behalf of all survivors of Robert G. LeBlanc<br>**Plaintiff** | James P. Kreindler<br>Lead Attorney<br><br>Kreindler & Kreindler<br>100 Park Avenue<br>New York, NY 10017<br>USA<br>Phone: (212)973-3440Fax: (212)972-9432Attorney to be Noticed |
| Morris D. Lamonsoff: as Administrator of the Estate of Amy Hope Lamonsoff, Deceased and on behalf of all survivors of Amy Hope Lamonsoff<br>**Plaintiff** | James P. Kreindler<br>Lead Attorney<br><br>Kreindler & Kreindler<br>100 Park Avenue<br>New York, NY 10017<br>USA<br>Phone: (212)973-3440Fax: (212)972-9432Attorney to be Noticed |
| Collette M. LaFuente: as Administrator of the Estate of Alan Charles LaFrance, Deceased and on behalf of all survivors of Alan Charles LaFrance<br>**Plaintiff** | James P. Kreindler<br>Lead Attorney<br><br>Kreindler & Kreindler<br>100 Park Avenue<br>New York, NY 10017<br>USA<br>Phone: (212)973-3440Fax: (212)972-9432Attorney to be Noticed |
| Edlene C. LaFrance: as Administrator of the Estate of Alan Charles LaFrance, Deceased and on behalf of all survivors of Alan Charles LaFrance<br>**Plaintiff** | James P. Kreindler<br>Lead Attorney<br><br>Kreindler & Kreindler<br>100 Park Avenue<br>New York, NY 10017<br>USA<br>Phone: (212)973-3440Fax: (212)972-9432Attorney to be Noticed |
| Fran LaForte: as Executor of the Estate of Michael P. LaForte, Deceased and on behalf of all survivors of Michael P. LaForte<br>**Plaintiff** | James P. Kreindler<br>Lead Attorney<br><br>Kreindler & Kreindler<br>100 Park Avenue<br>New York, NY 10017<br>USA<br>Phone: (212)973-3440Fax: (212)972-9432Attorney to be Noticed |
| Richard I. Klein: as Executor of the Estate of Julie Lynne Zipper, Deceased and on behalf of all survivors of Julie Lynne Zipper | James P. Kreindler<br>Lead Attorney |

| Litigants | Attorneys |
|---|---|
| **Plaintiff** | Kreindler & Kreindler<br>100 Park Avenue<br>New York, NY 10017<br>USA<br>Phone: (212)973-3440Fax: (212)972-9432Attorney to be Noticed |
| Theresa King: as Administrator of the estate of Robert King, Jr. , deceased and on behalf of all survivors of Robert King, Jr.<br>**Plaintiff** | James P. Kreindler<br>Lead Attorney<br><br>Kreindler & Kreindler<br>100 Park Avenue<br>New York, NY 10017<br>USA<br>Phone: (212)973-3440Fax: (212)972-9432Attorney to be Noticed |
| Donald Francis Kennedy: as Administrator of the estate of Yvonne Estelle Kennedy , deceased and on behalf of all survivors of Yvonne Estelle Kennedy<br>**Plaintiff** | James P. Kreindler<br>Lead Attorney<br><br>Kreindler & Kreindler<br>100 Park Avenue<br>New York, NY 10017<br>USA<br>Phone: (212)973-3440Fax: (212)972-9432Attorney to be Noticed |
| Rosemary Kempton: as Administrator of the Estate of Rosemary A. Smith, Deceased and on behalf of all survivors of Rosemary A. Smith<br>**Plaintiff** | James P. Kreindler<br>Lead Attorney<br><br>Kreindler & Kreindler<br>100 Park Avenue<br>New York, NY 10017<br>USA<br>Phone: (212)973-3440Fax: (212)972-9432Attorney to be Noticed |
| Emmet P. Kelly: as Administrator of the Estate of Thomas Richard Kelly, Deceased and on behalf of all survivors of Thomas Richard Kelly<br>**Plaintiff** | James P. Kreindler<br>Lead Attorney<br><br>Kreindler & Kreindler<br>100 Park Avenue<br>New York, NY 10017<br>USA<br>Phone: (212)973-3440Fax: (212)972-9432Attorney to be Noticed |
| Patricia Kellett: as Administrator of the Estate of Joseph P. Kellett, Deceased and on behalf of all survivors of Joseph P. Kellett<br>**Plaintiff** | James P. Kreindler<br>Lead Attorney<br><br>Kreindler & Kreindler<br>100 Park Avenue<br>New York, NY 10017<br>USA<br>Phone: (212)973-3440Fax: (212)972-9432Attorney to be Noticed |

## Litigants

## Attorneys

Elizabeth H. Keller: as Administrator of the Estate of Chandler Raymond Keller, Deceased and on behalf of all survivors of Chandler Raymond Keller
**Plaintiff**

James P. Kreindler
Lead Attorney

Kreindler & Kreindler
100 Park Avenue
New York, NY 10017
USA
Phone: (212)973-3440Fax: (212)972-9432Attorney to be Noticed

Paul Kaufman: as Executor of the Estate of Scott Martin McGovern, Deceased and on behalf of all survivors of Scott Martin McGovern
**Plaintiff**

James P. Kreindler
Lead Attorney

Kreindler & Kreindler
100 Park Avenue
New York, NY 10017
USA
Phone: (212)973-3440Fax: (212)972-9432Attorney to be Noticed

Woodly Joseph: as Administrator of the estate of Karl Joseph, deceased and on behalf of all survivors of Karl Joseph
**Plaintiff**

James P. Kreindler
Lead Attorney

Kreindler & Kreindler
100 Park Avenue
New York, NY 10017
USA
Phone: (212)973-3440Fax: (212)972-9432Attorney to be Noticed

Leila M. Joseph: as co-Administrator of the estate of Karl Joseph, deceased and on behalf of all survivors of Karl Joseph
**Plaintiff**

James P. Kreindler
Lead Attorney

Kreindler & Kreindler
100 Park Avenue
New York, NY 10017
USA
Phone: (212)973-3440Fax: (212)972-9432Attorney to be Noticed

Kazmierz Jakubiak: Personal Representative of the Estate of Maria Jakubiak, Deceased and on behalf of all survivors of Maria Jakubiak
**Plaintiff**

James P. Kreindler
Lead Attorney

Kreindler & Kreindler
100 Park Avenue
New York, NY 10017
USA
Phone: (212)973-3440Fax: (212)972-9432Attorney to be Noticed

Jennifer Ruth Jacobs: as Administrator of the Estate of Ariel Louis Jacobs, Deceased and on behalf of all survivors of Ariel Louis Jacobs
**Plaintiff**

James P. Kreindler
Lead Attorney

Kreindler & Kreindler
100 Park Avenue

## Litigants

## Attorneys

| | New York, NY 10017 |
| | USA |
| | Phone: (212)973-3440Fax: (212)972-9432Attorney to be Noticed |

Margaret P. Iskyan: as Executor of the Estate of John Francis Iskyan, Deceased and on behalf of all survivors of John Francis Iskyan
**Plaintiff**

James P. Kreindler
Lead Attorney

Kreindler & Kreindler
100 Park Avenue
New York, NY 10017
USA
Phone: (212)973-3440Fax: (212)972-9432Attorney to be Noticed

Frederick Irby: as Administrator of the Estate of Stephanie Irby, deceased and on behalf of all survivors of Stephanie Irby
**Plaintiff**

James P. Kreindler
Lead Attorney

Kreindler & Kreindler
100 Park Avenue
New York, NY 10017
USA
Phone: (212)973-3440Fax: (212)972-9432Attorney to be Noticed

Yesenia Ielpi: as Administrator of the Estate of Jonathan Ielpi, deceased and on behalf of all survivors of Jonathan Ielpi
**Plaintiff**

James P. Kreindler
Lead Attorney

Kreindler & Kreindler
100 Park Avenue
New York, NY 10017
USA
Phone: (212)973-3440Fax: (212)972-9432Attorney to be Noticed

Kathryn J. Hussa: as Administrator of the estate of Robert R. Hussa , deceased and on behalf of all survivors of Robert R. Hussa
**Plaintiff**

James P. Kreindler
Lead Attorney

Kreindler & Kreindler
100 Park Avenue
New York, NY 10017
USA
Phone: (212)973-3440Fax: (212)972-9432Attorney to be Noticed

Bridget Hunter: as Administrator of the Estate of Joseph Hunter, deceased and on behalf of all survivors of Joseph Hunter
**Plaintiff**

James P. Kreindler
Lead Attorney

Kreindler & Kreindler
100 Park Avenue
New York, NY 10017
USA
Phone: (212)973-3440Fax: (212)972-9432Attorney to be Noticed

Joann T. Howard: as Administrator of the Estate of Josep

James P. Kreindler

| Litigants | Attorneys |
|---|---|
| Howard, deceased and on behalf of all survivors of Joseph Howard<br>**Plaintiff** | Lead Attorney<br><br>Kreindler & Kreindler<br>100 Park Avenue<br>New York, NY 10017<br>USA<br>Phone: (212)973-3440 Fax: (212)972-9432 Attorney to be Noticed |
| Rubina Cox-Holloway: as Administrator of the Estate of Daryl Leron Mckinney, deceased and on behalf of all survivors of Daryl Leron Mckinney<br>**Plaintiff** | James P. Kreindler<br>Lead Attorney<br><br>Kreindler & Kreindler<br>100 Park Avenue<br>New York, NY 10017<br>USA<br>Phone: (212)973-3440 Fax: (212)972-9432 Attorney to be Noticed |
| Kathleen Holland: as Administrator of the estate of Joseph F. Holland III, deceased and on behalf of all survivors of Joseph F. Holland, III<br>**Plaintiff** | James P. Kreindler<br>Lead Attorney<br><br>Kreindler & Kreindler<br>100 Park Avenue<br>New York, NY 10017<br>USA<br>Phone: (212)973-3440 Fax: (212)972-9432 Attorney to be Noticed |
| Pamela Hohlweck: as Administrator of the Estate of Thomas W. Hohlweck, Jr., deceased and on behalf of all survivors of Thomas W. Hohlweck, Jr.<br>**Plaintiff** | James P. Kreindler<br>Lead Attorney<br><br>Kreindler & Kreindler<br>100 Park Avenue<br>New York, NY 10017<br>USA<br>Phone: (212)973-3440 Fax: (212)972-9432 Attorney to be Noticed |
| Dixie M. Hobbs: as Co-Administrator of the Estate of Tara Yvette Hobbs, deceased and on behalf of all survivors of Tara Yvette Hobbs<br>**Plaintiff** | James P. Kreindler<br>Lead Attorney<br><br>Kreindler & Kreindler<br>100 Park Avenue<br>New York, NY 10017<br>USA<br>Phone: (212)973-3440 Fax: (212)972-9432 Attorney to be Noticed |
| Phyllis Schreier: as Administrator of the Estate of John Anthony Sherry, Deceased and on behalf of all survivors of John Anthony Sherry<br>**Plaintiff** | James P. Kreindler<br>Lead Attorney<br><br>Kreindler & Kreindler<br>100 Park Avenue<br>New York, NY 10017<br>USA<br>Phone: (212)973-3440 Fax: (212)972-9432 Attorney to be |

| Litigants | Attorneys |
|---|---|
| | Noticed |
| Lori Shulman: as Executor of the Estate of Mark Shulman, Deceased and on behalf of all survivors of Mark Shulman **Plaintiff** | James P. Kreindler Lead Attorney<br><br>Kreindler & Kreindler 100 Park Avenue New York, NY 10017 USA Phone: (212)973-3440Fax: (212)972-9432Attorney to be Noticed |
| Eileen Simon: as Executor of the Estate of Michael J. Simon, Deceased and on behalf of all survivors of Michael J. Simon **Plaintiff** | James P. Kreindler Lead Attorney<br><br>Kreindler & Kreindler 100 Park Avenue New York, NY 10017 USA Phone: (212)973-3440Fax: (212)972-9432Attorney to be Noticed |
| Dhanraj Singh: as Administrator of the Estate of Khamladai K. Singh, Deceased and on behalf of all survivors of Khamladai K, Singh **Plaintiff** | James P. Kreindler Lead Attorney<br><br>Kreindler & Kreindler 100 Park Avenue New York, NY 10017 USA Phone: (212)973-3440Fax: (212)972-9432Attorney to be Noticed |
| Mark J. Siskopoulos: as Administrator of the Estate of Muriel F. Siskopoulos, Deceased and on behalf of all survivors of Muriel F. Siskopoulos **Plaintiff** | James P. Kreindler Lead Attorney<br><br>Kreindler & Kreindler 100 Park Avenue New York, NY 10017 USA Phone: (212)973-3440Fax: (212)972-9432Attorney to be Noticed |
| Donna Smith: as Executor of the Estate of James Gregory Smith, Deceased and on behalf of all survivors of James Gregory Smith **Plaintiff** | James P. Kreindler Lead Attorney<br><br>Kreindler & Kreindler 100 Park Avenue New York, NY 10017 USA Phone: (212)973-3440Fax: (212)972-9432Attorney to be Noticed |
| Barbara Sohan: Administrator of the Estate of Astrid Elizabeth Sohan, Deceased and on behalf of all survivors of Astrid Elizabeth Sohan **Plaintiff** | James P. Kreindler Lead Attorney<br><br>Kreindler & Kreindler |

## Litigants

## Attorneys

100 Park Avenue
New York, NY 10017
USA
Phone: (212)973-3440Fax: (212)972-9432Attorney to be
Noticed

Robert Spadafora: as Executor of the Estates of Mary B.
Trentini and James A. Trentini, Deceased and on behalf of all
survivors of Mary B. Trentini and James A. Trentini
**Plaintiff**

James P. Kreindler
Lead Attorney

Kreindler & Kreindler
100 Park Avenue
New York, NY 10017
USA
Phone: (212)973-3440Fax: (212)972-9432Attorney to be
Noticed

Laurie Spampinato: as Administrator of the Estate of Donald
Spampinato, Deceased and on behalf of all survivors of
Donald Spampinato
**Plaintiff**

James P. Kreindler
Lead Attorney

Kreindler & Kreindler
100 Park Avenue
New York, NY 10017
USA
Phone: (212)973-3440Fax: (212)972-9432Attorney to be
Noticed

Theresa A. Stack: as (adprosequendum) of the Estate of
Lawrence T. Stack, Deceased and on behalf of all survivors
of Lawrence T. Stack
**Plaintiff**

James P. Kreindler
Lead Attorney

Kreindler & Kreindler
100 Park Avenue
New York, NY 10017
USA
Phone: (212)973-3440Fax: (212)972-9432Attorney to be
Noticed

Gregory Stevens: as Administrator of the Estate of Lisa
Terry, Deceased and on behalf of all survivors of Lisa Terry
**Plaintiff**

James P. Kreindler
Lead Attorney

Kreindler & Kreindler
100 Park Avenue
New York, NY 10017
USA
Phone: (212)973-3440Fax: (212)972-9432Attorney to be
Noticed

Edward J. Sweeney: Administrator of the Estate of Brian E.
Sweeney, Deceased and on behalf of all survivors of Brian E.
Sweeney
**Plaintiff**

James P. Kreindler
Lead Attorney

Kreindler & Kreindler
100 Park Avenue
New York, NY 10017
USA
Phone: (212)973-3440Fax: (212)972-9432Attorney to be
Noticed

## Litigants | ## Attorneys

Eileen Tallon: as Fiduciary of the Estate of Sean Patrick Tallon, Deceased and on behalf of all survivors of Sean Patrick Tallon
**Plaintiff**

James P. Kreindler
Lead Attorney

Kreindler & Kreindler
100 Park Avenue
New York, NY 10017
USA
Phone: (212)973-3440Fax: (212)972-9432Attorney to be Noticed

---

Patricia Tarasiewicz: as Administrator of the Estate of Allan Tarasiewicz, Deceased and on behalf of all survivors of Allan Tarasiewicz
**Plaintiff**

James P. Kreindler
Lead Attorney

Kreindler & Kreindler
100 Park Avenue
New York, NY 10017
USA
Phone: (212)973-3440Fax: (212)972-9432Attorney to be Noticed

---

Evelyn Tepedino: as Administrator of the Estate of Jody Nichilo, Deceased and on behalf of all survivors of Jody Nichilo
**Plaintiff**

James P. Kreindler
Lead Attorney

Kreindler & Kreindler
100 Park Avenue
New York, NY 10017
USA
Phone: (212)973-3440Fax: (212)972-9432Attorney to be Noticed

---

Raj Thackurdeen: as co-Administrators of the Estate of Goumatie Thackurdeen, Deceased and on behalf of all survivors of Goumatie Thackurdeen
**Plaintiff**

James P. Kreindler
Lead Attorney

Kreindler & Kreindler
100 Park Avenue
New York, NY 10017
USA
Phone: (212)973-3440Fax: (212)972-9432Attorney to be Noticed

---

Sat Thackurdeen: as co-Administrators of the Estate of Goumatie Thackurdeen, Deceased and on behalf of all survivors of Goumatie Thackurdeen
**Plaintiff**

James P. Kreindler
Lead Attorney

Kreindler & Kreindler
100 Park Avenue
New York, NY 10017
USA
Phone: (212)973-3440Fax: (212)972-9432Attorney to be Noticed

---

Rosanna Thompson: as Administrator of the Estate of Nigel Bruce Thompson, Deceased and on behalf of all survivors of Nigel Bruce Thompson
**Plaintiff**

James P. Kreindler
Lead Attorney

Kreindler & Kreindler
100 Park Avenue
New York, NY 10017
USA

EXHIBIT 8, PAGE 620

Page 149 of 933

Case 2:16-cv-04485-PA-MRW Re: Terrorist Attacks on September 11, 2001 Document 103-1 Filed 05/16/07 Page 469 of 883 Page ID #:10316

## Litigants | ## Attorneys

|  |  |
|---|---|
|  | Phone: (212)973-3440Fax: (212)972-9432Attorney to be Noticed |
| Andrija Tomasevic: as Co-Administrator of the Estate of Vladimir Tomasevic, Deceased and on behalf of all survivors of Vladimir Tomasevic<br>**Plaintiff** | James P. Kreindler<br>Lead Attorney<br><br>Kreindler & Kreindler<br>100 Park Avenue<br>New York, NY 10017<br>USA<br>Phone: (212)973-3440Fax: (212)972-9432Attorney to be Noticed |
| Radmila Tomasevic: as Co-Administrator of the Estate of Vladimir Tomasevic, Deceased and on behalf of all survivors of Vladimir Tomasevic<br>**Plaintiff** | James P. Kreindler<br>Lead Attorney<br><br>Kreindler & Kreindler<br>100 Park Avenue<br>New York, NY 10017<br>USA<br>Phone: (212)973-3440Fax: (212)972-9432Attorney to be Noticed |
| Kimberly Trimingham-Aiken: as Administrator of the Estate of Terrance Aiken, Deceased and on behalf of all survivors of Terrance Aiken<br>**Plaintiff** | James P. Kreindler<br>Lead Attorney<br><br>Kreindler & Kreindler<br>100 Park Avenue<br>New York, NY 10017<br>USA<br>Phone: (212)973-3440Fax: (212)972-9432Attorney to be Noticed |
| Marie Twomey: as Administrator of the Estate of Robert T. Twomey, Deceased and on behalf of all survivors of Robert T. Twomey<br>**Plaintiff** | James P. Kreindler<br>Lead Attorney<br><br>Kreindler & Kreindler<br>100 Park Avenue<br>New York, NY 10017<br>USA<br>Phone: (212)973-3440Fax: (212)972-9432Attorney to be Noticed |
| Victor Ugolyn: as Administrator of the Estate of Tyler V. Ugolyn, Deceased and on behalf of all survivors of Tyler V. Ugolyn<br>**Plaintiff** | James P. Kreindler<br>Lead Attorney<br><br>Kreindler & Kreindler<br>100 Park Avenue<br>New York, NY 10017<br>USA<br>Phone: (212)973-3440Fax: (212)972-9432Attorney to be Noticed |
| Feliciana Umanzor: as Administrator of the Estate of Elsy C. Osoria, Deceased and on behalf of all survivors of Elsy C. Osoria | James P. Kreindler<br>Lead Attorney |

## Litigants

**Plaintiff**

## Attorneys

Kreindler & Kreindler
100 Park Avenue
New York, NY 10017
USA
Phone: (212)973-3440Fax: (212)972-9432Attorney to be Noticed

Virginia Lorene Rossiter Valvo: as Administrators of the Estate of Carlton F. Valvo, II, Deceased and on behalf of all survivors of Carlton F. Valvo, II
**Plaintiff**

James P. Kreindler
Lead Attorney

Kreindler & Kreindler
100 Park Avenue
New York, NY 10017
USA
Phone: (212)973-3440Fax: (212)972-9432Attorney to be Noticed

Jasmine Victoria: as co-Administrators of the Estate of Celeste Torres Victoria, Deceased and on behalf of all survivors of Celeste Torres Victoria
**Plaintiff**

James P. Kreindler
Lead Attorney

Kreindler & Kreindler
100 Park Avenue
New York, NY 10017
USA
Phone: (212)973-3440Fax: (212)972-9432Attorney to be Noticed

Dawn Brown: as co-Administrators of the Estate of Celeste Torres Victoria, Deceased and on behalf of all survivors of Celeste Torres Victoria
**Plaintiff**

James P. Kreindler
Lead Attorney

Kreindler & Kreindler
100 Park Avenue
New York, NY 10017
USA
Phone: (212)973-3440Fax: (212)972-9432Attorney to be Noticed

Richard Villa: as Administrator of the Estate of Sharon Christina Milan, Deceased and on behalf of all survivors of Sharon Christina Milan
**Plaintiff**

James P. Kreindler
Lead Attorney

Kreindler & Kreindler
100 Park Avenue
New York, NY 10017
USA
Phone: (212)973-3440Fax: (212)972-9432Attorney to be Noticed

Lucy Virgilio: as Administrator of the Estate of Lawrence J. Virgilio, Deceased and on behalf of all survivors of Lawrence J. Virgilio
**Plaintiff**

James P. Kreindler
Lead Attorney

Kreindler & Kreindler
100 Park Avenue
New York, NY 10017
USA
Phone: (212)973-3440Fax: (212)972-9432Attorney to be Noticed

| Litigants | Attorneys |
|---|---|
| Diane Wall: as Executor of the Estate of Glen J. Wall, Deceased and on behalf of all survivors of Glen J. Wall<br>**Plaintiff** | James P. Kreindler<br>Lead Attorney<br><br>Kreindler & Kreindler<br>100 Park Avenue<br>New York, NY 10017<br>USA<br>Phone: (212)973-3440Fax: (212)972-9432Attorney to be Noticed |
| Diane M. Walsh: as Administrator of the Estate of Christine Barbutto, Deceased and on behalf of all survivors of Christine Barbutto<br>**Plaintiff** | James P. Kreindler<br>Lead Attorney<br><br>Kreindler & Kreindler<br>100 Park Avenue<br>New York, NY 10017<br>USA<br>Phone: (212)973-3440Fax: (212)972-9432Attorney to be Noticed |
| Amy Weaver: as Administrator of the Estate of Todd Christopher Weaver, Deceased and on behalf of all survivors of Todd Christopher Weaver<br>**Plaintiff** | James P. Kreindler<br>Lead Attorney<br><br>Kreindler & Kreindler<br>100 Park Avenue<br>New York, NY 10017<br>USA<br>Phone: (212)973-3440Fax: (212)972-9432Attorney to be Noticed |
| Delia Welty: as Administrator of the Estate of Timothy Matthew Welty, Deceased and on behalf of all survivors of Timothy Matthew Welty<br>**Plaintiff** | James P. Kreindler<br>Lead Attorney<br><br>Kreindler & Kreindler<br>100 Park Avenue<br>New York, NY 10017<br>USA<br>Phone: (212)973-3440Fax: (212)972-9432Attorney to be Noticed |
| Kristin Galusha-Wild: as Executor of the Estate of Michael Stewart, Deceased and on behalf of all survivors of Michael Stewart<br>**Plaintiff** | James P. Kreindler<br>Lead Attorney<br><br>Kreindler & Kreindler<br>100 Park Avenue<br>New York, NY 10017<br>USA<br>Phone: (212)973-3440Fax: (212)972-9432Attorney to be Noticed |
| Patricia Wiswall: as Executor of the Estate of David Wiswall, Deceased and on behalf of all survivors of David Wiswall<br>**Plaintiff** | James P. Kreindler<br>Lead Attorney<br><br>Kreindler & Kreindler<br>100 Park Avenue |

| Litigants | Attorneys |
|-----------|-----------|
| | New York, NY 10017<br>USA<br>Phone: (212)973-3440Fax: (212)972-9432Attorney to be Noticed |
| Anne M. Wodensheck: as Administrator of the estate of Christoper W. Wodensheck, deceased and on behalf of all survivors of Christopher w. Wodensheck<br>**Plaintiff** | James P. Kreindler<br>Lead Attorney<br><br>Kreindler & Kreindler<br>100 Park Avenue<br>New York, NY 10017<br>USA<br>Phone: (212)973-3440Fax: (212)972-9432Attorney to be Noticed |
| Cella Woo-Yeun: as Administrator of the Estate of Elkin Yuen, Deceased and on behalf of all survivors of Elkin Yuen<br>**Plaintiff** | James P. Kreindler<br>Lead Attorney<br><br>Kreindler & Kreindler<br>100 Park Avenue<br>New York, NY 10017<br>USA<br>Phone: (212)973-3440Fax: (212)972-9432Attorney to be Noticed |
| Siew-Som Yeow: as Administrator of the Estate of Michael Waye, Deceased and on behalf of all survivors of Michael Waye<br>**Plaintiff** | James P. Kreindler<br>Lead Attorney<br><br>Kreindler & Kreindler<br>100 Park Avenue<br>New York, NY 10017<br>USA<br>Phone: (212)973-3440Fax: (212)972-9432Attorney to be Noticed |
| Erica Zucker: as Executor of the Estate of Andrew Zucker, Deceased and on behalf of all survivors of Andrew Zucker<br>**Plaintiff** | James P. Kreindler<br>Lead Attorney<br><br>Kreindler & Kreindler<br>100 Park Avenue<br>New York, NY 10017<br>USA<br>Phone: (212)973-3440Fax: (212)972-9432Attorney to be Noticed |
| Nancy Lynn Zuckerman: as Administrator of the Estate of Alan Jay Lederman, Deceased and on behalf of all survivors of Alan Jay Lederman<br>**Plaintiff** | James P. Kreindler<br>Lead Attorney<br><br>Kreindler & Kreindler<br>100 Park Avenue<br>New York, NY 10017<br>USA<br>Phone: (212)973-3440Fax: (212)972-9432Attorney to be Noticed |
| Edward Arancio | James P. Kreindler |

## Litigants | ## Attorneys

**Plaintiff**

Lead Attorney

Kreindler & Kreindler
100 Park Avenue
New York, NY 10017
USA
Phone: (212)973-3440Fax: (212)972-9432Attorney to be Noticed

Kathleen M. Arancio
**Plaintiff**

James P. Kreindler
Lead Attorney

Kreindler & Kreindler
100 Park Avenue
New York, NY 10017
USA
Phone: (212)973-3440Fax: (212)972-9432Attorney to be Noticed

Leonard Ardizzone
**Plaintiff**

James P. Kreindler
Lead Attorney

Kreindler & Kreindler
100 Park Avenue
New York, NY 10017
USA
Phone: (212)973-3440Fax: (212)972-9432Attorney to be Noticed

Barbara Ardizzone
**Plaintiff**

James P. Kreindler
Lead Attorney

Kreindler & Kreindler
100 Park Avenue
New York, NY 10017
USA
Phone: (212)973-3440Fax: (212)972-9432Attorney to be Noticed

Thomas Baez
**Plaintiff**

James P. Kreindler
Lead Attorney

Kreindler & Kreindler
100 Park Avenue
New York, NY 10017
USA
Phone: (212)973-3440Fax: (212)972-9432Attorney to be Noticed

James Cizikie
**Plaintiff**

James P. Kreindler
Lead Attorney

Kreindler & Kreindler
100 Park Avenue
New York, NY 10017
USA
Phone: (212)973-3440Fax: (212)972-9432Attorney to be

| Litigants | Attorneys |
|---|---|
| | Noticed |
| Thomas Conroy, Jr.<br>**Plaintiff** | James P. Kreindler<br>Lead Attorney<br><br>Kreindler & Kreindler<br>100 Park Avenue<br>New York, NY 10017<br>USA<br>Phone: (212)973-3440Fax: (212)972-9432Attorney to be Noticed |
| Gibson A. Craig<br>**Plaintiff** | James P. Kreindler<br>Lead Attorney<br><br>Kreindler & Kreindler<br>100 Park Avenue<br>New York, NY 10017<br>USA<br>Phone: (212)973-3440Fax: (212)972-9432Attorney to be Noticed |
| Charles Downey<br>**Plaintiff** | James P. Kreindler<br>Lead Attorney<br><br>Kreindler & Kreindler<br>100 Park Avenue<br>New York, NY 10017<br>USA<br>Phone: (212)973-3440Fax: (212)972-9432Attorney to be Noticed |
| Joseph R. Downey<br>**Plaintiff** | James P. Kreindler<br>Lead Attorney<br><br>Kreindler & Kreindler<br>100 Park Avenue<br>New York, NY 10017<br>USA<br>Phone: (212)973-3440Fax: (212)972-9432Attorney to be Noticed |
| Timothy L. Frolich<br>**Plaintiff** | James P. Kreindler<br>Lead Attorney<br><br>Kreindler & Kreindler<br>100 Park Avenue<br>New York, NY 10017<br>USA<br>Phone: (212)973-3440Fax: (212)972-9432Attorney to be Noticed |
| Irene Frolich<br>**Plaintiff** | James P. Kreindler<br>Lead Attorney<br><br>Kreindler & Kreindler |

| Litigants | Attorneys |
|---|---|
| | 100 Park Avenue<br>New York, NY 10017<br>USA<br>Phone: (212)973-3440Fax: (212)972-9432Attorney to be Noticed |
| **Steven M. Gillespie**<br>**Plaintiff** | James P. Kreindler<br>Lead Attorney<br><br>Kreindler & Kreindler<br>100 Park Avenue<br>New York, NY 10017<br>USA<br>Phone: (212)973-3440Fax: (212)972-9432Attorney to be Noticed |
| **James D. Hodges**<br>**Plaintiff** | James P. Kreindler<br>Lead Attorney<br><br>Kreindler & Kreindler<br>100 Park Avenue<br>New York, NY 10017<br>USA<br>Phone: (212)973-3440Fax: (212)972-9432Attorney to be Noticed |
| **Netta Issacof**<br>**Plaintiff** | James P. Kreindler<br>Lead Attorney<br><br>Kreindler & Kreindler<br>100 Park Avenue<br>New York, NY 10017<br>USA<br>Phone: (212)973-3440Fax: (212)972-9432Attorney to be Noticed |
| **John F. Jermyn**<br>**Plaintiff** | James P. Kreindler<br>Lead Attorney<br><br>Kreindler & Kreindler<br>100 Park Avenue<br>New York, NY 10017<br>USA<br>Phone: (212)973-3440Fax: (212)972-9432Attorney to be Noticed |
| **Michael J. Lindy**<br>**Plaintiff** | James P. Kreindler<br>Lead Attorney<br><br>Kreindler & Kreindler<br>100 Park Avenue<br>New York, NY 10017<br>USA<br>Phone: (212)973-3440Fax: (212)972-9432Attorney to be Noticed |

| Litigants | Attorneys |
|---|---|
| William Martin<br>**Plaintiff** | James P. Kreindler<br>Lead Attorney<br><br>Kreindler & Kreindler<br>100 Park Avenue<br>New York, NY 10017<br>USA<br>Phone: (212)973-3440Fax: (212)972-9432Attorney to be Noticed |
| Kevin McArdle<br>**Plaintiff** | James P. Kreindler<br>Lead Attorney<br><br>Kreindler & Kreindler<br>100 Park Avenue<br>New York, NY 10017<br>USA<br>Phone: (212)973-3440Fax: (212)972-9432Attorney to be Noticed |
| Owen McGovern<br>**Plaintiff** | James P. Kreindler<br>Lead Attorney<br><br>Kreindler & Kreindler<br>100 Park Avenue<br>New York, NY 10017<br>USA<br>Phone: (212)973-3440Fax: (212)972-9432Attorney to be Noticed |
| Kevin G. Murphy<br>**Plaintiff** | James P. Kreindler<br>Lead Attorney<br><br>Kreindler & Kreindler<br>100 Park Avenue<br>New York, NY 10017<br>USA<br>Phone: (212)973-3440Fax: (212)972-9432Attorney to be Noticed |
| Janice O'Dell<br>**Plaintiff** | James P. Kreindler<br>Lead Attorney<br><br>Kreindler & Kreindler<br>100 Park Avenue<br>New York, NY 10017<br>USA<br>Phone: (212)973-3440Fax: (212)972-9432Attorney to be Noticed |
| Timothy Parker<br>**Plaintiff** | James P. Kreindler<br>Lead Attorney<br><br>Kreindler & Kreindler<br>100 Park Avenue<br>New York, NY 10017<br>USA |

Page 157 of 933

Case 2:16-cv-04485-PA-MRW Re: Document Attachment on September 8, 2017 Document 103-1 Filed 05/16/07 Page 477 of 883 Page ID #:10324

## Litigants

## Attorneys

Phone: (212)973-3440Fax: (212)972-9432Attorney to be Noticed

Louis Schaefer
**Plaintiff**

James P. Kreindler
Lead Attorney

Kreindler & Kreindler
100 Park Avenue
New York, NY 10017
USA
Phone: (212)973-3440Fax: (212)972-9432Attorney to be Noticed

Scott Schrimpe
**Plaintiff**

James P. Kreindler
Lead Attorney

Kreindler & Kreindler
100 Park Avenue
New York, NY 10017
USA
Phone: (212)973-3440Fax: (212)972-9432Attorney to be Noticed

Robert V. Trivingo
**Plaintiff**

James P. Kreindler
Lead Attorney

Kreindler & Kreindler
100 Park Avenue
New York, NY 10017
USA
Phone: (212)973-3440Fax: (212)972-9432Attorney to be Noticed

Russell Vomero
**Plaintiff**

James P. Kreindler
Lead Attorney

Kreindler & Kreindler
100 Park Avenue
New York, NY 10017
USA
Phone: (212)973-3440Fax: (212)972-9432Attorney to be Noticed

Philip J. Zeiss
**Plaintiff**

James P. Kreindler
Lead Attorney

Kreindler & Kreindler
100 Park Avenue
New York, NY 10017
USA
Phone: (212)973-3440Fax: (212)972-9432Attorney to be Noticed

Vice Rose Arestegui: as Legal Representative of the Estate of Barbara Jean Arestegui, Deceased and on behalf of all survivors of Barbara Jean Arestegui

James P. Kreindler
Lead Attorney

## Litigants | Attorneys

**Plaintiff**

Kreindler & Kreindler
100 Park Avenue
New York, NY 10017
USA
Phone: (212)973-3440Fax: (212)972-9432Attorney to be Noticed

Traci Bosco: as Administrator of the Estate of Richard Edward Bosco, Deceased and on behalf of all survivors of Richard Edward Bosco
**Plaintiff**

James P. Kreindler
Lead Attorney

Kreindler & Kreindler
100 Park Avenue
New York, NY 10017
USA
Phone: (212)973-3440Fax: (212)972-9432Attorney to be Noticed

Jennifer E. Brady: as Administrator of the estate of David B. Brady, deceased and on behalf of all survivors of David B. Brady
**Plaintiff**

James P. Kreindler
Lead Attorney

Kreindler & Kreindler
100 Park Avenue
New York, NY 10017
USA
Phone: (212)973-3440Fax: (212)972-9432Attorney to be Noticed

Patricia Coughlin: as Personal Representative of the Estate of John Coughlin, Deceased and on behalf of all survivors of John Coughlin
**Plaintiff**

James P. Kreindler
Lead Attorney

Kreindler & Kreindler
100 Park Avenue
New York, NY 10017
USA
Phone: (212)973-3440Fax: (212)972-9432Attorney to be Noticed

Michael Deloughery: as Personal Representative of the Estate of Colleen Ann Deloughery, Deceased and on behalf of all survivors of Colleen Ann Deloughery
**Plaintiff**

James P. Kreindler
Lead Attorney

Kreindler & Kreindler
100 Park Avenue
New York, NY 10017
USA
Phone: (212)973-3440Fax: (212)972-9432Attorney to be Noticed

Jeanne M. Evans: as Personal Representative of the estate of Robert Evans, deceased and on behalf of all Robert Evans
**Plaintiff**

James P. Kreindler
Lead Attorney

Kreindler & Kreindler
100 Park Avenue
New York, NY 10017
USA
Phone: (212)973-3440Fax: (212)972-9432Attorney to be Noticed

| **Litigants** | **Attorneys** |
|---|---|
| Lori Fletcher: as Personal Representative of the Estate of Andre G. Fletcher, Deceased and on behalf of all survivors of Andre G. Fletcher<br>**Plaintiff** | James P. Kreindler<br>Lead Attorney<br><br>Kreindler & Kreindler<br>100 Park Avenue<br>New York, NY 10017<br>USA<br>Phone: (212)973-3440Fax: (212)972-9432Attorney to be Noticed |
| Armine Giorgetti: as Personal Representative of the Estate of Steven A. Giorgetti, Deceased and on behalf of all survivors of Steven A. Giorgetti<br>**Plaintiff** | James P. Kreindler<br>Lead Attorney<br><br>Kreindler & Kreindler<br>100 Park Avenue<br>New York, NY 10017<br>USA<br>Phone: (212)973-3440Fax: (212)972-9432Attorney to be Noticed |
| Regan Grice-Vega: as Personal Representative of the Estate of Peter Vega, Deceased and on behalf of all survivors of Peter Vega<br>**Plaintiff** | James P. Kreindler<br>Lead Attorney<br><br>Kreindler & Kreindler<br>100 Park Avenue<br>New York, NY 10017<br>USA<br>Phone: (212)973-3440Fax: (212)972-9432Attorney to be Noticed |
| Elinore Hartz: as Personal Representative of the estate of John Clinton Hartz, deceased and on behalf of all survivors of John Clinton Hartz<br>**Plaintiff** | James P. Kreindler<br>Lead Attorney<br><br>Kreindler & Kreindler<br>100 Park Avenue<br>New York, NY 10017<br>USA<br>Phone: (212)973-3440Fax: (212)972-9432Attorney to be Noticed |
| Colleen Holohan: Proposed Administrator of the Estate of Thomas P. Holohan, Deceased and on behalf of all survivors of Thomas P. Holohan<br>**Plaintiff** | James P. Kreindler<br>Lead Attorney<br><br>Kreindler & Kreindler<br>100 Park Avenue<br>New York, NY 10017<br>USA<br>Phone: (212)973-3440Fax: (212)972-9432Attorney to be Noticed |
| Roberta Kellerman: as Personal Representative of the Estate of Perter Kellerman, deceased and on behalf of all survivors of Peter Kellerman<br>**Plaintiff** | James P. Kreindler<br>Lead Attorney<br><br>Kreindler & Kreindler<br>100 Park Avenue |

| Litigants | Attorneys |
|-----------|-----------|
| | New York, NY 10017<br>USA<br>Phone: (212)973-3440Fax: (212)972-9432Attorney to be Noticed |
| **Veronica Klares: as Executor of the Estate of Richard J. Klares, Deceased and on behalf of all survivors of Richard J. Klares**<br>**Plaintiff** | James P. Kreindler<br>Lead Attorney<br><br>Kreindler & Kreindler<br>100 Park Avenue<br>New York, NY 10017<br>USA<br>Phone: (212)973-3440Fax: (212)972-9432Attorney to be Noticed |
| **Amy Farnum: As Personal Representative of the estates of Douglas Jon Farnum, deceased and on behalf of all survivors of Douglas Jon Farnum**<br>**Plaintiff** | James P. Kreindler<br>Lead Attorney<br><br>Kreindler & Kreindler<br>100 Park Avenue<br>New York, NY 10017<br>USA<br>Phone: (212)973-3440Fax: (212)972-9432Attorney to be Noticed |
| **Mathilda Geidel: as Personal Representative of teh estate of Gary Geidel, deceased and on behalf of all survivors of Gary Geidel**<br>**Plaintiff** | James P. Kreindler<br>Lead Attorney<br><br>Kreindler & Kreindler<br>100 Park Avenue<br>New York, NY 10017<br>USA<br>Phone: (212)973-3440Fax: (212)972-9432Attorney to be Noticed |
| **Laurie S. Lauterbach: as Personal Representative of the estate of Carlos Cortes aka Carlos Corez-Rodriguez, deceased and on behalf of all survivors of Carlos Cortes aka Carlos Cortes-Rodriguez**<br>**Plaintiff** | James P. Kreindler<br>Lead Attorney<br><br>Kreindler & Kreindler<br>100 Park Avenue<br>New York, NY 10017<br>USA<br>Phone: (212)973-3440Fax: (212)972-9432Attorney to be Noticed |
| **Ingrid M. Lenihan: as Executor of the Estate of Joseph Anthony Lenihan, Deceased and on behalf of all survivors of Joseph Anthony Lenihan**<br>**Plaintiff** | James P. Kreindler<br>Lead Attorney<br><br>Kreindler & Kreindler<br>100 Park Avenue<br>New York, NY 10017<br>USA<br>Phone: (212)973-3440Fax: (212)972-9432Attorney to be Noticed |
| Jerline Lewis: as Personal Representative of the Estate of | James P. Kreindler |

## Litigants | Attorneys

| Litigants | Attorneys |
|---|---|
| Sherry Ann Bordeaux, Deceased and on behalf of all survivors of Sherry Ann Bordeaux<br>**Plaintiff** | Lead Attorney<br><br>Kreindler & Kreindler<br>100 Park Avenue<br>New York, NY 10017<br>USA<br>Phone: (212)973-3440 Fax: (212)972-9432 Attorney to be Noticed |
| Jeffrey Lovit: as Executor of the Estate of Jacqueline Norton, Deceased and on behalf of all survivors of Jacqueline Norton, as Executor of the Estate of Robert G. Norton, Deceased and on behalf of all survivors of Robert G. Norton<br>**Plaintiff** | James P. Kreindler<br>Lead Attorney<br><br>Kreindler & Kreindler<br>100 Park Avenue<br>New York, NY 10017<br>USA<br>Phone: (212)973-3440 Fax: (212)972-9432 Attorney to be Noticed |
| Virginia McKeon: as Personal Representative of the Estate of Barry J. McKeon, Deceased and on behalf of all survivors of Barry J. McKeon<br>**Plaintiff** | James P. Kreindler<br>Lead Attorney<br><br>Kreindler & Kreindler<br>100 Park Avenue<br>New York, NY 10017<br>USA<br>Phone: (212)973-3440 Fax: (212)972-9432 Attorney to be Noticed |
| Olga Merino: as Personal Representative of the Estate of George C. Merino, Deceased and on behalf of all survivors of George C. Merino<br>**Plaintiff** | James P. Kreindler<br>Lead Attorney<br><br>Kreindler & Kreindler<br>100 Park Avenue<br>New York, NY 10017<br>USA<br>Phone: (212)973-3440 Fax: (212)972-9432 Attorney to be Noticed |
| Merrily E. Noeth: as Administrator of the Estate of Michael Allen Noeth, Deceased and on behalf of all survivors of Michael Allen Noeth<br>**Plaintiff** | James P. Kreindler<br>Lead Attorney<br><br>Kreindler & Kreindler<br>100 Park Avenue<br>New York, NY 10017<br>USA<br>Phone: (212)973-3440 Fax: (212)972-9432 Attorney to be Noticed |
| Harry Ong, Jr.: as Legal Representative of the estate of Betty Ann Ong, deceased and on behalf of all survivors of Betty Ann Ong<br>**Plaintiff** | James P. Kreindler<br>Lead Attorney<br><br>Kreindler & Kreindler<br>100 Park Avenue<br>New York, NY 10017<br>USA<br>Phone: (212)973-3440 Fax: (212)972-9432 Attorney to be |

| Litigants | Attorneys |
|---|---|
| | Noticed |
| Perry S. Oretzky: as Personal Representative of the Estate of Lynn E. Angell, Deceased and on behalf of all survivors of Lynn E. Angell<br>**Plaintiff** | James P. Kreindler<br>Lead Attorney<br><br>Kreindler & Kreindler<br>100 Park Avenue<br>New York, NY 10017<br>USA<br>Phone: (212)973-3440Fax: (212)972-9432Attorney to be Noticed |
| Michael Puckett: as Administrator of the Estate of John F. Puckett, Deceased and on behalf of all survivors of John F. Puckett<br>**Plaintiff** | James P. Kreindler<br>Lead Attorney<br><br>Kreindler & Kreindler<br>100 Park Avenue<br>New York, NY 10017<br>USA<br>Phone: (212)973-3440Fax: (212)972-9432Attorney to be Noticed |
| Janlyn Scauso: as Administrator of the Estate of Dennis P. Scauso, Deceased and on behalf of all survivors of Dennis P. Scauso<br>**Plaintiff** | James P. Kreindler<br>Lead Attorney<br><br>Kreindler & Kreindler<br>100 Park Avenue<br>New York, NY 10017<br>USA<br>Phone: (212)973-3440Fax: (212)972-9432Attorney to be Noticed |
| Nancy Shea: as Personal Representative of the Estate of Joseph P. Shea, Deceased and on behalf of all survivors of Joseph P. Shea<br>**Plaintiff** | James P. Kreindler<br>Lead Attorney<br><br>Kreindler & Kreindler<br>100 Park Avenue<br>New York, NY 10017<br>USA<br>Phone: (212)973-3440Fax: (212)972-9432Attorney to be Noticed |
| Holli Silver: as Personal Representative of the Estate of David Scott Silver, Deceased and on behalf of all survivors of David Scott Silver<br>**Plaintiff** | James P. Kreindler<br>Lead Attorney<br><br>Kreindler & Kreindler<br>100 Park Avenue<br>New York, NY 10017<br>USA<br>Phone: (212)973-3440Fax: (212)972-9432Attorney to be Noticed |
| Robin Theurkauf: as Personal Representative of the estate of Thomas F. Theurkauf, J., deceased and on behalf of all survivors of Thomas F. Theurkauf, Jr.<br>**Plaintiff** | James P. Kreindler<br>Lead Attorney<br><br>Kreindler & Kreindler |

## Litigants

## Attorneys

100 Park Avenue
New York, NY 10017
USA
Phone: (212)973-3440Fax: (212)972-9432Attorney to be
Noticed

Joseph A. Tiesi: as Personal Representative of the Estate of
Mary Ellen Tiesi, Deceased and on behalf of all survivors of
Mary Ellen Tiesi
**Plaintiff**

James P. Kreindler
Lead Attorney

Kreindler & Kreindler
100 Park Avenue
New York, NY 10017
USA
Phone: (212)973-3440Fax: (212)972-9432Attorney to be
Noticed

Anthony Vincelli: as Administrator of the estate of Chantal
Vicelli, deceased and on behalf of all survivors of Chantal
Vicelli
**Plaintiff**

James P. Kreindler
Lead Attorney

Kreindler & Kreindler
100 Park Avenue
New York, NY 10017
USA
Phone: (212)973-3440Fax: (212)972-9432Attorney to be
Noticed

Benhardt R. Wainio: as Personal Representative of the
Estate of Honor Elizabeth Wainio, Deceased and on behalf of
all survivors of Honor Elizabeth Wainio
**Plaintiff**

James P. Kreindler
Lead Attorney

Kreindler & Kreindler
100 Park Avenue
New York, NY 10017
USA
Phone: (212)973-3440Fax: (212)972-9432Attorney to be
Noticed

Lena Whittaker: as Administrator of the estate of Karen E.
Haggerty, deceased and on behalf of all survivors of Karen E.
Haggerty
**Plaintiff**

James P. Kreindler
Lead Attorney

Kreindler & Kreindler
100 Park Avenue
New York, NY 10017
USA
Phone: (212)973-3440Fax: (212)972-9432Attorney to be
Noticed

Madeleine A. Zuccala: as Personal Representative of the
Estate of Joseph J. Zuccala, Deceased and on behalf of all
survivors of Joseph J. Zuccala
**Plaintiff**

James P. Kreindler
Lead Attorney

Kreindler & Kreindler
100 Park Avenue
New York, NY 10017
USA
Phone: (212)973-3440Fax: (212)972-9432Attorney to be
Noticed

## Litigants

## Attorneys

Warren Monroe
**Plaintiff**

James P. Kreindler
Lead Attorney

Kreindler & Kreindler
100 Park Avenue
New York, NY 10017
USA
Phone: (212)973-3440Fax: (212)972-9432Attorney to be
Noticed

Walter Tremsky: on his own behalf and on behalf of others
similarly situated
**Plaintiff**

David J. O'Brien
Lead Attorney

20 Vesey Street
New York, NY 10007
USA
Phone: (212)571-6111Attorney to be Noticed

Eileen F. Colligan: on her own behalf and on behalf of others
similarly situated
**Plaintiff**

David J. O'Brien
Lead Attorney

20 Vesey Street
New York, NY 10007
USA
Phone: (212)571-6111Attorney to be Noticed

Paul Quinn: on his own behalf and on behalf of others
similarly situated
**Plaintiff**

David J. O'Brien
Lead Attorney

20 Vesey Street
New York, NY 10007
USA
Phone: (212)571-6111Attorney to be Noticed

Gladys Salvo: as Administrator of the estate of Samuel
Salvo, deceased and on behalf of all survivors of Samuel
Salvo
**Plaintiff**

Donald J. Nolan
Lead Attorney

Nolan Law Group
20 N. Clark St., 30th Floor
Chicago, IL 60602
USA
Phone: (312)630-4000Fax: (312)630-4011Attorney to be
Noticed

Floyd A. Wisner
Lead Attorney

Nolan Law Group
20 N. Clark St., 30th Floor
Chicago, IL 60602
USA
Phone: (312)630-4000Fax: (312)630-4011Attorney to be
Noticed

Christine R. Huhn
**Plaintiff**

Donald J. Nolan
Lead Attorney

## Litigants

## Attorneys

Nolan Law Group
20 N. Clark St., 30th Floor
Chicago, IL 60602
USA
Phone: (312)630-4000Fax: (312)630-4011Attorney to be Noticed

Floyd A. Wisner
Lead Attorney

Nolan Law Group
20 N. Clark St., 30th Floor
Chicago, IL 60602
USA
Phone: (312)630-4000Fax: (312)630-4011Attorney to be Noticed

Lynn B. Pescherine
**Plaintiff**

Donald J. Nolan
Lead Attorney

Nolan Law Group
20 N. Clark St., 30th Floor
Chicago, IL 60602
USA
Phone: (312)630-4000Fax: (312)630-4011Attorney to be Noticed

Floyd A. Wisner
Lead Attorney

Nolan Law Group
20 N. Clark St., 30th Floor
Chicago, IL 60602
USA
Phone: (312)630-4000Fax: (312)630-4011Attorney to be Noticed

Linda E. Thorpe
**Plaintiff**

Donald J. Nolan
Lead Attorney

Nolan Law Group
20 N. Clark St., 30th Floor
Chicago, IL 60602
USA
Phone: (312)630-4000Fax: (312)630-4011Attorney to be Noticed

Floyd A. Wisner
Lead Attorney

Nolan Law Group
20 N. Clark St., 30th Floor
Chicago, IL 60602
USA
Phone: (312)630-4000Fax: (312)630-4011Attorney to be Noticed

| Litigants | Attorneys |
|---|---|
| Clifford Tempesta<br>**Plaintiff** | Donald J. Nolan<br>Lead Attorney<br><br>Nolan Law Group<br>20 N. Clark St., 30th Floor<br>Chicago, IL 60602<br>USA<br>Phone: (312)630-4000Fax: (312)630-4011Attorney to be Noticed<br><br>Floyd A. Wisner<br>Lead Attorney<br><br>Nolan Law Group<br>20 N. Clark St., 30th Floor<br>Chicago, IL 60602<br>USA<br>Phone: (312)630-4000Fax: (312)630-4011Attorney to be Noticed |
| Chiemi York: Individually and as Amdministatrix of the Estate of Kevin Patrick York,deceased, and on behalf of all survivors of Kevin Patrick York<br>**Plaintiff** | Dorothea M. Capone<br>Lead Attorney<br><br>Baumeister & Samuels, P.C.<br>One Exchange Plaza, 15th Floor<br>New York, NY 10006<br>USA<br>Phone: (212)363-1200Fax: (212)363-1346Attorney to be Noticed<br><br>Michel F. Baumeister<br>Lead Attorney<br><br>Baumeister & Samuels, P.C.<br>One Exchange Plaza, 15th Floor<br>New York, NY 10006<br>USA<br>Phone: (212)363-1200Fax: (212)363-1346Attorney to be Noticed |
| Jennifer Tarantino: Individually and as Executrix of the Estate of Kenneth Trantino, deceased, and on behalf of all survivors of Kenneth Tarantino<br>**Plaintiff** | Dorothea M. Capone<br>Lead Attorney<br><br>Baumeister & Samuels, P.C.<br>One Exchange Plaza, 15th Floor<br>New York, NY 10006<br>USA<br>Phone: (212)363-1200Fax: (212)363-1346Attorney to be Noticed<br><br>Michel F. Baumeister<br>Lead Attorney<br><br>Baumeister & Samuels, P.C.<br>One Exchange Plaza, 15th Floor<br>New York, NY 10006<br>USA<br>Phone: (212)363-1200Fax: (212)363-1346Attorney to be |

Page 167 of 933

Case 2:16-cv-04435-PA-MRW Re: Terrorist Attacks on September 11, 2001 Document 103-1 Filed 05/16/07 Page 487 of 883 Page ID #:10334

| Litigants | Attorneys |
|---|---|
| | Noticed |
| H. Michael Keden: Individually and Executor of the Estate of Adam Jay, deceased, and on behalf of all survivors of Adam Jay Lewis<br>**Plaintiff** | Dorothea M. Capone<br>Lead Attorney<br><br>Baumeister & Samuels, P.C.<br>One Exchange Plaza, 15th Floor<br>New York, NY 10006<br>USA<br>Phone: (212)363-1200Fax: (212)363-1346Attorney to be Noticed<br><br>Michel F. Baumeister<br>Lead Attorney<br><br>Baumeister & Samuels, P.C.<br>One Exchange Plaza, 15th Floor<br>New York, NY 10006<br>USA<br>Phone: (212)363-1200Fax: (212)363-1346Attorney to be Noticed |
| Nancy Ann Foster: Individually and Administratrix of the estate of Noel John Foster, deceased, and on behalf of all survivivors of Noel John Foster<br>**Plaintiff** | Dorothea M. Capone<br>Lead Attorney<br><br>Baumeister & Samuels, P.C.<br>One Exchange Plaza, 15th Floor<br>New York, NY 10006<br>USA<br>Phone: (212)363-1200Fax: (212)363-1346Attorney to be Noticed<br><br>Michel F. Baumeister<br>Lead Attorney<br><br>Baumeister & Samuels, P.C.<br>One Exchange Plaza, 15th Floor<br>New York, NY 10006<br>USA<br>Phone: (212)363-1200Fax: (212)363-1346Attorney to be Noticed |
| Fiona Havlish<br>**Plaintiff** | Anne McGinness Kearse<br>Lead Attorney<br><br>Ness & Motley, P.A.<br>28 Bridgeside Boulevard<br>Mount Pleasant, SC 29465<br>USA<br>Phone: (843)216-9140Attorney to be Noticed<br><br>Edward H. Rubenstone<br>Lead Attorney<br><br>Four Greenwood Square<br>Suite 200<br>Bensalem, PA 19020<br>USA |

| Litigants | Attorneys |
|---|---|
| | Phone: (215)638-9330Attorney to be Noticed |

Phone: (215)638-9330Attorney to be Noticed

H. Patrick Donohue
Lead Attorney

Armstrong, Donohue, Ceppos & Vaughn, Chartered
204 Monroe Street#101
Rockville, MD 20854
USA
Phone: (301)251-0440Attorney to be Noticed

Jodi Westbrook Flowers
Lead Attorney

Motley Rice LLC (SC)
28 Bridgeside BoulevardP.O. Box 1792
Mount Pleasant, SC 29465
USA
Phone: (843)216-9163Fax: (843)216-9680Attorney to be Noticed

Joseph A. Cullen, Jr.
Lead Attorney

87 North Broad Street
Doylestown, PA 18901
USA
Phone: (215)348-7700Attorney to be Noticed

Patrick A. Malone
Lead Attorney

Stein, Mitchell & Mezines
1100 Connecticut Avenue NWSuite 1100
Washington, DC 20036
USA
Phone: (202)737-7777Attorney to be Noticed

Richard D. Burbridge
Lead Attorney

139 E. South Temple
Salt Lake City, UT 84111
USA
Phone: (801)355-6677Attorney to be Noticed

Robert D. Brain
Lead Attorney

Howarth and Smith (LA)
523 West Sixth Street, Suite 728
Los Angeles, CA 90014
USA
Phone: (213)955-9400Fax: (213)622-9400Attorney to be Noticed

Robert F. Muse
Lead Attorney

| Litigants | Attorneys |
|---|---|
| | Stein,Mitchell & Mezines,L.L.P.<br>1100 Connecticut Avenue, NWSuite 1100<br>Washington, DC 20036<br>USA<br>Phone: (202)737-7777Attorney to be Noticed<br><br>Ronald L. Motley<br>Lead Attorney<br><br>Motley Rice LLC (SC)<br>28 Bridgeside BoulevardP.O. Box 1792<br>Mount Pleasant, SC 29465<br>USA<br>Phone: (843)216-9000Fax: (843)216-9680Attorney to be Noticed |
| Russa Steiner: in her own right and as executrix of the estate of William Steiner, deceased<br>**Plaintiff** | David C. Lee<br>Lead Attorney<br><br>Law Offices of J D Lee<br>422 S.Gay Street<br>Knoxville, TN 37902<br>USA<br>Phone: (865)544-4101Attorney to be Noticed<br><br>Don Howarth<br>Lead Attorney<br><br>Howarth and Smith (LA)<br>523 West Sixth Street, Suite 728<br>Los Angeles, CA 90014<br>USA<br>Phone: (213)955-9400Fax: (213)622-9400Attorney to be Noticed<br><br>Donald J. Winder<br>Lead Attorney<br><br>Winder & Haslam<br>175 West 200 South #400<br>Salt Lake City, UT 84111<br>USA<br>Phone: (801)322-2222Attorney to be Noticed<br><br>Jack D. Cordray<br>Lead Attorney<br><br>Cordray Law Firm<br>Post Office Drawer 22857<br>Charleston, SC 29413<br>USA<br>Phone: (843)577-9761Fax: (843)853-6330Attorney to be Noticed<br><br>John Davis Lee<br>Lead Attorney<br><br>Law Offices of J D Lee |

| Litigants | Attorneys |
|---|---|
| | 422 S.Gay Street |
| | Knoxville, TN 37902 |
| | USA |
| | Phone: (865)544-4101Fax: (865)544-0536Attorney to be Noticed |
| | |
| | Richard D. Burbridge |
| | Lead Attorney |
| | |
| | 139 E. South Temple |
| | Salt Lake City, UT 84111 |
| | USA |
| | Phone: (801)355-6677Attorney to be Noticed |
| | |
| | Robert D. Brain |
| | Lead Attorney |
| | |
| | Howarth and Smith (LA) |
| | 523 West Sixth Street, Suite 728 |
| | Los Angeles, CA 90014 |
| | USA |
| | Phone: (213)955-9400Fax: (213)622-9400Attorney to be Noticed |
| | |
| | Suzelle M Smith |
| | Lead Attorney |
| | |
| | Howarth and Smith (LA) |
| | 523 West Sixth Street, Suite 728 |
| | Los Angeles, CA 90014 |
| | USA |
| | Phone: (212)955-9400Fax: (213)622-0791Attorney to be Noticed |
| Clara Chirchirillo: in her own right and as executrix of the estate of Peter Chichirillo **Plaintiff** | David C. Lee |
| | Lead Attorney |
| | |
| | Law Offices of J D Lee |
| | 422 S.Gay Street |
| | Knoxville, TN 37902 |
| | USA |
| | Phone: (865)544-4101Attorney to be Noticed |
| | |
| | Don Howarth |
| | Lead Attorney |
| | |
| | Howarth and Smith (LA) |
| | 523 West Sixth Street, Suite 728 |
| | Los Angeles, CA 90014 |
| | USA |
| | Phone: (213)955-9400Fax: (213)622-9400Attorney to be Noticed |
| | |
| | Donald J. Winder |
| | Lead Attorney |
| | |
| | Winder & Haslam |
| | 175 West 200 South #400 |
| | Salt Lake City, UT 84111 |

| Litigants | Attorneys |
|---|---|
|  | USA<br>Phone: (801)322-2222Attorney to be Noticed |

USA
Phone: (801)322-2222Attorney to be Noticed

Jack D. Cordray
Lead Attorney

Cordray Law Firm
Post Office Drawer 22857
Charleston, SC 29413
USA
Phone: (843)577-9761Fax: (843)853-6330Attorney to be
Noticed

John A. Corr
Lead Attorney

Mellon, Webster & Shelly
87 N. Broad Street
Doylestown, PA 18901
USA
Phone: (215)348-7700Fax: (215)348-0171Attorney to be
Noticed

John Davis Lee
Lead Attorney

Law Offices of J D Lee
422 S.Gay Street
Knoxville, TN 37902
USA
Phone: (865)544-4101Fax: (865)544-0536Attorney to be
Noticed

Richard D. Burbridge
Lead Attorney

139 E. South Temple
Salt Lake City, UT 84111
USA
Phone: (801)355-6677Attorney to be Noticed

Robert D. Brain
Lead Attorney

Howarth and Smith (LA)
523 West Sixth Street, Suite 728
Los Angeles, CA 90014
USA
Phone: (213)955-9400Fax: (213)622-9400Attorney to be
Noticed

Suzelle M Smith
Lead Attorney

Howarth and Smith (LA)
523 West Sixth Street, Suite 728
Los Angeles, CA 90014
USA
Phone: (212)955-9400Fax: (213)622-0791Attorney to be

| Litigants | Attorneys |
|---|---|
| | Noticed |
| Tara Bane: in her own right and as executrix of the estate of Michael A. Bane<br>**Plaintiff** | David C. Lee<br>Lead Attorney<br><br>Law Offices of J D Lee<br>422 S.Gay Street<br>Knoxville, TN 37902<br>USA<br>Phone: (865)544-4101Attorney to be Noticed<br><br>Don Howarth<br>Lead Attorney<br><br>Howarth and Smith (LA)<br>523 West Sixth Street, Suite 728<br>Los Angeles, CA 90014<br>USA<br>Phone: (213)955-9400Fax: (213)622-9400Attorney to be Noticed<br><br>Donald J. Winder<br>Lead Attorney<br><br>Winder & Haslam<br>175 West 200 South #400<br>Salt Lake City, UT 84111<br>USA<br>Phone: (801)322-2222Attorney to be Noticed<br><br>Jack D. Cordray<br>Lead Attorney<br><br>Cordray Law Firm<br>Post Office Drawer 22857<br>Charleston, SC 29413<br>USA<br>Phone: (843)577-9761Fax: (843)853-6330Attorney to be Noticed<br><br>John A. Corr<br>Lead Attorney<br><br>Mellon, Webster & Shelly<br>87 N. Broad Street<br>Doylestown, PA 18901<br>USA<br>Phone: (215)348-7700Fax: (215)348-0171Attorney to be Noticed<br><br>John Davis Lee<br>Lead Attorney<br><br>Law Offices of J D Lee<br>422 S.Gay Street<br>Knoxville, TN 37902<br>USA<br>Phone: (865)544-4101Fax: (865)544-0536Attorney to be Noticed |

| Litigants | Attorneys |
|-----------|-----------|
| | Joseph A. Cullen, Jr.<br>Lead Attorney<br><br>87 North Broad Street<br>Doylestown, PA 18901<br>USA<br>Phone: (215)348-7700Attorney to be Noticed<br><br>Richard D. Burbridge<br>Lead Attorney<br><br>139 E. South Temple<br>Salt Lake City, UT 84111<br>USA<br>Phone: (801)355-6677Attorney to be Noticed<br><br>Robert D. Brain<br>Lead Attorney<br><br>Howarth and Smith (LA)<br>523 West Sixth Street, Suite 728<br>Los Angeles, CA 90014<br>USA<br>Phone: (213)955-9400Fax: (213)622-9400Attorney to be Noticed<br><br>Stephen A. Corr<br>Lead Attorney<br><br>Mellon, Webster & Shelly<br>87 N. Broad Street<br>Doylestown, PA 18901<br>USA<br>Phone: (215)348-7700Fax: (215)348-0171Attorney to be Noticed<br><br>Suzelle M Smith<br>Lead Attorney<br><br>Howarth and Smith (LA)<br>523 West Sixth Street, Suite 728<br>Los Angeles, CA 90014<br>USA<br>Phone: (212)955-9400Fax: (213)622-0791Attorney to be Noticed |
| Grace M. Parkinson-Godshalk,: in her own right and administratrix of the estate od William R. Godshalk<br>**Plaintiff** | David C. Lee<br>Lead Attorney<br><br>Law Offices of J D Lee<br>422 S.Gay Street<br>Knoxville, TN 37902<br>USA<br>Phone: (865)544-4101Attorney to be Noticed<br><br>Don Howarth<br>Lead Attorney |

| Litigants | Attorneys |
|-----------|-----------|

Howarth and Smith (LA)
523 West Sixth Street, Suite 728
Los Angeles, CA 90014
USA
Phone: (213)955-9400Fax: (213)622-9400Attorney to be Noticed

Jack D. Cordray
Lead Attorney

Cordray Law Firm
Post Office Drawer 22857
Charleston, SC 29413
USA
Phone: (843)577-9761Fax: (843)853-6330Attorney to be Noticed

John A. Corr
Lead Attorney

Mellon, Webster & Shelly
87 N. Broad Street
Doylestown, PA 18901
USA
Phone: (215)348-7700Fax: (215)348-0171Attorney to be Noticed

John Davis Lee
Lead Attorney

Law Offices of J D Lee
422 S.Gay Street
Knoxville, TN 37902
USA
Phone: (865)544-4101Fax: (865)544-0536Attorney to be Noticed

Joseph A. Cullen, Jr.
Lead Attorney

87 North Broad Street
Doylestown, PA 18901
USA
Phone: (215)348-7700Attorney to be Noticed

Richard D. Burbridge
Lead Attorney

139 E. South Temple
Salt Lake City, UT 84111
USA
Phone: (801)355-6677Attorney to be Noticed

Robert D. Brain
Lead Attorney

Howarth and Smith (LA)
523 West Sixth Street, Suite 728

| Litigants | Attorneys |
|---|---|
| | Los Angeles, CA 90014<br>USA<br>Phone: (213)955-9400Fax: (213)622-9400Attorney to be Noticed<br><br>Suzelle M Smith<br>Lead Attorney<br><br>Howarth and Smith (LA)<br>523 West Sixth Street, Suite 728<br>Los Angeles, CA 90014<br>USA<br>Phone: (212)955-9400Fax: (213)622-0791Attorney to be Noticed |
| Ellen L. Saracini: in her own right and as executrix of the estate of Victor J. Saracini,deceased<br>**Plaintiff** | David C. Lee<br>Lead Attorney<br><br>Law Offices of J D Lee<br>422 S.Gay Street<br>Knoxville, TN 37902<br>USA<br>Phone: (865)544-4101Attorney to be Noticed<br><br>Don Howarth<br>Lead Attorney<br><br>Howarth and Smith (LA)<br>523 West Sixth Street, Suite 728<br>Los Angeles, CA 90014<br>USA<br>Phone: (213)955-9400Fax: (213)622-9400Attorney to be Noticed<br><br>Donald J. Winder<br>Lead Attorney<br><br>Winder & Haslam<br>175 West 200 South #400<br>Salt Lake City, UT 84111<br>USA<br>Phone: (801)322-2222Attorney to be Noticed<br><br>Jack D. Cordray<br>Lead Attorney<br><br>Cordray Law Firm<br>Post Office Drawer 22857<br>Charleston, SC 29413<br>USA<br>Phone: (843)577-9761Fax: (843)853-6330Attorney to be Noticed<br><br>John A. Corr<br>Lead Attorney<br><br>Mellon, Webster & Shelly<br>87 N. Broad Street<br>Doylestown, PA 18901 |

| Litigants | Attorneys |
|---|---|
| | USA<br>Phone: (215)348-7700Fax: (215)348-0171Attorney to be Noticed<br><br>John Davis Lee<br>Lead Attorney<br><br>Law Offices of J D Lee<br>422 S.Gay Street<br>Knoxville, TN 37902<br>USA<br>Phone: (865)544-4101Fax: (865)544-0536Attorney to be Noticed<br><br>Joseph A. Cullen, Jr.<br>Lead Attorney<br><br>87 North Broad Street<br>Doylestown, PA 18901<br>USA<br>Phone: (215)348-7700Attorney to be Noticed<br><br>Richard D. Burbridge<br>Lead Attorney<br><br>139 E. South Temple<br>Salt Lake City, UT 84111<br>USA<br>Phone: (801)355-6677Attorney to be Noticed<br><br>Robert D. Brain<br>Lead Attorney<br><br>Howarth and Smith (LA)<br>523 West Sixth Street, Suite 728<br>Los Angeles, CA 90014<br>USA<br>Phone: (213)955-9400Fax: (213)622-9400Attorney to be Noticed<br><br>Suzelle M Smith<br>Lead Attorney<br><br>Howarth and Smith (LA)<br>523 West Sixth Street, Suite 728<br>Los Angeles, CA 90014<br>USA<br>Phone: (212)955-9400Fax: (213)622-0791Attorney to be Noticed |
| TheresaAnn Lostrangio: in her own right and as executrix of the estate of Joseph Lostrangio<br>**Plaintiff** | David C. Lee<br>Lead Attorney<br><br>Law Offices of J D Lee<br>422 S.Gay Street<br>Knoxville, TN 37902<br>USA<br>Phone: (865)544-4101Attorney to be Noticed |

| Litigants | Attorneys |
|---|---|
| | Don Howarth<br>Lead Attorney<br><br>Howarth and Smith (LA)<br>523 West Sixth Street, Suite 728<br>Los Angeles, CA 90014<br>USA<br>Phone: (213)955-9400Fax: (213)622-9400Attorney to be Noticed<br><br>Donald J. Winder<br>Lead Attorney<br><br>Winder & Haslam<br>175 West 200 South #400<br>Salt Lake City, UT 84111<br>USA<br>Phone: (801)322-2222Attorney to be Noticed<br><br>Jack D. Cordray<br>Lead Attorney<br><br>Cordray Law Firm<br>Post Office Drawer 22857<br>Charleston, SC 29413<br>USA<br>Phone: (843)577-9761Fax: (843)853-6330Attorney to be Noticed<br><br>John A. Corr<br>Lead Attorney<br><br>Mellon, Webster & Shelly<br>87 N. Broad Street<br>Doylestown, PA 18901<br>USA<br>Phone: (215)348-7700Fax: (215)348-0171Attorney to be Noticed<br><br>John Davis Lee<br>Lead Attorney<br><br>Law Offices of J D Lee<br>422 S.Gay Street<br>Knoxville, TN 37902<br>USA<br>Phone: (865)544-4101Fax: (865)544-0536Attorney to be Noticed<br><br>Joseph A. Cullen, Jr.<br>Lead Attorney<br><br>87 North Broad Street<br>Doylestown, PA 18901<br>USA<br>Phone: (215)348-7700Attorney to be Noticed<br><br>Richard D. Burbridge |

| Litigants | Attorneys |
|---|---|
| | Lead Attorney |

139 E. South Temple
Salt Lake City, UT 84111
USA
Phone: (801)355-6677Attorney to be Noticed

Robert D. Brain
Lead Attorney

Howarth and Smith (LA)
523 West Sixth Street, Suite 728
Los Angeles, CA 90014
USA
Phone: (213)955-9400Fax: (213)622-9400Attorney to be
Noticed

Suzelle M Smith
Lead Attorney

Howarth and Smith (LA)
523 West Sixth Street, Suite 728
Los Angeles, CA 90014
USA
Phone: (212)955-9400Fax: (213)622-0791Attorney to be
Noticed

**Judith Reiss: in her own right and as administratrix of Joshua Scott Reiss, deceased**
**Plaintiff**

David C. Lee
Lead Attorney

Law Offices of J D Lee
422 S.Gay Street
Knoxville, TN 37902
USA
Phone: (865)544-4101Attorney to be Noticed

Don Howarth
Lead Attorney

Howarth and Smith (LA)
523 West Sixth Street, Suite 728
Los Angeles, CA 90014
USA
Phone: (213)955-9400Fax: (213)622-9400Attorney to be
Noticed

Donald J. Winder
Lead Attorney

Winder & Haslam
175 West 200 South #400
Salt Lake City, UT 84111
USA
Phone: (801)322-2222Attorney to be Noticed

Jack D. Cordray
Lead Attorney

Cordray Law Firm

## Litigants

## Attorneys

Post Office Drawer 22857
Charleston, SC 29413
USA
Phone: (843)577-9761Fax: (843)853-6330Attorney to be Noticed

John Davis Lee
Lead Attorney

Law Offices of J D Lee
422 S.Gay Street
Knoxville, TN 37902
USA
Phone: (865)544-4101Fax: (865)544-0536Attorney to be Noticed

Richard D. Burbridge
Lead Attorney

139 E. South Temple
Salt Lake City, UT 84111
USA
Phone: (801)355-6677Attorney to be Noticed

Robert D. Brain
Lead Attorney

Howarth and Smith (LA)
523 West Sixth Street, Suite 728
Los Angeles, CA 90014
USA
Phone: (213)955-9400Fax: (213)622-9400Attorney to be Noticed

Suzelle M Smith
Lead Attorney

Howarth and Smith (LA)
523 West Sixth Street, Suite 728
Los Angeles, CA 90014
USA
Phone: (212)955-9400Fax: (213)622-0791Attorney to be Noticed

William Coale: in his own right and as administratrix of the estate of Jeffrey Alan Coale, deceased
**Plaintiff**

David C. Lee
Lead Attorney

Law Offices of J D Lee
422 S.Gay Street
Knoxville, TN 37902
USA
Phone: (865)544-4101Attorney to be Noticed

Don Howarth
Lead Attorney

Howarth and Smith (LA)
523 West Sixth Street, Suite 728
Los Angeles, CA 90014

| Litigants | Attorneys |
|---|---|
| | USA<br>Phone: (213)955-9400Fax: (213)622-9400Attorney to be Noticed<br><br>Donald J. Winder<br>Lead Attorney<br><br>Winder & Haslam<br>175 West 200 South #400<br>Salt Lake City, UT 84111<br>USA<br>Phone: (801)322-2222Attorney to be Noticed<br><br>Jack D. Cordray<br>Lead Attorney<br><br>Cordray Law Firm<br>Post Office Drawer 22857<br>Charleston, SC 29413<br>USA<br>Phone: (843)577-9761Fax: (843)853-6330Attorney to be Noticed<br><br>John Davis Lee<br>Lead Attorney<br><br>Law Offices of J D Lee<br>422 S.Gay Street<br>Knoxville, TN 37902<br>USA<br>Phone: (865)544-4101Fax: (865)544-0536Attorney to be Noticed<br><br>Richard D. Burbridge<br>Lead Attorney<br><br>139 E. South Temple<br>Salt Lake City, UT 84111<br>USA<br>Phone: (801)355-6677Attorney to be Noticed<br><br>Robert D. Brain<br>Lead Attorney<br><br>Howarth and Smith (LA)<br>523 West Sixth Street, Suite 728<br>Los Angeles, CA 90014<br>USA<br>Phone: (213)955-9400Fax: (213)622-9400Attorney to be Noticed<br><br>Suzelle M Smith<br>Lead Attorney<br><br>Howarth and Smith (LA)<br>523 West Sixth Street, Suite 728<br>Los Angeles, CA 90014<br>USA<br>Phone: (212)955-9400Fax: (213)622-0791Attorney to be |

| Litigants | Attorneys |
|---|---|
| | Noticed |
| Patricia J. Perry: in her own right and as executrix of the estate of John William Perry, deceased<br>**Plaintiff** | David C. Lee<br>Lead Attorney<br><br>Law Offices of J D Lee<br>422 S.Gay Street<br>Knoxville, TN 37902<br>USA<br>Phone: (865)544-4101Attorney to be Noticed<br><br>Don Howarth<br>Lead Attorney<br><br>Howarth and Smith (LA)<br>523 West Sixth Street, Suite 728<br>Los Angeles, CA 90014<br>USA<br>Phone: (213)955-9400Fax: (213)622-9400Attorney to be Noticed<br><br>Donald J. Winder<br>Lead Attorney<br><br>Winder & Haslam<br>175 West 200 South #400<br>Salt Lake City, UT 84111<br>USA<br>Phone: (801)322-2222Attorney to be Noticed<br><br>Jack D. Cordray<br>Lead Attorney<br><br>Cordray Law Firm<br>Post Office Drawer 22857<br>Charleston, SC 29413<br>USA<br>Phone: (843)577-9761Fax: (843)853-6330Attorney to be Noticed<br><br>John Davis Lee<br>Lead Attorney<br><br>Law Offices of J D Lee<br>422 S.Gay Street<br>Knoxville, TN 37902<br>USA<br>Phone: (865)544-4101Fax: (865)544-0536Attorney to be Noticed<br><br>Richard D. Burbridge<br>Lead Attorney<br><br>139 E. South Temple<br>Salt Lake City, UT 84111<br>USA<br>Phone: (801)355-6677Attorney to be Noticed<br><br>Robert D. Brain |

| Litigants | Attorneys |
|---|---|
| | Lead Attorney |
| | Howarth and Smith (LA)<br>523 West Sixth Street, Suite 728<br>Los Angeles, CA 90014<br>USA<br>Phone: (213)955-9400Fax: (213)622-9400Attorney to be Noticed |
| | Suzelle M Smith<br>Lead Attorney |
| | Howarth and Smith (LA)<br>523 West Sixth Street, Suite 728<br>Los Angeles, CA 90014<br>USA<br>Phone: (212)955-9400Fax: (213)622-0791Attorney to be Noticed |
| Ralph Maerz, Jr.: as parent and on behalf of the family of Noell Maerz, deceased<br>**Plaintiff** | David C. Lee<br>Lead Attorney |
| | Law Offices of J D Lee<br>422 S.Gay Street<br>Knoxville, TN 37902<br>USA<br>Phone: (865)544-4101Attorney to be Noticed |
| | Don Howarth<br>Lead Attorney |
| | Howarth and Smith (LA)<br>523 West Sixth Street, Suite 728<br>Los Angeles, CA 90014<br>USA<br>Phone: (213)955-9400Fax: (213)622-9400Attorney to be Noticed |
| | Donald J. Winder<br>Lead Attorney |
| | Winder & Haslam<br>175 West 200 South #400<br>Salt Lake City, UT 84111<br>USA<br>Phone: (801)322-2222Attorney to be Noticed |
| | Jack D. Cordray<br>Lead Attorney |
| | Cordray Law Firm<br>Post Office Drawer 22857<br>Charleston, SC 29413<br>USA<br>Phone: (843)577-9761Fax: (843)853-6330Attorney to be Noticed |
| | John Davis Lee<br>Lead Attorney |

## Litigants

## Attorneys

Law Offices of J D Lee
422 S.Gay Street
Knoxville, TN 37902
USA
Phone: (865)544-4101Fax: (865)544-0536Attorney to be Noticed

Richard D. Burbridge
Lead Attorney

139 E. South Temple
Salt Lake City, UT 84111
USA
Phone: (801)355-6677Attorney to be Noticed

Robert D. Brain
Lead Attorney

Howarth and Smith (LA)
523 West Sixth Street, Suite 728
Los Angeles, CA 90014
USA
Phone: (213)955-9400Fax: (213)622-9400Attorney to be Noticed

Suzelle M Smith
Lead Attorney

Howarth and Smith (LA)
523 West Sixth Street, Suite 728
Los Angeles, CA 90014
USA
Phone: (212)955-9400Fax: (213)622-0791Attorney to be Noticed

Linda Panik: as parent and on behalf of the family of Lt. Jonas Martin Panik, deceased
**Plaintiff**

David C. Lee
Lead Attorney

Law Offices of J D Lee
422 S.Gay Street
Knoxville, TN 37902
USA
Phone: (865)544-4101Attorney to be Noticed

Don Howarth
Lead Attorney

Howarth and Smith (LA)
523 West Sixth Street, Suite 728
Los Angeles, CA 90014
USA
Phone: (213)955-9400Fax: (213)622-9400Attorney to be Noticed

Donald J. Winder
Lead Attorney

Winder & Haslam

## Litigants | ## Attorneys

175 West 200 South #400
Salt Lake City, UT 84111
USA
Phone: (801)322-2222Attorney to be Noticed

Jack D. Cordray
Lead Attorney

Cordray Law Firm
Post Office Drawer 22857
Charleston, SC 29413
USA
Phone: (843)577-9761Fax: (843)853-6330Attorney to be Noticed

John Davis Lee
Lead Attorney

Law Offices of J D Lee
422 S.Gay Street
Knoxville, TN 37902
USA
Phone: (865)544-4101Fax: (865)544-0536Attorney to be Noticed

Richard D. Burbridge
Lead Attorney

139 E. South Temple
Salt Lake City, UT 84111
USA
Phone: (801)355-6677Attorney to be Noticed

Robert D. Brain
Lead Attorney

Howarth and Smith (LA)
523 West Sixth Street, Suite 728
Los Angeles, CA 90014
USA
Phone: (213)955-9400Fax: (213)622-9400Attorney to be Noticed

Suzelle M Smith
Lead Attorney

Howarth and Smith (LA)
523 West Sixth Street, Suite 728
Los Angeles, CA 90014
USA
Phone: (212)955-9400Fax: (213)622-0791Attorney to be Noticed

Martin Panik: as parent of pf and on behalf of the family of Lt. Jonas Martin Panik, deceased
**Plaintiff**

David C. Lee
Lead Attorney

Law Offices of J D Lee
422 S.Gay Street
Knoxville, TN 37902

| Litigants | Attorneys |
|---|---|
| | USA<br>Phone: (865)544-4101 Attorney to be Noticed<br><br>Don Howarth<br>Lead Attorney<br><br>Howarth and Smith (LA)<br>523 West Sixth Street, Suite 728<br>Los Angeles, CA 90014<br>USA<br>Phone: (213)955-9400 Fax: (213)622-9400 Attorney to be Noticed<br><br>Donald J. Winder<br>Lead Attorney<br><br>Winder & Haslam<br>175 West 200 South #400<br>Salt Lake City, UT 84111<br>USA<br>Phone: (801)322-2222 Attorney to be Noticed<br><br>Jack D. Cordray<br>Lead Attorney<br><br>Cordray Law Firm<br>Post Office Drawer 22857<br>Charleston, SC 29413<br>USA<br>Phone: (843)577-9761 Fax: (843)853-6330 Attorney to be Noticed<br><br>John Davis Lee<br>Lead Attorney<br><br>Law Offices of J D Lee<br>422 S.Gay Street<br>Knoxville, TN 37902<br>USA<br>Phone: (865)544-4101 Fax: (865)544-0536 Attorney to be Noticed<br><br>Richard D. Burbridge<br>Lead Attorney<br><br>139 E. South Temple<br>Salt Lake City, UT 84111<br>USA<br>Phone: (801)355-6677 Attorney to be Noticed<br><br>Robert D. Brain<br>Lead Attorney<br><br>Howarth and Smith (LA)<br>523 West Sixth Street, Suite 728<br>Los Angeles, CA 90014<br>USA<br>Phone: (213)955-9400 Fax: (213)622-9400 Attorney to be Noticed |

| Litigants | Attorneys |
|---|---|
| | Suzelle M Smith<br>Lead Attorney<br><br>Howarth and Smith (LA)<br>523 West Sixth Street, Suite 728<br>Los Angeles, CA 90014<br>USA<br>Phone: (212)955-9400Fax: (213)622-0791Attorney to be Noticed |
| Martina Lyne-Ann Panik: as the sister of Lt. Jonas Martin Panik<br>**Plaintiff** | David C. Lee<br>Lead Attorney<br><br>Law Offices of J D Lee<br>422 S.Gay Street<br>Knoxville, TN 37902<br>USA<br>Phone: (865)544-4101Attorney to be Noticed<br><br>Don Howarth<br>Lead Attorney<br><br>Howarth and Smith (LA)<br>523 West Sixth Street, Suite 728<br>Los Angeles, CA 90014<br>USA<br>Phone: (213)955-9400Fax: (213)622-9400Attorney to be Noticed<br><br>Donald J. Winder<br>Lead Attorney<br><br>Winder & Haslam<br>175 West 200 South #400<br>Salt Lake City, UT 84111<br>USA<br>Phone: (801)322-2222Attorney to be Noticed<br><br>Jack D. Cordray<br>Lead Attorney<br><br>Cordray Law Firm<br>Post Office Drawer 22857<br>Charleston, SC 29413<br>USA<br>Phone: (843)577-9761Fax: (843)853-6330Attorney to be Noticed<br><br>John Davis Lee<br>Lead Attorney<br><br>Law Offices of J D Lee<br>422 S.Gay Street<br>Knoxville, TN 37902<br>USA<br>Phone: (865)544-4101Fax: (865)544-0536Attorney to be Noticed |

## Litigants

## Attorneys

Richard D. Burbridge
Lead Attorney

139 E. South Temple
Salt Lake City, UT 84111
USA
Phone: (801)355-6677Attorney to be Noticed

Robert D. Brain
Lead Attorney

Howarth and Smith (LA)
523 West Sixth Street, Suite 728
Los Angeles, CA 90014
USA
Phone: (213)955-9400Fax: (213)622-9400Attorney to be
Noticed

Suzelle M Smith
Lead Attorney

Howarth and Smith (LA)
523 West Sixth Street, Suite 728
Los Angeles, CA 90014
USA
Phone: (212)955-9400Fax: (213)622-0791Attorney to be
Noticed

Loisanne Diehl: in her own right and executrix of the estate of
Michael Diehl, deceased
**Plaintiff**

David C. Lee
Lead Attorney

Law Offices of J D Lee
422 S.Gay Street
Knoxville, TN 37902
USA
Phone: (865)544-4101Attorney to be Noticed

Don Howarth
Lead Attorney

Howarth and Smith (LA)
523 West Sixth Street, Suite 728
Los Angeles, CA 90014
USA
Phone: (213)955-9400Fax: (213)622-9400Attorney to be
Noticed

Jack D. Cordray
Lead Attorney

Cordray Law Firm
Post Office Drawer 22857
Charleston, SC 29413
USA
Phone: (843)577-9761Fax: (843)853-6330Attorney to be
Noticed

John Davis Lee

| Litigants | Attorneys |
|---|---|
| | Lead Attorney<br><br>Law Offices of J D Lee<br>422 S.Gay Street<br>Knoxville, TN 37902<br>USA<br>Phone: (865)544-4101Fax: (865)544-0536Attorney to be Noticed<br><br>Richard D. Burbridge<br>Lead Attorney<br><br>139 E. South Temple<br>Salt Lake City, UT 84111<br>USA<br>Phone: (801)355-6677Attorney to be Noticed<br><br>Robert D. Brain<br>Lead Attorney<br><br>Howarth and Smith (LA)<br>523 West Sixth Street, Suite 728<br>Los Angeles, CA 90014<br>USA<br>Phone: (213)955-9400Fax: (213)622-9400Attorney to be Noticed<br><br>Suzelle M Smith<br>Lead Attorney<br><br>Howarth and Smith (LA)<br>523 West Sixth Street, Suite 728<br>Los Angeles, CA 90014<br>USA<br>Phone: (212)955-9400Fax: (213)622-0791Attorney to be Noticed |
| Jin Liu: in her own right as as executrix of the estate of Liming Gu, deceased<br>**Plaintiff** | David C. Lee<br>Lead Attorney<br><br>Law Offices of J D Lee<br>422 S.Gay Street<br>Knoxville, TN 37902<br>USA<br>Phone: (865)544-4101Attorney to be Noticed<br><br>Don Howarth<br>Lead Attorney<br><br>Howarth and Smith (LA)<br>523 West Sixth Street, Suite 728<br>Los Angeles, CA 90014<br>USA<br>Phone: (213)955-9400Fax: (213)622-9400Attorney to be Noticed<br><br>Donald J. Winder<br>Lead Attorney |

## Litigants

## Attorneys

Winder & Haslam
175 West 200 South #400
Salt Lake City, UT 84111
USA
Phone: (801)322-2222Attorney to be Noticed

Jack D. Cordray
Lead Attorney

Cordray Law Firm
Post Office Drawer 22857
Charleston, SC 29413
USA
Phone: (843)577-9761Fax: (843)853-6330Attorney to be Noticed

John Davis Lee
Lead Attorney

Law Offices of J D Lee
422 S.Gay Street
Knoxville, TN 37902
USA
Phone: (865)544-4101Fax: (865)544-0536Attorney to be Noticed

Richard D. Burbridge
Lead Attorney

139 E. South Temple
Salt Lake City, UT 84111
USA
Phone: (801)355-6677Attorney to be Noticed

Robert D. Brain
Lead Attorney

Howarth and Smith (LA)
523 West Sixth Street, Suite 728
Los Angeles, CA 90014
USA
Phone: (213)955-9400Fax: (213)622-9400Attorney to be Noticed

Suzelle M Smith
Lead Attorney

Howarth and Smith (LA)
523 West Sixth Street, Suite 728
Los Angeles, CA 90014
USA
Phone: (212)955-9400Fax: (213)622-0791Attorney to be Noticed

Thomas E. Burnett, Sr.: as the parent and on behalf of the family of Thomas E. Burnett, Jr.
**Plaintiff**

Allan Gerson
Lead Attorney

Hanly Conroy Bierstein & Sheridan LLP

EXHIBIT 8, PAGE 661

| Litigants | Attorneys |
|---|---|
| | 415 Madison Avenue<br>New York, NY 10017<br>USA<br>Phone: (202)966-8557Fax: (202)966-8557Attorney to be<br>Noticed<br><br>David C. Lee<br>Lead Attorney<br><br>Law Offices of J D Lee<br>422 S.Gay Street<br>Knoxville, TN 37902<br>USA<br>Phone: (865)544-4101Attorney to be Noticed<br><br>Don Howarth<br>Lead Attorney<br><br>Howarth and Smith (LA)<br>523 West Sixth Street, Suite 728<br>Los Angeles, CA 90014<br>USA<br>Phone: (213)955-9400Fax: (213)622-9400Attorney to be<br>Noticed<br><br>Donald J. Winder<br>Lead Attorney<br><br>Winder & Haslam<br>175 West 200 South #400<br>Salt Lake City, UT 84111<br>USA<br>Phone: (801)322-2222Attorney to be Noticed<br><br>Jack D. Cordray<br>Lead Attorney<br><br>Cordray Law Firm<br>Post Office Drawer 22857<br>Charleston, SC 29413<br>USA<br>Phone: (843)577-9761Fax: (843)853-6330Attorney to be<br>Noticed<br><br>John Davis Lee<br>Lead Attorney<br><br>Law Offices of J D Lee<br>422 S.Gay Street<br>Knoxville, TN 37902<br>USA<br>Phone: (865)544-4101Fax: (865)544-0536Attorney to be<br>Noticed<br><br>Justin Braun Kaplan<br>Lead Attorney<br><br>Motley Rice LLC (SC)<br>28 Bridgeside BoulevardP.O. Box 1792 |

| Litigants | Attorneys |
|---|---|
| | Mount Pleasant, SC 29465<br>USA<br>Phone: (843)216-9109Fax: (843)216-9680Attorney to be Noticed<br><br>Paul J. Hanly, Jr<br>Lead Attorney<br><br>Hanly Conroy Bierstein & Sheridan LLP<br>415 Madison Avenue<br>New York, NY 10017<br>USA<br>Phone: (212)784-6401Fax: (212)784-6420Attorney to be Noticed<br><br>Richard D. Burbridge<br>Lead Attorney<br><br>139 E. South Temple<br>Salt Lake City, UT 84111<br>USA<br>Phone: (801)355-6677Attorney to be Noticed<br><br>Robert D. Brain<br>Lead Attorney<br><br>Howarth and Smith (LA)<br>523 West Sixth Street, Suite 728<br>Los Angeles, CA 90014<br>USA<br>Phone: (213)955-9400Fax: (213)622-9400Attorney to be Noticed<br><br>Suzelle M Smith<br>Lead Attorney<br><br>Howarth and Smith (LA)<br>523 West Sixth Street, Suite 728<br>Los Angeles, CA 90014<br>USA<br>Phone: (212)955-9400Fax: (213)622-0791Attorney to be Noticed |
| Thomas Burnett: in his own right as father of Thomas E. Burnett, Jr. deceased<br>**Plaintiff** | Donald A. Migliori<br>Lead Attorney<br><br>Motley Rice LLC (SC)<br>28 Bridgeside BoulevardP.O. Box 1792<br>Mount Pleasant, SC 29465<br>USA<br>Phone: (401)457-7700Fax: (401)457-7708Attorney to be Noticed<br><br>Elizabeth S. Smith<br>Lead Attorney<br><br>Motley Rice LLC (SC)<br>28 Bridgeside BoulevardP.O. Box 1792<br>Mount Pleasant, SC 29465 |

## Litigants

## Attorneys

USA
Phone: (843)216-9240Fax: (843)216-9430Attorney to be Noticed

George R. Blakey
Lead Attorney

One Notre Dame Circle
Notre Dame, IN 46556
USA
Phone: (574)631-5717Attorney to be Noticed

Harry Huge
Lead Attorney

Harry Huge Law Firm, L.L.P.
1001 Pennsylvania Avenue, NW7th Floor
Washington, DC 20004
USA
Phone: (202)624-3932Fax: (843)720-8794Attorney to be Noticed

Harry Huge
Lead Attorney

Huge Law Firm
25 East Battery Street
Charleston, SC 29401
USA
Phone: (843)722-1628Fax: (843)720-8794Attorney to be Noticed

Jayne Conroy
Lead Attorney

Hanly Conroy Bierstein Sheridan Fisher & Hayes, LLP
112 Madison Avenue
New York, NY 10016
USA
Phone: (212)784-6402Fax: (212)784-6400Attorney to be Noticed

Jeffrey Scott Thompson
Lead Attorney

Motley Rice, L.L.C.
28 Bridgeside Boulevard
Mount Pleasant, SC 29464
USA
Phone: (843)216-9000Attorney to be Noticed

Jodi Westbrook Flowers
Lead Attorney

Motley Rice LLC (SC)
28 Bridgeside BoulevardP.O. Box 1792
Mount Pleasant, SC 29465
USA
Phone: (843)216-9163Fax: (843)216-9680Attorney to be

| Litigants | Attorneys |
|---|---|
| | Noticed |
| | Martin F. McMahon<br>Lead Attorney |
| | Reilly, Like, Tenety & Ambrosino<br>179 Little East Neck Road NorthP.O. Box 818<br>Babylon, NY 11702<br>USA<br>Phone: (516)669-3000Attorney to be Noticed |
| | Robert Turner Haefele<br>Lead Attorney |
| | Motley Rice LLC (SC)<br>28 Bridgeside BoulevardP.O. Box 1792<br>Mount Pleasant, SC 29465<br>USA<br>Phone: (843)216-9184Fax: (843)216-9450Attorney to be Noticed |
| | Ronald L. Motley<br>Lead Attorney |
| | Motley Rice LLC (SC)<br>28 Bridgeside BoulevardP.O. Box 1792<br>Mount Pleasant, SC 29465<br>USA<br>Phone: (843)216-9000Fax: (843)216-9680Attorney to be Noticed |
| Beverly Burnett: in her own right as the Mother od Thomas E. Burnett, Jr., deceased<br>**Plaintiff** | David C. Lee<br>Lead Attorney |
| | Law Offices of J D Lee<br>422 S.Gay Street<br>Knoxville, TN 37902<br>USA<br>Phone: (865)544-4101Attorney to be Noticed |
| | Don Howarth<br>Lead Attorney |
| | Howarth and Smith (LA)<br>523 West Sixth Street, Suite 728<br>Los Angeles, CA 90014<br>USA<br>Phone: (213)955-9400Fax: (213)622-9400Attorney to be Noticed |
| | Donald A. Migliori<br>Lead Attorney |
| | Motley Rice LLC (SC)<br>28 Bridgeside BoulevardP.O. Box 1792<br>Mount Pleasant, SC 29465<br>USA<br>Phone: (401)457-7700Fax: (401)457-7708Attorney to be Noticed |

| Litigants | Attorneys |
|---|---|

Elizabeth S. Smith
Lead Attorney

Motley Rice LLC (SC)
28 Bridgeside BoulevardP.O. Box 1792
Mount Pleasant, SC 29465
USA
Phone: (843)216-9240Fax: (843)216-9430Attorney to be
Noticed

George R. Blakey
Lead Attorney

One Notre Dame Circle
Notre Dame, IN 46556
USA
Phone: (574)631-5717Attorney to be Noticed

Harry Huge
Lead Attorney

Harry Huge Law Firm, L.L.P.
1001 Pennsylvania Avenue, NW7th Floor
Washington, DC 20004
USA
Phone: (202)624-3932Fax: (843)720-8794Attorney to be
Noticed

Harry Huge
Lead Attorney

Harry Huge Law Firm, L.L.P.
1001 Pennsylvania Avenue, NW7th Floor
Washington, DC 20004
USA
Phone: (202)624-3932Fax: (843)720-8794Attorney to be
Noticed

Jack D. Cordray
Lead Attorney

Cordray Law Firm
Post Office Drawer 22857
Charleston, SC 29413
USA
Phone: (843)577-9761Fax: (843)853-6330Attorney to be
Noticed

Jayne Conroy
Lead Attorney

Hanly Conroy Bierstein Sheridan Fisher & Hayes, LLP
112 Madison Avenue
New York, NY 10016
USA
Phone: (212)784-6402Fax: (212)784-6400Attorney to be
Noticed

Page 195 of 933
Case 2:16-cv-08495-PA-MRW: Document 103-1 Filed 05/16/07 Page 515 of 883 Page ID #:10362
Case 2:05-cv-01571-RMR re: Terrorist Attacks on September 11, 2001

| Litigants | Attorneys |
|---|---|

Jeffrey Scott Thompson
Lead Attorney

Motley Rice, L.L.C.
28 Bridgeside Boulevard
Mount Pleasant, SC 29464
USA
Phone: (843)216-9000Attorney to be Noticed

Jodi Westbrook Flowers
Lead Attorney

Motley Rice LLC (SC)
28 Bridgeside BoulevardP.O. Box 1792
Mount Pleasant, SC 29465
USA
Phone: (843)216-9163Fax: (843)216-9680Attorney to be Noticed

John Davis Lee
Lead Attorney

Law Offices of J D Lee
422 S.Gay Street
Knoxville, TN 37902
USA
Phone: (865)544-4101Fax: (865)544-0536Attorney to be Noticed

Robert D. Brain
Lead Attorney

Howarth and Smith (LA)
523 West Sixth Street, Suite 728
Los Angeles, CA 90014
USA
Phone: (213)955-9400Fax: (213)622-9400Attorney to be Noticed

Robert Turner Haefele
Lead Attorney

Motley Rice LLC (SC)
28 Bridgeside BoulevardP.O. Box 1792
Mount Pleasant, SC 29465
USA
Phone: (843)216-9184Fax: (843)216-9450Attorney to be Noticed

Ronald L. Motley
Lead Attorney

Motley Rice LLC (SC)
28 Bridgeside BoulevardP.O. Box 1792
Mount Pleasant, SC 29465
USA
Phone: (843)216-9000Fax: (843)216-9680Attorney to be Noticed

## Litigants

## Attorneys

Suzelle M Smith
Lead Attorney

Howarth and Smith (LA)
523 West Sixth Street, Suite 728
Los Angeles, CA 90014
USA
Phone: (212)955-9400Fax: (213)622-0791Attorney to be
Noticed

**Deena Burnett: in her own right and as Representative of the
Estate of Thomas E. Burnett, Jr., deceased**
**Plaintiff**

David C. Lee
Lead Attorney

Law Offices of J D Lee
422 S.Gay Street
Knoxville, TN 37902
USA
Phone: (865)544-4101Attorney to be Noticed

Don Howarth
Lead Attorney

Howarth and Smith (LA)
523 West Sixth Street, Suite 728
Los Angeles, CA 90014
USA
Phone: (213)955-9400Fax: (213)622-9400Attorney to be
Noticed

Donald A. Migliori
Lead Attorney

Motley Rice LLC (SC)
28 Bridgeside BoulevardP.O. Box 1792
Mount Pleasant, SC 29465
USA
Phone: (401)457-7700Fax: (401)457-7708Attorney to be
Noticed

Donald J. Winder
Lead Attorney

Winder & Haslam
175 West 200 South #400
Salt Lake City, UT 84111
USA
Phone: (801)322-2222Attorney to be Noticed

Elizabeth S. Smith
Lead Attorney

Motley Rice LLC (SC)
28 Bridgeside BoulevardP.O. Box 1792
Mount Pleasant, SC 29465
USA
Phone: (843)216-9240Fax: (843)216-9430Attorney to be
Noticed

## Litigants | Attorneys

George R. Blakey
Lead Attorney

One Notre Dame Circle
Notre Dame, IN 46556
USA
Phone: (574)631-5717Attorney to be Noticed

Harry Huge
Lead Attorney

Harry Huge Law Firm, L.L.P.
1001 Pennsylvania Avenue, NW7th Floor
Washington, DC 20004
USA
Phone: (202)624-3932Fax: (843)720-8794Attorney to be Noticed

Jack D. Cordray
Lead Attorney

Cordray Law Firm
Post Office Drawer 22857
Charleston, SC 29413
USA
Phone: (843)577-9761Fax: (843)853-6330Attorney to be Noticed

Jayne Conroy
Lead Attorney

Hanly Conroy Bierstein Sheridan Fisher & Hayes, LLP
112 Madison Avenue
New York, NY 10016
USA
Phone: (212)784-6402Fax: (212)784-6400Attorney to be Noticed

Jeffrey Scott Thompson
Lead Attorney

Motley Rice, L.L.C.
28 Bridgeside Boulevard
Mount Pleasant, SC 29464
USA
Phone: (843)216-9000Attorney to be Noticed

Jodi Westbrook Flowers
Lead Attorney

Motley Rice LLC (SC)
28 Bridgeside BoulevardP.O. Box 1792
Mount Pleasant, SC 29465
USA
Phone: (843)216-9163Fax: (843)216-9680Attorney to be Noticed

John Davis Lee

| Litigants | Attorneys |
|---|---|
| | Lead Attorney |
| | Law Offices of J D Lee<br>422 S.Gay Street<br>Knoxville, TN 37902<br>USA<br>Phone: (865)544-4101Fax: (865)544-0536Attorney to be Noticed |
| | Richard D. Burbridge<br>Lead Attorney |
| | 139 E. South Temple<br>Salt Lake City, UT 84111<br>USA<br>Phone: (801)355-6677Attorney to be Noticed |
| | Robert D. Brain<br>Lead Attorney |
| | Howarth and Smith (LA)<br>523 West Sixth Street, Suite 728<br>Los Angeles, CA 90014<br>USA<br>Phone: (213)955-9400Fax: (213)622-9400Attorney to be Noticed |
| | Robert Turner Haefele<br>Lead Attorney |
| | Motley Rice LLC (SC)<br>28 Bridgeside BoulevardP.O. Box 1792<br>Mount Pleasant, SC 29465<br>USA<br>Phone: (843)216-9184Fax: (843)216-9450Attorney to be Noticed |
| | Ronald L. Motley<br>Lead Attorney |
| | Motley Rice LLC (SC)<br>28 Bridgeside BoulevardP.O. Box 1792<br>Mount Pleasant, SC 29465<br>USA<br>Phone: (843)216-9000Fax: (843)216-9680Attorney to be Noticed |
| | Suzelle M Smith<br>Lead Attorney |
| | Howarth and Smith (LA)<br>523 West Sixth Street, Suite 728<br>Los Angeles, CA 90014<br>USA<br>Phone: (212)955-9400Fax: (213)622-0791Attorney to be Noticed |
| Mary Margaret Jurgens: in her own right as the Sister of Thomas E. Burnett Jr., deceased | David C. Lee<br>Lead Attorney |

## Litigants

## Attorneys

**Plaintiff**

Law Offices of J D Lee
422 S.Gay Street
Knoxville, TN 37902
USA
Phone: (865)544-4101 Attorney to be Noticed

Don Howarth
Lead Attorney

Howarth and Smith (LA)
523 West Sixth Street, Suite 728
Los Angeles, CA 90014
USA
Phone: (213)955-9400 Fax: (213)622-9400 Attorney to be Noticed

Donald A. Migliori
Lead Attorney

Motley Rice LLC (SC)
28 Bridgeside Boulevard P.O. Box 1792
Mount Pleasant, SC 29465
USA
Phone: (401)457-7700 Fax: (401)457-7708 Attorney to be Noticed

Elizabeth S. Smith
Lead Attorney

Motley Rice LLC (SC)
28 Bridgeside Boulevard P.O. Box 1792
Mount Pleasant, SC 29465
USA
Phone: (843)216-9240 Fax: (843)216-9430 Attorney to be Noticed

George R. Blakey
Lead Attorney

One Notre Dame Circle
Notre Dame, IN 46556
USA
Phone: (574)631-5717 Attorney to be Noticed

Harry Huge
Lead Attorney

Harry Huge Law Firm, L.L.P.
1001 Pennsylvania Avenue, NW 7th Floor
Washington, DC 20004
USA
Phone: (202)624-3932 Fax: (843)720-8794 Attorney to be Noticed

Jack D. Cordray
Lead Attorney

Cordray Law Firm

| Litigants | Attorneys |
|-----------|-----------|
| | Post Office Drawer 22857 |

Post Office Drawer 22857
Charleston, SC 29413
USA
Phone: (843)577-9761Fax: (843)853-6330Attorney to be
Noticed

Jayne Conroy
Lead Attorney

Hanly Conroy Bierstein Sheridan Fisher & Hayes, LLP
112 Madison Avenue
New York, NY 10016
USA
Phone: (212)784-6402Fax: (212)784-6400Attorney to be
Noticed

Jeffrey Scott Thompson
Lead Attorney

Motley Rice, L.L.C.
28 Bridgeside Boulevard
Mount Pleasant, SC 29464
USA
Phone: (843)216-9000Attorney to be Noticed

Jodi Westbrook Flowers
Lead Attorney

Motley Rice LLC (SC)
28 Bridgeside BoulevardP.O. Box 1792
Mount Pleasant, SC 29465
USA
Phone: (843)216-9163Fax: (843)216-9680Attorney to be
Noticed

John Davis Lee
Lead Attorney

Law Offices of J D Lee
422 S.Gay Street
Knoxville, TN 37902
USA
Phone: (865)544-4101Fax: (865)544-0536Attorney to be
Noticed

Robert D. Brain
Lead Attorney

Howarth and Smith (LA)
523 West Sixth Street, Suite 728
Los Angeles, CA 90014
USA
Phone: (213)955-9400Fax: (213)622-9400Attorney to be
Noticed

Ronald L. Motley
Lead Attorney

Motley Rice LLC (SC)

## Litigants

## Attorneys

28 Bridgeside BoulevardP.O. Box 1792
Mount Pleasant, SC 29465
USA
Phone: (843)216-9000Fax: (843)216-9680Attorney to be
Noticed

Suzelle M Smith
Lead Attorney

Howarth and Smith (LA)
523 West Sixth Street, Suite 728
Los Angeles, CA 90014
USA
Phone: (212)955-9400Fax: (213)622-0791Attorney to be
Noticed

Martha Burnett O'Brien: in her own right as the Sister of
Thomas E. Burnett, Jr., deceased
**Plaintiff**

David C. Lee
Lead Attorney

Law Offices of J D Lee
422 S.Gay Street
Knoxville, TN 37902
USA
Phone: (865)544-4101Attorney to be Noticed

Don Howarth
Lead Attorney

Howarth and Smith (LA)
523 West Sixth Street, Suite 728
Los Angeles, CA 90014
USA
Phone: (213)955-9400Fax: (213)622-9400Attorney to be
Noticed

Donald A. Migliori
Lead Attorney

Motley Rice LLC (SC)
28 Bridgeside BoulevardP.O. Box 1792
Mount Pleasant, SC 29465
USA
Phone: (401)457-7700Fax: (401)457-7708Attorney to be
Noticed

Elizabeth S. Smith
Lead Attorney

Motley Rice LLC (SC)
28 Bridgeside BoulevardP.O. Box 1792
Mount Pleasant, SC 29465
USA
Phone: (843)216-9240Fax: (843)216-9430Attorney to be
Noticed

George R. Blakey
Lead Attorney

One Notre Dame Circle

| Litigants | Attorneys |
|---|---|
| | Notre Dame, IN 46556 |
| | USA |
| | Phone: (574)631-5717Attorney to be Noticed |

Harry Huge
Lead Attorney

Harry Huge Law Firm, L.L.P.
1001 Pennsylvania Avenue, NW7th Floor
Washington, DC 20004
USA
Phone: (202)624-3932Fax: (843)720-8794Attorney to be Noticed

Jack D. Cordray
Lead Attorney

Cordray Law Firm
Post Office Drawer 22857
Charleston, SC 29413
USA
Phone: (843)577-9761Fax: (843)853-6330Attorney to be Noticed

Jayne Conroy
Lead Attorney

Hanly Conroy Bierstein Sheridan Fisher & Hayes, LLP
112 Madison Avenue
New York, NY 10016
USA
Phone: (212)784-6402Fax: (212)784-6400Attorney to be Noticed

Jeffrey Scott Thompson
Lead Attorney

Motley Rice, L.L.C.
28 Bridgeside Boulevard
Mount Pleasant, SC 29464
USA
Phone: (843)216-9000Attorney to be Noticed

Jodi Westbrook Flowers
Lead Attorney

Motley Rice LLC (SC)
28 Bridgeside BoulevardP.O. Box 1792
Mount Pleasant, SC 29465
USA
Phone: (843)216-9163Fax: (843)216-9680Attorney to be Noticed

John Davis Lee
Lead Attorney

Law Offices of J D Lee
422 S.Gay Street
Knoxville, TN 37902

| Litigants | Attorneys |
|---|---|
| | USA<br>Phone: (865)544-4101Fax: (865)544-0536Attorney to be Noticed<br><br>Robert D. Brain<br>Lead Attorney<br><br>Howarth and Smith (LA)<br>523 West Sixth Street, Suite 728<br>Los Angeles, CA 90014<br>USA<br>Phone: (213)955-9400Fax: (213)622-9400Attorney to be Noticed<br><br>Robert Turner Haefele<br>Lead Attorney<br><br>Motley Rice LLC (SC)<br>28 Bridgeside BoulevardP.O. Box 1792<br>Mount Pleasant, SC 29465<br>USA<br>Phone: (843)216-9184Fax: (843)216-9450Attorney to be Noticed<br><br>Ronald L. Motley<br>Lead Attorney<br><br>Motley Rice LLC (SC)<br>28 Bridgeside BoulevardP.O. Box 1792<br>Mount Pleasant, SC 29465<br>USA<br>Phone: (843)216-9000Fax: (843)216-9680Attorney to be Noticed<br><br>Suzelle M Smith<br>Lead Attorney<br><br>Howarth and Smith (LA)<br>523 West Sixth Street, Suite 728<br>Los Angeles, CA 90014<br>USA<br>Phone: (212)955-9400Fax: (213)622-0791Attorney to be Noticed |
| Sr. William Doyle: in his own right as the Father of Joseph M. Doyle, deceased<br>**Plaintiff** | David C. Lee<br>Lead Attorney<br><br>Law Offices of J D Lee<br>422 S.Gay Street<br>Knoxville, TN 37902<br>USA<br>Phone: (865)544-4101Attorney to be Noticed<br><br>Don Howarth<br>Lead Attorney<br><br>Howarth and Smith (LA)<br>523 West Sixth Street, Suite 728<br>Los Angeles, CA 90014 |

| Litigants | Attorneys |
|---|---|
| | USA<br>Phone: (213)955-9400Fax: (213)622-9400Attorney to be Noticed |

USA
Phone: (213)955-9400Fax: (213)622-9400Attorney to be Noticed

Donald A. Migliori
Lead Attorney

Motley Rice LLC (SC)
28 Bridgeside BoulevardP.O. Box 1792
Mount Pleasant, SC 29465
USA
Phone: (401)457-7700Fax: (401)457-7708Attorney to be Noticed

Elizabeth S. Smith
Lead Attorney

Motley Rice LLC (SC)
28 Bridgeside BoulevardP.O. Box 1792
Mount Pleasant, SC 29465
USA
Phone: (843)216-9240Fax: (843)216-9430Attorney to be Noticed

George R. Blakey
Lead Attorney

One Notre Dame Circle
Notre Dame, IN 46556
USA
Phone: (574)631-5717Attorney to be Noticed

Harry Huge
Lead Attorney

Harry Huge Law Firm, L.L.P.
1001 Pennsylvania Avenue, NW7th Floor
Washington, DC 20004
USA
Phone: (202)624-3932Fax: (843)720-8794Attorney to be Noticed

Jack D. Cordray
Lead Attorney

Cordray Law Firm
Post Office Drawer 22857
Charleston, SC 29413
USA
Phone: (843)577-9761Fax: (843)853-6330Attorney to be Noticed

Jayne Conroy
Lead Attorney

Hanly Conroy Bierstein Sheridan Fisher & Hayes, LLP
112 Madison Avenue
New York, NY 10016
USA

## Litigants                                    ## Attorneys

Phone: (212)784-6402Fax: (212)784-6400Attorney to be Noticed

Jeffrey Scott Thompson
Lead Attorney

Motley Rice, L.L.C.
28 Bridgeside Boulevard
Mount Pleasant, SC 29464
USA
Phone: (843)216-9000Attorney to be Noticed

Jodi Westbrook Flowers
Lead Attorney

Motley Rice LLC (SC)
28 Bridgeside BoulevardP.O. Box 1792
Mount Pleasant, SC 29465
USA
Phone: (843)216-9163Fax: (843)216-9680Attorney to be Noticed

John Davis Lee
Lead Attorney

Law Offices of J D Lee
422 S.Gay Street
Knoxville, TN 37902
USA
Phone: (865)544-4101Fax: (865)544-0536Attorney to be Noticed

Robert D. Brain
Lead Attorney

Howarth and Smith (LA)
523 West Sixth Street, Suite 728
Los Angeles, CA 90014
USA
Phone: (213)955-9400Fax: (213)622-9400Attorney to be Noticed

Robert Turner Haefele
Lead Attorney

Motley Rice LLC (SC)
28 Bridgeside BoulevardP.O. Box 1792
Mount Pleasant, SC 29465
USA
Phone: (843)216-9184Fax: (843)216-9450Attorney to be Noticed

Ronald L. Motley
Lead Attorney

Motley Rice LLC (SC)
28 Bridgeside BoulevardP.O. Box 1792
Mount Pleasant, SC 29465
USA

| Litigants | Attorneys |
|-----------|-----------|
| | Phone: (843)216-9000Fax: (843)216-9680Attorney to be Noticed |
| | Suzelle M Smith<br>Lead Attorney |
| | Howarth and Smith (LA)<br>523 West Sixth Street, Suite 728<br>Los Angeles, CA 90014<br>USA<br>Phone: (212)955-9400Fax: (213)622-0791Attorney to be Noticed |
| Camille Doyle: in her own right as the Mother of Joseph M. Doyle, deceased<br>**Plaintiff** | David C. Lee<br>Lead Attorney |
| | Law Offices of J D Lee<br>422 S.Gay Street<br>Knoxville, TN 37902<br>USA<br>Phone: (865)544-4101Attorney to be Noticed |
| | Don Howarth<br>Lead Attorney |
| | Howarth and Smith (LA)<br>523 West Sixth Street, Suite 728<br>Los Angeles, CA 90014<br>USA<br>Phone: (213)955-9400Fax: (213)622-9400Attorney to be Noticed |
| | Donald A. Migliori<br>Lead Attorney |
| | Motley Rice LLC (SC)<br>28 Bridgeside BoulevardP.O. Box 1792<br>Mount Pleasant, SC 29465<br>USA<br>Phone: (401)457-7700Fax: (401)457-7708Attorney to be Noticed |
| | Elizabeth S. Smith<br>Lead Attorney |
| | Motley Rice LLC (SC)<br>28 Bridgeside BoulevardP.O. Box 1792<br>Mount Pleasant, SC 29465<br>USA<br>Phone: (843)216-9240Fax: (843)216-9430Attorney to be Noticed |
| | George R. Blakey<br>Lead Attorney |
| | One Notre Dame Circle<br>Notre Dame, IN 46556<br>USA<br>Phone: (574)631-5717Attorney to be Noticed |

| Litigants | Attorneys |
| --- | --- |

Harry Huge
Lead Attorney

Harry Huge Law Firm, L.L.P.
1001 Pennsylvania Avenue, NW7th Floor
Washington, DC 20004
USA
Phone: (202)624-3932Fax: (843)720-8794Attorney to be
Noticed

Jack D. Cordray
Lead Attorney

Cordray Law Firm
Post Office Drawer 22857
Charleston, SC 29413
USA
Phone: (843)577-9761Fax: (843)853-6330Attorney to be
Noticed

Jayne Conroy
Lead Attorney

Hanly Conroy Bierstein Sheridan Fisher & Hayes, LLP
112 Madison Avenue
New York, NY 10016
USA
Phone: (212)784-6402Fax: (212)784-6400Attorney to be
Noticed

Jeffrey Scott Thompson
Lead Attorney

Motley Rice, L.L.C.
28 Bridgeside Boulevard
Mount Pleasant, SC 29464
USA
Phone: (843)216-9000Attorney to be Noticed

Jodi Westbrook Flowers
Lead Attorney

Motley Rice LLC (SC)
28 Bridgeside BoulevardP.O. Box 1792
Mount Pleasant, SC 29465
USA
Phone: (843)216-9163Fax: (843)216-9680Attorney to be
Noticed

John Davis Lee
Lead Attorney

Law Offices of J D Lee
422 S.Gay Street
Knoxville, TN 37902
USA
Phone: (865)544-4101Fax: (865)544-0536Attorney to be
Noticed

| Litigants | Attorneys |
|---|---|
| | Robert D. Brain<br>Lead Attorney<br><br>Howarth and Smith (LA)<br>523 West Sixth Street, Suite 728<br>Los Angeles, CA 90014<br>USA<br>Phone: (213)955-9400Fax: (213)622-9400Attorney to be Noticed<br><br>Robert Turner Haefele<br>Lead Attorney<br><br>Motley Rice LLC (SC)<br>28 Bridgeside BoulevardP.O. Box 1792<br>Mount Pleasant, SC 29465<br>USA<br>Phone: (843)216-9184Fax: (843)216-9450Attorney to be Noticed<br><br>Ronald L. Motley<br>Lead Attorney<br><br>Motley Rice LLC (SC)<br>28 Bridgeside BoulevardP.O. Box 1792<br>Mount Pleasant, SC 29465<br>USA<br>Phone: (843)216-9000Fax: (843)216-9680Attorney to be Noticed<br><br>Suzelle M Smith<br>Lead Attorney<br><br>Howarth and Smith (LA)<br>523 West Sixth Street, Suite 728<br>Los Angeles, CA 90014<br>USA<br>Phone: (212)955-9400Fax: (213)622-0791Attorney to be Noticed |
| William Doyle, Sr.: in his own right as the Brother of Joseph M. Doyle, deceased<br>**Plaintiff** | David C. Lee<br>Lead Attorney<br><br>Law Offices of J D Lee<br>422 S.Gay Street<br>Knoxville, TN 37902<br>USA<br>Phone: (865)544-4101Attorney to be Noticed<br><br>Don Howarth<br>Lead Attorney<br><br>Howarth and Smith (LA)<br>523 West Sixth Street, Suite 728<br>Los Angeles, CA 90014<br>USA<br>Phone: (213)955-9400Fax: (213)622-9400Attorney to be Noticed |

## Litigants

## Attorneys

Donald A. Migliori
Lead Attorney

Motley Rice LLC (SC)
28 Bridgeside BoulevardP.O. Box 1792
Mount Pleasant, SC 29465
USA
Phone: (401)457-7700Fax: (401)457-7708Attorney to be Noticed

Elizabeth S. Smith
Lead Attorney

Motley Rice LLC (SC)
28 Bridgeside BoulevardP.O. Box 1792
Mount Pleasant, SC 29465
USA
Phone: (843)216-9240Fax: (843)216-9430Attorney to be Noticed

George R. Blakey
Lead Attorney

One Notre Dame Circle
Notre Dame, IN 46556
USA
Phone: (574)631-5717Attorney to be Noticed

Harry Huge
Lead Attorney

Harry Huge Law Firm, L.L.P.
1001 Pennsylvania Avenue, NW7th Floor
Washington, DC 20004
USA
Phone: (202)624-3932Fax: (843)720-8794Attorney to be Noticed

Jack D. Cordray
Lead Attorney

Cordray Law Firm
Post Office Drawer 22857
Charleston, SC 29413
USA
Phone: (843)577-9761Fax: (843)853-6330Attorney to be Noticed

Jayne Conroy
Lead Attorney

Hanly Conroy Bierstein Sheridan Fisher & Hayes, LLP
112 Madison Avenue
New York, NY 10016
USA
Phone: (212)784-6402Fax: (212)784-6400Attorney to be Noticed

| Litigants | Attorneys |
|---|---|
| | Jeffrey Scott Thompson<br>Lead Attorney<br><br>Motley Rice, L.L.C.<br>28 Bridgeside Boulevard<br>Mount Pleasant, SC 29464<br>USA<br>Phone: (843)216-9000Attorney to be Noticed<br><br>Jodi Westbrook Flowers<br>Lead Attorney<br><br>Motley Rice LLC (SC)<br>28 Bridgeside BoulevardP.O. Box 1792<br>Mount Pleasant, SC 29465<br>USA<br>Phone: (843)216-9163Fax: (843)216-9680Attorney to be Noticed<br><br>John Davis Lee<br>Lead Attorney<br><br>Law Offices of J D Lee<br>422 S.Gay Street<br>Knoxville, TN 37902<br>USA<br>Phone: (865)544-4101Fax: (865)544-0536Attorney to be Noticed<br><br>Robert D. Brain<br>Lead Attorney<br><br>Howarth and Smith (LA)<br>523 West Sixth Street, Suite 728<br>Los Angeles, CA 90014<br>USA<br>Phone: (213)955-9400Fax: (213)622-9400Attorney to be Noticed<br><br>Robert Turner Haefele<br>Lead Attorney<br><br>Motley Rice LLC (SC)<br>28 Bridgeside BoulevardP.O. Box 1792<br>Mount Pleasant, SC 29465<br>USA<br>Phone: (843)216-9184Fax: (843)216-9450Attorney to be Noticed<br><br>Ronald L. Motley<br>Lead Attorney<br><br>Motley Rice LLC (SC)<br>28 Bridgeside BoulevardP.O. Box 1792<br>Mount Pleasant, SC 29465<br>USA<br>Phone: (843)216-9000Fax: (843)216-9680Attorney to be Noticed |

## Litigants

## Attorneys

Suzelle M Smith
Lead Attorney

Howarth and Smith (LA)
523 West Sixth Street, Suite 728
Los Angeles, CA 90014
USA
Phone: (212)955-9400Fax: (213)622-0791Attorney to be
Noticed

**Doreen Lutter: in her own right as the sister of Joseph Doyle,
deceases**
**Plaintiff**

David C. Lee
Lead Attorney

Law Offices of J D Lee
422 S.Gay Street
Knoxville, TN 37902
USA
Phone: (865)544-4101Attorney to be Noticed

Don Howarth
Lead Attorney

Howarth and Smith (LA)
523 West Sixth Street, Suite 728
Los Angeles, CA 90014
USA
Phone: (213)955-9400Fax: (213)622-9400Attorney to be
Noticed

Donald A. Migliori
Lead Attorney

Motley Rice LLC (SC)
28 Bridgeside BoulevardP.O. Box 1792
Mount Pleasant, SC 29465
USA
Phone: (401)457-7700Fax: (401)457-7708Attorney to be
Noticed

Elizabeth S. Smith
Lead Attorney

Motley Rice LLC (SC)
28 Bridgeside BoulevardP.O. Box 1792
Mount Pleasant, SC 29465
USA
Phone: (843)216-9240Fax: (843)216-9430Attorney to be
Noticed

George R. Blakey
Lead Attorney

One Notre Dame Circle
Notre Dame, IN 46556
USA
Phone: (574)631-5717Attorney to be Noticed

Harry Huge

| Litigants | Attorneys |
|---|---|
| | Lead Attorney |

Harry Huge Law Firm, L.L.P.
1001 Pennsylvania Avenue, NW7th Floor
Washington, DC 20004
USA
Phone: (202)624-3932Fax: (843)720-8794Attorney to be Noticed

Jack D. Cordray
Lead Attorney

Cordray Law Firm
Post Office Drawer 22857
Charleston, SC 29413
USA
Phone: (843)577-9761Fax: (843)853-6330Attorney to be Noticed

Jayne Conroy
Lead Attorney

Hanly Conroy Bierstein Sheridan Fisher & Hayes, LLP
112 Madison Avenue
New York, NY 10016
USA
Phone: (212)784-6402Fax: (212)784-6400Attorney to be Noticed

Jeffrey Scott Thompson
Lead Attorney

Motley Rice, L.L.C.
28 Bridgeside Boulevard
Mount Pleasant, SC 29464
USA
Phone: (843)216-9000Attorney to be Noticed

Jodi Westbrook Flowers
Lead Attorney

Motley Rice LLC (SC)
28 Bridgeside BoulevardP.O. Box 1792
Mount Pleasant, SC 29465
USA
Phone: (843)216-9163Fax: (843)216-9680Attorney to be Noticed

John Davis Lee
Lead Attorney

Law Offices of J D Lee
422 S.Gay Street
Knoxville, TN 37902
USA
Phone: (865)544-4101Fax: (865)544-0536Attorney to be Noticed

Robert D. Brain

| Litigants | Attorneys |
|-----------|-----------|
| | Lead Attorney |
| | Howarth and Smith (LA)<br>523 West Sixth Street, Suite 728<br>Los Angeles, CA 90014<br>USA<br>Phone: (213)955-9400Fax: (213)622-9400Attorney to be Noticed |
| | Robert Turner Haefele<br>Lead Attorney |
| | Motley Rice LLC (SC)<br>28 Bridgeside BoulevardP.O. Box 1792<br>Mount Pleasant, SC 29465<br>USA<br>Phone: (843)216-9184Fax: (843)216-9450Attorney to be Noticed |
| | Ronald L. Motley<br>Lead Attorney |
| | Motley Rice LLC (SC)<br>28 Bridgeside BoulevardP.O. Box 1792<br>Mount Pleasant, SC 29465<br>USA<br>Phone: (843)216-9000Fax: (843)216-9680Attorney to be Noticed |
| | Suzelle M Smith<br>Lead Attorney |
| | Howarth and Smith (LA)<br>523 West Sixth Street, Suite 728<br>Los Angeles, CA 90014<br>USA<br>Phone: (212)955-9400Fax: (213)622-0791Attorney to be Noticed |
| Stephen Alderman: in his own right and as Co-Reprsentative of the Estate of Peter Craig Alderman,deceased<br>**Plaintiff** | David C. Lee<br>Lead Attorney |
| | Law Offices of J D Lee<br>422 S.Gay Street<br>Knoxville, TN 37902<br>USA<br>Phone: (865)544-4101Attorney to be Noticed |
| | Don Howarth<br>Lead Attorney |
| | Howarth and Smith (LA)<br>523 West Sixth Street, Suite 728<br>Los Angeles, CA 90014<br>USA<br>Phone: (213)955-9400Fax: (213)622-9400Attorney to be Noticed |
| | Donald A. Migliori |

EXHIBIT 8, PAGE 685

Page 214 of 933

Case 2:16-cv-08195-PA-MRW 08195-PA-MRW In re: Terrorist Attacks on September 5/16/07 1 2007   Page 534 of 883   Page ID #:10381

| Litigants | Attorneys |
|-----------|-----------|
| | Lead Attorney |

Motley Rice LLC (SC)
28 Bridgeside BoulevardP.O. Box 1792
Mount Pleasant, SC 29465
USA
Phone: (401)457-7700Fax: (401)457-7708Attorney to be Noticed

Elizabeth S. Smith
Lead Attorney

Motley Rice LLC (SC)
28 Bridgeside BoulevardP.O. Box 1792
Mount Pleasant, SC 29465
USA
Phone: (843)216-9240Fax: (843)216-9430Attorney to be Noticed

George R. Blakey
Lead Attorney

One Notre Dame Circle
Notre Dame, IN 46556
USA
Phone: (574)631-5717Attorney to be Noticed

Harry Huge
Lead Attorney

Harry Huge Law Firm, L.L.P.
1001 Pennsylvania Avenue, NW7th Floor
Washington, DC 20004
USA
Phone: (202)624-3932Fax: (843)720-8794Attorney to be Noticed

Harry Huge
Lead Attorney

Harry Huge Law Firm, L.L.P.
1001 Pennsylvania Avenue, NW7th Floor
Washington, DC 20004
USA
Phone: (202)624-3932Fax: (843)720-8794Attorney to be Noticed

Jack D. Cordray
Lead Attorney

Cordray Law Firm
Post Office Drawer 22857
Charleston, SC 29413
USA
Phone: (843)577-9761Fax: (843)853-6330Attorney to be Noticed

Jayne Conroy
Lead Attorney

## Litigants

## Attorneys

Hanly Conroy Bierstein Sheridan Fisher & Hayes, LLP
112 Madison Avenue
New York, NY 10016
USA
Phone: (212)784-6402Fax: (212)784-6400Attorney to be Noticed

Jeffrey Scott Thompson
Lead Attorney

Motley Rice, L.L.C.
28 Bridgeside Boulevard
Mount Pleasant, SC 29464
USA
Phone: (843)216-9000Attorney to be Noticed

Jodi Westbrook Flowers
Lead Attorney

Motley Rice LLC (SC)
28 Bridgeside BoulevardP.O. Box 1792
Mount Pleasant, SC 29465
USA
Phone: (843)216-9163Fax: (843)216-9680Attorney to be Noticed

John Davis Lee
Lead Attorney

Law Offices of J D Lee
422 S.Gay Street
Knoxville, TN 37902
USA
Phone: (865)544-4101Fax: (865)544-0536Attorney to be Noticed

Robert D. Brain
Lead Attorney

Howarth and Smith (LA)
523 West Sixth Street, Suite 728
Los Angeles, CA 90014
USA
Phone: (213)955-9400Fax: (213)622-9400Attorney to be Noticed

Robert Turner Haefele
Lead Attorney

Motley Rice LLC (SC)
28 Bridgeside BoulevardP.O. Box 1792
Mount Pleasant, SC 29465
USA
Phone: (843)216-9184Fax: (843)216-9450Attorney to be Noticed

Ronald L. Motley
Lead Attorney

## Litigants

## Attorneys

Motley Rice LLC (SC)
28 Bridgeside BoulevardP.O. Box 1792
Mount Pleasant, SC 29465
USA
Phone: (843)216-9000Fax: (843)216-9680Attorney to be Noticed

Suzelle M Smith
Lead Attorney

Howarth and Smith (LA)
523 West Sixth Street, Suite 728
Los Angeles, CA 90014
USA
Phone: (212)955-9400Fax: (213)622-0791Attorney to be Noticed

Elizabeth Alderman: in her own right and as Co-Representative of the Estate of Peter Craig Aldeerman, deceased
**Plaintiff**

David C. Lee
Lead Attorney

Law Offices of J D Lee
422 S.Gay Street
Knoxville, TN 37902
USA
Phone: (865)544-4101Attorney to be Noticed

Don Howarth
Lead Attorney

Howarth and Smith (LA)
523 West Sixth Street, Suite 728
Los Angeles, CA 90014
USA
Phone: (213)955-9400Fax: (213)622-9400Attorney to be Noticed

Donald A. Migliori
Lead Attorney

Motley Rice LLC (SC)
28 Bridgeside BoulevardP.O. Box 1792
Mount Pleasant, SC 29465
USA
Phone: (401)457-7700Fax: (401)457-7708Attorney to be Noticed

Elizabeth S. Smith
Lead Attorney

Motley Rice LLC (SC)
28 Bridgeside BoulevardP.O. Box 1792
Mount Pleasant, SC 29465
USA
Phone: (843)216-9240Fax: (843)216-9430Attorney to be Noticed

George R. Blakey
Lead Attorney

| Litigants | Attorneys |
|-----------|-----------|

One Notre Dame Circle
Notre Dame, IN 46556
USA
Phone: (574)631-5717Attorney to be Noticed

Harry Huge
Lead Attorney

Harry Huge Law Firm, L.L.P.
1001 Pennsylvania Avenue, NW7th Floor
Washington, DC 20004
USA
Phone: (202)624-3932Fax: (843)720-8794Attorney to be
Noticed

Jack D. Cordray
Lead Attorney

Cordray Law Firm
Post Office Drawer 22857
Charleston, SC 29413
USA
Phone: (843)577-9761Fax: (843)853-6330Attorney to be
Noticed

Jayne Conroy
Lead Attorney

Hanly Conroy Bierstein Sheridan Fisher & Hayes, LLP
112 Madison Avenue
New York, NY 10016
USA
Phone: (212)784-6402Fax: (212)784-6400Attorney to be
Noticed

Jeffrey Scott Thompson
Lead Attorney

Motley Rice, L.L.C.
28 Bridgeside Boulevard
Mount Pleasant, SC 29464
USA
Phone: (843)216-9000Attorney to be Noticed

Jodi Westbrook Flowers
Lead Attorney

Motley Rice LLC (SC)
28 Bridgeside BoulevardP.O. Box 1792
Mount Pleasant, SC 29465
USA
Phone: (843)216-9163Fax: (843)216-9680Attorney to be
Noticed

John Davis Lee
Lead Attorney

Law Offices of J D Lee

## Litigants                                    ## Attorneys

422 S.Gay Street
Knoxville, TN 37902
USA
Phone: (865)544-4101Fax: (865)544-0536Attorney to be
Noticed

Robert D. Brain
Lead Attorney

Howarth and Smith (LA)
523 West Sixth Street, Suite 728
Los Angeles, CA 90014
USA
Phone: (213)955-9400Fax: (213)622-9400Attorney to be
Noticed

Robert Turner Haefele
Lead Attorney

Motley Rice LLC (SC)
28 Bridgeside BoulevardP.O. Box 1792
Mount Pleasant, SC 29465
USA
Phone: (843)216-9184Fax: (843)216-9450Attorney to be
Noticed

Ronald L. Motley
Lead Attorney

Motley Rice LLC (SC)
28 Bridgeside BoulevardP.O. Box 1792
Mount Pleasant, SC 29465
USA
Phone: (843)216-9000Fax: (843)216-9680Attorney to be
Noticed

Suzelle M Smith
Lead Attorney

Howarth and Smith (LA)
523 West Sixth Street, Suite 728
Los Angeles, CA 90014
USA
Phone: (212)955-9400Fax: (213)622-0791Attorney to be
Noticed

Jane Alderman: in her own right as the Sister of Peter Craig        David C. Lee
Aldeerman, deceases                                                 Lead Attorney
**Plaintiff**

Law Offices of J D Lee
422 S.Gay Street
Knoxville, TN 37902
USA
Phone: (865)544-4101Attorney to be Noticed

David John Lee
Lead Attorney

David John Lee, Esq.

## Litigants

## Attorneys

530 Fifth Ave., Ste. 430
New York, NY 10036
USA
Phone: (212)840-8800Attorney to be Noticed

Don Howarth
Lead Attorney

Howarth and Smith (LA)
523 West Sixth Street, Suite 728
Los Angeles, CA 90014
USA
Phone: (213)955-9400Fax: (213)622-9400Attorney to be Noticed

Donald A. Migliori
Lead Attorney

Motley Rice LLC (SC)
28 Bridgeside BoulevardP.O. Box 1792
Mount Pleasant, SC 29465
USA
Phone: (401)457-7700Fax: (401)457-7708Attorney to be Noticed

Elizabeth S. Smith
Lead Attorney

Motley Rice LLC (SC)
28 Bridgeside BoulevardP.O. Box 1792
Mount Pleasant, SC 29465
USA
Phone: (843)216-9240Fax: (843)216-9430Attorney to be Noticed

George R. Blakey
Lead Attorney

One Notre Dame Circle
Notre Dame, IN 46556
USA
Phone: (574)631-5717Attorney to be Noticed

Harry Huge
Lead Attorney

Harry Huge Law Firm, L.L.P.
1001 Pennsylvania Avenue, NW7th Floor
Washington, DC 20004
USA
Phone: (202)624-3932Fax: (843)720-8794Attorney to be Noticed

Harry Huge
Lead Attorney

Harry Huge Law Firm, L.L.P.
1001 Pennsylvania Avenue, NW7th Floor
Washington, DC 20004

| Litigants | Attorneys |
|---|---|
| | USA<br>Phone: (202)624-3932Fax: (843)720-8794Attorney to be Noticed<br><br>Jack D. Cordray<br>Lead Attorney<br><br>Cordray Law Firm<br>Post Office Drawer 22857<br>Charleston, SC 29413<br>USA<br>Phone: (843)577-9761Fax: (843)853-6330Attorney to be Noticed<br><br>Jayne Conroy<br>Lead Attorney<br><br>Hanly Conroy Bierstein Sheridan Fisher & Hayes, LLP<br>112 Madison Avenue<br>New York, NY 10016<br>USA<br>Phone: (212)784-6402Fax: (212)784-6400Attorney to be Noticed<br><br>Jeffrey Scott Thompson<br>Lead Attorney<br><br>Motley Rice, L.L.C.<br>28 Bridgeside Boulevard<br>Mount Pleasant, SC 29464<br>USA<br>Phone: (843)216-9000Attorney to be Noticed<br><br>Jodi Westbrook Flowers<br>Lead Attorney<br><br>Motley Rice LLC (SC)<br>28 Bridgeside BoulevardP.O. Box 1792<br>Mount Pleasant, SC 29465<br>USA<br>Phone: (843)216-9163Fax: (843)216-9680Attorney to be Noticed<br><br>Robert D. Brain<br>Lead Attorney<br><br>Howarth and Smith (LA)<br>523 West Sixth Street, Suite 728<br>Los Angeles, CA 90014<br>USA<br>Phone: (213)955-9400Fax: (213)622-9400Attorney to be Noticed<br><br>Robert Turner Haefele<br>Lead Attorney<br><br>Motley Rice LLC (SC)<br>28 Bridgeside BoulevardP.O. Box 1792<br>Mount Pleasant, SC 29465 |

Page 221 of 933

Case 2:16-cv-04385-BAS-MRW: Document 103-1 MDL: In re: Terrorist Attacks on September 11, 2007   Filed 05/16/07   Page 541 of 883   Page ID #:10388

## Litigants

## Attorneys

USA
Phone: (843)216-9184Fax: (843)216-9450Attorney to be Noticed

Ronald L. Motley
Lead Attorney

Motley Rice LLC (SC)
28 Bridgeside BoulevardP.O. Box 1792
Mount Pleasant, SC 29465
USA
Phone: (843)216-9000Fax: (843)216-9680Attorney to be Noticed

Suzelle M Smith
Lead Attorney

Howarth and Smith (LA)
523 West Sixth Street, Suite 728
Los Angeles, CA 90014
USA
Phone: (212)955-9400Fax: (213)622-0791Attorney to be Noticed

Yvonne V. Abdool: in her own right as an Injured Party
**Plaintiff**

David C. Lee
Lead Attorney

Law Offices of J D Lee
422 S.Gay Street
Knoxville, TN 37902
USA
Phone: (865)544-4101Attorney to be Noticed

Don Howarth
Lead Attorney

Howarth and Smith (LA)
523 West Sixth Street, Suite 728
Los Angeles, CA 90014
USA
Phone: (213)955-9400Fax: (213)622-9400Attorney to be Noticed

Donald A. Migliori
Lead Attorney

Motley Rice LLC (SC)
28 Bridgeside BoulevardP.O. Box 1792
Mount Pleasant, SC 29465
USA
Phone: (401)457-7700Fax: (401)457-7708Attorney to be Noticed

Elizabeth S. Smith
Lead Attorney

Motley Rice LLC (SC)
28 Bridgeside BoulevardP.O. Box 1792
Mount Pleasant, SC 29465

| Litigants | Attorneys |
|---|---|
| | USA<br>Phone: (843)216-9240Fax: (843)216-9430Attorney to be Noticed<br><br>George R. Blakey<br>Lead Attorney<br><br>One Notre Dame Circle<br>Notre Dame, IN 46556<br>USA<br>Phone: (574)631-5717Attorney to be Noticed<br><br>Harry Huge<br>Lead Attorney<br><br>Harry Huge Law Firm, L.L.P.<br>1001 Pennsylvania Avenue, NW7th Floor<br>Washington, DC 20004<br>USA<br>Phone: (202)624-3932Fax: (843)720-8794Attorney to be Noticed<br><br>Jack D. Cordray<br>Lead Attorney<br><br>Cordray Law Firm<br>Post Office Drawer 22857<br>Charleston, SC 29413<br>USA<br>Phone: (843)577-9761Fax: (843)853-6330Attorney to be Noticed<br><br>Jayne Conroy<br>Lead Attorney<br><br>Hanly Conroy Bierstein Sheridan Fisher & Hayes, LLP<br>112 Madison Avenue<br>New York, NY 10016<br>USA<br>Phone: (212)784-6402Fax: (212)784-6400Attorney to be Noticed<br><br>Jeffrey Scott Thompson<br>Lead Attorney<br><br>Motley Rice, L.L.C.<br>28 Bridgeside Boulevard<br>Mount Pleasant, SC 29464<br>USA<br>Phone: (843)216-9000Attorney to be Noticed<br><br>Jodi Westbrook Flowers<br>Lead Attorney<br><br>Motley Rice LLC (SC)<br>28 Bridgeside BoulevardP.O. Box 1792<br>Mount Pleasant, SC 29465<br>USA<br>Phone: (843)216-9163Fax: (843)216-9680Attorney to be |

| Litigants | Attorneys |
|---|---|
| | Noticed |
| | John Davis Lee<br>Lead Attorney |
| | Law Offices of J D Lee<br>422 S.Gay Street<br>Knoxville, TN 37902<br>USA<br>Phone: (865)544-4101Fax: (865)544-0536Attorney to be Noticed |
| | Robert D. Brain<br>Lead Attorney |
| | Howarth and Smith (LA)<br>523 West Sixth Street, Suite 728<br>Los Angeles, CA 90014<br>USA<br>Phone: (213)955-9400Fax: (213)622-9400Attorney to be Noticed |
| | Robert Turner Haefele<br>Lead Attorney |
| | Motley Rice LLC (SC)<br>28 Bridgeside BoulevardP.O. Box 1792<br>Mount Pleasant, SC 29465<br>USA<br>Phone: (843)216-9184Fax: (843)216-9450Attorney to be Noticed |
| | Ronald L. Motley<br>Lead Attorney |
| | Motley Rice LLC (SC)<br>28 Bridgeside BoulevardP.O. Box 1792<br>Mount Pleasant, SC 29465<br>USA<br>Phone: (843)216-9000Fax: (843)216-9680Attorney to be Noticed |
| | Suzelle M Smith<br>Lead Attorney |
| | Howarth and Smith (LA)<br>523 West Sixth Street, Suite 728<br>Los Angeles, CA 90014<br>USA<br>Phone: (212)955-9400Fax: (213)622-0791Attorney to be Noticed |
| Alfred Acquaviva: in his own right as the Father of Paul Andrew Acquaviva<br>**Plaintiff** | David C. Lee<br>Lead Attorney |
| | Law Offices of J D Lee<br>422 S.Gay Street<br>Knoxville, TN 37902<br>USA |

| Litigants | Attorneys |
|-----------|-----------|
| | Phone: (865)544-4101Attorney to be Noticed |

Don Howarth
Lead Attorney

Howarth and Smith (LA)
523 West Sixth Street, Suite 728
Los Angeles, CA 90014
USA
Phone: (213)955-9400Fax: (213)622-9400Attorney to be
Noticed

Donald A. Migliori
Lead Attorney

Motley Rice LLC (SC)
28 Bridgeside BoulevardP.O. Box 1792
Mount Pleasant, SC 29465
USA
Phone: (401)457-7700Fax: (401)457-7708Attorney to be
Noticed

Elizabeth S. Smith
Lead Attorney

Motley Rice LLC (SC)
28 Bridgeside BoulevardP.O. Box 1792
Mount Pleasant, SC 29465
USA
Phone: (843)216-9240Fax: (843)216-9430Attorney to be
Noticed

George R. Blakey
Lead Attorney

One Notre Dame Circle
Notre Dame, IN 46556
USA
Phone: (574)631-5717Attorney to be Noticed

Harry Huge
Lead Attorney

Harry Huge Law Firm, L.L.P.
1001 Pennsylvania Avenue, NW7th Floor
Washington, DC 20004
USA
Phone: (202)624-3932Fax: (843)720-8794Attorney to be
Noticed

Jack D. Cordray
Lead Attorney

Cordray Law Firm
Post Office Drawer 22857
Charleston, SC 29413
USA
Phone: (843)577-9761Fax: (843)853-6330Attorney to be
Noticed

| Litigants | Attorneys |
|---|---|

Jeffrey Scott Thompson
Lead Attorney

Motley Rice, L.L.C.
28 Bridgeside Boulevard
Mount Pleasant, SC 29464
USA
Phone: (843)216-9000Attorney to be Noticed

Jodi Westbrook Flowers
Lead Attorney

Motley Rice LLC (SC)
28 Bridgeside BoulevardP.O. Box 1792
Mount Pleasant, SC 29465
USA
Phone: (843)216-9163Fax: (843)216-9680Attorney to be Noticed

John Davis Lee
Lead Attorney

Law Offices of J D Lee
422 S.Gay Street
Knoxville, TN 37902
USA
Phone: (865)544-4101Fax: (865)544-0536Attorney to be Noticed

Robert D. Brain
Lead Attorney

Howarth and Smith (LA)
523 West Sixth Street, Suite 728
Los Angeles, CA 90014
USA
Phone: (213)955-9400Fax: (213)622-9400Attorney to be Noticed

Robert Turner Haefele
Lead Attorney

Motley Rice LLC (SC)
28 Bridgeside BoulevardP.O. Box 1792
Mount Pleasant, SC 29465
USA
Phone: (843)216-9184Fax: (843)216-9450Attorney to be Noticed

Ronald L. Motley
Lead Attorney

Motley Rice LLC (SC)
28 Bridgeside BoulevardP.O. Box 1792
Mount Pleasant, SC 29465
USA
Phone: (843)216-9000Fax: (843)216-9680Attorney to be Noticed

## Litigants

## Attorneys

Suzelle M Smith
Lead Attorney

Howarth and Smith (LA)
523 West Sixth Street, Suite 728
Los Angeles, CA 90014
USA
Phone: (212)955-9400Fax: (213)622-0791Attorney to be Noticed

**Josephine Acquaviva: in her owwn right as the Mother of Paul andrew Acquaviva,deceased**
**Plaintiff**

David C. Lee
Lead Attorney

Law Offices of J D Lee
422 S.Gay Street
Knoxville, TN 37902
USA
Phone: (865)544-4101Attorney to be Noticed

Don Howarth
Lead Attorney

Howarth and Smith (LA)
523 West Sixth Street, Suite 728
Los Angeles, CA 90014
USA
Phone: (213)955-9400Fax: (213)622-9400Attorney to be Noticed

Donald A. Migliori
Lead Attorney

Motley Rice LLC (SC)
28 Bridgeside BoulevardP.O. Box 1792
Mount Pleasant, SC 29465
USA
Phone: (401)457-7700Fax: (401)457-7708Attorney to be Noticed

Elizabeth S. Smith
Lead Attorney

Motley Rice LLC (SC)
28 Bridgeside BoulevardP.O. Box 1792
Mount Pleasant, SC 29465
USA
Phone: (843)216-9240Fax: (843)216-9430Attorney to be Noticed

George R. Blakey
Lead Attorney

One Notre Dame Circle
Notre Dame, IN 46556
USA
Phone: (574)631-5717Attorney to be Noticed

Harry Huge

| Litigants | Attorneys |
|-----------|-----------|
| | Lead Attorney |

Harry Huge Law Firm, L.L.P.
1001 Pennsylvania Avenue, NW7th Floor
Washington, DC 20004
USA
Phone: (202)624-3932Fax: (843)720-8794Attorney to be Noticed

Jack D. Cordray
Lead Attorney

Cordray Law Firm
Post Office Drawer 22857
Charleston, SC 29413
USA
Phone: (843)577-9761Fax: (843)853-6330Attorney to be Noticed

Jayne Conroy
Lead Attorney

Hanly Conroy Bierstein Sheridan Fisher & Hayes, LLP
112 Madison Avenue
New York, NY 10016
USA
Phone: (212)784-6402Fax: (212)784-6400Attorney to be Noticed

Jeffrey Scott Thompson
Lead Attorney

Motley Rice, L.L.C.
28 Bridgeside Boulevard
Mount Pleasant, SC 29464
USA
Phone: (843)216-9000Attorney to be Noticed

Jodi Westbrook Flowers
Lead Attorney

Motley Rice LLC (SC)
28 Bridgeside BoulevardP.O. Box 1792
Mount Pleasant, SC 29465
USA
Phone: (843)216-9163Fax: (843)216-9680Attorney to be Noticed

John Davis Lee
Lead Attorney

Law Offices of J D Lee
422 S.Gay Street
Knoxville, TN 37902
USA
Phone: (865)544-4101Fax: (865)544-0536Attorney to be Noticed

Robert D. Brain

| Litigants | Attorneys |
|---|---|
| | Lead Attorney |

Howarth and Smith (LA)
523 West Sixth Street, Suite 728
Los Angeles, CA 90014
USA
Phone: (213)955-9400Fax: (213)622-9400Attorney to be Noticed

Robert Turner Haefele
Lead Attorney

Motley Rice LLC (SC)
28 Bridgeside BoulevardP.O. Box 1792
Mount Pleasant, SC 29465
USA
Phone: (843)216-9184Fax: (843)216-9450Attorney to be Noticed

Ronald L. Motley
Lead Attorney

Motley Rice LLC (SC)
28 Bridgeside BoulevardP.O. Box 1792
Mount Pleasant, SC 29465
USA
Phone: (843)216-9000Fax: (843)216-9680Attorney to be Noticed

Suzelle M Smith
Lead Attorney

Howarth and Smith (LA)
523 West Sixth Street, Suite 728
Los Angeles, CA 90014
USA
Phone: (212)955-9400Fax: (213)622-0791Attorney to be Noticed

**Kara Hadfield: In her own right as the Sister Paul Andrew Acquaviva, deceased**
**Plaintiff**

David C. Lee
Lead Attorney

Law Offices of J D Lee
422 S.Gay Street
Knoxville, TN 37902
USA
Phone: (865)544-4101Attorney to be Noticed

Don Howarth
Lead Attorney

Howarth and Smith (LA)
523 West Sixth Street, Suite 728
Los Angeles, CA 90014
USA
Phone: (213)955-9400Fax: (213)622-9400Attorney to be Noticed

Donald A. Migliori

| Litigants | Attorneys |
|---|---|
| | Lead Attorney |

Motley Rice LLC (SC)
28 Bridgeside BoulevardP.O. Box 1792
Mount Pleasant, SC 29465
USA
Phone: (401)457-7700Fax: (401)457-7708Attorney to be Noticed

Elizabeth S. Smith
Lead Attorney

Motley Rice LLC (SC)
28 Bridgeside BoulevardP.O. Box 1792
Mount Pleasant, SC 29465
USA
Phone: (843)216-9240Fax: (843)216-9430Attorney to be Noticed

George R. Blakey
Lead Attorney

One Notre Dame Circle
Notre Dame, IN 46556
USA
Phone: (574)631-5717Attorney to be Noticed

Harry Huge
Lead Attorney

Harry Huge Law Firm, L.L.P.
1001 Pennsylvania Avenue, NW7th Floor
Washington, DC 20004
USA
Phone: (202)624-3932Fax: (843)720-8794Attorney to be Noticed

Jack D. Cordray
Lead Attorney

Cordray Law Firm
Post Office Drawer 22857
Charleston, SC 29413
USA
Phone: (843)577-9761Fax: (843)853-6330Attorney to be Noticed

Jayne Conroy
Lead Attorney

Hanly Conroy Bierstein Sheridan Fisher & Hayes, LLP
112 Madison Avenue
New York, NY 10016
USA
Phone: (212)784-6402Fax: (212)784-6400Attorney to be Noticed

Jeffrey Scott Thompson
Lead Attorney

| Litigants | Attorneys |
|-----------|-----------|
|  | Motley Rice, L.L.C.<br>28 Bridgeside Boulevard<br>Mount Pleasant, SC 29464<br>USA<br>Phone: (843)216-9000Attorney to be Noticed<br><br>Jodi Westbrook Flowers<br>Lead Attorney<br><br>Motley Rice LLC (SC)<br>28 Bridgeside BoulevardP.O. Box 1792<br>Mount Pleasant, SC 29465<br>USA<br>Phone: (843)216-9163Fax: (843)216-9680Attorney to be Noticed<br><br>John Davis Lee<br>Lead Attorney<br><br>Law Offices of J D Lee<br>422 S.Gay Street<br>Knoxville, TN 37902<br>USA<br>Phone: (865)544-4101Fax: (865)544-0536Attorney to be Noticed<br><br>Robert D. Brain<br>Lead Attorney<br><br>Howarth and Smith (LA)<br>523 West Sixth Street, Suite 728<br>Los Angeles, CA 90014<br>USA<br>Phone: (213)955-9400Fax: (213)622-9400Attorney to be Noticed<br><br>Robert Turner Haefele<br>Lead Attorney<br><br>Motley Rice LLC (SC)<br>28 Bridgeside BoulevardP.O. Box 1792<br>Mount Pleasant, SC 29465<br>USA<br>Phone: (843)216-9184Fax: (843)216-9450Attorney to be Noticed<br><br>Ronald L. Motley<br>Lead Attorney<br><br>Motley Rice LLC (SC)<br>28 Bridgeside BoulevardP.O. Box 1792<br>Mount Pleasant, SC 29465<br>USA<br>Phone: (843)216-9000Fax: (843)216-9680Attorney to be Noticed<br><br>Suzelle M Smith<br>Lead Attorney |

## Litigants

## Attorneys

Howarth and Smith (LA)
523 West Sixth Street, Suite 728
Los Angeles, CA 90014
USA
Phone: (212)955-9400Fax: (213)622-0791Attorney to be
Noticed

Jessica Murrow-Adams: in her own right and as
Representative of the Estate of Stephen George Adams,
deceased
**Plaintiff**

David C. Lee
Lead Attorney

Law Offices of J D Lee
422 S.Gay Street
Knoxville, TN 37902
USA
Phone: (865)544-4101Attorney to be Noticed

Don Howarth
Lead Attorney

Howarth and Smith (LA)
523 West Sixth Street, Suite 728
Los Angeles, CA 90014
USA
Phone: (213)955-9400Fax: (213)622-9400Attorney to be
Noticed

Donald A. Migliori
Lead Attorney

Motley Rice LLC (SC)
28 Bridgeside BoulevardP.O. Box 1792
Mount Pleasant, SC 29465
USA
Phone: (401)457-7700Fax: (401)457-7708Attorney to be
Noticed

Elizabeth S. Smith
Lead Attorney

Motley Rice LLC (SC)
28 Bridgeside BoulevardP.O. Box 1792
Mount Pleasant, SC 29465
USA
Phone: (843)216-9240Fax: (843)216-9430Attorney to be
Noticed

George R. Blakey
Lead Attorney

One Notre Dame Circle
Notre Dame, IN 46556
USA
Phone: (574)631-5717Attorney to be Noticed

Harry Huge
Lead Attorney

Harry Huge Law Firm, L.L.P.

## Litigants

## Attorneys

1001 Pennsylvania Avenue, NW7th Floor
Washington, DC 20004
USA
Phone: (202)624-3932Fax: (843)720-8794Attorney to be Noticed

Jack D. Cordray
Lead Attorney

Cordray Law Firm
Post Office Drawer 22857
Charleston, SC 29413
USA
Phone: (843)577-9761Fax: (843)853-6330Attorney to be Noticed

Jayne Conroy
Lead Attorney

Hanly Conroy Bierstein Sheridan Fisher & Hayes, LLP
112 Madison Avenue
New York, NY 10016
USA
Phone: (212)784-6402Fax: (212)784-6400Attorney to be Noticed

Jeffrey Scott Thompson
Lead Attorney

Motley Rice, L.L.C.
28 Bridgeside Boulevard
Mount Pleasant, SC 29464
USA
Phone: (843)216-9000Attorney to be Noticed

Jodi Westbrook Flowers
Lead Attorney

Motley Rice LLC (SC)
28 Bridgeside BoulevardP.O. Box 1792
Mount Pleasant, SC 29465
USA
Phone: (843)216-9163Fax: (843)216-9680Attorney to be Noticed

John Davis Lee
Lead Attorney

Law Offices of J D Lee
422 S.Gay Street
Knoxville, TN 37902
USA
Phone: (865)544-4101Fax: (865)544-0536Attorney to be Noticed

Robert D. Brain
Lead Attorney

Howarth and Smith (LA)

| Litigants | Attorneys |
|---|---|
| | 523 West Sixth Street, Suite 728<br>Los Angeles, CA 90014<br>USA<br>Phone: (213)955-9400Fax: (213)622-9400Attorney to be Noticed<br><br>Robert Turner Haefele<br>Lead Attorney<br><br>Motley Rice LLC (SC)<br>28 Bridgeside BoulevardP.O. Box 1792<br>Mount Pleasant, SC 29465<br>USA<br>Phone: (843)216-9184Fax: (843)216-9450Attorney to be Noticed<br><br>Ronald L. Motley<br>Lead Attorney<br><br>Motley Rice LLC (SC)<br>28 Bridgeside BoulevardP.O. Box 1792<br>Mount Pleasant, SC 29465<br>USA<br>Phone: (843)216-9000Fax: (843)216-9680Attorney to be Noticed<br><br>Suzelle M Smith<br>Lead Attorney<br><br>Howarth and Smith (LA)<br>523 West Sixth Street, Suite 728<br>Los Angeles, CA 90014<br>USA<br>Phone: (212)955-9400Fax: (213)622-0791Attorney to be Noticed |
| Stephen Jezycki: in his own right as the Father of Margaret Alario, deceased<br>**Plaintiff** | David C. Lee<br>Lead Attorney<br><br>Law Offices of J D Lee<br>422 S.Gay Street<br>Knoxville, TN 37902<br>USA<br>Phone: (865)544-4101Attorney to be Noticed<br><br>Don Howarth<br>Lead Attorney<br><br>Howarth and Smith (LA)<br>523 West Sixth Street, Suite 728<br>Los Angeles, CA 90014<br>USA<br>Phone: (213)955-9400Fax: (213)622-9400Attorney to be Noticed<br><br>Donald A. Migliori<br>Lead Attorney<br><br>Motley Rice LLC (SC) |

| Litigants | Attorneys |
|---|---|
| | 28 Bridgeside BoulevardP.O. Box 1792 Mount Pleasant, SC 29465 USA Phone: (401)457-7700Fax: (401)457-7708Attorney to be Noticed |

**Elizabeth S. Smith**
Lead Attorney

Motley Rice LLC (SC)
28 Bridgeside BoulevardP.O. Box 1792
Mount Pleasant, SC 29465
USA
Phone: (843)216-9240Fax: (843)216-9430Attorney to be
Noticed

**George R. Blakey**
Lead Attorney

One Notre Dame Circle
Notre Dame, IN 46556
USA
Phone: (574)631-5717Attorney to be Noticed

**Harry Huge**
Lead Attorney

Harry Huge Law Firm, L.L.P.
1001 Pennsylvania Avenue, NW7th Floor
Washington, DC 20004
USA
Phone: (202)624-3932Fax: (843)720-8794Attorney to be
Noticed

**Jack D. Cordray**
Lead Attorney

Cordray Law Firm
Post Office Drawer 22857
Charleston, SC 29413
USA
Phone: (843)577-9761Fax: (843)853-6330Attorney to be
Noticed

**Jayne Conroy**
Lead Attorney

Hanly Conroy Bierstein Sheridan Fisher & Hayes, LLP
112 Madison Avenue
New York, NY 10016
USA
Phone: (212)784-6402Fax: (212)784-6400Attorney to be
Noticed

**Jeffrey Scott Thompson**
Lead Attorney

Motley Rice, L.L.C.
28 Bridgeside Boulevard

| Litigants | Attorneys |
|---|---|
| | Mount Pleasant, SC 29464 |

Mount Pleasant, SC 29464
USA
Phone: (843)216-9000Attorney to be Noticed

Jodi Westbrook Flowers
Lead Attorney

Motley Rice LLC (SC)
28 Bridgeside BoulevardP.O. Box 1792
Mount Pleasant, SC 29465
USA
Phone: (843)216-9163Fax: (843)216-9680Attorney to be
Noticed

John Davis Lee
Lead Attorney

Law Offices of J D Lee
422 S.Gay Street
Knoxville, TN 37902
USA
Phone: (865)544-4101Fax: (865)544-0536Attorney to be
Noticed

Robert D. Brain
Lead Attorney

Howarth and Smith (LA)
523 West Sixth Street, Suite 728
Los Angeles, CA 90014
USA
Phone: (213)955-9400Fax: (213)622-9400Attorney to be
Noticed

Robert Turner Haefele
Lead Attorney

Motley Rice LLC (SC)
28 Bridgeside BoulevardP.O. Box 1792
Mount Pleasant, SC 29465
USA
Phone: (843)216-9184Fax: (843)216-9450Attorney to be
Noticed

Ronald L. Motley
Lead Attorney

Motley Rice LLC (SC)
28 Bridgeside BoulevardP.O. Box 1792
Mount Pleasant, SC 29465
USA
Phone: (843)216-9000Fax: (843)216-9680Attorney to be
Noticed

Suzelle M Smith
Lead Attorney

Howarth and Smith (LA)
523 West Sixth Street, Suite 728

## Litigants

## Attorneys

|  | Los Angeles, CA 90014 USA Phone: (212)955-9400Fax: (213)622-0791Attorney to be Noticed |
|---|---|

James Alario,: in his own right and behalf of the minor Children of Margaret Alario, deceased
**Plaintiff**

David C. Lee
Lead Attorney

Law Offices of J D Lee
422 S.Gay Street
Knoxville, TN 37902
USA
Phone: (865)544-4101Attorney to be Noticed

Don Howarth
Lead Attorney

Howarth and Smith (LA)
523 West Sixth Street, Suite 728
Los Angeles, CA 90014
USA
Phone: (213)955-9400Fax: (213)622-9400Attorney to be Noticed

Donald A. Migliori
Lead Attorney

Motley Rice LLC (SC)
28 Bridgeside BoulevardP.O. Box 1792
Mount Pleasant, SC 29465
USA
Phone: (401)457-7700Fax: (401)457-7708Attorney to be Noticed

Elizabeth S. Smith
Lead Attorney

Motley Rice LLC (SC)
28 Bridgeside BoulevardP.O. Box 1792
Mount Pleasant, SC 29465
USA
Phone: (843)216-9240Fax: (843)216-9430Attorney to be Noticed

George R. Blakey
Lead Attorney

One Notre Dame Circle
Notre Dame, IN 46556
USA
Phone: (574)631-5717Attorney to be Noticed

Harry Huge
Lead Attorney

Harry Huge Law Firm, L.L.P.
1001 Pennsylvania Avenue, NW7th Floor
Washington, DC 20004
USA

## Litigants

## Attorneys

Phone: (202)624-3932Fax: (843)720-8794Attorney to be
Noticed

Jack D. Cordray
Lead Attorney

Cordray Law Firm
Post Office Drawer 22857
Charleston, SC 29413
USA
Phone: (843)577-9761Fax: (843)853-6330Attorney to be
Noticed

Jayne Conroy
Lead Attorney

Hanly Conroy Bierstein Sheridan Fisher & Hayes, LLP
112 Madison Avenue
New York, NY 10016
USA
Phone: (212)784-6402Fax: (212)784-6400Attorney to be
Noticed

Jeffrey Scott Thompson
Lead Attorney

Motley Rice, L.L.C.
28 Bridgeside Boulevard
Mount Pleasant, SC 29464
USA
Phone: (843)216-9000Attorney to be Noticed

Jodi Westbrook Flowers
Lead Attorney

Motley Rice LLC (SC)
28 Bridgeside BoulevardP.O. Box 1792
Mount Pleasant, SC 29465
USA
Phone: (843)216-9163Fax: (843)216-9680Attorney to be
Noticed

John Davis Lee
Lead Attorney

Law Offices of J D Lee
422 S.Gay Street
Knoxville, TN 37902
USA
Phone: (865)544-4101Fax: (865)544-0536Attorney to be
Noticed

Robert D. Brain
Lead Attorney

Howarth and Smith (LA)
523 West Sixth Street, Suite 728
Los Angeles, CA 90014
USA

| Litigants | Attorneys |
|---|---|
| | Phone: (213)955-9400Fax: (213)622-9400Attorney to be Noticed |
| | Robert Turner Haefele<br>Lead Attorney |
| | Motley Rice LLC (SC)<br>28 Bridgeside BoulevardP.O. Box 1792<br>Mount Pleasant, SC 29465<br>USA<br>Phone: (843)216-9184Fax: (843)216-9450Attorney to be Noticed |
| | Ronald L. Motley<br>Lead Attorney |
| | Motley Rice LLC (SC)<br>28 Bridgeside BoulevardP.O. Box 1792<br>Mount Pleasant, SC 29465<br>USA<br>Phone: (843)216-9000Fax: (843)216-9680Attorney to be Noticed |
| | Suzelle M Smith<br>Lead Attorney |
| | Howarth and Smith (LA)<br>523 West Sixth Street, Suite 728<br>Los Angeles, CA 90014<br>USA<br>Phone: (212)955-9400Fax: (213)622-0791Attorney to be Noticed |
| Catherine Jezycki: in her own her own right as the Mother of Margaret Alario, deceased<br>**Plaintiff** | David C. Lee<br>Lead Attorney |
| | Law Offices of J D Lee<br>422 S.Gay Street<br>Knoxville, TN 37902<br>USA<br>Phone: (865)544-4101Attorney to be Noticed |
| | Don Howarth<br>Lead Attorney |
| | Howarth and Smith (LA)<br>523 West Sixth Street, Suite 728<br>Los Angeles, CA 90014<br>USA<br>Phone: (213)955-9400Fax: (213)622-9400Attorney to be Noticed |
| | Donald A. Migliori<br>Lead Attorney |
| | Motley Rice LLC (SC)<br>28 Bridgeside BoulevardP.O. Box 1792<br>Mount Pleasant, SC 29465<br>USA |

| Litigants | Attorneys |
|---|---|
| | Phone: (401)457-7700Fax: (401)457-7708Attorney to be Noticed |

Elizabeth S. Smith
Lead Attorney

Motley Rice LLC (SC)
28 Bridgeside BoulevardP.O. Box 1792
Mount Pleasant, SC 29465
USA
Phone: (843)216-9240Fax: (843)216-9430Attorney to be Noticed

George R. Blakey
Lead Attorney

One Notre Dame Circle
Notre Dame, IN 46556
USA
Phone: (574)631-5717Attorney to be Noticed

Harry Huge
Lead Attorney

Harry Huge Law Firm, L.L.P.
1001 Pennsylvania Avenue, NW7th Floor
Washington, DC 20004
USA
Phone: (202)624-3932Fax: (843)720-8794Attorney to be Noticed

Jack D. Cordray
Lead Attorney

Cordray Law Firm
Post Office Drawer 22857
Charleston, SC 29413
USA
Phone: (843)577-9761Fax: (843)853-6330Attorney to be Noticed

Jayne Conroy
Lead Attorney

Hanly Conroy Bierstein Sheridan Fisher & Hayes, LLP
112 Madison Avenue
New York, NY 10016
USA
Phone: (212)784-6402Fax: (212)784-6400Attorney to be Noticed

Jeffrey Scott Thompson
Lead Attorney

Motley Rice, L.L.C.
28 Bridgeside Boulevard
Mount Pleasant, SC 29464
USA
Phone: (843)216-9000Attorney to be Noticed

## Litigants

## Attorneys

Jodi Westbrook Flowers
Lead Attorney

Motley Rice LLC (SC)
28 Bridgeside BoulevardP.O. Box 1792
Mount Pleasant, SC 29465
USA
Phone: (843)216-9163Fax: (843)216-9680Attorney to be Noticed

John Davis Lee
Lead Attorney

Law Offices of J D Lee
422 S.Gay Street
Knoxville, TN 37902
USA
Phone: (865)544-4101Fax: (865)544-0536Attorney to be Noticed

Robert D. Brain
Lead Attorney

Howarth and Smith (LA)
523 West Sixth Street, Suite 728
Los Angeles, CA 90014
USA
Phone: (213)955-9400Fax: (213)622-9400Attorney to be Noticed

Robert Turner Haefele
Lead Attorney

Motley Rice LLC (SC)
28 Bridgeside BoulevardP.O. Box 1792
Mount Pleasant, SC 29465
USA
Phone: (843)216-9184Fax: (843)216-9450Attorney to be Noticed

Ronald L. Motley
Lead Attorney

Motley Rice LLC (SC)
28 Bridgeside BoulevardP.O. Box 1792
Mount Pleasant, SC 29465
USA
Phone: (843)216-9000Fax: (843)216-9680Attorney to be Noticed

Suzelle M Smith
Lead Attorney

Howarth and Smith (LA)
523 West Sixth Street, Suite 728
Los Angeles, CA 90014
USA
Phone: (212)955-9400Fax: (213)622-0791Attorney to be

| Litigants | Attorneys |
|---|---|
| | Noticed |
| Karium Ali: in his own right as an injured party<br>**Plaintiff** | David C. Lee<br>Lead Attorney<br><br>Law Offices of J D Lee<br>422 S.Gay Street<br>Knoxville, TN 37902<br>USA<br>Phone: (865)544-4101Attorney to be Noticed<br><br>Don Howarth<br>Lead Attorney<br><br>Howarth and Smith (LA)<br>523 West Sixth Street, Suite 728<br>Los Angeles, CA 90014<br>USA<br>Phone: (213)955-9400Fax: (213)622-9400Attorney to be Noticed<br><br>Donald A. Migliori<br>Lead Attorney<br><br>Motley Rice LLC (SC)<br>28 Bridgeside BoulevardP.O. Box 1792<br>Mount Pleasant, SC 29465<br>USA<br>Phone: (401)457-7700Fax: (401)457-7708Attorney to be Noticed<br><br>Elizabeth S. Smith<br>Lead Attorney<br><br>Motley Rice LLC (SC)<br>28 Bridgeside BoulevardP.O. Box 1792<br>Mount Pleasant, SC 29465<br>USA<br>Phone: (843)216-9240Fax: (843)216-9430Attorney to be Noticed<br><br>George R. Blakey<br>Lead Attorney<br><br>One Notre Dame Circle<br>Notre Dame, IN 46556<br>USA<br>Phone: (574)631-5717Attorney to be Noticed<br><br>Harry Huge<br>Lead Attorney<br><br>Harry Huge Law Firm, L.L.P.<br>1001 Pennsylvania Avenue, NW7th Floor<br>Washington, DC 20004<br>USA<br>Phone: (202)624-3932Fax: (843)720-8794Attorney to be Noticed |

| Litigants | Attorneys |
|---|---|
| | Jack D. Cordray<br>Lead Attorney<br><br>Cordray Law Firm<br>Post Office Drawer 22857<br>Charleston, SC 29413<br>USA<br>Phone: (843)577-9761Fax: (843)853-6330Attorney to be Noticed<br><br>Jayne Conroy<br>Lead Attorney<br><br>Hanly Conroy Bierstein Sheridan Fisher & Hayes, LLP<br>112 Madison Avenue<br>New York, NY 10016<br>USA<br>Phone: (212)784-6402Fax: (212)784-6400Attorney to be Noticed<br><br>Jeffrey Scott Thompson<br>Lead Attorney<br><br>Motley Rice, L.L.C.<br>28 Bridgeside Boulevard<br>Mount Pleasant, SC 29464<br>USA<br>Phone: (843)216-9000Attorney to be Noticed<br><br>Jodi Westbrook Flowers<br>Lead Attorney<br><br>Motley Rice LLC (SC)<br>28 Bridgeside BoulevardP.O. Box 1792<br>Mount Pleasant, SC 29465<br>USA<br>Phone: (843)216-9163Fax: (843)216-9680Attorney to be Noticed<br><br>John Davis Lee<br>Lead Attorney<br><br>Law Offices of J D Lee<br>422 S.Gay Street<br>Knoxville, TN 37902<br>USA<br>Phone: (865)544-4101Fax: (865)544-0536Attorney to be Noticed<br><br>Robert D. Brain<br>Lead Attorney<br><br>Howarth and Smith (LA)<br>523 West Sixth Street, Suite 728<br>Los Angeles, CA 90014<br>USA<br>Phone: (213)955-9400Fax: (213)622-9400Attorney to be Noticed |

| Litigants | Attorneys |
|---|---|
| | Robert Turner Haefele<br>Lead Attorney<br><br>Motley Rice LLC (SC)<br>28 Bridgeside BoulevardP.O. Box 1792<br>Mount Pleasant, SC 29465<br>USA<br>Phone: (843)216-9184Fax: (843)216-9450Attorney to be Noticed<br><br>Ronald L. Motley<br>Lead Attorney<br><br>Motley Rice LLC (SC)<br>28 Bridgeside BoulevardP.O. Box 1792<br>Mount Pleasant, SC 29465<br>USA<br>Phone: (843)216-9000Fax: (843)216-9680Attorney to be Noticed<br><br>Suzelle M Smith<br>Lead Attorney<br><br>Howarth and Smith (LA)<br>523 West Sixth Street, Suite 728<br>Los Angeles, CA 90014<br>USA<br>Phone: (212)955-9400Fax: (213)622-0791Attorney to be Noticed |
| Jennifer D'Auria: in her own right and as Co-Representative of the Estate of Joseph R. Allen, deceased<br>**Plaintiff** | David C. Lee<br>Lead Attorney<br><br>Law Offices of J D Lee<br>422 S.Gay Street<br>Knoxville, TN 37902<br>USA<br>Phone: (865)544-4101Attorney to be Noticed<br><br>Don Howarth<br>Lead Attorney<br><br>Howarth and Smith (LA)<br>523 West Sixth Street, Suite 728<br>Los Angeles, CA 90014<br>USA<br>Phone: (213)955-9400Fax: (213)622-9400Attorney to be Noticed<br><br>Donald A. Migliori<br>Lead Attorney<br><br>Motley Rice LLC (SC)<br>28 Bridgeside BoulevardP.O. Box 1792<br>Mount Pleasant, SC 29465<br>USA<br>Phone: (401)457-7700Fax: (401)457-7708Attorney to be Noticed |

| Litigants | Attorneys |
|---|---|

Elizabeth S. Smith
Lead Attorney

Motley Rice LLC (SC)
28 Bridgeside BoulevardP.O. Box 1792
Mount Pleasant, SC 29465
USA
Phone: (843)216-9240Fax: (843)216-9430Attorney to be Noticed

George R. Blakey
Lead Attorney

One Notre Dame Circle
Notre Dame, IN 46556
USA
Phone: (574)631-5717Attorney to be Noticed

Harry Huge
Lead Attorney

Harry Huge Law Firm, L.L.P.
1001 Pennsylvania Avenue, NW7th Floor
Washington, DC 20004
USA
Phone: (202)624-3932Fax: (843)720-8794Attorney to be Noticed

Jack D. Cordray
Lead Attorney

Cordray Law Firm
Post Office Drawer 22857
Charleston, SC 29413
USA
Phone: (843)577-9761Fax: (843)853-6330Attorney to be Noticed

Jayne Conroy
Lead Attorney

Hanly Conroy Bierstein Sheridan Fisher & Hayes, LLP
112 Madison Avenue
New York, NY 10016
USA
Phone: (212)784-6402Fax: (212)784-6400Attorney to be Noticed

Jeffrey Scott Thompson
Lead Attorney

Motley Rice, L.L.C.
28 Bridgeside Boulevard
Mount Pleasant, SC 29464
USA
Phone: (843)216-9000Attorney to be Noticed

Jodi Westbrook Flowers

EXHIBIT 8, PAGE 716

| Litigants | Attorneys |
|---|---|
| | Lead Attorney |

Motley Rice LLC (SC)
28 Bridgeside BoulevardP.O. Box 1792
Mount Pleasant, SC 29465
USA
Phone: (843)216-9163Fax: (843)216-9680Attorney to be Noticed

John Davis Lee
Lead Attorney

Law Offices of J D Lee
422 S.Gay Street
Knoxville, TN 37902
USA
Phone: (865)544-4101Fax: (865)544-0536Attorney to be Noticed

Robert D. Brain
Lead Attorney

Howarth and Smith (LA)
523 West Sixth Street, Suite 728
Los Angeles, CA 90014
USA
Phone: (213)955-9400Fax: (213)622-9400Attorney to be Noticed

Robert Turner Haefele
Lead Attorney

Motley Rice LLC (SC)
28 Bridgeside BoulevardP.O. Box 1792
Mount Pleasant, SC 29465
USA
Phone: (843)216-9184Fax: (843)216-9450Attorney to be Noticed

Ronald L. Motley
Lead Attorney

Motley Rice LLC (SC)
28 Bridgeside BoulevardP.O. Box 1792
Mount Pleasant, SC 29465
USA
Phone: (843)216-9000Fax: (843)216-9680Attorney to be Noticed

Suzelle M Smith
Lead Attorney

Howarth and Smith (LA)
523 West Sixth Street, Suite 728
Los Angeles, CA 90014
USA
Phone: (212)955-9400Fax: (213)622-0791Attorney to be Noticed

| Litigants | Attorneys |
|---|---|
| Prakash Bhatt<br>**Plaintiff** | David C. Lee<br>Lead Attorney<br><br>Law Offices of J D Lee<br>422 S.Gay Street<br>Knoxville, TN 37902<br>USA<br>Phone: (865)544-4101Attorney to be Noticed<br><br>Don Howarth<br>Lead Attorney<br><br>Howarth and Smith (LA)<br>523 West Sixth Street, Suite 728<br>Los Angeles, CA 90014<br>USA<br>Phone: (213)955-9400Fax: (213)622-9400Attorney to be Noticed<br><br>Donald A. Migliori<br>Lead Attorney<br><br>Motley Rice LLC (SC)<br>28 Bridgeside BoulevardP.O. Box 1792<br>Mount Pleasant, SC 29465<br>USA<br>Phone: (401)457-7700Fax: (401)457-7708Attorney to be Noticed<br><br>Elizabeth S. Smith<br>Lead Attorney<br><br>Motley Rice LLC (SC)<br>28 Bridgeside BoulevardP.O. Box 1792<br>Mount Pleasant, SC 29465<br>USA<br>Phone: (843)216-9240Fax: (843)216-9430Attorney to be Noticed<br><br>George R. Blakey<br>Lead Attorney<br><br>One Notre Dame Circle<br>Notre Dame, IN 46556<br>USA<br>Phone: (574)631-5717Attorney to be Noticed<br><br>Harry Huge<br>Lead Attorney<br><br>Harry Huge Law Firm, L.L.P.<br>1001 Pennsylvania Avenue, NW7th Floor<br>Washington, DC 20004<br>USA<br>Phone: (202)624-3932Fax: (843)720-8794Attorney to be Noticed<br><br>Jayne Conroy<br>Lead Attorney |

Page 247 of 933

Case 2:16-cv-03485-PA-MRW Document 103-1 Re: Terrorist Attacks on September 11, 2001 Filed 05/16/07 Page 567 of 883 Page ID #:10414

## Litigants

## Attorneys

Hanly Conroy Bierstein Sheridan Fisher & Hayes, LLP
112 Madison Avenue
New York, NY 10016
USA
Phone: (212)784-6402Fax: (212)784-6400Attorney to be Noticed

Jeffrey Scott Thompson
Lead Attorney

Motley Rice, L.L.C.
28 Bridgeside Boulevard
Mount Pleasant, SC 29464
USA
Phone: (843)216-9000Attorney to be Noticed

Jodi Westbrook Flowers
Lead Attorney

Motley Rice LLC (SC)
28 Bridgeside BoulevardP.O. Box 1792
Mount Pleasant, SC 29465
USA
Phone: (843)216-9163Fax: (843)216-9680Attorney to be Noticed

John Davis Lee
Lead Attorney

Law Offices of J D Lee
422 S.Gay Street
Knoxville, TN 37902
USA
Phone: (865)544-4101Fax: (865)544-0536Attorney to be Noticed

Robert D. Brain
Lead Attorney

Howarth and Smith (LA)
523 West Sixth Street, Suite 728
Los Angeles, CA 90014
USA
Phone: (213)955-9400Fax: (213)622-9400Attorney to be Noticed

Robert Turner Haefele
Lead Attorney

Motley Rice LLC (SC)
28 Bridgeside BoulevardP.O. Box 1792
Mount Pleasant, SC 29465
USA
Phone: (843)216-9184Fax: (843)216-9450Attorney to be Noticed

Ronald L. Motley
Lead Attorney

| Litigants | Attorneys |
|---|---|
| | Motley Rice LLC (SC)<br>28 Bridgeside BoulevardP.O. Box 1792<br>Mount Pleasant, SC 29465<br>USA<br>Phone: (843)216-9000Fax: (843)216-9680Attorney to be Noticed<br><br>Suzelle M Smith<br>Lead Attorney<br><br>Howarth and Smith (LA)<br>523 West Sixth Street, Suite 728<br>Los Angeles, CA 90014<br>USA<br>Phone: (212)955-9400Fax: (213)622-0791Attorney to be Noticed |
| Lauren Arias Lucchini<br>**Plaintiff** | David C. Lee<br>Lead Attorney<br><br>Law Offices of J D Lee<br>422 S.Gay Street<br>Knoxville, TN 37902<br>USA<br>Phone: (865)544-4101Attorney to be Noticed<br><br>Don Howarth<br>Lead Attorney<br><br>Howarth and Smith (LA)<br>523 West Sixth Street, Suite 728<br>Los Angeles, CA 90014<br>USA<br>Phone: (213)955-9400Fax: (213)622-9400Attorney to be Noticed<br><br>Donald A. Migliori<br>Lead Attorney<br><br>Motley Rice LLC (SC)<br>28 Bridgeside BoulevardP.O. Box 1792<br>Mount Pleasant, SC 29465<br>USA<br>Phone: (401)457-7700Fax: (401)457-7708Attorney to be Noticed<br><br>Elizabeth S. Smith<br>Lead Attorney<br><br>Motley Rice LLC (SC)<br>28 Bridgeside BoulevardP.O. Box 1792<br>Mount Pleasant, SC 29465<br>USA<br>Phone: (843)216-9240Fax: (843)216-9430Attorney to be Noticed<br><br>George R. Blakey<br>Lead Attorney |

| Litigants | Attorneys |
|-----------|-----------|

One Notre Dame Circle
Notre Dame, IN 46556
USA
Phone: (574)631-5717Attorney to be Noticed

Harry Huge
Lead Attorney

Harry Huge Law Firm, L.L.P.
1001 Pennsylvania Avenue, NW7th Floor
Washington, DC 20004
USA
Phone: (202)624-3932Fax: (843)720-8794Attorney to be
Noticed

Jack D. Cordray
Lead Attorney

Cordray Law Firm
Post Office Drawer 22857
Charleston, SC 29413
USA
Phone: (843)577-9761Fax: (843)853-6330Attorney to be
Noticed

Jayne Conroy
Lead Attorney

Hanly Conroy Bierstein Sheridan Fisher & Hayes, LLP
112 Madison Avenue
New York, NY 10016
USA
Phone: (212)784-6402Fax: (212)784-6400Attorney to be
Noticed

Jeffrey Scott Thompson
Lead Attorney

Motley Rice, L.L.C.
28 Bridgeside Boulevard
Mount Pleasant, SC 29464
USA
Phone: (843)216-9000Attorney to be Noticed

Jodi Westbrook Flowers
Lead Attorney

Motley Rice LLC (SC)
28 Bridgeside BoulevardP.O. Box 1792
Mount Pleasant, SC 29465
USA
Phone: (843)216-9163Fax: (843)216-9680Attorney to be
Noticed

John Davis Lee
Lead Attorney

Law Offices of J D Lee

| Litigants | Attorneys |
|---|---|
| | 422 S.Gay Street<br>Knoxville, TN 37902<br>USA<br>Phone: (865)544-4101Fax: (865)544-0536Attorney to be Noticed<br><br>Robert D. Brain<br>Lead Attorney<br><br>Howarth and Smith (LA)<br>523 West Sixth Street, Suite 728<br>Los Angeles, CA 90014<br>USA<br>Phone: (213)955-9400Fax: (213)622-9400Attorney to be Noticed<br><br>Robert Turner Haefele<br>Lead Attorney<br><br>Motley Rice LLC (SC)<br>28 Bridgeside BoulevardP.O. Box 1792<br>Mount Pleasant, SC 29465<br>USA<br>Phone: (843)216-9184Fax: (843)216-9450Attorney to be Noticed<br><br>Ronald L. Motley<br>Lead Attorney<br><br>Motley Rice LLC (SC)<br>28 Bridgeside BoulevardP.O. Box 1792<br>Mount Pleasant, SC 29465<br>USA<br>Phone: (843)216-9000Fax: (843)216-9680Attorney to be Noticed<br><br>Suzelle M Smith<br>Lead Attorney<br><br>Howarth and Smith (LA)<br>523 West Sixth Street, Suite 728<br>Los Angeles, CA 90014<br>USA<br>Phone: (212)955-9400Fax: (213)622-0791Attorney to be Noticed |
| Federal Insurance Company<br>**Plaintiff** | Adam C. Bonin<br>Lead Attorney<br><br>Cozen O'Connor (Philadelphia)<br>1900 Market StreetThe Atrium<br>Philadelphia, PA 19103<br>USA<br>Phone: (215)665-2000Fax: (215)701-2321Attorney to be Noticed<br><br>John Brian Galligan<br>Lead Attorney |

| Litigants | Attorneys |
|---|---|
| | Cozen & O'Connor<br>45 Broadway<br>New York, NY 10006<br>USA<br>Phone: (212)908-1276Attorney to be Noticed<br><br>Mark T. Mullen<br>Lead Attorney<br><br>Cozen O'Connor (Philadelphia)<br>1900 Market StreetThe Atrium<br>Philadelphia, PA 19103<br>USA<br>Phone: (215)665-2091Fax: (215)665-2013Attorney to be Noticed<br><br>Matthew G. Ash<br>Lead Attorney<br><br>Cozen O'Connor<br>1667 K Street, NWSuite 500<br>Washington, DC 20006<br>USA<br>Phone: (202)912-4810Attorney to be Noticed<br><br>Michael J. Sommi<br>Lead Attorney<br><br>Cozen O'Connor<br>45 Broadway Atrium16th Floor<br>New York, NY 10006<br>USA<br>Phone: (212)908-1244Fax: (212)509-9492Attorney to be Noticed |
| Pacific Indemnity Company<br>**Plaintiff** | Adam C. Bonin<br>Lead Attorney<br><br>Cozen O'Connor (Philadelphia)<br>1900 Market StreetThe Atrium<br>Philadelphia, PA 19103<br>USA<br>Phone: (215)665-2000Fax: (215)701-2321Attorney to be Noticed<br><br>Elliott R. Feldman<br>Lead Attorney<br><br>Cozen and O'Connor<br>The Atrium - Third Floor1900 Market Street<br>Philadelphia, PA 19103<br>USA<br>Phone: (215)665-2000Attorney to be Noticed<br><br>Mark T. Mullen<br>Lead Attorney<br><br>Cozen O'Connor (Philadelphia) |

## Litigants

## Attorneys

1900 Market StreetThe Atrium
Philadelphia, PA 19103
USA
Phone: (215)665-2091Fax: (215)665-2013Attorney to be
Noticed

Matthew G. Ash
Lead Attorney

Cozen O'Connor
1667 K Street, NWSuite 500
Washington, DC 20006
USA
Phone: (202)912-4810Attorney to be Noticed

Michael J. Sommi
Lead Attorney

Cozen O'Connor
45 Broadway Atrium16th Floor
New York, NY 10006
USA
Phone: (212)908-1244Fax: (212)509-9492Attorney to be
Noticed

**Chubb Custom Insurance Company**
**Plaintiff**

Adam C. Bonin
Lead Attorney

Cozen O'Connor (Philadelphia)
1900 Market StreetThe Atrium
Philadelphia, PA 19103
USA
Phone: (215)665-2000Fax: (215)701-2321Attorney to be
Noticed

Elliott R. Feldman
Lead Attorney

Cozen and O'Connor
The Atrium - Third Floor1900 Market Street
Philadelphia, PA 19103
USA
Phone: (215)665-2000Attorney to be Noticed

Mark T. Mullen
Lead Attorney

Cozen O'Connor (Philadelphia)
1900 Market StreetThe Atrium
Philadelphia, PA 19103
USA
Phone: (215)665-2091Fax: (215)665-2013Attorney to be
Noticed

Michael J. Sommi
Lead Attorney

Cozen O'Connor
45 Broadway Atrium16th Floor

## Litigants | Attorneys

| Litigants | Attorneys |
|---|---|
| | New York, NY 10006<br>USA<br>Phone: (212)908-1244Fax: (212)509-9492Attorney to be Noticed |
| **Chubb Indemnity Insurance Company**<br>**Plaintiff** | Adam C. Bonin<br>Lead Attorney<br><br>Cozen O'Connor (Philadelphia)<br>1900 Market StreetThe Atrium<br>Philadelphia, PA 19103<br>USA<br>Phone: (215)665-2000Fax: (215)701-2321Attorney to be Noticed<br><br>Elliott R. Feldman<br>Lead Attorney<br><br>Cozen and O'Connor<br>The Atrium - Third Floor1900 Market Street<br>Philadelphia, PA 19103<br>USA<br>Phone: (215)665-2000Attorney to be Noticed<br><br>Mark T. Mullen<br>Lead Attorney<br><br>Cozen O'Connor (Philadelphia)<br>1900 Market StreetThe Atrium<br>Philadelphia, PA 19103<br>USA<br>Phone: (215)665-2091Fax: (215)665-2013Attorney to be Noticed<br><br>Michael J. Sommi<br>Lead Attorney<br><br>Cozen O'Connor<br>45 Broadway Atrium16th Floor<br>New York, NY 10006<br>USA<br>Phone: (212)908-1244Fax: (212)509-9492Attorney to be Noticed |
| **Zurich American Insurance Company**<br>**Plaintiff** | Adam C. Bonin<br>Lead Attorney<br><br>Cozen O'Connor (Philadelphia)<br>1900 Market StreetThe Atrium<br>Philadelphia, PA 19103<br>USA<br>Phone: (215)665-2000Fax: (215)701-2321Attorney to be Noticed<br><br>Elliott R. Feldman<br>Lead Attorney<br><br>Cozen and O'Connor |

| Litigants | Attorneys |
|---|---|
| | The Atrium - Third Floor1900 Market Street<br>Philadelphia, PA 19103<br>USA<br>Phone: (215)665-2000Attorney to be Noticed |

Mark T. Mullen
Lead Attorney

Cozen O'Connor (Philadelphia)
1900 Market StreetThe Atrium
Philadelphia, PA 19103
USA
Phone: (215)665-2091Fax: (215)665-2013Attorney to be Noticed

Michael J. Sommi
Lead Attorney

Cozen O'Connor
45 Broadway Atrium16th Floor
New York, NY 10006
USA
Phone: (212)908-1244Fax: (212)509-9492Attorney to be Noticed

**American Zurich Insurance Company**
**Plaintiff**

Adam C. Bonin
Lead Attorney

Cozen O'Connor (Philadelphia)
1900 Market StreetThe Atrium
Philadelphia, PA 19103
USA
Phone: (215)665-2000Fax: (215)701-2321Attorney to be Noticed

Elliott R. Feldman
Lead Attorney

Cozen and O'Connor
The Atrium - Third Floor1900 Market Street
Philadelphia, PA 19103
USA
Phone: (215)665-2000Attorney to be Noticed

Mark T. Mullen
Lead Attorney

Cozen O'Connor (Philadelphia)
1900 Market StreetThe Atrium
Philadelphia, PA 19103
USA
Phone: (215)665-2091Fax: (215)665-2013Attorney to be Noticed

Michael J. Sommi
Lead Attorney

Cozen O'Connor
45 Broadway Atrium16th Floor

| Litigants | Attorneys |
|---|---|
| | New York, NY 10006<br>USA<br>Phone: (212)908-1244Fax: (212)509-9492Attorney to be Noticed |
| **Assurance Company of Amer**<br>**Plaintiff** | Adam C. Bonin<br>Lead Attorney<br><br>Cozen O'Connor (Philadelphia)<br>1900 Market StreetThe Atrium<br>Philadelphia, PA 19103<br>USA<br>Phone: (215)665-2000Fax: (215)701-2321Attorney to be Noticed<br><br>Elliott R. Feldman<br>Lead Attorney<br><br>Cozen and O'Connor<br>The Atrium - Third Floor1900 Market Street<br>Philadelphia, PA 19103<br>USA<br>Phone: (215)665-2000Attorney to be Noticed<br><br>Mark T. Mullen<br>Lead Attorney<br><br>Cozen O'Connor (Philadelphia)<br>1900 Market StreetThe Atrium<br>Philadelphia, PA 19103<br>USA<br>Phone: (215)665-2091Fax: (215)665-2013Attorney to be Noticed<br><br>Michael J. Sommi<br>Lead Attorney<br><br>Cozen O'Connor<br>45 Broadway Atrium16th Floor<br>New York, NY 10006<br>USA<br>Phone: (212)908-1244Fax: (212)509-9492Attorney to be Noticed |
| **Maryland Casualty Company**<br>**Plaintiff** | Adam C. Bonin<br>Lead Attorney<br><br>Cozen O'Connor (Philadelphia)<br>1900 Market StreetThe Atrium<br>Philadelphia, PA 19103<br>USA<br>Phone: (215)665-2000Fax: (215)701-2321Attorney to be Noticed<br><br>Elliott R. Feldman<br>Lead Attorney<br><br>Cozen and O'Connor |

| Litigants | Attorneys |
|---|---|
| | The Atrium - Third Floor1900 Market Street<br>Philadelphia, PA 19103<br>USA<br>Phone: (215)665-2000Attorney to be Noticed<br><br>Mark T. Mullen<br>Lead Attorney<br><br>Cozen O'Connor (Philadelphia)<br>1900 Market StreetThe Atrium<br>Philadelphia, PA 19103<br>USA<br>Phone: (215)665-2091Fax: (215)665-2013Attorney to be Noticed<br><br>Michael J. Sommi<br>Lead Attorney<br><br>Cozen O'Connor<br>45 Broadway Atrium16th Floor<br>New York, NY 10006<br>USA<br>Phone: (212)908-1244Fax: (212)509-9492Attorney to be Noticed |
| Northern Insurance Company of New York<br>**Plaintiff** | Adam C. Bonin<br>Lead Attorney<br><br>Cozen O'Connor (Philadelphia)<br>1900 Market StreetThe Atrium<br>Philadelphia, PA 19103<br>USA<br>Phone: (215)665-2000Fax: (215)701-2321Attorney to be Noticed<br><br>Elliott R. Feldman<br>Lead Attorney<br><br>Cozen and O'Connor<br>The Atrium - Third Floor1900 Market Street<br>Philadelphia, PA 19103<br>USA<br>Phone: (215)665-2000Attorney to be Noticed<br><br>Mark T. Mullen<br>Lead Attorney<br><br>Cozen O'Connor (Philadelphia)<br>1900 Market StreetThe Atrium<br>Philadelphia, PA 19103<br>USA<br>Phone: (215)665-2091Fax: (215)665-2013Attorney to be Noticed<br><br>Michael J. Sommi<br>Lead Attorney<br><br>Cozen O'Connor<br>45 Broadway Atrium16th Floor |

| Litigants | Attorneys |
|---|---|
| | New York, NY 10006 |
| | USA |
| | Phone: (212)908-1244Fax: (212)509-9492Attorney to be Noticed |
| **Steadfast Insurance Company**<br>**Plaintiff** | Adam C. Bonin<br>Lead Attorney |
| | Cozen O'Connor (Philadelphia)<br>1900 Market StreetThe Atrium<br>Philadelphia, PA 19103<br>USA<br>Phone: (215)665-2000Fax: (215)701-2321Attorney to be Noticed |
| | Mark T. Mullen<br>Lead Attorney |
| | Cozen O'Connor (Philadelphia)<br>1900 Market StreetThe Atrium<br>Philadelphia, PA 19103<br>USA<br>Phone: (215)665-2091Fax: (215)665-2013Attorney to be Noticed |
| | Michael J. Sommi<br>Lead Attorney |
| | Cozen O'Connor<br>45 Broadway Atrium16th Floor<br>New York, NY 10006<br>USA<br>Phone: (212)908-1244Fax: (212)509-9492Attorney to be Noticed |
| **Valiant Insurance Company**<br>**Plaintiff** | Adam C. Bonin<br>Lead Attorney |
| | Cozen O'Connor (Philadelphia)<br>1900 Market StreetThe Atrium<br>Philadelphia, PA 19103<br>USA<br>Phone: (215)665-2000Fax: (215)701-2321Attorney to be Noticed |
| | Elliott R. Feldman<br>Lead Attorney |
| | Cozen and O'Connor<br>The Atrium - Third Floor1900 Market Street<br>Philadelphia, PA 19103<br>USA<br>Phone: (215)665-2000Attorney to be Noticed |
| | John Brian Galligan<br>Lead Attorney |
| | Cozen O'Connor |

| Litigants | Attorneys |
|---|---|
| | 45 Broadway Atrium16th Floor<br>New York, NY 10006<br>USA<br>Phone: (212)908-1276Fax: (866)263-1335Attorney to be Noticed<br><br>Mark T. Mullen<br>Lead Attorney<br><br>Cozen O'Connor (Philadelphia)<br>1900 Market StreetThe Atrium<br>Philadelphia, PA 19103<br>USA<br>Phone: (215)665-2091Fax: (215)665-2013Attorney to be Noticed<br><br>Michael J. Sommi<br>Lead Attorney<br><br>Cozen O'Connor<br>45 Broadway Atrium16th Floor<br>New York, NY 10006<br>USA<br>Phone: (212)908-1244Fax: (212)509-9492Attorney to be Noticed |
| Homeland Insurance Company of New York<br>**Plaintiff** | Adam C. Bonin<br>Lead Attorney<br><br>Cozen O'Connor (Philadelphia)<br>1900 Market StreetThe Atrium<br>Philadelphia, PA 19103<br>USA<br>Phone: (215)665-2000Fax: (215)701-2321Attorney to be Noticed<br><br>Elliott R. Feldman<br>Lead Attorney<br><br>Cozen and O'Connor<br>The Atrium - Third Floor1900 Market Street<br>Philadelphia, PA 19103<br>USA<br>Phone: (215)665-2000Attorney to be Noticed<br><br>Mark T. Mullen<br>Lead Attorney<br><br>Cozen O'Connor (Philadelphia)<br>1900 Market StreetThe Atrium<br>Philadelphia, PA 19103<br>USA<br>Phone: (215)665-2091Fax: (215)665-2013Attorney to be Noticed<br><br>Michael J. Sommi<br>Lead Attorney<br><br>Cozen O'Connor |

| Litigants | Attorneys |
|---|---|
| | 45 Broadway Atrium16th Floor<br>New York, NY 10006<br>USA<br>Phone: (212)908-1244Fax: (212)509-9492Attorney to be Noticed |
| **North River Insurance Company**<br>**Plaintiff** | Adam C. Bonin<br>Lead Attorney<br><br>Cozen O'Connor (Philadelphia)<br>1900 Market StreetThe Atrium<br>Philadelphia, PA 19103<br>USA<br>Phone: (215)665-2000Fax: (215)701-2321Attorney to be Noticed<br><br>Elliott R. Feldman<br>Lead Attorney<br><br>Cozen and O'Connor<br>The Atrium - Third Floor1900 Market Street<br>Philadelphia, PA 19103<br>USA<br>Phone: (215)665-2000Attorney to be Noticed<br><br>Mark T. Mullen<br>Lead Attorney<br><br>Cozen O'Connor (Philadelphia)<br>1900 Market StreetThe Atrium<br>Philadelphia, PA 19103<br>USA<br>Phone: (215)665-2091Fax: (215)665-2013Attorney to be Noticed<br><br>Michael J. Sommi<br>Lead Attorney<br><br>Cozen O'Connor<br>45 Broadway Atrium16th Floor<br>New York, NY 10006<br>USA<br>Phone: (212)908-1244Fax: (212)509-9492Attorney to be Noticed |
| **James A. Reed: as Co-Administrators of the Estate of Michele M. Reed, Deceased and on behalf of all survivors of Michele M. Reed**<br>**Plaintiff** | James P. Kreindler<br>Lead Attorney<br><br>Kreindler & Kreindler<br>100 Park Avenue<br>New York, NY 10017<br>USA<br>Phone: (212)973-3440Fax: (212)972-9432Attorney to be Noticed |
| **Benito Colon: as Administrator of the Estate of Soledi Colon, Deceased and on behalf of all survivors of Soledi Colon**<br>**Plaintiff** | James P. Kreindler<br>Lead Attorney |

## Litigants

## Attorneys

| Litigants | Attorneys |
|---|---|
| | Kreindler & Kreindler<br>100 Park Avenue<br>New York, NY 10017<br>USA<br>Phone: (212)973-3440Fax: (212)972-9432Attorney to be Noticed |
| Rachel W. Goodrich: as Personal Representative of the Estate of Peter M. Goodrich, Deceased and on behalf of all survivors of Peter M. Goodrich<br>**Plaintiff** | James P. Kreindler<br>Lead Attorney<br><br>Kreindler & Kreindler<br>100 Park Avenue<br>New York, NY 10017<br>USA<br>Phone: (212)973-3440Fax: (212)972-9432Attorney to be Noticed |
| Victoria Higley: as Administrator of the Estate of Robert Higley, Deceased and on behalf of all survivors of Robert Higley<br>**Plaintiff** | James P. Kreindler<br>Lead Attorney<br><br>Kreindler & Kreindler<br>100 Park Avenue<br>New York, NY 10017<br>USA<br>Phone: (212)973-3440Fax: (212)972-9432Attorney to be Noticed |
| Maureen Kelly: as Administrator of the Estate of Mark Ludvigsen, Deceased and on behalf of all survivors of Mark Ludvigsen<br>**Plaintiff** | James P. Kreindler<br>Lead Attorney<br><br>Kreindler & Kreindler<br>100 Park Avenue<br>New York, NY 10017<br>USA<br>Phone: (212)973-3440Fax: (212)972-9432Attorney to be Noticed |
| Marion Knox: as Administrator of the Estate of Andrew Knox, Deceased and on behalf of all survivors of Andrew Knox<br>**Plaintiff** | James P. Kreindler<br>Lead Attorney<br><br>Kreindler & Kreindler<br>100 Park Avenue<br>New York, NY 10017<br>USA<br>Phone: (212)973-3440Fax: (212)972-9432Attorney to be Noticed |
| Laura J. Lassman: as Administrator of the Estate of Nicholas Lassman, Deceased and on behalf of all survivors of Nicholas Lassman<br>**Plaintiff** | James P. Kreindler<br>Lead Attorney<br><br>Kreindler & Kreindler<br>100 Park Avenue<br>New York, NY 10017<br>USA<br>Phone: (212)973-3440Fax: (212)972-9432Attorney to be Noticed |

| Litigants | Attorneys |
|---|---|
| Melvin C. Lewis: as Co-Personal Administrators of the Estate of Margaret Lewis, Deceased and on behalf of all survivors of Margaret Lewis<br>**Plaintiff** | James P. Kreindler<br>Lead Attorney<br><br>Kreindler & Kreindler<br>100 Park Avenue<br>New York, NY 10017<br>USA<br>Phone: (212)973-3440Fax: (212)972-9432Attorney to be Noticed |
| John Lewis: as Co-Personal Administrators of the Estate of Margaret Lewis, Deceased and on behalf of all survivors of Margaret Lewis<br>**Plaintiff** | James P. Kreindler<br>Lead Attorney<br><br>Kreindler & Kreindler<br>100 Park Avenue<br>New York, NY 10017<br>USA<br>Phone: (212)973-3440Fax: (212)972-9432Attorney to be Noticed |
| Paul R. Martin: as Co-Administrators of the Estate of Karen Ann Martin, Deceased and on behalf of all survivors of Karen Ann Martin<br>**Plaintiff** | James P. Kreindler<br>Lead Attorney<br><br>Kreindler & Kreindler<br>100 Park Avenue<br>New York, NY 10017<br>USA<br>Phone: (212)973-3440Fax: (212)972-9432Attorney to be Noticed |
| Continental Insurance Company<br>**Plaintiff** | Elliott R. Feldman<br>Lead Attorney<br><br>Cozen and O'Connor<br>The Atrium - Third Floor1900 Market Street<br>Philadelphia, PA 19103<br>USA<br>Phone: (215)665-2000Attorney to be Noticed<br><br>Mark T. Mullen<br>Lead Attorney<br><br>Cozen O'Connor (Philadelphia)<br>1900 Market StreetThe Atrium<br>Philadelphia, PA 19103<br>USA<br>Phone: (215)665-2091Fax: (215)665-2013Attorney to be Noticed |
| CNA Casualty of California<br>**Plaintiff** | Adam C. Bonin<br>Lead Attorney<br><br>Cozen O'Connor (Philadelphia)<br>1900 Market StreetThe Atrium<br>Philadelphia, PA 19103<br>USA |

| Litigants | Attorneys |
|---|---|
| | Phone: (215)665-2000Fax: (215)701-2321Attorney to be Noticed |
| | Elliott R. Feldman<br>Lead Attorney |
| | Cozen and O'Connor<br>The Atrium - Third Floor1900 Market Street<br>Philadelphia, PA 19103<br>USA<br>Phone: (215)665-2000Attorney to be Noticed |
| | Mark T. Mullen<br>Lead Attorney |
| | Cozen O'Connor (Philadelphia)<br>1900 Market StreetThe Atrium<br>Philadelphia, PA 19103<br>USA<br>Phone: (215)665-2091Fax: (215)665-2013Attorney to be Noticed |
| Glens Falls Insurance Company<br>**Plaintiff** | Adam C. Bonin<br>Lead Attorney |
| | Cozen O'Connor (Philadelphia)<br>1900 Market StreetThe Atrium<br>Philadelphia, PA 19103<br>USA<br>Phone: (215)665-2000Fax: (215)701-2321Attorney to be Noticed |
| | Elliott R. Feldman<br>Lead Attorney |
| | Cozen and O'Connor<br>The Atrium - Third Floor1900 Market Street<br>Philadelphia, PA 19103<br>USA<br>Phone: (215)665-2000Attorney to be Noticed |
| | Mark T. Mullen<br>Lead Attorney |
| | Cozen O'Connor (Philadelphia)<br>1900 Market StreetThe Atrium<br>Philadelphia, PA 19103<br>USA<br>Phone: (215)665-2091Fax: (215)665-2013Attorney to be Noticed |
| Sean Passananti: as Executor of the Estate of Horace Passananti, Deceased and on behalf of all survivors of Horace Passananti<br>**Plaintiff** | James P. Kreindler<br>Lead Attorney |
| | Kreindler & Kreindler<br>100 Park Avenue<br>New York, NY 10017<br>USA |

| Litigants | Attorneys |
|---|---|
| | Phone: (212)973-3440Fax: (212)972-9432Attorney to be Noticed |
| Helen Pfeifer: as Personal Representative of the Estate of Kevin Pfeifer, Deceased and on behalf of all survivors of Kevin Pfeifer<br>**Plaintiff** | James P. Kreindler<br>Lead Attorney<br><br>Kreindler & Kreindler<br>100 Park Avenue<br>New York, NY 10017<br>USA<br>Phone: (212)973-3440Fax: (212)972-9432Attorney to be Noticed |
| Daniel Polatsch: as Personal Representative of the Estate of Laurence Polatsch, Deceased and on behalf of all survivors of Laurence Polatsch<br>**Plaintiff** | James P. Kreindler<br>Lead Attorney<br><br>Kreindler & Kreindler<br>100 Park Avenue<br>New York, NY 10017<br>USA<br>Phone: (212)973-3440Fax: (212)972-9432Attorney to be Noticed |
| Armand Reo: as Administrator of the Estate of John A. Reo, Deceased and on behalf of all survivors of John A. Reo<br>**Plaintiff** | James P. Kreindler<br>Lead Attorney<br><br>Kreindler & Kreindler<br>100 Park Avenue<br>New York, NY 10017<br>USA<br>Phone: (212)973-3440Fax: (212)972-9432Attorney to be Noticed |
| Alexander Santoro: as Personal Representatives of the Estate of Christopher Santoro, Deceased and on behalf of all survivors of Christopher Santoro<br>**Plaintiff** | Michael Barasch<br>Lead Attorney<br><br>Barasch McGarry Salzman Penson & Lim<br>11 Park Place<br>New York, NY 10007<br>USA<br>Phone: (212)385-8000Attorney to be Noticed |
| Narasimha Sattaluri: as Administrator of the Estate of Deepika Kumar Sattaluri, Deceased and on behalf of all survivors of Deepika Kumar Sattaluri<br>**Plaintiff** | James P. Kreindler<br>Lead Attorney<br><br>Kreindler & Kreindler<br>100 Park Avenue<br>New York, NY 10017<br>USA<br>Phone: (212)973-3440Fax: (212)972-9432Attorney to be Noticed |
| Wen Shi: as Personal Representative of the Estate of Weibin Wang, Deceased and on behalf of all survivors of Weibin Wang<br>**Plaintiff** | James P. Kreindler<br>Lead Attorney<br><br>Kreindler & Kreindler |

## Litigants

## Attorneys

100 Park Avenue
New York, NY 10017
USA
Phone: (212)973-3440Fax: (212)972-9432Attorney to be Noticed

Cynthia Tumulty: as Administrator of the Estate of Lance Tumulty, Deceased and on behalf of all survivors of Lance Tumulty
**Plaintiff**

James P. Kreindler
Lead Attorney

Kreindler & Kreindler
100 Park Avenue
New York, NY 10017
USA
Phone: (212)973-3440Fax: (212)972-9432Attorney to be Noticed

Yun Yu Zheng: as Administrator of the Estate of Kui Fai Kwok, Deceased and on behalf of all survivors of Kui Fai Kwok
**Plaintiff**

James P. Kreindler
Lead Attorney

Kreindler & Kreindler
100 Park Avenue
New York, NY 10017
USA
Phone: (212)973-3440Fax: (212)972-9432Attorney to be Noticed

David Ziminski: as Administrator of the Estate of Ivelin Ziminski, Deceased and on behalf of all survivors of Ivelin Ziminski
**Plaintiff**

James P. Kreindler
Lead Attorney

Kreindler & Kreindler
100 Park Avenue
New York, NY 10017
USA
Phone: (212)973-3440Fax: (212)972-9432Attorney to be Noticed

Robert Bermingham
**Plaintiff**

Michael Barasch
Lead Attorney

Barasch McGarry Salzman Penson & Lim
11 Park Place
New York, NY 10007
USA
Phone: (212)385-8000Attorney to be Noticed

Donald Didomenico
**Plaintiff**

James P. Kreindler
Lead Attorney

Kreindler & Kreindler
100 Park Avenue
New York, NY 10017
USA
Phone: (212)973-3440Fax: (212)972-9432Attorney to be Noticed

Joseph Donovan

Michael Barasch

## Litigants

## Attorneys

**Plaintiff**

Lead Attorney

Barasch McGarry Salzman Penson & Lim
11 Park Place
New York, NY 10007
USA
Phone: (212)385-8000Attorney to be Noticed

Jurgiel Kazimierz
**Plaintiff**

Michael Barasch
Lead Attorney

Barasch McGarry Salzman Penson & Lim
11 Park Place
New York, NY 10007
USA
Phone: (212)385-8000Attorney to be Noticed

George Lantay
**Plaintiff**

Michael Barasch
Lead Attorney

Barasch McGarry Salzman Penson & Lim
11 Park Place
New York, NY 10007
USA
Phone: (212)385-8000Attorney to be Noticed

Vincent Levien
**Plaintiff**

Michael Barasch
Lead Attorney

Barasch McGarry Salzman Penson & Lim
11 Park Place
New York, NY 10007
USA
Phone: (212)385-8000Attorney to be Noticed

Carmen Romero
**Plaintiff**

Michael Barasch
Lead Attorney

Barasch McGarry Salzman Penson & Lim
11 Park Place
New York, NY 10007
USA
Phone: (212)385-8000Attorney to be Noticed

Fiona Havlish
**Plaintiff**

Anne McGinness Kearse
Lead Attorney

Ness & Motley, P.A.
28 Bridgeside Boulevard
Mount Pleasant, SC 29465
USA
Phone: (843)216-9140Attorney to be Noticed

David C. Lee
Lead Attorney

**Litigants**                                    **Attorneys**

Law Offices of J D Lee
422 S.Gay Street
Knoxville, TN 37902
USA
Phone: (865)544-4101Attorney to be Noticed

Don Howarth
Lead Attorney

Howarth and Smith (LA)
523 West Sixth Street, Suite 728
Los Angeles, CA 90014
USA
Phone: (213)955-9400Fax: (213)622-9400Attorney to be
Noticed

Donald J. Winder
Lead Attorney

Winder & Haslam
175 West 200 South #400
Salt Lake City, UT 84111
USA
Phone: (801)322-2222Attorney to be Noticed

Edward H. Rubenstone
Lead Attorney

Four Greenwood Square
Suite 200
Bensalem, PA 19020
USA
Phone: (215)638-9330Attorney to be Noticed

H. Patrick Donohue
Lead Attorney

Armstrong, Donohue, Ceppos & Vaughn, Chartered
204 Monroe Street#101
Rockville, MD 20854
USA
Phone: (301)251-0440Attorney to be Noticed

Jack D. Cordray
Lead Attorney

Cordray Law Firm
Post Office Drawer 22857
Charleston, SC 29413
USA
Phone: (843)577-9761Fax: (843)853-6330Attorney to be
Noticed

Jodi Westbrook Flowers
Lead Attorney

Motley Rice LLC (SC)
28 Bridgeside BoulevardP.O. Box 1792

| Litigants | Attorneys |
|---|---|
| | Mount Pleasant, SC 29465<br>USA<br>Phone: (843)216-9163Fax: (843)216-9680Attorney to be Noticed |
| | John A. Corr<br>Lead Attorney |
| | Mellon, Webster & Shelly<br>87 N. Broad Street<br>Doylestown, PA 18901<br>USA<br>Phone: (215)348-7700Fax: (215)348-0171Attorney to be Noticed |
| | John Davis Lee<br>Lead Attorney |
| | Law Offices of J D Lee<br>422 S.Gay Street<br>Knoxville, TN 37902<br>USA<br>Phone: (865)544-4101Fax: (865)544-0536Attorney to be Noticed |
| | Joseph A. Cullen, Jr.<br>Lead Attorney |
| | 87 North Broad Street<br>Doylestown, PA 18901<br>USA<br>Phone: (215)348-7700Attorney to be Noticed |
| | Patrick A. Malone<br>Lead Attorney |
| | Stein, Mitchell & Mezines<br>1100 Connecticut Avenue NWSuite 1100<br>Washington, DC 20036<br>USA<br>Phone: (202)737-7777Attorney to be Noticed |
| | Richard D. Burbridge<br>Lead Attorney |
| | 139 E. South Temple<br>Salt Lake City, UT 84111<br>USA<br>Phone: (801)355-6677Attorney to be Noticed |
| | Robert D. Brain<br>Lead Attorney |
| | Howarth and Smith (LA)<br>523 West Sixth Street, Suite 728<br>Los Angeles, CA 90014<br>USA<br>Phone: (213)955-9400Fax: (213)622-9400Attorney to be Noticed |

Page 268 of 933

Case 2:16-cv-01485-BA-MRW Document 109-1 Filed 05/16/07 Page 588 of 883 Page ID
03-MD-01570 RW Re: Terrorist Attacks on September 11, 2001
#:10435

## Litigants

## Attorneys

Robert F. Muse
Lead Attorney

Stein,Mitchell & Mezines,L.L.P.
1100 Connecticut Avenue, NWSuite 1100
Washington, DC 20036
USA
Phone: (202)737-7777Attorney to be Noticed

Ronald L. Motley
Lead Attorney

Motley Rice LLC (SC)
28 Bridgeside BoulevardP.O. Box 1792
Mount Pleasant, SC 29465
USA
Phone: (843)216-9000Fax: (843)216-9680Attorney to be
Noticed

Suzelle M Smith
Lead Attorney

Howarth and Smith (LA)
523 West Sixth Street, Suite 728
Los Angeles, CA 90014
USA
Phone: (212)955-9400Fax: (213)622-0791Attorney to be
Noticed

Burnett & Ashton Plaintiffs
**Plaintiff**

Andrew Joseph Maloney

Kreindler & Kreindler
100 Park Avenue
New York, NY 10017
USA
Phone: (212)973-3438Fax: (212)972-9432Attorney to be
Noticed

Michael Edward Elsner

Motley Rice LLC (SC)
28 Bridgeside BoulevardP.O. Box 1792
Mount Pleasant, SC 29465
USA
Phone: (843)216-9250Fax: (843)216-9680Attorney to be
Noticed

Salvo Plaintiffs
**Plaintiff**

Donald J. Nolan

Nolan Law Group
20 N. Clark St., 30th Floor
Chicago, IL 60602
USA
Phone: (312)630-4000Fax: (312)630-4011Attorney to be
Noticed

## Litigants

## Attorneys

Tremsky Plaintiffs
**Plaintiff**

Barrera Plaintiffs
**Plaintiff**

Saad Bin Laden
**Plaintiff**

Transportation Insurance Company
**Plaintiff**

Robert Manuel Kaplan

Robson Ferber Frost Chan & Essner, LLP
530 Fifth Avenue
New York, NY 10036-5101
USA
Phone: (212)944-2200Fax: (212)944-7630Attorney to be
Noticed

Valley Forge Insurance Company
**Plaintiff**

Robert Manuel Kaplan

Robson Ferber Frost Chan & Essner, LLP
530 Fifth Avenue
New York, NY 10036-5101
USA
Phone: (212)944-2200Fax: (212)944-7630Attorney to be
Noticed

National Fire Insurance Company of Hartford
**Plaintiff**

Robert Manuel Kaplan

Robson Ferber Frost Chan & Essner, LLP
530 Fifth Avenue
New York, NY 10036-5101
USA
Phone: (212)944-2200Fax: (212)944-7630Attorney to be
Noticed

American Casualty Company of Reading, Pennsylvania
**Plaintiff**

Robert Manuel Kaplan

Robson Ferber Frost Chan & Essner, LLP
530 Fifth Avenue
New York, NY 10036-5101
USA
Phone: (212)944-2200Fax: (212)944-7630Attorney to be
Noticed

Plaintiffs PI Executive Committee
**Plaintiff**

Plaintiffs PI Executive Committee
[PRO SE]

,

Havlish Plaintiffs
**Plaintiff**

Stephen A. Corr
Lead Attorney

Mellon, Webster & Shelly
87 N. Broad Street

| Litigants | Attorneys |
|-----------|-----------|
| | Doylestown, PA 18901<br>USA<br>Phone: (215)348-7700Fax: (215)348-0171Attorney to be Noticed |
| All Plaintiffs<br>**Plaintiff** | All Plaintiffs<br>[PRO SE]<br><br>, |
| All Plaintiffs<br>**Plaintiff** | All Plaintiffs<br>[PRO SE]<br><br>, |
| Cantor Fitzgerald Europe<br>**Plaintiff** | Andrew N. Bourne<br>Lead Attorney<br><br>Dickstein Shapiro LLP (NY)<br>1177 Avenue of the Americas<br>New York, NY 10036<br>USA<br>Phone: (212)277-6500Fax: (212)277-6501Attorney to be Noticed<br><br>Kenneth L. Adams<br>Lead Attorney<br><br>Dickstein Shapiro LLP (DC)<br>1825 Eye Street, N.W.<br>Washington, DC 20006-5403<br>USA<br>Phone: (202)785-9700Fax: (202)998-0689Attorney to be Noticed<br><br>Christopher Thomas Leonardo<br><br>Dickstein Shapiro LLP (DC)<br>1825 Eye Street, N.W.<br>Washington, DC 20006-5403<br>USA<br>Phone: (202)420-2201Fax: (202)420-2201Attorney to be Noticed |
| Cantor Index Limited<br>**Plaintiff** | Andrew N. Bourne<br>Lead Attorney<br><br>Dickstein Shapiro LLP (NY)<br>1177 Avenue of the Americas<br>New York, NY 10036<br>USA<br>Phone: (212)277-6500Fax: (212)277-6501Attorney to be Noticed<br><br>Kenneth L. Adams<br>Lead Attorney |

## Litigants        Attorneys

|  |  |
|---|---|
|  | Dickstein Shapiro LLP (DC) |
|  | 1825 Eye Street, N.W. |
|  | Washington, DC 20006-5403 |
|  | USA |
|  | Phone: (202)785-9700Fax: (202)998-0689Attorney to be Noticed |
|  |  |
|  | Christopher Thomas Leonardo |
|  |  |
|  | Dickstein Shapiro LLP (DC) |
|  | 1825 Eye Street, N.W. |
|  | Washington, DC 20006-5403 |
|  | USA |
|  | Phone: (202)420-2201Fax: (202)420-2201Attorney to be Noticed |

**CO2E.COM, LLC**
**Plaintiff**

Andrew N. Bourne
Lead Attorney

Dickstein Shapiro LLP (NY)
1177 Avenue of the Americas
New York, NY 10036
USA
Phone: (212)277-6500Fax: (212)277-6501Attorney to be Noticed

Kenneth L. Adams
Lead Attorney

Dickstein Shapiro LLP (DC)
1825 Eye Street, N.W.
Washington, DC 20006-5403
USA
Phone: (202)785-9700Fax: (202)998-0689Attorney to be Noticed

Christopher Thomas Leonardo

Dickstein Shapiro LLP (DC)
1825 Eye Street, N.W.
Washington, DC 20006-5403
USA
Phone: (202)420-2201Fax: (202)420-2201Attorney to be Noticed

**WTC Retail LLC**
**Plaintiff**

Andrew N. Bourne
Lead Attorney

Dickstein Shapiro LLP (NY)
1177 Avenue of the Americas
New York, NY 10036
USA
Phone: (212)277-6500Fax: (212)277-6501Attorney to be Noticed

**Egyptian Islamic Jihad**
**Defendant**

## Litigants

## Attorneys

African Muslim Agency
**Defendant**

Christopher J. Beal
Lead Attorney

DLA Piper US LLP (San Diego)
4365 Executive DriveSuite 1100
San Diego, CA 92121-2133
USA
Phone: (858)638-6813Fax: (858)677-1477Attorney to be Noticed

Donna M. Sheinbach
Lead Attorney

DLA Piper US LLP(DC)
500 8th Street, N.W.,
Washington, DC 20004
USA
Phone: (202)238-7763Fax: (202)238-7700Attorney to be Noticed

Jay D. Hanson
Lead Attorney

DLA Piper US LLP (San Diego)
4365 Executive DriveSuite 1100
San Diego, CA 92121-2133
USA
Phone: (856)677-1400Attorney to be Noticed

John Joseph Walsh
Lead Attorney

Carter Ledyard & Milburn LLP
2 Wall Street
New York, NY 10005
USA
Phone: (212)238-8849Fax: (212)732-3232Attorney to be Noticed

Michael D. McNeely
Lead Attorney

DLA Piper US LLP(DC)
500 8th Street, N.W.,
Washington, DC 20004
USA
Phone: (202)238-7788Fax: (202)238-7700Attorney to be Noticed

Nancy Luque
Lead Attorney

DLA Piper US LLP (Sacramento)
400 Capitol MallSuite 2400
Sacramento, CA 95814
USA
Phone: (916)930-3283Fax: (916)930-3201Attorney to be Noticed

| Litigants | Attorneys |
|---|---|
| | Steven A, Maddox<br>Lead Attorney<br><br>DLA Piper US LLP(DC)<br>500 8th Street, N.W.,<br>Washington, DC 20004<br>USA<br>Phone: (202)238-7723Fax: (202)238-7700Attorney to be Noticed<br><br>Steven Karl Barentzen<br><br>DLA Piper US LLP(DC)<br>500 8th Street, N.W.,<br>Washington, DC 20004<br>USA<br>Phone: (202)799-4500Fax: (202)799-5500Attorney to be Noticed |
| Sterling Charitable Gift Fund<br>**Defendant** | Christopher J. Beal<br>Lead Attorney<br><br>DLA Piper US LLP (San Diego)<br>4365 Executive DriveSuite 1100<br>San Diego, CA 92121-2133<br>USA<br>Phone: (858)638-6813Fax: (858)677-1477Attorney to be Noticed<br><br>Donna M. Sheinbach<br>Lead Attorney<br><br>DLA Piper US LLP(DC)<br>500 8th Street, N.W.,<br>Washington, DC 20004<br>USA<br>Phone: (202)238-7763Fax: (202)238-7700Attorney to be Noticed<br><br>Jay D. Hanson<br>Lead Attorney<br><br>DLA Piper US LLP (San Diego)<br>4365 Executive DriveSuite 1100<br>San Diego, CA 92121-2133<br>USA<br>Phone: (856)677-1400Attorney to be Noticed<br><br>John Joseph Walsh<br>Lead Attorney<br><br>Carter Ledyard & Milburn LLP<br>2 Wall Street<br>New York, NY 10005<br>USA<br>Phone: (212)238-8849Fax: (212)732-3232Attorney to be Noticed |

| Litigants | Attorneys |
|---|---|
| | Michael D. McNeely<br>Lead Attorney<br><br>DLA Piper US LLP(DC)<br>500 8th Street, N.W.,<br>Washington, DC 20004<br>USA<br>Phone: (202)238-7788Fax: (202)238-7700Attorney to be Noticed<br><br>Nancy Luque<br>Lead Attorney<br><br>DLA Piper US LLP (Sacramento)<br>400 Capitol MallSuite 2400<br>Sacramento, CA 95814<br>USA<br>Phone: (916)930-3283Fax: (916)930-3201Attorney to be Noticed<br><br>Steven A, Maddox<br>Lead Attorney<br><br>DLA Piper US LLP(DC)<br>500 8th Street, N.W.,<br>Washington, DC 20004<br>USA<br>Phone: (202)238-7723Fax: (202)238-7700Attorney to be Noticed<br><br>Steven Karl Barentzen<br><br>DLA Piper US LLP(DC)<br>500 8th Street, N.W.,<br>Washington, DC 20004<br>USA<br>Phone: (202)799-4500Fax: (202)799-5500Attorney to be Noticed |
| Jamal Barzinji<br>**Defendant** | John Joseph Walsh<br>Lead Attorney<br><br>Carter Ledyard & Milburn LLP<br>2 Wall Street<br>New York, NY 10005<br>USA<br>Phone: (212)238-8849Fax: (212)732-3232Attorney to be Noticed |
| Estate of Muhammad Atef<br>**Defendant** | |
| Mohamed Suleiman Al Nalfi<br>**Defendant** | |
| Ahmed Khalfan Ghailani | |

## Litigants

## Attorneys

**Defendant**

Sheikh Ahmed Salim Swedan
**Defendant**

Abdullah Azzam
**Defendant**

Yasser Al-Azzani
**Defendant**

Jamal Bakhorsh
**Defendant**

Jamil Qasim Saeed
**Defendant**

Estate of Satam Al-Suqami
**Defendant**

Estate of Waleed Al-Shehri
**Defendant**

Estate of Hanjour
**Defendant**

Estate of Majed Moqued
**Defendant**

Muhammed Omar
**Defendant**

Iraqi Intelligence Agency: also known as The Mukhabarat
also known as The Fedayeen also known as Unit 999 also
known as M-8 Special Operations also known as Al-'Oare
**Defendant**

Yousef Jameel
**Defendant**

Chryssa V. Valletta
Lead Attorney

McDermott, Will & Emery, LLP (NY)
340 Madison Avenue
New York, NY 10017
USA
Phone: (212)547-5400Fax: (212)547-5444Attorney to be
Noticed

Chryssa V. Valletta
Lead Attorney

McDermott, Will & Emery, LLP (NY)
340 Madison Avenue
New York, NY 10017

Page 276 of 933

Case 2:16-cv-01385-DMG-MRW  Re: Terrorist Attacks on September 11, 2001   Page 596 of 883   Page ID #:10443
Document 103-1   Filed 05/16/17

| Litigants | Attorneys |
|---|---|
| | USA<br>Phone: (212)547-5400Fax: (212)547-5444Attorney to be Noticed<br><br>Stanton D. Anderson<br>Lead Attorney<br><br>McDermott, Will & Emery (DC)<br>600 13th Street, N.W 12th Flr<br>Washington, DC 20006<br>USA<br>Phone: (202)756-8000Fax: (202)756-8087Attorney to be Noticed<br><br>Thomas Peter Steindler<br>Lead Attorney<br><br>McDermott, Will & Emery (DC)<br>600 13th Street, N.W 12th Flr<br>Washington, DC 20006<br>USA<br>Phone: (202)756-8254Fax: (202)756-8087Attorney to be Noticed<br><br>Viet D. Dinh<br>Lead Attorney<br><br>Bancroft Associates, PLLC<br>1919 "M" Street, N.W.,Suite 470<br>Washington, DC 20036<br>USA<br>Phone: (202)662-9324Fax: (202)662-4020Attorney to be Noticed |
| Saddam Hussein<br>**Defendant** | |
| Qusay Hussein<br>**Defendant** | |
| Taha Yassin Ramadan<br>**Defendant** | |
| Salah Suleiman<br>**Defendant** | |
| Abdel Hussein: also known as The Ghost<br>**Defendant** | |
| Taha Al Alwani<br>**Defendant** | Steven Karl Barentzen<br><br>DLA Piper US LLP(DC)<br>500 8th Street, N.W.,<br>Washington, DC 20004<br>USA<br>Phone: (202)799-4500Fax: (202)799-5500Attorney to be |

## Litigants

## Attorneys

Noticed

Afghan Support Committee (Asc)
**Defendant**

Ahmad I. Nasreddin
**Defendant**

Ahmed Nur Ali Jumale: also known as Ahmed Nur Ali Jim'ale
**Defendant**

Al Taqwa Bank
**Defendant**

Al-Barakaat Group
**Defendant**

Al-Gammah Al Islamiah
**Defendant**

Al-Haramin
**Defendant**

Ali Ghaleb Himmat
**Defendant**

Asat Trust Reg.
**Defendant**

Amy Berman Jackson
Lead Attorney

Trout Cacheris, PLLC
1350 Connecticut Avenue, N.W., Suite 300
Washington, DC 20036
USA
Phone: (202)464-3312Fax: (202)464-3319Attorney to be Noticed

David Usher Gourevitch
Lead Attorney

Law Office of David Gourevitch, P.C
150 East 58th Street34th Floor
New York, NY 10155
USA
Phone: (212)355-1300Fax: (212)355-1531Attorney to be Noticed

Lisa Freiman Fishberg

Schertler & Onorato, LLP
1140 Connecticut Avenue, NW, Suite 1140
Washington, DC 20036
USA
Phone: (202)628-4199Fax: (202)628-4177Attorney to be Noticed

## Litigants                                        ## Attorneys

International Relief Foundation, Inc.
**Defendant**

Jamal Barzini
**Defendant**

Mohamad Jamal Khalifa
**Defendant**

Mufti Mohammed Rashid: also known as Rashid Muhammad
Salah
**Defendant**

Prince Nayef IBN Abdulaziz Al Saud
**Defendant**

Sheik Adil Galil Batargy: also known as Adel Abdul Jalil
Batterjee
**Defendant**

Somali Network, A.B.
**Defendant**

Somali International Relief Organization (U.S.A.)
**Defendant**

Taba Investments
**Defendant**

Tanzanite King
**Defendant**

Ulema Union of Afghanistan
**Defendant**

Wafa Humanitarian Organization
**Defendant**

Yousef M. Nada
**Defendant**

Salah Badahdh
**Defendant**

Ahmed Totonji                                        George R. Blakey
**Defendant**                                        Lead Attorney

                                                     One Notre Dame Circle
                                                     Notre Dame, IN 46556
                                                     USA

| Litigants | Attorneys |
|---|---|
| | Phone: (574)631-5717Attorney to be Noticed |
| | Steven Karl Barentzen |
| | DLA Piper US LLP(DC)<br>500 8th Street, N.W.,<br>Washington, DC 20004<br>USA<br>Phone: (202)799-4500Fax: (202)799-5500Attorney to be Noticed |
| **Jamal Barzinji**<br>**Defendant** | Christopher J. Beal<br>Lead Attorney |
| | DLA Piper US LLP (San Diego)<br>4365 Executive DriveSuite 1100<br>San Diego, CA 92121-2133<br>USA<br>Phone: (858)638-6813Fax: (858)677-1477Attorney to be Noticed |
| | Jay D. Hanson<br>Lead Attorney |
| | DLA Piper US LLP (San Diego)<br>4365 Executive DriveSuite 1100<br>San Diego, CA 92121-2133<br>USA<br>Phone: (856)677-1400Attorney to be Noticed |
| | Steven Karl Barentzen |
| | DLA Piper US LLP(DC)<br>500 8th Street, N.W.,<br>Washington, DC 20004<br>USA<br>Phone: (202)799-4500Fax: (202)799-5500Attorney to be Noticed |
| | Donna M. Sheinbach |
| | DLA Piper US LLP(DC)<br>500 8th Street, N.W.,<br>Washington, DC 20004<br>USA<br>Phone: (202)238-7763Fax: (202)238-7700Attorney to be Noticed |
| **Tarik Hamdi**<br>**Defendant** | Maher H. Hanania<br>Lead Attorney |
| | 6066 Leesburg Pike<br>Suite 101<br>Falls Church, VA 22041<br>USA<br>Phone: (703)778-2400Attorney to be Noticed |
| | Maher Hana Hanania, Sr |

| Litigants | Attorneys |
|---|---|

|  | Hanania & Kheder, P.C.<br>6066 Leesburg Pike #101<br>Falls Chuch, VA 22041<br>USA<br>Phone: (703)778-2400Fax: (703)778-2407Attorney to be Noticed |

**Aradi, Inc.**
**Defendant**

Richard Castello
Lead Attorney

Fish & Richardson P.C.
153 East 53rd Street
New York, NY 10022-4611
USA
Phone: (212)641-2250Fax: (212)258-2291Attorney to be Noticed

**Mar-Jac Poultry, Inc.**
**Defendant**

Wilmer Parker, III
Lead Attorney

Gillen Parker and Withers LLC
Ste 1050 3490 Piedmont Rd
Atlanta, GA 30305
USA
Phone: (404)842-9700 x0340Fax: (404)842-9750Attorney to be Noticed

**Al Haramain Foundation**
**Defendant**

Ashraf Wajih Nubani

Busch & Nubani, P.C.
5029 Backlick Road, Suite A
Annandale, VA 22003
USA
Phone: (703)658-5151Fax: (703)658-9200Attorney to be Noticed

**Perouz Seda Ghaty**
**Defendant**

Alan Robert Kabat

Bernabie and Katz PLLC (DC)
1773 T Street NW
Washington, DC 20009
USA
Phone: (202)745-1942Fax: (202)745-2627Attorney to be Noticed

**Muzaffar Khan**
**Defendant**

**Jamal Nyrabeh**
**Defendant**

**Sultan Bin Abdul Aziz Al Saud**
**Defendant**

## Litigants

**Attorneys**

Sulaiman Bin Abdul Aziz Al Rajhi
**Defendant**

John M. Helms, JR.,

Fish & Richardson P.C. (TX)
1717 Main Street, Suite 5000
Dallas, TX 75201
USA
Phone: (214)747-5070Fax: (214)747-2091

Matthew E. Yarbrough

Fish & Richardson, P.C.
5000 Bank One Center1717 Main Street
Dallas, TX 75201
USA
Phone: (214)747-5070

Raymond R. Castello

Fish & Richardson, P.C.
153 East 53rd Street52nd Floor
New York, NY 10022
USA
Phone: (212)765-5070

Thomas M. Melsheimer

Fish & Richardson P.C. (TX)
1717 Main Street, Suite 5000
Dallas, TX 75201
USA
Phone: (214)747-5070Fax: (214)747-2091

Saleh Abdul Aziz Al Rajhi
**Defendant**

John M. Helms, JR.,

Fish & Richardson P.C. (TX)
1717 Main Street, Suite 5000
Dallas, TX 75201
USA
Phone: (214)747-5070Fax: (214)747-2091

Matthew E. Yarbrough

Fish & Richardson, P.C.
5000 Bank One Center1717 Main Street
Dallas, TX 75201
USA
Phone: (214)747-5070

Raymond R. Castello

Fish & Richardson, P.C.
153 East 53rd Street52nd Floor
New York, NY 10022
USA
Phone: (212)765-5070

Thomas M. Melsheimer

## Litigants

## Attorneys

Fish & Richardson P.C. (TX)
1717 Main Street, Suite 5000
Dallas, TX 75201
USA
Phone: (214)747-5070Fax: (214)747-2091

Mohammad Jamal Al Khalifa
**Defendant**

The Republic of Sudan
**Defendant**

The Islamic Emirate of Afghanistan
**Defendant**

Al Qaeda Islamic Army
**Defendant**

Estate of Muhammad Atef
**Defendant**

Ayman Al Zawahiri
**Defendant**

Estate of Abu Salah Al-Yemeni
**Defendant**

Estate of Abu Jaffer Al-Jaziri: also known as Omar Chebbani
**Defendant**

Abu Musab Zarqawi
**Defendant**

Mamoun Darkazanli
**Defendant**

Bensayah Belkacem
**Defendant**

Wadih El-Hage
**Defendant**

Wali Khan Amin Shah
**Defendant**

Terrorist Hijackers
**Defendant**

Muhammad Omar
**Defendant**

| Litigants | Attorneys |
|---|---|

Jalil Shinwari
**Defendant**

Sudanese Intelligence Service
**Defendant**

Information Minister Qorban 'ali Najaf Abadi
**Defendant**

Yazid Sufaat of Kuala Lumpur Malaysia
**Defendant**

Islamic Investment Company of the Gulf
**Defendant**

Al-Bir Saudi Organization
**Defendant**

Hamas
**Defendant**

Imad Mughniyeh
**Defendant**

Al Tawhid
**Defendant**

Zakarlya Essabar
**Defendant**

IBN Sheik Al-Libi
**Defendant**

Mullah Kakshar
**Defendant**

Faisal Group Holding Co.
**Defendant**

T. Barry Kingham

Curtis, Mallet-Prevost, Colt and Mosle LLP
101 Park Avenue South 35th Floor
New York, NY 10178
USA
Phone: (212)696-6000Fax: (212)697-1559Attorney to be Noticed

Alfaisaliah Group
**Defendant**

T. Barry Kingham

Curtis, Mallet-Prevost, Colt and Mosle LLP
101 Park Avenue South 35th Floor
New York, NY 10178
USA

## Litigants

## Attorneys

Phone: (212)696-6000Fax: (212)697-1559Attorney to be Noticed

Mohammed Bahareth
**Defendant**

Adbullah Bin Said
**Defendant**

Talal Mohammed Badkook
**Defendant**

Alan Robert Kabat
Lead Attorney

Bernabie and Katz PLLC (DC)
1773 T Street NW
Washington, DC 20009
USA
Phone: (202)745-1942Fax: (202)745-2627Attorney to be Noticed

Lynne A. Bernabei
Lead Attorney

Bernabie and Katz PLLC (DC)
1773 T Street NW
Washington, DC 20009
USA
Phone: (202)745-1942Fax: (202)745-2627Attorney to be Noticed

Al-Mustaqbal Group
**Defendant**

Al-Watania Poultry
**Defendant**

Salim Bin Mahfouz
**Defendant**

SNCB Corporate Finance LTD.
**Defendant**

Ronald Stanley Liebman

Patton Boggs LLP (DC)
2550 M Street, N.W.
Washington, DC 20037
USA
Phone: (202)457-6310Fax: (202)457-6315Attorney to be Noticed

SNCB Securities LTD. in London
**Defendant**

Ronald Stanley Liebman

Patton Boggs LLP (DC)
2550 M Street, N.W.
Washington, DC 20037
USA
Phone: (202)457-6310Fax: (202)457-6315Attorney to be Noticed

## Litigants

## Attorneys

Saudi Economic and Development Company
**Defendant**

David P. Gersch
Lead Attorney

Arnold & Porter, LLP (DC)
555 Twelfth Street, N.W.
Washington, DC 20004
USA
Phone: (202)942-5125Fax: (203)942-5999Attorney to be Noticed

Jean Engelmayer Kalicki

Arnold & Porter, LLP
399 Park Avenue
New York, NY 10022
USA
Phone: (202)942-6155Fax: (202)942-5999Attorney to be Noticed

Blessed Relief Foundation
**Defendant**

Saif Al Islam El Masry
**Defendant**

Arafat El-Ashi
**Defendant**

Moro Islamic Liberation Front (Milf)
**Defendant**

Islamic African Relief Agency
**Defendant**

Sherifsedky
**Defendant**

National Development Bank
**Defendant**

Aqsa Islamic Bank
**Defendant**

Martin Francis McMahon
Lead Attorney

Martin F. McMahon and Associates
1150 Conneticut Avenue N.W.
Washington, DC 20035
USA
Phone: (202)862-4343Fax: (202)862-4302Attorney to be Noticed

Adel Muhammad Sadiq Bin Kazem
**Defendant**

## Litigants

## Attorneys

Abdulaziz Bin Hamad Al Gosaibi
**Defendant**

Saudi Cement Company in Damman
**Defendant**

Zeinab Mansour-Fattouh
**Defendant**

Al Qaeda Islamic Army
**Defendant**

Zubayadh
**Defendant**

Mushin Musa Matwalliatwah
**Defendant**

Abu Omar Muhammad
**Defendant**

Jemaah Isamiya
**Defendant**

Muhammad Omar
**Defendant**

Saddam Hussein
**Defendant**

Taha Yassin Ramadan
**Defendant**

Salah Suleiman
**Defendant**

Ayatollah Ali Khamenei Spiritual Leader of Iran
**Defendant**

Al-Gammaah Al Islamiah
**Defendant**

Mohammed Jamal Khalifa
**Defendant**

Ashraf Wajih Nubani

Busch & Nubani, P.C.
5029 Backlick Road, Suite A
Annandale, VA 22003
USA
Phone: (703)658-5151Fax: (703)658-9200Attorney to be
Noticed

| **Litigants** | **Attorneys** |
|---|---|
| Prince Nayef Bin Abdulaziz Al Saud<br>**Defendant** | |
| Suleiman Abdel Aziz<br>**Defendant** | |
| Mandouh Mahamud Salim<br>**Defendant** | |
| Mullah Kakshar<br>**Defendant** | |
| National Commerce Bank<br>**Defendant** | Mitchell Rand Berger<br>Lead Attorney<br><br>Patton Boggs LLP (DC)<br>2550 M Street, N.W.<br>Washington, DC 20037<br>USA<br>Phone: (202)457-5601Fax: (202)457-6315Attorney to be Noticed<br><br>Ronald Stanley Liebman<br>Lead Attorney<br><br>Patton Boggs LLP (DC)<br>2550 M Street, N.W.<br>Washington, DC 20037<br>USA<br>Phone: (202)457-6310Fax: (202)457-6315Attorney to be Noticed<br><br>Ugo Alfredo Colella<br>Lead Attorney<br><br>Patton Boggs LLP (DC)<br>2550 M Street, N.W.<br>Washington, DC 20037<br>USA<br>Phone: (202)457-5693Fax: (202)457-6315Attorney to be Noticed |
| Al Rajhi Bank<br>**Defendant** | |
| Dar Al Maal Al Islami<br>**Defendant** | Al Shamal Islamic Bank<br>Lead Attorney<br><br>,<br><br>Attorney to be Noticed |
| International Relief Organization<br>**Defendant** | |

## Litigants

## Attorneys

Abdullah Bin Saleh Al-Obaid
**Defendant**

Alan Robert Kabat

Bernabie and Katz PLLC (DC)
1773 T Street NW
Washington, DC 20009
USA
Phone: (202)745-1942Fax: (202)745-2627Attorney to be
Noticed

Sherif Shedky
**Defendant**

Aqeel Al Aqeel
**Defendant**

Maher H. Hanania
Lead Attorney

6066 Leesburg Pike
Suite 101
Falls Church, VA 22041
USA
Phone: (703)778-2400Attorney to be Noticed

Ashraf Wajih Nubani

Busch & Nubani, P.C.
5029 Backlick Road, Suite A
Annandale, VA 22003
USA
Phone: (703)658-5151Fax: (703)658-9200Attorney to be
Noticed

Talobah International Aid Association
**Defendant**

Maher H. Hanania
Lead Attorney

6066 Leesburg Pike
Suite 101
Falls Church, VA 22041
USA
Phone: (703)778-2400Attorney to be Noticed

Sulaiman Al-Alsheikh
**Defendant**

Alan Robert Kabat
Lead Attorney

Bernabie and Katz PLLC (DC)
1773 T Street NW
Washington, DC 20009
USA
Phone: (202)745-1942Fax: (202)745-2627Attorney to be
Noticed

Lynne A. Bernabei
Lead Attorney

Bernabie and Katz PLLC (DC)
1773 T Street NW
Washington, DC 20009
USA

| Litigants | Attorneys |
|---|---|
| | Phone: (202)745-1942Fax: (202)745-2627Attorney to be Noticed |
| Sulaiman Ali Eldeen<br>**Defendant** | Alan Robert Kabat<br>Lead Attorney<br><br>Bernabie and Katz PLLC (DC)<br>1773 T Street NW<br>Washington, DC 20009<br>USA<br>Phone: (202)745-1942Fax: (202)745-2627Attorney to be Noticed<br><br>Lynne A. Bernabei<br>Lead Attorney<br><br>Bernabie and Katz PLLC (DC)<br>1773 T Street NW<br>Washington, DC 20009<br>USA<br>Phone: (202)745-1942Fax: (202)745-2627Attorney to be Noticed |
| Islamic Investment Company of the Gulf (Bathrain)ec<br>**Defendant** | |
| Lujain Al-Iman<br>**Defendant** | |
| Nasreddin Group International Holding Limited<br>**Defendant** | |
| Ahmed Idris Nasreddin<br>**Defendant** | |
| Arab Bank<br>**Defendant** | John David Shakow<br>Lead Attorney<br><br>1730 Pennsylvania Avenue, NW<br>Washington, DC 20006<br>USA<br>Phone: (202)737-0500Fax: (202)626-3737Attorney to be Noticed<br><br>Richard T. Marooney, Jr<br><br>King & Spalding, L.L.P. (NYC)<br>1185 Avenue of the Americas<br>New York, NY 10036<br>USA<br>Phone: (212)556-2242Fax: (212)556-2222Attorney to be Noticed |
| Salahuddin Abduljawad<br>**Defendant** | John C. Millian<br>Lead Attorney |

| Litigants | Attorneys |
|-----------|-----------|
| | Gibson, Dunn & Crutcher, L.L.P.<br>1050 Connecticut Avenue, NW<br>Washington, DC 20036<br>USA<br>Phone: (202)955-8213Fax: (202)530-9566Attorney to be Noticed |
| Ahmed Zaki Yamani<br>**Defendant** | |
| Ahmad Al Harbi<br>**Defendant** | |
| Hamad Hussaini<br>**Defendant** | |
| Abu Musab Al-Zarqawi<br>**Defendant** | |
| Wael Jalaidan<br>**Defendant** | Martin F. McMahon<br>Lead Attorney<br><br>Reilly, Like, Tenety & Ambrosino<br>179 Little East Neck Road NorthP.O. Box 818<br>Babylon, NY 11702<br>USA<br>Phone: (516)669-3000Attorney to be Noticed<br><br>Martin Francis McMahon<br><br>Martin F. McMahon and Associates<br>1150 Connecticut Avenue N.W.<br>Washington, DC 20035<br>USA<br>Phone: (202)862-4343Fax: (202)862-4302Attorney to be Noticed |
| MD James W Monsour<br>**Defendant** | |
| Benevolence International Foundation, Canada<br>**Defendant** | |
| Al Bir Dawalia<br>**Defendant** | |
| Brahim Muhammad Afandi<br>**Defendant** | |
| Salahuddin Abduljawad<br>**Defendant** | John C. Millian<br>Lead Attorney<br><br>Gibson, Dunn & Crutcher, L.L.P. |

## Litigants

## Attorneys

1050 Connecticut Avenue, NW
Washington, DC 20036
USA
Phone: (202)955-8213Fax: (202)530-9566Attorney to be
Noticed

Ahmed Zaki Yamani
**Defendant**

Rayner Max Hamilton
Lead Attorney

White & Case LLP (NY)
1155 Avenue of the Americas
New York, NY 10036
USA
Phone: (212)819-8822Fax: (212)354-8113Attorney to be
Noticed

Abmad Al Harbi
**Defendant**

Mohammed Al-Issai
**Defendant**

Abu Musab Al-Zarqawi
**Defendant**

Muzaffar Kahn
**Defendant**

Mamoun Darkazanli
**Defendant**

Omar Bin Laden
**Defendant**

Jones Day
Lead Attorney

51 Louisiana Avenue, NW
Washington, DC 20001-2113
USA
Phone: (202)879-3939Fax: (202)626-1700Attorney to be
Noticed

Saudi Binladin Group, Inc.
**Defendant**

Mary Ellen Powers
Lead Attorney

Jones Day (DC)
51 Louisiana Avenue, NW
Washington, DC 20001
USA
Attorney to be Noticed

Melissa Danielle Stear

Jones Day (DC)
51 Louisiana Avenue, NW
Washington, DC 20001
USA

| Litigants | Attorneys |
|-----------|-----------|
| | Phone: (202)879-5421Fax: (202)626-1700 |
| | |
| | E. Michael Bradley |
| | |
| | Jones Day (NYC) |
| | 222 East 41st Street |
| | New York, NY 10017 |
| | USA |
| | Phone: (212)326-3863Fax: (212)755-7306Attorney to be Noticed |

**Lashkar I Janghvi**
**Defendant**

**Hezbollah**
**Defendant**

**Islamic Army of Aden**
**Defendant**

**Benevolence International Fund**
**Defendant**

**Nabil Benattia**
**Defendant**

**Riadh Jelassi**
**Defendant**

**Mendi Kammoun**
**Defendant**

**Tarek Ben Habib Maaroufi**
**Defendant**

**Mansour Thaer**
**Defendant**

**Lazhar Ben Mohammed Tlili**
**Defendant**

**Habib Waddani**
**Defendant**

**Tarek Charaabi**
**Defendant**

**Sami Ben Khemais Essid**
**Defendant**

**Lased Ben Heni**

## Litigants                                        ## Attorneys

**Defendant**


Bashir-UD-Din Mahmood
**Defendant**


Al Taqwa/Nada Group
**Defendant**


Al-Barakat Global Telecommunications
**Defendant**


Al-Barakat Investments
**Defendant**


Al-Barakat Wiring Service
**Defendant**


Baraka Trading Company
**Defendant**


Barakaat Construction Company
**Defendant**


Barakaat International Foundation
**Defendant**


Barakat Wire Transfer Company
**Defendant**


Barako Trading Company, LLC
**Defendant**


Global Services International
**Defendant**


Parka Trading Company
**Defendant**


Somalia International Relief Organization
**Defendant**


Abdirasik Aden
**Defendant**


Abdi Adulaziz Ali
**Defendant**


Liban Hussein
**Defendant**

## Litigants

## Attorneys

Al-Hamati Sweets Bakeries
**Defendant**

Islamic International Brigade
**Defendant**

Special Purpose Islamic Regiment
**Defendant**

Prince Vandar Iban Sultan
**Defendant**

Osama Bassnan
**Defendant**

ARY Group
**Defendant**

Islamic Cultural Center of Geneva
**Defendant**

Proyectos Y Promocoines ISO Afamia SL
**Defendant**

Cobis
**Defendant**

Abrash Company
**Defendant**

Proyectos Edispan
**Defendant**

Ghasoub Al Abrash
**Defendant**

Ziyad Khaleel
**Defendant**

Essam Al Ridi
**Defendant**

Mohammed Al-Issai
**Defendant**

Salman Al-Ouda
**Defendant**

Alan Robert Kabat

Bernabie and Katz PLLC (DC)
1773 T Street NW
Washington, DC 20009
USA

| Litigants | Attorneys |
|---|---|
| | Phone: (202)745-1942 Fax: (202)745-2627 Attorney to be Noticed |
| **Estate of Qusay Hussein**<br>**Defendant** | |
| **Estate of Uday Hussein**<br>**Defendant** | |
| Ibrahim Bin Abdul Aziz<br>**Defendant** | |
| Iksir Limited Holding<br>**Defendant** | |
| Raw Mat Service and Management SA<br>**Defendant** | |
| Barzan Ibrahim Al Tikriti<br>**Defendant** | |
| Soliman S. Biheiri<br>**Defendant** | |
| Husham Hussein<br>**Defendant** | |
| Hamsiraji Sali<br>**Defendant** | |
| Schreiber & Zindel<br>**Defendant** | Ayad P. Jacob<br>Lead Attorney<br><br>Schiff Hardin LLP (Chicago)<br>6600 Sears Tower<br>Chicago, IL 60606<br>USA<br>Phone: (312)258-5585 Fax: (312)258-5600 Attorney to be Noticed<br><br>Donald Allen Klein<br>Lead Attorney<br><br>Schiff Hardin LLP<br>900 Third Avenue<br>New York, NY 10022<br>USA<br>Phone: (212)753-5000 Fax: (212)753-5044 Attorney to be Noticed<br><br>John N. Scholnick<br>Lead Attorney<br><br>Neal, Gerber & Eisenberg |

| Litigants | Attorneys |
|-----------|-----------|
| | 2 North LaSalle Street<br>Chicago, IL 60602<br>USA<br>Phone: (312)269-8000Attorney to be Noticed |
| **Engelbert Schreiber, Jr**<br>**Defendant** | Ayad P. Jacob<br>Lead Attorney<br><br>Schiff Hardin LLP (Chicago)<br>6600 Sears Tower<br>Chicago, IL 60606<br>USA<br>Phone: (312)258-5585Fax: (312)258-5600Attorney to be Noticed<br><br>Donald Allen Klein<br>Lead Attorney<br><br>Schiff Hardin LLP<br>900 Third Avenue<br>New York, NY 10022<br>USA<br>Phone: (212)753-5000Fax: (212)753-5044Attorney to be Noticed<br><br>John N. Scholnick<br>Lead Attorney<br><br>Neal, Gerber & Eisenberg<br>2 North LaSalle Street<br>Chicago, IL 60602<br>USA<br>Phone: (312)269-8000Attorney to be Noticed |
| **Martin Watcher**<br>**Defendant** | Lisa Freiman Fishberg<br><br>Schertler & Onorato, LLP<br>1140 Connecticut Avenue, NW, Suite 1140<br>Washington, DC 20036<br>USA<br>Phone: (202)628-4199Fax: (202)628-4177Attorney to be Noticed |
| **Erwin Watcher**<br>**Defendant** | Lisa Freiman Fishberg<br><br>Schertler & Onorato, LLP<br>1140 Connecticut Avenue, NW, Suite 1140<br>Washington, DC 20036<br>USA<br>Phone: (202)628-4199Fax: (202)628-4177Attorney to be Noticed |
| **Tatex Trading Gmbht**<br>**Defendant** | |
| **Hamel Al Barakati**<br>**Defendant** | |

| Litigants | Attorneys |
|---|---|
| The Estate of Abdulaziz Al Omari<br>**Defendant** | |
| Estate of Mohammed Atta<br>**Defendant** | |
| Estate of Ahmed Al-Ghamdi<br>**Defendant** | |
| Estate of Hamza Al-Ghamdi<br>**Defendant** | |
| Estate of Marwan Al-Shehhi<br>**Defendant** | |
| Estate of Mohald Al-Shehri<br>**Defendant** | |
| Estate of Khalid Al-Midhar<br>**Defendant** | |
| Estate of Hani Hanjour<br>**Defendant** | |
| Estate of Saeed Al Ghamdi<br>**Defendant** | |
| Estate of Ahmed Al Nami<br>**Defendant** | |
| Prince Bandar Bin Sultan Bin Abdulaziz<br>**Defendant** | Mark Charles Hansen<br><br>Kellogg, Huber, Hansen, Todd & Evans PLLC (DC)<br>1615 M Street, N.W., Suite 400<br>Washington, D.C., DC 20036<br><br>Phone: (202)326-7904Fax: (202)326-7999Attorney to be Noticed |
| Al Baraka Investment & Development Corp.<br>**Defendant** | James Vann<br>Lead Attorney<br><br>,<br><br>Attorney to be Noticed<br><br>Jason Dzubow<br>Lead Attorney<br><br>, |

| Litigants | Attorneys |
|---|---|
| | Attorney to be Noticed |
| | Martin Francis McMahon |
| | Martin F. McMahon and Associates<br>1150 Conneticut Avenue N.W.<br>Washington, DC 20035<br>USA<br>Phone: (202)862-4343Fax: (202)862-4302Attorney to be Noticed |
| **Prince Turki Al Faisal Al Saud**<br>**Defendant** | |
| **Islamic Investment Company of the Gulf (Sharjah)**<br>**Defendant** | James Joseph McGuire |
| | Sheppard, Mullin, Richter & Hampton, LLP(NYC)<br>30 Rockefeller Plaza<br>New York, NY 10112<br>USA<br>Phone: (212)332-3800Fax: (212)332-3888Attorney to be Noticed |
| | Timothy James McCarthy |
| | Sheppard, Mullin, Richter & Hampton, LLP(NYC)<br>30 Rockefeller Plaza<br>New York, NY 10112<br>USA<br>Phone: (212)332-3800Fax: (212)332-3888Attorney to be Noticed |
| **Mohammad Abdullah Aljomaih**<br>**Defendant** | Anthony Louis Cotroneo |
| | Rosner, Nocera & Ragone, LLP<br>110 Wall Street23rd Floor<br>Ny, NY 10005<br>USA<br>Phone: (212)635-2244Fax: (212)635-0533Attorney to be Noticed |
| **Mohammed Hussein Al Amoudi**<br>**Defendant** | James Edward d'Auguste |
| | Akin Gump Strauss Hauer & Feld LLP(CA)<br>2029 Century Park East, Suite 2400<br>Los Angeles, CA 90067<br>USA<br>Phone: (212)872-8093Fax: (212)872-7547Attorney to be Noticed |
| | Mara Beth Zusman |
| | Akin, Gump, Strauss, Hauer & Feld, LLP (DC)<br>Robert S. Strauss Bldg1333 New Hampshire Ave. NW<br>Washington, DC 20036<br>USA |

## Litigants | ## Attorneys

| Litigants | Attorneys |
|---|---|
| | Phone: (202)887-4527Fax: (202)887-4288Attorney to be Noticed |
| | Mark Joseph MacDougall |
| | Akin, Gump, Strauss, Hauer & Feld, LLP (DC)<br>Robert S. Strauss Bldg1333 New Hampshire Ave. NW<br>Washington, DC 20036<br>USA<br>Phone: (202)887-4510Fax: (202)887-4288Attorney to be Noticed |
| | Nicole Hagenbach Sprinzen |
| | Akin, Gump, Strauss, Hauer & Feld, LLP (DC)<br>Robert S. Strauss Bldg1333 New Hampshire Ave. NW<br>Washington, DC 20036<br>USA<br>Phone: (202)887-4301Fax: (202)887-4288Attorney to be Noticed |
| Centersas Di Nasreddin Ahmed Idris EC<br>**Defendant** | |
| Salah Hajir<br>**Defendant** | |
| Iranian Revolutionary Guard Corps (Irgc)<br>**Defendant** | |
| Hossein Mosleh<br>**Defendant** | |
| Nasco Business Residence<br>**Defendant** | |
| Hassan Nasrallah<br>**Defendant** | |
| Morteza Reza'i<br>**Defendant** | |
| Adib Sha'ban<br>**Defendant** | |
| Ahmad Vahedi<br>**Defendant** | |
| Abu Waiel<br>**Defendant** | |
| Mohammad Baqer Zolqadr<br>**Defendant** | |

## Litigants                                    ## Attorneys

Prince Mohamed Al-Faisal Al-Saud          Tracey Cote Allen
**Defendant**                             Lead Attorney

                                          Wilmer, Cutler & Pickering (Washington)
                                          1875 Pennsylvania Avenue, Nw
                                          Washington, DC 20037
                                          USA
                                          Phone: (202)663-6856Fax: (202)663-6363Attorney to be
                                          Noticed

Abdul Aziz Al-Ibrahim                     James Joseph McGuire
**Defendant**

                                          Sheppard, Mullin, Richter & Hampton, LLP(NYC)
                                          30 Rockefeller Plaza
                                          New York, NY 10112
                                          USA
                                          Phone: (212)332-3800Fax: (212)332-3888Attorney to be
                                          Noticed

Council on American-Islamic Relations (Cair)    Omar T. Mohammedi
**Defendant**                             Lead Attorney

                                          GE Healthcare
                                          9900 W. Innovation Dr.Rp 2134
                                          Wauwatosa, WI 53226-4856
                                          USA
                                          Phone: (212)725-3846Fax: (212)725-9160

Martin Wachter                            Amy Berman Jackson
**Defendant**                             Lead Attorney

                                          Trout Cacheris, PLLC
                                          1350 Connecticut Avenue, N.W., Suite 300
                                          Washington, DC 20036
                                          USA
                                          Phone: (202)464-3312Fax: (202)464-3319Attorney to be
                                          Noticed

Erwin Wachter                             Amy Berman Jackson
**Defendant**                             Lead Attorney

                                          Trout Cacheris, PLLC
                                          1350 Connecticut Avenue, N.W., Suite 300
                                          Washington, DC 20036
                                          USA
                                          Phone: (202)464-3312Fax: (202)464-3319Attorney to be
                                          Noticed

Abdullah Bin Khalid Al-Thani              Rachel Tausend
**Defendant**                             Lead Attorney

                                          DLA Piper US LLP (NY)
                                          1251 Avenue of the Americas
                                          New York, NY 10020
                                          USA

## Litigants

## Attorneys

Phone: (202)861-3923 Fax: (202)223-2085 Attorney to be Noticed

Sheldon Krantz
Lead Attorney

DLA Piper US LLP (NY)
1251 Avenue of the Americas
New York, NY 10020
USA
Phone: (202)861-3900 Fax: (202)223-2085 Attorney to be Noticed

Abdullah Bin Khalid Al-Thani
**Defendant**

David Eli Nachman
Lead Attorney

DLA Piper US LLP (NY)
1251 Avenue of the Americas
New York, NY 10020
USA
Phone: (212)335-4500 Fax: (212)335-4501 Attorney to be Noticed

Abdul Hamid Abu Sulayman
**Defendant**

Steven Karl Barentzen

DLA Piper US LLP(DC)
500 8th Street, N.W.,
Washington, DC 20004
USA
Phone: (202)799-4500 Fax: (202)799-5500 Attorney to be Noticed

Havlish Defendants
**Defendant**

The Royal Embassy of Saudi Arabia
**Movant**

Mark Charles Hansen

Kellogg, Huber, Hansen, Todd & Evans PLLC (DC)
1615 M Street, N.W., Suite 400
Washington, D.C., DC 20036

Phone: (202)326-7904 Fax: (202)326-7999 Attorney to be Noticed

Lynn Faulkner
**Intervenor Defendant**

James F. Peterson
Lead Attorney

501 School Street, NW
Washington, DC 20024
USA
Phone: (202)646-5175 Fax: (202)646-5199 Attorney to be Noticed

Paul J. Orfanedes
Lead Attorney

| Litigants | Attorneys |
|---|---|
| | 501 School Street, SW<br>Suite 700<br>Washington, DC 20024<br>USA<br>Phone: (202)646-5172Fax: (202)646-5199Attorney to be Noticed |
| **New York Marine and General Insurance Company**<br>**ADR Provider** | |
| Abdul Aziz Al-Ibrahim<br>**ADR Provider** | |
| Abdul Hamid Abu Sulayman<br>**ADR Provider** | Steven Karl Barentzen<br><br>DLA Piper US LLP(DC)<br>500 8th Street, N.W.,<br>Washington, DC 20004<br>USA<br>Phone: (202)799-4500Fax: (202)799-5500Attorney to be Noticed |
| United States of America<br>**Interested Party** | |
| Plaintiffs Executive Committees<br>**All Plaintiffs** | Plaintiffs Executive Committees<br>[PRO SE]<br><br>, |
| Lynn Faulkner<br>**Intervenor** | James F. Peterson<br>Lead Attorney<br><br>501 School Street, NW<br>Washington, DC 20024<br>USA<br>Phone: (202)646-5175Fax: (202)646-5199Attorney to be Noticed<br><br>Paul J. Orfanedes<br>Lead Attorney<br><br>501 School Street, SW<br>Suite 700<br>Washington, DC 20024<br>USA<br>Phone: (202)646-5172Fax: (202)646-5199Attorney to be Noticed |
| Michael J. Allen: in his own right and as Co-Representative of the Estate of Joseph R. Allen, deceased<br>**Plaintiff** | David C. Lee<br>Lead Attorney<br><br>Law Offices of J D Lee<br>422 S.Gay Street |

EXHIBIT 8, PAGE 774

| Litigants | Attorneys |
|---|---|
| | Knoxville, TN 37902 |

Knoxville, TN 37902
USA
Phone: (865)544-4101Attorney to be Noticed

Don Howarth
Lead Attorney

Howarth and Smith (LA)
523 West Sixth Street, Suite 728
Los Angeles, CA 90014
USA
Phone: (213)955-9400Fax: (213)622-9400Attorney to be Noticed

Donald A. Migliori
Lead Attorney

Motley Rice LLC (SC)
28 Bridgeside BoulevardP.O. Box 1792
Mount Pleasant, SC 29465
USA
Phone: (401)457-7700Fax: (401)457-7708Attorney to be Noticed

Elizabeth S. Smith
Lead Attorney

Motley Rice LLC (SC)
28 Bridgeside BoulevardP.O. Box 1792
Mount Pleasant, SC 29465
USA
Phone: (843)216-9240Fax: (843)216-9430Attorney to be Noticed

George R. Blakey
Lead Attorney

One Notre Dame Circle
Notre Dame, IN 46556
USA
Phone: (574)631-5717Attorney to be Noticed

Harry Huge
Lead Attorney

Harry Huge Law Firm, L.L.P.
1001 Pennsylvania Avenue, NW7th Floor
Washington, DC 20004
USA
Phone: (202)624-3932Fax: (843)720-8794Attorney to be Noticed

Jack D. Cordray
Lead Attorney

Cordray Law Firm
Post Office Drawer 22857
Charleston, SC 29413
USA

## Litigants | ## Attorneys

Phone: (843)577-9761Fax: (843)853-6330Attorney to be Noticed

Jayne Conroy
Lead Attorney

Hanly Conroy Bierstein Sheridan Fisher & Hayes, LLP
112 Madison Avenue
New York, NY 10016
USA
Phone: (212)784-6402Fax: (212)784-6400Attorney to be Noticed

Jeffrey Scott Thompson
Lead Attorney

Motley Rice, L.L.C.
28 Bridgeside Boulevard
Mount Pleasant, SC 29464
USA
Phone: (843)216-9000Attorney to be Noticed

Jodi Westbrook Flowers
Lead Attorney

Motley Rice LLC (SC)
28 Bridgeside BoulevardP.O. Box 1792
Mount Pleasant, SC 29465
USA
Phone: (843)216-9163Fax: (843)216-9680Attorney to be Noticed

John Davis Lee
Lead Attorney

Law Offices of J D Lee
422 S.Gay Street
Knoxville, TN 37902
USA
Phone: (865)544-4101Fax: (865)544-0536Attorney to be Noticed

Robert D. Brain
Lead Attorney

Howarth and Smith (LA)
523 West Sixth Street, Suite 728
Los Angeles, CA 90014
USA
Phone: (213)955-9400Fax: (213)622-9400Attorney to be Noticed

Robert Turner Haefele
Lead Attorney

Motley Rice LLC (SC)
28 Bridgeside BoulevardP.O. Box 1792
Mount Pleasant, SC 29465
USA

| Litigants | Attorneys |
|---|---|
| | Phone: (843)216-9184Fax: (843)216-9450Attorney to be Noticed |
| | Ronald L. Motley<br>Lead Attorney |
| | Motley Rice LLC (SC)<br>28 Bridgeside BoulevardP.O. Box 1792<br>Mount Pleasant, SC 29465<br>USA<br>Phone: (843)216-9000Fax: (843)216-9680Attorney to be Noticed |
| | Suzelle M Smith<br>Lead Attorney |
| | Howarth and Smith (LA)<br>523 West Sixth Street, Suite 728<br>Los Angeles, CA 90014<br>USA<br>Phone: (212)955-9400Fax: (213)622-0791Attorney to be Noticed |
| Jocelyne Ambroise: in her own right as an injured party<br>**Plaintiff** | David C. Lee<br>Lead Attorney |
| | Law Offices of J D Lee<br>422 S.Gay Street<br>Knoxville, TN 37902<br>USA<br>Phone: (865)544-4101Attorney to be Noticed |
| | Don Howarth<br>Lead Attorney |
| | Howarth and Smith (LA)<br>523 West Sixth Street, Suite 728<br>Los Angeles, CA 90014<br>USA<br>Phone: (213)955-9400Fax: (213)622-9400Attorney to be Noticed |
| | Donald A. Migliori<br>Lead Attorney |
| | Motley Rice LLC (SC)<br>28 Bridgeside BoulevardP.O. Box 1792<br>Mount Pleasant, SC 29465<br>USA<br>Phone: (401)457-7700Fax: (401)457-7708Attorney to be Noticed |
| | Elizabeth S. Smith<br>Lead Attorney |
| | Motley Rice LLC (SC)<br>28 Bridgeside BoulevardP.O. Box 1792<br>Mount Pleasant, SC 29465<br>USA |

| Litigants | Attorneys |
|---|---|
| | Phone: (843)216-9240Fax: (843)216-9430Attorney to be Noticed |

George R. Blakey
Lead Attorney

One Notre Dame Circle
Notre Dame, IN 46556
USA
Phone: (574)631-5717Attorney to be Noticed

Harry Huge
Lead Attorney

Harry Huge Law Firm, L.L.P.
1001 Pennsylvania Avenue, NW7th Floor
Washington, DC 20004
USA
Phone: (202)624-3932Fax: (843)720-8794Attorney to be Noticed

Jack D. Cordray
Lead Attorney

Cordray Law Firm
Post Office Drawer 22857
Charleston, SC 29413
USA
Phone: (843)577-9761Fax: (843)853-6330Attorney to be Noticed

Jayne Conroy
Lead Attorney

Hanly Conroy Bierstein Sheridan Fisher & Hayes, LLP
112 Madison Avenue
New York, NY 10016
USA
Phone: (212)784-6402Fax: (212)784-6400Attorney to be Noticed

Jeffrey Scott Thompson
Lead Attorney

Motley Rice, L.L.C.
28 Bridgeside Boulevard
Mount Pleasant, SC 29464
USA
Phone: (843)216-9000Attorney to be Noticed

Jodi Westbrook Flowers
Lead Attorney

Motley Rice LLC (SC)
28 Bridgeside BoulevardP.O. Box 1792
Mount Pleasant, SC 29465
USA
Phone: (843)216-9163Fax: (843)216-9680Attorney to be Noticed

| Litigants | Attorneys |
|---|---|
| | John Davis Lee<br>Lead Attorney<br><br>Law Offices of J D Lee<br>422 S.Gay Street<br>Knoxville, TN 37902<br>USA<br>Phone: (865)544-4101Fax: (865)544-0536Attorney to be Noticed<br><br>Robert D. Brain<br>Lead Attorney<br><br>Howarth and Smith (LA)<br>523 West Sixth Street, Suite 728<br>Los Angeles, CA 90014<br>USA<br>Phone: (213)955-9400Fax: (213)622-9400Attorney to be Noticed<br><br>Robert T. Haefele<br>Lead Attorney<br><br>Motley Rice, L.L.C.<br>28 Bridgeside Boulevard<br>Mount Pleasant, SC 29464<br>USA<br>Phone: (843)216-9000Attorney to be Noticed<br><br>Ronald L. Motley<br>Lead Attorney<br><br>Motley Rice LLC (SC)<br>28 Bridgeside BoulevardP.O. Box 1792<br>Mount Pleasant, SC 29465<br>USA<br>Phone: (843)216-9000Fax: (843)216-9680Attorney to be Noticed<br><br>Suzelle M Smith<br>Lead Attorney<br><br>Howarth and Smith (LA)<br>523 West Sixth Street, Suite 728<br>Los Angeles, CA 90014<br>USA<br>Phone: (212)955-9400Fax: (213)622-0791Attorney to be Noticed |
| Philipson Azenabor: in his own right as an injured party<br>**Plaintiff** | David C. Lee<br>Lead Attorney<br><br>Law Offices of J D Lee<br>422 S.Gay Street<br>Knoxville, TN 37902<br>USA<br>Phone: (865)544-4101Attorney to be Noticed |

| Litigants | Attorneys |
|-----------|-----------|
|           | Don Howarth<br>Lead Attorney<br><br>Howarth and Smith (LA)<br>523 West Sixth Street, Suite 728<br>Los Angeles, CA 90014<br>USA<br>Phone: (213)955-9400Fax: (213)622-9400Attorney to be Noticed<br><br>Donald A. Migliori<br>Lead Attorney<br><br>Motley Rice LLC (SC)<br>28 Bridgeside BoulevardP.O. Box 1792<br>Mount Pleasant, SC 29465<br>USA<br>Phone: (401)457-7700Fax: (401)457-7708Attorney to be Noticed<br><br>Elizabeth S. Smith<br>Lead Attorney<br><br>Motley Rice LLC (SC)<br>28 Bridgeside BoulevardP.O. Box 1792<br>Mount Pleasant, SC 29465<br>USA<br>Phone: (843)216-9240Fax: (843)216-9430Attorney to be Noticed<br><br>George R. Blakey<br>Lead Attorney<br><br>One Notre Dame Circle<br>Notre Dame, IN 46556<br>USA<br>Phone: (574)631-5717Attorney to be Noticed<br><br>Harry Huge<br>Lead Attorney<br><br>Harry Huge Law Firm, L.L.P.<br>1001 Pennsylvania Avenue, NW7th Floor<br>Washington, DC 20004<br>USA<br>Phone: (202)624-3932Fax: (843)720-8794Attorney to be Noticed<br><br>Jack D. Cordray<br>Lead Attorney<br><br>Cordray Law Firm<br>Post Office Drawer 22857<br>Charleston, SC 29413<br>USA<br>Phone: (843)577-9761Fax: (843)853-6330Attorney to be Noticed |

## Litigants

## Attorneys

Jeffrey Scott Thompson
Lead Attorney

Motley Rice, L.L.C.
28 Bridgeside Boulevard
Mount Pleasant, SC 29464
USA
Phone: (843)216-9000Attorney to be Noticed

Jodi Westbrook Flowers
Lead Attorney

Motley Rice LLC (SC)
28 Bridgeside BoulevardP.O. Box 1792
Mount Pleasant, SC 29465
USA
Phone: (843)216-9163Fax: (843)216-9680Attorney to be
Noticed

John Davis Lee
Lead Attorney

Law Offices of J D Lee
422 S.Gay Street
Knoxville, TN 37902
USA
Phone: (865)544-4101Fax: (865)544-0536Attorney to be
Noticed

Robert D. Brain
Lead Attorney

Howarth and Smith (LA)
523 West Sixth Street, Suite 728
Los Angeles, CA 90014
USA
Phone: (213)955-9400Fax: (213)622-9400Attorney to be
Noticed

Robert Turner Haefele
Lead Attorney

Motley Rice LLC (SC)
28 Bridgeside BoulevardP.O. Box 1792
Mount Pleasant, SC 29465
USA
Phone: (843)216-9184Fax: (843)216-9450Attorney to be
Noticed

Ronald L. Motley
Lead Attorney

Motley Rice LLC (SC)
28 Bridgeside BoulevardP.O. Box 1792
Mount Pleasant, SC 29465
USA
Phone: (843)216-9000Fax: (843)216-9680Attorney to be
Noticed

## Litigants

## Attorneys

Suzelle M Smith
Lead Attorney

Howarth and Smith (LA)
523 West Sixth Street, Suite 728
Los Angeles, CA 90014
USA
Phone: (212)955-9400Fax: (213)622-0791Attorney to be Noticed

John P. Baeszler: in his own right as Representative of the Estate of Jane Ellen Baeszler, deceased
**Plaintiff**

David C. Lee
Lead Attorney

Law Offices of J D Lee
422 S.Gay Street
Knoxville, TN 37902
USA
Phone: (865)544-4101Attorney to be Noticed

Don Howarth
Lead Attorney

Howarth and Smith (LA)
523 West Sixth Street, Suite 728
Los Angeles, CA 90014
USA
Phone: (213)955-9400Fax: (213)622-9400Attorney to be Noticed

Donald A. Migliori
Lead Attorney

Motley Rice LLC (SC)
28 Bridgeside BoulevardP.O. Box 1792
Mount Pleasant, SC 29465
USA
Phone: (401)457-7700Fax: (401)457-7708Attorney to be Noticed

Elizabeth S. Smith
Lead Attorney

Motley Rice LLC (SC)
28 Bridgeside BoulevardP.O. Box 1792
Mount Pleasant, SC 29465
USA
Phone: (843)216-9240Fax: (843)216-9430Attorney to be Noticed

George R. Blakey
Lead Attorney

One Notre Dame Circle
Notre Dame, IN 46556
USA
Phone: (574)631-5717Attorney to be Noticed

Harry Huge

| Litigants | Attorneys |
|---|---|
| | Lead Attorney |

Harry Huge Law Firm, L.L.P.
1001 Pennsylvania Avenue, NW7th Floor
Washington, DC 20004
USA
Phone: (202)624-3932Fax: (843)720-8794Attorney to be
Noticed

Jack D. Cordray
Lead Attorney

Cordray Law Firm
Post Office Drawer 22857
Charleston, SC 29413
USA
Phone: (843)577-9761Fax: (843)853-6330Attorney to be
Noticed

Jayne Conroy
Lead Attorney

Hanly Conroy Bierstein Sheridan Fisher & Hayes, LLP
112 Madison Avenue
New York, NY 10016
USA
Phone: (212)784-6402Fax: (212)784-6400Attorney to be
Noticed

Jeffrey Scott Thompson
Lead Attorney

Motley Rice, L.L.C.
28 Bridgeside Boulevard
Mount Pleasant, SC 29464
USA
Phone: (843)216-9000Attorney to be Noticed

Jodi Westbrook Flowers
Lead Attorney

Motley Rice LLC (SC)
28 Bridgeside BoulevardP.O. Box 1792
Mount Pleasant, SC 29465
USA
Phone: (843)216-9163Fax: (843)216-9680Attorney to be
Noticed

John Davis Lee
Lead Attorney

Law Offices of J D Lee
422 S.Gay Street
Knoxville, TN 37902
USA
Phone: (865)544-4101Fax: (865)544-0536Attorney to be
Noticed

Robert D. Brain

| Litigants | Attorneys |
|---|---|
| | Lead Attorney<br><br>Howarth and Smith (LA)<br>523 West Sixth Street, Suite 728<br>Los Angeles, CA 90014<br>USA<br>Phone: (213)955-9400Fax: (213)622-9400Attorney to be Noticed<br><br>Robert Turner Haefele<br>Lead Attorney<br><br>Motley Rice LLC (SC)<br>28 Bridgeside BoulevardP.O. Box 1792<br>Mount Pleasant, SC 29465<br>USA<br>Phone: (843)216-9184Fax: (843)216-9450Attorney to be Noticed<br><br>Ronald L. Motley<br>Lead Attorney<br><br>Motley Rice LLC (SC)<br>28 Bridgeside BoulevardP.O. Box 1792<br>Mount Pleasant, SC 29465<br>USA<br>Phone: (843)216-9000Fax: (843)216-9680Attorney to be Noticed<br><br>Suzelle M Smith<br>Lead Attorney<br><br>Howarth and Smith (LA)<br>523 West Sixth Street, Suite 728<br>Los Angeles, CA 90014<br>USA<br>Phone: (212)955-9400Fax: (213)622-0791Attorney to be Noticed |
| Mark Barbieri: in her own right as an injured party<br>**Plaintiff** | David C. Lee<br>Lead Attorney<br><br>Law Offices of J D Lee<br>422 S.Gay Street<br>Knoxville, TN 37902<br>USA<br>Phone: (865)544-4101Attorney to be Noticed<br><br>Don Howarth<br>Lead Attorney<br><br>Howarth and Smith (LA)<br>523 West Sixth Street, Suite 728<br>Los Angeles, CA 90014<br>USA<br>Phone: (213)955-9400Fax: (213)622-9400Attorney to be Noticed<br><br>Donald A. Migliori |

Page 313 of 933

Case 2:16-cv-03485-PA-MRW: Document 108-1: In re: Terrorist Attacks on September 11, 2001   Filed 05/16/07   Page 633 of 883   Page ID #:10480

| Litigants | Attorneys |
|---|---|
| | Lead Attorney |

Motley Rice LLC (SC)
28 Bridgeside BoulevardP.O. Box 1792
Mount Pleasant, SC 29465
USA
Phone: (401)457-7700Fax: (401)457-7708Attorney to be Noticed

Elizabeth S. Smith
Lead Attorney

Motley Rice LLC (SC)
28 Bridgeside BoulevardP.O. Box 1792
Mount Pleasant, SC 29465
USA
Phone: (843)216-9240Fax: (843)216-9430Attorney to be Noticed

George R. Blakey
Lead Attorney

One Notre Dame Circle
Notre Dame, IN 46556
USA
Phone: (574)631-5717Attorney to be Noticed

Harry Huge
Lead Attorney

Harry Huge Law Firm, L.L.P.
1001 Pennsylvania Avenue, NW7th Floor
Washington, DC 20004
USA
Phone: (202)624-3932Fax: (843)720-8794Attorney to be Noticed

Jack D. Cordray
Lead Attorney

Cordray Law Firm
Post Office Drawer 22857
Charleston, SC 29413
USA
Phone: (843)577-9761Fax: (843)853-6330Attorney to be Noticed

Jayne Conroy
Lead Attorney

Hanly Conroy Bierstein Sheridan Fisher & Hayes, LLP
112 Madison Avenue
New York, NY 10016
USA
Phone: (212)784-6402Fax: (212)784-6400Attorney to be Noticed

Jeffrey Scott Thompson
Lead Attorney

## Litigants

## Attorneys

Motley Rice, L.L.C.
28 Bridgeside Boulevard
Mount Pleasant, SC 29464
USA
Phone: (843)216-9000Attorney to be Noticed

Jodi Westbrook Flowers
Lead Attorney

Motley Rice LLC (SC)
28 Bridgeside BoulevardP.O. Box 1792
Mount Pleasant, SC 29465
USA
Phone: (843)216-9163Fax: (843)216-9680Attorney to be
Noticed

John Davis Lee
Lead Attorney

Law Offices of J D Lee
422 S.Gay Street
Knoxville, TN 37902
USA
Phone: (865)544-4101Fax: (865)544-0536Attorney to be
Noticed

Robert D. Brain
Lead Attorney

Howarth and Smith (LA)
523 West Sixth Street, Suite 728
Los Angeles, CA 90014
USA
Phone: (213)955-9400Fax: (213)622-9400Attorney to be
Noticed

Robert Turner Haefele
Lead Attorney

Motley Rice LLC (SC)
28 Bridgeside BoulevardP.O. Box 1792
Mount Pleasant, SC 29465
USA
Phone: (843)216-9184Fax: (843)216-9450Attorney to be
Noticed

Ronald L. Motley
Lead Attorney

Motley Rice LLC (SC)
28 Bridgeside BoulevardP.O. Box 1792
Mount Pleasant, SC 29465
USA
Phone: (843)216-9000Fax: (843)216-9680Attorney to be
Noticed

Suzelle M Smith
Lead Attorney

| Litigants | Attorneys |
|---|---|
| | Howarth and Smith (LA)<br>523 West Sixth Street, Suite 728<br>Los Angeles, CA 90014<br>USA<br>Phone: (212)955-9400Fax: (213)622-0791Attorney to be Noticed |
| Armando Bardales: in his own right as an injured party<br>**Plaintiff** | David C. Lee<br>Lead Attorney |
| | Law Offices of J D Lee<br>422 S.Gay Street<br>Knoxville, TN 37902<br>USA<br>Phone: (865)544-4101Attorney to be Noticed |
| | Don Howarth<br>Lead Attorney |
| | Howarth and Smith (LA)<br>523 West Sixth Street, Suite 728<br>Los Angeles, CA 90014<br>USA<br>Phone: (213)955-9400Fax: (213)622-9400Attorney to be Noticed |
| | Donald A. Migliori<br>Lead Attorney |
| | Motley Rice LLC (SC)<br>28 Bridgeside BoulevardP.O. Box 1792<br>Mount Pleasant, SC 29465<br>USA<br>Phone: (401)457-7700Fax: (401)457-7708Attorney to be Noticed |
| | Elizabeth S. Smith<br>Lead Attorney |
| | Motley Rice LLC (SC)<br>28 Bridgeside BoulevardP.O. Box 1792<br>Mount Pleasant, SC 29465<br>USA<br>Phone: (843)216-9240Fax: (843)216-9430Attorney to be Noticed |
| | George R. Blakey<br>Lead Attorney |
| | One Notre Dame Circle<br>Notre Dame, IN 46556<br>USA<br>Phone: (574)631-5717Attorney to be Noticed |
| | Harry Huge<br>Lead Attorney |
| | Harry Huge Law Firm, L.L.P. |

| Litigants | Attorneys |
|---|---|

1001 Pennsylvania Avenue, NW7th Floor
Washington, DC 20004
USA
Phone: (202)624-3932Fax: (843)720-8794Attorney to be
Noticed

Jack D. Cordray
Lead Attorney

Cordray Law Firm
Post Office Drawer 22857
Charleston, SC 29413
USA
Phone: (843)577-9761Fax: (843)853-6330Attorney to be
Noticed

Jayne Conroy
Lead Attorney

Hanly Conroy Bierstein Sheridan Fisher & Hayes, LLP
112 Madison Avenue
New York, NY 10016
USA
Phone: (212)784-6402Fax: (212)784-6400Attorney to be
Noticed

Jeffrey Scott Thompson
Lead Attorney

Motley Rice, L.L.C.
28 Bridgeside Boulevard
Mount Pleasant, SC 29464
USA
Phone: (843)216-9000Attorney to be Noticed

Jodi Westbrook Flowers
Lead Attorney

Motley Rice LLC (SC)
28 Bridgeside BoulevardP.O. Box 1792
Mount Pleasant, SC 29465
USA
Phone: (843)216-9163Fax: (843)216-9680Attorney to be
Noticed

John Davis Lee
Lead Attorney

Law Offices of J D Lee
422 S.Gay Street
Knoxville, TN 37902
USA
Phone: (865)544-4101Fax: (865)544-0536Attorney to be
Noticed

Robert D. Brain
Lead Attorney

Howarth and Smith (LA)

## Litigants

## Attorneys

523 West Sixth Street, Suite 728
Los Angeles, CA 90014
USA
Phone: (213)955-9400Fax: (213)622-9400Attorney to be Noticed

Robert Turner Haefele
Lead Attorney

Motley Rice LLC (SC)
28 Bridgeside BoulevardP.O. Box 1792
Mount Pleasant, SC 29465
USA
Phone: (843)216-9184Fax: (843)216-9450Attorney to be Noticed

Ronald L. Motley
Lead Attorney

Motley Rice LLC (SC)
28 Bridgeside BoulevardP.O. Box 1792
Mount Pleasant, SC 29465
USA
Phone: (843)216-9000Fax: (843)216-9680Attorney to be Noticed

Suzelle M Smith
Lead Attorney

Howarth and Smith (LA)
523 West Sixth Street, Suite 728
Los Angeles, CA 90014
USA
Phone: (212)955-9400Fax: (213)622-0791Attorney to be Noticed

Kevin W. Barry: in his own right as the Son of Diane Barry, deceased
**Plaintiff**

David C. Lee
Lead Attorney

Law Offices of J D Lee
422 S.Gay Street
Knoxville, TN 37902
USA
Phone: (865)544-4101Attorney to be Noticed

Don Howarth
Lead Attorney

Howarth and Smith (LA)
523 West Sixth Street, Suite 728
Los Angeles, CA 90014
USA
Phone: (213)955-9400Fax: (213)622-9400Attorney to be Noticed

Donald A. Migliori
Lead Attorney

Motley Rice LLC (SC)

Page 318 of 933

Case 2:16-cv-08405-PA-MRW: Document 109-1 Re: Document Attacks on September 05/10/07 Filed 05/16/07 Page 638 of 883 Page ID #:10485

| Litigants | Attorneys |
|---|---|
| | 28 Bridgeside BoulevardP.O. Box 1792<br>Mount Pleasant, SC 29465<br>USA<br>Phone: (401)457-7700Fax: (401)457-7708Attorney to be Noticed<br><br>Elizabeth S. Smith<br>Lead Attorney<br><br>Motley Rice LLC (SC)<br>28 Bridgeside BoulevardP.O. Box 1792<br>Mount Pleasant, SC 29465<br>USA<br>Phone: (843)216-9240Fax: (843)216-9430Attorney to be Noticed<br><br>George R. Blakey<br>Lead Attorney<br><br>One Notre Dame Circle<br>Notre Dame, IN 46556<br>USA<br>Phone: (574)631-5717Attorney to be Noticed<br><br>Harry Huge<br>Lead Attorney<br><br>Harry Huge Law Firm, L.L.P.<br>1001 Pennsylvania Avenue, NW7th Floor<br>Washington, DC 20004<br>USA<br>Phone: (202)624-3932Fax: (843)720-8794Attorney to be Noticed<br><br>Jack D. Cordray<br>Lead Attorney<br><br>Cordray Law Firm<br>Post Office Drawer 22857<br>Charleston, SC 29413<br>USA<br>Phone: (843)577-9761Fax: (843)853-6330Attorney to be Noticed<br><br>Jayne Conroy<br>Lead Attorney<br><br>Hanly Conroy Bierstein Sheridan Fisher & Hayes, LLP<br>112 Madison Avenue<br>New York, NY 10016<br>USA<br>Phone: (212)784-6402Fax: (212)784-6400Attorney to be Noticed<br><br>Jeffrey Scott Thompson<br>Lead Attorney<br><br>Motley Rice, L.L.C.<br>28 Bridgeside Boulevard |

| Litigants | Attorneys |
|-----------|-----------|
|           |           |

Mount Pleasant, SC 29464
USA
Phone: (843)216-9000Attorney to be Noticed

Jodi Westbrook Flowers
Lead Attorney

Motley Rice LLC (SC)
28 Bridgeside BoulevardP.O. Box 1792
Mount Pleasant, SC 29465
USA
Phone: (843)216-9163Fax: (843)216-9680Attorney to be Noticed

John Davis Lee
Lead Attorney

Law Offices of J D Lee
422 S.Gay Street
Knoxville, TN 37902
USA
Phone: (865)544-4101Fax: (865)544-0536Attorney to be Noticed

Robert D. Brain
Lead Attorney

Howarth and Smith (LA)
523 West Sixth Street, Suite 728
Los Angeles, CA 90014
USA
Phone: (213)955-9400Fax: (213)622-9400Attorney to be Noticed

Robert Turner Haefele
Lead Attorney

Motley Rice LLC (SC)
28 Bridgeside BoulevardP.O. Box 1792
Mount Pleasant, SC 29465
USA
Phone: (843)216-9184Fax: (843)216-9450Attorney to be Noticed

Ronald L. Motley
Lead Attorney

Motley Rice LLC (SC)
28 Bridgeside BoulevardP.O. Box 1792
Mount Pleasant, SC 29465
USA
Phone: (843)216-9000Fax: (843)216-9680Attorney to be Noticed

Suzelle M Smith
Lead Attorney

Howarth and Smith (LA)
523 West Sixth Street, Suite 728

## Litigants

## Attorneys

Los Angeles, CA 90014
USA
Phone: (212)955-9400Fax: (213)622-0791Attorney to be Noticed

Gila Barzvi: in his own right as Representative of the Estate ofGuy Barzvi, deceased
**Plaintiff**

David C. Lee
Lead Attorney

Law Offices of J D Lee
422 S.Gay Street
Knoxville, TN 37902
USA
Phone: (865)544-4101Attorney to be Noticed

Don Howarth
Lead Attorney

Howarth and Smith (LA)
523 West Sixth Street, Suite 728
Los Angeles, CA 90014
USA
Phone: (213)955-9400Fax: (213)622-9400Attorney to be Noticed

Donald A. Migliori
Lead Attorney

Motley Rice LLC (SC)
28 Bridgeside BoulevardP.O. Box 1792
Mount Pleasant, SC 29465
USA
Phone: (401)457-7700Fax: (401)457-7708Attorney to be Noticed

Elizabeth S. Smith
Lead Attorney

Motley Rice LLC (SC)
28 Bridgeside BoulevardP.O. Box 1792
Mount Pleasant, SC 29465
USA
Phone: (843)216-9240Fax: (843)216-9430Attorney to be Noticed

George R. Blakey
Lead Attorney

One Notre Dame Circle
Notre Dame, IN 46556
USA
Phone: (574)631-5717Attorney to be Noticed

Harry Huge
Lead Attorney

Harry Huge Law Firm, L.L.P.
1001 Pennsylvania Avenue, NW7th Floor
Washington, DC 20004
USA

| Litigants | Attorneys |
|---|---|
| | Phone: (202)624-3932Fax: (843)720-8794Attorney to be Noticed |

Jack D. Cordray
Lead Attorney

Cordray Law Firm
Post Office Drawer 22857
Charleston, SC 29413
USA
Phone: (843)577-9761Fax: (843)853-6330Attorney to be Noticed

Jayne Conroy
Lead Attorney

Hanly Conroy Bierstein Sheridan Fisher & Hayes, LLP
112 Madison Avenue
New York, NY 10016
USA
Phone: (212)784-6402Fax: (212)784-6400Attorney to be Noticed

Jeffrey Scott Thompson
Lead Attorney

Motley Rice, L.L.C.
28 Bridgeside Boulevard
Mount Pleasant, SC 29464
USA
Phone: (843)216-9000Attorney to be Noticed

Jodi Westbrook Flowers
Lead Attorney

Motley Rice LLC (SC)
28 Bridgeside BoulevardP.O. Box 1792
Mount Pleasant, SC 29465
USA
Phone: (843)216-9163Fax: (843)216-9680Attorney to be Noticed

John Davis Lee
Lead Attorney

Law Offices of J D Lee
422 S.Gay Street
Knoxville, TN 37902
USA
Phone: (865)544-4101Fax: (865)544-0536Attorney to be Noticed

Robert D. Brain
Lead Attorney

Howarth and Smith (LA)
523 West Sixth Street, Suite 728
Los Angeles, CA 90014
USA

| Litigants | Attorneys |
|---|---|
| | Phone: (213)955-9400Fax: (213)622-9400Attorney to be Noticed |
| | Robert Turner Haefele<br>Lead Attorney |
| | Motley Rice LLC (SC)<br>28 Bridgeside BoulevardP.O. Box 1792<br>Mount Pleasant, SC 29465<br>USA<br>Phone: (843)216-9184Fax: (843)216-9450Attorney to be Noticed |
| | Ronald L. Motley<br>Lead Attorney |
| | Motley Rice LLC (SC)<br>28 Bridgeside BoulevardP.O. Box 1792<br>Mount Pleasant, SC 29465<br>USA<br>Phone: (843)216-9000Fax: (843)216-9680Attorney to be Noticed |
| | Suzelle M Smith<br>Lead Attorney |
| | Howarth and Smith (LA)<br>523 West Sixth Street, Suite 728<br>Los Angeles, CA 90014<br>USA<br>Phone: (212)955-9400Fax: (213)622-0791Attorney to be Noticed |
| John Benedetto: on behalf of the Minor Children of Denise Lenore Benedetto, deceased<br>**Plaintiff** | David C. Lee<br>Lead Attorney |
| | Law Offices of J D Lee<br>422 S.Gay Street<br>Knoxville, TN 37902<br>USA<br>Phone: (865)544-4101Attorney to be Noticed |
| | Don Howarth<br>Lead Attorney |
| | Howarth and Smith (LA)<br>523 West Sixth Street, Suite 728<br>Los Angeles, CA 90014<br>USA<br>Phone: (213)955-9400Fax: (213)622-9400Attorney to be Noticed |
| | Donald A. Migliori<br>Lead Attorney |
| | Motley Rice LLC (SC)<br>28 Bridgeside BoulevardP.O. Box 1792<br>Mount Pleasant, SC 29465<br>USA |

| Litigants | Attorneys |
|---|---|
| | Phone: (401)457-7700Fax: (401)457-7708Attorney to be Noticed |

Elizabeth S. Smith
Lead Attorney

Motley Rice LLC (SC)
28 Bridgeside BoulevardP.O. Box 1792
Mount Pleasant, SC 29465
USA
Phone: (843)216-9240Fax: (843)216-9430Attorney to be Noticed

George R. Blakey
Lead Attorney

One Notre Dame Circle
Notre Dame, IN 46556
USA
Phone: (574)631-5717Attorney to be Noticed

Harry Huge
Lead Attorney

Harry Huge Law Firm, L.L.P.
1001 Pennsylvania Avenue, NW7th Floor
Washington, DC 20004
USA
Phone: (202)624-3932Fax: (843)720-8794Attorney to be Noticed

Jack D. Cordray
Lead Attorney

Cordray Law Firm
Post Office Drawer 22857
Charleston, SC 29413
USA
Phone: (843)577-9761Fax: (843)853-6330Attorney to be Noticed

Jayne Conroy
Lead Attorney

Hanly Conroy Bierstein Sheridan Fisher & Hayes, LLP
112 Madison Avenue
New York, NY 10016
USA
Phone: (212)784-6402Fax: (212)784-6400Attorney to be Noticed

Jeffrey Scott Thompson
Lead Attorney

Motley Rice, L.L.C.
28 Bridgeside Boulevard
Mount Pleasant, SC 29464
USA
Phone: (843)216-9000Attorney to be Noticed

## Litigants

## Attorneys

Jodi Westbrook Flowers
Lead Attorney

Motley Rice LLC (SC)
28 Bridgeside BoulevardP.O. Box 1792
Mount Pleasant, SC 29465
USA
Phone: (843)216-9163Fax: (843)216-9680Attorney to be Noticed

John Davis Lee
Lead Attorney

Law Offices of J D Lee
422 S.Gay Street
Knoxville, TN 37902
USA
Phone: (865)544-4101Fax: (865)544-0536Attorney to be Noticed

Robert D. Brain
Lead Attorney

Howarth and Smith (LA)
523 West Sixth Street, Suite 728
Los Angeles, CA 90014
USA
Phone: (213)955-9400Fax: (213)622-9400Attorney to be Noticed

Robert Turner Haefele
Lead Attorney

Motley Rice LLC (SC)
28 Bridgeside BoulevardP.O. Box 1792
Mount Pleasant, SC 29465
USA
Phone: (843)216-9184Fax: (843)216-9450Attorney to be Noticed

Ronald L. Motley
Lead Attorney

Motley Rice LLC (SC)
28 Bridgeside BoulevardP.O. Box 1792
Mount Pleasant, SC 29465
USA
Phone: (843)216-9000Fax: (843)216-9680Attorney to be Noticed

Suzelle M Smith
Lead Attorney

Howarth and Smith (LA)
523 West Sixth Street, Suite 728
Los Angeles, CA 90014
USA
Phone: (212)955-9400Fax: (213)622-0791Attorney to be

| Litigants | Attorneys |
|---|---|
| | Noticed |
| Rina Rabinowitz: in hernown right as the Sister of Denise lenore Benedetto, deceased<br>**Plaintiff** | David C. Lee<br>Lead Attorney<br><br>Law Offices of J D Lee<br>422 S.Gay Street<br>Knoxville, TN 37902<br>USA<br>Phone: (865)544-4101Attorney to be Noticed<br><br>Don Howarth<br>Lead Attorney<br><br>Howarth and Smith (LA)<br>523 West Sixth Street, Suite 728<br>Los Angeles, CA 90014<br>USA<br>Phone: (213)955-9400Fax: (213)622-9400Attorney to be Noticed<br><br>Donald A. Migliori<br>Lead Attorney<br><br>Motley Rice LLC (SC)<br>28 Bridgeside BoulevardP.O. Box 1792<br>Mount Pleasant, SC 29465<br>USA<br>Phone: (401)457-7700Fax: (401)457-7708Attorney to be Noticed<br><br>Elizabeth S. Smith<br>Lead Attorney<br><br>Motley Rice LLC (SC)<br>28 Bridgeside BoulevardP.O. Box 1792<br>Mount Pleasant, SC 29465<br>USA<br>Phone: (843)216-9240Fax: (843)216-9430Attorney to be Noticed<br><br>George R. Blakey<br>Lead Attorney<br><br>One Notre Dame Circle<br>Notre Dame, IN 46556<br>USA<br>Phone: (574)631-5717Attorney to be Noticed<br><br>Harry Huge<br>Lead Attorney<br><br>Harry Huge Law Firm, L.L.P.<br>1001 Pennsylvania Avenue, NW7th Floor<br>Washington, DC 20004<br>USA<br>Phone: (202)624-3932Fax: (843)720-8794Attorney to be Noticed |

## Litigants

## Attorneys

Jack D. Cordray
Lead Attorney

Cordray Law Firm
Post Office Drawer 22857
Charleston, SC 29413
USA
Phone: (843)577-9761Fax: (843)853-6330Attorney to be Noticed

Jayne Conroy
Lead Attorney

Hanly Conroy Bierstein Sheridan Fisher & Hayes, LLP
112 Madison Avenue
New York, NY 10016
USA
Phone: (212)784-6402Fax: (212)784-6400Attorney to be Noticed

Jeffrey Scott Thompson
Lead Attorney

Motley Rice, L.L.C.
28 Bridgeside Boulevard
Mount Pleasant, SC 29464
USA
Phone: (843)216-9000Attorney to be Noticed

Jodi Westbrook Flowers
Lead Attorney

Motley Rice LLC (SC)
28 Bridgeside BoulevardP.O. Box 1792
Mount Pleasant, SC 29465
USA
Phone: (843)216-9163Fax: (843)216-9680Attorney to be Noticed

John Davis Lee
Lead Attorney

Law Offices of J D Lee
422 S.Gay Street
Knoxville, TN 37902
USA
Phone: (865)544-4101Fax: (865)544-0536Attorney to be Noticed

Robert D. Brain
Lead Attorney

Howarth and Smith (LA)
523 West Sixth Street, Suite 728
Los Angeles, CA 90014
USA
Phone: (213)955-9400Fax: (213)622-9400Attorney to be Noticed

| Litigants | Attorneys |
|---|---|

Robert Turner Haefele
Lead Attorney

Motley Rice LLC (SC)
28 Bridgeside BoulevardP.O. Box 1792
Mount Pleasant, SC 29465
USA
Phone: (843)216-9184Fax: (843)216-9450Attorney to be Noticed

Ronald L. Motley
Lead Attorney

Motley Rice LLC (SC)
28 Bridgeside BoulevardP.O. Box 1792
Mount Pleasant, SC 29465
USA
Phone: (843)216-9000Fax: (843)216-9680Attorney to be Noticed

Suzelle M Smith
Lead Attorney

Howarth and Smith (LA)
523 West Sixth Street, Suite 728
Los Angeles, CA 90014
USA
Phone: (212)955-9400Fax: (213)622-0791Attorney to be Noticed

**Maria Giordano**: in her own right as the Mother of Denise Lenore Benedetto, deceased
**Plaintiff**

David C. Lee
Lead Attorney

Law Offices of J D Lee
422 S.Gay Street
Knoxville, TN 37902
USA
Phone: (865)544-4101Attorney to be Noticed

Don Howarth
Lead Attorney

Howarth and Smith (LA)
523 West Sixth Street, Suite 728
Los Angeles, CA 90014
USA
Phone: (213)955-9400Fax: (213)622-9400Attorney to be Noticed

Donald A. Migliori
Lead Attorney

Motley Rice LLC (SC)
28 Bridgeside BoulevardP.O. Box 1792
Mount Pleasant, SC 29465
USA
Phone: (401)457-7700Fax: (401)457-7708Attorney to be Noticed

| Litigants | Attorneys |
|---|---|

George R. Blakey
Lead Attorney

One Notre Dame Circle
Notre Dame, IN 46556
USA
Phone: (574)631-5717Attorney to be Noticed

Harry Huge
Lead Attorney

Harry Huge Law Firm, L.L.P.
1001 Pennsylvania Avenue, NW7th Floor
Washington, DC 20004
USA
Phone: (202)624-3932Fax: (843)720-8794Attorney to be Noticed

Jack D. Cordray
Lead Attorney

Cordray Law Firm
Post Office Drawer 22857
Charleston, SC 29413
USA
Phone: (843)577-9761Fax: (843)853-6330Attorney to be Noticed

Jayne Conroy
Lead Attorney

Hanly Conroy Bierstein Sheridan Fisher & Hayes, LLP
112 Madison Avenue
New York, NY 10016
USA
Phone: (212)784-6402Fax: (212)784-6400Attorney to be Noticed

Jeffrey Scott Thompson
Lead Attorney

Motley Rice, L.L.C.
28 Bridgeside Boulevard
Mount Pleasant, SC 29464
USA
Phone: (843)216-9000Attorney to be Noticed

Jodi Westbrook Flowers
Lead Attorney

Motley Rice LLC (SC)
28 Bridgeside BoulevardP.O. Box 1792
Mount Pleasant, SC 29465
USA
Phone: (843)216-9163Fax: (843)216-9680Attorney to be Noticed

John Davis Lee

| Litigants | Attorneys |
|---|---|
| | Lead Attorney |
| | Law Offices of J D Lee<br>422 S.Gay Street<br>Knoxville, TN 37902<br>USA<br>Phone: (865)544-4101Fax: (865)544-0536Attorney to be Noticed |
| | Robert D. Brain<br>Lead Attorney |
| | Howarth and Smith (LA)<br>523 West Sixth Street, Suite 728<br>Los Angeles, CA 90014<br>USA<br>Phone: (213)955-9400Fax: (213)622-9400Attorney to be Noticed |
| | Robert Turner Haefele<br>Lead Attorney |
| | Motley Rice LLC (SC)<br>28 Bridgeside BoulevardP.O. Box 1792<br>Mount Pleasant, SC 29465<br>USA<br>Phone: (843)216-9184Fax: (843)216-9450Attorney to be Noticed |
| | Suzelle M Smith<br>Lead Attorney |
| | Howarth and Smith (LA)<br>523 West Sixth Street, Suite 728<br>Los Angeles, CA 90014<br>USA<br>Phone: (212)955-9400Fax: (213)622-0791Attorney to be Noticed |
| Michael Girdano: in his own right as the Brother of Denise Lenore Benedetto, deceased<br>**Plaintiff** | David C. Lee<br>Lead Attorney |
| | Law Offices of J D Lee<br>422 S.Gay Street<br>Knoxville, TN 37902<br>USA<br>Phone: (865)544-4101Attorney to be Noticed |
| | Don Howarth<br>Lead Attorney |
| | Howarth and Smith (LA)<br>523 West Sixth Street, Suite 728<br>Los Angeles, CA 90014<br>USA<br>Phone: (213)955-9400Fax: (213)622-9400Attorney to be Noticed |
| | Donald A. Migliori |

## Litigants

## Attorneys

Lead Attorney

Motley Rice LLC (SC)
28 Bridgeside BoulevardP.O. Box 1792
Mount Pleasant, SC 29465
USA
Phone: (401)457-7700Fax: (401)457-7708Attorney to be Noticed

Elizabeth S. Smith
Lead Attorney

Motley Rice LLC (SC)
28 Bridgeside BoulevardP.O. Box 1792
Mount Pleasant, SC 29465
USA
Phone: (843)216-9240Fax: (843)216-9430Attorney to be Noticed

George R. Blakey
Lead Attorney

One Notre Dame Circle
Notre Dame, IN 46556
USA
Phone: (574)631-5717Attorney to be Noticed

Harry Huge
Lead Attorney

Harry Huge Law Firm, L.L.P.
1001 Pennsylvania Avenue, NW7th Floor
Washington, DC 20004
USA
Phone: (202)624-3932Fax: (843)720-8794Attorney to be Noticed

Jack D. Cordray
Lead Attorney

Cordray Law Firm
Post Office Drawer 22857
Charleston, SC 29413
USA
Phone: (843)577-9761Fax: (843)853-6330Attorney to be Noticed

Jayne Conroy
Lead Attorney

Hanly Conroy Bierstein Sheridan Fisher & Hayes, LLP
112 Madison Avenue
New York, NY 10016
USA
Phone: (212)784-6402Fax: (212)784-6400Attorney to be Noticed

Jeffrey Scott Thompson
Lead Attorney

Page 331 of 933

Case 2:16-cv-03495-DSF-MRW  Document 108-1  Re: Terrorist Attacks on September 11, 2001  Filed 05/16/07  Page 651 of 883  Page ID #:10498

## Litigants

## Attorneys

Motley Rice, L.L.C.
28 Bridgeside Boulevard
Mount Pleasant, SC 29464
USA
Phone: (843)216-9000Attorney to be Noticed

Jodi Westbrook Flowers
Lead Attorney

Motley Rice LLC (SC)
28 Bridgeside BoulevardP.O. Box 1792
Mount Pleasant, SC 29465
USA
Phone: (843)216-9163Fax: (843)216-9680Attorney to be
Noticed

John Davis Lee
Lead Attorney

Law Offices of J D Lee
422 S.Gay Street
Knoxville, TN 37902
USA
Phone: (865)544-4101Fax: (865)544-0536Attorney to be
Noticed

Robert D. Brain
Lead Attorney

Howarth and Smith (LA)
523 West Sixth Street, Suite 728
Los Angeles, CA 90014
USA
Phone: (213)955-9400Fax: (213)622-9400Attorney to be
Noticed

Robert Turner Haefele
Lead Attorney

Motley Rice LLC (SC)
28 Bridgeside BoulevardP.O. Box 1792
Mount Pleasant, SC 29465
USA
Phone: (843)216-9184Fax: (843)216-9450Attorney to be
Noticed

Ronald L. Motley
Lead Attorney

Motley Rice LLC (SC)
28 Bridgeside BoulevardP.O. Box 1792
Mount Pleasant, SC 29465
USA
Phone: (843)216-9000Fax: (843)216-9680Attorney to be
Noticed

Suzelle M Smith
Lead Attorney

| Litigants | Attorneys |
|---|---|
| | Howarth and Smith (LA)<br>523 West Sixth Street, Suite 728<br>Los Angeles, CA 90014<br>USA<br>Phone: (212)955-9400Fax: (213)622-0791Attorney to be Noticed |
| Ondina Bennett: in her own right and as Representative of the Estate of Bryan Craig Bennett, deceased<br>**Plaintiff** | David C. Lee<br>Lead Attorney |
| | Law Offices of J D Lee<br>422 S.Gay Street<br>Knoxville, TN 37902<br>USA<br>Phone: (865)544-4101Attorney to be Noticed |
| | Don Howarth<br>Lead Attorney |
| | Howarth and Smith (LA)<br>523 West Sixth Street, Suite 728<br>Los Angeles, CA 90014<br>USA<br>Phone: (213)955-9400Fax: (213)622-9400Attorney to be Noticed |
| | Donald A. Migliori<br>Lead Attorney |
| | Motley Rice LLC (SC)<br>28 Bridgeside BoulevardP.O. Box 1792<br>Mount Pleasant, SC 29465<br>USA<br>Phone: (401)457-7700Fax: (401)457-7708Attorney to be Noticed |
| | Elizabeth S. Smith<br>Lead Attorney |
| | Motley Rice LLC (SC)<br>28 Bridgeside BoulevardP.O. Box 1792<br>Mount Pleasant, SC 29465<br>USA<br>Phone: (843)216-9240Fax: (843)216-9430Attorney to be Noticed |
| | George R. Blakey<br>Lead Attorney |
| | One Notre Dame Circle<br>Notre Dame, IN 46556<br>USA<br>Phone: (574)631-5717Attorney to be Noticed |
| | Harry Huge<br>Lead Attorney |
| | Harry Huge Law Firm, L.L.P. |

## Litigants

## Attorneys

1001 Pennsylvania Avenue, NW7th Floor
Washington, DC 20004
USA
Phone: (202)624-3932Fax: (843)720-8794Attorney to be Noticed

Jack D. Cordray
Lead Attorney

Cordray Law Firm
Post Office Drawer 22857
Charleston, SC 29413
USA
Phone: (843)577-9761Fax: (843)853-6330Attorney to be Noticed

Jayne Conroy
Lead Attorney

Hanly Conroy Bierstein Sheridan Fisher & Hayes, LLP
112 Madison Avenue
New York, NY 10016
USA
Phone: (212)784-6402Fax: (212)784-6400Attorney to be Noticed

Jeffrey Scott Thompson
Lead Attorney

Motley Rice, L.L.C.
28 Bridgeside Boulevard
Mount Pleasant, SC 29464
USA
Phone: (843)216-9000Attorney to be Noticed

Jodi Westbrook Flowers
Lead Attorney

Motley Rice LLC (SC)
28 Bridgeside BoulevardP.O. Box 1792
Mount Pleasant, SC 29465
USA
Phone: (843)216-9163Fax: (843)216-9680Attorney to be Noticed

John Davis Lee
Lead Attorney

Law Offices of J D Lee
422 S.Gay Street
Knoxville, TN 37902
USA
Phone: (865)544-4101Fax: (865)544-0536Attorney to be Noticed

Robert D. Brain
Lead Attorney

Howarth and Smith (LA)

## Litigants

## Attorneys

523 West Sixth Street, Suite 728
Los Angeles, CA 90014
USA
Phone: (213)955-9400Fax: (213)622-9400Attorney to be
Noticed

Robert Turner Haefele
Lead Attorney

Motley Rice LLC (SC)
28 Bridgeside BoulevardP.O. Box 1792
Mount Pleasant, SC 29465
USA
Phone: (843)216-9184Fax: (843)216-9450Attorney to be
Noticed

Ronald L. Motley
Lead Attorney

Motley Rice LLC (SC)
28 Bridgeside BoulevardP.O. Box 1792
Mount Pleasant, SC 29465
USA
Phone: (843)216-9000Fax: (843)216-9680Attorney to be
Noticed

Suzelle M Smith
Lead Attorney

Howarth and Smith (LA)
523 West Sixth Street, Suite 728
Los Angeles, CA 90014
USA
Phone: (212)955-9400Fax: (213)622-0791Attorney to be
Noticed

Frances Berdan: in her own right as an injured party
**Plaintiff**

David C. Lee
Lead Attorney

Law Offices of J D Lee
422 S.Gay Street
Knoxville, TN 37902
USA
Phone: (865)544-4101Attorney to be Noticed

Don Howarth
Lead Attorney

Howarth and Smith (LA)
523 West Sixth Street, Suite 728
Los Angeles, CA 90014
USA
Phone: (213)955-9400Fax: (213)622-9400Attorney to be
Noticed

Donald A. Migliori
Lead Attorney

Motley Rice LLC (SC)

Page 335 of 933

Case 2:16-cv-03495-DSF-MRW   Document 108-1 Re: Document Attacks on September 11, 2007   Filed 05/16/07   Page 655 of 883   Page ID #:10502

| Litigants | Attorneys |
|-----------|-----------|
| | 28 Bridgeside BoulevardP.O. Box 1792<br>Mount Pleasant, SC 29465<br>USA<br>Phone: (401)457-7700Fax: (401)457-7708Attorney to be Noticed<br><br>Elizabeth S. Smith<br>Lead Attorney<br><br>Motley Rice LLC (SC)<br>28 Bridgeside BoulevardP.O. Box 1792<br>Mount Pleasant, SC 29465<br>USA<br>Phone: (843)216-9240Fax: (843)216-9430Attorney to be Noticed<br><br>George R. Blakey<br>Lead Attorney<br><br>One Notre Dame Circle<br>Notre Dame, IN 46556<br>USA<br>Phone: (574)631-5717Attorney to be Noticed<br><br>Harry Huge<br>Lead Attorney<br><br>Harry Huge Law Firm, L.L.P.<br>1001 Pennsylvania Avenue, NW7th Floor<br>Washington, DC 20004<br>USA<br>Phone: (202)624-3932Fax: (843)720-8794Attorney to be Noticed<br><br>Jack D. Cordray<br>Lead Attorney<br><br>Cordray Law Firm<br>Post Office Drawer 22857<br>Charleston, SC 29413<br>USA<br>Phone: (843)577-9761Fax: (843)853-6330Attorney to be Noticed<br><br>Jayne Conroy<br>Lead Attorney<br><br>Hanly Conroy Bierstein Sheridan Fisher & Hayes, LLP<br>112 Madison Avenue<br>New York, NY 10016<br>USA<br>Phone: (212)784-6402Fax: (212)784-6400Attorney to be Noticed<br><br>Jeffrey Scott Thompson<br>Lead Attorney<br><br>Motley Rice, L.L.C.<br>28 Bridgeside Boulevard |

| Litigants | Attorneys |
|---|---|
| | Mount Pleasant, SC 29464 |

Mount Pleasant, SC 29464
USA
Phone: (843)216-9000Attorney to be Noticed

Jodi Westbrook Flowers
Lead Attorney

Motley Rice LLC (SC)
28 Bridgeside BoulevardP.O. Box 1792
Mount Pleasant, SC 29465
USA
Phone: (843)216-9163Fax: (843)216-9680Attorney to be
Noticed

John Davis Lee
Lead Attorney

Law Offices of J D Lee
422 S.Gay Street
Knoxville, TN 37902
USA
Phone: (865)544-4101Fax: (865)544-0536Attorney to be
Noticed

Robert D. Brain
Lead Attorney

Howarth and Smith (LA)
523 West Sixth Street, Suite 728
Los Angeles, CA 90014
USA
Phone: (213)955-9400Fax: (213)622-9400Attorney to be
Noticed

Robert Turner Haefele
Lead Attorney

Motley Rice LLC (SC)
28 Bridgeside BoulevardP.O. Box 1792
Mount Pleasant, SC 29465
USA
Phone: (843)216-9184Fax: (843)216-9450Attorney to be
Noticed

Ronald L. Motley
Lead Attorney

Motley Rice LLC (SC)
28 Bridgeside BoulevardP.O. Box 1792
Mount Pleasant, SC 29465
USA
Phone: (843)216-9000Fax: (843)216-9680Attorney to be
Noticed

Suzelle M Smith
Lead Attorney

Howarth and Smith (LA)
523 West Sixth Street, Suite 728

| Litigants | Attorneys |
|---|---|
| | Los Angeles, CA 90014<br>USA<br>Phone: (212)955-9400Fax: (213)622-0791Attorney to be Noticed |
| Miles Bilcher: in his own right as the Father of Brian Bilcher, deceased<br>**Plaintiff** | David C. Lee<br>Lead Attorney |
| | Law Offices of J D Lee<br>422 S.Gay Street<br>Knoxville, TN 37902<br>USA<br>Phone: (865)544-4101Attorney to be Noticed |
| | Don Howarth<br>Lead Attorney |
| | Howarth and Smith (LA)<br>523 West Sixth Street, Suite 728<br>Los Angeles, CA 90014<br>USA<br>Phone: (213)955-9400Fax: (213)622-9400Attorney to be Noticed |
| | Donald A. Migliori<br>Lead Attorney |
| | Motley Rice LLC (SC)<br>28 Bridgeside BoulevardP.O. Box 1792<br>Mount Pleasant, SC 29465<br>USA<br>Phone: (401)457-7700Fax: (401)457-7708Attorney to be Noticed |
| | Elizabeth S. Smith<br>Lead Attorney |
| | Motley Rice LLC (SC)<br>28 Bridgeside BoulevardP.O. Box 1792<br>Mount Pleasant, SC 29465<br>USA<br>Phone: (843)216-9240Fax: (843)216-9430Attorney to be Noticed |
| | George R. Blakey<br>Lead Attorney |
| | One Notre Dame Circle<br>Notre Dame, IN 46556<br>USA<br>Phone: (574)631-5717Attorney to be Noticed |
| | Harry Huge<br>Lead Attorney |
| | Harry Huge Law Firm, L.L.P.<br>1001 Pennsylvania Avenue, NW7th Floor<br>Washington, DC 20004<br>USA |

| Litigants | Attorneys |
|---|---|
| | Phone: (202)624-3932Fax: (843)720-8794Attorney to be Noticed |

Jack D. Cordray
Lead Attorney

Cordray Law Firm
Post Office Drawer 22857
Charleston, SC 29413
USA
Phone: (843)577-9761Fax: (843)853-6330Attorney to be Noticed

Jayne Conroy
Lead Attorney

Hanly Conroy Bierstein Sheridan Fisher & Hayes, LLP
112 Madison Avenue
New York, NY 10016
USA
Phone: (212)784-6402Fax: (212)784-6400Attorney to be Noticed

Jeffrey Scott Thompson
Lead Attorney

Motley Rice, L.L.C.
28 Bridgeside Boulevard
Mount Pleasant, SC 29464
USA
Phone: (843)216-9000Attorney to be Noticed

Jodi Westbrook Flowers
Lead Attorney

Motley Rice LLC (SC)
28 Bridgeside BoulevardP.O. Box 1792
Mount Pleasant, SC 29465
USA
Phone: (843)216-9163Fax: (843)216-9680Attorney to be Noticed

John Davis Lee
Lead Attorney

Law Offices of J D Lee
422 S.Gay Street
Knoxville, TN 37902
USA
Phone: (865)544-4101Fax: (865)544-0536Attorney to be Noticed

Robert D. Brain
Lead Attorney

Howarth and Smith (LA)
523 West Sixth Street, Suite 728
Los Angeles, CA 90014
USA

| Litigants | Attorneys |
|---|---|
| | Phone: (213)955-9400Fax: (213)622-9400Attorney to be Noticed |
| | Robert Turner Haefele<br>Lead Attorney |
| | Motley Rice LLC (SC)<br>28 Bridgeside BoulevardP.O. Box 1792<br>Mount Pleasant, SC 29465<br>USA<br>Phone: (843)216-9184Fax: (843)216-9450Attorney to be Noticed |
| | Ronald L. Motley<br>Lead Attorney |
| | Motley Rice LLC (SC)<br>28 Bridgeside BoulevardP.O. Box 1792<br>Mount Pleasant, SC 29465<br>USA<br>Phone: (843)216-9000Fax: (843)216-9680Attorney to be Noticed |
| | Suzelle M Smith<br>Lead Attorney |
| | Howarth and Smith (LA)<br>523 West Sixth Street, Suite 728<br>Los Angeles, CA 90014<br>USA<br>Phone: (212)955-9400Fax: (213)622-0791Attorney to be Noticed |
| ` Irene Bilcher: in her own right as the Mother of Brian Bilcher, deceased<br>**Plaintiff** | David C. Lee<br>Lead Attorney |
| | Law Offices of J D Lee<br>422 S.Gay Street<br>Knoxville, TN 37902<br>USA<br>Phone: (865)544-4101Attorney to be Noticed |
| | Don Howarth<br>Lead Attorney |
| | Howarth and Smith (LA)<br>523 West Sixth Street, Suite 728<br>Los Angeles, CA 90014<br>USA<br>Phone: (213)955-9400Fax: (213)622-9400Attorney to be Noticed |
| | Donald A. Migliori<br>Lead Attorney |
| | Motley Rice LLC (SC)<br>28 Bridgeside BoulevardP.O. Box 1792<br>Mount Pleasant, SC 29465<br>USA |

## Litigants

## Attorneys

Phone: (401)457-7700Fax: (401)457-7708Attorney to be Noticed

Elizabeth S. Smith
Lead Attorney

Motley Rice LLC (SC)
28 Bridgeside BoulevardP.O. Box 1792
Mount Pleasant, SC 29465
USA
Phone: (843)216-9240Fax: (843)216-9430Attorney to be Noticed

George R. Blakey
Lead Attorney

One Notre Dame Circle
Notre Dame, IN 46556
USA
Phone: (574)631-5717Attorney to be Noticed

Harry Huge
Lead Attorney

Harry Huge Law Firm, L.L.P.
1001 Pennsylvania Avenue, NW7th Floor
Washington, DC 20004
USA
Phone: (202)624-3932Fax: (843)720-8794Attorney to be Noticed

Jack D. Cordray
Lead Attorney

Cordray Law Firm
Post Office Drawer 22857
Charleston, SC 29413
USA
Phone: (843)577-9761Fax: (843)853-6330Attorney to be Noticed

Jayne Conroy
Lead Attorney

Hanly Conroy Bierstein Sheridan Fisher & Hayes, LLP
112 Madison Avenue
New York, NY 10016
USA
Phone: (212)784-6402Fax: (212)784-6400Attorney to be Noticed

Jeffrey Scott Thompson
Lead Attorney

Motley Rice, L.L.C.
28 Bridgeside Boulevard
Mount Pleasant, SC 29464
USA
Phone: (843)216-9000Attorney to be Noticed

## Litigants

## Attorneys

Jodi Westbrook Flowers
Lead Attorney

Motley Rice LLC (SC)
28 Bridgeside BoulevardP.O. Box 1792
Mount Pleasant, SC 29465
USA
Phone: (843)216-9163Fax: (843)216-9680Attorney to be Noticed

John Davis Lee
Lead Attorney

Law Offices of J D Lee
422 S.Gay Street
Knoxville, TN 37902
USA
Phone: (865)544-4101Fax: (865)544-0536Attorney to be Noticed

Robert D. Brain
Lead Attorney

Howarth and Smith (LA)
523 West Sixth Street, Suite 728
Los Angeles, CA 90014
USA
Phone: (213)955-9400Fax: (213)622-9400Attorney to be Noticed

Robert Turner Haefele
Lead Attorney

Motley Rice LLC (SC)
28 Bridgeside BoulevardP.O. Box 1792
Mount Pleasant, SC 29465
USA
Phone: (843)216-9184Fax: (843)216-9450Attorney to be Noticed

Ronald L. Motley
Lead Attorney

Motley Rice LLC (SC)
28 Bridgeside BoulevardP.O. Box 1792
Mount Pleasant, SC 29465
USA
Phone: (843)216-9000Fax: (843)216-9680Attorney to be Noticed

Suzelle M Smith
Lead Attorney

Howarth and Smith (LA)
523 West Sixth Street, Suite 728
Los Angeles, CA 90014
USA
Phone: (212)955-9400Fax: (213)622-0791Attorney to be

| Litigants | Attorneys |
|---|---|
| | Noticed |
| Boris Bililovsky: in his own right and on behalf of the minor child of Yelena "Helen" Bililovsky,deceased<br>**Plaintiff** | David C. Lee<br>Lead Attorney<br><br>Law Offices of J D Lee<br>422 S.Gay Street<br>Knoxville, TN 37902<br>USA<br>Phone: (865)544-4101Attorney to be Noticed<br><br>Don Howarth<br>Lead Attorney<br><br>Howarth and Smith (LA)<br>523 West Sixth Street, Suite 728<br>Los Angeles, CA 90014<br>USA<br>Phone: (213)955-9400Fax: (213)622-9400Attorney to be Noticed<br><br>Donald A. Migliori<br>Lead Attorney<br><br>Motley Rice LLC (SC)<br>28 Bridgeside BoulevardP.O. Box 1792<br>Mount Pleasant, SC 29465<br>USA<br>Phone: (401)457-7700Fax: (401)457-7708Attorney to be Noticed<br><br>Elizabeth S. Smith<br>Lead Attorney<br><br>Motley Rice LLC (SC)<br>28 Bridgeside BoulevardP.O. Box 1792<br>Mount Pleasant, SC 29465<br>USA<br>Phone: (843)216-9240Fax: (843)216-9430Attorney to be Noticed<br><br>George R. Blakey<br>Lead Attorney<br><br>One Notre Dame Circle<br>Notre Dame, IN 46556<br>USA<br>Phone: (574)631-5717Attorney to be Noticed<br><br>Harry Huge<br>Lead Attorney<br><br>Harry Huge Law Firm, L.L.P.<br>1001 Pennsylvania Avenue, NW7th Floor<br>Washington, DC 20004<br>USA<br>Phone: (202)624-3932Fax: (843)720-8794Attorney to be Noticed |

## Litigants

## Attorneys

Jack D. Cordray
Lead Attorney

Cordray Law Firm
Post Office Drawer 22857
Charleston, SC 29413
USA
Phone: (843)577-9761Fax: (843)853-6330Attorney to be
Noticed

Jayne Conroy
Lead Attorney

Hanly Conroy Bierstein Sheridan Fisher & Hayes, LLP
112 Madison Avenue
New York, NY 10016
USA
Phone: (212)784-6402Fax: (212)784-6400Attorney to be
Noticed

Jeffrey Scott Thompson
Lead Attorney

Motley Rice, L.L.C.
28 Bridgeside Boulevard
Mount Pleasant, SC 29464
USA
Phone: (843)216-9000Attorney to be Noticed

Jodi Westbrook Flowers
Lead Attorney

Motley Rice LLC (SC)
28 Bridgeside BoulevardP.O. Box 1792
Mount Pleasant, SC 29465
USA
Phone: (843)216-9163Fax: (843)216-9680Attorney to be
Noticed

John Davis Lee
Lead Attorney

Law Offices of J D Lee
422 S.Gay Street
Knoxville, TN 37902
USA
Phone: (865)544-4101Fax: (865)544-0536Attorney to be
Noticed

Robert D. Brain
Lead Attorney

Howarth and Smith (LA)
523 West Sixth Street, Suite 728
Los Angeles, CA 90014
USA
Phone: (213)955-9400Fax: (213)622-9400Attorney to be
Noticed

| Litigants | Attorneys |
|---|---|
| | Robert Turner Haefele<br>Lead Attorney<br><br>Motley Rice LLC (SC)<br>28 Bridgeside BoulevardP.O. Box 1792<br>Mount Pleasant, SC 29465<br>USA<br>Phone: (843)216-9184Fax: (843)216-9450Attorney to be Noticed<br><br>Ronald L. Motley<br>Lead Attorney<br><br>Motley Rice LLC (SC)<br>28 Bridgeside BoulevardP.O. Box 1792<br>Mount Pleasant, SC 29465<br>USA<br>Phone: (843)216-9000Fax: (843)216-9680Attorney to be Noticed<br><br>Suzelle M Smith<br>Lead Attorney<br><br>Howarth and Smith (LA)<br>523 West Sixth Street, Suite 728<br>Los Angeles, CA 90014<br>USA<br>Phone: (212)955-9400Fax: (213)622-0791Attorney to be Noticed |
| Emma Tisnovskiy: in her own right as the Mother of Yelena"Helen" Biliovsky, deceased<br>**Plaintiff** | David C. Lee<br>Lead Attorney<br><br>Law Offices of J D Lee<br>422 S.Gay Street<br>Knoxville, TN 37902<br>USA<br>Phone: (865)544-4101Attorney to be Noticed<br><br>Don Howarth<br>Lead Attorney<br><br>Howarth and Smith (LA)<br>523 West Sixth Street, Suite 728<br>Los Angeles, CA 90014<br>USA<br>Phone: (213)955-9400Fax: (213)622-9400Attorney to be Noticed<br><br>Donald A. Migliori<br>Lead Attorney<br><br>Motley Rice LLC (SC)<br>28 Bridgeside BoulevardP.O. Box 1792<br>Mount Pleasant, SC 29465<br>USA<br>Phone: (401)457-7700Fax: (401)457-7708Attorney to be Noticed |

| Litigants | Attorneys |
|---|---|
| | Elizabeth S. Smith<br>Lead Attorney<br><br>Motley Rice LLC (SC)<br>28 Bridgeside BoulevardP.O. Box 1792<br>Mount Pleasant, SC 29465<br>USA<br>Phone: (843)216-9240Fax: (843)216-9430Attorney to be Noticed<br><br>George R. Blakey<br>Lead Attorney<br><br>One Notre Dame Circle<br>Notre Dame, IN 46556<br>USA<br>Phone: (574)631-5717Attorney to be Noticed<br><br>Harry Huge<br>Lead Attorney<br><br>Harry Huge Law Firm, L.L.P.<br>1001 Pennsylvania Avenue, NW7th Floor<br>Washington, DC 20004<br>USA<br>Phone: (202)624-3932Fax: (843)720-8794Attorney to be Noticed<br><br>Jack D. Cordray<br>Lead Attorney<br><br>Cordray Law Firm<br>Post Office Drawer 22857<br>Charleston, SC 29413<br>USA<br>Phone: (843)577-9761Fax: (843)853-6330Attorney to be Noticed<br><br>Jayne Conroy<br>Lead Attorney<br><br>Hanly Conroy Bierstein Sheridan Fisher & Hayes, LLP<br>112 Madison Avenue<br>New York, NY 10016<br>USA<br>Phone: (212)784-6402Fax: (212)784-6400Attorney to be Noticed<br><br>Jeffrey Scott Thompson<br>Lead Attorney<br><br>Motley Rice, L.L.C.<br>28 Bridgeside Boulevard<br>Mount Pleasant, SC 29464<br>USA<br>Phone: (843)216-9000Attorney to be Noticed<br><br>Jodi Westbrook Flowers |

| Litigants | Attorneys |
|-----------|-----------|
| | Lead Attorney |

Motley Rice LLC (SC)
28 Bridgeside BoulevardP.O. Box 1792
Mount Pleasant, SC 29465
USA
Phone: (843)216-9163Fax: (843)216-9680Attorney to be Noticed

John Davis Lee
Lead Attorney

Law Offices of J D Lee
422 S.Gay Street
Knoxville, TN 37902
USA
Phone: (865)544-4101Fax: (865)544-0536Attorney to be Noticed

Robert D. Brain
Lead Attorney

Howarth and Smith (LA)
523 West Sixth Street, Suite 728
Los Angeles, CA 90014
USA
Phone: (213)955-9400Fax: (213)622-9400Attorney to be Noticed

Robert Turner Haefele
Lead Attorney

Motley Rice LLC (SC)
28 Bridgeside BoulevardP.O. Box 1792
Mount Pleasant, SC 29465
USA
Phone: (843)216-9184Fax: (843)216-9450Attorney to be Noticed

Ronald L. Motley
Lead Attorney

Motley Rice LLC (SC)
28 Bridgeside BoulevardP.O. Box 1792
Mount Pleasant, SC 29465
USA
Phone: (843)216-9000Fax: (843)216-9680Attorney to be Noticed

Suzelle M Smith
Lead Attorney

Howarth and Smith (LA)
523 West Sixth Street, Suite 728
Los Angeles, CA 90014
USA
Phone: (212)955-9400Fax: (213)622-0791Attorney to be Noticed

## Litigants

Leonid Tisnovskiy: in his own right as the Father of Yelena "Helen" Bililocky, deceased
**Plaintiff**

## Attorneys

David C. Lee
Lead Attorney

Law Offices of J D Lee
422 S.Gay Street
Knoxville, TN 37902
USA
Phone: (865)544-4101Attorney to be Noticed

Don Howarth
Lead Attorney

Howarth and Smith (LA)
523 West Sixth Street, Suite 728
Los Angeles, CA 90014
USA
Phone: (213)955-9400Fax: (213)622-9400Attorney to be Noticed

Donald A. Migliori
Lead Attorney

Motley Rice LLC (SC)
28 Bridgeside BoulevardP.O. Box 1792
Mount Pleasant, SC 29465
USA
Phone: (401)457-7700Fax: (401)457-7708Attorney to be Noticed

Elizabeth S. Smith
Lead Attorney

Motley Rice LLC (SC)
28 Bridgeside BoulevardP.O. Box 1792
Mount Pleasant, SC 29465
USA
Phone: (843)216-9240Fax: (843)216-9430Attorney to be Noticed

George R. Blakey
Lead Attorney

One Notre Dame Circle
Notre Dame, IN 46556
USA
Phone: (574)631-5717Attorney to be Noticed

Harry Huge
Lead Attorney

Harry Huge Law Firm, L.L.P.
1001 Pennsylvania Avenue, NW7th Floor
Washington, DC 20004
USA
Phone: (202)624-3932Fax: (843)720-8794Attorney to be Noticed

Jack D. Cordray
Lead Attorney

| Litigants | Attorneys |
|---|---|
| | Cordray Law Firm<br>Post Office Drawer 22857<br>Charleston, SC 29413<br>USA<br>Phone: (843)577-9761Fax: (843)853-6330Attorney to be Noticed |

Jayne Conroy
Lead Attorney

Hanly Conroy Bierstein Sheridan Fisher & Hayes, LLP
112 Madison Avenue
New York, NY 10016
USA
Phone: (212)784-6402Fax: (212)784-6400Attorney to be Noticed

Jeffrey Scott Thompson
Lead Attorney

Motley Rice, L.L.C.
28 Bridgeside Boulevard
Mount Pleasant, SC 29464
USA
Phone: (843)216-9000Attorney to be Noticed

Jodi Westbrook Flowers
Lead Attorney

Motley Rice LLC (SC)
28 Bridgeside BoulevardP.O. Box 1792
Mount Pleasant, SC 29465
USA
Phone: (843)216-9163Fax: (843)216-9680Attorney to be Noticed

John Davis Lee
Lead Attorney

Law Offices of J D Lee
422 S.Gay Street
Knoxville, TN 37902
USA
Phone: (865)544-4101Fax: (865)544-0536Attorney to be Noticed

Robert D. Brain
Lead Attorney

Howarth and Smith (LA)
523 West Sixth Street, Suite 728
Los Angeles, CA 90014
USA
Phone: (213)955-9400Fax: (213)622-9400Attorney to be Noticed

Robert Turner Haefele
Lead Attorney

| Litigants | Attorneys |
|---|---|
| | Motley Rice LLC (SC)<br>28 Bridgeside BoulevardP.O. Box 1792<br>Mount Pleasant, SC 29465<br>USA<br>Phone: (843)216-9184Fax: (843)216-9450Attorney to be Noticed<br><br>Ronald L. Motley<br>Lead Attorney<br><br>Motley Rice LLC (SC)<br>28 Bridgeside BoulevardP.O. Box 1792<br>Mount Pleasant, SC 29465<br>USA<br>Phone: (843)216-9000Fax: (843)216-9680Attorney to be Noticed<br><br>Suzelle M Smith<br>Lead Attorney<br><br>Howarth and Smith (LA)<br>523 West Sixth Street, Suite 728<br>Los Angeles, CA 90014<br>USA<br>Phone: (212)955-9400Fax: (213)622-0791Attorney to be Noticed |
| Rostyslav Tisnovskiy: in his own right as Brother of Yelena "Helen" Bililovsky,deceased<br>**Plaintiff** | David C. Lee<br>Lead Attorney<br><br>Law Offices of J D Lee<br>422 S.Gay Street<br>Knoxville, TN 37902<br>USA<br>Phone: (865)544-4101Attorney to be Noticed<br><br>Don Howarth<br>Lead Attorney<br><br>Howarth and Smith (LA)<br>523 West Sixth Street, Suite 728<br>Los Angeles, CA 90014<br>USA<br>Phone: (213)955-9400Fax: (213)622-9400Attorney to be Noticed<br><br>Donald A. Migliori<br>Lead Attorney<br><br>Motley Rice LLC (SC)<br>28 Bridgeside BoulevardP.O. Box 1792<br>Mount Pleasant, SC 29465<br>USA<br>Phone: (401)457-7700Fax: (401)457-7708Attorney to be Noticed<br><br>Elizabeth S. Smith<br>Lead Attorney |

| Litigants | Attorneys |
|---|---|

Motley Rice LLC (SC)
28 Bridgeside BoulevardP.O. Box 1792
Mount Pleasant, SC 29465
USA
Phone: (843)216-9240Fax: (843)216-9430Attorney to be Noticed

George R. Blakey
Lead Attorney

One Notre Dame Circle
Notre Dame, IN 46556
USA
Phone: (574)631-5717Attorney to be Noticed

Harry Huge
Lead Attorney

Harry Huge Law Firm, L.L.P.
1001 Pennsylvania Avenue, NW7th Floor
Washington, DC 20004
USA
Phone: (202)624-3932Fax: (843)720-8794Attorney to be Noticed

Jack D. Cordray
Lead Attorney

Cordray Law Firm
Post Office Drawer 22857
Charleston, SC 29413
USA
Phone: (843)577-9761Fax: (843)853-6330Attorney to be Noticed

Jayne Conroy
Lead Attorney

Hanly Conroy Bierstein Sheridan Fisher & Hayes, LLP
112 Madison Avenue
New York, NY 10016
USA
Phone: (212)784-6402Fax: (212)784-6400Attorney to be Noticed

Jeffrey Scott Thompson
Lead Attorney

Motley Rice, L.L.C.
28 Bridgeside Boulevard
Mount Pleasant, SC 29464
USA
Phone: (843)216-9000Attorney to be Noticed

Jodi Westbrook Flowers
Lead Attorney

Motley Rice LLC (SC)

Page 351 of 933

Case 2:16-cv-01454-B-A-T-M-R-W: Document 1-08-1 Re: Terrorist Attacks on September 05/16/07 Page 671 of 883 Page ID #:10518

## Litigants | Attorneys

| Litigants | Attorneys |
|---|---|
| | 28 Bridgeside BoulevardP.O. Box 1792 Mount Pleasant, SC 29465 USA Phone: (843)216-9163Fax: (843)216-9680Attorney to be Noticed |
| | John Davis Lee Lead Attorney |
| | Law Offices of J D Lee 422 S.Gay Street Knoxville, TN 37902 USA Phone: (865)544-4101Fax: (865)544-0536Attorney to be Noticed |
| | Robert D. Brain Lead Attorney |
| | Howarth and Smith (LA) 523 West Sixth Street, Suite 728 Los Angeles, CA 90014 USA Phone: (213)955-9400Fax: (213)622-9400Attorney to be Noticed |
| | Robert Turner Haefele Lead Attorney |
| | Motley Rice LLC (SC) 28 Bridgeside BoulevardP.O. Box 1792 Mount Pleasant, SC 29465 USA Phone: (843)216-9184Fax: (843)216-9450Attorney to be Noticed |
| | Ronald L. Motley Lead Attorney |
| | Motley Rice LLC (SC) 28 Bridgeside BoulevardP.O. Box 1792 Mount Pleasant, SC 29465 USA Phone: (843)216-9000Fax: (843)216-9680Attorney to be Noticed |
| | Suzelle M Smith Lead Attorney |
| | Howarth and Smith (LA) 523 West Sixth Street, Suite 728 Los Angeles, CA 90014 USA Phone: (212)955-9400Fax: (213)622-0791Attorney to be Noticed |
| Basmattie Bishundat: in her own right and as Co-Representative of the Estate of Kris Romeo Bishundat, deceased | David C. Lee Lead Attorney |

## Litigants

**Plaintiff**

## Attorneys

Law Offices of J D Lee
422 S.Gay Street
Knoxville, TN 37902
USA
Phone: (865)544-4101Attorney to be Noticed

Don Howarth
Lead Attorney

Howarth and Smith (LA)
523 West Sixth Street, Suite 728
Los Angeles, CA 90014
USA
Phone: (213)955-9400Fax: (213)622-9400Attorney to be Noticed

Donald A. Migliori
Lead Attorney

Motley Rice LLC (SC)
28 Bridgeside BoulevardP.O. Box 1792
Mount Pleasant, SC 29465
USA
Phone: (401)457-7700Fax: (401)457-7708Attorney to be Noticed

Elizabeth S. Smith
Lead Attorney

Motley Rice LLC (SC)
28 Bridgeside BoulevardP.O. Box 1792
Mount Pleasant, SC 29465
USA
Phone: (843)216-9240Fax: (843)216-9430Attorney to be Noticed

George R. Blakey
Lead Attorney

One Notre Dame Circle
Notre Dame, IN 46556
USA
Phone: (574)631-5717Attorney to be Noticed

Harry Huge
Lead Attorney

Harry Huge Law Firm, L.L.P.
1001 Pennsylvania Avenue, NW7th Floor
Washington, DC 20004
USA
Phone: (202)624-3932Fax: (843)720-8794Attorney to be Noticed

Jack D. Cordray
Lead Attorney

Cordray Law Firm

| Litigants | Attorneys |
|---|---|
| | Post Office Drawer 22857<br>Charleston, SC 29413<br>USA<br>Phone: (843)577-9761Fax: (843)853-6330Attorney to be Noticed |

**Jayne Conroy**
Lead Attorney

Hanly Conroy Bierstein Sheridan Fisher & Hayes, LLP
112 Madison Avenue
New York, NY 10016
USA
Phone: (212)784-6402Fax: (212)784-6400Attorney to be
Noticed

**Jeffrey Scott Thompson**
Lead Attorney

Motley Rice, L.L.C.
28 Bridgeside Boulevard
Mount Pleasant, SC 29464
USA
Phone: (843)216-9000Attorney to be Noticed

**Jodi Westbrook Flowers**
Lead Attorney

Motley Rice LLC (SC)
28 Bridgeside BoulevardP.O. Box 1792
Mount Pleasant, SC 29465
USA
Phone: (843)216-9163Fax: (843)216-9680Attorney to be
Noticed

**John Davis Lee**
Lead Attorney

Law Offices of J D Lee
422 S.Gay Street
Knoxville, TN 37902
USA
Phone: (865)544-4101Fax: (865)544-0536Attorney to be
Noticed

**Robert D. Brain**
Lead Attorney

Howarth and Smith (LA)
523 West Sixth Street, Suite 728
Los Angeles, CA 90014
USA
Phone: (213)955-9400Fax: (213)622-9400Attorney to be
Noticed

**Robert Turner Haefele**
Lead Attorney

Motley Rice LLC (SC)

| Litigants | Attorneys |
|---|---|
| | 28 Bridgeside BoulevardP.O. Box 1792<br>Mount Pleasant, SC 29465<br>USA<br>Phone: (843)216-9184Fax: (843)216-9450Attorney to be Noticed<br><br>Ronald L. Motley<br>Lead Attorney<br><br>Motley Rice LLC (SC)<br>28 Bridgeside BoulevardP.O. Box 1792<br>Mount Pleasant, SC 29465<br>USA<br>Phone: (843)216-9000Fax: (843)216-9680Attorney to be Noticed<br><br>Suzelle M Smith<br>Lead Attorney<br><br>Howarth and Smith (LA)<br>523 West Sixth Street, Suite 728<br>Los Angeles, CA 90014<br>USA<br>Phone: (212)955-9400Fax: (213)622-0791Attorney to be Noticed |
| Bhola P. Bishundat: in his own right and as Co-Reprsentative of the Estate of Kris Romeo Bishundat,deceased<br>**Plaintiff** | David C. Lee<br>Lead Attorney<br><br>Law Offices of J D Lee<br>422 S.Gay Street<br>Knoxville, TN 37902<br>USA<br>Phone: (865)544-4101Attorney to be Noticed<br><br>Don Howarth<br>Lead Attorney<br><br>Howarth and Smith (LA)<br>523 West Sixth Street, Suite 728<br>Los Angeles, CA 90014<br>USA<br>Phone: (213)955-9400Fax: (213)622-9400Attorney to be Noticed<br><br>Donald A. Migliori<br>Lead Attorney<br><br>Motley Rice LLC (SC)<br>28 Bridgeside BoulevardP.O. Box 1792<br>Mount Pleasant, SC 29465<br>USA<br>Phone: (401)457-7700Fax: (401)457-7708Attorney to be Noticed<br><br>Elizabeth S. Smith<br>Lead Attorney<br><br>Motley Rice LLC (SC) |

## Litigants

## Attorneys

28 Bridgeside BoulevardP.O. Box 1792
Mount Pleasant, SC 29465
USA
Phone: (843)216-9240Fax: (843)216-9430Attorney to be Noticed

George R. Blakey
Lead Attorney

One Notre Dame Circle
Notre Dame, IN 46556
USA
Phone: (574)631-5717Attorney to be Noticed

Harry Huge
Lead Attorney

Harry Huge Law Firm, L.L.P.
1001 Pennsylvania Avenue, NW7th Floor
Washington, DC 20004
USA
Phone: (202)624-3932Fax: (843)720-8794Attorney to be Noticed

Jack D. Cordray
Lead Attorney

Cordray Law Firm
Post Office Drawer 22857
Charleston, SC 29413
USA
Phone: (843)577-9761Fax: (843)853-6330Attorney to be Noticed

Jayne Conroy
Lead Attorney

Hanly Conroy Bierstein Sheridan Fisher & Hayes, LLP
112 Madison Avenue
New York, NY 10016
USA
Phone: (212)784-6402Fax: (212)784-6400Attorney to be Noticed

Jeffrey Scott Thompson
Lead Attorney

Motley Rice, L.L.C.
28 Bridgeside Boulevard
Mount Pleasant, SC 29464
USA
Phone: (843)216-9000Attorney to be Noticed

Jodi Westbrook Flowers
Lead Attorney

Motley Rice LLC (SC)
28 Bridgeside BoulevardP.O. Box 1792
Mount Pleasant, SC 29465

| Litigants | Attorneys |
|-----------|-----------|
| | USA<br>Phone: (843)216-9163Fax: (843)216-9680Attorney to be Noticed |
| | John Davis Lee<br>Lead Attorney |
| | Law Offices of J D Lee<br>422 S.Gay Street<br>Knoxville, TN 37902<br>USA<br>Phone: (865)544-4101Fax: (865)544-0536Attorney to be Noticed |
| | Robert D. Brain<br>Lead Attorney |
| | Howarth and Smith (LA)<br>523 West Sixth Street, Suite 728<br>Los Angeles, CA 90014<br>USA<br>Phone: (213)955-9400Fax: (213)622-9400Attorney to be Noticed |
| | Robert Turner Haefele<br>Lead Attorney |
| | Motley Rice LLC (SC)<br>28 Bridgeside BoulevardP.O. Box 1792<br>Mount Pleasant, SC 29465<br>USA<br>Phone: (843)216-9184Fax: (843)216-9450Attorney to be Noticed |
| | Ronald L. Motley<br>Lead Attorney |
| | Motley Rice LLC (SC)<br>28 Bridgeside BoulevardP.O. Box 1792<br>Mount Pleasant, SC 29465<br>USA<br>Phone: (843)216-9000Fax: (843)216-9680Attorney to be Noticed |
| | Suzelle M Smith<br>Lead Attorney |
| | Howarth and Smith (LA)<br>523 West Sixth Street, Suite 728<br>Los Angeles, CA 90014<br>USA<br>Phone: (212)955-9400Fax: (213)622-0791Attorney to be Noticed |
| Krystyna Boryczewski: in her own right and as Representative of Estate of Martin Boryczewski, deceased<br>**Plaintiff** | David C. Lee<br>Lead Attorney |
| | Law Offices of J D Lee<br>422 S.Gay Street |

## Litigants

## Attorneys

Knoxville, TN 37902
USA
Phone: (865)544-4101Attorney to be Noticed

Don Howarth
Lead Attorney

Howarth and Smith (LA)
523 West Sixth Street, Suite 728
Los Angeles, CA 90014
USA
Phone: (213)955-9400Fax: (213)622-9400Attorney to be
Noticed

Donald A. Migliori
Lead Attorney

Motley Rice LLC (SC)
28 Bridgeside BoulevardP.O. Box 1792
Mount Pleasant, SC 29465
USA
Phone: (401)457-7700Fax: (401)457-7708Attorney to be
Noticed

Elizabeth S. Smith
Lead Attorney

Motley Rice LLC (SC)
28 Bridgeside BoulevardP.O. Box 1792
Mount Pleasant, SC 29465
USA
Phone: (843)216-9240Fax: (843)216-9430Attorney to be
Noticed

George R. Blakey
Lead Attorney

One Notre Dame Circle
Notre Dame, IN 46556
USA
Phone: (574)631-5717Attorney to be Noticed

Harry Huge
Lead Attorney

Harry Huge Law Firm, L.L.P.
1001 Pennsylvania Avenue, NW7th Floor
Washington, DC 20004
USA
Phone: (202)624-3932Fax: (843)720-8794Attorney to be
Noticed

Jack D. Cordray
Lead Attorney

Cordray Law Firm
Post Office Drawer 22857
Charleston, SC 29413
USA

| Litigants | Attorneys |
|---|---|
| | Phone: (843)577-9761Fax: (843)853-6330Attorney to be Noticed |

Jayne Conroy
Lead Attorney

Hanly Conroy Bierstein Sheridan Fisher & Hayes, LLP
112 Madison Avenue
New York, NY 10016
USA
Phone: (212)784-6402Fax: (212)784-6400Attorney to be Noticed

Jeffrey Scott Thompson
Lead Attorney

Motley Rice, L.L.C.
28 Bridgeside Boulevard
Mount Pleasant, SC 29464
USA
Phone: (843)216-9000Attorney to be Noticed

Jodi Westbrook Flowers
Lead Attorney

Motley Rice LLC (SC)
28 Bridgeside BoulevardP.O. Box 1792
Mount Pleasant, SC 29465
USA
Phone: (843)216-9163Fax: (843)216-9680Attorney to be Noticed

John Davis Lee
Lead Attorney

Law Offices of J D Lee
422 S.Gay Street
Knoxville, TN 37902
USA
Phone: (865)544-4101Fax: (865)544-0536Attorney to be Noticed

Robert D. Brain
Lead Attorney

Howarth and Smith (LA)
523 West Sixth Street, Suite 728
Los Angeles, CA 90014
USA
Phone: (213)955-9400Fax: (213)622-9400Attorney to be Noticed

Robert T. Haefele
Lead Attorney

Motley Rice, L.L.C.
28 Bridgeside Boulevard
Mount Pleasant, SC 29464
USA

| Litigants | Attorneys |
|---|---|
| | Phone: (843)216-9000Attorney to be Noticed |
| | Ronald L. Motley<br>Lead Attorney |
| | Motley Rice LLC (SC)<br>28 Bridgeside BoulevardP.O. Box 1792<br>Mount Pleasant, SC 29465<br>USA<br>Phone: (843)216-9000Fax: (843)216-9680Attorney to be Noticed |
| | Suzelle M Smith<br>Lead Attorney |
| | Howarth and Smith (LA)<br>523 West Sixth Street, Suite 728<br>Los Angeles, CA 90014<br>USA<br>Phone: (212)955-9400Fax: (213)622-0791Attorney to be Noticed |
| Michele Boryczewski: in her own right as the sister of Martin Boryczewski, deceased<br>**Plaintiff** | David C. Lee<br>Lead Attorney |
| | Law Offices of J D Lee<br>422 S.Gay Street<br>Knoxville, TN 37902<br>USA<br>Phone: (865)544-4101Attorney to be Noticed |
| | Don Howarth<br>Lead Attorney |
| | Howarth and Smith (LA)<br>523 West Sixth Street, Suite 728<br>Los Angeles, CA 90014<br>USA<br>Phone: (213)955-9400Fax: (213)622-9400Attorney to be Noticed |
| | Donald A. Migliori<br>Lead Attorney |
| | Motley Rice LLC (SC)<br>28 Bridgeside BoulevardP.O. Box 1792<br>Mount Pleasant, SC 29465<br>USA<br>Phone: (401)457-7700Fax: (401)457-7708Attorney to be Noticed |
| | Elizabeth S. Smith<br>Lead Attorney |
| | Motley Rice LLC (SC)<br>28 Bridgeside BoulevardP.O. Box 1792<br>Mount Pleasant, SC 29465<br>USA<br>Phone: (843)216-9240Fax: (843)216-9430Attorney to be |

## Litigants

## Attorneys

Noticed

George R. Blakey
Lead Attorney

One Notre Dame Circle
Notre Dame, IN 46556
USA
Phone: (574)631-5717Attorney to be Noticed

Harry Huge
Lead Attorney

Harry Huge Law Firm, L.L.P.
1001 Pennsylvania Avenue, NW7th Floor
Washington, DC 20004
USA
Phone: (202)624-3932Fax: (843)720-8794Attorney to be Noticed

Jack D. Cordray
Lead Attorney

Cordray Law Firm
Post Office Drawer 22857
Charleston, SC 29413
USA
Phone: (843)577-9761Fax: (843)853-6330Attorney to be Noticed

Jayne Conroy
Lead Attorney

Hanly Conroy Bierstein Sheridan Fisher & Hayes, LLP
112 Madison Avenue
New York, NY 10016
USA
Phone: (212)784-6402Fax: (212)784-6400Attorney to be Noticed

Jeffrey Scott Thompson
Lead Attorney

Motley Rice, L.L.C.
28 Bridgeside Boulevard
Mount Pleasant, SC 29464
USA
Phone: (843)216-9000Attorney to be Noticed

Jodi Westbrook Flowers
Lead Attorney

Motley Rice LLC (SC)
28 Bridgeside BoulevardP.O. Box 1792
Mount Pleasant, SC 29465
USA
Phone: (843)216-9163Fax: (843)216-9680Attorney to be Noticed

## Litigants

## Attorneys

John Davis Lee
Lead Attorney

Law Offices of J D Lee
422 S.Gay Street
Knoxville, TN 37902
USA
Phone: (865)544-4101Fax: (865)544-0536Attorney to be
Noticed

Robert D. Brain
Lead Attorney

Howarth and Smith (LA)
523 West Sixth Street, Suite 728
Los Angeles, CA 90014
USA
Phone: (213)955-9400Fax: (213)622-9400Attorney to be
Noticed

Robert Turner Haefele
Lead Attorney

Motley Rice LLC (SC)
28 Bridgeside BoulevardP.O. Box 1792
Mount Pleasant, SC 29465
USA
Phone: (843)216-9184Fax: (843)216-9450Attorney to be
Noticed

Ronald L. Motley
Lead Attorney

Motley Rice LLC (SC)
28 Bridgeside BoulevardP.O. Box 1792
Mount Pleasant, SC 29465
USA
Phone: (843)216-9000Fax: (843)216-9680Attorney to be
Noticed

Suzelle M Smith
Lead Attorney

Howarth and Smith (LA)
523 West Sixth Street, Suite 728
Los Angeles, CA 90014
USA
Phone: (212)955-9400Fax: (213)622-0791Attorney to be
Noticed

Michael Boryczewski: in his own right as the Father of Martin
Boryczewski, deceased
**Plaintiff**

David C. Lee
Lead Attorney

Law Offices of J D Lee
422 S.Gay Street
Knoxville, TN 37902
USA
Phone: (865)544-4101Attorney to be Noticed

Page 362 of 933

Case 2:16-cv-03495-PA-MRW Re: Terrorist Attacks on September 11, 2001 Document 103-1 Filed 05/16/17 Page 682 of 883 Page ID #:10529

| Litigants | Attorneys |
|---|---|
| | Don Howarth<br>Lead Attorney<br><br>Howarth and Smith (LA)<br>523 West Sixth Street, Suite 728<br>Los Angeles, CA 90014<br>USA<br>Phone: (213)955-9400Fax: (213)622-9400Attorney to be Noticed<br><br>Donald A. Migliori<br>Lead Attorney<br><br>Motley Rice LLC (SC)<br>28 Bridgeside BoulevardP.O. Box 1792<br>Mount Pleasant, SC 29465<br>USA<br>Phone: (401)457-7700Fax: (401)457-7708Attorney to be Noticed<br><br>Elizabeth S. Smith<br>Lead Attorney<br><br>Motley Rice LLC (SC)<br>28 Bridgeside BoulevardP.O. Box 1792<br>Mount Pleasant, SC 29465<br>USA<br>Phone: (843)216-9240Fax: (843)216-9430Attorney to be Noticed<br><br>George R. Blakey<br>Lead Attorney<br><br>One Notre Dame Circle<br>Notre Dame, IN 46556<br>USA<br>Phone: (574)631-5717Attorney to be Noticed<br><br>Harry Huge<br>Lead Attorney<br><br>Harry Huge Law Firm, L.L.P.<br>1001 Pennsylvania Avenue, NW7th Floor<br>Washington, DC 20004<br>USA<br>Phone: (202)624-3932Fax: (843)720-8794Attorney to be Noticed<br><br>Jack D. Cordray<br>Lead Attorney<br><br>Cordray Law Firm<br>Post Office Drawer 22857<br>Charleston, SC 29413<br>USA<br>Phone: (843)577-9761Fax: (843)853-6330Attorney to be Noticed |

Page 363 of 933
Case 2:16-cv-08195-PA-MRW: Document 103-1 Filed 05/16/07   Page 683 of 883   Page ID
#:10530
Case 2:05-md-01570 Re: Terrorist Attacks on September 11, 2007

## Litigants

## Attorneys

Jayne Conroy
Lead Attorney

Hanly Conroy Bierstein Sheridan Fisher & Hayes, LLP
112 Madison Avenue
New York, NY 10016
USA
Phone: (212)784-6402Fax: (212)784-6400Attorney to be
Noticed

Jeffrey Scott Thompson
Lead Attorney

Motley Rice, L.L.C.
28 Bridgeside Boulevard
Mount Pleasant, SC 29464
USA
Phone: (843)216-9000Attorney to be Noticed

Jodi Westbrook Flowers
Lead Attorney

Motley Rice LLC (SC)
28 Bridgeside BoulevardP.O. Box 1792
Mount Pleasant, SC 29465
USA
Phone: (843)216-9163Fax: (843)216-9680Attorney to be
Noticed

John Davis Lee
Lead Attorney

Law Offices of J D Lee
422 S.Gay Street
Knoxville, TN 37902
USA
Phone: (865)544-4101Fax: (865)544-0536Attorney to be
Noticed

Robert D. Brain
Lead Attorney

Howarth and Smith (LA)
523 West Sixth Street, Suite 728
Los Angeles, CA 90014
USA
Phone: (213)955-9400Fax: (213)622-9400Attorney to be
Noticed

Robert Turner Haefele
Lead Attorney

Motley Rice LLC (SC)
28 Bridgeside BoulevardP.O. Box 1792
Mount Pleasant, SC 29465
USA
Phone: (843)216-9184Fax: (843)216-9450Attorney to be
Noticed

| Litigants | Attorneys |
|---|---|
| | Ronald L. Motley<br>Lead Attorney<br><br>Motley Rice LLC (SC)<br>28 Bridgeside BoulevardP.O. Box 1792<br>Mount Pleasant, SC 29465<br>USA<br>Phone: (843)216-9000Fax: (843)216-9680Attorney to be Noticed<br><br>Suzelle M Smith<br>Lead Attorney<br><br>Howarth and Smith (LA)<br>523 West Sixth Street, Suite 728<br>Los Angeles, CA 90014<br>USA<br>Phone: (212)955-9400Fax: (213)622-0791Attorney to be Noticed |
| Julia Boryczewski: in her own right as the sister of Martin Boryczewski<br>**Plaintiff** | David C. Lee<br>Lead Attorney<br><br>Law Offices of J D Lee<br>422 S.Gay Street<br>Knoxville, TN 37902<br>USA<br>Phone: (865)544-4101Attorney to be Noticed<br><br>Don Howarth<br>Lead Attorney<br><br>Howarth and Smith (LA)<br>523 West Sixth Street, Suite 728<br>Los Angeles, CA 90014<br>USA<br>Phone: (213)955-9400Fax: (213)622-9400Attorney to be Noticed<br><br>Donald A. Migliori<br>Lead Attorney<br><br>Motley Rice LLC (SC)<br>28 Bridgeside BoulevardP.O. Box 1792<br>Mount Pleasant, SC 29465<br>USA<br>Phone: (401)457-7700Fax: (401)457-7708Attorney to be Noticed<br><br>Elizabeth S. Smith<br>Lead Attorney<br><br>Motley Rice LLC (SC)<br>28 Bridgeside BoulevardP.O. Box 1792<br>Mount Pleasant, SC 29465<br>USA<br>Phone: (843)216-9240Fax: (843)216-9430Attorney to be Noticed |

## Litigants

## Attorneys

George R. Blakey
Lead Attorney

One Notre Dame Circle
Notre Dame, IN 46556
USA
Phone: (574)631-5717Attorney to be Noticed

Harry Huge
Lead Attorney

Harry Huge Law Firm, L.L.P.
1001 Pennsylvania Avenue, NW7th Floor
Washington, DC 20004
USA
Phone: (202)624-3932Fax: (843)720-8794Attorney to be
Noticed

Jack D. Cordray
Lead Attorney

Cordray Law Firm
Post Office Drawer 22857
Charleston, SC 29413
USA
Phone: (843)577-9761Fax: (843)853-6330Attorney to be
Noticed

Jayne Conroy
Lead Attorney

Hanly Conroy Bierstein Sheridan Fisher & Hayes, LLP
112 Madison Avenue
New York, NY 10016
USA
Phone: (212)784-6402Fax: (212)784-6400Attorney to be
Noticed

Jeffrey Scott Thompson
Lead Attorney

Motley Rice, L.L.C.
28 Bridgeside Boulevard
Mount Pleasant, SC 29464
USA
Phone: (843)216-9000Attorney to be Noticed

Jodi Westbrook Flowers
Lead Attorney

Motley Rice LLC (SC)
28 Bridgeside BoulevardP.O. Box 1792
Mount Pleasant, SC 29465
USA
Phone: (843)216-9163Fax: (843)216-9680Attorney to be
Noticed

John Davis Lee

| Litigants | Attorneys |
|---|---|
| | Lead Attorney |
| | Law Offices of J D Lee<br>422 S.Gay Street<br>Knoxville, TN 37902<br>USA<br>Phone: (865)544-4101Fax: (865)544-0536Attorney to be Noticed |
| | Robert D. Brain<br>Lead Attorney |
| | Howarth and Smith (LA)<br>523 West Sixth Street, Suite 728<br>Los Angeles, CA 90014<br>USA<br>Phone: (213)955-9400Fax: (213)622-9400Attorney to be Noticed |
| | Robert Turner Haefele<br>Lead Attorney |
| | Motley Rice LLC (SC)<br>28 Bridgeside BoulevardP.O. Box 1792<br>Mount Pleasant, SC 29465<br>USA<br>Phone: (843)216-9184Fax: (843)216-9450Attorney to be Noticed |
| | Ronald L. Motley<br>Lead Attorney |
| | Motley Rice LLC (SC)<br>28 Bridgeside BoulevardP.O. Box 1792<br>Mount Pleasant, SC 29465<br>USA<br>Phone: (843)216-9000Fax: (843)216-9680Attorney to be Noticed |
| | Suzelle M Smith<br>Lead Attorney |
| | Howarth and Smith (LA)<br>523 West Sixth Street, Suite 728<br>Los Angeles, CA 90014<br>USA<br>Phone: (212)955-9400Fax: (213)622-0791Attorney to be Noticed |
| Brian Barry: in his own right as the Son of Diane Barry, deceased<br>**Plaintiff** | David C. Lee<br>Lead Attorney |
| | Law Offices of J D Lee<br>422 S.Gay Street<br>Knoxville, TN 37902<br>USA<br>Phone: (865)544-4101Attorney to be Noticed |
| | Don Howarth |

| Litigants | Attorneys |
|---|---|
| | Lead Attorney |

Howarth and Smith (LA)
523 West Sixth Street, Suite 728
Los Angeles, CA 90014
USA
Phone: (213)955-9400Fax: (213)622-9400Attorney to be Noticed

Donald A. Migliori
Lead Attorney

Motley Rice LLC (SC)
28 Bridgeside BoulevardP.O. Box 1792
Mount Pleasant, SC 29465
USA
Phone: (401)457-7700Fax: (401)457-7708Attorney to be Noticed

Elizabeth S. Smith
Lead Attorney

Motley Rice LLC (SC)
28 Bridgeside BoulevardP.O. Box 1792
Mount Pleasant, SC 29465
USA
Phone: (843)216-9240Fax: (843)216-9430Attorney to be Noticed

George R. Blakey
Lead Attorney

One Notre Dame Circle
Notre Dame, IN 46556
USA
Phone: (574)631-5717Attorney to be Noticed

Harry Huge
Lead Attorney

Harry Huge Law Firm, L.L.P.
1001 Pennsylvania Avenue, NW7th Floor
Washington, DC 20004
USA
Phone: (202)624-3932Fax: (843)720-8794Attorney to be Noticed

Jack D. Cordray
Lead Attorney

Cordray Law Firm
Post Office Drawer 22857
Charleston, SC 29413
USA
Phone: (843)577-9761Fax: (843)853-6330Attorney to be Noticed

Jayne Conroy
Lead Attorney

## Litigants

## Attorneys

Hanly Conroy Bierstein Sheridan Fisher & Hayes, LLP
112 Madison Avenue
New York, NY 10016
USA
Phone: (212)784-6402Fax: (212)784-6400Attorney to be
Noticed

Jeffrey Scott Thompson
Lead Attorney

Motley Rice, L.L.C.
28 Bridgeside Boulevard
Mount Pleasant, SC 29464
USA
Phone: (843)216-9000Attorney to be Noticed

Jodi Westbrook Flowers
Lead Attorney

Motley Rice LLC (SC)
28 Bridgeside BoulevardP.O. Box 1792
Mount Pleasant, SC 29465
USA
Phone: (843)216-9163Fax: (843)216-9680Attorney to be
Noticed

John Davis Lee
Lead Attorney

Law Offices of J D Lee
422 S.Gay Street
Knoxville, TN 37902
USA
Phone: (865)544-4101Fax: (865)544-0536Attorney to be
Noticed

Robert D. Brain
Lead Attorney

Howarth and Smith (LA)
523 West Sixth Street, Suite 728
Los Angeles, CA 90014
USA
Phone: (213)955-9400Fax: (213)622-9400Attorney to be
Noticed

Robert Turner Haefele
Lead Attorney

Motley Rice LLC (SC)
28 Bridgeside BoulevardP.O. Box 1792
Mount Pleasant, SC 29465
USA
Phone: (843)216-9184Fax: (843)216-9450Attorney to be
Noticed

Ronald L. Motley
Lead Attorney

EXHIBIT 8, PAGE 840

| Litigants | Attorneys |
|---|---|
| | Motley Rice LLC (SC)<br>28 Bridgeside BoulevardP.O. Box 1792<br>Mount Pleasant, SC 29465<br>USA<br>Phone: (843)216-9000Fax: (843)216-9680Attorney to be Noticed<br><br>Suzelle M Smith<br>Lead Attorney<br><br>Howarth and Smith (LA)<br>523 West Sixth Street, Suite 728<br>Los Angeles, CA 90014<br>USA<br>Phone: (212)955-9400Fax: (213)622-0791Attorney to be Noticed |
| Edmund Barry: in his own rihgt as the Husband of Diane Barry, deceased<br>**Plaintiff** | David C. Lee<br>Lead Attorney<br><br>Law Offices of J D Lee<br>422 S.Gay Street<br>Knoxville, TN 37902<br>USA<br>Phone: (865)544-4101Attorney to be Noticed<br><br>Don Howarth<br>Lead Attorney<br><br>Howarth and Smith (LA)<br>523 West Sixth Street, Suite 728<br>Los Angeles, CA 90014<br>USA<br>Phone: (213)955-9400Fax: (213)622-9400Attorney to be Noticed<br><br>Donald A. Migliori<br>Lead Attorney<br><br>Motley Rice LLC (SC)<br>28 Bridgeside BoulevardP.O. Box 1792<br>Mount Pleasant, SC 29465<br>USA<br>Phone: (401)457-7700Fax: (401)457-7708Attorney to be Noticed<br><br>Elizabeth S. Smith<br>Lead Attorney<br><br>Motley Rice LLC (SC)<br>28 Bridgeside BoulevardP.O. Box 1792<br>Mount Pleasant, SC 29465<br>USA<br>Phone: (843)216-9240Fax: (843)216-9430Attorney to be Noticed<br><br>George R. Blakey<br>Lead Attorney |

| Litigants | Attorneys |
|---|---|

One Notre Dame Circle
Notre Dame, IN 46556
USA
Phone: (574)631-5717Attorney to be Noticed

Harry Huge
Lead Attorney

Harry Huge Law Firm, L.L.P.
1001 Pennsylvania Avenue, NW7th Floor
Washington, DC 20004
USA
Phone: (202)624-3932Fax: (843)720-8794Attorney to be
Noticed

Jack D. Cordray
Lead Attorney

Cordray Law Firm
Post Office Drawer 22857
Charleston, SC 29413
USA
Phone: (843)577-9761Fax: (843)853-6330Attorney to be
Noticed

Jayne Conroy
Lead Attorney

Hanly Conroy Bierstein Sheridan Fisher & Hayes, LLP
112 Madison Avenue
New York, NY 10016
USA
Phone: (212)784-6402Fax: (212)784-6400Attorney to be
Noticed

Jeffrey Scott Thompson
Lead Attorney

Motley Rice, L.L.C.
28 Bridgeside Boulevard
Mount Pleasant, SC 29464
USA
Phone: (843)216-9000Attorney to be Noticed

Jodi Westbrook Flowers
Lead Attorney

Motley Rice LLC (SC)
28 Bridgeside BoulevardP.O. Box 1792
Mount Pleasant, SC 29465
USA
Phone: (843)216-9163Fax: (843)216-9680Attorney to be
Noticed

John Davis Lee
Lead Attorney

Law Offices of J D Lee

| Litigants | Attorneys |
|---|---|
| | 422 S.Gay Street<br>Knoxville, TN 37902<br>USA<br>Phone: (865)544-4101Fax: (865)544-0536Attorney to be Noticed |

Robert D. Brain
Lead Attorney

Howarth and Smith (LA)
523 West Sixth Street, Suite 728
Los Angeles, CA 90014
USA
Phone: (213)955-9400Fax: (213)622-9400Attorney to be Noticed

Robert Turner Haefele
Lead Attorney

Motley Rice LLC (SC)
28 Bridgeside BoulevardP.O. Box 1792
Mount Pleasant, SC 29465
USA
Phone: (843)216-9184Fax: (843)216-9450Attorney to be Noticed

Ronald L. Motley
Lead Attorney

Motley Rice LLC (SC)
28 Bridgeside BoulevardP.O. Box 1792
Mount Pleasant, SC 29465
USA
Phone: (843)216-9000Fax: (843)216-9680Attorney to be Noticed

Suzelle M Smith
Lead Attorney

Howarth and Smith (LA)
523 West Sixth Street, Suite 728
Los Angeles, CA 90014
USA
Phone: (212)955-9400Fax: (213)622-0791Attorney to be Noticed

**Daryl Joseph Meehan: in his own right as the Brother of Colleen Ann Barkow,deceased**
**Plaintiff**

David C. Lee
Lead Attorney

Law Offices of J D Lee
422 S.Gay Street
Knoxville, TN 37902
USA
Phone: (865)544-4101Attorney to be Noticed

Don Howarth
Lead Attorney

Howarth and Smith (LA)

| **Litigants** | **Attorneys** |
|---|---|
| | 523 West Sixth Street, Suite 728<br>Los Angeles, CA 90014<br>USA<br>Phone: (213)955-9400Fax: (213)622-9400Attorney to be Noticed<br><br>Donald A. Migliori<br>Lead Attorney<br><br>Motley Rice LLC (SC)<br>28 Bridgeside BoulevardP.O. Box 1792<br>Mount Pleasant, SC 29465<br>USA<br>Phone: (401)457-7700Fax: (401)457-7708Attorney to be Noticed<br><br>Elizabeth S. Smith<br>Lead Attorney<br><br>Motley Rice LLC (SC)<br>28 Bridgeside BoulevardP.O. Box 1792<br>Mount Pleasant, SC 29465<br>USA<br>Phone: (843)216-9240Fax: (843)216-9430Attorney to be Noticed<br><br>George R. Blakey<br>Lead Attorney<br><br>One Notre Dame Circle<br>Notre Dame, IN 46556<br>USA<br>Phone: (574)631-5717Attorney to be Noticed<br><br>Harry Huge<br>Lead Attorney<br><br>Harry Huge Law Firm, L.L.P.<br>1001 Pennsylvania Avenue, NW7th Floor<br>Washington, DC 20004<br>USA<br>Phone: (202)624-3932Fax: (843)720-8794Attorney to be Noticed<br><br>Jack D. Cordray<br>Lead Attorney<br><br>Cordray Law Firm<br>Post Office Drawer 22857<br>Charleston, SC 29413<br>USA<br>Phone: (843)577-9761Fax: (843)853-6330Attorney to be Noticed<br><br>Jayne Conroy<br>Lead Attorney<br><br>Hanly Conroy Bierstein Sheridan Fisher & Hayes, LLP<br>112 Madison Avenue |

| Litigants | Attorneys |
|-----------|-----------|
|           | New York, NY 10016<br>USA<br>Phone: (212)784-6402Fax: (212)784-6400Attorney to be Noticed |

Jeffrey Scott Thompson
Lead Attorney

Motley Rice, L.L.C.
28 Bridgeside Boulevard
Mount Pleasant, SC 29464
USA
Phone: (843)216-9000Attorney to be Noticed

Jodi Westbrook Flowers
Lead Attorney

Motley Rice LLC (SC)
28 Bridgeside BoulevardP.O. Box 1792
Mount Pleasant, SC 29465
USA
Phone: (843)216-9163Fax: (843)216-9680Attorney to be Noticed

John Davis Lee
Lead Attorney

Law Offices of J D Lee
422 S.Gay Street
Knoxville, TN 37902
USA
Phone: (865)544-4101Fax: (865)544-0536Attorney to be Noticed

Robert D. Brain
Lead Attorney

Howarth and Smith (LA)
523 West Sixth Street, Suite 728
Los Angeles, CA 90014
USA
Phone: (213)955-9400Fax: (213)622-9400Attorney to be Noticed

Robert Turner Haefele
Lead Attorney

Motley Rice LLC (SC)
28 Bridgeside BoulevardP.O. Box 1792
Mount Pleasant, SC 29465
USA
Phone: (843)216-9184Fax: (843)216-9450Attorney to be Noticed

Ronald L. Motley
Lead Attorney

Motley Rice LLC (SC)
28 Bridgeside BoulevardP.O. Box 1792

| Litigants | Attorneys |
|---|---|
| | Mount Pleasant, SC 29465<br>USA<br>Phone: (843)216-9000 Fax: (843)216-9680 Attorney to be Noticed |
| | Suzelle M Smith<br>Lead Attorney |
| | Howarth and Smith (LA)<br>523 West Sixth Street, Suite 728<br>Los Angeles, CA 90014<br>USA<br>Phone: (212)955-9400 Fax: (213)622-0791 Attorney to be Noticed |
| Carol Barbaro: in his own right as the Father of Paul Barbaro, deceased<br>**Plaintiff** | David C. Lee<br>Lead Attorney |
| | Law Offices of J D Lee<br>422 S.Gay Street<br>Knoxville, TN 37902<br>USA<br>Phone: (865)544-4101 Attorney to be Noticed |
| | Don Howarth<br>Lead Attorney |
| | Howarth and Smith (LA)<br>523 West Sixth Street, Suite 728<br>Los Angeles, CA 90014<br>USA<br>Phone: (213)955-9400 Fax: (213)622-9400 Attorney to be Noticed |
| | Donald A. Migliori<br>Lead Attorney |
| | Motley Rice LLC (SC)<br>28 Bridgeside Boulevard P.O. Box 1792<br>Mount Pleasant, SC 29465<br>USA<br>Phone: (401)457-7700 Fax: (401)457-7708 Attorney to be Noticed |
| | Elizabeth S. Smith<br>Lead Attorney |
| | Motley Rice LLC (SC)<br>28 Bridgeside Boulevard P.O. Box 1792<br>Mount Pleasant, SC 29465<br>USA<br>Phone: (843)216-9240 Fax: (843)216-9430 Attorney to be Noticed |
| | George R. Blakey<br>Lead Attorney |
| | One Notre Dame Circle<br>Notre Dame, IN 46556 |

| Litigants | Attorneys |
|-----------|-----------|

USA
Phone: (574)631-5717Attorney to be Noticed

Harry Huge
Lead Attorney

Harry Huge Law Firm, L.L.P.
1001 Pennsylvania Avenue, NW7th Floor
Washington, DC 20004
USA
Phone: (202)624-3932Fax: (843)720-8794Attorney to be Noticed

Jack D. Cordray
Lead Attorney

Cordray Law Firm
Post Office Drawer 22857
Charleston, SC 29413
USA
Phone: (843)577-9761Fax: (843)853-6330Attorney to be Noticed

Jayne Conroy
Lead Attorney

Hanly Conroy Bierstein Sheridan Fisher & Hayes, LLP
112 Madison Avenue
New York, NY 10016
USA
Phone: (212)784-6402Fax: (212)784-6400Attorney to be Noticed

Jeffrey Scott Thompson
Lead Attorney

Motley Rice, L.L.C.
28 Bridgeside Boulevard
Mount Pleasant, SC 29464
USA
Phone: (843)216-9000Attorney to be Noticed

Jodi Westbrook Flowers
Lead Attorney

Motley Rice LLC (SC)
28 Bridgeside BoulevardP.O. Box 1792
Mount Pleasant, SC 29465
USA
Phone: (843)216-9163Fax: (843)216-9680Attorney to be Noticed

John Davis Lee
Lead Attorney

Law Offices of J D Lee
422 S.Gay Street
Knoxville, TN 37902
USA

| Litigants | Attorneys |
|---|---|
| | Phone: (865)544-4101Fax: (865)544-0536Attorney to be Noticed<br><br>Robert D. Brain<br>Lead Attorney<br><br>Howarth and Smith (LA)<br>523 West Sixth Street, Suite 728<br>Los Angeles, CA 90014<br>USA<br>Phone: (213)955-9400Fax: (213)622-9400Attorney to be Noticed<br><br>Robert Turner Haefele<br>Lead Attorney<br><br>Motley Rice LLC (SC)<br>28 Bridgeside BoulevardP.O. Box 1792<br>Mount Pleasant, SC 29465<br>USA<br>Phone: (843)216-9184Fax: (843)216-9450Attorney to be Noticed<br><br>Ronald L. Motley<br>Lead Attorney<br><br>Motley Rice LLC (SC)<br>28 Bridgeside BoulevardP.O. Box 1792<br>Mount Pleasant, SC 29465<br>USA<br>Phone: (843)216-9000Fax: (843)216-9680Attorney to be Noticed<br><br>Suzelle M Smith<br>Lead Attorney<br><br>Howarth and Smith (LA)<br>523 West Sixth Street, Suite 728<br>Los Angeles, CA 90014<br>USA<br>Phone: (212)955-9400Fax: (213)622-0791Attorney to be Noticed |
| Nicholas Barbaro: in his own right as father of Paul Barbaro, deceased<br>**Plaintiff** | David C. Lee<br>Lead Attorney<br><br>Law Offices of J D Lee<br>422 S.Gay Street<br>Knoxville, TN 37902<br>USA<br>Phone: (865)544-4101Attorney to be Noticed<br><br>Don Howarth<br>Lead Attorney<br><br>Howarth and Smith (LA)<br>523 West Sixth Street, Suite 728<br>Los Angeles, CA 90014<br>USA |

| Litigants | Attorneys |
|-----------|-----------|
| | Phone: (213)955-9400Fax: (213)622-9400Attorney to be Noticed |

Donald A. Migliori
Lead Attorney

Motley Rice LLC (SC)
28 Bridgeside BoulevardP.O. Box 1792
Mount Pleasant, SC 29465
USA
Phone: (401)457-7700Fax: (401)457-7708Attorney to be Noticed

Elizabeth S. Smith
Lead Attorney

Motley Rice LLC (SC)
28 Bridgeside BoulevardP.O. Box 1792
Mount Pleasant, SC 29465
USA
Phone: (843)216-9240Fax: (843)216-9430Attorney to be Noticed

George R. Blakey
Lead Attorney

One Notre Dame Circle
Notre Dame, IN 46556
USA
Phone: (574)631-5717Attorney to be Noticed

Harry Huge
Lead Attorney

Harry Huge Law Firm, L.L.P.
1001 Pennsylvania Avenue, NW7th Floor
Washington, DC 20004
USA
Phone: (202)624-3932Fax: (843)720-8794Attorney to be Noticed

Jack D. Cordray
Lead Attorney

Cordray Law Firm
Post Office Drawer 22857
Charleston, SC 29413
USA
Phone: (843)577-9761Fax: (843)853-6330Attorney to be Noticed

Jayne Conroy
Lead Attorney

Hanly Conroy Bierstein Sheridan Fisher & Hayes, LLP
112 Madison Avenue
New York, NY 10016
USA
Phone: (212)784-6402Fax: (212)784-6400Attorney to be

Page 378 of 933

Case 2:16-cv-08405-PA-MRW Case: Document 108-1 Re: Terrorist Attacks on September 11, 2001 Filed 05/16/07 Page 698 of 883 Page ID #:10545

| Litigants | Attorneys |
|---|---|
| | Noticed |
| | Jeffrey Scott Thompson<br>Lead Attorney |
| | Motley Rice, L.L.C.<br>28 Bridgeside Boulevard<br>Mount Pleasant, SC 29464<br>USA<br>Phone: (843)216-9000 Attorney to be Noticed |
| | Jodi Westbrook Flowers<br>Lead Attorney |
| | Motley Rice LLC (SC)<br>28 Bridgeside Boulevard P.O. Box 1792<br>Mount Pleasant, SC 29465<br>USA<br>Phone: (843)216-9163 Fax: (843)216-9680 Attorney to be Noticed |
| | John Davis Lee<br>Lead Attorney |
| | Law Offices of J D Lee<br>422 S.Gay Street<br>Knoxville, TN 37902<br>USA<br>Phone: (865)544-4101 Fax: (865)544-0536 Attorney to be Noticed |
| | Robert D. Brain<br>Lead Attorney |
| | Howarth and Smith (LA)<br>523 West Sixth Street, Suite 728<br>Los Angeles, CA 90014<br>USA<br>Phone: (213)955-9400 Fax: (213)622-9400 Attorney to be Noticed |
| | Robert Turner Haefele<br>Lead Attorney |
| | Motley Rice LLC (SC)<br>28 Bridgeside Boulevard P.O. Box 1792<br>Mount Pleasant, SC 29465<br>USA<br>Phone: (843)216-9184 Fax: (843)216-9450 Attorney to be Noticed |
| | Ronald L. Motley<br>Lead Attorney |
| | Motley Rice LLC (SC)<br>28 Bridgeside Boulevard P.O. Box 1792<br>Mount Pleasant, SC 29465<br>USA<br>Phone: (843)216-9000 Fax: (843)216-9680 Attorney to be |

| Litigants | Attorneys |
|---|---|
| | Noticed |

Suzelle M Smith
Lead Attorney

Howarth and Smith (LA)
523 West Sixth Street, Suite 728
Los Angeles, CA 90014
USA
Phone: (212)955-9400Fax: (213)622-0791Attorney to be Noticed

**Kim Barbaro: in her own right and Representative of the Estate of Paul Barbaro, deceased**
**Plaintiff**

David C. Lee
Lead Attorney

Law Offices of J D Lee
422 S.Gay Street
Knoxville, TN 37902
USA
Phone: (865)544-4101Attorney to be Noticed

Don Howarth
Lead Attorney

Howarth and Smith (LA)
523 West Sixth Street, Suite 728
Los Angeles, CA 90014
USA
Phone: (213)955-9400Fax: (213)622-9400Attorney to be Noticed

Donald A. Migliori
Lead Attorney

Motley Rice LLC (SC)
28 Bridgeside BoulevardP.O. Box 1792
Mount Pleasant, SC 29465
USA
Phone: (401)457-7700Fax: (401)457-7708Attorney to be Noticed

Elizabeth S. Smith
Lead Attorney

Motley Rice LLC (SC)
28 Bridgeside BoulevardP.O. Box 1792
Mount Pleasant, SC 29465
USA
Phone: (843)216-9240Fax: (843)216-9430Attorney to be Noticed

George R. Blakey
Lead Attorney

One Notre Dame Circle
Notre Dame, IN 46556
USA
Phone: (574)631-5717Attorney to be Noticed

## Litigants

## Attorneys

Harry Huge
Lead Attorney

Harry Huge Law Firm, L.L.P.
1001 Pennsylvania Avenue, NW7th Floor
Washington, DC 20004
USA
Phone: (202)624-3932Fax: (843)720-8794Attorney to be Noticed

Jack D. Cordray
Lead Attorney

Cordray Law Firm
Post Office Drawer 22857
Charleston, SC 29413
USA
Phone: (843)577-9761Fax: (843)853-6330Attorney to be Noticed

Jayne Conroy
Lead Attorney

Hanly Conroy Bierstein Sheridan Fisher & Hayes, LLP
112 Madison Avenue
New York, NY 10016
USA
Phone: (212)784-6402Fax: (212)784-6400Attorney to be Noticed

Jeffrey Scott Thompson
Lead Attorney

Motley Rice, L.L.C.
28 Bridgeside Boulevard
Mount Pleasant, SC 29464
USA
Phone: (843)216-9000Attorney to be Noticed

Jodi Westbrook Flowers
Lead Attorney

Motley Rice LLC (SC)
28 Bridgeside BoulevardP.O. Box 1792
Mount Pleasant, SC 29465
USA
Phone: (843)216-9163Fax: (843)216-9680Attorney to be Noticed

John Davis Lee
Lead Attorney

Law Offices of J D Lee
422 S.Gay Street
Knoxville, TN 37902
USA
Phone: (865)544-4101Fax: (865)544-0536Attorney to be Noticed

| Litigants | Attorneys |
|---|---|
| | Robert D. Brain<br>Lead Attorney<br><br>Howarth and Smith (LA)<br>523 West Sixth Street, Suite 728<br>Los Angeles, CA 90014<br>USA<br>Phone: (213)955-9400Fax: (213)622-9400Attorney to be Noticed<br><br>Robert Turner Haefele<br>Lead Attorney<br><br>Motley Rice LLC (SC)<br>28 Bridgeside BoulevardP.O. Box 1792<br>Mount Pleasant, SC 29465<br>USA<br>Phone: (843)216-9184Fax: (843)216-9450Attorney to be Noticed<br><br>Ronald L. Motley<br>Lead Attorney<br><br>Motley Rice LLC (SC)<br>28 Bridgeside BoulevardP.O. Box 1792<br>Mount Pleasant, SC 29465<br>USA<br>Phone: (843)216-9000Fax: (843)216-9680Attorney to be Noticed<br><br>Suzelle M Smith<br>Lead Attorney<br><br>Howarth and Smith (LA)<br>523 West Sixth Street, Suite 728<br>Los Angeles, CA 90014<br>USA<br>Phone: (212)955-9400Fax: (213)622-0791Attorney to be Noticed |
| Anna M. Granville: in her own right as the Sister of Walter Baron, deceased<br>**Plaintiff** | David C. Lee<br>Lead Attorney<br><br>Law Offices of J D Lee<br>422 S.Gay Street<br>Knoxville, TN 37902<br>USA<br>Phone: (865)544-4101Attorney to be Noticed<br><br>Don Howarth<br>Lead Attorney<br><br>Howarth and Smith (LA)<br>523 West Sixth Street, Suite 728<br>Los Angeles, CA 90014<br>USA<br>Phone: (213)955-9400Fax: (213)622-9400Attorney to be Noticed |

| Litigants | Attorneys |
|---|---|
|  | Donald A. Migliori<br>Lead Attorney<br><br>Motley Rice LLC (SC)<br>28 Bridgeside BoulevardP.O. Box 1792<br>Mount Pleasant, SC 29465<br>USA<br>Phone: (401)457-7700Fax: (401)457-7708Attorney to be Noticed<br><br>Elizabeth S. Smith<br>Lead Attorney<br><br>Motley Rice LLC (SC)<br>28 Bridgeside BoulevardP.O. Box 1792<br>Mount Pleasant, SC 29465<br>USA<br>Phone: (843)216-9240Fax: (843)216-9430Attorney to be Noticed<br><br>George R. Blakey<br>Lead Attorney<br><br>One Notre Dame Circle<br>Notre Dame, IN 46556<br>USA<br>Phone: (574)631-5717Attorney to be Noticed<br><br>Harry Huge<br>Lead Attorney<br><br>Harry Huge Law Firm, L.L.P.<br>1001 Pennsylvania Avenue, NW7th Floor<br>Washington, DC 20004<br>USA<br>Phone: (202)624-3932Fax: (843)720-8794Attorney to be Noticed<br><br>Jack D. Cordray<br>Lead Attorney<br><br>Cordray Law Firm<br>Post Office Drawer 22857<br>Charleston, SC 29413<br>USA<br>Phone: (843)577-9761Fax: (843)853-6330Attorney to be Noticed<br><br>Jayne Conroy<br>Lead Attorney<br><br>Hanly Conroy Bierstein Sheridan Fisher & Hayes, LLP<br>112 Madison Avenue<br>New York, NY 10016<br>USA<br>Phone: (212)784-6402Fax: (212)784-6400Attorney to be Noticed |

## Litigants | ## Attorneys

Jeffrey Scott Thompson
Lead Attorney

Motley Rice, L.L.C.
28 Bridgeside Boulevard
Mount Pleasant, SC 29464
USA
Phone: (843)216-9000Attorney to be Noticed

Jodi Westbrook Flowers
Lead Attorney

Motley Rice LLC (SC)
28 Bridgeside BoulevardP.O. Box 1792
Mount Pleasant, SC 29465
USA
Phone: (843)216-9163Fax: (843)216-9680Attorney to be
Noticed

John Davis Lee
Lead Attorney

Law Offices of J D Lee
422 S.Gay Street
Knoxville, TN 37902
USA
Phone: (865)544-4101Fax: (865)544-0536Attorney to be
Noticed

Robert D. Brain
Lead Attorney

Howarth and Smith (LA)
523 West Sixth Street, Suite 728
Los Angeles, CA 90014
USA
Phone: (213)955-9400Fax: (213)622-9400Attorney to be
Noticed

Robert Turner Haefele
Lead Attorney

Motley Rice LLC (SC)
28 Bridgeside BoulevardP.O. Box 1792
Mount Pleasant, SC 29465
USA
Phone: (843)216-9184Fax: (843)216-9450Attorney to be
Noticed

Ronald L. Motley
Lead Attorney

Motley Rice LLC (SC)
28 Bridgeside BoulevardP.O. Box 1792
Mount Pleasant, SC 29465
USA
Phone: (843)216-9000Fax: (843)216-9680Attorney to be
Noticed

| Litigants | Attorneys |
|---|---|

Suzelle M Smith
Lead Attorney

Howarth and Smith (LA)
523 West Sixth Street, Suite 728
Los Angeles, CA 90014
USA
Phone: (212)955-9400Fax: (213)622-0791Attorney to be Noticed

**Benjamin Arroyo: in her own right as an injured party**
**Plaintiff**

David C. Lee
Lead Attorney

Law Offices of J D Lee
422 S.Gay Street
Knoxville, TN 37902
USA
Phone: (865)544-4101Attorney to be Noticed

Don Howarth
Lead Attorney

Howarth and Smith (LA)
523 West Sixth Street, Suite 728
Los Angeles, CA 90014
USA
Phone: (213)955-9400Fax: (213)622-9400Attorney to be Noticed

Donald A. Migliori
Lead Attorney

Motley Rice LLC (SC)
28 Bridgeside BoulevardP.O. Box 1792
Mount Pleasant, SC 29465
USA
Phone: (401)457-7700Fax: (401)457-7708Attorney to be Noticed

Elizabeth S. Smith
Lead Attorney

Motley Rice LLC (SC)
28 Bridgeside BoulevardP.O. Box 1792
Mount Pleasant, SC 29465
USA
Phone: (843)216-9240Fax: (843)216-9430Attorney to be Noticed

George R. Blakey
Lead Attorney

One Notre Dame Circle
Notre Dame, IN 46556
USA
Phone: (574)631-5717Attorney to be Noticed

Harry Huge

## Litigants

## Attorneys

Lead Attorney

Harry Huge Law Firm, L.L.P.
1001 Pennsylvania Avenue, NW7th Floor
Washington, DC 20004
USA
Phone: (202)624-3932Fax: (843)720-8794Attorney to be
Noticed

Jack D. Cordray
Lead Attorney

Cordray Law Firm
Post Office Drawer 22857
Charleston, SC 29413
USA
Phone: (843)577-9761Fax: (843)853-6330Attorney to be
Noticed

Jayne Conroy
Lead Attorney

Hanly Conroy Bierstein Sheridan Fisher & Hayes, LLP
112 Madison Avenue
New York, NY 10016
USA
Phone: (212)784-6402Fax: (212)784-6400Attorney to be
Noticed

Jeffrey Scott Thompson
Lead Attorney

Motley Rice, L.L.C.
28 Bridgeside Boulevard
Mount Pleasant, SC 29464
USA
Phone: (843)216-9000Attorney to be Noticed

Jodi Westbrook Flowers
Lead Attorney

Motley Rice LLC (SC)
28 Bridgeside BoulevardP.O. Box 1792
Mount Pleasant, SC 29465
USA
Phone: (843)216-9163Fax: (843)216-9680Attorney to be
Noticed

John Davis Lee
Lead Attorney

Law Offices of J D Lee
422 S.Gay Street
Knoxville, TN 37902
USA
Phone: (865)544-4101Fax: (865)544-0536Attorney to be
Noticed

Robert D. Brain

| Litigants | Attorneys |
|---|---|
| | Lead Attorney |
| | Howarth and Smith (LA)<br>523 West Sixth Street, Suite 728<br>Los Angeles, CA 90014<br>USA<br>Phone: (213)955-9400Fax: (213)622-9400Attorney to be Noticed |
| | Robert Turner Haefele<br>Lead Attorney |
| | Motley Rice LLC (SC)<br>28 Bridgeside BoulevardP.O. Box 1792<br>Mount Pleasant, SC 29465<br>USA<br>Phone: (843)216-9184Fax: (843)216-9450Attorney to be Noticed |
| | Ronald L. Motley<br>Lead Attorney |
| | Motley Rice LLC (SC)<br>28 Bridgeside BoulevardP.O. Box 1792<br>Mount Pleasant, SC 29465<br>USA<br>Phone: (843)216-9000Fax: (843)216-9680Attorney to be Noticed |
| | Suzelle M Smith<br>Lead Attorney |
| | Howarth and Smith (LA)<br>523 West Sixth Street, Suite 728<br>Los Angeles, CA 90014<br>USA<br>Phone: (212)955-9400Fax: (213)622-0791Attorney to be Noticed |
| Cynthia Arnold: in her own right as an injured party<br>**Plaintiff** | David C. Lee<br>Lead Attorney |
| | Law Offices of J D Lee<br>422 S.Gay Street<br>Knoxville, TN 37902<br>USA<br>Phone: (865)544-4101Attorney to be Noticed |
| | Don Howarth<br>Lead Attorney |
| | Howarth and Smith (LA)<br>523 West Sixth Street, Suite 728<br>Los Angeles, CA 90014<br>USA<br>Phone: (213)955-9400Fax: (213)622-9400Attorney to be Noticed |
| | Donald A. Migliori |

Page 387 of 933

Case 2:16-cv-08105-PA-MRW: Document 108-1 Terrorist Attacks on September 11, 2001 Filed 05/16/07 Page 707 of 883 Page ID #:10554

| Litigants | Attorneys |
|---|---|
| | Lead Attorney |

Motley Rice LLC (SC)
28 Bridgeside BoulevardP.O. Box 1792
Mount Pleasant, SC 29465
USA
Phone: (401)457-7700Fax: (401)457-7708Attorney to be Noticed

Elizabeth S. Smith
Lead Attorney

Motley Rice LLC (SC)
28 Bridgeside BoulevardP.O. Box 1792
Mount Pleasant, SC 29465
USA
Phone: (843)216-9240Fax: (843)216-9430Attorney to be Noticed

George R. Blakey
Lead Attorney

One Notre Dame Circle
Notre Dame, IN 46556
USA
Phone: (574)631-5717Attorney to be Noticed

Harry Huge
Lead Attorney

Harry Huge Law Firm, L.L.P.
1001 Pennsylvania Avenue, NW7th Floor
Washington, DC 20004
USA
Phone: (202)624-3932Fax: (843)720-8794Attorney to be Noticed

Jack D. Cordray
Lead Attorney

Cordray Law Firm
Post Office Drawer 22857
Charleston, SC 29413
USA
Phone: (843)577-9761Fax: (843)853-6330Attorney to be Noticed

Jayne Conroy
Lead Attorney

Hanly Conroy Bierstein Sheridan Fisher & Hayes, LLP
112 Madison Avenue
New York, NY 10016
USA
Phone: (212)784-6402Fax: (212)784-6400Attorney to be Noticed

Jeffrey Scott Thompson
Lead Attorney

Page 388 of 933

Case 2:16-cv-08195-DVS-MRW Re: Document 108-1 Terrorist Attacks on September 11, 2001 Filed 05/16/07 Page 708 of 883 Page ID #:10555

## Litigants                                    ## Attorneys

Motley Rice, L.L.C.
28 Bridgeside Boulevard
Mount Pleasant, SC 29464
USA
Phone: (843)216-9000Attorney to be Noticed

Jodi Westbrook Flowers
Lead Attorney

Motley Rice LLC (SC)
28 Bridgeside BoulevardP.O. Box 1792
Mount Pleasant, SC 29465
USA
Phone: (843)216-9163Fax: (843)216-9680Attorney to be
Noticed

John Davis Lee
Lead Attorney

Law Offices of J D Lee
422 S.Gay Street
Knoxville, TN 37902
USA
Phone: (865)544-4101Fax: (865)544-0536Attorney to be
Noticed

Robert D. Brain
Lead Attorney

Howarth and Smith (LA)
523 West Sixth Street, Suite 728
Los Angeles, CA 90014
USA
Phone: (213)955-9400Fax: (213)622-9400Attorney to be
Noticed

Robert Turner Haefele
Lead Attorney

Motley Rice LLC (SC)
28 Bridgeside BoulevardP.O. Box 1792
Mount Pleasant, SC 29465
USA
Phone: (843)216-9184Fax: (843)216-9450Attorney to be
Noticed

Ronald L. Motley
Lead Attorney

Motley Rice LLC (SC)
28 Bridgeside BoulevardP.O. Box 1792
Mount Pleasant, SC 29465
USA
Phone: (843)216-9000Fax: (843)216-9680Attorney to be
Noticed

Suzelle M Smith
Lead Attorney

| Litigants | Attorneys |
|---|---|
| | Howarth and Smith (LA)<br>523 West Sixth Street, Suite 728<br>Los Angeles, CA 90014<br>USA<br>Phone: (212)955-9400Fax: (213)622-0791Attorney to be Noticed |
| Lorraine Arias Beliveau: in her own right as the Sister of Adman Arias, deceased<br>**Plaintiff** | David C. Lee<br>Lead Attorney |
| | Law Offices of J D Lee<br>422 S.Gay Street<br>Knoxville, TN 37902<br>USA<br>Phone: (865)544-4101Attorney to be Noticed |
| | Don Howarth<br>Lead Attorney |
| | Howarth and Smith (LA)<br>523 West Sixth Street, Suite 728<br>Los Angeles, CA 90014<br>USA<br>Phone: (213)955-9400Fax: (213)622-9400Attorney to be Noticed |
| | Donald A. Migliori<br>Lead Attorney |
| | Motley Rice LLC (SC)<br>28 Bridgeside BoulevardP.O. Box 1792<br>Mount Pleasant, SC 29465<br>USA<br>Phone: (401)457-7700Fax: (401)457-7708Attorney to be Noticed |
| | Elizabeth S. Smith<br>Lead Attorney |
| | Motley Rice LLC (SC)<br>28 Bridgeside BoulevardP.O. Box 1792<br>Mount Pleasant, SC 29465<br>USA<br>Phone: (843)216-9240Fax: (843)216-9430Attorney to be Noticed |
| | George R. Blakey<br>Lead Attorney |
| | One Notre Dame Circle<br>Notre Dame, IN 46556<br>USA<br>Phone: (574)631-5717Attorney to be Noticed |
| | Harry Huge<br>Lead Attorney |
| | Harry Huge Law Firm, L.L.P. |

## Litigants

## Attorneys

1001 Pennsylvania Avenue, NW7th Floor
Washington, DC 20004
USA
Phone: (202)624-3932Fax: (843)720-8794Attorney to be
Noticed

Jack D. Cordray
Lead Attorney

Cordray Law Firm
Post Office Drawer 22857
Charleston, SC 29413
USA
Phone: (843)577-9761Fax: (843)853-6330Attorney to be
Noticed

Jayne Conroy
Lead Attorney

Hanly Conroy Bierstein Sheridan Fisher & Hayes, LLP
112 Madison Avenue
New York, NY 10016
USA
Phone: (212)784-6402Fax: (212)784-6400Attorney to be
Noticed

Jeffrey Scott Thompson
Lead Attorney

Motley Rice, L.L.C.
28 Bridgeside Boulevard
Mount Pleasant, SC 29464
USA
Phone: (843)216-9000Attorney to be Noticed

Jodi Westbrook Flowers
Lead Attorney

Motley Rice LLC (SC)
28 Bridgeside BoulevardP.O. Box 1792
Mount Pleasant, SC 29465
USA
Phone: (843)216-9163Fax: (843)216-9680Attorney to be
Noticed

John Davis Lee
Lead Attorney

Law Offices of J D Lee
422 S.Gay Street
Knoxville, TN 37902
USA
Phone: (865)544-4101Fax: (865)544-0536Attorney to be
Noticed

Robert D. Brain
Lead Attorney

Howarth and Smith (LA)

| Litigants | Attorneys |
|---|---|
| | 523 West Sixth Street, Suite 728<br>Los Angeles, CA 90014<br>USA<br>Phone: (213)955-9400Fax: (213)622-9400Attorney to be Noticed<br><br>Robert Turner Haefele<br>Lead Attorney<br><br>Motley Rice LLC (SC)<br>28 Bridgeside BoulevardP.O. Box 1792<br>Mount Pleasant, SC 29465<br>USA<br>Phone: (843)216-9184Fax: (843)216-9450Attorney to be Noticed<br><br>Ronald L. Motley<br>Lead Attorney<br><br>Motley Rice LLC (SC)<br>28 Bridgeside BoulevardP.O. Box 1792<br>Mount Pleasant, SC 29465<br>USA<br>Phone: (843)216-9000Fax: (843)216-9680Attorney to be Noticed<br><br>Suzelle M Smith<br>Lead Attorney<br><br>Howarth and Smith (LA)<br>523 West Sixth Street, Suite 728<br>Los Angeles, CA 90014<br>USA<br>Phone: (212)955-9400Fax: (213)622-0791Attorney to be Noticed |
| Andrew Aris: in his own right as Brother of Adam Arias, deceased<br>**Plaintiff** | David C. Lee<br>Lead Attorney<br><br>Law Offices of J D Lee<br>422 S.Gay Street<br>Knoxville, TN 37902<br>USA<br>Phone: (865)544-4101Attorney to be Noticed<br><br>Don Howarth<br>Lead Attorney<br><br>Howarth and Smith (LA)<br>523 West Sixth Street, Suite 728<br>Los Angeles, CA 90014<br>USA<br>Phone: (213)955-9400Fax: (213)622-9400Attorney to be Noticed<br><br>Donald A. Migliori<br>Lead Attorney<br><br>Motley Rice LLC (SC) |

| Litigants | Attorneys |
|---|---|
| | 28 Bridgeside BoulevardP.O. Box 1792<br>Mount Pleasant, SC 29465<br>USA<br>Phone: (401)457-7700Fax: (401)457-7708Attorney to be Noticed |

Elizabeth S. Smith
Lead Attorney

Motley Rice LLC (SC)
28 Bridgeside BoulevardP.O. Box 1792
Mount Pleasant, SC 29465
USA
Phone: (843)216-9240Fax: (843)216-9430Attorney to be Noticed

George R. Blakey
Lead Attorney

One Notre Dame Circle
Notre Dame, IN 46556
USA
Phone: (574)631-5717Attorney to be Noticed

Harry Huge
Lead Attorney

Harry Huge Law Firm, L.L.P.
1001 Pennsylvania Avenue, NW7th Floor
Washington, DC 20004
USA
Phone: (202)624-3932Fax: (843)720-8794Attorney to be Noticed

Jack D. Cordray
Lead Attorney

Cordray Law Firm
Post Office Drawer 22857
Charleston, SC 29413
USA
Phone: (843)577-9761Fax: (843)853-6330Attorney to be Noticed

Jayne Conroy
Lead Attorney

Hanly Conroy Bierstein Sheridan Fisher & Hayes, LLP
112 Madison Avenue
New York, NY 10016
USA
Phone: (212)784-6402Fax: (212)784-6400Attorney to be Noticed

Jeffrey Scott Thompson
Lead Attorney

Motley Rice, L.L.C.
28 Bridgeside Boulevard

## Litigants                          ## Attorneys

Mount Pleasant, SC 29464
USA
Phone: (843)216-9000Attorney to be Noticed

Jodi Westbrook Flowers
Lead Attorney

Motley Rice LLC (SC)
28 Bridgeside BoulevardP.O. Box 1792
Mount Pleasant, SC 29465
USA
Phone: (843)216-9163Fax: (843)216-9680Attorney to be
Noticed

John Davis Lee
Lead Attorney

Law Offices of J D Lee
422 S.Gay Street
Knoxville, TN 37902
USA
Phone: (865)544-4101Fax: (865)544-0536Attorney to be
Noticed

Robert D. Brain
Lead Attorney

Howarth and Smith (LA)
523 West Sixth Street, Suite 728
Los Angeles, CA 90014
USA
Phone: (213)955-9400Fax: (213)622-9400Attorney to be
Noticed

Robert Turner Haefele
Lead Attorney

Motley Rice LLC (SC)
28 Bridgeside BoulevardP.O. Box 1792
Mount Pleasant, SC 29465
USA
Phone: (843)216-9184Fax: (843)216-9450Attorney to be
Noticed

Ronald L. Motley
Lead Attorney

Motley Rice LLC (SC)
28 Bridgeside BoulevardP.O. Box 1792
Mount Pleasant, SC 29465
USA
Phone: (843)216-9000Fax: (843)216-9680Attorney to be
Noticed

Suzelle M Smith
Lead Attorney

Howarth and Smith (LA)
523 West Sixth Street, Suite 728

| Litigants | Attorneys |
|---|---|
| | Los Angeles, CA 90014<br>USA<br>Phone: (212)955-9400Fax: (213)622-0791Attorney to be Noticed |
| Donald Aris: in his own right as the brother of Adam Arias, deceased<br>**Plaintiff** | David C. Lee<br>Lead Attorney<br><br>Law Offices of J D Lee<br>422 S.Gay Street<br>Knoxville, TN 37902<br>USA<br>Phone: (865)544-4101Attorney to be Noticed<br><br>Don Howarth<br>Lead Attorney<br><br>Howarth and Smith (LA)<br>523 West Sixth Street, Suite 728<br>Los Angeles, CA 90014<br>USA<br>Phone: (213)955-9400Fax: (213)622-9400Attorney to be Noticed<br><br>Donald A. Migliori<br>Lead Attorney<br><br>Motley Rice LLC (SC)<br>28 Bridgeside BoulevardP.O. Box 1792<br>Mount Pleasant, SC 29465<br>USA<br>Phone: (401)457-7700Fax: (401)457-7708Attorney to be Noticed<br><br>Elizabeth S. Smith<br>Lead Attorney<br><br>Motley Rice LLC (SC)<br>28 Bridgeside BoulevardP.O. Box 1792<br>Mount Pleasant, SC 29465<br>USA<br>Phone: (843)216-9240Fax: (843)216-9430Attorney to be Noticed<br><br>George R. Blakey<br>Lead Attorney<br><br>One Notre Dame Circle<br>Notre Dame, IN 46556<br>USA<br>Phone: (574)631-5717Attorney to be Noticed<br><br>Harry Huge<br>Lead Attorney<br><br>Harry Huge Law Firm, L.L.P.<br>1001 Pennsylvania Avenue, NW7th Floor<br>Washington, DC 20004<br>USA |

| Litigants | Attorneys |
|---|---|
| | Phone: (202)624-3932Fax: (843)720-8794Attorney to be Noticed |

**Jack D. Cordray**
Lead Attorney

Cordray Law Firm
Post Office Drawer 22857
Charleston, SC 29413
USA
Phone: (843)577-9761Fax: (843)853-6330Attorney to be Noticed

**Jayne Conroy**
Lead Attorney

Hanly Conroy Bierstein Sheridan Fisher & Hayes, LLP
112 Madison Avenue
New York, NY 10016
USA
Phone: (212)784-6402Fax: (212)784-6400Attorney to be Noticed

**Jeffrey Scott Thompson**
Lead Attorney

Motley Rice, L.L.C.
28 Bridgeside Boulevard
Mount Pleasant, SC 29464
USA
Phone: (843)216-9000Attorney to be Noticed

**Jodi Westbrook Flowers**
Lead Attorney

Motley Rice LLC (SC)
28 Bridgeside BoulevardP.O. Box 1792
Mount Pleasant, SC 29465
USA
Phone: (843)216-9163Fax: (843)216-9680Attorney to be Noticed

**John Davis Lee**
Lead Attorney

Law Offices of J D Lee
422 S.Gay Street
Knoxville, TN 37902
USA
Phone: (865)544-4101Fax: (865)544-0536Attorney to be Noticed

**Robert D. Brain**
Lead Attorney

Howarth and Smith (LA)
523 West Sixth Street, Suite 728
Los Angeles, CA 90014
USA

| Litigants | Attorneys |
|---|---|
| | Phone: (213)955-9400Fax: (213)622-9400Attorney to be Noticed |
| | Robert Turner Haefele<br>Lead Attorney |
| | Motley Rice LLC (SC)<br>28 Bridgeside BoulevardP.O. Box 1792<br>Mount Pleasant, SC 29465<br>USA<br>Phone: (843)216-9184Fax: (843)216-9450Attorney to be Noticed |
| | Ronald L. Motley<br>Lead Attorney |
| | Motley Rice LLC (SC)<br>28 Bridgeside BoulevardP.O. Box 1792<br>Mount Pleasant, SC 29465<br>USA<br>Phone: (843)216-9000Fax: (843)216-9680Attorney to be Noticed |
| | Suzelle M Smith<br>Lead Attorney |
| | Howarth and Smith (LA)<br>523 West Sixth Street, Suite 728<br>Los Angeles, CA 90014<br>USA<br>Phone: (212)955-9400Fax: (213)622-0791Attorney to be Noticed |
| Thomas Arias: in his own right as Brother of Adam Arias<br>**Plaintiff** | David C. Lee<br>Lead Attorney |
| | Law Offices of J D Lee<br>422 S.Gay Street<br>Knoxville, TN 37902<br>USA<br>Phone: (865)544-4101Attorney to be Noticed |
| | Don Howarth<br>Lead Attorney |
| | Howarth and Smith (LA)<br>523 West Sixth Street, Suite 728<br>Los Angeles, CA 90014<br>USA<br>Phone: (213)955-9400Fax: (213)622-9400Attorney to be Noticed |
| | Donald A. Migliori<br>Lead Attorney |
| | Motley Rice LLC (SC)<br>28 Bridgeside BoulevardP.O. Box 1792<br>Mount Pleasant, SC 29465<br>USA |

| Litigants | Attorneys |
|-----------|-----------|
| | Phone: (401)457-7700Fax: (401)457-7708Attorney to be Noticed |

Elizabeth S. Smith
Lead Attorney

Motley Rice LLC (SC)
28 Bridgeside BoulevardP.O. Box 1792
Mount Pleasant, SC 29465
USA
Phone: (843)216-9240Fax: (843)216-9430Attorney to be Noticed

George R. Blakey
Lead Attorney

One Notre Dame Circle
Notre Dame, IN 46556
USA
Phone: (574)631-5717Attorney to be Noticed

Harry Huge
Lead Attorney

Harry Huge Law Firm, L.L.P.
1001 Pennsylvania Avenue, NW7th Floor
Washington, DC 20004
USA
Phone: (202)624-3932Fax: (843)720-8794Attorney to be Noticed

Jack D. Cordray
Lead Attorney

Cordray Law Firm
Post Office Drawer 22857
Charleston, SC 29413
USA
Phone: (843)577-9761Fax: (843)853-6330Attorney to be Noticed

Jayne Conroy
Lead Attorney

Hanly Conroy Bierstein Sheridan Fisher & Hayes, LLP
112 Madison Avenue
New York, NY 10016
USA
Phone: (212)784-6402Fax: (212)784-6400Attorney to be Noticed

Jeffrey Scott Thompson
Lead Attorney

Motley Rice, L.L.C.
28 Bridgeside Boulevard
Mount Pleasant, SC 29464
USA
Phone: (843)216-9000Attorney to be Noticed

| Litigants | Attorneys |
|-----------|-----------|
|           | Jodi Westbrook Flowers<br>Lead Attorney<br><br>Motley Rice LLC (SC)<br>28 Bridgeside BoulevardP.O. Box 1792<br>Mount Pleasant, SC 29465<br>USA<br>Phone: (843)216-9163Fax: (843)216-9680Attorney to be Noticed<br><br>John Davis Lee<br>Lead Attorney<br><br>Law Offices of J D Lee<br>422 S.Gay Street<br>Knoxville, TN 37902<br>USA<br>Phone: (865)544-4101Fax: (865)544-0536Attorney to be Noticed<br><br>Robert D. Brain<br>Lead Attorney<br><br>Howarth and Smith (LA)<br>523 West Sixth Street, Suite 728<br>Los Angeles, CA 90014<br>USA<br>Phone: (213)955-9400Fax: (213)622-9400Attorney to be Noticed<br><br>Robert Turner Haefele<br>Lead Attorney<br><br>Motley Rice LLC (SC)<br>28 Bridgeside BoulevardP.O. Box 1792<br>Mount Pleasant, SC 29465<br>USA<br>Phone: (843)216-9184Fax: (843)216-9450Attorney to be Noticed<br><br>Ronald L. Motley<br>Lead Attorney<br><br>Motley Rice LLC (SC)<br>28 Bridgeside BoulevardP.O. Box 1792<br>Mount Pleasant, SC 29465<br>USA<br>Phone: (843)216-9000Fax: (843)216-9680Attorney to be Noticed<br><br>Suzelle M Smith<br>Lead Attorney<br><br>Howarth and Smith (LA)<br>523 West Sixth Street, Suite 728<br>Los Angeles, CA 90014<br>USA<br>Phone: (212)955-9400Fax: (213)622-0791Attorney to be |

| Litigants | Attorneys |
|---|---|
| | Noticed |
| Leonor Alvarez: in her own right as an injured party<br>**Plaintiff** | David C. Lee<br>Lead Attorney<br><br>Law Offices of J D Lee<br>422 S.Gay Street<br>Knoxville, TN 37902<br>USA<br>Phone: (865)544-4101Attorney to be Noticed<br><br>Don Howarth<br>Lead Attorney<br><br>Howarth and Smith (LA)<br>523 West Sixth Street, Suite 728<br>Los Angeles, CA 90014<br>USA<br>Phone: (213)955-9400Fax: (213)622-9400Attorney to be Noticed<br><br>Donald A. Migliori<br>Lead Attorney<br><br>Motley Rice LLC (SC)<br>28 Bridgeside BoulevardP.O. Box 1792<br>Mount Pleasant, SC 29465<br>USA<br>Phone: (401)457-7700Fax: (401)457-7708Attorney to be Noticed<br><br>Elizabeth S. Smith<br>Lead Attorney<br><br>Motley Rice LLC (SC)<br>28 Bridgeside BoulevardP.O. Box 1792<br>Mount Pleasant, SC 29465<br>USA<br>Phone: (843)216-9240Fax: (843)216-9430Attorney to be Noticed<br><br>George R. Blakey<br>Lead Attorney<br><br>One Notre Dame Circle<br>Notre Dame, IN 46556<br>USA<br>Phone: (574)631-5717Attorney to be Noticed<br><br>Harry Huge<br>Lead Attorney<br><br>Harry Huge Law Firm, L.L.P.<br>1001 Pennsylvania Avenue, NW7th Floor<br>Washington, DC 20004<br>USA<br>Phone: (202)624-3932Fax: (843)720-8794Attorney to be Noticed |

| Litigants | Attorneys |
|---|---|
| | Jack D. Cordray<br>Lead Attorney<br><br>Cordray Law Firm<br>Post Office Drawer 22857<br>Charleston, SC 29413<br>USA<br>Phone: (843)577-9761Fax: (843)853-6330Attorney to be Noticed<br><br>Jayne Conroy<br>Lead Attorney<br><br>Hanly Conroy Bierstein Sheridan Fisher & Hayes, LLP<br>112 Madison Avenue<br>New York, NY 10016<br>USA<br>Phone: (212)784-6402Fax: (212)784-6400Attorney to be Noticed<br><br>Jeffrey Scott Thompson<br>Lead Attorney<br><br>Motley Rice, L.L.C.<br>28 Bridgeside Boulevard<br>Mount Pleasant, SC 29464<br>USA<br>Phone: (843)216-9000Attorney to be Noticed<br><br>Jodi Westbrook Flowers<br>Lead Attorney<br><br>Motley Rice LLC (SC)<br>28 Bridgeside BoulevardP.O. Box 1792<br>Mount Pleasant, SC 29465<br>USA<br>Phone: (843)216-9163Fax: (843)216-9680Attorney to be Noticed<br><br>John Davis Lee<br>Lead Attorney<br><br>Law Offices of J D Lee<br>422 S.Gay Street<br>Knoxville, TN 37902<br>USA<br>Phone: (865)544-4101Fax: (865)544-0536Attorney to be Noticed<br><br>Robert D. Brain<br>Lead Attorney<br><br>Howarth and Smith (LA)<br>523 West Sixth Street, Suite 728<br>Los Angeles, CA 90014<br>USA<br>Phone: (213)955-9400Fax: (213)622-9400Attorney to be Noticed |

Page 401 of 933

Case 2:16-cv-04185-RVR Document 133-1 Re: Document Action September 11, 2007 Filed 05/16/07 Page 721 of 883 Page ID #:10568

| Litigants | Attorneys |
|-----------|-----------|
| | Robert Turner Haefele<br>Lead Attorney<br><br>Motley Rice LLC (SC)<br>28 Bridgeside BoulevardP.O. Box 1792<br>Mount Pleasant, SC 29465<br>USA<br>Phone: (843)216-9184Fax: (843)216-9450Attorney to be Noticed<br><br>Ronald L. Motley<br>Lead Attorney<br><br>Motley Rice LLC (SC)<br>28 Bridgeside BoulevardP.O. Box 1792<br>Mount Pleasant, SC 29465<br>USA<br>Phone: (843)216-9000Fax: (843)216-9680Attorney to be Noticed<br><br>Suzelle M Smith<br>Lead Attorney<br><br>Howarth and Smith (LA)<br>523 West Sixth Street, Suite 728<br>Los Angeles, CA 90014<br>USA<br>Phone: (212)955-9400Fax: (213)622-0791Attorney to be Noticed |
| Judith M. Aiken: in her own right as Sister of Richard Allen, deceased<br>**Plaintiff** | David C. Lee<br>Lead Attorney<br><br>Law Offices of J D Lee<br>422 S.Gay Street<br>Knoxville, TN 37902<br>USA<br>Phone: (865)544-4101Attorney to be Noticed<br><br>Don Howarth<br>Lead Attorney<br><br>Howarth and Smith (LA)<br>523 West Sixth Street, Suite 728<br>Los Angeles, CA 90014<br>USA<br>Phone: (213)955-9400Fax: (213)622-9400Attorney to be Noticed<br><br>Donald A. Migliori<br>Lead Attorney<br><br>Motley Rice LLC (SC)<br>28 Bridgeside BoulevardP.O. Box 1792<br>Mount Pleasant, SC 29465<br>USA<br>Phone: (401)457-7700Fax: (401)457-7708Attorney to be Noticed |

## Litigants

## Attorneys

Elizabeth S. Smith
Lead Attorney

Motley Rice LLC (SC)
28 Bridgeside BoulevardP.O. Box 1792
Mount Pleasant, SC 29465
USA
Phone: (843)216-9240Fax: (843)216-9430Attorney to be Noticed

George R. Blakey
Lead Attorney

One Notre Dame Circle
Notre Dame, IN 46556
USA
Phone: (574)631-5717Attorney to be Noticed

Harry Huge
Lead Attorney

Harry Huge Law Firm, L.L.P.
1001 Pennsylvania Avenue, NW7th Floor
Washington, DC 20004
USA
Phone: (202)624-3932Fax: (843)720-8794Attorney to be Noticed

Jack D. Cordray
Lead Attorney

Cordray Law Firm
Post Office Drawer 22857
Charleston, SC 29413
USA
Phone: (843)577-9761Fax: (843)853-6330Attorney to be Noticed

Jayne Conroy
Lead Attorney

Hanly Conroy Bierstein Sheridan Fisher & Hayes, LLP
112 Madison Avenue
New York, NY 10016
USA
Phone: (212)784-6402Fax: (212)784-6400Attorney to be Noticed

Jeffrey Scott Thompson
Lead Attorney

Motley Rice, L.L.C.
28 Bridgeside Boulevard
Mount Pleasant, SC 29464
USA
Phone: (843)216-9000Attorney to be Noticed

Jodi Westbrook Flowers

| Litigants | Attorneys |
|---|---|
| | Lead Attorney |

Motley Rice LLC (SC)
28 Bridgeside BoulevardP.O. Box 1792
Mount Pleasant, SC 29465
USA
Phone: (843)216-9163Fax: (843)216-9680Attorney to be Noticed

John Davis Lee
Lead Attorney

Law Offices of J D Lee
422 S.Gay Street
Knoxville, TN 37902
USA
Phone: (865)544-4101Fax: (865)544-0536Attorney to be Noticed

Robert D. Brain
Lead Attorney

Howarth and Smith (LA)
523 West Sixth Street, Suite 728
Los Angeles, CA 90014
USA
Phone: (213)955-9400Fax: (213)622-9400Attorney to be Noticed

Robert Turner Haefele
Lead Attorney

Motley Rice LLC (SC)
28 Bridgeside BoulevardP.O. Box 1792
Mount Pleasant, SC 29465
USA
Phone: (843)216-9184Fax: (843)216-9450Attorney to be Noticed

Ronald L. Motley
Lead Attorney

Motley Rice LLC (SC)
28 Bridgeside BoulevardP.O. Box 1792
Mount Pleasant, SC 29465
USA
Phone: (843)216-9000Fax: (843)216-9680Attorney to be Noticed

Suzelle M Smith
Lead Attorney

Howarth and Smith (LA)
523 West Sixth Street, Suite 728
Los Angeles, CA 90014
USA
Phone: (212)955-9400Fax: (213)622-0791Attorney to be Noticed

EXHIBIT 8, PAGE 875

| Litigants | Attorneys |
|---|---|
| Lynn Allen: in her own right as Sister of Richard Allen, deceased<br>**Plaintiff** | David C. Lee<br>Lead Attorney<br><br>Law Offices of J D Lee<br>422 S.Gay Street<br>Knoxville, TN 37902<br>USA<br>Phone: (865)544-4101Attorney to be Noticed<br><br>Don Howarth<br>Lead Attorney<br><br>Howarth and Smith (LA)<br>523 West Sixth Street, Suite 728<br>Los Angeles, CA 90014<br>USA<br>Phone: (213)955-9400Fax: (213)622-9400Attorney to be Noticed<br><br>Donald A. Migliori<br>Lead Attorney<br><br>Motley Rice LLC (SC)<br>28 Bridgeside BoulevardP.O. Box 1792<br>Mount Pleasant, SC 29465<br>USA<br>Phone: (401)457-7700Fax: (401)457-7708Attorney to be Noticed<br><br>Elizabeth S. Smith<br>Lead Attorney<br><br>Motley Rice LLC (SC)<br>28 Bridgeside BoulevardP.O. Box 1792<br>Mount Pleasant, SC 29465<br>USA<br>Phone: (843)216-9240Fax: (843)216-9430Attorney to be Noticed<br><br>George R. Blakey<br>Lead Attorney<br><br>One Notre Dame Circle<br>Notre Dame, IN 46556<br>USA<br>Phone: (574)631-5717Attorney to be Noticed<br><br>Harry Huge<br>Lead Attorney<br><br>Harry Huge Law Firm, L.L.P.<br>1001 Pennsylvania Avenue, NW7th Floor<br>Washington, DC 20004<br>USA<br>Phone: (202)624-3932Fax: (843)720-8794Attorney to be Noticed<br><br>Jack D. Cordray<br>Lead Attorney |

| Litigants | Attorneys |
|-----------|-----------|
|           | Cordray Law Firm<br>Post Office Drawer 22857<br>Charleston, SC 29413<br>USA<br>Phone: (843)577-9761Fax: (843)853-6330Attorney to be Noticed<br><br>Jayne Conroy<br>Lead Attorney<br><br>Hanly Conroy Bierstein Sheridan Fisher & Hayes, LLP<br>112 Madison Avenue<br>New York, NY 10016<br>USA<br>Phone: (212)784-6402Fax: (212)784-6400Attorney to be Noticed<br><br>Jeffrey Scott Thompson<br>Lead Attorney<br><br>Motley Rice, L.L.C.<br>28 Bridgeside Boulevard<br>Mount Pleasant, SC 29464<br>USA<br>Phone: (843)216-9000Attorney to be Noticed<br><br>Jodi Westbrook Flowers<br>Lead Attorney<br><br>Motley Rice LLC (SC)<br>28 Bridgeside BoulevardP.O. Box 1792<br>Mount Pleasant, SC 29465<br>USA<br>Phone: (843)216-9163Fax: (843)216-9680Attorney to be Noticed<br><br>John Davis Lee<br>Lead Attorney<br><br>Law Offices of J D Lee<br>422 S.Gay Street<br>Knoxville, TN 37902<br>USA<br>Phone: (865)544-4101Fax: (865)544-0536Attorney to be Noticed<br><br>Robert D. Brain<br>Lead Attorney<br><br>Howarth and Smith (LA)<br>523 West Sixth Street, Suite 728<br>Los Angeles, CA 90014<br>USA<br>Phone: (213)955-9400Fax: (213)622-9400Attorney to be Noticed<br><br>Robert Turner Haefele<br>Lead Attorney |

| Litigants | Attorneys |
|---|---|
| | Motley Rice LLC (SC) |
| | 28 Bridgeside BoulevardP.O. Box 1792 |
| | Mount Pleasant, SC 29465 |
| | USA |
| | Phone: (843)216-9184Fax: (843)216-9450Attorney to be Noticed |
| | |
| | Ronald L. Motley |
| | Lead Attorney |
| | |
| | Motley Rice LLC (SC) |
| | 28 Bridgeside BoulevardP.O. Box 1792 |
| | Mount Pleasant, SC 29465 |
| | USA |
| | Phone: (843)216-9000Fax: (843)216-9680Attorney to be Noticed |
| | |
| | Suzelle M Smith |
| | Lead Attorney |
| | |
| | Howarth and Smith (LA) |
| | 523 West Sixth Street, Suite 728 |
| | Los Angeles, CA 90014 |
| | USA |
| | Phone: (212)955-9400Fax: (213)622-0791Attorney to be Noticed |
| Luke C. Allen: in his own right as the Brother of Richard Allen **Plaintiff** | David C. Lee |
| | Lead Attorney |
| | |
| | Law Offices of J D Lee |
| | 422 S.Gay Street |
| | Knoxville, TN 37902 |
| | USA |
| | Phone: (865)544-4101Attorney to be Noticed |
| | |
| | Don Howarth |
| | Lead Attorney |
| | |
| | Howarth and Smith (LA) |
| | 523 West Sixth Street, Suite 728 |
| | Los Angeles, CA 90014 |
| | USA |
| | Phone: (213)955-9400Fax: (213)622-9400Attorney to be Noticed |
| | |
| | Donald A. Migliori |
| | Lead Attorney |
| | |
| | Motley Rice LLC (SC) |
| | 28 Bridgeside BoulevardP.O. Box 1792 |
| | Mount Pleasant, SC 29465 |
| | USA |
| | Phone: (401)457-7700Fax: (401)457-7708Attorney to be Noticed |
| | |
| | Elizabeth S. Smith |
| | Lead Attorney |

## Litigants

## Attorneys

Motley Rice LLC (SC)
28 Bridgeside BoulevardP.O. Box 1792
Mount Pleasant, SC 29465
USA
Phone: (843)216-9240Fax: (843)216-9430Attorney to be Noticed

Harry Huge
Lead Attorney

Harry Huge Law Firm, L.L.P.
1001 Pennsylvania Avenue, NW7th Floor
Washington, DC 20004
USA
Phone: (202)624-3932Fax: (843)720-8794Attorney to be Noticed

Jack D. Cordray
Lead Attorney

Cordray Law Firm
Post Office Drawer 22857
Charleston, SC 29413
USA
Phone: (843)577-9761Fax: (843)853-6330Attorney to be Noticed

Jayne Conroy
Lead Attorney

Hanly Conroy Bierstein Sheridan Fisher & Hayes, LLP
112 Madison Avenue
New York, NY 10016
USA
Phone: (212)784-6402Fax: (212)784-6400Attorney to be Noticed

Jeffrey Scott Thompson
Lead Attorney

Motley Rice, L.L.C.
28 Bridgeside Boulevard
Mount Pleasant, SC 29464
USA
Phone: (843)216-9000Attorney to be Noticed

Jodi Westbrook Flowers
Lead Attorney

Motley Rice LLC (SC)
28 Bridgeside BoulevardP.O. Box 1792
Mount Pleasant, SC 29465
USA
Phone: (843)216-9163Fax: (843)216-9680Attorney to be Noticed

John Davis Lee
Lead Attorney

EXHIBIT 8, PAGE 879

## Litigants

## Attorneys

Law Offices of J D Lee
422 S.Gay Street
Knoxville, TN 37902
USA
Phone: (865)544-4101Fax: (865)544-0536Attorney to be Noticed

Robert D. Brain
Lead Attorney

Howarth and Smith (LA)
523 West Sixth Street, Suite 728
Los Angeles, CA 90014
USA
Phone: (213)955-9400Fax: (213)622-9400Attorney to be Noticed

Robert Turner Haefele
Lead Attorney

Motley Rice LLC (SC)
28 Bridgeside BoulevardP.O. Box 1792
Mount Pleasant, SC 29465
USA
Phone: (843)216-9184Fax: (843)216-9450Attorney to be Noticed

Ronald L. Motley
Lead Attorney

Motley Rice LLC (SC)
28 Bridgeside BoulevardP.O. Box 1792
Mount Pleasant, SC 29465
USA
Phone: (843)216-9000Fax: (843)216-9680Attorney to be Noticed

Suzelle M Smith
Lead Attorney

Howarth and Smith (LA)
523 West Sixth Street, Suite 728
Los Angeles, CA 90014
USA
Phone: (212)955-9400Fax: (213)622-0791Attorney to be Noticed

Madelyn Conroy Allen: in her own right as the Mother of Richard Allen, deceased
**Plaintiff**

David C. Lee
Lead Attorney

Law Offices of J D Lee
422 S.Gay Street
Knoxville, TN 37902
USA
Phone: (865)544-4101Attorney to be Noticed

Don Howarth
Lead Attorney

## Litigants

## Attorneys

Howarth and Smith (LA)
523 West Sixth Street, Suite 728
Los Angeles, CA 90014
USA
Phone: (213)955-9400Fax: (213)622-9400Attorney to be Noticed

Donald A. Migliori
Lead Attorney

Motley Rice LLC (SC)
28 Bridgeside BoulevardP.O. Box 1792
Mount Pleasant, SC 29465
USA
Phone: (401)457-7700Fax: (401)457-7708Attorney to be Noticed

Elizabeth S. Smith
Lead Attorney

Motley Rice LLC (SC)
28 Bridgeside BoulevardP.O. Box 1792
Mount Pleasant, SC 29465
USA
Phone: (843)216-9240Fax: (843)216-9430Attorney to be Noticed

George R. Blakey
Lead Attorney

One Notre Dame Circle
Notre Dame, IN 46556
USA
Phone: (574)631-5717Attorney to be Noticed

Harry Huge
Lead Attorney

Harry Huge Law Firm, L.L.P.
1001 Pennsylvania Avenue, NW7th Floor
Washington, DC 20004
USA
Phone: (202)624-3932Fax: (843)720-8794Attorney to be Noticed

Jack D. Cordray
Lead Attorney

Cordray Law Firm
Post Office Drawer 22857
Charleston, SC 29413
USA
Phone: (843)577-9761Fax: (843)853-6330Attorney to be Noticed

Jayne Conroy
Lead Attorney

| Litigants | Attorneys |
|---|---|
| | Hanly Conroy Bierstein Sheridan Fisher & Hayes, LLP<br>112 Madison Avenue<br>New York, NY 10016<br>USA<br>Phone: (212)784-6402Fax: (212)784-6400Attorney to be Noticed |
| | Jeffrey Scott Thompson<br>Lead Attorney |
| | Motley Rice, L.L.C.<br>28 Bridgeside Boulevard<br>Mount Pleasant, SC 29464<br>USA<br>Phone: (843)216-9000Attorney to be Noticed |
| | Jodi Westbrook Flowers<br>Lead Attorney |
| | Motley Rice LLC (SC)<br>28 Bridgeside BoulevardP.O. Box 1792<br>Mount Pleasant, SC 29465<br>USA<br>Phone: (843)216-9163Fax: (843)216-9680Attorney to be Noticed |
| | John Davis Lee<br>Lead Attorney |
| | Law Offices of J D Lee<br>422 S.Gay Street<br>Knoxville, TN 37902<br>USA<br>Phone: (865)544-4101Fax: (865)544-0536Attorney to be Noticed |
| | Robert D. Brain<br>Lead Attorney |
| | Howarth and Smith (LA)<br>523 West Sixth Street, Suite 728<br>Los Angeles, CA 90014<br>USA<br>Phone: (213)955-9400Fax: (213)622-9400Attorney to be Noticed |
| | Robert Turner Haefele<br>Lead Attorney |
| | Motley Rice LLC (SC)<br>28 Bridgeside BoulevardP.O. Box 1792<br>Mount Pleasant, SC 29465<br>USA<br>Phone: (843)216-9184Fax: (843)216-9450Attorney to be Noticed |
| | Ronald L. Motley<br>Lead Attorney |

| Litigants | Attorneys |
|---|---|

Motley Rice LLC (SC)
28 Bridgeside BoulevardP.O. Box 1792
Mount Pleasant, SC 29465
USA
Phone: (843)216-9000Fax: (843)216-9680Attorney to be Noticed

Suzelle M Smith
Lead Attorney

Howarth and Smith (LA)
523 West Sixth Street, Suite 728
Los Angeles, CA 90014
USA
Phone: (212)955-9400Fax: (213)622-0791Attorney to be Noticed

**Richard D. Allen**
**Plaintiff**

David C. Lee
Lead Attorney

Law Offices of J D Lee
422 S.Gay Street
Knoxville, TN 37902
USA
Phone: (865)544-4101Attorney to be Noticed

Don Howarth
Lead Attorney

Howarth and Smith (LA)
523 West Sixth Street, Suite 728
Los Angeles, CA 90014
USA
Phone: (213)955-9400Fax: (213)622-9400Attorney to be Noticed

Donald A. Migliori
Lead Attorney

Motley Rice LLC (SC)
28 Bridgeside BoulevardP.O. Box 1792
Mount Pleasant, SC 29465
USA
Phone: (401)457-7700Fax: (401)457-7708Attorney to be Noticed

Elizabeth S. Smith
Lead Attorney

Motley Rice LLC (SC)
28 Bridgeside BoulevardP.O. Box 1792
Mount Pleasant, SC 29465
USA
Phone: (843)216-9240Fax: (843)216-9430Attorney to be Noticed

George R. Blakey
Lead Attorney

| Litigants | Attorneys |
|-----------|-----------|
|  | One Notre Dame Circle<br>Notre Dame, IN 46556<br>USA<br>Phone: (574)631-5717Attorney to be Noticed |

One Notre Dame Circle
Notre Dame, IN 46556
USA
Phone: (574)631-5717Attorney to be Noticed

Harry Huge
Lead Attorney

Harry Huge Law Firm, L.L.P.
1001 Pennsylvania Avenue, NW7th Floor
Washington, DC 20004
USA
Phone: (202)624-3932Fax: (843)720-8794Attorney to be Noticed

Jack D. Cordray
Lead Attorney

Cordray Law Firm
Post Office Drawer 22857
Charleston, SC 29413
USA
Phone: (843)577-9761Fax: (843)853-6330Attorney to be Noticed

Jayne Conroy
Lead Attorney

Hanly Conroy Bierstein Sheridan Fisher & Hayes, LLP
112 Madison Avenue
New York, NY 10016
USA
Phone: (212)784-6402Fax: (212)784-6400Attorney to be Noticed

Jeffrey Scott Thompson
Lead Attorney

Motley Rice, L.L.C.
28 Bridgeside Boulevard
Mount Pleasant, SC 29464
USA
Phone: (843)216-9000Attorney to be Noticed

Jodi Westbrook Flowers
Lead Attorney

Motley Rice LLC (SC)
28 Bridgeside BoulevardP.O. Box 1792
Mount Pleasant, SC 29465
USA
Phone: (843)216-9163Fax: (843)216-9680Attorney to be Noticed

John Davis Lee
Lead Attorney

Law Offices of J D Lee

| Litigants | Attorneys |
|---|---|
| | 422 S.Gay Street<br>Knoxville, TN 37902<br>USA<br>Phone: (865)544-4101Fax: (865)544-0536Attorney to be Noticed |
| | Robert D. Brain<br>Lead Attorney |
| | Howarth and Smith (LA)<br>523 West Sixth Street, Suite 728<br>Los Angeles, CA 90014<br>USA<br>Phone: (213)955-9400Fax: (213)622-9400Attorney to be Noticed |
| | Robert Turner Haefele<br>Lead Attorney |
| | Motley Rice LLC (SC)<br>28 Bridgeside BoulevardP.O. Box 1792<br>Mount Pleasant, SC 29465<br>USA<br>Phone: (843)216-9184Fax: (843)216-9450Attorney to be Noticed |
| | Ronald L. Motley<br>Lead Attorney |
| | Motley Rice LLC (SC)<br>28 Bridgeside BoulevardP.O. Box 1792<br>Mount Pleasant, SC 29465<br>USA<br>Phone: (843)216-9000Fax: (843)216-9680Attorney to be Noticed |
| | Suzelle M Smith<br>Lead Attorney |
| | Howarth and Smith (LA)<br>523 West Sixth Street, Suite 728<br>Los Angeles, CA 90014<br>USA<br>Phone: (212)955-9400Fax: (213)622-0791Attorney to be Noticed |
| Michael Jezycki: in his own right as the Brother of margaret Alario, deceased<br>**Plaintiff** | David C. Lee<br>Lead Attorney |
| | Law Offices of J D Lee<br>422 S.Gay Street<br>Knoxville, TN 37902<br>USA<br>Phone: (865)544-4101Attorney to be Noticed |
| | Don Howarth<br>Lead Attorney |
| | Howarth and Smith (LA) |

| Litigants | Attorneys |
|---|---|
| | 523 West Sixth Street, Suite 728<br>Los Angeles, CA 90014<br>USA<br>Phone: (213)955-9400Fax: (213)622-9400Attorney to be Noticed |

Donald A. Migliori
Lead Attorney

Motley Rice LLC (SC)
28 Bridgeside BoulevardP.O. Box 1792
Mount Pleasant, SC 29465
USA
Phone: (401)457-7700Fax: (401)457-7708Attorney to be Noticed

Elizabeth S. Smith
Lead Attorney

Motley Rice LLC (SC)
28 Bridgeside BoulevardP.O. Box 1792
Mount Pleasant, SC 29465
USA
Phone: (843)216-9240Fax: (843)216-9430Attorney to be Noticed

George R. Blakey
Lead Attorney

One Notre Dame Circle
Notre Dame, IN 46556
USA
Phone: (574)631-5717Attorney to be Noticed

Harry Huge
Lead Attorney

Harry Huge Law Firm, L.L.P.
1001 Pennsylvania Avenue, NW7th Floor
Washington, DC 20004
USA
Phone: (202)624-3932Fax: (843)720-8794Attorney to be Noticed

Jack D. Cordray
Lead Attorney

Cordray Law Firm
Post Office Drawer 22857
Charleston, SC 29413
USA
Phone: (843)577-9761Fax: (843)853-6330Attorney to be Noticed

Jayne Conroy
Lead Attorney

Hanly Conroy Bierstein Sheridan Fisher & Hayes, LLP
112 Madison Avenue

| Litigants | Attorneys |
|---|---|
| | New York, NY 10016<br>USA<br>Phone: (212)784-6402Fax: (212)784-6400Attorney to be Noticed<br><br>Jeffrey Scott Thompson<br>Lead Attorney<br><br>Motley Rice, L.L.C.<br>28 Bridgeside Boulevard<br>Mount Pleasant, SC 29464<br>USA<br>Phone: (843)216-9000Attorney to be Noticed<br><br>Jodi Westbrook Flowers<br>Lead Attorney<br><br>Motley Rice LLC (SC)<br>28 Bridgeside BoulevardP.O. Box 1792<br>Mount Pleasant, SC 29465<br>USA<br>Phone: (843)216-9163Fax: (843)216-9680Attorney to be Noticed<br><br>John Davis Lee<br>Lead Attorney<br><br>Law Offices of J D Lee<br>422 S.Gay Street<br>Knoxville, TN 37902<br>USA<br>Phone: (865)544-4101Fax: (865)544-0536Attorney to be Noticed<br><br>Robert D. Brain<br>Lead Attorney<br><br>Howarth and Smith (LA)<br>523 West Sixth Street, Suite 728<br>Los Angeles, CA 90014<br>USA<br>Phone: (213)955-9400Fax: (213)622-9400Attorney to be Noticed<br><br>Robert Turner Haefele<br>Lead Attorney<br><br>Motley Rice LLC (SC)<br>28 Bridgeside BoulevardP.O. Box 1792<br>Mount Pleasant, SC 29465<br>USA<br>Phone: (843)216-9184Fax: (843)216-9450Attorney to be Noticed<br><br>Ronald L. Motley<br>Lead Attorney<br><br>Motley Rice LLC (SC)<br>28 Bridgeside BoulevardP.O. Box 1792 |

| Litigants | Attorneys |
|---|---|
| | Mount Pleasant, SC 29465<br>USA<br>Phone: (843)216-9000Fax: (843)216-9680Attorney to be Noticed<br><br>Suzelle M Smith<br>Lead Attorney<br><br>Howarth and Smith (LA)<br>523 West Sixth Street, Suite 728<br>Los Angeles, CA 90014<br>USA<br>Phone: (212)955-9400Fax: (213)622-0791Attorney to be Noticed |
| Jean Adams: in her own right as the Mother of Donald L. Adams, deceased<br>**Plaintiff** | David C. Lee<br>Lead Attorney<br><br>Law Offices of J D Lee<br>422 S.Gay Street<br>Knoxville, TN 37902<br>USA<br>Phone: (865)544-4101Attorney to be Noticed<br><br>Don Howarth<br>Lead Attorney<br><br>Howarth and Smith (LA)<br>523 West Sixth Street, Suite 728<br>Los Angeles, CA 90014<br>USA<br>Phone: (213)955-9400Fax: (213)622-9400Attorney to be Noticed<br><br>Donald A. Migliori<br>Lead Attorney<br><br>Motley Rice LLC (SC)<br>28 Bridgeside BoulevardP.O. Box 1792<br>Mount Pleasant, SC 29465<br>USA<br>Phone: (401)457-7700Fax: (401)457-7708Attorney to be Noticed<br><br>Elizabeth S. Smith<br>Lead Attorney<br><br>Motley Rice LLC (SC)<br>28 Bridgeside BoulevardP.O. Box 1792<br>Mount Pleasant, SC 29465<br>USA<br>Phone: (843)216-9240Fax: (843)216-9430Attorney to be Noticed<br><br>George R. Blakey<br>Lead Attorney<br><br>One Notre Dame Circle<br>Notre Dame, IN 46556 |

| Litigants | Attorneys |
|---|---|
| | USA<br>Phone: (574)631-5717Attorney to be Noticed |

USA
Phone: (574)631-5717Attorney to be Noticed

Harry Huge
Lead Attorney

Harry Huge Law Firm, L.L.P.
1001 Pennsylvania Avenue, NW7th Floor
Washington, DC 20004
USA
Phone: (202)624-3932Fax: (843)720-8794Attorney to be
Noticed

Jack D. Cordray
Lead Attorney

Cordray Law Firm
Post Office Drawer 22857
Charleston, SC 29413
USA
Phone: (843)577-9761Fax: (843)853-6330Attorney to be
Noticed

Jayne Conroy
Lead Attorney

Hanly Conroy Bierstein Sheridan Fisher & Hayes, LLP
112 Madison Avenue
New York, NY 10016
USA
Phone: (212)784-6402Fax: (212)784-6400Attorney to be
Noticed

Jeffrey Scott Thompson
Lead Attorney

Motley Rice, L.L.C.
28 Bridgeside Boulevard
Mount Pleasant, SC 29464
USA
Phone: (843)216-9000Attorney to be Noticed

Jodi Westbrook Flowers
Lead Attorney

Motley Rice LLC (SC)
28 Bridgeside BoulevardP.O. Box 1792
Mount Pleasant, SC 29465
USA
Phone: (843)216-9163Fax: (843)216-9680Attorney to be
Noticed

John Davis Lee
Lead Attorney

Law Offices of J D Lee
422 S.Gay Street
Knoxville, TN 37902
USA

| Litigants | Attorneys |
|-----------|-----------|
| | Phone: (865)544-4101Fax: (865)544-0536Attorney to be Noticed |
| | Robert Turner Haefele<br>Lead Attorney |
| | Motley Rice LLC (SC)<br>28 Bridgeside BoulevardP.O. Box 1792<br>Mount Pleasant, SC 29465<br>USA<br>Phone: (843)216-9184Fax: (843)216-9450Attorney to be Noticed |
| | Ronald L. Motley<br>Lead Attorney |
| | Motley Rice LLC (SC)<br>28 Bridgeside BoulevardP.O. Box 1792<br>Mount Pleasant, SC 29465<br>USA<br>Phone: (843)216-9000Fax: (843)216-9680Attorney to be Noticed |
| | Suzelle M Smith<br>Lead Attorney |
| | Howarth and Smith (LA)<br>523 West Sixth Street, Suite 728<br>Los Angeles, CA 90014<br>USA<br>Phone: (212)955-9400Fax: (213)622-0791Attorney to be Noticed |
| Maureen Barry: in her own right as the daughther of Diane Barry,deceased<br>**Plaintiff** | David C. Lee<br>Lead Attorney |
| | Law Offices of J D Lee<br>422 S.Gay Street<br>Knoxville, TN 37902<br>USA<br>Phone: (865)544-4101Attorney to be Noticed |
| | Don Howarth<br>Lead Attorney |
| | Howarth and Smith (LA)<br>523 West Sixth Street, Suite 728<br>Los Angeles, CA 90014<br>USA<br>Phone: (213)955-9400Fax: (213)622-9400Attorney to be Noticed |
| | Donald A. Migliori<br>Lead Attorney |
| | Motley Rice LLC (SC)<br>28 Bridgeside BoulevardP.O. Box 1792<br>Mount Pleasant, SC 29465<br>USA |

| Litigants | Attorneys |
|---|---|
| | Phone: (401)457-7700Fax: (401)457-7708Attorney to be Noticed |

Elizabeth S. Smith
Lead Attorney

Motley Rice LLC (SC)
28 Bridgeside BoulevardP.O. Box 1792
Mount Pleasant, SC 29465
USA
Phone: (843)216-9240Fax: (843)216-9430Attorney to be Noticed

George R. Blakey
Lead Attorney

One Notre Dame Circle
Notre Dame, IN 46556
USA
Phone: (574)631-5717Attorney to be Noticed

Harry Huge
Lead Attorney

Harry Huge Law Firm, L.L.P.
1001 Pennsylvania Avenue, NW7th Floor
Washington, DC 20004
USA
Phone: (202)624-3932Fax: (843)720-8794Attorney to be Noticed

Jack D. Cordray
Lead Attorney

Cordray Law Firm
Post Office Drawer 22857
Charleston, SC 29413
USA
Phone: (843)577-9761Fax: (843)853-6330Attorney to be Noticed

Jayne Conroy
Lead Attorney

Hanly Conroy Bierstein Sheridan Fisher & Hayes, LLP
112 Madison Avenue
New York, NY 10016
USA
Phone: (212)784-6402Fax: (212)784-6400Attorney to be Noticed

Jeffrey Scott Thompson
Lead Attorney

Motley Rice, L.L.C.
28 Bridgeside Boulevard
Mount Pleasant, SC 29464
USA
Phone: (843)216-9000Attorney to be Noticed

## Litigants

## Attorneys

Jodi Westbrook Flowers
Lead Attorney

Motley Rice LLC (SC)
28 Bridgeside BoulevardP.O. Box 1792
Mount Pleasant, SC 29465
USA
Phone: (843)216-9163Fax: (843)216-9680Attorney to be
Noticed

John Davis Lee
Lead Attorney

Law Offices of J D Lee
422 S.Gay Street
Knoxville, TN 37902
USA
Phone: (865)544-4101Fax: (865)544-0536Attorney to be
Noticed

Robert D. Brain
Lead Attorney

Howarth and Smith (LA)
523 West Sixth Street, Suite 728
Los Angeles, CA 90014
USA
Phone: (213)955-9400Fax: (213)622-9400Attorney to be
Noticed

Robert Turner Haefele
Lead Attorney

Motley Rice LLC (SC)
28 Bridgeside BoulevardP.O. Box 1792
Mount Pleasant, SC 29465
USA
Phone: (843)216-9184Fax: (843)216-9450Attorney to be
Noticed

Ronald L. Motley
Lead Attorney

Motley Rice LLC (SC)
28 Bridgeside BoulevardP.O. Box 1792
Mount Pleasant, SC 29465
USA
Phone: (843)216-9000Fax: (843)216-9680Attorney to be
Noticed

Suzelle M Smith
Lead Attorney

Howarth and Smith (LA)
523 West Sixth Street, Suite 728
Los Angeles, CA 90014
USA
Phone: (212)955-9400Fax: (213)622-0791Attorney to be

| Litigants | Attorneys |
|---|---|
| | Noticed |
| Suzanne J. Berger: in her own right, on behalf of the Minor Children, and as the Representative of the Estate of James P. Berger, deceased<br>**Plaintiff** | David C. Lee<br>Lead Attorney<br><br>Law Offices of J D Lee<br>422 S.Gay Street<br>Knoxville, TN 37902<br>USA<br>Phone: (865)544-4101Attorney to be Noticed<br><br>Don Howarth<br>Lead Attorney<br><br>Howarth and Smith (LA)<br>523 West Sixth Street, Suite 728<br>Los Angeles, CA 90014<br>USA<br>Phone: (213)955-9400Fax: (213)622-9400Attorney to be Noticed<br><br>Donald A. Migliori<br>Lead Attorney<br><br>Motley Rice LLC (SC)<br>28 Bridgeside BoulevardP.O. Box 1792<br>Mount Pleasant, SC 29465<br>USA<br>Phone: (401)457-7700Fax: (401)457-7708Attorney to be Noticed<br><br>Elizabeth S. Smith<br>Lead Attorney<br><br>Motley Rice LLC (SC)<br>28 Bridgeside BoulevardP.O. Box 1792<br>Mount Pleasant, SC 29465<br>USA<br>Phone: (843)216-9240Fax: (843)216-9430Attorney to be Noticed<br><br>George R. Blakey<br>Lead Attorney<br><br>One Notre Dame Circle<br>Notre Dame, IN 46556<br>USA<br>Phone: (574)631-5717Attorney to be Noticed<br><br>Harry Huge<br>Lead Attorney<br><br>Harry Huge Law Firm, L.L.P.<br>1001 Pennsylvania Avenue, NW7th Floor<br>Washington, DC 20004<br>USA<br>Phone: (202)624-3932Fax: (843)720-8794Attorney to be Noticed |

| Litigants | Attorneys |
|---|---|
| | Jack D. Cordray<br>Lead Attorney<br><br>Cordray Law Firm<br>Post Office Drawer 22857<br>Charleston, SC 29413<br>USA<br>Phone: (843)577-9761Fax: (843)853-6330Attorney to be Noticed<br><br>Jayne Conroy<br>Lead Attorney<br><br>Hanly Conroy Bierstein Sheridan Fisher & Hayes, LLP<br>112 Madison Avenue<br>New York, NY 10016<br>USA<br>Phone: (212)784-6402Fax: (212)784-6400Attorney to be Noticed<br><br>Jeffrey Scott Thompson<br>Lead Attorney<br><br>Motley Rice, L.L.C.<br>28 Bridgeside Boulevard<br>Mount Pleasant, SC 29464<br>USA<br>Phone: (843)216-9000Attorney to be Noticed<br><br>Jodi Westbrook Flowers<br>Lead Attorney<br><br>Motley Rice LLC (SC)<br>28 Bridgeside BoulevardP.O. Box 1792<br>Mount Pleasant, SC 29465<br>USA<br>Phone: (843)216-9163Fax: (843)216-9680Attorney to be Noticed<br><br>John Davis Lee<br>Lead Attorney<br><br>Law Offices of J D Lee<br>422 S.Gay Street<br>Knoxville, TN 37902<br>USA<br>Phone: (865)544-4101Fax: (865)544-0536Attorney to be Noticed<br><br>Robert D. Brain<br>Lead Attorney<br><br>Howarth and Smith (LA)<br>523 West Sixth Street, Suite 728<br>Los Angeles, CA 90014<br>USA<br>Phone: (213)955-9400Fax: (213)622-9400Attorney to be Noticed |

| Litigants | Attorneys |
|-----------|-----------|
| | Robert Turner Haefele<br>Lead Attorney<br><br>Motley Rice LLC (SC)<br>28 Bridgeside BoulevardP.O. Box 1792<br>Mount Pleasant, SC 29465<br>USA<br>Phone: (843)216-9184Fax: (843)216-9450Attorney to be Noticed<br><br>Ronald L. Motley<br>Lead Attorney<br><br>Motley Rice LLC (SC)<br>28 Bridgeside BoulevardP.O. Box 1792<br>Mount Pleasant, SC 29465<br>USA<br>Phone: (843)216-9000Fax: (843)216-9680Attorney to be Noticed<br><br>Suzelle M Smith<br>Lead Attorney<br><br>Howarth and Smith (LA)<br>523 West Sixth Street, Suite 728<br>Los Angeles, CA 90014<br>USA<br>Phone: (212)955-9400Fax: (213)622-0791Attorney to be Noticed |
| Robert J. Bernstein: in his own right and as the Representative of the Estate of William M. Bernstein<br>**Plaintiff** | David C. Lee<br>Lead Attorney<br><br>Law Offices of J D Lee<br>422 S.Gay Street<br>Knoxville, TN 37902<br>USA<br>Phone: (865)544-4101Attorney to be Noticed<br><br>Don Howarth<br>Lead Attorney<br><br>Howarth and Smith (LA)<br>523 West Sixth Street, Suite 728<br>Los Angeles, CA 90014<br>USA<br>Phone: (213)955-9400Fax: (213)622-9400Attorney to be Noticed<br><br>Donald A. Migliori<br>Lead Attorney<br><br>Motley Rice LLC (SC)<br>28 Bridgeside BoulevardP.O. Box 1792<br>Mount Pleasant, SC 29465<br>USA<br>Phone: (401)457-7700Fax: (401)457-7708Attorney to be Noticed |

## Litigants                                          ## Attorneys

Elizabeth S. Smith
Lead Attorney

Motley Rice LLC (SC)
28 Bridgeside BoulevardP.O. Box 1792
Mount Pleasant, SC 29465
USA
Phone: (843)216-9240Fax: (843)216-9430Attorney to be
Noticed

Harry Huge
Lead Attorney

Harry Huge Law Firm, L.L.P.
1001 Pennsylvania Avenue, NW7th Floor
Washington, DC 20004
USA
Phone: (202)624-3932Fax: (843)720-8794Attorney to be
Noticed

Jack D. Cordray
Lead Attorney

Cordray Law Firm
Post Office Drawer 22857
Charleston, SC 29413
USA
Phone: (843)577-9761Fax: (843)853-6330Attorney to be
Noticed

Jayne Conroy
Lead Attorney

Hanly Conroy Bierstein Sheridan Fisher & Hayes, LLP
112 Madison Avenue
New York, NY 10016
USA
Phone: (212)784-6402Fax: (212)784-6400Attorney to be
Noticed

Jeffrey Scott Thompson
Lead Attorney

Motley Rice, L.L.C.
28 Bridgeside Boulevard
Mount Pleasant, SC 29464
USA
Phone: (843)216-9000Attorney to be Noticed

Jodi Westbrook Flowers
Lead Attorney

Motley Rice LLC (SC)
28 Bridgeside BoulevardP.O. Box 1792
Mount Pleasant, SC 29465
USA
Phone: (843)216-9163Fax: (843)216-9680Attorney to be
Noticed

| Litigants | Attorneys |
|---|---|
| | John Davis Lee<br>Lead Attorney<br><br>Law Offices of J D Lee<br>422 S.Gay Street<br>Knoxville, TN 37902<br>USA<br>Phone: (865)544-4101Fax: (865)544-0536Attorney to be Noticed<br><br>Robert D. Brain<br>Lead Attorney<br><br>Howarth and Smith (LA)<br>523 West Sixth Street, Suite 728<br>Los Angeles, CA 90014<br>USA<br>Phone: (213)955-9400Fax: (213)622-9400Attorney to be Noticed<br><br>Robert Turner Haefele<br>Lead Attorney<br><br>Motley Rice LLC (SC)<br>28 Bridgeside BoulevardP.O. Box 1792<br>Mount Pleasant, SC 29465<br>USA<br>Phone: (843)216-9184Fax: (843)216-9450Attorney to be Noticed<br><br>Ronald L. Motley<br>Lead Attorney<br><br>Motley Rice LLC (SC)<br>28 Bridgeside BoulevardP.O. Box 1792<br>Mount Pleasant, SC 29465<br>USA<br>Phone: (843)216-9000Fax: (843)216-9680Attorney to be Noticed<br><br>Suzelle M Smith<br>Lead Attorney<br><br>Howarth and Smith (LA)<br>523 West Sixth Street, Suite 728<br>Los Angeles, CA 90014<br>USA<br>Phone: (212)955-9400Fax: (213)622-0791Attorney to be Noticed |
| Murray Bernstein: in his own right as the Father of William M. Bernstein, deceased<br>**Plaintiff** | David C. Lee<br>Lead Attorney<br><br>Law Offices of J D Lee<br>422 S.Gay Street<br>Knoxville, TN 37902<br>USA<br>Phone: (865)544-4101Attorney to be Noticed |

| Litigants | Attorneys |
|---|---|

Don Howarth
Lead Attorney

Howarth and Smith (LA)
523 West Sixth Street, Suite 728
Los Angeles, CA 90014
USA
Phone: (213)955-9400Fax: (213)622-9400Attorney to be Noticed

Donald A. Migliori
Lead Attorney

Motley Rice LLC (SC)
28 Bridgeside BoulevardP.O. Box 1792
Mount Pleasant, SC 29465
USA
Phone: (401)457-7700Fax: (401)457-7708Attorney to be Noticed

Elizabeth S. Smith
Lead Attorney

Motley Rice LLC (SC)
28 Bridgeside BoulevardP.O. Box 1792
Mount Pleasant, SC 29465
USA
Phone: (843)216-9240Fax: (843)216-9430Attorney to be Noticed

George R. Blakey
Lead Attorney

One Notre Dame Circle
Notre Dame, IN 46556
USA
Phone: (574)631-5717Attorney to be Noticed

Harry Huge
Lead Attorney

Harry Huge Law Firm, L.L.P.
1001 Pennsylvania Avenue, NW7th Floor
Washington, DC 20004
USA
Phone: (202)624-3932Fax: (843)720-8794Attorney to be Noticed

Jack D. Cordray
Lead Attorney

Cordray Law Firm
Post Office Drawer 22857
Charleston, SC 29413
USA
Phone: (843)577-9761Fax: (843)853-6330Attorney to be Noticed

## Litigants

## Attorneys

Jayne Conroy
Lead Attorney

Hanly Conroy Bierstein Sheridan Fisher & Hayes, LLP
112 Madison Avenue
New York, NY 10016
USA
Phone: (212)784-6402Fax: (212)784-6400Attorney to be Noticed

Jeffrey Scott Thompson
Lead Attorney

Motley Rice, L.L.C.
28 Bridgeside Boulevard
Mount Pleasant, SC 29464
USA
Phone: (843)216-9000Attorney to be Noticed

Jodi Westbrook Flowers
Lead Attorney

Motley Rice LLC (SC)
28 Bridgeside BoulevardP.O. Box 1792
Mount Pleasant, SC 29465
USA
Phone: (843)216-9163Fax: (843)216-9680Attorney to be Noticed

John Davis Lee
Lead Attorney

Law Offices of J D Lee
422 S.Gay Street
Knoxville, TN 37902
USA
Phone: (865)544-4101Fax: (865)544-0536Attorney to be Noticed

Robert D. Brain
Lead Attorney

Howarth and Smith (LA)
523 West Sixth Street, Suite 728
Los Angeles, CA 90014
USA
Phone: (213)955-9400Fax: (213)622-9400Attorney to be Noticed

Robert Turner Haefele
Lead Attorney

Motley Rice LLC (SC)
28 Bridgeside BoulevardP.O. Box 1792
Mount Pleasant, SC 29465
USA
Phone: (843)216-9184Fax: (843)216-9450Attorney to be Noticed

| Litigants | Attorneys |
|---|---|
| | Ronald L. Motley<br>Lead Attorney<br><br>Motley Rice LLC (SC)<br>28 Bridgeside BoulevardP.O. Box 1792<br>Mount Pleasant, SC 29465<br>USA<br>Phone: (843)216-9000Fax: (843)216-9680Attorney to be Noticed<br><br>Suzelle M Smith<br>Lead Attorney<br><br>Howarth and Smith (LA)<br>523 West Sixth Street, Suite 728<br>Los Angeles, CA 90014<br>USA<br>Phone: (212)955-9400Fax: (213)622-0791Attorney to be Noticed |
| Norma Bernstein: in her own right as the Mother of William M. Bernstein, deceased<br>**Plaintiff** | David C. Lee<br>Lead Attorney<br><br>Law Offices of J D Lee<br>422 S.Gay Street<br>Knoxville, TN 37902<br>USA<br>Phone: (865)544-4101Attorney to be Noticed<br><br>Don Howarth<br>Lead Attorney<br><br>Howarth and Smith (LA)<br>523 West Sixth Street, Suite 728<br>Los Angeles, CA 90014<br>USA<br>Phone: (213)955-9400Fax: (213)622-9400Attorney to be Noticed<br><br>Donald A. Migliori<br>Lead Attorney<br><br>Motley Rice LLC (SC)<br>28 Bridgeside BoulevardP.O. Box 1792<br>Mount Pleasant, SC 29465<br>USA<br>Phone: (401)457-7700Fax: (401)457-7708Attorney to be Noticed<br><br>Elizabeth S. Smith<br>Lead Attorney<br><br>Motley Rice LLC (SC)<br>28 Bridgeside BoulevardP.O. Box 1792<br>Mount Pleasant, SC 29465<br>USA<br>Phone: (843)216-9240Fax: (843)216-9430Attorney to be Noticed |

## Litigants

## Attorneys

George R. Blakey
Lead Attorney

One Notre Dame Circle
Notre Dame, IN 46556
USA
Phone: (574)631-5717Attorney to be Noticed

Harry Huge
Lead Attorney

Harry Huge Law Firm, L.L.P.
1001 Pennsylvania Avenue, NW7th Floor
Washington, DC 20004
USA
Phone: (202)624-3932Fax: (843)720-8794Attorney to be
Noticed

Jack D. Cordray
Lead Attorney

Cordray Law Firm
Post Office Drawer 22857
Charleston, SC 29413
USA
Phone: (843)577-9761Fax: (843)853-6330Attorney to be
Noticed

Jayne Conroy
Lead Attorney

Hanly Conroy Bierstein Sheridan Fisher & Hayes, LLP
112 Madison Avenue
New York, NY 10016
USA
Phone: (212)784-6402Fax: (212)784-6400Attorney to be
Noticed

Jeffrey Scott Thompson
Lead Attorney

Motley Rice, L.L.C.
28 Bridgeside Boulevard
Mount Pleasant, SC 29464
USA
Phone: (843)216-9000Attorney to be Noticed

Jodi Westbrook Flowers
Lead Attorney

Motley Rice LLC (SC)
28 Bridgeside BoulevardP.O. Box 1792
Mount Pleasant, SC 29465
USA
Phone: (843)216-9163Fax: (843)216-9680Attorney to be
Noticed

John Davis Lee

| Litigants | Attorneys |
|---|---|
| | Lead Attorney |
| | Law Offices of J D Lee<br>422 S.Gay Street<br>Knoxville, TN 37902<br>USA<br>Phone: (865)544-4101Fax: (865)544-0536Attorney to be Noticed |
| | Robert D. Brain<br>Lead Attorney |
| | Howarth and Smith (LA)<br>523 West Sixth Street, Suite 728<br>Los Angeles, CA 90014<br>USA<br>Phone: (213)955-9400Fax: (213)622-9400Attorney to be Noticed |
| | Robert Turner Haefele<br>Lead Attorney |
| | Motley Rice LLC (SC)<br>28 Bridgeside BoulevardP.O. Box 1792<br>Mount Pleasant, SC 29465<br>USA<br>Phone: (843)216-9184Fax: (843)216-9450Attorney to be Noticed |
| | Ronald L. Motley<br>Lead Attorney |
| | Motley Rice LLC (SC)<br>28 Bridgeside BoulevardP.O. Box 1792<br>Mount Pleasant, SC 29465<br>USA<br>Phone: (843)216-9000Fax: (843)216-9680Attorney to be Noticed |
| | Suzelle M Smith<br>Lead Attorney |
| | Howarth and Smith (LA)<br>523 West Sixth Street, Suite 728<br>Los Angeles, CA 90014<br>USA<br>Phone: (212)955-9400Fax: (213)622-0791Attorney to be Noticed |
| David M. Bernstein: in his own right as the Brother of William M. Bernstein,deceased<br>**Plaintiff** | David C. Lee<br>Lead Attorney |
| | Law Offices of J D Lee<br>422 S.Gay Street<br>Knoxville, TN 37902<br>USA<br>Phone: (865)544-4101Attorney to be Noticed |
| | Don Howarth |

| Litigants | Attorneys |
| --- | --- |

Lead Attorney

Howarth and Smith (LA)
523 West Sixth Street, Suite 728
Los Angeles, CA 90014
USA
Phone: (213)955-9400Fax: (213)622-9400Attorney to be Noticed

Donald A. Migliori
Lead Attorney

Motley Rice LLC (SC)
28 Bridgeside BoulevardP.O. Box 1792
Mount Pleasant, SC 29465
USA
Phone: (401)457-7700Fax: (401)457-7708Attorney to be Noticed

Elizabeth S. Smith
Lead Attorney

Motley Rice LLC (SC)
28 Bridgeside BoulevardP.O. Box 1792
Mount Pleasant, SC 29465
USA
Phone: (843)216-9240Fax: (843)216-9430Attorney to be Noticed

George R. Blakey
Lead Attorney

One Notre Dame Circle
Notre Dame, IN 46556
USA
Phone: (574)631-5717Attorney to be Noticed

Harry Huge
Lead Attorney

Harry Huge Law Firm, L.L.P.
1001 Pennsylvania Avenue, NW7th Floor
Washington, DC 20004
USA
Phone: (202)624-3932Fax: (843)720-8794Attorney to be Noticed

Jack D. Cordray
Lead Attorney

Cordray Law Firm
Post Office Drawer 22857
Charleston, SC 29413
USA
Phone: (843)577-9761Fax: (843)853-6330Attorney to be Noticed

Jayne Conroy
Lead Attorney

## Litigants

## Attorneys

Hanly Conroy Bierstein Sheridan Fisher & Hayes, LLP
112 Madison Avenue
New York, NY 10016
USA
Phone: (212)784-6402Fax: (212)784-6400Attorney to be Noticed

Jeffrey Scott Thompson
Lead Attorney

Motley Rice, L.L.C.
28 Bridgeside Boulevard
Mount Pleasant, SC 29464
USA
Phone: (843)216-9000Attorney to be Noticed

Jodi Westbrook Flowers
Lead Attorney

Motley Rice LLC (SC)
28 Bridgeside BoulevardP.O. Box 1792
Mount Pleasant, SC 29465
USA
Phone: (843)216-9163Fax: (843)216-9680Attorney to be Noticed

John Davis Lee
Lead Attorney

Law Offices of J D Lee
422 S.Gay Street
Knoxville, TN 37902
USA
Phone: (865)544-4101Fax: (865)544-0536Attorney to be Noticed

Robert D. Brain
Lead Attorney

Howarth and Smith (LA)
523 West Sixth Street, Suite 728
Los Angeles, CA 90014
USA
Phone: (213)955-9400Fax: (213)622-9400Attorney to be Noticed

Robert Turner Haefele
Lead Attorney

Motley Rice LLC (SC)
28 Bridgeside BoulevardP.O. Box 1792
Mount Pleasant, SC 29465
USA
Phone: (843)216-9184Fax: (843)216-9450Attorney to be Noticed

Ronald L. Motley
Lead Attorney

| Litigants | Attorneys |
|---|---|
| | Motley Rice LLC (SC) |
| | 28 Bridgeside BoulevardP.O. Box 1792 |
| | Mount Pleasant, SC 29465 |
| | USA |
| | Phone: (843)216-9000Fax: (843)216-9680Attorney to be Noticed |
| | |
| | Suzelle M Smith |
| | Lead Attorney |
| | |
| | Howarth and Smith (LA) |
| | 523 West Sixth Street, Suite 728 |
| | Los Angeles, CA 90014 |
| | USA |
| | Phone: (212)955-9400Fax: (213)622-0791Attorney to be Noticed |
| Joanne F. Betterly: in her own right, on behalf of mthe Minor Children, and as the Representative of the Estate of Timothy Betterly, deceased<br>**Plaintiff** | David C. Lee<br>Lead Attorney |
| | |
| | Law Offices of J D Lee |
| | 422 S.Gay Street |
| | Knoxville, TN 37902 |
| | USA |
| | Phone: (865)544-4101Attorney to be Noticed |
| | |
| | Don Howarth |
| | Lead Attorney |
| | |
| | Howarth and Smith (LA) |
| | 523 West Sixth Street, Suite 728 |
| | Los Angeles, CA 90014 |
| | USA |
| | Phone: (213)955-9400Fax: (213)622-9400Attorney to be Noticed |
| | |
| | Donald A. Migliori |
| | Lead Attorney |
| | |
| | Motley Rice LLC (SC) |
| | 28 Bridgeside BoulevardP.O. Box 1792 |
| | Mount Pleasant, SC 29465 |
| | USA |
| | Phone: (401)457-7700Fax: (401)457-7708Attorney to be Noticed |
| | |
| | Elizabeth S. Smith |
| | Lead Attorney |
| | |
| | Motley Rice LLC (SC) |
| | 28 Bridgeside BoulevardP.O. Box 1792 |
| | Mount Pleasant, SC 29465 |
| | USA |
| | Phone: (843)216-9240Fax: (843)216-9430Attorney to be Noticed |
| | |
| | George R. Blakey |
| | Lead Attorney |

| Litigants | Attorneys |
|-----------|-----------|
| | One Notre Dame Circle |

One Notre Dame Circle
Notre Dame, IN 46556
USA
Phone: (574)631-5717Attorney to be Noticed

Harry Huge
Lead Attorney

Harry Huge Law Firm, L.L.P.
1001 Pennsylvania Avenue, NW7th Floor
Washington, DC 20004
USA
Phone: (202)624-3932Fax: (843)720-8794Attorney to be
Noticed

Jack D. Cordray
Lead Attorney

Cordray Law Firm
Post Office Drawer 22857
Charleston, SC 29413
USA
Phone: (843)577-9761Fax: (843)853-6330Attorney to be
Noticed

Jayne Conroy
Lead Attorney

Hanly Conroy Bierstein Sheridan Fisher & Hayes, LLP
112 Madison Avenue
New York, NY 10016
USA
Phone: (212)784-6402Fax: (212)784-6400Attorney to be
Noticed

Jeffrey Scott Thompson
Lead Attorney

Motley Rice, L.L.C.
28 Bridgeside Boulevard
Mount Pleasant, SC 29464
USA
Phone: (843)216-9000Attorney to be Noticed

Jodi Westbrook Flowers
Lead Attorney

Motley Rice LLC (SC)
28 Bridgeside BoulevardP.O. Box 1792
Mount Pleasant, SC 29465
USA
Phone: (843)216-9163Fax: (843)216-9680Attorney to be
Noticed

John Davis Lee
Lead Attorney

Law Offices of J D Lee

| Litigants | Attorneys |
|-----------|-----------|
| | 422 S.Gay Street<br>Knoxville, TN 37902<br>USA<br>Phone: (865)544-4101Fax: (865)544-0536Attorney to be Noticed |
| | Robert D. Brain<br>Lead Attorney |
| | Howarth and Smith (LA)<br>523 West Sixth Street, Suite 728<br>Los Angeles, CA 90014<br>USA<br>Phone: (213)955-9400Fax: (213)622-9400Attorney to be Noticed |
| | Robert Turner Haefele<br>Lead Attorney |
| | Motley Rice LLC (SC)<br>28 Bridgeside BoulevardP.O. Box 1792<br>Mount Pleasant, SC 29465<br>USA<br>Phone: (843)216-9184Fax: (843)216-9450Attorney to be Noticed |
| | Ronald L. Motley<br>Lead Attorney |
| | Motley Rice LLC (SC)<br>28 Bridgeside BoulevardP.O. Box 1792<br>Mount Pleasant, SC 29465<br>USA<br>Phone: (843)216-9000Fax: (843)216-9680Attorney to be Noticed |
| | Suzelle M Smith<br>Lead Attorney |
| | Howarth and Smith (LA)<br>523 West Sixth Street, Suite 728<br>Los Angeles, CA 90014<br>USA<br>Phone: (212)955-9400Fax: (213)622-0791Attorney to be Noticed |
| Lillian Bini: in her own right as the mother of Carl Bini, deceased<br>**Plaintiff** | David C. Lee<br>Lead Attorney |
| | Law Offices of J D Lee<br>422 S.Gay Street<br>Knoxville, TN 37902<br>USA<br>Phone: (865)544-4101Attorney to be Noticed |
| | Don Howarth<br>Lead Attorney |
| | Howarth and Smith (LA) |

| Litigants | Attorneys |
| --- | --- |

523 West Sixth Street, Suite 728
Los Angeles, CA 90014
USA
Phone: (213)955-9400Fax: (213)622-9400Attorney to be
Noticed

Donald A. Migliori
Lead Attorney

Motley Rice LLC (SC)
28 Bridgeside BoulevardP.O. Box 1792
Mount Pleasant, SC 29465
USA
Phone: (401)457-7700Fax: (401)457-7708Attorney to be
Noticed

Elizabeth S. Smith
Lead Attorney

Motley Rice LLC (SC)
28 Bridgeside BoulevardP.O. Box 1792
Mount Pleasant, SC 29465
USA
Phone: (843)216-9240Fax: (843)216-9430Attorney to be
Noticed

George R. Blakey
Lead Attorney

One Notre Dame Circle
Notre Dame, IN 46556
USA
Phone: (574)631-5717Attorney to be Noticed

Harry Huge
Lead Attorney

Harry Huge Law Firm, L.L.P.
1001 Pennsylvania Avenue, NW7th Floor
Washington, DC 20004
USA
Phone: (202)624-3932Fax: (843)720-8794Attorney to be
Noticed

Jack D. Cordray
Lead Attorney

Cordray Law Firm
Post Office Drawer 22857
Charleston, SC 29413
USA
Phone: (843)577-9761Fax: (843)853-6330Attorney to be
Noticed

Jayne Conroy
Lead Attorney

Hanly Conroy Bierstein Sheridan Fisher & Hayes, LLP
112 Madison Avenue

| Litigants | Attorneys |
|-----------|-----------|
|           | New York, NY 10016<br>USA<br>Phone: (212)784-6402Fax: (212)784-6400Attorney to be Noticed<br><br>Jeffrey Scott Thompson<br>Lead Attorney<br><br>Motley Rice, L.L.C.<br>28 Bridgeside Boulevard<br>Mount Pleasant, SC 29464<br>USA<br>Phone: (843)216-9000Attorney to be Noticed<br><br>Jodi Westbrook Flowers<br>Lead Attorney<br><br>Motley Rice LLC (SC)<br>28 Bridgeside BoulevardP.O. Box 1792<br>Mount Pleasant, SC 29465<br>USA<br>Phone: (843)216-9163Fax: (843)216-9680Attorney to be Noticed<br><br>John Davis Lee<br>Lead Attorney<br><br>Law Offices of J D Lee<br>422 S.Gay Street<br>Knoxville, TN 37902<br>USA<br>Phone: (865)544-4101Fax: (865)544-0536Attorney to be Noticed<br><br>Robert D. Brain<br>Lead Attorney<br><br>Howarth and Smith (LA)<br>523 West Sixth Street, Suite 728<br>Los Angeles, CA 90014<br>USA<br>Phone: (213)955-9400Fax: (213)622-9400Attorney to be Noticed<br><br>Robert Turner Haefele<br>Lead Attorney<br><br>Motley Rice LLC (SC)<br>28 Bridgeside BoulevardP.O. Box 1792<br>Mount Pleasant, SC 29465<br>USA<br>Phone: (843)216-9184Fax: (843)216-9450Attorney to be Noticed<br><br>Ronald L. Motley<br>Lead Attorney<br><br>Motley Rice LLC (SC)<br>28 Bridgeside BoulevardP.O. Box 1792 |

| Litigants | Attorneys |
|---|---|
| | Mount Pleasant, SC 29465<br>USA<br>Phone: (843)216-9000Fax: (843)216-9680Attorney to be Noticed<br><br>Suzelle M Smith<br>Lead Attorney<br><br>Howarth and Smith (LA)<br>523 West Sixth Street, Suite 728<br>Los Angeles, CA 90014<br>USA<br>Phone: (212)955-9400Fax: (213)622-0791Attorney to be Noticed |
| Rosemarie Corvino: in her own right as the Sister of Carl Bini, deceased<br>**Plaintiff** | David C. Lee<br>Lead Attorney<br><br>Law Offices of J D Lee<br>422 S.Gay Street<br>Knoxville, TN 37902<br>USA<br>Phone: (865)544-4101Attorney to be Noticed<br><br>Don Howarth<br>Lead Attorney<br><br>Howarth and Smith (LA)<br>523 West Sixth Street, Suite 728<br>Los Angeles, CA 90014<br>USA<br>Phone: (213)955-9400Fax: (213)622-9400Attorney to be Noticed<br><br>Donald A. Migliori<br>Lead Attorney<br><br>Motley Rice LLC (SC)<br>28 Bridgeside BoulevardP.O. Box 1792<br>Mount Pleasant, SC 29465<br>USA<br>Phone: (401)457-7700Fax: (401)457-7708Attorney to be Noticed<br><br>Elizabeth S. Smith<br>Lead Attorney<br><br>Motley Rice LLC (SC)<br>28 Bridgeside BoulevardP.O. Box 1792<br>Mount Pleasant, SC 29465<br>USA<br>Phone: (843)216-9240Fax: (843)216-9430Attorney to be Noticed<br><br>George R. Blakey<br>Lead Attorney<br><br>One Notre Dame Circle<br>Notre Dame, IN 46556 |

## Litigants

## Attorneys

USA
Phone: (574)631-5717Attorney to be Noticed

Harry Huge
Lead Attorney

Harry Huge Law Firm, L.L.P.
1001 Pennsylvania Avenue, NW7th Floor
Washington, DC 20004
USA
Phone: (202)624-3932Fax: (843)720-8794Attorney to be Noticed

Jack D. Cordray
Lead Attorney

Cordray Law Firm
Post Office Drawer 22857
Charleston, SC 29413
USA
Phone: (843)577-9761Fax: (843)853-6330Attorney to be Noticed

Jayne Conroy
Lead Attorney

Hanly Conroy Bierstein Sheridan Fisher & Hayes, LLP
112 Madison Avenue
New York, NY 10016
USA
Phone: (212)784-6402Fax: (212)784-6400Attorney to be Noticed

Jeffrey Scott Thompson
Lead Attorney

Motley Rice, L.L.C.
28 Bridgeside Boulevard
Mount Pleasant, SC 29464
USA
Phone: (843)216-9000Attorney to be Noticed

Jodi Westbrook Flowers
Lead Attorney

Motley Rice LLC (SC)
28 Bridgeside BoulevardP.O. Box 1792
Mount Pleasant, SC 29465
USA
Phone: (843)216-9163Fax: (843)216-9680Attorney to be Noticed

John Davis Lee
Lead Attorney

Law Offices of J D Lee
422 S.Gay Street
Knoxville, TN 37902
USA

| Litigants | Attorneys |
|---|---|
| | Phone: (865)544-4101Fax: (865)544-0536Attorney to be Noticed |

| | |
|---|---|
| | Robert D. Brain<br>Lead Attorney |
| | |
| | Howarth and Smith (LA)<br>523 West Sixth Street, Suite 728<br>Los Angeles, CA 90014<br>USA<br>Phone: (213)955-9400Fax: (213)622-9400Attorney to be Noticed |
| | |
| | Robert Turner Haefele<br>Lead Attorney |
| | |
| | Motley Rice LLC (SC)<br>28 Bridgeside BoulevardP.O. Box 1792<br>Mount Pleasant, SC 29465<br>USA<br>Phone: (843)216-9184Fax: (843)216-9450Attorney to be Noticed |
| | |
| | Ronald L. Motley<br>Lead Attorney |
| | |
| | Motley Rice LLC (SC)<br>28 Bridgeside BoulevardP.O. Box 1792<br>Mount Pleasant, SC 29465<br>USA<br>Phone: (843)216-9000Fax: (843)216-9680Attorney to be Noticed |
| | |
| | Suzelle M Smith<br>Lead Attorney |
| | |
| | Howarth and Smith (LA)<br>523 West Sixth Street, Suite 728<br>Los Angeles, CA 90014<br>USA<br>Phone: (212)955-9400Fax: (213)622-0791Attorney to be Noticed |
| John Bonomo: in his own right and as the Representativr of the Estate of Ynonne Bonomo,deceased<br>**Plaintiff** | David C. Lee<br>Lead Attorney |
| | |
| | Law Offices of J D Lee<br>422 S.Gay Street<br>Knoxville, TN 37902<br>USA<br>Phone: (865)544-4101Attorney to be Noticed |
| | |
| | Don Howarth<br>Lead Attorney |
| | |
| | Howarth and Smith (LA)<br>523 West Sixth Street, Suite 728<br>Los Angeles, CA 90014<br>USA |

| Litigants | Attorneys |
|---|---|
| | Phone: (213)955-9400Fax: (213)622-9400Attorney to be Noticed |

Donald A. Migliori
Lead Attorney

Motley Rice LLC (SC)
28 Bridgeside BoulevardP.O. Box 1792
Mount Pleasant, SC 29465
USA
Phone: (401)457-7700Fax: (401)457-7708Attorney to be Noticed

Elizabeth S. Smith
Lead Attorney

Motley Rice LLC (SC)
28 Bridgeside BoulevardP.O. Box 1792
Mount Pleasant, SC 29465
USA
Phone: (843)216-9240Fax: (843)216-9430Attorney to be Noticed

George R. Blakey
Lead Attorney

One Notre Dame Circle
Notre Dame, IN 46556
USA
Phone: (574)631-5717Attorney to be Noticed

Harry Huge
Lead Attorney

Harry Huge Law Firm, L.L.P.
1001 Pennsylvania Avenue, NW7th Floor
Washington, DC 20004
USA
Phone: (202)624-3932Fax: (843)720-8794Attorney to be Noticed

Jack D. Cordray
Lead Attorney

Cordray Law Firm
Post Office Drawer 22857
Charleston, SC 29413
USA
Phone: (843)577-9761Fax: (843)853-6330Attorney to be Noticed

Jayne Conroy
Lead Attorney

Hanly Conroy Bierstein Sheridan Fisher & Hayes, LLP
112 Madison Avenue
New York, NY 10016
USA
Phone: (212)784-6402Fax: (212)784-6400Attorney to be

| Litigants | Attorneys |
|-----------|-----------|
| | Noticed |

Jeffrey Scott Thompson
Lead Attorney

Motley Rice, L.L.C.
28 Bridgeside Boulevard
Mount Pleasant, SC 29464
USA
Phone: (843)216-9000Attorney to be Noticed

Jodi Westbrook Flowers
Lead Attorney

Motley Rice LLC (SC)
28 Bridgeside BoulevardP.O. Box 1792
Mount Pleasant, SC 29465
USA
Phone: (843)216-9163Fax: (843)216-9680Attorney to be Noticed

John Davis Lee
Lead Attorney

Law Offices of J D Lee
422 S.Gay Street
Knoxville, TN 37902
USA
Phone: (865)544-4101Fax: (865)544-0536Attorney to be Noticed

Robert D. Brain
Lead Attorney

Howarth and Smith (LA)
523 West Sixth Street, Suite 728
Los Angeles, CA 90014
USA
Phone: (213)955-9400Fax: (213)622-9400Attorney to be Noticed

Robert Turner Haefele
Lead Attorney

Motley Rice LLC (SC)
28 Bridgeside BoulevardP.O. Box 1792
Mount Pleasant, SC 29465
USA
Phone: (843)216-9184Fax: (843)216-9450Attorney to be Noticed

Ronald L. Motley
Lead Attorney

Motley Rice LLC (SC)
28 Bridgeside BoulevardP.O. Box 1792
Mount Pleasant, SC 29465
USA
Phone: (843)216-9000Fax: (843)216-9680Attorney to be

| Litigants | Attorneys |
|-----------|-----------|
| | Noticed |
| | Suzelle M Smith<br>Lead Attorney<br><br>Howarth and Smith (LA)<br>523 West Sixth Street, Suite 728<br>Los Angeles, CA 90014<br>USA<br>Phone: (212)955-9400Fax: (213)622-0791Attorney to be Noticed |
| Sonia Bonomo: in her own right as the Mother of Yvonne Bonomo,deceased<br>**Plaintiff** | David C. Lee<br>Lead Attorney<br><br>Law Offices of J D Lee<br>422 S.Gay Street<br>Knoxville, TN 37902<br>USA<br>Phone: (865)544-4101Attorney to be Noticed<br><br>Don Howarth<br>Lead Attorney<br><br>Howarth and Smith (LA)<br>523 West Sixth Street, Suite 728<br>Los Angeles, CA 90014<br>USA<br>Phone: (213)955-9400Fax: (213)622-9400Attorney to be Noticed<br><br>Donald A. Migliori<br>Lead Attorney<br><br>Motley Rice LLC (SC)<br>28 Bridgeside BoulevardP.O. Box 1792<br>Mount Pleasant, SC 29465<br>USA<br>Phone: (401)457-7700Fax: (401)457-7708Attorney to be Noticed<br><br>Elizabeth S. Smith<br>Lead Attorney<br><br>Motley Rice LLC (SC)<br>28 Bridgeside BoulevardP.O. Box 1792<br>Mount Pleasant, SC 29465<br>USA<br>Phone: (843)216-9240Fax: (843)216-9430Attorney to be Noticed<br><br>George R. Blakey<br>Lead Attorney<br><br>One Notre Dame Circle<br>Notre Dame, IN 46556<br>USA<br>Phone: (574)631-5717Attorney to be Noticed |

Page 444 of 933

Case 2:16-cv-08405-DSF-MRW: Document 108-1 Filed 05/16/07   Page 764 of 883   Page ID
#:10611
Case 2:16-cv-08405-DSF-MRW: Document Attachment on September 25/16/07

## Litigants                                        ## Attorneys

Harry Huge
Lead Attorney

Harry Huge Law Firm, L.L.P.
1001 Pennsylvania Avenue, NW7th Floor
Washington, DC 20004
USA
Phone: (202)624-3932Fax: (843)720-8794Attorney to be
Noticed

Jack D. Cordray
Lead Attorney

Cordray Law Firm
Post Office Drawer 22857
Charleston, SC 29413
USA
Phone: (843)577-9761Fax: (843)853-6330Attorney to be
Noticed

Jayne Conroy
Lead Attorney

Hanly Conroy Bierstein Sheridan Fisher & Hayes, LLP
112 Madison Avenue
New York, NY 10016
USA
Phone: (212)784-6402Fax: (212)784-6400Attorney to be
Noticed

Jeffrey Scott Thompson
Lead Attorney

Motley Rice, L.L.C.
28 Bridgeside Boulevard
Mount Pleasant, SC 29464
USA
Phone: (843)216-9000Attorney to be Noticed

Jodi Westbrook Flowers
Lead Attorney

Motley Rice LLC (SC)
28 Bridgeside BoulevardP.O. Box 1792
Mount Pleasant, SC 29465
USA
Phone: (843)216-9163Fax: (843)216-9680Attorney to be
Noticed

John Davis Lee
Lead Attorney

Law Offices of J D Lee
422 S.Gay Street
Knoxville, TN 37902
USA
Phone: (865)544-4101Fax: (865)544-0536Attorney to be
Noticed

| Litigants | Attorneys |
|---|---|
| | Robert D. Brain<br>Lead Attorney<br><br>Howarth and Smith (LA)<br>523 West Sixth Street, Suite 728<br>Los Angeles, CA 90014<br>USA<br>Phone: (213)955-9400Fax: (213)622-9400Attorney to be Noticed<br><br>Robert Turner Haefele<br>Lead Attorney<br><br>Motley Rice LLC (SC)<br>28 Bridgeside BoulevardP.O. Box 1792<br>Mount Pleasant, SC 29465<br>USA<br>Phone: (843)216-9184Fax: (843)216-9450Attorney to be Noticed<br><br>Ronald L. Motley<br>Lead Attorney<br><br>Motley Rice LLC (SC)<br>28 Bridgeside BoulevardP.O. Box 1792<br>Mount Pleasant, SC 29465<br>USA<br>Phone: (843)216-9000Fax: (843)216-9680Attorney to be Noticed<br><br>Suzelle M Smith<br>Lead Attorney<br><br>Howarth and Smith (LA)<br>523 West Sixth Street, Suite 728<br>Los Angeles, CA 90014<br>USA<br>Phone: (212)955-9400Fax: (213)622-0791Attorney to be Noticed |
| George Bonomo: in his own right as the Brother of Yvonne Bonomo,deceased<br>**Plaintiff** | David C. Lee<br>Lead Attorney<br><br>Law Offices of J D Lee<br>422 S.Gay Street<br>Knoxville, TN 37902<br>USA<br>Phone: (865)544-4101Attorney to be Noticed<br><br>Don Howarth<br>Lead Attorney<br><br>Howarth and Smith (LA)<br>523 West Sixth Street, Suite 728<br>Los Angeles, CA 90014<br>USA<br>Phone: (213)955-9400Fax: (213)622-9400Attorney to be Noticed |

| Litigants | Attorneys |
|---|---|
| | Donald A. Migliori<br>Lead Attorney<br><br>Motley Rice LLC (SC)<br>28 Bridgeside BoulevardP.O. Box 1792<br>Mount Pleasant, SC 29465<br>USA<br>Phone: (401)457-7700Fax: (401)457-7708Attorney to be Noticed<br><br>Elizabeth S. Smith<br>Lead Attorney<br><br>Motley Rice LLC (SC)<br>28 Bridgeside BoulevardP.O. Box 1792<br>Mount Pleasant, SC 29465<br>USA<br>Phone: (843)216-9240Fax: (843)216-9430Attorney to be Noticed<br><br>George R. Blakey<br>Lead Attorney<br><br>One Notre Dame Circle<br>Notre Dame, IN 46556<br>USA<br>Phone: (574)631-5717Attorney to be Noticed<br><br>Harry Huge<br>Lead Attorney<br><br>Harry Huge Law Firm, L.L.P.<br>1001 Pennsylvania Avenue, NW7th Floor<br>Washington, DC 20004<br>USA<br>Phone: (202)624-3932Fax: (843)720-8794Attorney to be Noticed<br><br>Jack D. Cordray<br>Lead Attorney<br><br>Cordray Law Firm<br>Post Office Drawer 22857<br>Charleston, SC 29413<br>USA<br>Phone: (843)577-9761Fax: (843)853-6330Attorney to be Noticed<br><br>Jayne Conroy<br>Lead Attorney<br><br>Hanly Conroy Bierstein Sheridan Fisher & Hayes, LLP<br>112 Madison Avenue<br>New York, NY 10016<br>USA<br>Phone: (212)784-6402Fax: (212)784-6400Attorney to be Noticed |

## Litigants

## Attorneys

Jeffrey Scott Thompson
Lead Attorney

Motley Rice, L.L.C.
28 Bridgeside Boulevard
Mount Pleasant, SC 29464
USA
Phone: (843)216-9000Attorney to be Noticed

Jodi Westbrook Flowers
Lead Attorney

Motley Rice LLC (SC)
28 Bridgeside BoulevardP.O. Box 1792
Mount Pleasant, SC 29465
USA
Phone: (843)216-9163Fax: (843)216-9680Attorney to be Noticed

John Davis Lee
Lead Attorney

Law Offices of J D Lee
422 S.Gay Street
Knoxville, TN 37902
USA
Phone: (865)544-4101Fax: (865)544-0536Attorney to be Noticed

Robert D. Brain
Lead Attorney

Howarth and Smith (LA)
523 West Sixth Street, Suite 728
Los Angeles, CA 90014
USA
Phone: (213)955-9400Fax: (213)622-9400Attorney to be Noticed

Robert Turner Haefele
Lead Attorney

Motley Rice LLC (SC)
28 Bridgeside BoulevardP.O. Box 1792
Mount Pleasant, SC 29465
USA
Phone: (843)216-9184Fax: (843)216-9450Attorney to be Noticed

Ronald L. Motley
Lead Attorney

Motley Rice LLC (SC)
28 Bridgeside BoulevardP.O. Box 1792
Mount Pleasant, SC 29465
USA
Phone: (843)216-9000Fax: (843)216-9680Attorney to be Noticed

| Litigants | Attorneys |
|---|---|
| | Suzelle M Smith<br>Lead Attorney<br><br>Howarth and Smith (LA)<br>523 West Sixth Street, Suite 728<br>Los Angeles, CA 90014<br>USA<br>Phone: (212)955-9400Fax: (213)622-0791Attorney to be Noticed |
| Sharon Booker: in her own right, on behalf of the Minor Children, and as the Representative of the Estate of Sean Booker, deceased<br>**Plaintiff** | David C. Lee<br>Lead Attorney<br><br>Law Offices of J D Lee<br>422 S.Gay Street<br>Knoxville, TN 37902<br>USA<br>Phone: (865)544-4101Attorney to be Noticed<br><br>Don Howarth<br>Lead Attorney<br><br>Howarth and Smith (LA)<br>523 West Sixth Street, Suite 728<br>Los Angeles, CA 90014<br>USA<br>Phone: (213)955-9400Fax: (213)622-9400Attorney to be Noticed<br><br>Donald A. Migliori<br>Lead Attorney<br><br>Motley Rice LLC (SC)<br>28 Bridgeside BoulevardP.O. Box 1792<br>Mount Pleasant, SC 29465<br>USA<br>Phone: (401)457-7700Fax: (401)457-7708Attorney to be Noticed<br><br>Elizabeth S. Smith<br>Lead Attorney<br><br>Motley Rice LLC (SC)<br>28 Bridgeside BoulevardP.O. Box 1792<br>Mount Pleasant, SC 29465<br>USA<br>Phone: (843)216-9240Fax: (843)216-9430Attorney to be Noticed<br><br>George R. Blakey<br>Lead Attorney<br><br>One Notre Dame Circle<br>Notre Dame, IN 46556<br>USA<br>Phone: (574)631-5717Attorney to be Noticed<br><br>Harry Huge |

| Litigants | Attorneys |
|---|---|
| | Lead Attorney |

Harry Huge Law Firm, L.L.P.
1001 Pennsylvania Avenue, NW7th Floor
Washington, DC 20004
USA
Phone: (202)624-3932Fax: (843)720-8794Attorney to be
Noticed

Jack D. Cordray
Lead Attorney

Cordray Law Firm
Post Office Drawer 22857
Charleston, SC 29413
USA
Phone: (843)577-9761Fax: (843)853-6330Attorney to be
Noticed

Jayne Conroy
Lead Attorney

Hanly Conroy Bierstein Sheridan Fisher & Hayes, LLP
112 Madison Avenue
New York, NY 10016
USA
Phone: (212)784-6402Fax: (212)784-6400Attorney to be
Noticed

Jeffrey Scott Thompson
Lead Attorney

Motley Rice, L.L.C.
28 Bridgeside Boulevard
Mount Pleasant, SC 29464
USA
Phone: (843)216-9000Attorney to be Noticed

Jodi Westbrook Flowers
Lead Attorney

Motley Rice LLC (SC)
28 Bridgeside BoulevardP.O. Box 1792
Mount Pleasant, SC 29465
USA
Phone: (843)216-9163Fax: (843)216-9680Attorney to be
Noticed

John Davis Lee
Lead Attorney

Law Offices of J D Lee
422 S.Gay Street
Knoxville, TN 37902
USA
Phone: (865)544-4101Fax: (865)544-0536Attorney to be
Noticed

Robert D. Brain

| Litigants | Attorneys |
|-----------|-----------|
| | Lead Attorney |
| | Howarth and Smith (LA) |
| | 523 West Sixth Street, Suite 728 |
| | Los Angeles, CA 90014 |
| | USA |
| | Phone: (213)955-9400Fax: (213)622-9400Attorney to be Noticed |
| | Robert Turner Haefele |
| | Lead Attorney |
| | Motley Rice LLC (SC) |
| | 28 Bridgeside BoulevardP.O. Box 1792 |
| | Mount Pleasant, SC 29465 |
| | USA |
| | Phone: (843)216-9184Fax: (843)216-9450Attorney to be Noticed |
| | Ronald L. Motley |
| | Lead Attorney |
| | Motley Rice LLC (SC) |
| | 28 Bridgeside BoulevardP.O. Box 1792 |
| | Mount Pleasant, SC 29465 |
| | USA |
| | Phone: (843)216-9000Fax: (843)216-9680Attorney to be Noticed |
| | Suzelle M Smith |
| | Lead Attorney |
| | Howarth and Smith (LA) |
| | 523 West Sixth Street, Suite 728 |
| | Los Angeles, CA 90014 |
| | USA |
| | Phone: (212)955-9400Fax: (213)622-0791Attorney to be Noticed |
| Rose Booker: in her own right as the Mother of Sean Booker, deceased **Plaintiff** | David C. Lee |
| | Lead Attorney |
| | Law Offices of J D Lee |
| | 422 S.Gay Street |
| | Knoxville, TN 37902 |
| | USA |
| | Phone: (865)544-4101Attorney to be Noticed |
| | Don Howarth |
| | Lead Attorney |
| | Howarth and Smith (LA) |
| | 523 West Sixth Street, Suite 728 |
| | Los Angeles, CA 90014 |
| | USA |
| | Phone: (213)955-9400Fax: (213)622-9400Attorney to be Noticed |
| | Donald A. Migliori |

| Litigants | Attorneys |
|---|---|
| | Lead Attorney |

Motley Rice LLC (SC)
28 Bridgeside BoulevardP.O. Box 1792
Mount Pleasant, SC 29465
USA
Phone: (401)457-7700Fax: (401)457-7708Attorney to be Noticed

Elizabeth S. Smith
Lead Attorney

Motley Rice LLC (SC)
28 Bridgeside BoulevardP.O. Box 1792
Mount Pleasant, SC 29465
USA
Phone: (843)216-9240Fax: (843)216-9430Attorney to be Noticed

George R. Blakey
Lead Attorney

One Notre Dame Circle
Notre Dame, IN 46556
USA
Phone: (574)631-5717Attorney to be Noticed

Harry Huge
Lead Attorney

Harry Huge Law Firm, L.L.P.
1001 Pennsylvania Avenue, NW7th Floor
Washington, DC 20004
USA
Phone: (202)624-3932Fax: (843)720-8794Attorney to be Noticed

Jack D. Cordray
Lead Attorney

Cordray Law Firm
Post Office Drawer 22857
Charleston, SC 29413
USA
Phone: (843)577-9761Fax: (843)853-6330Attorney to be Noticed

Jayne Conroy
Lead Attorney

Hanly Conroy Bierstein Sheridan Fisher & Hayes, LLP
112 Madison Avenue
New York, NY 10016
USA
Phone: (212)784-6402Fax: (212)784-6400Attorney to be Noticed

Jeffrey Scott Thompson
Lead Attorney

## Litigants

## Attorneys

Motley Rice, L.L.C.
28 Bridgeside Boulevard
Mount Pleasant, SC 29464
USA
Phone: (843)216-9000Attorney to be Noticed

Jodi Westbrook Flowers
Lead Attorney

Motley Rice LLC (SC)
28 Bridgeside BoulevardP.O. Box 1792
Mount Pleasant, SC 29465
USA
Phone: (843)216-9163Fax: (843)216-9680Attorney to be Noticed

John Davis Lee
Lead Attorney

Law Offices of J D Lee
422 S.Gay Street
Knoxville, TN 37902
USA
Phone: (865)544-4101Fax: (865)544-0536Attorney to be Noticed

Robert D. Brain
Lead Attorney

Howarth and Smith (LA)
523 West Sixth Street, Suite 728
Los Angeles, CA 90014
USA
Phone: (213)955-9400Fax: (213)622-9400Attorney to be Noticed

Robert Turner Haefele
Lead Attorney

Motley Rice LLC (SC)
28 Bridgeside BoulevardP.O. Box 1792
Mount Pleasant, SC 29465
USA
Phone: (843)216-9184Fax: (843)216-9450Attorney to be Noticed

Ronald L. Motley
Lead Attorney

Motley Rice LLC (SC)
28 Bridgeside BoulevardP.O. Box 1792
Mount Pleasant, SC 29465
USA
Phone: (843)216-9000Fax: (843)216-9680Attorney to be Noticed

Suzelle M Smith
Lead Attorney

EXHIBIT 8, PAGE 924

| Litigants | Attorneys |
|---|---|
| | Howarth and Smith (LA)<br>523 West Sixth Street, Suite 728<br>Los Angeles, CA 90014<br>USA<br>Phone: (212)955-9400Fax: (213)622-0791Attorney to be Noticed |
| Desiree A. Gerasimovich: in her own right as the Sister of Pamela J. Boyce, deceased<br>**Plaintiff** | David C. Lee<br>Lead Attorney |
| | Law Offices of J D Lee<br>422 S.Gay Street<br>Knoxville, TN 37902<br>USA<br>Phone: (865)544-4101Attorney to be Noticed |
| | Don Howarth<br>Lead Attorney |
| | Howarth and Smith (LA)<br>523 West Sixth Street, Suite 728<br>Los Angeles, CA 90014<br>USA<br>Phone: (213)955-9400Fax: (213)622-9400Attorney to be Noticed |
| | Donald A. Migliori<br>Lead Attorney |
| | Motley Rice LLC (SC)<br>28 Bridgeside BoulevardP.O. Box 1792<br>Mount Pleasant, SC 29465<br>USA<br>Phone: (401)457-7700Fax: (401)457-7708Attorney to be Noticed |
| | Elizabeth S. Smith<br>Lead Attorney |
| | Motley Rice LLC (SC)<br>28 Bridgeside BoulevardP.O. Box 1792<br>Mount Pleasant, SC 29465<br>USA<br>Phone: (843)216-9240Fax: (843)216-9430Attorney to be Noticed |
| | George R. Blakey<br>Lead Attorney |
| | One Notre Dame Circle<br>Notre Dame, IN 46556<br>USA<br>Phone: (574)631-5717Attorney to be Noticed |
| | Harry Huge<br>Lead Attorney |
| | Harry Huge Law Firm, L.L.P. |

EXHIBIT 8, PAGE 925

## Litigants

## Attorneys

1001 Pennsylvania Avenue, NW7th Floor
Washington, DC 20004
USA
Phone: (202)624-3932Fax: (843)720-8794Attorney to be
Noticed

Jack D. Cordray
Lead Attorney

Cordray Law Firm
Post Office Drawer 22857
Charleston, SC 29413
USA
Phone: (843)577-9761Fax: (843)853-6330Attorney to be
Noticed

Jayne Conroy
Lead Attorney

Hanly Conroy Bierstein Sheridan Fisher & Hayes, LLP
112 Madison Avenue
New York, NY 10016
USA
Phone: (212)784-6402Fax: (212)784-6400Attorney to be
Noticed

Jeffrey Scott Thompson
Lead Attorney

Motley Rice, L.L.C.
28 Bridgeside Boulevard
Mount Pleasant, SC 29464
USA
Phone: (843)216-9000Attorney to be Noticed

Jodi Westbrook Flowers
Lead Attorney

Motley Rice LLC (SC)
28 Bridgeside BoulevardP.O. Box 1792
Mount Pleasant, SC 29465
USA
Phone: (843)216-9163Fax: (843)216-9680Attorney to be
Noticed

John Davis Lee
Lead Attorney

Law Offices of J D Lee
422 S.Gay Street
Knoxville, TN 37902
USA
Phone: (865)544-4101Fax: (865)544-0536Attorney to be
Noticed

Robert D. Brain
Lead Attorney

Howarth and Smith (LA)

| Litigants | Attorneys |
|---|---|
| | 523 West Sixth Street, Suite 728<br>Los Angeles, CA 90014<br>USA<br>Phone: (213)955-9400Fax: (213)622-9400Attorney to be Noticed<br><br>Robert Turner Haefele<br>Lead Attorney<br><br>Motley Rice LLC (SC)<br>28 Bridgeside BoulevardP.O. Box 1792<br>Mount Pleasant, SC 29465<br>USA<br>Phone: (843)216-9184Fax: (843)216-9450Attorney to be Noticed<br><br>Ronald L. Motley<br>Lead Attorney<br><br>Motley Rice LLC (SC)<br>28 Bridgeside BoulevardP.O. Box 1792<br>Mount Pleasant, SC 29465<br>USA<br>Phone: (843)216-9000Fax: (843)216-9680Attorney to be Noticed<br><br>Suzelle M Smith<br>Lead Attorney<br><br>Howarth and Smith (LA)<br>523 West Sixth Street, Suite 728<br>Los Angeles, CA 90014<br>USA<br>Phone: (212)955-9400Fax: (213)622-0791Attorney to be Noticed |
| Susan Brady: as the Representative of the Estate of Gavin Cushny, deceased<br>**Plaintiff** | David C. Lee<br>Lead Attorney<br><br>Law Offices of J D Lee<br>422 S.Gay Street<br>Knoxville, TN 37902<br>USA<br>Phone: (865)544-4101Attorney to be Noticed<br><br>Don Howarth<br>Lead Attorney<br><br>Howarth and Smith (LA)<br>523 West Sixth Street, Suite 728<br>Los Angeles, CA 90014<br>USA<br>Phone: (213)955-9400Fax: (213)622-9400Attorney to be Noticed<br><br>Donald A. Migliori<br>Lead Attorney<br><br>Motley Rice LLC (SC) |

Page 456 of 933

Case 2:16-cv-00405-DWS-MRW   Document 103-1 Re: Document Attacks on September 11, 2007   Filed 05/16/07   Page 776 of 883   Page ID #:10623

| Litigants | Attorneys |
|-----------|-----------|
|           |           |

28 Bridgeside BoulevardP.O. Box 1792
Mount Pleasant, SC 29465
USA
Phone: (401)457-7700Fax: (401)457-7708Attorney to be Noticed

Elizabeth S. Smith
Lead Attorney

Motley Rice LLC (SC)
28 Bridgeside BoulevardP.O. Box 1792
Mount Pleasant, SC 29465
USA
Phone: (843)216-9240Fax: (843)216-9430Attorney to be Noticed

George R. Blakey
Lead Attorney

One Notre Dame Circle
Notre Dame, IN 46556
USA
Phone: (574)631-5717Attorney to be Noticed

Harry Huge
Lead Attorney

Harry Huge Law Firm, L.L.P.
1001 Pennsylvania Avenue, NW7th Floor
Washington, DC 20004
USA
Phone: (202)624-3932Fax: (843)720-8794Attorney to be Noticed

Jack D. Cordray
Lead Attorney

Cordray Law Firm
Post Office Drawer 22857
Charleston, SC 29413
USA
Phone: (843)577-9761Fax: (843)853-6330Attorney to be Noticed

Jayne Conroy
Lead Attorney

Hanly Conroy Bierstein Sheridan Fisher & Hayes, LLP
112 Madison Avenue
New York, NY 10016
USA
Phone: (212)784-6402Fax: (212)784-6400Attorney to be Noticed

Jeffrey Scott Thompson
Lead Attorney

Motley Rice, L.L.C.
28 Bridgeside Boulevard

## Litigants

## Attorneys

Mount Pleasant, SC 29464
USA
Phone: (843)216-9000Attorney to be Noticed

Jodi Westbrook Flowers
Lead Attorney

Motley Rice LLC (SC)
28 Bridgeside BoulevardP.O. Box 1792
Mount Pleasant, SC 29465
USA
Phone: (843)216-9163Fax: (843)216-9680Attorney to be Noticed

John Davis Lee
Lead Attorney

Law Offices of J D Lee
422 S.Gay Street
Knoxville, TN 37902
USA
Phone: (865)544-4101Fax: (865)544-0536Attorney to be Noticed

Robert D. Brain
Lead Attorney

Howarth and Smith (LA)
523 West Sixth Street, Suite 728
Los Angeles, CA 90014
USA
Phone: (213)955-9400Fax: (213)622-9400Attorney to be Noticed

Robert Turner Haefele
Lead Attorney

Motley Rice LLC (SC)
28 Bridgeside BoulevardP.O. Box 1792
Mount Pleasant, SC 29465
USA
Phone: (843)216-9184Fax: (843)216-9450Attorney to be Noticed

Ronald L. Motley
Lead Attorney

Motley Rice LLC (SC)
28 Bridgeside BoulevardP.O. Box 1792
Mount Pleasant, SC 29465
USA
Phone: (843)216-9000Fax: (843)216-9680Attorney to be Noticed

Suzelle M Smith
Lead Attorney

Howarth and Smith (LA)
523 West Sixth Street, Suite 728

## Litigants

## Attorneys

Los Angeles, CA 90014
USA
Phone: (212)955-9400Fax: (213)622-0791Attorney to be Noticed

Kathleen M. Buckley: in her own right as the Mother, on behalf of the Minor Children, and as the Representative of the Dennis Buckley, deceased
**Plaintiff**

David C. Lee
Lead Attorney

Law Offices of J D Lee
422 S.Gay Street
Knoxville, TN 37902
USA
Phone: (865)544-4101Attorney to be Noticed

Don Howarth
Lead Attorney

Howarth and Smith (LA)
523 West Sixth Street, Suite 728
Los Angeles, CA 90014
USA
Phone: (213)955-9400Fax: (213)622-9400Attorney to be Noticed

Donald A. Migliori
Lead Attorney

Motley Rice LLC (SC)
28 Bridgeside BoulevardP.O. Box 1792
Mount Pleasant, SC 29465
USA
Phone: (401)457-7700Fax: (401)457-7708Attorney to be Noticed

Elizabeth S. Smith
Lead Attorney

Motley Rice LLC (SC)
28 Bridgeside BoulevardP.O. Box 1792
Mount Pleasant, SC 29465
USA
Phone: (843)216-9240Fax: (843)216-9430Attorney to be Noticed

George R. Blakey
Lead Attorney

One Notre Dame Circle
Notre Dame, IN 46556
USA
Phone: (574)631-5717Attorney to be Noticed

Harry Huge
Lead Attorney

Harry Huge Law Firm, L.L.P.
1001 Pennsylvania Avenue, NW7th Floor
Washington, DC 20004
USA

| Litigants | Attorneys |
|-----------|-----------|
| | Phone: (202)624-3932Fax: (843)720-8794Attorney to be Noticed |

Jack D. Cordray
Lead Attorney

Cordray Law Firm
Post Office Drawer 22857
Charleston, SC 29413
USA
Phone: (843)577-9761Fax: (843)853-6330Attorney to be Noticed

Jayne Conroy
Lead Attorney

Hanly Conroy Bierstein Sheridan Fisher & Hayes, LLP
112 Madison Avenue
New York, NY 10016
USA
Phone: (212)784-6402Fax: (212)784-6400Attorney to be Noticed

Jeffrey Scott Thompson
Lead Attorney

Motley Rice, L.L.C.
28 Bridgeside Boulevard
Mount Pleasant, SC 29464
USA
Phone: (843)216-9000Attorney to be Noticed

Jodi Westbrook Flowers
Lead Attorney

Motley Rice LLC (SC)
28 Bridgeside BoulevardP.O. Box 1792
Mount Pleasant, SC 29465
USA
Phone: (843)216-9163Fax: (843)216-9680Attorney to be Noticed

John Davis Lee
Lead Attorney

Law Offices of J D Lee
422 S.Gay Street
Knoxville, TN 37902
USA
Phone: (865)544-4101Fax: (865)544-0536Attorney to be Noticed

Robert D. Brain
Lead Attorney

Howarth and Smith (LA)
523 West Sixth Street, Suite 728
Los Angeles, CA 90014
USA

| Litigants | Attorneys |
|---|---|
| | Phone: (213)955-9400Fax: (213)622-9400Attorney to be Noticed |
| | Robert Turner Haefele<br>Lead Attorney |
| | Motley Rice LLC (SC)<br>28 Bridgeside BoulevardP.O. Box 1792<br>Mount Pleasant, SC 29465<br>USA<br>Phone: (843)216-9184Fax: (843)216-9450Attorney to be Noticed |
| | Suzelle M Smith<br>Lead Attorney |
| | Howarth and Smith (LA)<br>523 West Sixth Street, Suite 728<br>Los Angeles, CA 90014<br>USA<br>Phone: (212)955-9400Fax: (213)622-0791Attorney to be Noticed |
| Jane M. Smithwick: in her own right as the Sister of Dennis Buckley, deceased<br>**Plaintiff** | David C. Lee<br>Lead Attorney |
| | Law Offices of J D Lee<br>422 S.Gay Street<br>Knoxville, TN 37902<br>USA<br>Phone: (865)544-4101Attorney to be Noticed |
| | Don Howarth<br>Lead Attorney |
| | Howarth and Smith (LA)<br>523 West Sixth Street, Suite 728<br>Los Angeles, CA 90014<br>USA<br>Phone: (213)955-9400Fax: (213)622-9400Attorney to be Noticed |
| | Donald A. Migliori<br>Lead Attorney |
| | Motley Rice LLC (SC)<br>28 Bridgeside BoulevardP.O. Box 1792<br>Mount Pleasant, SC 29465<br>USA<br>Phone: (401)457-7700Fax: (401)457-7708Attorney to be Noticed |
| | Elizabeth S. Smith<br>Lead Attorney |
| | Motley Rice LLC (SC)<br>28 Bridgeside BoulevardP.O. Box 1792<br>Mount Pleasant, SC 29465<br>USA |

| Litigants | Attorneys |
|-----------|-----------|
| | Phone: (843)216-9240Fax: (843)216-9430Attorney to be Noticed |

George R. Blakey
Lead Attorney

One Notre Dame Circle
Notre Dame, IN 46556
USA
Phone: (574)631-5717Attorney to be Noticed

Harry Huge
Lead Attorney

Harry Huge Law Firm, L.L.P.
1001 Pennsylvania Avenue, NW7th Floor
Washington, DC 20004
USA
Phone: (202)624-3932Fax: (843)720-8794Attorney to be Noticed

Jack D. Cordray
Lead Attorney

Cordray Law Firm
Post Office Drawer 22857
Charleston, SC 29413
USA
Phone: (843)577-9761Fax: (843)853-6330Attorney to be Noticed

Jayne Conroy
Lead Attorney

Hanly Conroy Bierstein Sheridan Fisher & Hayes, LLP
112 Madison Avenue
New York, NY 10016
USA
Phone: (212)784-6402Fax: (212)784-6400Attorney to be Noticed

Jeffrey Scott Thompson
Lead Attorney

Motley Rice, L.L.C.
28 Bridgeside Boulevard
Mount Pleasant, SC 29464
USA
Phone: (843)216-9000Attorney to be Noticed

Jodi Westbrook Flowers
Lead Attorney

Motley Rice LLC (SC)
28 Bridgeside BoulevardP.O. Box 1792
Mount Pleasant, SC 29465
USA
Phone: (843)216-9163Fax: (843)216-9680Attorney to be Noticed

| Litigants | Attorneys |
|---|---|
| | John Davis Lee<br>Lead Attorney<br><br>Law Offices of J D Lee<br>422 S.Gay Street<br>Knoxville, TN 37902<br>USA<br>Phone: (865)544-4101Fax: (865)544-0536Attorney to be Noticed<br><br>Robert D. Brain<br>Lead Attorney<br><br>Howarth and Smith (LA)<br>523 West Sixth Street, Suite 728<br>Los Angeles, CA 90014<br>USA<br>Phone: (213)955-9400Fax: (213)622-9400Attorney to be Noticed<br><br>Robert Turner Haefele<br>Lead Attorney<br><br>Motley Rice LLC (SC)<br>28 Bridgeside BoulevardP.O. Box 1792<br>Mount Pleasant, SC 29465<br>USA<br>Phone: (843)216-9184Fax: (843)216-9450Attorney to be Noticed<br><br>Ronald L. Motley<br>Lead Attorney<br><br>Motley Rice LLC (SC)<br>28 Bridgeside BoulevardP.O. Box 1792<br>Mount Pleasant, SC 29465<br>USA<br>Phone: (843)216-9000Fax: (843)216-9680Attorney to be Noticed<br><br>Suzelle M Smith<br>Lead Attorney<br><br>Howarth and Smith (LA)<br>523 West Sixth Street, Suite 728<br>Los Angeles, CA 90014<br>USA<br>Phone: (212)955-9400Fax: (213)622-0791Attorney to be Noticed |
| Javier Burgos: in his own right as an injured party<br>**Plaintiff** | David C. Lee<br>Lead Attorney<br><br>Law Offices of J D Lee<br>422 S.Gay Street<br>Knoxville, TN 37902<br>USA<br>Phone: (865)544-4101Attorney to be Noticed |

| Litigants | Attorneys |
|---|---|
| | Don Howarth<br>Lead Attorney<br><br>Howarth and Smith (LA)<br>523 West Sixth Street, Suite 728<br>Los Angeles, CA 90014<br>USA<br>Phone: (213)955-9400Fax: (213)622-9400Attorney to be Noticed<br><br>Donald A. Migliori<br>Lead Attorney<br><br>Motley Rice LLC (SC)<br>28 Bridgeside BoulevardP.O. Box 1792<br>Mount Pleasant, SC 29465<br>USA<br>Phone: (401)457-7700Fax: (401)457-7708Attorney to be Noticed<br><br>Elizabeth S. Smith<br>Lead Attorney<br><br>Motley Rice LLC (SC)<br>28 Bridgeside BoulevardP.O. Box 1792<br>Mount Pleasant, SC 29465<br>USA<br>Phone: (843)216-9240Fax: (843)216-9430Attorney to be Noticed<br><br>George R. Blakey<br>Lead Attorney<br><br>One Notre Dame Circle<br>Notre Dame, IN 46556<br>USA<br>Phone: (574)631-5717Attorney to be Noticed<br><br>Harry Huge<br>Lead Attorney<br><br>Harry Huge Law Firm, L.L.P.<br>1001 Pennsylvania Avenue, NW7th Floor<br>Washington, DC 20004<br>USA<br>Phone: (202)624-3932Fax: (843)720-8794Attorney to be Noticed<br><br>Jack D. Cordray<br>Lead Attorney<br><br>Cordray Law Firm<br>Post Office Drawer 22857<br>Charleston, SC 29413<br>USA<br>Phone: (843)577-9761Fax: (843)853-6330Attorney to be Noticed |

| Litigants | Attorneys |
|-----------|-----------|
|           | Jayne Conroy<br>Lead Attorney<br><br>Hanly Conroy Bierstein Sheridan Fisher & Hayes, LLP<br>112 Madison Avenue<br>New York, NY 10016<br>USA<br>Phone: (212)784-6402Fax: (212)784-6400Attorney to be Noticed<br><br>Jeffrey Scott Thompson<br>Lead Attorney<br><br>Motley Rice, L.L.C.<br>28 Bridgeside Boulevard<br>Mount Pleasant, SC 29464<br>USA<br>Phone: (843)216-9000Attorney to be Noticed<br><br>Jodi Westbrook Flowers<br>Lead Attorney<br><br>Motley Rice LLC (SC)<br>28 Bridgeside BoulevardP.O. Box 1792<br>Mount Pleasant, SC 29465<br>USA<br>Phone: (843)216-9163Fax: (843)216-9680Attorney to be Noticed<br><br>John Davis Lee<br>Lead Attorney<br><br>Law Offices of J D Lee<br>422 S.Gay Street<br>Knoxville, TN 37902<br>USA<br>Phone: (865)544-4101Fax: (865)544-0536Attorney to be Noticed<br><br>Robert D. Brain<br>Lead Attorney<br><br>Howarth and Smith (LA)<br>523 West Sixth Street, Suite 728<br>Los Angeles, CA 90014<br>USA<br>Phone: (213)955-9400Fax: (213)622-9400Attorney to be Noticed<br><br>Robert Turner Haefele<br>Lead Attorney<br><br>Motley Rice LLC (SC)<br>28 Bridgeside BoulevardP.O. Box 1792<br>Mount Pleasant, SC 29465<br>USA<br>Phone: (843)216-9184Fax: (843)216-9450Attorney to be Noticed |

| Litigants | Attorneys |
|---|---|
| | Ronald L. Motley<br>Lead Attorney<br><br>Motley Rice LLC (SC)<br>28 Bridgeside BoulevardP.O. Box 1792<br>Mount Pleasant, SC 29465<br>USA<br>Phone: (843)216-9000Fax: (843)216-9680Attorney to be Noticed<br><br>Suzelle M Smith<br>Lead Attorney<br><br>Howarth and Smith (LA)<br>523 West Sixth Street, Suite 728<br>Los Angeles, CA 90014<br>USA<br>Phone: (212)955-9400Fax: (213)622-0791Attorney to be Noticed |
| Thomas J. Meehan, III: in his own right as the father of Colleen Ann Barkow, deceased<br>**Plaintiff** | David C. Lee<br>Lead Attorney<br><br>Law Offices of J D Lee<br>422 S.Gay Street<br>Knoxville, TN 37902<br>USA<br>Phone: (865)544-4101Attorney to be Noticed<br><br>Don Howarth<br>Lead Attorney<br><br>Howarth and Smith (LA)<br>523 West Sixth Street, Suite 728<br>Los Angeles, CA 90014<br>USA<br>Phone: (213)955-9400Fax: (213)622-9400Attorney to be Noticed<br><br>Donald A. Migliori<br>Lead Attorney<br><br>Motley Rice LLC (SC)<br>28 Bridgeside BoulevardP.O. Box 1792<br>Mount Pleasant, SC 29465<br>USA<br>Phone: (401)457-7700Fax: (401)457-7708Attorney to be Noticed<br><br>Elizabeth S. Smith<br>Lead Attorney<br><br>Motley Rice LLC (SC)<br>28 Bridgeside BoulevardP.O. Box 1792<br>Mount Pleasant, SC 29465<br>USA<br>Phone: (843)216-9240Fax: (843)216-9430Attorney to be Noticed |

## Litigants

## Attorneys

George R. Blakey
Lead Attorney

One Notre Dame Circle
Notre Dame, IN 46556
USA
Phone: (574)631-5717Attorney to be Noticed

Harry Huge
Lead Attorney

Harry Huge Law Firm, L.L.P.
1001 Pennsylvania Avenue, NW7th Floor
Washington, DC 20004
USA
Phone: (202)624-3932Fax: (843)720-8794Attorney to be Noticed

Jack D. Cordray
Lead Attorney

Cordray Law Firm
Post Office Drawer 22857
Charleston, SC 29413
USA
Phone: (843)577-9761Fax: (843)853-6330Attorney to be Noticed

Jayne Conroy
Lead Attorney

Hanly Conroy Bierstein Sheridan Fisher & Hayes, LLP
112 Madison Avenue
New York, NY 10016
USA
Phone: (212)784-6402Fax: (212)784-6400Attorney to be Noticed

Jeffrey Scott Thompson
Lead Attorney

Motley Rice, L.L.C.
28 Bridgeside Boulevard
Mount Pleasant, SC 29464
USA
Phone: (843)216-9000Attorney to be Noticed

Jodi Westbrook Flowers
Lead Attorney

Motley Rice LLC (SC)
28 Bridgeside BoulevardP.O. Box 1792
Mount Pleasant, SC 29465
USA
Phone: (843)216-9163Fax: (843)216-9680Attorney to be Noticed

John Davis Lee

| Litigants | Attorneys |
|---|---|
| | Lead Attorney |
| | Law Offices of J D Lee<br>422 S.Gay Street<br>Knoxville, TN 37902<br>USA<br>Phone: (865)544-4101Fax: (865)544-0536Attorney to be Noticed |
| | Robert D. Brain<br>Lead Attorney |
| | Howarth and Smith (LA)<br>523 West Sixth Street, Suite 728<br>Los Angeles, CA 90014<br>USA<br>Phone: (213)955-9400Fax: (213)622-9400Attorney to be Noticed |
| | Robert Turner Haefele<br>Lead Attorney |
| | Motley Rice LLC (SC)<br>28 Bridgeside BoulevardP.O. Box 1792<br>Mount Pleasant, SC 29465<br>USA<br>Phone: (843)216-9184Fax: (843)216-9450Attorney to be Noticed |
| | Ronald L. Motley<br>Lead Attorney |
| | Motley Rice LLC (SC)<br>28 Bridgeside BoulevardP.O. Box 1792<br>Mount Pleasant, SC 29465<br>USA<br>Phone: (843)216-9000Fax: (843)216-9680Attorney to be Noticed |
| | Suzelle M Smith<br>Lead Attorney |
| | Howarth and Smith (LA)<br>523 West Sixth Street, Suite 728<br>Los Angeles, CA 90014<br>USA<br>Phone: (212)955-9400Fax: (213)622-0791Attorney to be Noticed |
| John C. Buckley: in his own right as the Father of Dennis Buckley, deceased<br>**Plaintiff** | David C. Lee<br>Lead Attorney |
| | Law Offices of J D Lee<br>422 S.Gay Street<br>Knoxville, TN 37902<br>USA<br>Phone: (865)544-4101Attorney to be Noticed |
| | Don Howarth |

## Litigants

## Attorneys

Lead Attorney

Howarth and Smith (LA)
523 West Sixth Street, Suite 728
Los Angeles, CA 90014
USA
Phone: (213)955-9400Fax: (213)622-9400Attorney to be
Noticed

Donald A. Migliori
Lead Attorney

Motley Rice LLC (SC)
28 Bridgeside BoulevardP.O. Box 1792
Mount Pleasant, SC 29465
USA
Phone: (401)457-7700Fax: (401)457-7708Attorney to be
Noticed

Elizabeth S. Smith
Lead Attorney

Motley Rice LLC (SC)
28 Bridgeside BoulevardP.O. Box 1792
Mount Pleasant, SC 29465
USA
Phone: (843)216-9240Fax: (843)216-9430Attorney to be
Noticed

George R. Blakey
Lead Attorney

One Notre Dame Circle
Notre Dame, IN 46556
USA
Phone: (574)631-5717Attorney to be Noticed

Harry Huge
Lead Attorney

Harry Huge Law Firm, L.L.P.
1001 Pennsylvania Avenue, NW7th Floor
Washington, DC 20004
USA
Phone: (202)624-3932Fax: (843)720-8794Attorney to be
Noticed

Jack D. Cordray
Lead Attorney

Cordray Law Firm
Post Office Drawer 22857
Charleston, SC 29413
USA
Phone: (843)577-9761Fax: (843)853-6330Attorney to be
Noticed

Jayne Conroy
Lead Attorney

| Litigants | Attorneys |
|---|---|
|  | Hanly Conroy Bierstein Sheridan Fisher & Hayes, LLP<br>112 Madison Avenue<br>New York, NY 10016<br>USA<br>Phone: (212)784-6402Fax: (212)784-6400Attorney to be Noticed<br><br>Jeffrey Scott Thompson<br>Lead Attorney<br><br>Motley Rice, L.L.C.<br>28 Bridgeside Boulevard<br>Mount Pleasant, SC 29464<br>USA<br>Phone: (843)216-9000Attorney to be Noticed<br><br>Jodi Westbrook Flowers<br>Lead Attorney<br><br>Motley Rice LLC (SC)<br>28 Bridgeside BoulevardP.O. Box 1792<br>Mount Pleasant, SC 29465<br>USA<br>Phone: (843)216-9163Fax: (843)216-9680Attorney to be Noticed<br><br>John Davis Lee<br>Lead Attorney<br><br>Law Offices of J D Lee<br>422 S.Gay Street<br>Knoxville, TN 37902<br>USA<br>Phone: (865)544-4101Fax: (865)544-0536Attorney to be Noticed<br><br>Robert D. Brain<br>Lead Attorney<br><br>Howarth and Smith (LA)<br>523 West Sixth Street, Suite 728<br>Los Angeles, CA 90014<br>USA<br>Phone: (213)955-9400Fax: (213)622-9400Attorney to be Noticed<br><br>Robert Turner Haefele<br>Lead Attorney<br><br>Motley Rice LLC (SC)<br>28 Bridgeside BoulevardP.O. Box 1792<br>Mount Pleasant, SC 29465<br>USA<br>Phone: (843)216-9184Fax: (843)216-9450Attorney to be Noticed<br><br>Ronald L. Motley<br>Lead Attorney |

| Litigants | Attorneys |
|-----------|-----------|
| | Motley Rice LLC (SC) |
| | 28 Bridgeside BoulevardP.O. Box 1792 |
| | Mount Pleasant, SC 29465 |
| | USA |
| | Phone: (843)216-9000Fax: (843)216-9680Attorney to be Noticed |

Suzelle M Smith
Lead Attorney

Howarth and Smith (LA)
523 West Sixth Street, Suite 728
Los Angeles, CA 90014
USA
Phone: (212)955-9400Fax: (213)622-0791Attorney to be Noticed

| | |
|-----------|-----------|
| Frederick Alger: as Co-Executor of the Estate of David D. Alger, Deceased and on behalf of all survivors of David D. Alger<br>**Plaintiff** | Blanca I. Rodriguez<br>Lead Attorney |

Kreindler & Kreindler
100 Park Avenue
New York, NY 10017-5590
USA
Phone: (212)687-8181Attorney to be Noticed

Brian J. Alexander
Lead Attorney

Kreindler & Kreindler
100 Park Avenue
New York, NY 10017
USA
Phone: (212)973-3411Fax: (212)972-9432Attorney to be Noticed

David Beekman
Lead Attorney

Kreindler & Kreindler
100 Park Avenue
New York, NY 10017-5590
USA
Phone: (212)687-8181Attorney to be Noticed

David Charles Cook
Lead Attorney

Kreindler & Kreindler
100 Park Avenue
New York, NY 10017
USA
Phone: (212)972-3444Fax: (212)972-9432Attorney to be Noticed

James P. Kreindler
Lead Attorney

| Litigants | Attorneys |
|---|---|
| | Kreindler & Kreindler<br>100 Park Avenue<br>New York, NY 10017<br>USA<br>Phone: (212)973-3440Fax: (212)972-9432Attorney to be Noticed<br><br>Lee S. Kreindler<br>Lead Attorney<br><br>Kreindler & Kreindler<br>100 Park Avenue<br>New York, NY 10017-5590<br>USA<br>Phone: (212)687-8181Attorney to be Noticed<br><br>Marc S. Moller<br>Lead Attorney<br><br>Kreindler & Kreindler<br>100 Park Avenue<br>New York, NY 10017<br>USA<br>Phone: (212)687-8181Fax: (212)972-9432Attorney to be Noticed<br><br>Noah H. Kushlefsky<br>Lead Attorney<br><br>Kreindler & Kreindler<br>100 Park Avenue<br>New York, NY 10017<br>USA<br>Phone: (212)687-8181Attorney to be Noticed<br><br>Robert James Spragg<br>Lead Attorney<br><br>Kreindler & Kreindler<br>100 Park Avenue<br>New York, NY 10017<br>USA<br>Phone: (212)687-8181Fax: (212)972-9432Attorney to be Noticed<br><br>Steven R. Pounian<br>Lead Attorney<br><br>Kreindler & Kreindler<br>100 Park Avenue<br>New York, NY 10017<br>USA<br>Phone: (212)687-8181Attorney to be Noticed |
| Dorothy Garcia: as Executor of the Estate of Marlyn C. Garcia, Deceased and on behalf of all survivors of Marlyn C. Garcia<br>**Plaintiff** | James P. Kreindler<br>Lead Attorney<br><br>Kreindler & Kreindler |

## Litigants

## Attorneys

100 Park Avenue
New York, NY 10017
USA
Phone: (212)973-3440Fax: (212)972-9432Attorney to be
Noticed

Mary Haag: as Fiduciary of the Estate of Gary Haag,
Deceased and on behalf of all survivors of Gary Haag
**Plaintiff**

James P. Kreindler
Lead Attorney

Kreindler & Kreindler
100 Park Avenue
New York, NY 10017
USA
Phone: (212)973-3440Fax: (212)972-9432Attorney to be
Noticed

Bettyann Martineau: as Executor of the Estate of Brian
Martineau, Deceased and on behalf of all survivors of Brian
Martineau
**Plaintiff**

James P. Kreindler
Lead Attorney

Kreindler & Kreindler
100 Park Avenue
New York, NY 10017
USA
Phone: (212)973-3440Fax: (212)972-9432Attorney to be
Noticed

Michael J. Novotny: as Co-Administrator of the Estate of
Brian C. Novotny, Deceased and on behalf of all survivors of
Brian C. Novotny
**Plaintiff**

James P. Kreindler
Lead Attorney

Kreindler & Kreindler
100 Park Avenue
New York, NY 10017
USA
Phone: (212)973-3440Fax: (212)972-9432Attorney to be
Noticed

Ernesto Barrera: as personal representative of the estate of
Ana Gloria DeBarrera, deceased and on behalf of all
survivors of Ana Gloria DeBarrera
**Plaintiff**

James P. Kreindler
Lead Attorney

Kreindler & Kreindler
100 Park Avenue
New York, NY 10017
USA
Phone: (212)973-3440Fax: (212)972-9432Attorney to be
Noticed

Sharlene M. Beckwith: as co-Administrators of the Estate os
Michele M. Reed, deceased andon behalf of all survivors of
Michele M. Reed
**Plaintiff**

James P. Kreindler
Lead Attorney

Kreindler & Kreindler
100 Park Avenue
New York, NY 10017
USA
Phone: (212)973-3440Fax: (212)972-9432Attorney to be
Noticed

| Litigants | Attorneys |
|---|---|
| Philip Lee: as Co-Administrators of the estate of Yang Der Lee, deceased and on behalf of all survivors of Yand Der Lee<br>**Plaintiff** | James P. Kreindler<br>Lead Attorney<br><br>Kreindler & Kreindler<br>100 Park Avenue<br>New York, NY 10017<br>USA<br>Phone: (212)973-3440Fax: (212)972-9432Attorney to be Noticed |
| Mei Jy Lee: as Co-Administrators of the estate of Yang Der Lee, deceased and on behalf of all survivors of Yand Der Lee<br>**Plaintiff** | James P. Kreindler<br>Lead Attorney<br><br>Kreindler & Kreindler<br>100 Park Avenue<br>New York, NY 10017<br>USA<br>Phone: (212)973-3440Fax: (212)972-9432Attorney to be Noticed |
| Hon. John Martin: as Co-Administrators of the estate of Karen Ann Martin, deceased and on behalf of all survivors of Karen Ann Martin<br>**Plaintiff** | James P. Kreindler<br>Lead Attorney<br><br>Kreindler & Kreindler<br>100 Park Avenue<br>New York, NY 10017<br>USA<br>Phone: (212)973-3440Fax: (212)972-9432Attorney to be Noticed |
| Amlin Underwriting, Ltd.<br>**Plaintiff** | Adam C. Bonin<br>Lead Attorney<br><br>Cozen O'Connor (Philadelphia)<br>1900 Market StreetThe Atrium<br>Philadelphia, PA 19103<br>USA<br>Phone: (215)665-2000Fax: (215)701-2321Attorney to be Noticed<br><br>Elliott R. Feldman<br>Lead Attorney<br><br>Cozen O'Connor (Philadelphia)<br>1900 Market StreetThe Atrium<br>Philadelphia, PA 19103<br>USA<br>Phone: (215)665-2071Fax: (215)665-2013Attorney to be Noticed<br><br>Mark T. Mullen<br>Lead Attorney<br><br>Cozen O'Connor (Philadelphia)<br>1900 Market StreetThe Atrium<br>Philadelphia, PA 19103<br>USA<br>Phone: (215)665-2091Fax: (215)665-2013Attorney to be |

## Litigants

## Attorneys

Noticed

Hiscox Dedicated Corporate Member, Ltd.
**Plaintiff**

Adam C. Bonin
Lead Attorney

Cozen O'Connor (Philadelphia)
1900 Market StreetThe Atrium
Philadelphia, PA 19103
USA
Phone: (215)665-2000Fax: (215)701-2321Attorney to be Noticed

Elliott R. Feldman
Lead Attorney

Cozen and O'Connor
The Atrium - Third Floor1900 Market Street
Philadelphia, PA 19103
USA
Phone: (215)665-2000Attorney to be Noticed

Mark T. Mullen
Lead Attorney

Cozen O'Connor (Philadelphia)
1900 Market StreetThe Atrium
Philadelphia, PA 19103
USA
Phone: (215)665-2091Fax: (215)665-2013Attorney to be Noticed

Commercial Insurance Company of Newark, N.J.
**Plaintiff**

Adam C. Bonin
Lead Attorney

Cozen O'Connor (Philadelphia)
1900 Market StreetThe Atrium
Philadelphia, PA 19103
USA
Phone: (215)665-2000Fax: (215)701-2321Attorney to be Noticed

Elliott R. Feldman
Lead Attorney

Cozen and O'Connor
The Atrium - Third Floor1900 Market Street
Philadelphia, PA 19103
USA
Phone: (215)665-2000Attorney to be Noticed

Seneca Insurance Company, Inc.
**Plaintiff**

Adam C. Bonin
Lead Attorney

Cozen O'Connor (Philadelphia)
1900 Market StreetThe Atrium
Philadelphia, PA 19103
USA
Phone: (215)665-2000Fax: (215)701-2321Attorney to be

| Litigants | Attorneys |
|---|---|
| | Noticed |
| | Elliott R. Feldman<br>Lead Attorney |
| | Cozen and O'Connor<br>The Atrium - Third Floor1900 Market Street<br>Philadelphia, PA 19103<br>USA<br>Phone: (215)665-2000Attorney to be Noticed |
| | Mark T. Mullen<br>Lead Attorney |
| | Cozen O'Connor (Philadelphia)<br>1900 Market StreetThe Atrium<br>Philadelphia, PA 19103<br>USA<br>Phone: (215)665-2091Fax: (215)665-2013Attorney to be Noticed |
| Joviana Mercado: as Administrator of the estate of Steve Mercado deceased and on behalf of all survivors of Steve Mercado<br>**Plaintiff** | James P. Kreindler<br>Lead Attorney<br><br>Kreindler & Kreindler<br>100 Park Avenue<br>New York, NY 10017<br>USA<br>Phone: (212)973-3440Fax: (212)972-9432Attorney to be Noticed |
| Linda Pascuma: as Personal Representative of the estate of Michael J. Pascuma, Jr., deceased and on behalf of all survivors of Michael J. Pascuma,<br>**Plaintiff** | James P. Kreindler<br>Lead Attorney<br><br>Kreindler & Kreindler<br>100 Park Avenue<br>New York, NY 10017<br>USA<br>Phone: (212)973-3440Fax: (212)972-9432Attorney to be Noticed |
| Theresa Regan: as Personal Representative of the estate of Donald Regan , deceased and on behalf of all survivors of Donald Regan<br>**Plaintiff** | Michael Barasch<br>Lead Attorney<br><br>Barasch McGarry Salzman Penson & Lim<br>11 Park Place<br>New York, NY 10007<br>USA<br>Phone: (212)385-8000Attorney to be Noticed |
| Maureen Santoro: as Personal Representatives of the estate of Christopher Santoro, deceased and on behalf of all survivors of Christopher Santoro<br>**Plaintiff** | Michael Barasch<br>Lead Attorney<br><br>Barasch McGarry Salzman Penson & Lim<br>11 Park Place<br>New York, NY 10007<br>USA |

| Litigants | Attorneys |
|---|---|
| | Phone: (212)385-8000Attorney to be Noticed |
| William Ellis, Jr.<br>**Plaintiff** | Michael Barasch<br>Lead Attorney<br><br>Barasch McGarry Salzman Penson & Lim<br>11 Park Place<br>New York, NY 10007<br>USA<br>Phone: (212)385-8000Attorney to be Noticed |
| Matthew T. Sellitto: in his own right and as administratix of the estate of Louis J. Minervino, deceased<br>**Plaintiff** | David C. Lee<br>Lead Attorney<br><br>Law Offices of J D Lee<br>422 S.Gay Street<br>Knoxville, TN 37902<br>USA<br>Phone: (865)544-4101Attorney to be Noticed<br><br>Don Howarth<br>Lead Attorney<br><br>Howarth and Smith (LA)<br>523 West Sixth Street, Suite 728<br>Los Angeles, CA 90014<br>USA<br>Phone: (213)955-9400Fax: (213)622-9400Attorney to be Noticed<br><br>Donald J. Winder<br>Lead Attorney<br><br>Winder & Haslam<br>175 West 200 South #400<br>Salt Lake City, UT 84111<br>USA<br>Phone: (801)322-2222Attorney to be Noticed<br><br>Jack D. Cordray<br>Lead Attorney<br><br>Cordray Law Firm<br>Post Office Drawer 22857<br>Charleston, SC 29413<br>USA<br>Phone: (843)577-9761Fax: (843)853-6330Attorney to be Noticed<br><br>John Davis Lee<br>Lead Attorney<br><br>Law Offices of J D Lee<br>422 S.Gay Street<br>Knoxville, TN 37902<br>USA<br>Phone: (865)544-4101Fax: (865)544-0536Attorney to be Noticed |

| Litigants | Attorneys |
|---|---|
| | Richard D. Burbridge<br>Lead Attorney<br><br>139 E. South Temple<br>Salt Lake City, UT 84111<br>USA<br>Phone: (801)355-6677Attorney to be Noticed<br><br>Robert D. Brain<br>Lead Attorney<br><br>Howarth and Smith (LA)<br>523 West Sixth Street, Suite 728<br>Los Angeles, CA 90014<br>USA<br>Phone: (213)955-9400Fax: (213)622-9400Attorney to be Noticed<br><br>Suzelle M Smith<br>Lead Attorney<br><br>Howarth and Smith (LA)<br>523 West Sixth Street, Suite 728<br>Los Angeles, CA 90014<br>USA<br>Phone: (212)955-9400Fax: (213)622-0791Attorney to be Noticed |
| Stephen L. Cartledge: as husband of Sandra Wright Cartledge, deceased<br>**Plaintiff** | David C. Lee<br>Lead Attorney<br><br>Law Offices of J D Lee<br>422 S.Gay Street<br>Knoxville, TN 37902<br>USA<br>Phone: (865)544-4101Attorney to be Noticed<br><br>Don Howarth<br>Lead Attorney<br><br>Howarth and Smith (LA)<br>523 West Sixth Street, Suite 728<br>Los Angeles, CA 90014<br>USA<br>Phone: (213)955-9400Fax: (213)622-9400Attorney to be Noticed<br><br>Donald J. Winder<br>Lead Attorney<br><br>Winder & Haslam<br>175 West 200 South #400<br>Salt Lake City, UT 84111<br>USA<br>Phone: (801)322-2222Attorney to be Noticed<br><br>Jack D. Cordray<br>Lead Attorney |

## Litigants

## Attorneys

Cordray Law Firm
Post Office Drawer 22857
Charleston, SC 29413
USA
Phone: (843)577-9761Fax: (843)853-6330Attorney to be Noticed

John Davis Lee
Lead Attorney

Law Offices of J D Lee
422 S.Gay Street
Knoxville, TN 37902
USA
Phone: (865)544-4101Fax: (865)544-0536Attorney to be Noticed

Richard D. Burbridge
Lead Attorney

139 E. South Temple
Salt Lake City, UT 84111
USA
Phone: (801)355-6677Attorney to be Noticed

Robert D. Brain
Lead Attorney

Howarth and Smith (LA)
523 West Sixth Street, Suite 728
Los Angeles, CA 90014
USA
Phone: (213)955-9400Fax: (213)622-9400Attorney to be Noticed

Suzelle M Smith
Lead Attorney

Howarth and Smith (LA)
523 West Sixth Street, Suite 728
Los Angeles, CA 90014
USA
Phone: (212)955-9400Fax: (213)622-0791Attorney to be Noticed

Tina Grazioso: in her own right and as executrix of the estate of John Grazioso, deceased
**Plaintiff**

David C. Lee
Lead Attorney

Law Offices of J D Lee
422 S.Gay Street
Knoxville, TN 37902
USA
Phone: (865)544-4101Attorney to be Noticed

Don Howarth
Lead Attorney

Howarth and Smith (LA)

| Litigants | Attorneys |
|---|---|
| | 523 West Sixth Street, Suite 728 Los Angeles, CA 90014 USA Phone: (213)955-9400Fax: (213)622-9400Attorney to be Noticed |

523 West Sixth Street, Suite 728
Los Angeles, CA 90014
USA
Phone: (213)955-9400Fax: (213)622-9400Attorney to be
Noticed

Donald J. Winder
Lead Attorney

Winder & Haslam
175 West 200 South #400
Salt Lake City, UT 84111
USA
Phone: (801)322-2222Attorney to be Noticed

Jack D. Cordray
Lead Attorney

Cordray Law Firm
Post Office Drawer 22857
Charleston, SC 29413
USA
Phone: (843)577-9761Fax: (843)853-6330Attorney to be
Noticed

John Davis Lee
Lead Attorney

Law Offices of J D Lee
422 S.Gay Street
Knoxville, TN 37902
USA
Phone: (865)544-4101Fax: (865)544-0536Attorney to be
Noticed

Richard D. Burbridge
Lead Attorney

139 E. South Temple
Salt Lake City, UT 84111
USA
Phone: (801)355-6677Attorney to be Noticed

Robert D. Brain
Lead Attorney

Howarth and Smith (LA)
523 West Sixth Street, Suite 728
Los Angeles, CA 90014
USA
Phone: (213)955-9400Fax: (213)622-9400Attorney to be
Noticed

Suzelle M Smith
Lead Attorney

Howarth and Smith (LA)
523 West Sixth Street, Suite 728
Los Angeles, CA 90014

| Litigants | Attorneys |
|---|---|
| | USA<br>Phone: (212)955-9400Fax: (213)622-0791Attorney to be Noticed |
| All Plaintiffs: on behalf of themselves and all others similarly situated<br>**Plaintiff** | David C. Lee<br>Lead Attorney<br><br>Law Offices of J D Lee<br>422 S.Gay Street<br>Knoxville, TN 37902<br>USA<br>Phone: (865)544-4101Attorney to be Noticed<br><br>Don Howarth<br>Lead Attorney<br><br>Howarth and Smith (LA)<br>523 West Sixth Street, Suite 728<br>Los Angeles, CA 90014<br>USA<br>Phone: (213)955-9400Fax: (213)622-9400Attorney to be Noticed<br><br>Donald A. Migliori<br>Lead Attorney<br><br>Motley Rice LLC (SC)<br>28 Bridgeside BoulevardP.O. Box 1792<br>Mount Pleasant, SC 29465<br>USA<br>Phone: (401)457-7700Fax: (401)457-7708Attorney to be Noticed<br><br>Elizabeth S. Smith<br>Lead Attorney<br><br>Motley Rice LLC (SC)<br>28 Bridgeside BoulevardP.O. Box 1792<br>Mount Pleasant, SC 29465<br>USA<br>Phone: (843)216-9240Fax: (843)216-9430Attorney to be Noticed<br><br>Harry Huge<br>Lead Attorney<br><br>Harry Huge Law Firm, L.L.P.<br>1001 Pennsylvania Avenue, NW7th Floor<br>Washington, DC 20004<br>USA<br>Phone: (202)624-3932Fax: (843)720-8794Attorney to be Noticed<br><br>Jack D. Cordray<br>Lead Attorney<br><br>Cordray Law Firm<br>Post Office Drawer 22857<br>Charleston, SC 29413 |

| Litigants | Attorneys |
|-----------|-----------|
| | USA<br>Phone: (843)577-9761Fax: (843)853-6330Attorney to be Noticed<br><br>Jeffrey Scott Thompson<br>Lead Attorney<br><br>Motley Rice, L.L.C.<br>28 Bridgeside Boulevard<br>Mount Pleasant, SC 29464<br>USA<br>Phone: (843)216-9000Attorney to be Noticed<br><br>Jodi Westbrook Flowers<br>Lead Attorney<br><br>Motley Rice LLC (SC)<br>28 Bridgeside BoulevardP.O. Box 1792<br>Mount Pleasant, SC 29465<br>USA<br>Phone: (843)216-9163Fax: (843)216-9680Attorney to be Noticed<br><br>John Davis Lee<br>Lead Attorney<br><br>Law Offices of J D Lee<br>422 S.Gay Street<br>Knoxville, TN 37902<br>USA<br>Phone: (865)544-4101Fax: (865)544-0536Attorney to be Noticed<br><br>Richard D. Burbridge<br>Lead Attorney<br><br>139 E. South Temple<br>Salt Lake City, UT 84111<br>USA<br>Phone: (801)355-6677Attorney to be Noticed<br><br>Robert D. Brain<br>Lead Attorney<br><br>Howarth and Smith (LA)<br>523 West Sixth Street, Suite 728<br>Los Angeles, CA 90014<br>USA<br>Phone: (213)955-9400Fax: (213)622-9400Attorney to be Noticed<br><br>Robert Turner Haefele<br>Lead Attorney<br><br>Motley Rice LLC (SC)<br>28 Bridgeside BoulevardP.O. Box 1792<br>Mount Pleasant, SC 29465<br>USA<br>Phone: (843)216-9184Fax: (843)216-9450Attorney to be |

| Litigants | Attorneys |
|---|---|
| | Noticed |
| | Ronald L. Motley<br>Lead Attorney |
| | Motley Rice LLC (SC)<br>28 Bridgeside BoulevardP.O. Box 1792<br>Mount Pleasant, SC 29465<br>USA<br>Phone: (843)216-9000Fax: (843)216-9680Attorney to be<br>Noticed |
| | Stephen A. Corr<br>Lead Attorney |
| | Mellon, Webster & Shelly<br>87 N. Broad Street<br>Doylestown, PA 18901<br>USA<br>Phone: (215)348-7700Fax: (215)348-0171Attorney to be<br>Noticed |
| | Suzelle M Smith<br>Lead Attorney |
| | Howarth and Smith (LA)<br>523 West Sixth Street, Suite 728<br>Los Angeles, CA 90014<br>USA<br>Phone: (212)955-9400Fax: (213)622-0791Attorney to be<br>Noticed |
| Miss Joann Meehan: in her own right as the mother of<br>Coleen Ann Barkow, deceased<br>**Plaintiff** | David C. Lee<br>Lead Attorney |
| | Law Offices of J D Lee<br>422 S.Gay Street<br>Knoxville, TN 37902<br>USA<br>Phone: (865)544-4101Attorney to be Noticed |
| | Don Howarth<br>Lead Attorney |
| | Howarth and Smith (LA)<br>523 West Sixth Street, Suite 728<br>Los Angeles, CA 90014<br>USA<br>Phone: (213)955-9400Fax: (213)622-9400Attorney to be<br>Noticed |
| | Donald A. Migliori<br>Lead Attorney |
| | Motley Rice LLC (SC)<br>28 Bridgeside BoulevardP.O. Box 1792<br>Mount Pleasant, SC 29465<br>USA<br>Phone: (401)457-7700Fax: (401)457-7708Attorney to be |

| Litigants | Attorneys |
|-----------|-----------|
|  | Noticed |

Elizabeth S. Smith
Lead Attorney

Motley Rice LLC (SC)
28 Bridgeside BoulevardP.O. Box 1792
Mount Pleasant, SC 29465
USA
Phone: (843)216-9240Fax: (843)216-9430Attorney to be Noticed

George R. Blakey
Lead Attorney

One Notre Dame Circle
Notre Dame, IN 46556
USA
Phone: (574)631-5717Attorney to be Noticed

Harry Huge
Lead Attorney

Harry Huge Law Firm, L.L.P.
1001 Pennsylvania Avenue, NW7th Floor
Washington, DC 20004
USA
Phone: (202)624-3932Fax: (843)720-8794Attorney to be Noticed

Jack D. Cordray
Lead Attorney

Cordray Law Firm
Post Office Drawer 22857
Charleston, SC 29413
USA
Phone: (843)577-9761Fax: (843)853-6330Attorney to be Noticed

Jayne Conroy
Lead Attorney

Hanly Conroy Bierstein Sheridan Fisher & Hayes, LLP
112 Madison Avenue
New York, NY 10016
USA
Phone: (212)784-6402Fax: (212)784-6400Attorney to be Noticed

Jeffrey Scott Thompson
Lead Attorney

Motley Rice, L.L.C.
28 Bridgeside Boulevard
Mount Pleasant, SC 29464
USA
Phone: (843)216-9000Attorney to be Noticed

| Litigants | Attorneys |
|-----------|-----------|
|  | Jodi Westbrook Flowers<br>Lead Attorney<br><br>Motley Rice LLC (SC)<br>28 Bridgeside BoulevardP.O. Box 1792<br>Mount Pleasant, SC 29465<br>USA<br>Phone: (843)216-9163Fax: (843)216-9680Attorney to be Noticed<br><br>John Davis Lee<br>Lead Attorney<br><br>Law Offices of J D Lee<br>422 S.Gay Street<br>Knoxville, TN 37902<br>USA<br>Phone: (865)544-4101Fax: (865)544-0536Attorney to be Noticed<br><br>Robert D. Brain<br>Lead Attorney<br><br>Howarth and Smith (LA)<br>523 West Sixth Street, Suite 728<br>Los Angeles, CA 90014<br>USA<br>Phone: (213)955-9400Fax: (213)622-9400Attorney to be Noticed<br><br>Robert Turner Haefele<br>Lead Attorney<br><br>Motley Rice LLC (SC)<br>28 Bridgeside BoulevardP.O. Box 1792<br>Mount Pleasant, SC 29465<br>USA<br>Phone: (843)216-9184Fax: (843)216-9450Attorney to be Noticed<br><br>Ronald L. Motley<br>Lead Attorney<br><br>Motley Rice LLC (SC)<br>28 Bridgeside BoulevardP.O. Box 1792<br>Mount Pleasant, SC 29465<br>USA<br>Phone: (843)216-9000Fax: (843)216-9680Attorney to be Noticed<br><br>Suzelle M Smith<br>Lead Attorney<br><br>Howarth and Smith (LA)<br>523 West Sixth Street, Suite 728<br>Los Angeles, CA 90014<br>USA<br>Phone: (212)955-9400Fax: (213)622-0791Attorney to be |

| Litigants | Attorneys |
|---|---|
| | Noticed |
| Estate of John P.O'Neill, Sr.: on behalf of Joh P. O'Neill, Sr., deceased, and on behalf of decedent's heirs-at-law **Plaintiff** | Jerry Stephen Goldman Lead Attorney |
| | Anderson Kill & Olick, P.C. 1251 Avenue of the Americas New York, NY 10020 USA Phone: (212)278-1000Fax: (212)278-1733Attorney to be Noticed |
| | Joshua M. Ambush Lead Attorney |
| | 600 Reisterstown Road Suite 200 A Baltimore, MD 21208 USA Phone: (410)484-2070Fax: (410)484-9330Attorney to be Noticed |
| | Paul G. Gaston Lead Attorney |
| | Law Offices of Paul G. Gaston 1120 19th Street, N.W.Suite 750 Washington, DC 20036 USA Phone: (202)296-5856Fax: (202)296-4154Attorney to be Noticed |
| | Roger Paul Alford Lead Attorney |
| | Pepperdine University School of Law 24255 Pacific Coast Highway Malibu, CA 90263 USA Phone: (310)506-7626Fax: (310)506-4063Attorney to be Noticed |
| | Gina Marie Mac Neill |
| | Law Offices of Jerry S. Goldman & Associates, P.C. 111 BroadwaySuite 1305 New York, NY 10006 USA Phone: (212)242-2232Fax: (212)346-4665Attorney to be Noticed |
| John Patrick O'Neill, Jr. **Plaintiff** | Jerry Stephen Goldman Lead Attorney |
| | Anderson Kill & Olick, P.C. 1251 Avenue of the Americas New York, NY 10020 USA |

## Litigants

## Attorneys

Phone: (212)278-1000Fax: (212)278-1733Attorney to be Noticed

Joshua M. Ambush
Lead Attorney

600 Reisterstown Road
Suite 200 A
Baltimore, MD 21208
USA
Phone: (410)484-2070Fax: (410)484-9330Attorney to be Noticed

Paul R. Dubinsky
Lead Attorney

Law Office of Paul Dubinsky
57 Worth Street
New York, NY 10013
USA
Attorney to be Noticed

Paul G. Gaston
Lead Attorney

Law Offices of Paul G. Gaston
1120 19th Street, N.W.Suite 750
Washington, DC 20036
USA
Phone: (202)296-5856Fax: (202)296-4154Attorney to be Noticed

Roger Paul Alford
Lead Attorney

Pepperdine University School of Law
24255 Pacific Coast Highway
Malibu, CA 90263
USA
Phone: (310)506-7626Fax: (310)506-4063Attorney to be Noticed

Gina Marie Mac Neill

Law Offices of Jerry S. Goldman & Associates, P.C.
111 BroadwaySuite 1305
New York, NY 10006
USA
Phone: (212)242-2232Fax: (212)346-4665Attorney to be Noticed

Dorothy A. O'Neill: The Estate of John Patrick O'Neill, Sr., on behalf of John Patrick O'Neill, Sr., deceased and on behalf of all decedent's heirs-at-law
**Plaintiff**

Jerry Stephen Goldman
Lead Attorney

Anderson Kill & Olick, P.C.
1251 Avenue of the Americas
New York, NY 10020
USA
Phone: (212)278-1000Fax: (212)278-1733Attorney to be

## Litigants

## Attorneys

Noticed

Joshua M. Ambush
Lead Attorney

600 Reisterstown Road
Suite 200 A
Baltimore, MD 21208
USA
Phone: (410)484-2070Fax: (410)484-9330Attorney to be Noticed

Paul R. Dubinsky
Lead Attorney

Law Office of Paul Dubinsky
57 Worth Street
New York, NY 10013
USA
Attorney to be Noticed

Paul G. Gaston
Lead Attorney

Law Offices of Paul G. Gaston
1120 19th Street, N.W.Suite 750
Washington, DC 20036
USA
Phone: (202)296-5856Fax: (202)296-4154Attorney to be Noticed

Roger Paul Alford
Lead Attorney

Pepperdine University School of Law
24255 Pacific Coast Highway
Malibu, CA 90263
USA
Phone: (310)506-7626Fax: (310)506-4063Attorney to be Noticed

Gina Marie Mac Neill

Law Offices of Jerry S. Goldman & Associates, P.C.
111 BroadwaySuite 1305
New York, NY 10006
USA
Phone: (212)242-2232Fax: (212)346-4665Attorney to be Noticed

John Does: 1-99
**Plaintiff**

Federal Insurance Company et al., Plaintiffs
**Plaintiff**

Adam C. Bonin
Lead Attorney

Cozen O'Connor (Philadelphia)
1900 Market StreetThe Atrium

## Litigants

## Attorneys

Philadelphia, PA 19103
USA
Phone: (215)665-2000Fax: (215)701-2321Attorney to be Noticed


Elliott R. Feldman

Cozen and O'Connor
The Atrium - Third Floor1900 Market Street
Philadelphia, PA 19103
USA
Phone: (215)665-2000Attorney to be Noticed

Virginia Bauer: Bauer plaintiffs
**Plaintiff**


Cantor Fitzgerald & Co.
**Plaintiff**

Kenneth L. Adams
Lead Attorney

Dickstein Shapiro LLP (DC)
1825 Eye Street, N.W.
Washington, DC 20006-5403
USA
Phone: (202)785-9700Fax: (202)998-0689Attorney to be Noticed


Andrew N. Bourne

Dickstein Shapiro LLP (NY)
1177 Avenue of the Americas
New York, NY 10036
USA
Phone: (212)277-6500Fax: (212)277-6501Attorney to be Noticed


Christopher Thomas Leonardo

Dickstein Shapiro LLP (DC)
1825 Eye Street, N.W.
Washington, DC 20006-5403
USA
Phone: (202)420-2201Fax: (202)420-2201Attorney to be Noticed


Jonathan Mark Goodman

Dickstein Shapiro LLP (NY)
1177 Avenue of Americas
New York, NY 10036
USA
Phone: (212)835-1446Fax: (212)997-9880Attorney to be Noticed


Stacey Ann Saiontz

Dickstein Shapiro LLP (NY)
1177 Avenue of the Americas
New York, NY 10036

Page 489 of 933

Case 2:16-cv-04185-RSWL-MRW Re: Document 103-1 Terrorist Attacks on September 11, 2001 Filed 05/16/17 Page 809 of 883 Page ID #:10656

| Litigants | Attorneys |
|---|---|
| | USA<br>Phone: (212)896-5446Fax: (212)997-9880Attorney to be Noticed |
| Euro Brokers Inc., et al.: Euro Brokers Inc., et al.<br>**Plaintiff** | Euro Brokers Inc., et al.<br>[PRO SE]<br><br>, |
| World Trade Center Properties LLC, et al.: World Trade Center Properties LLC, et al.<br>**Plaintiff** | World Trade Center Properties LLC, et al.<br>[PRO SE]<br><br>, |
| Cantor Fitzgerald Associates, L.P.<br>**Plaintiff** | Andrew N. Bourne<br>Lead Attorney<br><br>Dickstein Shapiro LLP (NY)<br>1177 Avenue of the Americas<br>New York, NY 10036<br>USA<br>Phone: (212)277-6500Fax: (212)277-6501Attorney to be Noticed<br><br>Kenneth L. Adams<br>Lead Attorney<br><br>Dickstein Shapiro LLP (DC)<br>1825 Eye Street, N.W.<br>Washington, DC 20006-5403<br>USA<br>Phone: (202)785-9700Fax: (202)998-0689Attorney to be Noticed<br><br>Christopher Thomas Leonardo<br><br>Dickstein Shapiro LLP (DC)<br>1825 Eye Street, N.W.<br>Washington, DC 20006-5403<br>USA<br>Phone: (202)420-2201Fax: (202)420-2201Attorney to be Noticed |
| Cantor Fitzgerald Brokerage, L.P.<br>**Plaintiff** | Andrew N. Bourne<br>Lead Attorney<br><br>Dickstein Shapiro LLP (NY)<br>1177 Avenue of the Americas<br>New York, NY 10036<br>USA<br>Phone: (212)277-6500Fax: (212)277-6501Attorney to be Noticed<br><br>Kenneth L. Adams<br>Lead Attorney<br><br>Dickstein Shapiro LLP (DC) |

| Litigants | Attorneys |
|---|---|
| | 1825 Eye Street, N.W. Washington, DC 20006-5403 USA Phone: (202)785-9700Fax: (202)998-0689Attorney to be Noticed |
| | Christopher Thomas Leonardo |
| | Dickstein Shapiro LLP (DC) 1825 Eye Street, N.W. Washington, DC 20006-5403 USA Phone: (202)420-2201Fax: (202)420-2201Attorney to be Noticed |
| **Cantor Fitzgerald, L.P.** **Plaintiff** | Andrew N. Bourne Lead Attorney |
| | Dickstein Shapiro LLP (NY) 1177 Avenue of the Americas New York, NY 10036 USA Phone: (212)277-6500Fax: (212)277-6501Attorney to be Noticed |
| | Kenneth L. Adams Lead Attorney |
| | Dickstein Shapiro LLP (DC) 1825 Eye Street, N.W. Washington, DC 20006-5403 USA Phone: (202)785-9700Fax: (202)998-0689Attorney to be Noticed |
| | Christopher Thomas Leonardo |
| | Dickstein Shapiro LLP (DC) 1825 Eye Street, N.W. Washington, DC 20006-5403 USA Phone: (202)420-2201Fax: (202)420-2201Attorney to be Noticed |
| **eSpeed Government Securities, Inc.** **Plaintiff** | Andrew N. Bourne Lead Attorney |
| | Dickstein Shapiro LLP (NY) 1177 Avenue of the Americas New York, NY 10036 USA Phone: (212)277-6500Fax: (212)277-6501Attorney to be Noticed |
| | Kenneth L. Adams Lead Attorney |
| | Dickstein Shapiro LLP (DC) |

## Litigants

## Attorneys

1825 Eye Street, N.W.
Washington, DC 20006-5403
USA
Phone: (202)785-9700Fax: (202)998-0689Attorney to be
Noticed

Christopher Thomas Leonardo

Dickstein Shapiro LLP (DC)
1825 Eye Street, N.W.
Washington, DC 20006-5403
USA
Phone: (202)420-2201Fax: (202)420-2201Attorney to be
Noticed

Espeed, Inc.
**Plaintiff**

Andrew N. Bourne
Lead Attorney

Dickstein Shapiro LLP (NY)
1177 Avenue of the Americas
New York, NY 10036
USA
Phone: (212)277-6500Fax: (212)277-6501Attorney to be
Noticed

Kenneth L. Adams
Lead Attorney

Dickstein Shapiro LLP (DC)
1825 Eye Street, N.W.
Washington, DC 20006-5403
USA
Phone: (202)785-9700Fax: (202)998-0689Attorney to be
Noticed

Christopher Thomas Leonardo

Dickstein Shapiro LLP (DC)
1825 Eye Street, N.W.
Washington, DC 20006-5403
USA
Phone: (202)420-2201Fax: (202)420-2201Attorney to be
Noticed

eSpeed Securities, Inc.
**Plaintiff**

Andrew N. Bourne
Lead Attorney

Dickstein Shapiro LLP (NY)
1177 Avenue of the Americas
New York, NY 10036
USA
Phone: (212)277-6500Fax: (212)277-6501Attorney to be
Noticed

Kenneth L. Adams
Lead Attorney

Dickstein Shapiro LLP (DC)

## Litigants

## Attorneys

1825 Eye Street, N.W.
Washington, DC 20006-5403
USA
Phone: (202)785-9700Fax: (202)998-0689Attorney to be Noticed

Christopher Thomas Leonardo

Dickstein Shapiro LLP (DC)
1825 Eye Street, N.W.
Washington, DC 20006-5403
USA
Phone: (202)420-2201Fax: (202)420-2201Attorney to be Noticed

**TradeSpark, L.P.**
**Plaintiff**

Andrew N. Bourne
Lead Attorney

Dickstein Shapiro LLP (NY)
1177 Avenue of the Americas
New York, NY 10036
USA
Phone: (212)277-6500Fax: (212)277-6501Attorney to be Noticed

Kenneth L. Adams
Lead Attorney

Dickstein Shapiro LLP (DC)
1825 Eye Street, N.W.
Washington, DC 20006-5403
USA
Phone: (202)785-9700Fax: (202)998-0689Attorney to be Noticed

**Police Officer C. O'Neill**
**Plaintiff**

Gina Marie Mac Neill
Lead Attorney

Law Offices of Jerry S. Goldman & Associates, P.C.
111 BroadwaySuite 1305
New York, NY 10006
USA
Phone: (212)242-2232Fax: (212)346-4665Attorney to be Noticed

Jerry Stephen Goldman
Lead Attorney

Anderson Kill & Olick, P.C.
1251 Avenue of the Americas
New York, NY 10020
USA
Phone: (212)278-1000Fax: (212)278-1733Attorney to be Noticed

Joshua M. Ambush
Lead Attorney

| Litigants | Attorneys |
|---|---|
| | Law Offices of Joshua M. Ambush, LLC<br>600 Reisterstown Road, Suite 200 A<br>Baltimore, MD 21208<br>USA<br>Phone: (410)484-2070Fax: (410)484-9330Attorney to be Noticed<br><br>Paul R. Dubinsky<br>Lead Attorney<br><br>Law Office of Paul Dubinsky<br>57 Worth Street<br>New York, NY 10013<br>USA<br>Attorney to be Noticed<br><br>Roger Paul Alford<br>Lead Attorney<br><br>Pepperdine University School of Law<br>24255 Pacific Coast Highway<br>Malibu, CA 90263<br>USA<br>Phone: (310)506-7626Fax: (310)506-4063Attorney to be Noticed |
| Grove Corporate, Inc.<br>**Defendant** | Christopher J. Beal<br>Lead Attorney<br><br>DLA Piper US LLP (San Diego)<br>4365 Executive DriveSuite 1100<br>San Diego, CA 92121-2133<br>USA<br>Phone: (858)638-6813Fax: (858)677-1477Attorney to be Noticed<br><br>Donna M. Sheinbach<br>Lead Attorney<br><br>DLA Piper US LLP(DC)<br>500 8th Street, N.W.,<br>Washington, DC 20004<br>USA<br>Phone: (202)238-7763Fax: (202)238-7700Attorney to be Noticed<br><br>Jay D. Hanson<br>Lead Attorney<br><br>DLA Piper US LLP (San Diego)<br>4365 Executive DriveSuite 1100<br>San Diego, CA 92121-2133<br>USA<br>Phone: (856)677-1400Attorney to be Noticed<br><br>John Joseph Walsh<br>Lead Attorney |

| Litigants | Attorneys |
|---|---|
| | Carter Ledyard & Milburn LLP<br>2 Wall Street<br>New York, NY 10005<br>USA<br>Phone: (212)238-8849Fax: (212)732-3232Attorney to be Noticed<br><br>Michael D. McNeely<br>Lead Attorney<br><br>DLA Piper US LLP(DC)<br>500 8th Street, N.W.,<br>Washington, DC 20004<br>USA<br>Phone: (202)238-7788Fax: (202)238-7700Attorney to be Noticed<br><br>Nancy Luque<br>Lead Attorney<br><br>DLA Piper US LLP (Sacramento)<br>400 Capitol MallSuite 2400<br>Sacramento, CA 95814<br>USA<br>Phone: (916)930-3283Fax: (916)930-3201Attorney to be Noticed<br><br>Steven A, Maddox<br>Lead Attorney<br><br>DLA Piper US LLP(DC)<br>500 8th Street, N.W.,<br>Washington, DC 20004<br>USA<br>Phone: (202)238-7723Fax: (202)238-7700Attorney to be Noticed<br><br>Steven Karl Barentzen<br><br>DLA Piper US LLP(DC)<br>500 8th Street, N.W.,<br>Washington, DC 20004<br>USA<br>Phone: (202)799-4500Fax: (202)799-5500Attorney to be Noticed |
| Mar-Jac Investments, Inc.<br>**Defendant** | Christopher J. Beal<br>Lead Attorney<br><br>DLA Piper US LLP (San Diego)<br>4365 Executive DriveSuite 1100<br>San Diego, CA 92121-2133<br>USA<br>Phone: (858)638-6813Fax: (858)677-1477Attorney to be Noticed<br><br>Donna M. Sheinbach<br>Lead Attorney |

EXHIBIT 8, PAGE 966

| Litigants | Attorneys |
|-----------|-----------|
| | DLA Piper US LLP(DC)<br>500 8th Street, N.W.,<br>Washington, DC 20004<br>USA<br>Phone: (202)238-7763Fax: (202)238-7700Attorney to be Noticed<br><br>Jay D. Hanson<br>Lead Attorney<br><br>DLA Piper US LLP (San Diego)<br>4365 Executive DriveSuite 1100<br>San Diego, CA 92121-2133<br>USA<br>Phone: (856)677-1400Attorney to be Noticed<br><br>John Joseph Walsh<br>Lead Attorney<br><br>Carter Ledyard & Milburn LLP<br>2 Wall Street<br>New York, NY 10005<br>USA<br>Phone: (212)238-8849Fax: (212)732-3232Attorney to be Noticed<br><br>Michael D. McNeely<br>Lead Attorney<br><br>DLA Piper US LLP(DC)<br>500 8th Street, N.W.,<br>Washington, DC 20004<br>USA<br>Phone: (202)238-7788Fax: (202)238-7700Attorney to be Noticed<br><br>Nancy Luque<br>Lead Attorney<br><br>DLA Piper US LLP (Sacramento)<br>400 Capitol MallSuite 2400<br>Sacramento, CA 95814<br>USA<br>Phone: (916)930-3283Fax: (916)930-3201Attorney to be Noticed<br><br>Steven A, Maddox<br>Lead Attorney<br><br>DLA Piper US LLP(DC)<br>500 8th Street, N.W.,<br>Washington, DC 20004<br>USA<br>Phone: (202)238-7723Fax: (202)238-7700Attorney to be Noticed<br><br>Steven Karl Barentzen |

## Litigants

## Attorneys

DLA Piper US LLP(DC)
500 8th Street, N.W.,
Washington, DC 20004
USA
Phone: (202)799-4500Fax: (202)799-5500Attorney to be Noticed

Reston Investments, Inc.
**Defendant**

Christopher J. Beal
Lead Attorney

DLA Piper US LLP (San Diego)
4365 Executive DriveSuite 1100
San Diego, CA 92121-2133
USA
Phone: (858)638-6813Fax: (858)677-1477Attorney to be Noticed

Donna M. Sheinbach
Lead Attorney

DLA Piper US LLP(DC)
500 8th Street, N.W.,
Washington, DC 20004
USA
Phone: (202)238-7763Fax: (202)238-7700Attorney to be Noticed

Jay D. Hanson
Lead Attorney

DLA Piper US LLP (San Diego)
4365 Executive DriveSuite 1100
San Diego, CA 92121-2133
USA
Phone: (856)677-1400Attorney to be Noticed

John Joseph Walsh
Lead Attorney

Carter Ledyard & Milburn LLP
2 Wall Street
New York, NY 10005
USA
Phone: (212)238-8849Fax: (212)732-3232Attorney to be Noticed

Michael D. McNeely
Lead Attorney

DLA Piper US LLP(DC)
500 8th Street, N.W.,
Washington, DC 20004
USA
Phone: (202)238-7788Fax: (202)238-7700Attorney to be Noticed

Nancy Luque
Lead Attorney

| Litigants | Attorneys |
|---|---|
| | DLA Piper US LLP (Sacramento)<br>400 Capitol MallSuite 2400<br>Sacramento, CA 95814<br>USA<br>Phone: (916)930-3283Fax: (916)930-3201Attorney to be Noticed |
| | Steven A, Maddox<br>Lead Attorney |
| | DLA Piper US LLP(DC)<br>500 8th Street, N.W.,<br>Washington, DC 20004<br>USA<br>Phone: (202)238-7723Fax: (202)238-7700Attorney to be Noticed |
| | Steven Karl Barentzen |
| | DLA Piper US LLP(DC)<br>500 8th Street, N.W.,<br>Washington, DC 20004<br>USA<br>Phone: (202)799-4500Fax: (202)799-5500Attorney to be Noticed |
| Sanabel Al-Kheer, Inc.<br>**Defendant** | Donna M. Sheinbach<br>Lead Attorney |
| | DLA Piper US LLP(DC)<br>500 8th Street, N.W.,<br>Washington, DC 20004<br>USA<br>Phone: (202)238-7763Fax: (202)238-7700Attorney to be Noticed |
| | John Joseph Walsh<br>Lead Attorney |
| | Carter Ledyard & Milburn LLP<br>2 Wall Street<br>New York, NY 10005<br>USA<br>Phone: (212)238-8849Fax: (212)732-3232Attorney to be Noticed |
| | Martin Francis McMahon<br>Lead Attorney |
| | Martin F. McMahon and Associates<br>1150 Conneticut Avenue N.W.<br>Washington, DC 20035<br>USA<br>Phone: (202)862-4343Fax: (202)862-4302Attorney to be Noticed |
| | Michael D. McNeely<br>Lead Attorney |

| Litigants | Attorneys |
|---|---|
| | DLA Piper US LLP(DC)<br>500 8th Street, N.W.,<br>Washington, DC 20004<br>USA<br>Phone: (202)238-7788 Fax: (202)238-7700 Attorney to be Noticed<br><br>Nancy Luque<br>Lead Attorney<br><br>DLA Piper US LLP (Sacramento)<br>400 Capitol Mall Suite 2400<br>Sacramento, CA 95814<br>USA<br>Phone: (916)930-3283 Fax: (916)930-3201 Attorney to be Noticed<br><br>Steven A, Maddox<br>Lead Attorney<br><br>DLA Piper US LLP(DC)<br>500 8th Street, N.W.,<br>Washington, DC 20004<br>USA<br>Phone: (202)238-7723 Fax: (202)238-7700 Attorney to be Noticed |
| Sana-Bell, Inc.<br>**Defendant** | Christopher J. Beal<br>Lead Attorney<br><br>DLA Piper US LLP (San Diego)<br>4365 Executive Drive Suite 1100<br>San Diego, CA 92121-2133<br>USA<br>Phone: (858)638-6813 Fax: (858)677-1477 Attorney to be Noticed<br><br>Donna M. Sheinbach<br>Lead Attorney<br><br>DLA Piper US LLP(DC)<br>500 8th Street, N.W.,<br>Washington, DC 20004<br>USA<br>Phone: (202)238-7763 Fax: (202)238-7700 Attorney to be Noticed<br><br>Jay D. Hanson<br>Lead Attorney<br><br>DLA Piper US LLP (San Diego)<br>4365 Executive Drive Suite 1100<br>San Diego, CA 92121-2133<br>USA<br>Phone: (856)677-1400 Attorney to be Noticed<br><br>John Joseph Walsh<br>Lead Attorney |

| Litigants | Attorneys |
|---|---|
| | Carter Ledyard & Milburn LLP<br>2 Wall Street<br>New York, NY 10005<br>USA<br>Phone: (212)238-8849Fax: (212)732-3232Attorney to be Noticed |
| | Martin Francis McMahon<br>Lead Attorney |
| | Martin F. McMahon and Associates<br>1150 Conneticut Avenue N.W.<br>Washington, DC 20035<br>USA<br>Phone: (202)862-4343Fax: (202)862-4302Attorney to be Noticed |
| | Michael D. McNeely<br>Lead Attorney |
| | DLA Piper US LLP(DC)<br>500 8th Street, N.W.,<br>Washington, DC 20004<br>USA<br>Phone: (202)238-7788Fax: (202)238-7700Attorney to be Noticed |
| | Nancy Luque<br>Lead Attorney |
| | DLA Piper US LLP (Sacramento)<br>400 Capitol MallSuite 2400<br>Sacramento, CA 95814<br>USA<br>Phone: (916)930-3283Fax: (916)930-3201Attorney to be Noticed |
| | Steven A, Maddox<br>Lead Attorney |
| | DLA Piper US LLP(DC)<br>500 8th Street, N.W.,<br>Washington, DC 20004<br>USA<br>Phone: (202)238-7723Fax: (202)238-7700Attorney to be Noticed |
| M. Omar Ashraf<br>**Defendant** | Christopher J. Beal<br>Lead Attorney |
| | DLA Piper US LLP (San Diego)<br>4365 Executive DriveSuite 1100<br>San Diego, CA 92121-2133<br>USA<br>Phone: (858)638-6813Fax: (858)677-1477Attorney to be Noticed |
| | Donna M. Sheinbach |

## Litigants

## Attorneys

Lead Attorney

DLA Piper US LLP(DC)
500 8th Street, N.W.,
Washington, DC 20004
USA
Phone: (202)238-7763Fax: (202)238-7700Attorney to be Noticed

Jay D. Hanson
Lead Attorney

DLA Piper US LLP (San Diego)
4365 Executive DriveSuite 1100
San Diego, CA 92121-2133
USA
Phone: (856)677-1400Attorney to be Noticed

John Joseph Walsh
Lead Attorney

Carter Ledyard & Milburn LLP
2 Wall Street
New York, NY 10005
USA
Phone: (212)238-8849Fax: (212)732-3232Attorney to be Noticed

Michael D. McNeely
Lead Attorney

DLA Piper US LLP(DC)
500 8th Street, N.W.,
Washington, DC 20004
USA
Phone: (202)238-7788Fax: (202)238-7700Attorney to be Noticed

Nancy Luque
Lead Attorney

DLA Piper US LLP (Sacramento)
400 Capitol MallSuite 2400
Sacramento, CA 95814
USA
Phone: (916)930-3283Fax: (916)930-3201Attorney to be Noticed

Steven A, Maddox
Lead Attorney

DLA Piper US LLP(DC)
500 8th Street, N.W.,
Washington, DC 20004
USA
Phone: (202)238-7723Fax: (202)238-7700Attorney to be Noticed

Steven Karl Barentzen

## Litigants

## Attorneys

DLA Piper US LLP(DC)
500 8th Street, N.W.,
Washington, DC 20004
USA
Phone: (202)799-4500Fax: (202)799-5500Attorney to be Noticed

M. Yaqub Mirza
**Defendant**

Christopher J. Beal
Lead Attorney

DLA Piper US LLP (San Diego)
4365 Executive DriveSuite 1100
San Diego, CA 92121-2133
USA
Phone: (858)638-6813Fax: (858)677-1477Attorney to be Noticed

Donna M. Sheinbach
Lead Attorney

DLA Piper US LLP(DC)
500 8th Street, N.W.,
Washington, DC 20004
USA
Phone: (202)238-7763Fax: (202)238-7700Attorney to be Noticed

Jay D. Hanson
Lead Attorney

DLA Piper US LLP (San Diego)
4365 Executive DriveSuite 1100
San Diego, CA 92121-2133
USA
Phone: (856)677-1400Attorney to be Noticed

John Joseph Walsh
Lead Attorney

Carter Ledyard & Milburn LLP
2 Wall Street
New York, NY 10005
USA
Phone: (212)238-8849Fax: (212)732-3232Attorney to be Noticed

Michael D. McNeely
Lead Attorney

DLA Piper US LLP(DC)
500 8th Street, N.W.,
Washington, DC 20004
USA
Phone: (202)238-7788Fax: (202)238-7700Attorney to be Noticed

Nancy Luque
Lead Attorney

| Litigants | Attorneys |
|---|---|
| | DLA Piper US LLP (Sacramento)<br>400 Capitol MallSuite 2400<br>Sacramento, CA 95814<br>USA<br>Phone: (916)930-3283Fax: (916)930-3201Attorney to be Noticed<br><br>Steven A, Maddox<br>Lead Attorney<br><br>DLA Piper US LLP(DC)<br>500 8th Street, N.W.,<br>Washington, DC 20004<br>USA<br>Phone: (202)238-7723Fax: (202)238-7700Attorney to be Noticed<br><br>Steven Karl Barentzen<br><br>DLA Piper US LLP(DC)<br>500 8th Street, N.W.,<br>Washington, DC 20004<br>USA<br>Phone: (202)799-4500Fax: (202)799-5500Attorney to be Noticed |
| Abdullah Ahmed Abdullah: also known as Abu Mariam also known as Abu Mohamed Al-Masri also known as Saleh<br>**Defendant** | |
| Muhsin Musa Matwalli Atwah: also known as Abdul Rahman also known as Abdel Rahman also known as Abdul Rahman Al-Muhajir also known as Mohammed K.A. Al-Namer<br>**Defendant** | |
| Mustafa Mohamed Fadhil: also known as Abu Anis also known as Moustafa Ali Elbishy also known as Mustafa Muhamad Fadil also known as Hussein also known as Abu Jihad also known as Khalid also known as Nu Man also known as Mustafa Mohammed also known as Abu Yussrr<br>**Defendant** | |
| Benevolence International Foundation: also known as Al Bir Al Dawalia also known as Al Bir Society Organization<br>**Defendant** | |
| Mohamed Mansour: also known as Mohamed Al-Mansour<br>**Defendant** | |
| Nada Management Organization, S.A.: also known as Al Taqwa Management Organization<br>**Defendant** | |
| Muslim World League: also known as Islamic World League | Christopher Robert Smith |

EXHIBIT 8, PAGE 974

| Litigants | Attorneys |
|---|---|
| also known as Rabita Al-Alam Al-Islami<br>**Defendant** | Lead Attorney<br><br>Martin F. McMahon and Associates<br>1150 Conneticut Avenue N.W.<br>Washington, DC 20035<br>USA<br>Phone: (202)862-4343Fax: (202)862-4302Attorney to be Noticed<br><br>James Vann<br>Lead Attorney<br><br>,<br><br>Attorney to be Noticed<br><br>Jason Dzubow<br>Lead Attorney<br><br>,<br><br>Attorney to be Noticed<br><br>Maher H. Hanania<br>Lead Attorney<br><br>6066 Leesburg Pike<br>Suite 101<br>Falls Church, VA 22041<br>USA<br>Phone: (703)778-2400Attorney to be Noticed<br><br>Martin Francis McMahon<br>Lead Attorney<br><br>Martin F. McMahon and Associates<br>1150 Conneticut Avenue N.W.<br>Washington, DC 20035<br>USA<br>Phone: (202)862-4343Fax: (202)862-4302Attorney to be Noticed<br><br>Michael Hadeed<br>Lead Attorney<br><br>Becker, Hadeed, Kellogg & Berry<br>5501 Backlick RoadSuite 220<br>Springfield, VA 22151<br>USA<br>Phone: (703)256-1300Fax: (703)256-5431Attorney to be Noticed |
| Saar Foundation: also known as Saar Network<br>**Defendant** | |
| Yasin Al-Qadi: also known as Yassin Al-Kadi<br>**Defendant** | |

| Litigants | Attorneys |
|---|---|
| Yousef M. Nada & Co. Gesellschaft M.B.H.<br>**Defendant** | |
| Iraq: also known as The Republic of Iraq<br>**Defendant** | |
| Al Baraka Investment and Development Corporation: also known as Al Baraka Bank also known as Dallah Albaraka Group, LLC<br>**Defendant** | James Vann<br>Lead Attorney<br><br>,<br><br>Attorney to be Noticed<br><br>Jason Dzubow<br>Lead Attorney<br><br>,<br><br>Attorney to be Noticed<br><br>Martin Francis McMahon<br><br>Martin F. McMahon and Associates<br>1150 Conneticut Avenue N.W.<br>Washington, DC 20035<br>USA<br>Phone: (202)862-4343Fax: (202)862-4302Attorney to be Noticed |
| Al Rajhib Banking and Investment: also known as Al Rahi Bank<br>**Defendant** | |
| Al Barakaat Exchange LLC: also known as Al Barakaat Bank<br>**Defendant** | |
| Success Foundation, Inc.<br>**Defendant** | Michael Hadeed<br>Lead Attorney<br><br>Becker, Hadeed, Kellogg & Berry<br>5501 Backlick RoadSuite 220<br>Springfield, VA 22151<br>USA<br>Phone: (703)256-1300Fax: (703)256-5431Attorney to be Noticed |
| Mohamed S. Omeish<br>**Defendant** | Michael Hadeed<br>Lead Attorney<br><br>Becker, Hadeed, Kellogg & Berry<br>5501 Backlick RoadSuite 220<br>Springfield, VA 22151<br>USA<br>Phone: (703)256-1300Fax: (703)256-5431Attorney to be |

| Litigants | Attorneys |
|---|---|
| | Noticed |
| **Abdullah M. Al-Mahdi**<br>**Defendant** | Ashraf Wajih Nubani<br><br>Busch & Nubani, P.C.<br>5029 Backlick Road, Suite A<br>Annandale, VA 22003<br>USA<br>Phone: (703)658-5151Fax: (703)658-9200Attorney to be Noticed |
| **Tareq M. Al-Swaidan**<br>**Defendant** | |
| **Hassan A.A. Bahfzallah**<br>**Defendant** | |
| **Sterling Management Group, Inc.**<br>**Defendant** | Christopher J. Beal<br>Lead Attorney<br><br>DLA Piper US LLP (San Diego)<br>4365 Executive DriveSuite 1100<br>San Diego, CA 92121-2133<br>USA<br>Phone: (858)638-6813Fax: (858)677-1477Attorney to be Noticed<br><br>Donna M. Sheinbach<br>Lead Attorney<br><br>DLA Piper US LLP(DC)<br>500 8th Street, N.W.,<br>Washington, DC 20004<br>USA<br>Phone: (202)238-7763Fax: (202)238-7700Attorney to be Noticed<br><br>Jay D. Hanson<br>Lead Attorney<br><br>DLA Piper US LLP (San Diego)<br>4365 Executive DriveSuite 1100<br>San Diego, CA 92121-2133<br>USA<br>Phone: (856)677-1400Attorney to be Noticed<br><br>John Joseph Walsh<br>Lead Attorney<br><br>Carter Ledyard & Milburn LLP<br>2 Wall Street<br>New York, NY 10005<br>USA<br>Phone: (212)238-8849Fax: (212)732-3232Attorney to be Noticed<br><br>Michael D. McNeely |

| Litigants | Attorneys |
|---|---|
| | Lead Attorney<br><br>DLA Piper US LLP(DC)<br>500 8th Street, N.W.,<br>Washington, DC 20004<br>USA<br>Phone: (202)238-7788Fax: (202)238-7700Attorney to be Noticed<br><br>Nancy Luque<br>Lead Attorney<br><br>DLA Piper US LLP (Sacramento)<br>400 Capitol MallSuite 2400<br>Sacramento, CA 95814<br>USA<br>Phone: (916)930-3283Fax: (916)930-3201Attorney to be Noticed<br><br>Steven A, Maddox<br>Lead Attorney<br><br>DLA Piper US LLP(DC)<br>500 8th Street, N.W.,<br>Washington, DC 20004<br>USA<br>Phone: (202)238-7723Fax: (202)238-7700Attorney to be Noticed<br><br>Steven Karl Barentzen<br><br>DLA Piper US LLP(DC)<br>500 8th Street, N.W.,<br>Washington, DC 20004<br>USA<br>Phone: (202)799-4500Fax: (202)799-5500Attorney to be Noticed |
| Al-Haramain Islamic Foundation, Inc.: also known as Al-Haramain Islamic Foundation also known as Islamic Al-Haramain<br>**Defendant** | |
| Al Haramain Islamic Foundation, Inc.<br>**Defendant** | Alan Robert Kabat<br>Lead Attorney<br><br>Bernabie and Katz PLLC (DC)<br>1773 T Street NW<br>Washington, DC 20009<br>USA<br>Phone: (202)745-1942Fax: (202)745-2627Attorney to be Noticed<br><br>Lynne A. Bernabei<br>Lead Attorney<br><br>Bernabie and Katz PLLC (DC)<br>1773 T Street NW |

Case 2:16-cv-04185-BRM-MWx  Document 108-1  Filed 05/16/07

| Litigants | Attorneys |
|---|---|
| | Washington, DC 20009<br>USA<br>Phone: (202)745-1942Fax: (202)745-2627Attorney to be Noticed |
| Soliman H.S. Al-Buthe<br>**Defendant** | Alan Robert Kabat<br>Lead Attorney<br><br>Bernabie and Katz PLLC (DC)<br>1773 T Street NW<br>Washington, DC 20009<br>USA<br>Phone: (202)745-1942Fax: (202)745-2627Attorney to be Noticed |
| Enaam Mahmoud Arnaout: also known as Abdel Samia also known as Abu Mahmoud also known as Amu Mahmoud Al Suri also known as Abu Mahmoud Al Hamawi<br>**Defendant** | |
| Mazin M.H. Bahareth<br>**Defendant** | |
| Zahir H. Kazmi<br>**Defendant** | Jonathan Marc Cooper<br><br>,<br><br>Phone: (516)791-5700Fax: (516)791-8188Attorney to be Noticed |
| Soliman J. Khudeira<br>**Defendant** | |
| Wamy International, Inc.<br>**Defendant** | Omar T. Mohammedi<br><br>GE Healthcare<br>9900 W. Innovation Dr.Rp 2134<br>Wauwatosa, WI 53226-4856<br>USA<br>Phone: (212)725-3846Fax: (212)725-9160Attorney to be Noticed |
| Ibrahim S. Abdullah<br>**Defendant** | |
| Dr. Mahmoud Dakhil<br>**Defendant** | |
| Turki Al Faisal Al Saud: (Prince Turki)<br>**Defendant** | David Charles Frederick<br>Lead Attorney<br><br>Kellogg, Huber, Hansen, Todd & Evans PLLC (DC)<br>1615 M Street, N.W., Suite 400<br>Washington, D.C., DC 20036 |

EXHIBIT 8, PAGE 979

| Litigants | Attorneys |
|---|---|
| | Phone: (202)326-7951Fax: (202)326-7999Attorney to be Noticed |
| | **John Christopher Rozendaal** Lead Attorney |
| | Kellogg, Huber, Hansen, Todd & Evans PLLC (DC) 1615 M Street, N.W., Suite 400 Washington, D.C., DC 20036 |
| | Phone: (202)326-7985Fax: (202)326-7999Attorney to be Noticed |
| | **Mark Charles Hansen** Lead Attorney |
| | Kellogg, Huber, Hansen, Todd & Evans PLLC (DC) 1615 M Street, N.W., Suite 400 Washington, D.C., DC 20036 |
| | Phone: (202)326-7904Fax: (202)326-7999Attorney to be Noticed |
| | **Michael John Guzman** Lead Attorney |
| | Kellogg, Huber, Hansen, Todd & Evans PLLC (DC) 1615 M Street, N.W., Suite 400 Washington, D.C., DC 20036 |
| | Phone: (202)326-7910Fax: (202)326-7999Attorney to be Noticed |
| | **Michael K. Kellogg** Lead Attorney |
| | Kellogg, Huber, Hansen, Todd & Evans PLLC (DC) 1615 M Street, N.W., Suite 400 Washington, D.C., DC 20036 |
| | Phone: (202)326-7902Fax: (202)326-7999Attorney to be Noticed |
| **Estate of Abu Hafs:** also known as Mafuz Ould Al Walid, "The Mauritanian" also known as Khaled Al Shanguiti **Defendant** | |
| **Mustafa Ahmed Al-Hawsawi:** also known as Shaykh Sai'id **Defendant** | |
| **Ghasoub Al Abrash Ghalyoun:** also known as Abu Musab **Defendant** | |
| **Hassan Turabi:** Islamic Leader **Defendant** | |

Page 509 of 933

Case 2:16-cv-04185-RSWL-MRW Re: Terrorist Attacks on September 11, 2001   Document 103-1   Filed 05/16/17   Page 829 of 883   Page ID #:10676

| Litigants | Attorneys |
|-----------|-----------|

Omar Hassan Ahmad Al-Bashir: President of Sudan
**Defendant**

Abdul Rahim Mohammed Hussein: Interior Minister
**Defendant**

Abdel Wahab Osman: former Sudanese Minister of Industry
**Defendant**

Iss El-Din El Sayed: Minister of Finance and National Economy
**Defendant**

Rahman Abdul Siral-Khatim: Minister of Defense
**Defendant**

Al Amn Al-Dakhili: Intelligence
**Defendant**

Al Amn Al-Khariji: Intelligence
**Defendant**

Ayatollah Ali Khamenei: Spiritual Leader of Iran
**Defendant**

Mohammed Mohammadi Rayshahri: Special Advisor to Spiritual Leader and special advisor to Iran's supreme leader Ali Khamene'i
**Defendant**

Qorban Ali Najaf-Abadi: Minister of Intelligence
**Defendant**

Ali Falahyan: Director of Public Intelligence
**Defendant**

General Ali Blokian: former advisor to Hezbollah
**Defendant**

Ahmad Salah (Salim): member of committee of three of Int'l Hezbollah
**Defendant**

Mahdi Chamran Savehi: director of International Hezbollah and Iranian External Intelligence Chief
**Defendant**

General Mohsen Reza'i: Iranian Security Director, former commander of the Islamic Revolutionary Guard Corps (IRGC) who is now in charge of the reorganization of Iran's

## Litigants

security apparatus
**Defendant**

Hoseyn Shaykh Ol-Eslam: former Assistant Foreign Minister
**Defendant**

General Yahya Rahim Safavi: head of the IRGC
**Defendant**

Al-Hijrah Construction and Development Ltd.
**Defendant**

Gum Arabic Co. Ltd.
**Defendant**

Mohammad S. Mohammad
**Defendant**

Ramzi Mohammed Adbullah Binalshibh: also known as
Ramzi Mohamed
**Defendant**

Abdullah Al Abdulazi Al Abdulaziz Al Saud: (prince Abdullah)
**Defendant**

Prince Naif Bin Abdulaziz Al Saud: (Prince Naif)
**Defendant**

## Attorneys

James M. Cole
Lead Attorney

Bryan Cave LLP
700 Thirteenth Street, N.W.Suite 700
Washingto, DC 20005
USA
Phone: (202)508-6091Attorney to be Noticed

James Michael Cole
Lead Attorney

Bryan Cave LLP (DC)
700 13th Street N.W.
Washginton, DC 20005
USA
Phone: (202)508-6091Fax: (202)508-6200Attorney to be
Noticed

James Joseph Murphy
Lead Attorney

Bryan Cave LLP (DC)
700 13th Street N.W.
Washginton, DC 20005
USA
Phone: (202)508-6015Fax: (202)508-6200Attorney to be
Noticed

William Christopher Edgar

| Litigants | Attorneys |
|---|---|
| | Lead Attorney

Bryan Cave LLP (DC)
700 13th Street N.W.
Washginton, DC 20005
USA
Phone: (202)508-6126Fax: (202)508-6200Attorney to be Noticed |
| Salmin Aziz Al Saud: (Prince Salmim)
**Defendant** | |
| Zouaydi: (Muhammed Galeb Kalaje Zoaaydi) also known as Abu Talha also known as Muhammed Galeb Kalaje Zoaaydi
**Defendant** | |
| Abdullah Muhsen Al Turki: (Al Turki)
**Defendant** | Alan Robert Kabat
Lead Attorney

Bernabie and Katz PLLC (DC)
1773 T Street NW
Washington, DC 20009
USA
Phone: (202)745-1942Fax: (202)745-2627Attorney to be Noticed

Lynne A. Bernabei
Lead Attorney

Bernabie and Katz PLLC (DC)
1773 T Street NW
Washington, DC 20009
USA
Phone: (202)745-1942Fax: (202)745-2627Attorney to be Noticed |
| Saudi High Commission: The Saudi High Relief Commission
**Defendant** | Alan E. Untereiner
Lead Attorney

Robbins, Russell, Englert, Orseck & Untereiner LLP
1801 K Street, N.W.Suite 411
Washington, DC 20006
USA
Phone: (202)775-4505Attorney to be Noticed

Max Huffman
Lead Attorney

Robbins, Russell, Englert, Orseck & Untereiner, L.L.P.
1801 K Street, NWSuite 411
Washington, DC 20006
USA
Phone: (202)775-4500Attorney to be Noticed

Roy T. Englert, Jr.
Lead Attorney |

Page 512 of 933

Case 2:16-cv-04385-BAS-MRW Re: Document 103-1 Filed 05/16/07 Terrorist Attacks on September 11, 2001 Page 832 of 883 Page ID #:10679

| Litigants | Attorneys |
|---|---|
| | Robbins, Russell, Englert, Orseck & Untereiner, L.L.P.<br>1801 K Street, NWSuite 411<br>Washington, DC 20006<br>USA<br>Phone: (202)775-4500Attorney to be Noticed |
| | Lawrence Saul Robbins |
| | Robbins Russell Englert Orseck & Untereiner, LLP<br>1801 K Street, N.W., Suite 411L<br>Washington, DC 20006<br>USA<br>Phone: (202)775-4501Fax: (202)775-4510Attorney to be Noticed |
| Abdul Aziz Al Ibrahim: (or Al Ibrahim)<br>**Defendant** | |
| Mercy International Relief Agency: also known as Mercy International also known as Mercy<br>**Defendant** | |
| Saudi Bin Laden Group (LBG): also known as Bin Laden Corporation<br>**Defendant** | |
| Tarek M. Bin Laden<br>**Defendant** | Melissa Danielle Stear<br><br>Jones Day (DC)<br>51 Louisiana Avenue, NW<br>Washington, DC 20001<br>USA<br>Phone: (202)879-5421Fax: (202)626-1700<br><br>E. Michael Bradley<br><br>Jones Day (NYC)<br>222 East 41st Street<br>New York, NY 10017<br>USA<br>Phone: (212)326-3863Fax: (212)755-7306Attorney to be Noticed |
| Omar M. Bin Laden<br>**Defendant** | Melissa Danielle Stear<br><br>Jones Day (DC)<br>51 Louisiana Avenue, NW<br>Washington, DC 20001<br>USA<br>Phone: (202)879-5421Fax: (202)626-1700<br><br>E. Michael Bradley<br><br>Jones Day (NYC)<br>222 East 41st Street |

| Litigants | Attorneys |
|---|---|
| | New York, NY 10017<br>USA<br>Phone: (212)326-3863Fax: (212)755-7306Attorney to be Noticed |
| Yeslam M. Bin Laden<br>**Defendant** | |
| Dr. Mohaman Ali Elgari<br>**Defendant** | |
| M.M. Badkook Co. for Catering & Trading<br>**Defendant** | |
| Al-Rajhi Banking & Investment Corp.<br>**Defendant** | |
| SNCB Securities Ltd. in New York<br>**Defendant** | |
| Hisham: (Brother of Enaam Arnaout)<br>**Defendant** | |
| Dallah Avco Trans Arabia Co. LTD.<br>**Defendant** | Martin Francis McMahon<br>Lead Attorney<br><br>Martin F. McMahon and Associates<br>1150 Conneticut Avenue N.W.<br>Washington, DC 20035<br>USA<br>Phone: (202)862-4343Fax: (202)862-4302Attorney to be Noticed |
| Omar Al Bayoumi: also known as Abu Imard<br>**Defendant** | |
| Masjed Al Munawarah: also known as Masjid Al Madinah Al Munawarah<br>**Defendant** | |
| Khalil A. Kordi<br>**Defendant** | |
| Mahfuz Ould Al Walid: "The Mauritanian"<br>**Defendant** | |
| Al Amn Al-Kariji,Inteligence<br>**Defendant** | |
| Momammed Mohammadi: Special Advisor to Spiritual Leader<br>**Defendant** | |

## Litigants                                          ## Attorneys

Qorban Ali Najaf-Abadi: Minister of Intelligence
**Defendant**

Ahmad Salah(Salim): member of committee of three of Int'l
Hezbollah
**Defendant**

General Moshen Reza'l: Iranian security director
**Defendant**

Global Relief Foundation, Inc.: also known as Foundation
Secours Mondial also known as Grf also known as Al-Najda
**Defendant**

International Islamic Relief Organization(IIRO): also known    James Vann
as Islamic Relief Organization also known as International     Lead Attorney
Relief Organization also known as Success Foundation
**Defendant**                                                 ,

                                                              Attorney to be Noticed

                                                              Jason Dzubow
                                                              Lead Attorney

                                                              ,

                                                              Attorney to be Noticed

                                                              Martin Francis McMahon
                                                              Lead Attorney

                                                              Martin F. McMahon and Associates
                                                              1150 Conneticut Avenue N.W.
                                                              Washington, DC 20035
                                                              USA
                                                              Phone: (202)862-4343Fax: (202)862-4302Attorney to be
                                                              Noticed

                                                              Stephanie Wall Fell
                                                              Lead Attorney

                                                              Marriott Casagrande Callahan Blair & Greer, P.C
                                                              2405 State Highway 71, P.O. Box 200
                                                              Spring Lake Heights, NJ 07762
                                                              USA
                                                              Phone: (202)862-4343Fax: (202)862-4302Attorney to be
                                                              Noticed

Abdullah Al Abdulaziz Al Saud: (Prince Abdullah)
**Defendant**

M. Yaqub Mirza
**Defendant**

Ayatollah Ali Hoseini-Khamenei: Supreme Leader

| Litigants | Attorneys |
|---|---|
| **Defendant** | |
| Al Shamal Islamic Bank: also known as Shamel Bank also known as Bank El Shamar **Defendant** | Martin Francis McMahon Lead Attorney<br><br>Martin F. McMahon and Associates 1150 Conneticut Avenue N.W. Washington, DC 20035 USA Phone: (202)862-4343Fax: (202)862-4302Attorney to be Noticed |
| Makkah mukarrahman Charity Trust , Inc. **Defendant** | Martin F. McMahon Lead Attorney<br><br>Reilly, Like, Tenety & Ambrosino 179 Little East Neck Road NorthP.O. Box 818 Babylon, NY 11702 USA Phone: (516)669-3000Attorney to be Noticed<br><br>William H. Jeffress, Jr. Lead Attorney<br><br>Baker, Botts, L.L.P. 1299 Pennsylvania Avenue, NWThe Warner Washington, DC 20004 USA Phone: (202)639-7700Fax: (202)639-7890Attorney to be Noticed |
| Saleh O. Badahdah **Defendant** | Maher H. Hanania Lead Attorney<br><br>6066 Leesburg Pike Suite 101 Falls Church, VA 22041 USA Phone: (703)778-2400Attorney to be Noticed<br><br>Ashraf Wajih Nubani<br><br>Busch & Nubani, P.C. 5029 Backlick Road, Suite A Annandale, VA 22003 USA Phone: (703)658-5151Fax: (703)658-9200Attorney to be Noticed |
| Dr. Abdulrahman Al-Amoundi **Defendant** | Maher H. Hanania Lead Attorney<br><br>6066 Leesburg Pike Suite 101 Falls Church, VA 22041 USA Phone: (703)778-2400Attorney to be Noticed |

Page 516 of 933

Case 2:16-cv-04435-PA-MRW Re: Terrorist Attacks on September 11, 2001 Document 103-1 Filed 05/16/07 Page 836 of 883 Page ID #:10683

## Litigants

## Attorneys

Proyectos Promociones Paradaus S.I.
**Defendant**

Alan Robert Kabat
Lead Attorney

Bernabie and Katz PLLC (DC)
1773 T Street NW
Washington, DC 20009
USA
Phone: (202)745-1942Fax: (202)745-2627Attorney to be Noticed

Lynne A. Bernabei
Lead Attorney

Bernabie and Katz PLLC (DC)
1773 T Street NW
Washington, DC 20009
USA
Phone: (202)745-1942Fax: (202)745-2627Attorney to be Noticed

Nascoservice S.R.L.
**Defendant**

Nasreddin Foundation: also known as Nasreddin Stiftung
**Defendant**

Gulf Center S.R.L.
**Defendant**

Nada International Anstalt: also known as Nada Group International Anstalt
**Defendant**

Nascotex S.A.: also known as Industrie Generale De Filature Et Tissage also known as Industrie Generale De Textile
**Defendant**

Nasredddin Ahmed Idris: also known as Nasreddin Ahmed Idris
**Defendant**

Ba Taqwa For Commerce and Real Estate Company Limited: also known as Ba Taqwa for Commerce and Real Estate Establishment also known as Ben M. Nada Establishment also known as Youssef M. Nada Establishment
**Defendant**

Akida Bank Private Limited: also known as Akida Islamic Bank International Limited also known as Iksir International Bank Limited
**Defendant**

Youssef M. Nada: also known as Youssef Mustafa Nada

| Litigants | Attorneys |
|---|---|
| **Defendant** | |
| Youssef M. Nada & CO.<br>**Defendant** | |
| World Assembly of Muslim Youth; also known as Wamy International, Inc. also known as World Association for Muslim Youth<br>**Defendant** | Khurrum Basir Wahid<br>Lead Attorney<br><br>Wahid Vizcaino & Maher, LLP(NYC)<br>122 E. 42nd StreetSuite 1616<br>New York, NY 10168<br>USA<br>Phone: (212)661-5333Fax: (212)661-5255Attorney to be Noticed<br><br>Maher H. Hanania<br>Lead Attorney<br><br>6066 Leesburg Pike<br>Suite 101<br>Falls Church, VA 22041<br>USA<br>Phone: (703)778-2400Attorney to be Noticed<br><br>Omar T. Mohammedi<br><br>GE Healthcare<br>9900 W. Innovation Dr.Rp 2134<br>Wauwatosa, WI 53226-4856<br>USA<br>Phone: (212)725-3846Fax: (212)725-9160Attorney to be Noticed |
| Delta Oil Company, Ltd.<br>**Defendant** | Brian Arthur Coleman<br>Lead Attorney<br><br>Downs Rachlin Martin PLLC<br>199 Main St, Po Box 190<br>Burlington, VT 05402<br>USA<br>Phone: (202)842-8868Fax: (202)842-8465Attorney to be Noticed<br><br>Michael J. McManus<br>Lead Attorney<br><br>Drinker, Biddle & Reath, L.L.P.<br>1500 K Street NWSuite 1100<br>Washington, DC 20005-1209<br>USA<br>Phone: (202)842-8800Fax: (202)842-8465Attorney to be Noticed |
| Al-Baraka Bancorp, Inc.<br>**Defendant** | Martin Francis McMahon<br>Lead Attorney<br><br>Martin F. McMahon and Associates |

| Litigants | Attorneys |
|---|---|
| | 1150 Conneticut Avenue N.W.<br>Washington, DC 20035<br>USA<br>Phone: (202)862-4343Fax: (202)862-4302Attorney to be Noticed |

John Doe: in his capacity as the executor of the estate of Jane Doe , in his persoanl capacity , and as the personal representative of the deceased Jane Doe
**Defendant**

Mazin M.H. Bahareth
**Defendant**

Yeslman M. Bin Laden
**Defendant**

Yassir Al-Sirri: also known as Ammar
**Defendant**

Al Taqwa Trade Property and Industry Company Limited: also known as Al Taqwa Trade, Property and Industry Establishment also known as Hammat Establishment also known as Hochburg also known as Waldenburg
**Defendant**

Akida Investment Co. LTD.
**Defendant**

Nasco Nasreddin Holdings,A.S.
**Defendant**

Nasreddin International Limited Group: also known as Middle East and Turkey Investment Holding Limited
**Defendant**

Muhammad Atif: also known as Subhi Sitta also known as Abu Hafs Al-Masri
**Defendant**

Shaykh Sa'id: also known as Mustafa Muhammad Ahmad
**Defendant**

Abu Hafs The Mauritanian: also known as Mahfouz Ould Al-Walid also known as Khalid Al-Shanqiti
**Defendant**

Abu Zubaydah: also known as Zayn Al Abidin Muhammad Husayn Tariq also known as Zayn Al Abidin also known as Sayf Al Adl
**Defendant**

## Litigants

## Attorneys

Thirwat Salah Shihata: also known as Muhammad Ali
**Defendant**

Tariq Anwar Al-Sayyid Ahmad: also known as Fathi also
known as Amr Al-Fatih
**Defendant**

Muhammad Salah: also known as Nasr Fahmi Nasr
Hasanayn
**Defendant**

Makhtab Al-Khidamat: also known as Al-Khifaf
**Defendant**

Nurjaman Riduan Ismuddin: also known as Hambali
**Defendant**

Mohammed Iqbal Abdurrahman: also known as Abu Jibril
**Defendant**

Wa'el Hamza Julaidan: also known as Al Hasan Al Madani
**Defendant**

James Vann
Lead Attorney

,

Attorney to be Noticed

Jason Dzubow
Lead Attorney

,

Attorney to be Noticed

Martin Francis McMahon
Lead Attorney

Martin F. McMahon and Associates
1150 Conneticut Avenue N.W.
Washington, DC 20035
USA
Phone: (202)862-4343Fax: (202)862-4302Attorney to be
Noticed

S.M. Tufail
**Defendant**

Aaran Money Wire Service, Inc.
**Defendant**

Al-Barakat Financial Holding Co.
**Defendant**

## Litigants

## Attorneys

Al-Barakat International: also known as Baraco Co
**Defendant**

Bank Al Taqwa Limited: also known as Al Taqwa Bank
**Defendant**

Barakaat International, Inc.
**Defendant**

Barakaat North America, Inc.
**Defendant**

Barakaat Telecommunications Co. Somalia
**Defendant**

Haji Abdul Manan Agha: also known as Abd Al-Man'am
Saiyid
**Defendant**

Muhammad Al-Hamati: also known as Abu Asim Al-Makki
also known as Mohammed Hamdi Sadiq Al-Ahdal
**Defendant**

Amin Al-Haq: also known as Dr. Amin Ah Haq also known as
Dr. Amin Ul-Haq also known as Muhammad Amin also
known as Amin Ul Haq
**Defendant**

Ahmad Sa'id Al-Kadr: also known as Abu Abd Al-Rahman Al-
Kanadi
**Defendant**

Anas Al-Liby: also known as Anas Al-Libi also known as
Nazim Al-Raghie also known as Nazih Abdul Hamed Al-
Raghie also known as Anas Al-Sabai
**Defendant**

Ahmad Ibrahim Al-Mughassil: also known as Abu Omran
**Defendant**

Al-Nur Honey Press Shops: also known as Al-Nur Honey
Center
**Defendant**

Ahmed Mohammed Hamed Ali: also known as Abu Islam
also known as Ahmed Mohammed Abdurehman also known
as Abu Fatima also known as Abu Khadiijah also known as
Ahmed Hamed also known as Ahmed the Egyptian also
known as Ahmed Ahmed also known as Ahamad Al-Masri
also known as Abu Islam Al-Surir also known as Ahmed
Mohammed Ali also known as Hamed Ali also known as
Ahmed Hemed also known as Ahmed Shieb also known as
Shuaib

## Litigants

## Attorneys

**Defendant**

Ali Atwa: also known as Ammar Mansour Bouslim also known as Hassan Rostom Salim
**Defendant**

Ayadi Chafiq Bin Muhammad: also known as Ben Muhammad Aiadi also known as Ben Muhammad Aiady also known as Ben Muhammad Ayadi Chafik also known as Ben Muhammad Ayadi Shafiq
**Defendant**

Ali Saed Bin Ali El-Hoorie: also known as Ali Saed Bin Ali Al-Houri also known as Ali Saed Bin Ali El-Houri
**Defendant**

Riad Hijazi: also known as Abu-Ahmad Al-Amriki also known as Abu-Ahmad Al-Hawen also known as Rashid Al-Maghribi also known as Abu-Ahmad Al-Shahid also known as M Raed Hijazi
**Defendant**

Hasan Izz-Al-Din: also known as Ahmed Garbaya also known as Sa-id also known as Samir Salwwan
**Defendant**

Jaish-I-Mohammed: also known as Army of Mohammed
**Defendant**

Jam'yah Ta'awun Al-Islamia: also known as Jam'iyat Al Ta'awun Al Islamiyya also known as Jit also known as Society of Islamic Cooperation
**Defendant**

Musti Rashid Ahmad Ladehyanoy: also known as Mufti Rasheed Ahma also known as Mufti Rashid Ahmad Ludhianvi also known as Mufti Rashid Ahmad Wadehyanoy
**Defendant**

Khalid Shaikh Mohammed: also known as Salem Ali also known as Fahd Bin Abdallah Bin Khalid also known as Ashraf Refaat Nabith Henin also known as Khalid Adbul Wadood
**Defendant**

Ansar Al-Islam (AI): also known as Jund Al-Islam
**Defendant**

Youssef Abdaoui: also known as Correction Officer Abdullah also known as Abu Abdullah also known as Abdellah
**Defendant**

Mohammed Amine Akli: also known as Samir also known as Kali Sami also known as Elias

Page 522 of 933

Case 2:16-cv-04193-DSF-MRW: Document 108-1 Re: Terrorist Attacks on September 11, 2007  Filed 05/16/07  Page 842 of 883  Page ID #:10689

## Litigants

## Attorneys

**Defendant**

Mohrez Amdouni: also known as Mohammed Hassan also known as Fabio Fusco also known as Tuale Abu
**Defendant**

Chiheb Ben Mohamed Ayari: also known as Abu Hohem Hichem
**Defendant**

Mondher Baazaoui: also known as Hamza
**Defendant**

Lionel Dumont: also known as Jacques Brougere also known as Hamza also known as Bilal
**Defendant**

Moussa Ben Amor Essaadi: also known as Dah Dah also known as Abdelrahhman also known as Bechir
**Defendant**

Rachid Fehar: also known as Aminedel Belgio also known as Djaffar
**Defendant**

Khalil Jarraya: also known as Omar also known as Khalil Yarraya also known as Aziz Ben Narvan Abdel' also known as Amro also known as Amrou also known as Amr
**Defendant**

Mounir Ben Habib Jerraya: also known as Yarraya
**Defendant**

Fouzi Jendoubi: also known as Said also known as Samir
**Defendant**

Fethi Ben Rebai Masri: also known as Amor also known as Omar Abu also known as Fethi Alic
**Defendant**

Ahmed Hasni Rarrbo: also known as Correction Officer Abdullah
**Defendant**

Nedal Saleh: also known as Hitem
**Defendant**

Ahmad Salah: also known as Salim
**Defendant**

Prince Abdullah Al Faisal B Al Saud: also known as Correction Officer Prince Abdullah

## Litigants

## Attorneys

**Defendant**

Salman Bin Abdulaziz Al Saud: also known as Prince Salman
**Defendant**

Promociones Y Construcciones Tetuan Pricote S.A.
**Defendant**

Mustaf Ahmed Al-Hisawi: also known as Sheik Saeed
**Defendant**

Imad Eddin Barakat Yarkas: also known as Abu Dahdah
**Defendant**

Muhammed Galeb Kalaje Zuoyadi: also known as Abu Talha
**Defendant**

Abdalrahman Alarnout Abu Aljer: also known as Abu Obed
**Defendant**

DMI Administrative Services S.A.
**Defendant**

James Joseph McGuire

Sheppard, Mullin, Richter & Hampton, LLP(NYC)
30 Rockefeller Plaza
New York, NY 10112
USA
Phone: (212)332-3800Fax: (212)332-3888Attorney to be Noticed

Timothy James McCarthy

Sheppard, Mullin, Richter & Hampton, LLP(NYC)
30 Rockefeller Plaza
New York, NY 10112
USA
Phone: (212)332-3800Fax: (212)332-3888Attorney to be Noticed

Mohammad Khair Al Saqqa: also known as Abu Al Darda
**Defendant**

Abu Qatada Al-Filistini: also known as Abu Ismail also known as Abu Umar also known as Abu Umar Takfiri also known as Abu Umar Umar also known as Ali-Samman Uthman also known as Omar Mahmoud Uthman also known as Umar Uthman also known as Omar Abu Omar
**Defendant**

Mamdouh Mahmud Salim: also known as Abu Hajer
**Defendant**

Sheikh Abdullah Azzam: also known as Abu Muhammed
**Defendant**

## Litigants

## Attorneys

Abu Omar Omar: also known as Abu Kutada
**Defendant**

Abu Rida Al Suri: also known as Mohammed Loay Bayazid
**Defendant**

Muhammed J. Fakihi
**Defendant**

Mustafa Muhammed Ahmad: also known as Shaykh Sai'id
also known as Mustafa Ahmed Al-Hassawi
**Defendant**

Abu Wa'el: also known as Sadoun Abdul Latif
**Defendant**

Akida Management and Trust: also known as Akida Islamic
Bankers' Trustee and Management
**Defendant**

Armand Albert Friedrich Huber: also known as Ahmed Huber
**Defendant**

MIGA- Malaysian Swiss, Gulf and African Chamber: also
known as Camera Di Commercio, Industria E Turismo Per Gli
Stati Arabi Del Golfo E La Svizzera
**Defendant**

Zeinab Mansour: also known as Zeinab Mansour Fattouh
**Defendant**

Agencies and Instrumentalities of the Kingdom of Saudi
Arabia: Directorate of Intelligence, General Staff, Intelligence
Section (G-2), Ministry of State for Internal Affairs, Ministry of
Interior, Saudi Committee for Support of the Intifada,
Supreme Council of Islamic Affairs, The Supreme Council of
Islamic Affairs
**Defendant**

Agencies and Instrumentalities of the Syrian Arab Republic:
National Security Directorate, Republican Guard, Ministry of
Interior, Military Intelligence Service, Air Force Intelligence,
Special Forces
**Defendant**

Agencies and Instrumentalities of the Republic of the Sudan:
Ministry of the Interior, Ministry of Defense, Security of the
Revolution, Military Intelligence, State Security, Popular
Defense Force, Revolutionary Security Services
**Defendant**

## Litigants

## Attorneys

Mohammed Jasmin Al-Ali: Former Al-Jazeera General
Manager and two former employees
**Defendant**

Muslim Brotherhood - Syrian Branch
**Defendant**

Muslim Brotherhood - Egyptian Branch
**Defendant**

Muslim Brotherhood - Jordanian Branch
**Defendant**

Muslim Brotherhood - Kuwaiti Branch
**Defendant**

Muslim Brotherhood - Iraqi Branch
**Defendant**

Barzan E-Tikriti: also known as Barzan Ibrahim Hasan
**Defendant**

Estate of Fayez Ahmed: also known as Banhammad Fayez
**Defendant**

Estate of Ahmed Ibrahim A. Al Haznawi
**Defendant**

Iranian Revolutionary Guard Corps - QODS Force
**Defendant**

DMI Administrative Services S.A.
**Defendant**

Ahmed A. Kattan
**Movant**

Mark Charles Hansen

Kellogg, Huber, Hansen, Todd & Evans PLLC (DC)
1615 M Street, N.W., Suite 400
Washington, D.C., DC 20036

Phone: (202)326-7904Fax: (202)326-7999Attorney to be
Noticed

Abdul Rahman I. Al-Noah
**Movant**

Mark Charles Hansen

Kellogg, Huber, Hansen, Todd & Evans PLLC (DC)
1615 M Street, N.W., Suite 400
Washington, D.C., DC 20036

Phone: (202)326-7904Fax: (202)326-7999Attorney to be
Noticed

## Litigants

Federal Insurance Company et al., Plaintiffs
**ThirdParty Defendant**

Federal Insurance Company et al., Plaintiffs
**Cross Defendant**

## Attorneys

Adam C. Bonin
Lead Attorney

Cozen O'Connor (Philadelphia)
1900 Market StreetThe Atrium
Philadelphia, PA 19103
USA
Phone: (215)665-2000Fax: (215)701-2321Attorney to be Noticed

Adam C. Bonin
Lead Attorney

Cozen O'Connor (Philadelphia)
1900 Market StreetThe Atrium
Philadelphia, PA 19103
USA
Phone: (215)665-2000Fax: (215)701-2321Attorney to be Noticed

## Proceedings

| # | Date | Proceeding Text |
|---|------|-----------------|
| 1 | 12/10/2003 | CERTIFIED TRUE COPY OF CONDITIONAL MDL TRANSFER IN ORDER FROM THE MDL PANEL... that pursuant to 28 U.S.C. 1407, the actions listed on the attached schedule A and pending in the District of District of Columbia and the same hereby are, transferred to the Southern District of New York, with the consent of that court, assigned to the Honorable Judge Richard C. Casey, for coordinated or consolidated pretrial proceedings with the actions pending in that district and listed on Schedule A. (Signed by Judge MDL Panel on 12/09/2003) (mj, ) (Entered: 01/08/2004) |
| -- | 12/10/2003 | Magistrate Judge Frank Maas is so designated. (mj, ) Modified on 3/1/2004 (mj, ). (Entered: 01/08/2004) |
| -- | 12/10/2003 | CASES ORIGINATING FROM THE SOUTHERN DISTRICT OF NEW YORK: 1:02-cv-6977 (RCC); 1:02-cv-7300 (RCC); 1:03-cv-5071 (RCC); 1:03-cv-5493 (RCC); 1:03-cv-5738 (RCC); 1:03-cv-6978 (RCC); 1:03-cv-7036 (RCC); 1:03-cv-9848 (RCC); 1:03-cv-9849 (RCC). (mj, ) Modified on 2/3/2004 (mj, ). (Entered: 01/08/2004) |
| 2 | 12/23/2003 | ENDORSED LETTER addressed to Judge Richard C. Casey from Louis R. Cohen, Attorney for Defendant Prince Mohamed al Faisal Saud, dated December 12, 2003 re:...request permission to file a motion to dismiss on behalf of Prince Mohamed al Faisal Saud... The deadline for the defendant's answer shall be extended until 1/31/2004. (Signed by Judge Richard C. Casey on 12/22/2003) Filed In Associated Cases: 1:03-md-01570-RCC,1:02-cv-06977-RCC(mj, ) (Entered: 02/05/2004) |
| 3 | 01/06/2004 | MDL TRANSFER IN: Received certified copy of docket entries and documents numbered 1-65 from the United States District Court - District of Columbia. Case Number: 1:02-cv-305 (JR), S.D.N.Y. Case Number: 1:03-cv-9848 (RCC). Filed In Associated Cases: 1:03-md-01570-RCC,1:03-cv-09848-RCC(mj, ) Modified on 2/5/2004 (mj, ). (Entered: 02/05/2004) |
| 4 | 01/06/2004 | MDL TRANSFER IN: Received certified copy of docket entries and documents numbered 14, 52, 209, 290, and 377 from the United States District Court - District of District of Columbia. Case Number: 1:02-cv-1616 (JR), S.D.N.Y. Case Number: 1:03-cv-9849 (RCC). (Attachments: # 1 Part 2 of Docket Report from U.S.D.C. District of Columbia# 2 Part 3 of Docket Report from U.S.D.C. District of Columbia) Filed In Associated Cases: 1:03-md-01570-RCC,1:03-cv-09849-RCC(mj, ) (Entered: 02/05/2004) |
| 5 | 01/15/2004 | MOTION (FILED ON SERVICE DATE) for Extension of Time for defendant Yeslamin Binlandin to File Answer or otherwise respond to plaintiff's third amended complaint. Document filed by Yeslam Binladin. (mj, ) (Entered: 02/05/2004) |
| 6 | 01/28/2004 | MOTION (FILED ON SERVICE DATE) for Extension of Time to File Answer to the Third Amended Complaint. MOTION (FILED ON SERVICE DATE) for a Pre-Motion Conference., |

| # | Date | Proceeding Text |
|---|------|-----------------|
| | | Document filed by Abdulrahman Bin Mahfouz. Filed In Associated Cases: 1:03-md-01570-RCC,1:03-cv-09849-RCC(mj, ) Modified on 2/5/2004 (mj, ). (Entered: 02/05/2004) |
| 7 | 01/28/2004 | NOTICE of Appearance by John Joseph Walsh on behalf of African Muslim Agency, Taha Jaber Al-Alwani, M. Omar Ashraf, Muhammad Ashraf, Grove Corporate, Inc., Heritage Education Trust, International Institute of Islamic Thought, Iqbal Unus (Yunus), Jamal Barzinji, Mar-Jac Investments, Inc., Mena Investments, M. Yaqub Mirza, Reston Investments, Inc., Safa Trust, Sana-Bell, Inc., Sanabel Al-Kheer, Inc., Sterling Charitable Gift Fund, Sterling Management Group, York Foundation (mj, ) (Entered: 02/06/2004) |
| 8 | 02/03/2004 | ORDER granting 5 Motion for Extension of Time to Answer...that the date by which pro se defendant Yeslam Binladin must answer or otherwise respond to the Third Amended Complaint is on or before February 17, 2004 . (Signed by Judge Richard C. Casey on 1/23/2004) (mj, ) (Entered: 02/06/2004) |
| 9 | 02/16/2004 | MOTION (FILED ON SERVICE DATE) for Extension of Time to File Answer or otherwise respond to Plaintiff's Third Amended Complaint. Document filed by Yeslam Binladin. (mj, ) (Entered: 02/25/2004) |
| 10 | 02/20/2004 | MOTION (FILED ON SERVICE DATE) for Thomas P. Steindler to Appear Pro Hac Vice as counsel for defendants Yousef Jameel and Yassin Abdullah Al Kadi. Document filed by Yassin Abdullah Al Kadi, Yousef Jameel. (Attachments: # 1 Affidavit of Chryssa V. Valletta# 2 Affidavit of Thomas P. Steindler)Filed in Associated Cases: 1:03-md-01570-RCC,1:03-cv-09849-RCC(kkc, ) (Entered: 02/27/2004) |
| 11 | 02/26/2004 | ENDORSED LETTER addressed to Judge Richard C. Casey from Mark C. Hansen dated 2/12/2004; granting counsel's application for Prince Sultan bin Abdulaziz Al-Saud and Prince Turki Al-Faisal bin Abdulaziz Al-Saud to serve their motions to dismiss on or before 3/5/2004, and for Prince Sultan and Prince Turki to respond to the amended complaint within 60 days of its filing in case no. 03cv6978. (Signed by Judge Richard C. Casey on 2/23/2004) (kkc, ) (Entered: 02/27/2004) |
| 12 | 02/26/2004 | ENDORSED LETTER addressed to Judge Richard C. Casey from Ronald S. Liebman dated 2/17/2004. The National Commercial Bank's (NCB) request to file its reply brief in Burnett v. Al Baraka Inv. and Dev. Corp., 03cv9849, on 3/5/2004, is granted. The request to extend the page limitation for the reply brief is denied. NCB may file a motion to dismiss in Ashton v. Al Queda, 02cv6977, on 3/5/2004, in accordance with this Court's 2/6/2004 Order. (Signed by Judge Richard C. Casey on 2/23/2004) Filed in Associated Cases: 1:03-md-01570-RCC,1:02-cv-06977-RCC,1:03-cv-09849-RCC(kkc, ) (Entered: 02/27/2004) |
| 13 | 02/27/2004 | MOTION (FILED ON SERVICE DATE) to Dismiss plaintiff's third amended complaint pursuant to Swiss law. Document filed by Yeslam Binladin. (Attachments: # 1 Memorandum of Law in Support# 2 Exhibit 1# 3 Exhibit 2# 4 Exhibit 3# 5 Certificate of Service)(kkc, ) (Entered: 03/12/2004) |
| -- | 03/01/2004 | Minute Entry for proceedings held before Judge Richard C. Casey : Status Conference held on 3/1/2004. Mr. Michael McMahon Clerk of the Court instructed parties about the process and procedures of filing documents electronically in this case. The parties reported the status of service and the filing of motions to the court (see transcript). The Court instructed the parties to form committees in order to manage the cases together and come up with a proposed scheduling order the court will scheduled another conference. The briefing schedule for motions to dismiss will be filed by 4/3004; response by 5/7/04; reply by 5/14/04. (db, ) (Entered: 03/12/2004) |
| 14 | 03/03/2004 | ORDER granting 10 Motion for Thomas P. Steindler to Appear Pro Hac Vice as counsel for defendants Yousef Jameel and Yassin Adbullah Al Kadi. (Signed by Judge Richard C. Casey on 3/3/2004) Filed In Associated Cases: 1:03-md-01570-RCC,1:03-cv-09849-RCC(kkc, ) (Entered: 03/12/2004) |
| -- | 03/08/2004 | CASHIERS OFFICE REMARK on 14 Order on Motion to Appear Pro Hac Vice, in the amount of $25.00, paid on 3/3/2004, Receipt Number 501333. (kkc, ) (Entered: 03/12/2004) |
| 15 | 03/09/2004 | MOTION (FILED ON SERVICE DATE) for Michael K. Kellogg, Mark C. Hansen, David C. Frederick, Michael J. Guzman, and J.C. Rozendaal to Appear Pro Hac Vice as counsel for Prince Turki Al-Faisal bin Abdulaziz Al-Saud. Document filed by Turki Al Faisal Al Saud. (Attachments: # 1 Affidavit of Michael K. Kellogg# 2 Affidavit of Mark C. Hansen# 3 Affidavit of David C. Frederick# 4 Affidavit of Michael J. Guzman# 5 Affidavit of John C. Rozendaal)Filed in Associated Cases: 1:03-md-01570-RCC,1:02-cv-06977-RCC,1:02-cv-07300-RCC-FM,1:03-cv-05071-RCC,1:03-cv-05493-RCC,1:03-cv-05738-RCC,1:03-cv-06978-RCC,1:03-cv-07036-RCC,1:03-cv-09849-RCC(kkc, ) (Entered: 03/11/2004) |
| 16 | 03/10/2004 | Case Management Order No. 1 (this document relates to all actions); all attorneys who have |

| # | Date | Proceeding Text |
|---|------|-----------------|
| | | been admitted to this Court shall complete and file a CM/ECF attorney registration form by 3/5/2004. All attorneys who wish to be admitted for purposes of this case shall send a motion to be admitted pro hac vice to John Sacco at U.S.D.C. ? S.D.N.Y., 500 Pearl Street, Room 249. In addition to the documentation required by Local Civil Rule 1.3, attorneys wishing to appear pro hac vice must also include with their motion a check for $25.00 payable to the Clerk of the Court and a completed CM/ECF attorney registration form. Pro hac vice motions should be submitted by 3/15/2004. Peter Kahn, Esq., from the law firm of Williams & Connolly, has offered to compile for the Court a list of all participating attorneys? email address. All attorneys who wish to receive a correspondence regarding this case are directed to submit their email address to Mr. Kahn via email or fax. Mr. Kahn?s fax number is (202) 434-5245 and his email address is pkahn@wc.com. If you have questions about this process, you can reach Mr. Kahn by phone at (202) 434-5045. In order to facilitate the electronic filing of motions to dismiss, the motion schedule set forth at the 3/1/2004 conference is amended as follows: moving papers shall be filed on 3/19/2004; responses shall be filed by 5/14/2004; and reply papers shall be submitted no later than 5/28/2004. Motions shall be filed electronically and need not be fully briefed when filed; however, as per Judge Casey?s individual practice rules, courtesy copies of fully briefed motions shall be filed with chambers, along with a diskette containing an electronic version of the documents. Plaintiffs may, without further leave of court, add or remove parties by supplemental pleadings as further set forth in this Order. A named defendant as to whom the complaint contains no allegations may move for a more definite statement and the motion will be granted. The following cases shall be consolidated into 03 MDL 1570: Federal Ins. Co. v. Al Qaida, 03 Civ. 6978 (RCC); Burnett v. Al Baraka Inv. And Dev. Corp., 03 Civ. 5738 (RCC); and Barrera v. Al Queda Islamic Army, 03 Civ. 7036 (RCC). The parties may move to sever these actions at the completion of discovery. (Signed by Judge Richard C. Casey on 3/3/2004) Filed in Associated Cases: 1:03-md-01570-RCC,1:02-cv-06977-RCC,1:02-cv-07300-RCC-FM,1:03-cv-05071-RCC,1:03-cv-05493-RCC,1:03-cv-05738-RCC,1:03-cv-06978-RCC,1:03-cv-07036-RCC,1:03-cv-09848-RCC,1:03-cv-09849-RCC,1:04-cv-01076-RCC(kkc, ) (Entered: 03/11/2004) |
| 17 | 03/10/2004 | ORDER granting 15 Motion for Michael K. Kellogg, Mark C. Hansen, David C. Frederick, Michael J. Guzman, and J.C. Rozendaal to Appear Pro Hac Vice as counsel for Prince Turki Al-Faisal bin Abdulaziz Al-Saud. (Signed by Judge Richard C. Casey on 3/10/2004) Filed In Associated Cases: 1:03-md-01570-RCC,1:02-cv-06977-RCC,1:02-cv-07300-RCC-FM,1:03-cv-05071-RCC,1:03-cv-05493-RCC,1:03-cv-05738-RCC,1:03-cv-06978-RCC,1:03-cv-07036-RCC,1:03-cv-09849-RCC(kkc, ) (Entered: 03/12/2004) |
| -- | 03/10/2004 | CASHIERS OFFICE REMARK on 17 Order on Motion to Appear Pro Hac Vice, in the amount of $25.00, paid on (not dated), Receipt Number 502000, as to Michael K. Kellogg. (kkc, ) (Entered: 03/15/2004) |
| 27 | 03/10/2004 | CERTIFICATE OF SERVICE of Plaintiffs' Fourth Amended Complaint served on law firms as indicated on service list on 3/10/2004. Service was made by mail or by e-mail. Document filed by plaintiffs. (Attachments: # 1 Caption - Part 2 of 3# 2 Caption - Part 3 of 3# 3 Certificate of Service)(kkc, ) (Entered: 03/18/2004) |
| 111 | 03/10/2004 | FIRST AMENDED COMPLAINT against ALL DEFENDANTS in 03cv6978. Document filed by American Alternative Insurance Corporation, American Employers' Insurance Company, American Guarantee and Liability Insurance Company, American Zurich Insurance Company, Assurance Company of America, Chubb Custom Insurance Company, Chubb Indemnity Insurance Company, Chubb Insurance Company of Canada, Chubb Insurance Company of New Jersey, Colonial American Casualty and Surety Insurance Company, Crum & Forster Indemnity Company, Federal Insurance Company, Fidelity And Deposit Company of Maryland, Great Lakes Reinsurance (UK) PLC, Great Northern Insurance Company, Homeland Insurance Company of New York, Maryland Casualty Company, North River Insurance Company, Northern Insurance Company of New York, One Beacon America Insurance Company, One Beacon Insurance Company, Pacific Indemnity Company, Steadfast Insurance Company, The Camden Fire Insurance Association, The Princeton Excess & Surplus Lines Insurance Company, United States Fire Insurance Company, Valiant Insurance Company, Vigilant Insurance Company, Zurich American Insurance Company, Amlin Underwriting, Ltd., Hiscox Dedicated Corporate Member, Ltd., Allstate Insurance Company, Boston Old Colony Insurance Company, Continental Insurance Company, Commercial Insurance Company of Newark, NJ, CNA Casualty of California, Continental Insurance Company of New Jersey, Fidelity and Casualty Company of New York, Glens Falls Insurance Company, National Ben Franklin Insurance Company of Illinois, Seneca Insurance Company, Inc. (Attachments: # 1 Amended Complaint - part 2 of 4# 2 Amended Complaint - part 3 of 4# 3 Amended Complaint - part 4 of 4) Filed In Associated Cases: |

| # | Date | Proceeding Text |
|---|------|-----------------|
| | | 1:03-md-01570-RCC,1:03-cv-06978-RCC(kkc, ) Modified on 4/12/2004 (kkc, ). (Entered: 04/12/2004) |
| 18 | 03/11/2004 | MDL TRANSFER IN: Received certified copy of docket entries and documents numbered 1-8 from the United States District Court - District of District of Columbia. Case Number: 1:03-cv-1766 (RBW), S.D.N.Y. Case Number: 1:04-cv-1076 (RCC). (Attachments: # 1 Document No. 1 Complaint - Part 1 of 3# 2 Document No. 1 Complaint - Part 2 of 3# 3 Document No. 1 Complaint - Part 3 of 3# 4 Document No. 2 Order# 5 Document No. 3 Response# 6 Document No. 4 Order# 7 Document No. 5 Letter# 8 Document No. 6 Notice# 9 Document No. 7 Letter # 10 Document No. 8 Letter) Filed In Associated Cases: 1:03-md-01570-RCC,1:04-cv-01076-RCC(mj, ) (Entered: 03/12/2004) |
| 19 | 03/11/2004 | MEMO ENDORSEMENT on Motion for Stanton D. Anderson to appear pro hac vice as counsel for defendants Yousef Jameel and Yassin Abdullah Al Kadi. Motion granted. (Signed by Judge Richard C. Casey on 3/11/2004) Filed In Associated Cases: 1:03-md-01570-RCC,1:03-cv-09849-RCC(kkc, ) (Entered: 03/12/2004) |
| 20 | 03/11/2004 | MEMO ENDORSEMENT on Motion for Lynne Bernabei and Alan R. Kabat to appear pro hac vice as counsel for defendants Al Haramain Islamic Foundation, Inc., Soliman H.S. Al-Buthe, Perouz Sedaghaty, Dr. Abdullah M. Al Turki, Dr. Abdullah Naseef, Dr. Abdullah Al Obaid, Dr. Abdul Rahman Al Swailem, Dr. Adnan Basha, Sheik Saleh Al-Hussayen, Talal M. Badkook, Sheik Shahir Batterjee, Mushayt for Trading Company, Mohammed Ali Sayed Mushayt, Sheik Hamad Al-Husaini, Saudi Red Crescent Committee, Sheik Salman Al-Oawdah, Sheik Safer Al-Hawali. Motion granted. (Signed by Judge Richard C. Casey on 3/11/2004) Filed In Associated Cases: 1:03-md-01570-RCC,1:02-cv-06977-RCC,1:03-cv-09849-RCC(kkc, ) Additional attachment(s) added on 3/12/2004 (kkc, ). (Entered: 03/12/2004) |
| 21 | 03/11/2004 | NOTICE of Appearance by Alan Robert Kabat, Lynne A. Bernabei on behalf of Safar Al-Hawali, Sheik Hamad Al-Husaini, Mohammed Ali Sayed Mushayt, Mushayt for Trading Company, Saleh Al-Hussayen, Abdulla Al Obaid, Abdul Rahman Al Swailem, Abdullah Muhsen Al Turki, Talal Mohammed Badkook, Adnan Basha, Shahir Abdulraoof Batterjee, Abdullah Omar Naseef, Red Crescent Saudi Committee, Sheik Salman Al-Oawdah. Filed In Associated Cases: 1:03-md-01570-RCC,1:02-cv-06977-RCC,1:03-cv-09849-RCC(kkc, ) (Entered: 03/12/2004) |
| 22 | 03/11/2004 | NOTICE of Voluntary Dismissal pursuant to Rule 41(a)(1) of the F.R.C.P. as to defendant Nimir LLC, without prejudice to the rights of plaintiffs to re-file a complaint against defendant Nimir LLC. (Signed by Judge Richard C. Casey on 3/9/2004) Filed In Associated Cases: 1:03-md-01570-RCC,1:03-cv-06978-RCC(kkc, ) (Entered: 03/12/2004) |
| 23 | 03/11/2004 | ENDORSED LETTER addressed to Judge Richard C. Casey from Anthony Cotroneo dated 3/8/2004; counsel for defendant Mohammad Abdullah Aljomaih writes to request an extension until 3/19/2004 to file a reply in support of his motion to dismiss in the Burnett action. Application granted. (Signed by Judge Richard C. Casey on 3/9/2004) Filed In Associated Cases: 1:03-md-01570-RCC,1:03-cv-09849-RCC(kkc, ) (Entered: 03/12/2004) |
| 24 | 03/11/2004 | ENDORSED LETTER addressed to Judge Richard C. Casey from Ronald S. Liebman dated 3/4/2004; counsel for defendant National Commercial Bank writes to request an extension of time until 3/19/2004 to file its reply in support of its motion to dismiss in the Burnett action. Application granted. (Signed by Judge Richard C. Casey on 3/9/2004) (kkc, ) Additional attachment(s) added on 3/12/2004 (kkc, ). (Entered: 03/12/2004) |
| 25 | 03/11/2004 | ENDORSED LETTER addressed to Judge Richard C. Casey from James M. Cole dated 2/26/2004; counsel for defendant Prince Naif bin Abdulaziz al Saud writes to reuest that the Court permit counsel to consolidate the response to the five complaints into one brief, and plaintiffs' oppositions to that motion be combined into one consolidated brief. Application granted. Prince Naif shall file his motion to dismiss on 3/19/2004, along with the other defendants in this case. (Signed by Judge Richard C. Casey on 3/9/2004) (kkc, ) (Entered: 03/12/2004) |
| 28 | 03/12/2004 | MEMO ENDORSEMENT on Motion for J.D. Lee and David C. Lee to be admitted pro hac vice on behalf of the plaintiffs in 03cv9848, 03cv9849. Motion granted. (Signed by Judge Richard C. Casey on 3/12/2004) Filed In Associated Cases: 1:03-md-01570-RCC,1:03-cv-09848-RCC,1:03-cv-09849-RCC(kkc, ) (Entered: 03/18/2004) |
| 29 | 03/12/2004 | MEMO ENDORSEMENT on Motion for Stephen J. Brogan, Timothy J. Finn, Jonathan C. Rose, James E. Gauch, Michael P. Gurdak, Michael R. Shumaker, Melissa D. Stear, and Jennifer A. Shumaker to appear pro hac vice as attorneys for defendant Saudi Binladin Group, Inc. Motion granted. (Signed by Judge Richard C. Casey on 3/12/2004) Filed In Associated Cases: 1:03-md-01570-RCC,1:02-cv-06977-RCC(kkc, ) (Entered: 03/18/2004) |
| -- | 03/15/2004 | CASHIERS OFFICE REMARK on 17 Order on Motion to Appear Pro Hac Vice, in the amount of |

| # | Date | Proceeding Text |
|---|------|-----------------|
| | | $100.00, paid on 3/15/2004, Receipt Number 502235, as to Mark C. Hansen, David C. Frederick, Michael J. Guzman and J.C. Rozendaal. (kkc, ) (Entered: 03/18/2004) |
| -- | 03/15/2004 | CASHIERS OFFICE REMARK on 28 Memo Endorsement on Pro Hac Vice Motion, in the amount of $50.00, paid on 3/15/2004, Receipt Number 502244. (kkc, ) (Entered: 03/18/2004) |
| -- | 03/15/2004 | CASHIERS OFFICE REMARK on 29 Memo Endorsement on Pro Hac Vice Motion, in the amount of $200.00, paid on 3/15/2004, Receipt Number 502299. (kkc, ) (Entered: 03/18/2004) |
| -- | 03/15/2004 | Case Designated ECF. (kkc, ) (Entered: 03/18/2004) |
| 88 | 03/15/2004 | MOTION (FILED ON SERVICE DATE) for Matthew H. Kirtland to Appear Pro Hac Vice. Document filed by Nimir Petroleum LLC. Filed In Associated Cases: 1:03-md-01570-RCC,1:03-cv-05738-RCC (kkc, ) (Entered: 04/09/2004) |
| 26 | 03/16/2004 | AMENDED DOCUMENT Note:Plaintiffs' More Definite Statement as to Defendant Yousef Abdul Latif Jameel. Document filed by Burnett Plaintiffs.(Elsner, Michael) (Entered: 03/16/2004) |
| 30 | 03/16/2004 | MEMO ENDORSEMENT on Motion for Nancy Luque, Steven A. Maddox, Michael D. McNeely and Donna M. Sheinbach to appear pro hac vice as counsel for defendants African Muslim Agency, Grove Corporate Inc., Heritage Education Trust, International Institute of Islamic Thought, Mar-Jac Investments Inc., Reston Investments Inc., Safa Trust, and York Foundation in 03cv9849; International Institute of Islamic Thought in 02cv6977; African Muslim Agency, Grove Corporate Inc., Heritage Education Trust, International Institute of Islamic Thought, Mar-Jac Investments Inc., Reston Investments Inc., Safa Trust, York Foundation, Sterling Management Group Inc., Sterling Charitable Gift Fund Inc., Sanabel Al-Kheer Inc., Mena Investments Inc., Sana-bell Inc., Jamal Barzinji, Iqbal Unus, Muhammad Ashraf, M. Omar Ashraf, Taha Al-Alwani, and Yaqub Mirza in 03cv6978. Application granted. (Signed by Judge Richard C. Casey on 3/16/2004) Filed In Associated Cases: 1:03-md-01570-RCC,1:02-cv-06977-RCC,1:03-cv-06978-RCC,1:03-cv-09849-RCC(kkc, ) (Entered: 03/18/2004) |
| 31 | 03/16/2004 | MEMO ENDORSEMENT on Motion for William H. Jeffress Jr., Christopher R. Cooper, Sara E. Kropf, and Jamie S. Kilberg to appear pro hac vice as counsel for defendant Prince Sultan bin Abdulaziz Al-Saud. Application granted. (Signed by Judge Richard C. Casey on 3/16/2004) (kkc, ) (Entered: 03/18/2004) |
| 32 | 03/16/2004 | MEMO ENDORSEMENT on Motion for Don Howarth, Suzelle M. Smith, and Robert D. Brain to appear pro hac vice as counsel for plaintiffs in 03cv9848, 03cv9849. Application granted. (Signed by Judge Richard C. Casey on 3/16/2004) Filed In Associated Cases: 1:03-md-01570-RCC,1:03-cv-09848-RCC,1:03-cv-09849-RCC(kkc, ) (Entered: 03/18/2004) |
| 33 | 03/16/2004 | MEMO ENDORSEMENT on Motion for Jack D. Cordray to be admitted pro hac vice on behalf of the plaintiffs in 03cv9848, 03cv9849. Application granted. (Signed by Judge Richard C. Casey on 3/16/2004) Filed In Associated Cases: 1:03-md-01570-RCC,1:03-cv-09848-RCC,1:03-cv-09849-RCC(kkc, ) (Entered: 03/18/2004) |
| 34 | 03/16/2004 | ORDER ADMITTING ATTORNEY PRO HAC VICE. Attorney James Joseph Murphy for Naif Bin Abdulaziz Al Saud admitted Pro Hac Vice. (Signed by Judge Richard C. Casey on 3/16/2004) (kkc, ) (Entered: 03/18/2004) |
| 35 | 03/16/2004 | MEMO ENDORSEMENT on Motion for James M. Cole to appear pro hac vice as counsel for defendant Prince Naif bin Abdulaziz al Saud. Application granted. (Signed by Judge Richard C. Casey on 3/16/2004) Filed In Associated Cases: 1:03-md-01570-RCC,1:03-cv-06978-RCC(kkc, ) (Entered: 03/18/2004) |
| 61 | 03/16/2004 | MEMO ENDORSEMENT on Motion for William C. Edgar to appear pro hac vice as counsel for defendant Prince Naif bin Abdulaziz al Saud. Application granted. (Signed by Judge Richard C. Casey on 3/16/2004) (kkc, ) (Entered: 03/22/2004) |
| 62 | 03/16/2004 | MEMO ENDORSEMENT on Motion for Wilmer Parker, III to appear pro hac vice as counsel for defendant Mar-Jac Poultry, Inc. Application granted. (Signed by Judge Richard C. Casey on 3/16/2004) Filed In Associated Cases: 1:03-md-01570-RCC,1:02-cv-06977-RCC,1:03-cv-06978-RCC,1:03-cv-09849-RCC(kkc, ) (Entered: 03/22/2004) |
| -- | 03/17/2004 | CASHIERS OFFICE REMARK on 30 Memo Endorsementon Motion in the amount of $100.00, paid on 3/17/2004, Receipt Number 502410. (kkc, ) (Entered: 03/19/2004) |
| -- | 03/17/2004 | CASHIERS OFFICE REMARK on 31 Memo Endorsement on Motion in the amount of $100.00, paid on 3/17/2004, Receipt Number 502417. (kkc, ) (Entered: 03/19/2004) |
| -- | 03/17/2004 | CASHIERS OFFICE REMARK on 32 Memo Endorsement on Motion in the amount of $75.00, paid on 3/17/2004, Receipt Number 502420. (kkc, ) (Entered: 03/19/2004) |
| -- | 03/17/2004 | CASHIERS OFFICE REMARK on 33 Memo Endorsement on Motion in the amount of $25.00, paid on 3/17/2004, Receipt Number 502419. (kkc, ) (Entered: 03/19/2004) |

| # | Date | Proceeding Text |
|---|------|----------------|
| -- | 03/17/2004 | CASHIERS OFFICE REMARK on 34 Order Admitting Attorney Pro Hac Vice in the amount of $25.00, paid on 3/17/2004, Receipt Number 502410. (kkc, ) (Entered: 03/19/2004) |
| -- | 03/17/2004 | CASHIERS OFFICE REMARK on 35 Memo Endorsement on Motion in the amount of $25.00, paid on 3/17/2004, Receipt Number 502418. (kkc) (Entered: 03/19/2004) |
| -- | 03/17/2004 | CASHIERS OFFICE REMARK on 61 Memo Endorsement on Motion in the amount of $25.00, paid on 3/17/2004, Receipt Number 502418. (kkc, ) (Entered: 03/22/2004) |
| -- | 03/17/2004 | CASHIERS OFFICE REMARK on 62 Memo Endorsement on Motion in the amount of $25.00, paid on 3/17/2004, Receipt Number 502421. (kkc, ) (Entered: 03/22/2004) |
| 63 | 03/17/2004 | MEMO ENDORSEMENT on Motion for Nancy H. Dutton to appear pro hac vice as counsel for defendant HRH Prince Bandar bin Sultan. Application granted. (Signed by Judge Richard C. Casey on 3/17/2004) Filed In Associated Cases: 1:03-md-01570-RCC,1:03-cv-06978-RCC(kkc, ) (Entered: 03/22/2004) |
| 65 | 03/17/2004 | ENDORSED LETTER addressed to Judge Richard C. Casey from James M. Cole dated 3/15/2004; counsel for Prince Naif writes to request a delay in the briefing of Prince Naif's motion to dismiss until the resolution of Prince Turki and Prince Sultan's motions. Prince Naif shall file his motion to dismiss by 6/11/2004. The response shall be filed by 7/2/2004, and the reply shall be filed on or before 7/16/2004. (Signed by Judge Richard C. Casey on 3/17/2004) (kkc, ) (Entered: 03/23/2004) |
| 67 | 03/17/2004 | MOTION (FILED ON SERVICE DATE) for Don Howarth, Suzelle M. Smith and Robert D. Brain to Appear Pro Hac Vice as counsel for plaintiffs in 03cv9848, 03cv9849. This document relates to 03cv9848, 03cv9849. Document filed by ALL PLAINTIFFS. (Motion was granted on 3/16/2004 - see doc. # 32) (kkc, ) (Entered: 03/23/2004) |
| 36 | 03/18/2004 | MOTION for More Definite Statement. Document filed by Sami Omar Al-Hussayen. (Dratel, Joshua) (Entered: 03/18/2004) |
| 37 | 03/18/2004 | DECLARATION of Joshua L. Dratel in Support re: 36 MOTION for More Definite Statement.. Document filed by Sami Omar Al-Hussayen. (Dratel, Joshua) (Entered: 03/18/2004) |
| 38 | 03/18/2004 | MEMORANDUM OF LAW in Support re: 36 MOTION for More Definite Statement.. Document filed by Sami Omar Al-Hussayen. (Attachments: # 1 Appendix A# 2 Memo of Law cover)(Dratel, Joshua) (Entered: 03/18/2004) |
| 39 | 03/19/2004 | RULE 7.1 DISCLOSURE STATEMENT. Document filed by National Commercial Bank.(Liebman, Ronald) (Entered: 03/19/2004) |
| 40 | 03/19/2004 | MOTION to Dismiss Note:The Fourth Amended Consolidated Master Complaint in Ashton, et al. v. Al Qaeda Islamic, et al.. Document filed by Mohammed Al Faisal Al Saud. (Cohen, Louis) (Entered: 03/19/2004) |
| 41 | 03/19/2004 | MOTION to Dismiss Note:Memorandum of Law in Support of Motion to Dismiss The Fourth Amended Consolidated Master Complaint in Ashton et al. v. Al Qaeda Islamic, et al.. Document filed by Mohammed Al Faisal Al Saud. (Attachments: # 1 Exhibit A# 2 Exhibit B Part 1# 3 Exhibit B Part 2# 4 Exhibit C# 5 Exhibit D)(Cohen, Louis) (Entered: 03/19/2004) |
| 42 | 03/19/2004 | RULE 7.1 DISCLOSURE STATEMENT. Document filed by Saudi Binladin Group, Inc..(Bradley, E.) (Entered: 03/19/2004) |
| 43 | 03/19/2004 | MOTION to Dismiss Note:the Complaint or in the Alternative for More Definite Statement. Document filed by Saudi Binladin Group, Inc.. (Bradley, E.) (Entered: 03/19/2004) |
| 44 | 03/19/2004 | MEMORANDUM OF LAW in Support re: 43 MOTION to Dismiss Note:the Complaint or in the Alternative for More Definite Statement.. Document filed by Saudi Binladin Group, Inc.. (Attachments: # 1 Exhibit 1# 2 Exhibit 2)(Bradley, E.) (Entered: 03/19/2004) |
| 45 | 03/19/2004 | REPLY MEMORANDUM OF LAW in Support Note:of the National Commercial Bank Motion to Dismiss. Document filed by National Commercial Bank. (Attachments: # 1 Exhibit 6# 2 Exhibit 7# 3 Certificate of Service)(Liebman, Ronald) (Entered: 03/19/2004) |
| 46 | 03/19/2004 | MOTION to Dismiss Note:of the Defendant The National Commercial Bank. Document filed by National Commercial Bank. (Attachments: # 1 Memorandum of Law in Support# 2 Affidavit # 3 Exhibit 1# 4 Exhibit 2# 5 Exhibit 3# 6 Exhibit 4# 7 Exhibit 5# 8 Exhibit 6# 9 Exhibit 7# 10 Certificate of Service)(Liebman, Ronald) (Entered: 03/19/2004) |
| 47 | 03/19/2004 | MOTION to Dismiss Note:Certain Consolidated Complaints. Document filed by Sultan Bin Abdulaziz Al Saud. Responses due by 5/14/2004 (Jeffress, William) (Entered: 03/19/2004) |
| 48 | 03/19/2004 | MOTION to Dismiss Note:Memorandum in Support of Motion to Dismiss Certain Consolidated Complaints. Document filed by Sultan Bin Abdulaziz Al Saud. Responses due by 5/14/2004 (Jeffress, William) (Entered: 03/19/2004) |

| # | Date | Proceeding Text |
|---|---|---|
| 49 | 03/19/2004 | MOTION to Dismiss Note:and Memorandum of Law in Support of Motion to Dismiss and to Quash Service of Process of His Royal Highness Prince Turki Al-Faisal bin Abdulaziz Al-Saud. Document filed by Turki Al Faisal Al Saud. Responses due by 5/14/2004 (Attachments: # 1 Memorandum in Support# 2 Exhibit Exhibit 1# 3 Exhibit Exhibit 2# 4 Exhibit Exhibit 3# 5 Exhibit Exhibit 4# 6 Exhibit Exhibit 5)(Frederick, David) (Entered: 03/19/2004) |
| 50 | 03/19/2004 | MOTION to Dismiss Note:Reply Memorandum in Support of Motion to Dismiss. Document filed by Mohammed Bin Abdullah Al-Jomaith. (Attachments: # 1 Exhibit A# 2 Exhibit B# 3 Exhibit C# 4 Exhibit D# 5 Certficate of Service)(Cotroneo, Anthony) (Entered: 03/19/2004) |
| 51 | 03/19/2004 | MOTION to Dismiss. Document filed by Abdul Rahman Bin Kahlid Bin Mahfouz. Responses due by 5/14/2004 (Attachments: # 1 Exhibit Exhibits 1 - 6 to Motion to Dismiss)(Kahn, Peter) (Entered: 03/19/2004) |
| 52 | 03/19/2004 | MOTION to Dismiss. Document filed by Al Baraka Investment & Development Corp., Saleh Abdullah Kamel. (Attachments: # 1 Memo of Law)(Fell, Stephanie) (Entered: 03/19/2004) |
| 53 | 03/19/2004 | MOTION to Dismiss. Document filed by Wa'el Jalaidan. (Attachments: # 1 Memo of Law# 2 Affidavit# 3 Affidavit)(Fell, Stephanie) (Entered: 03/19/2004) |
| 54 | 03/19/2004 | MOTION to Dismiss. Document filed by Rabita Trust. (Attachments: # 1 Memo of Law# 2 Affidavit)(Fell, Stephanie) (Entered: 03/19/2004) |
| 55 | 03/19/2004 | MOTION to Dismiss. Document filed by International Islamic Relief Organization. (Attachments: # 1 Memo of Law# 2 Affidavit)(Fell, Stephanie) (Entered: 03/19/2004) |
| 56 | 03/19/2004 | MOTION to Dismiss. Document filed by International Islamic Relief Organization. (Attachments: # 1 Memo of Law# 2 Affidavit)(Fell, Stephanie) (Entered: 03/19/2004) |
| 57 | 03/19/2004 | MOTION for Oral Argument Note:On Renewed Motion To Dismiss. Document filed by Al Rajhi Banking and Investment. (Curran, Chistopher) (Entered: 03/19/2004) |
| 58 | 03/19/2004 | MEMORANDUM OF LAW in Support re: 57 MOTION for Oral Argument Note:On Renewed Motion To Dismiss.. Document filed by Al Rajhi Banking and Investment. (Curran, Chistopher) (Entered: 03/19/2004) |
| 59 | 03/19/2004 | RULE 7.1 DISCLOSURE STATEMENT. Document filed by Al Rajhi Banking and Investment.(Curran, Chistopher) (Entered: 03/19/2004) |
| 60 | 03/19/2004 | MOTION to Dismiss Note:the Claims Against It in Plaintiffs' Fourth Amended Complaint. Document filed by International Institute of Islamic Thought. (Attachments: # 1 Text of Proposed Order)(Sheinbach, Donna) (Entered: 03/19/2004) |
| 64 | 03/19/2004 | MEMO ENDORSEMENT on Motion for Harry Huge to appear pro hac vice on behalf of the plaintiffs in 03cv9849. Application granted. (Signed by Judge Richard C. Casey on 3/19/2004) Filed In Associated Cases: 1:03-md-01570-RCC,1:03-cv-09849-RCC(kkc, ) (Entered: 03/22/2004) |
| 66 | 03/22/2004 | NOTICE of Dismissal; in accordance with the provisions of F.R.C.P. Rule 41(a)(1)(i), the plaintiffs voluntarily dismiss action 03cv5493 without prejudice. Claims brought on behalf of each of the plaintiffs in 03cv5493 in their individual and representative capacities were included in the Ashton third amended complaint filed in this Court on 9/5/2003 as well as the Ashton fourth amended complaint filed in this Court on 3/10/2004, rendering action 03cv5493 duplicative. (Signed by Judge Richard C. Casey on 3/22/2004) Filed In Associated Cases: 1:03-md-01570-RCC,1:03-cv-05493-RCC(kkc, ) (Entered: 03/23/2004) |
| 68 | 03/22/2004 | MEMO ENDORSEMENT on Motion for Ronald L. Motley, Jodi Westbrook Flowers, Donald A. Migliori, and Jeffrey S. Thompson to appear pro hac vice as counsel for plaintiffs in 03cv9849, 03cv5738. Application granted. (Signed by Judge Richard C. Casey on 3/22/2004) Filed In Associated Cases: 1:03-md-01570-RCC,1:03-cv-05738-RCC,1:03-cv-09849-RCC(kkc, ) (Entered: 03/23/2004) |
| -- | 03/22/2004 | CASHIERS OFFICE REMARK on 64 Memo Endorsement on Motion in the amount of $25.00, paid on 3/22/2004, Receipt Number 502792. (kkc, ) (Entered: 03/25/2004) |
| 69 | 03/22/2004 | ENDORSED LETTER addressed to Judge Richard C. Casey from Lynne Bernabei dated 3/16/2004; counsel for defendant Al Haramin Islamic Foundation, Inc. writes to request an extension of time, up to and including 4/26/2004 to respond to plaintiffs' discovery requests. Application granted. (Signed by Judge Richard C. Casey on 3/22/2004) Filed In Associated Cases: 1:03-md-01570-RCC,1:03-cv-09849-RCC(kkc, ) (Entered: 03/26/2004) |
| 70 | 03/26/2004 | RESPONSE Note:Plaintiff's Motions to authorize alternative means of service of process on defendants alleged to be in United States Custody. Document filed by UNITED STATES OF AMERICA. (Normand, Sarah) (Entered: 03/26/2004) |
| 71 | 03/26/2004 | REPLY to Response to Motion re: 50 MOTION to Dismiss Note:Reply Memorandum in Support |

| # | Date | Proceeding Text |
|---|------|-----------------|
| | | of Motion to Dismiss. Note:- Plaintiffs' Sur-Reply To Defendant Al Jomaih's Motion to Dismiss. Document filed by Burnett Plaintiffs. (Attachments: # 1 Exhibit 1)(Elsner, Michael) (Entered: 03/26/2004) |
| 72 | 03/26/2004 | ORDER ADMITTING ATTORNEY PRO HAC VICE; that the motion for Christopher T. Lutz to be admitted pro hac vice as counsel for defendant Mohammad Abdullah Aljomaih is granted. (Signed by Judge Richard C. Casey on 3/26/2004) Filed In Associated Cases: 1:03-md-01570-RCC,1:03-cv-09849-RCC(kkc, ) (Entered: 03/29/2004) |
| 73 | 03/26/2004 | ORDER ADMITTING ATTORNEY PRO HAC VICE. that the motion for Roger E. Warin to be admitted pro hac vice as counsel for defendant Mohammad Abdullah Aljomiah is granted. (Signed by Judge Richard C. Casey on 3/26/2004) Filed In Associated Cases: 1:03-md-01570-RCC,1:03-cv-09849-RCC(kkc, ) (Entered: 03/29/2004) |
| 74 | 03/26/2004 | ORDER ADMITTING ATTORNEY PRO HAC VICE; that Elizabeth Smith and Robert T. Haefele are admitted pro hac vice as counsel for plaintiffs in 03cv9849, 03cv5738. (Signed by Judge Richard C. Casey on 3/26/2004) Filed In Associated Cases: 1:03-md-01570-RCC,1:03-cv-05738-RCC,1:03-cv-09849-RCC(kkc, ) (Entered: 03/29/2004) |
| 77 | 03/29/2004 | MEMO-ENDORSEMENT on Motion for Martin F. McMahon and Christopher R. Smith to appear pro hac vice as counsel for defendants Wa'el Jalaidan, Omar Abdullah Kamel, Saleh Abdullah Kamel, Muslim World League, Rabita Trust, Al Baraka Investment & Development Corp. and International Islamic Relief Organization. Application granted. (Signed by Judge Richard C. Casey on 3/29/2004) (kkc, ) (Entered: 03/31/2004) |
| -- | 03/30/2004 | CASHIERS OFFICE REMARK on 77 Memo-Endorsement on Motion, in the amount of $50.00, paid on 3/30/2004, Receipt Number 503382. (kkc, ) (Entered: 04/01/2004) |
| 89 | 03/30/2004 | Letter addressed to Judge Richard C. Casey from Peter J. Kahn dated 3/18/2004; counsel writes to report to the Court regarding gathering email addresses from most of the attorneys who represents clients in these matters. Document filed by Abdulrahman Bin Mahfouz. Filed in Associated Cases: 1:03-md-01570-RCC,1:02-cv-06977-RCC,1:02-cv-07300-RCC-FM,1:03-cv-05071-RCC,1:03-cv-05493-RCC,1:03-cv-05738-RCC,1:03-cv-06978-RCC,1:03-cv-07036-RCC,1:03-cv-09848-RCC,1:03-cv-09849-RCC,1:04-cv-01076-RCC(kkc, ) (Entered: 04/09/2004) |
| 75 | 03/31/2004 | CERTIFICATE OF SERVICE of Statement of Interest of the United States of America in Opposition to Plaintiffs' Motions to Authorize Alternative Means of Service of Process on Defendants Alleged to be in United States Custody served on Douglas B. Fox, Esq., Christopher R. Cooper, Esq., Michael J. Guzman, Esq., Louis R. Cohen, Esq., Wilmer Parker, Esq. on 3/26/04. Service was made by Federal Express. Document filed by UNITED STATES OF AMERICA. (Normand, Sarah) (Entered: 03/31/2004) |
| 76 | 03/31/2004 | ORDER; that Jonathan L. Greenblatt of Shearman & Sterling LLP is relieved as one of the attorneys of record for defendant Saudi American Bank; defendant Saudi American Bank shall continue to be represented in this matter by counsel of record Henry Weisburg and Brian H. Polovoy of the New York office of Shearman & Sterling LLP. (Signed by Judge Richard C. Casey on 3/30/2004) Filed In Associated Cases: 1:03-md-01570-RCC,1:03-cv-09849-RCC(kkc, ) (Entered: 03/31/2004) |
| 78 | 04/02/2004 | RESPONSE in Opposition re: 57 MOTION for Oral Argument Note:On Renewed Motion To Dismiss. Note:- Burnett Plaintiffs' Memorandum In Response to Motion of Al Rajhi Banking & Investment Corp.'s Motion for Oral Argument. Document filed by Burnett Plaintiffs. (Elsner, Michael) (Entered: 04/02/2004) |
| 90 | 04/05/2004 | ORDER GRANTING MOTION TO ADMIT ATTORNEY PRO HAC VICE. Attorney Shirley C. Woodward for Mohammed Al Faisal Al Saud admitted Pro Hac Vice. (Signed by Judge Richard C. Casey on 3/30/2004) Filed In Associated Cases: 1:03-md-01570-RCC,1:02-cv-06977-RCC(kkc, ) (Entered: 04/09/2004) |
| 91 | 04/05/2004 | ORDER; that within 2 weeks of the date of entry of this Order counsel for plaintiffs shall meet with counsel for defendants, either in person or by telephone conference, to negotiate a revised Proposed Case Management & Pretrial Scheduling Order #2 upon which all parties can agree, which will then be submitted to the Court for approval. If no agreement can be reached among all parties on all issues, the Proposed Case Management Order shall include, for each issue of disagreement, a brief recitation of the parties' differing positions. In any case, a Proposed Case Management Order shall be submitted to this Court no later than 4/30/2004. (Signed by Judge Richard C. Casey on 4/5/2004) Filed In Associated Cases: 1:03-md-01570-RCC,1:02-cv-06977-RCC,1:02-cv-07300-RCC-FM,1:03-cv-05071-RCC,1:03-cv-05493-RCC,1:03-cv-05738-RCC,1:03-cv-06978-RCC,1:03-cv-07036-RCC,1:03-cv-09848-RCC,1:03-cv-09849-RCC,1:04-cv-01076-RCC(kkc, ) (Entered: 04/09/2004) |

| # | Date | Proceeding Text |
|---|------|-----------------|
| 79 | 04/06/2004 | FIRST REPLY MEMORANDUM OF LAW in Support Note:of Motion Authorizing Plaintiffs to effectuate service of process on defendants incarcerated in US Custody and Motion to authorize Plaintiffs to effectuate service of process on defendants al-Qaida, Egyptian Islamic Jihad, Jemaah Islamiyah and Ansar Al-Islam. Original Motion filed in 03cv6978 on 1/27/2004. Document filed by American Alternative Insurance Corporation, American Employers' Insurance Company, American Guarantee and Liability Insurance Company, American Zurich Insurance Company, Assurance Company of America, Chubb Custom Insurance Company, Chubb Indemnity Insurance Company, Chubb Insurance Company of Canada, Chubb Insurance Company of New Jersey, Colonial American Casualty and Surety Insurance Company, Crum & Forster Indemnity Company, Federal Insurance Company, Fidelity And Deposit Company of Maryland, Great Lakes Reinsurance (UK) PLC, Great Northern Insurance Company, Homeland Insurance Company of New York, Maryland Casualty Company, North River Insurance Company, Northern Insurance Company of New York, One Beacon America Insurance Company, One Beacon Insurance Company, Pacific Indemnity Company, Steadfast Insurance Company, The Camden Fire Insurance Association, The Princeton Excess & Surplus Lines Insurance Company, United States Fire Insurance Company, Valiant Insurance Company, Vigilant Insurance Company, Zurich American Insurance Company. (Feldman, Elliot) (Entered: 04/06/2004) |
| 112 | 04/06/2004 | CLERK CERTIFICATE OF MAILING of Summons & Amended Complaint, Notice of Suit, Documents Translated into Arabic, Affidavit from Translator mailed to Republic of Sudan Ministry of Interior at the following address: U.S. Dept. of State, Office of Citizens Consular Services, 2201 "C" St. N.W., Washington, DC, USA 20520 on 4/6/2004 by DHL # 790 2508 132. Filed in Associated Cases: 1:03-md-01570-RCC,1:03-cv-09849-RCC (kkc, ) Modified on 6/9/2004 (ps, ). (Entered: 04/13/2004) |
| 113 | 04/06/2004 | CLERK CERTIFICATE OF MAILING of Summons & Amended Complaint, Notice of Suit, Documents Translated into Arabic, Affidavit from Translator mailed to Republic of Sudan, The Government of the Republic of Sudan at the following address: U.S. Dept. of State, Office of Citizens Consular Services, 2201 "C" St. N.W., Washington, DC, USA 20520 on 4/6/2004 by DHL # 790 2508 143. Filed in Associated Cases: 1:03-md-01570-RCC,1:03-cv-09849-RCC(kkc, ) Modified on 6/9/2004 (ps, ). (Entered: 04/13/2004) |
| 114 | 04/06/2004 | CLERK CERTIFICATE OF MAILING of Summons & Amended Complaint, Notice of Suit, Documents Translated into Arabic, Affidavit from Translator mailed to Republic of Sudan, Ministry of Defense at the following address: U.S. Dept. of State, Office of Citizens Consular Services, 2201 "C" St. N.W., Washington, DC, USA 20520 on 4/6/2004 by DHL # 790 2508 154. Filed in Associated Cases: 1:03-md-01570-RCC,1:03-cv-09849-RCC(kkc, ) Modified on 6/9/2004 (ps, ). (Entered: 04/13/2004) |
| 80 | 04/08/2004 | AFFIDAVIT OF SERVICE of So Ordered Notice of Dismissal served on Defendants not served electronically on April 6, 2004. Service was made by Mail. Document filed by Nancy Ann Foster, H. Michael Keden, Jennifer Tarantino, Chiemi York. (Capone, Dorothea) (Entered: 04/08/2004) |
| 81 | 04/08/2004 | MOTION to Dismiss for Lack of Jurisdiction Note: the Third Amended Complaint (Burnett). Document filed by Safar Al-Hawali. (Attachments: # 1 Exhibit 1 (Al-Hawali Declaration)# 2 Exhibit 2 (service of process article))(Kabat, Alan) (Entered: 04/08/2004) |
| 82 | 04/08/2004 | MOTION to Dismiss for Lack of Jurisdiction Note:the Third Amended Complaint (Burnett). Document filed by Sheik Hamad Al-Husaini. (Attachments: # 1 Exhibit 1 (Al-Husaini Declaration)# 2 Exhibit 2 (service of process article))(Kabat, Alan) (Entered: 04/08/2004) |
| 83 | 04/08/2004 | MOTION to Dismiss for Lack of Jurisdiction Note:the Third Amended Complaint (Burnett). Document filed by Saleh Al-Hussayen. (Attachments: # 1 Exhibit 1 (Al-Hussayen Declaration)# 2 Exhibit 2 (service of process article))(Kabat, Alan) (Entered: 04/08/2004) |
| 84 | 04/08/2004 | MOTION to Dismiss for Lack of Jurisdiction Note:the Third Amended Complaint (Burnett). Document filed by Sheik Salman Al-Oawdah. (Attachments: # 1 Exhibit 1 (Al-Oadah Declaration)# 2 Exhibit 2 (service of process article))(Kabat, Alan) (Entered: 04/08/2004) |
| 85 | 04/08/2004 | MOTION to Dismiss for Lack of Jurisdiction Note:the Third Amended Complaint (Burnett). Document filed by Abdullah Muhsen Al Turki. (Attachments: # 1 Exhibit 1 (Al-Turki Declaration)# 2 Exhibit 2 (Al Fahad Declaration)# 3 Exhibit 3 (service of process article))(Kabat, Alan) (Entered: 04/08/2004) |
| 86 | 04/08/2004 | MOTION to Dismiss for Lack of Jurisdiction Note:the Third Amended Complaint (Burnett). Document filed by Shahir Abdulraoof Batterjee. (Attachments: # 1 Exhibit 1 (Batterjee Declaration)# 2 Exhibit 2 (service of process article))(Kabat, Alan) (Entered: 04/08/2004) |
| 87 | 04/08/2004 | MOTION to Dismiss for Lack of Jurisdiction Note:the Third Amended Complaint (Burnett). |

| # | Date | Proceeding Text |
|---|------|-----------------|
| | | Document filed by Abdullah Omar Naseef. (Attachments: # 1 Exhibit 1 (Naseef Declaration)# 2 Exhibit 2 (service of process article))(Kabat, Alan) (Entered: 04/08/2004) |
| 92 | 04/09/2004 | REPLY MEMORANDUM OF LAW in Support re: 57 MOTION for Oral Argument Note:On Renewed Motion To Dismiss.. Document filed by Al-Rajhi Banking & Investment Corp.. (Curran, Christopher) (Entered: 04/09/2004) |
| 93 | 04/09/2004 | FILING ERROR - WRONG DOCUMENT TYPE SELECTED FROM MENU - NOTICE of Motion. Document filed by DMI Administrative Services S.A.. (McCarthy, Timothy) Modified on 8/25/2004 (kkc, ). (Entered: 04/09/2004) |
| 94 | 04/09/2004 | MOTION to Dismiss Note:(Notice of Motion). Document filed by DMI Administrative Services S.A.. (McCarthy, Timothy) (Entered: 04/09/2004) |
| 95 | 04/09/2004 | DECLARATION of Graham Walker in Support re: 94 MOTION to Dismiss Note:(Notice of Motion).. Document filed by DMI Administrative Services S.A.. (McCarthy, Timothy) (Entered: 04/09/2004) |
| 96 | 04/09/2004 | MOTION to Dismiss for Lack of Jurisdiction Note:the Third Amended Complaint (Burnett). Document filed by Abdul Rahman Al Swailem. (Attachments: # 1 Exhibit 1 (Al Swailem declaration)# 2 Exhibit 2 (Saudi Red Crescent declaration)# 3 Exhibit 3 (service of process article))(Kabat, Alan) (Entered: 04/09/2004) |
| 97 | 04/09/2004 | MOTION to Dismiss for Lack of Jurisdiction Note:the Third Amended Complaint (Burnett). Document filed by Mohammed Ali Sayed Mushayt. (Attachments: # 1 Exhibit 1 (Mushayt Declaration)# 2 Exhibit 2 (service of process article))(Kabat, Alan) (Entered: 04/09/2004) |
| 98 | 04/09/2004 | MOTION to Dismiss for Lack of Jurisdiction Note:the Third Amended Complaint (Burnett). Document filed by Abdullah Bin Saleh Al-Obaid. (Attachments: # 1 Exhibit 1 (Al Obaid declaration)# 2 Exhibit 2 (Al Fahad Declaration)# 3 Exhibit 3 (service of process article))(Kabat, Alan) (Entered: 04/09/2004) |
| 99 | 04/09/2004 | MOTION to Dismiss for Lack of Jurisdiction Note:the Third Amended Complaint (Burnett). Document filed by Saudi Red Crescent. (Attachments: # 1 Exhibit 1 (Saudi Red Crescent declaration)# 2 Exhibit 2 (service of process article))(Kabat, Alan) (Entered: 04/09/2004) |
| 100 | 04/09/2004 | MEMORANDUM OF LAW in Support re: 94 MOTION to Dismiss Note:(Notice of Motion). Note:of Defendant DMI Administrative Services S.A.. Document filed by DMI Administrative Services S.A.. (McCarthy, Timothy) (Entered: 04/09/2004) |
| 101 | 04/09/2004 | FIRST MOTION to Dismiss Note:12(b)(2), 12(b)5 and 12(b)(6). Document filed by Adel Abduljalil Batterjee. (Attachments: # 1 Affidavit)(Kabat, Alan) (Entered: 04/09/2004) |
| 102 | 04/09/2004 | MOTION to Dismiss Note:[Reply Brief - Burnett v. Al Baraka]. Document filed by Saudi American Bank. (Polovoy, Brian) (Entered: 04/09/2004) |
| 103 | 04/09/2004 | MOTION to Dismiss. Document filed by Aqeel Al-Aqeel. (Attachments: # 1)(Kabat, Alan) (Entered: 04/10/2004) |
| 104 | 04/10/2004 | MOTION to Dismiss. Document filed by Al Haramain Islamic Foundation. (Attachments: # 1 Affidavit # 2 Supplement Saudi Minister of Justice# 3 Supplement Letter to UN)(Kabat, Alan) (Entered: 04/10/2004) |
| 105 | 04/10/2004 | MOTION to Dismiss. Document filed by Mohamad Jamal Khalifa. (Attachments: # 1 Affidavit)(Kabat, Alan) (Entered: 04/10/2004) |
| 106 | 04/10/2004 | MOTION to Dismiss. Document filed by Saleh O. Badahdah. (Attachments: # 1 Affidavit)(Kabat, Alan) (Entered: 04/10/2004) |
| 107 | 04/10/2004 | MOTION to Dismiss. Document filed by Abdul Al-Moslah. (Attachments: # 1 Affidavit)(Kabat, Alan) (Entered: 04/10/2004) |
| 108 | 04/10/2004 | MOTION to Dismiss. Document filed by Abdullah M. Al-Mahdi. (Attachments: # 1 Affidavit)(Kabat, Alan) (Entered: 04/10/2004) |
| 109 | 04/10/2004 | MOTION to Dismiss. Document filed by Sulaiman Al-Ali. (Attachments: # 1 Affidavit)(Kabat, Alan) (Entered: 04/10/2004) |
| 110 | 04/10/2004 | MOTION to Dismiss. Document filed by Islamic Assembly of North America. (Kabat, Alan) (Entered: 04/10/2004) |
| 115 | 04/14/2004 | SECOND RESPONSE Note:Statement of Interest of the United States of America in Opposition to Plaintiff's Motions to Authorize Alternative Means of Service of Process on Defendants Alleged to be in United States Custody. Document filed by UNITED STATES OF AMERICA. (Normand, Sarah) (Entered: 04/14/2004) |
| 116 | 04/15/2004 | CERTIFICATE OF SERVICE of Second Statement of Interest of the United States of America in Opposition to Plaintiffs' Motions to Authorize Alternative Means of Service of Process on |

| # | Date | Proceeding Text |
|---|---|---|
| | | Defendants Alleged to be in United States Custody served on Douglas B. Fox Esq., Wilmer Parker, Esq. on 4/14/04. Service was made by Federal Express. Document filed by UNITED STATES OF AMERICA. (Normand, Sarah) (Entered: 04/15/2004) |
| 117 | 04/16/2004 | STIPULATION Extending Time to Respond; that defendant's counsel (King & Spalding LLP) will accept service of the amended complaint on behalf of defendant Arab Bank PLC; defendant Arab Bank PLC will answer or otherwise move against the amended complaint on or before 5/21/2004; defendant Arab Bank PLC will waive all affirmative defenses, objections and arguments relating to service of process during the course of this litigation. (Signed by Judge Richard C. Casey on 4/15/2004) Filed In Associated Cases: 1:03-md-01570-RCC,1:03-cv-06978-RCC(kkc, ) (Entered: 04/16/2004) |
| -- | 04/16/2004 | Set Answer Due Date re: 111 Amended Complaint, as to Arab Bank PLC; answer due on 5/21/2004. (kkc, ) (Entered: 04/16/2004) |
| 120 | 04/21/2004 | MOTION (FILED ON SERVICE DATE) for Khurrum Wahid to Appear Pro Hac Vice. Document filed by World Assembly of Muslim Youth. (kkc, ) (Entered: 04/23/2004) |
| 118 | 04/22/2004 | NOTICE of Appearance by Ashraf Wajih Nubani on behalf of Islamic Assembly of North America (Nubani, Ashraf) (Entered: 04/22/2004) |
| 119 | 04/22/2004 | NOTICE of Appearance by Ashraf Wajih Nubani on behalf of Al Haramain Foundation, Sulaiman Al-Ali, Aqeel Al-Aqeel, Abdullah M. Al-Mahdi, Abdul Al-Moslah, Saleh O. Badahdah, Adel Abdul Batterjee, Mohammed Jamal Khalifa (Nubani, Ashraf) (Entered: 04/22/2004) |
| 121 | 04/22/2004 | MEMO ENDORSEMENT on Motion for Thomas E. Mellon, Jr., Stephen A. Corr, and John A. Corr to appear pro hac vice in 03cv9848, 03cv9849. Application granted. (Signed by Judge Richard C. Casey on 4/22/2004) Filed In Associated Cases: 1:03-md-01570-RCC,1:03-cv-09848-RCC,1:03-cv-09849-RCC(kkc, ) Modified on 4/23/2004 (kkc, ). (Entered: 04/23/2004) |
| 122 | 04/22/2004 | MEMO ENDORSEMENT on Motion for Floyd A. Wisner to appear pro hac vice as counsel for plaintiffs in 03cv5071. Application granted. (Signed by Judge Richard C. Casey on 4/22/2004) Filed In Associated Cases: 1:03-md-01570-RCC,1:03-cv-05071-RCC(kkc, ) (Entered: 04/23/2004) |
| 123 | 04/23/2004 | ENDORSED LETTER addressed to Judge Richard C. Casey from Anthony Cotroneo dated 4/2/2004; counsel writes to request that plaintiffs' 3/26/2004 sur-reply to counsel's reply to their opposition to defendant Mohammad Abdullah Aljomaih's motion to dismiss be disregarded or striken. Defendant Mohammad Abdullah Aljomaih's motion to strike plaintiffs' sur-reply, docket no. 71, is granted. (Signed by Judge Richard C. Casey on 4/22/2004) Filed In Associated Cases: 1:03-md-01570-RCC,1:03-cv-09849-RCC(kkc, ) (Entered: 04/23/2004) |
| 124 | 04/25/2004 | NOTICE of Appearance by Omar T. Mohammedi on behalf of Wamy International, Inc., World Assembly of Muslim Youth (Mohammedi, Omar) (Entered: 04/25/2004) |
| 125 | 04/26/2004 | STIPULATION AND ORDER of Substitution of Counsel; that Chadbourne & Parke LLP is substituted for McDermott, Will & Emery as counsel for defendant Yousef Jameel. (Signed by Judge Richard C. Casey on 4/26/2004) Filed In Associated Cases: 1:03-md-01570-RCC,1:03-cv-05738-RCC,1:03-cv-09849-RCC(kkc, ) (Entered: 04/27/2004) |
| 126 | 04/27/2004 | ENDORSED LETTER addressed to Judge Richard C. Casey from Paul J. Hanly Jr. dated 4/22/2004; counsel for plaintiffs in 03cv9849 write to request an extension of time to respond to the 21 motions to dismiss filed by various defendants on 4/9/2004. Opposition papers to motions filed on 4/9/2004 shall be due on 6/4/2004 and reply papers for those motions shall be due on 6/18/2004. (Signed by Judge Richard C. Casey on 4/22/2004) Filed In Associated Cases: 1:03-md-01570-RCC,1:03-cv-09849-RCC(kkc, ) (Entered: 04/27/2004) |
| 127 | 04/28/2004 | ORDER granting 120 Motion for Khurrum Wahid to Appear Pro Hac Vice as counsel for World Assembly of Muslim Youth. (Signed by Judge Richard C. Casey on 4/27/2004) (kkc, ) (Entered: 04/29/2004) |
| 128 | 04/28/2004 | TRANSCRIPT of proceedings held on 3/1/2004 before Judge Richard C. Casey.(kkc, ) (Entered: 04/29/2004) |
| 129 | 04/30/2004 | MOTION for Leave to File Memorandum of Law in Opposition to Motion to Intervene as Parties-Plaintiff Note:in the Burnett Action (03-CV-9849(RCC)). Document filed by Bakr M Bin Laden, Omar M. Bin Laden, Tarek M. Bin Laden, Khaled Bin Salim Bin Mahfouz, Saudi Binladin Group, Inc.. (Attachments: # 1 Attached Letter from S. Brogan to R. Motley dated April 13, 2004)(Bradley, E.) (Entered: 04/30/2004) |
| -- | 05/03/2004 | CASHIERS OFFICE REMARK on 122 Memo Endorsement on Pro Hac Vice Motion in the amount of $25.00, paid on 5/3/2004, Receipt Number 507105. (kkc, ) (Entered: 05/03/2004) |

| # | Date | Proceeding Text |
|---|------|-----------------|
| -- | 05/03/2004 | CASHIERS OFFICE REMARK on 127 Order on Motion to Appear Pro Hac Vice in the amount of $25.00, paid on 5/3/2004, Receipt Number 507125. (kkc, ) (Entered: 05/04/2004) |
| 130 | 05/05/2004 | RESPONSE to Motion re: 129 MOTION for Leave to File Memorandum of Law in Opposition to Motion to Intervene as Parties-Plaintiff Note:in the Burnett Action (03-CV-9849(RCC)). Note:Response to the Motion for Leave to file a Memorandum in Opposition to Motion to Intervene as Parties-Plaintiffs of Defendants Saudi Binladen Group, Bakr Bin Laden, Omar Bin Laden, Tariq Bin Laden and Khalid Bin Mahfouz.. Document filed by Federal Insurance Company, Pacific Indemnity Company, Vigilant Insurance Company. (Feldman, Elliot) Modified on 5/7/2004 (kkc, ). (Entered: 05/05/2004) |
| 131 | 05/07/2004 | MOTION for Extension of Time to File Response/Reply Note:Stipulation and Order for Extension of Time of SNCB Corporate Finance Ltd. and SNCB Securities Ltd. (London) to Respond to the Complaint. Document filed by SNCB Corporate Finance Ltd., SNCB Securities Ltd. in London. Return Date was set for 6/30/2004. (Liebman, Ronald) (Entered: 05/07/2004) |
| 132 | 05/10/2004 | AFFIDAVIT OF SERVICE. Enaam Mahmoud Arnaout served on 4/1/2004, answer due 4/21/2004; Benevolence International Foundation served on 4/1/2004, answer due 4/21/2004; International Islamic Relief Organization(IIRO) served on 3/31/2004, answer due 4/20/2004; Muslim World League served on 3/31/2004, answer due 4/20/2004; Mohammed Omeish served on 3/31/2004, answer due 4/20/2004; Saar Foundation served on 3/31/2004, answer due 4/20/2004; Success Foundation, Inc. served on 3/31/2004, answer due 4/20/2004. Service was accepted by Personal Service. Document filed by Allstate Insurance Company ; American Alternative Insurance Corporation ; American Employers' Insurance Company ; American Guarantee and Liability Insurance Company ; American Zurich Insurance Company ; Amlin Underwriting, Ltd. ; Assurance Company of America ; Boston Old Colony Insurance Company ; CNA Casualty of California ; Chubb Custom Insurance Company ; Chubb Indemnity Insurance Company ; Chubb Insurance Company of Canada ; Chubb Insurance Company of New Jersey ; Colonial American Casualty and Surety Insurance Company ; Commercial Insurance Company of Newark, N.J. ; Continental Insurance Company ; Continental Insurance Company of New Jersey ; Crum & Forster Indemnity Company ; Federal Insurance Company ; Fidelity & Deposit Company of Maryland ; Fidelity and Casualty Company of New York ; Great Lakes Reinsurance (UK) PLC ; Great Northern Insurance Company ; Hiscox Dedicated Corporate Member, Ltd. ; Homeland Insurance Company of New York ; North River Insurance Company ; Northern Insurance Company of New York ; One Beacon America Insurance Company ; One Beacon Insurance Company ; Pacific Indemnity Company ; Seneca Insurance Company, Inc. ; Steadfast Insurance Company ; United States Fire Insurance Company ; Valiant Insurance Company ; Vigilant Insurance Company ; Zurich American Insurance Company. (Feldman, Elliot) (Entered: 05/10/2004) |
| 133 | 05/10/2004 | WAIVER OF SERVICE RETURNED EXECUTED Document filed by Allstate Insurance Company, American Alternative Insurance Corporation, American Employers' Insurance Company, American Guarantee and Liability Insurance Company, American Zurich Insurance Company, Amlin Underwriting, Ltd., Assurance Company of America, CNA Casualty of California, Chubb Custom Insurance Company, Chubb Indemnity Insurance Company, Chubb Insurance Company of Canada, Chubb Insurance Company of New Jersey, Colonial American Casualty and Surety Insurance Company, Commercial Insurance Company of Newark, N.J., Continental Insurance Company, Continental Insurance Company of New Jersey, Crum & Forster Indemnity Company, Federal Insurance Company, Fidelity And Deposit Company of Maryland, Fidelity and Casualty Company of New York, Glens Falls Insurance Company, Great Lakes Reinsurance (UK) PLC, Great Northern Insurance Company, Hiscox Dedicated Corporate Member, Ltd., Homeland Insurance Company of New York, Maryland Casualty Company, National Ben Franklin Insurance Company of Illinois, North River Insurance Company, Northern Insurance Company of New York, One Beacon America Insurance Company, One Beacon Insurance Company, Pacific Indemnity Company, Seneca Insurance Company, Inc., Steadfast Insurance Company, The Camden Fire Insurance Association, The Princeton Excess & Surplus Lines Insurance Company, United States Fire Insurance Company, Valiant Insurance Company, Vigilant Insurance Company, Zurich American Insurance Company. African Muslim Agency waiver sent on 3/25/2004, answer due 5/24/2004; Taha Jaber Al-Alwani waiver sent on 3/25/2004, answer due 5/24/2004; M. Omar Ashraf waiver sent on 3/25/2004, answer due 5/24/2004; Muhammad Ashraf waiver sent on 3/25/2004, answer due 5/24/2004; Grove Corporate, Inc. waiver sent on 3/25/2004, answer due 5/24/2004; Heritage Education Trust waiver sent on 3/25/2004, answer due 5/24/2004; International Institute of Islamic Thought waiver sent on 3/25/2004, answer due 5/24/2004; Iqbal Unus (Yunus) waiver sent on 3/25/2004, |

| # | Date | Proceeding Text |
|---|------|-----------------|
| | | answer due 5/24/2004; Jamal Barzinji waiver sent on 3/25/2004, answer due 5/24/2004; Mar-Jac Investments, Inc. waiver sent on 3/25/2004, answer due 5/24/2004; Mena Corporation waiver sent on 3/25/2004, answer due 5/24/2004; M. Yaqub Mirza waiver sent on 3/25/2004, answer due 5/24/2004; Reston Investments, Inc. waiver sent on 3/25/2004, answer due 5/24/2004; Safa Trust waiver sent on 3/25/2004, answer due 5/24/2004; Sana-Bell, Inc. waiver sent on 3/25/2004, answer due 5/24/2004; Sanabel Al-Kheer, Inc. waiver sent on 3/25/2004, answer due 5/24/2004; Sterling Charitable Gift Fund waiver sent on 3/25/2004, answer due 5/24/2004; Sterling Management Group, Inc. waiver sent on 3/25/2004, answer due 5/24/2004; York Foundation waiver sent on 3/25/2004, answer due 5/24/2004. (Feldman, Elliot) (Entered: 05/10/2004) |
| 134 | 05/10/2004 | WAIVER OF SERVICE RETURNED EXECUTED Document filed by Allstate Insurance Company, American Alternative Insurance Corporation, American Employers' Insurance Company, American Guarantee and Liability Insurance Company, American Zurich Insurance Company, Amlin Underwriting, Ltd., Assurance Company of America, CNA Casualty of California, Chubb Custom Insurance Company, Chubb Indemnity Insurance Company, Chubb Insurance Company of Canada, Chubb Insurance Company of New Jersey, Colonial American Casualty and Surety Insurance Company, Commercial Insurance Company of Newark, N.J., Continental Insurance Company, Continental Insurance Company of New Jersey, Crum & Forster Indemnity Company, Federal Insurance Company, Fidelity And Deposit Company of Maryland, Fidelity and Casualty Company of New York, Glens Falls Insurance Company, Great Lakes Reinsurance (UK) PLC, Great Northern Insurance Company, Hiscox Dedicated Corporate Member, Ltd., Homeland Insurance Company of New York, Maryland Casualty Company, North River Insurance Company, Northern Insurance Company of New York, One Beacon America Insurance Company, One Beacon Insurance Company, Pacific Indemnity Company, Seneca Insurance Company, Inc., The Camden Fire Insurance Association, The Princeton Excess & Surplus Lines Insurance Company, United States Fire Insurance Company, Valiant Insurance Company, Vigilant Insurance Company, Zurich American Insurance Company. Mohammed Al Faisal Al Saud waiver sent on 3/19/2004, answer due 5/18/2004. (Feldman, Elliot) (Entered: 05/10/2004) |
| 135 | 05/10/2004 | MOTION to Dismiss Note:the Amended Complaint. Document filed by Sultan Bin Abdulaziz Al Saud. (Jeffress, William) (Entered: 05/10/2004) |
| 136 | 05/10/2004 | MEMORANDUM OF LAW in Support re: 135 MOTION to Dismiss Note:the Amended Complaint.. Document filed by Sultan Bin Abdulaziz Al Saud. (Attachments: # 1 Exhibits 1 - 4)(Jeffress, William) (Entered: 05/10/2004) |
| 137 | 05/10/2004 | MOTION to Dismiss Note:Complaint By Federal Insurance Plaintiffs and to Quash Service of Process of His Royal Highness Prince Turki Al-Faisal Bin Abdulaziz Al-Saud. Document filed by Turki Al Faisal Al Saud. (Attachments: # 1 Memorandum in Support of Motion to Dismiss# 2 Exhibit 1# 3 Exhibit 2# 4 Exhibit 3# 5 Exhibit 4# 6 Exhibit 5# 7 Exhibit 6)(Guzman, Michael) (Entered: 05/10/2004) |
| 138 | 05/10/2004 | NOTICE of Evidence Received in Response to Plaintiffs' Request for Judicial Intervention to the Swiss Government. Document filed by Burnett Plaintiffs. (Attachments: # 1 Attachment A# 2 Attachment B)(Elsner, Michael) (Entered: 05/10/2004) |
| 139 | 05/10/2004 | NOTICE of Appearance by William Horace Jeffress Jr on behalf of Salman Bin Abdulaziz Al Saud (Jeffress, William) (Entered: 05/10/2004) |
| 140 | 05/10/2004 | MOTION to Dismiss Note:the Complaints. Document filed by Salman Bin Abdulaziz Al Saud. (Jeffress, William) (Entered: 05/10/2004) |
| 141 | 05/10/2004 | MEMORANDUM OF LAW in Support re: 140 MOTION to Dismiss Note:the Complaints.. Document filed by Salman Bin Abdulaziz Al Saud. (Attachments: # 1 Exhibit A# 2 Exhibit B-1# 3 Exhibit B-2# 4 Exhibit C# 5 Exhibit D# 6 Exhibit E)(Jeffress, William) (Entered: 05/10/2004) |
| 142 | 05/10/2004 | MOTION to Dismiss Note:the First Amended Complaint. Document filed by Taha Jaber Al-Alwani, M. Omar Ashraf, Muhammad Ashraf, M. Yaqub Mirza, Iqbal Yunus. (Attachments: # 1 Exhibit A (Luque Declaration)# 2 Text of Proposed Order)(Sheinbach, Donna) (Entered: 05/10/2004) |
| 143 | 05/10/2004 | MOTION to Dismiss Note:the First Amended Complaint. Document filed by Jamal Barzinji. (Attachments: # 1 Exhibit A (Luque Declaration)# 2 Text of Proposed Order)(Sheinbach, Donna) (Entered: 05/10/2004) |
| 144 | 05/10/2004 | ENDORSED LETTER addressed to Judge Richard C. Casey from Jean E. Kalicki dated 4/30/2004; counsel for Saudi Economic & Development Company, the International Development Foundation, and Sheikh Mohammed Salim bin Mahfouz writes to seek a stay of the time to respond to plaintiffs' attempted service on counsel's clients. ENDORSEMENT: The named |

| # | Date | Proceeding Text |
|---|------|-----------------|
| | | defendants' time to respond is extended to 6/30/2004. (Signed by Judge Richard C. Casey on 5/7/2004) Filed In Associated Cases: 1:03-md-01570-RCC,1:02-cv-06977-RCC(kkc, ) (Entered: 05/11/2004) |
| 145 | 05/10/2004 | ENDORSED LETTER addressed to Judge Richard C. Casey from Sara E. Kropf dated 5/5/2004; granting counsel for defendant Prince Salman bin Abdulaziz's application to file a single motion to dismiss all of the consolidated cases in which Prince Salman is named, including Federal Insurance, on 5/10/2004, and that plaintiffs' oppositions to that motion be combined into one consolidated brief. (Signed by Judge Richard C. Casey on 5/7/2004) Filed In Associated Cases: 1:03-md-01570-RCC,1:02-cv-06977-RCC,1:03-cv-05071-RCC,1:03-cv-05738-RCC,1:03-cv-06978-RCC,1:03-cv-07036-RCC(kkc, ) (Entered: 05/11/2004) |
| 146 | 05/11/2004 | ORDER ADMITTING ATTORNEY PRO HAC VICE. Attorney Donald J. Winder for Thomas E. Burnett; Stephen L. Cartledge; Clara Chirchirillo; William Coale; Tina Grazioso; Fiona Havlish; Jin Liu; TheresaAnn Lostrangio; Ralph Maerz; Barbara Minervino; Linda Panik; Martin Panik; Martina Lyne-Ann Panik; Patricia J. Perry; Judith Reiss; Ellen L. Saracini; Matthew T. Sellitto; Russa Steiner; Tara Bane and Deena Burnett admitted Pro Hac Vice. (Signed by Judge Richard C. Casey on 5/6/2004) Filed In Associated Cases: 1:03-md-01570-RCC,1:03-cv-09848-RCC(kkc, ) (Entered: 05/11/2004) |
| 147 | 05/11/2004 | MEMO-ENDORSEMENT ON 129 MOTION for Leave to File Memorandum in Opposition to Motion to Intervene as Parties-Plaintiff. ENDORSEMENT: Motion for Leave to File is granted. (Signed by Judge Richard C. Casey on 5/7/2004) Filed In Associated Cases: 1:03-md-01570-RCC,1:03-cv-09849-RCC(kkc, ) (Entered: 05/11/2004) |
| 148 | 05/12/2004 | NOTICE of of Filing Omitted Exhibit to Motion to Dismiss the Complaints. Document filed by Salman Bin Abdulaziz Al Saud. (Attachments: # 1 Exhibit B)(Jeffress, William) (Entered: 05/12/2004) |
| -- | 05/12/2004 | MEMORANDUM TO THE DOCKET CLERK: oral argument held on 5/12/2004 on the following motions: (1) motion by Federal Insurance Co., Pacific Insurance Co., and Vigilant Insurance Co. to intervene as parties-plaintiff; (2) motion by Federal Insurance Co., et al for leave to serve defendants Al Qaida, Egyptian Islamic Jihad, Jemaah Islamiyah and Ansar Al-Islam Through Incarcerated Senior Officials of Those Organizations; (3) motion by Federal Insurance Co., et al for leave to serve specified defendants by publication; (4) motion by defendants Soliman H.S. Al-Buthi's and Perouz Sedaghaty's motion to quash summons and motion to dismiss for improper service of process before Judge Richard C. Casey. The Court reserved decision on the above motions. The next status conference is set for 5/25/2004 at 2:00 p.m. (kkc, ). (Entered: 05/24/2004) Modified on 5/24/2004 (kkc, ). (Entered: 05/24/2004) |
| 149 | 05/14/2004 | RESPONSE to Motion re: 36 MOTION for More Definite Statement. Note:Plaintiffs' Response to Defendant Sami Omar Al-Hussayen's Declaration In Support of Defendants' Motion For A More Definite Statement. Document filed by Burnett Plaintiffs. (Attachments: # 1 Exhibit 1 - More Definite Statement as to Sami Omar Al-Hussayen# 2 Exhibit A# 3 Exhibit B# 4 Exhibit C)(Elsner, Michael) (Entered: 05/14/2004) |
| 150 | 05/14/2004 | MEMORANDUM OF LAW in Opposition re: 51 MOTION to Dismiss. Note:Plaintiffs' Memorandum of Law in Opposition to Motion of Abdulrahman Bin Mahfouz to Dismiss the Claims Against Him. Document filed by Burnett Plaintiffs. (Elsner, Michael) (Entered: 05/14/2004) |
| 151 | 05/14/2004 | MEMORANDUM OF LAW in Opposition re: 56 MOTION to Dismiss. Note:Plaintiffs' Memorandum of Law in Opposition to Defendant International Islamic Relief Organization's Motion to Dismiss the Third Amended Consolidated Master Complaint. Document filed by Burnett Plaintiffs. (Attachments: # 1 Affidavit # 2 Exhibit A# 3 Exhibit B# 4 Exhibit C# 5 Exhibit D# 6 Exhibit E# 7 Exhibit F# 8 Exhibit G)(Elsner, Michael) (Entered: 05/14/2004) |
| 152 | 05/14/2004 | MEMORANDUM OF LAW in Opposition re: 53 MOTION to Dismiss. Note:Plaintiffs' Memorandum of Law in Opposition to Motion of Dismiss of Defendant Wael Jelaidan. Document filed by Burnett Plaintiffs. (Elsner, Michael) (Entered: 05/14/2004) |
| 153 | 05/14/2004 | MEMORANDUM OF LAW in Opposition re: 54 MOTION to Dismiss. Note:Plaintiffs' Memorandum of Law in Opposition to Motion to Dismiss of Defendant Rabita Trust. Document filed by Burnett Plaintiffs. (Elsner, Michael) (Entered: 05/14/2004) |
| 154 | 05/14/2004 | DOCUMENT STRICKEN FROM THE RECORD AS PER MEMO-ENDORSED LETTER DATED 6/15/2004, DOCUMENT NO. 251. - MEMORANDUM OF LAW in Support Note:of Plaintiffs' Prima Facie Showing of Personal Jurisdiction and In Opposition to Defendants' Challenges to Personal Jurisdiction. Document filed by Burnett & Ashton Plaintiffs. (Attachments: # 1 Affidavit # 2 Exhibit 1# 3 Exhibit 2# 4 Exhibit 3# 5 Exhibit 4# 6 Exhibit 5# 7 Exhibit 6# 8 Exhibit 7# 9 Exhibit 8# 10 Exhibit 9)(Elsner, Michael) Modified on 6/18/2004 (kkc, ). (Entered: 05/14/2004) |

| # | Date | Proceeding Text |
|---|------|-----------------|
| 155 | 05/14/2004 | MEMORANDUM OF LAW in Opposition re: 49 MOTION to Dismiss Note:and Memorandum of Law in Support of Motion to Dismiss and to Quash Service of Process of His Royal Highness Prince Turki Al-Faisal bin Abdulaziz Al-Saud. Note:Plaintiffs' Consolidated Memorandum of Law in Opposition to Motion of Defendant Turki Al-Faisal Bin Abdulaziz Al-Saud to Dismiss and to Quash Service. Document filed by Salvo Plaintiffs, Tremsky Plaintiffs, Barrera Plaintiffs, Burnett & Ashton Plaintiffs. (Elsner, Michael) (Entered: 05/14/2004) |
| 156 | 05/14/2004 | MEMORANDUM OF LAW in Opposition re: 47 MOTION to Dismiss Note:Certain Consolidated Complaints., 48 MOTION to Dismiss Note:Memorandum in Support of Motion to Dismiss Certain Consolidated Complaints. Note:Plaintiffs' Consolidated Memorandum of Law in Opposition to Sultan Bin Abdulaziz Al-Saud's Motion to Dismiss Certain Consolidated Complaints. Document filed by Barrera Plaintiffs, Burnett & Ashton Plaintiffs, Salvo Plaintiffs, Tremsky Plaintiffs. (Attachments: # 1 Affidavit # 2 Exhibit 1# 3 Exhibit 2# 4 Exhibit 3# 5 Exhibit 4# 6 Exhibit 5# 7 Exhibit 6# 8 Exhibit 7# 9 Exhibit 8# 10 Exhibit 9# 11 Exhibit 10# 12 Exhibit 11# 13 Exhibit 12# 14 Exhibit 13# 15 Exhibit 14# 16 Exhibit 15# 17 Exhibit 16# 18 Exhibit 17# 19 Exhibit 18# 20 Exhibit 19# 21 Exhibit 20# 22 Exhibit 21# 23 Exhibit 22# 24 Exhibit 23# 25 Exhibit 24)(Elsner, Michael) (Entered: 05/14/2004) |
| 157 | 05/14/2004 | MEMORANDUM OF LAW in Opposition Note:to Mar-Jac Poultry, Inc.'s Motion to Dismiss the Third Amended Complaint. Document filed by Burnett Plaintiffs. (Attachments: # 1 Exhibit 1# 2 Attachment)(Elsner, Michael) (Entered: 05/14/2004) |
| 158 | 05/18/2004 | NOTICE of Appearance by Kenneth Andrew Caruso on behalf of Yousef Jameel (Caruso, Kenneth) (Entered: 05/18/2004) |
| 159 | 05/19/2004 | ORDER ADMITTING ATTORNEY PRO HAC VICE. Attorney Mark T. Mullen for plaintiffs in 03cv6978 admitted Pro Hac Vice. (Signed by Judge Richard C. Casey on 5/18/2004) Filed In Associated Cases: 1:03-md-01570-RCC,1:03-cv-06978-RCC(kkc, ) (Entered: 05/19/2004) |
| 160 | 05/21/2004 | RULE 7.1 DISCLOSURE STATEMENT. Document filed by Arab Bank. (Attachments: # 1 Certificate of Service)(Marooney, Richard) (Entered: 05/21/2004) |
| 161 | 05/21/2004 | MOTION to Dismiss Note:First Amended Complaint of Federal Insurance. Document filed by Arab Bank. Responses due by 6/10/2004 (Attachments: # 1 Certificate of Service)(Marooney, Richard) (Entered: 05/21/2004) |
| 162 | 05/21/2004 | MEMORANDUM OF LAW in Support re: 161 MOTION to Dismiss Note:First Amended Complaint of Federal Insurance.. Document filed by Arab Bank. (Attachments: # 1 Certificate of Service)(Marooney, Richard) (Entered: 05/21/2004) |
| 163 | 05/21/2004 | MOTION to Dismiss Note:the First Amended Complaint. Document filed by African Muslim Agency, Grove Corporate, Inc., Heritage Education Trust, International Institute of Islamic Thought, Mar-Jac Investments, Inc., Mena Corporation, Reston Investments, Inc., Safa Trust, Sana-Bell, Inc., Sterling Charitable Gift Fund, Sterling Management Group, Inc., York Foundation. (Sheinbach, Donna) (Entered: 05/21/2004) |
| 164 | 05/24/2004 | MOTION for Protective Order Note:Notice of Motion and Memorandum in Support of Motion for Limited Appearance and to Move for a Protective Order. Document filed by Princess Haifa Al-Faisal, Prince Bandar bin Sultan, The Kingdom of Saudi Arabia. (Attachments: # 1 Memorandum in Support of Motion for Protective Order# 2 Exhibit A# 3 Exhibit B# 4 Exhibit C# 5 Exhibit D# 6 Text of Proposed Order)(Hansen, Mark) (Entered: 05/24/2004) |
| 167 | 05/24/2004 | ENDORSED LETTER addressed to Judge Richard C. Casey from Thomas E. Mellon Jr. dated 5/20/2004 & 5/12/2004; counsel writes to request the following change to paragraph no. 6 to proposed case management order no. 3: Thomas E. Mellon, Jr. of Mellon, Webster & Shelly or Dennis G. Pantazis of Wiggins, Childs, Quinn & Pantazis. Application granted. (Signed by Judge Richard C. Casey on 5/24/2004) (kkc, ) (Entered: 05/27/2004) |
| 165 | 05/25/2004 | MOTION for Protective Order Note:Notice of Motion and Memorandum in Support of Motion for Limited Appearance and to Move for a Protective Order. Document filed by The Royal Embassy of Saudi Arabia, Prince Bandar bin Sultan bin Abdulaziz, Princess Haifa Al-Faisal, Ahmed A. Kattan, Abdul Rahman I. Al-Noah. (Attachments: # 1 Memorandum in Support of Motion for Limited Appearance and to Move for a Protective Order# 2 Exhibit A# 3 Exhibit B# 4 Exhibit C# 5 Exhibit D# 6 Text of Proposed Order)(Hansen, Mark) (Entered: 05/25/2004) |
| -- | 05/25/2004 | Minute Entry for proceedings held before Judge Richard C. Casey: Status Conference held on 5/25/2004. The next Status Conference is scheduled for 9/13/2004 at 2:00 PM before Judge Richard C. Casey. (kkc, ) (Entered: 06/10/2004) |
| 166 | 05/26/2004 | MOTION for Extension of Time to File Response/Reply. Document filed by Al Baraka Investment & Development Corp., International Islamic Relief Organization(IIRO), Wa'el Hamza Jalaidan, Saleh Abdullah Kamel, Rabita Trust. (McMahon, Martin) (Entered: 05/26/2004) |

| # | Date | Proceeding Text |
|---|------|-----------------|
| 168 | 05/27/2004 | DECLARATION of Michael E. Elsner. Document filed by Burnett Plaintiffs. (Attachments: # 1 Exhibit 1# 2 Exhibit 2)(Elsner, Michael) (Entered: 05/27/2004) |
| 169 | 05/28/2004 | REPLY MEMORANDUM OF LAW in Support re: 43 MOTION to Dismiss Note:the Complaint or in the Alternative for More Definite Statement.. Document filed by Saudi Binladin Group, Inc.. (Bradley, E.) (Entered: 05/28/2004) |
| 170 | 05/28/2004 | REPLY MEMORANDUM OF LAW in Support re: 46 MOTION to Dismiss Note:of the Defendant The National Commercial Bank.. Document filed by National Commercial Bank. (Attachments: # 1 Affidavit Supplemental Affidavit of Mitchell R. Berger# 2 Exhibit 8# 3 Exhibit 9# 4 Exhibit 10# 5 Certificate of Service)(Liebman, Ronald) (Entered: 05/28/2004) |
| 171 | 05/28/2004 | REPLY MEMORANDUM OF LAW in Support re: 40 MOTION to Dismiss Note:The Fourth Amended Consolidated Master Complaint in Ashton, et al. v. Al Qaeda Islamic, et al.., 41 MOTION to Dismiss Note:Memorandum of Law in Support of Motion to Dismiss The Fourth Amended Consolidated Master Complaint in Ashton, et al. v. Al Qaeda Islamic, et al... Document filed by Mohammed Al Faisal Al Saud. (Cohen, Louis) (Entered: 05/28/2004) |
| 172 | 05/28/2004 | REPLY MEMORANDUM OF LAW in Support re: 60 MOTION to Dismiss Note:the Claims Against It in Plaintiffs' Fourth Amended Complaint.. Document filed by International Institute of Islamic Thought. (Attachments: # 1 Exhibit A)(Sheinbach, Donna) (Entered: 05/28/2004) |
| 173 | 05/28/2004 | REPLY MEMORANDUM OF LAW in Support re: 51 MOTION to Dismiss.. Document filed by Abdul Rahman Bin Kahlid Bin Mahfouz. (Viles, Thomas) (Entered: 05/28/2004) |
| 174 | 05/28/2004 | REPLY MEMORANDUM OF LAW in Support re: 49 MOTION to Dismiss Note:and Memorandum of Law in Support of Motion to Dismiss and to Quash Service of Process of His Royal Highness Prince Turki Al-Faisal bin Abdulaziz Al-Saud.. Document filed by Prince Turki Al Faisal Al Saud. (Hansen, Mark) (Entered: 05/28/2004) |
| 175 | 05/28/2004 | REPLY MEMORANDUM OF LAW in Support re: 47 MOTION to Dismiss Note:Certain Consolidated Complaints.. Document filed by Sultan Bin Abdulaziz Al Saud. (Attachments: # 1 Declaration of Sara E. Kropf# 2 Exhibit 1# 3 Exhibit 2# 4 Exhibit 3# 5 Exhibit 4# 6 Exhibit 5)(Jeffress, William) (Entered: 05/28/2004) |
| 176 | 05/28/2004 | NOTICE of of Filing of Defendants Soliman H.S. Al-Buthe's and Perouz Sedaghaty's Response to Declaration of Michael Elsner re: 168 Declaration. Document filed by Soliman H.S. Al-Buthe. (Attachments: # 1 Exhibit 1 (May 12 transcript)# 2 Exhibit 2 (Berger Declaration)# 3 Exhibit 3 (Sedaghaty Declaration))(Kabat, Alan) (Entered: 05/28/2004) |
| 192 | 05/28/2004 | Letter addressed to Judge Richard C. Casey from Peter J. Kahn dated 5/6/2004; counsel submits a second revision of email addresses and other contact information for attorneys participating in this matter. Document filed by Abdul Rahman Khaled Bin Mahfouz.(kkc, ) (Entered: 06/03/2004) |
| 177 | 06/01/2004 | ENDORSED LETTER (this document relates to 03cv6978) addressed to Judge Richard C. Casey from Mark T. Mullen dated 5/20/2004; granting counsel's request for plaintiffs' extension of time to respond to the motions to dismiss filed by Prince Salman Bin Abdulaziz Al-Saud, Prince Sultan Bin Abdulaziz Al-Saud, and Mar-Jac Poultry Inc. in accordance with the Case Management Order adopted by this Court, without regard for the time limitations prescribed by the Local Rules for the Southern District of New York. (Signed by Judge Richard C. Casey on 5/28/2004) Filed In Associated Cases: 1:03-md-01570-RCC,1:03-cv-06978-RCC(kkc, ) (Entered: 06/01/2004) |
| 178 | 06/01/2004 | ENDORSED LETTER (this document relates to 03cv9849) addressed to Judge Richard C. Casey from Marshall A. Mintz dated 5/24/2004; granting counsel's application for an extension of time until 7/23/2004 for defendant Sami Omar Al-Hussayen to answer, move against, or otherwise respond to the complaint. (Signed by Judge Richard C. Casey on 5/28/2004) Filed In Associated Cases: 1:03-md-01570-RCC,1:03-cv-09849-RCC(kkc, ) (Entered: 06/01/2004) |
| 179 | 06/01/2004 | ENDORSED LETTER (this document relates to 03cv6978) addressed to Judge Richard C. Casey from Michael J. Guzman dated 5/25/2004; counsel writes to request removal of the following docket entries: docket no. 164 in 03md1570, and docket nos. 120 and 121 in 03cv6978. ENDORSEMENT: The Clerk of the Court is directed to terminate the above-listed document entries. (Signed by Judge Richard C. Casey on 5/28/2004) Filed In Associated Cases: 1:03-md-01570-RCC,1:03-cv-06978-RCC(kkc, ) (Entered: 06/01/2004) |
| 180 | 06/01/2004 | ENDORSED LETTER (this document relates to 03cv9849) addressed to Judge Richard C. Casey from Lynne Bernabei dated 5/27/2004; granting counsel's application for an extension of the briefing schedule for several motions to dismiss filed on 4/8/2004 and 4/9/2004 as follows: plaintiffs' opposition briefs - 6/30/2004, and defendants' reply briefs - 7/23/2004. (Signed by Judge Richard C. Casey on 5/28/2004) Filed In Associated Cases: 1:03-md-01570-RCC,1:03-cv-09849-RCC(kkc, ) (Entered: 06/01/2004) |

| # | Date | Proceeding Text |
|---|------|-----------------|
| 181 | 06/01/2004 | TRANSCRIPT of proceedings held on May 12, 2004, 2:20 p.m. before Judge Richard C. Casey.(dt, ) (Entered: 06/01/2004) |
| 182 | 06/01/2004 | ENDORSED LETTER (this document relates to 03cv9849) addressed to Judge Richard C. Casey from Thomas P. Steindler dated 5/18/2004; granting counsel's application for an extension of time to and including 7/16/2004 for defendant Yassin Abdullah Al Kadi to answer, move, or otherwise respond to the third amended complaint. (Signed by Judge Richard C. Casey on 5/28/2004) Filed In Associated Cases: 1:03-md-01570-RCC,1:03-cv-09849-RCC(kkc, ) (Entered: 06/01/2004) |
| 183 | 06/01/2004 | ENDORSED LETTER addressed to Judge Richard C. Casey from Paul J. Hanly Jr. dated 4/12/2004; counsel for plaintiffs in 03cv9849 writes to request that the Court waive its requirement of a pre-motion conference in connection with a motion counsel intends to file asking this Court to reconsider the ruling of the district court in Washington, D.C., dismissing defendants Sultan bin Abdulaziz al-Saud and Turki al-Faisal bin Abdulaziz al-Saud. ENDORSEMENT: Application granted. The motion shall be filed by 6/18/2004; the response shall be filed by 8/13/2004; and the reply shall be filed by 8/27/2004. (Signed by Judge Richard C. Casey on 5/28/2004) Filed In Associated Cases: 1:03-md-01570-RCC,1:02-cv-06977-RCC,1:02-cv-07300-RCC-FM,1:03-cv-05071-RCC,1:03-cv-05493-RCC,1:03-cv-05738-RCC,1:03-cv-06978-RCC,1:03-cv-07036-RCC,1:03-cv-09848-RCC,1:03-cv-09849-RCC,1:04-cv-01076-RCC,1:04-cv-01922-RCC,1:04-cv-01923-RCC(kkc, ) (Entered: 06/01/2004) |
| 184 | 06/01/2004 | TRANSCRIPT of proceedings held on 5/25/04 before Judge Richard C. Casey.(dg, ) (Entered: 06/01/2004) |
| 185 | 06/01/2004 | TRANSCRIPT of proceedings held on 5/25/04 before Judge Richard C. Casey.(dg, ) (Entered: 06/01/2004) |
| 186 | 06/01/2004 | NOTICE of Voluntary Dismissal. Document filed by Burnett Plaintiffs. (Elsner, Michael) (Entered: 06/01/2004) |
| 187 | 06/01/2004 | NOTICE of Change of Firm Name. Document filed by Mohammed Al Faisal Al Saud. (Cohen, Louis) (Entered: 06/01/2004) |
| 190 | 06/01/2004 | MEMORANDUM OPINION AND ORDER #90173 (this document relates to 03cv9849); that defendants Perouz Sedaghaty and Soliman H.S. Al-Buthi's motion to quash the summons and dismiss for improper service is denied. (Signed by Judge Richard C. Casey on 5/28/2004) Filed In Associated Cases: 1:03-md-01570-RCC,1:03-cv-09849-RCC(kkc, ) . (Entered: 06/02/2004) Modified on 6/2/2004 (kkc, ). |
| 188 | 06/02/2004 | NOTICE of Voluntary Dismissal of Delta Oil Company without prejudice.. Document filed by Allstate Insurance Company, American Alternative Insurance Corporation, American Employers' Insurance Company, American Guarantee and Liability Insurance Company, American Zurich Insurance Company, Amlin Underwriting, Ltd., Assurance Company of America, Boston Old Colony Insurance Company, CNA Casualty of California, Chubb Custom Insurance Company, Chubb Indemnity Insurance Company, Chubb Insurance Company of Canada, Chubb Insurance Company of New Jersey, Colonial American Casualty and Surety Insurance Company, Commercial Insurance Company of Newark, N.J., Continental Insurance Company, Continental Insurance Company of New Jersey, Crum & Forster Indemnity Company, Federal Insurance Company, Fidelity And Deposit Company of Maryland, Fidelity and Casualty Company of New York, Great Lakes Reinsurance (UK) PLC, Great Northern Insurance Company, Hiscox Dedicated Corporate Member, Ltd., Homeland Insurance Company of New York, Maryland Casualty Company, North River Insurance Company, Northern Insurance Company of New York, One Beacon America Insurance Company, One Beacon Insurance Company, Pacific Indemnity Company, Seneca Insurance Company, Inc., Steadfast Insurance Company, The Camden Fire Insurance Association, The Princeton Excess & Surplus Lines Insurance Company, United States Fire Insurance Company, Valiant Insurance Company, Vigilant Insurance Company, Zurich American Insurance Company. (Feldman, Elliot) (Entered: 06/02/2004) |
| 189 | 06/02/2004 | WAIVER OF SERVICE RETURNED EXECUTED Document filed by Federal Insurance Company et al., Plaintiffs. Al Baraka Investment & Development Corp. waiver sent on 5/31/2004, answer due 7/30/2004; Al Baraka Investment and Development Corporation waiver sent on 5/31/2004, answer due 7/30/2004; Dallah Al Baraka Group LLC waiver sent on 5/31/2004, answer due 7/30/2004; International Islamic Relief Organization(IIRO) waiver sent on 5/31/2004, answer due 7/30/2004; Wa'el Jalaidan waiver sent on 5/31/2004, answer due 7/30/2004; Rabita Trust waiver sent on 5/31/2004, answer due 7/30/2004; Saleh Abdullah kamel waiver sent on 5/31/2004, answer due 7/30/2004. (Feldman, Elliot) (Entered: 06/02/2004) |
| 191 | 06/02/2004 | ORDER ADMITTING ATTORNEY PRO HAC VICE. Attorney David P. Gersch for defendants |

| # | Date | Proceeding Text |
|---|------|-----------------|
| | | Mohammed Salim bin Mahfouz, International Development Foundation, and Saudi Economic and Development Company admitted Pro Hac Vice. (Signed by Judge Richard C. Casey on 5/26/2004) Filed In Associated Cases: 1:03-md-01570-RCC,1:02-cv-06977-RCC,1:02-cv-07300-RCC-FM,1:03-cv-05071-RCC,1:03-cv-05493-RCC,1:03-cv-05738-RCC,1:03-cv-06978-RCC,1:03-cv-07036-RCC,1:03-cv-09849-RCC(kkc, ) (Entered: 06/02/2004) |
| 193 | 06/03/2004 | NOTICE of Appearance by Jean Engelmayer Kalicki on behalf of International Development Foundation, Mohammed Bin Mahfouz, Mohammed Salim Bin Mahfouz, Saudi Economic and Development Company (Kalicki, Jean) (Entered: 06/03/2004) |
| 194 | 06/03/2004 | NOTICE of Appearance by T. Barry Kingham on behalf of Addullah Al Faisal Abdulaziz Al Saud, Alfaisaliah Group (Kingham, T. Barry) (Entered: 06/03/2004) |
| 195 | 06/03/2004 | RULE 7.1 DISCLOSURE STATEMENT. Document filed by Alfaisaliah Group.(Kingham, T. Barry) (Entered: 06/03/2004) |
| 196 | 06/03/2004 | NOTICE of Appearance by T. Barry Kingham on behalf of Alfaisaliah Group, Abdullah Al Faisal Bin Abdulaziz AlSaud, Mohammed Bin Abdulrahman Al Ariefy, Faisal Group Holding Co. (Kingham, T. Barry) (Entered: 06/03/2004) |
| 197 | 06/03/2004 | RULE 7.1 DISCLOSURE STATEMENT. Document filed by Alfaisaliah Group, Faisal Group Holding Co..(Kingham, T. Barry) (Entered: 06/03/2004) |
| 198 | 06/03/2004 | NOTICE of Appearance by T. Barry Kingham on behalf of Abdullah Al Faisal Bin Abdulaziz AlSaud, Mohammed Bin Abdulrahman Al Ariefy, Alfaisaliah Group, Faisal Group Holding Co. (Kingham, T. Barry) (Entered: 06/03/2004) |
| 199 | 06/03/2004 | RULE 7.1 DISCLOSURE STATEMENT. Document filed by Alfaisaliah Group, Faisal Group Holding Co..(Kingham, T. Barry) (Entered: 06/03/2004) |
| 200 | 06/04/2004 | REPLY MEMORANDUM OF LAW in Support re: 55 MOTION to Dismiss. Note:Ashton Complaint. Document filed by International Islamic Relief Organization(IIRO). (McMahon, Martin) (Entered: 06/04/2004) |
| 201 | 06/04/2004 | REPLY MEMORANDUM OF LAW in Support re: 56 MOTION to Dismiss. Note:Burnett Complaint. Document filed by International Islamic Relief Organization(IIRO). (McMahon, Martin) (Entered: 06/04/2004) |
| 202 | 06/04/2004 | REPLY MEMORANDUM OF LAW in Support re: 54 MOTION to Dismiss. Note:Ashton Complaint. Document filed by Rabita Trust. (Attachments: # 1 Exhibit)(McMahon, Martin) (Entered: 06/04/2004) |
| 203 | 06/04/2004 | REPLY MEMORANDUM OF LAW in Support re: 53 MOTION to Dismiss. Note:Ashton Complaint. Document filed by Wa'el Jalaidan. (McMahon, Martin) (Entered: 06/04/2004) |
| 204 | 06/04/2004 | REPLY MEMORANDUM OF LAW in Support re: 52 MOTION to Dismiss. Note:Ashton Complaint. Document filed by Al Baraka Investment and Development Corporation, Saleh Abdullah kamel. (McMahon, Martin) (Entered: 06/04/2004) |
| 205 | 06/04/2004 | OPPOSITION BRIEF Note:to Ashton Plaintiffs' Motion to Amend the Fourth Amended Complaint. Document filed by Al Baraka Investment and Development Corporation, Saleh Abdullah Kamel, Saleh Abdullah kamel. (Attachments: # 1 Exhibit)(McMahon, Martin) (Entered: 06/04/2004) |
| 206 | 06/04/2004 | BRIEF Note:in Support of Motion to Dismiss Burnett Complaint. Document filed by Rabita Trust. (Attachments: # 1 Exhibit)(McMahon, Martin) (Entered: 06/04/2004) |
| 207 | 06/04/2004 | BRIEF Note:in Support of Motion to Dismiss Burnett Complaint. Document filed by Wa'el Hamza Jalaidan.(McMahon, Martin) (Entered: 06/04/2004) |
| 208 | 06/04/2004 | NOTICE of Plaintiffs' More Definite Statement As To Defendant Islamic Assembly of North America re: 110 MOTION to Dismiss.. Document filed by Burnett Plaintiffs. (Attachments: # 1 Exhibit 1)(Elsner, Michael) (Entered: 06/04/2004) |
| 209 | 06/04/2004 | MEMORANDUM OF LAW in Opposition re: 103 MOTION to Dismiss. Note:Plaintiffs' Memorandum of Law in Opposition to Aqeel Al-Aqeel's Motion to Dismiss With Supporting Points and Authorities. Document filed by Burnett Plaintiffs. (Attachments: # 1 Declaration of Jodi Westbrook Flowers# 2 Exhibit 1# 3 Exhibit 2# 4 Exhibit 3# 5 Exhibit 4# 6 Exhibit 5)(Elsner, Michael) (Entered: 06/04/2004) |
| 210 | 06/04/2004 | NOTICE of Voluntary Dismissal. Document filed by Burnett Plaintiffs. (Elsner, Michael) (Entered: 06/04/2004) |
| 211 | 06/04/2004 | JOINT MOTION for Service by Publication Note:Order re Plaintiffs' Motion For Leave to Serve Specified Defendants by Publication. Document filed by Kathleen Ashton. Return Date set for 5/24/2004. (Kreindler, James) (Entered: 06/04/2004) |
| 212 | 06/04/2004 | JOINT MOTION to Serve Note:Order Authorizing Plaintiffs to Effectuate Service of Process on |

EXHIBIT 8, PAGE 1015

| # | Date | Proceeding Text |
|---|------|-----------------|
| | | Those Defendants for Whom an Address or Location to Serve the Summons and Complaint is Unknown, etc.. Document filed by Kathleen Ashton. Return Date set for 5/24/2004. (Kreindler, James) (Entered: 06/04/2004) |
| 213 | 06/04/2004 | MOTION for William C. Edgar to Withdraw as Attorney Note:for His Royal Highness Prince Naif Bin Abdulaziz Al Saud. Document filed by Naif Bin Abdulaziz Al Saud. Return Date set for 6/18/2004 10:00 AM. (Attachments: # 1 Text of Proposed Order Approving the Withdrawal of William C. Edgar)(Cole, James) (Entered: 06/04/2004) |
| 214 | 06/04/2004 | JOINT MOTION to Dismiss Note:Order re Plaintiffs' Motion to Voluntarily Dismiss the Defendants Named in Exhibit A of the Ashton Complaint. Document filed by Kathleen Ashton. Responses due by 5/24/2004 Return Date set for 6/9/2004. (Kreindler, James) (Entered: 06/04/2004) |
| 215 | 06/04/2004 | MEMORANDUM OF LAW in Opposition re: 101 FIRST MOTION to Dismiss Note:12(b)(2), 12(b)5 and 12(b)(6). Note:Plaintiffs' Memorandum of Law in Opposition to Adel A.J. Batterjee's Motion to Dismiss With Supporting Points and Authorities. Document filed by Burnett Plaintiffs. (Attachments: # 1 Declaration of Jodi Westbrook Flowers# 2 Attachment 1# 3 Exhibit 1# 4 Exhibit 2# 5 Exhibit 3# 6 Exhibit 4# 7 Exhibit 5# 8 Exhibit 6# 9 Attachment 2# 10 Attachment 3# 11 Attachment 4# 12 Attachment 5# 13 Attachment 6# 14 Attachment 7# 15 Attachment 8# 16 Attachment 9# 17 Attachment 10# 18 Attachment 11# 19 Attachment 12# 20 Attachment 13)(Elsner, Michael) (Entered: 06/04/2004) |
| 216 | 06/04/2004 | NOTICE of Plaintiffs' More Definite Statement As To Defendant Sulaiman Al-Ali re: 109 MOTION to Dismiss.. Document filed by Burnett Plaintiffs. (Attachments: # 1 Exhibit 1)(Elsner, Michael) (Entered: 06/04/2004) |
| 217 | 06/04/2004 | NOTICE of Correction Regarding Reply Brief in Support of Motion to Dismiss re: 175 Reply Memorandum of Law in Support of Motion,. Document filed by Sultan Bin Abdulaziz Al Saud. (Kilberg, Jamie) (Entered: 06/04/2004) |
| 218 | 06/04/2004 | MEMORANDUM OF LAW in Opposition re: 94 MOTION to Dismiss Note:(Notice of Motion). Note:of DMI Administrative Services, S.A.. Document filed by Burnett Plaintiffs. (Elsner, Michael) (Entered: 06/04/2004) |
| 219 | 06/04/2004 | MEMORANDUM OF LAW in Opposition re: 105 MOTION to Dismiss. Note:Plaintiffs' Memorandum of Law in Opposition to Jamal Khalifa's Motion to Dismiss With Supporting Points and Authorities. Document filed by Burnett Plaintiffs. (Attachments: # 1 Declaration of Jodi Westbrook Flowers# 2 Exhibit 1)(Elsner, Michael) (Entered: 06/04/2004) |
| 220 | 06/04/2004 | MEMORANDUM OF LAW in Opposition re: 104 MOTION to Dismiss. Note:Plaintiffs' Memorandum of Law in Opposition to Al Haramain Islamic Foundation's Motion to Dismiss With Supporting Points and Authorities. Document filed by Burnett Plaintiffs. (Attachments: # 1 Declaration of Jodi Westbrook Flowers# 2 Exhibit 1# 3 Exhibit 2)(Elsner, Michael) (Entered: 06/04/2004) |
| 221 | 06/04/2004 | MEMORANDUM OF LAW in Opposition re: 110 MOTION to Dismiss. Note:Plaintiffs' Memorandum of Law in Opposition to Islamic Assembly of North America's Motion to Dismiss With Supporting Points and Authorities. Document filed by Burnett Plaintiffs. (Attachments: # 1 Declaration of Jodi Westbrook Flowers# 2 Exhibit 1# 3 Exhibit 2# 4 Exhibit 3# 5 Exhibit 4)(Elsner, Michael) (Entered: 06/04/2004) |
| 222 | 06/04/2004 | MEMORANDUM OF LAW in Opposition re: 109 MOTION to Dismiss. Note:Plaintiffs' Memorandum of Law in Opposition to Sulaiman Al-Ali's Motion to Dismiss With Supporting Points and Authorities. Document filed by Burnett Plaintiffs. (Attachments: # 1 Declaration of Jodi Westbrook Flowers# 2 Exhibit 1# 3 Exhibit 2# 4 Exhibit 3)(Elsner, Michael) (Entered: 06/04/2004) |
| -- | 06/04/2004 | CASHIERS OFFICE REMARK on 191 Order Admitting Attorney Pro Hac Vice, in the amount of $25.00, paid on 6/4/2004, Receipt Number 510517. (kkc, ) (Entered: 06/08/2004) |
| 223 | 06/10/2004 | MOTION to Dismiss Note:- Ashton v. Al Qaeda. Document filed by Saudi American Bank. (Polovoy, Brian) (Entered: 06/10/2004) |
| 224 | 06/11/2004 | FIRST MOTION for John Popilock to Withdraw as Attorney Note:of record in Federal Insurance Company et al., v al Qaida et al, 03cv6978; Vigilant Insurance Company et al, v The Kingdom of Saudi Arabia et al., 03cv8591; In re Terrorist Attack on September 11, 2001 03md1570 and all related consolidated actions. Document filed by Federal Insurance Company et al., Plaintiffs. (Feldman, Elliot) (Entered: 06/11/2004) |
| 225 | 06/11/2004 | MOTION to Dismiss. Document filed by Naif Bin Abdulaziz Al Saud. (Cole, James) (Entered: 06/11/2004) |
| 226 | 06/11/2004 | MEMORANDUM OF LAW in Support re: 225 MOTION to Dismiss.. Document filed by Naif Bin Abdulaziz Al Saud. (Attachments: # 1 Exhibit # 2 Exhibit)(Cole, James) (Entered: 06/11/2004) |

| # | Date | Proceeding Text |
|---|------|-----------------|
| 227 | 06/11/2004 | FIRST MEMORANDUM OF LAW in Opposition re: 223 MOTION to Dismiss Note:- Ashton v. Al Qaeda. Note:Opposition to SAMBA Motion to Dismiss. Document filed by Kathleen Ashton. (Kreindler, James) (Entered: 06/11/2004) |
| 229 | 06/14/2004 | ENDORSED LETTER addressed to Judge Richard C. Casey from Lynne Bernabei dated 6/8/2004; granting counsel's application to extend defendants Soliman H.S. Al-Buthe and Perouz Sedaghaty's time to respond to the third amended complaint in 03cv9849 to 8/27/2004. (Signed by Judge Richard C. Casey on 6/10/2004 Filed In Associated Cases: 1:03-md-01570-RCC,1:03-cv-09849-RCC(kkc, ) (Entered: 06/15/2004) |
| 230 | 06/14/2004 | ORDER (this document relates to 02cv6977); that plaintiff's 214 motion to voluntarily dismiss the defendants named in Exhibit A of the Ashton complaint be Granted. (Signed by Judge Richard C. Casey on 6/10/2004 Filed In Associated Cases: 1:03-md-01570-RCC,1:02-cv-06977-RCC(kkc, ) (Entered: 06/15/2004) |
| 231 | 06/14/2004 | MEMORANDUM OPINION AND ORDER #90219 (this document relates to 03cv6978); plaintiffs' motion to effect service on incarcerated defendants in U.S. custody with the assistance of the Department of State is Granted insofar as the Court will recognize such service as valid. However, the Court will not order the Justice Department to assist with such service; nor will it order the Government to disclose the names of individuals who are currently in custody, but whose incarceration has not been made public by the Government. Any defendants in United States custody whose status has not been disclosed may be served by publication. Finally, plaintiffs' motion to serve defendants incarcerated by a foreign state that is a signatory to the Hague Service Convention by sending a summons and complaint to that state's ministry of justice is Granted. (Signed by Judge Richard C. Casey on 6/10/2004 Filed In Associated Cases: 1:03-md-01570-RCC,1:03-cv-06978-RCC(kkc, ) (Entered: 06/15/2004) |
| 239 | 06/14/2004 | ENDORSED LETTER addressed to Judge Richard C. Casey from Andrew J. Maloney III dated 6/9/2004; counsel submits a completed service list for plaintiffs and defendants that is up to date as of 6/9/2004. ENDORSEMENT: The Court asks Mr. Maloney, on behalf of the plaintiffs and Mr. Kahn, on behalf of the defendants to inform the Court which of the lists - the June 9 submission from plaintiffs or the June 1 submission from defendants the parties wish to include in the proposed CMO #2. Please provide your response to the Court by Monday, June 14. (Signed by Judge Richard C. Casey on 6/10/2004) Filed In Associated Cases: 1:03-md-01570-RCC,1:02-cv-06977-RCC(kkc, ) (Entered: 06/16/2004) |
| 243 | 06/14/2004 | ENDORSED LETTER addressed to Judge Richard C. Casey from James J. McGuire dated 5/28/2004; counsel for defendant DMI Administrative Services S.A. writes to renew its request for leave to file its Rule 11 motion. ENDORSEMENT: The Court has reviewed Mr. McGuire's letters of 4/20/2004 + 5/28/2004 + Ms. Bierstein's letters of 5/24/2004 + 6/1/2004. Ms. Bierstein is directed to provide Mr. McGuire with the 12 (e) information. The Court will not permit Mr. McGuire to make a Rule 11 motion at this time. The Court notes both parties would be well-served by spending less time writing letters to the Court & more time working out their differences. (Signed by Judge Richard C. Casey on 6/10/2004 Filed In Associated Cases: 1:03-md-01570-RCC,1:03-cv-09849-RCC(kkc, ) (Entered: 06/17/2004) |
| 228 | 06/15/2004 | NOTICE of Appearance by Jean Engelmayer Kalicki on behalf of International Development Foundation, Mohammed Salim Bin Mahfouz, Saudi Economic and Development Company (Kalicki, Jean) (Entered: 06/15/2004) |
| 232 | 06/15/2004 | JOINT MEMORANDUM OF LAW in Opposition re: 46 MOTION to Dismiss Note:of the Defendant The National Commercial Bank.. Document filed by Kathleen Ashton. (Kreindler, James) (Entered: 06/15/2004) |
| 233 | 06/15/2004 | JOINT MEMORANDUM OF LAW in Opposition re: 52 MOTION to Dismiss. Note:Plaintiffs' MOL in Opposition to Kamel and Al Baraka's Motion to Dismiss. Document filed by Kathleen Ashton. (Kreindler, James) (Entered: 06/15/2004) |
| 234 | 06/15/2004 | JOINT MEMORANDUM OF LAW in Opposition re: 60 MOTION to Dismiss Note:the Claims Against It in Plaintiffs' Fourth Amended Complaint. Note:In Opposition to Mar-Jac Poultry and IIIT Motions to Dismiss. Document filed by Kathleen Ashton. (Kreindler, James) (Entered: 06/15/2004) |
| 235 | 06/15/2004 | JOINT MEMORANDUM OF LAW in Opposition re: 43 MOTION to Dismiss Note:the Complaint or in the Alternative for More Definite Statement. Note:In Opposition to Saudi Bin Laden Group. Document filed by Kathleen Ashton. (Kreindler, James) (Entered: 06/15/2004) |
| 236 | 06/15/2004 | JOINT MEMORANDUM OF LAW in Opposition re: 40 MOTION to Dismiss Note:The Fourth Amended Consolidated Master Complaint in Ashton, et al. v. Al Qaeda Islamic, et al.. Note:In Opposition to Prince Mohamed Al Faisal. Document filed by Kathleen Ashton. (Kreindler, James) |

| # | Date | Proceeding Text |
|---|------|-----------------|
| | | (Entered: 06/15/2004) |
| 237 | 06/15/2004 | JOINT MEMORANDUM OF LAW in Opposition re: 56 MOTION to Dismiss. Note:In Opposition to International Islamic Relief Organization. Document filed by Kathleen Ashton. (Kreindler, James) (Entered: 06/15/2004) |
| 238 | 06/15/2004 | JOINT MEMORANDUM OF LAW in Opposition re: 52 MOTION to Dismiss. Note:In Opposition to Saleh Kamel and Al Baraka Investment [Note: This document replaces #233 which was filed in error].. Document filed by Kathleen Ashton. (Kreindler, James) (Entered: 06/15/2004) |
| 240 | 06/16/2004 | MOTION for Alan E. Untereiner to Appear Pro Hac Vice Note:Notice of Motion. Document filed by Saudi High Commission. (Attachments: # 1 Affidavit Robbins Declaration and Exhibits in Support of Motion)(Robbins, Lawrence) (Entered: 06/16/2004) |
| 241 | 06/16/2004 | MOTION for Roy T. Englert, Jr. to Appear Pro Hac Vice. Document filed by Saudi High Commission. (Attachments: # 1 Affidavit Robbins Declaration and Exhibits in Support of Motion)(Robbins, Lawrence) (Entered: 06/16/2004) |
| 242 | 06/16/2004 | MOTION for Max Huffman to Appear Pro Hac Vice. Document filed by Saudi High Commission. (Attachments: # 1 Affidavit Robbins Declaration and Exhibits in Support of Motion)(Robbins, Lawrence) (Entered: 06/16/2004) |
| 244 | 06/16/2004 | ENDORSED LETTER (this document relates to 03cv9849) addressed to Judge Richard C. Casey from Lynne Bernabei dated 6/11/2004; Counsel writes to request an enlargement of time, up to and including 8/27/2004 for defendants Soliman H.S. Al-Buthe and Perouz Sedaghty's response. ENDORSEMENT: The Court has now reviewed plaintiffs lette of 6/10/2004 + this letter. Defendant will not be permitted to make another motion to dismiss at this time, but does not lose the defense. (Signed by Judge Richard C. Casey on 6/15/2004) Filed In Associated Cases: 1:03-md-01570-RCC,1:03-cv-09849-RCC(kkc, ) (Entered: 06/17/2004) |
| 245 | 06/16/2004 | ENDORSED LETTER addressed to Judge Richard C. Casey from Lawrence S. Robbins dated 6/11/2004; counsel for the Saudi High Commission writes to request that the Court waive its requirement of a pre-motion conference and to grant permission to file a single motion to dismiss all of the claims against it in each of the consolidated complaints. ENDORSEMENT: Upon application of counsel for the Saudi High Commission, it is Ordered that the Sauid High Commission will file, on or before 7/7/2004, a single motion to dismiss all of the claims against it in the complaints consolidated in this multi-district litigation; and it is further Ordered that the plaintiffs will file one consolidated opposition to the motion to dismiss. (Signed by Judge Richard C. Casey on 6/15/2004) Filed In Associated Cases: 1:03-md-01570-RCC,1:02-cv-06977-RCC,1:03-cv-05071-RCC,1:03-cv-05738-RCC,1:03-cv-06978-RCC,1:03-cv-07036-RCC,1:03-cv-09849-RCC(kkc, ) (Entered: 06/17/2004) |
| 247 | 06/16/2004 | CASE MANAGEMENT ORDER NO. 2 (this document relates to all actions); service of the summons and complaint on a defendant not located in a foreign country shall be made in accordance with F.R.C.P. 4(m). Service of the summons and complaint upon a defendant located in a foreign country who has been named as of the date of this order shall be made by 10/15/2004, or, if a motion to effect service through alternative means has been filed with respect to that defendant, service shall be made within 90 days of a decision by this Court on the motion. Joinder of additional parties must be accomplished by 12/31/2004. Amended pleadings may be filed until 7/31/2005, after which any amendments must be approved by the Court, pursuant to F.R.C.P. 15(a). All liability discovery is to be completed by 4/15/2006. The next Case Management Conference shall take place on 9/13/2004. All other deadlines and procedures are set forth in this Order. (Signed by Judge Richard C. Casey on 6/15/2004) Filed In Associated Cases: 1:03-md-01570-RCC,1:02-cv-06977-RCC,1:02-cv-07300-RCC-FM,1:03-cv-05071-RCC,1:03-cv-05493-RCC,1:03-cv-05738-RCC,1:03-cv-06978-RCC,1:03-cv-07036-RCC,1:03-cv-09848-RCC,1:03-cv-09849-RCC,1:04-cv-01076-RCC,1:04-cv-01922-RCC,1:04-cv-01923-RCC(kkc, ) (Entered: 06/17/2004) |
| 248 | 06/16/2004 | CASE MANAGEMENT ORDER NO. 3 (this document relates to all actions); regarding Organization of Counsel and Document Depository as further set forth in this Order. (Signed by Judge Richard C. Casey on 6/15/2004) Filed In Associated Cases: 1:03-md-01570-RCC,1:02-cv-06977-RCC,1:02-cv-07300-RCC-FM,1:03-cv-05071-RCC,1:03-cv-05493-RCC,1:03-cv-05738-RCC,1:03-cv-06978-RCC,1:03-cv-07036-RCC,1:03-cv-09848-RCC,1:03-cv-09849-RCC,1:04-cv-01076-RCC,1:04-cv-01922-RCC,1:04-cv-01923-RCC(kkc, ) Additional attachment(s) added on 6/17/2004 (kkc, ). (Entered: 06/17/2004) |
| 246 | 06/17/2004 | MOTION to Withdraw 165 MOTION for Protective Order Note:Notice of Motion and Memorandum in Support of Motion for Limited Appearance and to Move for a Protective Order.. Document filed by Abdul Rahman I. Al-Noah, Ahmed A. Kattan, Princess Haifa Al-Faisal, Prince |

| # | Date | Proceeding Text |
|---|------|-----------------|
| | | Bandar bin Sultan bin Abdulaziz, The Royal Embassy of Saudi Arabia. (Attachments: # 1 Motion to Withdraw Motion for a Protective Order# 2 Text of Proposed Order)(Hansen, Mark) (Entered: 06/17/2004) |
| 249 | 06/17/2004 | MOTION to Dismiss Note:First Amended Complaint. Document filed by Mohammed Al Faisal Al Saud. (Cohen, Louis) (Entered: 06/17/2004) |
| 250 | 06/17/2004 | MEMORANDUM OF LAW in Support re: 249 MOTION to Dismiss Note:First Amended Complaint.. Document filed by Mohammed Al Faisal Al Saud. (Attachments: # 1 Exhibit)(Cohen, Louis) (Entered: 06/17/2004) |
| 259 | 06/17/2004 | ORDER granting 88 Motion for Matthew H. Kirtland to Appear Pro Hac Vice as counsel for Nimir Petroleum Limited. (Signed by Judge Richard C. Casey on 6/10/2004) Filed In Associated Cases: 1:03-md-01570-RCC,1:03-cv-05738-RCC(kkc, ) (Entered: 06/21/2004) |
| 251 | 06/18/2004 | ENDORSED LETTER addressed to Judge Richard C. Casey from Jodi Westbrook Flowers dated 6/1/2004; counsel writes to urge this Court not to strike the Jurisdictional Brief. ENDORSEMENT: The plaintiffs' May 14 Jurisdictional Brief (MDL #154) shall be stricken. The plaintiffs can present the arguments raised in the jurisdictional brief in their briefs in opposition to defendants' motions to dismiss. The Court's page limitation must be adhered to. (Signed by Judge Richard C. Casey on 6/15/2004) (kkc, ) (Entered: 06/18/2004) |
| 252 | 06/18/2004 | STIPULATION AND ORDER (this document relates to 03cv5738, 03cv9849); that defendant Yousef Jameel's time to answer or move with respect to the third amended complaint is extended to and including 7/16/2004; in the event Yousef Jameel moves to dismiss the third amended complaint, then (a) plaintiffs shall serve papers in opposition to such motion on or before 10/15/2004; and (b) Jameel shall serve reply papers in further support of such motion on or before 12/17/2004. (Signed by Judge Richard C. Casey on 6/17/2004) Filed In Associated Cases: 1:03-md-01570-RCC,1:03-cv-05738-RCC,1:03-cv-09849-RCC(kkc, ) (Entered: 06/18/2004) |
| 253 | 06/18/2004 | ORDER (this document relates to all actions); in an effort to prevent this Court from ruling on letter applications before the involved parties have been fully heard and to encourage all counsel to work out their differences before seeking Court intervention, it is Ordered that letter applications to the Court must not be submitted until they are fully briefed, i.e., the parties are to work out a schedule amongst themselves and, if during the exchange of correspondence they are still unable to reach an agreement, the applying party must only submit the letters as a package to the Court after the agreed upon deadline. Such letter applications must not exceed 3 pages in length. (Signed by Judge Richard C. Casey on 6/17/2004) Filed In Associated Cases: 1:03-md-01570-RCC,1:02-cv-06977-RCC,1:02-cv-07300-RCC-FM,1:03-cv-05071-RCC,1:03-cv-05493-RCC,1:03-cv-05738-RCC,1:03-cv-06978-RCC,1:03-cv-07036-RCC,1:03-cv-09848-RCC,1:03-cv-09849-RCC,1:04-cv-01076-RCC,1:04-cv-01922-RCC,1:04-cv-01923-RCC(kkc, ) (Entered: 06/18/2004) |
| 254 | 06/18/2004 | REPLY MEMORANDUM OF LAW in Support re: 94 MOTION to Dismiss Note:(Notice of Motion). Note:Reply Memorandum of Law in Support of Motion to Dismiss of Defendant DMI Administrative Services S.A.. Document filed by DMI Administrative Services S.A.. (McCarthy, Timothy) (Entered: 06/18/2004) |
| 255 | 06/18/2004 | MOTION for Reconsideration Note:of Non-Final Ruling Dismissing Claims Against Defendants Sultan Bin Abdulaziz Al-Saud and Turki Al-Faisal Bin Abdulaziz Al-Saud. Document filed by Burnett Plaintiffs. (Attachments: # 1 Affirmation of Andrea Bierstein# 2 Exhibit A# 3 Exhibit B)(Elsner, Michael) (Entered: 06/18/2004) |
| 256 | 06/18/2004 | MEMORANDUM OF LAW in Support re: 255 MOTION for Reconsideration Note:of Non-Final Ruling Dismissing Claims Against Defendants Sultan Bin Abdulaziz Al-Saud and Turki Al-Faisal Bin Abdulaziz Al-Saud.. Document filed by Burnett Plaintiffs. (Elsner, Michael) (Entered: 06/18/2004) |
| 257 | 06/21/2004 | RULE 7.1 DISCLOSURE STATEMENT. Document filed by International Development Foundation.(Kalicki, Jean)(Entered: 06/21/2004) |
| 258 | 06/21/2004 | RULE 7.1 DISCLOSURE STATEMENT. Document filed by Saudi Economic and Development Company.(Kalicki, Jean) (Entered: 06/21/2004) |
| -- | 06/24/2004 | ***REJECTION OF ATTEMPTED PAPER FILING IN ECF CASE. The following document(s) Notice of Attorney Appearance by Paul R. Dubinsky, was rejected by the Clerk's Office and must be FILED ELECTRONICALLY on the Court's ECF System. (kkc, ) (Entered: 06/24/2004) |
| 260 | 06/25/2004 | ENDORSED LETTER (this document relates to 03cv6978) addressed to Judge Richard C. Casey from Mark T. Mullen dated 6/18/2004; granting counsel's request to the briefing schedule for certain defendants on defendants' motions to dismiss, as follows: Prince Salman Bin |

| # | Date | Proceeding Text |
|---|------|-----------------|
| | | Abdulaziz Al-Saud: Federal's opposition - 7/30/2004, defendant's response - 8/27/2004; PrinceSultan Bin Abdulaziz Al-Saud: Federal's opposition - 7/16/2004, defendant's response - 8/9/2004; Prince Turki Al-Faisal bin Abdulaziz Al-Saud: Federal's opposition - 7/16/2004, defendant's response - 8/9/2004; Prince Naif: Federal's opposition - 7/30/2004, defendant's response - 8/27/2004; Arab Bank: Federal's opposition - 7/20/2004, defendant's response - 8/10/2004. (Signed by Judge Richard C. Casey on 6/24/2004) Filed In Associated Cases: 1:03-md-01570-RCC,1:03-cv-06978-RCC(kkc, ) (Entered: 06/25/2004) |
| 261 | 06/25/2004 | ORDER (this document relates to 03cv6978, 03cv8591, 02cv6977) granting 224 Motion to Withdraw as Attorney; that John Popilock is relieved as one of the attorneys of record for Federal Insurance et al, and Vigilant Insurance et al, plaintiffs in connection with the consolidated actions. The appearance of Stephen A. Cozen, Elliott R. Feldman, Sean P. Carter, Mark T. Mullen, Lisa C. Haas and J. Scott Tarbutton for the Federal Insurance et al, and Vigilant Insurance et al, plaintiffs will remain unchanged. (Signed by Judge Richard C. Casey on 6/24/2004) Filed In Associated Cases: 1:03-md-01570-RCC,1:02-cv-06977-RCC,1:03-cv-06978-RCC(kkc, ) (Entered: 06/25/2004) |
| 262 | 06/25/2004 | MOTION to Dismiss. Document filed by Saudi High Commission. (Attachments: # 1 Memorandum of Law# 2 Affidavit Max Huffman Decl. with Exhibits Vol. 1# 3 Affidavit Max Huffman Declaration with Exhibits Vol. 2# 4 Affidavit Max Huffman Declaration with Exhibits Vol. 3)(Robbins, Lawrence) (Entered: 06/25/2004) |
| 263 | 06/25/2004 | MOTION for Leave to File Motion for Leave to File Reply Out of Time Note:Defendants' Reply Briefs. Document filed by Al Haramain Foundation, Sulaiman Al-Ali, Aqeel Al-Aqeel, Adel Abdul Batterjee, Islamic Assembly of North America, Mohammed Jamal Khalifa. (Nubani, Ashraf) (Entered: 06/25/2004) |
| 264 | 06/28/2004 | REPLY MEMORANDUM OF LAW in Support re: 101 FIRST MOTION to Dismiss Note:12(b)(2), 12(b)5 and 12(b)(6). Note:Burnett Third Amended Complaint. Document filed by Adel Abdul Batterjee. (Attachments: # 1 Exhibit # 2 Exhibit # 3 Exhibit # 4)(Nubani, Ashraf) (Entered: 06/28/2004) |
| 265 | 06/28/2004 | REPLY to Response to Motion re: 109 MOTION to Dismiss. Note:Burnett Third Amended Complaint. Document filed by Sulaiman Al-Ali. (Nubani, Ashraf) (Entered: 06/28/2004) |
| 266 | 06/28/2004 | MOTION to Stay Note:Proceedings. Document filed by Aqeel Al Aqeel, Al Haramain Foundation. (Nubani, Ashraf) (Entered: 06/28/2004) |
| 267 | 06/28/2004 | REPLY to Response to Motion re: 105 MOTION to Dismiss. Note:Burnett Third Amended Complaint. Document filed by Mohammed Jamal Khalifa. (Attachments: # 1 Exhibit)(Nubani, Ashraf) (Entered: 06/28/2004) |
| 268 | 06/28/2004 | REPLY to Response to Motion re: 110 MOTION to Dismiss. Note:Burnett Third Amended Complaint. Document filed by Islamic Assembly of North America. (Attachments: # 1 Exhibit)(Nubani, Ashraf) (Entered: 06/28/2004) |
| 269 | 06/28/2004 | ORDER granting 240 Motion for Alan E. Untereiner to Appear Pro Hac Vice for the Saudi High Commission. (Signed by Judge Richard C. Casey on 6/18/2004) (kkc, ) (Entered: 06/29/2004) |
| 270 | 06/28/2004 | ORDER granting 241 Motion for Roy T. Englert, Jr. to Appear Pro Hac Vice for the Saudi High Commission. (Signed by Judge Richard C. Casey on 6/18/2004) (kkc, ) (Entered: 06/29/2004) |
| 271 | 06/28/2004 | ORDER granting 242 Motion for Max Huffman to Appear Pro Hac Vice for the Saudi High Commission. (Signed by Judge Richard C. Casey on 6/18/2004) (kkc, ) (Entered: 06/29/2004) |
| -- | 06/29/2004 | ***REJECTION OF ATTEMPTED PAPER FILING IN ECF CASE. The following document(s) Notice of Attorney Appearance by Roger P. Alford, was rejected by the Clerk's Office and must be FILED ELECTRONICALLY on the Court's ECF System. (kkc, ) (Entered: 06/29/2004) |
| 272 | 06/30/2004 | MEMORANDUM OF LAW in Opposition re: 82 MOTION to Dismiss for Lack of Jurisdiction Note:the Third Amended Complaint (Burnett). Note:Plaintiffs' Memorandum of Law In Opposition to Motions to Dismiss of Defendant Hamad Al-Husaini. Document filed by Burnett Plaintiffs. (Attachments: # 1 Affirmation of Andrea Bierstein in Opposition to Motion to Dismiss of Hamad Al-Husaini# 2 Exhibit 1 - Part 1 of 2# 3 Exhibit 1 - Part 2 of 2# 4 Exhibit 2# 5 Exhibit 3# 6 Exhibit 4# 7 Exhibit 5# 8 Exhibit 6# 9 Exhibit 7# 10 Exhibit 8# 11 Exhibit 9# 12 Exhibit 10# 13 Exhibit 11# 14 Exhibit 12# 15 Exhibit 13# 16 Exhibit 14# 17 Exhibit 15# 18 Exhibit 16# 19 Exhibit 17# 20 Exhibit 18# 21 Exhibit 19# 22 Exhibit 20)(Elsner, Michael) (Entered: 06/30/2004) |
| 273 | 06/30/2004 | AFFIRMATION of Andrea Bierstein in Opposition re: 85 MOTION to Dismiss for Lack of Jurisdiction Note:the Third Amended Complaint (Burnett).. Document filed by Burnett Plaintiffs. (Attachments: # 1 Exhibit 1 to A. Bierstein Affirmation# 2 Exhibit 2 to A. Bierstein Affirmation# 3 Exhibit 3 to A. Bierstein Affirmation)(Elsner, Michael) (Entered: 06/30/2004) |

| # | Date | Proceeding Text |
|---|------|-----------------|
| 274 | 06/30/2004 | MEMORANDUM OF LAW in Opposition re: 85 MOTION to Dismiss for Lack of Jurisdiction Note:the Third Amended Complaint (Burnett).. Document filed by Burnett Plaintiffs. (Elsner, Michael) (Entered: 06/30/2004) |
| 275 | 06/30/2004 | MEMORANDUM OF LAW in Opposition re: 84 MOTION to Dismiss for Lack of Jurisdiction Note:the Third Amended Complaint (Burnett).. Document filed by Burnett Plaintiffs. (Elsner, Michael) (Entered: 06/30/2004) |
| 276 | 06/30/2004 | MEMORANDUM OF LAW in Opposition re: 86 MOTION to Dismiss for Lack of Jurisdiction Note:the Third Amended Complaint (Burnett). Note:Plaintiffs' Memorandum of Law In Opposition to Motions to Dismiss of Defendant Shahir A. Batterjee. Document filed by Burnett Plaintiffs. (Attachments: # 1 Affirmation of Andrea Bierstein In Opposition to Motion to Dismiss of Shahir Batterjee# 2 Exhibit 1# 3 Exhibit 2 - Part 1 of 3# 4 Exhibit 2 - Part 2 of 3# 5 Exhibit 2 - Part 3 of 3# 6 Exhibit 3# 7 Exhibit 4)(Elsner, Michael) (Entered: 06/30/2004) |
| 277 | 06/30/2004 | MEMORANDUM OF LAW in Opposition re: 99 MOTION to Dismiss for Lack of Jurisdiction Note:the Third Amended Complaint (Burnett). Note:Plaintiffs' Memorandum of Law In Opposition to Motions to Dismiss of Defendant Saudi Arabian Red Crescent Society. Document filed by Burnett Plaintiffs. (Attachments: # 1 Affirmation of Andrea Bierstein In Opposition to Motion to Dismiss of Saudi Arabian Red Crescent Society# 2 Exhibit 1# 3 Exhibit 2# 4 Exhibit 3# 5 Exhibit 4# 6 Exhibit 5# 7 Exhibit 6# 8 Exhibit 7)(Elsner, Michael) (Entered: 06/30/2004) |
| 278 | 06/30/2004 | MEMORANDUM OF LAW in Opposition re: 87 MOTION to Dismiss for Lack of Jurisdiction Note:the Third Amended Complaint (Burnett).. Document filed by Burnett Plaintiffs. (Elsner, Michael) (Entered: 06/30/2004) |
| 279 | 07/01/2004 | MEMORANDUM OF LAW in Opposition re: 97 MOTION to Dismiss for Lack of Jurisdiction Note:the Third Amended Complaint (Burnett). Note:Plaintiffs' Memorandum of Law In Opposition to Motions to Dismiss of Defendant Mohammed Ali Mushayt. Document filed by Burnett Plaintiffs. (Elsner, Michael) (Entered: 07/01/2004) |
| 280 | 07/01/2004 | MEMORANDUM OF LAW in Opposition re: 98 MOTION to Dismiss for Lack of Jurisdiction Note:the Third Amended Complaint (Burnett). Note:by Defendant Abdullah Bin Saleh Al-Obaid. Document filed by Burnett Plaintiffs. (Elsner, Michael) (Entered: 07/01/2004) |
| 281 | 07/01/2004 | MEMORANDUM OF LAW in Opposition re: 83 MOTION to Dismiss for Lack of Jurisdiction Note:the Third Amended Complaint (Burnett). Note:Plaintiffs' Memorandum of Law in Opposition to Motions to Dismiss of Defendant Saleh Al-Hussayen. Document filed by Burnett Plaintiffs. (Elsner, Michael) (Entered: 07/01/2004) |
| 282 | 07/01/2004 | MEMORANDUM OF LAW in Opposition re: 81 MOTION to Dismiss for Lack of Jurisdiction Note: the Third Amended Complaint (Burnett). Note:of Safer Al-Hawali. Document filed by Burnett Plaintiffs. (Elsner, Michael) (Entered: 07/01/2004) |
| 283 | 07/01/2004 | ORDER (this document relates to all actions); the Court shall hold a status conference in the multi-district cases on 7/20/2004 at 2:00 p.m. in the Ceremonial Courtroom at 500 Pearl Street. The topic of the conference will be whether the Supreme Court's 6/28/2004 decisions in Hamdi v. Rumsfeld and Rasul v. Bush relate to pending motions to serve by publication certain defendants who are allegedly in U.S. custody. Specifically, the Court would like to hear the government's position on these cases. (Signed by Judge Richard C. Casey on 7/1/2004) Filed In Associated Cases: 1:03-md-01570-RCC,1:02-cv-06977-RCC,1:02-cv-07300-RCC-FM,1:03-cv-05071-RCC,1:03-cv-05493-RCC,1:03-cv-05738-RCC,1:03-cv-06978-RCC,1:03-cv-07036-RCC,1:03-cv-09848-RCC,1:03-cv-09849-RCC,1:04-cv-01076-RCC,1:04-cv-01922-RCC,1:04-cv-01923-RCC(kkc, ) (Entered: 07/01/2004) |
| 284 | 07/01/2004 | MOTION to Quash Note:Subpoena Served on Citibank FSB and for a Protective Order. Document filed by Yassin Abdullah Al Kadi. (Attachments: # 1 Memorandum in Support of Motion of Yassin Abdullah Al Kadi for a Protective Order and to Quash Subpoena Served on Citibank FSB# 2 Affidavit Declaration of Thomas P. Steindler# 3 Exhibit Subpoena# 4 Exhibit Letter 5/18/04)(Steindler, Thomas) (Entered: 07/01/2004) |
| 285 | 07/01/2004 | NOTICE of of Filing of Omitted Exhibit to Plaintiffs' Memorandum of Law in Opposition to Motion to Dismiss of Defendant Abdullah Bin Saleh Al-Obaid re: 280 Memorandum of Law in Oppisition to Motion. Document filed by Burnett Plaintiffs. (Attachments: # 1 Exhibit 1 to Notice of Omitted Exhibit)(Elsner, Michael) (Entered: 07/01/2004) |
| 286 | 07/01/2004 | NOTICE of Voluntary Dismissal. Document filed by Burnett Plaintiffs. (Elsner, Michael) (Entered: 07/01/2004) |
| 287 | 07/02/2004 | NOTICE of of Dismissal of Dr. Soliman J. Khudeira re: 111 Amended Complaint,,,,,,,. Document filed by Soliman J. Khudeira. (Kabat, Alan) (Entered: 07/02/2004) |

| # | Date | Proceeding Text |
|---|------|-----------------|
| -- | 07/06/2004 | ***REJECTION OF ATTEMPTED PAPER FILING IN ECF CASE. The following document(s) Notice of Appearance by Roger P. Alford, was rejected by the Clerk's Office and must be FILED ELECTRONICALLY on the Court's ECF System. (kkc, ) (Entered: 07/06/2004) |
| 288 | 07/07/2004 | STIPULATION AND ORDER OF DISMISSAL as to Dr. Soliman J. Khudeira (this document relates to 03cv6978); that the Federal Insurance plaintiffs and defendant Dr. Soliman J. Khudeira have agreed to the dismissal of defendant Dr. Soliman J. Khudeira, with prejudice, each side to bear its own attorneys' fees, costs, and expenses. (Signed by Judge Richard C. Casey on 7/6/2004) Filed In Associated Cases: 1:03-md-01570-RCC,1:03-cv-06978-RCC(kkc, ) (Entered: 07/07/2004) |
| 289 | 07/08/2004 | STIPULATION AND ORDER (this document relates to 03cv9849, 03cv5738); that the time for defendants HRH Prince Abdullah Al Faisal Bin Abdulaziz Al Saud and Alfaisaliah Group to answer, move or otherwise respond in the extant complaint in this action is extended to 7/30/2004. In the event defendants file motions to dismiss, as anticipated, plaintiffs' opposition shall be filed on or before 9/15/2004, and defendants' reply, if any, shall be filed on or before 10/1/2004. (Signed by Judge Richard C. Casey on 7/8/2004) Filed In Associated Cases: 1:03-md-01570-RCC,1:03-cv-05738-RCC,1:03-cv-09849-RCC(kkc, ) (Entered: 07/08/2004) |
| 290 | 07/09/2004 | FIRST MEMORANDUM OF LAW in Opposition re: 142 MOTION to Dismiss Note:the First Amended Complaint. Note:Opposition to the Motion to Dismiss filed by the SAAR Executive Defendants Taha Al-Alwani, Muhammad Ashraf, M.Omar Ashraf, M.Yaqub Mirza and Iqbal Unus. Document filed by Federal Insurance Company et al., Plaintiffs. (Feldman, Elliot) (Entered: 07/09/2004) |
| 291 | 07/09/2004 | FIRST MEMORANDUM OF LAW in Opposition re: 143 MOTION to Dismiss Note:the First Amended Complaint. Note:Opposition to the Motion to Dismiss filed by Jamal Barzinji. Document filed by Federal Insurance Company et al., Plaintiffs. (Feldman, Elliot) (Entered: 07/09/2004) |
| 292 | 07/09/2004 | FIRST OPPOSITION BRIEF Note:Memorandum of Law in Opposition to the Motion to Dismiss filed by Mar-Jac Poultry. Document filed by Federal Insurance Company et al., Plaintiffs.(Feldman, Elliot) (Entered: 07/09/2004) |
| 293 | 07/13/2004 | MEMORANDUM OF LAW in Opposition re: 266 MOTION to Stay Note:Proceedings. Note:Plaintiffs' Memorandum of Law in Opposition to Al Haramain Islamic Foundation and Aqeel Al-Aqeel's Motion to Stay Proceedings. Document filed by Burnett Plaintiffs. (Elsner, Michael) (Entered: 07/13/2004) |
| 294 | 07/14/2004 | ENDORSED LETTER addressed to Judge Richard C. Casey from Andrea Bierstein dated 7/12/2004; granting counsel's application on behalf of the Burnett plaintiffs for an extension until 7/16/2004 for plaintiffs to respond to the motion of Yassin Abdullah Al Kadi for a Protective Order and to Quash Subpoena served on Citibank FSB. (Signed by Judge Richard C. Casey on 7/14/2004) Filed In Associated Cases: 1:03-md-01570-RCC,1:03-cv-09849-RCC(kkc, ) (Entered: 07/14/2004) |
| 295 | 07/15/2004 | MOTION to Dismiss Note:or in the Alternative for a More Definite Statement. Document filed by Yassin Abdullah Al Kadi. (Attachments: # 1 Memorandum in Support of Motion to Dismiss# 2 Exhibit # 3 Exhibit # 4 Exhibit # 5 Exhibit # 6 Exhibit # 7 Exhibit # 8 Exhibit # 9 Exhibit # 10 Exhibit # 11 Exhibit # 12 Exhibit)(Steindler, Thomas) (Entered: 07/15/2004) |
| 296 | 07/15/2004 | REPLY MEMORANDUM OF LAW in Support re: 223 MOTION to Dismiss Note:- Ashton v. Al Qaeda.. Document filed by Saudi American Bank. (Polovoy, Brian) (Entered: 07/15/2004) |
| 297 | 07/16/2004 | WAIVER OF SERVICE RETURNED EXECUTED Document filed by Federal Insurance Company et al., Plaintiffs. Tarik Hamdi waiver sent on 5/31/2004, answer due 7/30/2004. (Feldman, Elliot) (Entered: 07/16/2004) |
| 298 | 07/16/2004 | WAIVER OF SERVICE RETURNED EXECUTED Document filed by Federal Insurance Company et al., Plaintiffs. Abdurahman Alamoudi waiver sent on 5/31/2004, answer due 7/30/2004. (Feldman, Elliot) (Entered: 07/16/2004) |
| 299 | 07/16/2004 | MOTION to Dismiss. Document filed by Yousef Jameel. (Caruso, Kenneth) (Entered: 07/16/2004) |
| 300 | 07/16/2004 | DECLARATION of Kenneth A. Caruso in Support re: 299 MOTION to Dismiss.. Document filed by Yousef Jameel. (Caruso, Kenneth) (Entered: 07/16/2004) |
| 301 | 07/16/2004 | MEMORANDUM OF LAW in Support re: 299 MOTION to Dismiss.. Document filed by Yousef Jameel. (Caruso, Kenneth) (Entered: 07/16/2004) |
| 302 | 07/16/2004 | MOTION to Dismiss Note:Burnett (DC). Document filed by Yousef Jameel. (Caruso, Kenneth) (Entered: 07/16/2004) |
| 303 | 07/16/2004 | MEMORANDUM OF LAW in Support re: 302 MOTION to Dismiss Note:Burnett (DC). Note:. |

| # | Date | Proceeding Text |
|---|------|-----------------|
| | | Document filed by Yousef Jameel. (Caruso, Kenneth) (Entered: 07/16/2004) |
| 304 | 07/16/2004 | DECLARATION of Kenneth A. Caruso in Support re: 302 MOTION to Dismiss Note:Burnett (DC).. Document filed by Yousef Jameel. (Attachments: # 1 Exhibit A, B & C# 2 Exhibit D & E# 3 Exhibit G, H & I# 4 Exhibit J - S# 5 Exhibit T# 6 Exhibit U & V# 7 Exhibit W - Z)(Caruso, Kenneth) (Entered: 07/16/2004) |
| 305 | 07/16/2004 | RESPONSE in Opposition re: 137 MOTION to Dismiss Note:Complaint By Federal Insurance Plaintiffs and to Quash Service of Process of His Royal Highness Prince Turki Al-Faisal Bin Abdulaziz Al-Saud. Note: Federal Plaintiffs' Memorandum of Law in Opposition to the Motion to Dismiss Filed by Prince Turki Al-Faisal Bin Abdulaziz Al-Saud. Document filed by Federal Insurance Company et al., Plaintiffs. (Attachments: # 1 Exhibit)(Feldman, Elliot) (Entered: 07/16/2004) |
| 306 | 07/16/2004 | RICO STATEMENT Note:APPLICABLE TO THE SAAR NETWORK EXECUTIVES. Document filed by Federal Insurance Company et al., Plaintiffs. (Attachments: # 1 Exhibit # 2 Exhibit)(Feldman, Elliot) (Entered: 07/16/2004) |
| 307 | 07/16/2004 | RICO STATEMENT Note:APPLICABLE TO THE SAAR NETWORK ENTITIES. Document filed by Federal Insurance Company et al., Plaintiffs. (Attachments: # 1 Exhibit # 2 Exhibit)(Feldman, Elliot) (Entered: 07/16/2004) |
| 308 | 07/16/2004 | RICO STATEMENT Note:APPLICABLE TO THE AL BARAKA GROUP. Document filed by Federal Insurance Company et al., Plaintiffs. (Attachments: # 1 Exhibit # 2 Exhibit)(Feldman, Elliot) (Entered: 07/16/2004) |
| 309 | 07/16/2004 | RICO STATEMENT Note:APPLICABLE TO ARAB BANK, PLC. Document filed by Federal Insurance Company et al., Plaintiffs. (Attachments: # 1 Exhibit # 2 Exhibit)(Feldman, Elliot) (Entered: 07/16/2004) |
| 310 | 07/16/2004 | RICO STATEMENT Note:APPLICABLE TO THE SAUDI PRINCES. Document filed by Federal Insurance Company et al., Plaintiffs. (Attachments: # 1 Exhibit # 2 Exhibit)(Feldman, Elliot) (Entered: 07/16/2004) |
| 311 | 07/16/2004 | RICO STATEMENT Note:APPLICABLE TO THE BIN MAHFOUZ GROUP. Document filed by Federal Insurance Company et al., Plaintiffs. (Attachments: # 1 Exhibit # 2 Exhibit)(Feldman, Elliot) (Entered: 07/16/2004) |
| 312 | 07/16/2004 | RESPONSE in Opposition re: 135 MOTION to Dismiss Note:the Amended Complaint. Note:The Federal Plaintiffs' Memorandum of Law in Opposition to the Motion to Dismiss Filed by Prince Sultan bin Abdulaziz Al-Saud. Document filed by Federal Insurance Company et al., Plaintiffs. (Attachments: # 1 Exhibit)(Feldman, Elliot) (Entered: 07/16/2004) |
| 313 | 07/16/2004 | RICO STATEMENT Note:APPLICABLE TO THE MUSLIM WORLD LEAGUE GROUP. Document filed by Federal Insurance Company et al., Plaintiffs. (Attachments: # 1 Exhibit # 2 Exhibit)(Feldman, Elliot) (Entered: 07/16/2004) |
| 314 | 07/16/2004 | MEMORANDUM OF LAW in Opposition re: 284 MOTION to Quash Note:Subpoena Served on Citibank FSB and for a Protective Order. Note:Plaintiff's Memorandum of Law in Opposition to Motion of Yassin Al Kadi for a Protective Order and to Quash Subpoena Served on Citibank FSB. Document filed by Burnett Plaintiffs. (Attachments: # 1 Affirmation of Justin Kaplan in Opposition to Motion of Yassin Al Kadi for a Protective Order and to Quash Subpoena Served on Citibank FSB# 2 Exhibit 1 to Affirmation# 3 Exhibit 2 to Affirmation# 4 Exhibit 3 to Affirmation# 5 Exhibit 4 to Affirmation)(Elsner, Michael) (Entered: 07/16/2004) |
| 319 | 07/16/2004 | MOTION (FILED ON SERVICE DATE) for Viet D. Dinh to Appear Pro Hac Vice. Document filed by Yousef Jameel. Filed In Associated Cases: 1:03-md-01570-RCC,1:03-cv-09849-RCC,1:03-cv-05738-RCC(kkc, ) (Entered: 07/20/2004) |
| 315 | 07/19/2004 | MEMORANDUM OF LAW in Opposition re: 163 MOTION to Dismiss Note:the First Amended Complaint. Note:The Federal Plaintiffs' Memorandum of Law in Opposition to the Motion to Dismiss filed by SAAR Network Entity Defendants African Muslim Agency, Grove Corporate, Inc., Heritage Education Trust, International Institute of Islamic Thought, Mar-Jac Investments, Inc., Mena Corporation, Reston Investments, Safa Trust, Sana-Bell, Inc., Sterling Charitable Gift Fund, Sterling Management Group, Inc., and York Foundation. Document filed by Federal Insurance Company et al., Plaintiffs. (Attachments: # 1 Text of Proposed Order)(Feldman, Elliot) (Entered: 07/19/2004) |
| 316 | 07/19/2004 | MEMORANDUM OF LAW in Opposition re: 161 MOTION to Dismiss Note:First Amended Complaint of Federal Insurance. Note:The Federal Plaintiffs' Memorandum of Law in Opposition to the Motion to Dismiss filed by Arab Bank, PLC. Document filed by Federal Insurance Company et al., Plaintiffs. (Attachments: # 1 Text of Proposed Order)(Feldman, Elliot) (Entered: |

| # | Date | Proceeding Text |
|---|------|-----------------|
| | | 07/19/2004 |
| 317 | 07/19/2004 | NOTICE of Filing of Omitted Exhibit and Supplemental Declaration re: 302 MOTION to Dismiss Note:Burnett (DC)., 303 Memorandum of Law in Support of Motion, 304 Declaration in Support of Motion,. Document filed by Yousef Jameel. (Caruso, Kenneth) (Entered: 07/19/2004) |
| 318 | 07/19/2004 | MEMORANDUM OF LAW in Opposition re: 249 MOTION to Dismiss Note:First Amended Complaint. Note:The Federal Plaintiffs' Memorandum of Law in Opposition to the Motion to Dismiss Filed by Prince Mohamed al-Faisal al-Saud. Document filed by Federal Insurance Company et al., Plaintiffs. (Attachments: # 1 Text of Proposed Order)(Feldman, Elliot) (Entered: 07/19/2004) |
| 320 | 07/20/2004 | WAIVER OF SERVICE RETURNED EXECUTED Document filed by Federal Insurance Company et al., Plaintiffs. Saudi American Bank waiver sent on 6/28/2004, answer due 8/27/2004. (Feldman, Elliot) (Entered: 07/20/2004) |
| 321 | 07/20/2004 | WAIVER OF SERVICE RETURNED EXECUTED Document filed by Federal Insurance Company et al., Plaintiffs. SNCB Securities Ltd. in London waiver sent on 6/30/2004, answer due 8/30/2004. (Feldman, Elliot) (Entered: 07/20/2004) |
| -- | 07/20/2004 | Minute Entry for proceedings held before Judge Richard C. Casey : Status Conference held on 7/20/2004. Next status conference set for 9/13/04 at 2:00 p.m. (db, ) (Entered: 08/03/2004) |
| -- | 07/20/2004 | Set/Reset Hearings: Status Conference set for 9/13/2004 02:00 PM before Judge Richard C. Casey. (db, ) (Entered: 08/03/2004) |
| 322 | 07/22/2004 | STIPULATION AND ORDER (this document relates to 03cv6978); that plaintiffs shall serve their RICO Statement concerning defendant The National Commercial Bank ("NCB") not later than 7/30/2004; NCB shall have until and including 8/30/2004 to move to dismiss the first amended complaint; plaintiffs shall have 60 days thereafter or until and including 10/29/2004 to respond to NCB's motion to dismiss; NCB shall have 30 days thereafter or until and including 11/29/2004 to reply to plaintiffs' opposition. (Signed by Judge Richard C. Casey on 7/20/2004) Filed In Associated Cases: 1:03-md-01570-RCC,1:03-cv-06978-RCC(kkc, ) (Entered: 07/22/2004) |
| 323 | 07/22/2004 | ORDER (this document relates to 03cv6978); that plaintiffs' motion to supplement the joint motion for leave to serve specified defendants by publication pursuant to F.R.C.P. 4(f)(3), filed by the Federal Insurance Co., Ashton and Burnett plaintiffs, is granted. (Signed by Judge Richard C. Casey on 7/20/2004) Filed In Associated Cases: 1:03-md-01570-RCC,1:03-cv-06978-RCC(kkc, ) (Entered: 07/22/2004) |
| 324 | 07/22/2004 | MEMO-ENDORSEMENT (this document relates to 03cv9849, 03cv5738) on Motion for Viet D. Dinh to Appear Pro Hac Vice. ENDORSEMENT: Application granted pending approval of attorney admissions office. (Signed by Judge Richard C. Casey on 7/20/2004) Filed In Associated Cases: 1:03-md-01570-RCC,1:03-cv-05738-RCC,1:03-cv-09849-RCC(kkc, ) (Entered: 07/22/2004) |
| 325 | 07/22/2004 | MEMO ENDORSEMENT (this document relates to 03cv9849) on Motion to admit Allan Gerson pro hac vice as counsel for the plaintiffs. ENDORSEMENT: Application granted pending approval of Attorney Admissions. (Signed by Judge Richard C. Casey on 7/20/2004) Filed In Associated Cases: 1:03-md-01570-RCC,1:03-cv-09849-RCC(kkc, ) (Entered: 07/22/2004) |
| 326 | 07/22/2004 | STIPULATION AND ORDER (this document relates to 03cv6978, 02cv6977); that the Federal Insurance Plaintiffs serve their RICO Statement concerning defendants SNCB Corporate Finance Ltd. and SNCB Securities Ltd. (London) ("SNCB") not later than 7/30/2004. SNCB shall have until and including 8/30/2004 to file a consolidated motion to dismiss the first amended complaint in Federal Insurance and the fourth amended consolidated master complaint in Ashton. The memorandum of law in support of SNCB's consolidated motion shall not exceed 25 pages in length. Plaintiffs shall have 60 days thereafter, or until and including 10/29/2004, to file their consolidated response to SNCB's motion to dismiss. Plaintiffs' consolidated memorandum of law shall not exceed 25 pages in length. SNCB shall have 30 days thereafter, or until and including 11/29/2004 to file a consolidated reply to plaintiffs' opposition. SNCB's consolidated reply memorandum of law shall not exceed 10 pages in length. (Signed by Judge Richard C. Casey on 7/20/2004) Filed In Associated Cases: 1:03-md-01570-RCC,1:02-cv-06977-RCC,1:03-cv-06978-RCC(kkc, ) (Entered: 07/22/2004) |
| 338 | 07/22/2004 | MOTION (FILED ON SERVICE DATE) for Justin B. Kaplan to Appear Pro Hac Vice as counsel for the plaintiffs in 03cv9849, 03cv5738. Document filed by Thomas E. Burnett Sr., et al. Filed In Associated Cases: 1:03-md-01570-RCC,1:03-cv-09849-RCC,1:03-cv-05738-RCC(kkc, ) (Entered: 07/26/2004) |
| 327 | 07/23/2004 | RICO STATEMENT Note:APPLICABLE TO THE SAUDI HIGH COMMISSION. Document filed by Federal Insurance Company et al., Plaintiffs.(Feldman, Elliot) (Entered: 07/23/2004) |

| # | Date | Proceeding Text |
|---|------|-----------------|
| 328 | 07/23/2004 | REPLY MEMORANDUM OF LAW in Support re: 284 MOTION to Quash Note:Subpoena Served on Citibank FSB and for a Protective Order.. Document filed by Yassin Abdullah Al Kadi. (Attachments: # 1 Second Declaration of Thomas P. Steindler# 2 Exhibit)(Steindler, Thomas) (Entered: 07/23/2004) |
| 329 | 07/23/2004 | MOTION to Dismiss. Document filed by Sami Omar Al-Hussayen. (Attachments: # 1 Memo of Law In Support of Al-Hussayen's Motion To Dismiss# 2 Exhibit 1 to Motion to Dismiss Memo# 3 Exhibit 2 Memo To Dismiss)(Dratel, Joshua) (Entered: 07/23/2004) |
| 330 | 07/23/2004 | REPLY MEMORANDUM OF LAW in Support re: 84 MOTION to Dismiss for Lack of Jurisdiction Note:the Third Amended Complaint (Burnett).. Document filed by Sheik Salman Al-Oawdah. (Attachments: # 1 Affidavit # 2 Exhibit 1# 3 Exhibit 2# 4 Exhibit 3# 5 Exhibit 4)(Kabat, Alan) (Entered: 07/23/2004) |
| 331 | 07/23/2004 | REPLY MEMORANDUM OF LAW in Support re: 82 MOTION to Dismiss for Lack of Jurisdiction Note:the Third Amended Complaint (Burnett).. Document filed by Sheik Hamad Al-Husaini. (Attachments: # 1 Affidavit # 2 Exhibit 1# 3 Exhibit 2# 4 Exhibit 3# 5 Exhibit 4# 6 Exhibit 5# 7 Exhibit 6# 8 Exhibit 7# 9 Exhibit 8# 10 Exhibit 9)(Kabat, Alan) (Entered: 07/23/2004) |
| 332 | 07/23/2004 | REPLY MEMORANDUM OF LAW in Support re: 87 MOTION to Dismiss for Lack of Jurisdiction Note:the Third Amended Complaint (Burnett).. Document filed by Abdullah Omar Naseef. (Attachments: # 1 Affidavit # 2 Exhibit 1# 3 Exhibit 2)(Kabat, Alan) (Entered: 07/23/2004) |
| 333 | 07/23/2004 | REPLY MEMORANDUM OF LAW in Support re: 86 MOTION to Dismiss for Lack of Jurisdiction Note:the Third Amended Complaint (Burnett).. Document filed by Shahir Abdulraoof Batterjee. (Attachments: # 1 Affidavit # 2 Exhibit 1)(Kabat, Alan) (Entered: 07/23/2004) |
| 334 | 07/23/2004 | REPLY MEMORANDUM OF LAW in Support re: 81 MOTION to Dismiss for Lack of Jurisdiction Note: the Third Amended Complaint (Burnett).. Document filed by Safar Al-Hawali. (Attachments: # 1 Affidavit # 2 Exhibit 1# 3 Exhibit 2# 4 Exhibit 3# 5 Exhibit 4)(Kabat, Alan) (Entered: 07/23/2004) |
| 335 | 07/23/2004 | REPLY MEMORANDUM OF LAW in Support re: 83 MOTION to Dismiss for Lack of Jurisdiction Note:the Third Amended Complaint (Burnett).. Document filed by Saleh Al-Hussayen. (Attachments: # 1 Affidavit # 2 Exhibit 1# 3 Exhibit 2# 4 Exhibit 3)(Kabat, Alan) (Entered: 07/23/2004) |
| 336 | 07/23/2004 | REPLY to Response to Motion re: 142 MOTION to Dismiss Note:the First Amended Complaint.. Document filed by Taha Jaber Al-Alwani, M. Omar Ashraf, Muhammad Ashraf, Iqbal Unus (Yunus), M. Yaqub Mirza. (Sheinbach, Donna) (Entered: 07/23/2004) |
| 337 | 07/23/2004 | REPLY to Response to Motion re: 143 MOTION to Dismiss Note:the First Amended Complaint.. Document filed by Jamal Barzinji. (Sheinbach, Donna) (Entered: 07/23/2004) |
| 339 | 07/27/2004 | DECLARATION of Joshua L. Dratel in Support re: 329 MOTION to Dismiss.. Document filed by Sami Omar Al-Hussayen. (Dratel, Joshua) (Entered: 07/27/2004) |
| 340 | 07/27/2004 | DECLARATION of Joshua L. Dratel in Support re: 329 MOTION to Dismiss.. Document filed by Sami Omar Al-Hussayen. (Dratel, Joshua) (Entered: 07/27/2004) |
| 341 | 07/27/2004 | NOTICE of of Filing. Document filed by Al Haramain Islamic Foundation, Inc.. (Kabat, Alan) (Entered: 07/27/2004) |
| 342 | 07/28/2004 | TRANSCRIPT of proceedings held on 7/20/2004 before Judge Richard C. Casey.(jmi, ) (Entered: 07/28/2004) |
| 343 | 07/28/2004 | MOTION for Extension of Time Note:/Consent Motion and Stipulation as to Service of Process and Extension of Time. Document filed by Islamic Investment Company of the Gulf (Sharjah), DMI Administrative Services S.A.. Return Date set for 9/10/2004. (McCarthy, Timothy) (Entered: 07/28/2004) |
| 344 | 07/29/2004 | ENDORSED LETTER (this document relates to 03cv9849) addressed to Judge Richard C. Casey from Lynne Bernabei dated 7/21/2004; granting counsel's application to extend the briefing schedule from 7/23/2004 to 7/30/2004 for the reply briefs in support of the motions to dismiss filed by 4 defendants: Dr. Abdullah Al-Turki, Dr. Abdullah Al-Obaid, Mohammed Mushayt, and the Saudi Arabian Red Cresent Society. (Signed by Judge Richard C. Casey on 7/28/2004) Filed In Associated Cases: 1:03-md-01570-RCC,1:03-cv-09849-RCC(kkc, ) (Entered: 07/30/2004) |
| 345 | 07/29/2004 | CONFIDENTIALITY STIPULATION AND PROTECTIVE ORDER (this document relates to 03cv9849); regarding procedures to be followed that shall govern the handling of confidential information. (Signed by Judge Richard C. Casey on 7/28/2004) Filed In Associated Cases: 1:03-md-01570-RCC,1:03-cv-09849-RCC(kkc, ) (Entered: 07/30/2004) |
| 346 | 07/30/2004 | ANSWER to Complaint., THIRD PARTY COMPLAINT against., CROSSCLAIM against Federal |

| # | Date | Proceeding Text |
|---|------|-----------------|
| | | Insurance Company et al., Plaintiffs. Document filed by Muslim World League. (Attachments: # 1 # 2)(McMahon, Martin) (Entered: 07/30/2004) |
| 347 | 07/30/2004 | MOTION to Dismiss. Document filed by Addullah Al Faisal Abdulaziz Al Saud, Mohammed Bin Abdulrahman Al Ariefy, Alfaisaliah Group, Faisal Group Holding Co.. (Kingham, T. Barry) (Entered: 07/30/2004) |
| 348 | 07/30/2004 | MEMORANDUM OF LAW in Support re: 347 MOTION to Dismiss.. Document filed by Abdullah Al Faisal Bin Abdulaziz AlSaud, Mohammed Bin Abdulrahman Al Ariefy, Alfaisaliah Group, Faisal Group Holding Co.. (Kingham, T. Barry) (Entered: 07/30/2004) |
| 349 | 07/30/2004 | MOTION to Dismiss. Document filed by Addullah Al Faisal Abdulaziz Al Saud, Mohammed Bin Abdulrahman Al Ariefy, Alfaisaliah Group, Faisal Group Holding Co.. (Kingham, T. Barry) (Entered: 07/30/2004) |
| 350 | 07/30/2004 | MEMORANDUM OF LAW in Support re: 349 MOTION to Dismiss.. Document filed by Abdullah Al Faisal Bin Abdulaziz AlSaud, Mohammed Bin Abdulrahman Al Ariefy, Alfaisaliah Group, Faisal Group Holding Co.. (Kingham, T. Barry) (Entered: 07/30/2004) |
| 351 | 07/30/2004 | MOTION to Dismiss. Document filed by Faisal Group Holding Co., Alfaisaliah Group, Mohammed Bin Abdulrahman Al Ariefy, Abdullah Al Faisal Bin Abdulaziz Al Saud. (Kingham, T. Barry) (Entered: 07/30/2004) |
| 352 | 07/30/2004 | MEMORANDUM OF LAW in Support re: 351 MOTION to Dismiss.. Document filed by Faisal Group Holding Co., Alfaisaliah Group, Mohammed Bin Abdulrahman Al Ariefy, Abdullah Al Faisal Bin Abdulaziz Al Saud. (Kingham, T. Barry) (Entered: 07/30/2004) |
| 353 | 07/30/2004 | MOTION to Dismiss Note:Failure to State a Claim., MOTION to Dismiss for Lack of Jurisdiction Note:Lack of Subject Matter Jurisdiction. Document filed by Al Baraka Investment & Development Corp., Saleh Abdullah Kamel. (Attachments: # 1 Notice of Motion# 2 Text of Proposed Order)(McMahon, Martin) (Entered: 07/30/2004) |
| 354 | 07/30/2004 | RICO STATEMENT Note:Applicable to NCB Entities. Document filed by Federal Insurance Company et al., Plaintiffs.(Feldman, Elliot) (Entered: 07/30/2004) |
| 355 | 07/30/2004 | RICO STATEMENT Note:Applicable to Tarik Hamdi. Document filed by Federal Insurance Company et al., Plaintiffs.(Feldman, Elliot) (Entered: 07/30/2004) |
| 356 | 07/30/2004 | MOTION to Dismiss for Lack of Jurisdiction Note:Lack of Personal Jurisdiction. Document filed by Rabita Trust. (Attachments: # 1 Notice of Motion# 2 Text of Proposed Order # 3 Exhibit 1# 4 Exhibit 2)(McMahon, Martin) (Entered: 07/30/2004) |
| 357 | 07/30/2004 | AFFIDAVIT of Parrett in Opposition re: 140 MOTION to Dismiss Note:the Complaints.. Document filed by All Plaintiffs. (Kreindler, James) (Entered: 07/30/2004) |
| 358 | 07/30/2004 | MEMORANDUM OF LAW in Opposition re: 140 MOTION to Dismiss Note:the Complaints. Note:Opp. to Salman MTD. Document filed by All Plaintiffs. (Kreindler, James) (Entered: 07/30/2004) |
| 359 | 07/30/2004 | MOTION to Dismiss for Lack of Jurisdiction Note:Lack of Personal Jurisdiction. Document filed by Wael Jalaidan. (Attachments: # 1 Notice of Motion# 2 Text of Proposed Order # 3 Exhibit 1# 4 Exhibit 2)(McMahon, Martin) (Entered: 07/30/2004) |
| 360 | 07/30/2004 | REPLY MEMORANDUM OF LAW in Support re: 85 MOTION to Dismiss for Lack of Jurisdiction Note:the Third Amended Complaint (Burnett).. Document filed by Abdullah Muhsen Al Turki. (Attachments: # 1 Affidavit # 2 Exhibit 1# 3 Exhibit 2# 4 Exhibit 3# 5 Exhibit 4)(Kabat, Alan) (Entered: 07/30/2004) |
| 361 | 07/30/2004 | REPLY MEMORANDUM OF LAW in Support re: 97 MOTION to Dismiss for Lack of Jurisdiction Note:the Third Amended Complaint (Burnett).. Document filed by Mohammed Ali Sayed Mushayt. (Attachments: # 1 Affidavit # 2 Exhibit 1)(Kabat, Alan) (Entered: 07/30/2004) |
| 362 | 07/30/2004 | REPLY MEMORANDUM OF LAW in Support re: 98 MOTION to Dismiss for Lack of Jurisdiction Note:the Third Amended Complaint (Burnett).. Document filed by Abdullah Bin Saleh Al Obaid. (Attachments: # 1 Affidavit # 2 Exhibit 1# 3 Exhibit 2# 4 Exhibit 3)(Kabat, Alan) (Entered: 07/30/2004) |
| 363 | 07/30/2004 | MEMORANDUM OF LAW in Opposition re: 225 MOTION to Dismiss. Note:Plaintiffs' Consolidated Memorandum of Law in Opposition to Naif Bin Abdulaziz Al-Saud's Motion to Dismiss. Document filed by All Plaintiffs. (Attachments: # 1 Affirmation of Andrea Bierstein in Opposition to motion to Dismiss of Naif Bin Abdulaziz Al-Saud# 2 Exhibit 1# 3 Exhibit 2# 4 Exhibit 3# 5 Exhibit 4# 6 Exhibit 5)(Elsner, Michael) (Entered: 07/30/2004) |
| 364 | 07/30/2004 | REPLY MEMORANDUM OF LAW in Support re: 99 MOTION to Dismiss for Lack of Jurisdiction Note:the Third Amended Complaint (Burnett).. Document filed by Saudi Red Crescent. (Attachments: # 1 Affidavit # 2 Exhibit 1# 3 Exhibit 2# 4 Exhibit 3)(Kabat, Alan) (Entered: |

| # | Date | Proceeding Text |
|---|------|-----------------|
| | | 07/30/2004 |
| 365 | 07/30/2004 | ENDORSED LETTER addressed to Judge Richard C. Casey from James P. Kreindler dated 7/29/2004; granting the Ashton, Burnett and Federal Plaintiffs' request to submit a thirty page consolidated brief in opposition to Prince Salman bin Abdul Aziz al-Saud's motion to dismiss. (Signed by Judge Richard C. Casey on 7/29/2004) Filed In Associated Cases: 1:03-md-01570-RCC,1:02-cv-06977-RCC,1:03-cv-05738-RCC,1:03-cv-06978-RCC,1:03-cv-09849-RCC(kkc, ) (Entered: 08/02/2004) |
| 366 | 08/02/2004 | RICO STATEMENT Note:Applicable to Abdul Rahman Alamoudi. Document filed by Federal Insurance Company et al., Plaintiffs. (Attachments: # 1 Exhibit)(Feldman, Elliot) (Entered: 08/02/2004) |
| 367 | 08/02/2004 | MOTION to Strike Note:Portions of Federal Plaintiffs' Opposition Brief (Dkt. No. 315). Document filed by African Muslim Agency, Grove Corporate, Inc., Heritage Education Trust, International Institute of Islamic Thought, Mar-Jac Investments, Inc., Mena Corporation, Reston Investments, Inc., Safa Trust, Sana-Bell, Inc., Sterling Charitable Gift Fund, Sterling Management Group, Inc., York Foundation. (Attachments: # 1 Text of Proposed Order)(Sheinbach, Donna) (Entered: 08/02/2004) |
| 368 | 08/02/2004 | MOTION to Strike Note:Portions of Federal Plaintiffs' Opposition Briefs (Dkt. Nos. 290, 291). Document filed by Taha Jaber Al-Alwani, M. Omar Ashraf, Muhammad Ashraf, Jamal Barzinji, M. Yaqub Mirza, Iqbal Yunus. (Attachments: # 1 Text of Proposed Order)(Sheinbach, Donna) (Entered: 08/02/2004) |
| 369 | 08/02/2004 | REPLY MEMORANDUM OF LAW in Support re: 163 MOTION to Dismiss Note:the First Amended Complaint.. Document filed by African Muslim Agency, Grove Corporate, Inc., Heritage Education Trust, International Institute of Islamic Thought, Mar-Jac Investments, Inc., Mena Corporation, Reston Investments, Inc., Safa Trust, Sana-Bell, Inc., Sterling Charitable Gift Fund, Sterling Management Group, Inc., York Foundation. (Sheinbach, Donna) (Entered: 08/02/2004) |
| 370 | 08/03/2004 | STIPULATION AND ORDER (this document relates to 03cv6978); the time for defendants HRH Prince Abdullah Al Faisal Bin Abdulaziz Al Saud, Alfaisaliah Group, Faisal Group Holding Co., and Mohammed Bin Abdulrahman Al Ariefy (defendants) to answer, move or otherwise respond to the extant complaint in this action is extended to 7/30/2004; in the event defendants file motions to dismiss, as anticipated, plaintiffs' response shall be filed within 60 days of receipt of same from defendants' counsel; defendants shall reply to plaintiffs' response within 15 days of receipt of same from plaintiffs' counsel. (Signed by Judge Richard C. Casey on 8/2/2004) Filed In Associated Cases: 1:03-md-01570-RCC,1:03-cv-06978-RCC(kkc, ) (Entered: 08/03/2004) |
| 373 | 08/03/2004 | MEMO-ENDORSEMENT (this document relates to 03cv9849, 03cv5738) on copy of 338 Motion for Justin B. Kaplan to Appear Pro Hac Vice as counsel for plaintiffs in 03cv9849, 03cv5738. ENDORSEMENT: Application granted pending approval of attorney admissions office. (Signed by Judge Richard C. Casey on 7/28/2004) Filed In Associated Cases: 1:03-md-01570-RCC,1:03-cv-05738-RCC,1:03-cv-09849-RCC(kkc, ) (Entered: 08/04/2004) |
| 371 | 08/04/2004 | REPLY MEMORANDUM OF LAW in Support re: 249 MOTION to Dismiss Note:First Amended Complaint.. Document filed by Mohammed Al Faisal Al Saud. (Attachments: # 1 Exhibit A)(Cohen, Louis) (Entered: 08/04/2004) |
| 372 | 08/04/2004 | ENDORSED LETTER addressed to Judge Richard C. Casey from James P. Kreindler dated 7/30/2004; granting the Ashton, Burnett and Federal Plaintiffs' request to submit a thirty page consolidated brief in opposition to defendant Naif bin Abdulaziz al-Saud?s motion to dismiss. (Signed by Judge Richard C. Casey on 8/2/2004) Filed In Associated Cases: 1:03-md-01570-RCC,1:02-cv-06977-RCC,1:03-cv-05738-RCC,1:03-cv-06978-RCC,1:03-cv-09849-RCC(kkc, ) (Entered: 08/04/2004) |
| 374 | 08/04/2004 | MOTION to Dismiss Note:and Memorandum of Law in Support of Motion to Dismiss. Document filed by The Kingdom of Saudi Arabia. (Attachments: # 1 Memorandum of Law in Support of Motion to Dismiss of The Kingdom of Saudi Arabia# 2 Text of Proposed Order)(Hansen, Mark) (Entered: 08/04/2004) |
| 375 | 08/04/2004 | MOTION to Dismiss Note:and Memorandum of Law in Support of Motion to Dismiss and to Quash Service of Process. Document filed by Prince Bandar bin Sultan bin Abdulaziz. (Attachments: # 1 Memorandum of Law in Support of Motion to Dismiss and to Quash Service of Process# 2 Exhibit A# 3 Exhibit B# 4 Text of Proposed Order)(Hansen, Mark) (Entered: 08/04/2004) |
| -- | 08/05/2004 | CASHIERS OFFICE REMARK on 324 Order on Motion to Appear Pro Hac Vice, in the amount of $25.00, paid on 8/5/2004, Receipt Number 516000. (kkc, ) (Entered: 08/13/2004) |
| 376 | 08/09/2004 | REPLY MEMORANDUM OF LAW in Support re: 137 MOTION to Dismiss Note:Complaint By |

| # | Date | Proceeding Text |
|---|------|-----------------|
| | | Federal Insurance Plaintiffs and to Quash Service of Process of His Royal Highness Prince Turki Al-Faisal Bin Abdulaziz Al-Saud.. Document filed by Prince Turki Al Faisal Al Saud. (Attachments: # 1 Exhibit A)(Hansen, Mark) (Entered: 08/09/2004) |
| 377 | 08/09/2004 | REPLY MEMORANDUM OF LAW in Support re: 135 MOTION to Dismiss Note:the Amended Complaint.. Document filed by Sultan Bin Abdulaziz Al Saud. (Attachments: # 1 Exhibit 1)(Jeffress, William) (Entered: 08/09/2004) |
| 378 | 08/10/2004 | TRANSCRIPT of proceedings held on 7/20/04 before Judge Richard C. Casey.(dfe, ) (Entered: 08/10/2004) |
| 379 | 08/10/2004 | REPLY MEMORANDUM OF LAW in Support re: 161 MOTION to Dismiss Note:First Amended Complaint of Federal Insurance.. Document filed by Arab Bank. (Attachments: # 1 Exhibit A# 2 Certificate of Service)(Marooney, Richard) (Entered: 08/10/2004) |
| -- | 08/10/2004 | CASHIERS OFFICE REMARK on 325 Memo Endorsement on motion to appear pro hac vice, in the amount of $25.00, paid on 8/10/2004, Receipt Number 516349. (kkc, ) (Entered: 08/13/2004) |
| 380 | 08/13/2004 | MEMORANDUM OF LAW in Opposition re: 255 MOTION for Reconsideration Note:of Non-Final Ruling Dismissing Claims Against Defendants Sultan Bin Abdulaziz Al-Saud and Turki Al-Faisal Bin Abdulaziz Al-Saud.. Document filed by Turki Al Faisal Al Saud. (Attachments: # 1 Text of Proposed Order)(Hansen, Mark) (Entered: 08/13/2004) |
| 381 | 08/13/2004 | MEMORANDUM OF LAW in Opposition re: 255 MOTION for Reconsideration Note:of Non-Final Ruling Dismissing Claims Against Defendants Sultan Bin Abdulaziz Al-Saud and Turki Al-Faisal Bin Abdulaziz Al-Saud.. Document filed by Sultan Bin Abdulaziz Al Saud. (Jeffress, William) (Entered: 08/13/2004) |
| 382 | 08/16/2004 | MEMORANDUM OF LAW in Opposition re: 367 MOTION to Strike Note:Portions of Federal Plaintiffs' Opposition Brief (Dkt. No. 315)., 368 MOTION to Strike Note:Portions of Federal Plaintiffs' Opposition Briefs (Dkt. Nos. 290, 291). Note:THE FEDERAL PLAINTIFFS OPPOSITION TO THE MOTIONS TO STRIKE FILED BY SAAR NETWORK ENTITY DEFENDANTS AFRICAN MUSLIM AGENCY, GROVE CORPORATE, INC., HERITAGE EDUCATION TRUST, INTERNATIONAL INSTITUTE OF ISLAMIC THOUGHT, MAR-JAC INVESTMENTS, INC., MENA CORPORATION, RESTON INVESTMENTS, INC., SAFA TRUST, SANA-BELL, INC., STERLING CHARITABLE GIFT FUND, STERLING MANAGEMENT GROUP, INC. AND YORK FOUNDATION, AND THE SAAR NETWORK EXECUTIVE DEFENDANTS TAHA AL-ALWANI, MUHAMMAD ASHRAF, M. OMAR ASHRAF, M. YAQUB MIRZA, AND IQBAL UNUS. Document filed by Federal Insurance Company et al., Plaintiffs. (Feldman, Elliot) (Entered: 08/16/2004) |
| 383 | 08/19/2004 | AFFIDAVIT OF SERVICE. Mohammed Ali Hasan Al Moayad served on 6/8/2004, answer due 6/28/2004. Service was accepted by US MARSHALL SERVICE. Document filed by Federal Insurance Company et al., Plaintiffs. (Feldman, Elliot) (Entered: 08/19/2004) |
| 384 | 08/19/2004 | AFFIDAVIT OF SERVICE. Zacarias Moussaoui served on 6/2/2004, answer due 6/22/2004. Service was accepted by US MARSHALL SERVICE. Document filed by Federal Insurance Company et al., Plaintiffs. (Feldman, Elliot) (Entered: 08/19/2004) |
| 385 | 08/19/2004 | AFFIDAVIT OF SERVICE. Taibah International Aid Association served on 5/28/2004, answer due 6/17/2004. Service was made by COMMONWEALTH OF VIRGINIA STATE CORPORATION COMMISSION VIA FEDERAL EXPRESS. Document filed by Federal Insurance Company et al., Plaintiffs. (Feldman, Elliot) (Entered: 08/19/2004) |
| 386 | 08/19/2004 | AFFIDAVIT OF SERVICE. Abdurahman Alamoudi served on 7/10/2004, answer due 7/30/2004. Service was accepted by US MARSHALL SERVICE. Document filed by Federal Insurance Company et al., Plaintiffs. (Feldman, Elliot) (Entered: 08/19/2004) |
| 387 | 08/19/2004 | AFFIDAVIT OF SERVICE. Ahmed Ressam served on 6/14/2004, answer due 7/6/2004. Service was accepted by US MARSHALL SERVICE. Document filed by Federal Insurance Company et al., Plaintiffs. (Feldman, Elliot) (Entered: 08/19/2004) |
| 388 | 08/19/2004 | AFFIDAVIT OF SERVICE. Wali Khan Amin Shah served on 6/17/2004, answer due 7/7/2004. Service was accepted by US MARSHALL SERVICE. Document filed by Federal Insurance Company et al., Plaintiffs. (Feldman, Elliot) (Entered: 08/19/2004) |
| 389 | 08/19/2004 | WAIVER OF SERVICE RETURNED EXECUTED Document filed by Federal Insurance Company et al., Plaintiffs. DMI Administrative Services S.A. waiver sent on 7/19/2004, answer due 9/17/2004. (Feldman, Elliot) (Entered: 08/19/2004) |
| 390 | 08/19/2004 | WAIVER OF SERVICE RETURNED EXECUTED Document filed by Federal Insurance Company et al., Plaintiffs. Saudi American Bank waiver sent on 6/28/2004, answer due 8/27/2004. (Feldman, Elliot) (Entered: 08/19/2004) |

| # | Date | Proceeding Text |
|---|------|-----------------|
| 391 | 08/19/2004 | WAIVER OF SERVICE RETURNED EXECUTED Document filed by Federal Insurance Company et al., Plaintiffs. Islamic Investment Company of the Gulf (Sharjah) waiver sent on 7/12/2004, answer due 9/10/2004. (Feldman, Elliot) (Entered: 08/19/2004) |
| 392 | 08/19/2004 | WAIVER OF SERVICE RETURNED EXECUTED Document filed by Federal Insurance Company et al., Plaintiffs. Saudi American Bank waiver sent on 6/28/2004, answer due 8/27/2004. (Feldman, Elliot) (Entered: 08/19/2004) |
| 393 | 08/19/2004 | RICO STATEMENT Note:APPLICABLE TO THE SAUDI AMERICAN BANK. Document filed by Federal Insurance Company et al., Plaintiffs.(Feldman, Elliot) (Entered: 08/19/2004) |
| 394 | 08/20/2004 | ANSWER to Complaint with JURY DEMAND. Document filed by Soliman H.S. Al-Buthe.(Kabat, Alan) (Entered: 08/20/2004) |
| 395 | 08/20/2004 | ANSWER to Complaint. Document filed by Perouz Seda Ghaty.(Kabat, Alan) (Entered: 08/20/2004) |
| 396 | 08/23/2004 | ENDORSED LETTER (this document relates to 03cv9849) addressed to Judge Richard C. Casey from Joshua L. Dratel dated 8/16/2004; granting counsel's application on the following briefing schedule for defendant Sami Omar Al-Hussayen's motion to dismiss: Plaintiffs' response - 9/24/2004; defendant's reply - 10/22/2004. (Signed by Judge Richard C. Casey on 8/19/2004) Filed In Associated Cases: 1:03-md-01570-RCC,1:03-cv-09849-RCC(kkc, ) (Entered: 08/24/2004) |
| 397 | 08/24/2004 | MEMORANDUM OF LAW in Opposition re: 262 MOTION to Dismiss. Note:PLAINTIFFS CONSOLIDATED MEMORANDUM OF LAW IN OPPOSITION TO THE MOTION TO DISMISS OF DEFENDANT SAUDI HIGH COMMISSION. Document filed by All Plaintiffs. (Feldman, Elliot) (Entered: 08/24/2004) |
| 398 | 08/24/2004 | AFFIRMATION of Sean P. Carter in Opposition re: 262 MOTION to Dismiss.. Document filed by All Plaintiffs. (Attachments: # 1 Exhibit 1# 2 Exhibit 2# 3 Exhibit 3# 4 Exhibit 4# 5 Exhibit 5# 6 Exhibit 6# 7 Exhibit 7)(Feldman, Elliot) (Entered: 08/24/2004) |
| 399 | 08/24/2004 | MOTION for Jay D. Hanson and Christopher J. Beal to Appear Pro Hac Vice. Document filed by African Muslim Agency, Taha Jaber Al-Alwani, M. Omar Ashraf, Muhammad Ashraf, Jamal Barzinji, Grove Corporate, Inc., Heritage Education Trust, International Institute of Islamic Thought, Iqbal Unus (Yunus), Mar-Jac Investments, Inc., M. Yaqub Mirza, Reston Investments, Inc., Safa Trust, Sana-Bell, Inc., Sterling Charitable Gift Fund, Sterling Management Group, Inc.. (Sheinbach, Donna) (Entered: 08/24/2004) |
| 400 | 08/25/2004 | NOTICE of Change of Address by Robert D. Brain on behalf of all plaintiffs. New Address: Howarth & Smith, 523 West Sixth Street, Suite 728, Los Angeles, California, USA 90014, (213) 955-9400. (Brain, Robert) (Entered: 08/25/2004) |
| 401 | 08/27/2004 | REPLY MEMORANDUM OF LAW in Support re: 225 MOTION to Dismiss.. Document filed by Naif Bin Abdulaziz Al Saud. (Attachments: # 1 Exhibit Exhibit 1# 2 Exhibit Exhibit 2# 3 Exhibit Exhibit 3# 4 Exhibit Exhibit 4# 5 Exhibit Exhibit 5)(Cole, James) (Entered: 08/27/2004) |
| 402 | 08/27/2004 | ENDORSED LETTER (this document relates to 03cv9849) addressed to Judge Richard C. Casey from Justin B. Kaplan dated 8/24/2004; granting counsel's application on a briefing schedule on defendant Yassin Abdullah Al Kadi's motion to dismiss: plaintiffs' response shall be submitted on or before 10/15/2004, and defendant's reply shall be submitted on or before 11/15/2004. (Signed by Judge Richard C. Casey on 8/27/2004) Filed In Associated Cases: 1:03-md-01570-RCC,1:03-cv-09849-RCC(kkc, ) (Entered: 08/27/2004) |
| 403 | 08/27/2004 | MEMORANDUM OF LAW in Opposition re: 83 MOTION to Dismiss for Lack of Jurisdiction Note:the Third Amended Complaint (Burnett). Note:Plaintiffs' Corrected Memorandum of Law in Opposition to Motions to Dismiss of Defendant Saleh Al-Hussayen. Document filed by All Plaintiffs. (Elsner, Michael) (Entered: 08/27/2004) |
| 404 | 08/27/2004 | MEMORANDUM OF LAW in Opposition re: 99 MOTION to Dismiss for Lack of Jurisdiction Note:the Third Amended Complaint (Burnett). Note:Plaintiffs' Corrected Memorandum of Law in Opposition to Motions to Dismiss of Defendant Saudi Arabian Red Crescent Society. Document filed by Burnett Plaintiffs. (Elsner, Michael) (Entered: 08/27/2004) |
| 405 | 08/27/2004 | MEMORANDUM OF LAW in Opposition re: 81 MOTION to Dismiss for Lack of Jurisdiction Note: the Third Amended Complaint (Burnett). Note:Plaintiffs' Corrected Memorandum of Law in Opposition to Motions to Dismiss of Defendant Safer Al-Hawali. Document filed by Burnett Plaintiffs. (Elsner, Michael) (Entered: 08/27/2004) |
| 406 | 08/27/2004 | REPLY MEMORANDUM OF LAW in Support re: 255 MOTION for Reconsideration Note:of Non-Final Ruling Dismissing Claims Against Defendants Sultan Bin Abdulaziz Al-Saud and Turki Al-Faisal Bin Abdulaziz Al-Saud. Note:Reply filed by Burnett Plaintiffs.. Document filed by Burnett |

| # | Date | Proceeding Text |
|---|------|-----------------|
| | | Plaintiffs. (Bierstein, Andrea) (Entered: 08/27/2004) |
| 407 | 08/27/2004 | MEMORANDUM OF LAW in Opposition re: 82 MOTION to Dismiss for Lack of Jurisdiction Note:the Third Amended Complaint (Burnett). Note:Plaintiffs' Corrected Memorandum of Law in Opposition to Motions to Dismiss of Defendant Hamad Al-Husaini. Document filed by Burnett Plaintiffs. (Elsner, Michael) (Entered: 08/27/2004) |
| 408 | 08/27/2004 | NOTICE of Filing of Corrected Exhibit to Affirmation of Andrea Bierstein in Opposition to Motion to Dismiss of Shahir Batterjee. Document filed by Burnett Plaintiffs. (Attachments: # 1 Exhibit A)(Bierstein, Andrea) (Entered: 08/27/2004) |
| 409 | 08/27/2004 | RULE 7.1 DISCLOSURE STATEMENT. Document filed by Saudi American Bank.(Polovoy, Brian) (Entered: 08/27/2004) |
| 410 | 08/27/2004 | MOTION to Dismiss Note:the Federal Insurance First Amended Complaint. Document filed by Saudi American Bank. (Polovoy, Brian) (Entered: 08/27/2004) |
| 411 | 08/27/2004 | REPLY MEMORANDUM OF LAW in Support re: 140 MOTION to Dismiss Note:the Complaints.. Document filed by Salman Bin Abdulaziz Al Saud. (Attachments: # 1 Declaration of Sara E. Kropf# 2 Attachment #1# 3 Exhibit A# 4 Exhibit B# 5 Exhibit C# 6 Exhibit D# 7 Attachment #2# 8 Attachment #3# 9 Attachment #4)(Jeffress, William) (Entered: 08/27/2004) |
| 412 | 08/27/2004 | ENDORSED LETTER addressed to Judge Richard C. Casey from Christopher M. Curran dated 8/20/2004; counsel submits this joint letter setting forth the large area of agreement and, where counsels disagree, a brief statement of their respective positions on the first round of motions to be scheduled for oral argument. ENDORSEMENT: The Court will hear oral argument on these 14 motions according to the following schedule: FSIA defenses on September 14, 10 a.m.; 12(b)(2) defenses on October 12, 10 a.m.; 12(b)(6) defenses on October 14, 10 a.m.; all arguments will be heard in Courtroom 14C. After conferring among themselves, the parties may notify the Court at the Sept. 13 status conference if they anticipate more time will be needed for these arguments. If so, the Court will also hold arguments on October 27 and, if necessary October 28. (Signed by Judge Richard C. Casey on 8/27/2004) (kkc, ) (Entered: 08/30/2004) |
| 413 | 08/30/2004 | RULE 7.1 DISCLOSURE STATEMENT. Document filed by National Commercial Bank.(Liebman, Ronald) (Entered: 08/30/2004) |
| 414 | 08/30/2004 | RULE 7.1 DISCLOSURE STATEMENT. Document filed by SNCB Corporate Finance Ltd., SNCB Securities Ltd. in London.(Liebman, Ronald) (Entered: 08/30/2004) |
| 415 | 08/30/2004 | MOTION to Dismiss Note:Notice of Motion. Document filed by SNCB Corporate Finance Ltd., SNCB Securities Ltd. in London. (Attachments: # 1 Consolidated Memorandum of Law in Support of Motion to Dismiss of Defendants SNCB Corporate Finance Ltd. and SNCB Securities Ltd.# 2 Affidavit of Mitchell R. Berger# 3 Exhibit 1 - Declaration of Jorge Juco for SNCB Corporate Finance Ltd.# 4 Exhibit 2 - Declaration of Jorge Juco for SNCB Securities Ltd.# 5 Exhibit 3 -Declaration of Michael John Brindle# 6 Brindle Authorites# 7 Brindle Ex 1# 8 Brindle Ex 2# 9 Brindle Ex 3A# 10 Brindle Ex 3B# 11 Brindle Ex 3C# 12 Brindle Ex 4# 13 Brindle Ex 5# 14 Brindle Ex 6# 15 Brindle Ex 7# 16 Brindle Ex 8# 17 Brindle Ex 9# 18 Brindle Ex 10# 19 Brindle Ex 11# 20 Brindle Ex 12# 21 Brindle Ex 13# 22 Brindle Ex 14# 23 Brindle Ex 15# 24 Brindle Ex 16# 25 Brindle Ex 17# 26 Brindle Ex 18# 27 Brindle Ex 19# 28 Brindle Ex 20# 29 Brindle Ex 21# 30 Brindle Ex 22# 31 Brindle Ex 23# 32 Brindle Ex 24# 33 Brindle Ex 25# 34 Brindle Ex 26# 35 Brindle Ex 27# 36 Brindle Ex 28# 37 Exhibit 4 - RICO Statement Applicable to NCB Entities# 38 Exhibit 5 - Supplemental Declaration of Jorge Juco# 39 Certificate of Service)(Liebman, Ronald) (Entered: 08/30/2004) |
| 416 | 08/30/2004 | MOTION to Dismiss Note:Notice of Motion to Dismiss. Document filed by National Commercial Bank. (Attachments: # 1 Memorandum of Law in Support of Motion to Dismiss of the National Commercial Bank# 2 Affidavit of Mitchell R. Berger# 3 Exhibit 1 - Declaration of Ambassador Chas. W. Freeman, Jr.# 4 Exhibit 2 - Supplementary Declaration by Ambassador Freeman# 5 Exhibit 3 - William J. Burns Letter# 6 Exhibit 4 - Affidavit of Abdallah Bin Hamad Al-Wohaibi# 7 Exhibit 5 - Declaration of Jorge Juco# 8 Exhibit 6 - Supplementary Affidavit of Abdallah Bin Hamad Al-Wohaibi# 9 Exhibit 7 - Declaration of Nizar Bin Obaid Madani# 10 Exhibit 8 - Rico Statement Applicable to NCB Entities# 11 Exhibit 9 - Order# 12 Exhibit 10# 13 Exhibit 11# 14 Certificate of Service)(Liebman, Ronald) (Entered: 08/30/2004) |
| 417 | 08/30/2004 | NOTICE of Notice of Supplemental Authority. Document filed by National Commercial Bank. (Liebman, Ronald) (Entered: 08/30/2004) |
| 418 | 09/01/2004 | NOTICE of APPEARANCE OF DAVID W. BOWKER. Document filed by Mohammed Al Faisal Al Saud. (Cohen, Louis) (Entered: 09/01/2004) |
| 419 | 09/02/2004 | NOTICE of Appearance by David P. Donovan. Document filed by Mohammed Al Faisal Al Saud. (Cohen, Louis) (Entered: 09/02/2004) |

| # | Date | Proceeding Text |
|---|------|-----------------|
| 420 | 09/03/2004 | RICO STATEMENT Note:APPLICABLE TO THE KINGDOM OF SAUDI ARABIA. Document filed by Federal Insurance Company et al., Plaintiffs. (Attachments: # 1 Exhibit)(Feldman, Elliot) (Entered: 09/03/2004) |
| 421 | 09/07/2004 | REPLY MEMORANDUM OF LAW in Support re: 262 MOTION to Dismiss.. Document filed by Saudi High Commission. (Attachments: # 1 Affidavit Max Huffman Declaration in Support)(Robbins, Lawrence) (Entered: 09/07/2004) |
| 422 | 09/08/2004 | CONSENT MOTION for Extension of Time Note:/Consent Motion and Stipulation as to Further Extension of Time. Document filed by DMI Administrative Services S.A., Islamic Investment Company of the Gulf (Sharjah). (McCarthy, Timothy) (Entered: 09/08/2004) |
| 423 | 09/08/2004 | REPLY MEMORANDUM OF LAW in Support re: 367 MOTION to Strike Note:Portions of Federal Plaintiffs' Opposition Brief (Dkt. No. 315)., 368 MOTION to Strike Note:Portions of Federal Plaintiffs' Opposition Briefs (Dkt. Nos. 290, 291).. Document filed by African Muslim Agency, Taha Jaber Al-Alwani, M. Omar Ashraf, Muhammad Ashraf, Jamal Barzinji, Grove Corporate, Inc., Heritage Education Trust, International Institute of Islamic Thought, Iqbal Unus (Yunus), Mar-Jac Investments, Inc., Mena Corporation, M. Yaqub Mirza, Reston Investments, Inc., Safa Trust, Sana-Bell, Inc., Sterling Charitable Gift Fund, Sterling Management Group, Inc., York Foundation. (Sheinbach, Donna) (Entered: 09/08/2004) |
| 424 | 09/09/2004 | MOTION for James Patrick Vann to Appear Pro Hac Vice. Document filed by Al Baraka Investment and Development Corporation. (Attachments: # 1 Affidavit Affidavit)(McMahon, Martin) (Entered: 09/09/2004) |
| 425 | 09/09/2004 | MOTION to Strike 407 Memorandum of Law in Oppisition to Motion,, 408 Notice (Other), 275 Memorandum of Law in Oppisition to Motion, 277 Memorandum of Law in Oppisition to Motion,,, 281 Memorandum of Law in Oppisition to Motion,, 403 Memorandum of Law in Oppisition to Motion,, 282 Memorandum of Law in Oppisition to Motion, 404 Memorandum of Law in Oppisition to Motion,, 405 Memorandum of Law in Oppisition to Motion,, 272 Memorandum of Law in Oppisition to Motion,,,.. Document filed by Safar Al-Hawali, Sheik Hamad Al-Husaini, Saleh Al-Hussayen, Salman Al-Ouda, Shahir Abdulraoof Batterjee, Saudi Red Crescent. (Attachments: # 1 Text of Proposed Order # 2 Affidavit # 3 Exhibit 1 (March 24, 2003 motion re service)# 4 Exhibit 2 (March 25, 2003 order)# 5 Exhibit 3 (2004 version of 2003 motion)# 6 Exhibit 4 (July 26, 2004 letter)# 7 Exhibit 5 (August 24, 2004 letter)# 8 Exhibit 6 (Sept. 1, 2004 letter))(Kabat, Alan) (Entered: 09/09/2004) |
| 426 | 09/10/2004 | ENDORSED LETTER (this document relates to 03cv6978) addressed to Judge Richard C. Casey from Sean P. Carter dated 8/31/2004; granting counsel's application to file the insurance schedules for those additional plaintiffs and revised insurance schedules for the original Federal plaintiffs under seal. (Signed by Judge Richard C. Casey on 9/9/2004) Filed In Associated Cases: 1:03-md-01570-RCC,1:03-cv-06978-RCC(kkc, ) (Entered: 09/10/2004) |
| 427 | 09/10/2004 | NOTICE of PLAINTIFFS' SUPPLEMENTAL PLEADING IDENTIFYNG ADDITIONAL PLAINTIFFS PURSUANT TO F.R.C.P. 15(d) AND PARAGRAPH 12 OF CASE MANAGMENT ORDER NO. 2. Document filed by Federal Insurance Company et al., Plaintiffs. (Feldman, Elliot) (Entered: 09/10/2004) |
| 428 | 09/10/2004 | MOTION for More Definite Statement Note:THE FEDERAL INSURANCE COMPANY PLAINTIFFS' MORE DEFINITE STATEMENT AND SUPPLEMENTAL PLEADING ADDING CERTAIN DEFENDANTS PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE 12(e) AND 15(d) AND PARAGRAPH 12 OF CASE MANAGEMENT ORDER 2. Document filed by Federal Insurance Company et al., Plaintiffs. (Feldman, Elliot) (Entered: 09/10/2004) |
| 429 | 09/10/2004 | RULE 7.1 DISCLOSURE STATEMENT. Document filed by Federal Insurance Company et al., Plaintiffs.(Feldman, Elliot) (Entered: 09/10/2004) |
| 430 | 09/10/2004 | NOTICE of PLAINTIFFS' SUPPLEMENTAL PLEADING IDENTIFYING ADDITIONAL PLAINTIFFS PURSUANT TO F.R.C.P. 15(d) AND PARAGRAPH 12 OF CASE MANAGEMENT ORDER NO. 2. Document filed by Federal Insurance Company et al., Plaintiffs. (Feldman, Elliot) (Entered: 09/10/2004) |
| 431 | 09/10/2004 | RULE 7.1 DISCLOSURE STATEMENT. Document filed by Federal Insurance Company et al., Plaintiffs.(Feldman, Elliot) (Entered: 09/10/2004) |
| 432 | 09/10/2004 | NOTICE of Plaintiffs' September 10, 2004 Addition of Parties Pursuant to Case Management Order No. 2 and Federal Rule of Civil Procedure 15(d). Document filed by Burnett Plaintiffs. (Attachments: # 1 Attachment A)(Elsner, Michael) (Entered: 09/10/2004) |
| 433 | 09/10/2004 | NOTICE of Plaintiffs' September 10, 2004 Addition and Removal of Defendants Pursuant to Case Management Order No. 2 and Federal Rule of Civil Procedure 15(d). Document filed by Burnett Plaintiffs. (Attachments: # 1 Attachment A# 2 Attachment B)(Elsner, Michael) (Entered: |

| # | Date | Proceeding Text |
|---|------|-----------------|
| | | 09/10/2004 |
| 434 | 09/13/2004 | ENDORSED LETTER (this document relates to 03cv6978) addressed to Judge Richard C. Casey from Elliott R. Feldman dated 9/10/2004; granting counsel's application to file insurance schedules for other new Federal plaintiffs, in addition to ACE and AIG, under seal, consistent with the previous Orders of this Court. (Signed by Judge Richard C. Casey on 9/10/2004) Filed In Associated Cases: 1:03-md-01570-RCC,1:03-cv-06978-RCC(kkc, ) (Entered: 09/13/2004) |
| 435 | 09/13/2004 | MOTION for Service by Publication. Document filed by All Plaintiffs. (Feldman, Elliot) (Entered: 09/13/2004) |
| 436 | 09/13/2004 | AFFIRMATION of Sean P. Carter in Opposition re: 137 MOTION to Dismiss Note:Complaint By Federal Insurance Plaintiffs and to Quash Service of Process of His Royal Highness Prince Turki Al-Faisal Bin Abdulaziz Al-Saud.. Document filed by Federal Insurance Company et al., Plaintiffs. (Feldman, Elliot) (Entered: 09/13/2004) |
| 437 | 09/13/2004 | RULE 7.1 DISCLOSURE STATEMENT. Document filed by Federal Insurance Company et al., Plaintiffs.(Feldman, Elliot) (Entered: 09/13/2004) |
| 438 | 09/13/2004 | NOTICE of Plaintiffs' Supplemental Pleading Identifying Additional Plaintiffs Pursuant to F.R.C.P. 15(d) and Paragraph 12 of Case Management Order No. 2. Document filed by Federal Insurance Company et al., Plaintiffs. (Feldman, Elliot) (Entered: 09/13/2004) |
| 439 | 09/13/2004 | RULE 7.1 DISCLOSURE STATEMENT. Document filed by Federal Insurance Company et al., Plaintiffs.(Feldman, Elliot) (Entered: 09/13/2004) |
| 440 | 09/13/2004 | RULE 7.1 DISCLOSURE STATEMENT. Document filed by Federal Insurance Company et al., Plaintiffs.(Feldman, Elliot) (Entered: 09/13/2004) |
| 441 | 09/13/2004 | NOTICE of Plaintiffs' Supplemental Pleading Identifying Additional Plaintiffs Pursuant to F.R.C.P. 15(d) and Paragraph 12 of Case Management Order No. 2. Document filed by Federal Insurance Company et al., Plaintiffs. (Feldman, Elliot) (Entered: 09/13/2004) |
| -- | 09/13/2004 | Minute Entry for proceedings held before Judge Richard C. Casey: Status Conference held on 9/13/2004. Parties report to the Court about their efforts to effectuate service. The Court tells parties to propose a joint amendment for service to accomodate the recent filings by 9/23/2004. Oral argument shceduled for 9/14/2004 at 10:00 a.m. (kkc, ) (Entered: 10/18/2004) |
| 442 | 09/14/2004 | MOTION to Dismiss. Document filed by Tarik Hamdi. (Hanania, Maher) (Entered: 09/14/2004) |
| 443 | 09/14/2004 | MOTION to Dismiss. Document filed by Abdurahman Alamoudi. (Hanania, Maher) (Entered: 09/14/2004) |
| -- | 09/14/2004 | Minute Entry for proceedings held before Judge Richard C. Casey: Oral Argument held on 9/14/2004 (see transcript). Court reserves decision. (kkc, ) (Entered: 10/18/2004 |
| 444 | 09/15/2004 | SUGGESTION OF DEATH Upon the Record. Document filed by Mohammed Bin Abdullah Al-Jomaith (Cotroneo, Anthony) (Entered: 09/15/2004) |
| 445 | 09/16/2004 | ORDER (this document relates to 02cv6977, 03cv9849, 03cv6978); that joint plaintiffs' motion for leave to serve specified defendants by publication pursuant to F.R.C.P. 4(f)(3) is GRANTED, to commence on or after 9/13/2004 and the publication will be once per week for four consecutive weeks in the International Herald Tribune, USA Today and at least one Arabic language newspaper circulated widely in the Middle East, as well as posting the complaint on the web site www.sept11terrorlitigation.com. (Signed by Judge Richard C. Casey on 9/15/2004) Filed In Associated Cases: 1:03-md-01570-RCC,1:02-cv-06977-RCC,1:03-cv-06978-RCC,1:03-cv-09849-RCC(kkc, ) (Entered: 09/16/2004) |
| 446 | 09/17/2004 | RICO STATEMENT Note:APPLICABLE TO DMI ADMINISTRATIVE SERVICES, S.A. AND ISLAMIC INVESTMENT COMPANY OF THE GULF. Document filed by Federal Insurance Company et al., Plaintiffs.(Feldman, Elliot) (Entered: 09/17/2004) |
| 447 | 09/20/2004 | FIFTH AMENDED COMPLAINT amending 111 Amended Complaint,,,,,,, 346 Answer to Complaint, Third Party Complaint, Crossclaim against all plaintiffs.Document filed by Kathleen Ashton. Related document: 111 Amended Complaint,,,,,,, filed by Maryland Casualty Company, Pacific Indemnity Company, Vigilant Insurance Company, Federal Insurance Company, Allstate Insurance Company, Great Northern Insurance Company, Fidelity And Deposit Company of Maryland, North River Insurance Company, Northern Insurance Company of New York, Seneca Insurance Company, Inc., Zurich American Insurance Company, American Zurich Insurance Company, American Guarantee and Liability Insurance Company, Great Lakes Reinsurance (UK) PLC, Chubb Insurance Company of Canada, Chubb Insurance Company of New Jersey, United States Fire Insurance Company, Steadfast Insurance Company, Continental Insurance Company, Assurance Company of America, Glens Falls Insurance Company, American Alternative Insurance Corporation, One Beacon Insurance Company, Commercial Insurance |

| # | Date | Proceeding Text |
|---|------|-----------------|
| | | Company of Newark, N.J., Chubb Custom Insurance Company, Chubb Indemnity Insurance Company, One Beacon America Insurance Company, Boston Old Colony Insurance Company, Colonial American Casualty and Surety Insurance Company, Valiant Insurance Company, American Employers' Insurance Company, The Camden Fire Insurance Association, Homeland Insurance Company of New York, Crum & Forster Indemnity Company, The Princeton Excess & Surplus Lines Insurance Company, National Ben Franklin Insurance Company of Illinois, Hiscox Dedicated Corporate Member, Ltd., Amlin Underwriting, Ltd., CNA Casualty of California, Continental Insurance Company of New Jersey, Fidelity and Casualty Company of New York, 346 Answer to Complaint, Third Party Complaint, Crossclaim filed by Muslim World League.(Kreindler, James) (Entered: 09/20/2004) |
| 448 | 09/21/2004 | FILING ERROR - DEFICIENT DOCKET ENTRY - AFFIDAVIT of David K. Draper in Opposition re: 46 MOTION to Dismiss Note:of the Defendant The National Commercial Bank.. Document filed by Burnett Plaintiffs. (Attachments: # 1 Exhibit 1 to D. Draper Supp. Affidavit# 2 Exhibit 2 to D. Draper Supp. Affidavit# 3 Exhibit 3 to D. Draper Supp. Affidavit# 4 Exhibit 4 to D. Draper Supp. Affidavit# 5 Exhibit 5 to D. Draper Supp. Affidavit)(Bierstein, Andrea) Modified on 9/24/2004 (kkc, ). (Entered: 09/21/2004) |
| 449 | 09/22/2004 | TRANSCRIPT of proceedings held on 9/13/04 before Judge Richard C. Casey.(dfe, ) (Entered: 09/22/2004) |
| 450 | 09/22/2004 | TRANSCRIPT of proceedings held on 9/14/04 before Judge Richard C. Casey.(dfe, ) (Entered: 09/22/2004) |
| 451 | 09/23/2004 | AFFIDAVIT of David K. Draper in Opposition re: 45 Reply Memorandum of Law in Support. Document filed by Burnett Plaintiffs. (Attachments: # 1 Exhibit 1 to D. Draper Supp. Affidavit in Further Opposition# 2 Exhibit 2 to D. Draper Supp. Affidavit in Further Opposition# 3 Exhibit 3 to D. Draper Supp. Affidavit in Further Opposition# 4 Exhibit 4 to D. Draper Supp. Affidavit in Further Opposition# 5 Exhibit 5 to D. Draper Supp. Affidavit in Further Opposition)(Bierstein, Andrea) (Entered: 09/23/2004) |
| 452 | 09/23/2004 | ORDER (this document relates to 03cv5738, 03cv9849, 03cv6978, 04cv1923); that John D. Shakow and Deborah S. Burstein of King & Spalding are relieved as two of the attorneys of record for defendant Arab Bank Plc; that defendant Arab Bank Plc shall continue to be represented in this matter by counsel of record Richard A. Cirillo, Richard T. Marooney, Jr. and Jeanette M. Viggiano of the New York office of King & Spalding LLP. (Signed by Judge Richard C. Casey on 9/22/2004) Filed In Associated Cases: 1:03-md-01570-RCC,1:03-cv-05738-RCC,1:03-cv-06978-RCC,1:03-cv-09849-RCC,1:04-cv-01923-RCC(kkc, ) (Entered: 09/23/2004) |
| 453 | 09/23/2004 | RELATED CASE AFFIDAVIT of JOHN FAWCETT re: that this action be filed as related to 02-6977. Document filed by Kathleen Ashton.(Kreindler, James) (Entered: 09/23/2004) |
| 454 | 09/23/2004 | MOTION for Jason Dzubow to Appear Pro Hac Vice. Document filed by Muslim World League. (Attachments: # 1 Affidavit Affidavit)(McMahon, Martin) (Entered: 09/23/2004) |
| 455 | 09/23/2004 | AFFIDAVIT of JOHN FAWCETT in Opposition re: 46 MOTION to Dismiss Note:of the Defendant The National Commercial Bank.. Document filed by Kathleen Ashton. (Kreindler, James) (Entered: 09/23/2004) |
| 456 | 09/23/2004 | AFFIDAVIT of JOHN FAWCETT in Opposition re: 46 MOTION to Dismiss Note:of the Defendant The National Commercial Bank.. Document filed by Kathleen Ashton. (Kreindler, James) (Entered: 09/23/2004) |
| 457 | 09/23/2004 | NOTICE of Filing. Document filed by Soliman H.S. Al-Buthe. (Kabat, Alan) (Entered: 09/23/2004) |
| 458 | 09/28/2004 | MEMORANDUM OF LAW in Opposition re: 353 MOTION to Dismiss Note:Failure to State a Claim. MOTION to Dismiss for Lack of Jurisdiction Note:Lack of Subject Matter Jurisdiction. MOTION to Dismiss for Lack of Jurisdiction Note:Lack of Subject Matter Jurisdiction. Note:The Federal Plaintiffs Memorandum of Law in Opposition to the Motion to Dismiss filed by Saleh Abdullah Kamel and Al baraka Investment and Development Company. Document filed by Federal Insurance Company et al., Plaintiffs. (Feldman, Elliot) (Entered: 09/28/2004) |
| 459 | 09/28/2004 | MEMORANDUM OF LAW in Opposition re: 359 MOTION to Dismiss for Lack of Jurisdiction Note:Lack of Personal Jurisdiction. Note:The Federal Plaintiffs Memorandum of Law in Opposition to the Motion to Dismiss filed by Wael Julaidan. Document filed by Federal Insurance Company et al., Plaintiffs. (Feldman, Elliot) (Entered: 09/28/2004) |
| 460 | 09/28/2004 | MEMORANDUM OF LAW in Opposition re: 356 MOTION to Dismiss for Lack of Jurisdiction Note:Lack of Personal Jurisdiction. Note:THE FEDERAL PLAINTIFFS? MEMORANDUM OF LAW IN OPPOSITION TO THE MOTION TO DISMISS FILED BY DEFENDANT RABITA TRUST. Document filed by Federal Insurance Company et al., Plaintiffs. (Feldman, Elliot) (Entered: 09/28/2004) |

| # | Date | Proceeding Text |
|---|---|---|
| 461 | 09/28/2004 | MOTION to Dismiss Note:Certain Defendants. This Motion relates only to Civil Action No. 02 CV 7236. Document filed by Virginia Bauer. (Capone, Dorothea) (Entered: 09/28/2004) |
| 462 | 09/28/2004 | TRANSCRIPT of proceedings held on 9/14/2004 before Judge Richard C. Casey.(jp, ) (Entered: 09/28/2004) |
| 463 | 09/28/2004 | ENDORSED LETTER (this document relates to 02cv6977, 03cv9849) addressed to Judge Richard C. Casey from Ronald S. Liebman dated 9/27/2004; counsel for defendant National Commercial Bank writes to request that it should be allowed to respond to the unauthorized post-argument filings by the plaintiffs. ENDORSEMENT: In the future, without Court approval, no post-argument supplemental submissions will be accepted. Patton Boggs' submission is due 10/7/2004. (Signed by Judge Richard C. Casey on 9/27/2004) Filed In Associated Cases: 1:03-md-01570-RCC,1:02-cv-06977-RCC,1:03-cv-09849-RCC(kkc, ) (Entered: 09/29/2004) |
| 464 | 09/28/2004 | FIRST AMENDED COMPLAINT (this document relates to 04cv1076) against Abu Agab, Al Qaeda Islamic Army, Al Taqwa Bank, Al Taqwa Trade Property and Industry Company Limited, Mohammed Jasmin Al-Ali, Ahmed Khalil Ibrahim Samir Al-Ani, Al-Gammaah Al Islamiah, Faruq Al-Hijazi, Al-Jaezeera News Agency, Habib Faris Abdullah Al-Mamouri, Ayman Al-Zawahiri, Taha Al Alwani, Sercor Treuhand Anstalt, Asat Trust Reg., Banca Del Gottardo, Osama Bin Laden, Barzan E-Tikriti, Egyptian Islamic Jihad, Estate of Ahmed Al Nami, Estate of Ahmed Al-Ghamdi, Estate of Ahmed Ibrahim A. Al Haznawi, Estate of Fayez Ahmed, Estate of Hamza Al-Ghamdi, Estate of Hani Hanjour, Estate of Khalid Al-Midhar, Estate of Majed Moqued, Estate of Marwan Al-Shehhi, Estate of Mohald Al-Shehri, Estate of Mohammed Atta, Estate of Muhammad Atef, Estate of Nawaf Al-Hazmi, Estate of Qusay Hussein, Estate of Saeed Al Ghamdi, Estate of Salem Al-Hazmi, Estate of Satam Al-Suqami, Estate of Uday Hussein, Estate of Wail Al-Shehri, Estate of Waleed Al-Shehri, Estate of Ziad Samir Jarrah, Ali Ghaleb Himmat, Armand Albert Friedrich Huber, Abdel Hussein, Husham Hussein, Saddam Hussein, Iraqi Intelligence Agency, Haqi Ismail, John Does 1-99, Metalor, Khalid Shaikh Mohammed, Zacarias Moussaoui, Muslim Brotherhood - Egyptian Branch, Muslim Brotherhood - Iraqi Branch, Muslim Brotherhood - Jordanian Branch, Muslim Brotherhood - Kuwaiti Branch, Muslim Brotherhood - Syrian Branch, Yousef M. Nada, Nada Management Organization, S.A., Ahmad I. Nasreddin, Muhammad Omar, Abu Abdul Rahman, Taha Yassin Ramadan, Muhammed Mahdi Salah, Hamsiraji Sali, Abu Sayyaf, Engelbert Schreiber, Engelbert Schreiber Jr, Schreiber & Zindel, Salah Suleiman, The Estate of Abdulaziz Al Omari, The Republic of Iraq, The Taliban, Abu Waiel, Erwin Watcher, Martin Watcher, Yousef M. Nada & Co. Gesellschaft M.B.H., Abu Musab Zarqawi, Frank Zindel, Abu Zubaydah.Document filed by Estate of John P.O'Neill, Sr., Carol O'Neill, Christine Irene O'Neill, Dorothy A. O'Neill, John Patrick O'Neill Jr..(kkc, ) (Entered: 09/29/2004) |
| 466 | 09/28/2004 | ENDORSED LETTER (this document relates to 03cv9849) addressed to Judge Richard C. Casey from Justin kaplan & Lynne Bernabei dated 9/23/2004; granting counsels' request for an extension of time until 10/1/2004 to file their opposition to defendant Saudi Arabian Red Crescent Society, et al's motion to strike. (Signed by Judge Richard C. Casey on 9/27/2004) Filed In Associated Cases: 1:03-md-01570-RCC,1:03-cv-09849-RCC(kkc, ) (Entered: 09/30/2004) |
| 467 | 09/28/2004 | STIPULATION AND ORDER (this document relates to 02cv6977); that the time in which defendant Faisal Islamic Bank (Sudan) must answer, move against, or otherwise respond to the complaint shall be on or before 9/24/2004. (Signed by Judge Richard C. Casey on 9/27/2004) Filed In Associated Cases: 1:03-md-01570-RCC,1:02-cv-06977-RCC(kkc, ) (Entered: 09/30/2004) |
| 465 | 09/30/2004 | ENDORSED LETTER (this document relates to 02cv6977, 03cv9849, 03cv5738, 03cv6978) addressed to Judge Richard C. Casey from Andrea Bierstein dated 9/27/2004; granting counsel's application for an extension of time to 10/4/2004 to file their opposition papers on the AFG Defendants' motions to dismiss, and that the AFG Defendants would have until 10/29/2004 to file their reply papers. (Signed by Judge Richard C. Casey on 9/29/2004) Filed In Associated Cases: 1:03-md-01570-RCC,1:02-cv-06977-RCC,1:03-cv-05738-RCC,1:03-cv-06978-RCC,1:03-cv-09849-RCC(kkc, ) (Entered: 09/30/2004) |
| 468 | 09/30/2004 | ENDORSED LETTER addressed to Judge Richard C. Casey from Ronald L. Motley dated 9/28/2004; granting counsel's application for the September 15th Order on Publication to apply to all cases in MDL 1570. (Signed by Judge Richard C. Casey on 9/30/2004) (kkc, ) (Entered: 09/30/2004) |
| 469 | 09/30/2004 | ORDER (this document relates to 02cv7236); that plaintiffs' 461 motion to voluntarily dismiss the defendants named in Schedule "A" of the Bauer complaint be Granted. (Signed by Judge Richard C. Casey on 9/30/2004) (kkc, ) (Entered: 09/30/2004) |
| 470 | 09/30/2004 | MEMO-ENDORSEMENT ON MOTION GRANTING ATTORNEY ADMISSION PRO HAC VICE. |

| # | Date | Proceeding Text |
|---|------|-----------------|
| | | Attorney Jay D. Hanson & Christopher J. Beal for M. Omar Ashraf; Muhammad Ashraf; Jamal Barzinji; Grove Corporate, Inc.; Heritage Education Trust; International Institute of Islamic Thought; Iqbal Unus (Yunus); Mar-Jac Investments, Inc.; Mena Investments; M. Yaqub Mirza; Reston Investments, Inc.; Safa Trust; Sana-Bell, Inc.; Sterling Charitable Gift Fund; Sterling Management Group, Inc.; York Foundation; African Muslim Agency and Taha Jaber Al-Alwani, admitted Pro Hac Vice. (Signed by Judge Richard C. Casey on 9/27/2004) Filed In Associated Cases: 1:03-md-01570-RCC,1:02-cv-06977-RCC,1:03-cv-06978-RCC,1:03-cv-09849-RCC(kkc, ) (Entered: 10/01/2004) |
| 471 | 10/01/2004 | MEMORANDUM OF LAW in Opposition re: 374 MOTION to Dismiss Note:and Memorandum of Law in Support of Motion to Dismiss. Note:The Federal Plaintiffs' Memorandum of Law in Opposition to the Motion to Dismiss of the Kingdom of Saudi Arabia. Document filed by Federal Insurance Company et al., Plaintiffs. Filed In Associated Cases: 1:03-md-01570-RCC,1:02-cv-06977-RCC,1:02-cv-07300-RCC-FM,1:03-cv-05071-RCC,1:03-cv-05493-RCC,1:03-cv-05738-RCC,1:03-cv-06978-RCC,1:03-cv-07036-RCC,1:03-cv-09848-RCC,1:03-cv-09849-RCC,1:04-cv-01076-RCC,1:04-cv-01922-RCC,1:04-cv-01923-RCC(Feldman, Elliot) (Entered: 10/01/2004) |
| 472 | 10/01/2004 | AFFIRMATION of Sean P. Carter in Opposition re: 374 MOTION to Dismiss Note:and Memorandum of Law in Support of Motion to Dismiss.. Document filed by Federal Insurance Company et al., Plaintiffs. (Attachments: # 1 Exhibit 1# 2 Exhibit 2# 3 Exhibit 3# 4 Exhibit 4# 5 Exhibit 5# 6 Exhibit 6# 7 Exhibit 7# 8 Exhibit 8# 9 Exhibit 9# 10 Exhibit 10# 11 Exhibit 11# 12 Exhibit 12# 13 Exhibit 12 (continued)# 14 Exhibit 13# 15 Errata 13 (continued)# 16 Exhibit 14# 17 Exhibit 15# 18 Exhibit 16)Filed In Associated Cases: 1:03-md-01570-RCC,1:02-cv-06977-RCC,1:02-cv-07300-RCC-FM,1:03-cv-05071-RCC,1:03-cv-05493-RCC,1:03-cv-05738-RCC,1:03-cv-06978-RCC,1:03-cv-07036-RCC,1:03-cv-09848-RCC,1:03-cv-09849-RCC,1:04-cv-01076-RCC,1:04-cv-01922-RCC,1:04-cv-01923-RCC(Feldman, Elliot) (Entered: 10/01/2004) |
| 473 | 10/01/2004 | MEMORANDUM OF LAW in Opposition re: 425 MOTION to Strike 407 Memorandum of Law in Oppisition to Motion, 408 Notice (Other), 275 Memorandum of Law in Oppisition to Motion, 277 Memorandum of Law in Oppisition to Motion,,, 281 Memorandum of Law in Oppisition to Motion,, 403 Memor Note:Memorandum of Law in Opposition to Motion to Strike. Document filed by Burnett Plaintiffs. Filed In Associated Cases: 1:03-md-01570-RCC,1:03-cv-09849-RCC(Bierstein, Andrea) (Entered: 10/01/2004) |
| 474 | 10/01/2004 | AFFIRMATION of Andrea Bierstein in Opposition re: 425 MOTION to Strike 407 Memorandum of Law in Oppisition to Motion,, 408 Notice (Other), 275 Memorandum of Law in Oppisition to Motion, 277 Memorandum of Law in Oppisition to Motion,,, 281 Memorandum of Law in Oppisition to Motion,, 403 Memor. Document filed by Burnett Plaintiffs. (Attachments: # 1 Exhibit 1# 2 Exhibit 2# 3 Exhibit 3# 4 Exhibit 4)Filed In Associated Cases: 1:03-md-01570-RCC,1:03-cv-09849-RCC(Bierstein, Andrea) (Entered: 10/01/2004) |
| 475 | 10/01/2004 | AFFIRMATION of Justin B. Kaplan in Opposition re: 425 MOTION to Strike 407 Memorandum of Law in Oppisition to Motion,, 408 Notice (Other), 275 Memorandum of Law in Oppisition to Motion, 277 Memorandum of Law in Oppisition to Motion,,, 281 Memorandum of Law in Oppisition to Motion,, 403 Memor. Document filed by Burnett Plaintiffs. (Attachments: # 1 Exhibit 1)Filed In Associated Cases: 1:03-md-01570-RCC,1:03-cv-09849-RCC(Bierstein, Andrea) (Entered: 10/01/2004) |
| 476 | 10/04/2004 | MEMORANDUM OF LAW in Opposition re: 351 MOTION to Dismiss. Note:THE FEDERAL PLAINTIFFS? MEMORANDUM OF LAW IN OPPOSITION TO THE MOTION TO DISMISS FILED BY PRINCE ABDULLAH AL FAISAL BIN ABDULAZIZ AL SAUD, MOHAMMED BIN ABDULRAHMAN AL ARIEFY, AND ALFAISALIAH GROUP (A/K/A FAISAL GROUP HOLDING CO.). Document filed by Federal Insurance Company et al., Plaintiffs. Filed In Associated Cases: 1:03-md-01570-RCC,1:02-cv-06977-RCC,1:02-cv-07300-RCC-FM,1:03-cv-05071-RCC,1:03-cv-05493-RCC,1:03-cv-05738-RCC,1:03-cv-06978-RCC,1:03-cv-07036-RCC,1:03-cv-09848-RCC,1:03-cv-09849-RCC,1:04-cv-01076-RCC,1:04-cv-01922-RCC,1:04-cv-01923-RCC(Feldman, Elliot) (Entered: 10/04/2004) |
| 477 | 10/04/2004 | MEMORANDUM OF LAW in Opposition re: 349 MOTION to Dismiss. Note:Memorandum of Law in Opposition to Motion to Dismiss of Abdullah Al Faisal bin Abdulaziz Al Saud and Alfaisaliah Group. Document filed by Burnett Plaintiffs. Filed In Associated Cases: 1:03-md-01570-RCC,1:03-cv-09849-RCC(Elsner, Michael) (Entered: 10/04/2004) |
| 478 | 10/04/2004 | FIRST MEMORANDUM OF LAW in Opposition re: 347 MOTION to Dismiss. Note:Princ Abdullah, AFG, Al Ariefy. Document filed by Kathleen Ashton. Filed In Associated Cases: 1:03-md-01570-RCC,1:02-cv-06977-RCC,1:02-cv-07300-RCC-FM,1:03-cv-05071-RCC,1:03-cv-05493-RCC,1:03-cv-05738-RCC,1:03-cv-06978-RCC,1:03-cv-07036-RCC,1:03-cv-09848- |