LUCIA E. COYOCA (SBN 128314)
  lec@msk.com
VALENTINE A. SHALAMITSKI (SBN 236061)
  vas@msk.com
DANIEL M. HAYES (SBN 240250)
  dmh@msk.com
MITCHELL SILBERBERG & KNUPP LLP
11377 West Olympic Boulevard
Los Angeles, CA 90064-1683
Telephone:  (310) 312-2000
Facsimile:  (310) 312-3100

Attorneys for Plaintiffs
Universal Cable Productions LLC and
Northern Entertainment Productions LLC

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| UNIVERSAL CABLE PRODUCTIONS LLC and NORTHERN ENTERTAINMENT PRODUCTIONS LLC, <br><br> Plaintiffs, <br><br> v. <br><br> ATLANTIC SPECIALTY INSURANCE COMPANY, <br><br> Defendant. | CASE NO. 2:16-cv-4435-PA-MRW <br><br> The Honorable Michael R. Wilner <br><br> **NOTICE OF ERRATA REGARDING ECF NO. 107 (DISCOVERY-RELATED)** <br><br> Time:      9:30 a.m. <br> Date:      May 24, 2017 <br> Judge:     Hon. Michael R. Wilner <br><br> File Date:          June 20, 2016 <br> Discovery Cutoff:   June 2, 2017 <br> Pre-Trial Conf.:    June 16, 2017 <br> Trial Date :        July 25, 2017 |

TO THE COURT, DEFENDANT, AND ITS ATTORNEYS OF RECORD:

Please take notice that, Plaintiffs Universal Cable Productions LLC and Northern Entertainment Productions LLC (collectively, "Universal") filed their Motion To Compel Further Discovery Responses (ECF No. 107) with some inadvertent typographical errors.

Upon further review, counsel for Universal corrected these errors, and Universal hereby re-files the document, titled "Plaintiffs' Corrected Motion To Compel Further Discovery Responses."

DATED:  May 16, 2017                    MITCHELL SILBERBERG & KNUPP LLP


By: /s/ Daniel M. Hayes
Daniel M. Hayes
Attorneys for Plaintiffs Universal Cable
Productions LLC and Northern Entertainment
Productions LLC