MARC J. SHRAKE (SBN 219331)
 mjs@amclaw.com
ANDERSON, MCPHARLIN & CONNERS LLP
707 Wilshire Boulevard, Suite 4000
Los Angeles, California 90017-3623
Telephone: (213) 236-1691
Facsimile: (213) 622-7594

MICHAEL KEELEY *(Pro Hac Vice)*
 michael.keeley@strasburger.com
TONI SCOTT REED *(Pro Hac Vice)*
 toni.reed@strasburger.com
CARLA C. CRAPSTER *(Pro Hac Vice)*
 carla.crapster@strasburger.com
STRASBURGER & PRICE, LLP
901 Main Street, Suite 6000
Dallas, Texas 75202
Telephone: (214) 651-4300
Facsimile: (214) 651-4330

Attorneys for Defendant
Atlantic Specialty Insurance Company

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| UNIVERSAL CABLE PRODUCTIONS LLC, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>ATLANTIC SPECIALTY INSURANCE COMPANY,<br><br>Defendant. | CASE NO. 2:16-cv-4435-PA-MRW<br><br>**DECLARATION OF CARLA C. CRAPSTER IN SUPPORT OF DEFENDANT ATLANTIC SPECIALTY'S RESPONSE TO PLAINTIFFS' MOTION TO COMPEL DISCOVERY**<br><br>Time: 9:30 a.m.<br>Date: May 24, 2017<br>Judge: Hon. Michael R. Wilner<br><br>File date: June 20, 2016<br>Discovery Cutoff: June 2, 2017<br>Pre-Trial Conf.: June 16, 2017<br>Trial Date: July 25, 2017 |

/ / /

/ / /

/ / /

**DECLARATION OF CARLA C. CRAPSTER**

I, Carla C. Crapster, declare:

1. I am an attorney duly licensed to practice law in the State of Texas and admitted pro hac vice before this Court. I am a partner in the law firm of Strasburger & Price LLP, attorneys of record for the defendant Atlantic Specialty Insurance Company ("Atlantic") in the above-captioned matter. I make this declaration in support of Atlantic's Motion for Summary Judgment. I have personal knowledge of the following facts and, if called and sworn as a witness, could and would competently testify thereto.

2. The current proposal in the plaintiffs' motion, that Atlantic search its entire Image Now database going back to September 12, 2001, for the names of the entities designated as foreign terrorist organizations by the U.S. State Department, is one that the plaintiffs never presented to Atlantic's counsel either by phone or e-mail. The parties never conferred about this proposal.

3. Atlantic has stated to the plaintiffs' counsel in regard to previous requests that Atlantic run extremely broad searches spanning approximately sixteen years that Atlantic would be happy to comply if the plaintiffs will pay the cost. The plaintiffs have never responded to Atlantic's offer to run searches at their expense.

4. After receiving the plaintiffs' motion to compel, which plaintiffs filed at approximately 1:33 in the morning Pacific Time on May 16, 2017, I asked the head of Strasburger & Price, LLP's litigation support team, who specializes in e-discovery issues, to contact an e-discovery vendor and obtain an estimate of the cost of the search that the plaintiffs request in their motion to compel. Attached as Exhibit A is a true and correct copy of the estimate provided by LDM Global, a well-known international e-discovery vendor with which Strasburger & Price LLP has a working relationship, along with Exhibit B, which is a true and correct copy of the estimate from Forensic Pursuit, a nationwide provider of e-discovery and forensic services. LDM Global obtained the estimate attached as Exhibit B on

**DECLARATION OF CARLA C. CRAPSTER**

Strasburger's and Atlantic's behalf. LDM Global's estimate stated that they could run the initial search at a cost of $50 per gigabyte, promote the search hits to a database to be reviewed at a cost of $150 per gigabyte, and host the data at a rate of $20 per gigabyte per month.

5. The estimate from Forensic Pursuit also sets forth the expense of generating a tool to search Atlantic's CWS system and then actually running the search.

6. Atlantic incurred an expense of $285 per hour to pay LDM Global for generating this estimate.

7. Once LDM Global has completed its search and provided documents to Atlantic for its review, Atlantic's counsel will have to review the documents received for responsiveness to the plaintiffs' request, for confidentiality, and for attorney-client privilege and work product that might prevent productions of any of these documents. Strasburger & Price, LLP has associates that would bill at a rate of approximately $225 per hour. The amount of attorney time necessary to review the documents will of course depend on how many documents the search returns. I believe it is likely, however, that the volume may be significant, both because the search will return the documents related to this case, which attorneys will have to manually review again, and because the search terms provided include several high-profile organizations such as ISIL and al Qaeda that are frequently in the news, and there are likely to be e-mails circulated referencing news articles that refer to these organizations that could turn up in the search. I estimate that a minimum of 100 hours of attorney time would be necessary.

8. To date, Atlantic has produced 6,988 pages of documents to the plaintiffs in this case.

3
**DECLARATION OF CARLA C. CRAPSTER**

1  I declare under penalty of perjury under the laws of the United States of
2  America and the State of California that the foregoing is true and correct.

3

4

5  _____
6  Carla C. Crapster

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

4

**DECLARATION OF CARLA C. CRAPSTER**

ANDERSON, MCPHARLIN & CONNERS LLP
LAWYERS
707 WILSHIRE BOULEVARD, SUITE 4000
LOS ANGELES, CALIFORNIA 90017-3623