# EXHIBIT A



# eDiscovery Proposal

**May 18, 2017**

Prepared For:	UCP v. Atlantic
	605 Highway 169 North, Suite 800, Plymouth, MN 55441
	Website url

Client Contact:	Tony DePina
	tdepina@onebeacon.com
	781-332-8416

Prepared by:	Brian Orr
	Sales Consultant
	LDM Global
	borr@ldmglobal.com
	214-842-2328

**SOME OF THE SPECIFIC PEOPLE WORKING ON YOUR CASE INCLUDE:**

  

Brian Orr             Joey Friedmann             Sharon Spiser

**BRIAN ORR – Sales Consultant**

Brian is a sale consultant focusing on computer forensics and eDiscovery examination, processes and procedures. He has over 12 years of experience consulting with AM 100 law firms and Fortune 500 corporations on the most efficient, cost-effective solutions to collect, process and review electronically stored information. Brian develops long-term relationships with clients based on trust and giving comfort that he will always focus on the best solutions for their needs; he never promotes solutions just for the sake of selling. Brian's favorite part of working in eDiscovery is the ability to problem solve and provide best solutions to clients' challenges.

"I like hearing what a lawyer's pain points are and taking them from a place where they can't find an efficient solution to feeling empowered by the great options available to help them get the best case outcome."

**JOSEPH FRIEDMANN –Director of Project Management**

Joey is a 15-year industry veteran with a wide range of project management and database support experience handling large litigation cases.  His extensive software knowledge and problem solving capabilities are a crucial asset to LDM Global's project management team and ensure that there is no project too large or too small for our team to handle. Joey is Viewpoint Processing Administrator Certified and Review and Analytics Certified as well as being a Relativity Certified Administrator. Clients enjoy working with Joey because of the experience he adds to strategy planning sessions and his ability to communicate clearly.

**SHARON SPISER – Solutions Director**

Sharon has 20+ years' experience in project management, strategic planning and risk management. Sharon's primary focus is to manage costs and drive efficiency throughout the discovery phase of an investigation or dispute. She is experienced in consulting with both law firms and general counsel on implementing a workflow that epitomizes their objectives while at the same time ensuring compliancy with federal, state or government agency ESI guidelines.

Sharon enjoys working right alongside her clients, saying, "My goal is to assist the case team in maximizing efforts on the front end so their in-house resources can be spent preparing for the matter at hand."

**PRICING AND PROPOSED PHASES**

| | | |
|---|---|---|
| **Stage 1: Processing of 16 TB.** Index, deduplication, extract text, OCR where needed, extract metadata for filtering on dates, senders, authors etc. | 50.00/GB | $800,000.00 |
| **Stage 2: Promoting search hits to Review.** | 150.00/GB Charged only against volume of data promoted | ?? Will depend on the volume of hits. Ex. 10% hits would cost: **$240,000.00** |
| | | |
| **Stage 3: Hosting/Month** The full hosting charge of 20/GB/month is only charge on data promoted to Review. Back end data is charged 1.50/GB/month | 20.00/GB/Month Promoted to review.

1.50/GB/Month not promoted. | TBD Will depend on volume of hits. 10% hits would cost **32,000.00 monthly** for as long as the review lasts.

**Minimum of 24,000.00 per month if everything is back end data.** |

**Note: This is an estimate based on assumptions listed above. Changes in the scope of the project including amount of data, number of custodians, additional consulting time, etc., will change the estimate.**

**PAYMENT OPTIONS**

We aim to run our business as efficiently as possible to enable us to provide the best possible client experience, including receivables. These fees are relevant for payment according to our standard terms and conditions. As an incentive for those who prefer to pay promptly, we offer a prompt payment discount for those paying within **15 days** of invoice date of **3%** off the invoice price. We do appreciate that this is not always the preference or possible. Please note in accordance with our terms and conditions, interest fees will apply for payments made after the invoice due date -- we are not litigation funders!

**REFERRALS**

Our company aim is to grow our business successfully via referrals. To do this we have a company mission: ***To deliver quality solutions that add value to our clients' businesses.*** Our customer service team will work alongside the project team to help ensure that we achieve this. This involves a process

of "time outs," project reporting and a quick survey. We'll ensure that your time is kept to a minimum and that it increases the value you receive from us on this project and all projects going forward. We value highly and will request, as appropriate, referrals, testimonials and case studies from those involved. If we've achieved our mission, then we believe it's fair to receive a level of reciprocation to positively impact our business in return.

**THE "FINE PRINT"**

LDM Global requires a $100 monthly invoice minimum. Should any invoice fall below this amount you will be billed a fee for the balance difference, not to exceed $250 per month.

| NOTES |
|---|
| The figures included are estimates based on giving support from the UK and or USA only, and may be subject to change. |
| All services are subject to LDM Global's terms and conditions |
| All prices exclude Tax |

**The person signing below has the authority to sign such a document on behalf of UCP v. Atlantic**

Name: _____

Title: _____

Signature: _____

Date: _____

For information on LDM Global's security measures and more information about our process, please see the appendix.