# EXHIBIT B

FORENSIC IMAGING AND ANALYSIS PROPOSAL – STRASBURGER & PRICE, LLP

# Forensic Pursuit

14785 PRESTON ROAD, SUITE 550
DALLAS, TX 75254
Office: 469-759-3420· Mobile: 303-960-6496
Email: robert.kelso@forensicpursuit.com

May 18th, 2017

Strasburger & Price, LLP
Attn: Chad Love
2600 Dallas Parkway, Suite 600
Frisco, TX 75034

## INTRODUCTION

Chad Love, of Strasburger & Price, LLP has requested Forensic Pursuit prepare a proposal for the case below:

UCP v. Atlantic - Motion to Compel Discovery
Cm# 15247.0131

A claims database in DB2 format is being compelled to be forensically imaged and then searched. The current search capabilities in this database are very limited. Forensic Pursuit is preparing this proposal to give a cost estimate (preliminary) to acquire the database and to build scripts to search the database once it is rebuilt on a new server. Forensic Pursuit is also requested to image an entire document management server for document searching. The project complexities are detailed in this proposal.

## PROPOSAL OVERVIEW

**FORENSIC IMAGING / DATABASE RECONSTRUCTION AND SEARCHING**

Successful e-discovery projects start with a defensible collection.  Forensic imaging of servers, and preservation of data in a defensible manner encompasses the following:

- Follows specialized procedures and utilizes court-recognized tools
- Performs bit-for-bit copies of every sector of hard drives on the servers
- Allows for later recovery of deleted files
- Allows for later recovery from slack and unallocated spaces
- Are verified using precise mathematical algorithms

1

FORENSIC IMAGING AND ANALYSIS PROPOSAL – STRASBURGER & PRICE, LLP

# Forensic Pursuit

14785 PRESTON ROAD, SUITE 550
DALLAS, TX 75254
Office: 469-759-3420· Mobile: 303-960-6496
Email: robert.kelso@forensicpursuit.com

- Guarantees the image (copy) and the original are exact duplicates of each other
- Thorough documentation of all activities including chain-of-custody to preserve the future admissibility of all evidence collected

This particular collection has a variety of steps detailed below.

- Acquisition of the database in a forensically sound manner
- Taking that database and re-building this in a new environment
- Making the database searchable, this would involve indexing of the database
- Software engineering. Scripts would have to be developed in order to search the database once it is operational, and indexed
- A full forensic image of the document management server would be created (roughly 16TB of data)
- Indexing and searching of the document management server

Once the claims database is acquired, engineers will have to re-build the database offsite on another server to get it up and running and fully functional. This will require many engineering hours with a database expert to reconstruct this.  After it is fully operational, software engineers will have to write SQL scripts proprietary to this system in order to extract the data out of the database. These scripts will have to be developed in a way such that the end product is a deliverable report in a format that is understandable for all parties involved. This project could take a month or more to complete.

Forensic imaging of the document management server this larger will take anywhere from 1-3 weeks just to get a complete bit-stream, forensic copy. This is an estimate based on the collection having no failures and a good MD5 hash verification. With an image this large, failures in the collection process may occur due to the large TB size of the data being collected, and the time the system is running the imaging process.

## FORENSIC PROCESSING

Following successful acquisition and verification of server, the images will be "processed" through our forensic software.  The processing indexes the contents of the server to make keyword searching, user file identification, date range limitation and other culling techniques easier and faster.

## FINDINGS / REPORTING

The culled data set will be loaded onto a online review platform.  Once loaded, users of the review platform will be added to the project and training sessions on the use of the platform can commence.  The data will remain on the review platform and accessible to the users until notification is provided by the client.

FORENSIC IMAGING AND ANALYSIS PROPOSAL – STRASBURGER & PRICE, LLP

# Forensic Pursuit

14785 PRESTON ROAD, SUITE 550
DALLAS, TX 75254
Office: 469-759-3420· Mobile: 303-960-6496
Email: robert.kelso@forensicpursuit.com

>Forensic Pursuit can provide expert-witness testimony by either deposition, hearing or trial as required by the client.

