MARC J. SHRAKE (SBN 219331)
 mjs@amclaw.com
ANDERSON, MCPHARLIN & CONNERS LLP
707 Wilshire Boulevard, Suite 4000
Los Angeles, California 90017-3623
Telephone: (213) 236-1691
Facsimile: (213) 622-7594

MICHAEL KEELEY *(Pro Hac Vice)*
 michael.keeley@strasburger.com
TONI SCOTT REED *(Pro Hac Vice)*
 toni.reed@strasburger.com
CARLA C. CRAPSTER *(Pro Hac Vice)*
 carla.crapster@strasburger.com
STRASBURGER & PRICE, LLP
901 Main Street, Suite 6000
Dallas, Texas 75202
Telephone: (214) 651-4300
Facsimile: (214) 651-4330

Attorneys for Defendant
Atlantic Specialty Insurance Company

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# WESTERN DIVISION

| | |
|---|---|
| UNIVERSAL CABLE PRODUCTIONS LLC, *et al.*,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>ATLANTIC SPECIALTY INSURANCE COMPANY,<br><br>　　　　Defendant. | CASE NO. 2:16-cv-4435-PA-MRW<br><br>**DECLARATION OF JOSEPH TOPALE IN SUPPORT OF DEFENDANT ATLANTIC SPECIALTY'S RESPONSE TO PLAINTIFFS' MOTION TO COMPEL DISCOVERY**<br><br>Time: 9:30 a.m.<br>Date: May 24, 2017<br>Judge: Hon. Michael R. Wilner<br><br>File date: June 20, 2016<br>Discovery Cutoff: June 2, 2017<br>Pre-Trial Conf.: June 16, 2017<br>Trial Date: July 25, 2017 |

/ / /

/ / /

**DECLARATION OF JOE TOPALE**

I, Joseph Topale, declare:

1. My name is Joseph Topale, I am the VP Infrastructure and Chief Information Security Officer for OneBeacon Insurance Company. In my capacity as the VP of Infrastructure, I have knowledge of OneBeacon's document management system and its CWS system.

2. OneBeacon Insurance Company, of which the defendant Atlantic Specialty Insurance Company is an affiliate, stores documents electronically in a document management system known as "ImageNow," a product of Lexmark Corp. As of the beginning of May 2017, OneBeacon's ImageNow database contained roughly 71,216,000 documents, which takes up more than 16 terabytes of data. These consist of Microsoft Word documents, PDFs, text documents, e-mail message files, tiff files, and various types of image files.

3. Applications use ImageNow to save all sorts of documents in ImageNow "drawers," some of which do not have anything to do with insurance claims submitted to OneBeacon, such as drawers for billings, accounts payable, and the like. Of the total documents in the drawers in ImageNow, it appears that approximately 20,848,000 in any way concern insurance claims. Thus, I believe only those drawers would need to be searched to attempt to locate documents created since September 12, 2001, that contain the names of any foreign terrorist organizations listed on the U.S. State Department's website. (Doc. 110 at p. 9). The 20,848,000 documents take up approximately 7.76 terabytes of data.

4. A terabyte is approximately 1,024 gigabytes, although it is often rounded down to 1,000 gigabytes. Thus, approximately 20,848,000 documents take up approximately 7,760 gigabytes of data.

5. OneBeacon has claims notes in its CWS system related to over 400,000 claims. It also has documents related to those claims in its ImageNow system.

2

**DECLARATION OF JOE TOPALE**

6. There are approximately 102 gigabytes of data in OneBeacon's CWS system. The CWS system does not have the capability to be searched electronically for keywords across multiple claims. Thus, before an outside e-discovery vendor could search the CWS system, a search engine would need to be created or built.

7. Previously we did a search for emails in OneBeacon's Exchange system dating to July 2013, of five Atlantic employees involving various search terms, including Hamas, Israel and Jerusalem. In order for OneBeacon to do a similar search of just our email system (not including documents or CWS notes) dating to January 2001, for possible claims involving Hamas or other terrorist organizations, it would require us to search the emails of the 620 employees who have worked in our claims departments or units since 2001. The estimated time to complete this search for emails, using the exchange search tool, related to those three key words would be approximately 60-120 calendar days. The reason for the large range is due to the level of positive matches or "hits" we receive. More hits require exporting more email from the system and there is no way to predict what hits we might get before we start a search. To expand that search to the sixty-one U.S. Designated Foreign Terrorist Organizations could take much longer depending on the number of "Hits."

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct to the best of my knowledge.

_____
Joseph Topale

**DECLARATION OF JOE TOPALE**