# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| UNIVERSAL CABLE PRODUCTIONS, LLC, a Delaware limited liability company, and NORTHERN ENTERTAINMENT PRODUCTIONS LLC, a Delaware limited liability company,<br><br>Plaintiffs,<br><br>vs.<br><br>ATLANTIC SPECIALTY INSURANCE COMPANY, a New York insurance company,<br><br>Defendant. | Case No. 2:16-cv-04435-PA-MRW<br><br>**[PROPOSED] ORDER DENYING PLAINTIFFS' MOTION TO COMPEL FURTHER DISCOVERY RESPONSES** |

On this day came to be heard Plaintiffs' Motion to Compel Further Discovery Responses. After full consideration of the evidence and authorities submitted by both parties, the Court finds that Plaintiffs' Motion to Compel Further Discovery Responses should be and is hereby DENIED.

IT IS, THEREFORE, ORDERED that Plaintiffs' Motion to Compel Further Discovery Responses is DENIED.

IT IS FURTHER ORDERED that Plaintiffs reimburse Defendant Atlantic Specialty Insurance Company for its attorneys' fees incurred in responding to Plaintiffs' motion.

SO ORDERED.

DATED:_____     _____
                                  The Honorable Percy Anderson
                                  Judge of the United States District Court

ANDERSON, McPHARLIN & CONNERS LLP
LAWYERS
707 WILSHIRE BOULEVARD, SUITE 4000
LOS ANGELES, CALIFORNIA 90017-3623