| | |
|---|---|
| 1 | LUCIA E. COYOCA (SBN 128314) |
|   | lec@msk.com |
| 2 | VALENTINE A. SHALAMITSKI (SBN 236061) |
|   | vas@msk.com |
| 3 | DANIEL M. HAYES (SBN 240250) |
|   | dmh@msk.com |
| 4 | MITCHELL SILBERBERG & KNUPP LLP |
|   | 11377 West Olympic Boulevard |
| 5 | Los Angeles, CA 90064-1683 |
|   | Telephone: (310) 312-2000 |
| 6 | Facsimile: (310) 312-3100 |

Attorneys for Plaintiffs
Universal Cable Productions LLC and
Northern Entertainment Productions LLC

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNIVERSAL CABLE PRODUCTIONS LLC, *et al.*, | CASE NO. 2:16-cv-4435-PA-MRW |
| Plaintiffs, | **DECLARATION OF VALENTINE A. SHALAMITSKI IN SUPPORT OF PLAINTIFFS' MOTION TO COMPEL FURTHER DISCOVERY RESPONSES** |
| v. | |
| ATLANTIC SPECIALTY INSURANCE COMPANY, | Time: 9:30 a.m. |
| Defendant. | Date: May 24, 2017 |
|   | Judge: Hon. Michael R. Wilner |

[Plaintiffs' Reply In Support of Motion to Compel Further Discovery Responses and Declaration of Michael Kunkel filed concurrently herewith]

File Date:        June 20, 2016
Discovery Cutoff: June 2, 2017
Pre-Trial Conf.:  June 16, 2017
Trial Date :      July 25, 2017

Mitchell Silberberg & Knupp LLP

**SHALAMITSKI DECLARATION ISO PLTFS' MOTION TO COMPEL FURTHER DISCOVERY**

## DECLARATION OF VALENTINE A. SHALAMITSKI

I, Valentine A. Shalamitski, declare:

1. I am an attorney duly licensed to practice law in the State of California and before this Court. I am of counsel in the law firm of Mitchell Silberberg & Knupp LLP, attorneys of record for Plaintiffs Universal Cable Productions LLC and Northern Entertainment Productions LLC ("Universal") in the above-captioned matter. I make this declaration in support of Plaintiffs' Motion to Compel Further Discovery Responses. Unless otherwise indicated, I have personal knowledge of the following facts and, if called and sworn as a witness, could and would competently testify thereto.

2. I and others working with me on this case have reviewed the approximately 6,988 pages of documents produced by Atlantic in discovery in this action. A substantial portion of these documents (more than 1,600 pages) are publicly available news reports and other public documents.

3. In response to RFP Nos. 41, 42, 43, 44, 48, and 49, Atlantic refused to produce *any* responsive documents; instead, in response to RFP Nos. 41, 42, 43, and 44, Atlantic "object[ed] to having to conduct … a search and therefore [could] not state for certain whether it is withholding any documents responsive to" these RFPs, and in response to RFP Nos. 48 and 49, Atlantic stated that, "Based on [its inadequate review and inquiries as discussed in the Motion], Atlantic represents that it is not aware of any documents responsive to" these RFPs.

4. On May 15, 2017, Atlantic produced two emails on which Dennis Crosby was a party. On May 16, 2017, Atlantic produced three more email chains on which Dennis Crosby was a party. On one of these email chains (bates numbered ATL006946-6948), the last two emails were exclusively between Dennis Crosby and Sean Duffy. (Atlantic has designated this document as "confidential," so I do not attach it here.)

1

**SHALAMITSKI DECLARATION ISO PLTFS' MOTION TO COMPEL FURTHER DISCOVERY**

1 | I declare under penalty of perjury under the laws of the United States of
2 | America that the foregoing is true and correct.
3 | Executed May 22, 2017, at Los Angeles, California.

*[signature]*

Valentine A. Shalamitski