LUCIA E. COYOCA (SBN 128314)
  lec@msk.com
VALENTINE A. SHALAMITSKI (SBN 236061)
  vas@msk.com
DANIEL M. HAYES (SBN 240250)
  dmh@msk.com
MITCHELL SILBERBERG & KNUPP LLP
11377 West Olympic Boulevard
Los Angeles, CA 90064-1683
Telephone: (310) 312-2000
Facsimile: (310) 312-3100

Attorneys for Plaintiffs
Universal Cable Productions LLC and
Northern Entertainment Productions LLC

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| UNIVERSAL CABLE PRODUCTIONS LLC and NORTHERN ENTERTAINMENT PRODUCTIONS LLC,<br><br>Plaintiffs,<br><br>v.<br><br>ATLANTIC SPECIALTY INSURANCE COMPANY,<br><br>Defendant. | CASE NO. 2:16-cv-4435-PA-MRW<br><br>**DECLARATION OF MICHAEL KUNKEL IN SUPPORT OF PLAINTIFFS' MOTION TO COMPEL FURTHER DISCOVERY RESPONSES**<br><br>Time: 9:30 a.m.<br>Date: May 24, 2017<br>Judge: Hon. Michael R. Wilner<br><br>[Plaintiffs' Reply In Support of Motion to Compel Further Discovery Responses and Declaration of Valentine Shalamitski filed concurrently herewith]<br><br>File Date: June 20, 2016<br>Discovery Cutoff: June 2, 2017<br>Pre-Trial Conf.: June 16, 2017<br>Trial Date : July 25, 2017 |

Mitchell Silberberg & Knupp LLP

**DECLARATION OF MICHAEL KUNKEL**

8907174.1/46250-00001

# DECLARATION OF MICHAEL KUNKEL

I, Michael Kunkel, declare:

1.  I am the Director of Investigative Services of Setec Security Technologies, Inc. My job responsibilities entail providing litigation support to attorneys and project management of Setec's computer forensic and electronic discovery specialists who work in our business unit, Setec Investigations, which specializes in the discovery, collection, investigation, and production of electronic information for investigating and handling computer-related crimes and misuse. In my role with Setec, I work with government entities, local, state, and federal law enforcement agencies, private attorneys, and corporations, and specialize specifically in managing computer forensic investigations and providing thorough litigation support solutions. I have been involved in over 1000 computer forensic investigations and electronic discovery engagements surrounding theft of intellectual property, trade secret misappropriation, financial fraud, email and Internet abuse, employee disputes, copyright infringement, industrial espionage, disputed dismissals, software code reviews, spoliation, and large data set management among other engagements.

2.  I maintain membership in the Information Systems Security Association (ISSA) and I hold certifications as a Certified Information Security Systems Professional (ISC2) as well as an EnCase Certified Examiner (Guidance Software). Previously, I was a Special Agent in the United States Air Force Office of Special Investigations where I investigated computer related crime and cyber counterintelligence for the Department of Defense. I have excelled in over 500 hours of classroom instruction on computer crime investigative techniques and I was a DoD certified Computer Crime Investigator and Computer Forensic Examiner from the Defense Cyber Investigations Training Academy. I was responsible for

computer investigations covering the Western Coast of the United States as well as the entire US Air Force interest in the Asia/Pacific region. I also utilized my computer investigative expertise following the events of 9/11 to identify and neutralize terrorist threats to United States in a Joint Special Operations Task Force. My Curriculum Vitae is hereto attached as Exhibit 1.

3. Setec has participated in and led countless computer forensic investigations and electronic discovery efforts to facilitate the discovery of electronic evidence in support of criminal and civil lawsuits. Setec is regularly designated as an expert and our team of computer forensic and electronic discovery specialists frequently provides expert witness testimony.

4. I have reviewed the declarations of Carla Crapster and Joseph Topale as well as the cost estimates prepared in this matter by Forensic Pursuit and LDM Global (the Estimates) submitted as Exhibits A and B to Ms. Crapster's declaration.

