UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 16-4435 PA (MRWx) | Date | May 24, 2017 |
|---|---|---|---|
| Title | Universal Cable Productions v. Atlantic Specialty Insurance Company | | |

Present: The Honorable  Michael R. Wilner

| Veronica Piper | CS 5/24/2017 |
|---|---|
| Deputy Clerk | Court Smart / Reporter |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendant: |
|---|---|
| Valentine Shalamitski | Carla Crapster<br>Mark Shrake |

**Proceedings:**   ORDER RE: MOTION TO COMPEL

    The Court conducted a hearing on Plaintiff's motion to compel. (Docket # 106.) The matter is taken under submission and the Court will issue a ruling.

1 : 30

Initials of Preparer   vp