| | |
|---|---|
| 1 | LUCIA E. COYOCA (SBN 128314) |
|   |   lec@msk.com |
| 2 | VALENTINE A. SHALAMITSKI (SBN 236061) |
|   |   vas@msk.com |
| 3 | DANIEL M. HAYES (SBN 240250) |
|   |   dmh@msk.com |
| 4 | MITCHELL SILBERBERG & KNUPP LLP |
|   | 11377 West Olympic Boulevard |
| 5 | Los Angeles, CA 90064-1683 |
|   | Telephone:  (310) 312-2000 |
| 6 | Facsimile:   (310) 312-3100 |
| 7 | Attorneys for Plaintiffs |
| 8 | MARC J. SHRAKE (SBN 219331) |
|   | mjs@amclaw.com |
| 9 | ANDERSON, MCPHARLIN & CONNERS LLP |
|   | 707 Wilshire Boulevard, Suite 4000 |
| 10 | Los Angeles, CA 90017-3623 |
|    | Telephone:  (213) 236-1691 |
| 11 | Facsimile:  (213) 622-7594 |
| 12 | MICHAEL KEELEY (*Admitted Pro Hac Vice*) |
|    |   michael.keeley@strasburger.com |
| 13 | JOHN R. RIDDLE (*Admitted Pro Hac Vice*) |
|    |   john.riddle@strasburger.com |
| 14 | CARLA C. CRAPSTER (*Admitted Pro Hac Vice*) |
|    |   carla.crapster@strasburger.com |
| 15 | STRASBURGER & PRICE, LLP |
|    | 901 Main Street, Suite 4400 |
| 16 | Dallas, TX 75202 |
|    | Telephone:  (214) 651-4300 |
| 17 | Facsimile:  (214) 651-4330 |
| 18 | Attorneys for Defendant |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION

| | |
|---|---|
| UNIVERSAL CABLE PRODUCTIONS LLC, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> ATLANTIC SPECIALTY INSURANCE COMPANY, <br><br> Defendant. | CASE NO. 2:16-cv-4435-PA-MRW <br><br> Honorable Percy Anderson <br><br> **JOINT APPLICATION FOR AN ORDER CLARIFYING TIMING TO FILE AND HEAR MOTIONS *IN LIMINE*** <br><br> File Date:         June 20, 2016 <br> Discovery Cutoff:  June 2, 2017 <br> Pre-Trial Conf.:     June 16, 2017 <br> Trial Date:         July 25, 2017 |

**JOINT APPLICATION RE MOTIONS IN LIMINE**

# APPLICATION

Plaintiffs Universal Cable Productions LLC and Northern Entertainment Productions LLC (collectively, "Universal") and Defendant Atlantic Specialty Insurance Company ("Atlantic") hereby jointly request an order clarifying the specific date by which the parties must file their Motions *in Limine* in the above-captioned action, and the date on which such Motions *in Limine* will be heard. This Application is based on the following facts:

On September 14, 2016 the Court entered a Scheduling Order setting trial in this action for May 23, 2017. ECF No. 26 (the "September 14 Order"). The September 14 Order set the deadline for filing Motions *in Limine* as April 21, 2017, the same day as the Final Pretrial Conference, and scheduled May 15, 2017, eight days before the trial date, as the date on which the Court would hear Motions *in Limine*. *Id.*

On January 19, 2017 the Court entered an order modifying the schedule in this action, and continuing the trial date until July 25, 2017 and the Final Pretrial Conference date until June 16, 2017. ECF No. 34 (the "January 19 Order"). The January 19 Order further provided that "associated dates triggered by the dates below are adjusted accordingly." *Id.* However, the January 19 Order did not specifically mention the hearing date for Motions *In Limine* or the date on which the Motions should be filed. Based on the timing set forth in the Court's original September 14 Order, the parties believe that the Court intends to hear Motions *in Limine* on July 17, 2017, eight days prior to trial, and that the filing deadline for Motions *in Limine* is June 16, 2017 (the current date of the Final Pretrial Conference).

For the avoidance of any doubt, the parties jointly request that the Court enter an order clarifying the filing deadline for Motions *in Limine* and the hearing date as follows:

- Motions *in Limine* shall be filed by **June 16, 2017.**
- Motions *in Limine* shall be heard on **July 17, 2017.**

Respectfully submitted,

DATED:  MAY 29, 2017    LUCIA E. COYOCA
VALENTINE A. SHALAMITSKI
DANIEL M. HAYES
MITCHELL SILBERBERG & KNUPP LLP


By:  /s/ Lucia E. Coyoca
       Lucia E. Coyoca
       Attorneys for Attorneys for Plaintiffs
       Universal Cable Productions LLC and
       Northern Entertainment Productions
       LLC


DATED:  MAY 29, 2017    MARC J. SHRAKE
ANDERSON, MCPHARLIN & CONNERS LLP

           -and-

MICHAEL KEELEY
JOHN R. RIDDLE
CARLA C. CRAPSTER
STRASBURGER & PRICE, LLP


By:  /s/ Toni S. Reed
       Toni S. Reed
       Attorneys for Defendant
       Atlantic Specialty Insurance Company

**JOINT APPLICATION RE MOTIONS IN LIMINE**

**Attestation Regarding Signatures**

I, Lucia E. Coyoca, attest that all signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

By: /s/ Lucia E. Coyoca
Lucia E. Coyoca

**JOINT APPLICATION RE MOTIONS IN LIMINE**