1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION

| | |
|---|---|
| UNIVERSAL CABLE PRODUCTIONS LLC, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>ATLANTIC SPECIALTY INSURANCE COMPANY,<br><br>Defendant. | CASE NO. 2:16-cv-4435-PA-MRW<br><br>Honorable Percy Anderson<br><br>**[PROPOSED] ORDER RE JOINT APPLICATION FOR AN ORDER CLARIFYING TIMING TO FILE AND HEAR MOTIONS *IN LIMINE***<br><br>File Date:          June 20, 2016<br>Discovery Cutoff:  June 2, 2017<br>Pre-Trial Conf.:   June 16, 2017<br>Trial Date:        July 25, 2017 |

# [PROPOSED] ORDER

Based on the Joint Application for an Order Clarifying Timing to File and Hear Motions in Limine, and good cause appearing, the Court hereby ORDERS:

- Motions *in Limine* shall be filed by **June 16, 2017.**
- Motions *in Limine* shall be heard on **July 17, 2017.**

IT IS SO ORDERED.

Dated: May ___, 2017

　　　　　　　　　　　　　　　　　　　　　　　　
The Honorable Percy Anderson
UNITED STATES JUDGE