1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION

| UNIVERSAL CABLE PRODUCTIONS LLC, *et al.*, | CASE NO. 2:16-cv-4435-PA-MRW |
|---|---|
| Plaintiffs, | Honorable Percy Anderson |
| v. | **ORDER RE JOINT APPLICATION FOR AN ORDER CLARIFYING TIMING TO FILE AND HEAR MOTIONS *IN LIMINE* [119]** |
| ATLANTIC SPECIALTY INSURANCE COMPANY, | |
| Defendant. | File Date:         June 20, 2016<br>Discovery Cutoff: June 2, 2017<br>Pre-Trial Conf.:   June 16, 2017<br>Trial Date:        July 25, 2017 |

## ORDER

Based on the Joint Application for an Order Clarifying Timing to File and Hear Motions in Limine, and good cause appearing, the Court hereby ORDERS:

- Motions *in Limine* shall be filed by **June 16, 2017.**
- Motions *in Limine* shall be heard on **July 17, 2017.**

IT IS SO ORDERED.

Dated:  May 31, 2017

_____
The Honorable Percy Anderson
UNITED STATES JUDGE