UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNIVERSAL CABLE PRODUCTIONS, LLC, et al.<br><br>Plaintiffs,<br><br>v.<br><br>ATLANTIC SPECIALTY INSURANCE COMPANY,<br><br>Defendant. | No.   CV 16-4435 PA (MRWx)<br><br>JUDGMENT |

In accordance with the Court's October 6, 2017 Minute Order granting defendant Atlantic Specialty Insurance Company's ("Defendant's") Motion for Summary Judgment, the Court has resolved all of the claims pending in this action,

1. IT IS HEREBY ORDERED, ADJUDGED, and DECREED that Defendant shall have judgment in its favor on the claims for breach of contract and breach of the covenant of good faith and fair dealing brought by Plaintiffs Universal Cable Productions, LLC and Northern Entertainment Productions LLC (together, "Plaintiffs");

. . . .

. . . .

. . . .

. . . .

2. IT IS FURTHER ORDERED, ADJUDGED, and DECREED that Plaintiffs shall take nothing and Defendant shall have its costs of suit.

DATED: October 6, 2017

_____
Percy Anderson
UNITED STATES DISTRICT JUDGE