# UNITED STATES DISTRICT COURT

## Central District of California

## APPLICATION TO THE CLERK TO TAX COSTS

Universal Cable Productions LLC, et al

V.

Atlantic Specialty Insurance Company

Case Number:  2:16-cv-04435-PA-MRW

Judgment was entered in this action on __10/06/2017__ / __129__ against __Plaintiffs__ .
Date          Docket No.

### NO HEARING ON THIS APPLICATION WILL BE HELD UNLESS THE CLERK NOTIFIES THE PARTIES OTHERWISE.

| | |
|---|---:|
| Filing fees: see L.R. 54-3.1 | $0.00 |
| Fees for service of process: see L.R. 54-3.2 | $245.00 |
| United States Marshal's fees: see L.R. 54-3.3 | $0.00 |
| Reporter's transcripts: see L.R. 54-3.4 | $0.00 |
| Depositions: see L.R. 54-3.5 | $107,568.36 |
| Witness fees (itemize on page 2): see L.R. 54-3.6 | $890.00 |
| Interpreter's and translator's fees: see L.R. 54-3.7 | $0.00 |
| Docket fees: see L.R. 54-3.8 | $0.00 |
| Masters, commissioners and receivers: see L.R. 54-3.9 | $0.00 |
| Certification, exemplification and reproduction of documents: see L.R. 54-3.10 | $3,259.95 |
| Premiums on bonds and undertakings: see L.R. 54-3.11 | $0.00 |
| Other Costs: see L.R. 54-3.12 (attach court order) | $0.00 |
| State Court costs: see L.R. 54-3.13 | $0.00 |
| Costs on appeal: see L.R. 54-4 | $0.00 |
| Cost of a bankruptcy appeal to the District Court: see L.R. 54-5 | $0.00 |
| **TOTAL** | **$111,963.31** |

<u>NOTE</u>: You must attach an itemization and documentation supporting all requested fees and costs. Documentation includes receipts, orders, and stipulations.  All receipts must be self-explanatory.

### DECLARATION

I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed.  A copy of this application has been served on all parties by:

- [✓] The Court's CM/ECF System
- [ ] Conventional service by first class mail
- [ ] Other _____

_____
Signature

Michael Keeley
Print Name

Attorney for: Atlantic Specialty Insurance Company

Costs are taxed in the amount of _____

_____        By: _____          _____
Clerk of Court                          Deputy Clerk                                    Date

| NAME, CITY AND STATE | ATTENDANCE | | SUBSISTENCE | | MILEAGE | | Total Cost Each Witness |
|---|---|---|---|---|---|---|---|
| | Days | Total Cost | Days | Total Cost | Miles | Total Cost | |
| Tony Clark, Chicago Illinois | 1 | $40.00 | 1 | $4.00 | 50 | $26.00 | $70.00 |
| Ingrid Detter de Frankopan, London UK | 1 | $40.00 | 1 | $552.00 | | | $592.00 |
| Frank Lowenstein, Washington D.C. | 1 | $40.00 | | | | | $40.00 |
| Jay Shapiro, Los Angeles California | 1 | $40.00 | 1 | $69.00 | | | $109.00 |
| John Quigley, Columbus Ohio | 1 | $40.00 | | | | | $40.00 |
| Peter Williams, Los Angeles California | | | 1 | $39.00 | | | $39.00 |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | TOTAL | $890.00 |

WITNESS FEES (computation, *see* 28 U.S.C. § 1821 for statutory fees)