**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**WESTERN DIVISION**

| | |
|---|---|
| UNIVERSAL CABLE PRODUCTIONS LLC and NORTHERN ENTERTAINMENT PRODUCTIONS LLC,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>ATLANTIC SPECIALTY INSURANCE COMPANY,<br><br>　　　　Defendant. | CASE NO. 2:16-cv-4435-PA-MRW |

# Exhibit 1
# Subpoena Expense

SUBPOENA EXPENSE

| Subpoena - Service Upon | Amount |
|---|---|
| Aon (11/30/16) | 75.00 |
| Reel Media (02/15/17) | 75.00 |
| Allianz Global Corporate and Specialty (02/15/17) | 95.00 |
|  |  |
| Total | 245.00 |

O.S.I. Litigation Services
4570 Van Nuys Blvd. #233
Sherman Oaks, CA 91403
(818) 645-1800
o.s.i.litigation@gmail.com

# Invoice

| Number | 1247 |
|---|---|
| Date | 11/30/2016 |

**Bill To**
Strasburger & Price, LLP
901 Main Street, Suite 6000
Dallas, TX, 75202

| Date | Cntrl/Type | Address/Attempts | Add'l Add | Amount |
|---|---|---|---|---|
| 11/30/16 | Priority | 15303 Ventura Blvd. | | $75.00 |

| Total | $75.00 |
|---|---|

O.S.I. Litigation Services
4570 Van Nuys Blvd. #233
Sherman Oaks, CA 91403
(818) 645-1800
o.s.l.litigation@gmail.com

**Invoice**

| Number | 1269 |
|---|---|
| Date | 2/15/2017 |

**Bill To**

Strasburger & Price, LLP
901 Main Street, Suite 6000
Dallas, TX, 75202

| Date | Cntrl/Type | Address/Attempts | Add'l Add | Amount |
|---|---|---|---|---|
| 2/14/17 | Priority | 3400 W. Olive | (Reel Media) | $75.00 |

| Total | $75.00 |
|---|---|

# ATG
# LegalServe

105 W. Adams Street, Suite 1350, CHICAGO, IL 60603, 312.855.0303
Tax ID 27-0643983

Strasburger, Attorneys at Law
901 Main Street
Suite 6000
Dallas, TX 75202
Sec: **Marianna Green**

Invoice #: 68604

Date: 02/23/2017

## INVOICE FOR SERVICE

**Service #153693**                                                Your File#

Allianz Global Corporate and Specialty
Universal Cable Productions, LLC, et al. v.
Atlantic Specialty Insurance Company                               Court Case #: 16 cv 4435
Address Serve: 225 W. Washington Street,
Suite 1800, Chicago, IL 60606

| | | |
|---|---|---|
| Rush Service IYS | 2/15/17 Service to Allianz Global Corporate and Specialty | $95.00 |

**TOTAL CHARGES:**                                                 $95.00

**BALANCE:**                                                       $95.00

Please make checks payable to
ATG LEGALSERVE INC.
P.O. BOX 9136,
CHAMPAIGN, IL 61826-9136           PAYMENT TERMS: DUE
                                   UPON RECEIPT

Credit card payments are accepted
through the Clients Only tab on our
website www.atglegalserve.com

1