**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**WESTERN DIVISION**

| | |
|---|---|
| UNIVERSAL CABLE PRODUCTIONS LLC and NORTHERN ENTERTAINMENT PRODUCTIONS LLC, | CASE NO. 2:16-cv-4435-PA-MRW |
| Plaintiffs, | |
| v. | |
| ATLANTIC SPECIALTY INSURANCE COMPANY, | |
| Defendant. | |

# Exhibit 2 – Part 1
# Deposition Invoices

# INVOICE

**Bayside Reporting Company**

3820 Del Amo Boulevard, Suite 222
Torrance, California 90503
P: (310) 622-9674 ~ F: (310) 214-1405
www.baysidedepo.com

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 8840 | 2/17/2017 | 994552 |

| Job Date | Case No. | |
|---|---|---|
| 2/1/2017 | 2:16-CV-4435-PA-MRW | |

| Case Name | | |
|---|---|---|
| Universal Cable Productions v. Atlantic Specialty Ins Co | | |

| Payment Terms | | |
|---|---|---|
| Due upon receipt | | |

Toni Scott Reed
Strasburger & Price, LLP
901 Main Street
Suite 6000
Dallas, TX  75202-3794

| 1 CERTIFIED TRANSCRIPT OF: | | | | | |
|---|---|---|---|---|---|
| Peter Williams | 260.00 | Pages | @ | 3.00 | 780.00 |
| Realtime Hookup | 217.00 | Pages | @ | 1.50 | 325.50 |
| Laptop use fee | 1.00 | | @ | 25.00 | 25.00 |
| Rough Draft | 247.00 | Pages | @ | 1.50 | 370.50 |
| B&W Exhibits | 173.00 | Pages | @ | 0.50 | 86.50 |
| Processing, Shipping, & Handling | 1.00 | | @ | 75.00 | 75.00 |
| Mini/Index/ASCII/Scan | 1.00 | | @ | 75.00 | 75.00 |

| | |
|---|---|
| TOTAL DUE >>> | **$1,737.50** |
| AFTER 3/19/2017 PAY | $1,911.25 |
| (-) Payments/Credits: | 1,737.50 |
| (+) Finance Charges/Debits: | 173.75 |
| (=) New Balance: | **$0.00** |

**Tax ID:** 46-5109643

*Please detach bottom portion and return with payment.*

Toni Scott Reed
Strasburger & Price, LLP
901 Main Street
Suite 6000
Dallas, TX  75202-3794

| | | |
|---|---|---|
| Invoice No. | : | 8840 |
| Invoice Date | : | 2/17/2017 |
| **Total Due** | : | **$0.00** |

| | | |
|---|---|---|
| Job No. | : | 994552 |
| BU ID | : | 1-MAIN |
| Case No. | : | 2:16-CV-4435-PA-MRW |
| Case Name | : | Universal Cable Productions v. Atlantic Specialty Ins Co |

Remit To:   **Bayside Reporting Company**
**3820 Del Amo Boulevard**
**Suite 222**
**Torrance, CA  90503**

# INVOICE

**Bayside Reporting Company**

3820 Del Amo Boulevard, Suite 222
Torrance, California 90503
P (310) 622-9674 ~ F (310) 214-1405
www.baysidedepo.com

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 8853 | 2/24/2017 | 994553 |
| **Job Date** | **Case No.** | |
| 2/3/2017 | 2:16-CV-4435-PA-MRW | |
| **Case Name** | | |
| Universal Cable Productions v. Atlantic Specialty Ins Co | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Toni Scott Reed
Strasburger & Price, LLP
901 Main Street
Suite 6000
Dallas, TX 75202-3794

| 1 CERTIFIED TRANSCRIPT OF: | | | | | |
|---|---|---|---|---|---|
| Daniel Gutterman | 309.00 | Pages | @ | 3.00 | 927.00 |
| B&W Exhibits | 294.00 | Pages | @ | 0.50 | 147.00 |
| Mini/Index/ASCII/Scan | 1.00 | | @ | 75.00 | 75.00 |
| Processing, Shipping, & Handling | 1.00 | | @ | 75.00 | 75.00 |
| Rough Draft | 282.00 | Pages | @ | 1.50 | 423.00 |
| Realtime to Attorney | 282.00 | Pages | @ | 1.50 | 423.00 |
| Laptop use fee | 1.00 | | @ | 25.00 | 25.00 |
| | **TOTAL DUE >>>** | | | | **$2,095.00** |
| | AFTER 3/26/2017 PAY | | | | $2,304.50 |
| | (-) Payments/Credits: | | | | 2,095.00 |
| | (+) Finance Charges/Debits: | | | | 209.50 |
| | (=) New Balance: | | | | **$0.00** |

Tax ID: 46-5109643

*Please detach bottom portion and return with payment.*

Toni Scott Reed
Strasburger & Price, LLP
901 Main Street
Suite 6000
Dallas, TX 75202-3794

| | | |
|---|---|---|
| Invoice No. | : | 8853 |
| Invoice Date | : | 2/24/2017 |
| **Total Due** | : | **$0.00** |

| | | |
|---|---|---|
| Job No. | : | 994553 |
| BU ID | : | 1-MAIN |
| Case No. | : | 2:16-CV-4435-PA-MRW |
| Case Name | : | Universal Cable Productions v. Atlantic Specialty Ins Co |

Remit To:   **Bayside Reporting Company**
**3820 Del Amo Boulevard**
**Suite 222**
**Torrance, CA 90503**



**Worldwide · 24 Hours**
**(877) 702-9580**
**www.tsgreporting.com**

# INVOICE

DATE: 2/28/2017
INVOICE # 020817-345578

**Bill To:**    Toni Scott Reed
            Strasburger & Price, LLP
            901 Main Street
            Suite 6000
            Dallas, TX 75202



RECEIVED
MAR 0 6 2017
By_____

| | |
|---|---|
| **CASE:** | Universal Cable Productions LLC, et al. v. Atlantic Specialty Insurance Company |
| **WITNESS:** | Theresa A. Gooley Wolf |
| **DATE:** | 2/8/2017 |
| **LOCATION:** | Minneapolis, MN |

**Billing Comments / Instructions:**

| SHIP VIA | Overnight | TERMS | net 30 |
|---|---|---|---|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Certified Transcript | 305 | $3.35 | $1,021.75 |
| Certified Transcript - Evening Pages | 41 | $1.25 | $51.25 |
| Local Real-time Transcription | 305 | $1.50 | $457.50 |
| Rough Transcript | 305 | $1.50 | $457.50 |
| Compressed / ASCII / Word Index - Complimentary | 1 | $45.00 | $0.00 |
| Exhibits - Scanned & Hyperlinked - B&W | 122 | $0.25 | $30.50 |
| File Creation Fee - Hyperlinked Exhibits - Complimentary | 1 | $45.00 | $0.00 |
| | | **SUBTOTAL** | $2,018.50 |
| | | **SHIPPING & HANDLING** | $50.00 |
| | | **TOTAL** | $2,068.50 |

Please make all checks payable to: TSG Reporting, Inc.        Federal ID # 41-2085745
Remit to: TSG Reporting, Inc.  747 Third Avenue, Suite 10A  New York, NY 10017
For prompt payment processing, please include the invoice # with your check.  All balances in arrears will be assessed a late fee of
1.5% per month, not to exceed the legal limit.  If you have any questions, please call TSG.
**THANK YOU FOR YOUR BUSINESS!**

