# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

UNIVERSAL CABLE PRODUCTIONS LLC and NORTHERN ENTERTAINMENT PRODUCTIONS LLC,

        Plaintiffs,

        v.

ATLANTIC SPECIALTY INSURANCE COMPANY,

        Defendant.

CASE NO. 2:16-cv-4435-PA-MRW

# Exhibit 2 – Part 2
# Deposition Invoices



**Worldwide - 24 Hours**
**(877) 702-9580**
**www.tsgreporting.com**

# INVOICE

**DATE:** 6/19/2017
**INVOICE #** 053117-700087

**Bill To:**  Joseph A. Turano
Strasburger & Price, LLP
901 Main Street
Suite 6000
Dallas, TX 75202

**CASE:**        Universal Cable Productions LLC, et al. v. Atlantic Specialty Insurance Company
**WITNESS:**    John Quigley
**DATE:**        5/31/2017
**LOCATION:**   Columbus, OH

**Billing Comments / Instructions:**

| SHIP VIA | Overnight | TERMS | net 30 |
|----------|-----------|-------|--------|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|----------|--------------|------------|--------|
| Certified Transcript | 286 | $3.35 | $958.10 |
| Certified Transcript - 4 Day Delivery | 286 | $2.50 | $715.00 |
| Rough Transcript | 286 | $1.75 | $500.50 |
| Compressed / ASCII / Word Index - Complimentary | 1 | $45.00 | $0.00 |
| Exhibits - Scanned & Hyperlinked - B&W | 41 | $0.25 | $10.25 |
| Exhibits - Scanned & Hyperlinked - Color | 10 | $1.50 | $15.00 |
| File Creation Fee - Hyperlinked Exhibits - Complimentary | 1 | $45.00 | $0.00 |

| | |
|---|---|
| SUBTOTAL | $2,198.85 |
| SHIPPING & HANDLING | $25.00 |
| TOTAL | $2,223.85 |

Please make all checks payable to: TSG Reporting, Inc.        Federal ID # 41-2085745
Remit to: TSG Reporting, Inc.  747 Third Avenue, Suite 10A  New York, NY 10017
For prompt payment processing, please include the invoice # with your check.  All balances in arrears will be assessed a late fee of
1.5% per month, not to exceed the legal limit.  If you have any questions, please call TSG.
**THANK YOU FOR YOUR BUSINESS!**

## Veritext Corporate Services, Inc.

290 West Mt. Pleasant Ave, Suite 2260
Livingston NJ 07039
Tel. 973-410-4040 Fax. 973-410-1313
Fed. Tax ID: 20-3457913



| Bill To: | Billing Department | | |
|---|---|---|---|
| | One Beacon Insurance Company | **Invoice #:** | CS2990419 |
| | 188 Inverness Drive West | **Invoice Date:** | 6/14/2017 |
| | Suite 600 | **Balance Due:** | $1,181.39 |
| | Englewood, CO, 80112 | | |

| Case: | Universal Cable Productions v. Atlantic Specialty Insurance Company | **Adjuster:** | Aaron Stone |
|---|---|---|---|
| Job #: | 2626320 | Job Date: 6/1/2017 | Delivery: Daily | **Claim #:** | 0AB097918 |
| Billing Atty: | Billing Department | **Matter ID:** | 22254 |
| Location: | Mitchell Silberberg & Knupp | | |
| | 11377 W Olympic Blvd.  | Los Angeles, CA 90064 | | |
| Sched Atty: | John R. Riddle | Strasburger & Price LLP | | |

| Witness | Description | Amount |
|---|---|---|
| | Transcript Services | $553.25 |
| | Transcript - Fee for Daily | $514.25 |
| | Professional Attendance | $50.00 |
| Thomas McCarthy | Exhibit Management | $16.80 |
| | Expenses | $15.00 |
| | Delivery and Handling | $32.09 |

| Notes: | | **Invoice Total:** | $1,181.39 |
|---|---|---|---|
| | | **Payment:** | $0.00 |
| | | **Credit:** | $0.00 |
| | | **Interest:** | $0.00 |
| | | **Balance Due:** | $1,181.39 |

TERMS: Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

| **To pay online, go to** | **Please remit payment to:** | **Invoice #:** | CS2990419 |
|---|---|---|---|
| **www.veritext.com** | **Veritext** | **Job #:** | 2626320 |
| | **P.O. Box 71303** | **Invoice Date:** | 6/14/2017 |
| Veritext accepts all major credit cards | **Chicago IL 60694-1303** | **Balance:** | $1,181.39 |
| (American Express, Mastercard, Visa, Discover) | | | |

## Veritext Corporate Services, Inc.

290 West Mt. Pleasant Ave, Suite 2260
Livingston NJ 07039
Tel. 973-410-4040 Fax. 973-410-1313
Fed. Tax ID: 20-3457913



| **Bill To:** | Billing Department | | **Invoice #:** | CS2989372 |
|---|---|---|---|---|
| | One Beacon Insurance Company | | **Invoice Date:** | 6/19/2017 |
| | 188 Inverness Drive West | | **Balance Due:** | $790.00 |
| | Suite 600 | | | |
| | Englewood, CO, 80112 | | | |

| **Case:** | Universal Cable Productions  v. Atlantic Specialty Insurance Company | **Adjuster:** | Aaron Stone |
|---|---|---|---|
| **Job #:** | 2626320 | Job Date: 6/1/2017 | Delivery: Daily | **Claim #:** | 0AB097918 |
| **Billing Atty:** | Billing Department | **Matter ID:** | 22254 |
| **Location:** | Mitchell Silberberg & Knupp | | |
| | 11377 W Olympic Blvd.  | Los Angeles, CA 90064 | | |
| **Sched Atty:** | John R. Riddle | Strasburger & Price LLP | | |

| Witness | Description | Amount |
|---|---|---|
| Thomas McCarthy | Veritext Virtual Services | $395.00 |
| | Veritext Virtual Services | $395.00 |

| Notes: | | | |
|---|---|---|---|
| | | **Invoice Total:** | $790.00 |
| | | **Payment:** | $0.00 |
| | | **Credit:** | $0.00 |
| | | **Interest:** | $0.00 |
| | | **Balance Due:** | $790.00 |

TERMS:  Payable upon receipt.  Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors.  No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

**To pay online, go to**
**www.veritext.com**

Veritext accepts all major credit cards
(American Express, Mastercard, Visa, Discover)

