**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**WESTERN DIVISION**

| | |
|---|---|
| UNIVERSAL CABLE PRODUCTIONS LLC and NORTHERN ENTERTAINMENT PRODUCTIONS LLC,<br><br>    Plaintiffs,<br><br>    v.<br><br>ATLANTIC SPECIALTY INSURANCE COMPANY,<br><br>    Defendant. | CASE NO. 2:16-cv-4435-PA-MRW |

# Exhibit 3
# Witness Fees/Expenses

## WITNESS FEES/EXPENSES

| Witness | Clark, Tony | Detter de Frankopan, Ingrid | Lowenstein, Frank | Shapiro | Quigley, John | Williams, Peter (5/19/17) | Total |
|---|---|---|---|---|---|---|---|
| Witness Fee | 40.00 | 40.00 | 40.00 | 40.00 | 40.00 | | 200.00 |
| Travel (no further definition) | | | | 69.00 | | | 69.00 |
| Train | | 242.00 | | | | | 242.00 |
| Hotel | | 310.00 | | | | | 310.00 |
| Metra Fare | 4.00 | | | | | | 4.00 |
| Mileage | 26.00 | | | | | | 26.00 |
| Parking | | | | | | 39.00 | 39.00 |
| Total Expenses | 70.00 | 592.00 | 40.00 | 109.00 | 40.00 | 39.00 | 890.00 |

# TIME SHEET

CLARK Insurance Arbitration & Consulting, LLC
File #         C - 1014
Client         Strasburger & Price, LLP - One Beacon Entertainment
Case Caption   NBC Universal Media

| DATE | ACTIVITY | TIME | RATE | TOTAL |
|---|---|---|---|---|
| 06/02/17 | Metra Fare | | | $2.00 |
| 06/02/17 | Metra Fare | | | $2.00 |
| 06/02/17 | Mileage | 50 | $0.52 | $26.00 |



Montesa SARL

58, Route de la Fin,
CH-1874 Champéry,
Switzerland.

TEL. +41 79 603 71 25
EMAIL: Montesa.sarl@aol.co

## INVOICE

MONTESA Sàrl,
58, Route de la Fin,
CH-1874 Champéry,
Switzerland.

**Invoice Date:** June 1, 2017
**Invoice Number:** 2017-06-01-01
**Due Date:** June 15, 2017

Bank: UBS, 14 rue Coppet, CH-1870 Monthey, Switzerland;
IBAN: CH21 0027 7277 1071 0962F
Swift Code: UBSWCHZH80A

Invoice To:
STRASBURGER & PRICE, LLP 901 Main Street,
Suite 6000 Dallas, Texas 75202
Telephone: (214) 651-4300
Facsimile: (214) 651-4330
Attorneys for Defendant Atlantic Specialty
Insurance Company
United States of America

Costs:

Train & Hotel
**$242 & $310= $552**

International Consultancy Services
MONTESA SARL
58, ROUTE DE LA FIN, CH-1874 CHAMPERY, SWITZERLAND, TEL: +41 79 603 7125; EMAIL: Montesa.sarl@aol.com

## JAY SHAPIRO, CPA
11300 W. Olympic Blvd. Suite #910
Los Angeles CA, 90064
(310) 441-3600 * Fax (310) 441-3610

**Bill To:**
Carla Crapster, Esq.
Strasburger & Price

By Email: Carla.Crapster@straburger.com

**Invoice #:** 8111
**Invoice Date:** May 24, 2017
**RE:** UCP v. Atlantic Specialty Ins.

### Out-of-Pocket Costs:

Deposition transportation    69.00

Please remit payment via ACH or wire:
Citibank N.A.
1801 Avenue of Stars, Los Angeles, CA 90067- Suite 110
Account Name: JAY SHAPIRO CPA
Account # 206272684
ABA Transit # 322271724

Mailing address for Overnight check payment via:
JAY SHAPIRO CPA
11300 W. Olympic Blvd –Suite #910
Los Angeles, CA 90064

Tax ID # 95-3795210
*Invoice is due on presentation. Balance will be subject to monthly late charges

```
              AON Center
              707 Wilshire Blvd
              Los Angeles, 90017

VALET          05/19/17 16:57
Cashier 9
Receipt 071309

Short-term parking tkt
1 - No. 059716
05/19/17 12:22
05/19/17 16:57
Period 0d4h36'
(Ust.)                  $39.00
                      ----------
Total                   $39.00

Payment Received
AMEX                    $39.00
xxxxxxxxxxxx2004
Merch:498192363881
Auth:527365
Type: Swiped

Sub Total               $39.00


   All Amounts in USD.
   Deliv. Date=Receipt Date

Signature                     .

              _____
```