# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| UNIVERSAL CABLE PRODUCTIONS LLC and NORTHERN ENTERTAINMENT PRODUCTIONS LLC,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>ATLANTIC SPECIALTY INSURANCE COMPANY,<br><br>　　　　Defendant. | CASE NO. 2:16-cv-4435-PA-MRW |

# Exhibit 4
# Copy Charges

Copies - All Copies Made In-House (No Receipts Available)
Deposition Exhibits and Motion for Summary Judgment

| Deponent | Date | Exhibits | Total Pages | | |
|---|---|---|---|---|---|
| Garber, Andrea | 04/14/17 | 001-040 | 282 | | |
| Weiss, Susan | 04/18/17 | 041-069 020A | 567 | | |
| Smith, Stephen | 04/18/17 | 101-193 | 358 | | |
| Smith, Stephen | 04/19/17 | 194-231 | 129 | | |
| Adams, Maleka | 05/04/17 | 232-245 | 63 | | |
| Johnson, Pamela | 05/09/17 | 232-256 | 597 | | |
| Wunderlich, Robert | 05/15/17 | 257-289 | 1453 | | |
| Ford, Kurt | 05/17/17 | 290-322 | 370 | | |
| Levitt, Matthew | 05/18/17 | 323-341 | 224 | | |
| Markus, Barbara | 05/23/17 | 342-344 | 101 | | |
| Richmond, Randi | 05/24/17 | 345-406 | 534 | | |
| Detter de Frankopan, Ingrid (Dr.) | 05/22/17 | 400-404 | 101 | | |
| Ridgers, Martin | 05/30/17 | 405-418 | 392 | | |
| Binke, Mark | 05/25/17 | 407-409 | 135 | | |
| Ross, Dennis | 05/26/17 | 410-415 | 44 | | |
| Phillips, Wanda | 05/31/17 | 419-428 500 | 123 | | |
| Koh, Harold | 05/26/17 | 440-453 | 123 | | |
| McCarthy, Thomas | 06/01/17 | 455-473 | 42 | | |
| Sagalow, Ty | 06/02/17 | 474-476 | 87 | | |
| Sub-Total Pages | | | 5725 | | |
| | | | x3 | | |
| **Total Pages - Depos** | | | 17,175 | x .15 | $2,576.25 |
| | | | | | |
| MSJ Pages | | | 1921 | | |
| Opposition | | | 1905 | | |
| Reply | | | 732 | | |
| **Total MSJ** | | | 4558 | x .15 | $683.70 |
| | | | | | |
| **Grand Total** | | | 21,733 | x .15 | $3,259.95 |

9082084                                                                                                1