LUCIA E. COYOCA (SBN 128314)
 lec@msk.com
VALENTINE A. SHALAMITSKI (SBN 236061)
 vas@msk.com
DANIEL M. HAYES (SBN 240250)
 dmh@msk.com
MITCHELL SILBERBERG & KNUPP LLP
11377 West Olympic Boulevard
Los Angeles, CA 90064-1683
Telephone: (310) 312-2000
Facsimile: (310) 312-3100

Attorneys for Plaintiffs
Universal Cable Productions LLC and
Northern Entertainment Productions LLC

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNIVERSAL CABLE PRODUCTIONS LLC, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>ATLANTIC SPECIALTY INSURANCE COMPANY,<br><br>Defendant. | CASE NO. 2:16-cv-4435-PA-MRW<br><br>**DECLARATION OF VALENTINE A. SHALAMITSKI IN SUPPORT OF UNIVERSAL'S OBJECTIONS TO DEFENDANT'S APPLICATION TO TAX COSTS**<br><br>[Universal's Objections to Defendant's Application to Tax Costs filed concurrently herewith] |

Mitchell Silberberg & Knupp LLP

9428619.1

**SHALAMITSKI DECLARATION ISO UNIVERSAL'S OBJECTIONS TO DEFENDANT'S APPLICATION TO TAX COSTS**

# DECLARATION OF VALENTINE A. SHALAMITSKI

I, Valentine A. Shalamitski, declare:

1. I am an attorney duly licensed to practice law in the State of California and before this Court. I am of counsel in the law firm of Mitchell Silberberg & Knupp LLP, attorneys of record for Plaintiffs Universal Cable Productions LLC and Northern Entertainment Productions LLC ("Universal") in the above-captioned matter. I make this declaration in support of Universal's Objections to Defendant Atlantic Specialty Insurance Company's ("Atlantic") Application to Tax Costs ("Application"). Unless otherwise indicated, I have personal knowledge of the following facts and, if called and sworn as a witness, could and would competently testify thereto.

2. Attached hereto as **Exhibit A** is a copy of the deposition invoices Atlantic submitted with its Application (ECF Nos. 130-2 & 130-3), which have been marked, at my direction, to highlight in yellow every line item of non-taxable costs as further detailed in the concurrently-filed Objections to Atlantic's Application.

3. The Court has not ordered or authorized any expedited fees in connection with depositions in this case.

4. The Court has not ordered or authorized videotaping or recording of any depositions in this case.

5. In May 2017, Universal deposed Atlantic's expert, Ingrid Detter de Frankopan, in London, U.K. Initially, Universal asked that Dr. de Frankopan be made available for deposition in Los Angeles. Atlantic refused, insisting that the deposition be held in London. Attached hereto as **Exhibit B** is a true and correct copy of an email dated May 11, 2017, from Toni Reed (Atlantic's counsel) to Universal's counsel, including me, in which Ms. Reed states: "If you wish to depose Dr. de Frankopan, she will appear in London for that purpose."

Mitchell Silberberg & Knupp LLP

1

**SHALAMITSKI DECLARATION ISO UNIVERSAL'S OBJECTIONS TO DEFENDANT'S APPLICATION TO TAX COSTS**

6. Universal then suggested that Dr. de Frankopan's deposition be taken by video conference, to avoid the expense of having counsel fly to London. Atlantic refused, insisting that they would "present her in person." Attached hereto as **Exhibit C** is a true and correct copy of an email dated May 12, 2017, from Michael Keeley (Atlantic's counsel) to Universal's counsel, including me, regarding the deposition.

7. Because Atlantic insisted on presenting Dr. de Frankopan in London, Universal sent counsel there, at significant expense, to take her deposition. Atlantic identified Dr. de Frankopan's address as 58 Route de la Fin, CH-1874, Champery, Switzerland, in Atlantic's trial witness list. Had Atlantic named a deposition location for Dr. de Frankopan in Switzerland, closer to her residence, Universal would have taken the deposition there.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed October 27, 2017, at Los Angeles, California.

Valentine A. Shalamitski

SHALAMITSKI DECLARATION ISO UNIVERSAL'S OBJECTIONS TO DEFENDANT'S
APPLICATION TO TAX COSTS