# EXHIBIT B

**Bowdre, Monica**

---

| | |
|---|---|
| **From:** | Reed, Toni <Toni.Reed@strasburger.com> |
| **Sent:** | Thursday, May 11, 2017 2:41 PM |
| **To:** | Beckman-Straus, Naomi; Keeley, Michael; Crapster, Carla |
| **Cc:** | Shalamitski, Valentine; Coyoca, Lucia; Hayes, Daniel; Kohler, Daniel |
| **Subject:** | RE: UCP v. Atlantic - Deposition Schedule Updates |

Counsel,

If you wish to depose Dr. de Frankopan, she will appear in London for that purpose.  She cannot be required to travel to the U.S. for a deposition.  If you want to depose her before trial, we have provided her available date and location.

In regard to Mr. Shapiro and Mr. Lowenstein, we have provided the dates upon which those witnesses can be available within our discovery period.  I do not have alternatives to offer.

Best regards,
Toni Scott Reed

**Toni Scott Reed** • Strasburger & Price, LLP
901 Main Street, Suite 6000, Dallas, TX 75202
214.651.4345 • Fax 214.659-4091 • Strasburger.com

---

**From:** Beckman-Straus, Naomi [mailto:nxs@msk.com]
**Sent:** Thursday, May 11, 2017 12:15 PM
**To:** Reed, Toni; Keeley, Michael; Crapster, Carla
**Cc:** Shalamitski, Valentine; Coyoca, Lucia; Hayes, Daniel; Kohler, Daniel
**Subject:** RE: UCP v. Atlantic - Deposition Schedule Updates

Counsel,

With regards to the expert deposition dates and locations you have offered:

    Dr. de Frankopan – May 22.  We can accept the date of May 22 for Dr. de Frankopan's deposition, but given all the other depositions scheduled this month, we cannot travel to London.  Please have her come to Los Angeles for the deposition.
    Mr. Jay Shapiro – May 23 – LA  - This date does not work.  Please provide alternative date(s).
    Professor John Quigley – May 31 – OH - Accepted
    Mr. Frank Lowenstein – June 2 – DC – This date does not work.  Please provide alternative date(s), preferably May 23 or 26, when we will already be in DC for the Ross deposition.

     As to Mr. McCarthy's deposition on June 1, the location will be Los Angeles, at our offices.

Regards,

Naomi



**Naomi Beckman-Straus | Attorney-at-Law**

T: 310.312.3260 | nxs@msk.com
**Mitchell Silberberg & Knupp LLP** | **www.msk.com**
11377 W. Olympic Blvd., Los Angeles, CA 90064

THE INFORMATION CONTAINED IN THIS E-MAIL MESSAGE IS INTENDED ONLY FOR THE PERSONAL AND CONFIDENTIAL USE OF THE DESIGNATED RECIPIENTS. THIS MESSAGE MAY BE AN ATTORNEY-CLIENT COMMUNICATION, AND AS SUCH IS PRIVILEGED AND CONFIDENTIAL. IF THE READER OF THIS MESSAGE IS NOT AN INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY REVIEW, USE, DISSEMINATION, FORWARDING OR COPYING OF THIS MESSAGE IS STRICTLY PROHIBITED. PLEASE NOTIFY US IMMEDIATELY BY REPLY E-MAIL OR TELEPHONE, AND DELETE THE ORIGINAL MESSAGE AND ALL ATTACHMENTS FROM YOUR SYSTEM. THANK YOU.

-----Original Message-----
**From:** Reed, Toni [Toni.Reed@strasburger.com]
**Sent:** Thursday, May 11, 2017 06:04 AM Pacific Standard Time
**To:** Hayes, Daniel; Coyoca, Lucia; Shalamitski, Valentine
**Cc:** Keeley, Michael; Crapster, Carla
**Subject:** RE: UCP v. Atlantic - Deposition Schedule Updates

Counsel,

We need your confirmation as soon as possible on the expert dates listed below (items 17, 18, and 19), plus the date provided for Dr. Ingrid Detter de Frankopan in London (May 22).  These witnesses have changing schedules, so please respond.

Additionally, please verify the Tom McCarthy information, as we understood he was in New York.

Best regards,
Toni Scott Reed

**Toni Scott Reed**• Strasburger & Price, LLP
901 Main Street, Suite 6000, Dallas, TX 75202
214.651.4345• Fax 214.659-4091• Strasburger.com

---

**From:** Reed, Toni
**Sent:** Friday, May 05, 2017 2:55 PM
**To:** dmh@msk.com; Coyoca, Lucia (lec@msk.com); Shalamitski, Valentine (VAS@msk.com)
**Cc:** Keeley, Michael; Crapster, Carla
**Subject:** UCP v. Atlantic - Deposition Schedule Updates

Counsel,

Thank you to Dan for the courtesy in regard to the issue raised regarding Mr. Duffy yesterday.  The corporate representative will be May 10 on all subjects for which we agreed to present a witness, though we may have a second witness on certain of the topics, and Sean Duffy will be May 11.

To recap progress to date, we confirm the following dates/witnesses who are in place (including those we are confirming today):

1. Pamela Johnson – May 8-9 (9:00 a.m. start);
2. Atlantic 30(b)(6) – May 10 (9:00 a.m. start);
3. Sean Duffy – May 11 (9:00 a.m. start);

4. Robert Wunderlich – May 15 – LA;
5. Dennis Crosby – May 17 -Atlanta, GA;
6. Kurt Fort – May 17  - LA;

7. Matthew Levitt – May 18 – LA;

8. BJ Markus – May 23 – LA;
9. Randi Richmond – May 24 – LA;
10. Mark Binke – May 25 – LA;
11. Dennis Ross – May 26 – DC;
12. Harold Koh – May 26 – CT;

13. Wanda Phillips – May 31 – NY;
14. Tom McCarthy – June 1;
15. Tony Clark – June 2 – IL; and
16. Ty Sagalow – June 2 – NY.

We need to verify information regarding Mr. McCarthy, as we were previously advised he is in New York.  Note that Tony Clark is in Illinois.

To this existing schedule, the dates we can add for Atlantic's experts are the following:

17. Mr. Jay Shapiro – May 23 – LA;
18. Professor John Quigley – May 31 – OH;and
19. Mr. Frank Lowenstein – June 2 – DC.

We will confirm details for Dr. Ingrid Detter de Frankopan as soon as we can do so.

Best regards,
Toni Scott Reed

**Toni Scott Reed**• Strasburger & Price, LLP
901 Main Street, Suite 6000, Dallas, TX 75202
214.651.4345• Fax 214.659-4091• Strasburger.com

---

*This email message and any attachments are confidential and may be privileged. If you are not the intended recipient, please notify Strasburger & Price, LLP immediately -- by replying to this message or by sending an email to postmaster@strasburger.com -- and destroy all copies of this message and any attachments. Thank you.*

---