# EXHIBIT C

**Bowdre, Monica**

---

| | |
|---|---|
| **From:** | Keeley, Michael <Michael.Keeley@strasburger.com> |
| **Sent:** | Friday, May 12, 2017 6:56 PM |
| **To:** | Shalamitski, Valentine |
| **Cc:** | Reed, Toni; Hayes, Daniel; Coyoca, Lucia; Beckman-Straus, Naomi; Crapster, Carla |
| **Subject:** | Re: UCP v. Atlantic - Expert Depositions |

We intend to present her in person. As Carla advised, she needs to make various travel arrangements, as do we. Thus, If we do not hear back from you tonight that you intend to depose her on the date offered we will let her know she will not be deposed.

Sent from my iPhone

On May 12, 2017, at 6:12 PM, Shalamitski, Valentine <VAS@msk.com> wrote:

> Counsel—
>
> Please confirm that you agree to conduct the de Frankopan deposition on May 22 by videoconference, with both side's lawyers participating by videoconference. Once you confirm, we will look into the videoconference arrangements, etc.
>
> <image001.gif>
> **Valentine A. Shalamitski | Attorney-at-Law**
> T: 310.312.3736 | vas@msk.com
> **Mitchell Silberberg & Knupp LLP** | www.msk.com
> 11377 W. Olympic Blvd., Los Angeles, CA 90064
>
> ---
>
> **From:** Reed, Toni [mailto:Toni.Reed@strasburger.com]
> **Sent:** Friday, May 12, 2017 9:26 AM
> **To:** Hayes, Daniel; Coyoca, Lucia; Shalamitski, Valentine; Beckman-Straus, Naomi
> **Cc:** Keeley, Michael; Crapster, Carla
> **Subject:** UCP v. Atlantic - Expert Depositions
>
> Counsel,
>
> Please confirm by 5:00 p.m. central time today whether you are going to depose Dr. de Frankopan. We have advised of the date/location that she can offer in order for a deposition to occur. She must put travel arrangements for various commitments in place now in order to appear for that deposition, so we need to confirm with her today.
>
> Thank you very much, and we will look forward to your response.
>
> Best regards,
> Toni Scott Reed
>
> **Toni Scott Reed** • Strasburger & Price, LLP
> 901 Main Street, Suite 6000, Dallas, TX 75202
> 214.651.4345 • Fax 214.659-4091 • Strasburger.com

*This email message and any attachments are confidential and may be privileged. If you are not the intended recipient, please notify Strasburger & Price, LLP immediately -- by replying to this message or by sending an email to postmaster@strasburger.com -- and destroy all copies of this message and any attachments. Thank you.*