1  LUCIA E. COYOCA (SBN 128314)
    lec@msk.com
2  VALENTINE A. SHALAMITSKI (SBN 236061)
    vas@msk.com
3  DANIEL M. HAYES (SBN 240250)
    dmh@msk.com
4  MITCHELL SILBERBERG & KNUPP LLP
   11377 West Olympic Boulevard
5  Los Angeles, CA 90064-1683
   Telephone: (310) 312-2000
6  Facsimile: (310) 312-3100

7  Attorneys for Plaintiffs
   Universal Cable Productions LLC and
8  Northern Entertainment Productions LLC

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| UNIVERSAL CABLE PRODUCTIONS LLC and NORTHERN ENTERTAINMENT PRODUCTIONS LLC, <br><br>Plaintiffs, <br><br>v. <br><br>ATLANTIC SPECIALTY INSURANCE COMPANY, <br><br>Defendant. | CASE NO. 2:16-cv-4435-PA-MRW <br><br>**REPRESENTATION STATEMENT [FRAP 12 & CIRCUIT RULE 3-2]** |
|---|---|

Mitchell Silberberg & Knupp LLP

9437979.1

**REPRESENTATION STATEMENT [FRAP 12 & CIRCUIT RULE 3-2]**

Pursuant to Federal Rule of Appellate Procedure 12(b) and Ninth Circuit Rule 3-2(b), Plaintiff-Appellants identify the following parties and their counsel of record:

**Plaintiffs Universal Cable Productions LLC and Northern Entertainment Productions LLC:**

> Lucia E. Coyoca
> Valentine A. Shalamitski
> Daniel M. Hayes
> MITCHELL SILBERBERG & KNUPP LLP
> 11377 West Olympic Boulevard
> Los Angeles, CA 90064-1683
> Tel: (310) 312-2000
> Fax: (310) 312-3100
> lec@msk.com; vas@msk.com; dmh@msk.com

**Defendant Atlantic Specialty Insurance Company:**

> Marc J. Shrake
> ANDERSON, MCPHARLIN & CONNERS LLP
> 707 Wilshire Boulevard, Suite 4000
> Los Angeles, California 90017-3623
> Tel: (213) 236-1691
> Fax: (213) 622-7594
> mjs@amclaw.com

> Michael Keeley
> Toni Scott Reed
> Carla C. Crapster
> STRASBURGER & PRICE, LLP
> 901 Main Street, Suite 6000
> Dallas, Texas 75202
> Tel: (214) 651-4300
> Fax: (214) 651-4330
> michael.keeley@strasburger.com; toni.reed@strasburger.com; carla.crapster@strasburger.com

DATED: November 2, 2017

> LUCIA E. COYOCA
> VALENTINE A. SHALAMITSKI
> DANIEL M. HAYES
> MITCHELL SILBERBERG & KNUPP LLP
>
> By: */s/ Lucia E. Coyoca*
> Lucia E. Coyoca
> Attorneys for Plaintiffs
> Universal Cable Productions LLC and Northern Entertainment Productions LLC