1  LUCIA E. COYOCA (SBN 128314)
     lec@msk.com
2  VALENTINE A. SHALAMITSKI (SBN 236061)
     vas@msk.com
3  DANIEL M. HAYES (SBN 240250)
     dmh@msk.com
4  MITCHELL SILBERBERG & KNUPP LLP
   11377 West Olympic Boulevard
5  Los Angeles, CA 90064-1683
   Telephone:  (310) 312-2000
6  Facsimile:  (310) 312-3100

7  Attorneys for Plaintiffs
   Universal Cable Productions LLC and
8  Northern Entertainment Productions LLC

9                 UNITED STATES DISTRICT COURT

10             CENTRAL DISTRICT OF CALIFORNIA

11                      WESTERN DIVISION

| | |
|---|---|
| 12 UNIVERSAL CABLE PRODUCTIONS LLC and 13 NORTHERN ENTERTAINMENT PRODUCTIONS LLC, 14  Plaintiffs, 15  v. 16 ATLANTIC SPECIALTY 17 INSURANCE COMPANY, 18  Defendants. 19 | CASE NO. 2:16-cv-04435-PA-MRW  **[PROPOSED] ORDER GRANTING PLAINTIFFS' APPLICATION FOR APPROVAL OF BOND AMOUNT** |

20

21

22

23

24

25

26

27

28

Mitchell
Silberberg &
Knupp LLP

9609665.1

**[PROPOSED] ORDER RE APPLICATION FOR APPROVAL OF BOND AMOUNT**

1     Plaintiffs Universal Cable Productions LLC and Northern Entertainment

2   Productions LLC ("UCP") have applied for approval of a *supersedeas* bond in the

3   amount of $53,199.70, pending the outcome of Plaintiffs' appeal to the Ninth

4   Circuit Court of Appeals.  Upon consideration of UCP's Application for Approval

5   of Bond Amount, and good cause appearing therefore, it is on this _____ day of

6   January, 2018,  **ORDERED** that a *supersedeas* bond in the amount of $53,199.70

7   is hereby **APPROVED** by the Court, in the form appended as Exhibit A to UCP's

8   Application for Approval of Bond Amount.

9

10     **IT IS SO ORDERED.**

11

12

13   Dated:  January __, 2018

14                        The Honorable Percy Anderson
United States District Court Judge,

15                        Central District of California

16

17

18

19

20

21

22

23

24

25

26

27

Mitchell Silberberg & Knupp LLP   28

9609665.1

2

**[PROPOSED] ORDER RE APPLICATION FOR APPROVAL OF BOND AMOUNT**