LUCIA E. COYOCA (SBN 128314)
  lec@msk.com
VALENTINE A. SHALAMITSKI (SBN 236061)
  vas@msk.com
DANIEL M. HAYES (SBN 240250)
  dmh@msk.com
MITCHELL SILBERBERG & KNUPP LLP
11377 West Olympic Boulevard
Los Angeles, CA 90064-1683
Telephone: (310) 312-2000
Facsimile: (310) 312-3100

Attorneys for Plaintiffs
Universal Cable Productions LLC and
Northern Entertainment Productions LLC

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNIVERSAL CABLE PRODUCTIONS LLC and NORTHERN ENTERTAINMENT PRODUCTIONS LLC,<br><br>Plaintiffs,<br><br>v.<br><br>ATLANTIC SPECIALTY INSURANCE COMPANY,<br><br>Defendants. | CASE NO. 2:16-cv-04435-PA-MRW<br><br>**ORDER GRANTING PLAINTIFFS' APPLICATION FOR APPROVAL OF BOND AMOUNT** |

Mitchell Silberberg & Knupp LLP

9609665.1

**[PROPOSED] ORDER RE APPLICATION FOR APPROVAL OF BOND AMOUNT**

1    Plaintiffs Universal Cable Productions LLC and Northern Entertainment
2  Productions LLC ("UCP") have applied for approval of a *supersedeas* bond in the
3  amount of $53,199.70, pending the outcome of Plaintiffs' appeal to the Ninth
4  Circuit Court of Appeals.  Upon consideration of UCP's Application for Approval
5  of Bond Amount, and good cause appearing therefore, it is on this 10th day of
6  January, 2018,  **ORDERED** that a *supersedeas* bond in the amount of $53,199.70
7  is hereby **APPROVED** by the Court, in the form appended as Exhibit A to UCP's
8  Application for Approval of Bond Amount.

10    **IT IS SO ORDERED.**

13  Dated:  January 10, 2018            _____
14                                       Percy Anderson
                                         United States District Judge