UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

JUL 18 2019

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| UNIVERSAL CABLE PRODUCTIONS, LLC, a Delaware limited liability company; NORTHERN ENTERTAINMENT PRODUCTIONS, LLC, a Delaware limited liability company,<br><br>   Plaintiffs-Appellants,<br><br>v.<br><br>ATLANTIC SPECIALTY INSURANCE COMPANY, a New York insurance company,<br><br>   Defendant-Appellee. | No. 17-56672<br><br>DC No. 2:16 cv-04435 PA CD Cal., Los Angeles<br><br>ORDER |

Before:   COLE [*], Chief Judge, and TASHIMA and NGUYEN, Circuit Judges.

Defendant-Appellee's unopposed motion for extension of time to file petition for rehearing is granted. The time within which to file a petition for panel rehearing and/or a petition for rehearing en banc is extended to and including August 26, 2019.

---

[*]  The Honorable Ransey Guy Cole, Jr., Chief United States Circuit Judge for the U.S. Court of Appeals for the Sixth Circuit, sitting by designation.