UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

OCT 02 2019

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNIVERSAL CABLE PRODUCTIONS, LLC, a Delaware limited liability company and NORTHERN ENTERTAINMENT PRODUCTIONS, LLC, a Delaware limited liability company,

      Plaintiffs - Appellants,

  v.

ATLANTIC SPECIALTY INSURANCE COMPANY, a New York insurance company,

      Defendant - Appellee.

No. 17-56672

D.C. No. 2:16-cv-04435-PA-MRW
U.S. District Court for Central California, Los Angeles

**MANDATE**

The judgment of this Court, entered July 12, 2019, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT

By: Quy Le
Deputy Clerk
Ninth Circuit Rule 27-7