JS-5

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### CIVIL MINUTES - GENERAL

| Case No. | CV 16-04435 PA (MRWx) | Date | October 3, 2019 |
|---|---|---|---|
| Title | Universal Cable Productions LLC, et al. v. Atlantic Speciality Insurance Co. | | |

Present: The Honorable  **PERCY ANDERSON, UNITED STATES DISTRICT JUDGE**

| Kamilla Sali-Suleyman | Not Reported | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter | Tape No. |

Attorneys Present for Plaintiffs:         Attorneys Present for Defendants:

None                                                                None

**Proceedings:**   IN CHAMBERS - COURT ORDER

The Court is in receipt of the Ninth Circuit's Mandate issued on October 2, 2019.

The parties are ordered to meet and confer no later than November 1, 2019 to discuss case management and scheduling issues. Following their meeting, the parties shall file a Joint Status Report no later than November 15, 2019. The Joint Status Report shall include a succinct statement of the factual and legal issues that have been remanded to this Court for resolution as well as the parties' views and proposals concerning a procedure and schedule for resolving those issues.

IT IS SO ORDERED.