Name and address:
Catriona Lavery (SBN 310546)
SUSMAN GODFREY L.L.P.
1900 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067-6029
Tel.: (310) 789-3100   Fax: (310) 789-3150

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

UNIVERSAL CABLE PRODUCTIONS LLC, ET AL.,

Plaintiff(s)

v.

ATLANTIC SPECIALTY INSURANCE COMPANY,

Defendant(s).

CASE NUMBER

2:16-cv-4435-PA-MRW

**ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE***

The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by

Buchdahl, Jacob W.
*Applicant's Name (Last Name, First Name & Middle Initial)*

(212) 336-8330    (212) 336-8340
*Telephone Number*    *Fax Number*

jbuchdahl@susmangodfrey.com
*E-Mail Address*

of

SUSMAN GODFREY L.L.P.
1301 Avenue of the Americas, 32nd Floor
New York, NY 10019

*Firm/Agency Name & Address*

for permission to appear and participate in this case on behalf of

Universal Cable Productions LLC and Northern Entertainment Productions LLC

*Name(s) of Party(ies) Represented*    ☒ Plaintiff(s)   ☐ Defendant(s)   ☐ Other:

and designating as Local Counsel

Lavery, Catriona
*Designee's Name (Last Name, First Name & Middle Initial)*

310546    (310) 789-3100    (310) 789-3150
*Designee's Cal. Bar No.*   *Telephone Number*   *Fax Number*

clavery@susmangodfrey.com
*E-Mail Address*

of

SUSMAN GODFREY L.L.P.
1900 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067-6029

*Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**

☒ GRANTED.

☐ DENIED: ☐ for failure to pay the required fee.
  ☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.
  ☐ for failure to complete Application: _____
  ☐ pursuant to L.R. 83-2.1.3.2: ☐ Applicant resides in California; ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.
  ☐ pursuant to L.R. 83-2.1.3.4; Local Counsel: ☐ is not member of Bar of this Court; ☐ does not maintain office in District.
  ☐ because _____

IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid: ☐ be refunded   ☐ not be refunded.

Dated   October 21, 2019

*[signature]*

U.S. District Judge/U.S. Magistrate Judge

G-64 ORDER (5/16)    (PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*    Page 1 of 1