LUCIA E. COYOCA (SBN 128314); lec@msk.com

MITCHELL SILBERBERG & KNUPP LLP

2049 Century Park East, 18th Floor

Los Angeles, CA 90067-3120

Tel: (310) 312-2000 / Fax: (310) 312-3100

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNIVERSAL CABLE PRODUCTIONS LLC, a Delaware limited liability company, et al.<br><br>Plaintiff(s)<br><br>v.<br><br>ATLANTIC SPECIALTY INSURANCE COMPANY, a New York insurance company,<br><br>Defendant(s) | CASE NUMBER:<br>2:16-cv-4435-PA-MRW<br><br>**(PROPOSED) ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OR WITHDRAWAL OF ATTORNEY** |

The Court hereby orders that the request of:

Universal Cable Productions LLC and Northern Entertainment Productions LLC  ☒ Plaintiff  ☐ Defendant  ☐ Other

*Name of Party*

to substitute  Amanda Bonn, Kalpana Srinivasan, and Catriona Lavery (Susman Godfrey LLP)  who is

☒ Retained Counsel  ☐ Counsel appointed by the Court (Criminal cases only)  ☐ Pro Se

*Street Address*

1900 Avenue of the Stars, #1400
Los Angeles, CA 90067

*City, State, Zip*

abonn@susmangodfrey.com;
ksrinivasan@susmangodfrey.com;
clavery@susmangodfrey.com

*E-Mail Address*

(310) 789-3100           (310) 789-3150           SBN:270891; SBN: 237460; SBN: 310546

*Telephone Number*       *Fax Number*             *State Bar Number*

as attorney of record instead of  Lucia E. Coyoca, Daniel M. Hayes, and Valentine A. Shalamitski

*List **all** attorneys from same firm or agency who are withdrawing.*

**is hereby**   ☐ GRANTED   ☐ DENIED

The clerk is hereby ordered to terminate Notices of Electronic Filing for the withdrawing attorney(s) in this case.

Dated _____

U. S. District Judge/U.S. Magistrate Judge
Honorable Percy Anderson

G–01 ORDER (09/17)   **(PROPOSED) ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OR WITHDRAWAL OF ATTORNEY**


American LegalNet, Inc.
www.FormsWorkFlow.com