Name and address:

Marc J. Shrake (SBN 219331)
Freeman Mathis & Gary, LLP
550 South Hope Street, Suite 2200
Los Angeles, CA 90071
(213) 615-7000/ (213) 615-7100 / mshrake@fmglaw.com

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Universal Cable Productions, LLC and Northern Entertainment Productions, LLC <br><br> v. <br><br> Atlantic Specialty Insurance Company <br><br> Plaintiff(s) / Defendant(s). | CASE NUMBER <br><br> 2:16-cv-04435-PA-MRW <br><br> (PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE* |

The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by

Burke, Melinda R.         of    Martin, Disiere, Jefferson & Wisdom, LLP
*Applicant's Name (Last Name, First Name & Middle Initial)*    9111 Cypress Waters Blvd., Suite 250
(214) 420-5500     (214) 420-5501    Dallas, Texas 75019
*Telephone Number*    *Fax Number*
burke@mdjwlaw.com
*E-Mail Address*    *Firm/Agency Name & Address*

for permission to appear and participate in this case on behalf of
Atlantic Specialty Insurance Company

*Name(s) of Party(ies) Represented*    ☐ Plaintiff(s)  ☒ Defendant(s)  ☐ Other: _____

and designating as Local Counsel

Shrake, Marc J.    of    Freeman Mathis & Gary, LLP
*Designee's Name (Last Name, First Name & Middle Initial)*    550 South Hope Street, Suite 2200
219331    (213) 615-7000    (213) 615-7100    Los Angeles, CA 90071
*Designee's Cal. Bar No.*  *Telephone Number*  *Fax Number*
mshrake@fmglaw.com
*E-Mail Address*    *Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**
☐ GRANTED.
☐ DENIED:  ☐ for failure to pay the required fee.
         ☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.
         ☐ for failure to complete Application: _____
         ☐ pursuant to L.R. 83-2.1.3.2:  ☐ Applicant resides in California;  ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.
         ☐ pursuant to L.R. 83-2.1.3.4; Local Counsel:  ☐ is not member of Bar of this Court;  ☐ does not maintain office in District.
         ☐ because _____

**IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid:** ☐ be refunded  ☐ not be refunded.

Dated _____    _____
                                                                    **U.S. District Judge/U.S. Magistrate Judge**

G-64 ORDER (5/16)    (PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*    Page 1 of 1