Name and address:

Marc J. Shrake (SBN 219331)
Freeman Mathis & Gary, LLP
550 South Hope Street, Suite 2200
Los Angeles, CA 90071
(213) 615-7000/ (213) 615-7100 / mshrake@fmglaw.com

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Universal Cable Productions, LLC and Northern Entertainment Productions, LLC<br><br>v.<br>Plaintiff(s)<br><br>Atlantic Specialty Insurance Company<br><br>Defendant(s). | CASE NUMBER<br>2:16-cv-04435-PA-MRW<br><br>(PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE* |

The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by

Martin, Christopher W.     of     Martin, Disiere, Jefferson & Wisdom, LLP
*Applicant's Name (Last Name, First Name & Middle Initial)*     808 Travis Street, Suite 1100
(713) 632-1701     (713) 222-0101     Houston, Texas 77002
*Telephone Number*     *Fax Number*
martin@mdjwlaw.com
*E-Mail Address*     *Firm/Agency Name & Address*

for permission to appear and participate in this case on behalf of
Atlantic Specialty Insurance Company

*Name(s) of Party(ies) Represented*     ☐ *Plaintiff(s)* ☒ *Defendant(s)* ☐ *Other:*

and designating as Local Counsel
Shrake, Marc J.     of     Freeman Mathis & Gary, LLP
*Designee's Name (Last Name, First Name & Middle Initial)*     550 South Hope Street, Suite 2200
219331     (213) 615-7000     (213) 615-7100     Los Angeles, CA 90071
*Designee's Cal. Bar No.*     *Telephone Number*     *Fax Number*
mshrake@fmglaw.com
*E-Mail Address*     *Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**
☐ GRANTED.
☐ DENIED: ☐ for failure to pay the required fee.
         ☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.
         ☐ for failure to complete Application: _____
         ☐ pursuant to L.R. 83-2.1.3.2: ☐ Applicant resides in California; ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.
         ☐ pursuant to L.R. 83-2.1.3.4; Local Counsel: ☐ is not member of Bar of this Court; ☐ does not maintain office in District.
         ☐ because _____

**IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid:** ☐ be refunded ☐ not be refunded.

Dated _____     _____
                                                      **U.S. District Judge/U.S. Magistrate Judge**