# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Universal Cable Productions LLC et al | CASE NUMBER: |
| | 2:16-cv-04435-PA-MRW |
| PLAINTIFF(S) | |
| v. | |
| Atlantic Specialty Insurance Company | **NOTICE TO FILER OF DEFICIENCIES IN ELECTRONICALLY FILED PRO HAC VICE APPLICATION** |
| DEFENDANT(S) | |

## PLEASE TAKE NOTICE:

The following problem(s) have been found with your electronically filed document:

| November 27, 2019 | 154 | Application of Non-Resident Attorney to Appear in a Specific Case Pro Hac Vice |
|---|---|---|
| Date Filed | Doc. No. | Title of Doc. |

## ERRORS WITH DOCUMENT

☐ Document submitted in wrong case.

☐ Incorrect document attached to the docket entry.

☐ Incorrect event selected. Correct event is "Appear Pro Hac Vice (G-64 or pleading)"

☐ Hearing date set, but no hearing required.

☐ Superseded version of Form G-64 used.

☑ Local Rule 5-4.3.4 — Application not hand-signed.

☐ Local Rule 5-4.4.2 — WordPerfect or Word copy of the proposed order not e-mailed to the assigned judge's generic chambers email address.

☐ Local Rule 83-2.1.3.2(a) — Applicant resides in California.

☑ Local Rule 83-2.1.3.3(a) — Application not complete: state and/or federal courts to which the applicant has been admitted are not listed.

☐ Local Rule 83-2.1.3.3(b) — Proposed order not attached.

☐ Local Rule 83-2.1.3.3(c) — $400 fee not paid.

☐ Local Rule 83-2.1.3.3(d) — Certificate of Good Standing not attached for every state court listed to which the applicant has been admitted.

☐ Local Rule 83-2.1.3.3(d) — Attached Certificate of Good Standing not issued within 30 days prior to filing of the application.

☐ Local Rule 83-2.1.3.4 — Local counsel does not maintain an office within the District.

☐ Other:
Please note that electronic, image or stamp signatures are not allowed.

**Note:** **In response to this notice, the Court may: 1) deny the Application; 2) order an amended or corrected document to be filed; 3) order the document stricken; or 4) take other action as the Court deems appropriate. You need not take any action in response to this notice unless and until the Court directs you to do so.**

Clerk, U.S. District Court

Dated: November 27, 2019

By: Lupe_Thrasher@cacd.uscourts.gov
Deputy Clerk

*cc: Assigned District Judge and/or Magistrate Judge*

**Please refer to the Court's website at www.cacd.uscourts.gov for Local Rules, General Orders, and applicable forms.**