UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| UNIVERSAL CABLE PRODUCTIONS LLC, a Delaware limited liability company, and NORTHERN ENTERTAINMENT PRODUCTIONS LLC, a Delaware limited liability company,<br><br>Plaintiffs,<br><br>vs.<br><br>ATLANTIC SPECIALTY INSURANCE COMPANY, a New York insurance company,<br><br>Defendant. | CASE NO. 2:16-cv-04435-PA-MRW<br>[*Hon. Percy Anderson; Ctrm. 9A*]<br><br>**[PROPOSED] ORDER GRANTING ATLANTIC SPECIALTY INSURANCE COMPANY'S MOTION FOR LEAVE TO AMEND COURT'S SCHEDULING ORDER TO ALLOW SUBSTITUTION OF EXPERT WITNESS ON ACCOUNT OF DEATH OF JAY SHAPIRO, CPA**<br><br>Pretrial Conference: January 17, 2020<br>Time: 1:30 PM PST<br>Trial: February 18, 2020 |

CAME ON FOR CONSIDERATION this ____ day of January 2020, Atlantic Specialty's Motion For Leave To Amend Court's Scheduling Order To Allow Substitution Of Expert Witness On Account Of Death Of Jay Shapiro, CPA. The Court, having considered the arguments and evidence presented by the parties, is of the opinion that the motion should be and hereby is GRANTED.

IT IS HEREBY ORDERED AS FOLLOWS:

1. ASIC shall be allowed to substitute Shannon Rusnak, Senior Vice President, Forensic Accounting, J.S. Held LLC, in place of now-

deceased Jay Shapiro and to designate Ms. Rusnak as ASIC's expert with respect to Plaintiffs' damage claim and in rebuttal to the anticipated testimony of Plaintiffs' expert and fact witnesses regarding damages claimed in this suit.

2. Ms. Rusnak shall be permitted to submit an expert report and such report shall be provided to Plaintiffs' counsel no later than January 17, 2020.

3. Ms. Rusnak may be deposed on any day during the week of January 20, 2020.

4. Plaintiffs shall be permitted to submit an expert report in rebuttal to Ms. Rusnak's report, and that report shall be provided no later than seven days after the completion of the deposition of Ms. Rusnak.

Dated: _____, 2020

_____
HONORABLE PERCY ANDERSON