KALPANA SRINIVASAN (237460)
ksrinivasan@susmangodfrey.com
AMANDA K. BONN (270891)
abonn@susmangodfrey.com
CATRIONA LAVERY (310546)
clavery@susmangodfrey.com
SUSMAN GODFREY L.L.P.
1900 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067-6029
Tel: (310) 789-3100
Fax: (310) 789-3150

JACOB W. BUCHDAHL (*pro hac vice*)
jbuchdahl@susmangodfrey.com
SUSMAN GODFREY L.L.P.
1301 Avenue of the Americas, 32nd Floor
New York, NY 10019-6023
Tel: (212) 336-8330
Fax: (212) 336-8340

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| UNIVERSAL CABLE PRODUCTIONS LLC and NORTHERN ENTERTAINMENT PRODUCTIONS LLC,<br><br>Plaintiffs,<br><br>v.<br><br>ATLANTIC SPECIALTY INSURANCE COMPANY,<br><br>Defendant. | Case No.: 2:16-cv-4435-PA-MRW<br><br>**DECLARATION OF KALPANA SRINIVASAN IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANT'S MOTION FOR LEAVE TO AMEND COURT'S SCHEDULING ORDER TO ALLOW SUBSTITUTION OF EXPERT WITNESS**<br><br>Hearing Date: January 20, 2020,<br>Pretrial Conference: January 17, 2020<br>Time: 1:30 PM PST<br>Place: Courtroom 9A<br>Judge: The Honorable Percy Anderson<br>Trial Date: February 18, 2020 |

I, Kalpana Srinivasan, do hereby declare and state as follows:

1. I am an active member in good standing with the State Bar of California. I maintain my office at 1900 Avenue of the Stars, Suite 1400, Los Angeles, California 90067. I am a Partner of Susman Godfrey L.L.P., and one of the attorneys of record in this matter for the Plaintiffs. I have personal knowledge of the matters set forth in this declaration, and if called upon as a witness I could and would testify competently

2. I respectfully submit this declaration in support of Plaintiffs' Opposition To Defendant's Motion For Leave To Amend Court's Scheduling Order To Allow Substitution Of Expert Witness.

3. Counsel for Atlantic informed me on December 16, 2019, that it had learned its damages expert, Mr. Jay Shapiro, was now deceased and that Atlantic desired to designate Ms. Shannon Rusnak as a substitute expert. Counsel for Atlantic proposed that Ms. Rusnak prepare a new report by January 17, 2020, and that she would sit for a deposition immediately thereafter. I responded that while we were sorry to hear of Mr. Shapiro's passing, Plaintiffs did not agree that the proper course here, where an expert witness has become unavailable for trial, is to permit a new report from a new expert advancing new opinions. I explained that Atlantic is bound by the opinions Mr. Shapiro previously offered.

4. On December 19, 2019, counsel for Atlantic and I met in person in Los Angeles. I explained that Plaintiffs did not oppose Atlantic presenting a new damages expert at trial, provided that any such expert adopted Mr. Shapiro's opinions and analysis and did not provide any new opinions or analysis.

5. On December 23, 2019, counsel for Atlantic and I again discussed this matter via telephone. I reiterated that Atlantic should not be permitted to produce a new expert report advancing new opinions and analysis at this late stage. I also stated that Plaintiffs would consider not opposing a one or two page report from Ms. Rusnak explaining her support for Mr. Shapiro's analysis—as long as such report did not contain any new opinions or new analysis not disclosed in Mr. Shapiro's report.

6. Attached hereto as Exhibit 1 is a true and correct copy of excerpts from the insurance policy at issue in this case (the "Policy"), produced in this action bearing Bates number ATL003073. Portions relevant to Plaintiffs' opposition have been highlighted.

7. Attached hereto as Exhibit 2 is a true and correct copy of the Expert Report of Jay Shapiro, dated April 25, 2017.

8. Attached hereto as Exhibit 3 is a true and correct copy of the condensed version of the transcript from Mr. Shapiro's deposition, dated May 23, 2017.

9. Attached hereto as Exhibit 4 is a true and correct copy of relevant excerpts from a document titled "DIG—New Mexico Season 1—First 5 episodes Production Recap Report," produced in this action bearing Bates number UCP018226.

10. Attached hereto as Exhibit 5 is a true and correct copy of relevant excerpts from a document titled "DIG Production Recap Report, 2014/2015 Season 1 – Israel Unit," produced in this action.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 30th day of December, 2019, in Los Angeles, California.

*/s/ Kalpana Srinivasan*
Kalpana Srinivasan

# CERTIFICATE OF SERVICE

I certify that on December 26, 2019, I filed the foregoing with the Clerk of the United States District Court for the Central District of California by using the Court's CM/ECF system, which will send notifications of such filing to all counsel of record.

*/s/ Kalpana Srinivasan*
Kalpana Srinivasan

Decl. of K. Srinivasan ISO Pltfs.' Opp. To Def.'s Mtn. For Leave To Amend Scheduling Order