# Exhibit 4



### New Mexico Season 1 - First 5 episodes
### Production Recap Report
### 2014/2015 Season 1
### Period Ending: 08/11/2016

To: Distribution
From: Joshua P. Dease, Production Accountant
Prepared: 8/11/16

| Show # | Title | Film Date/Range | Status |
|---|---|---|---|
| 01002 | Untitled | 10/02-10/15/14 | Air |
| 01003 | Meet the Rosenberg's | 10/02-10/15/14 | Air |
| 01004 | Prayer of David | 10/21-11/12/14 | Air |
| 01005 | Untitled | 10/21-11/12/14 | Air |
| 01006 | The Well of Souls | 10/31-11/07/14 | Air |

**TOTALS W/O PILOT, W/O AMORT VARIANCE**

| 01084 | Accum | | |
| 01085 | Prep | | |
| 01086 | Amort | | |
| 01088 | Wrap | | |
| 01080 | Croatia - Part 1 (Integrated into 01086 This Period) | | |
| 01081 | Director Insurance Claim | 10/14-10/20/14 | |

**TOTALS ACCUM, PREP, AMORT, HIATUS, WRAP**
Amort Variance
**TOTALS W/ PILOT, W/ AMORT VARIANCE**
**TOTALS W/O PILOTS, W/AMORT VARIANCE** — 21,464,745
**EPISODIC AVG W/O PILOTS # OF EPIS** — 5
Less: Estimated Tax Credit
Estimated Total Net Budget

**SERIES (OVERAGE)/UNDERAGE FIRST 5 EPISODES:**

Notes:
This recap is for New Mexico and Croatia portions of the series only
Eps 102/103, 104/105 block shoot
Croatia shoot was 13 days