# Exhibit 5

**DIG**
**Production Recap Report**
**2014/2015 Season 1 - Israel Unit**
**Period Ending:** 10/22/15

To: **Randi Richmond, BJ Markus**
From: **Joshua P. Dease, Production Accountant**

Production #: [redacted]
Prepared: 10/23/15

| Show # | Title | Film Date/Range | Status | Pattern Budget | Episodic Budget | Actual Costs to Date | Est. to Complete | Est. Final Cost | EFC Status | Report Date | Variance Episodic Budget | Variance Prior Report | (over)/under Prior to Current Var | Network Breakage | EFC After Breakage | Var Pattern After Breakage |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 01001 | DIG - Pilot | 06/01-06/26/14 | Air | | | | | | | | | | | | | |
| | **TOTALS W/ PILOT, W/O AMORT VARIANCE** | | | | | | | | | | | | | | | |
| | **TOTALS W/O PILOT, W/O AMORT VARIANCE** | | | | | | | | | | | | | | | |
| 01094 | Accum | | | | | | | | | | | | | | | |
| 01095 | Prep | | | | | | | | | | | | | | | |
| 01096 | Amort | | | | | | | | | | | | | | | |
| 01097 | Hiatus | | | | | | | | | | | | | | | |
| 01098 | Wrap | | | | | | | | | | | | | | | |
| TBD | Other | | | | | | | | | | | | | | | |
| | **TOTALS ACCUM, PREP, AMORT, HIATUS, WRAP** | | | | | | | 4,381,145 | | | | | | | | |
| | Amort Variance | | | | | | | | | | | | | | | |
| | **TOTALS W/ PILOT, W/ AMORT VARIANCE** | | | | | | | | | | | | | | | |
| | Less: Estimated Tax Credit | | | | | | | | | | | | | | | |
| | Estimated Total Net Budget | | | | | | | | | | | | | | | |

**Notes:**
Pilot shot 4 days in Ontario, Canada. The total for this budget was $1,580,281 US, estimate final cost as of 6/28/14 = $1,534,641
Aug 2014 - the series moved to Albuquerque, NM.

