```
 1  KALPANA SRINIVASAN (237460)
    ksrinivasan@susmangodfrey.com
 2  AMANDA K. BONN (270891)
 3  abonn@susmangodfrey.com
    CATRIONA LAVERY (310546)
 4  clavery@susmangodfrey.com
 5  SUSMAN GODFREY L.L.P.
    1900 Avenue of the Stars, Suite 1400
 6  Los Angeles, CA 90067-6029
 7  Tel: (310) 789-3100
    Fax: (310) 789-3150
 8
 9  JACOB W. BUCHDAHL (pro hac vice)
    jbuchdahl@susmangodfrey.com
10  SUSMAN GODFREY L.L.P.
11  1301 Avenue of the Americas, 32nd Floor
    New York, NY 10019-6023
12  Tel: (212) 336-8330
13  Fax: (212) 336-8340
14
    Attorneys for Plaintiffs
15
```

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| UNIVERSAL CABLE PRODUCTIONS LLC and NORTHERN ENTERTAINMENT PRODUCTIONS LLC,<br><br>Plaintiffs,<br><br>v.<br><br>ATLANTIC SPECIALTY INSURANCE COMPANY,<br><br>Defendant. | Case No.: 2:16-cv-4435-PA-MRW<br><br>**[PROPOSED] ORDER DENYING DEFENDANT'S MOTION FOR LEAVE TO AMEND COURT'S SCHEDULING ORDER TO ALLOW SUBSTITUTION OF EXPERT WITNESS**<br><br>Hearing Date: January 20, 2020,<br>Pretrial Conference: January 17, 2020<br>Time: 1:30 PM PST<br>Place: Courtroom 9A<br>Judge: Honorable Percy Anderson<br>Trial Date: February 18, 2020 |

Having considered Defendant's Motion for Leave to Amend Court's Scheduling Order to Allow Substitution of Expert Witness, Plaintiffs' opposition thereto, and the exhibits submitted by all parties, the Court hereby DENIES the motion.

The Court concludes that there is no good cause for permitting Atlantic to serve new expert opinions and analysis one month and one day before trial and that doing so would prejudice Plaintiffs. Fed. R. Civ. P. 16(b). Such belated disclosures are not substantially justified or harmless. Fed. R. Civ. P. 37(c). The "purpose of allowing substitution of an expert is to put the movant in the same position it would have been in but for the need to change experts; it is not an opportunity to designate a better expert." *In re Northrop Grumman Corp. ERISA Litig.*, 2016 WL 682171, at *4 (C.D. Cal. Apr. 7, 2016).

Atlantic may choose to play portions of Mr. Shapiro's videotaped deposition at trial. Fed. R. Civ. P. 32(a)(4) ("A party may use for any purpose the deposition of a witness, whether or not a party, if the court finds . . . that the witness is dead . . . ."). Alternatively, to the extent Atlantic seeks to substitute a new expert, any such expert "must limit his or her opinions to the subject matter covered" in Mr. Shapiro's report and "may not testify in any manner that is contrary to or inconsistent with" Mr. Shapiro's report and deposition testimony. *Chien Van Bui v. City & Cty. Of San Francisco*, 2018 WL 4959056, at *2 (N.D. Cal. Jan. 31, 2018). Any such substitute expert must issue a supplemental report, not to exceed 2 pages, adopting Mr. Shapiro's opinions by no later than 5:00 p.m. on January 17, 2020.

IT IS SO ORDERED.

DATED: _____

_____
Honorable Percy Anderson
United States District Judge