**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNIVERSAL CABLE PRODUCTIONS LLC, a Delaware limited liability company, et al.<br>Plaintiff(s)<br>v.<br>ATLANTIC SPECIALTY INSURANCE COMPANY, a New York insurance company,<br>Defendant(s) | CASE NUMBER<br>2:16-cv-4435-PA-MRW<br><br>**(PROPOSED) ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OR WITHDRAWAL OF ATTORNEY** |

The Court hereby orders that the request of:

Atlantic Specialty Insurance Company      ☐ Plaintiff   ☒ Defendant   ☐ Other
*Name of Party*

to substitute  Melinda Burke and Christopher Martin (Martin, Disiere, Jefferson & Wisdom, LLP)  who is

☒ Retained Counsel   ☐ Counsel appointed by the Court (Criminal cases only)   ☐ Pro Se

*Street Address*
808 Travis Street, Suite 1100                martin@mdjwlaw.com
*City, State, Zip*                           *E-Mail Address*

(713) 632-1701          (713) 222-0101           Pro Hac Vice
*Telephone Number*      *Fax Number*             *State Bar Number*

as attorney of record instead of  Michael Keeley, Toni Scott Reed, John R. Riddle, Joseph A. Turano, and
*List **all** attorneys from same firm or agency who are withdrawing.*
Carla C. Crapster of Clark Hill PLC, 901 Main Street, Suite 6000, Dallas, Texas 75202

**is hereby**      ☐ GRANTED      ☐ DENIED

The clerk is hereby ordered to terminate Notices of Electronic Filing for the withdrawing attorney(s) in this case.

Dated _____          _____
                                       U. S. District Judge/U.S. Magistrate Judge

G–01 ORDER (09/17)      **(PROPOSED) ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OR WITHDRAWAL OF ATTORNEY**