KALPANA SRINIVASAN (237460)
ksrinivasan@susmangodfrey.com
AMANDA K. BONN (270891)
abonn@susmangodfrey.com
CATRIONA LAVERY (310546)
clavery@susmangodfrey.com
SUSMAN GODFREY L.L.P.
1900 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067-6029
Tel: (310) 789-3100
Fax: (310) 789-3150

JACOB W. BUCHDAHL (*pro hac vice*)
jbuchdahl@susmangodfrey.com
SUSMAN GODFREY L.L.P.
1301 Avenue of the Americas, 32nd Floor
New York, NY 10019-6023
Tel: (212) 336-8330
Fax: (212) 336-8340

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNIVERSAL CABLE PRODUCTIONS LLC and NORTHERN ENTERTAINMENT PRODUCTIONS LLC,<br><br>                Plaintiffs,<br>  v.<br><br>ATLANTIC SPECIALTY INSURANCE COMPANY,<br><br>                Defendant. | Case No.: 2:16-cv-4435-PA-MRW<br><br>The Honorable Percy Anderson<br>Dept. 9A<br><br>**JOINT STATEMENT RE SETTLEMENT** |

Pursuant to section III.A.6 of the Court's Civil Trial Scheduling order and the Court's Minute Order, Dkt. 157, Plaintiffs Universal Cable Productions LLC and Northern Entertainment Productions LLC, together with Defendant Atlantic Specialty Insurance Company jointly state that they engaged in private mediation before the Honorable Charles (Tim) W. McCoy, Jr. (Ret.) on December 19, 2019. Despite good faith effort from both sides to resolve their disagreements, the parties were unable to reach a settlement. The parties intend to engage in further settlement discussions.

The counsel and party representatives who appeared at the settlement conference on behalf of Plaintiffs are as follows:

- Kalpana Srinivasan
- Jacob W. Buchdahl
- Amanda Bonn
- Catriona Lavery
- Avi Braz, Vice President, Legal, NBCUniversal Media, LLC

The counsel and party representatives who appeared at the settlement conference on behalf of Defendant are as follows:

- Christopher Martin
- Melinda Burke
- Christopher Parr, Special Litigation Counsel, OneBeacon Insurance Group
- Kaisa Adams, Coverage Counsel, OneBeacon Insurance Group

DATED: January 3, 2020                    SUSMAN GODFREY L.L.P.

*/s/ Kalpana Srinivasan*
KALPANA SRINIVASAN
AMANDA K. BONN
CATRIONA LAVERY
**SUSMAN GODFREY L.L.P.**
1900 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067-6029

|   |   |
|---|---|
| 1 | Tel: (310) 789-3100<br>Fax: (310) 789-3150 |
| 2 | JACOB W. BUCHDAHL (*pro hac vice*) |
| 3 | **SUSMAN GODFREY L.L.P.**<br>1301 Avenue of the Americas, 32nd Floor |
| 4 | New York, NY 10019-6023 |
| 5 | Tel: (212) 336-8330<br>Fax: (212) 336-8340 |
| 6 | |
| 7 | *Attorneys for Plaintiffs* |
| 8 | |
| 9 | */s/ Marc J. Shrake*<br>MARC J. SHRAKE |
| 10 | **FREEMAN MATHIS & GARY, LLP** |
| 11 | 550 South Hope Street, Suite 2200<br>Los Angeles, CA 90071-2631 |
| 12 | Tel: (213) 615-7039<br>-and- |
| 13 | MICHAEL KEELEY (*pro hac vice*)<br>JOHN R. RIDDLE (*pro hac vice*) |
| 14 | TONI SCOTT REED (*pro hac vice*)<br>**CLARK HILL STRASBURGER PLC** |
| 15 | 901 Main Street, Suite 6000<br>Dallas, TX 75202 |
| 16 | Tel: (214) 651-4718 |
| 17 | MELINDA R. BURKE (*pro hac vice*)<br>**MARTIN DISIERE JEFFERSON** |
| 18 | **AND WISDOM LLP** |
| 19 | 9111 Cypress Waters Boulevard, Suite 250 |
| 20 | Dallas, TX 75019<br>Tel: (214) 420-5500 |
| 21 | Fax: (214) 420-5501<br>burke@mdjwlaw.com |
| 22 | *Attorneys for Defendant* |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

**Attestation Regarding Signatures**

I, Kalpana Srinivasan, attest that all signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

*/s/ Kalpana Srinivasan*
Kalpana Srinivasan

## **CERTIFICATE OF SERVICE**

I certify that on January 3, 2020, I filed the foregoing with the Clerk of the United States District Court for the Central District of California by using the Court's CM/ECF system, which will send notifications of such filing to all counsel of record.

*/s/ Kalpana Srinivasan*
Kalpana Srinivasan