KALPANA SRINIVASAN (237460)
ksrinivasan@susmangodfrey.com
AMANDA K. BONN (270891)
abonn@susmangodfrey.com
CATRIONA LAVERY (310546)
clavery@susmangodfrey.com
SUSMAN GODFREY L.L.P.
1900 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067-6029
Tel: (310) 789-3100
Fax: (310) 789-3150

JACOB W. BUCHDAHL (*pro hac vice*)
jbuchdahl@susmangodfrey.com
SUSMAN GODFREY L.L.P.
1301 Avenue of the Americas, 32nd Floor
New York, NY 10019-6023
Tel: (212) 336-8330
Fax: (212) 336-8340

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| UNIVERSAL CABLE PRODUCTIONS LLC and NORTHERN ENTERTAINMENT PRODUCTIONS LLC,<br><br>            Plaintiffs,<br>    v.<br><br>ATLANTIC SPECIALTY INSURANCE COMPANY,<br>            Defendant. | Case No.: 2:16-cv-4435-PA-MRW<br><br>The Honorable Percy Anderson<br>Dept. 9A<br><br>**JOINT TRIAL WITNESS ESTIMATE FORM** |

1

Error! Unknown document property name.JOINT TRIAL WITNESS ESTIMATE FORM

JOINT TRIAL WITNESS ESTIMATE FORM

CASE: 2:16-cv-04435-PA-MRW          TRIAL DATE: February 18, 2020

Plaintiffs' Statement: In light of the narrow issues for trial, Plaintiffs believe fact and expert witness testimony should be limited to the issues of damages and bad faith. Should the Court grant Plaintiffs' motions in limine, Plaintiffs expect the list of fact and expert witnesses to narrow considerably.

|  | WITNESS NAME | PARTY CALLING WITNESS AND ESTIMATE | CROSS-EXAMINER'S ESTIMATE | DESCRIPTION OF TESTIMONY | COMMENTS |
|---|---|---|---|---|---|
| 1. | Weiss, Susan | Plaintiffs<br><br>.50 hour | .5 hour | Negotiation, drafting, and issuance of the insurance policy, addition of *Dig* as an Insured Production, premiums and self-insured retention, submission and denial of the *Dig* claim, non-renewal of the policy. | In person |
| 2. | Walden, George | Plaintiffs<br><br>.25 hour | .5 hour (If permitted to testify over objection/Motion in Limine) | Negotiation, drafting, and issuance of the insurance policy. | In person |
| 3. | Ford, Kurt | Plaintiffs<br><br>.25 hour | .5 hour | Negotiation, drafting, and issuance of the insurance policy, addition of *Dig* as an Insured Production, policy premiums and self-insured retention, submission and denial of the *Dig* claim, non-renewal of the policy. | In person |
| 4. | Garber, Andrea | Plaintiffs<br><br>.50 hour | .75 hour | Addition of *Dig* as an Insured Production, policy premiums, the *Dig* claim, submission and denial of the *Dig* claim. | In person |

| | WITNESS NAME | PARTY CALLING WITNESS AND ESTIMATE | CROSS-EXAMINER'S ESTIMATE | DESCRIPTION OF TESTIMONY | COMMENTS |
|---|---|---|---|---|---|
| 5. | Richmond, Randi | Plaintiffs<br><br>.75 hour | 1 hour | The production of *Dig*, delay, postponement, and relocation of the *Dig* production out of Israel, the *Dig* claim, and expenses and costs in connection with the production of *Dig*. | In person |
| 6. | Binke, Mark | Plaintiffs<br><br>.25 hour | 1.0 hour | The production of *Dig*, delay, postponement, and relocation of the *Dig* production out of Israel, and the *Dig* claim. | In person |
| 7. | Smith, Stephen | Plaintiffs<br><br>.20 hour | 1 hour | Security conditions of the *Dig* production during the summer of 2014, delay, postponement, and relocation of the *Dig* production out of Israel in connection with security concerns. | In person |
| 8. | Markus, BJ | Plaintiffs<br><br>.75 hour | 1.0 hour | The production of *Dig*, delay, postponement, and relocation of the *Dig* production out of Israel, the *Dig* claim, expenses and costs in connection with the production of *Dig*. | In person |
| 9. | Coyoca, Lucia | Plaintiffs<br><br>.25 hour | 1 hour (If permitted to testify over objections/Motion in Limine) | Plaintiffs' damages (attorneys' fees and costs) in connection with the breach of contract claim. | In person |
| 10. | Johnson, Pamela | Plaintiffs<br><br>.50 hour | 2.0 | Atlantic's investigation, coverage determination, denial of the *Dig* claim, policy profitability and non-renewal. | Deposition and/or in person (if appears) |
| 11. | Gutterman, Daniel | Plaintiffs<br><br>.50 hour | 1.0 hour | Atlantic's investigation, coverage determination, and denial of the *Dig* claim. | Deposition and/or in person |

