KALPANA SRINIVASAN (237460)
ksrinivasan@susmangodfrey.com
AMANDA K. BONN (270891)
abonn@susmangodfrey.com
CATRIONA LAVERY (310546)
clavery@susmangodfrey.com
SUSMAN GODFREY L.L.P.
1900 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067-6029
Tel: (310) 789-3100
Fax: (310) 789-3150

JACOB W. BUCHDAHL (*pro hac vice*)
jbuchdahl@susmangodfrey.com
SUSMAN GODFREY L.L.P.
1301 Avenue of the Americas, 32nd Floor
New York, NY 10019-6023
Tel: (212) 336-8330
Fax: (212) 336-8340

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| UNIVERSAL CABLE PRODUCTIONS LLC and NORTHERN ENTERTAINMENT PRODUCTIONS LLC,<br><br>Plaintiffs,<br>v.<br><br>ATLANTIC SPECIALTY INSURANCE COMPANY,<br><br>Defendant. | Case No.: 2:16-cv-4435-PA-MRW<br><br>The Honorable Percy Anderson<br>Dept. 9A<br><br>**PLAINTIFFS' APPLICATION FOR LEAVE TO FILE UNDER SEAL PORTIONS OF THE JOINT LIST OF DEPOSITION TESTIMONY TO BE OFFERED AT TRIAL**<br><br>Trial Date: February 18, 2020<br><br>Final Pretrial Conference:<br>January 17, 2020 |

1

Pursuant to L.R. 79-5, Plaintiffs hereby apply for permission to file under seal certain portions of the Joint List of Deposition Testimony to be Offered at Trial ("Joint List"), which have been designated as Confidential by Defendant.

The Joint List contains certain deposition testimony that has been designated as Confidential by Defendant, including:

1. All deposition excerpts designated by Plaintiffs from Peter Williams' CONFIDENTIAL Deposition, Volume I (February 1, 2017); and
2. Select deposition excerpts designated by Plaintiffs from Dennis Crosby's Deposition, Volume I (May 17, 2017).

Plaintiffs do not oppose the sealing of these deposition excerpts.

This application is filed concurrently with the Declaration of Catriona Lavery, which contains a detailed listing of the deposition excerpts to be filed under seal.

## Relief Requested

For the reasons explained above, Plaintiffs respectfully request that the Court grant this application and permit them to file the portions of the Joint List designated as Confidential under seal.

DATED: January 3, 2020   SUSMAN GODFREY L.L.P.

/s/ Catriona Lavery
KALPANA SRINIVASAN (237460)
ksrinivasan@susmangodfrey.com
AMANDA K. BONN (270891)
abonn@susmangodfrey.com
CATRIONA LAVERY (310546)
clavery@susmangodfrey.com
SUSMAN GODFREY L.L.P.
1900 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067-6029
Tel: (310) 789-3100
Fax: (310) 789-3150

JACOB W. BUCHDAHL (*pro hac vice*)

| | |
|---|---|
| 1 | jbuchdahl@susmangodfrey.com |
| 2 | SUSMAN GODFREY L.L.P. |
| 3 | 1301 Avenue of the Americas, 32nd Floor |
|   | New York, NY 10019-6023 |
| 4 | Tel: (212) 336-8330 |
|   | Fax: (212) 336-8340 |
| 5 | |
| 6 | *Attorneys for Plaintiffs* |
| 7 | |
| 8 | Dated: January 3, 2020    */s/ Marc J. Shrake* |
|   | MARC J. SHRAKE |
| 9 | FREEMAN MATHIS & GARY, LLP |
| 10 | 550 South Hope Street, Suite 2200 |
|    | Los Angeles, CA 90071-2631 |
| 11 | Tel: (213) 615-7039 |
| 12 | -and- |
|    | MICHAEL KEELEY (pro hac vice) |
| 13 | JOHN R. RIDDLE (pro hac vice) |
| 14 | TONI SCOTT REED (pro hac vice) |
|    | CLARK HILL STRASBURGER PLC |
| 15 | 901 Main Street, Suite 6000 |
| 16 | Dallas, TX 75202 |
|    | Tel: (214) 651-4718 |
| 17 | |
| 18 | MELINDA R. BURKE (pro hac vice) |
|    | MARTIN DISIERE JEFFERSON AND |
| 19 | WISDOM LLP |
| 20 | 9111 Cypress Waters Boulevard, Suite 250 |
|    | Dallas, TX 75019 |
| 21 | Tel: (214) 420-5500 |
| 22 | Fax: (214) 420-5501 |
|    | burke@mdjwlaw.com |
| 23 | |
| 24 | *Attorneys for Defendant* |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

<u>Attestation Regarding Signatures</u>

I, Catriona Lavery, attest that all signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

By: */s/ Catriona Lavery*
Catriona Lavery

## Certificate Of Service

I certify that on January 4, 2020, I filed the foregoing with the Clerk of the United States District Court for the Central District of California by using the Court's CM/ECF system, which will send notifications of such filing to all counsel of record, and electronically served on counsel for Defendant the materials sought to be filed under seal.

                                          */s/ Catriona Lavery*
                                          Catriona Lavery