KALPANA SRINIVASAN (237460)
ksrinivasan@susmangodfrey.com
AMANDA K. BONN (270891)
abonn@susmangodfrey.com
CATRIONA LAVERY (310546)
clavery@susmangodfrey.com
SUSMAN GODFREY L.L.P.
1900 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067-6029
Tel: (310) 789-3100
Fax: (310) 789-3150

JACOB W. BUCHDAHL (*pro hac vice*)
jbuchdahl@susmangodfrey.com
SUSMAN GODFREY L.L.P.
1301 Avenue of the Americas, 32nd Floor
New York, NY 10019-6023
Tel: (212) 336-8330
Fax: (212) 336-8340

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| UNIVERSAL CABLE PRODUCTIONS LLC and NORTHERN ENTERTAINMENT PRODUCTIONS LLC,<br><br>          Plaintiffs,<br><br>    v.<br><br>ATLANTIC SPECIALTY INSURANCE COMPANY,<br><br>          Defendant. | Case No.: 2:16-cv-4435-PA-MRW<br><br>The Honorable Percy Anderson<br>Dept. 9A<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' APPLICATION FOR LEAVE TO FILE UNDER SEAL PORTIONS OF THE JOINT LIST OF DEPOSITION TESTIMONY TO BE OFFERED AT TRIAL**<br><br>Trial Date: February 18, 2020<br><br>Final Pretrial Conference:<br>January 17, 2020 |

1

Before the Court is the parties' Application for Leave to File Under Seal
Portions of the Joint List Of Deposition Testimony To Be Offered At Trial
("Application"). Having considered the Application, the proposed sealed filing, and
the declaration(s) in support, the Court finds that good cause and/or compelling
reasons exists to file the following portions of the Joint List of Deposition
Testimony to be Offered at Trial ("Joint List") under seal:

| Document | Designating Party | Page:Line |
|---|---|---|
| Peter Williams CONFIDENTIAL Depo Vol. I (February 1, 2017) | ASIC | 7:21-8:2 |
| Peter Williams CONFIDENTIAL Depo Vol. I (February 1, 2017) | ASIC | 11:8-11:11 |
| Peter Williams CONFIDENTIAL Depo Vol. I (February 1, 2017) | ASIC | 12:4-12:11 |
| Peter Williams CONFIDENTIAL Depo Vol. I (February 1, 2017) | ASIC | 12:25-13:3 |
| Peter Williams CONFIDENTIAL Depo Vol. I (February 1, 2017) | ASIC | 13:19-13:24 |
| Peter Williams CONFIDENTIAL Depo Vol. I (February 1, 2017) | ASIC | 14:7-14:15 |
| Peter Williams CONFIDENTIAL Depo Vol. I (February 1, 2017) | ASIC | 18:22-18:24 |
| Peter Williams CONFIDENTIAL Depo Vol. I (February 1, 2017) | ASIC | 19:13-19:19 |
| Peter Williams CONFIDENTIAL Depo Vol. I (February 1, 2017) | ASIC | 21:2-21:25 |
| Peter Williams CONFIDENTIAL Depo Vol. I (February 1, 2017) | ASIC | 22:19-23:4 |
| Peter Williams CONFIDENTIAL Depo Vol. I (February 1, 2017) | ASIC | 30:13:31:22 |
| Peter Williams CONFIDENTIAL Depo Vol. I (February 1, 2017) | ASIC | 35:11-21 |
| Peter Williams CONFIDENTIAL Depo Vol. I (February 1, 2017) | ASIC | 35:23 |
| Peter Williams CONFIDENTIAL Depo Vol. I (February 1, 2017) | ASIC | 36:20-37:6 |

