**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNIVERSAL CABLE PRODUCTIONS LLC, a Delaware limited liability company, et al.,<br>　　　　　　　　　　　　　Plaintiff(s)<br>　　　　v.<br>ATLANTIC SPECIALTY INSURANCE COMPANY, a New York insurance company,<br>　　　　　　　　　　　　　Defendant(s) | CASE NUMBER<br>2:16-cv-4435-PA-MRW<br><br>ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OR WITHDRAWAL OF ATTORNEY |

The Court hereby orders that the request of:

Atlantic Specialty Insurance Company　　☐ Plaintiff　☒ Defendant　☐ Other
*Name of Party*

to substitute　Melinda Burke and Christopher Martin (Martin, Disiere, Jefferson & Wisdom, LLP)　who is

☒ Retained Counsel　　☐ Counsel appointed by the Court (Criminal cases only)　　☐ Pro Se

*Street Address*
808 Travis Street, Suite 1100　　　　　　　　　　martin@mdjwlaw.com
*City, State, Zip*　　　　　　　　　　　　　　　　*E-Mail Address*

(713) 632-1701　　　　(713) 222-0101　　　　Pro Hac Vice
*Telephone Number*　　*Fax Number*　　　　　　*State Bar Number*

as attorney of record instead of　Michael Keeley, Toni Scott Reed, John R. Riddle, Joseph A. Turano, and
　　　　　　　　　　　　　　　　*List **all** attorneys from same firm or agency who are withdrawing.*
Carla C. Crapster of Clark Hill PLC, 901 Main Street, Suite 6000, Dallas, Texas 75202

**is hereby**　　☒ **GRANTED**　　☐ **DENIED**

The clerk is hereby ordered to terminate Notices of Electronic Filing for the withdrawing attorney(s) in this case.

Dated　January 03, 2020　　　　　　　　　　　　　_/s/_
　　　　　　　　　　　　　　　　　　　　　　U. S. District Judge/U.S. Magistrate Judge

G–01 ORDER (09/17)　　(PROPOSED) ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OR WITHDRAWAL OF ATTORNEY