Name and address:
Marc J. Shrake (SBN 219331)
Freeman Mathis & Gary, LLP
550 South Hope Street, Suite 2200
Los Angeles, California 90071
(213) 615-7000 / (213) 615-7100 / mshrake@fmglaw.com

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Universal Cable Productions, LLC and Northern Entertainment Productions, LLC<br><br>Plaintiff(s),<br><br>v.<br><br>Atlantic Specialty Insurance Company<br><br>Defendant(s), | CASE NUMBER<br><br>2:16-cv-04435-PA-MRW<br><br>APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE* |

**INSTRUCTIONS FOR APPLICANTS**

(1) *The attorney seeking to appear pro hac vice must complete Section I of this Application, personally sign, in ink, the certification in Section II, and have the designated Local Counsel sign in Section III. ELECTRONIC SIGNATURES ARE NOT ACCEPTED. Space to supplement responses is provided in Section IV. The applicant must also attach a Certificate of Good Standing (issued within the last 30 days) from every state bar to which he or she is admitted; failure to do so will be grounds for denying the Application. Scan the completed Application with its original ink signature, together with any attachment(s), to a single Portable Document Format (PDF) file.*

(2) *Have the designated Local Counsel file the Application electronically using the Court's CM/ECF System ("Motions and Related Filings => Applications/Ex Parte Applications/Motions/Petitions/Requests => Appear Pro Hac Vice (G-64)"), attach a Proposed Order (using Form G-64 ORDER, available from the Court's website), and pay the required $400 fee online at the time of filing (using a credit card). The fee is required for each case in which the applicant files an Application. Failure to pay the fee at the time of filing will be grounds for denying the Application. Out-of-state federal government attorneys are not required to pay the $400 fee. (Certain attorneys for the United States are also exempt from the requirement of applying for pro hac vice status. See L.R. 83-2.1.4.) A copy of the G-64 ORDER in Word or WordPerfect format must be emailed to the generic chambers email address. L.R. 5-4.4.2.*

**SECTION I - INFORMATION**

McMichael, William E.
*Applicant's Name (Last Name, First Name & Middle Initial)*    check here if federal government attorney ☐

Martin, Disiere, Jefferson & Wisdom LLP
*Firm/Agency Name*

808 Travis, Suite 1100    (713) 632-1750    (713) 222-0101
                         *Telephone Number*    *Fax Number*

*Street Address*

Houston, Texas 77002    mcmichael@mdjwlaw.com
*City, State, Zip Code*    *E-mail Address*

**I have been retained to represent the following parties:**

Atlantic Specialty Insurance Company    ☐ *Plaintiff(s)* ☒ *Defendant(s)* ☐ *Other:* _____

_____    ☐ *Plaintiff(s)* ☐ *Defendant(s)* ☐ *Other:* _____

*Name(s) of Party(ies) Represented*

List all state and federal courts (including appellate courts) to which the applicant has been admitted, and provide the current status of his or her membership. Use Section IV if more room is needed, or to provide additional information.

| Name of Court | Date of Admission | Active Member in Good Standing? (if not, please explain) |
|---|---|---|
| State Bar of Texas | 5/4/2018 | Yes |
| Bar of the District of Colombia | 3/19/2019 | Yes |
| U.S.D.C. for Northern District of Texas | 8/22/2018 | Yes |

G-64 (11/18)    APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*    Page 1 of 3

List all cases in which the applicant has applied to this Court for *pro hac vice* status in the previous three years (continue in Section IV if needed):

| Case Number | Title of Action | Date of Application | Granted / Denied? |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

If any *pro hac vice* applications submitted within the past three (3) years have been denied by the Court, please explain:

Has the applicant previously registered as a CM/ECF user in the Central District of California?   ☐ Yes   ☒ No

If yes, was the applicant's CM/ECF User account associated with the e-mail address provided above?   ☐ Yes   ☐ No

_____
*Previous E-mail Used (if applicable)*

*Attorneys must be registered for the Court's Case Management/Electronic Case Filing ("CM/ECF") System to be admitted to practice pro hac vice in this Court. Submission of this Application will constitute your registration (or re-registration) as a CM/ECF User. If the Court signs an Order granting your Application, you will either be issued a new CM/ECF login and password, or the existing account you identified above will be associated with your case.*

