# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| v.<br><br>Plaintiff(s)<br><br><br>Defendant(s). | CASE NUMBER<br><br><br>**(PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*** |

**The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by**

_____ of _____
*Applicant's Name (Last Name, First Name & Middle Initial)*

_____  _____
*Telephone Number*          *Fax Number*

_____        *Firm/Agency Name & Address*
*E-Mail Address*

**for permission to appear and participate in this case on behalf of**

_____

_____
*Name(s) of Party(ies) Represented*     ☐ *Plaintiff(s)*  ☐ *Defendant(s)*  ☐ *Other:* _____

**and designating as Local Counsel**

_____ of _____
*Designee's Name (Last Name, First Name & Middle Initial)*

_____  _____  _____
*Designee's Cal. Bar No.*  *Telephone Number*  *Fax Number*

_____        *Firm/Agency Name & Address*
*E-Mail Address*

**HEREBY ORDERS THAT the Application be:**
☐ GRANTED.
☐ DENIED: ☐ for failure to pay the required fee.
　　　　　　☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.
　　　　　　☐ for failure to complete Application: _____
　　　　　　☐ pursuant to L.R. 83-2.1.3.2: ☐ Applicant resides in California; ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.
　　　　　　☐ pursuant to L.R. 83-2.1.3.4; Local Counsel: ☐ is not member of Bar of this Court; ☐ does not maintain office in District.
　　　　　　☐ because _____

**IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid:** ☐ be refunded  ☐ not be refunded.

**Dated** _____            _____
　　　　　　　　　　　　　　　　　　　　　　　　 **U.S. District Judge/U.S. Magistrate Judge**