KALPANA SRINIVASAN (237460)
ksrinivasan@susmangodfrey.com
AMANDA K. BONN (270891)
abonn@susmangodfrey.com
CATRIONA LAVERY (310546)
clavery@susmangodfrey.com
SUSMAN GODFREY L.L.P.
1900 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067-6029
Tel: (310) 789-3100
Fax: (310) 789-3150

JACOB W. BUCHDAHL (*pro hac vice*)
jbuchdahl@susmangodfrey.com
SUSMAN GODFREY L.L.P.
1301 Avenue of the Americas, 32nd Floor
New York, NY 10019-6023
Tel: (212) 336-8330
Fax: (212) 336-8340

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNIVERSAL CABLE PRODUCTIONS LLC and NORTHERN ENTERTAINMENT PRODUCTIONS LLC,<br><br>Plaintiffs,<br><br>v.<br><br>ATLANTIC SPECIALTY INSURANCE COMPANY,<br><br>Defendant. | Case No.: 2:16-cv-4435-PA-MRW<br><br>The Honorable Percy Anderson<br>Dept. 9A<br><br>**AMENDED [PROPOSED] ORDER GRANTING PLAINTIFFS' APPLICATION FOR LEAVE TO FILE UNDER SEAL PORTIONS OF THE JOINT LIST OF DEPOSITION TESTIMONY TO BE OFFERED AT TRIAL**<br><br>Trial Date: February 18, 2020<br><br>Final Pretrial Conference:<br>January 17, 2020 |

1

Before the Court is Plaintiffs' Application for Leave to File Under Seal Portions of the Joint List Of Deposition Testimony To Be Offered At Trial ("Application"), Defendant's Declaration of Aaron Stone in support of the Application, and Defendant's proposed amended sealed filing. Having considered these materials, the Court finds that good cause and/or compelling reasons exists to file the following portions of the Joint List of Deposition Testimony to be Offered at Trial ("Joint List") under seal:

| Joint List Page | Deposition Excerpt |
| --- | --- |
| 6 | Deposition of Peter Williams (February 1, 2017) Vol. I - CONFIDENTIAL, 35:14-15, 19 |
| 8 | Deposition of Dennis A. Crosby (May 17, 2017) ("Crosby Depo"), 16:9, 10, 13, 14 |
| 8-9 | Crosby Depo, 19:4-5, 9-10 |
| 9 | Crosby Depo, 20:5-6, 7, 10, 12-13, 15, 17-18, 19-24 |
| 13 | Crosby Depo, 116:18-20, 23-25 |
| 13-14 | Crosby Depo, 117:1-2, 10-25 |
| 14-15 | Crosby Depo, 118:9-13, 18-21 |
| 15 | Crosby Depo, 119:4-11 |
| 15-16 | Crosby Depo, 121:6-10 |
| 17 | Crosby Depo, 127: 15-19 |
| 30-31 | Crosby Depo, 199:18-19, 22-25 |
| 31 | Crosby Depo, 200:1-4 |
| 32-33 | Crosby Depo, 207:7, 12-13, 20-21, 25 |
| 33-34 | Crosby Depo, 208:1-2, 7-11 |
| 40-41 | Crosby Depo, 219: 15-25 |
| 41 | Crosby Depo, 220:1-14 |

The Application is HEREBY GRANTED as to the above-referenced portions of the Joint List. IT IS SO ORDERED.

Dated: _____, 2020

_____
Percy Anderson
UNITED STATES DISTRICT JUDGE