Name and address:
Marc J. Shrake (SBN 219331)
Freeman Mathis & Gary, LLP
550 South Hope Street, Suite 2200
Los Angeles, California 90071
(213) 615-7000 / (213) 615-7100 / mshrake@fmglaw.com

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Universal Cable Productions, LLC and Northern Entertainment Productions, LLC<br><br>v.<br>Plaintiff(s)<br><br>Atlantic Specialty Insurance Company<br><br>Defendant(s). | CASE NUMBER<br>2:16-cv-04435-PA-MRW<br><br>ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE* |

The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by

McMichael, William E.
*Applicant's Name (Last Name, First Name & Middle Initial)*

(713) 632-1750
*Telephone Number*

(713) 621-0101
*Fax Number*

mcmichael@mdjwlaw.com
*E-Mail Address*

of
Martin, Disiere, Jefferson & Wisdom LLP
808 Travis, Suite 1100
Houston, Texas 77002
*Firm/Agency Name & Address*

for permission to appear and participate in this case on behalf of

Atlantic Specialty Insurance Company

*Name(s) of Party(ies) Represented*     ☐ Plaintiff(s)   ☒ Defendant(s)   ☐ Other: _____

and designating as Local Counsel

Shrake, Marc J.
*Designee's Name (Last Name, First Name & Middle Initial)*

219331
*Designee's Cal. Bar No.*

(213) 615-7000
*Telephone Number*

(213) 615-7100
*Fax Number*

mshrake@fmglaw.com
*E-Mail Address*

of
Freeman Mathis & Gary, LLP
550 South Hope Street, Suite 2200
Los Angeles, CA 90071
*Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**

☒ GRANTED.
☐ DENIED: ☐ for failure to pay the required fee.
  ☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.
  ☐ for failure to complete Application: _____
  ☐ pursuant to L.R. 83-2.1.3.2: ☐ Applicant resides in California; ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.
  ☐ pursuant to L.R. 83-2.1.3.4; Local Counsel: ☐ is not member of Bar of this Court; ☐ does not maintain office in District.
  ☐ because _____

IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid: ☐ be refunded ☐ not be refunded.

Dated   January 8, 2020

*U.S. District Judge/U.S. Magistrate Judge*

G-64 ORDER (5/16)    (PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*    Page 1 of 1