1  MARC J. SHRAKE (SBN 219331)
   mshrake@fmglaw.com
2  WAYNE H. HAMMACK (SBN 202709)
   whammack@fmglaw.com
3  FREEMAN MATHIS & GARY, LLP
   550 South Hope Street, Suite 2200
4  Los Angeles, California 90071
   Telephone: (213) 615-7019
5  Facsimile: (213) 615-7000

6  CHRISTOPHER W. MARTIN *(Pro Hac Vice)*
   martin@mdjwlaw.com
7  MELINDA R. BURKE *(Pro Hac Vice)*
   burke@mdjwlaw.com
8  MARTIN, DISIERE, JEFFERSON
   & WISDOM LLP
9  9111 Cypress Waters Blvd., Suite 250
   Dallas, Texas 75019
10 Telephone: (214) 420-5500
   Facsimile: (214) 420-5501

11

12 Attorneys for Defendant
   Atlantic Specialty Insurance Company

13             **UNITED STATES DISTRICT COURT**

14      **CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION**

| | |
|---|---|
| 15  UNIVERSAL CABLE PRODUCTIONS LLC, a Delaware limited liability company, and NORTHERN ENTERTAINMENT PRODUCTIONS LLC, a Delaware limited liability company,<br><br>Plaintiffs,<br>vs.<br><br>ATLANTIC SPECIALTY INSURANCE COMPANY, a New York insurance company,<br>Defendant. | CASE NO. 2:16-cv-04435-PA-MRW<br>[*Hon. Percy Anderson; Ctrm. 9A*]<br><br>**DECLARATION OF MARC J. SHRAKE TO COMPLY WITH COURT'S ORDER OF JANUARY 10, 2020, DOCKET NO. 186**<br><br>Pretrial Conference: January 17, 2020<br>Time: 1:30 PM<br>Place: Courtroom 9A<br>Judge: Honorable Percy Anderson<br>Trial Date: February 18, 2020 |

23        I, Marc J. Shrake, declare as follows:

24        1.     I am an attorney authorized to practice before all California courts and before this Court and am a partner in the law firm of Freeman Mathis & Gary, LLP, attorneys for Defendant Atlantic Specialty Insurance Company.

27        2.     I have personal knowledge of the matters set forth in this Declaration, and if called upon to testify to them, could and would do so.

3. I make this Declaration to comply with the Court's Order dated January 10, 2020, Docket No. 186.

4. The parties met and conferred in person at the office of Plaintiffs' counsel in Los Angeles on January 14, 2020, to conduct the further pretrial conference ordered by the Court.

5. Attendees for Plaintiffs were the following:
- Kalpana Srinivasan
- Amanda K. Bonn
- Catriona Lavery

6. Attendees for Defendant were the following:
- Marc Shrake
- Christopher Martin
- William McMichael

7. At the meeting we discussed all items counsel were directed by the Court to cover, and we made substantial progress.

I declare under penalty of perjury of the laws of the United States of America and the laws of the State of California that the foregoing is true and correct and that this declaration is executed this 15th day of January 2020 at Los Angeles, California.

DATED: January 15, 2020

MARC J. SHRAKE

By: */s/ Marc J. Shrake*
Marc J. Shrake

**Freeman Mathis & Gary, LLP**
Attorneys at Law

-2-
DECLARATION OF MARC J. SHRAKE