KALPANA SRINIVASAN (237460)
ksrinivasan@susmangodfrey.com
AMANDA K. BONN (270891)
abonn@susmangodfrey.com
CATRIONA LAVERY (310546)
clavery@susmangodfrey.com
CHELSEA V. SAMUELS (315257)
csamuels@susmangodfrey.com
SUSMAN GODFREY L.L.P.
1900 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067-6029
Tel: (310) 789-3100
Fax: (310) 789-3150

JACOB W. BUCHDAHL (*pro hac vice*)
jbuchdahl@susmangodfrey.com
SUSMAN GODFREY L.L.P.
1301 Avenue of the Americas, 32nd Floor
New York, NY 10019-6023
Tel: (212) 336-8330
Fax: (212) 336-8340

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| UNIVERSAL CABLE PRODUCTIONS LLC and NORTHERN ENTERTAINMENT PRODUCTIONS LLC,<br><br>Plaintiffs,<br><br>v.<br><br>ATLANTIC SPECIALTY INSURANCE COMPANY,<br><br>Defendant. | Case No.: 2:16-cv-4435-PA-MRW<br><br>The Honorable Percy Anderson<br>Dept. 9A<br><br>**JOINT STATUS REPORT RE DKT. 186** |

Plaintiffs Universal Cable Productions LLC and Northern Entertainment Productions LLC ("Universal" or "Plaintiffs") together with Defendant Atlantic Specialty Insurance Company ("Atlantic" or "Defendant") submit this Joint Status Report in accordance with this Court's Order dated January 10, 2020.  Dkt. 186.

The parties met and conferred in person in Los Angeles on January 14, 2020, to conduct the further pretrial conference ordered by the Court.  *See id.*  Attendees are listed below.

Attendees for Plaintiffs:
- Kalpana Srinivasan
- Amanda K. Bonn
- Catriona Lavery

Attendees for Defendant:
- Marc Shrake
- Christopher Martin
- William McMichael

Lead counsel for Plaintiffs and Defendants submit this Joint Status Report under penalty of perjury.  *See* Srinivasan Decl. at ¶3; Shrake Decl. at ¶¶ 4-7.

DATED:   January 15, 2020               SUSMAN GODFREY L.L.P.

By */s/ Kalpana Srinivasan*
KALPANA SRINIVASAN (237460)
ksrinivasan@susmangodfrey.com
AMANDA K. BONN (270891)
abonn@susmangodfrey.com
CATRIONA LAVERY (310546)
clavery@susmangodfrey.com
CHELSEA V. SAMUELS (315257)
csamuels@susmangodfrey.com
SUSMAN GODFREY L.L.P.
1900 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067-6029

1
JOINT STATUS REPORT

015825\7082816

|   |   |
|---|---|
|   | Tel: (310) 789-3100 |
|   | Fax: (310) 789-3150 |
|   |   |
|   | JACOB W. BUCHDAHL |
|   | (*pro hac vice*) |
|   | jbuchdahl@susmangodfrey.com |
|   | SUSMAN GODFREY L.L.P. |
|   | 1301 Avenue of the Americas, |
|   | 32nd Floor |
|   | New York, NY 10019-6023 |
|   | Tel: (212) 336-8330 |
|   | Fax: (212) 336-8340 |
|   |   |
|   | *Attorneys for Plaintiffs* |
|   |   |
| DATED: January 15, 2020 | MARC J. SHRAKE |
|   | FREEMAN MATHIS & GARY, LLP |
|   | -and- |
|   | CHRISTOPHER W. MARTIN (Pro Hac Vice) |
|   | MELINDA R. BURKE (Pro Hac Vice) |
|   | MARTIN, DISIERE, JEFFERSON & WISDOM LLP |
|   |   |
|   | By */s/ Christopher W. Martin* |
|   | *Attorneys for Defendant* |
|   | ATLANTIC SPECIALTY INSURANCE COMPANY |

## Attestation Regarding Signatures

I, Kalpana Srinivasan, attest that all signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

By: */s/ Kalpana Srinivasan*

**CERTIFICATE OF SERVICE**

I certify that on January 15, 2020, I filed the foregoing with the Clerk of the United States District Court for the Central District of California by using the Court's CM/ECF system, which will send notifications of such filing to all counsel of record.

By: */s/ Kalpana Srinivasan*