**FREEMAN MATHIS & GARY, LLP**
MARC J. SHRAKE (SBN 219331)
mshrake@fmglaw.com
550 South Hope Street, 22nd Floor
Los Angeles, California  90071-2627
(213) 615-7000; FAX (213) 615-7100

**MARTIN, DISIERE, JEFFERSON & WISDOM LLP**
CHRISTOPHER W. MARTIN *(Pro Hac Vice)*
martin@mdjwlaw.com
MELINDA R. BURKE *(Pro Hac Vice)*
burke@mdjwlaw.com
WILLIAM E. McMICHAEL *(Pro Hac Vice)*
mcmichael@mdiwlaw.com
9111 Cypress Waters Blvd., Suite 250
Dallas, Texas 75019
(214) 420-5500; FAX (214) 420-5501

Attorneys for Defendant
**ATLANTIC SPECIALTY INSURANCE COMPANY**

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| UNIVERSAL CABLE PRODUCTIONS LLC, a Delaware limited liability company, and NORTHERN ENTERTAINMENT PRODUCTIONS LLC, a Delaware limited liability company,<br><br>Plaintiffs,<br><br>vs.<br><br>ATLANTIC SPECIALTY INSURANCE COMPANY, a New York insurance company,<br><br>Defendant. | CASE NO. 2:16-cv-4435-PA-MRW<br><br>**ATLANTIC SPECIALTY'S NOTICE OF LEAD TRIAL COUNSEL, COURT ORDER, DOCKET NO. 196**<br><br>Pretrial Conference: January 17, 2020<br>Time: 1:30 PM PST<br>Place: Courtroom 9A<br>Judge:  Honorable Percy Anderson<br>Trial:  February 18, 2020 |

PLEASE TAKE NOTICE that to comply with the Court's Order of January 15, 2020, Docket No. 196, Defendant Atlantic Specialty Insurance Company identifies Christopher W. Martin as the one individual who will serve as lead trial counsel in this matter.

///

///

1

2  DATED: January 16, 2020

3

MARC J. SHRAKE
FREEMAN MATHIS & GARY, LLP
    -and-
CHRISTOPHER W. MARTIN *(Pro Hac Vice)*
MELINDA R. BURKE *(Pro Hac Vice)*
WILLIAM E. McMICHAEL *(Pro Hac Vice)*
MARTIN, DISIERE, JEFFERSON
& WISDOM LLP

By: */s/ Christopher W. Martin*
     Christopher W. Martin

**Attorneys for Defendant ATLANTIC SPECIALTY INSURANCE COMPANY**

**Freeman Mathis & Gary, LLP**
Attorneys at Law

-2-
ATLANTIC SPECIALTYS NOTICE OF LEAD TRIAL COUNSEL, COURT ORDER, DOCKET NO. 196