KALPANA SRINIVASAN (237460)
ksrinivasan@susmangodfrey.com
AMANDA K. BONN (270891)
abonn@susmangodfrey.com
CATRIONA LAVERY (310546)
clavery@susmangodfrey.com
CHELSEA V. SAMUELS (315257)
csamuels@susmangodfrey.com
SUSMAN GODFREY L.L.P.
1900 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067-6029
Tel: (310) 789-3100
Fax: (310) 789-3150

JACOB W. BUCHDAHL (*pro hac vice*)
jbuchdahl@susmangodfrey.com
SUSMAN GODFREY L.L.P.
1301 Avenue of the Americas, 32nd Floor
New York, NY 10019-6023
Tel: (212) 336-8330
Fax: (212) 336-8340

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| UNIVERSAL CABLE PRODUCTIONS LLC and NORTHERN ENTERTAINMENT PRODUCTIONS LLC,<br><br>Plaintiffs,<br>v.<br><br>ATLANTIC SPECIALTY INSURANCE COMPANY,<br>Defendant. | Case No.: 2:16-cv-4435-PA-MRW<br><br>The Honorable Percy Anderson<br>Dept. 9A<br><br>**NOTICE OF LEAD TRIAL COUNSEL RE DKT. 196**<br><br>Pretrial Conference: January 17, 2020<br>Time: 1:30 PM PST<br>Place: Courtroom 9A<br>Trial:  February 18, 2020 |

1      Plaintiffs Universal Cable Productions LLC and Northern Entertainment Productions LLC ("Universal" or "Plaintiffs") hereby submit this Notice of Lead Trial Counsel in accordance with this Court's Order dated January 15, 2020. Dkt. 196.

     Lead counsel for Plaintiffs is currently Kalpana Srinivasan.

     Ms. Srinivasan has a scheduling conflict on February 18, 2020, and February 19, 2020. Ms. Srinivasan is scheduled to argue an appeal in the Texas Court of Appeal in San Antonio, Texas, on February 19, 2020, in *Title Source, Inc. v. HouseCanary, Inc*.

     If the Court would consider a brief continuance—no more than one week—for the first day of trial, Ms. Srinivasan will be lead counsel at trial.

     Alternatively, should the trial begin on February 18, 2020, Amanda K. Bonn will be lead counsel for Plaintiffs.

DATED: January 16, 2020                 SUSMAN GODFREY L.L.P.

                                           By */s/    Kalpana Srinivasan*
                                                    KALPANA SRINIVASAN (237460)
                                                    ksrinivasan@susmangodfrey.com
                                                    AMANDA K. BONN (270891)
                                                    abonn@susmangodfrey.com
                                                    CATRIONA LAVERY (310546)
                                                    clavery@susmangodfrey.com
                                                    CHELSEA V. SAMUELS (315257)
                                                    csamuels@susmangodfrey.com
                                                    SUSMAN GODFREY L.L.P.
                                                    1900 Avenue of the Stars, Suite 1400
                                                    Los Angeles, CA 90067-6029
                                                    Tel: (310) 789-3100
                                                    Fax: (310) 789-3150

| | |
|---|---|
| 1 | JACOB W. BUCHDAHL |
| 2 | (*pro hac vice*) |
|   | jbuchdahl@susmangodfrey.com |
| 3 | SUSMAN GODFREY L.L.P. |
| 4 | 1301 Avenue of the Americas, 32nd Floor |
| 5 | New York, NY 10019-6023 |
| 6 | Tel: (212) 336-8330 |
|   | Fax: (212) 336-8340 |
| 7 | |
| 8 | *Attorneys for Plaintiffs* |

2

NOTICE OF LEAD TRIAL COUNSEL

015825\7086403

**CERTIFICATE OF SERVICE**

I certify that on January 16, 2020, I filed the foregoing with the Clerk of the United States District Court for the Central District of California by using the Court's CM/ECF system, which will send notifications of such filing to all counsel of record.

By: */s/ Kalpana Srinivasan*