KALPANA SRINIVASAN (237460)
ksrinivasan@susmangodfrey.com
AMANDA K. BONN (270891)
abonn@susmangodfrey.com
CATRIONA LAVERY (310546)
clavery@susmangodfrey.com
CHELSEA SAMUELS (315257)
csamuels@susmangodfrey.com
SUSMAN GODFREY L.L.P.
1900 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067-6029
Tel: (310) 789-3100
Fax: (310) 789-3150

JACOB W. BUCHDAHL (*pro hac vice*)
jbuchdahl@susmangodfrey.com
SUSMAN GODFREY L.L.P.
1301 Avenue of the Americas, 32nd Floor
New York, NY 10019-6023
Tel: (212) 336-8330
Fax: (212) 336-8340

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNIVERSAL CABLE PRODUCTIONS LLC and NORTHERN ENTERTAINMENT PRODUCTIONS LLC,<br><br>        Plaintiffs,<br><br>  v.<br><br>ATLANTIC SPECIALTY INSURANCE COMPANY,<br><br>        Defendant. | Case No.: 2:16-cv-4435-PA-MRW<br><br>**JOINT [PROPOSED] STATEMENT OF THE CASE**<br><br>The Honorable Percy Anderson<br>Dept. 9A |

**Plaintiffs' Proposed Statement:**

To help you follow the evidence, I will give you a brief summary of the case and the positions of the parties:

This is an action filed by plaintiffs, Universal Cable Productions, LLC and Northern Entertainment Productions, LLC. I will refer to them collectively as "Universal" or Plaintiffs. Plaintiffs have filed this action against their former insurance company, Atlantic Specialty Insurance Company. I will refer to it as "Atlantic" or "Defendant."

Plaintiffs alleged two claims against Atlantic: (1) breach of an insurance contract and (2) breach of the covenant of good faith and fair dealing that is implied in every contract. Both claims arise out of Atlantic's denial of coverage of a claim under a television production insurance policy that Atlantic issued to Plaintiffs, which I will call the "Policy."

During the summer of 2014, Plaintiffs were filming a television series in Israel. A Palestinian group called Hamas began firing rockets toward civilian population centers in Israel. As a result, Plaintiffs postponed and then moved production of their television series out of Israel, thereby incurring extra expenses.

Plaintiffs submitted to Defendant an insurance claim for coverage of their extra expenses under the Policy. Plaintiffs' claim was covered by the Policy, but Defendant denied coverage.

In denying coverage, Defendant stated that although the Policy covered expenses related to terrorism, Plaintiffs' loss was excluded from coverage. Atlantic relied on the Policy's war exclusions, which excluded coverage for expenses resulting from "war" and "warlike action by a military force."

It has already been decided that Atlantic breached the Policy when it denied coverage by defining Hamas's conduct as "war" or "warlike action by a military force." Both "war" and "warlike action by a military force" have a specialized meaning in the insurance context requiring hostilities between sovereign governments or quasi-sovereign entities. Hamas is not a sovereign government nor a quasi-sovereign entity. The United States designates Hamas as a Foreign Terrorist Organization.

The jury will be asked to decide three issues in this case:

First, what is the amount of Plaintiffs' covered loss under the Policy?

Second, did Defendant's breach of the Policy also breach the implied covenant of good faith and fair dealing and, if so, what damages, if any, should be awarded?

Third, did Defendant deny the claim with malice, oppression, or fraud, and, if so, what punitive damages, if any, should be awarded?

Plaintiffs allege that their covered losses under the Policy were millions of dollars. Plaintiffs also assert that Defendant acted in bad faith in denying their claim. Plaintiffs also assert that as a result of Defendant's bad faith, they were damaged by having to incur attorneys' fees and costs to prove that their claim was covered. Plaintiffs assert that Defendant acted with malice, oppression, or fraud and therefore is liable for punitive damages.

Defendant disputes the amount of Plaintiffs' covered losses. Defendant denies that it acted in bad faith in denying Plaintiffs' claim. Defendant denies that it acted with malice, oppression, or fraud, and denies that it is liable for punitive damages.

**Defendant's Proposed Statement:**

This is an insurance coverage case between Plaintiffs Universal Cable Productions LLC and Northern Entertainment Productions LLC (I will refer to Plaintiffs as "NBC" or "Universal" or "Plaintiffs") against their former insurance company – Defendant Atlantic Specialty Insurance Company (I will refer to Defendant as "Atlantic" or "ASIC" or "Defendant").

Specifically, this case arises out of the relocation of the production of a television in the summer of 2014 due to an armed conflict in the Gaza Strip. NBC/Universal believed that it incurred expenses during this relocation that were covered under its insurance policy with ASIC – Motion Picture/Television Producers Portfolio Policy No. MP 00163-04 (I will refer to this policy hereinafter as simply "the Policy.") As a result, NBC/Universal filed an insurance claim. However, ASIC originally denied coverage for

```
```
Universal's extra expenses, contending that there is no coverage due to policy language that it believed excludeed coverage for the claim.

The parties now dispute whether expenses that NBC/Universal incurred during that relocation are covered under its insurance policy with ASIC. The parties also dispute whether ASIC's denial of insurance coverage constitutes a breach of the duty of good faith and fair dealing.

DATED: January 17, 2020          SUSMAN GODFREY L.L.P.

*/s/ KALPANA SRINIVASAN*
KALPANA SRINIVASAN (237460)
ksrinivasan@susmangodfrey.com
AMANDA K. BONN (270891)
abonn@susmangodfrey.com
CATRIONA LAVERY (310546)
clavery@susmangodfrey.com
CHELSEA SAMUELS (315257)
csamuels@susmangodfrey.com
SUSMAN GODFREY L.L.P.
1900 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067-6029
Tel: (310) 789-3100
Fax: (310) 789-3150

JACOB W. BUCHDAHL (*pro hac vice*)
jbuchdahl@susmangodfrey.com
SUSMAN GODFREY L.L.P.
1301 Avenue of the Americas, 32nd Floor
New York, NY 10019-6023
Tel: (212) 336-8330
Fax: (212) 336-8340

*Attorneys for Plaintiffs*

MARC J. SHRAKE
FREEMAN MATHIS & GARY, LLP

-and-

CHRISTOPHER W. MARTIN (*Pro Hac Vice*)
MELINDA R. BURKE (*Pro Hac Vice*)
WILLIAM E. McMICHAEL *(Pro Hac Vice)*
MARTIN, DISIERE, JEFFERSON
& WISDOM LLP

*/s/ Christopher W. Martin*
Attorneys for Defendant
ATLANTIC SPECIALTY INSURANCE
COMPANY

**CERTIFICATE OF SERVICE**

    I certify that on Kalpana Srinivasan, I filed the foregoing with the Clerk of the United States District Court for the Central District of California by using the Court's CM/ECF system, which will send notifications of such filing to all counsel of record.

                                                         /s/     KALPANA SRINIVASAN