# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| UNIVERSAL CABLE PRODUCTIONS LLC, a Delaware limited liability company, and NORTHERN ENTERTAINMENT PRODUCTIONS LLC, a Delaware limited liability company,<br><br>Plaintiffs,<br>v.<br><br>ATLANTIC SPECIALTY INSURANCE COMPANY, a New York insurance company,<br><br>Defendant. | CASE NO. 2:16-cv-4435-PA-MRW<br><br>**[PROPOSED] ORDER RE DEFENDANT'S MOTION IN LIMINE NO. 2 REGARDING EXTRINSIC INFORMATION**<br><br>Hearing Date: February 10, 2020<br>Time: 1:30 p.m.<br>Pretrial Conference: January 17, 2020<br>Time: 1:30 PM PST<br>Place: Courtroom 9A<br>Judge: Honorable Percy Anderson<br>Trial: February 18, 2020 |

PLEASE TAKE NOTICE that application having been made by Defendant Atlantic Specialty Insurance Company ("Defendant"), and good cause having been shown, IT IS HEREBY ORDERED that Defendant's Motion in Limine No. 2 Regarding Extrinsic Information is **GRANTED**.

DATED: February __, 2020    By: _____
                                Honorable Percy Anderson

**Freeman Mathis & Gary, LLP**
Attorneys at Law

[PROPOSED] ORDER RE DEFENDANT'S LIMINE NO. 2 RE: EXTRINSIC INFORMATION