# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| UNIVERSAL CABLE PRODUCTIONS LLC, a Delaware limited liability company, and NORTHERN ENTERTAINMENT PRODUCTIONS LLC, a Delaware limited liability company,<br><br>Plaintiffs,<br>v.<br>ATLANTIC SPECIALTY INSURANCE COMPANY, a New York insurance company,<br><br>Defendant. | CASE NO. 2:16-cv-4435-PA-MRW<br><br>**[PROPOSED] ORDER RE DEFENDANT'S MOTION IN LIMINE NO. 3 REGARDING OTHER CLAIMS/LAWSUITS AND CLAIM AUTHORITY LEVELS**<br><br>Hearing Date: February 10, 2020<br>Time: 1:30 p.m.<br>Pretrial Conference: January 17, 2020<br>Time: 1:30 PM PST<br>Place: Courtroom 9A<br>Judge: Honorable Percy Anderson<br>Trial: February 18, 2020 |

PLEASE TAKE NOTICE that application having been made by Defendant Atlantic Specialty Insurance Company ("Defendant"), and good cause having been shown, IT IS HEREBY ORDERED that Defendant's Motion *in Limine* No. 3 Other Claims/Lawsuits and Claim Authority Levels is **GRANTED**.

DATED: February __, 2020     By: _____
                                  Honorable Percy Anderson

**Freeman Mathis & Gary, LLP**
Attorneys at Law

---

[PROPOSED] ORDER RE DEFENDANT'S LIMINE NO. 3 RE: OTHER CLAIMS/LAWSUITS AND CLAIM AUTHORITY LEVELS