1

2

3

4

5

6

7

8 **UNITED STATES DISTRICT COURT**

9 **CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION**

10 UNIVERSAL CABLE PRODUCTIONS ) CASE NO. 2:16-cv-4435-PA-MRW
LLC, a Delaware limited liability )
11 company, and NORTHERN ) **[PROPOSED] ORDER RE**
ENTERTAINMENT PRODUCTIONS ) **DEFENDANT'S MOTION IN**
12 LLC, a Delaware limited liability ) **LIMINE NO. 4 REGARDING**
company, ) **ROBERT WUNDERLICH**
13 )
)
Plaintiffs, )
14 v. ) Hearing Date:  February 10, 2020
) Time:  1:30 p.m.
15 ATLANTIC SPECIALTY INSURANCE ) Pretrial Conference: January 17, 2020
COMPANY, a New York insurance ) Time: 1:30 PM PST
16 company, ) Place: Courtroom 9A
) Judge:  Honorable Percy Anderson
17 Defendant. ) Trial:  February 18, 2020
)

18

19      PLEASE TAKE NOTICE that application having been made by Defendant

20 Atlantic Specialty Insurance Company ("Defendant"), and good cause having been

21 shown, IT IS HEREBY ORDERED that Defendant's Motion *in Limine* No. 4

22 Regarding Robert Wunderlich is **GRANTED**.

23

24

25 DATED:  January __, 2020      By: _____

26                                 Honorable Percy Anderson

27

28

**Freeman Mathis & Gary, LLP**
Attorneys at Law