Page 1

1              UNITED STATES DISTRICT COURT

2              CENTRAL DISTRICT OF CALIFORNIA

3                    WESTERN DIVISION

4    _____

5    UNIVERSAL CABLE PRODUCTIONS, LLC,

6    a Delaware limited liability company,

7    and NORTHERN ENTERTAINMENT PRODUCTIONS, LLC,

8    a Delaware limited liability company,

9                 Plaintiffs,

10                         Case No.

11                         2:16-cv-4435-PA-MRW

12   -vs-

13   ATLANTIC SPECIALTY INSURANCE COMPANY,

14   a New York insurance company,

15                 Defendant.

16   _____

17

18        VIDEOTAPED DEPOSITION OF ANTHONY CLARK

19                  Friday, June 2, 2017

20                  Chicago, Illinois

21

22

23   Reported By:

24   TRICIA J. FLASKA, CSR, RPR

25   JOB NO. 124835

Page 2

3  Friday, June 2, 2017
4  9:50 a.m.

7  VIDEOTAPED DEPOSITION OF ANTHONY CLARK,
8  held at the offices of HINSHAW & CULBERTSON, 222
9  North LaSalle Street, Chicago, Illinois, 60601
10  before Tricia J. Flaska, CSR, RPR.

---

Page 3

1  A P P E A R A N C E S:

3  MITCHELL SILBERBERG & KNUPP
4  BY:  DANIEL HAYES, ESQ.
5  11377 West Olympic Boulevard
6  Los Angeles, California 90064
7  ATTORNEYS FOR PLAINTIFF;

10  STRASBURGER & PRICE
11  BY:  CARLA CRAPSTER, ESQ.
12  901 Main Street
13  Dallas, Texas 75202
14  ATTORNEYS FOR DEFENDANT/DEPONENT.

20  ALSO PRESENT:  Jeremy Mangan, Videographer

---

Page 4

1  I N D E X
2  WITNESSES
3  All Witnesses:                           Page
4  ANTHONY CLARK for Plaintiff
   Examination by Mr. Hayes                  5

6  EXHIBITS

7  Exhibit 1  Amended Notice of
              Deposition                     10
8  Exhibit 2  First Amended Complaint
              filed by Universal Cable
9  Productions versus Atlantic
   Specialty                                 11
10
   Exhibit 3  Insurance policy MP00163-04
11            issued by OneBeacon
              Insurance for NBCUniversal
12            Media                          12
13 Exhibit 4  Mr. Clark's expert report      13
14 Exhibit 5  Mr. Clark's rebuttal report
              in response to
15            Ty R. Sagalow                  13
16 Exhibit 6  Deposition transcript of
              Aaron Stone                    54
17
18 Exhibit 7  AONNBCU0004132 - AONNBCU0004195  84

   Exhibit 8  Notes regarding telephone
19            call between Danny
              Gutterman, Pamela Johnson,
20            and representatives of
              NBCUniversal and Aon          150
21
   Exhibit 9  Claim file                    153
22
   Exhibit 10 Defendant Atlantic's
23            Responses to the First Set
              of Interrogatories            159
24
   Exhibit 11 Expert witness report of
25            Mr. Ty R. Sagalow            176
26

---

Page 5

1  THE VIDEOGRAPHER:  We are now on the        09:49
2  record.  This marks the beginning of media number  09:49
3  one in the deposition of Anthony Clark in the matter  09:49
4  of Universal Cable Productions, LLC, et. al., versus  09:49
5  Atlantic Specialty Insurance Company.        09:49
6  This deposition is being held at 222 North  09:49
7  LaSalle Street, Chicago, Illinois on June 2nd, 2017,  09:49
8  and the time is now 9:50 a.m.                09:49
9  Will attorneys please identify themselves?  09:49
10  MR. HAYES:  Dan Hayes of Mitchell Silberberg &  09:49
11  Knupp on behalf of plaintiffs.              09:49
12  MS. CRAPSTER:  Carla Crapster on behalf of   09:49
13  Strasburger & Price, here for Atlantic Specialty  09:49
14  Insurance Company.                          09:49
15  THE VIDEOGRAPHER:  Will the court reporter   09:49
16  please swear in the witness.                09:49
17  A N T H O N Y   C L A R K,                  09:49
18  called as a witness, having been first duly sworn by  09:49
19  a Notary Public, was examined and testified as  09:49
20  follows:                                    09:49
21  EXAMINATION                  09:49
22  BY MR. HAYES:                               09:49
23  Q  Morning, Mr. Clark.                      09:49
24  A  Good morning.                           09:49
25  Q  Please spell your name for the record.   09:50

