**From:** Beckman-Straus, Naomi
**To:** Toni.Reed@strasburger.com; Carla.Crapster@strasburger.com; Michael.Keeley@strasburger.com; Green, Marianna (Marianna.Green@strasburger.com)
**Cc:** Coyoca, Lucia; Hayes, Daniel; Shalamitski, Valentine; Kohler, Daniel
**Bcc:** Benson, Patricia; Oculbillo, Melanie
**Subject:** UCP v. Atlantic: Exchange of Documents
**Date:** Thursday, June 1, 2017 11:28:33 AM
**Attachments:** image001.gif
Plaintiffs'' Objections to Atlantic''s Deposition Designations (8934363).docx
Plaintiffs'' Objections to Atlantic''s Deposition Designations (8938672).pdf
UCP v. Atlantic Joint Witness List - 1.1 (8934355-1.2).docx
ATLANTIC Trial Exhibit List - UCP Objections (8925957-7).docx
ATLANTIC Trial Exhibit List - UCP Objections (8938738).pdf

Counsel,

Pursuant to our exchange agreement, please find the following documents responsive to materials provided by Atlantic:

1) Objections and counter-designations to Atlantic's designations of deposition testimony to be used at trial (word and PDF)
2) Objections to Atlantic's Exhibit List (word and PDF)
3) Draft Joint Witness List including Universal's estimate of time for cross-examination of Atlantic's witnesses (word only – please complete with Atlantic's estimates for cross-examination of Universal's witnesses and return to me).

Below is an FTP link from which you can retrieve deposition transcripts showing Universal's counter-designations of testimony in response to the testimony Atlantic designated (to be clear, this does not modify in any way Universal's designations of testimony to be used as direct examination, just adds designations responsive to what Atlantic has designated). The transcripts included are of Adams, Crosby (individual), Gooley, Johnson (Day 2), and Smith (Day 1).

Click the following link to download your file(s).

**Click to Retrieve File(s)**

Deposition Counter-Designations.zip

If the above link is not clickable, copy and paste the following URL into your browser.

https://www.sendthisfile.com/84JM122f3QETs11Qhe0bkNIX

Note: These files will expire in 7 days from the time this email was generated.

I will be following up with you shortly regarding the stipulated facts and proposed pretrial conference order.

Regards,

Naomi



**Naomi Beckman-Straus** | **Attorney-at-Law**
T: 310.312.3260 | nxs@msk.com
**Mitchell Silberberg & Knupp** LLP | **www.msk.com**
11377 W. Olympic Blvd., Los Angeles, CA 90064

THE INFORMATION CONTAINED IN THIS E-MAIL MESSAGE IS INTENDED ONLY FOR THE PERSONAL AND CONFIDENTIAL USE OF THE DESIGNATED RECIPIENTS. THIS MESSAGE MAY BE AN ATTORNEY-CLIENT COMMUNICATION, AND AS SUCH IS PRIVILEGED AND CONFIDENTIAL. IF THE READER OF THIS MESSAGE IS NOT AN INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY REVIEW, USE, DISSEMINATION, FORWARDING OR COPYING OF THIS MESSAGE IS STRICTLY PROHIBITED. PLEASE NOTIFY US IMMEDIATELY BY REPLY E-MAIL OR TELEPHONE, AND DELETE THE ORIGINAL MESSAGE AND ALL ATTACHMENTS FROM YOUR SYSTEM. THANK YOU.

## JOINT TRIAL WITNESS ESTIMATE FORM

CASE: 2:16-cv-04435-PA-MRW     TRIAL DATE: July 25, 2017

| | WITNESS NAME | PARTY CALLING WITNESS AND ESTIMATE | CROSS-EXAMINER'S ESTIMATE | DESCRIPTION OF TESTIMONY | COMMENTS |
|---|---|---|---|---|---|
| 1. | Weiss, Susan | Plaintiffs<br><br>1.25 hours | | Negotiation, drafting, and issuance of the insurance policy, addition of *Dig* as an Insured Production, premiums and self-insured retention, submission and denial of the *Dig* claim, non-renewal of the policy. | In person |
| 2. | Walden, George | Plaintiffs<br><br>.75 hour | | Negotiation, drafting, and issuance of the insurance policy. | In person |
| 3. | Ford, Kurt | Plaintiffs<br><br>.50 hour | | Negotiation, drafting, and issuance of the insurance policy, addition of *Dig* as an Insured Production, policy premiums and self-insured retention, submission and denial of the *Dig* claim, non-renewal of the policy. | In person |
| 4. | Garber, Andrea | Plaintiffs<br><br>.75 hour | | Addition of *Dig* as an Insured Production, policy premiums, the *Dig* claim, submission and denial of the *Dig* claim. | In person |

