**From:** Richmond, Randi (NBCUniversal) </O=NBC UNIVERSAL/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=RANDI.RICHMOND>
**Sent:** December 10, 2013 3:47 PM
**To:** 'Andrea Garber';Ford, Kurt B (NBCUniversal);Williams, Curt (NBCUniversal)
**Subject:** RE: "Dig" - "cast" insurance concerns

Yes $25mil for pilot plus 5 eps.

**From:** Andrea Garber [mailto:andrea.garber@aon.com]
**Sent:** Tuesday, December 10, 2013 3:47 PM
**To:** Richmond, Randi (NBCUniversal); Ford, Kurt B (NBCUniversal); Williams, Curt (NBCUniversal)
**Subject:** RE: "Dig" - "cast" insurance concerns

Thank you, Randi —

I will get back to you this week with confirmation of coverage terms from the underwriter based on either 5 or 13 episodes after the pilot. You had given me a roughly estimated budget of $25 mil. Is that based on pilot + 5 episodes?

Best Regards,
- Andrea

**Andrea Garber | Account Executive**
Aon/Albert G. Ruben Insurance Services, Inc.
15303 Ventura Blvd., Suite 1200
Sherman Oaks, CA 91403-5817
CA License: 0806034
Tel: +1.818.777.5179 | Mobile: +1 818.399.0358 | Fax: +1 847.953.2846
Email: andrea.garber@aon.com | http://www.aonagr.com



This email message, including any attachment(s), is intended only for the named recipient(s) and may contain confidential, proprietary or legally privileged information. Unauthorized individuals or entities are not permitted access to this information. Any dissemination, distribution, disclosure, or copying of this information is unauthorized and strictly prohibited. If you have received this message in error, please advise the sender by reply email, and delete this message and any attachments.

**From:** Richmond, Randi (NBCUniversal) [mailto:Randi.Richmond@nbcuni.com]
**Sent:** Tuesday, December 10, 2013 3:43 PM
**To:** Andrea Garber; Ford, Kurt B (NBCUniversal); Williams, Curt (NBCUniversal)
**Subject:** RE: "Dig" - "cast" insurance concerns

Attached is a very tentative calendar.
We are awaiting confirmation if we are shooting only 5 eps or 13 eps after the pilot.
Please let me know if you need more information.

**From:** Andrea Garber [mailto:andrea.garber@aon.com]
**Sent:** Tuesday, December 10, 2013 3:39 PM
**To:** Ford, Kurt B (NBCUniversal); Richmond, Randi (NBCUniversal); Williams, Curt (NBCUniversal)
**Subject:** RE: "Dig" - "cast" insurance concerns

**EXHIBIT 294**
5-17-17
FORD - I
Lori Scinta, RPR, CSR 4811

CONFIDENTIAL

UCP_003149

Hi, Randi –

Do you have the tentative shooting schedule? I thought that was coming over to me after our discussion but have not received it.

Thanks,
- Andrea

**Andrea Garber | Account Executive**
Aon/Albert G. Ruben Insurance Services, Inc.
15303 Ventura Blvd., Suite 1200
Sherman Oaks, CA 91403-5817
CA License: 0806034
Tel: +1 818.777.5179 | Mobile: +1 818.399.0358 | Fax: +1 847.953.2846
Email: andrea.garber@aon.com | http://www.aonagr.com



This email message, including any attachment(s), is intended only for the named recipient(s) and may contain confidential, proprietary or legally privileged information. Unauthorized individuals or entities are not permitted access to this information. Any dissemination, distribution, disclosure, or copying of this information is unauthorized and strictly prohibited. If you have received this message in error, please advise the sender by reply email, and delete this message and any attachments.

---

**From:** Ford, Kurt B (NBCUniversal) [mailto:Kurt.Ford@nbcuni.com]
**Sent:** Tuesday, December 10, 2013 3:32 PM
**To:** Richmond, Randi (NBCUniversal); Williams, Curt (NBCUniversal)
**Subject:** Re: "Dig" - "cast" insurance concerns

Don't think so as Andrea would have advised. I'll follow up.

---

**From:** Richmond, Randi (NBCUniversal)
**Sent:** Tuesday, December 10, 2013 03:29 PM
**To:** Ford, Kurt B (NBCUniversal); Williams, Curt (NBCUniversal)
**Subject:** FW: "Dig" - "cast" insurance concerns

Did we ever hear back from her?

---

**From:** Andrea Garber [mailto:andrea.garber@aon.com]
**Sent:** Friday, December 06, 2013 1:58 PM
**To:** Ford, Kurt B (NBCUniversal); Richmond, Randi (NBCUniversal); Williams, Curt (NBCUniversal)
**Subject:** "Dig" - "cast" insurance concerns

Hi, Kurt, Randi and Curt –

Following my conversation with Kurt, I had a discussion with our production package (cast insurance) insurer, OneBeacon, regarding issues they may have with the project entitled "Dig", potentially working in Israel. Their key concern is the civil authority shut-down risk and their key geographic concern is Jerusalem. Although everything is subject to providing complete information to them, the underwriters are not focusing on an additional premium charge but may impose a sub-limit that would cap the amount the production could collect if a civil authority shut-down occurred. Currently the policy provides full limits based on the production budget in the event a civil authority impedes production such as pulling permits, banning filming, blocking access to locations, evacuating public areas, confiscating equipment, etc. A sublimit

might range anywhere from $1M to $5M and if they impose it or at what amount will depend entirely on what processes are in place that mitigate this risk. The underwriter was not concerned about this issue in Tel Aviv.

Some initial questions that they had are as follows.

Where will the cast and crew be staying – is there a main base with daily travel or does the whole company pack up and move from day to day?
How will the cast and crew be traveling? (air, bus, individual vehicles)
How much filming will be done on public streets and other public areas?

Our underwriter understands that NBCU takes serious safety and security precautions on every production but they were particularly concerned about those precautions in this locale. If you can provide any specific information regarding the security efforts that will be taken during the course of principal photography, it would be very helpful.

Please let me know if you have any questions.

Best Regards,
- Andrea


Andrea Garber | Account Executive
Aon/Albert G. Ruben Insurance Services, Inc.
15303 Ventura Blvd., Suite 1200
Sherman Oaks, CA 91403-5817
CA License: 0806034
Tel: +1 818.777.5179 | Mobile: +1 818.399.0358 | Fax: +1 847.953.2846
Email: andrea.garber@aon.com | http://www.aonagr.com



This email message, including any attachment(s), is intended only for the named recipient(s) and may contain confidential, proprietary or legally privileged information. Unauthorized individuals or entities are not permitted access to this information. Any dissemination, distribution, disclosure, or copying of this information is unauthorized and strictly prohibited. If you have received this message in error, please advise the sender by reply email, and delete this message and any attachments.

CONFIDENTIAL

UCP_003151