UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| UNIVERSAL CABLE PRODUCTIONS LLC and NORTHERN ENTERTAINMENT PRODUCTIONS LLC,<br><br>                Plaintiffs,<br>   v.<br><br>ATLANTIC SPECIALTY INSURANCE COMPANY,<br>                Defendant. | Case No.: 2:16-cv-4435-PA-MRW<br><br>The Honorable Percy Anderson<br><br>**[PROPOSED] ORDER RE JOINT MOTION *IN LIMINE* NO. 1: PLAINTFFS' MOTION TO BAR EVIDENCE AND ARGUMENT ABOUT THE COURT'S FIRST SUMMARY JUDGMENT ORDER**<br><br>Hearing Date: February 10, 2020,<br>Time: 1:30 p.m.<br>Pretrial Conference: January 17, 2020<br>Place: Courtroom 9A<br>Trial Date: February 18, 2020 |

015825\7088591.v1

Having considered the Joint Motion *in Limine* No. 1: Plaintffs' Motion to Bar Evidence and Argument About the Court's First Summary Judgment Order, the declaration in support thereof, and the exhibits submitted by all parties, hereby, the motion is hereby GRANTED. Introduction of or reference to this Court's first summary judgment order would be unduly prejudicial and impermissibly allow testimony from the Judge presiding over trial. Fed. R. Evid. 402, 403, 605.

IT IS SO ORDERED.

DATED: _____

_____
Honorable Percy Anderson
United States District Judge

015825\7088591.v1