UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| UNIVERSAL CABLE PRODUCTIONS LLC and NORTHERN ENTERTAINMENT PRODUCTIONS LLC,<br><br>　　　　　Plaintiffs,<br>　　v.<br><br>ATLANTIC SPECIALTY INSURANCE COMPANY,<br>　　　　　Defendant. | Case No.: 2:16-cv-4435-PA-MRW<br><br>The Honorable Percy Anderson<br><br>**[PROPOSED] ORDER RE JOINT MOTION *IN LIMINE* NO. 4: PLAINTIFFS' MOTION TO BAR EVIDENCE OR ARGUMENT THAT PLAINTIFFS' DAMAGES MAY BE OFFSET BY TAX CREDITS**<br><br>Hearing Date: February 10, 2020,<br>Time: 1:30 p.m.<br>Pretrial Conference: January 17, 2020<br>Place: Courtroom 9A<br>Trial Date: February 18, 2020 |

015825\7088592.v1

1    Having considered the Joint Motion *in Limine* No. 4: Plaintiffs' Motion to Bar
2    Evidence or Argument that Plaintiffs' Damages May Be Offset by Tax Credits, the
3    declaration in support thereof, and the exhibits submitted by all parties, the motion is
4    hereby GRANTED. Evidence of tax consequences is irrelevant to mitigating
5    damages in breach of contract cases. *DePalma v. Westland Software House*, 225 Cal.
6    App. 3d 1534, 1536 (1990). Moreover, nothing in the Policy language permits
7    offsetting losses—or Insurable Production Cost—based on tax credits received.
8
9    IT IS SO ORDERED.
10
11   DATED: _____
12
13                                         _____
                                           Honorable Percy Anderson
14                                         United States District Judge