# Exhibit 4

Page 1

1        UNITED STATES DISTRICT COURT

2        CENTRAL DISTRICT OF CALIFORNIA

3              WESTERN DIVISION

4  _____

5  UNIVERSAL CABLE PRODUCTIONS, LLC,

6  a Delaware limited liability company,

7  and NORTHERN ENTERTAINMENT PRODUCTIONS, LLC,

8  a Delaware limited liability company,

9              Plaintiffs,

10                      Case No.

11                      2:16-cv-4435-PA-MRW

12  -vs-

13  ATLANTIC SPECIALTY INSURANCE COMPANY,

14  a New York insurance company,

15              Defendant.

16  _____

17

18      VIDEOTAPED DEPOSITION OF ANTHONY CLARK

19              Friday, June 2, 2017

20              Chicago, Illinois

21

22

23  Reported By:

24  TRICIA J. FLASKA, CSR, RPR

25  JOB NO. 124835

Page 2

3   Friday, June 2, 2017
4   9:50 a.m.

7       VIDEOTAPED DEPOSITION OF ANTHONY CLARK,
8   held at the offices of HINSHAW & CULBERTSON, 222
9   North LaSalle Street, Chicago, Illinois, 60601
10  before Tricia J. Flaska, CSR, RPR.

Page 3

1   A P P E A R A N C E S:

3       MITCHELL SILBERBERG & KNUPP
4       BY: DANIEL HAYES, ESQ.
5         11377 West Olympic Boulevard
6         Los Angeles, California 90064
7       ATTORNEYS FOR PLAINTIFF;

10      STRASBURGER & PRICE
11      BY: CARLA CRAPSTER, ESQ.
12        901 Main Street
13        Dallas, Texas 75202
14      ATTORNEYS FOR DEFENDANT/DEPONENT.

20      ALSO PRESENT: Jeremy Mangan, Videographer

Page 4

1           I N D E X
2           WITNESSES
3   All Witnesses:                  Page
4   ANTHONY CLARK for Plaintiff
     Examination by Mr. Hayes           5

        EXHIBITS

    Exhibit 1  Amended Notice of
               Deposition            10
    Exhibit 2  First Amended Complaint
               filed by Universal Cable
               Productions versus Atlantic
               Specialty             11
    Exhibit 3  Insurance policy MP00163-04
               issued by OneBeacon
               Insurance for NBCUniversal
               Media                 12
    Exhibit 4  Mr. Clark's expert report   13
    Exhibit 5  Mr. Clark's rebuttal report
               in response to
               Ty R. Sagalow         13
    Exhibit 6  Deposition transcript of
               Aaron Stone           54
    Exhibit 7  AONNBCU0004132 - AONNBCU0004195   84
    Exhibit 8  Notes regarding telephone
               call between Danny
               Gutterman, Pamela Johnson,
               and representatives of
               NBCUniversal and Aon   150
    Exhibit 9  Claim file            153
    Exhibit 10 Defendant Atlantic's
               Responses to the First Set
               of Interrogatories    159
    Exhibit 11 Expert witness report of
               Mr. Ty R. Sagalow     176

Page 5

1       THE VIDEOGRAPHER: We are now on the        09:49
2   record. This marks the beginning of media number   09:49
3   one in the deposition of Anthony Clark in the matter 09:49
4   of Universal Cable Productions, LLC, et. al., versus 09:49
5   Atlantic Specialty Insurance Company.            09:49
6       This deposition is being held at 222 North   09:49
7   LaSalle Street, Chicago, Illinois on June 2nd, 2017, 09:49
8   and the time is now 9:50 a.m.                    09:49
9       Will attorneys please identify themselves?  09:49
10      MR. HAYES: Dan Hayes of Mitchell Silberberg &  09:49
11  Knupp on behalf of plaintiffs.                   09:49
12      MS. CRAPSTER: Carla Crapster on behalf of   09:49
13  Strasburger & Price, here for Atlantic Specialty    09:49
14  Insurance Company.                               09:49
15      THE VIDEOGRAPHER: Will the court reporter   09:49
16  please swear in the witness.                     09:49
17          A N T H O N Y  C L A R K,               09:49
18  called as a witness, having been first duly sworn by 09:49
19  a Notary Public, was examined and testified as     09:49
20  follows:                                         09:49
21          EXAMINATION                              09:49
22  BY MR. HAYES:                                    09:49
23      Q  Morning, Mr. Clark.                       09:49
24      A  Good morning.                             09:49
25      Q  Please spell your name for the record.   09:50

