# Exhibit 6

Frank G. Lowenstein
3810 Argyle Terrace, NW
Washington, D.C.  20011

March 16, 2017

**Expert Report**

Dear Mr. Keeley:

I write in response to your request to provide an expert opinion on whether the conflict in the summer of 2014 between Israel and Hamas constituted a war, included warlike actions by military forces, involved the use of weapons of war, and/or were part of an insurgency or rebellion.

Based on my experience, including my service as Special Envoy for Israeli-Palestinian Negotiations at the United States Department of State, including an official trip to Israel during this period with Secretary of State John Kerry, it is clear that under common understanding or usage of the terms this conflict was a war, certainly included numerous warlike actions, unquestionably involved the use of weapons of war by military forces, and if nothing else, was an insurgency or rebellion.

Set forth below are: (1) my qualifications and experience; (2) the relevant factual background; and (3) the specific reasoning and analysis for this opinion.  I would be very glad to explain further or answer any additional questions.

## I.  Qualifications and Experience

From 2005 to 2008, I served as Senior Foreign Policy Advisor to Senator John Kerry and directed the Senate Foreign Relations Committee's Subcommittee on Near East and South and Central Asian Affairs, which included responsibility for all Israeli-Palestinian issues.

In January of 2009, Senator Kerry became Chairman of the Senate Foreign Relations Committee and I took over as the Committee's Chief Counsel, which included responsibility for all legal matters before the Committee.  In March of 2010, I became the Staff Director of the Committee and served in that capacity until September of 2011.

1

During my service in the Senate, I travelled extensively with Senator Kerry throughout the region, including numerous trips to Iraq, Syria, Afghanistan, Pakistan and Israel and the West Bank. In January of 2009, I travelled to Gaza Strip with Senator Kerry in the aftermath of Operation Cast Lead to review the conditions and receive briefings on reconstruction efforts. At that time, we were the first official U.S. delegation to enter Gaza in 8 years.

In February of 2013, I joined the State Department as the Deputy Special Envoy for Israeli-Palestinian Negotiations and Senior Advisor to the Secretary of State. In this capacity, I played a central role in the Israeli-Palestinian negotiations that took place from August 2013 until April 2014, travelling frequently to Israel and the West Bank. On June 27, 2014, I became the Special Envoy for Israeli-Palestinian Negotiations, initially in an Acting capacity.

As Special Envoy, I was the senior official at the State Department with responsibility for Israeli and Palestinian issues, including policy formation, speech writing and press guidance. I met regularly with senior Israeli and Palestinian officials and travelled with Secretary Kerry on all trips related to Middle East peace.

I also served as the United States representative to the Middle East Quartet. The Quartet, which also includes the European Union, the Russian Federation and the United Nations, was created by the international community in 2002 to advance Middle East peace. In this capacity, I travelled with the other Quartet envoys throughout the Middle East and Europe to engage key stakeholders on Israeli-Palestinian issues, including the situation in Gaza.

During the Gaza war in July of 2014, I travelled with Secretary Kerry to Cairo and Israel as part of U.S. efforts to help negotiate a ceasefire agreement between Israel and Hamas. Secretary Kerry and I were in daily contact with Prime Minister Netanyahu and his national security team during this period, and we met in person with the Prime Minister and senior Israeli security officials at the Ministry of Defense in Tel Aviv at the height of the war, when Ben Gurion airport was closed on July 23, 2014. I also spent over a week in Cairo in August of 2014 monitoring the ceasefire negotiations between Israel and the Palestinians.

In November of 2016, I received the Distinguished Service Award from Secretary Kerry, the highest honor offered by the State Department.

From 2003 to 2004, I was Director of National Security Policy for the Kerry-Edwards presidential campaign. Prior to joining the campaign, I practiced law for six years in Boston at Hill & Barlow, which is now the Boston office of DLA Piper.  I also practiced law in Washington DC, at Arent Fox, for six months prior to joining Senator Kerry's Senate staff in 2005.  Finally, I served as a Legislative Assistant for Foreign Policy and Defense issues for Senator J. Robert Kerrey from 1990 to 1994.

I received a BA from Yale University in 1990, majoring in History, and a JD from Boston College Law School in 1997. I spent my third year as a visiting student at Yale Law School, where I studied international law.

A copy of my CV is attached as <u>Exhibit 1</u>.  I am being compensated at a rate of $750 per hour for my work on this matter.  I have no publications in the last 10 years and I have not testified in trial or at deposition in the last 4 years.

## Documents Considered

The documents that I have considered in preparing this report are either referenced herein or are attached as <u>Exhibit 2.</u>

## Factual Background

In June of 1967, as part of what is commonly referred to as the Six Day War, Israel gained control over the Gaza Strip and the West Bank.  In 2005, Israel unilaterally withdrew its military forces, known as the Israel Defense Forces (or "IDF"), and all of its civilians from Gaza, leaving control to the Palestinian National Authority, commonly known as the Palestinian Authority.

In January of 2006, Hamas won a popular election for the Palestinian Legislative Council, the legislature of the Palestinian Authority, with its candidates winning 74 of the 132 seats.  In 2007, Hamas' armed forces in Gaza defeated forces loyal to Palestinian Authority President Mahmoud Abbas and consolidated control over the Gaza Strip. President Abbas then dismissed the Hamas-led government and appointed a new caretaker government, which became the governing authority in the West Bank.  Hamas named a new cabinet of ministers and has remained in control of Gaza Strip ever since.

3

To prevent Hamas, a designated Foreign Terrorist Organization by the United States that is committed to the destruction of Israel, from obtaining additional weapons, Israel took control of all land crossings with Gaza and imposed a blockade on any goods coming into Gaza by sea. As a result, many consider Israel to technically be the occupying power in Gaza as well as the West Bank, despite not exercising any actual authority inside the Gaza Strip.

Since at least 2007, Hamas has been the de facto ruling authority in Gaza Strip, performing the basic functions of government, including providing social services such as administering schools, hospitals and local police forces. They collect revenue from the people of Gaza in various ways, including licensing fees and taxes, and receive assistance from foreign governments. The Hamas government in Gaza employs over 20,000 civil service employees in various ministries, including health and education. Hamas also runs an ad hoc judicial system.

Hamas has a military force, known as the Izz ad-Din al-Qassam Brigades ("Qassam Brigades"). The Qassam Brigades were part of an estimated 16,000 fighters under Hamas command in the summer of 2014. These forces were reportedly divided into six brigades of 2,000 to 3,500 fighters.

