# Exhibit 14

# EXPERT REPORT OF ROBERT WUNDERLICH: ANALYSIS OF ECONOMIC DAMAGES

## UNIVERSAL CABLE PRODUCTIONS LLC and NORTHERN ENTERTAINMENT PRODUCTIONS LLC

### vs.

## ATLANTIC SPECIALTY INSURANCE COMPANY

**Prepared by:**

**Robert Wunderlich
Discovery Economics Inc.**

**Prepared on behalf of:**

**Universal Cable Productions LLC and
Northern Entertainment Productions LLC**

**U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA**

**Case No. 2:16-cv-04435-PA-MRW**

**March 17, 2017**

**Confidential – Attorney's Eyes Only**

**Universal Cable Productions LLC et al. vs. Atlantic Specialty Insurance Company**

**EXPERT REPORT OF ROBERT WUNDERLICH:**
**ANALYSIS OF ECONOMIC DAMAGES**

**TABLE OF CONTENTS**

INTRODUCTION . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 1

SUMMARY . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 2

ANALYSIS OF CLAIMED DAMAGES . . . . . . . . . . . . . . . . . . . . . . 3

    Overview of Insurance Claim . . . . . . . . . . . . . . . . . . . . . . . 3

    New Mexico Component of Claim. . . . . . . . . . . . . . . . . . . . . . 5

    Croatia Component of Claim . . . . . . . . . . . . . . . . . . . . . . . 6

    Combined Claim . . . . . . . . . . . . . . . . . . . . . . . . . . . 8

    Assurance of Expense Documentation . . . . . . . . . . . . . . . . . . . 8

MATERIALS REVIEWED, COMPENSATION AND QUALIFICATIONS . . . . . . . . . . . 9

Confidential – Attorney's Eyes Only

**Universal Cable Productions LLC et al. vs. Atlantic Specialty Insurance Company**

**EXPERT REPORT OF ROBERT WUNDERLICH:**
**ANALYSIS OF ECONOMIC DAMAGES**

**SCHEDULES**

A1      Summary of Claim for Extra Expenses

B1      Extra Expenses - New Mexico Prep

B2      Extra Expenses - New Mexico Wrap

B3      Extra Expenses - New Mexico All Series

B4      Extra Expenses - New Mexico Compensation

C1      Summary of Extra Expenses – Croatia

C2      Extra Expenses - Croatia Prep, Wrap & All Series and Extra Compensation

C3      Croatia Shoot Expenses

C4      Croatia - Daily Shoot Budget

D1      Documents, Data, and Materials Reviewed

E1      Resume of Robert Wunderlich

**Universal Cable Productions LLC et al. vs. Atlantic Specialty Insurance Company**

**EXPERT REPORT OF ROBERT WUNDERLICH:**
**ANALYSIS OF ECONOMIC DAMAGES**

**INTRODUCTION**

This litigation concerns an insurance claim related to the extra expense incurred to relocate production of a television program, *Dig*, from its initial location in Israel to New Mexico and Croatia.

Plaintiffs Universal Cable Productions LLC ("UCP") and Northern Entertainment Productions LLC ("Northern Entertainment") are television production companies.  UCP and Northern Entertainment are subsidiaries of NBCUniversal Media, LLC ("NBCUniversal"), one of the world's leading media and entertainment companies.[1]

Defendant Atlantic Specialty Insurance Company ("Atlantic") is an insurance company.

*Dig* is a television program produced by Plaintiffs.  *Dig* initially aired on the USA Network during the spring of 2015.  *Dig* is set in Israel.  The plot of *Dig* involves a Jerusalem-based FBI agent who investigates the murder of an archeology student taking part in an archeological dig in Israel.  The murder investigation leads to the discovery of a two thousand year-old conspiracy. *Dig* was originally scheduled to be a six episode mini-series.[2]

Production of the pilot episode of *Dig* commenced in Israel on or about June 1, 2014 and was completed on June 26, 2014.  The show went on hiatus while pre-production and preparation for the remaining episodes took place.  Production of the remaining episodes was scheduled to begin on July 20, 2014.  However, as a result of a deteriorating security situation precipitated by Hamas terrorist attacks against Israel, Plaintiffs were forced to postpone and ultimately move production of Dig out of Israel.  The production was ultimately completed in New Mexico and Croatia.

Plaintiffs allege that the extra expense incurred to relocate the production of Dig from its initial location in Israel to locations in New Mexico and Croatia is a covered loss under an insurance policy issued by Atlantic.  Plaintiffs submitted an insurance claim to Atlantic to cover this extra expense.  Atlantic denied the claim and this litigation ensued. [3]

---

[1] www.nbcuniversal.com/business/universal-cable-productions.

[2] www.usanetwork.com/dig/about.  The number of episodes was later increased to ten.  I was asked to evaluate only episodes two through six for this report.

[3] First Amended Complaint, pp. 2 -4, 11 – 15.

I was engaged by Plaintiffs. I was asked to evaluate Plaintiffs' extra expense claim.

My analysis is based on documents, data, and information available to me as of the date of my report. I may update my analysis as appropriate, should additional information become available, and to respond to assertions made by Defendant or expert witnesses on its behalf.


**SUMMARY**

I compiled the extra expenses incurred to move production of episodes two through six of *Dig* from Israel to locations in New Mexico and Croatia. I determined that extra expenses due to relocating production totaled $7,092,845.[4]

My analysis is summarized in the table below and in Schedule A1 to this report. Supporting information is contained in Schedules B1 – E1 to this report. The underlying accounting data are provided in an Excel file ("Ledgers.xlsx") accompanying this report due to the voluminous amount of accounting data.

<b>Summary of Claim for Extra Expenses</b>

| | |
|---|---:|
| **New Mexico** | |
| Prep Extra Expenses | $1,477,588 |
| Wrap Extra Expenses | $819,239 |
| All Series Extra Expenses | $2,855,056 |
| Compensation Extra Expenses | $211,859 |
| Subtotal | $5,363,741 |
| | |
| **Croatia** | |
| Prep, Wrap & All Series Extra Expenses | $1,686,343 |
| Compensation Extra Expenses | $42,761 |
| Subtotal | $1,729,104 |
| | |
| Total | $7,092,845 |

**ANALYSIS OF CLAIMED DAMAGES**

---

[4] My analysis does not include any expenses incurred in Israel due to the initial postponement of production or prejudgment interest on the amount of the insurance claim, both of which I understand Plaintiffs are seeking as part of their damages. I may supplement my analysis should I receive additional information or be asked to calculate prejudgment interest and/or the total damages claim (including, but not limited to, extra expenses, postponement costs, and prejudgment interest).

Confidential – Attorney's Eyes Only

**Overview of Insurance Claim**

I determined the extra expenses incurred to move production of episodes two through six of *Dig* from Israel to locations in New Mexico and Croatia.  The claim does not include expenses associated with the pilot, because the pilot was completed in Israel.

My analysis is based on summary and detailed ledgers, cost reports, production recap reports, budgets, and other financial data regarding the New Mexico and Croatia production of *Dig*.  The starting point for my analysis was the Full Cost Bible for production of episodes two through six of *Dig* in New Mexico and Croatia.  The Full Cost Bible is a ledger, a type of accounting document prepared in the ordinary course of business, detailing expenses incurred in connection with production of a television program such as *Dig*.  I supplemented the data available from the Full Cost Bible with data from other ledgers, budgets, and cost reports.  I also reviewed Plaintiffs' First Amended Complaint and consulted with Randi Richmond, Senior Vice President Production, NBCUniversal Cable Productions; BJ Markus, Vice President Production Finance, NBCUniversal Cable Productions; and Eric Gray, Chief Financial Officer, NBCUniversal Cable Entertainment Studios and Content.  A complete listing of the documents and data I reviewed is in Schedule D1.

In overview, I identified the additional expenses that would not have been incurred had the production been completed in Israel.  These expenses fall into four categories:

1.  Duplicated "Prep" Expenses – Prep expenses correspond to expenses necessary to prepare for production at a given location.  Prep expenses had already been incurred in Israel, because production had started in Israel.  Additional Prep expenses were incurred in preparing for production in both New Mexico and Croatia.  These additional Prep expenses would not have been necessary had the production remained in Israel.

2.  Duplicated "Wrap" Expenses – Wrap expenses correspond to expenses necessary to close production at a given location.  Wrap expenses were incurred in Israel, because the production had started in Israel and had to be closed prematurely.  Additional Wrap expenses were incurred closing the moved production in both New Mexico and Croatia.  These additional Wrap expenses would not have been necessary had the production remained in Israel.

3.  Duplicated "All Series" Expenses – All Series expenses correspond to expenses incurred in connection with the series as a whole, and then amortized against individual episodes, as opposed to expenses incurred in connection with a single episode.  As examples, All Series expenses include expenses related to set construction, rentals, set dressing, and travel incurred in connection with the entirety of the series as opposed to a single episode.

Plaintiffs incurred All Series expenses in connection with production in New Mexico and Croatia, which they would not have incurred had the production remained in Israel.

4. Extra Compensation Expenses – Extra expenses were incurred in New Mexico for certain cast members, reflecting additional SAG-required compensation and higher negotiated compensation due to the longer timespan of production.  Extra Compensation expenses were incurred in Croatia due to additional travel days for certain cast members and stunt crew.  These Extra Compensation expenses would not have been incurred had the production been completed in Israel.

I did not include expenses associated with the production of individual episodes two through six (other than the Extra Compensation expenses), because these expenses would have been incurred whether the production had been completed in Israel, or in New Mexico and Croatia, as actually occurred.

I analyzed extra expenses in New Mexico and Croatia separately, because the underlying accounting data for New Mexico and Croatia were captured in different formats.  However, I employed the same conceptual approach in both New Mexico and Croatia.  For both New Mexico and Croatia, the starting point of my calculation is the Full Cost Bible, detailing the costs of production in New Mexico and Croatia.  I then separate out the extra expenses associated with Prep, Wrap, and All Series and add the Extra Compensation expenses.

I determined that extra expenses due to relocating production totaled $7,092,845.  My analysis is summarized in the table below and in Schedule A1 to this report.

### Summary of Claim for Extra Expenses

| | |
|---|---|
| **New Mexico** | |
| Prep Extra Expenses | $1,477,588 |
| Wrap Extra Expenses | $819,239 |
| All Series Extra Expenses | $2,855,056 |
| Compensation Extra Expenses | $211,859 |
| Subtotal | $5,363,741 |
| | |
| **Croatia** | |
| Prep, Wrap & All Series Extra Expenses | $1,686,343 |
| Compensation Extra Expenses | $42,761 |
| Subtotal | $1,729,104 |
| | |
| Total | $7,092,845 |

Confidential – Attorney's Eyes Only

Supporting information is contained in Schedules B1 – E1 to this report.  The underlying accounting data are provided in an Excel file ("Ledgers.xlsx") accompanying this report due to the voluminous amount of accounting data.

**New Mexico Component of Claim**

I compiled the extra expenses incurred as part of the New Mexico production of *Dig* by identifying the expenses which were made necessary due to the relocation of production away from Israel.  My analysis of the New Mexico component of the claim is summarized in Schedules B1 – B4, with supporting data in the Excel file accompanying this report.

My analysis proceeded by the following steps:

1.  I started with the Full Cost Bible for episodes two through six of *Dig*.  The Full Cost Bible is provided as worksheet Cost Bible in Excel file Ledgers.  Expenses in the Full Cost Bible total $21,297,435.

2.  The Full Cost Bible identified New Mexico Prep expenses by the Show# code 01085.  I compiled New Mexico Prep expenses by extracting the expenses identified as code 01085.  New Mexico Prep expenses are listed in Excel worksheet NM Prep 01085.  New Mexico Prep expenses total $1,477,588.

3.  The Full Cost Bible identified New Mexico Wrap expenses by Show# code 01088.  I compiled New Mexico Wrap expenses by extracting the expenses identified as code 01088.  New Mexico Wrap expenses are listed in Excel worksheet NM Wrap 01088.  New Mexico Wrap expenses total $935,277.

4.  The New Mexico Wrap expenses include certain expenses that would have been incurred if the production had been completed in Israel.  I removed these expenses from my compilation of Plaintiffs' insurance claim.  In particular, I removed all expenses related to above-the-line expenses, the expenses for extras, and the expenses for post-production editing.  This analysis is in Schedule B2.  The remaining extra expenses total $819,239.  The expenses that were removed total $116,038.

5.  The Full Cost Bible used Show# code 01086 to identify both New Mexico All Series expenses and Croatia production expenses.  The Croatia production expenses were further identified by MAJMN code 74001.  I compiled New Mexico All Series expenses by extracting the expenses identified as Show# code 01086 and then removing the Croatia expenses identified by MAJMN code 74001.  All expenses associated by Show# code 01086 are listed in Excel worksheet 01086.  The New Mexico All Series expenses are listed separately in Excel worksheet NM All Series 01086.  The Croatia expenses are listed separately in Excel

worksheet Croatia 01086.  All expenses identified under Show# code 01086 total $6,326,534.  The New Mexico All Series expenses total $3,683,077.  The Croatia production expenses total $2,643,457.

6.  The New Mexico All Series expenses include certain expenses that would have been incurred if the production had been completed in Israel. I removed these expenses from my compilation of Plaintiffs' insurance claim.  As an example, travel expenses are a common All Series expense.  Many individuals had to travel twice because of the relocation of the production:  to Israel and to New Mexico.  If the production had been completed in Israel, the second set of travel expenses would not have been incurred and are included as extra expenses in my analysis.  However, some individuals who had been scheduled to travel to Israel had not yet completed their travel.  For these individuals there was only a single set of travel expenses.  I removed these expenses from my compilation of extra All Series expenses.  The remaining extra expenses that are included in my compilation are listed in Excel worksheet Net NM All Series 010816.  The expenses ($665,035) that were excluded from my analysis are listed in Excel worksheet Excl NM All Series 010816.  I also removed casting expenses, all post-production expenses, the Keshet production fee, and a portion of telephone expenses.  This analysis is summarized in Schedule B3.  Expenses for casting, post-production, Keshet, and telephone that were removed from my calculation total $162,986.  The remaining extra expenses total $2,855,056.

7.  I also compiled Extra Compensation expenses that were incurred for certain cast members due to relocation of the production from Israel.  Two cast members, Ori Pfeffer and Zen McGrath, were not members of SAG (the Screen Actors Guild).  If the production had been completed in Israel, their compensation would not have been subject to SAG requirements.  Their compensation had to be adjusted to required SAG compensation levels when the production was relocated to New Mexico, resulting in increased expenses for compensation, contributions to SAG Public Health & Welfare ("PH&W") benefits, and payroll taxes.  Two other cast members, Angela Bettis and Alison Sudol, negotiated increased compensation due to the extended timespan of the production, resulting in increased expenses for compensation, SAG PH&W, and payroll taxes.  This analysis is in Schedule B4.  Extra Compensation expenses total $211,589.

**Croatia Component of Claim**

I compiled the extra expenses incurred as part of the Croatia production of *Dig* by identifying the expenses which were made necessary due to the relocation of production away from Israel.  My analysis of the Croatia component of the claim is summarized in Schedules C1 – C4, with supporting data in the Excel file accompanying this report.

Similar to my analysis of New Mexico expenses, my analysis begins with all expenses and then separates out extra expenses incurred because of relocating the production. However, because the accounting for expenses in Croatia was maintained in a different format than in New Mexico, my analysis differs in some of the specifics. In particular, the accounting for expenses in Croatia did not include a code designating Prep, Wrap, and All Series expenses. I identified these expenses by starting with all expenses in Croatia and subtracting the expenses other than those associated with Prep, Wrap, and All Series, based on the locked production budget[5] for the Croatia production. My analysis is summarized in Schedule C1.

My analysis proceeded by the following steps:

1. I started with the Full Cost Bible for episodes two through six of *Dig*. The Full Cost Bible is provided as worksheet Cost Bible in Excel file Ledgers. Expenses in the Full Cost Bible total $21,297,435.

2. The Full Cost Bible used Show# code 01086 to identify both New Mexico All Series expenses and Croatia production expenses. The Croatia production expenses were further identified by MAJMN code 74001. I compiled Croatia production expenses by extracting the expenses identified as Show# code 01086 and further identified by MAJMN code 74001. All expenses associated by Show# code 01086 are listed in Excel worksheet 01086. The New Mexico All Series expenses are listed separately in Excel worksheet NM All Series 01086. The Croatia expenses are listed separately in Excel worksheet Croatia 01086. All expenses identified under Show# code 01086 total $6,326,534. The New Mexico All Series expenses total $3,683,077. The Croatia production expenses total $2,643,457.

