# Exhibit 17

# Document Produced in Native Form

Confidential

UCP037514

| Mitchell Silberberg & Knupp LLP Invoices | | | | | |
|---|---|---|---|---|---|
| Invoice No. | Date of Invoice | Fees Through | Current Fees | Current Disbursements | Total Current Charges |
| 313941 | 8/13/2014 | 11/30/2014 | 8,034.50 | 16.25 | 8,050.75 |
| 315726 | 9/25/2014 | 8/31/2014 | 7,323.50 | 48.04 | 7,371.54 |
| 317412 | 10/29/2014 | 9/30/2014 | 1,757.00 | | 1,757.00 |
| 318218 | 11/11/2014 | 10/31/2014 | 8,412.50 | | 8,412.50 |
| 319682 | 12/10/2014 | 12/10/2014 | 2,415.00 | | 2,415.00 |
| 321194 | 1/14/2015 | 12/31/2014 | 1,610.00 | | 1,610.00 |
| 322369 | 2/13/2015 | 1/31/2015 | 13,888.50 | | 13,888.50 |
| 323404 | 3/11/2015 | 2/28/2015 | 16,479.00 | 502.85 | 16,981.85 |
| 324909 | 4/14/2015 | 3/31/2015 | 6,920.50 | 435.12 | 7,355.62 |
| 326628 | 5/18/2015 | 4/30/2015 | 205.00 | | 205.00 |
| 328979 | 8/19/2015 | 6/30/2015 | 10,430.00 | | 10,430.00 |
| 330465 | 8/12/2015 | 7/31/2015 | 25,742.00 | | 25,742.00 |
| 331657 | 9/10/2015 | 8/31/2015 | 10,115.50 | | 10,115.50 |
| 332999 | 10/8/2015 | 9/30/2015 | 7,963.50 | | 7,963.50 |
| 334373 | 11/6/2015 | 10/31/2015 | 731.00 | | 731.00 |
| 336049 | 12/10/2015 | 11/30/2015 | 26,027.00 | | 26,027.00 |
| 337184 | 1/13/2016 | 12/31/2015 | 13,429.00 | | 13,429.00 |
| 338713 | 2/11/2016 | 1/31/2016 | 5,246.00 | | 5,246.00 |
| 341473 | 4/18/2016 | 3/31/2016 | 3,680.00 | | 3,680.00 |
| 342514 | 5/11/2016 | 4/30/2016 | 3,047.00 | | 3,047.00 |
| 343943 | 6/10/2016 | 5/31/2016 | 5,784.00 | | 5,784.00 |
| 346186 | 7/18/2016 | 6/30/2016 | 34,039.00 | 20.10 | 34,059.10 |
| 347374 | 8/11/2016 | 7/31/2016 | 7,359.50 | 449.25 | 7,808.75 |
| 348733 | 9/13/2016 | 8/31/2016 | 30,869.50 | 413.91 | 31,283.41 |
| 350200 | 10/13/2016 | 9/30/2016 | 28,615.00 | | 28,615.00 |
| 356312 | 2/28/2017 | 1/31/2017 | 224,821.50 | 7,606.50 | 232,428.00 |
| 358254 | 3/31/2017 | 2/28/2017 | 283,263.00 | 36,951.69 | 320,214.69 |
| 359815 | 4/30/2017 | 3/31/2017 | 395,517.50 | 57,804.66 | 453,322.16 |
| 362135 | 6/20/2017 | 4/30/2017 | 483,171.00 | 58,437.25 | 541,608.25 |
| 362760 | 6/30/2017 | 5/31/2017 | 494,791.00 | 177,588.41 | 672,379.41 |
| 363432 | 7/13/2017 | 6/30/2017 | 66,524.50 | 88,675.10 | 155,199.60 |
| 364592 | 8/8/2017 | 7/31/2017 | 1,092.50 | 47,485.99 | 48,578.49 |
| 366289 | 9/13/2017 | 8/31/2017 | 10,348.00 | 1,541.98 | 11,889.98 |
| 368150 | 10/17/2017 | 9/30/2017 | 41.00 | 669.24 | 710.24 |
| 368310 | 10/20/2017 | 10/20/2017 | | 40,792.00 | 40,792.00 |
| 368311 | 10/20/2017 | 10/20/2017 | | 26,172.50 | 26,172.50 |
| 368572 | 10/27/2017 | 10/27/2017 | | 44,656.25 | 44,656.25 |
| 369416 | 11/14/2017 | 10/31/2017 | 37,106.50 | 7,487.59 | 44,594.09 |
| 371040 | 12/15/2017 | 11/30/2017 | 7,542.50 | 1,428.75 | 8,971.25 |
| 372628 | 1/19/2018 | 12/31/2017 | 22,264.50 | 1,071.33 | 23,335.83 |
| 374608 | 2/28/2018 | 1/31/2018 | 2,791.00 | 22.50 | 2,813.50 |
| 376149 | 3/30/2018 | 2/28/2018 | 993.00 | 137.46 | 1,130.46 |
| 378472 | 5/16/2018 | 4/30/2018 | 100.00 | | 100.00 |
| 379988 | 6/15/2018 | 5/31/2018 | 677.50 | | 677.50 |
| 405568 | 11/12/2019 | 10/31/2019 | 3,995.00 | 20.99 | 4,015.99 |
| TOTAL | | | 2,315,163.50 | 600,435.71 | 2,915,599.21 |