3

FORENSIC IMAGING AND ANALYSIS PROPOSAL – STRASBURGER & PRICE, LLP

# Forensic Pursuit



14785 PRESTON ROAD, SUITE 550
DALLAS, TX 75254
Office: 469-759-3420· Mobile: 303-960-6496
Email: robert.kelso@forensicpursuit.com

## COSTS

### COST SUMMARY

| Item | Qty/Hr's | Rate | Total |
|---|---|---|---|
| Initial engineering evaluation of claims database | 16 | $285 | $4,560 |
| Image claims database server | flat rate | $1495 | $1,495 |
| Engineering to re-build claims database server | 240 | $285 | $68,400 |
| Cost of server to host database | | | $10,000 |
| Engineering hours for database scripting | 200 | $285 | $57,000 |
| Evaluation of document management server | 8 | $285 | $2,280 |
| Image document management server | flat rate | $1495 | $1,495 |
| Export data from document management server | 16 | $285 | $4,560 |
| Host exported data from document management server | 1 | $327,680 | $327,680 |

**Total** $474,470

Please indicate your acceptance of the terms of this proposal with your signature below.

_____        _____
Date                                        Client Printed Name

                                            _____
                                            Client Signature

_____        _____
Date                                        Partner, Forensic Pursuit LLC

4

FORENSIC IMAGING AND ANALYSIS PROPOSAL – STRASBURGER & PRICE, LLP

# Forensic Pursuit



14785 PRESTON ROAD, SUITE 550
DALLAS, TX 75254
Office: 469-759-3420· Mobile: 303-960-6496
Email: robert.kelso@forensicpursuit.com

## ABOUT FORENSIC PURSUIT

### COMPANY BACKGROUND

Forensic Pursuit provides expert collection and preservation of electronic data, forensic analysis, e-discovery, managed review, and educational services to attorneys and businesses nationwide. Established in 2006, Forensic Pursuit has become a leader in emerging forensic technology, evidentiary analysis and review technology, and Litigation Response Management and coordination, setting standards of excellence at every level.

With offices in Denver (headquarters), Dallas, New York, Los Angeles and Knoxville, TN, along with a full range of remote collection capability, Forensic Pursuit has the reach to provide expert services across the country.

### DORA COLORADO STATE OFFICE OF PRIVATE INVESTIGATOR LICENSING
### Texas Department of Public Safety PRIVATE INVESTIGATOR LICENSING

All Forensic Pursuit forensic analysts are bonded licensed private investigators pursuant to: Section 12-58.5-103, C.R.S effective 6/1/2015.

Texas Department of Public Safety Reg. # 297152,  #: A13378

### CERTIFICATIONS / TRAINING

Forensic Pursuit analysts are all highly trained professionals with years of experience and multiple certifications in computer forensics and cyber security.  Forensic Pursuit analysts as a group hold all of the following certifications:

FORENSIC IMAGING AND ANALYSIS PROPOSAL – STRASBURGER & PRICE, LLP

# Forensic Pursuit



14785 PRESTON ROAD, SUITE 550
DALLAS, TX 75254
Office: 469-759-3420· Mobile: 303-960-6496
Email: robert.kelso@forensicpursuit.com



Forensic Pursuit analysts have undergone specialized training in the following areas:

- Preservation of data through forensic images and defensible collections
- Chain of custody documentation and evidence handling
- Email collection from multiple platforms
- Network collections from multiple platforms
- Mobile device collection and analysis
- Computer forensic analysis
- E-discovery workflow and best practices

## TESTIFYING /APPOINTMENTS / HONORS

**Expert Witness Testimony:**

<u>Hearing testimony for the District Court, Jefferson County, Colorado</u>
Tarco, Inc. v. Conifer Metropolitan District
Retained by Defendant
Case No. 12CA0250     Date: 9/29/2016

<u>Hearing testimony for the District Court, Boulder County, Colorado</u>
People of the State of Colorado vs. Jeffrey Arthur Colson
Retained by Defendant
Case No. 14CR1304     Date: 5/2/2016