5. From my review, it appears both LDM Global and Forensic Pursuit offer data hosting, and charge for hosted review services on a per gigabyte basis. The Estimates describe this per gigabyte cost model prior to any searches taking place.

6. The high costs associated to the forensic and electronic discovery efforts detailed in the Estimates are largely attributed to the fact that neither company has proposed to search Defendant's ImageNow document management system or CWS database at an hourly rate prior to incurring cost on a per gigabyte basis.

7. Searching large data sets, such as those in this case, can be completed in a far more cost effective way by charging a per hour rate for a technician's time spent indexing and searching the data. In fact, Setec Investigations frequently searches multiple terabytes of data for litigation matters, and charges a fraction of the costs proposed in the Estimates because we do not charge for our services on a

per gigabyte basis. Setec Investigations can reduce large data sets to much smaller data sets in this manner, and can implement additional search terms to assist clients in further reducing data that needs to be hosted in a review platform, such as through Boolean search expressions. In this manner, the approximately $400,000 needed to simply run searches on 7 terabytes of data as described in the Estimates would likely be reduced to $15,000 or less.

8. Likewise, Defendant's CWS database system can be searched without the level of engineering and reconstruction described in the Estimates. Based on Forensic Pursuit's description of the database as an SQL database, it does not need to be rebuilt and engineered on a new $10,000 server simply to search tables of the approximately 100 gigabyte data set. Forensic Pursuit's estimate placed working on the CWS searches at approximately $140,000. This is an activity Setec Investigations frequently performs and I would anticipate these searches of the CWS system to bill between $10,000 and $20,000.

9. LDM Global's estimate includes a per gigabyte charge for searching and then promoting the hits to a review system. Likewise, Forensic Pursuit's estimate includes the largest line item of $327,680 for hosting exported data form the document management system. However, using a hosted review platform is optional in electronic discovery. It is entirely possible to search all of the necessary data in this project without hosting any of the results in a review platform. Setec Investigations frequently delivers native formatted data for review without a hosted review platform. Additionally, I do not anticipate the additional cost identified in Forensic Pursuit's estimate associated with a $10,000 dedicated server to rebuild the CWS environment.

\\
\\

Mitchell Silberberg & Knupp LLP

3
**DECLARATION OF MICHAEL KUNKEL**

8907174.1/46250-00001

1  I declare under penalty of perjury under the laws of the United States of
2  America that the foregoing is true and correct.

4  Executed May 22, 2017, at Dallas, Texas.

_____
Michael Kunkel

# EXHIBIT 1



# Curriculum Vitae

**Michael Kunkel**
Director of Investigative Services

(800) 748-5440
mkunkel@SetecInvestigations.com
www.SetecInvestigations.com

Mr. Michael Kunkel is Setec Investigations' Director of Investigative Services.  Mr. Kunkel possesses an extensive technical background, which is combined with a thorough education, time served in the United States Air Force, and numerous certifications, including an EnCase Certified Examiner (EnCE) by Guidance Software and as a Certified Information Security Systems Professional by ISC$^2$.  Mr. Kunkel's expertise in computer forensics and investigative techniques allows him to successfully provide corporations, law firms, and law enforcement agencies with electronic evidence critical to the resolution of civil and criminal litigations and lead these investigations in a professional manner.

Mr. Kunkel continuously supports public and private corporations, along with government entities through litigation support and expert witness services, leveraging his technical expertise, understanding of the legal system, and real-world experience to produce cost-effective strategies for the discovery, collection, and investigation of electronic evidence.  In addition, Mr. Kunkel participates in Setec Investigations' Computer Incident Response Team (CIRT) and applies his real-world experience by performing corporate computer fraud and cybercrime investigations.