**Veritext Corporate Services, Inc.**

290 West Mt. Pleasant Ave, Suite 2260
Livingston NJ 07039
Tel. 973-410-4040 Fax. 973-410-1313
Fed. Tax ID: 20-3457913



| Bill To: | | | |
|---|---|---|---|
| | One Beacon Insurance Company | **Invoice #:** | CS2950851 |
| | 188 Inverness Drive West | **Invoice Date:** | 4/25/2017 |
| | Suite 600 | **Balance Due:** | $0.00 |
| | Englewood, CO, 80112 | | |

| | | | |
|---|---|---|---|
| **Case:** | Universal Cable Productions  v. Atlantic Specialty Insurance Company | **Adjuster:** | Aaron Stone |
| **Job #:** | 2588507 | Job Date: 4/14/2017 | Delivery: Normal | **Claim #:** | 0AB097918 |
| **Billing Atty:** | | **Matter ID:** | 22254 |
| **Location:** | Mitchell Silberberg & Knupp | | |
| | 11377 W. Olympic Blvd. | Room 700 | Los Angeles, CA 90064 | | |
| **Sched Atty:** | Michael Keeley | Strasburger & Price LLP | | |

| Witness | Description | Units | Quantity | Price | Amount |
|---|---|---|---|---|---|
| | Original with 1 Certified Transcript | Page | 454.00 | $4.25 | $1,929.50 |
| | Attendance Fee - Per Session | 1 | 3.00 | $35.00 | $105.00 |
| | Surcharge - Extended Hours | Page | 94.00 | $0.50 | $47.00 |
| | Exhibits | Per Page | 282.00 | $0.35 | $98.70 |
| | Realtime Services | Page | 454.00 | $1.55 | $703.70 |
| Andrea Garber | Rough Draft | Page | 454.00 | $1.55 | $703.70 |
| | Litigation Package | 1 | 1.00 | $39.00 | $39.00 |
| | Witness Read and Sign Services | 1 | 1.00 | $25.00 | $25.00 |
| | Equipment Rental | 1 | 1.00 | $200.00 | $200.00 |
| | Parking Expense | Per hour | 1.00 | $25.00 | $25.00 |
| | Shipping & Handling | Package | 2.00 | $29.50 | $59.00 |

| Notes: | | |
|---|---|---|
| | **Invoice Total:** | $3,935.60 |
| | **Payment:** | ($3,935.60) |
| | **Credit:** | $0.00 |
| | **Interest:** | $0.00 |
| | **Balance Due:** | $0.00 |

TERMS:   Payable upon receipt.  Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors.  No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

**To pay online, go to www.veritext.com**

Veritext accepts all major credit cards
(American Express, Mastercard, Visa, Discover)

**Please remit payment to:**
**Veritext**
P.O. Box 71303
Chicago IL 60694-1303

| **Invoice #:** | CS2950851 |
|---|---|
| **Job #:** | 2588507 |
| **Invoice Date:** | 4/25/2017 |
| **Balance:** | $0.00 |

## Veritext Corporate Services, Inc.

290 West Mt. Pleasant Ave, Suite 2260
Livingston NJ 07039
Tel. 973-410-4040 Fax. 973-410-1313
Fed. Tax ID: 20-3457913



| Bill To: | | Invoice #: | CS2950852 |
|---|---|---|---|
| One Beacon Insurance Company | | Invoice Date: | 4/25/2017 |
| 188 Inverness Drive West | | Balance Due: | $0.00 |
| Suite 600 | | | |
| Englewood, CO, 80112 | | | |

| | | | |
|---|---|---|---|
| **Case:** | Universal Cable Productions  v. Atlantic Specialty Insurance Company | **Claim #:** | 0AB097918 |
| **Job #:** | 2588512 | Job Date: 4/18/2017 | Delivery: Daily | **Matter ID:** | 22254 |
| **Billing Atty:** | | | |
| **Location:** | Mitchell Silberberg & Knupp | | |
| | 11377 W. Olympic Blvd. | Room 700 | Los Angeles, CA 90064 | | |
| **Sched Atty:** | Toni S. Reed, Esq | Strasburger & Price LLP | | |

| Witness | Description | Units | Quantity | Price | Amount |
|---|---|---|---|---|---|
| | Original with 1 Certified Transcript | Page | 467.00 | $4.25 | $1,984.75 |
| | Transcript - Fee for Daily | Page | 467.00 | $4.25 | $1,984.75 |
| | Attendance Fee - Per Session | 1 | 3.00 | $50.00 | $150.00 |
| | Surcharge - Extended Hours | Hour | 110.00 | $0.50 | $55.00 |
| | Exhibits | Per Page | 358.00 | $0.35 | $125.30 |
| Stephen Smith | Realtime Services | Page | 467.00 | $1.55 | $723.85 |
| | Litigation Package | 1 | 1.00 | $39.00 | $39.00 |
| | Witness Read and Sign Services | 1 | 1.00 | $25.00 | $25.00 |
| | Witness Read and Sign Services | 1 | 1.00 | $25.00 | $25.00 |
| | Equipment Rental | 1 | 1.00 | $200.00 | $200.00 |
| | Shipping & Handling | Package | 1.00 | $34.50 | $34.50 |

| Notes: | | | |
|---|---|---|---|
| | | **Invoice Total:** | $5,347.15 |
| | | **Payment:** | ($5,347.15) |
| | | **Credit:** | $0.00 |
| | | **Interest:** | $0.00 |
| | | **Balance Due:** | $0.00 |

TERMS:  Payable upon receipt.  Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors.  No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

**To pay online, go to
www.veritext.com**

4740   Veritext accepts all major credit cards
(American Express, Mastercard, Visa, Discover)

| Please remit payment to: | Invoice #: | CS2950852 |
|---|---|---|
| **Veritext** | Job #: | 2588512 |
| P.O. Box 71303 | Invoice Date: | 4/25/2017 |
| **Chicago IL 60694-1303** | Balance: | $0.00 |

## Veritext Corporate Services, Inc.

290 West Mt. Pleasant Ave, Suite 2260
Livingston NJ 07039
Tel. 973-410-4040 Fax. 973-410-1313
Fed. Tax ID: 20-3457913



**Bill To:**
One Beacon Insurance Company
188 Inverness Drive West
Suite 600
Englewood, CO, 80112

| | |
|---|---|
| **Invoice #:** | CS2946673 |
| **Invoice Date:** | 4/25/2017 |
| **Balance Due:** | $0.00 |

| | | | |
|---|---|---|---|
| **Case:** | Universal Cable Productions  v. Atlantic Specialty Insurance Company | **Adjuster:** | Aaron Stone |
| **Job #:** | 2598988 | Job Date: 4/19/2017 | Delivery: Daily | **Claim #:** | 0AB09791801 |
| **Billing Atty:** | | **Matter ID:** | 22254 |
| **Location:** | Mitchell Silberberg & Knupp | | |
| | 11377 W. Olympic Blvd. | Room 700 | Los Angeles, CA 90064 | | |
| **Sched Atty:** | Toni S. Reed, Esq | Strasburger & Price LLP | | |

| Witness | Description | Units | Quantity | Price | Amount |
|---|---|---|---|---|---|
| | Original with 1 Certified Transcript | Page | 86.00 | $4.25 | $365.50 |
| | Transcript - Fee for Daily | Page | 86.00 | $4.25 | $365.50 |
| | Attendance Fee - Per Session | 1 | 1.00 | $50.00 | $50.00 |
| | Exhibits | Per Page | 129.00 | $0.35 | $45.15 |
| Stephen Smith | Realtime Services | Page | 86.00 | $1.55 | $133.30 |
| | Litigation Package | 1 | 1.00 | $39.00 | $39.00 |
| | Witness Read and Sign Services | 1 | 1.00 | $25.00 | $25.00 |
| | Equipment Rental | 1 | 1.00 | $200.00 | $200.00 |
| | Parking Expense | Per hour | 1.00 | $18.00 | $18.00 |
| | Shipping & Handling | Package | 2.00 | $24.50 | $49.00 |

| Notes: | | |
|---|---|---|
| | **Invoice Total:** | $1,290.45 |
| | **Payment:** | ($1,290.45) |
| | **Credit:** | $0.00 |
| | **Interest:** | $0.00 |
| | **Balance Due:** | $0.00 |

TERMS: Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

**To pay online, go to**
**www.veritext.com**

Veritext accepts all major credit cards
(American Express, Mastercard, Visa, Discover)

**Please remit payment to:**
**Veritext**
**P.O. Box 71303**
**Chicago IL 60694-1303**

| | |
|---|---|
| **Invoice #:** | CS2946673 |
| **Job #:** | 2598988 |
| **Invoice Date:** | 4/25/2017 |
| **Balance:** | $0.00 |