**Please remit payment to:**
**Veritext**
**P.O. Box 71303**
**Chicago IL 60694-1303**

| **Invoice #:** | CS2989372 |
|---|---|
| **Job #:** | 2626320 |
| **Invoice Date:** | 6/19/2017 |
| **Balance:** | $790.00 |

4740



**Worldwide - 24 Hours**
(877) 702-9580
www.tsgreporting.com

# INVOICE

**DATE:** 6/20/2017
**INVOICE #** 060217-349183

Bill To:
Carla Crapster Esq.
Strasburger & Price, LLP
901 Main Street
Suite 6000
Dallas, TX 75202

**CASE:** Universal Cable Productions LLC, et al. v. Atlantic Specialty Insurance Company
**WITNESS:** Anthony Clark
**DATE:** 6/2/2017
**LOCATION:** Chicago, IL

**Billing Comments / Instructions:**

| SHIP VIA | Overnight | TERMS | net 30 |
|---|---|---|---|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Certified Transcript | 201 | $3.35 | $673.35 |
| Local Real-time Transcription | 201 | $1.50 | $301.50 |
| Rough Transcript | 201 | $1.50 | $301.50 |
| Compressed / ASCII / Word Index - Complimentary | 1 | $45.00 | $0.00 |
| Exhibits - Scanned & Hyperlinked - B&W | 647 | $0.25 | $161.75 |
| File Creation Fee - Hyperlinked Exhibits - Complimentary | 1 | $45.00 | $0.00 |

| | |
|---|---|
| SUBTOTAL | $1,438.10 |
| SHIPPING & HANDLING | $25.00 |
| TOTAL | $1,463.10 |

Please make all checks payable to: TSG Reporting, Inc.      Federal ID # 41-2085745
Remit to: TSG Reporting, Inc.  747 Third Avenue, Suite 10A  New York, NY 10017
For prompt payment processing, please include the invoice # with your check.  All balances in arrears will be assessed a late fee of
1.5% per month, not to exceed the legal limit.  If you have any questions, please call TSG.
**THANK YOU FOR YOUR BUSINESS!**



# INVOICE

**DATE:** 6/22/2017
**INVOICE #** 060217-468957

**Bill To:**     Joseph A. Turano
Strasburger & Price, LLP
901 Main Street
Suite 6000
Dallas, TX 75202

| | |
|---|---|
| **CASE:** | Universal Cable Productions LLC, et al. v. Atlantic Specialty Insurance Company |
| **WITNESS:** | Frank Lowenstein |
| **DATE:** | 6/2/2017 |
| **LOCATION:** | Washington, DC |

**Billing Comments / Instructions:**

| SHIP VIA | Overnight | TERMS | net 30 |
|---|---|---|---|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Certified Transcript | 268 | $3.35 | $897.80 |
| Rough Transcript | 268 | $1.50 | $402.00 |
| Compressed / ASCII / Word Index - Complimentary | 1 | $45.00 | $0.00 |
| Exhibits - Scanned & Hyperlinked - B&W | 31 | $0.25 | $7.75 |
| File Creation Fee - Hyperlinked Exhibits - Complimentary | 1 | $45.00 | $0.00 |
| | | **SUBTOTAL** | $1,307.55 |
| | | **SHIPPING & HANDLING** | $25.00 |
| | | **TOTAL** | $1,332.55 |

Please make all checks payable to: TSG Reporting, Inc.          Federal ID # 41-2085745
Remit to: TSG Reporting, Inc.  747 Third Avenue, Suite 10A  New York, NY 10017
For prompt payment processing, please include the invoice # with your check.  All balances in arrears will be assessed a late fee of
1.5% per month, not to exceed the legal limit.  If you have any questions, please call TSG.
**THANK YOU FOR YOUR BUSINESS!**

## Veritext Corporate Services, Inc.

290 West Mt. Pleasant Ave, Suite 2260
Livingston NJ 07039
Tel. 973-410-4040 Fax. 973-410-1313
Fed. Tax ID: 20-3457913



| **Bill To:** | Billing Department<br>One Beacon Insurance Company<br>188 Inverness Drive West<br>Suite 600<br>Englewood, CO, 80112 | Invoice #:<br>Invoice Date:<br>Balance Due: | CS2991999<br>6/14/2017<br>$2,432.02 |
|---|---|---|---|

| **Case:** | Universal Cable Productions  v. Atlantic Specialty Insurance Company | Adjuster: | Aaron Stone |
|---|---|---|---|
| **Job #:** | 2627004 \| Job Date: 6/2/2017 \| Delivery: Daily | Claim #: | 0AB097918 |
| **Billing Atty:** | Billing Department | Matter ID: | 22254 |
| **Location:** | Mitchell Silberberg & Knupp | | |
| | 12 East 49th St. 30th floor \| New York, NY 10017 | | |
| **Sched Atty:** | John R. Riddle \| Strasburger & Price LLP | | |

| Witness | Description | Amount |
|---|---|---|
| | Transcript Services | $842.25 |
| | Transcript - Fee for Daily | $803.25 |
| | Professional Attendance | $100.00 |
| Ty R. Sagalow | Exhibit Management | $61.60 |
| | Realtime Services | $292.95 |
| | Rough Draft | $292.95 |
| | Delivery and Handling | $39.02 |

| Notes: | | |
|---|---|---|
| | **Invoice Total:** | $2,432.02 |
| | **Payment:** | $0.00 |
| | **Credit:** | $0.00 |
| | **Interest:** | $0.00 |
| | **Balance Due:** | $2,432.02 |

TERMS: Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

**To pay online, go to**
**www.veritext.com**

Veritext accepts all major credit cards
(American Express, Visa, Discover)

4740

Please remit payment to:
**Veritext**
**P.O. Box 71303**
**Chicago IL 60694-1303**

| Invoice #: | CS2991999 |
|---|---|
| Job #: | 2627004 |
| Invoice Date: | 6/14/2017 |
| Balance: | $2,432.02 |



**VERBATIM VIDEO**
EXCLUSIVELY SERVING THE LEGAL COMMUNITY SINCE 1987
PH 800/520-8273
9725 GLADBECK AVENUE, NORTHRIDGE CA 91324