**Error! Unknown document property name.**

|  | WITNESS NAME | PARTY CALLING WITNESS AND ESTIMATE | CROSS-EXAMINER'S ESTIMATE | DESCRIPTION OF TESTIMONY | COMMENTS |
|---|---|---|---|---|---|
| 12. | Williams, Peter | Plaintiffs<br><br>.20 hour | 1.0 hour | Atlantic's investigation, coverage determination, denial of the *Dig* claim, policy profitability and non-renewal. | Deposition and/or in person |
| 13. | Gooley Wolf, Theresa | Plaintiffs<br><br>.20 hour | 1.50 hour | Atlantic's coverage determination and denial of the Dig claim. | Deposition and/or in person (if appears) |
| 14. | Duffy, Sean | Plaintiffs<br><br>.20 hour | .50 hour | Atlantic's investigation, coverage determination, and denial of the *Dig* claim, policyß profitability and non-renewal. | Deposition and/or in person (if appears) |
| 15. | Crosby, Dennis | Plaintiffs<br><br>.20 hour | .25 hour | Atlantic's investigation, coverage determination, and denial of the *Dig* claim, policy profitability and non-renewal. | Deposition and/or in person (if appears) |
| 16. | Ridgers, Martin | Plaintiffs<br><br>.20 hour | .1.0 hour | Atlantic's underwriting of the insurance policy. | Deposition and/or in person (if appears) |
| 17. | Phillips, Wanda | Plaintiffs<br><br>.20 hour | 1.0 hour | Negotiation, drafting, and issuance of the insurance policy, addition of Dig as an Insured Production. | Deposition and/or in person (if appears) |
| **Total Estimate for Plaintiffs' Percipient/Fact Witnesses** | | **5.9 hours** | | | |

**Error! Unknown document property name.**

|     | WITNESS NAME | PARTY CALLING WITNESS AND ESTIMATE | CROSS-EXAMINER'S ESTIMATE | DESCRIPTION OF TESTIMONY | COMMENTS |
|-----|--------------|-------------------------------------|----------------------------|---------------------------|-----------|
| 18. | Prof. Koh, Harold Hongju | Plaintiffs<br><br>.5 hour | 1.50 hour<br>(If permitted to testify over objection/Motion in limine) | Expert on issues relating to international/foreign law. Hamas' actions directed towards Israel during the summer of 2014 were terrorist acts rather than acts of "war" or any similar or different (e.g., insurrection) designation when considered in the context of international law and conflicts between and among state(s) and non-state actor(s). Rebuttal of Atlantic's expert opinions regarding the foregoing and related issues. | In person |
| 19. | Dr. Levitt, Matthew | Plaintiffs<br><br>.5 hour | 1.50 hour<br>(If permitted to testify over objection/Motion in Limine) | Expert on issues relating to the Israeli-Palestinian conflict, the Gaza Strip, Hamas, its violence and purpose of its attacks, Hamas' actions directed towards Israel during the summer of 2014, and Operation Protective Edge. Rebuttal of Atlantic's expert opinions regarding the foregoing and related issues. | In person |
| 20. | Ambassador Ross, Dennis | Plaintiffs<br><br>.5 hour | 1.50 hour<br>(If permitted to testify over objection/Motion in Limine) | Expert on issues relating to United States foreign policy regarding Israel, the Middle East region, state and non-state actors and other sub-state entities, the foreign policy import of the government determinations about statehood, non-state status, and terrorist entities, and potential import of this case in connection therewith. Rebuttal of Atlantic's experts | |