| | | |
|---|---|---|
| Peter Williams CONFIDENTIAL Depo Vol. I (February 1, 2017) | ASIC | 37:13-37:15 |
| Peter Williams CONFIDENTIAL Depo Vol. I (February 1, 2017) | ASIC | 38: 8-14 |
| Peter Williams CONFIDENTIAL Depo Vol. I (February 1, 2017) | ASIC | 42: 12-15 |
| Peter Williams CONFIDENTIAL Depo Vol. I (February 1, 2017) | ASIC | 43:1-43:10 |
| Peter Williams CONFIDENTIAL Depo Vol. I (February 1, 2017) | ASIC | 43:12-17 |
| Peter Williams CONFIDENTIAL Depo Vol. I (February 1, 2017) | ASIC | 47:6-47:24 |
| Peter Williams CONFIDENTIAL Depo Vol. I (February 1, 2017) | ASIC | 58:14-59:20 |
| Peter Williams CONFIDENTIAL Depo Vol. I (February 1, 2017) | ASIC | 61:10-62:2 |
| Peter Williams CONFIDENTIAL Depo Vol. I (February 1, 2017) | ASIC | 64:12-65:1 |
| Peter Williams CONFIDENTIAL Depo Vol. I (February 1, 2017) | ASIC | 66:8-66:24 |
| Peter Williams CONFIDENTIAL Depo Vol. I (February 1, 2017) | ASIC | 74:6-75:7 |
| Peter Williams CONFIDENTIAL Depo Vol. I (February 1, 2017) | ASIC | 76:17-78:9 |
| Peter Williams CONFIDENTIAL Depo Vol. I (February 1, 2017) | ASIC | 78:14-79:5 |
| Peter Williams CONFIDENTIAL Depo Vol. I (February 1, 2017) | ASIC | 80:3-80:11 |
| Peter Williams CONFIDENTIAL Depo Vol. I (February 1, 2017) | ASIC | 82:18-82:22 |
| Peter Williams CONFIDENTIAL Depo Vol. I (February 1, 2017) | ASIC | 83:1-83:7 |
| Peter Williams CONFIDENTIAL Depo Vol. I (February 1, 2017) | ASIC | 93:4-6 |
| Peter Williams CONFIDENTIAL Depo Vol. I (February 1, 2017) | ASIC | 94:4-7 |
| Peter Williams CONFIDENTIAL Depo Vol. I (February 1, 2017) | ASIC | 96:5-8 |
| Peter Williams CONFIDENTIAL Depo Vol. I (February 1, 2017) | ASIC | 98:15-99:4 |

| | | |
|---|---|---|
| Peter Williams CONFIDENTIAL Depo Vol. I (February 1, 2017) | ASIC | 99:21-100:13 |
| Peter Williams CONFIDENTIAL Depo Vol. I (February 1, 2017) | ASIC | 100:21-101:2 |
| Peter Williams CONFIDENTIAL Depo Vol. I (February 1, 2017) | ASIC | 101:6-101:9 |
| Peter Williams CONFIDENTIAL Depo Vol. I (February 1, 2017) | ASIC | 101:11 |
| Peter Williams CONFIDENTIAL Depo Vol. I (February 1, 2017) | ASIC | 101:13-101:18 |
| Peter Williams CONFIDENTIAL Depo Vol. I (February 1, 2017) | ASIC | 101:21 |
| Peter Williams CONFIDENTIAL Depo Vol. I (February 1, 2017) | ASIC | 101:23-102:6 |
| Peter Williams CONFIDENTIAL Depo Vol. I (February 1, 2017) | ASIC | 103:2-103:16 |
| Peter Williams CONFIDENTIAL Depo Vol. I (February 1, 2017) | ASIC | 104:2-104:7 |
| Peter Williams CONFIDENTIAL Depo Vol. I (February 1, 2017) | ASIC | 111:10-111:22 |
| Peter Williams CONFIDENTIAL Depo Vol. I (February 1, 2017) | ASIC | 139: 6-13 |
| Peter Williams CONFIDENTIAL Depo Vol. I (February 1, 2017) | ASIC | 139:17-140:9 |
| Peter Williams CONFIDENTIAL Depo Vol. I (February 1, 2017) | ASIC | 140:21-24 |
| Peter Williams CONFIDENTIAL Depo Vol. I (February 1, 2017) | ASIC | 141:10-141:20 |
| Peter Williams CONFIDENTIAL Depo Vol. I (February 1, 2017) | ASIC | 142:5-143:10 |
| Peter Williams CONFIDENTIAL Depo Vol. I (February 1, 2017) | ASIC | 144:13-147:3 |
| Peter Williams CONFIDENTIAL Depo Vol. I (February 1, 2017) | ASIC | 147:19-25 |
| Peter Williams CONFIDENTIAL Depo Vol. I (February 1, 2017) | ASIC | 148:21-149:4 |
| Peter Williams CONFIDENTIAL Depo Vol. I (February 1, 2017) | ASIC | 149:16-25 |
| Peter Williams CONFIDENTIAL Depo Vol. I (February 1, 2017) | ASIC | 150:12-151:18 |