### SECTION II - CERTIFICATION

I declare under penalty of perjury that:

(1) All of the above information is true and correct.
(2) I am not a resident of the State of California. I am not regularly employed in, or engaged in substantial business, professional, or other activities in the State of California.
(3) I am not currently suspended from and have never been disbarred from practice in any court.
(4) I am familiar with the Court's Local Civil and Criminal Rules, the Federal Rules of Civil and Criminal Procedure, and the Federal Rules of Evidence.
(5) I designate the attorney listed in Section III below, who is a member in good standing of the Bar of this Court and maintains an office in the Central District of California for the practice of law, as local counsel pursuant to Local Rule 83-2.1.3.4.

Dated  1/7/20

*William Edward McMichael*
Applicant's Name (please type or print)

*William E. McMichael*
Applicant's Signature

**SECTION III - DESIGNATION OF LOCAL COUNSEL**

Shrake, Marc J.
*Designee's Name (Last Name, First Name & Middle Initial)*

Freeman Mathis & Gary, LLP
*Firm/Agency Name*

550 South Hope Street, Suite 2200
*Street Address*

Los Angeles, CA 90071
*City, State, Zip Code*

(213) 615-7000
*Telephone Number*

(213) 615-7100
*Fax Number*

mshrake@fmglaw.com
*E-mail Address*

219331
*Designee's California State Bar Number*

I hereby consent to the foregoing designation as local counsel, and declare under penalty of perjury that I maintain an office in the Central District of California for the practice of law.

Dated  1/7/2020

Marc J. Shrake
*Designee's Name (please type or print)*

/s/ Marc J. Shrake
*Designee's Signature*

**SECTION IV - SUPPLEMENT ANSWERS HERE (ATTACH ADDITIONAL PAGES IF NECESSARY)**

U.S.D.C. for Southern District of Texas (in good standing) (admitted 8/9/2018)
U.S.D.C. for Eastern District of Texas (in good standing) (admitted 7/16/2018)
U.S.D.C. for Western District of Texas (in good standing) (admitted 10/5/2018)
United States Appellate Court for the Fifth Circuit (in good standing) (admitted 7/13/2018)

# ATTACHMENT

Case 2:16-cv-04435-PA-MRW   Document 181   Filed 01/07/20   Page 5 of 6   Page ID #:19256

# STATE BAR OF TEXAS



*Office of the Chief Disciplinary Counsel*

January 07, 2020

Re: William Edward McMichael, State Bar Number 24107860

To Whom It May Concern:

This is to certify that William Edward McMichael was licensed to practice law in Texas on May 04, 2018, and is an active member in good standing with the State Bar of Texas. "Good standing" means that the attorney is current on payment of Bar dues; has met Minimum Continuing Legal Education requirements; and is not presently under either administrative or disciplinary suspension from the practice of law.

This certification expires 30 days from the date, unless sooner revoked or rendered invalid by operation of rule or law.

Sincerely,

*[signature]*

Seana Willing
Chief Disciplinary Counsel
SW/jw



P.O. BOX 12487, CAPITOL STATION, AUSTIN, TEXAS 78711-2487, 512.427.1350; FAX: 512.427.4167



On behalf of JULIO A. CASTILLO, Clerk of the District of Columbia Court of Appeals, the District of Columbia Bar does hereby certify that

## *William Edward McMichael*

was duly qualified and admitted on March 19, 2019 as an attorney and counselor entitled to practice before this Court; and is, on the date indicated below, an Active member in good standing of this Bar.

**In Testimony Whereof, I have hereunto subscribed my name and affixed the seal of this Court at the City of Washington, D.C., on January 7, 2020.**

*Julio A. Castillo*

**JULIO A. CASTILLO
Clerk of the Court**

Issued By:
District of Columbia Bar Membership

For questions or concerns, please contact the D.C. Bar Membership Office at 202-626-3475 or email memberservices@dcbar.org.