Page 46

```
 1        A  I believe it's important to -- to come to    11:02
 2  the understanding of what they -- they understood,   11:02
 3  yes.  To know what they understood.  Yeah.           11:02
 4        Q  And did you seek to ascertain what -- what  11:02
 5  understanding Atlantic had of any of the terms set   11:02
 6  forth in subparagraphs one through four on page      11:02
 7  3083?                                                11:02
 8        A  I -- in -- in reviewing the material, it    11:02
 9  became -- it seemed to me or it became clear to me   11:02
10  of what Atlantic was looking at and how they were    11:02
11  considering those terms and why they were denying    11:02
12  the claim based on those terms.                      11:02
13        Q  Did you talk to anybody at Atlantic to      11:02
14  determine what Atlantic's understanding of those     11:02
15  terms was?                                           11:03
16        A  I -- I have not talked to anybody at        11:03
17  Atlantic.                                            11:03
18        MS. CRAPSTER:  Should we go off the record?    11:03
19  Oh.  Okay.                                           11:03
20  BY MR. HAYES:                                        11:03
21        Q  What does the word "war" mean in            11:03
22  subparagraph one on page 3083?                       11:03
23        A  War is hostilities between two parties.     11:03
24        Q  Any two parties?                            11:03
25        A  Two military parties.  Military forces.     11:04
```

Page 47

```
 1        Q  What do you mean when you say "military     11:04
 2  forces"?                                             11:04
 3        A  Organized -- organized and equipped armies  11:04
 4  or militias.                                         11:04
 5        Q  What is a militia as opposed to an army?    11:04
 6        A  My understanding of a militia is that it is 11:04
 7  a group organized when needed.                       11:04
 8        Q  Organized by who?                           11:04
 9        A  Organized by the government or some         11:04
10  authority.                                           11:04
11        Q  What do you mean by "some authority"?       11:04
12        A  Whatever governing authority there is.      11:04
13        Q  When you say "organized when needed," what  11:04
14  do you mean?                                         11:04
15        A  You know, a militia could be any group that 11:05
16  basically arms itself for their own purposes.  And   11:05
17  whether they're formed by the authority or whether   11:05
18  they are formed by a group of people that believe in 11:05
19  a certain ideology, it would still be an armed group 11:05
20  of individuals.                                      11:05
21        Q  Is a gang a militia?                        11:05
22        MS. CRAPSTER:  Objection.  Vague and ambiguous. 11:05
23  BY MR. HAYES:                                        11:05
24        Q  A street gang?                              11:05
25        MS. CRAPSTER:  Same objection.                 11:05
```

Page 48

```
 1        A  I -- I'm not sure whether I would know the  11:05
 2  answer to that or could -- could say that.  I -- I   11:05
 3  would probably not characterize a street gang as a   11:05
 4  militia.                                             11:05
 5  BY MR. HAYES:                                        11:05
 6        Q  Can a street gang engage in war as that     11:05
 7  word is used in subparagraph one on page 3083?       11:05
 8        A  I -- I do not believe a street gang can be  11:06
 9  engaged in war.  Although, you know, when -- when    11:06
10  you talk about war, you talk about many, many facets 11:06
11  of war, and I'm sure someone can talk about one      11:06
12  street gang going against another street gang and    11:06
13  saying that it's a war.  Where I live in Chicago, I  11:06
14  see the term thrown about.  So it -- it depends on   11:06
15  -- it depends on the context, I believe.             11:06
16        Q  So you're referring to such phrases as the  11:06
17  war on crime, for example, right?                    11:06
18        A  Yes.                                        11:06
19        Q  Or the war on drugs, right?                 11:06
20        A  Right.  Or the -- or the war between two    11:06
21  gangs or factions of -- within the gangs shooting    11:06
22  one another.                                         11:07
23        Q  Those are all colloquial definitions of the 11:07
24  word "war," is that what you mean?                   11:07
25        A  It --                                       11:07
```