| | WITNESS NAME | PARTY CALLING WITNESS AND ESTIMATE | CROSS-EXAMINER'S ESTIMATE | DESCRIPTION OF TESTIMONY | COMMENTS |
|---|---|---|---|---|---|
| 5. | Richmond, Randi | Plaintiffs<br><br>1.5 hours | | The production of *Dig*, delay, postponement, and relocation of the *Dig* production out of Israel, the *Dig* claim, and expenses and costs in connection with the production of *Dig*. | In person |
| 6. | Binke, Mark | Plaintiffs<br><br>.5 hour | | The production of *Dig*, delay, postponement, and relocation of the *Dig* production out of Israel, and the *Dig* claim. | In person |
| 7. | Smith, Stephen | Plaintiffs<br><br>1.00 hour | | Security conditions of the *Dig* production during the summer of 2014, delay, postponement, and relocation of the *Dig* production out of Israel in connection with security concerns. | In person |
| 8. | Markus, BJ | Plaintiffs<br><br>1.75 hours | | The production of *Dig*, delay, postponement, and relocation of the *Dig* production out of Israel, the *Dig* claim, expenses and costs in connection with the production of *Dig*. | In person |
| 9. | Coyoca, Lucia | Plaintiffs<br><br>.50 hour | | Plaintiffs' damages (attorneys' fees and costs) in connection with the breach of contract claim. | In person |
| 10. | Johnson, Pamela | Plaintiffs<br><br>.75 hour | | Atlantic's investigation, coverage determination, denial of the *Dig* claim, policy profitability and non-renewal. | Deposition and/or in person (if appears) |
| 11. | Gutterman, Daniel | Plaintiffs<br><br>.50 hour | | Atlantic's investigation, coverage determination, and denial of the *Dig* claim. | Deposition and/or in person |

| | WITNESS NAME | PARTY CALLING WITNESS AND ESTIMATE | CROSS-EXAMINER'S ESTIMATE | DESCRIPTION OF TESTIMONY | COMMENTS |
|---|---|---|---|---|---|
| 12. | Williams, Peter | Plaintiffs<br><br>.50 hour | | Atlantic's investigation, coverage determination, denial of the *Dig* claim, policy profitability and non-renewal. | Deposition and/or in person |
| 13. | Gooley Wolf, Theresa | Plaintiffs<br><br>.25 hour | | Atlantic's coverage determination and denial of the Dig claim. | Deposition and/or in person (if appears) |
| 14. | Duffy, Sean | Plaintiffs<br><br>.25 hour | | Atlantic's investigation, coverage determination, and denial of the *Dig* claim, policy profitability and non-renewal. | Deposition and/or in person (if appears) |
| 15. | Crosby, Dennis | Plaintiffs<br><br>.25 hour | | Atlantic's investigation, coverage determination, and denial of the *Dig* claim, policy profitability and non-renewal. | Deposition and/or in person (if appears) |
| 16. | Ridgers, Martin | Plaintiffs<br>TBD | | TBD | Deposition and/or in person (if appears) |
| 17. | Phillips, Wanda | Plaintiffs<br>TBD | | TBD | Deposition and/or in person (if appears) |
| **Total Estimate for Plaintiffs' Percipient/Fact Witnesses** | | **11 hours** | | | |

|  | WITNESS NAME | PARTY CALLING WITNESS AND ESTIMATE | CROSS-EXAMINER'S ESTIMATE | DESCRIPTION OF TESTIMONY | COMMENTS |
|---|---|---|---|---|---|
| 18. | Prof. Koh, Harold Hongju | Plaintiffs<br><br>1 hour | | Expert on issues relating to international/foreign law. Hamas' actions directed towards Israel during the summer of 2014 were terrorist acts rather than acts of "war" or any similar or different (e.g., insurrection) designation when considered in the context of international law and conflicts between and among state(s) and non-state actor(s). Rebuttal of Atlantic's expert opinions regarding the foregoing and related issues. | In person |
| 19. | Dr. Levitt, Matthew | Plaintiffs<br><br>2.00 hours | | Expert on issues relating to the Israeli-Palestinian conflict, the Gaza Strip, Hamas, its violence and purpose of its attacks, Hamas' actions directed towards Israel during the summer of 2014, and Operation Protective Edge. Rebuttal of Atlantic's expert opinions regarding the foregoing and related issues. | In person |
| 20. | Ambassador Ross, Dennis | Plaintiffs<br><br>1.00 hour | | Expert on issues relating to United States foreign policy regarding Israel, the Middle East region, state and non-state actors and other sub-state entities, the foreign policy import of the government determinations about statehood, non-state status, and terrorist entities, and potential import of this case in connection therewith. Rebuttal of Atlantic's experts | |

| | WITNESS NAME | PARTY CALLING WITNESS AND ESTIMATE | CROSS-EXAMINER'S ESTIMATE | DESCRIPTION OF TESTIMONY | COMMENTS |
|---|---|---|---|---|---|
| | | | | regarding the foregoing and related issues. | |
| 21. | Sagalow, Ty R. | Plaintiffs<br><br>2.5 hours | | Expert on insurance industry custom and practice, in connection with Plaintiffs' claims against Atlantic for breach of insurance contract and breach of the implied covenant of good faith and fair dealing. Insurance industry custom and practice as it relates to war exclusions, terrorism coverage and exclusions, the underwriting and drafting of insurance policies, including the war exclusions and terrorism exclusion, and claims handling and investigation. Rebuttal of Atlantic's expert opinions regarding the foregoing and related issues. | |
| 22. | Wunderlich, Robert | Plaintiffs<br><br>1.5 hours | | Expert on economic issues and damages. Plaintiffs' claim for the extra expenses and other damages incurred by Plaintiffs, the claim's calculation and substantiation, the accounting and related standards in connection therewith. Rebuttal of Atlantic's expert opinions regarding the foregoing and related issues. | |
| | **Total Estimate for Plaintiffs' Expert Witnesses** | **8 hours** | | | |