Page 46

1    A  I believe it's important to -- to come to    11:02
2    the understanding of what they -- they understood,    11:02
3    yes.  To know what they understood.  Yeah.    11:02
4    Q  And did you seek to ascertain what -- what    11:02
5    understanding Atlantic had of any of the terms set    11:02
6    forth in subparagraphs one through four on page    11:02
7    3083?    11:02
8    A  I -- in -- in reviewing the material, it    11:02
9    became -- it seemed to me or it became clear to me    11:02
10   of what Atlantic was looking at and how they were    11:02
11   considering those terms and why they were denying    11:02
12   the claim based on those terms.    11:02
13   Q  Did you talk to anybody at Atlantic to    11:02
14   determine what Atlantic's understanding of those    11:02
15   terms was?    11:03
16   A  I -- I have not talked to anybody at    11:03
17   Atlantic.    11:03
18   MS. CRAPSTER:  Should we go off the record?    11:03
19   Oh.  Okay.    11:03
20   BY MR. HAYES:    11:03
21   Q  What does the word "war" mean in    11:03
22   subparagraph one on page 3083?    11:03
23   A  War is hostilities between two parties.    11:03
24   Q  Any two parties?    11:03
25   A  Two military parties.  Military forces.    11:04

Page 47

1    Q  What do you mean when you say "military    11:04
2    forces"?    11:04
3    A  Organized -- organized and equipped armies    11:04
4    or militias.    11:04
5    Q  What is a militia as opposed to an army?    11:04
6    A  My understanding of a militia is that it is    11:04
7    a group organized when needed.    11:04
8    Q  Organized by who?    11:04
9    A  Organized by the government or some    11:04
10   authority.    11:04
11   Q  What do you mean by "some authority"?    11:04
12   A  Whatever governing authority there is.    11:04
13   Q  When you say "organized when needed," what    11:04
14   do you mean?    11:04
15   A  You know, a militia could be any group that    11:05
16   basically arms itself for their own purposes.  And    11:05
17   whether they're formed by the authority or whether    11:05
18   they are formed by a group of people that believe in    11:05
19   a certain ideology, it would still be an armed group    11:05
20   of individuals.    11:05
21   Q  Is a gang a militia?    11:05
22   MS. CRAPSTER:  Objection.  Vague and ambiguous.    11:05
23   BY MR. HAYES:    11:05
24   Q  A street gang?    11:05
25   MS. CRAPSTER:  Same objection.    11:05

Page 48

1    A  I -- I'm not sure whether I would know the    11:05
2    answer to that or could -- could say that.  I -- I    11:05
3    would probably not characterize a street gang as a    11:05
4    militia.    11:05
5    BY MR. HAYES:    11:05
6    Q  Can a street gang engage in war as that    11:05
7    word is used in subparagraph one on page 3083?    11:05
8    A  I -- I do not believe a street gang can be    11:06
9    engaged in war.  Although, you know, when -- when    11:06
10   you talk about war, you talk about many, many facets    11:06
11   of war, and I'm sure someone can talk about one    11:06
12   street gang going against another street gang and    11:06
13   saying that it's a war.  Where I live in Chicago, I    11:06
14   see the term thrown about.  So it -- it depends on    11:06
15   -- it depends on the context, I believe.    11:06
16   Q  So you're referring to such phrases as the    11:06
17   war on crime, for example, right?    11:06
18   A  Yes.    11:06
19   Q  Or the war on drugs, right?    11:06
20   A  Right.  Or the -- or the war between two    11:06
21   gangs or factions of -- within the gangs shooting    11:06
22   one another.    11:07
23   Q  Those are all colloquial definitions of the    11:07
24   word "war," is that what you mean?    11:07
25   A  It --    11:07