By the summer of 2014, the IDF reportedly estimated that Hamas and its affiliates had a stockpile of approximately 10,000 rockets and thousands of mortar shells. According to the IDF, this arsenal included thousands of short-range Qassam rockets with a 9 kilogram warhead and maximum range of 15-20 kilometers, hundreds of medium range Grad rockets with a 45 kilogram warhead and range of approximately 45 kilometers, hundreds of M-75 warheads with a 60 kilogram warhead and a range of up to 80 kilometers, and tens of long-range R-160 rockets with a range of 100-200 kilometers.

Since 2006, there have been a number of attempts by President Abbas and the Hamas leadership to create a government of national unity that would unify Gaza and the West Bank under the Palestinian Authority. In June of 2014, an agreement between President Abbas and Hamas created a unity government that did not include any members of Hamas as ministers. The United States does not engage with Hamas or any of its members, but determined that it was able to engage with this Government of National Consensus.

4

Since taking power in 2006, Hamas forces have sporadically fired rockets or
mortars into Israel, and the IDF has responded with limited and calibrated air
strikes. On at least 3 occasions since then, however, the conflict between the
IDF and Hamas forces in Gaza has intensified significantly to the point where
the IDF has declared formal, large scale military campaigns against Hamas.

In December 2008, the IDF launched Operation Cast Lead, which began with
an intensive aerial bombardment targeting Hamas forces and infrastructure.
This was followed by a ground invasion by the IDF on January 3, 2009.  It is
estimated that between 1,100 and 1,500 Palestinians and 13 Israelis died
before the parties unilaterally entered into a ceasefire and Israel completed
the withdrawal of its forces from Gaza Strip on January 21, 2009.

In November 2012, fighting again intensified between Israel and Hamas, and
on November 14, 2012, Israel declared Operation Pillar of Defense. According
to the IDF, it struck more than 1,500 sites in the Gaza Strip.  Over 160 Gazans
reportedly died and hundreds were wounded during this operation. The
United States worked with Egypt to help facilitate a formal ceasefire
agreement between the parties, which was announced on November 21, 2012.

In June of 2014, following the kidnapping and murder of 3 Israeli teenagers by
Hamas in the West Bank and the resulting IDF campaign in the West Bank,
Hamas increased its rocket and mortar attacks against Israel. There were
reportedly 250 rockets launched at Israel from Gaza in the last two weeks of
June and the first week of July.

On July 7, 2014, after some 80 rockets were fired at Israel, the IDF announced
Operation Protective Edge, a major military campaign against Hamas in Gaza.
According to the IDF, the purpose was "restoring security to Israeli civilians
living under Hamas rocket fire."

At that point, the conflict escalated significantly. On July 8, 2014, over 140
rockets were reportedly launched at Israel from Gaza, including three that
landed in the hills around Jerusalem.  Air raid sirens sounded over much
Israel, and Hamas announced publicly that it had fired four of its M-75 rockets
at Tel Aviv. A Hamas rocket even reached the Israeli city of Hadera, some 100
km away from the Gaza Strip.

On July 8th, Hamas also tried to infiltrate its forces into Israel at Zikim Beach,
just to the north of Gaza Strip, in a daylight amphibious assault. Five Hamas

5

militants were killed by the IDF, with one Israeli soldier wounded.

The intense rocket attacks on Israel from Gaza continued steadily, causing air raid sirens to sound all around Israel in response to the daily barrage. According to a report compiled by the International Institute for Counter Terrorism, over 100 rockets were launched from Gaza on July 9th, including one that landed near a kindergarten and another that was intercepted by the Iron Dome air defense system over Tel Aviv.  Over 190 rockets were fired at Israel on July 10th, over 140 rockets on July 11th, some 130 on July 12th, over 100 on July 13th, approximately 115 on the 14th, over 150 on the 15th, and some 130 on the 16th.

During this period, Hamas also tried to incorporate additional elements of modern warfare and employed new weapons and tactics against Israel. They attempted psychological warfare operations, including threatening and false text messages sent to Israeli civilians' cell phones. They launched an Unmanned Aerial Vehicle possibly carrying explosives at Israel on July 14th, demonstrating potentially unprecedented new capabilities. And on July 17th, Hamas sent about a dozen armed fighters through a tunnel from Gaza into Israel to conduct a major raid against Israeli civilians. They were intercepted by the IDF near Kibbutz Sufa before they reached their target.

For its part, the IDF significantly intensified its aerial attacks on Hamas in Gaza from July 8th -July 17th, hitting some 50 targets on July 8th, 120 on July 12th and approximately 95 on the July 15th. During the first ten days of Operation Protective Edge, the Israeli Air Force struck nearly 2000 targets in the Gaza Strip, dropping hundreds of tons of ordnance.

On July 17, 2014, following the attempted tunnel attack inside Israel by Hamas forces, Israel initiated a second phase of Operation Protective Edge, a large scale ground invasion of the Gaza Strip.  According to Israeli Prime Minister Netanyahu, the purpose was "to harm terror tunnels penetrating the Gaza Strip into Israel." The ground invasion involved thousands of IDF troops, including infantry, armored and engineering corps, artillery and intelligence forces, combined with aerial and naval support and accompanied by tanks and helicopter gunships, which engaged in extensive and prolonged combat with Hamas military forces and related militants.

The most intense battle occurred in the Gaza City neighborhood of Shuja'iya, which Hamas was reportedly using for command and control, weapons

6

storage and tunneling operations. On July 19th and 20th, 13 IDF soldiers were killed in combat with Hamas forces, including 7 when Hamas fired an anti-tank missile at an armored personnel carrier, the highest single day death toll for the IDF since the war in Lebanon in 2006.  Much of Shuja'iya was destroyed and its inhabitants forced to flee.

By the time the war ended, 64 Israeli soldiers were killed and over 450 wounded, according to the IDF. The IDF found and neutralized 32 tunnels, 14 of which extended beyond Gaza into Israel.

The steady barrage of rocket and mortar attacks from Hamas and affiliated forces in Gaza continued throughout the 50 days of Operation Protective Edge. According to the United Nations Official Commission of Inquiry, between July 7th and August 26th, Palestinian armed groups fired 4,881 rockets and 1,753 mortars towards Israel. There were an estimated average of approximately 90 rocket and mortars fired at Israel per day, threatening some 70 percent of Israel's population. According to official IDF figures, Hamas forces and related militants in Gaza fired 3,360 rockets alone at Israel; 2,303 rockets hit Israel, and 115 rockets hit populated areas.

Six civilians were killed in Israel, and up to 1,600 Israelis were injured, including 270 children. Direct damage to civilian property in Israel amounted to almost $25 million.