3. I subtracted from the Full Cost Bible above-the-line expenses associated with cast, stunts, and fringes, except for a relatively minor component of compensation for cast and stunts stemming from additional required travel days in Croatia. I removed the predominant portion of expenses associated with cast, stunts, and fringes (all expenses other than for additional required travel) because these expenses would have been incurred if the production had been completed in Israel. This analysis is in Schedule C2. The remaining production costs after adjusting for cast, stunts, and fringes total $2,509,684.

4. The production in Croatia incurred a relatively small amount of Prep and Wrap expenses associated with Israeli crew members who performed services in Croatia, but who were compensated in Israel. I compiled these expenses using a ledger that included data for expenses paid in Israel.[6] These expenses are listed in Excel worksheet Croatia Paid in Israel. I added these expenses to Croatia production expenses identified by Show# code 01086 and

---

[5] The locked production budget is the final production budget.

[6] The Full Cost Bible that I used covered expenses paid in New Mexico and Croatia, but not expenses for services provided in Croatia but paid in Israel.

MAJMN code 74001 to determine total Croatia production expenses.  The expenses associated with the Israeli crew total $49,980.

5. I identified expenses other than Prep, Wrap, and All Series expenses based on the locked production budget for the Croatia production.  Budgeted expenses for other than Prep, Wrap, and All Series totaled $88,638 per day of production.  However, actual costs incurred in Croatia were lower than the budgeted amount.  After adjusting for cost savings relative to the budgeted amount, expenses for other than Prep, Wrap, and All Series totaled $67,179 per day of production.  I then multiplied this by the 13 days of production in Croatia to determine that expenses for the Croatia production, other than for Prep, Wrap, and All Series, totaled $873,321.  I refer to this quantity as the Croatia Shoot expenses.  This analysis is in Schedules C3 and C4.

6. I subtracted the Croatia Shoot expenses from all Croatia expenses, net of the adjustment for cast, stunts, and fringes, to quantify the extra expenses for the Croatia production.  This analysis is summarized in Schedule C1.

7. I also compiled Extra Compensation expenses that were incurred due to extra required travel days for certain cast members due to relocation of the production from Israel.  I determined that Extra Compensation expenses total $42,761.  This Extra Compensation is summarized in Schedule C2.

8. I added together the various elements of extra expenses as discussed above to determine total extra expenses in Croatia.  I determined that the extra expenses in Croatia total $1,729,104.  This analysis is in Schedule C1.


**Combined Claim**

I added together my analysis of extra expenses in New Mexico and in Croatia to determine the total amount of extra expenses.  I determined that extra expenses in New Mexico and Croatia combined total $7,092,845.  This analysis is summarized in Schedule A1.


**Assurance of Expense Documentation**

I reviewed the sources and documentation of the data used in my analysis to provide assurance that the data provide a reliable and accurate basis for determining an insurance claim. Based on my review as described below, I conclude that the data do provide a reliable and accurate basis.

The Full Cost Bible and ledgers used in my analysis are the fundamental accounting information that NBCUniversal maintains in the ordinary course of business.  In particular, these data were

recorded at the time, in the ordinary course of business, as opposed to data that were generated in connection with litigation.  The data used in my analysis are the accounting data that are rolled up to NBCUniveral's SEC filings and other required financial filings and are subject to audit by NBCUniveral's outside auditors.  I confirmed my understanding that the data in the Full Cost Bible and ledgers used in my analysis are the same data that are rolled up to NBCUniversal's SEC filings in a discussion with Eric Gray, Chief Financial Officer, NBCUniversal Cable Entertainment Studios and Content.

I confirmed that the detailed information provided in the Full Cost Bible and ledgers used in my analysis reconciled with the higher level, summary financial information, recorded in NBCUniversal's production recap reports, a standard format report, regularly generated in the ordinary course of business.  I also confirmed that the Full Cost Bible and ledgers used in my analysis contained references to supporting documentation for the expense items.

The expense data used in my analysis were independently audited for the purpose of tax credit applications that were submitted to and approved by the tax authorities in New Mexico and Croatia.


**MATERIALS REVIEWED, COMPENSATION AND QUALIFICATIONS**

In preparing this report, I reviewed summary and detailed ledgers, cost reports, production recap reports, budgets, and other financial data regarding the New Mexico and Croatia production of *Dig*.  I also reviewed Plaintiffs' First Amended Complaint and consulted with Randi Richmond, Senior Vice President Production, NBCUniversal Cable Productions; BJ Markus, Vice President Production Finance, NBCUniversal Cable Productions; and Eric Gray, Chief Financial Officer, NBCUniversal Cable Entertainment Studios and Content.  A complete list of the documents and data I reviewed is in Schedule D1.

My qualifications as an expert are summarized below.  My complete resume is in Schedule E1. Discovery Economics Inc. is compensated at a rate of $475 per hour for my consulting services.

I am a Principal at Discovery Economics Inc., a professional services firm that provides consulting regarding economic, financial and accounting issues.  Prior to co-founding Discovery Economics in 1999, I was a Principal at LECG (Law & Economics Consulting Group) and, prior to that, a Senior Manager in the Dispute Consulting Group at Deloitte & Touche LLP.  I have over 20 years of consulting, business analysis, financial analysis, research, and teaching experience.  I have frequently provided economic, financial, and accounting consulting for matters in dispute, and have served as an expert witness and a court-appointed expert regarding these issues.  I have also instructed classes for incoming M.B.A. students covering quantitative methods for management and continuing education classes for attorneys and accountants regarding various accounting, finance, and economic issues.

Dated this 17th day of March 2017

_____
ROBERT WUNDERLICH

A1

## Summary of Claim for Extra Expenses

**New Mexico**

| | |
|---|---|
| Prep Extra Expenses | $1,477,588 |
| Wrap Extra Expenses | $819,239 |
| All Series Extra Expenses | $2,855,056 |
| Compensation Extra Expenses | $211,859 |
| Subtotal | $5,363,741 |

**Croatia**

| | |
|---|---|
| Prep, Wrap & All Series Extra Expenses | $1,686,343 |
| Compensation Extra Expenses | $42,761 |
| Subtotal | $1,729,104 |

| | |
|---|---|
| Total | $7,092,845 |

Confidential - Attorney's Eyes Only

B1

## Extra Expenses - New Mexico Prep

| MAJMN | Description | Expenses |
|---|---|---|
| Above-the-Line | | |
| 600 | Producers | $24,714 |
| 610 | Story | $10,940 |
| 670 | Casting/Other | $4,320 |
| 690 | Fringes | $6,006 |
| Subtotal | | $45,980 |
| | | |
| Below-the-Line | | |
| 700 | Extras | $4,661 |
| 705 | Prod. Staff | $239,526 |
| 710 | Camera | $24,982 |
| 715 | Art Direction | $116,513 |
| 720 | Construction | $143,397 |
| 725 | Grip/Set Operation | $35,991 |
| 730 | Electrical | $46,584 |
| 735 | Special Effects | $2,318 |
| 745 | Set Dressing | $68,550 |
| 750 | Property | $27,558 |
| 755 | Wardrobe | $56,374 |
| 760 | Make Up & Hair | $5,069 |
| 765 | Prod. Sound | $1,937 |
| 770 | Transportation | $155,807 |
| 775 | Locations | $121,005 |
| 795 | Fringes | $367,182 |
| Subtotal | | $1,417,454 |
| | | |
| Post-Production | | |
| 801 | Editing | $6,209 |
| | | |
| Administration | | |
| 910 | Administration | $7,945 |
| | | |
| Total | | $1,477,588 |

Confidential - Attorney's Eyes Only

**Extra Expenses - New Mexico Wrap**

| MAJMN | Description | Expenses | Exclude | Extra Expenses | Note |
|-------|------------|----------|---------|----------------|------|
| Above-the-Line | | | | | |
| 600 | Producers | $48,287 | ($48,287) | $0 | Not incremental |
| 610 | Story | $6,824 | ($6,824) | $0 | Not incremental |
| 690 | Fringes | $8,715 | ($8,715) | $0 | Not incremental |
| Subtotal | | $63,827 | ($63,827) | $0 | |
| | | | | | |
| Below-the-Line | | | | | |
| 700 | Extras | $750 | ($750) | $0 | Not incremental |
| 705 | Prod. Staff | $247,934 | ($2,950) | $244,984 | Wrap party |
| 710 | Camera | $9,830 | | $9,830 | |
| 715 | Art Direction | $11,172 | | $11,172 | |
| 720 | Construction | $25,307 | | $25,307 | |
| 721 | Set Strike | $80,722 | | $80,722 | |
| 725 | Grip/Set Operation | $22,446 | | $22,446 | |
| 730 | Electrical | $18,361 | | $18,361 | |
| 735 | Special Effects | $700 | | $700 | |
| 745 | Set Dressing | $28,960 | | $28,960 | |
| 750 | Property | $17,303 | | $17,303 | |
| 755 | Wardrobe | $33,120 | | $33,120 | |
| 760 | Make Up & Hair | $1,703 | | $1,703 | |
| 765 | Prod. Sound | $996 | | $996 | |
| 770 | Transportation | $109,289 | | $109,289 | |
| 775 | Locations | $32,995 | | $32,995 | |
| 795 | Fringes | $181,509 | ($407) | $181,102 | Wrap party |
| Subtotal | | $823,097 | ($4,108) | $818,989 | |
| | | | | | |
| Post-Production | | | | | |
| 801 | Editing | $48,104 | ($48,104) | $0 | Not incremental |
| | | | | | |
| Administration | | | | | |
| 910 | Administration | $250 | | $250 | |
| | | | | | |
| Total | | $935,277 | ($116,038) | $819,239 | |

Confidential - Attorney's Eyes Only

B3

## Extra Expenses - New Mexico All Series

| MAJMN | Description | Expenses | Exclude | Extra Expenses | Note |
|---|---|---|---|---|---|
| **Above-the-Line** | | | | | |
| 600 | Producers | $50,000 | | $50,000 | |
| 610 | Story | $63 | | $63 | |
| 630 | Cast | $31,078 | | $31,078 | |
| 670 | Casting/Other | $541 | ($541) | $0 | Not incremental |
| 680 | Travel/Living | $35,238 | | $35,238 | |
| 690 | Fringes | $642 | | $642 | |
| Subtotal | | $117,561 | ($541) | $117,020 | |
| **Below-the-Line** | | | | | |
| 715 | Art Direction | $13,679 | | $13,679 | |
| 720 | Construction | $764,512 | | $764,512 | |
| 721 | Set Strike | $1,015 | | $1,015 | |
| 725 | Grip/Set Operation | $29,496 | | $29,496 | |
| 730 | Electrical | $1,590 | | $1,590 | |
| 740 | Additional Shooting Unit | $621,785 | | $621,785 | |
| 745 | Set Dressing | $173,889 | | $173,889 | |
| 750 | Property | $45,759 | | $45,759 | |
| 755 | Wardrobe | $9,255 | | $9,255 | |
| 765 | Prod. Sound | $2,282 | | $2,282 | |
| 770 | Transportation | $65,824 | | $65,824 | |
| 775 | Locations | $364,589 | ($8,036) | $356,553 | Telephone not incremental |
| 780 | Visual Effects | $92,318 | | $92,318 | |
| 795 | Fringes | $282,888 | | $282,888 | |
| 796 | Studio Stages | $223,421 | | $223,421 | |
| Subtotal | | $2,692,303 | ($8,036) | $2,684,267 | |
| **Post-Production** | | | | | |
| 801 | Editing | $90,910 | ($90,910) | $0 | Not incremental |
| 802 | Composer | $10,000 | ($10,000) | $0 | Not incremental |
| 805 | Main Titles | $28,500 | ($28,500) | $0 | Not incremental |
| Subtotal | | $129,410 | ($129,410) | $0 | |
| **Administration** | | | | | |
| 910 | Administration | $78,768 | ($25,000) | $53,768 | Keshet fee not incremental |
| Total | | $3,018,042 | ($162,986) | $2,855,056 | |

Confidential - Attorney's Eyes Only

## Extra Expenses - New Mexico Compensation

| Cast Member | Episode | Actual Compensation | | | | | Israel | Extra |
| | | Actual Salary | Overtime | SGA PH&W[1] | Payroll Tax (U.S.)[2] | Total | Salary | Difference |
|---|---|---|---|---|---|---|---|---|
| "GOLAN" - Ori Pfeffer | 1002 | $21,000 | $110 | $3,255 | $3,167 | $27,532 | $20,307 | $7,225 |
| | 1003 | $21,000 | $60 | $3,255 | $3,159 | $27,474 | $20,307 | $7,167 |
| | 1004 | $21,000 | $3,185 | $3,255 | $3,628 | $31,068 | $20,307 | $10,761 |
| | 1005 | $21,000 | $0 | $3,255 | $3,150 | $27,405 | $20,307 | $7,098 |
| | 1006 | $21,000 | $60 | $3,255 | $3,159 | $27,474 | $20,307 | $7,167 |
| | | $105,000 | $3,415 | $16,275 | $16,262 | $140,952 | $101,535 | $39,417 |
| "FAYE" - Angela Bettis | 1002 | $20,000 | $85 | $3,100 | $3,013 | $26,198 | $15,000 | $11,198 |
| | 1003 | $20,000 | $45 | $3,100 | $3,007 | $26,152 | $15,000 | $11,152 |
| | 1004 | $20,000 | $0 | $3,100 | $3,000 | $26,100 | $15,000 | $11,100 |
| | 1005 | $20,000 | $60 | $3,100 | $3,009 | $26,169 | $15,000 | $11,169 |
| | 1006 | $20,000 | $0 | $3,100 | $3,000 | $26,100 | $15,000 | $11,100 |
| | | $100,000 | $190 | $15,500 | $15,029 | $130,719 | $75,000 | $55,719 |
| "EMMA" - Alison Sudol | 1002 | $20,000 | $0 | $775 | $3,000 | $23,775 | $15,000 | $8,775 |
| | 1003 | $20,000 | $25 | $775 | $3,004 | $23,804 | $15,000 | $8,804 |
| | 1004 | $20,000 | $0 | $775 | $3,000 | $23,775 | $15,000 | $8,775 |
| | 1005 | $20,000 | $0 | $775 | $3,000 | $23,775 | $15,000 | $8,775 |
| | 1006 | $20,000 | $0 | $775 | $3,000 | $23,775 | $15,000 | $8,775 |
| | | $100,000 | $25 | $3,875 | $15,004 | $118,904 | $75,000 | $43,904 |
| "JOSH" - Zen McGrath | 1002 | $20,000 | $0 | $1,550 | $3,000 | $24,550 | $10,000 | $14,550 |
| | 1003 | $20,000 | $60 | $1,550 | $3,009 | $24,619 | $10,000 | $14,619 |
| | 1004 | $20,000 | $0 | $1,550 | $3,000 | $24,550 | $10,000 | $14,550 |
| | 1005 | $20,000 | $0 | $1,550 | $3,000 | $24,550 | $10,000 | $14,550 |
| | 1006 | $20,000 | $0 | $1,550 | $3,000 | $24,550 | $10,000 | $14,550 |
| | | $100,000 | $60 | $7,750 | $15,009 | $122,819 | $50,000 | $72,819 |
| Total | | $405,000 | $3,690 | $43,400 | $61,304 | $513,394 | $301,535 | $211,859 |

[1] SAG Pension Health & Welfare   15.5%

[2] U.S. Payroll Tax   15.0%

Confidential - Attorney's Eyes Only

## Summary of Extra Expenses - Croatia

| | |
|---|---:|
| All Expenses other than Paid-in-Israel | $2,643,457 |
| Less Non-Incremental Expenses | ($3,808) |
| Subtotal of Above | $2,639,648 |
| | |
| Less Cast, Stunts and Fringes | ($129,965) |
| Subtotal of Above | $2,509,684 |
| | |
| Plus Paid-in-Israel Expenses | $49,980 |
| Subtotal of Above | $2,559,664 |
| | |
| Less Episode 2 - 6 Shooting Expense | ($873,321) |
| | |
| Extra Prep, Wrap and All Series Expenses | $1,686,343 |
| | |
| Extra Compensation Expenses | $42,761 |
| | |
| Total | $1,729,104 |