<u>Trial testimony for the District Court, Bernalillo County, New Mexico</u>
State of New Mexico vs. Steven Stewart; Charge: First-Degree Murder

6

*FORENSIC IMAGING AND ANALYSIS PROPOSAL – STRASBURGER & PRICE, LLP*

# Forensic Pursuit

14785 PRESTON ROAD, SUITE 550
DALLAS, TX 75254
Office: 469-759-3420· Mobile: 303-960-6496
Email: robert.kelso@forensicpursuit.com

    Retained by Defendant
    Case No. D-202-CR-2014-01356      Date: 11/30/2015

    <u>Hearing testimony for the District Court, Arapahoe County</u>
    Chris Bermel v. Blueradios, Inc. and Mark Kramer
    Retained by Defendants
    Case No. 2014CV032139; Division 15      Date: 10/16/2015

    <u>Hearing testimony for the District Court, Douglas County</u>
    In re the Marriage of: Petitioner: Michelle Landin; Respondent: David Landin
    Retained by Petitioner
    Case No. 11 DR 530; Division 4      Date: 5/27/2015

    <u>Hearing testimony for the District Court, Weld County</u>
    Michael Miller v. Julie M. Hillyard, et. al.
    Retained by Defendant
    Civil Action No. 2013CV235      Date: 5/1/2015

    <u>Deposition testimony for the District Court, Weld County</u>
    Michael Miller v. Julie M. Hillyard, et. al.
    Retained by Defendant
    Civil Action No. 2013CV235      Date: 2/27/2015

    <u>Hearing testimony for the District Court, Boulder County</u>
    Mindy Sue Olkjer v. Paul George Krueger
    Retained by Respondent
    Case No. 2006DR1186      Date: 1/26/2015

    <u>Hearing testimony for the Supreme Court, State of Colorado</u>
    The People of the State of Colorado v. William W. Muhr
    Retained by Defendant
    Case Number No. 2014PDJ021      Date: 12/11/2014

    <u>Hearing testimony for the District Court, Denver County</u>
    D. Michael McNeill v. Digital Folio, Inc.
    Retained by Plaintiff
    Case No. 13CV33108      Date: 9/18/2014
    District Court Judge Robert L. McGahey Jr.

    <u>Hearing testimony for the District Court, Denver County</u>
    Premium Pet Health, LLC vs. All American Pet Proteins, LLC
    Retained by Defendant
    Case No. 2014cv31356      Date: 5/22/2014

FORENSIC IMAGING AND ANALYSIS PROPOSAL – STRASBURGER & PRICE, LLP

# Forensic Pursuit



14785 PRESTON ROAD, SUITE 550
DALLAS, TX 75254
Office: 469-759-3420· Mobile: 303-960-6496
Email: robert.kelso@forensicpursuit.com

Trial testimony for the Denver County District Court
The People of Colorado vs. Gustav Ray Eicher, Charles Douglas Belcher, and Matthew Stotz
Retained by Prosecution
Denver District Court Judge Elizabeth Starrs
Case No. 13 CR 00467, 13 CR 00464, 13 CR 00466     Date: 3/27/2014

Trial testimony for the United States District Court, District of Colorado
Kevin King vs. Rozek Company, d/b/a "Microtek"
Retained by Plaintiff
United States District Judge Raymond Moore
Civil Action No. 11-CV-01685-CMA-MJW     Date: 3/25/2014

Deposition testimony for the Eagle County District Court
William I. Sterett, M.D. vs. Steadman Hawkins Clinic
Retained by Defendant
Case No. 2011CV674     Date: 1/7/2014

Trial testimony at the Adams County District Court
Leyland Industries, LLC vs. Thomas L. Amos
Retained by Defendant
Case No. 12 CV 30240     Date: 9/27/2013

Trial testimony at the Jefferson County District Court
People of the State of Colorado vs. Scott Murray
Retained by Defendant
Case No. 13M988     Date: 6/12/2013

Deposition testimony for the Middle District of Tennessee, Nashville Division
New Hampshire Insurance Co vs. Blackjack Cove, LLC
Retained by Plaintiff
No. 3:10-cv-0607     Date: 6/11/2013