Mr. Kunkel has acted as a computer forensic investigator for private attorneys, law enforcement agencies, corporations, insurance companies, and private individuals.  Mr. Kunkel's involvement in diverse investigations and litigations has spanned numerous areas, including:

- Fraud
- Theft of Intellectual Property
- Trade Secret Misappropriation
- Email & Internet Abuse
- Employee Disputes
- Patent Infringement
- Copyright Infringement

- Divorce & Family Law
- Asset Recovery
- Defamation
- Industrial Espionage
- Disputed Dismissals
- Software Code Review
- Breach of Contract

Corporate Headquarters
8391 Beverly Blvd. #167, Los Angeles, CA  90048
Tel 323.939.5598    Toll-Free 800.748.5440    Fax 323.939.5481
www.SetecInvestigations.com

EXHIBIT 1, PAGE 5

**PROFESSIONAL EXPERIENCE:**

*Director of Investigative Services, Setec Security Technologies, Inc. (September 2011 to Present)*
- Leads and participates on computer forensic investigations and electronic discovery activities as a skilled high-tech investigator and project manager, regularly focusing on corporate computer fraud and cybercrime investigations.
- Provides litigation support advisory assistance to attorneys to advance computer forensic and electronic discovery efforts, satisfy discovery requests, and compel inspections.
- Acts as a computer forensic investigator for private attorneys, law enforcement agencies, corporations, insurance companies, and private individuals involved in diverse investigations and litigations spanning numerous areas, including, but not limited to: fraud, theft of intellectual property, trade secret misappropriation, email and internet abuse, employee disputes, sexual harassment, and breach of contract.

*Digital Forensic Examiner, Stroz Friedberg L.L.C., San Francisco (August 2009 to September 2011)*
- Conducted digital forensic acquisitions and analyses of laptops, desktops, and servers in civil litigations, criminal matters, and internal investigations.
- Developed and programed customized utilities for use in the processing of electronic data, increasing the efficiency of electronic discovery processes.
- Performed large-scale electronic discovery involving the preservation, processing, and production of electronic data from a variety of digital sources.

*United States Air Force, Chief of Cyber Investigations & Operations, Office of Special Investigations (AFOSI), Yokota Air Base, Japan (August 2006 to August 2009)*
- Supervised, planned, coordinated, and implemented all cyber counterintelligence operations and network intrusion investigations conducted by the Air Force, from the Horn of Africa to the International Date Line.
- Led a team of Special Agents providing cyber investigative and computer forensic support to a multitude of criminal and counterintelligence cases covering 8 locations and providing consultations to over one hundred field agents.
- Provided specialized briefings to other government agencies and Air Force leadership concerning the threats to the U.S. network infrastructure from foreign intelligence services.
- Conducted extensive liaison with high-level Japanese, Korean, and U.S. military and law enforcement counterparts regarding threats to their networks.

*United States Air Force, Global War on Terrorism, Operation Iraqi Freedom, Iraq, (September 2008 to March 2009)*
- Deployed to Iraq as part of a Joint Special Operations Task Force working alongside members of each service and civilians to counter the Iraqi insurgency and establish stability in the region.

*United States Air Force, Computer Crime Investigator, Travis Air Force Base, California (December 2005 to August 2006)*
- Planned, coordinated, and implemented cyber counterintelligence operations in the western United States.
- Served as the primary investigator on network intrusion investigations involving US Air Force assets.
- Provided cyber investigative consultation and computer forensic analysis to 17 other Air Force field investigative units.
- Testified in multiple court martial proceedings.

*United States Air Force, Criminal Investigator, Travis Air Force Base, California, (June 2004 to December 2005)*
- Acted as primary investigator for felony-level crimes including: murder, rape, child molestation, drugs, blackmail, and fraud.
- Assisted in the apprehension and subsequent incarceration of multiple Air Force criminals.
- Wrote reports and provided testimony in multiple court-martial proceedings.

**PROFESSIONAL CERTIFICATIONS**
- EnCase Certified Examiner, 2010.
- Certified Information Security Systems Professional, 2009.
- DoD-Certified Computer Crime Investigator, 2006.
- DoD-Certified Computer Forensic Examiner, 2005.