4740

# Veritext Corporate Services, Inc.

290 West Mt. Pleasant Ave, Suite 2260
Livingston NJ 07039
Tel. 973-410-4040 Fax. 973-410-1313
Fed. Tax ID: 20-3457913



**Bill To:**
One Beacon Insurance Company
188 Inverness Drive West
Suite 600
Englewood, CO, 80112

| | |
|---|---|
| Invoice #: | CS2950855 |
| Invoice Date: | 4/25/2017 |
| Balance Due: | $0.00 |

| | | | |
|---|---|---|---|
| **Case:** | Universal Cable Productions v. Atlantic Specialty Insurance Company | **Adjuster:** | Aaron Stone |
| **Job #:** | 2590363 | Job Date: 4/18/2017 | Delivery: Daily | **Claim #:** | 0AB097918 |
| **Billing Atty:** | | **Matter ID:** | 22254 |
| **Location:** | Foley & Lardner | | |
| | 555 South Flower Street | Suite 3500 | Los Angeles, CA 90071 | | |
| **Sched Atty:** | Michael Keeley | Strasburger & Price LLP | | |

| Witness | Description | Units | Quantity | Price | Amount |
|---|---|---|---|---|---|
| Susan Weiss | Original with 1 Certified Transcript | Page | 304.00 | $4.25 | $1,292.00 |
| | Transcript - Fee for Daily | Page | 304.00 | $4.25 | $1,292.00 |
| | Attendance Fee - Per Session | 1 | 2.00 | $50.00 | $100.00 |
| | Surcharge - Extended Hours | Page | 40.00 | $0.50 | $20.00 |
| | Exhibits | Per Page | 377.00 | $0.35 | $131.95 |
| | Realtime Services | Page | 304.00 | $1.55 | $471.20 |
| | Litigation Package | 1 | 1.00 | $39.00 | $39.00 |
| | Witness Read and Sign Services | 1 | 1.00 | $25.00 | $25.00 |
| | Equipment Rental | 1 | 1.00 | $200.00 | $200.00 |
| | Shipping & Handling | Package | 1.00 | $42.43 | $42.43 |

| Notes: | | |
|---|---|---|
| | **Invoice Total:** | $3,613.58 |
| | **Payment:** | ($3,613.58) |
| | **Credit:** | $0.00 |
| | **Interest:** | $0.00 |
| | **Balance Due:** | $0.00 |

TERMS: Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

**To pay online, go to
www.veritext.com**

Veritext accepts all major credit cards
(American Express, Mastercard, Visa, Discover)

**Please remit payment to:
Veritext
P.O. Box 71303
Chicago IL 60694-1303**

| | |
|---|---|
| Invoice #: | CS2950855 |
| Job #: | 2590363 |
| Invoice Date: | 4/25/2017 |
| Balance: | $0.00 |

4740



**DEPOSITION SOLUTIONS**

*Invoice* **INV0995384**

2700 Centennial Tower
101 Marietta Street
Atlanta GA 30303
888-486-4044
www.esquiresolutions.com
Tax ID # 45-3463120

| | | | |
|---|---|---|---|
| **Date** | 5/22/2017 | **Client Number** | C08846 |
| **Terms** | Net 30 | **Esquire Office** | Dallas |
| **Due Date** | 6/21/2017 | **Proceeding Type** | Deposition |
| | | **Name of Insured** | |
| | | **Adjuster** | |
| | | **Firm Matter/File #** | |
| | | **Client Claim/Matter #** | |
| | | **Date of Loss** | |

**Bill To**
Strasburger & Price - Dallas
901 Main Street
Suite 6000
Dallas TX 75202

**Services Provided For**
Strasburger & Price - Dallas
Keeley, Michael
901 Main Street
Suite 4400
Dallas TX 75202

| Job Date | Job ID | Job Location | Case |
|---|---|---|---|
| 5/4/2017 | J0569780 | Dallas, TEXAS | UNIVERSAL CABLE PRODUCTIONS VS. ATLANTIC SPECIAL... |

| Description | Deponent | Qty | Unit Rate | Amount |
|---|---|---|---|---|
| TRANSCRIPT - O&1-VID-WI | MALIKA ADAMS | 126 | 0.00 | 0.00 |
| MINIMUM TRANSCRIPT FEE (150 PAGE MINIMUM) | MALIKA ADAMS | 1 | 1,650.00 | 1,650.00 |
| APP FEE: FULL DAY | MALIKA ADAMS | 1 | 450.00 | 450.00 |
| CONFERENCE ROOM | MALIKA ADAMS | 1 | 775.00 | 775.00 |
| TRAVEL CHARGE - CR | MALIKA ADAMS | 1 | 2,666.16 | 2,666.16 |
| (TRAIN, TAXIS, HOTELS, MEALS, FLIGHT) | | | | |
| TRAVEL CHARGE - CR (TRAVEL DAYS) | MALIKA ADAMS | 2 | 650.00 | 1,300.00 |
| CONDENSED TRANSCRIPT | MALIKA ADAMS | 1 | 30.00 | 30.00 |
| WITNESS READ & SIGN LETTER | MALIKA ADAMS | 1 | 0.00 | 0.00 |
| HANDLING FEE | MALIKA ADAMS | 1 | 25.00 | 25.00 |
| VIDEO CONFERENCING CONNECTION | MALIKA ADAMS | 3 | 135.00 | 405.00 |
| EQUIPMENT RENTAL: LAPTOP | MALIKA ADAMS | 1 | 125.00 | 125.00 |

*Representing Client: Strasburger & Price - Dallas*

| | |
|---|---|
| **Subtotal** | 7,426.16 |
| **Shipping Cost (FedEx)** | 47.50 |
| **Total** | 7,473.66 |
| **Amount Due** | $7,473.66 |

Attorney is responsible for payment of all charges incurred. Payment is due by "Due Date" shown on invoice. Failure to pay by "Due Date" may result in the assessment of a late fee. Transcript package typically includes transcript/word index, exhibits, appearance fee, condensed transcript, litigation support disk, shipping, video charges and may include other service charges based on job or region. Some services and rates may vary by job or region. Please contact your local office for specific detail and questions. Full Terms and Conditions are viewable online at www.esquiresolutions.com/invoice-terms. These stated terms and conditions, to the extent they contradict the rules and regulations in Arizona, do not apply. All aspects of this invoice and other business terms comply with the ethical obligations set forth in the AZ Code of Judicial Administration Section 7-206(J)(1)(g)(3) through (6).

---

Please detach and return this bottom portion with your payment or pay online at

**www.esquireconnect.com**

**Remit to:**
Esquire Deposition Solutions, LLC
P. O. Box 846099
Dallas, TX 75284-6099

| | |
|---|---|
| **Client Name** | Strasburger & Price - Dallas |
| **Client #** | C08846 |
| **Invoice #** | INV0995384 |
| **Invoice Date** | 5/22/2017 |
| **Due Date** | 6/21/2017 |
| **Amount Due** | $ 7,473.66 |



Worldwide - 24 Hours
(877) 702-9580
www.tsgreporting.com

# INVOICE

DATE: 5/30/2017
INVOICE # 050817-601389


RECEIVED
JUN 0 5 2017
By_____

**Bill To:**  Toni Scott Reed
Strasburger & Price, LLP
901 Main Street
Suite 6000
Dallas, TX 75202

| | |
|---|---|
| **CASE:** | Universal Cable Productions LLC, et al. v. Atlantic Specialty Insurance Company |
| **WITNESS:** | Pamela Johnson |
| **DATE:** | 5/8/2017 |
| **LOCATION:** | Minneapolis, MN |