# Invoice

| DATE | INVOICE # |
|------|-----------|
| 2/17/2017 | 19857 |

**BILL TO**

Strasburger Attorneys at Law
Michael Keeley
901 Main Street.
Suite 6000
Dallas, TX 75202-3794

| | Attorney of Record | | TERMS |
|---|---|---|---|
| | Michael Keeley | | Due on receipt |
| DESCRIPTION | QTY | RATE | AMOUNT |
| RE: Universal Cable Productions LLC vs. Atlantic Specialty Insurance Co. Case #: 2:16-CV-4435-PA-MRW | | | 0.00 |
| Deposition of: Peter Williams on February 1, 2017 Per hour-Master files, transcoded to Mpeg-1 Synchronized to the transcript, with viewer, and video editor-English Language | 6.5 | 95.00 | 617.50 |
| Deposition of: Daniel Gutterman on February 3, 2017 Per hour-Master files, transcoded to Mpeg-1 Synchronized to the transcript, with viewer, and video editor-English Language | 7.25 | 95.00 | 688.75 |
| Shipping and Handling: USPS Priority Your tracking no: 9405 8036 9930 0404 7616 06 | | 10.00 | 10.00 |

We appreciate your continuing business.
Tax ID# 551270243

**Total** $1,316.25

Past due balances will be subject to 2% surcharge per month. Please notify us when this matter is closed so we may reconcile billing.

| Phone # | Fax # | E-mail | Web Site |
|---------|-------|--------|----------|
| 818-886-5824 | 818-886-4125 | verbatimvideo@gmail.com | verbatimdepos.com |

 **Worldwide - 24 Hours**
**(877) 702-9580**
**www.tsgreporting.com**

**REPORTING**

 **INVOICE**

DATE: 2/28/2017
INVOICE # 020817-345579

**Bill To:** Toni Scott Reed
Strasburger & Price, LLP
901 Main Street
Suite 6000
Dallas, TX 75202


RECEIVED
MAR 0 6 2017
By_____

| CASE: | Universal Cable Productions LLC, et al. v. Atlantic Specialty Insurance Company |
|---|---|
| **WITNESS:** | Theresa A. Gooley Wolf |
| **DATE:** | 2/8/2017 |
| **LOCATION:** | Minneapolis, MN |

**Billing Comments / Instructions:**

| SHIP VIA | Overnight | TERMS | net 30 |
|---|---|---|---|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Certified - DVD | 6 | $50.00 | $300.00 |
| | | SUBTOTAL | $300.00 |
| | | SHIPPING & HANDLING | $40.00 |
| | | TOTAL | $340.00 |

Please make all checks payable to: TSG Reporting, Inc.        Federal ID # 41-2085745
Remit to: TSG Reporting, Inc.  747 Third Avenue, Suite 10A  New York, NY 10017
For prompt payment processing, please include the invoice # with your check.  All balances in arrears will be assessed a late fee of
1.5% per month, not to exceed the legal limit.  If you have any questions, please call TSG.
**THANK YOU FOR YOUR BUSINESS!**

## Veritext Corporate Services, Inc.

290 West Mt. Pleasant Ave, Suite 2260
Livingston NJ 07039
Tel. 973-410-4040 Fax. 973-410-1313
Fed. Tax ID: 20-3457913



| Bill To: | | | Invoice #: | CS2950588 |
|---|---|---|---|---|
| | One Beacon Insurance Company | | Invoice Date: | 4/26/2017 |
| | 188 Inverness Drive West | | Balance Due: | $0.00 |
| | Suite 600 | | | |
| | Englewood, CO, 80112 | | | |

| Case: | Universal Cable Productions v. Atlantic Specialty Insurance Company | Adjuster: | Aaron Stone |
|---|---|---|---|
| | | Claim #: | 0AB097918 |
| Job #: | 2588507 | Job Date: 4/14/2017 | Delivery: Normal | Matter ID: | 22254 |
| Billing Atty: | | | |
| Location: | Mitchell Silberberg & Knupp | | |
| | 11377 W. Olympic Blvd. | Room 700 | Los Angeles, CA 90064 | | |
| Sched Atty: | Michael Keeley | Strasburger & Price LLP | | |

| Witness | Description | | Amount |
|---|---|---|---|
| Andrea Garber | Videography | | $950.00 |
| | Video Services | | $1,100.00 |
| | Expenses | | $15.00 |
| | Delivery and Handling | | $28.75 |
| | Videography | | $295.00 |
| Notes: | | Invoice Total: | $2,388.75 |
| | | Payment: | ($2,388.75) |
| | | Credit: | $0.00 |
| | | Interest: | $0.00 |
| | | Balance Due: | $0.00 |

TERMS: Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

### To pay online, go to www.veritext.com

Veritext accepts all major credit cards
(American Express, Mastercard, Visa, Discover)

Please remit payment to:
Veritext
P.O. Box 71303
Chicago IL 60694-1303

| Invoice #: | CS2950588 |
|---|---|
| Job #: | 2588507 |
| Invoice Date: | 4/26/2017 |
| Balance: | $0.00 |

4740

## Veritext Corporate Services, Inc.

290 West Mt. Pleasant Ave, Suite 2260
Livingston NJ 07039
Tel. 973-410-4040 Fax. 973-410-1313
Fed. Tax ID: 20-3457913



| Bill To: | | | |
|---|---|---|---|
| | One Beacon Insurance Company | Invoice #: | CS2948372 |
| | 188 Inverness Drive West | Invoice Date: | 4/26/2017 |
| | Suite 600 | Balance Due: | $0.00 |
| | Englewood, CO, 80112 | | |

| Case: | Universal Cable Productions v. Atlantic Specialty Insurance Company | Claim #: | 0AB097918 |
|---|---|---|---|
| Job #: | 2588512 | Job Date: 4/18/2017 | Delivery: Expedited | Matter ID: | 22254 |
| Billing Atty: | | | |
| Location: | Mitchell Silberberg & Knupp | | |
| | 11377 W. Olympic Blvd. | Room 700 | Los Angeles, CA 90064 | | |
| Sched Atty: | Toni S. Reed, Esq | Strasburger & Price LLP | | |

| Witness | Description | Amount |
|---|---|---|
| | Videography | $950.00 |
| | Video Services | $858.00 |
| Stephen Smith | Expenses | $15.00 |
| | Delivery and Handling | $28.67 |
| | Videography | $295.00 |

| Notes: | Invoice Total: | $2,146.67 |
|---|---|---|
| | Payment: | ($2,146.67) |
| | Credit: | $0.00 |
| | Interest: | $0.00 |
| | Balance Due: | $0.00 |

TERMS: Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

**To pay online, go to
www.veritext.com**

Veritext accepts all major credit cards
(American Express, Mastercard, Visa, Discover)

**Please remit payment to:**
Veritext
P.O. Box 71303
Chicago IL 60694-1303

| Invoice #: | CS2948372 |
|---|---|
| Job #: | 2588512 |
| Invoice Date: | 4/26/2017 |
| Balance: | $0.00 |