| | WITNESS NAME | PARTY CALLING WITNESS AND ESTIMATE | CROSS-EXAMINER'S ESTIMATE | DESCRIPTION OF TESTIMONY | COMMENTS |
|---|---|---|---|---|---|
| | | | | regarding the foregoing and related issues. | |
| 21. | Sagalow, Ty R. | Plaintiffs<br><br>.75 hour | 1.50 hour<br>(If permitted to testify over objection/Motion in Limine) | Expert on insurance industry custom and practice, in connection with Plaintiffs' claims against Atlantic for breach of insurance contract and breach of the implied covenant of good faith and fair dealing.  Insurance industry custom and practice as it relates to war exclusions, terrorism coverage and exclusions, the underwriting and drafting of insurance policies, including the war exclusions and terrorism exclusion, and claims handling and investigation.  Rebuttal of Atlantic's expert opinions regarding the foregoing and related issues. | |
| 22. | Wunderlich, Robert | Plaintiffs<br><br>.50 hour | 1.50 hour<br>(If permitted to testify over objection/Motion in Limine) | Expert on economic issues and damages.  Plaintiffs' claim for the extra expenses and other damages incurred by Plaintiffs, the claim's calculation and substantiation, the accounting and related standards in connection therewith.  Rebuttal of Atlantic's expert opinions regarding the foregoing and related issues. | |
| 23. | Shapiro, Jay | Plaintiffs<br><br>0.25 hour | 1.50 | Defendant's expert on economic issues and damages, now deceased. Plaintiffs' claims for extra expenses, the claim's calculation and substantiation. | |

**Error! Unknown document property name.**

| | WITNESS NAME | PARTY CALLING WITNESS AND ESTIMATE | CROSS-EXAMINER'S ESTIMATE | DESCRIPTION OF TESTIMONY | COMMENTS |
|---|---|---|---|---|---|
| **Total Estimate for Plaintiffs' Expert Witnesses** | | 3 hours | | | |

Instructions:
(1) List witnesses (last name first); (2) For description, be extremely brief, e.g., "eyewitness to accident." Or "expert on standard of care." (3) Use estimates within fractions of an hour, rounded off to closest quarter of an hour. E.g., if you estimate 20 minutes, make it .25. An estimate of one and one-half hours would be 1.5. An estimate of three-quarters of an hour would be .75; (4) Note special factors in "Comments" column. E.g., "Need interpreter." (5) Entries may be in handwriting if very neat and legible.

**Error! Unknown document property name.**

[ATLANTIC SPECIALTY'S PORTION OF] JOINT TRIAL WITNESS ESTIMATE FORM AS OF DEC 27, 2019[1]

CASE:   2:16-cv-04435-PA-MRW        TRIAL DATE: February 18, 2019

|  | WITNESS NAME | PARTY CALLING WITNESS AND ESTIMATE | CROSS-EXAMINER'S ESTIMATE | DESCRIPTION OF TESTIMONY | COMMENTS |
|---|---|---|---|---|---|
| 23. | Williams, Peter D. | Defendant<br><br>1.50 hours | .75 | Fact witness on policy, insured production, and claim. Non-retained expert on insurance industry for entertainment and on policy terms and exclusions. | In Person or by video or reading Deposition |
| 24. | Martin Ridgers | Defendant<br><br>1.0 | .50 | Fact witness on DIG claim | In Person or by video or reading |
| 25. | Wanda Phillips | Defendant<br>1.0 | .50 | Fact witness on DIG claim | In Person or by video or reading Deposition |
| 26. | Johnson, Pamela A. | Defendant<br><br>2.5 hours | 1.0 | Fact witness on DIG claim. | In Person or by video or reading |
| 27. | Gutterman, Daniel S. | Defendant<br><br>1.50 hour | .50 | Fact witness on DIG claim. | In Person or by video or reading |
| 28. | Gooley Wolf, Theresa A. | Defendant<br><br>2.0 hours | .50 | Fact witness on DIG claim. | In Person or by reading or video |
| 29. | Duffy Sean | Defendant<br><br>.5 hour | .50 | Fact witness on DIG claim. | By video or reading Deposition |

---

[1] Defendant objects as to the appearance of Lucia Coyoca as a witness on behalf of the Plaintiff as Ms. Coyoca was never designated as an expert and was untimely disclosed.  Also, Defendant objects to the appearance George Walden as a witness on behalf of Plaintiff as Mr. Walden was not designated as a fact witness.