| | | |
|---|---|---|
| Peter Williams CONFIDENTIAL Depo Vol. I (February 1, 2017) | ASIC | 158:22-159:5 |
| Peter Williams CONFIDENTIAL Depo Vol. I (February 1, 2017) | ASIC | 159:17-160:8 |
| Peter Williams CONFIDENTIAL Depo Vol. I (February 1, 2017) | ASIC | 163:19-164:7 |
| Peter Williams CONFIDENTIAL Depo Vol. I (February 1, 2017) | ASIC | 168:14-169:4 |
| Peter Williams CONFIDENTIAL Depo Vol. I (February 1, 2017) | ASIC | 185:7-186:5 |
| Peter Williams CONFIDENTIAL Depo Vol. I (February 1, 2017) | ASIC | 187:6-25 |
| Peter Williams CONFIDENTIAL Depo Vol. I (February 1, 2017) | ASIC | 188:23-25 |
| Peter Williams CONFIDENTIAL Depo Vol. I (February 1, 2017) | ASIC | 189:4-21 |
| Peter Williams CONFIDENTIAL Depo Vol. I (February 1, 2017) | ASIC | 190:17-191:3 |
| Peter Williams CONFIDENTIAL Depo Vol. I (February 1, 2017) | ASIC | 191:24-192:7 |
| Peter Williams CONFIDENTIAL Depo Vol. I (February 1, 2017) | ASIC | 193:9-193:16 |
| Peter Williams CONFIDENTIAL Depo Vol. I (February 1, 2017) | ASIC | 193:23-194:2 |
| Peter Williams CONFIDENTIAL Depo Vol. I (February 1, 2017) | ASIC | 196:11-199:12 |
| Peter Williams CONFIDENTIAL Depo Vol. I (February 1, 2017) | ASIC | 200:10-202:8 |
| Peter Williams CONFIDENTIAL Depo Vol. I (February 1, 2017) | ASIC | 203:22-204:2 |
| Peter Williams CONFIDENTIAL Depo Vol. I (February 1, 2017) | ASIC | 204:13-24 |
| Peter Williams CONFIDENTIAL Depo Vol. I (February 1, 2017) | ASIC | 207:3-207:9 |
| Peter Williams CONFIDENTIAL Depo Vol. I (February 1, 2017) | ASIC | 208:13-21 |
| Peter Williams CONFIDENTIAL Depo Vol. I (February 1, 2017) | ASIC | 210:6-25 |
| Peter Williams CONFIDENTIAL Depo Vol. I (February 1, 2017) | ASIC | 211:3-18 |