Page 49

```
 1        MS. CRAPSTER:  Objection.  Vague and ambiguous. 11:07
 2        A  I don't know that I'd call it colloquial.   11:07
 3  I would -- somewhere within the dictionary there's   11:07
 4  probably eight or nine, ten definitions of war and   11:07
 5  that may be one of them.                             11:07
 6  BY MR. HAYES:                                        11:07
 7        Q  Okay.  Which definition applies to this     11:07
 8  policy?                                              11:07
 9        A  Well, I -- I think that the -- the basic    11:07
10  definition of armed conflict would -- between two    11:07
11  entities would -- would be a basic definition that   11:07
12  you could use in this policy.                        11:07
13        Q  Do the two entities need to have indicia of 11:07
14  sovereignty?                                         11:07
15        A  No.                                         11:07
16        MS. CRAPSTER:  Objection.  Vague and ambiguous. 11:07
17  BY MR. HAYES:                                        11:07
18        Q  They don't?                                 11:07
19        A  No, I don't think so.                       11:07
20        Q  Does Hamas have indicia of sovereignty?     11:08
21        A  I don't believe they do, no.                11:08
22        Q  How is war-like action different from war?  11:08
23        A  I don't know that is that different.  I     11:08
24  think war-like action would speak to the individual  11:08
25  activities going on during a general condition of    11:08
```

## Page 198

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

_____

UNIVERSAL CABLE PRODUCTIONS, LLC,
a Delaware limited liability company,
and NORTHERN ENTERTAINMENT PRODUCTIONS, LLC,
a Delaware limited liability company,
        Case No. 2:16-cv-4435-PA-MRW

-vs-

ATLANTIC SPECIALTY INSURANCE COMPANY,
a New York insurance company,

        I, ANTHONY CLARK, having first been duly sworn, under oath, state that I have read the foregoing transcript of the testimony given by me at my deposition on the 2nd day of June, 2017, and that said transcript constitutes a true and correct record of the testimony given by me at said deposition, except as I have so indicated on the errata sheets provided herein for such.

        By: _____
            ANTHONY CLARK

No corrections (please initial): _____
Number of errata sheets submitted: _____
SUBSCRIBED AND SWORN TO
before me this ____ day
of _____, 2017.
    _____
    NOTARY PUBLIC

## Page 199

STATE OF ILLINOIS )
COUNTY OF C O O K )

        I, TRICIA J. FLASKA, Certified Shorthand Reporter No. 084-004472 in and for the State of Illinois, do hereby certify that previous to the commencement of the examination, said witness was duly sworn by me to testify the truth; that the said deposition was taken at the time and place aforesaid; that the testimony given by said witness was reduced to writing by means of shorthand and thereafter transcribed into typewritten form; and that the foregoing is a true, correct and complete transcript of my shorthand notes so taken as aforesaid.

        I further certify that there were present at the taking of the said deposition the persons and parties as indicated on the appearance page made a part of this deposition.

        I further certify that I am not counsel for nor in anyway related to any of the parties to this action, nor am I in any way interested in the outcome thereof.

## Page 200

        I further certify that this certificate applies to the original signed IN BLUE and certified transcripts only. I assume no responsibility for the accuracy of any reproduced copies not made under my control or direction.
        Dated: June 14th, 2017


        _____
        TRICIA J. FLASKA, CSR, RPR


My Commission Expires
August 11, 2019

## Page 201

NAME OF CASE:
DATE OF DEPOSITION:
NAME OF WITNESS:
Reason Codes:
    1. To clarify the record.
    2. To conform to the facts.
    3. To correct transcription errors.
Page _____ Line _____ Reason _____
From _____ to _____
Page _____ Line _____ Reason _____
From _____ to _____
Page _____ Line _____ Reason _____
From _____ to _____
Page _____ Line _____ Reason _____
From _____ to _____
Page _____ Line _____ Reason _____
From _____ to _____
Page _____ Line _____ Reason _____
From _____ to _____
Page _____ Line _____ Reason _____
From _____ to _____
Page _____ Line _____ Reason _____
From _____ to _____

        _____