|   | WITNESS NAME | PARTY CALLING WITNESS AND ESTIMATE | CROSS-EXAMINER'S ESTIMATE | DESCRIPTION OF TESTIMONY | COMMENTS |
|---|---|---|---|---|---|
| 23. | Williams, Peter D. | Defendant<br><br>3 hours | .75 | Fact witness on policy, insured production, and claim. Non-retained expert on insurance industry for entertainment and on policy terms and exclusions. | |
| 24. | Gutterman, Daniel S. | Defendant<br><br>1 hour | .50 | Fact witness on DIG claim. | |
| 25. | Johnson, Pamela A. | Defendant<br><br>2.5 hours | 1.0 | Fact witness on DIG claim. | By Deposition |
| 26. | Gooley Wolf, Theresa A. | Defendant<br><br>1.75 hours | .50 | Fact witness on DIG claim. | By Deposition |
| 27. | Crosby, Dennis | Defendant<br><br>.5 hour | .75 | Fact witness on Atlantic entertainment insurance business and conduct of insurance business and NBC policy. | By Deposition |
| 28. | Duffy Sean | Defendant<br><br>.5 hour | .50 | Fact witness on DIG claim. | By Deposition |
| 29. | Stone, Aaron | Defendant<br><br>1 hour | .50 | Fact witness on DIG claim and NBC policy. | |
| 30. | Markus-Caffrey, Barbara-Ann (BJ) | Defendant<br><br>.5 hour | 0 | Fact witness on plaintiffs' computation of extra expense and records of expense. | |

|     | WITNESS NAME | PARTY CALLING WITNESS AND ESTIMATE | CROSS-EXAMINER'S ESTIMATE | DESCRIPTION OF TESTIMONY | COMMENTS |
|-----|---|---|---|---|---|
| 31. | Smith, Stephen | Defendant<br><br>5 hours | 0 | Fact witness on NBC security for DIG and security decisions for DIG. | By Deposition if unavailable |
| 32. | McCarthy, Tom | Defendant<br><br>.5 hour | 0 | Fact witness on NBC Security for DIG and security decisions for DIG. | |
| 33. | Richmond, Randi | Defendant<br><br>1 hour | 0 | Fact witness on DIG production and security decisions. | |
| 34. | Binke, Mark | Defendant<br><br>.5 hour | 0 | Fact witness on DIG production and security decisions. | |
| 35. | Adams, Malika | Defendant<br><br>.5 hour | 0 | Fact witness on NBC policy and assessment of policy exclusions. | By Deposition |
| 36. | Garber, Andrea | Defendant<br><br>1 hour | 0 | Fact witness on AON role, NBC policy, and DIG claim. | |
| 37. | Weiss, Susan | Defendant<br><br>1 hour | 0 | Fact witness on AON role, NBC risk management, NBC policy, and DIG claim. | |
| 38. | Ford, Kurt | Defendant<br><br>.5 hour | 0 | Fact witness on DIG production and insurance. | |
| 39. | Quigley, Professor John B. | Defendant<br><br>2 hours | .75 | Expert witness in nature of war, state actors, sovereignty, plain meaning of war, and 50-day War. | |
| 40. | Detter de Frankopan, Dr. Ingrid | Defendant<br><br>1 hour | .50 | Expert witness in armed conflict and 50 day War. | |

| | WITNESS NAME | PARTY CALLING WITNESS AND ESTIMATE | CROSS-EXAMINER'S ESTIMATE | DESCRIPTION OF TESTIMONY | COMMENTS |
|---|---|---|---|---|---|
| 41. | Lowenstein, Frank | Defendant<br><br>2.5 hours | .75 | Expert on Middle East facts/history, plain meaning of war, and U.S. Government involvement with 50-day War. | |
| 42. | Clark, Anthony | Defendant<br><br>2.5 hours | .75 | Expert on Insurance and Claims Handling. | |
| 43. | Shapiro, Jay | Defendant<br><br>1.5 hours | .75 | Expert on damages. | |
| **TOTAL ESTIMATE (Defendant's Witnesses):** | | 28.75 | 8 | | |

Instructions:
(1) List witnesses (last name first); (2) For description, be extremely brief, e.g., "eyewitness to accident." Or "expert on standard of care." (3) Use estimates within fractions of an hour, rounded off to closest quarter of an hour.  E.g., if you estimate 20 minutes, make it .25.  An estimate of one and one-half hours would be 1.5.  An estimate of three-quarters of an hour would be .75; (4) Note special factors in "Comments" column.  E.g., "Need interpreter." (5) Entries may be in handwriting if very neat and legible.