Page 49

1    MS. CRAPSTER:  Objection.  Vague and ambiguous.    11:07
2    A  I don't know that I'd call it colloquial.    11:07
3    I would -- somewhere within the dictionary there's    11:07
4    probably eight or nine, ten definitions of war and    11:07
5    that may be one of them.    11:07
6    BY MR. HAYES:    11:07
7    Q  Okay.  Which definition applies to this    11:07
8    policy?    11:07
9    A  Well, I -- I think that the -- the basic    11:07
10   definition of armed conflict would -- between two    11:07
11   entities would -- would be a basic definition that    11:07
12   you could use in this policy.    11:07
13   Q  Do the two entities need to have indicia of    11:07
14   sovereignty?    11:07
15   A  No.    11:07
16   MS. CRAPSTER:  Objection.  Vague and ambiguous.    11:07
17   BY MR. HAYES:    11:07
18   Q  They don't?    11:07
19   A  No, I don't think so.    11:07
20   Q  Does Hamas have indicia of sovereignty?    11:08
21   A  I don't believe they do, no.    11:08
22   Q  How is war-like action different from war?    11:08
23   A  I don't know that it is that different.  I    11:08
24   think war-like action would speak to the individual    11:08
25   activities going on during a general condition of    11:08

Page 198

```
 1      UNITED STATES DISTRICT COURT
 2      CENTRAL DISTRICT OF CALIFORNIA
 3              WESTERN DIVISION
 4   _____
 5   UNIVERSAL CABLE PRODUCTIONS, LLC,
 6   a Delaware limited liability company,
 7   and NORTHERN ENTERTAINMENT PRODUCTIONS, LLC,
 8   a Delaware limited liability company,
 9          Case No. 2:16-cv-4435-PA-MRW
10   -vs-
11   ATLANTIC SPECIALTY INSURANCE COMPANY,
12   a New York insurance company,
13      I, ANTHONY CLARK, having first been duly sworn,
     under oath, state that I have read the foregoing
14   transcript of the testimony given by me at my
     deposition on the 2nd day of June, 2017, and that
15   said transcript constitutes a true and correct
     record of the testimony given by me at said
16   deposition, except as I have so indicated on the
     errata sheets provided herein for such.
17
18        By: _____
                  ANTHONY CLARK
19
20   No corrections (please initial): _____
21   Number of errata sheets submitted: _____
22   SUBSCRIBED AND SWORN TO
     before me this ____ day
23   of _____, 2017.
24      _____
            NOTARY PUBLIC
25
```

Page 199

```
 1   STATE OF ILLINOIS)
 2   COUNTY OF C O O K)
 3
 4      I, TRICIA J. FLASKA, Certified Shorthand
 5   Reporter No. 084-004472 in and for the State of
 6   Illinois, do hereby certify that previous to the
 7   commencement of the examination, said witness was
 8   duly sworn by me to testify the truth; that the said
 9   deposition was taken at the time and place
10   aforesaid; that the testimony given by said witness
11   was reduced to writing by means of shorthand and
12   thereafter transcribed into typewritten form; and
13   that the foregoing is a true, correct and complete
14   transcript of my shorthand notes so taken as
15   aforesaid.
16      I further certify that there were present
17   at the taking of the said deposition the persons and
18   parties as indicated on the appearance page made a
19   part of this deposition.
20      I further certify that I am not counsel for
21   nor in anyway related to any of the parties to this
22   action, nor am I in any way interested in the
23   outcome thereof.
24
25
```

Page 200

```
 1         I further certify that this
 2   certificate applies to the original signed IN BLUE
 3   and certified transcripts only.  I assume no
 4   responsibility for the accuracy of any reproduced
 5   copies not made under my control or direction.
 6   Dated: June 14th, 2017
 7
 8
 9       _____
10         TRICIA J. FLASKA, CSR, RPR
11
12
13   My Commission Expires
14   August 11, 2019
```

Page 201

```
 1   NAME OF CASE:
 2   DATE OF DEPOSITION:
 3   NAME OF WITNESS:
 4   Reason Codes:
 5      1. To clarify the record.
 6      2. To conform to the facts.
 7      3. To correct transcription errors.
 8   Page _____ Line _____ Reason _____
 9   From _____ to _____
10   Page _____ Line _____ Reason _____
11   From _____ to _____
12   Page _____ Line _____ Reason _____
13   From _____ to _____
14   Page _____ Line _____ Reason _____
15   From _____ to _____
16   Page _____ Line _____ Reason _____
17   From _____ to _____
18   Page _____ Line _____ Reason _____
19   From _____ to _____
20   Page _____ Line _____ Reason _____
21   From _____ to _____
22   Page _____ Line _____ Reason _____
23   From _____ to _____
24
25          _____
```