The IDF responded with a comprehensive, sustained and intensive military campaign to neutralize the threat from Hamas in Gaza.  According to the UN Inquiry, between July 7th and August 26th, the IDF carried out more than 6,000 airstrikes in Gaza. The IDF reported that they fired 14,500 tank shells and approximately 35,000 artillery shells in Gaza.

The IDF clearly targeted the military and governance infrastructure of Hamas, including the Qassam Brigades, its other security forces and related militant groups.  According to IDF figures, its aerial, naval and ground forces struck 4,762 sites across Gaza, including:

- 1,678 rocket launching facilities;
- 977 command and control centers;
- 237 military administration facilities;
- 191 weapons storage and manufacturing facilities; and

- 144 training and military compounds.

In Gaza, the fighting took a severe toll. According to the UN Inquiry:

- 2,251 Palestinians, including 1,462 civilians, were killed. Of the
  Palestinian fatalities, 551 were children and 299 women. 11,231
  Palestinians were injured, including 3,436 children and 3,540 women.

- 18,000 housing units were destroyed in whole or part.

- At the height of hostilities, the number of Internally Displaced Persons
  in Gaza reached 500,000, or 28 per cent of the population.

Reflecting the scale, intensity, and duration of the conflict, the vast amount of
damage caused, and the large numbers of combatants and civilians killed and
injured on both sides, Secretary of State Kerry repeatedly and publicly
described this as a "war."

Appearing on ABC's "This Week" on July 20th, just before leaving to begin
efforts to help negotiate a ceasefire, Secretary Kerry said of the situation in
Gaza: "war is ugly, and bad things are going to happen."

At the Gaza reconstruction donor conference in Cairo in October 2014,
Secretary Kerry said: "This is the third time in less than six years that we've
seen war break out and Gaza left in rubble."  The United States pledged $212
million dollars for Gaza reconstruction. A total of $5.4 billion dollars was
pledged at the Conference.

In a speech at the Brookings Institution in 2015, Secretary Kerry again
described "the turmoil of three wars with Gaza," and asked: "How is Israel
advantaged...to have another war with Gaza?"

In his final speech on Middle East peace at the State Department in December
2016, he again described having witnessed first hand "the devastation of war
in Gaza."

The International Crisis Group described the conflict as "the most devastating
war yet waged in Gaza."  Press reports at the time and since, including from
NBC, CNN, the New York Times, and the Washington Post, have regularly
referred to the "war" between Israel and Hamas.  As recently as March of

2017, CNN and a number of other publications have again described the 2014 events as a "war."  See Exhibit 3 for illustrative list.

The International Criminal Court is currently conducting a preliminary examination of Israel for "war crimes" in connection with Operation Protective Edge.

## Opinion

In my opinion, Israel and Hamas fought a "war" in the summer of 2014. Under the plain, ordinary meaning of the term, it cannot be considered to have been anything but a war.

That is why countless press reports and people around the world repeatedly used the term "war."  It is the only word that truly conveys the extent and duration of the fighting, the damage caused, and the loss of life.

This is reflected in the fact that the Secretary of State, who makes policy for the State Department, publicly referred to the Gaza conflict as a war. And it is consistent with my experience during travels with Secretary Kerry and the Quartet, when the term war was regularly used.

The sheer scale, duration and intensity of this conflict speaks for itself.  After Operation Protective Edge was announced on July 7th, the dramatic escalation of the fighting on both sides clearly distinguished it from the normal exchange of hostilities between Israel and Hamas. Thus, most people consider July 7th, the launch of Operation Protective Edge, as the beginning of the war, and I agree.

In fact, in the first ten days of the war, Hamas fired over 1000 rockets at Israel, an average of over 140 per day, compared with some 250 total in the three weeks preceding commencement of Operation Protective Edge.  Hamas fighters attempted to infiltrate Israel twice, by amphibious assault and through an attack tunnel.  During this period alone, the Israeli Air Force attacked nearly 2,000 targets in the Gaza Strip and dropped hundreds of tons of ordnance.

The intensified fighting continued for 50 days, far longer than any terrorist attack.  Thousands of rockets and mortars were fired at Israel during the war, an average of some 90 per day. They caused the international airport to be

9

closed, and threatened some 70% of the Israeli population. Some 1,600 Israeli civilians were injured, including 270 children.  Air raid sirens went off regularly all around the country.

The country was clearly at war. I experienced this first hand during my visit to Israel with Secretary Kerry on July 23, 2014, the only time we met with Prime Minister Netanyahu at the Ministry of Defense in Tel Aviv instead of his office in Jerusalem.  The international airport was closed due to rocket fire from Gaza, and air raid sirens were going off all around the country.

The fact that over 80,000 members of the IDF were mobilized is very telling, clearly demonstrating that the nation was at war.  Aerial, naval and ground forces struck over 4,000 sites across Gaza, with some 6,000 airstrikes alone during the war.  And there was a large-scale ground invasion involving air, sea and armored elements and including thousands of IDF soldiers engaged in direct combat with Hamas forces deep into Gaza.  A reported 64 IDF soldiers were killed and over 450 wounded.  The extent of the ground attack was extraordinary, with 14,500 tank shells and approximately 35,000 artillery shells fired in Gaza.

The scale of the devastation in Gaza is obviously commensurate with war. Over 2,000 Palestinians, including over 1,200 civilians, over 500 were children and nearly 300 women died. Over 11,000 Palestinians were injured, including over 6,000 women and children.  Some 18,000 housing units were destroyed in whole or part, and the number of Internally Displaced Persons in Gaza reached 500,000, or 28 per cent of the population. There was billions of dollars of damage.

Taken together, these events clearly constituted a war as that term is commonly used and understood.

It is equally clear that in the 21st century, it is commonly understood that wars are often fought against terrorist organizations rather than traditional state actors. When al Qaeda attacked the United States on 9/11 it was widely viewed as an act of war, and the United States responded accordingly. President Bush spoke to the nation on September 20, 2001, and explained that the enemies of freedom, referring to al Qaeda, had committed an act of war against our country.  And, in that same speech, he declared that we were at war with terror, beginning with al Qaeda.

10

In fact, the Authorization for Use of Military Force (AUMF) passed by the United States Congress on September 14, 2001, authorized the use of United States Armed Forces against those responsible for the attacks on September 11, 2001 and any "associated forces." The AUMF satisfied the requirements of the War Powers Act, and has provided a basis for an ongoing war against Al Qaeda, the Taliban and related terrorist groups in Afghanistan for the past 16 years.  Nobody would ever question that the United States has been fighting a war in Afghanistan.