Confidential - Attorney's Eyes Only

C2

## Extra Expenses - Croatia Prep, Wrap & All Series and Extra Compensation

| MAJMN | Description | Expenses | Exclude | Extra Prep, Wrap & All Series | Extra Travel Compensation | Note |
|---|---|---|---|---|---|---|
| **Above-the-Line** | | | | | | |
| 600 | Producers | $82,962 | | $82,962 | | |
| 630 | Cast | $97,457 | ($97,457) | $0 | $25,195 | Not incremental other than extra travel days |
| 660 | Stunts | $11,726 | ($11,726) | $0 | $6,461 | Not incremental other than extra travel days |
| 670 | Casting/Other | $25,322 | | $25,322 | | |
| 680 | Travel/Living | $106,094 | | $106,094 | | |
| 690 | Fringes | $20,781 | ($20,781) | $0 | $11,105 | Not incremental other than extra travel days |
| Subtotal | | $344,342 | ($129,965) | $214,377 | $42,761 | |
| **Below-the-Line** | | | | | | |
| 700 | Extras | $33,910 | | $33,910 | | |
| 705 | Prod. Staff | $121,763 | | $121,763 | | |
| 710 | Camera | $226,305 | | $226,305 | | |
| 715 | Art Direction | $32,174 | | $32,174 | | |
| 720 | Construction | $79,123 | | $79,123 | | |
| 725 | Grip/Set Operation | $66,863 | | $66,863 | | |
| 730 | Electrical | $82,243 | | $82,243 | | |
| 735 | Special Effects | $11,316 | | $11,316 | | |
| 740 | Additional Shooting Unit | $7,578 | | $7,578 | | |
| 745 | Set Dressing | $70,775 | | $70,775 | | |
| 750 | Property | $84,827 | | $84,827 | | |
| 755 | Wardrobe | $27,991 | | $27,991 | | |
| 760 | Make Up & Hair | $17,340 | | $17,340 | | |
| 765 | Prod. Sound | $19,969 | | $19,969 | | |
| 770 | Transportation | $430,174 | | $430,174 | | |
| 775 | Locations | $655,595 | | $655,595 | | |
| 795 | Fringes | $100,438 | | $100,438 | | |
| Subtotal | | $2,068,383 | $0 | $2,068,383 | | |
| **Administration** | | | | | | |
| 910 | Administration | $226,924 | | $226,924 | | |
| Total | | $2,639,648 | ($129,965) | $2,509,684 | $42,761 | |

Confidential - Attorney's Eyes Only

C3

## Croatia Shoot Expenses

| | | |
|---|---|---|
| Daily Shoot Budget | | $88,638 |
| Adjusted Daily Shoot Expenses [1] | 75.8% | $67,179 |
| Number of Days | | 13 |
| Total Shoot Expenses | | $873,321 |

[1] Adjustment between Actual and Budget

| | |
|---|---|
| Total Expenses | $2,643,457 |
| Total Budget | $3,487,871 |
| Ratio | 75.8% |

Sources:
UCP018222 - CONFIDENTIAL
Dig Croatia (06 24 16 Cost Report)(UCP018224-CONFIDENTIAL)
DIG - CROATIA Cost Report 11 TOPSHEET - PE 06242016(UCP018223-CONFIDENTIAL)
Ledger Detail (17.54-01002 thru 01006, 01080,01085,01086,01088)(UCP018225-CONFIDENTIAL)

Confidential - Attorney's Eyes Only

C4

## Croatia - Daily Shoot Budget

| Account | Category Description | HRK Amount | USD Amount |
|---------|---------------------|-----------:|-----------:|
| **Above-the-Line** | | | |
| 600-00 | PRODUCERS | 9,830 | $1,725 |
| 630-00 | ACTORS/PERFORMERS | 0 | $0 |
| 660-00 | STUNTS | 0 | $0 |
| 670-00 | CASTING & OTHER STAFF | 6,480 | $1,137 |
| 680-00 | ATL TRAVEL & LIVING | 0 | $0 |
| 690-00 | ABOVE-THE-LINE FRINGES | 2,502 | $439 |
| Subtotal | ABOVE-THE-LINE TOTAL | 18,812 | $3,300 |
| **Before-the-Line** | | | |
| 700-00 | EXTRA TALENT | 0 | $0 |
| 705-00 | PRODUCTION STAFF | 16,060 | $2,818 |
| 710-00 | CAMERA | 70,098 | $12,298 |
| 715-00 | ART DIRECTION | 5,104 | $895 |
| 720-00 | SET CONSTRUCTION | 21,761 | $3,818 |
| 725-00 | GRIPS/SET OPERATIONS | 23,117 | $4,056 |
| 730-00 | ELECTRIC | 34,986 | $6,138 |
| 735-00 | SPECIAL EFFECTS | 0 | $0 |
| 740-00 | ADDITIONAL UNITS | 0 | $0 |
| 745-00 | SET DRESSING | 22,613 | $3,967 |
| 750-00 | PROPERTY | 9,817 | $1,722 |
| 755-00 | WARDROBE | 11,301 | $1,983 |
| 760-00 | MAKEUP & HAIR | 8,646 | $1,517 |
| 765-00 | PRODUCTION SOUND | 7,460 | $1,309 |
| 770-00 | TRANSPORTATION | 78,360 | $13,747 |
| 775-00 | LOCATIONS | 154,464 | $27,099 |
| 795-00 | BELOW-THE-LINE FRINGES | 22,636 | $3,971 |
| Subtotal | BELOW-THE-LINE TOTAL | 486,423 | $85,337 |
| **Other** | | | |
| 910-00 | ADMINISTRATION | 0 | $0 |
| 920-00 | PUBLICITY | 0 | $0 |
| Subtotal | OTHER COSTS TOTAL | 0 | $0 |
| **Total** | | 505,235 | $88,638 |

Source: UCP018222 - CONFIDENTIAL

Confidential - Attorney's Eyes Only

## Documents, Data, and Materials Reviewed

1    First Amended Complaint with Exhibits
2    Answer to First Amended Complaint
3    2014-07-28 Ltr from P. Johnson-One Beacon to A. Garber-NBC (6291394)
4    2014-08-13 Ltr to P Johnson-OneBeacon Ins Co (6321029)
5    2014-09-19 Ltr Resp to LEC's 8-13-2014 Ltr (6408074)
6    Ledger Detail (17.54-01002 thru 01006, 01080,01085,01086,01088)(UCP018225-CONFIDENTIAL)
7    DIG - CROATIA Cost Report 11 TOPSHEET - PE 06242016(UCP018223-CONFIDENTIAL)
8    Dig Croatia (06 24 16 Cost Report)(UCP018224-CONFIDENTIAL)
9    UCP000001 - CONFIDENTIAL (8297428-2)
10   DIG - New Mexico Series Recap -WE 08112016 (UCP018226-UCP018227)
11   SP-#8767206-v1-Publicis_Paper_File_-_Production
12   UCP018125-18221
13   UCP018222 - CONFIDENTIAL
14   DIG Croatia - Cast (UCP018228-18236)
15   DIG Croatia - Fringe (UCP018237-18238)
16   DIG Croatia - Stunts (UCP018239-18243)
17   Consultation with Eric Gray, Chief Financial Officer, NBCUniversal Cable Entertainment Studios and Content
18   Consultation with BJ Markus, Vice President Production Finance, NBCUniversal Cable Productions
19   Consultation with Randi Richmond, Senior Vice President Production, NBCUniversal Cable Productions
20   DIG ABQ 'actual' criticals pilot+5eps=back4 locked 12-1 (UCP013625)
21   DIG ABQ locked criticals pilot+5eps 10-7 (UCP013627)
22   DIG ABQ locked criticial pilot+5eps 10-6 (UCP013626)
23   DIG LOCKED criticals 6ep 6-12 (UCP007998)
24   DIG LOCKED criticals 6ep 6-12(UCP013874-13879)
25   DIG tent criticals 6ep 6-11 (UCP005412-5413)
26   DIG -  Episode 01003 budget (UCP013881)
27   DIG - Croatia Locked Budget - 09022014 (UCP013943)
28   DIG - Episode 01002 Budget (UCP014057)
29   DIG - Episode 01004 Budget (UCP014118)
30   DIG - Episode 01005 Budget (UCP014182)
31   DIG - Episode 01006 Budget (UCP014245)
32   DIG - Episode 01007 Budget (UCP014309)
33   DIG - Episode 01008 Budget (UCP014373)
34   DIG - Episode 01009 Budget (UCP014436)
35   DIG - Episode 01010 Budget (UCP014498)

**Documents, Data, and Materials Reviewed**

36   DIG Croatia Part 2 Amort (UCP014561)
37   DIG2 Croatia Locked Budget 012615 (UCP014569)
38   DIG2 Locked Budget Comparison (UCP014705)
39   DIG-SnowShootBudget 032014-Final-cnd (UCP014719)
40   DIG ALL SERIES LOCKED BUDGET (UCP014765)
41   DIG AMORT LOCKED BUDGET 6_8_14 (UCP014780)
42   DIG HOLIDAY_HIATUS LOCKED BUDGET 6_8_14 (UCP014819)
43   DIG PATTERN LOCKED BUDGET 6_8_14 (UCP014836)
44   DIG PILOT LOCKED BUDGET 6_8_14 (UCP014882)
45   DIG PREP PUSH LOCKED BUDGET (UCP014929)
46   DIG WRAP LOCKED BUDGET (UCP014954)
47   PATTERN BUDGET-S1 Amort (UCP014973)
48   PATTERN BUDGET-S1 B4 Amort (UCP014996)
49   PATTERN BUDGET-S1 B4 Series Pattern (UCP015024)
50   PATTERN BUDGET-S1 Prep (UCP015084)
51   PATTERN BUDGET-S1 Series Pattern Ep.2-6 (UCP015118)
52   PATTERN BUDGET-S1 Wrap (UCP015179)
53   DIG - Amort 01086 Cost Report 4 Documents - PE 03192015 (UCP015209)
54   DIG - Amort 01091 Cost Report 4 Documents - PE 03192015 (UCP015218)
55   DIG - Amort 01091 Cost Report 5 Documents - PE 04292015 (UCP015227)
56   DIG - Amort 01091 Cost Report 8 Documents - PE 11162015 (UCP015236)
57   DIG - CROATIA Cost Report 1 - PE 09272014 (UCP015245)
58   DIG - CROATIA Cost Report 2 - PE 10042014 (UCP015266)
59   DIG - CROATIA Cost Report 3 - PE 10112014 (UCP015288)
60   DIG - CROATIA Cost Report 4 - PE 10182014 (UCP015310)
61   DIG - CROATIA Cost Report 10 Documents - PE 11102015 (UCP015332)
62   DIG - Croatia Part 1 Cost Report 11 Documents - PE 06242016 (UCP015354)
63   DIG - Croatia Part 1 ZERO BALANCE Flex Cost Report - 08062016 (UCP015376)
64   DIG - Croatia Part 2 Cost Report 6 Documents - PE 09042015 (UCP015392)
65   DIG - Croatia Part 2 Cost Report 7 Documents - PE 07062016 (UCP015402)
66   DIG - Croatia Part 2 ZERO BALANCE Flex Cost Report - 08062016 (UCP015420)
67   DIG - Episode 01002 Cost Report 4 Documents - PE 05082015 (UCP015432)
68   DIG - Episode 01003 Cost Report 4 Documents - PE 05072015 (UCP015446)
69   DIG - Episode 01004 Cost Report 4 Documents - PE 05082015 (UCP015460)
70   DIG - Episode 01005 Cost Report 3 Documents - PE 05082015 (UCP015474)

D1

## Documents, Data, and Materials Reviewed

71   DIG - Episode 01006 Cost Report 3 Documents - PE 05082015 (UCP015488)
72   DIG - Israel All Series 01096 Cost Report 7 Documents - PE 04292015 (UCP015502)
73   DIG - Israel All Series 01096 Cost Report 8 Documents - PE 10212015 (UCP015508)
74   DIG - Israel Hiatus 01097 Cost Report 7 Documents - PE 04292015 (UCP015514)
75   DIG - Israel Hiatus 01097 Cost Report 8 Documents - PE 10162015 (UCP015519)
76   DIG - Israel Pilot 01001 Cost Report 8 Documents - PE 10222015 (UCP015524)
77   DIG - Israel Prep 01095 Cost Report 7 Documents - PE 04292015 (UCP015532)
78   DIG - Israel Prep 01095 Cost Report 8 Documents - PE 10152015 (UCP015538)
79   DIG - Israel Wrap 01098 Cost Report 7 Documents - PE 04292015 (UCP015544)
80   DIG - Israel Wrap 01098 Cost Report 8 Documents - PE 10152015 (UCP015549)
81   DIG - NM Amort 01086 Cost Report 7 Documents - PE 11222015 (UCP015554)
82   DIG - NM Amort 01086 Cost Report 8 Documents - PE 06272016 (UCP015563)
83   DIG - NM Amort 01086 Cost Report 9 Documents - PE 08112016 (UCP015572)
84   DIG - NM Amort 01091 Cost Report 9 Documents - PE 07062016 (UCP015580)
85   DIG - NM Amort 01091 Cost Report 10 Documents - PE 08062016 (UCP015588)
86   DIG - NM Prep 01085 Cost Report 8 Documents - PE 08072016 (UCP015597)
87   DIG - NM Wrap 01088 Cost Report 9 Documents - PE 08072015 (UCP015606)
88   DIG - Pilot 01001 Cost Report 7 Documents - PE 04292015 (UCP015614)
89   DIG - Prep 01085 Cost Report 5 Documents - PE 05082015 (UCP015622)
90   DIG - Prep 01085 Cost Report 7 Documents - PE 11112015 (UCP015631)
91   DIG - Wrap 01088 Cost Report 5 Documents - PE 05082015 (UCP015640)
92   DIG - Wrap 01088 Cost Report 8 Documents - PE 11162015 (UCP015649)
93   DIG 2 cost report 4 23 15 (UCP015658)
94   DIG 2 WE0221 COST REPORT TOPSHEET (UCP015669)
95   DIG 2 WE0221 COST RPT DETAIL (UCP015670)
96   DIG 2 WE0221 COST RPT SUMMARY (UCP015686)
97   DIG ALL SERIES COST REPORT #1 (UCP015688)
98   DIG ALL SERIES COST REPORT #2 (UCP015692)
99   DIG ALL SERIES COST REPORT #4 (UCP015696)
100  DIG ALL SERIES COST REPORT #5  (UCP015701)
101  DIG ALL SERIES COST REPORT _3  (UCP015706)
102  Dig Croatia 2 Cost Report WE 1.31.15 (UCP015711)
103  Dig Croatia 2 cost report we 2.7.15 (UCP015729)
104  DIG HIATUS COST REPORT #1    (UCP015740)
105  DIG HIATUS COST REPORT #2    (UCP015744)

## Documents, Data, and Materials Reviewed

106   DIG HIATUS COST REPORT #4     (UCP015745)
107   DIG PILOT COST REPORT #1     (UCP015749)
108   DIG PILOT COST REPORT #2     (UCP015756)
109   DIG PILOT COST REPORT #3     (UCP015763)
110   DIG PILOT COST REPORT #3 REVISED (UCP015770)
111   DIG PILOT COST REPORT #4     (UCP015777)
112   DIG PILOT COST REPORT #5     (UCP015784)
113   DIG PILOT COST REPORT #6     (UCP015791)
114   DIG PILOT HOT COST DAY #12 (UCP015798)
115   DIG PREP COST REPORT #1     (UCP015799)
116   DIG PREP COST REPORT #2 (UCP015804)
117   DIG PREP COST REPORT #3     (UCP015809)
118   DIG PREP COST REPORT #4     (UCP015814)
119   DIG PREP CR#1 Topsheet (UCP015819)
120   DIG PREP CR#2  Topsheet (UCP015820)
121   DIG WRAP COST REPORT #  2 (UCP015821)
122   DIG WRAP COST REPORT #1     (UCP015825)
123   DIG WRAP COST REPORT #3     (UCP015829)
124   DIG WRAP COST REPORT TOPSHEET #3 (UCP015833)
125   DIG WRAP CR #2 TOPSHEET (UCP015834)
126   DIG_ALL SERIES COST REPORT VARIANCE (UCP015835)
127   DIG_ALL SERIES COST REPORT#5 TOPSHEET (UCP015836)
128   DIG_ALL SERIES VARIANCE REPORT # 4 (UCP015837)
129   DIG_ALL SERIES VARIANCE REPORT #2 (UCP015838)
130   DIG_ALL SERIES VARIANCE REPORT #3 (UCP015839)
131   DIG_HIATUS COST REPORT  TOPSHEET #4 (UCP015840)
132   DIG_HIATUS COST REPORT #1 TOPSHEET (UCP015841)
133   DIG_HIATUS COST REPORT #2 TOPSHEET (UCP015842)
134   DIG_HIATUS CR #3  TOPSHEET (UCP015846)
135   DIG_Pilot COST REPORT  #3 Topsheet (UCP015848)
136   DIG_Pilot COST REPORT  #3 Topsheet REVISED (UCP015847)
137   DIG_Pilot COST REPORT  #4 Topsheet (UCP015849)
138   DIG_Pilot COST REPORT  #6 Topsheet (UCP015850)
139   DIG_Pilot COST REPORT #1 Topsheet (UCP015851)
140   DIG_Pilot COST REPORT #2 Topsheet (UCP015852)