Trial testimony at the Douglas County District Court
Colette Johnson et. al. v. Allstate Sweeping, LLC and Paul Mescarenas
Co-retained by Plaintiff and Defendant
Richard Caschette, District Court Judge
Case Number: 2011CV2398     Date: 3/27/2013

Hearing testimony at the Adams County District Court
Guillermo Barriga, et. al. v. American Family Mutual Insurance Company
Retained by Plaintiff
Case Number: 2011CV765     Date: 1/22/2013

8

# Forensic Pursuit



14785 PRESTON ROAD, SUITE 550
DALLAS, TX 75254
Office: 469-759-3420· Mobile: 303-960-6496
Email: robert.kelso@forensicpursuit.com

Deposition testimony for the United States District Court, District of Colorado
Kevin King vs. Rozek Company, d/b/a "Microtek"
Retained by Plaintiff
Civil Action No. 11-CV-01685-CMA-MJW     Date: 1/16/2013

Trial testimony at the Denver District Court, Colorado
Green-Visiontek, LLC v. 420 Wellness, et. al.
Retained by Plaintiff
Edward D. Brofin, District Court Judge
Case No: 11CV2231     Date: 8/16/2012

Hearing testimony before the Foreign Service Grievance Board
Retained by Plaintiff
Washington, D.C.
Case No: FSGB-2012-004     Date: 8/15/2012

Hearing testimony at the United States District Court, Boulder Colorado
Retained by Plaintiff
LaserCycle USA, Inc. v. Alan L. Balcourt
Philip A. Brimmer, United States District Judge
Case No: 11-cv-01995-PAB-CBS     Date: 7/21/2011

Hearing testimony at the Judicial Arbitor Group
FCRA v. Howshar
Retained by Plaintiff
Judge William Meyer, Arbiter
JAG Case No. 10-1731A     Date: 7/26/2011

Hearing testimony at the Denver District Court, Colorado
Retained by Defendant
Heaven Elizabeth Henderson v. LLMJ, LLC d/b/a DC-10 Lounge
Case No. 08-CV 9554     Date: 5/25/2010

Hearing testimony at the Arapahoe County District Court, Colorado
Retained by Defendant
Donald R. Vehlhaber, Jr. v. GenuTech, Inc.
Case No. 09-CV-1694     Date: 10/21/2009

Hearing testimony at the United States District Court, Colorado
Kara Hughes v. Titan Technology Partners, Ltd.
Retained by Defendant

FORENSIC IMAGING AND ANALYSIS PROPOSAL – STRASBURGER & PRICE, LLP

# Forensic Pursuit

14785 PRESTON ROAD, SUITE 550
DALLAS, TX 75254
Office: 469-759-3420· Mobile: 303-960-6496
Email: robert.kelso@forensicpursuit.com

    Michael E. Hegarty, United States Magistrate Judge
    Civil Action No. 1:08-cv-02099-WYD-MEH    Date: 6/30/2009


    <u>Trial testimony at the Court City and County of Denver, Colorado</u>
    Monica David Vickery v. Evelyn Trumble and Merry Gayle Vickery
    Retained by Plaintiff
    Honorable Robert L. McGahey, Judge
    Case No: 07 CV 7674    Date: 1/6/2009

**Special Master Appointments:**

    <u>United States District Court for the District of Colorado</u>
    Civil Action No: 11-cv-02560-MSK-MEH    Date: 11/7/2012
    Michael E. Hegarty, United States Magistrate Judge
    <u>District Court, Arapahoe County, Colorado</u>
    Case No: 2010 CV 2203    Date: 3/23/2011

    <u>District Court, Arapahoe County, Colorado</u>
    Case No: 2005 CV 1944    Date: 7/19/2010

    <u>United States District Court for the District of Colorado</u>
    Kristen L. Mix, United States Magistrate Judge
    Civil Action No: 09-cv-01099-MSK-KLM    Date: 1/21/2010

    <u>District Court, Arapahoe County, Colorado</u>
    Case No: 2009 CV 1694    Date: 9/9/2009

    <u>District Court, Adams County, Colorado</u>
    Case No: 08DR1992    Date: 6/3/2009

    <u>District Court City and County of Broomfield</u>
    Case No: 2006 DR 60    Date: 9/13/2008

**Honor:**

    Selected by the Republican National Committee to act as the local (Denver) computer forensics expert on call to respond to any instances of voter machine problems or other irregularities associated with computer security.