**SELECTION OF PROFESSIONAL TRAINING**
- STROZ FRIEDBERG, Internal Training Program - Attended weekly in-house training presentations on digital forensics, cybercrime response, computer security, desktop and network forensics tools, and relevant legal topics.

- DEFENSE CYBER INVESTIGATIONS TRAINING ACADEMY  - Excelled in 500 hours of formal cyber investigative training in Networks and Computer Hardware, Incident Response, Windows Forensic Examinations, Forensics and Intrusions in Windows and Linux Environments, Network Monitoring, Online Undercover Techniques, and Malicious Code Analysis.

- UNITED STATES AIR FORCE SPECIAL INVESTIGATIONS ACADEMY - Credentialed as a Special Agent of the United States Government.
- FEDERAL LAW ENFORCEMENT TRAINING CENTER - Criminal Investigator's Training Program.

**EDUCATION**
- 2008, UNIVERSITY OF TEXAS AT DALLAS, M.B.A., Business
- 2004, UNITED STATES NAVAL ACADEMY, B.S., Systems Engineering

**SELECTION OF TESTIMONY EXPERIENCE**
- United States v Mirabal, Case No: Unknown, United States Air Force Court Martial, Nellis Air Force Base, Nevada, April 2006.
- United States v Turner, Case No: Unknown, United States Air Force Court Martial, Travis Air Force Base, California, January 2007.
- United States v Chapman, Case No: Unknown, United States Air Force Court Martial, Travis Air Force Base, California, January 2007.
- United States v Cann, Case No: Unknown, United States Air Force Court Martial, Elmendorf Air Force Base, Alaska, January 2007.
- United States v Ruddy, Case No: Unknown, United States Air Force Court Martial, Travis Air Force Base, California, June 2007.
- Denise Winters v County of Solano, Case No: FCS035144, Superior Court of California, Solano County, California, October 2011.
- Bruce W. Ballai v Kiewitt, Case No: 10CV09827, District Court of Johnson County Kansas, Johnson County, Kansas, February 2012.
- Hummer Construction, Inc. v Aidlin General Trust, et al., Case No: BC449181, Superior Court of California, Los Angeles County, California, May 2012.
- Bergstein, et al. v. Tregub, et al., Case No: BC434558, Superior Court of California, Los Angeles County, California, September 2012.
- SMH Capital Advisors, Inc. v. Jimmy Day, FINRA Case No: 12-03291, FINRA Arbitration, Dallas, Texas, October 2012, March 2013.
- Videotech Services, Inc. v. Edward Abdalla, David Santos, Timothy Rodriquez, Timothy Woolsey, H.F. Woolsey Corporation d/b/a The Crew Source, Case No. SC105947, Superior Court of California, Los Angeles County, California, January 2013, July 2014.
- RPMx Construction, LLC, v. Brian Colin and Earth Basics Contracting Corporation, Case No. 417-02459-2013, District Court, 417 Judicial District, Collin County, Texas, July 2013.

- Pavez Insurance Agency, Inc. DBA CPI Financial & Insurance Services vs. Sandra M. Best and Does 1 to 10, Inclusive, Case No. CIVSS 818321, Superior Court of California, San Bernardino County, California, September 2013, October 2013.

- Slaymaker v Armstrong Financial Group, Case No. 37-2012-00054141-CU-OE-NC, Superior Court of California, San Diego County, California, April 2014.

- Dupree, Sulatycky, O'Brien, Giron, and Morales v Sajahtera, Inc., Case No. BC463162, Superior Court of California, Los Angeles County, California, July 2014.

- Rebecca Lewis v Alexandria Gramercy, LLC; Urban Brokerage, Inc., Case No. BC497235, Superior Court of California, Los Angeles County, California, August 2014.

- Compak Securities, Inc., v Olandj, McDonald, and Orama, JAMS Reference No. 1200047466, JAMS Arbitration, Los Angeles, California, August 2014.