**Billing Comments / Instructions:**

| SHIP VIA | Overnight | TERMS | net 30 |
|---|---|---|---|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Certified Transcript | 364 | $3.35 | $1,219.40 |
| Certified Transcript - Evening Pages | 32 | $1.25 | $40.00 |
| Local Real-time Transcription | 364 | $1.50 | $546.00 |
| Rough Transcript | 364 | $1.50 | $546.00 |
| Compressed / ASCII / Word Index - Complimentary | 1 | $45.00 | $0.00 |
| Exhibits - Scanned & Hyperlinked - B&W | 270 | $0.25 | $67.50 |
| File Creation Fee - Hyperlinked Exhibits - Complimentary | 1 | $45.00 | $0.00 |
| | | **SUBTOTAL** | $2,418.90 |
| | | **SHIPPING & HANDLING** | $25.00 |
| | | **TOTAL** | $2,443.90 |

Please make all checks payable to: TSG Reporting, Inc.      Federal ID # 41-2085745
Remit to: TSG Reporting, Inc.  747 Third Avenue, Suite 10A  New York, NY 10017
For prompt payment processing, please include the invoice # with your check.  All balances in arrears will be assessed a late fee of
1.5% per month, not to exceed the legal limit.  If you have any questions, please call TSG.
**THANK YOU FOR YOUR BUSINESS!**

 **Worldwide - 24 Hours**
(877) 702-9580
www.tsgreporting.com

**REPORTING**

 # INVOICE

**DATE:** 5/30/2017
**INVOICE #** 050917-468389

**Bill To:**     Toni Scott Reed
Strasburger & Price, LLP
901 Main Street
Suite 6000
Dallas, TX 75202



| **CASE:** | Universal Cable Productions LLC, et al. v. Atlantic Specialty Insurance Company |
| **WITNESS:** | Pamela Johnson |
| **DATE:** | 5/9/2017 |
| **LOCATION:** | Minneapolis, MN |

**Billing Comments / Instructions:**

| **SHIP VIA** | Overnight | **TERMS** | net 30 |
| --- | --- | --- | --- |

| **SERVICES** | **# PAGES / QTY** | **UNIT PRICE** | **AMOUNT** |
| --- | --- | --- | --- |
| Certified Transcript | 208 | $3.35 | $696.80 |
| Local Real-time Transcription | 208 | $1.50 | $312.00 |
| Rough Transcript | 208 | $1.50 | $312.00 |
| Compressed / ASCII / Word Index - Complimentary | 1 | $45.00 | $0.00 |
| Exhibits - Scanned & Hyperlinked - B&W | 261 | $0.25 | $65.25 |
| File Creation Fee - Hyperlinked Exhibits - Complimentary | 1 | $45.00 | $0.00 |
| | | **SUBTOTAL** | $1,386.05 |
| | | **SHIPPING & HANDLING** | $25.00 |
| | | **TOTAL** | $1,411.05 |

Please make all checks payable to: TSG Reporting, Inc.       Federal ID # 41-2085745
Remit to: TSG Reporting, Inc.  747 Third Avenue, Suite 10A  New York, NY 10017
For prompt payment processing, please include the invoice # with your check.  All balances in arrears will be assessed a late fee of
1.5% per month, not to exceed the legal limit.  If you have any questions, please call TSG.
**THANK YOU FOR YOUR BUSINESS!**



**Worldwide - 24 Hours**
**(877) 702-9580**
**www.tsgreporting.com**

**INVOICE**

DATE: 5/30/2017
INVOICE # 051017-468393

**Bill To:**   Michael Keeley Esq.
Strasburger & Price, LLP
901 Main Street
Suite 6000
Dallas, TX 75202

**CASE:**   Universal Cable Productions LLC, et al. v. Atlantic Specialty Insurance Company
**WITNESS:**   Aaron Stone (30B6: Atlantic Specialty Ins. Co.)
**DATE:**   5/10/2017
**LOCATION:**   Minneapolis, MN

**Billing Comments / Instructions:**

| SHIP VIA | Overnight | TERMS | net 30 |
|---|---|---|---|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Certified Transcript | 213 | $3.35 | $713.55 |
| Local Real-time Transcription | 213 | $1.50 | $319.50 |
| Rough Transcript | 213 | $1.50 | $319.50 |
| Compressed / ASCII / Word Index - Complimentary | 1 | $45.00 | $0.00 |
| Exhibits - Scanned & Hyperlinked - B&W | 314 | $0.25 | $78.50 |
| File Creation Fee - Hyperlinked Exhibits - Complimentary | 1 | $45.00 | $0.00 |
| | | SUBTOTAL | $1,431.05 |
| | | SHIPPING & HANDLING | $25.00 |
| | | TOTAL | $1,456.05 |

Please make all checks payable to: TSG Reporting, Inc.       Federal ID # 41-2085745
Remit to: TSG Reporting, Inc.  747 Third Avenue, Suite 10A  New York, NY 10017
For prompt payment processing, please include the invoice # with your check. All balances in arrears will be assessed a late fee of
1.5% per month, not to exceed the legal limit. If you have any questions, please call TSG.
**THANK YOU FOR YOUR BUSINESS!**



**Worldwide – 24 Hours**
**(877) 702-9580**
**www.tsgreporting.com**



**DATE:** 5/30/2017
**INVOICE #** 051117-468397

**Bill To:**  Michael Keeley Esq.
Strasburger & Price, LLP
901 Main Street
Suite 6000
Dallas, TX 75202

**CASE:** Universal Cable Productions LLC, et al. v. Atlantic Specialty Insurance Company
**WITNESS:** Sean Duffy
**DATE:** 5/11/2017
**LOCATION:** Minneapolis, MN

**Billing Comments / Instructions:**

| SHIP VIA | Overnight | TERMS | net 30 |
|---|---|---|---|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Certified Transcript | 270 | $3.35 | $904.50 |
| Local Real-time Transcription | 270 | $1.50 | $405.00 |
| Rough Transcript | 270 | $1.50 | $405.00 |
| Compressed / ASCII / Word Index - Complimentary | 1 | $45.00 | $0.00 |
| Exhibits - Scanned & Hyperlinked - B&W | 458 | $0.25 | $114.50 |
| File Creation Fee - Hyperlinked Exhibits - Complimentary | 1 | $45.00 | $0.00 |
| | | SUBTOTAL | $1,829.00 |
| | | SHIPPING & HANDLING | $50.00 |
| | | TOTAL | $1,879.00 |

Please make all checks payable to: TSG Reporting, Inc.      Federal ID # 41-2085745
Remit to: TSG Reporting, Inc.  747 Third Avenue, Suite 10A  New York, NY 10017
For prompt payment processing, please include the invoice # with your check. All balances in arrears will be assessed a late fee of
1.5% per month, not to exceed the legal limit. If you have any questions, please call TSG.
**THANK YOU FOR YOUR BUSINESS!**

## Veritext Corporate Services, Inc.

290 West Mt. Pleasant Ave, Suite 2260
Livingston NJ 07039
Tel. 973-410-4040 Fax. 973-410-1313
Fed. Tax ID: 20-3457913



| Bill To: | Aaron Stone | | Invoice #: | CS2977109 |
|---|---|---|---|---|
| | One Beacon Insurance Company | | Invoice Date: | 5/24/2017 |
| | 188 Inverness Drive West | | Balance Due: | $5,142.15 |
| | Suite 600 | | | |
| | Englewood, CO, 80112 | | | |

| Case: | Universal Cable Productions v. Atlantic Specialty Insurance Company | Adjuster: | Aaron Stone |
|---|---|---|---|
| Job #: | 2615828 | Job Date: 5/15/2017 | Delivery: Expedited | Claim #: | 0AB097918 |
| Billing Atty: | Aaron Stone | Matter ID: | 22254 |
| Location: | Mitchell Silberberg & Knupp | | |
| | 11377 W. Olympic Blvd. | Room 700 | Los Angeles, CA 90064 | | |
| Sched Atty: | Toni S. Reed, Esq | Strasburger & Price LLP | | |

| Witness | Description | Amount |
|---|---|---|
| | Transcript Services | $1,953.75 |
| | Transcript - Expedited Fee | $1,119.45 |
| | Professional Attendance | $150.00 |
| Robert Wunderlich, Ph.D. | Exhibit Management | $508.55 |
| | Realtime Services | $680.45 |
| | Rough Draft | $680.45 |
| | Delivery and Handling | $49.50 |

| Notes: | | Invoice Total: | $5,142.15 |
|---|---|---|---|
| | | Payment: | $0.00 |
| | | Credit: | $0.00 |
| | | Interest: | $0.00 |
| | | Balance Due: | $5,142.15 |