4740

## Veritext Corporate Services, Inc.

290 West Mt. Pleasant Ave, Suite 2260
Livingston NJ 07039
Tel. 973-410-4040 Fax. 973-410-1313
Fed. Tax ID: 20-3457913



| Bill To: | | | |
|---|---|---|---|
| | One Beacon Insurance Company | Invoice #: | CS2952748 |
| | 188 Inverness Drive West | Invoice Date: | 4/27/2017 |
| | Suite 600 | Balance Due: | $0.00 |
| | Englewood, CO, 80112 | | |

| | | | |
|---|---|---|---|
| Case: | Universal Cable Productions  v. Atlantic Specialty Insurance Company | Adjuster: | Aaron Stone |
| Job #: | 2598988 \| Job Date: 4/19/2017 \| Delivery: Normal | Claim #: | 0AB09791801 |
| Billing Atty: | | Matter ID: | 22254 |
| Location: | Mitchell Silberberg & Knupp | | |
| | 11377 W. Olympic Blvd. \| Room 700 \| Los Angeles, CA 90064 | | |
| Sched Atty: | Toni S. Reed, Esq \| Strasburger & Price LLP | | |

| Witness | Description | Amount |
|---|---|---|
| | Video Services | $132.00 |
| Stephen Smith | Expenses | $15.00 |
| | Delivery and Handling | $28.75 |
| | Videography | $390.00 |

| Notes: | | |
|---|---|---|
| | Invoice Total: | $565.75 |
| | Payment: | ($565.75) |
| | Credit: | $0.00 |
| | Interest: | $0.00 |
| | Balance Due: | $0.00 |

TERMS:   Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

To pay online, go to
www.veritext.com

Veritext accepts all major credit cards
(American Express, Mastercard, Visa, Discover)

Please remit payment to:
Veritext
P.O. Box 71303
Chicago IL 60694-1303

| | |
|---|---|
| Invoice #: | CS2952748 |
| Job #: | 2598988 |
| Invoice Date: | 4/27/2017 |
| Balance: | $0.00 |

4740

## Veritext Corporate Services, Inc.

290 West Mt. Pleasant Ave, Suite 2260
Livingston NJ 07039
Tel. 973-410-4040 Fax. 973-410-1313
Fed. Tax ID: 20-3457913



| Bill To: | | | Invoice #: | CS2950857 |
|---|---|---|---|---|
| | One Beacon Insurance Company | | Invoice Date: | 4/25/2017 |
| | 601 Carlson Parkway | | Balance Due: | $0.00 |
| | Suite 600 | | | |
| | Minnetonka, MN, 55305 | | | |

| Case: | Universal Cable Productions v. Atlantic Specialty Insurance Company | Adjuster: | Aaron Stone |
|---|---|---|---|
| Job #: | 2590363 | Job Date: 4/18/2017 | Delivery: Expedited | Claim #: | 0AB097918 |
| Billing Atty: | | Matter ID: | 22254 |
| Location: | Foley & Lardner | | |
| | 555 South Flower Street | Suite 3500 | Los Angeles, CA 90071 | | |
| Sched Atty: | Michael Keeley | Strasburger & Price LLP | | |

| Witness | Description | | Amount |
|---|---|---|---|
| Susan Weiss | Videography | | $142.50 |
| | Video Services | | $836.00 |
| | Expenses | | $40.00 |
| | Delivery and Handling | | $28.67 |
| | Videography | | $865.00 |
| Notes: | | Invoice Total: | $1,912.17 |
| | | Payment: | ($1,912.17) |
| | | Credit: | $0.00 |
| | | Interest: | $0.00 |
| | | Balance Due: | $0.00 |

TERMS: Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

### To pay online, go to
### www.veritext.com

Veritext accepts all major credit cards
(American Express, Mastercard, Visa, Discover)

Please remit payment to:
**Veritext**
P.O. Box 71303
Chicago IL 60694-1303

| Invoice #: | CS2950857 |
|---|---|
| Job #: | 2590363 |
| Invoice Date: | 4/25/2017 |
| Balance: | $0.00 |

4740



**ESQUIRE**
DEPOSITION SOLUTIONS

*Invoice  INV0994728*

2700 Centennial Tower
101 Marietta Street
Atlanta GA 30303
888-486-4044
www.esquiresolutions.com
Tax ID # 45-3463120

| | | | |
|---|---|---|---|
| **Date** | 5/19/2017 | **Client Number** | C08846 |
| **Terms** | Net 30 | **Esquire Office** | Dallas |
| **Due Date** | 6/18/2017 | **Proceeding Type** | Deposition |
| | | **Name of Insured** | |
| | | **Adjuster** | |
| | | **Firm Matter/File #** | |
| | | **Client Claim/Matter #** | |
| | | **Date of Loss** | |

**Bill To**
Strasburger & Price - Dallas
901 Main Street
Suite 6000
Dallas TX 75202

**Services Provided For**
Strasburger & Price - Dallas
Keeley, Michael
901 Main Street
Suite 4400
Dallas TX 75202

| Job Date | Job ID | Job Location | Case |
|---|---|---|---|
| 5/4/2017 | J0569780 | Dallas, TEXAS | UNIVERSAL CABLE PRODUCTIONS VS. ATLANTIC SPECIAL... |

| Description | Deponent | Qty | Unit Rate | Amount |
|---|---|---|---|---|
| VIDEOGRAPHER MINIMUM | Malika Adams | 1 | 345.00 | 345.00 |
| VIDEOGRAPHER ADDITIONAL HOURS | Malika Adams | 2.5 | 135.00 | 337.50 |
| SAN-SUM-TD-SYNCHRONIZED VIDEO | Malika Adams | 2.5 | 90.00 | 225.00 |
| HANDLING FEE | Malika Adams | 1 | 18.50 | 18.50 |

*Representing Client: Strasburger & Price - Dallas*

| | |
|---|---|
| **Subtotal** | 926.00 |
| **Shipping Cost (FedEx)** | 35.50 |
| **Total** | 961.50 |
| **Amount Due** | $961.50 |

Attorney is responsible for payment of all charges incurred. Payment is due by "Due Date" shown on invoice. Failure to pay by "Due Date" may result in the assessment of a late fee. Transcript package typically includes transcript/word index, exhibits, appearance fee, condensed transcript, litigation support disk, shipping, video charges and may include other service charges based on job or region. Some services and rates may vary by job or region. Please contact your local office for specific detail and questions. Full Terms and Conditions are viewable online at www.esquiresolutions.com/invoice-terms. These stated terms and conditions, to the extent they contradict the rules and regulations in Arizona, do not apply. All aspects of this invoice and other business terms comply with the ethical obligations set forth in the AZ Code of Judicial Administration Section 7-206(J)(1)(g)(3) through (6).