**Error! Unknown document property name.**

|     | WITNESS NAME | PARTY CALLING WITNESS AND ESTIMATE | CROSS-EXAMINER'S ESTIMATE | DESCRIPTION OF TESTIMONY | COMMENTS |
| --- | --- | --- | --- | --- | --- |
| 30. | Stone, Aaron | Defendant<br><br>2.5 hour | .50 | Fact witness and Corporate Representative on DIG claim and NBC policy. | In Person or by video or reading |
| 31. | Stone, Aaron | Defendant<br><br>.5 hour | .50 | Custodian of Records | In Person or by video or reading |
| 32. | Smith, Stephen | Defendant<br><br>1.50 hours | 0 | Fact witness on NBC security for DIG and security decisions for DIG. | In Person or by video or reading Deposition |
| 33. | McCarthy, Tom | Defendant<br><br>1.0 hour | 0 | Fact witness on NBC Security for DIG and security decisions for DIG. | In Person or by video or reading |
| 34. | Richmond, Randi | Defendant<br><br>1.50 hour | 0 | Fact witness on DIG production and security decisions. | In Person or by video or reading |
| 35. | Binke, Mark | Defendant<br><br>1. hour | 0 | Fact witness on DIG production and security decisions. | In Person or by video or reading |
| 36. | Adams, Malika | Defendant<br><br>1.0 hour | 0 | Fact witness on NBC policy and assessment of policy exclusions. | In Person or by video or reading Deposition |
| 37. | Garber, Andrea | Defendant<br><br>1.50 hour | 0 | Fact witness on AON role, NBC policy, and DIG claim. | In Person or by video or reading Deposition |
| 38. | Weiss, Susan | Defendant<br><br>1 hour | 0 | Fact witness on AON role, NBC risk management, NBC policy, and DIG claim. | In Person or by video or reading |
| 39. | Ford, Kurt | Defendant<br><br>1.5 hour | 0 | Fact witness on DIG production and insurance. | In Person or by video or reading |

**Error! Unknown document property name.**

|  | WITNESS NAME | PARTY CALLING WITNESS AND ESTIMATE | CROSS-EXAMINER'S ESTIMATE | DESCRIPTION OF TESTIMONY | COMMENTS |
|---|---|---|---|---|---|
| 40. | Crosby, Dennis | Defendant<br><br>.5 hour | .75 (Testimony to rebut bad faith claim) | Fact witness on Atlantic entertainment insurance business and conduct of insurance business and NBC policy. | In Person or by reading or video Deposition |

**Error! Unknown document property name.**

| | WITNESS NAME | PARTY CALLING WITNESS AND ESTIMATE | CROSS-EXAMINER'S ESTIMATE | DESCRIPTION OF TESTIMONY | COMMENTS |
|---|---|---|---|---|---|
| 41. | Markus-Caffrey, Barbara-Ann (BJ) | Defendant<br><br>1.50 hour | 0 | Fact witness on plaintiffs' computation of extra expense and records of expense. | In Person or by video or reading Deposition |

| | WITNESS NAME | PARTY CALLING WITNESS AND ESTIMATE | CROSS-EXAMINER'S ESTIMATE | DESCRIPTION OF TESTIMONY | COMMENTS |
|---|---|---|---|---|---|
| 42. | Quigley, Professor John B. | Defendant<br><br>2 hours | .75 | Expert witness in nature of war, state actors, sovereignty, plain meaning of war, and 50-day War. .  Also rebuttal expert. | In Person |

**Error! Unknown document property name.**

| | WITNESS NAME | PARTY CALLING WITNESS AND ESTIMATE | CROSS-EXAMINER'S ESTIMATE | DESCRIPTION OF TESTIMONY | COMMENTS |
|---|---|---|---|---|---|
| 43. | Detter de Frankopan, Dr. Ingrid | Defendant<br><br>1.50 hour | .50 | Expert witness in armed conflict and 50 day War. . Also rebuttal expert. | In Person |

| | WITNESS NAME | PARTY CALLING WITNESS AND ESTIMATE | CROSS-EXAMINER'S ESTIMATE | DESCRIPTION OF TESTIMONY | COMMENTS |
|---|---|---|---|---|---|
| 44. | Lowenstein, Frank | Defendant<br><br>2.0 hours | .75 | Expert on Middle East facts/history, war, insurrection/rebellion, and U.S. Government involvement with 50-day War. Also rebuttal expert. | In Person |

|  | WITNESS NAME | PARTY CALLING WITNESS AND ESTIMATE | CROSS-EXAMINER'S ESTIMATE | DESCRIPTION OF TESTIMONY | COMMENTS |
|---|---|---|---|---|---|
| 45. | Clark, Anthony | Defendant<br><br>1.50 hours | .75 | Expert on Insurance and Claims Handling. Also rebuttal expert. | In Person |