| | | |
|---|---|---|
| Peter Williams CONFIDENTIAL Depo Vol. I (February 1, 2017) | ASIC | 211:23-212:3 |
| Peter Williams CONFIDENTIAL Depo Vol. I (February 1, 2017) | ASIC | 212:7-10 |
| Peter Williams CONFIDENTIAL Depo Vol. I (February 1, 2017) | ASIC | 213:4-6 |
| Peter Williams CONFIDENTIAL Depo Vol. I (February 1, 2017) | ASIC | 218:17-219:13 |
| Peter Williams CONFIDENTIAL Depo Vol. I (February 1, 2017) | ASIC | 220:25-221:3 |
| Peter Williams CONFIDENTIAL Depo Vol. I (February 1, 2017) | ASIC | 221:16-222:12 |
| Peter Williams CONFIDENTIAL Depo Vol. I (February 1, 2017) | ASIC | 222:19-224:7 |
| Peter Williams CONFIDENTIAL Depo Vol. I (February 1, 2017) | ASIC | 225:17-226:2 |
| Peter Williams CONFIDENTIAL Depo Vol. I (February 1, 2017) | ASIC | 226:7-228:1 |
| Peter Williams CONFIDENTIAL Depo Vol. I (February 1, 2017) | ASIC | 228:11-229:4 |
| Peter Williams CONFIDENTIAL Depo Vol. I (February 1, 2017) | ASIC | 231:11-16 |
| Peter Williams CONFIDENTIAL Depo Vol. I (February 1, 2017) | ASIC | 232:17-233:2 |
| Peter Williams CONFIDENTIAL Depo Vol. I (February 1, 2017) | ASIC | 234:13-238:19 |
| Peter Williams CONFIDENTIAL Depo Vol. I (February 1, 2017) | ASIC | 242:7-12 |
| Peter Williams CONFIDENTIAL Depo Vol. I (February 1, 2017) | ASIC | 242:17-245:22 |
| Peter Williams CONFIDENTIAL Depo Vol. I (February 1, 2017) | ASIC | 245:25-246:2 |
| Peter Williams CONFIDENTIAL Depo Vol. I (February 1, 2017) | ASIC | 246:4-246:13 |
| Peter Williams CONFIDENTIAL Depo Vol. I (February 1, 2017) | ASIC | 246:23-247:4 |
| Dennis Crosby Depo Vol. I (May 17, 2017) | ASIC | 16:7-22 |
| Dennis Crosby Depo Vol. I (May 17, 2017) | ASIC | 19:1-10 |

| | | |
|---|---|---|
| Dennis Crosby Depo Vol. I (May 17, 2017) | ASIC | 20:5-24 |
| Dennis Crosby Depo Vol. I (May 17, 2017) | ASIC | 117:1-25 |
| Dennis Crosby Depo Vol. I (May 17, 2017) | ASIC | 118:1-25 |
| Dennis Crosby Depo Vol. I (May 17, 2017) | ASIC | 119:1-21 |
| Dennis Crosby Depo Vol. I (May 17, 2017) | ASIC | 121:1-20 |
| Dennis Crosby Depo Vol. I (May 17, 2017) | ASIC | 127:15-19 |
| Dennis Crosby Depo Vol. I (May 17, 2017) | ASIC | 199:1-25 |
| Dennis Crosby Depo Vol. I (May 17, 2017) | ASIC | 200:1-4 |
| Dennis Crosby Depo Vol. I (May 17, 2017) | ASIC | 203:23-25 |
| Dennis Crosby Depo Vol. I (May 17, 2017) | ASIC | 207:4-25 |
| Dennis Crosby Depo Vol. I (May 17, 2017) | ASIC | 208:1-11 |
| Dennis Crosby Depo Vol. I (May 17, 2017) | ASIC | 219:11-25 |
| Dennis Crosby Depo Vol. I (May 17, 2017) | ASIC | 220:1-14 |

The Application for Leave to File Under Seal the above-referenced portions of the parties Joint List is HEREBY GRANTED.

IT IS SO ORDERED.

Dated: _____, 2020

_____
Percy Anderson
UNITED STATES DISTRICT JUDGE