The AUMF has also provided a basis for our ongoing operations against terrorist organizations around the world. In fact, as of December 2016, the Office of the President published a brief concluding that the AUMF still provides Congressional authorization for the use of force against ISIS and other Islamic militant groups.

Even under a clearly outdated notion that a "war" requires two states or quasi-state actors, Hamas would qualify at a minimum as a semi-sovereign given that it is the unquestionable de facto authority in Gaza.   Hamas did in fact win a popular election for the Palestinian legislature in 2006. And since 2007, they have exercised many of the traditional attributes of sovereignty in Gaza, including collecting taxes, operating the borders, employing tens of thousands of civil service employees and keeping its own military and security forces.

Moreover, in the summer of 2014, there was Government of National Consensus with President Abbas and Hamas that at least nominally unified the Palestinians in the West Bank and Gaza under a single Palestinian Authority. In fact, negotiations in Cairo on a ceasefire were officially conducted by a unified delegation of Hamas and Fatah.

Accordingly, the conflict between Israel and Hamas in the summer 2014 constituted a war regardless of whether one characterizes Hamas as terrorist organization or a semi-sovereign.

At a minimum, it is obvious that these events constituted warlike action by a military force. The IDF is of course the military force of the Israeli government, and the purpose of Operation Protective Edge was expressly to hinder or defend against an expected attack – in this case rocket and tunnel attacks by Hamas.  The events in Israel that summer were the direct – or at least the indirect -- result of the warlike actions of this military force.

11

Furthermore, the Qassam Brigades are by all accounts the military force of Hamas, which if nothing else is the de facto authority in Gaza. That's why Israeli forces targeted over 900 command and control centers, over 200 military administration facilities, and over 140 training and military compounds. And militants associated with Hamas and its affiliates at a minimum constituted other agents – if not military personnel -- of that authority.

If nothing else, there can be absolutely no question that weapons of war were used extensively over an extended period of time.  The IDF deployed much of its arsenal, including tanks, warships, and modern military aircraft, that simply cannot be described as anything other than weapons of war.  Again, at a minimum, the situation in Israel was the direct or indirect result of the use of these weapons by the IDF.

For its part, the Qassam Brigades fired hundreds of sophisticated long-range rockets at Israel and used anti-tank missiles that are weapons of war under any common usage of the term, in addition to mortars and other smaller arms customarily used by military forces in combat.

Finally, the actions of Hamas in the summer of 2014 could commonly be understood as an insurrection or rebellion against Israel. Many consider Israel to be the occupying power in all of the Palestinian territories, including Gaza, despite the fact that they have withdrawn their forces and Hamas is the effective governing authority there.  The Hamas Charter calls for the liberation of historic Palestine from Israeli occupation, and this war could readily be seen as a rebellion or insurrection by Hamas against Israel in furtherance of that objective.

In summary, for the reasons set forth above, it is absolutely clear that the under common understanding or usage of the terms, Israel and Hamas fought a war in the summer of 2014, it certainly included numerous warlike actions by a military force, unquestionably involved the use of weapons of war, and if nothing else, was an insurgency or rebellion.

I would be very glad to explain further or answer any additional questions.


Sincerely,

Frank Lowenstein

# EXHIBIT '1'

# Frank G. Lowenstein

3810 Argyle Terrace, NW, Washington, D.C. 20011 / 202.255.0123 (c) / frankglowenstein@gmail.com

---

| | |
|---|---|
| **UNITED STATES DEPARTMENT OF STATE** | **Washington, DC** |
| *Special Envoy for Israeli-Palestinian Negotiations* | 6/14 -1/17 |
| *Deputy Special Envoy and Senior Advisor to the Secretary* | 3/13-5/14 |

- Responsible for Israeli and Palestinian issues, including policy, speeches and press guidance
- Directly engaged in Israeli-Palestinian negotiations (2013/14)
- Accompanied Secretary Kerry on all travel related to Middle East peace process.
- Represented the U.S. in international diplomatic engagements, including through Middle East Quartet.
- Received Distinguished Service Award, highest honor offered by the State Department.

| | |
|---|---|
| **PODESTA GROUP** | Washington, DC |
| *Principal, International Sector* | 10/11–2/13 |

- Developed strategic messaging and government outreach campaign for firm clients.
- Helped build global government relations practice.

| | |
|---|---|
| **U.S. SENATE COMMITTEE ON FOREIGN RELATIONS** | Washington, DC |
| *Staff Director* | 1/9–9/11 |
| *Chief Counsel and Deputy Staff Director* | |

- Managed over 40 professional staff members and Committee budget.
- Responsible for Committee agenda, oversight activities, and legal and legislative matters, including ratification of New START treaty.

| | |
|---|---|
| **SENATOR JOHN F. KERRY (D-MA)** | Washington, DC |
| *Senior Foreign Policy Advisor* | 10/05–12/8 |

- Drafted policy speeches, floor statements, op-eds, and press releases; development of legislation on Iraq, Afghanistan, Pakistan and Burma; organized and staffed foreign travel.
- Sole staff to Chairman of SFRC Subcommittee on Near East and South and Central Asian Affairs.

| | |
|---|---|
| **ARENT FOX LLP** | Washington, DC |
| *Associate, Business Department* | 3/05–9/05 |

| | |
|---|---|
| **KERRY-EDWARDS PRESIDENTIAL CAMPAIGN/DNC** | Washington, DC |
| *Director of National Security Policy* | 5/03–11/04 |

| | |
|---|---|
| **HILL & BARLOW, P.C.** | Boston, MA |
| *Associate, Real Estate Department* | 10/97–1/03 |

| | |
|---|---|
| **SENATOR J. ROBERT KERREY (D-NE)** | Washington, DC |
| *Legislative Assistant for Foreign Policy and Defense Issues* | 9/90–6/94 |

---

| | |
|---|---|
| **BOSTON COLLEGE LAW SCHOOL** | Newton, MA |
| *Juris Doctor*, 1997 | |

| | |
|---|---|
| **YALE LAW SCHOOL** | New Haven, CT |
| *Visiting Student* (3rd year), 1996-1997 | |
| Allard K. Lowenstein International Human Rights Law Clinic | |

| | |
|---|---|
| **YALE UNIVERSITY** | New Haven, CT |
| *Bachelor of Arts* (History), 1990 | |