**Documents, Data, and Materials Reviewed**

141   DIG_Pilot COST REPORT #5 Topsheet (UCP015853)
142   DIG_PREP COST REPORT # 4 TOPSHEET (UCP015854)
143   DIG_PREP TOPSHEET CR # 3 (UCP015855)
144   DIG_WRAP COST REPORT #1 TOPSHEET (UCP015856)
145   DIG2 cost report we 02014 (UCP015857)
146   DIG-NM AMORT 01086 COST REPORT #1 110614 (UCP015868)
147   DIG-NM AMORT 01086 COST REPORT #2 122214 (UCP015876)
148   DIG-NM AMORT 01086 COST REPORT #3 020415 (UCP015885)
149   DIG-NM AMORT 01091 COST REPORT #1 122214 (UCP015894)
150   DIG-NM AMORT 01091 COST REPORT #2 012215 (UCP015902)
151   DIG-NM AMORT 01091 COST REPORT #3 020415 (UCP015910)
152   DIG-NM EPISODE 01002 COST REPORT #1 (UCP015918)
153   DIG-NM EPISODE 01002 COST REPORT#2 (UCP015932)
154   DIG-NM EPISODE 01002 COST REPORT#3 (UCP015946)
155   DIG-NM EPISODE 01003 COST REPORT #1 (UCP015960)
156   DIG-NM EPISODE 01003 COST REPORT#2.013015 (UCP015974)
157   DIG-NM EPISODE 01004 COST REPORT #2 013015 (UCP015988)
158   DIG-NM EPISODE 01004 COST REPORT#1 121114 (UCP016002)
159   DIG-NM EPISODE 01005 COST REPORT #1 121114 (UCP016016)
160   DIG-NM EPISODE 01005 COST REPORT #2 013015 (UCP016030)
161   DIG-NM EPISODE 01006 COST REPORT #1 (UCP016044)
162   DIG-NM EPISODE 01006 COST REPORT #2 020915 (UCP016058)
163   DIG-NM EPISODE 01007 COST REPORT #1 011314 (UCP016072)
164   DIG-NM EPISODE 01007 COST REPORT #2 020915 (UCP016073)
165   DIG-NM EPISODE 01008 COST REPORT #1 011315 (UCP016087)
166   DIG-NM EPISODE 01009 COST REPORT#1 (UCP016101)
167   DIG-NM EPISODE 01010 COST REPORT#1 (UCP016114)
168   DIG-NM EPISODE 01010 COST REPORT#2 021115 (UCP016127)
169   DIG-NM PREP 01085 COST REPORT #2 121114 (UCP016140)
170   DIG-NM WRAP 01088 COST REPORT #1 021015 (UCP016149)
171   DigSnow-CostReport 040514 v2 (UCP016158)
172   DigSnow-CostReport 042514 (UCP016168)
173   DigSnow-CostReport 052814 (UCP016178)
174   DigSnow-CostReport 063014 (UCP016188)
175   DigSnow-CostReport 101114 (UCP016198)

**Documents, Data, and Materials Reviewed**

176   DigSnow-CostReport-121314 (UCP016209)
177   HIATUS COST REPORT #3      (UCP016220)
178   DIG ABQ HC  01003 DAY 4 (UCP016224)
179   DIG ABQ HC 01002 DAY 1 (UCP016225)
180   DIG ABQ HC 01002 DAY 2 (UCP016226)
181   DIG ABQ HC 01002 DAY 3 (UCP016227)
182   DIG ABQ HC 01002 DAY 4 (UCP016228)
183   DIG ABQ HC 01002 DAY 5 (UCP016229)
184   DIG ABQ HC 01003  DAY 1 (UCP016230)
185   DIG ABQ HC 01003 DAY 2 (UCP016231)
186   DIG ABQ HC 01003 DAY 3 (UCP016232)
187   DIG ABQ HC 01003 DAY 5 (UCP016233)
188   DIG ABQ HC 01004 DAY 1 (UCP016234)
189   DIG ABQ HC 01004 DAY 2 (UCP016235)
190   DIG ABQ HC 01004 DAY 3 (UCP016236)
191   DIG ABQ HC 01004 DAY 4 (UCP016237)
192   DIG ABQ HC 01004 DAY 5 (UCP016238)
193   DIG ABQ HC 01004 DAY 6 (UCP016239)
194   DIG ABQ HC 01005 DAY 1 (UCP016240)
195   DIG ABQ HC 01005 DAY 2 (UCP016241)
196   DIG ABQ HC 01005 DAY 3 (UCP016242)
197   DIG ABQ HC 01005 DAY 4 (UCP016243)
198   DIG ABQ HC 01005 DAY 5 (UCP016244)
199   DIG ABQ HC 01006  DAY 1 (UCP016245)
200   DIG ABQ HC 01006 DAY 2 (UCP016246)
201   DIG ABQ HC 01006 DAY 3 (UCP016247)
202   DIG ABQ HC 01006 DAY 4 (UCP016248)
203   DIG ABQ HC 01006 DAY 5 (UCP016249)
204   DIG ABQ HC 01006 DAY 6 (UCP016250)
205   DIG ABQ HC 01007 DAY 1 (UCP016251)
206   DIG ABQ HC 01007 DAY 2 (UCP016252)
207   DIG ABQ HC 01007 DAY 3 (UCP016253)
208   DIG ABQ HC 01007 DAY 4 (UCP016254)
209   DIG ABQ HC 01008 DAY 2 (UCP016255)
210   DIG ABQ HC 01008 DAY 3 (UCP016256)

D1

**Documents, Data, and Materials Reviewed**

211   DIG ABQ HC 01008 DAY 4 (UCP016257)
212   DIG ABQ HC 01008-DAY 1 (UCP016258)
213   DIG ABQ HC 01009 DAY 1 (UCP016259)
214   DIG ABQ HC 01009 DAY 2 (UCP016260)
215   DIG ABQ HC 01009 DAY 4 (UCP016261)
216   DIG ABQ HC 01010 DAY 1 (UCP016262)
217   DIG ABQ HC 01010 DAY 2 (UCP016263)
218   DIG ABQ HC 01010 DAY 3 (UCP016264)
219   DIG ABQ HC 01010 DAY 4 (UCP016265)
220   DIG CROATIA HOT COST DAY #1 (UCP016266)
221   DIG CROATIA HOT COST DAY #2 (UCP016267)
222   DIG PILOT HOT COST DAY #1 (UCP016268)
223   DIG PILOT HOT COST DAY #2 (UCP016269)
224   DIG PILOT HOT COST DAY #3 (UCP016270)
225   DIG PILOT HOT COST DAY #4 (UCP016271)
226   DIG PILOT HOT COST DAY #5 (UCP016272)
227   DIG PILOT HOT COST DAY #6 (UCP016273)
228   DIG PILOT HOT COST DAY #7 (UCP016274)
229   DIG PILOT HOT COST DAY #8 (UCP016275)
230   DIG PILOT HOT COST DAY #9 (UCP016276)
231   DIG PILOT HOT COST DAY #10 (UCP016277)
232   DIG PILOT HOT COST DAY #11 (UCP016278)
233   DIG PILOT HOT COST DAY #13 (UCP016279)
234   DIG PILOT HOT COST DAY #14 (UCP016280)
235   DIG PILOT HOT COST DAY #15 (UCP016281)
236   DIG PILOT HOT COST DAY #16 (UCP016283)
237   DIG PILOT HOT COST DAY #17 (UCP016284)
238   DIG PILOT HOT COST DAY #18 (UCP016285)
239   DIG PILOT HOT COST DAY #19 (UCP016286)
240   Snow-Day 01 032414 (UCP016287)
241   Snow-Day 02 032514 (UCP016294)
242   Snow-Day 03 032614 Revised (UCP016301)
243   Snow-Day 04 032714 (UCP016308)
244   DIG - Israel Series Recap - 04292015 (UCP016315)
245   DIG - Israel Series Recap - PE 10222015 (UCP016368)

**Documents, Data, and Materials Reviewed**

246    DIG - New Mexico Series Recap - PE 03192015 (UCP016421)
247    DIG - New Mexico Series Recap - PE 04172015 (2) (UCP016481)
248    DIG - New Mexico Series Recap - PE 04172015 (UCP016483)
249    DIG - New Mexico Series Recap - PE 04272015 (UCP016543)
250    DIG - New Mexico Series Recap - PE 05082015 (UCP016603)
251    DIG - New Mexico Series Recap - PE 05142015 (UCP016663)
252    DIG - New Mexico Series Recap - PE 06142015 (UCP016723)
253    DIG - New Mexico Series Recap - PE 06272015 (UCP016782)
254    DIG - New Mexico Series Recap - PE 07062016 (UCP016843)
255    DIG - New Mexico Series Recap - PE 08112016 (UCP016905)
256    DIG - New Mexico Series Recap - PE 08222015 (UCP016967)
257    DIG - New Mexico Series Recap - PE 09042015 (UCP017026)
258    DIG - New Mexico Series Recap - PE 11222015 (UCP017085)
259    DIG Israel Series recap 12 30 14 (UCP017147)
260    DIG Series recap 7.12.14 (UCP017200)
261    Dig Series recap NM 010915 (UCP017201)
262    Dig Series recap NM 12114 (UCP017255)
263    Dig Series recap NM 012315 (UCP017309)
264    Dig Series recap NM 020415 (UCP017363)
265    Dig Series recap NM 021315 (UCP017417)
266    Dig Series recap NM 110114 (UCP017469)
267    Dig Series recap NM 110614 (UCP017521)
268    Dig Series recap NM 110814 (UCP017573)
269    Dig Series recap NM 111414 (UCP017625)
270    Dig Series recap NM 120614 (UCP017680)
271    Dig Series recap NM 121314 (UCP017735)
272    Dig Series recap NM 122014 (UCP017790)
273    Israel DIG  Nov 22nd Recap (UCP017843)
274    Israel DIG Nov 1 Recap-1 (UCP017893)
275    Series recap 6.29.14 (UCP017943)
276    Series Recap 6_19_14 (UCP017944)
277    Series recap 7.5.14 (UCP017994)
278    Series recap 7.19.14 (UCP017995)
279    Series recap 7.26.14 (UCP017996)
280    Series recap 8.2.14 (UCP017997)

D1

**Documents, Data, and Materials Reviewed**

281   Series recap 8.9.14 (UCP017998)
282   Series recap 8.16.14 (UCP017999)
283   Series recap 8.30.14 (UCP018000)
284   Series recap 10.25.14 Israel (UCP018001)
285   Series recap 11.14.14 Israel (UCP018002)
286   COA Listing Report (UCP_004048-4075)
287   DIG2 Locked Budget Comparison (UCP014705)
288   DIG - Israel Series Recap - 04292015  (UCP016315)
289   DIG - Israel Series Recap - PE 10222015 (UCP016368)
290   DIG - New Mexico Series Recap - PE 03192015 (UCP016421).pdf
291   DIG - New Mexico Series Recap - PE 04172015  (UCP016483)
292   DIG - New Mexico Series Recap - PE 04272015 (UCP016543)
293   DIG - New Mexico Series Recap - PE 05082015 (UCP016603)
294   DIG - New Mexico Series Recap - PE 05142015 (UCP016663)
295   DIG - New Mexico Series Recap - PE 06142015 (UCP016723)
296   DIG - New Mexico Series Recap - PE 06272015 (UCP016782)
297   DIG - New Mexico Series Recap - PE 07062016 (UCP016843)
298   DIG - New Mexico Series Recap - PE 08112016  (UCP016905)
299   DIG - New Mexico Series Recap - PE 08222015 (UCP016967)
300   DIG - New Mexico Series Recap - PE 09042015 (UCP017026)
301   DIG - New Mexico Series Recap - PE 11222015 (UCP017085)
302   DIG Israel Series recap 12 30 14  (UCP017147)
303   Dig Series recap NM 010915 (UCP017201)
304   Dig Series recap NM 12114 (UCP017255)
305   Dig Series recap NM 012315 (UCP017309)
306   Dig Series recap NM 020415 (UCP017363)
307   Dig Series recap NM 021315 (UCP017417)
308   Dig Series recap NM 110114 (UCP017469)
309   Dig Series recap NM 110614 (UCP017521)
310   Dig Series recap NM 110814 (UCP017573)
311   Dig Series recap NM 111414 (UCP017625)
312   Dig Series recap NM 120614 (UCP017680)
313   Dig Series recap NM 121314 (UCP017735)
314   Dig Series recap NM 122014  (UCP017790)
315   Israel DIG  Nov 22nd Recap (UCP017843)

Confidential - Attorney's Eyes Only

**Documents, Data, and Materials Reviewed**

316   Israel DIG Nov 1 Recap-1 (UCP017893)
317   Series recap 11.14.14 Israel (UCP018002)
318   UCP018003-UCP018021
319   UCP018003
320   UCP018004
321   UCP018005
322   UCP018006
323   UCP018007
324   UCP018008
325   UCP018009
326   UCP018010
327   UCP018011
328   UCP018012
329   UCP018013
330   UCP018014
331   UCP018015
332   UCP018016
333   UCP018017
334   UCP018018
335   UCP018019
336   UCP018020
337   UCP018021
338   CONFIDENTIAL-UCP018018
339   CONFIDENTIAL-UCP018019
340   Dig Extra Expense Categories (UCP018022-18026)
341   UCP004076_00424A889CF896421B03D863E555953A
342   UCP004077_DigSnow-CostReport 040514 v2
343   UCP004087_0062C75994481751DA433AC2099DAD69
344   UCP004088_DIG EPISODE 01009 BUD_1 120114
345   UCP004150_DIG EPISODE 01010 BUD 120114
346   UCP004213_01500F8F2B185A9581696D147582062C
347   UCP004214_Series recap 8.9.14
348   UCP004215_020466F5A3064FCCD665F491C0DCBD8D
349   UCP004216_DIG PILOT NIS ONLY LOCKED BUDGET 6_8_14
350   UCP004253_0846B7B2AFE7D8FD6788F522C30636D5

## Documents, Data, and Materials Reviewed

351   UCP004255_DIG2 Amort Locked Budget 012615
352   UCP004264_DIG2 Croatia Locked Budget 012615
353   UCP004400_DIG2 Locked Budget Comparison
354   UCP004405_088D790283157426FCD8D59A4BB32903
355   UCP004406_Series recap 6.29.14
356   UCP004407_08E0F29BD5A9CFD8FAC101F910804C43
357   UCP004408_DIG_ EPISODE 01002 BUDGET_100614
358   UCP004468_EPI 01002budget variance TS 100614
359   UCP004469_09B70CCC6EBC51D6741B911577FD015E
360   UCP004471_DIG - Israel All Series 01096 Cost Report 7 Documents - PE 04292015
361   UCP004477_DIG - Israel Hiatus 01097 Cost Report 7 Documents - PE 04292015
362   UCP004482_DIG - Israel Prep 01095 Cost Report 7 Documents - PE 04292015
363   UCP004488_DIG - Israel Series Recap - 04292015
364   UCP004489_DIG - Israel Wrap 01098 Cost Report 7 Documents - PE 04292015
365   UCP004494_DIG - Pilot 01001 Cost Report 7 Documents - PE 04292015
366   UCP004502_09FF7D91D040B5CB6921E2B01017CB33
367   UCP004503_DIG - New Mexico Series Recap - PE 08112016
368   UCP004505_DIG - NM Amort 01086 Cost Report 9 Documents - PE 08112016
369   UCP004513_DIG - NM Amort 01091 Cost Report 10 Documents - PE 08062016
370   UCP004521_DIG - NM Prep 01085 Cost Report 8 Documents - PE 08072016
371   UCP004530_DIG - NM Wrap 01088 Cost Report 9 Documents - PE 08072015
372   UCP004538_0A8E47FDA1E80FAA2198068CFF9FD913
373   UCP004539_DIG Israel Series recap 12 30 14
374   UCP004576_0AA1DD46FD0B33D64DCEED050CAADFA8
375   UCP004577_DIG - Croatia, Bidding Budget August 12th 2014 - Kuna v06
376   UCP004613_0C4395675EE1A2C40A780B5757778A95
377   UCP004614_DIG - Croatia Cost Report 4 DETAIL - PE 10182014
378   UCP004633_DIG - Croatia Cost Report 4 SUMMARY - PE 10182014
379   UCP004635_DIG - Croatia Cost Report 4 TOPSHEET - PE 10182014
380   UCP004636_0CD761CB749BD8EF42BF59683E11894B
381   UCP004637_DIG PILOT BUDGET NIS REVISED #3  6_5_14_14
382   UCP004674_DIG PILOT BUDGET REVISED #3A  6_5_14_14
383   UCP004721_0E1395E0FC0553308A79EC5698ECDAFD
384   UCP004722_DIG - Cost Report 8 TOPSHEET - PE 03052015
385   UCP004723_DIG - Croatia Part 1 Cost Report - PE 03052015