**INSTRUCTOR – FACULTY MEMBER**

FORENSIC IMAGING AND ANALYSIS PROPOSAL – STRASBURGER & PRICE, LLP

# Forensic Pursuit

14785 PRESTON ROAD, SUITE 550
DALLAS, TX 75254
Office: 469-759-3420· Mobile: 303-960-6496
Email: robert.kelso@forensicpursuit.com

### Adjunct Faculty Member at the University of Denver

Robert Kelso, Forensic Pursuit CEO and lead analyst, is a current instructor of Computer Forensics as part of the University of Denver's Master of Science degree in Computer Security Architecture.

### Primary Instructor

Robert Kelso, Forensic Pursuit CEO and lead analyst and Chris Schmidt, Forensic Pursuit COO and co-founder have taught and continue to teach classes in computer forensics and e-discovery to attorneys and legal staff at Denver's most prestigious law firms and organizations, including:

| | |
|---|---|
| Benson & Case | Colorado Defense Lawyers Association |
| Stevens Littman, Biddison Tharp & Weinberg | American Inns of Court |
| Donelson Ciancio Goodwin & Juarez | Larimer County Bar Association |
| Kelly Garnsey Hubbell & Lass | Adams Broomfield County Bar Association |
| 2008 Family Law Conference | CO Association of Litigation Support Managers |
| Baker & Hostetler | Wheeler Trigg Kennedy |
| Hopkins Tschetter Sulzer | Pitkin County Bar Association |
| Burg Simpson | Overturf McGath Hull and Doherty |
| McConaughy & Sarkissian | Elwyn Schaefer & Associates |
| Hunnicutt & Appelman | Kennedy Childs & Fogg |
| Godfrey & Lapuyade | Hensley Kim & Ho lzer |
| Dewhirst & Dolven | Martin Law Firm |
| Burg Simpson | Grimshaw & Harring |
| Jin & Schauer | Gregory R. Giometti and Associates |
| Lowe Fell & Skogg | McConaughy & Sarkissian |
| Hutchinson Black and Cook | Franke Greenhouse List & Lippitt |
| Montgomery Little Soran Murray | Isaacson & Rosenbaum |
| Gutterman Griffiths | Lowe Fell & Skogg |
| Hutchinson Black and Cook | Johnson & Repucci |
| Bernard, Lyons, Gaddis & Kahn | Dill Dill Carr Stonbraker & Hutchings |
| Crosse & Barfield | Hale Friessen |
| Arckey & Reha, LLC | Montgomery, Kolodny, Amatuzio & Dusbabek |
| Anderson, Dude & Lebel | Stettner Miller & Cohn |

### PROFESSIONAL ASSOCIATIONS

- Denver Metro Chamber of Commerce
- Denver Metro Chamber of Commerce – Leadership Program (Chamber 100)
- Colorado Human Resources Association
- Patron of the Bar – Colorado Bar Association
- Colorado Women's Bar Association
- Colorado Association of Legal Support Staff
- Notary Public – State of Colorado (commission expires 8/25/2019)

11

*FORENSIC IMAGING AND ANALYSIS PROPOSAL – STRASBURGER & PRICE, LLP*

# Forensic Pursuit



14785 PRESTON ROAD, SUITE 550
DALLAS, TX 75254
Office: 469-759-3420· Mobile: 303-960-6496
Email: robert.kelso@forensicpursuit.com

### PRINCIPLES

Forensic Pursuit performs all client related activities in strict accordance with the following principles:

- All media and data handled as evidence
- Complete chain of custody enforced
- Thorough documentation and logging of activities
- Only court-accepted analysis tools and software used
- Industry best practices followed every time
- All analysts carry multiple computer forensic certifications