- Stephen Welsh v Ryder Truck Rental, INC., and Navistar International Corporation; Case No. 37-2012-00085385-CU-PO-CTL, Superior Court of California, San Diego County, California, September 2014.

- Archie Roundtree v Los Angeles Unified School District, Gerardo Loera, Ari Bennett, Adriana Maldonado-Gomez and Does 1-30, Case No. BC 499893, Superior Court of California, Los Angeles County, California, November 2014.

- InfoSpan, Inc. v Emirates NBD Bank PJSC, Case No. 8:11-CV01062 JVS (ANx), United States District Court, Central District of California, Southern Division, January 2015.

- Luminant Generation Company, LLC., vs Jennifer Morrison, T. Jeff Stone, and T. Jeff Stone & Associates, LLC., Cause No. 416-03151-2013, District Court of Collin County, Texas, 416th Judicial District, February 2015.

- Procaps S.A. v Patheon Inc., Case No. 1:12-cv-24356-JG, United States District Court, Southern District of Florida, Miami Division, June 2015.

- Central Medical Diagnostic Laboratory, Inc., v Brian Patchett, Michael Lumkin, California Laboratory Sciences LLC, Case No. 30-2013-00628124, Superior Court of California, County of Orange – Central Justice Center, California, February 2015, September 2015.

- Cat 3, LLC, SXH, LLC, and Suchman, LLC, v Black Lineage, Inc., and Vahe Estepanian a/k/a Fletch Estepanian, Case N. 14-cv-5511 (AT), United States District Court, Southern District of New York, California, October 2015, New York, December 2015.

- Charles M. Natcher, Jr., v JPH Consulting, INC., Case No. 56-2013-0446158-CU-WT-VTA, Superior Court of the State of California, Ventura County – Hall of Justice, Arbitration, California, January 2016.

- American Lighting Inc, Neo-Neon Led USA Holdings Ltd and Tivoli LLC, v Targetti Sankey, S p A, et al., Case No. 14-01285-DOC, United States District Court for the Central District of California, Southern Division, California, February 2016.

- Bombardier Inc. v Fabio Rebello, Case No. 2014-CA-001878-O, Circuit Court of the Ninth Judicial Circuit In And For Orange County, Florida, Texas, February 2016.
- CoreLogic, Inc. v First American Financial Corporation, Case No. A213700, Judicate West Arbitration, California, April 2016.
- Integrated Instrument Services, Inc. v Aziz Rahim and Pippets Pro, LLC, Cause No. 201613511, 165th Judicial District, District Court of Harris County, Texas, May 2016.
- Chaowen Zhong v Eaton Escrow, Inc, Case No. 37-2015-00006141-CU-PN-CTL, Superior Court of the State of California, San Diego County, California, May 2016.
- Building Materials Corporation of America dba GAF Materials Corporation v Paramount Petroleum Corporation, Case No. BC 481673, Superior Court of the State of California, Los Angeles County, California, July 2016.
- The Regents of the University of California v Paul S. Aisen, et. al., Case No. 3:15-cv-01766-BEN-JLB, United States District Court, Southern District of California, California, December 2016.
- Alessandro Camara v C.G. Motor Sports, Inc., Case No. CIVDS1517958, Superior Court of the State of California, County of San Bernardino, California, January 2017.
- Fiber Systems International, Inc. v. Michael Dabrowski, Case No. 417-05506-2016, District Court of Collin County, Texas, 417th District Court, McKinney, Texas, February 2017.
- CP Kelco U.S., Inc. v. Chienkuo Yuan, Case No. 37-2015-00022453-CU-BT-CTL, Superior Court of the State of California, County of San Diego, California, March 2017.
- FaxLogic, LLC v Matthew Thornton, Cause No. DC-15-07964, District Court of Dallas, Texas, 193rd Judicial District, Dallas, Texas, October 2016, May 2017.