TERMS:   Payable upon receipt.  Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors.  No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

| To pay online, go to www.veritext.com | Please remit payment to: | Invoice #: | CS2977109 |
|---|---|---|---|
| | Veritext | Job #: | 2615828 |
| | P.O. Box 71303 | Invoice Date: | 5/24/2017 |
| Veritext accepts all major credit cards (American Express, Mastercard, Visa, Discover) | Chicago IL 60694-1303 | Balance: | $5,142.15 |

4740



**Worldwide - 24 Hours**
**(877) 702-9580**
**www.tsgreporting.com**

**REPORTING**

# INVOICE

**DATE:** 6/7/2017
**INVOICE #** 051717-468588

**Bill To:**   Michael Keeley Esq.
Strasburger & Price, LLP
901 Main Street
Suite 6000
Dallas, TX 75202

**CASE:** Universal Cable Productions LLC, et al. v. Atlantic Specialty Insurance Company
**WITNESS:** Dennis Crosby / Dennis Crosby (30b6)
**DATE:** 5/17/2017
**LOCATION:** Alpharetta, GA

**Billing Comments / Instructions:**

| SHIP VIA | Overnight | TERMS | net 30 |
|---|---|---|---|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Certified Transcript | 266 | $3.35 | $891.10 |
| Certified Transcript - 2 Day Delivery | 266 | $3.50 | $931.00 |
| Local Real-time Transcription | 266 | $1.50 | $399.00 |
| Rough Transcript | 266 | $1.50 | $399.00 |
| Compressed / ASCII / Word Index - Complimentary | 2 | $45.00 | $0.00 |
| Exhibits - Scanned & Hyperlinked - B&W | 142 | $0.25 | $35.50 |
| File Creation Fee - Hyperlinked Exhibits - Complimentary | 1 | $45.00 | $0.00 |
| | | SUBTOTAL | $2,655.60 |
| | | SHIPPING & HANDLING | $25.00 |
| | | TOTAL | $2,680.60 |

Please make all checks payable to: TSG Reporting, Inc.      Federal ID # 41-2085745
Remit to: TSG Reporting, Inc.  747 Third Avenue, Suite 10A  New York, NY 10017
For prompt payment processing, please include the invoice # with your check. All balances in arrears will be assessed a late fee of
1.5% per month, not to exceed the legal limit. If you have any questions, please call TSG.
**THANK YOU FOR YOUR BUSINESS!**

# Veritext Corporate Services, Inc.

290 West Mt. Pleasant Ave, Suite 2260
Livingston NJ 07039
Tel. 973-410-4040 Fax. 973-410-1313
Fed. Tax ID: 20-3457913



**Bill To:**

| | |
|---|---|
| One Beacon Insurance Company | |
| 188 Inverness Drive West | |
| Suite 600 | |
| Englewood, CO, 80112 | |

| | |
|---|---|
| **Invoice #:** | CS2978031 |
| **Invoice Date:** | 5/24/2017 |
| **Balance Due:** | $0.00 |

| | | | |
|---|---|---|---|
| **Case:** | Universal Cable Productions  v. Atlantic Specialty Insurance Company | **Adjuster:** | Aaron Stone |
| **Job #:** | 2615837 | Job Date: 5/17/2017 | Delivery: Expedited | **Claim #:** | 0AB097918 |
| **Billing Atty:** | | **Matter ID:** | 22254 |
| **Location:** | Mitchell Silberberg & Knupp | | |
| | 11377 W. Olympic Blvd. | Room 700 | Los Angeles, CA 90064 | | |
| **Sched Atty:** | Toni S. Reed, Esq | Strasburger & Price LLP | | |

| Witness | Description | Units | Quantity | Price | Amount |
|---|---|---|---|---|---|
| | Original with 1 Certified Transcript | Page | 451.00 | $4.25 | $1,916.75 |
| | Transcript - Expedited Fee | Page | 451.00 | $3.96 | $1,785.96 |
| | Attendance Fee - Per Session | 1 | 3.00 | $50.00 | $150.00 |
| | Surcharge - Extended Hours | Hour | 135.00 | $0.50 | $67.50 |
| Kurt Ford | Exhibits | Per Page | 252.00 | $0.35 | $88.20 |
| | Realtime Services | Page | 451.00 | $1.55 | $699.05 |
| | Litigation Package | 1 | 1.00 | $39.00 | $39.00 |
| | Parking Expense | Per hour | 1.00 | $15.00 | $15.00 |
| | Shipping & Handling | Package | 1.00 | $52.24 | $52.24 |

| Notes: | | |
|---|---|---|
| | **Invoice Total:** | $4,813.70 |
| | **Payment:** | ($4,813.70) |
| | **Credit:** | $0.00 |
| | **Interest:** | $0.00 |
| | **Balance Due:** | $0.00 |

TERMS:   Payable upon receipt.  Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors.  No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

**To pay online, go to
www.veritext.com**

Veritext accepts all major credit cards
(American Express, Mastercard, Visa, Discover)

**Please remit payment to:
Veritext
P.O. Box 71303
Chicago IL 60694-1303**

| | |
|---|---|
| **Invoice #:** | CS2978031 |
| **Job #:** | 2615837 |
| **Invoice Date:** | 5/24/2017 |
| **Balance:** | $0.00 |

4740

## Veritext Corporate Services, Inc.

290 West Mt. Pleasant Ave, Suite 2260
Livingston NJ 07039
Tel. 973-410-4040 Fax. 973-410-1313
Fed. Tax ID: 20-3457913



| | |
|---|---|
| **Bill To:** | |
| One Beacon Insurance Company | |
| 188 Inverness Drive West | |
| Suite 600 | |
| Englewood, CO, 80112 | |

| Invoice #: | CS2985383 |
|---|---|
| Invoice Date: | 5/31/2017 |
| Balance Due: | $2,609.44 |

| | |
|---|---|
| **Case:** | Universal Cable Productions  v. Atlantic Specialty Insurance Company |
| **Job #:** | 2615849 \| Job Date: 5/18/2017 \| Delivery: Normal |
| **Billing Atty:** | |
| **Location:** | Mitchell Silberberg & Knupp |
| | 11377 W. Olympic Blvd. \| Room 700 \| Los Angeles, CA 90064 |
| **Sched Atty:** | Joseph A. Turano, Esq. \| Strasburger & Price LLP |

| Adjuster: | Aaron Stone |
|---|---|
| Claim #: | 0AB097918 |
| Matter ID: | 22254 |

| Witness | Description | Units | Quantity | Price | Amount |
|---|---|---|---|---|---|
| | Original with 1 Certified Transcript | Page | 360.00 | $4.25 | $1,530.00 |
| | Attendance Fee - Per Session | 1 | 3.00 | $50.00 | $150.00 |
| | Exhibits | Per Page | 224.00 | $0.35 | $78.40 |
| | Rough Draft | Page | 360.00 | $1.55 | $558.00 |
| Matthew Levitt | Surcharge-Expert/Medical/Technical | Page | 360.00 | $0.50 | $180.00 |
| | Litigation Package | 1 | 1.00 | $39.00 | $39.00 |
| | Parking Expense | Per hour | 1.00 | $26.00 | $26.00 |
| | Shipping & Handling | Package | 1.00 | $48.04 | $48.04 |

| Notes: | | |
|---|---|---|
| | Invoice Total: | $2,609.44 |
| | Payment: | $0.00 |
| | Credit: | $0.00 |
| | Interest: | $0.00 |
| | Balance Due: | $2,609.44 |

TERMS: Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

**To pay online, go to
www.veritext.com**

Veritext accepts all major credit cards
(American Express, Mastercard, Visa, Discover)