Please detach and return this bottom portion with your payment or pay online at

**www.esquireconnect.com**

**Remit to:**
Esquire Deposition Solutions, LLC
P. O. Box 846099
Dallas, TX 75284-6099

| | |
|---|---|
| **Client Name** | Strasburger & Price - Dallas |
| **Client #** | C08846 |
| **Invoice #** | INV0994728 |
| **Invoice Date** | 5/19/2017 |
| **Due Date** | 6/18/2017 |
| **Amount Due** | $ 961.50 |



# INVOICE

**Worldwide - 24 Hours**
**(877) 702-9580**
**www.tsgreporting.com**

**DATE:** 5/30/2017
**INVOICE #** 050817-601390

**Bill To:** Toni Scott Reed
Strasburger & Price, LLP
901 Main Street
Suite 6000
Dallas, TX 75202

| | |
|---|---|
| **CASE:** | Universal Cable Productions LLC, et al. v. Atlantic Specialty Insurance Company |
| **WITNESS:** | Pamela Johnson |
| **DATE:** | 5/8/2017 |
| **LOCATION:** | Minneapolis, MN |

**Billing Comments / Instructions:**

| SHIP VIA | Overnight | TERMS | net 30 |
|---|---|---|---|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Certified - MPEG | 5 | $50.00 | $250.00 |
| | | SUBTOTAL | $250.00 |
| | | SHIPPING & HANDLING | $25.00 |
| | | **TOTAL** | $275.00 |

Please make all checks payable to: TSG Reporting, Inc.    Federal ID # 41-2085745
Remit to: TSG Reporting, Inc.  747 Third Avenue, Suite 10A  New York, NY 10017
For prompt payment processing, please include the invoice # with your check. All balances in arrears will be assessed a late fee of
1.5% per month, not to exceed the legal limit. If you have any questions, please call TSG.
**THANK YOU FOR YOUR BUSINESS!**



**Worldwide - 24 Hours**
**(877) 702-9580**
**www.tsgreporting.com**

**REPORTING**

# INVOICE

**DATE:** 5/30/2017
**INVOICE #** 050917-468390

Bill To:    Toni Scott Reed
            Strasburger & Price, LLP
            901 Main Street
            Suite 6000
            Dallas, TX 75202

| | |
|---|---|
| **CASE:** | Universal Cable Productions LLC, et al. v. Atlantic Specialty Insurance Company |
| **WITNESS:** | Pamela Johnson |
| **DATE:** | 5/9/2017 |
| **LOCATION:** | Minneapolis, MN |

**Billing Comments / Instructions:**

| **SHIP VIA** | Overnight | **TERMS** | net 30 |
|---|---|---|---|

| **SERVICES** | **# PAGES / QTY** | **UNIT PRICE** | **AMOUNT** |
|---|---|---|---|
| Certified - MPEG | 3 | $50.00 | $150.00 |
| Additional Services - PIP Equipment / Production | 1 | $500.00 | $500.00 |
| | | SUBTOTAL | $650.00 |
| | | SHIPPING & HANDLING | $25.00 |
| | | **TOTAL** | $675.00 |

Please make all checks payable to: TSG Reporting, Inc.    Federal ID # 41-2085745
Remit to: TSG Reporting, Inc.  747 Third Avenue, Suite 10A  New York, NY 10017
For prompt payment processing, please include the invoice # with your check. All balances in arrears will be assessed a late fee of
1.5% per month, not to exceed the legal limit. If you have any questions, please call TSG.
**THANK YOU FOR YOUR BUSINESS!**



**Worldwide - 24 Hours**
**(877) 702-9580**
**www.tsgreporting.com**

# INVOICE

**DATE:** 5/30/2017
**INVOICE #** 051017-468394

**Bill To:** Michael Keeley Esq.
Strasburger & Price, LLP
901 Main Street
Suite 6000
Dallas, TX 75202

**CASE:** Universal Cable Productions LLC, et al. v. Atlantic Specialty Insurance Company
**WITNESS:** Aaron Stone (30B6: Atlantic Specialty Ins. Co.)
**DATE:** 5/10/2017
**LOCATION:** Minneapolis, MN

**Billing Comments / Instructions:**

| SHIP VIA | Overnight | TERMS | net 30 |
|---|---|---|---|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Certified - MPEG | 4 | $50.00 | $200.00 |
| | | SUBTOTAL | $200.00 |
| | | SHIPPING & HANDLING | $25.00 |
| | | TOTAL | $225.00 |

Please make all checks payable to: TSG Reporting, Inc.      Federal ID # 41-2085745
Remit to: TSG Reporting, Inc. 747 Third Avenue, Suite 10A New York, NY 10017
For prompt payment processing, please include the invoice # with your check. All balances in arrears will be assessed a late fee of
1.5% per month, not to exceed the legal limit. If you have any questions, please call TSG.
**THANK YOU FOR YOUR BUSINESS!**



**Worldwide - 24 Hours**
**(877) 702-9580**
**www.tsgreporting.com**

**REPORTING**

# INVOICE

**DATE:** 5/30/2017
**INVOICE #** 051117-468398

**Bill To:**      Michael Keeley Esq.
Strasburger & Price, LLP
901 Main Street
Suite 6000
Dallas, TX 75202

**CASE:**          Universal Cable Productions LLC, et al. v. Atlantic Specialty Insurance Company
**WITNESS:**     Sean Duffy
**DATE:**          5/11/2017
**LOCATION:**   Minneapolis, MN

**Billing Comments / Instructions:**      FIT Disk shipped separately.

| SHIP VIA | Overnight | TERMS | net 30 |
|----------|-----------|-------|--------|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|----------|---------------|------------|--------|
| Videosynch / Tape | 5 | $125.00 | $625.00 |
| Certified - MPEG - Complimentary | 5 | $50.00 | $0.00 |
| FIT Disk - Additional | 1 | $50.00 | $50.00 |
| | | SUBTOTAL | $675.00 |
| | | SHIPPING & HANDLING | $80.00 |
| | | TOTAL | $755.00 |