**Error! Unknown document property name.**

| | WITNESS NAME | PARTY CALLING WITNESS AND ESTIMATE | CROSS-EXAMINER'S ESTIMATE | DESCRIPTION OF TESTIMONY | COMMENTS |
|---|---|---|---|---|---|
| 46. | Shapiro, Jay | Defendant<br><br>2.0 hours | .75 | Expert on damages. . Also rebuttal expert. | By deposition, if at all. As discussed between counsel, with ASIC's pending motion for leave to substitute Shannon Rusnak for Jay Shapiro as ASIC's damages expert, the portions of Mr. Shapiro's deposition that are "relevant" and that ASIC "wishes to offer at trial" (Civil Trial Scheduling Order) will likely change when that motion is decided and as we move closer to trial. ASIC reserved its questions of Mr. Shapiro for trial; he cannot now present his opinions in defense of Plaintiff's claimed loss. This designation is made subject to and without waiving ASIC's motion to substitute an expert. |
| 47. | Rusnak, Shannon | Defendant<br><br>2.5 hours | 1.0 | Expert on damages. . Also rebuttal expert. | In Person |
| **TOTAL ESTIMATE (Defendant's Witnesses):** | | **36.50** | **9** | | |

**Error! Unknown document property name.**

Instructions:
(1) List witnesses (last name first); (2) For description, be extremely brief, <u>e.g.</u>, "eyewitness to accident." Or "expert on standard of care." (3) Use estimates within fractions of an hour, rounded off to closest quarter of an hour. <u>E.g.</u>, if you estimate 20 minutes, make it .25. An estimate of one and one-half hours would be 1.5. An estimate of three-quarters of an hour would be .75; (4) Note special factors in "Comments" column. <u>E.g.</u>, "Need interpreter." (5) Entries may be in handwriting <u>if very neat and legible</u>.

**Error! Unknown document property name.**

DATED: January 4, 2020          SUSMAN GODFREY L.L.P.

*/s/ Kalpana Srinivasan*
KALPANA SRINIVASAN (237460)
ksrinivasan@susmangodfrey.com
AMANDA K. BONN (270891)
abonn@susmangodfrey.com
CATRIONA LAVERY (310546)
clavery@susmangodfrey.com
SUSMAN GODFREY L.L.P.
1900 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067-6029
Tel: (310) 789-3100
Fax: (310) 789-3150

JACOB W. BUCHDAHL (*pro hac vice*)
jbuchdahl@susmangodfrey.com
SUSMAN GODFREY L.L.P.
1301 Avenue of the Americas, 32nd Floor
New York, NY 10019-6023
Tel: (212) 336-8330
Fax: (212) 336-8340

*Attorneys for Plaintiffs*

*/s/ Melinda R. Burke*
MARC J. SHRAKE
FREEMAN MATHIS & GARY, LLP
550 South Hope Street, Suite 2200
Los Angeles, CA 90071-2631
Tel: (213) 615-7039
-and-
MICHAEL KEELEY (*pro hac vice*)
JOHN R. RIDDLE (*pro hac vice*)
TONI SCOTT REED (*pro hac vice*)
CLARK HILL STRASBURGER PLC
901 Main Street, Suite 6000
Dallas, TX 75202
Tel: (214) 651-4718

|   |   |
|---|---|
| | MELINDA R. BURKE (*pro hac vice*) |
| | MARTIN DISIERE JEFFERSON AND WISDOM LLP |
| | 9111 Cypress Waters Boulevard, Suite 250 |
| | Dallas, TX 75019 |
| | Tel: (214) 420-5500 |
| | Fax: (214) 420-5501 |
| | burke@mdjwlaw.com |
| | *Attorneys for Defendant* |

## Attestation Regarding Signatures

I, Kalpana Srinivasan, attest that all signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

By: */s/ Kalpana Srinivasan*

**CERTIFICATE OF SERVICE**

I certify that on January 4, 2020, I filed the foregoing with the Clerk of the United States District Court for the Central District of California by using the Court's CM/ECF system, which will send notifications of such filing to all counsel of record.

*/s/ Kalpana Srinivasan*
Kalpana Srinivasan

20
JOINT TRIAL WITNESS ESTIMATE FORM

**Error! Unknown document property name.**