# EXHIBIT '2'

## Documents

Plaintiff's Response to Interrogatories
First Amended Complaint
Atlantic Specialty's Answer to First Amended Complaint
Atlantic Specialty's First Amended Responses to Plaintiff's Interrogatories
Atlantic Specialty's Second Amended Responses to Plaintiff's Interrogatories
Policy
OneBeacon's Denial Letter (07/28/2014)
NBC's Response to Denial Letter (08/13/2014)
OneBeacon's Reply (09/19/2014)
Plaintiffs' Production Bates-Numbered UCP000162 - UCP000245

## News Articles

MSNBC
http://www.msnbc.com/msnbc/scenes-war-and-heartbreak-israel-hamas-conflict-intensifies

NBC News
http://www.nbcnews.com/storyline/middle-east-unrest/how-technology-intensifying-gaza-war-between-israel-hamas-n158536

The Wall Street Journal
http://www.wsj.com/articles/israel-pulls-forces-from-gaza-as-cease-fire-begins-1407231543

The New York Times
https://www.nytimes.com/2016/08/25/world/middleeast/israel-gaza-war.html
https://www.nytimes.com/2014/08/30/world/middleeast/50-days-of-war-leave-israelis-and-palestinians-only-more-entrenched.html

Time Magazine
http://time.com/3076594/israel-gaza-cease-fire-hamas-netanyahu/
http://time.com/3082458/gaza-war-crimes-israel-palestine/

The Washington Post
https://www.washingtonpost.com/news/worldviews/wp/2014/09/03/heres-what-really-happened-in-the-gaza-war-according-to-the-israelis/?utm_term=.e7ccbabd8102

U.S. News and World Report
http://www.usnews.com/news/world/articles/2016-08-24/israel-clears-forces-in-several-deadly-2014-gaza-war-cases
http://www.usnews.com/news/articles/2014/08/07/saudi-arabia-and-the-third-gaza-war

The Independent
http://www.independent.co.uk/news/world/middle-east/israel-gaza-conflict-50-day-war-by-numbers-9693310.html

The Los Angeles Times
http://www.latimes.com/world/middleeast/la-hp-storygallery-middle-east-conflict-storygallery.html
http://www.latimes.com/world/middleeast/la-fg-un-report-gaza-war-20150622-story.html

BBC News
http://www.bbc.com/news/world-middle-east-28252155
http://www.bbc.com/news/world-middle-east-33128955

Haaretz News (Israeli News Outlet)
http://www.haaretz.com/israel-news/.premium-1.612437

Middle East Quarterly
http://www.meforum.org/5084/rethinking-operation-protective-edge

Associated Press
http://bigstory.ap.org/article/3caf434feda5453dbd9df7477363489a/israel-clears-forces-several-deadly-2014-gaza-war-cases

Jerusalem Center for Public Affairs
http://jcpa.org/timeline-key-moments-gaza-war/

USA Today
http://www.usatoday.com/story/news/world/2016/08/10/gaza-city-families-displaced-war-israel/88002220/

Chicago Tribune
http://www.chicagotribune.com/news/opinion/commentary/ct-deaths-babies-gaza-war-palestinians-perspec-0129-20150128-story.html

Chicago Sun Times
http://chicago.suntimes.com/politics/decimated-hamas-makes-ludicrous-claims/

The Denver Post
http://www.denverpost.com/2014/08/26/israel-and-hamas-reach-an-uneasy-cease-fire-in-50-day-gaza-war/

The Dallas Morning News
http://www.dallasnews.com/news/news/2014/08/26/gaza-cease-fire-reached-after-50-day-war-that-killed-2200-and-settled-little

2

Newsday
http://www.newsday.com/news/world/at-un-israeli-and-palestinian-leaders-air-differences-1.12354379

The Houston Chronicle
http://www.houstonchronicle.com/news/nation-world/world/article/Israeli-house-strikes-killed-mostly-civilians-6080436.php

The Guardian
https://www.theguardian.com/world/2014/aug/26/gaza-ceasefire-israel-palestinians-halt-fighting

The Times of India
http://timesofindia.indiatimes.com/world/middle-east/Israel-Gaza-conflict-50-day-war-by-numbers/articleshow/41000781.cms

The Sydney Morning Herald
http://www.smh.com.au/comment/why-israel-lost-the-war-in-gaza-20140808-101ruh.html

China Daily
http://www.chinadaily.com.cn/world/2014-08/28/content_18500736.htm

The Daily Mail
http://www.dailymail.co.uk/news/article-2740643/Inside-bombed-Gaza-One-week-end-50-day-war-true-scale-devastation-revealed.html

The Telegraph
http://www.telegraph.co.uk/news/worldnews/middleeast/israel/11769685/Israel-may-have-committed-crimes-against-humanity-says-Amnesty.html

**Hard copies of articles associated with links**

13,000 families in Gaza still displaced two years after war with Israel
USA Today - August 10, 2016

50 days of War Leave Israelis and Palestinians Only More Entrenched
The New York Times – August 29, 2014

After Seven Weeks of Gaza War, Hamas 1, Israel 0
Hareetz – January 11, 2017

Children suffer and die in Gaza. Who notices?
Chicago Tribune – January 29, 2015

Decimated Hamas makes ludicrous claims
Chicago Sun Times – September 5, 2014

Gaza casefire: Israel and Palestinians agree to halt weeks of fighting
The Guardian – August 27, 2014

Gaza cease-fire reached after 50-day war that killed 2,200 and settled little
DallasNews – August 24, 2016

Gaza-Israel conflict: Is the fighting over?
BBC – August 26, 2014

Here's what really happened in the Gaza ward (according to the Israelis)
The Washington Post – September 3, 2014

How Technology Is Intensifying Gaza War Between Israel and Hamas
NBC News – July 30, 2014

Inside bombed-out Gaza: One week on from end of 50-day war and the true scale of devastation
is revealed
Daily Mail – September 2, 2014

Israel and Hamas may have committed war crimes in Gaza, U.N. report says
Los Angeles Times – June 22, 2015

Israel and Hamas reach an uneasy cease-fire in 50-day Gaza war
The Denver Post – August 26, 2014

Israel clears forces in several deadly 2014 Gaza war cases
Associated Press – August 24, 2016

Israel Clears Troops in Airstrike Near School in 2014 Gaza War
The New York Times – August 24, 2016

Israel may have committed crimes against humanity, says Amnesty
Telegraph UK – July 29, 2015

Israel Seeks to Gain Advantage by Reversing Course in Gaza
Time Magazine – August 3, 2014

Israel, Hamas Set Out Demands on Gaza
Wall Street Journal - August 6, 2014

Israel – Gaza conflict: 50-day war by numbers
The Times of India - August 27, 2014

4

Israel-Gaza conflict: 50-days war by numbers
The Independent – August 27, 2014

Israeli 2014 Gaza war actions lawful, report says
BBC – June 14, 2014

Israeli house strikes killed mostly civilians
Houston Chronicle – February 13, 2015


## Additional News Articles

A news article published by the Washington Post, dated July 10, 2014, by Griff Witte and William Booth, entitled "As cease-fire with Hamas fails to take shape, Netanyahu says, 'Our answer is fire.'" This article is available at: https://www.washingtonpost.com/world/israel-accepts-truce-plan-hamas-balks/2014/07/15/04373008-0bf5-11e4-8c9a-923ecc0c7d23_story.html?utm_term=.e99302eb1314.