### Documents, Data, and Materials Reviewed

386   UCP004725_DIG - Croatia Part 1 Cost Report DETAIL - PE 03052015
387   UCP004744_1065C422E3AE4896D69F83EE829E3200
388   UCP004745_DigSnow-CostReport 040514 v2
389   UCP004755_10A75D9C335E875CBF35E56F6C82CB42
390   UCP004756_DIG - 01085 PREP Cost Report -PE 102514
391   UCP004765_119AE96FF8D05BE26465196F6A83BE6A
392   UCP004766_DIG - Cost Report 6 TOPSHEET - PE 12132014
393   UCP004767_DIG - Croatia Cost Report 6 DETAIL - PE 12132014
394   UCP004786_11EB4793B38B4D41731E995D79040F38
395   UCP004788_DIG - Amort 01091 Cost Report 8 Documents - PE 11162015
396   UCP004797_DIG - New Mexico Series Recap - PE 11222015
397   UCP004799_DIG - NM Amort 01086 Cost Report 7 Documents - PE 11222015
398   UCP004808_DIG - Prep 01085 Cost Report 7 Documents - PE 11112015
399   UCP004817_DIG - Wrap 01088 Cost Report 8 Documents - PE 11162015
400   UCP004826_1477AB56D677F57F7AB82F198C5FCCB2
401   UCP004827_EPI 01002budget variance TS
402   UCP004828_EPI 01003budget variance TS
403   UCP004829_1522E07F0FBA8550FE48A34495441C1F
404   UCP004830_Amort - 801-03 to 805-02
405   UCP004833_Amort - Associate Producer acc 600-03
406   UCP004834_Pattern - 801-01-808-06
407   UCP004839_Pattern - Associate Producer acc 600-03
408   UCP004840_Pilot - 799-01 to 808-06
409   UCP004846_Pilot - Associate Producer acc 600-03
410   UCP004847_166101C555FAC04A067D513CF1E45B96
411   UCP004848_DIG PATTERN - BudgetComparison-6_2_14 to 6 _5_14
412   UCP004849_DIG PATTERN BUDGET REVISED #3  6_5_14_14
413   UCP004895_167ED17B61C0F13819C614177F191B3B
414   UCP004896_DIG - 01002 Cost Report -111014
415   UCP004910_DIG - 01003 Cost Report -111214
416   UCP004924_Dig Series recap New Mexico 111414
417   UCP004971_169EDA2613D151F650284931ADB04C9F
418   UCP004972_DIG Amort-031114
419   UCP005011_1A7D14477942CCABEBF429BB38F8F2E0
420   UCP005012_DigSnow-CostReport 062714 V2

Confidential - Attorney's Eyes Only

**Documents, Data, and Materials Reviewed**

421   UCP005022_DigSnow-CostReport 101114
422   UCP005033_1B13ECEFAB1D96A865440A1FE59F3A57
423   UCP005034_DIG_ EPISODE 01002 BUDGET_100214
424   UCP005095_DIG_EPISODE 01003 BUDGET_100214
425   UCP005157_EPI 01002budget variance TS
426   UCP005158_EPI 01003budget variance TS
427   UCP005159_1B66E9364D99BD7F08C465FDEF5AA28E
428   UCP005160_Series recap 7.19.14
429   UCP005161_1C486424100E6799493B012CC688F820
430   UCP005162_DIG - CROATIA Cost Report 9 Documents - PE 04102015
431   UCP005184_1CE024B959CB0F1D308DF1F24A4E399A
432   UCP005185_AMORT AND CROATIA C-RPT SUMMARY WE0221
433   UCP005186_DIG 2 WE0221 COST REPORT TOPSHEET
434   UCP005187_DIG 2 WE0221 COST RPT DETAIL
435   UCP005203_DIG 2 WE0221 COST RPT SUMMARY
436   UCP005205_1D50E7F6849AB1AE64370EFB51A2C492
437   UCP005206_DIG - Amort 01086 Cost Report 4 Documents - PE 03192015
438   UCP005215_DIG - Amort 01091 Cost Report 4 Documents - PE 03192015
439   UCP005224_DIG - New Mexico Series Recap - PE 03192015
440   UCP005226_21FE72931B438AB6E208A3822C49F9CE
441   UCP005229_Dig Preliminary NIS Amort 5_22_14
442   UCP005263_Dig Preliminary NIS Pattern 5_22_14
443   UCP005298_Dig Preliminary NIS PILOT 5_22_14
444   UCP005333_22255AC97B9D50A4CBD26EFCC02717B7
445   UCP005334_Dig  Prep cost report 12.30.14
446   UCP005340_Dig Amort cost report 12.30.14
447   UCP005346_Dig Hiatus cost report 12.30.14
448   UCP005351_DIG Israel Series recap 12 30 14
449   UCP005398_DIG pilot cost report 12.30.14
450   UCP005406_Dig Wrap cost report 12.30.14
451   UCP005412_Copy of DIG tent criticals 6ep  6-11
452   UCP005413_Dig Budget Signoff 2nd pg
453   UCP005414_DIG PATTERN LOCKED BUDGET 6_8_14
454   UCP005460_DIG PILOT LOCKED BUDGET 6_8_14
455   UCP005507_237504E9FE6438E7D1F1D9A121390141

## Documents, Data, and Materials Reviewed

456   UCP005508_DIG - 01005 EPI 5_COST RPRT#2 013015
457   UCP005522_DIG - 01085 PREP Cost Report#3.012615
458   UCP005523_DIG - 01086 AMORT Cost Rept #3 020415
459   UCP005532_DIG -01091 B4 AMORT Cost Report#3 020415
460   UCP005540_Dig Series recap NM 020415
461   UCP005542_DIG_01004 EPI 4_COST RPRT#2 013015
462   UCP005556_DIG-NM EPISODE 01002 COST REPORT#3
463   UCP005570_DIG-NM EPISODE 01003 COST REPORT#2.013015
464   UCP005584_25750352F066D5ABA6872BD8736FA6CF
465   UCP005585_DIG PILOT - BudgetComparison-6_2_14to 6 _5_14
466   UCP005586_2A134A4155B60A24D082C5F4B3C5DC60
467   UCP005587_DIG PILOT COST REPORT #2  7_27_14
468   UCP005594_DIG PILOT CR #2 Variance 7_27_14
469   UCP005595_2A678F0E3A32C47A66B4DD59B8E6077F
470   UCP005596_Dig-104_vfx_budget_v04_3-24-15
471   UCP005602_Dig-105_vfx-budget_v05_3-27-15
472   UCP005606_Dig-106_vfx-budget_v03_3-27-15
473   UCP005609_DIG-S1_VFX-Budget-Tracking_3-27-15
474   UCP005610_2A79AF4936F9C39EBC31553E5628A2F9
475   UCP005611_AMORT AND CROATIA C-RPT SUMMARY WE0314
476   UCP005612_DIG 2 WE0314 Cost report Detail
477   UCP005620_DIG 2 WE0314 Cost report Summary
478   UCP005622_DIG 2 WE0314 COST REPORT TOPSHEET
479   UCP005623_2AB641B195DC27B14F1D3974634BC0E2
480   UCP005624_DIG - 01002 Cost Report -111014
481   UCP005638_2C5E38509782AD3C6DA204C7BF217CE4
482   UCP005639_DIG AMORT BUDGET 5_14_14
483   UCP005677_DIG PATTERN BUDGET 5_14_14
484   UCP005722_DIG PILOT 5_14_14
485   UCP005768_338AA493330D7B6AD39C6CD889310F9E
486   UCP005769_Dig Series recap NM 110614
487   UCP005770_DIG_01086 AMORT_COST RPRT 110614
488   UCP005778_3460516B9568184549194DC2E23DE5CF
489   UCP005779_DIG AMORT COST REPORT #2
490   UCP005783_DIG_AMORT VARIANCE REPORT #2

## Documents, Data, and Materials Reviewed

491   UCP005784_37741C150EC2E59D7A79DE85BA47FC91
492   UCP005785_Dig Series recap NM 110814
493   UCP005786_3877BE37DBCAFE8863E65B76A223E6C4
494   UCP005787_Series recap 8.16.14
495   UCP005788_3CDDEB491C727DBD2BD4B8195E89810F
496   UCP005789_DIG PILOT COST REPORT #2
497   UCP005796_DIG_Pilot COST REPORT #2 Topsheet
498   UCP005797_3F18C4752AA52B2D8F108BD1720F00B5
499   UCP005797_3F18C4752AA52B2D8F108BD1720F00B5
500   UCP005800_WE0411 DIG2_Cost Detail Rpt
501   UCP005808_WE0411 DIG2_Cost Summary Rpt
502   UCP005810_41B84569906EE2B587318CDF3328E5BC
503   UCP005811_DIG - Cost Report 7 TOPSHEET - PE 01222015
504   UCP005812_DIG - CROATIA Cost Report 7 DETAIL - PE 01222015
505   UCP005831_DIG - CROATIA Cost Report 7 SUMMARY - PE 01222015
506   UCP005833_4354D5B58A77DC52D7DFDA01C9CEFBF9
507   UCP005834_Dig-109_VFX-budget_v02_04-13-15
508   UCP005841_DIG-S1_VFX-Budget-Tracking_4-13-15
509   UCP005842_43E92634CFC71BAAAB155E493E7162BF
510   UCP005843_DIG - Amort 01086 Cost Report 5 Documents - PE 04102015
511   UCP005852_4690D24E673F5B5C4A94C84A8FFBA15B
512   UCP005853_Dig Amort 5Eps NM 07-08
513   UCP005893_Dig Amort 5Eps NM 07-08top
514   UCP005895_Dig Patt 5Eps NM 07-08
515   UCP005931_Dig Patt 5Eps NM 07-08top
516   UCP005933_4F538271E16C8B0B7C4A92217D331DE6
517   UCP005934_DIG - Cost Report 2 TOPSHEET - PE 10042014
518   UCP005935_DIG - CROATIA Cost Report 2 DETAIL - PE 10042014
519   UCP005954_DIG - CROATIA Cost Report 2 SUMMARY - PE 10042014
520   UCP005956_DIG - CROATIA Cost Report 3 DETAIL - PE 10112014
521   UCP005975_DIG - CROATIA Cost Report 3 SUMMARY - PE 10112014
522   UCP005977_DIG - CROATIA Cost Report 3 TOPSHEET - PE 10112014
523   UCP005978_509D72AAE0E3B071FA5F82F37DAB4C3D
524   UCP005980_DIG 2 WE0411 COST REPORT TOPSHEET
525   UCP005981_WE0411 DIG2_Cost Detail Rpt

**Documents, Data, and Materials Reviewed**

526   UCP005989_WE0411 DIG2_Cost Summary Rpt
527   UCP005991_512AB9FDF920461F3827FBF68B22D047
528   UCP005992_DIG WRAP COST REPORT #1
529   UCP005996_DIG_WRAP COST REPORT #1 TOPSHEET
530   UCP005997_51490749ADEED42D57379CD9045BBE25
531   UCP005998_DIG - 01005 EPI 5_COST RPRT#2 013015
532   UCP006012_DIG - 01085 PREP Cost Report#3.012615
533   UCP006013_DIG - 01086 AMORT Cost Rept #3 020415
534   UCP006022_DIG -01091 B4 AMORT Cost Report#3 020415
535   UCP006030_Dig Series recap NM 020415
536   UCP006032_DIG_01004 EPI 4_COST RPRT#2 013015
537   UCP006046_DIG-NM EPISODE 01002 COST REPORT#3
538   UCP006060_DIG-NM EPISODE 01003 COST REPORT#2.013015
539   UCP006074_5AA7059B77690096565FCDC28B39027B
540   UCP006075_DIG - CROATIA Cost Report 10 DETAIL - PE 11102015
541   UCP005411_23073F1ACB9FECC65D14DA15E1B3A9B6
542   UCP006094_DIG - CROATIA Cost Report 10 SUMMARY - PE 11102015
543   UCP006096_DIG - CROATIA Cost Report 10 TOPSHEET - PE 11102015
544   UCP006097_5AF9959554F16908D480D9F197A88747
545   UCP006098_DIG - Israel All Series 01096 Cost Report 8 Documents - PE 10212015
546   UCP006104_DIG - Israel Hiatus 01097 Cost Report 8 Documents - PE 10162015
547   UCP006109_DIG - Israel Pilot 01001 Cost Report 8 Documents - PE 10222015
548   UCP006117_DIG - Israel Prep 01095 Cost Report 8 Documents - PE 10152015
549   UCP006123_DIG - Israel Series Recap - PE 10222015
550   UCP006124_DIG - Israel Wrap 01098 Cost Report 8 Documents - PE 10152015
551   UCP006129_5BACECB78F8EB3941469A2E5B456E86B
552   UCP006130_budgets 14 7 17 Details
553   UCP007400_budgets 14 7 17 Weekly
554   UCP007997_5EBD915A55F25C4424DF2C7BEE7142EE
555   UCP007998_DIG LOCKED criticals 6ep  6-12
556   UCP007999_63604374D034F8C1CE0CF5F89A5F641F
557   UCP008000_Series recap 6.29.14
558   UCP008001_680D38233B21B014CFDEB6EFB70A0D14
559   UCP008002_Dig Series recap NM 030615
560   UCP008018_6DC2AEEB041E487D9209E65F78027506

**Documents, Data, and Materials Reviewed**

561   UCP008019_AMORT AND CROATIA C-RPT SUMMARY WE0131
562   UCP008020_DIG2 WE0131 COST DETAIL REPORT
563   UCP008035_DIG2 WE0131 Cost Report Topsheet
564   UCP008036_DIG2 WE0131 COST SUMMARY RPT
565   UCP008038_6F3451623F97BB1453DB9362B5ABE191
566   UCP008039_Dig Promo vF7
567   UCP008046_75DFE2A9D0437A5B44A08A871FBEDD90
568   UCP008047_DIG PILOT COST REPORT #4
569   UCP008054_DIG_Pilot COST REPORT #4 Topsheet
570   UCP008055_75FDB964C9D7829C5852E63C1672EC4A
571   UCP008056_Series recap 8.2.14
572   UCP008057_DIG PREP CR#1 Topsheet
573   UCP008058_778D174C079B0C4C0E8983BD992852E3
574   UCP008059_DIG AMORT BUD_BACK 4_111414
575   UCP008087_DIG SERIES BUD_BACK 4_111414
576   UCP008148_78675A93756E7518DE49936614C0B3B2
577   UCP008149_Cost Report 01005 121114
578   UCP008163_DIG - 01085 PREP COST REPT #2-121514
579   UCP008172_Dig Series recap NM 121314
580   UCP008174_DIG_01004 EPI 4_COST RPRT 121014
581   UCP008188_7CCF8B9A3B869B56B19A1CAD1D2FAA48
582   UCP008188_7CCF8B9A3B869B56B19A1CAD1D2FAA48
583   UCP008190_DIG - Croatia Cost Report 5 DETAIL - PE 11082014
584   UCP008209_DIG - Croatia Cost Report 5 SUMMARY - PE 11082014
585   UCP008211_7EF0788BE12F223F47C1265B8FD16257
586   UCP008212_DIG - New Mexico Series Recap - PE 04172015 (2)
587   UCP008272_80D1638851B63E5D5D783B8A807E392C
588   UCP008273_DIG HIATUS COST REPORT #2
589   UCP008274_DIG_HIATUS COST REPORT #2 TOPSHEET
590   UCP008278_81EB1693DA9167674DFB1E974D08D04D
591   UCP008279_DIG - Croatia Locked Budget - 09022014
592   UCP008393_86491DE39F6E08BCCCDE62848B798864
593   UCP008394_Cost Report 01005 121114
594   UCP008408_DIG - 01085 PREP COST REPT #2-121514
595   UCP008417_Dig Series recap NM 121314