**Please remit payment to:
Veritext
P.O. Box 71303
Chicago IL 60694-1303**

| Invoice #: | CS2985383 |
|---|---|
| Job #: | 2615849 |
| Invoice Date: | 5/31/2017 |
| Balance: | $2,609.44 |

4740

# INVOICE

**Bayside Reporting Company**

3820 Del Amo Boulevard, Suite 222
Torrance, California 90503
P: (310) 622-9674 ~ F: (310) 214-1405
www.baysidedepo.com

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 9023 | 5/26/2017 | 994838 |
| **Job Date** | **Case No.** | |
| 5/19/2017 | 2:16-CV-4435-PA-MRW | |
| **Case Name** | | |
| Universal Cable Productions v. Atlantic Specialty Ins Co | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Toni Scott Reed
Strasburger & Price, LLP
901 Main Street
Suite 6000
Dallas, TX  75202-3794

| 1 CERTIFIED TRANSCRIPT OF: | | | | | |
|---|---|---|---|---|---|
| Peter Williams | 145.00 | Pages | @ | 3.25 | 471.25 |
| Processing, Shipping, & Handling | 1.00 | | @ | 75.00 | 75.00 |
| Mini/Index/ASCII/Scan | 1.00 | | @ | 75.00 | 75.00 |
| B&W Exhibits | 296.00 | Pages | @ | 0.50 | 148.00 |
| Rough Draft | 138.00 | Pages | @ | 2.00 | 276.00 |
| Realtime Hookup | 137.00 | Pages | @ | 1.75 | 239.75 |
| Laptop use fee | 1.00 | | @ | 25.00 | 25.00 |

| | |
|---|---|
| TOTAL DUE  >>> | **$1,310.00** |
| AFTER 6/25/2017  PAY | $1,441.00 |
| (-) Payments/Credits: | 0.00 |
| (+) Finance Charges/Debits: | 0.00 |
| (=) New Balance: | **$1,310.00** |

Tax ID: 46-5109643

*Please detach bottom portion and return with payment.*

Toni Scott Reed
Strasburger & Price, LLP
901 Main Street
Suite 6000
Dallas, TX  75202-3794

| | | |
|---|---|---|
| Invoice No. | : | 9023 |
| Invoice Date | : | 5/26/2017 |
| **Total Due** | : | **$1,310.00** |

| | | |
|---|---|---|
| Remit To: | **Bayside Reporting Company** | |
| | **3820 Del Amo Boulevard** | |
| | **Suite 222** | |
| | **Torrance, CA  90503** | |

| | | |
|---|---|---|
| Job No. | : | 994838 |
| BU ID | : | 1-MAIN |
| Case No. | : | 2:16-CV-4435-PA-MRW |
| Case Name | : | Universal Cable Productions v. Atlantic Specialty Ins Co |



**Worldwide - 24 Hours**
**(877) 702-9580**
**www.tsgreporting.com**

# INVOICE

**DATE:** 5/31/2017
**INVOICE #** 052217-468505

**Bill To:**

Joseph A. Turano
Strasburger & Price, LLP
901 Main Street
Suite 6000
Dallas, TX 75202

**CASE:** Universal Cable Productions LLC, et al. v. Atlantic Specialty Insurance Company
**WITNESS:** Dr. Ingrid Detter de Frankopan
**DATE:** 5/22/2017
**LOCATION:** London, United Kingdom

**Billing Comments / Instructions:**

| SHIP VIA | Overnight | TERMS | net 30 |
|---|---|---|---|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Certified Transcript | 276 | $3.95 | $1,090.20 |
| Certified Transcript - 2 Day Delivery | 276 | $4.50 | $1,242.00 |
| Certified Transcript - Evening Pages | 75 | $1.25 | $93.75 |
| Rough Transcript | 276 | $3.00 | $828.00 |
| Compressed / ASCII / Word Index - Complimentary | 1 | $45.00 | $0.00 |
| Exhibits - Scanned & Hyperlinked - B&W | 156 | $0.25 | $39.00 |
| File Creation Fee - Hyperlinked Exhibits - Complimentary | 1 | $45.00 | $0.00 |
| | | SUBTOTAL | $3,292.95 |
| | | SHIPPING & HANDLING | $50.00 |
| | | TOTAL | $3,342.95 |

Please make all checks payable to: TSG Reporting, Inc.      Federal ID # 41-2085745
Remit to: TSG Reporting, Inc.  747 Third Avenue, Suite 10A  New York, NY 10017
For prompt payment processing, please include the invoice # with your check.  All balances in arrears will be assessed a late fee of
1.5% per month, not to exceed the legal limit.  If you have any questions, please call TSG.
**THANK YOU FOR YOUR BUSINESS!**

## Veritext Corporate Services, Inc.

290 West Mt. Pleasant Ave, Suite 2260
Livingston NJ 07039
Tel. 973-410-4040 Fax. 973-410-1313
Fed. Tax ID: 20-3457913



| Bill To: | Aaron Stone | | |
|---|---|---|---|
| | One Beacon Insurance Company | **Invoice #:** | CS2981238 |
| | 188 Inverness Drive West | **Invoice Date:** | 5/25/2017 |
| | Suite 600 | **Balance Due:** | $2,482.77 |
| | Englewood, CO, 80112 | | |

| Case: | Universal Cable Productions  v. Atlantic Specialty Insurance Company | Adjuster: | Aaron Stone |
|---|---|---|---|
| Job #: | 2618589 | Job Date: 5/23/2017 | Delivery: Daily | Claim #: | 0AB097918 |
| Billing Atty: | Aaron Stone | Matter ID: | 22254 |
| Location: | Mitchell Silberberg & Knupp | | |
| | 11377 W. Olympic Blvd. | Room 700 | Los Angeles, CA 90064 | | |
| Sched Atty: | Michael  Keeley | Strasburger & Price LLP | | |

| Witness | Description | Amount |
|---|---|---|
| | Transcript Services | $668.00 |
| | Transcript - Fee for Daily | $629.00 |
| | Professional Attendance | $100.00 |
| Barbara-Ann Markus-Caffrey | Exhibit Management | $59.50 |
| | Realtime Services | $229.40 |
| | Rough Draft | $229.40 |
| | Delivery and Handling | $44.87 |
| | Transcript Services | $144.50 |
| | Transcript - Fee for Daily | $144.50 |
| Barbara-Ann Markus-Caffrey 30 (b) (6) | Exhibit Management | $53.20 |
| | Realtime Services | $52.70 |
| | Rough Draft | $52.70 |
| | Professional Attendance | $60.00 |
| | Expenses | $15.00 |

**To pay online, go to**
**www.veritext.com**

Veritext accepts all major credit cards
(American Express, Mastercard, Visa, Discover)

4740

**Please remit payment to:**
**Veritext**
**P.O. Box 71303**
**Chicago IL 60694-1303**

| Invoice #: | CS2981238 |
|---|---|
| Job #: | 2618589 |
| Invoice Date: | 5/25/2017 |
| Balance: | $2,482.77 |

## Veritext Corporate Services, Inc.

290 West Mt. Pleasant Ave, Suite 2260
Livingston NJ 07039
Tel. 973-410-4040 Fax. 973-410-1313
Fed. Tax ID: 20-3457913



| Notes: | | |
|---|---|---|
| | **Invoice Total:** | $2,482.77 |
| | **Payment:** | $0.00 |
| | **Credit:** | $0.00 |
| | **Interest:** | $0.00 |
| | **Balance Due:** | $2,482.77 |

TERMS:   Payable upon receipt.  Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days **agree** to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors.  No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

**To pay online, go to
www.veritext.com**

Veritext accepts all major credit cards
(American Express, Mastercard, Visa, Discover)

**Please remit payment to:
Veritext
P.O. Box 71303
Chicago IL 60694-1303**

| Invoice #: | CS2981238 |
|---|---|
| Job #: | 2618589 |
| Invoice Date: | 5/25/2017 |
| Balance: | $2,482.77 |