Please make all checks payable to: TSG Reporting, Inc.        Federal ID # 41-2085745
Remit to: TSG Reporting, Inc.  747 Third Avenue, Suite 10A  New York, NY 10017
For prompt payment processing, please include the invoice # with your check.  All balances in arrears will be assessed a late fee of
1.5% per month, not to exceed the legal limit.  If you have any questions, please call TSG.
**THANK YOU FOR YOUR BUSINESS!**



**Worldwide - 24 Hours
(877) 702-9580
www.tsgreporting.com**

# INVOICE

**DATE:** 6/7/2017
**INVOICE #** 051717-468589

**Bill To:**       Michael Keeley Esq.
               Strasburger & Price, LLP
               901 Main Street
               Suite 6000
               Dallas, TX 75202

**CASE:**          Universal Cable Productions LLC, et al. v. Atlantic Specialty Insurance Company
**WITNESS:**       Dennis Crosby / Dennis Crosby (30b6)
**DATE:**          5/17/2017
**LOCATION:**      Alpharetta, GA

**Billing Comments / Instructions:**

| SHIP VIA | Overnight | TERMS | net 30 |
|---|---|---|---|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Videosynch / Tape | 4 | $125.00 | $500.00 |
| Certified - MPEG - Complimentary | 4 | $50.00 | $0.00 |
| | | SUBTOTAL | $500.00 |
| | | SHIPPING & HANDLING | $25.00 |
| | | TOTAL | $525.00 |

Please make all checks payable to: TSG Reporting, Inc.       Federal ID # 41-2085745
Remit to: TSG Reporting, Inc.  747 Third Avenue, Suite 10A  New York, NY 10017
For prompt payment processing, please include the invoice # with your check.  All balances in arrears will be assessed a late fee of
1.5% per month, not to exceed the legal limit.  If you have any questions, please call TSG.
**THANK YOU FOR YOUR BUSINESS!**

## Veritext Corporate Services, Inc.

290 West Mt. Pleasant Ave, Suite 2260
Livingston NJ 07039
Tel. 973-410-4040 Fax. 973-410-1313
Fed. Tax ID: 20-3457913



**VERITEXT**
LEGAL SOLUTIONS

| Bill To: | | | |
|---|---|---|---|
| | One Beacon Insurance Company | **Invoice #:** | CS2978999 |
| | 188 Inverness Drive West | **Invoice Date:** | 5/24/2017 |
| | Suite 600 | **Balance Due:** | $2,391.81 |
| | Englewood, CO, 80112 | | |

| Case: | Universal Cable Productions  v. Atlantic Specialty Insurance Company | Adjuster: | Aaron Stone |
|---|---|---|---|
| Job #: | 2615837 | Job Date: 5/17/2017 | Delivery: Daily | Claim #: | 0AB097918 |
| Billing Atty: | | Matter ID: | 22254 |
| Location: | Mitchell Silberberg & Knupp | | |
| | 11377 W. Olympic Blvd. | Room 700 | Los Angeles, CA 90064 | | |
| Sched Atty: | Toni S. Reed, Esq | Strasburger & Price LLP | | |

| Witness | Description | Amount |
|---|---|---|
| | Videography | $997.50 |
| | Video Services | $1,056.00 |
| Kurt Ford | Expenses | $15.00 |
| | Delivery and Handling | $28.31 |
| | Videography | $295.00 |

| Notes: | | |
|---|---|---|
| | **Invoice Total:** | $2,391.81 |
| | **Payment:** | $0.00 |
| | **Credit:** | $0.00 |
| | **Interest:** | $0.00 |
| | **Balance Due:** | $2,391.81 |

TERMS:  Payable upon receipt.  Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors.  No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

**To pay online, go to
www.veritext.com**

Veritext accepts all major credit cards
(American Express, Mastercard, Visa, Discover)

Please remit payment to:
**Veritext
P.O. Box 71303
Chicago IL 60694-1303**

| **Invoice #:** | CS2978999 |
|---|---|
| **Job #:** | 2615837 |
| **Invoice Date:** | 5/24/2017 |
| **Balance:** | $2,391.81 |

4740

**Veritext Corporate Services, Inc.**

290 West Mt. Pleasant Ave, Suite 2260
Livingston NJ 07039
Tel. 973-410-4040 Fax. 973-410-1313
Fed. Tax ID: 20-3457913



| Bill To: | |
|---|---|
| One Beacon Insurance Company | |
| 188 Inverness Drive West | |
| Suite 600 | |
| Englewood, CO, 80112 | |

| | |
|---|---|
| Invoice #: | CS2982892 |
| Invoice Date: | 5/26/2017 |
| Balance Due: | $1,224.31 |

| | | | |
|---|---|---|---|
| Case: | Universal Cable Productions  v. Atlantic Specialty Insurance Company | Adjuster: | Aaron Stone |
| Job #: | 2618589 \| Job Date: 5/23/2017 \| Delivery: Expedited | Claim #: | 0AB097918 |
| Billing Atty: | | Matter ID: | 22254 |
| Location: | Mitchell Silberberg & Knupp | | |
| | 11377 W. Olympic Blvd. \| Room 700 \| Los Angeles, CA 90064 | | |
| Sched Atty: | Michael  Keeley \| Strasburger & Price LLP | | |

| Witness | Description | Amount |
|---|---|---|
| Barbara-Ann Markus-Caffrey | Video Services | $330.00 |
| | Delivery and Handling | $28.31 |
| Barbara-Ann Markus-Caffrey 30 (b) (6) | Video Services | $110.00 |
| | Videography | $675.00 |
| | Video Services | $66.00 |
| | Expenses | $15.00 |

| Notes: | Invoice Total: | $1,224.31 |
|---|---|---|
| | Payment: | $0.00 |
| | Credit: | $0.00 |
| | Interest: | $0.00 |
| | Balance Due: | $1,224.31 |

TERMS:   Payable upon receipt.  Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors.  No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

To pay online, go to
www.veritext.com

Veritext accepts all major credit cards
(American Express, Mastercard, Visa, Discover)

Please remit payment to:
Veritext
P.O. Box 71303
Chicago IL 60694-1303

| Invoice #: | CS2982892 |
|---|---|
| Job #: | 2618589 |
| Invoice Date: | 5/26/2017 |
| Balance: | $1,224.31 |