A news article published by MSNBC dated July 18, 2014, by Benjamin Landy and Maria Lokke, entitled "Scenes of war and heartbreak as Israeli ground forces invade Gaza." This article is available at: http://www.msnbc.com/msnbc/scenes-war-and-heartbreak-israel-hamas-conflict-intensifies.

A news article published by MSNBC dated July 18, 2014, by David Taintor, entitled "Obama points to rebels in downed Malaysian jet." This article is available at: http://www.msnbc.com/msnbc/obama-american-dead-malaysia-airlines-crash.

A news article published by MSNBC dated July 16, 2014, by Donna Stefano, entitled "In Israel and Palestine, children imagine a world without war." This article is available at: http://www.msnbc.com/msnbc/israel-and-palestine-children-imagine-world-without-war.

A news article published by the Times of Israel by Adiv Sterman, dated July 16, 2014, entitled "Ground incursion in Gaza said 'very likely.'" This article is available at: http://www.timesofisrael.com/idf-ground-incursion-in-gaza-very-likely/.

A collection of "LiveBlogs" published by the Times of Israel on July 7, 2014, by Itamar Sharon, Marissa Newman, and Ilan Ben Zion, entitled "Israel launches 'Protective Edge' counteroffensive on Gaza, Jewish suspects reenact teen's murder." This collection is available at: http://www.timesofisrael.com/as-israel-grapples-with-homegrown-killers-violence-continues/#!.

A news article published by Middle East Eye dated July 8, 2014, entitled "Hamas claims responsibility for rockets fired at Jerusalem, Tel Aviv and Haifa." This article is available at: http://www.middleeasteye.net/news/israels-army-prepared-ground-assault-gaza-official-275282816.

A news article published by the Global News, dated July 9, 2014, entitled "UPDATE: Israel hits key Hamas targets in Gaza offensive." This article is available at: http://globalnews.ca/news/1438089/israel-strikes-hamas-targets-in-gaza-to-stop-rocket-fire/.

A news article published by the Global News, dated July 15, 2014, entitled "Israel: Hamas to pay price for its 'no' to truce." This article is available at: http://globalnews.ca/news/1451058/israel-hamas-to-pay-price-for-its-no-to-truce/.

The news article entitled "LIVE UPDATES: Operation Protective Edge, Day 7," published by Haaretz on July 15, 2014. The article is available at:  http://www.haaretz.com/israel-news/1.604898#!.

### Links to Additional News Articles

MSNBC
http://www.msnbc.com/msnbc/israel-and-palestine-children-imagine-world-without-war

NBC
http://www.nbcnews.com/news/world/israel-hamas-exchange-missile-fire-gaza-war-looms-n151111

http://www.nbcnews.com/storyline/middle-east-unrest/public-support-israel-shifting-amid-gaza-war-britain-warns-n168366

http://www.nbcnews.com/storyline/middle-east-unrest/gaza-death-toll-nears-1-500-72-hour-truce-israel-n170236

http://www.nbcnews.com/storyline/west-bank-kidnappings/gaza-war-hamas-admits-kidnapping-three-israeli-teens-n186176

http://www.nbcnews.com/storyline/middle-east-unrest/gaza-cease-fire-holds-between-hamas-israel-after-50-day-n189821

http://www.nbcnews.com/storyline/middle-east-unrest/gaza-war-israel-opens-eight-new-investigations-military-operations-n263241

http://www.nbcnews.com/news/world/israel-palestinians-committed-possible-gaza-war-crimes-u-n-report-n379636

Washington Post
http://www.worldaffairsjournal.org/content/cease-fire-hamas-fails-take-shape-netanyahu-says-%E2%80%98our-answer-fire%E2%80%99

CNN
http://www.cnn.com/2017/02/28/middleeast/israel-gaza-report/

http://www.cnn.com/2014/08/01/opinion/miller-gaza-hamas-israel-cease-fire-obstacles/

http://www.cnn.com/2014/08/04/world/meast/gaza-israel-why-civilian-deaths/

BBC
http://www.bbc.com/news/world-middle-east-33223365

The Atlantic
https://www.theatlantic.com/international/archive/2014/08/hillary-clinton-failure-to-help-syrian-rebels-led-to-the-rise-of-isis/375832/

https://www.theatlantic.com/international/archive/2014/08/the-one-place-where-israel-and-hamas-are-communicating/375589/

Global News
http://globalnews.ca/news/1451058/israel-hamas-to-pay-price-for-its-no-to-truce/

Salon
http://www.salon.com/2016/02/09/74_of_gaza_homes_destroyed_by_israel_in_summer_2014_war_have_not_been_rebuilt_as_violent_repression_escalates/

CBS
http://www.cbsnews.com/news/rocket-fired-from-gaza-hits-southern-israel-military-says/

http://www.cbsnews.com/news/hamas-claims-extended-cease-fire-deal-reached-with-israel/

Miscellaneous
http://www.haaretz.com/israel-news/LIVE-1.774365/Gaza-war-hamas-humanitarian-crisis

http://www.jpost.com/Israel-News/Politics-And-Diplomacy/State-comptroller-report-on-2014-Gaza-war-due-today-482789

https://www.ft.com/content/a4291a06-fdcc-11e6-96f8-3700c5664d30

## News Clips

http://www.nbcnews.com/video/msnbc2/56804549#56804549

http://www.msnbc.com/the-last-word/watch/mh17-mystery-and-war-in-gaza-308247107963

http://www.msnbc.com/melissa-harris-perry/watch/what-it-means-to-live-in-a-war-zone-309370947801

http://www.msnbc.com/all-in-with-chris-hayes/watch/day-breaks-in-gaza-following-invasion-307348035939

http://www.msnbc.com/all-in-with-chris-hayes/watch/ground-war-in-gaza-307290179722

http://www.nbcnews.com/video/from-aug-2-2014-ayman-mohyeldin-reports-on-gaza-war-469303875925

http://www.nbcnews.com/watch/nightly-news/bloodiest-day-in-israels-fight-in-gaza-kills-more-than-70-309590595847 - uses the word "war" at about 2:53

http://www.nbcnews.com/watch/nightly-news/israeli-palestinian-conflict-brings-heaviest-fighting-in-years-299767363744 - broadcast on July 8, the first day of Operation Protective Edge, notes that this "could easily become the next war"

http://www.nbcnews.com/storyline/middle-east-unrest/how-technology-intensifying-gaza-war-between-israel-hamas-n158536

http://timesofindia.indiatimes.com/world/middle-east/Israel-Gaza-conflict-50-day-war-by-numbers/articleshow/41000781.cms

http://www.nbcnews.com/storyline/middle-east-unrest/how-technology-intensifying-gaza-war-between-israel-hamas-n158536

https://www.theguardian.com/world/video/2014/jul/09/israeli-airstrikes-gaza-hamas-rocket-attacks-video