## Documents, Data, and Materials Reviewed

596   UCP008419_DIG_01004 EPI 4_COST RPRT 121014
597   UCP008433_864ED67D8B33A69C843AEFB265CF5FB1
598   UCP008434_DIG - CROATIA Cost Report 11 TOPSHEET - PE 06242015
599   UCP008435_DIG - Croatia Part 1 Cost Report 11 DETAIL - PE 06242016
600   UCP008454_DIG - Croatia Part 1 Cost Report 11 SUMMARY - PE 06242016
601   UCP008456_885303393C213BC9D2E184F2BE305E89
602   UCP008457_budgets 14 7 14 Details
603   UCP009197_budgets 14 7 14 Weekly
604   UCP009689_8A36BA6B7C19D944391C8F32B7B7B7F5
605   UCP009690_DigSnow-CostReport 042514
606   UCP009700_8C007F3A9BBF6D59FC7BD6F82DA72E30
607   UCP009701_Copy of DIG_PREP COST REPORT TOPSHEET
608   UCP009702_DIG PREP COST REPORT 2
609   UCP009707_8F50A4E95C2196881E7BBEC1F0F35218
610   UCP009707_8F50A4E95C2196881E7BBEC1F0F35218
611   UCP009713_DIG_ALL SERIES COST REPORT # 4B TOPSHEET
612   UCP009714_Israel DIG Nov 1 Recap-1
613   UCP009715_9117F785F9CE93D48E0762F57D262C4A
614   UCP009716_Cost Report 01006 #2 020915
615   UCP009730_Cost Report 01007 #2 020915
616   UCP009744_Cost Report 01010.2 021115
617   UCP009757_DIG - 01086 AMORT Cost Rept #3 020415(1)
618   UCP009766_DIG - 01088 WRAP Cost Rept #1 021015
619   UCP009775_DIG -01091 B4 AMORT Cost Report#3 020415
620   UCP009783_Dig Series recap NM 021315
621   UCP009785_974688D4880A3066603706FC6FF2037C
622   UCP009786_Dig Amort 5Eps NM 07-23
623   UCP009824_Dig Amort 5Eps NM 07-23top
624   UCP009825_Dig Patt 5Eps NM 07-23
625   UCP009862_Dig Patt 5Eps NM 07-23top
626   UCP009864_9ADD6C65A137DC70811C72E0874F4BE6
627   UCP009865_DIG ALL SERIES COST REPORT #1
628   UCP009869_DIG_ALL EPS COST REPORT TOPSHEET
629   UCP009870_9D9DFB6AB8059089967E083336FAD581
630   UCP009871_Dig-110_VFX-budget_Sc31Bombs_4-28-15

**Documents, Data, and Materials Reviewed**

631   UCP009874_Dig-110_VFX-budget_v06_4-28-15
632   UCP009893_DIG-S1_VFX-Budget-Tracking_4-28-15
633   UCP009894_A1FE7AC468C3EC9DB9163484182653B8
634   UCP009895_DIG - 01085 PREP Cost Report -PE 110114
635   UCP009904_Dig Series recap New Mexico we 102514
636   UCP009905_A35A07EE0B8F869CA74B2E2EFF8AC8F6
637   UCP009906_Dig - back 4 amort cost report 1.24.15
638   UCP009914_Dig - eps 1002 cost report we 1.24.15
639   UCP009928_Dig - eps 1009 cost report we 1.24.15
640   UCP009941_Dig - eps 1010 cost report we 1.24.15
641   UCP009952_A583DDAAA3BAAC55462A29CB528989DA
642   UCP009953_Series recap 10.25.14
643   UCP009954_A9CFA340E8BB2B2214DBA6F3E06CD70D
644   UCP009955_DIG Pilot COST REPORT #1
645   UCP009962_DIG_Pilot COST REPORT #1 Topsheet
646   UCP009963_AB1C432E22A67EDB390C4D4C1B2A0BB2
647   UCP009966_Dig Amort ABQ 08-01
648   UCP010005_Dig Amort ABQ 08-01top
649   UCP010006_Dig Patt ABQ 08-01
650   UCP010042_Dig Patt ABQ 08-01top
651   UCP010044_AB97DE43C7B9ACC6D6E5C882E549E461
652   UCP010045_Cost Report 01007 010915.2
653   UCP010059_Cost Report 01008 011315
654   UCP010073_Dig Series recap NM 010915
655   UCP010127_AC8BA062C0269E31207618479DE1CF10
656   UCP010128_DIG ALL SERIES COST REPORT _3
657   UCP010133_DIG_ALL SERIES VARIANCE REPORT #3
658   UCP010134_ACC24B370DEE2486BFCA2101E5FEAE7A
659   UCP010135_DIG - Prep 01085 Cost Report 4 Documents - PE 04122015
660   UCP010144_DIG - Wrap 01088 Cost Report 4 Documents - PE 04172015
661   UCP010153_AEA124467B62B5EACBEAAB3ABAF2F59C
662   UCP010154_DIG AMORT LOCKED BUDGET 6_8_14
663   UCP010193_DIG PATTERN LOCKED BUDGET 6_8_14
664   UCP010239_DIG PILOT LOCKED BUDGET 6_8_14
665   UCP010286_AF76AE1DCB0C534338C20CE0681489E8

Confidential - Attorney's Eyes Only

## Documents, Data, and Materials Reviewed

666   UCP010287_DIG_HIATUS CR #3  TOPSHEET
667   UCP010288_HIATUS COST REPORT #3
668   UCP010292_Israel Series recap 11.20.14
669   UCP010293_B00FFBE1476C8ADA0A4249B9D8681044
670   UCP010294_DIG PREP COST REPORT #3
671   UCP010299_DIG_PREP TOPSHEET CR # 3
672   UCP010300_B10715A74154D0C119CD07FC8292FC20
673   UCP010301_DIG PILOT COST REPORT #1
674   UCP010308_DIG_Pilot COST REPORT #1 Topsheet
675   UCP010309_B34BB8A43F65273880274FE2D693ACE9
676   UCP010310_DIG - 01002 Cost Report -111014
677   UCP010324_DIG - 01003 Cost Report -111214
678   UCP010338_Dig Series recap New Mexico 111414
679   UCP010390_B4A3F007CADB3E5BAA73287264D882C3
680   UCP010391_DIG - Croatia 107-110 Preliminary Budget - 11142014
681   UCP010482_B6775CF5471E60BDCD0F2303BA8D04F5
682   UCP010483_Dig Amort cost report 12.30.14
683   UCP010489_BB97F8ED5DE9F3FEE54E2C551CC2DF58
684   UCP010490_Dig-Back6 Amort-051414
685   UCP010522_Dig-Back6 Pattern-051414
686   UCP010571_C05BE5E8CD3D81CBA7D940D0577C03A4
687   UCP010572_DIG ALL SERIES COST REPORT #2
688   UCP010577_DIG WRAP COST REPORT #1
689   UCP010581_DIG_ALL SERIES VARIANCE REPORT #2
690   UCP010582_DIG_WRAP VARIANCE REPORT #1
691   UCP010583_C0D883C1E6506A7685D34AEF896B7197
692   UCP010584_DIG - 01085 PREP Cost Report -PE 102414
693   UCP010593_C15EC35A35EB79A673C5072B1CB9DE12
694   UCP010594_DIG All Episodes nis only LOCKED BUDGET 6_8_14
695   UCP010607_DIG Holiday Hiatus nis only LOCKED BUDGET 6_8_14
696   UCP010622_DIG Prep amd Push nis only LOCKED BUDGET 6_8_14
697   UCP010645_DIG Total Amort nis only LOCKED BUDGET 6_8_14
698   UCP010679_DIG Wrap nis only LOCKED BUDGET 6_8_14
699   UCP010697_DIG PILOT BUDGET NIS REVISED #3  6_5_14_14
700   UCP010734_C410141D742CB555B46DC8A1B89A5E95

### Documents, Data, and Materials Reviewed

701  UCP010735_DIG - New Mexico Series Recap - PE 07062016
702  UCP010737_DIG - NM Amort 01086 Cost Report 8 Documents - PE 06272016
703  UCP010746_DIG - NM Amort 01091 Cost Report 9 Documents - PE 07062016
704  UCP010755_DIG AMORT COST REPORT #2
705  UCP010760_DIG_ALL SERIES VARIANCE REPORT #2
706  UCP010761_C8E8D2C66924EEF1879F926F2E70C693
707  UCP010762_DIG - Amort 01091 Cost Report 7 Documents - PE 09042015
708  UCP010771_DIG - Croatia Part 2 Cost Report 6 Documents - PE 09042015
709  UCP010781_DIG - Episode 01007 Cost Report 5 Documents - PE 08302015
710  UCP010795_DIG - Episode 01008 Cost Report 5 Documents - PE 09022015
711  UCP010809_DIG - Episode 01010 Cost Report 5 Documents - PE 09022015
712  UCP010822_DIG - Episode 1009 Cost Report 5 Documents - PE 09022015
713  UCP010836_DIG - New Mexico Series Recap - PE 09042015
714  UCP010838_C9EB0FFE82344210E0F21365499F8654
715  UCP010839_Dig Post (3)
716  UCP010843_C9F8D062BFBF11685FA2B5827A1056DA
717  UCP010844_Croatia and Amort day cost est
718  UCP010934_C9FCA697FE4BA0D8410D5606022DC338
719  UCP010935_DIG HIATUS COST REPORT #1
720  UCP010939_DIG_HIATUS COST REPORT #1 TOPSHEET
721  UCP010940_CADBB7DE848D6DA8E92204634A961A08
722  UCP010941_DIG ALL SERIES COST REPORT #1
723  UCP010945_DIG_ALL SERIES VARIANCE REPORT #1
724  UCP010946_CCFF276F71D5F66BD344194B1AA21476
725  UCP010947_DIG - Amort 01091 Cost Report 5 Documents - PE 04292015
726  UCP010956_DIG - New Mexico Series Recap - PE 04272015
727  UCP010958_CD86D0413CD617BF0900579E9D53DDCF
728  UCP010959_Series recap 7.5.14
729  UCP010960_CEC165D00E80E2B6D3D613AAEBB08784
730  UCP010961_AMORT AND CROATIA C-RPT SUMMARY WE0214
731  UCP010962_DIG 2 WE0214 COST REPORT TOPSHEET
732  UCP010963_DIG2 CR DETAIL WE0214 CROATIA
733  UCP010978_DIG2 CR SUMMARY WE0214 CROATIA
734  UCP010980_CF3723957BC4B9A100294984265E2267
735  UCP010981_Dig Amort ABQ 08-01

Confidential - Attorney's Eyes Only

## Documents, Data, and Materials Reviewed

736   UCP011020_Dig Amort ABQ 08-01top
737   UCP011021_Dig Patt ABQ 08-01
738   UCP011057_Dig Patt ABQ 08-01top
739   UCP011059_Series recap 8.2.14
740   UCP011060_D35FBBE27AB462955DC2B65B0624AC49
741   UCP011061_budgets 14 7 17 Details
742   UCP012331_budgets 14 7 17 Weekly
743   UCP012928_D5AC3A3AA3715AC465A540A75607FC94
744   UCP012929_DIG Cortia Part 2 Amort
745   UCP012937_D949F4DED377676E216A692AC9585D9A
746   UCP012938_DIG - 01086 AMORT Cost Rept.#2_122014
747   UCP012947_DIG - 01091 B4 AMORT Cost Report -121714
748   UCP012955_Dig Series recap NM 122014
749   UCP012957_DA8CB359E7F75E589DAF663792A9DC5C
750   UCP012958_DIG PILOT COST REPORT #3
751   UCP012965_DIG_Pilot COST REPORT #3 Topsheet
752   UCP012966_DAAE3F7C09E8EFCE467C49F8BBA6DEAF
753   UCP012967_DIG 2 WE0131 COST REPORT TOPSHEET(3)
754   UCP012968_DIG2 AMORT & CROATIA C-RPT SUMMARY WE0131
755   UCP012969_DIG2 WE0131 COST DETAIL REPORT(2)
756   UCP012984_DIG2 WE0131 COST SUMMARY RPT(2)
757   UCP012986_DB12F825C3A6EE853BAE917C54A31437
758   UCP012987_Cost Report 01006 #2 020915
759   UCP013001_Cost Report 01007 #2 020915
760   UCP013015_Cost Report 01010.2 021115
761   UCP013028_DIG - 01088 WRAP Cost Rept #1 021015
762   UCP013037_Dig Series recap NM 021315
763   UCP013039_DB6BB30FCA26EF2CB5927B50B817FA96
764   UCP013040_Budget Comparison 012615 Pass(v2)
765   UCP013045_Budget Comparison 012615 Pass(v2)
766   UCP013059_DIG2 Amort Budget 012615(2)
767   UCP013068_DIG2 Croatia Budget 012615
768   UCP013204_DDD30573CC4BD54D8FE030C8B80FB28C
769   UCP013205_Series recap 8.30.14
770   UCP013206_E679DDA15A3CDF57A31BA31FD7D450AB

## Documents, Data, and Materials Reviewed

771   UCP013207_DIG - New Mexico Series Recap - PE 04172015 (2)
772   UCP013221_E6B3EBF91A7BC68B71A20C8FE2F6B072
773   UCP013222_DIG PUSH BUDGET 5_13_14
774   UCP013230_EA76F425E65685464D362542DFEEAE7B
775   UCP013231_DIG WRAP COST REPORT #  2
776   UCP013235_DIG WRAP CR #2 TOPSHEET
777   UCP013236_Series recap 11.14.14 Israel
778   UCP013237_EB287E3F002B5900226F7ED2F102AFDA
779   UCP013238_DIG - 01006 Cost Report - 120114
780   UCP013252_Dig Series recap NM 120114
781   UCP013254_EC4497A7D63063B863B55271C082413C
782   UCP013255_DIG 2 WE0424 COST REPORT TOPSHEET (3)
783   UCP013256_WE0424_DIG2 Cost Summary Report (3)
784   UCP013258_WE0424_DIG2Cost Detail Report (3)
785   UCP013266_EC52AF1ADAF3F68B46E925543B8A0A9C
786   UCP013267_DIG Israel Series recap 12 30 14
787   UCP013268_ED32E5FA13B87B8B44E9A1F981E01DA2
788   UCP013270_Location Manager-Rate Analysis
789   UCP013274_Location Mgr-Additional
790   UCP013278_Location Scout-Analysis
791   UCP013280_EDEE02B546154B09F423E33322234145
792   UCP013281_Dig Series recap NM 120614
793   UCP013283_F091285C087BCA4813B7C396D5CECE4A
794   UCP013284_DIG - CROATIA Cost Report 11 TOPSHEET - PE 06242015
795   UCP013285_DIG - CROATIA Cost Report 11 TOPSHEET - PE 06242015
796   UCP013297_DIG - Croatia Part 1 Cost Report 11 SUMMARY - PE 06242016
797   UCP013299_F347FD91D731A294107FABF6EC9044B4
798   UCP013301_DIG All Episodes nis only LOCKED BUDGET 6_8_14
799   UCP013314_DIG Holiday Hiatus nis only LOCKED BUDGET 6_8_14
800   UCP013329_DIG Prep amd Push nis only LOCKED BUDGET 6_8_14
801   UCP013352_DIG Total Amort nis only LOCKED BUDGET 6_8_14
802   UCP013386_DIG Wrap nis only LOCKED BUDGET 6_8_14
803   UCP013404_F69305A847FA2A4A54EAD6BE1D25F647
804   UCP013405_Dig Preliminary Amort 4_27_14
805   UCP013452_Dig Preliminary Pattern 4_27_14

**Documents, Data, and Materials Reviewed**

806   UCP013503_F765BB675C13538ED658B224AAE4D66A
807   UCP013504_DIG - Episode 01002 Cost Report 4 Documents - PE 05082015
808   UCP013518_DIG - Episode 01003 Cost Report 4 Documents - PE 05072015
809   UCP013532_DIG - Episode 01004 Cost Report 4 Documents - PE 05082015
810   UCP013546_DIG - Episode 01005 Cost Report 3 Documents - PE 05082015
811   UCP013560_DIG - Episode 01006 Cost Report 3 Documents - PE 05082015
812   UCP013574_DIG - New Mexico Series Recap - PE 05082015
813   UCP013576_DIG - Prep 01085 Cost Report 5 Documents - PE 05082015
814   UCP013585_DIG - Wrap 01088 Cost Report 5 Documents - PE 05082015
815   UCP013594_FC3C4B0DC341C08EFB5BC15052A919B7
816   UCP013595_DigSnow-CostReport-121314
817   UCP013606_DIG - CROATIA Cost Report 2 DETAIL - PE 10042014
818   UCP013625_DIG ABQ 'actual' criticals pilot+5eps+back 4 locked  12-1
819   UCP013626_DIG ABQ locked criticals pilot+5eps  10-6
820   UCP013627_DIG ABQ locked criticals pilot+5eps  10-7
821   UCP013628_DIG AMORT LOCKED BUDGET 6_8_14
822   UCP013667_DIG PATTERN LOCKED BUDGET 6_8_14
823   UCP013713_DIG PILOT LOCKED BUDGET 6_8_14
824   UCP013760_DIG - Croatia Locked Budget - 09022014
825   UCP013874_DIG LOCKED criticals 6ep  6-12
826   UCP013880_DIG_Pilot COST REPORT  #3 Topsheet
827   www.nbcuniversal.com/business/universal-cable-productions
828   www.usanetwork.com/dig/about

# DiscoveryEconomics

ECONOMICS, FINANCE, AND ACCOUNTING FOR BUSINESS AND LEGAL ISSUES

350 S. Grand Avenue, Suite 2200
Los Angeles, CA 90071
Tel 213.621.7780
Fax 213.621.2871
www.discoveryeconomics.com

**ROBERT W. WUNDERLICH, Ph.D.**

E1

DISCOVERY ECONOMICS, INC.
350 S. Grand Avenue
Suite 2200
Los Angeles, CA 90071
Tel:  213-617-6153

**EDUCATION**

M.B.A., Finance Emphasis, UCLA ANDERSON SCHOOL OF MANAGEMENT, Los Angeles CA, 1990, Carter Fellow (the School of Management's highest academic honor), Venture Capital Fellow

Ph.D., Chemical Physics, HARVARD UNIVERSITY, Cambridge, MA, 1981.