4740

# INVOICE

**Bayside Reporting Company**

3820 Del Amo Boulevard, Suite 222
Torrance, California 90503
P: (310) 622-9674 ~ F: (310) 214-1405
www.baysidedepo.com

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 9043 | 6/6/2017 | 994849 |
| **Job Date** | **Case No.** | |
| 5/23/2017 | 2:16-CV-4435-PA-MRW | |
| **Case Name** | | |
| Universal Cable Productions v. Atlantic Specialty Ins Co | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Carla Crapster
Strasburger & Price, LLP
901 Main Street
Suite 6000
Dallas, TX  75202-3794

| 1 CERTIFIED TRANSCRIPT OF: | | | | | |
|---|---|---|---|---|---|
| Jay Shapiro | 188.00 | Pages | @ | 3.25 | 611.00 |
| Processing, Shipping, & Handling | 1.00 | | @ | 75.00 | 75.00 |
| Mini/Index/ASCII/Scan | 1.00 | | @ | 75.00 | 75.00 |
| Rough Draft | 187.00 | Pages | @ | 1.50 | 280.50 |
| Realtime Hookup | 187.00 | Pages | @ | 1.75 | 327.25 |
| Laptop use fee | 1.00 | | @ | 25.00 | 25.00 |
| B&W Exhibits | 178.00 | Pages | @ | 0.50 | 89.00 |
| Prev Marked Exhibits- B&W | 55.00 | Pages | @ | 0.30 | 16.50 |

| | |
|---|---|
| **TOTAL DUE >>>** | **$1,499.25** |
| AFTER 7/6/2017  PAY | $1,649.18 |
| (-) Payments/Credits: | 0.00 |
| (+) Finance Charges/Debits: | 0.00 |
| **(=) New Balance:** | **$1,499.25** |

**Tax ID:** 46-5109643

*Please detach bottom portion and return with payment.*

Carla Crapster
Strasburger & Price, LLP
901 Main Street
Suite 6000
Dallas, TX  75202-3794

| | | |
|---|---|---|
| Invoice No. | : | 9043 |
| Invoice Date | : | 6/6/2017 |
| **Total Due** | : | **$1,499.25** |

Remit To:  **Bayside Reporting Company**
**3820 Del Amo Boulevard**
**Suite 222**
**Torrance, CA  90503**

| | | |
|---|---|---|
| Job No. | : | 994849 |
| BU ID | : | 1-MAIN |
| Case No. | : | 2:16-CV-4435-PA-MRW |
| Case Name | : | Universal Cable Productions v. Atlantic Specialty Ins Co |

**Veritext Corporate Services, Inc.**

290 West Mt. Pleasant Ave, Suite 2260
Livingston NJ 07039
Tel. 973-410-4040 Fax. 973-410-1313
Fed. Tax ID: 20-3457913



| | |
|---|---|
| **Bill To:** Aaron Stone | |
| One Beacon Insurance Company | **Invoice #:** CS2984028 |
| 188 Inverness Drive West | **Invoice Date:** 5/30/2017 |
| Suite 600 | **Balance Due:** $3,197.42 |
| Englewood, CO, 80112 | |

| | | | |
|---|---|---|---|
| **Case:** | Universal Cable Productions v. Atlantic Specialty Insurance Company | **Adjuster:** | Aaron Stone |
| **Job #:** | 2618596 \| Job Date: 5/24/2017 \| Delivery: Expedited | **Claim #:** | 0AB097918 |
| **Billing Atty:** | Aaron Stone | **Matter ID:** | 22254 |
| **Location:** | Mitchell Silberberg & Knupp | | |
| | 11377 W. Olympic Blvd. \| Room 700 \| Los Angeles, CA 90064 | | |
| **Sched Atty:** | Toni S. Reed, Esq \| Strasburger & Price LLP | | |

| Witness | Description | Units | Quantity | Price | Amount |
|---|---|---|---|---|---|
| | Original with 1 Certified Transcript | Page | 258.00 | $4.25 | $1,096.50 |
| | Transcript - Expedited Fee | Page | 258.00 | $3.82 | $985.56 |
| | Attendance Fee - Per Session | 1 | 2.00 | $50.00 | $100.00 |
| Randi Richmond | Exhibits | Per Page | 387.00 | $0.35 | $135.45 |
| | Realtime Services | Page | 258.00 | $1.55 | $399.90 |
| | Litigation Package | 1 | 1.00 | $39.00 | $39.00 |
| | Shipping & Handling | Package | 1.00 | $50.83 | $50.83 |
| | Original with 1 Certified Transcript | Page | 39.00 | $4.25 | $165.75 |
| Randi Richmond 30(B)(6) | Transcript - Expedited Fee | Page | 39.00 | $3.82 | $148.98 |
| | Realtime Services | Page | 39.00 | $1.55 | $60.45 |
| | Parking Expense | Per hour | 1.00 | $15.00 | $15.00 |

| Notes: | | |
|---|---|---|
| | **Invoice Total:** | $3,197.42 |
| | **Payment:** | $0.00 |
| | **Credit:** | $0.00 |
| | **Interest:** | $0.00 |
| | **Balance Due:** | $3,197.42 |

TERMS: Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

**To pay online, go to**
**www.veritext.com**

Veritext accepts all major credit cards
(American Express, Mastercard, Visa, Discover)

**Please remit payment to:**
**Veritext**
P.O. Box 71303
Chicago IL 60694-1303

| | |
|---|---|
| **Invoice #:** | CS2984028 |
| **Job #:** | 2618596 |
| **Invoice Date:** | 5/30/2017 |
| **Balance:** | $3,197.42 |

4740

## Veritext Corporate Services, Inc.

290 West Mt. Pleasant Ave, Suite 2260
Livingston NJ 07039
Tel. 973-410-4040 Fax. 973-410-1313
Fed. Tax ID: 20-3457913



| Bill To: | Billing Department<br>One Beacon Insurance Company<br>188 Inverness Drive West<br>Suite 600<br>Englewood, CO, 80112 | Invoice #: | CS2987460 |
|---|---|---|---|
| | | Invoice Date: | 6/5/2017 |
| | | Balance Due: | $1,895.23 |

| Case: | Universal Cable Productions v. Atlantic Specialty Insurance Company | Adjuster: | Aaron Stone |
|---|---|---|---|
| Job #: | 2618603 | Job Date: 5/25/2017 | Delivery: Daily | Claim #: | 0AB097918 |
| Billing Atty: | Billing Department | Matter ID: | 22254 |
| Location: | Mitchell Silberberg & Knupp | | |
| | 11377 W. Olympic Blvd. | Room 700 | Los Angeles, CA 90064 | | |
| Sched Atty: | Michael Keeley | Strasburger & Price LLP | | |

| Witness | Description | Amount |
|---|---|---|
| Mark Binke | Transcript Services | $693.50 |
| | Transcript - Fee for Daily | $654.50 |
| | Professional Attendance | $50.00 |
| | Exhibit Management | $1.05 |
| | Realtime Services | $238.70 |
| | Delivery and Handling | $36.38 |
| Mark Binke 30(B)(6) | Transcript Services | $93.50 |
| | Transcript - Fee for Daily | $93.50 |
| | Realtime Services | $34.10 |
| | Expenses | $0.00 |

| Notes: | Invoice Total: | $1,895.23 |
|---|---|---|
| | Payment: | $0.00 |
| | Credit: | $0.00 |
| | Interest: | $0.00 |
| | Balance Due: | $1,895.23 |

TERMS: Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

**To pay online, go to**
**www.veritext.com**

Veritext accepts all major credit cards
(American Express, Mastercard, Visa, Discover)

**Please remit payment to:**
**Veritext**
**P.O. Box 71303**
**Chicago IL 60694-1303**

| Invoice #: | CS2987460 |
|---|---|
| Job #: | 2618603 |
| Invoice Date: | 6/5/2017 |
| Balance: | $1,895.23 |