4740

## Veritext Corporate Services, Inc.

290 West Mt. Pleasant Ave, Suite 2260
Livingston NJ 07039
Tel. 973-410-4040 Fax. 973-410-1313
Fed. Tax ID: 20-3457913



| Bill To: | | | Invoice #: | CS2991336 |
|---|---|---|---|---|
| | One Beacon Insurance Company | | Invoice Date: | 6/5/2017 |
| | 188 Inverness Drive West | | Balance Due: | $1,996.50 |
| | Suite 600 | | | |
| | Englewood, CO, 80112 | | | |

| | | | | |
|---|---|---|---|---|
| Case: | Universal Cable Productions  v. Atlantic Specialty Insurance Company | Adjuster: | Aaron Stone |
| Job #: | 2618596 | Job Date: 5/24/2017 | Delivery: Expedited | Claim #: | 0AB097918 |
| Billing Atty: | | Matter ID: | 22254 |
| Location: | Mitchell Silberberg & Knupp | | |
| | 11377 W. Olympic Blvd. | Room 700 | Los Angeles, CA 90064 | | |
| Sched Atty: | Toni S. Reed, Esq | Strasburger & Price LLP | | |

| Witness | Description | Amount |
|---|---|---|
| | Videography | $570.00 |
| Randi Richmond | Video Services | $682.00 |
| | Delivery and Handling | $24.50 |
| | Premium Video Services | $300.00 |
| Randi Richmond 30(B)(6) | Video Services | $110.00 |
| | Videography | $295.00 |
| | Expenses | $15.00 |

| Notes: | | Invoice Total: | $1,996.50 |
|---|---|---|---|
| | | Payment: | $0.00 |
| | | Credit: | $0.00 |
| | | Interest: | $0.00 |
| | | Balance Due: | $1,996.50 |

TERMS:   Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors.  No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

To pay online, go to
www.veritext.com

Veritext accepts all major credit cards
(American Express, Mastercard, Visa, Discover)

Please remit payment to:
Veritext
P.O. Box 71303
Chicago IL 60694-1303

| Invoice #: | CS2991336 |
|---|---|
| Job #: | 2618596 |
| Invoice Date: | 6/5/2017 |
| Balance: | $1,996.50 |

4740

## Veritext Corporate Services, Inc.

290 West Mt. Pleasant Ave, Suite 2260
Livingston NJ 07039
Tel. 973-410-4040 Fax. 973-410-1313
Fed. Tax ID: 20-3457913



| Bill To: | Aaron Stone<br>One Beacon Insurance Company<br>188 Inverness Drive West<br>Suite 600<br>Englewood, CO, 80112 | | Invoice #: | CS2985979 |
|---|---|---|---|---|
| | | | Invoice Date: | 6/5/2017 |
| | | | Balance Due: | $1,312.39 |

| Case: | Universal Cable Productions v. Atlantic Specialty Insurance Company | Adjuster: | Aaron Stone |
|---|---|---|---|
| Job #: | 2618603 \| Job Date: 5/25/2017 \| Delivery: Expedited | Claim #: | 0AB097918 |
| Billing Atty: | Aaron Stone | Matter ID: | 22254 |
| Location: | Mitchell Silberberg & Knupp | | |
| | 11377 W. Olympic Blvd. \| Room 700 \| Los Angeles, CA 90064 | | |
| Sched Atty: | Michael Keeley \| Strasburger & Price LLP | | |

| Witness | Description | Amount |
|---|---|---|
| | Videography | $380.00 |
| Mark Binke | Video Services | $484.00 |
| | Delivery and Handling | $28.39 |
| Mark Binke 30(B)(6) | Video Services | $110.00 |
| | Videography | $295.00 |
| | Expenses | $15.00 |

| Notes: | | Invoice Total: | $1,312.39 |
|---|---|---|---|
| | | Payment: | $0.00 |
| | | Credit: | $0.00 |
| | | Interest: | $0.00 |
| | | Balance Due: | $1,312.39 |

TERMS: Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

To pay online, go to
www.veritext.com

Veritext accepts all major credit cards
(American Express, Mastercard, Visa, Discover)

Please remit payment to:
Veritext
P.O. Box 71303
Chicago IL 60694-1303

| Invoice #: | CS2985979 |
|---|---|
| Job #: | 2618603 |
| Invoice Date: | 6/5/2017 |
| Balance: | $1,312.39 |

4740



**Worldwide - 24 Hours**
**(877) 702-9580**
**www.tsgreporting.com**

# INVOICE

**DATE:** 6/12/2017
**INVOICE #** 053017-601640

**REPORTING**

| Bill To: | Michael Keeley Esq.
Strasburger & Price, LLP
901 Main Street
Suite 6000
Dallas, TX 75202 |
|---|---|

| CASE: | Universal Cable Productions LLC, et al. v. Atlantic Specialty Insurance Company |
|---|---|
| WITNESS: | Martin K. Ridgers |
| DATE: | 5/30/2017 |
| LOCATION: | New York, NY |

**Billing Comments / Instructions:**

| SHIP VIA | Overnight | TERMS | net 30 |
|---|---|---|---|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Videosynch / Tape | 6 | $125.00 | $750.00 |
| Certified - MPEG - Complimentary | 6 | $50.00 | $0.00 |
| | | SUBTOTAL | $750.00 |
| | | SHIPPING & HANDLING | $32.50 |
| | | TOTAL | $782.50 |

Please make all checks payable to: TSG Reporting, Inc.      Federal ID # 41-2085745
Remit to: TSG Reporting, Inc.  747 Third Avenue, Suite 10A  New York, NY 10017
For prompt payment processing, please include the invoice # with your check. All balances in arrears will be assessed a late fee of
1.5% per month, not to exceed the legal limit. If you have any questions, please call TSG.
THANK YOU FOR YOUR BUSINESS!



Worldwide • 24 Hours
(877) 702-9580
www.tsgreporting.com

# INVOICE

DATE: 6/12/2017
INVOICE # 053117-601644

**Bill To:**
Michael Keeley Esq.
Strasburger & Price, LLP
901 Main Street
Suite 6000
Dallas, TX 75202

**CASE:** Universal Cable Productions LLC, et al. v. Atlantic Specialty Insurance Company
**WITNESS:** Wanda Phillips
**DATE:** 5/31/2017
**LOCATION:** New York, NY

Billing Comments / Instructions:

| SHIP VIA | Overnight | TERMS | net 30 |
|---|---|---|---|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Videosynch / Tape | 6 | $125.00 | $750.00 |
| Certified - MPEG - Complimentary | 6 | $50.00 | $0.00 |
| | SUBTOTAL | | $750.00 |
| | SHIPPING & HANDLING | | $40.00 |
| | TOTAL | | $790.00 |