## Additional Materials

Congressional Research Service Reports
https://fas.org/sgp/crs/mideast/RL34074.pdf
January 31, 2014 by Jim Zanotti

https://fas.org/sgp/crs/mideast/R41514.pdf
December 2, 2010 by Jim Zanotti

US State Department Human Rights Report Israel 2014
https://www.state.gov/documents/organization/236814.pdf

Jerusalem Center for Public Affairs
Key Moments in a 50-Day War: A Time by Daniel Rubenstein
http://jcpa.org/timeline-key-moments-gaza-war/

Report of the independent commission of inquiry established pursuant to Human Rights Council
resolution S-21/1* ** ***United Nations General Assembly Human Rights Council, Twenty-
ninth session, Human rights situation in Palestine and other occupied Arab territories, 24 June
2015.

Report of the detailed findings of the independent commission of inquiry established pursuant to
Human Rights Council resolution S-21/1* ** ***United Nations General Assembly Human
Rights Council, Twenty-ninth session, Human rights situation in Palestine and other occupied
Arab territories, 23 June 2015.

Remarks on Middle East Peace, John Kerry, Secretary of State, The Dean Acheson Auditorium,
Washington, D.C., December 28, 2016
https://2009-2017.state.gov/secretary/remarks/2016/12/266119.htm

Brookings Institution's 2015 Saban Forum Keynote Address, John Kerry, Secretary of State,
Willard Hotel, Washington, D.C., December 5, 2015
https://2009-2017.state.gov/secretary/remarks/2015/12/250388.htm

Remarks at the Gaza Donors Conference, John Kerry, Secretary of State, Cairo, Egypt, October
12, 2014
https://2009-2017.state.gov/secretary/remarks/2014/10/232896.htm

An Assessment of the 2014 Gaza Conflict, High Level Military Group, October 2015
http://www.high-level-military-group.org/pdf/hlmg-assessment-2014-gaza-conflict.pdf

Fragmented Lives Humanitarian Overview 2014
https://www.ochaopt.org/documents/annual_humanitarian_overview_2014_english_final.pdf

CRS Report for Congress, February 9, 2016 by Aaron D. Pina
https://fas.org/sgp/crs/mideast/RL33269.pdf

Amnesty International: Israel Remains the Occupying Power in Gaza and is Thus Bound By the
Law of Occupation, July 25, 2014 by WashingtonsBlog
http://www.washingtonsblog.com/2014/07/amnesty-international-israel-remains-occupying-
power-gaza-thus-bound-law-occupation.html

Gaza civil servants receive pay in boost to Palestinian Unity, Reuters, October 29, 2014
http://www.reuters.com/article/us-mideast-palestinians-unity-idUSKBN0II14B20141029

Hamas' Order of Battle:  Weapons, Training and Targets, Jerusalem Center for Public Affairs by
Lenny Ben-David
http://jcpa.org/hamas-weapons-training-targets/

Operation 'Protective Edge':  A Detailed Summary of Events, 07/12/104, ICT
https://www.ict.org.il/Article/1262/Operation-Protective-Edge-A-Detailed-Summary-of-Events

Obama administration to work with Palestinian unity government, Reuters, June 2, 2014
http://www.reuters.com/article/us-palestinian-unity-usa-idUSKBN0ED1VQ20140603

Israel and Hamas:  Conflict in Gaza (2008-2009), Congressional Research Service, February 19, 2009 by Jim Zanotti, Coordinator
https://fas.org/sgp/crs/mideast/R40101.pdf

Operation Pillar of Defense-IDF updates, Israel Ministry of Foreign Affairs, 22 Nov. 2012
http://mfa.gov.il/MFA/ForeignPolicy/Terrorism/Palestinian/Pages/Operation_Pillar_of_Defense_Nov_2012-IDF_updates.aspx

Gaza crisis:  Toll of operations in Gaza, BBC News, 1 September 2014
http://www.bbc.com/news/world-middle-east-28439404

 'This Week' Transcript:  Sec. John Kerry and PM Benjamin Netanyahu, ABC News, July 20, 2014
http://abcnews.go.com/ThisWeek/week-transcript-sec-john-kerry-pm-benjamin-netanyahu/story?id=24632816

No Exit?  Gaza & Israel Between Wars, International Crisis Group, 26 August 2015
https://www.crisisgroup.org/middle-east-north-africa/eastern-mediterranean/israelpalestine/no-exit-gaza-israel-between-wars

Toward a Lasting Ceasefire in Gaza, International Crisis Group, 23 October 2014
https://www.crisisgroup.org/middle-east-north-africa/eastern-mediterranean/israelpalestine/toward-lasting-ceasefire-gaza

A Classical Analysis of the 2014 Israel-Hamas Conflict, Combating Terrorism Center at West Point, December 10, 2014 by Elad Popovich
https://www.ctc.usma.edu/posts/a-classical-analysis-of-the-2014-israel-hamas-conflict

Israel Launches Ground Invasion of Gaza, Time, July 17, 2014, by Eliana Dockterman
http://time.com/3002257/israel-gaza/

Israeli ground troops enter Gaza after 10 days of bombings and airstrikes as Hamas threatens to make IDF
http://www.dailymail.co.uk/news/article-2695422/Hamas-Israel-resume-attacks-brief-truce.html

# EXHIBIT '3'

MSNBC

1. http://www.msnbc.com/msnbc/scenes-war-and-heartbreak-israel-hamas-conflict-intensifies
2. http://www.msnbc.com/msnbc/israel-and-palestine-children-imagine-world-without-war