M.A., Physics, HARVARD UNIVERSITY, Cambridge, MA, 1978

B.A., Chemistry, Secondary Emphasis in English, COLUMBIA UNIVERSITY, New York, NY, 1975

**PRESENT POSITION**

DISCOVERY ECONOMICS, Los Angeles, CA, 1999-present
Principal

**PRIOR PROFESSIONAL EXPERIENCE**

LECG (Law and Economics Consulting Group), Los Angeles, CA, 1998-1999
Principal

DELOITTE AND TOUCHE, Dispute Consulting Group, Los Angeles, CA, 1994-1998
Senior Manager, Dispute Consulting

INTERA WEST Consultants, Los Angeles, CA, 1991-1994
Vice President

CHEVRON CORPORATION, La Habra, CA, 1981-1991
Group Leader & Senior Research Physicist

HARVARD UNIVERSITY, Cambridge, MA, 1975-1981
Teaching Fellow

Confidential - Attorney's Eyes Only

**SELECTED PROJECT EXPERIENCE**

Dr. Wunderlich specializes in economic, financial, and accounting analysis, often for matters in litigation or dispute.  His litigation experience includes evaluating economic damages, analyzing lost profits, performing valuation analysis, evaluating plans of reorganization, performing forensic accounting, analyzing claimed costs, tracing cash flows, performing pricing studies, and analyzing businesses, markets and industries. As part of business consulting, Dr. Wunderlich has performed market, profitability, pricing and valuation studies, assisted with acquisitions/sales, and provided financial consulting to investors and industry groups.  He has often applied statistical and other quantitative methods to support his analyses, and has taught classes for incoming M.B.A. students covering statistics, probability, and other mathematical methods for management.  Dr. Wunderlich has frequently served as an expert witness and a court-appointed expert.

Dr. Wunderlich is also a Director of Metropolitan Water District of Southern California, the water wholesaler for approximately 20 million residents of Southern California, where he serves on the Legal & Claims, Audit & Ethics, Finance, and Real Property Committees.

Dr. Wunderlich has consulted regarding a broad range of business issues in diverse legal contexts.  He has assisted with matters involving a variety of industries, including entertainment, fashion, technology-related, health care, gaming, environmental, real estate, chemical, petroleum, financial institutions, manufacturing, distribution, and retail.  Selected project examples to illustrate Dr. Wunderlich's experience are described below.

**Project Examples**

Financing and distribution of slate of films – Quantified damages from fraud related to financing of dozens of films.  Analyzed budgets, financing, and all sources of proceeds.

Financing for studio slate of dozens of films – Evaluated claimed damages due to alleged misrepresentation of financing practices in private placement memorandum.

Expected box office performance – Analyzed box office, audience surveys, critical reviews, cast composition, competition, and promotion for hundreds of film titles.

Earnings from film production – Quantified production and management fees from theatrical exhibition, video, and television for dozens of studio and independent releases.

Horror film proceeds – Analyzed past and future proceeds from well-known horror films.

Film copyright infringement – Evaluated damages due to alleged infringement of claimed source materials for well-known, critically acclaimed film.

Film copyright infringement – Evaluated damages due to alleged infringing uses of copyrighted material from well-known film for advertising purposes.

Proceeds from TV programming – Analyzed license fees and proceeds for several successful prime-time series in connection with claimed self-dealing by integrated studio.

Participation from TV programming – Analyzed contingent compensation for successful prime-time TV programs, including allocation of revenue from group of licensed programs.

Proceeds from television spinoff and/or sequel - Evaluated proceeds due from claimed spinoff and/or sequel of top-rated family of prime time TV series.

Proceeds from alleged breach of implied-in-fact TV contract - Analyzed claimed damages in connection with development and production of popular, prime time television series.

Television/merchandise copyright infringement – Analyzed claimed damages related to popular children's television program and related merchandise.

Confidential - Attorney's Eyes Only

Television retransmission royalties – Evaluated claimed damages related to collection of retransmission royalties for popular late-night television programming.

TV distribution - Evaluated broadcast, cable, and on-line distribution, including electronic-sell-through, video-on-demand (VOD), subscription VOD, and ad-supported VOD.

License fees for TV programming – Consulted regarding license fees for network, cable, and on-line distribution of TV content on behalf of studio.

Television flash sales – Evaluated claimed damages in connection with alleged theft of trade secrets and interference with economic opportunities.

Earnings/value from television programming / trademark – Quantified value of trademark and expected earnings from global TV licensing and merchandising rights.

Buy/sell agreement for television station – Quantified value of Southern California television station and economic damages from breach of purchase agreement.

Bankruptcy of entertainment entities – Analyzed disbursements of funds and value of film production and other entities prior to and while in bankruptcy on behalf of lender/creditor.

Video game franchise – Evaluated claimed lost profits and other damages in connection with alleged breach of contract regarding an extremely successful video game franchise.

Video game copyright infringement – Evaluated claimed damages due to alleged infringement of tattoo copyright incorporated into successful series of video games.

Video game trade secrets - Analyzed claimed damages due to alleged misappropriation of trade secrets related to merchandise included in collector's edition of popular video game.

Video game development – Analyzed claimed damages due to alleged fraud and breach of contract related to development of free-to-play video games.

Value of podcast business - Analyzed value of successful podcast business featuring well-known comedian in connection with ownership dispute.

Global video distribution – Quantified damages from breach of distribution agreement. Analyzed sales of thousands of titles by genre, release date, box office, and other attributes.

VHS/DVD proceeds – Analyzed sales, marketing and distribution expenses, profits, and royalty statements from VHS/DVD distribution in connection with a dispute over proceeds.

Market study of the home video industry – Analyzed home video market.  Analyzed profitability by various attributes of films.

Concerts and events – Evaluated payments and related P&L under licensing, performance and promotion agreements for events featuring well-known artists at prominent venue.

Charity concert event – Evaluated claimed lost donations for concert featuring well-known artists related to alleged failure of donation web site and telephone bank.

Recording copyright infringement – Quantified revenue and expenses for top-selling CD.

Record distribution earnings – Analyzed expected income from alternative music artists.

Recording royalties - Determined income including sales royalties, performance royalties, mechanical royalties, live performances, and merchandising.

Recording studio – Evaluated damages due to alleged business interruption, preventing recording of prominent international musician.

Film-related merchandising and promotional products – Quantified proceeds from licensed products related to a series of successful feature films.

Entertainment-themed promotional products – Evaluated damages due to misappropriation of assets incurred by supplier of promotional products to major theme parks.

Celebrity fashion line – Evaluated claimed damages due to alleged breach of agreement.

Confidential - Attorney's Eyes Only

Film-related merchandise rights – Analyzed damages due to claimed business interference and trademark infringement related to merchandising rights for a successful cult film.

Recording artist-related fragrance products – Analyzed claimed damages related to sales of fragrance products associated with a prominent recording artist.

Value of digital effects business – Evaluated value of business creating digital effects for commercials and other applications in connection with a shareholder dispute.

Post-production services – Analyzed lost profits and value of business providing post-production services in connection with an alleged wrongful termination of an agreement.

Market study of post-production industry - Evaluated market size, market segmentation, company performance, and profitability by segment.

Value of 3-D production studio - Analyzed value of disputed ownership interests in leading 2D to 3D conversion post-production studio.

Art auction – Evaluated economic ownership of prominent art work prior to auction.

Value of talent management company – Analyzed value of talent management company in connection with dispute among partners.

Entertainment agent compensation – Evaluated claimed lost compensation of successful talent agent resulting from alleged interference with client base.

Ticket broker breach of agreement – Analyzed damages stemming from alleged breach of agreement within the entertainment ticket brokerage industry.

Pari-mutuel wagering – Evaluated damages due to lost opportunity of dozens of Nevada casinos to provide pari-mutuel wagering on races at a prominent track.

Business projection for card casino – Analyzed factors leading to bankruptcy of California card casino.  Projected operations under different scenarios.

On-line and board game trademark infringement - Analyzed damages due to alleged infringement of trademark for popular game.

Children's products and apparel alleged fraud - Analyzed damages related to claimed fraudulent inducement to enter into representation agreement for line of products.

Recapitalization of publisher – Evaluated damages due to transactions including preferred stock redemption, repayment of debt, and issuance of new classes of common stock.

Publishing antitrust class action – Evaluated class issues and claimed economic damages.

Petroleum industry patent/antitrust matter – Evaluated reasonable royalty, invent-around costs, noninfringing alternatives, market size, and prices for certain gasoline blends.

Pharmaceutical patent/antitrust damages – Evaluated claimed economic damages related to patents covering AZT-containing drugs used in the treatment of HIV/AIDS.

Patents for automated telephone technology - Evaluated economic damages from alleged infringement of patents for telephone technology. Evaluated reasonable royalty.

Patents for pharmaceuticals – Evaluated economic damages from alleged infringement of patents for glaucoma products.  Evaluated lost profits and reasonable royalty.

Patents for therapy packs – Evaluated claimed lost profits and reasonable royalty from alleged failure to obtain overseas patents for medical products.

Breach of clinical testing agreement – Evaluated damages and lost patent value due to delayed market entry of patented drug.

Patents for cosmetic/health care product – Evaluated lost profits and reasonable royalty related to claimed infringement of patents for a cosmetic/health care product.

Patents for notebook displays – Evaluated economic damages related to LCD displays.

Confidential - Attorney's Eyes Only

Patents for portable, collapsible structures - Evaluated economic damages from alleged infringement of patents for recreational equipment.  Evaluated reasonable royalty.

Software copyright infringement and theft of trade secrets – Evaluated damages from alleged copyright infringement and theft of trade secrets in the computer services industry.

Software copyright infringement – Evaluated damages from alleged copyright infringement related to data backup, recovery, and management software.

Fashion trade dress & copyright infringement – For several projects, evaluated damages due to claimed infringement of fashion and accessories products.

Teen and young woman apparel brand – Analyzed claimed damages in connection with alleged false designation of origin.

Textile copyright infringement – Evaluated damages related to textiles used for apparel.

Jewelry copyright, trademark and trade dress – For several projects, analyzed damages due to alleged infringement.

Copyrights for lamps/decorative products – Analyzed damages from claimed infringement.

Trademark infringement of Asian food products – Evaluated damages due to distributor.

Medical device trademark – Evaluated damages due to alleged trademark infringement of device use to locate and avoid nerves during spine surgery.

Claimed trademark infringement by distributor of diet products – Evaluated damages due to claimed infringement by former distributor who started selling a competing product.

Winery trademark – Analyzed damages from alleged trademark infringement.

Energy drink distribution and trademark infringement – Evaluated claimed damages related to alleged wrongful termination of distribution agreement for branded energy drink.

Beauty care trade secrets – Analyzed damages due to alleged breach of agreement and theft of trade secrets related to international expansion of prominent beauty care provider.

Theft of biomedical trade secrets - Analyzed sales and pricing of home pregnancy test kits.

Spinal implant valuation & fraudulent conveyance – Evaluated lost profits of surgical parts distributor due to breach of marketing and intellectual property agreements.  Analyzed value of adverse spinal company in connection with alleged fraudulent conveyance.

Venture capital investments - Analyzed investments in dozens of bio-medical and advanced materials start-ups on behalf of venture capital firm.

Medical insurer/hospital group disputes – Evaluated disputed HMO/PPO claim structure, capitation payments, chargemaster changes, stop loss payments, and drug charges.

Independent Physician Associations dispute – Analyzed claimed lost capitation payments due to alleged misappropriation of trade secrets and interference with patient base.

Medicare Managed Care Organization (MCO) -Assisted MCO in developing its bid to provide Medicare Parts A/B and prescription drug coverage to its members.  Analyzed health care costs and utilization to estimate future costs and potential plan liability.

Capitation payments – Evaluated disputed payments between a hospital and insurer.

Student Health Insurance Program – Evaluated claimed damages related to design and establishment of system-wide, self-funded insurance program for large public university.

Pension and Medical Benefits – Analyzed City's liability for pension and OPEB obligations.  Evaluated City's future revenue sources and ability to fund liabilities.

Ambulatory Surgical Centers (ASCs) – Analyzed billed and allowed amounts at out-of-network and in-network ASCs and claimed damages for dispute between ASCs and insurer.

Confidential - Attorney's Eyes Only

Radiology imaging centers and services - Analyzed claimed damages due to alleged breach of agreement to provide MRI, CT scans, and other radiology services.

Dermatology practice valuation & reconciliation – Analyzed value of medical practice and reconciled revenue, expenses, and distributions for a dispute between practice members.

Dental practice valuation – Evaluated claimed damages related to alleged misrepresentation regarding continuation of state funding and capitation payments following acquisition.

Bandages and healthcare products distribution - Analyzed claimed damages due to breach and inducement to breach agreement to distribute bandages and other healthcare products.

Software distribution – Analyzed claimed lost profits from distribution of software licenses and related consulting services due to claimed interference with customers and resellers.

Acquisition of software company – Evaluated financial data of software company to determine post-acquisition payment adjustments.

Software royalties – Quantified royalties due from sale of OEM-installed server software.

Software company fraud investigation – Investigated and documented compensation fraud, improper payments, and circumvention of financial controls at software company.

Claimed failed software implementation – Analyzed claimed damages resulting from alleged failed scheduling software installation at trucking firm.

Premium jean manufacturing – Evaluated claimed damages for dispute between well-known premium jean company and sewing contractor.

Fashion industry breach of contract – For several projects, evaluated damages due to claimed breaches related to promotion and distribution of fashion products.

Apparel manufacturer lost profits - Analyzed damage claims by determining incremental costs of production, investigating capacity constraints, and identifying mitigating savings.

Fragrance industry breach of contract – Evaluated lost profits related to a line of fragrances. Analyzed financial statements, ledgers, alter ego issues and related-party contracts.

Home furnishings – Evaluated lost profits claimed by manufacturer and wholesaler of home furnishings due to alleged breach of agreement.

Restaurant value – Analyzed value related to trademark and trade dress infringement.

Bar income – Analyzed damages related to claimed breach of contract to operate high profile bars in prominent hotel.

Disputed proceeds from restaurant development - Evaluated proceeds from development of dozens of restaurants in connections with a partnership dispute

Court-appointed expert to evaluate compensation for expansion of Burbank airport – Evaluated property value and environmental remediation costs for eminent domain action.

Court-appointed expert to evaluate compensation for subway construction – Evaluated compensation for taking, including allocating incremental construction costs.

Trustee for Superfund site - Serve as Trustee and provide financial and accounting services for Potentially Responsible Parties (PRPs) at a major Western Superfund site.

Trustee for environmental cleanup group - Serve as Trustee and provide financial and accounting services related to remediation of chromium-contaminated groundwater.

Merger of large shopping center developer and large holder of real property – Evaluated payouts to holders of common and preferred stock per merger agreement.

Claimed damages from school development - Analyzed claimed economic damages related to development of high school near downtown Los Angeles on site above depleted oil field.

Confidential - Attorney's Eyes Only

Economic benefit of manufacturer – Analyzed public benefits of pet food manufacturer and claimed impacts on nearby residential values and rent for a dispute over claimed odors.

Proposed commercial development – Analyzed development on city-donated land.

Real estate private equity dispute – Evaluated claimed damages due to alleged fraudulent activities by private equity firm.

Proposed real estate development – Analyzed damages claimed by developer of largest housing development in Los Angeles County, allegedly resulting from oil & gas operations.

Commercial development – Analyzed claimed lost profits due to breaches of agreement.

Real estate development alternatives – Analyzed historical performance of low-income housing.  Projected future performance as proposed mixed-use development.

Disputed proceeds from commercial and residential development – Evaluated proceeds from large developments in connection with a series of limited partnerships.

Construction defect in upscale residences – Evaluated claimed damages.