4740

## Veritext Corporate Services, Inc.

290 West Mt. Pleasant Ave, Suite 2260
Livingston NJ 07039
Tel. 973-410-4040 Fax. 973-410-1313
Fed. Tax ID: 20-3457913



| Bill To: | Billing Department<br>One Beacon Insurance Company<br>188 Inverness Drive West<br>Suite 600<br>Englewood, CO, 80112 | | Invoice #: | CS2989634 |
|---|---|---|---|---|
| | | | Invoice Date: | 6/13/2017 |
| | | | Balance Due: | $2,799.88 |

| Case: | Universal Cable Productions v. Atlantic Specialty Insurance Company | Adjuster: | Aaron Stone |
|---|---|---|---|
| Job #: | 2618613 | Job Date: 5/26/2017 | Delivery: Expedited | Claim #: | 0AB097918 |
| Billing Atty: | Billing Department | Matter ID: | 22254 |
| Location: | Wiggin & Dana | | |
| | 265 Church Street  #14,  | One Century Tower | New Haven, CT 06508 | | |
| Sched Atty: | Toni S. Reed, Esq | Strasburger & Price LLP | | |

| Witness | Description | Amount |
|---|---|---|
| Harold H. Koh | Transcript Services | $998.85 |
| | Transcript - Expedited Fee | $862.65 |
| | Professional Attendance | $100.00 |
| | Exhibit Management | $43.05 |
| | Realtime Services | $376.65 |
| | Rough Draft | $376.65 |
| | Delivery and Handling | $42.03 |

| Notes: | | |
|---|---|---|
| | Invoice Total: | $2,799.88 |
| | Payment: | $0.00 |
| | Credit: | $0.00 |
| | Interest: | $0.00 |
| | Balance Due: | $2,799.88 |

TERMS:   Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors.  No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

**To pay online, go to**
**www.veritext.com**

Veritext accepts all major credit cards
(American Express, Mastercard, Visa, Discover)

Please remit payment to:
Veritext
P.O. Box 71303
Chicago IL 60694-1303

| Invoice #: | CS2989634 |
|---|---|
| Job #: | 2618613 |
| Invoice Date: | 6/13/2017 |
| Balance: | $2,799.88 |

4740

## Veritext Corporate Services, Inc.

290 West Mt. Pleasant Ave, Suite 2260
Livingston NJ 07039
Tel. 973-410-4040 Fax. 973-410-1313
Fed. Tax ID: 20-3457913



| | | |
|---|---|---|
| **Bill To:** Billing Department | **Invoice #:** | CS2989652 |
| One Beacon Insurance Company | **Invoice Date:** | 6/13/2017 |
| 188 Inverness Drive West | **Balance Due:** | $1,859.63 |
| Suite 600 | | |
| Englewood, CO, 80112 | | |

| | | | |
|---|---|---|---|
| **Case:** | Universal Cable Productions v. Atlantic Specialty Insurance Company | **Adjuster:** | Aaron Stone |
| **Job #:** | 2623182 | Job Date: 5/26/2017 | Delivery: Daily | **Claim #:** | 0AB097918 |
| **Billing Atty:** | Billing Department | **Matter ID:** | 22254 |
| **Location:** | Mitchell Silberberg & Knupp | | |
| | 1818 N Street N.W., | 8th FL | Washington, DC 20036 | | |
| **Sched Atty:** | Joseph A. Turano, Esq. | Strasburger & Price LLP | | |

| Witness | Description | Amount |
|---|---|---|
| | Transcript Services | $924.60 |
| | Transcript - Fee for Daily | $777.60 |
| Dennis B. Ross | Professional Attendance | $100.00 |
| | Exhibit Management | $15.40 |
| | Delivery and Handling | $42.03 |

| Notes: | | |
|---|---|---|
| | **Invoice Total:** | $1,859.63 |
| | **Payment:** | $0.00 |
| | **Credit:** | $0.00 |
| | **Interest:** | $0.00 |
| | **Balance Due:** | $1,859.63 |

TERMS:   Payable upon receipt.  Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors.  No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

**To pay online, go to
www.veritext.com**

Veritext accepts all major credit cards
(American Express, Mastercard, Visa, Discover)

**Please remit payment to:
Veritext
P.O. Box 71303
Chicago IL 60694-1303**

| | |
|---|---|
| Invoice #: | CS2989652 |
| Job #: | 2623182 |
| Invoice Date: | 6/13/2017 |
| Balance: | $1,859.63 |

4740



# INVOICE

**DATE:** 6/12/2017
**INVOICE #** 053017-601639

**Bill To:**  Michael Keeley Esq.
Strasburger & Price, LLP
901 Main Street
Suite 6000
Dallas, TX 75202

**CASE:** Universal Cable Productions LLC, et al. v. Atlantic Specialty Insurance Company
**WITNESS:** Martin K. Ridgers
**DATE:** 5/30/2017
**LOCATION:** New York, NY

**Billing Comments / Instructions:**

| SHIP VIA | Overnight | TERMS | net 30 |
|---|---|---|---|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Certified Transcript | 299 | $3.35 | $1,001.65 |
| Certified Transcript - 2 Day Delivery | 299 | $2.85 | $852.15 |
| Certified Transcript - Evening Pages | 56 | $1.25 | $70.00 |
| Local Real-time Transcription | 299 | $1.65 | $493.35 |
| Rough Transcript | 299 | $1.65 | $493.35 |
| Compressed / ASCII / Word Index - Complimentary | 1 | $45.00 | $0.00 |
| Exhibits - Scanned & Hyperlinked - B&W | 392 | $0.25 | $98.00 |
| File Creation Fee - Hyperlinked Exhibits - Complimentary | 1 | $45.00 | $0.00 |
| | | SUBTOTAL | $3,008.50 |
| | | SHIPPING & HANDLING | $32.50 |
| | | TOTAL | $3,041.00 |

Please make all checks payable to: TSG Reporting, Inc.       Federal ID # 41-2085745
Remit to: TSG Reporting, Inc.  747 Third Avenue, Suite 10A  New York, NY 10017
For prompt payment processing, please include the invoice # with your check.  All balances in arrears will be assessed a late fee of
1.5% per month, not to exceed the legal limit.  If you have any questions, please call TSG.
**THANK YOU FOR YOUR BUSINESS!**

 **Worldwide - 24 Hours**
**(877) 702-9580**
**www.tsgreporting.com**

 **INVOICE**

DATE: 6/12/2017
INVOICE # 053117-601643

**Bill To:**    Michael Keeley Esq.
Strasburger & Price, LLP
901 Main Street
Suite 6000
Dallas, TX 75202

**CASE:** Universal Cable Productions LLC, et al. v. Atlantic Specialty Insurance Company
**WITNESS:** Wanda Phillips
**DATE:** 5/31/2017
**LOCATION:** New York, NY

**Billing Comments / Instructions:**

| SHIP VIA | Overnight | TERMS | net 30 |
|---|---|---|---|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Certified Transcript | 304 | $3.35 | $1,018.40 |
| Certified Transcript - Daily Delivery | 304 | $3.35 | $1,018.40 |
| Certified Transcript - Evening Pages | 71 | $1.25 | $88.75 |
| Local Real-time Transcription | 304 | $1.65 | $501.60 |
| Rough Transcript | 304 | $1.65 | $501.60 |
| Compressed / ASCII / Word Index - Complimentary | 1 | $45.00 | $0.00 |
| Exhibits - Scanned & Hyperlinked - B&W | 91 | $0.25 | $22.75 |
| Exhibits - Scanned & Hyperlinked - Color | 32 | $1.50 | $48.00 |
| File Creation Fee - Hyperlinked Exhibits - Complimentary | 1 | $45.00 | $0.00 |
| | | SUBTOTAL | $3,199.50 |
| | | SHIPPING & HANDLING | $50.00 |
| | | TOTAL | $3,249.50 |

Please make all checks payable to: TSG Reporting, Inc.        Federal ID # 41-2085745
Remit to: TSG Reporting, Inc.  747 Third Avenue, Suite 10A  New York, NY 10017
For prompt payment processing, please include the invoice # with your check. All balances in arrears will be assessed a late fee of
1.5% per month, not to exceed the legal limit. If you have any questions, please call TSG.
**THANK YOU FOR YOUR BUSINESS!**