Please make all checks payable to: TSG Reporting, Inc.        Federal ID # 41-2085745
Remit to: TSG Reporting, Inc.  747 Third Avenue, Suite 10A  New York, NY 10017
For prompt payment processing, please include the invoice # with your check.  All balances in arrears will be assessed a late fee of
1.5% per month, not to exceed the legal limit.  If you have any questions, please call TSG.
**THANK YOU FOR YOUR BUSINESS!**



Worldwide - 24 Hours
(877) 702-9580
www.tsgreporting.com

**REPORTING**

# INVOICE

DATE: 6/19/2017
INVOICE # 053117-700088

Bill To:  Joseph A. Turano
Strasburger & Price, LLP
901 Main Street
Suite 6000
Dallas, TX 75202

| | |
|---|---|
| CASE: | Universal Cable Productions LLC, et al. v. Atlantic Specialty Insurance Company |
| WITNESS: | John Quigley |
| DATE: | 5/31/2017 |
| LOCATION: | Columbus, OH |

Billing Comments / Instructions:

| SHIP VIA | Overnight | TERMS | net 30 |
|---|---|---|---|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Videosynch / Tape | 5 | $125.00 | $625.00 |
| Certified - MPEG - Complimentary | 5 | $50.00 | $0.00 |
| | | SUBTOTAL | $625.00 |
| | | SHIPPING & HANDLING | $25.00 |
| | | TOTAL | $650.00 |

Please make all checks payable to: TSG Reporting, Inc.       Federal ID # 41-2085745
Remit to: TSG Reporting, Inc.  747 Third Avenue, Suite 10A  New York, NY 10017
For prompt payment processing, please include the invoice # with your check. All balances in arrears will be assessed a late fee of
1.5% per month, not to exceed the legal limit. If you have any questions, please call TSG.
THANK YOU FOR YOUR BUSINESS!

## Veritext Corporate Services, Inc.

290 West Mt. Pleasant Ave, Suite 2260
Livingston NJ 07039
Tel. 973-410-4040 Fax. 973-410-1313
Fed. Tax ID: 20-3457913



| Bill To: | Billing Department | | Invoice #: | CS2990610 |
|---|---|---|---|---|
| | One Beacon Insurance Company | | Invoice Date: | 6/14/2017 |
| | 188 Inverness Drive West | | Balance Due: | $814.39 |
| | Suite 600 | | | |
| | Englewood, CO, 80112 | | | |

| Case: | Universal Cable Productions v. Atlantic Specialty Insurance Company | Adjuster: | Aaron Stone |
|---|---|---|---|
| Job #: | 2626320 \| Job Date: 6/1/2017 \| Delivery: Expedited | Claim #: | 0AB097918 |
| Billing Atty: | Billing Department | Matter ID: | 22254 |
| Location: | Mitchell Silberberg & Knupp | | |
| | 11377 W Olympic Blvd. \| Los Angeles, CA 90064 | | |
| Sched Atty: | John R. Riddle \| Strasburger & Price LLP | | |

| Witness | Description | Amount |
|---|---|---|
| Thomas McCarthy | Videography | $190.00 |
| | Video Services | $286.00 |
| | Expenses | $15.00 |
| | Delivery and Handling | $28.39 |
| | Videography | $295.00 |
| Notes: | Invoice Total: | $814.39 |
| | Payment: | $0.00 |
| | Credit: | $0.00 |
| | Interest: | $0.00 |
| | Balance Due: | $814.39 |

TERMS: Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

**To pay online, go to**
**www.veritext.com**

Veritext accepts all major credit cards
(American Express, Mastercard, Visa, Discover)

Please remit payment to:
**Veritext**
P.O. Box 71303
Chicago IL 60694-1303

| Invoice #: | CS2990610 |
|---|---|
| Job #: | 2626320 |
| Invoice Date: | 6/14/2017 |
| Balance: | $814.39 |

4740



**Worldwide - 24 Hours**
**(877) 702-9580**
**www.tsgreporting.com**

**REPORTING**

# INVOICE

DATE: 6/20/2017
INVOICE # 060217-349184

Bill To:  Carla Crapster Esq.
Strasburger & Price, LLP
901 Main Street
Suite 6000
Dallas, TX 75202

| | |
|---|---|
| CASE: | Universal Cable Productions LLC, et al. v. Atlantic Specialty Insurance Company |
| WITNESS: | Anthony Clark |
| DATE: | 6/2/2017 |
| LOCATION: | Chicago, IL |

Billing Comments / Instructions:

| SHIP VIA | Overnight | TERMS | net 30 |
|---|---|---|---|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Videosynch / Tape | 5 | $125.00 | $625.00 |
| Certified - MPEG - Complimentary | 5 | $50.00 | $0.00 |
| | | SUBTOTAL | $625.00 |
| | | SHIPPING & HANDLING | $25.00 |
| | | TOTAL | $650.00 |

Please make all checks payable to: TSG Reporting, Inc.        Federal ID # 41-2085745
Remit to: TSG Reporting, Inc. 747 Third Avenue, Suite 10A New York, NY 10017
For prompt payment processing, please include the invoice # with your check. All balances in arrears will be assessed a late fee of
1.5% per month, not to exceed the legal limit. If you have any questions, please call TSG.
**THANK YOU FOR YOUR BUSINESS!**



# REPORTING

Worldwide - 24 Hours
(877) 702-9580
www.tsgreporting.com

# INVOICE

DATE: 6/22/2017
INVOICE # 060217-468958

Bill To:     Joseph A. Turano
             Strasburger & Price, LLP
             901 Main Street
             Suite 6000
             Dallas, TX 75202

CASE:        Universal Cable Productions LLC, et al. v. Atlantic Specialty Insurance Company
WITNESS:     Frank Lowenstein
DATE:        6/2/2017
LOCATION:    Washington, DC

**Billing Comments / Instructions:**

| SHIP VIA | Overnight | TERMS | net 30 |
|----------|-----------|-------|--------|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|----------|---------------|------------|--------|
| Videosynch / Tape | 4 | $125.00 | $500.00 |
| Certified - MPEG - Complimentary | 4 | $50.00 | $0.00 |
| | | SUBTOTAL | $500.00 |
| | | SHIPPING & HANDLING | $25.00 |
| | | TOTAL | $525.00 |

Please make all checks payable to: TSG Reporting, Inc.     Federal ID # 41-2085745
Remit to: TSG Reporting, Inc. 747 Third Avenue, Suite 10A New York, NY 10017
For prompt payment processing, please include the invoice # with your check. All balances in arrears will be assessed a late fee of
1.5% per month, not to exceed the legal limit. If you have any questions, please call TSG.
**THANK YOU FOR YOUR BUSINESS!**