NBC News

3. http://www.nbcnews.com/storyline/middle-east-unrest/how-technology-intensifying-gaza-war-between-israel-hamas-n158536
4. http://www.nbcnews.com/news/world/israel-hamas-exchange-missile-fire-gaza-war-looms-n151111
5. http://www.nbcnews.com/storyline/middle-east-unrest/public-support-israel-shifting-amid-gaza-war-britain-warns-n168366
6. http://www.nbcnews.com/storyline/middle-east-unrest/gaza-death-toll-nears-1-500-72-hour-truce-israel-n170236
7. http://www.nbcnews.com/storyline/west-bank-kidnappings/gaza-war-hamas-admits-kidnapping-three-israeli-teens-n186176
8. http://www.nbcnews.com/storyline/middle-east-unrest/gaza-cease-fire-holds-between-hamas-israel-after-50-day-n189821
9. http://www.nbcnews.com/storyline/middle-east-unrest/gaza-war-israel-opens-eight-new-investigations-military-operations-n263241
10. http://www.nbcnews.com/news/world/israel-palestinians-committed-possible-gaza-war-crimes-u-n-report-n379636

The Wall Street Journal

11. http://www.wsj.com/articles/israel-pulls-forces-from-gaza-as-cease-fire-begins-1407231543

The New York Times

12. https://www.nytimes.com/2016/08/25/world/middleeast/israel-gaza-war.html
13. https://www.nytimes.com/2014/08/30/world/middleeast/50-days-of-war-leave-israelis-and-palestinians-only-more-entrenched.html

Time Magazine

14. http://time.com/3076594/israel-gaza-cease-fire-hamas-netanyahu/
15. http://time.com/3082458/gaza-war-crimes-israel-palestine/

The Washington Post

16. https://www.washingtonpost.com/news/worldviews/wp/2014/09/03/heres-what-really-happened-in-the-gaza-war-according-to-the-israelis/?utm_term=.e7ccbabd8102

1

17. http://www.worldaffairsjournal.org/content/cease-fire-hamas-fails-take-shape-netanyahu-says-%E2%80%98our-answer-fire%E2%80%99

CNN

18. http://www.cnn.com/2017/02/28/middleeast/israel-gaza-report/
19. http://www.cnn.com/2014/08/01/opinion/miller-gaza-hamas-israel-cease-fire-obstacles/
20. http://www.cnn.com/2014/08/04/world/meast/gaza-israel-why-civilian-deaths/

U.S. News and World Report

21. http://www.usnews.com/news/world/articles/2016-08-24/israel-clears-forces-in-several-deadly-2014-gaza-war-cases
22. http://www.usnews.com/news/articles/2014/08/07/saudi-arabia-and-the-third-gaza-war

The Independent

23. http://www.independent.co.uk/news/world/middle-east/israel-gaza-conflict-50-day-war-by-numbers-9693310.html

The Los Angeles Times

24. http://www.latimes.com/world/middleeast/la-hp-storygallery-middle-east-conflict-storygallery.html
25. http://www.latimes.com/world/middleeast/la-fg-un-report-gaza-war-20150622-story.html

BBC News

26. http://www.bbc.com/news/world-middle-east-28252155
27. http://www.bbc.com/news/world-middle-east-33128955
28. http://www.bbc.com/news/world-middle-east-33223365

Haaretz News (Israeli News Outlet)

29. http://www.haaretz.com/israel-news/.premium-1.612437

Middle East Quarterly

30. http://www.meforum.org/5084/rethinking-operation-protective-edge

The Atlantic

31. https://www.theatlantic.com/international/archive/2014/08/hillary-clinton-failure-to-help-syrian-rebels-led-to-the-rise-of-isis/375832/
32. https://www.theatlantic.com/international/archive/2014/08/the-one-place-where-israel-and-hamas-are-communicating/375589/

Associated Press

    33. http://bigstory.ap.org/article/3caf434feda5453dbd9df7477363489a/israel-clears-forces-several-deadly-2014-gaza-war-cases

Jerusalem Center for Public Affairs

    34. http://jcpa.org/timeline-key-moments-gaza-war/

USA Today

    35. http://www.usatoday.com/story/news/world/2016/08/10/gaza-city-families-displaced-war-israel/88002220/

Chicago Tribune

    36. http://www.chicagotribune.com/news/opinion/commentary/ct-deaths-babies-gaza-war-palestinians-perspec-0129-20150128-story.html

Chicago Sun Times

    37. http://chicago.suntimes.com/politics/decimated-hamas-makes-ludicrous-claims/

The Denver Post

    38. http://www.denverpost.com/2014/08/26/israel-and-hamas-reach-an-uneasy-cease-fire-in-50-day-gaza-war/

The Dallas Morning News

    39. http://www.dallasnews.com/news/news/2014/08/26/gaza-cease-fire-reached-after-50-day-war-that-killed-2200-and-settled-little

Newsday

    40. http://www.newsday.com/news/world/at-un-israeli-and-palestinian-leaders-air-differences-1.12354379

The Houston Chronicle

    41. http://www.houstonchronicle.com/news/nation-world/world/article/Israeli-house-strikes-killed-mostly-civilians-6080436.php

The Guardian

    42. https://www.theguardian.com/world/2014/aug/26/gaza-ceasefire-israel-palestinians-halt-fighting

The Times of India

    43. http://timesofindia.indiatimes.com/world/middle-east/Israel-Gaza-conflict-50-day-war-by-numbers/articleshow/41000781.cms

The Sydney Morning Herald

    44. http://www.smh.com.au/comment/why-israel-lost-the-war-in-gaza-20140808-101ruh.html

China Daily

    45. http://www.chinadaily.com.cn/world/2014-08/28/content_18500736.htm

The Daily Mail

    46. http://www.dailymail.co.uk/news/article-2740643/Inside-bombed-Gaza-One-week-end-50-day-war-true-scale-devastation-revealed.html

The Telegraph

    47. http://www.telegraph.co.uk/news/worldnews/middleeast/israel/11769685/Israel-may-have-committed-crimes-against-humanity-says-Amnesty.html

Global News

    48. http://globalnews.ca/news/1451058/israel-hamas-to-pay-price-for-its-no-to-truce/

Salon

    49. http://www.salon.com/2016/02/09/74_of_gaza_homes_destroyed_by_israel_in_summer_2014_war_have_not_been_rebuilt_as_violent_repression_escalates/

CBS

    50. http://www.cbsnews.com/news/rocket-fired-from-gaza-hits-southern-israel-military-says/
    51. http://www.cbsnews.com/news/hamas-claims-extended-cease-fire-deal-reached-with-israel/