Consumer Credit Reports – Evaluated damages claimed by reseller of credit reports.

Check 21 – Analyzed lost profits and lost value related to electronic check processing.

Financial fraud – Evaluated damages related to trust deed investments by numerous LPs.

Banking securities – Analyzed damages due to alleged fraud regarding loan portfolio.

Securities damages – Quantified loss due to alleged misrepresentations in stock agreement.

Aviation parts distribution – Evaluated damages due to breach of distribution agreement.

Electricity restructuring – Evaluated damages incurred by large commercial purchaser of electricity related to price and supply upsets following deregulation of electricity markets.

Ammunition antitrust/contract damages – Analyzed damages and value related to contract to supply 100% of small and 50% of medium caliber ammunition to US armed forces.

Subway construction alleged false claims – Analyzed billings, overhead charges, SG&A charges, and labor pools in connection with construction of Los Angeles-area subway.

Defense contractor claim - Analyzed claim submitted by defense contractor related to alleged extra costs incurred in fulfilling Air Force production contract for radar devices.

Airline market entry – Evaluated claims that airline entered market based on confidential information.  Analyzed market economics and claimed damages resulting from lower fares.

Sale of metals business – Analyzed value of business and assisted in structuring sale.

Value of IT consulting business – Analyzed value in connection with shareholder dispute.

Alleged fraud by government contractor – Analyzed lost value related to alleged fraud.

Value of document storage business - Analyzed value for a shareholder dispute.

Value of satellite testing/ calibration company – Analyzed value for a shareholder dispute.

Valuation of dairy – Valued large processor in connection with taking of property.

Oil pricing/ supply – Evaluated pricing of imported crude oil, relative to benchmark crudes.

Dairy industry cooperative – Evaluated damages incurred by large cooperative due to breaches by one of its members.  Analyzed effects on customers, prices, and sales volume.

Superfund site cost recovery - Compiled several hundred million dollar insurance claim.

Statistics of disabled access – Analyzed statistics of availability of compliant sidewalk ramps at intersections maintained state-wide by the State of California.

Statistics of sober living facilities – Analyze statistics of city compliance actions and claimed disparate treatment for a dispute regarding sober living facilities.

Confidential - Attorney's Eyes Only

Fraudulent employment services – Evaluated statistical methods used to estimate dollar amount of claimed fraudulent billing by government contractor.

Fraudulent invoice charges - Applied statistical methods to determine aggregate excessive charges on thousands of invoices based on examination of a sample of invoices.

Class action compensation claims – Analyzed variety of claims related to compensation of class of cellular telephone sales representatives.

Call center staffing - Analyzed scheduling of part-time and full-time employees.  Analyzed employment statistics and developed linear programming scheduling model.

Customer service staffing - Analyzed scheduling of part-time and full-time employees. Developed alternative employee schedules.

Lost individual earnings - Evaluated lost earnings in a variety of industries in connection with claims of wrongful death, personal injury, and wrongful termination.

**PUBLICATIONS**

"Guidelines Will Help Quantify Potential Liabilities", *Los Angeles Daily Journal*, 1/6/95

"Natural Resource Damage Assessment", *Deloitte & Touche Litigation  Notes*, 11/95

**TESTIMONY**

| | | |
|---|---|---|
| Brighton Collectibles, Inc. vs. Believe Productions, Inc. | 2016 | Deposition |
| Play Beverages, LLC vs. Playboy Enterprises International | 2016 | Trial |
| Frank Darabont et al. v. AMC Network Entertainment et al. | 2016 | Deposition |
| Tatung Company v. Shu Tze Hsu et al. | 2016 | Deposition |
| John Porter et al. v. Steven Wyner et al. | 2016 | Deposition |
| Trinity Sports et al. v. Oheck, Citizens of Humanity et al. | 2016 | Trial |
| Aetna Life Insurance Co. v. Bay Area Surgical Management et al. | 2016 | Deposition |
| ROAR, LLC v. Jay Froberg | 2016 | Deposition |
| Trinity Sports et al. v. Oheck, Citizens of Humanity et al. | 2016 | Deposition |
| Min Productions Pte. v. FireForge, Inc. et al. | 2015 | Deposition |
| Sophia & Chloe, Inc. v. Brighton Collectibles, Inc. | 2015 | Trial |
| Play Beverages, LLC vs. Playboy Enterprises International | 2015 | Deposition |
| Regents of the University of California v. Aon Hewitt | 2015 | Deposition |
| John Ahn et al. vs. Hanmi Financial Corporation et al. | 2015 | Deposition |
| Excela Creative et al. vs. Deal Segments dba Chic Treat et al. | 2015 | Deposition |
| Emmett McDonough et al.  v. James Knell et al. | 2014 | Trial |
| Emmett McDonough et al.  v. James Knell et al. | 2014 | Deposition |
| Donny Misraje et al. v. Adam Carolla and Lotzi Digital, Inc. | 2014 | Deposition |
| Allianz Risk Transfer AG et al. v. Paramount Pictures Corporation | 2014 | Deposition |
| Sophia & Chloe, Inc. v. Brighton Collectibles, Inc. | 2014 | Deposition |
| Daniel Solin v. Index Fund Advisors, Inc. | 2014 | Deposition |
| Memory Lane, Inc. v. Memory Lane, Inc. d/b/a Classmates et al. | 2014 | Trial |
| OrthoTec, LLC v. Surgiview, SAS et al. | 2014 | Trial |
| Columbia Data Products, Inc. v. Autonomy Corporation et al. | 2013 | Deposition |
| Active Sports Lifestyle, LLC d/b/a Active Ride Shop v. Old Navy | 2013 | Trial |
| Brighton Collectibles v. Texas Leather et al | 2013 | Trial |

Confidential - Attorney's Eyes Only

R. Wunderlich
Page 9

| | | |
|---|---|---|
| Archon Corporation v. Gibson Dunn & Crutcher, LLP | 2013 | Deposition |
| Active Sports Lifestyle, LLC d/b/a Active Ride Shop v. Old Navy | 2013 | Deposition |
| Joseph Silverman v. Burdge Cooper, Inc. et al. | 2013 | Trial |
| United Medical Devices, LLC v. PlaySafe, LLC et al. | 2013 | Trial |
| United Medical Devices, LLC v. PlaySafe, LLC et al. | 2013 | Deposition |
| Neurovision Medical Products v. NuVasive | 2013 | Deposition |
| Memory Lane, Inc. v. Memory Lane, Inc. d/b/a Classmates et al. | 2013 | Deposition |
| AFMS LLC v. United Parcel Service Co. and FedEx Corporation | 2013 | Deposition |
| Magnetic Imaging Medical Group, Inc. v. SimonMed Imaging, Inc. | 2013 | Arbitration |
| Allergan, Inc. et al. v. Athena Cosmetics, Cosmetic Alchemy et al. | 2013 | Deposition |
| Magnetic Imaging Medical Group, Inc. v. SimonMed Imaging, Inc. | 2013 | Deposition |
| D. Bellisario and Belisarius Productions, Inc. v. CBS Studios, Inc. | 2012 | Deposition |
| OrthoTec, LLC v. HealthpointCapital, LLC et al. | 2012 | Deposition |
| Aerokahn Industries et al. v. J. Michaelis et al. | 2012 | Deposition |
| Incubation et al. v. Isagenix et al. | 2012 | Deposition |
| Brighton Collectibles v. Texas Leather et al. | 2012 | Deposition |
| Project Concord, Inc. v. NBCUniversal, Inc. | 2012 | Arbitration |
| J. West et al. v. Activision and Related Cross-Complaints | 2012 | Deposition |
| Windward Associates et al. v. City of Hermosa Beach | 2011 | Deposition |
| Stop Staring Designs v. Tatyana, LLC | 2011 | Trial |
| Pixior, LLC et al. v. Joe's Jeans, Inc. et al. | 2011 | Deposition |
| Cher et al. v. UMG Recordings d/b/a Geffen Records | 2011 | Deposition |
| Findings New York et al. v. R.N'Ovate | 2011 | Deposition |
| David Phillips v. William Sherak & StereoD | 2011 | Deposition |
| Comerica Bank v. Intertainment Licensing GmbH | 2011 | Arbitration |
| Comerica Bank v. Intertainment Licensing GmbH | 2011 | Deposition |
| UWUA v. Southern California Gas Company | 2011 | Arbitration |
| Peace & Love Jewelry by Nancy Davis v. Kohl's Department Stores | 2011 | Deposition |
| Revelations Perfume v. Prince Rogers Nelson p/k/a Prince et al. | 2011 | Deposition |
| Stop Staring Designs v. Tatyana, LLC | 2011 | Deposition |
| Michael Bakst v. Community Memorial Health System | 2010 | Deposition |
| Neurovision Medical Products v. NuVasive | 2010 | Deposition |
| Brighton Collectibles v. Coldwater Creek | 2010 | Deposition |
| GA Escrow LLC v. Autonomy Corporation | 2010 | Deposition |
| Tarsadia Hotels v. After Midnight San Diego et al. | 2010 | Deposition |
| Leroy Allen et al. v Nutro Products, Inc. | 2010 | Trial |
| Leroy Allen et al. v Nutro Products, Inc. | 2010 | Deposition |
| Lucra Cars v. Swift Engineering | 2009 | Arbitration |
| The Stockroom v. XR, LLC | 2009 | Deposition |
| Lucra Cars v. Swift Engineering | 2009 | Deposition |
| Alex Khadavi, MD, v. Daniel Taheri, MD | 2009 | Arbitration |
| Alex Khadavi, MD, v. Daniel Taheri, MD | 2009 | Deposition |

Confidential - Attorney's Eyes Only

| | | |
|---|---|---|
| Californians for Disability Rights v. CalTrans | 2009 | Deposition |
| Leaf Funding v. Unisen | 2009 | Deposition |
| Sotheby's v. Halsey Minor | 2009 | Deposition |
| Asia Concepts v. RSI | 2009 | Deposition |
| Brighton Collectibles v. Marc Chantal | 2009 | Trial |
| Brighton Collectibles v. Coldwater Creek | 2008 | Trial |
| Brighton Collectibles v. Renaissance Group et al. | 2008 | Trial |
| Brighton Collectibles v. Renaissance Group et al. | 2008 | Deposition |
| Fatburger Holdings, Inc. et al. v. Keith Warlick | 2008 | Deposition |
| Ronald A. Katz Technology Licensing v. Time Warner et al. | 2008 | Deposition |
| Patent Category Corp. v. Target Corp. and Franklin Sports | 2008 | Deposition |
| Richard Wolf, Wolf Entertainment et al. vs. NBC Universal et al. | 2008 | Arbitration |
| Brighton Collectibles v. Coldwater Creek | 2008 | Deposition |
| Brighton Collectibles v. Chantal | 2008 | Deposition |
| Brighton Collectibles v. Renaissance Group et al. | 2007 | Deposition |
| J.C. Uni-Tec. v. A.S. Naidu | 2007 | Deposition |
| Hawaiian Airlines v. Mesa Air Group | 2007 | Trial |
| AAA American Credit v. Experian Information Solutions | 2007 | Arbitration |
| Hawaiian Airlines v. Mesa Air Group | 2007 | Deposition |
| Vagenas vs. Keffalinos, Legends Classic Diner, et al. | 2007 | Deposition |
| San Diego Redevelopment Agency v. Mercado Alliance | 2007 | Deposition |
| Decision Warehouse v. Business Objects | 2007 | Trial |
| Ilshin Investment Co. v. Buena Vista Home Entertainment | 2007 | Trial |
| G. McCoy v. Matrix Engineers & Contractors | 2007 | Trial |
| Decision Warehouse v. Business Objects | 2007 | Deposition |
| Ilshin Investment Co. v. Buena Vista Home Entertainment | 2007 | Deposition |
| Shayegan v. Farmers Ranch Market. | 2007 | Deposition |
| D. Pikoos v. D. Greaves et al. | 2007 | Trial |
| D. Pikoos v. D. Greaves et al. | 2007 | Deposition |
| Methods Machine Tools v. West Irving Die Casting | 2006 | Arbitration |
| Vagenas vs. Keffalinos, Legends Classic Diner, et al. | 2006 | Arbitration |
| Vagenas vs. Keffalinos, Legends Classic Diner, et al. | 2006 | Deposition |
| G. McCoy vs. Matrix Engineers & Contractors | 2006 | Deposition |
| In re: Advanced Rehabilitation Technologies | 2006 | Deposition |
| Great River Food v. Kim Seng Company | 2006 | Trial |
| Great River Food v. Kim Seng Company | 2006 | Deposition |
| R. Ramirez v. County of Los Angeles et al | 2006 | Trial |
| Parlour Enterprises v. Kirin Inc. | 2005 | Trial |
| R. Ramirez v. County of Los Angeles et al. | 2005 | Deposition |
| Parlour Enterprises v. Kirin Inc. | 2005 | Deposition |
| AIDS Healthcare Foundation v. GlaxoSmithKline | 2005 | Deposition |
| UWUA v. Southern California Gas Company | 2005 | Arbitration |

Confidential - Attorney's Eyes Only

| | | |
|---|---|---|
| D. Selleck et al. v. Special Devices, Inc. | 2005 | Deposition |
| LA Arena Funding,  v. Healthy World, Inc., dba Natural Solutions | 2004 | Arbitration |
| Biofem, Inc., v. Radiant Research, Inc., et al. | 2004 | Deposition |
| H. Portnoi et al. v. BH Cars, Inc., dba Beverly Hills Ford | 2004 | Arbitration |
| H. Portnoi et al. v. BH Cars, Inc., dba Beverly Hills Ford | 2004 | Deposition |
| Bullet Freight Systems v. Cheetah Software Systems | 2004 | Deposition |
| The People of the State of California v. UCRA, et al. | 2004 | Trial |
| Intertainment Licensing GmbH v. Franchise Pictures | 2004 | Trial |
| OrthoTec, LLC, v. Eurosurgical, S.A. | 2004 | Trial |
| National Metal Technologies v. Alliant Techsystems | 2004 | Deposition |
| OrthoTec, LLC, v. Eurosurgical, S.A. | 2004 | Deposition |
| The People of the State of California v. UCRA, et al. | 2004 | Pre-Trial Interview |
| GMPC v. L. Walker and Design Lab, Inc. | 2003 | Trial |
| GMPC v. L. Walker and Design Lab, Inc. | 2003 | Deposition |
| Newhall Land and Farming Company v. Kerr-McGee Corp., et al. | 2002 | Deposition |
| Astor Holdings v. Roski and Battlebots, Inc. | 2002 | Deposition |
| CT Matuzas Inc. v. 2030 Associates, LLC | 2002 | Deposition |
| Intertainment Licensing GmbH v. Franchise Pictures | 2002 | Deposition |
| Allergan, Inc., et al. v. Pharmacia Corp. et al. | 2002 | Deposition |
| Beckman Instruments, Inc., et al. vs. Cincom Systems | 2001 | Trial |
| G. Lloyd v. Conseco Finance Corp., et al. | 2001 | Trial |
| Western Milk Marketing Agency v. Security Milk Producers Assoc. | 2001 | Arbitration |
| G. Lloyd v. Conseco Finance Corp., et al. | 2001 | Deposition |
| Western Milk Marketing Agency v. Security Milk Producers Assoc. | 2001 | Deposition |
| Western Filter Corporation v. Vickers, Inc. | 2001 | Arbitration |
| Bolinder Real Estate vs. United States | 2001 | Trial |
| Reeves v. Hanlon | 2000 | Arbitration |
| In re: Compton Entertainment, Inc. | 2000 | Deposition |
| Reeves v. Hanlon | 2000 | Deposition |
| In re: Marc and Denise Thorpe | 2000 | Trial |
| Bolinder Real Estate vs. United States | 1999 | Deposition |
| Incomex, Inc. vs. Eilco Leasing Services, Inc. | 1999 | Arbitration |
| Burbank-Glendale-Pasadena Airport Authority v. Lockheed Corp. | 1999 | Trial |
| In re: Marc and Denise Thorpe | 1998 | Deposition |
| Los Angeles MTA vs. Children's Hospital of Los Angeles | 1998 | Trial |
| Grand Resorts et al. vs. Los Angeles Turf Club | 1998 | Deposition |
| Union Bank of California vs. Martin Schultz | 1997 | Trial |
| Alexander, et al. vs. Gage | 1994 | Deposition |
| In Matter regarding Disposal Control, Inc. | 1994 | Deposition |
| East County Partners vs. Southland Corporation | 1993 | Trial |
| East County Partners vs. Southland Corporation | 1993 | Deposition |
| In the Matter of the Prudhoe Bay Oil Field Arbitration | 1988 | Arbitration |

Confidential - Attorney's Eyes Only