# Exhibit 19

| | |
|---|---|
| From: | Milinovic, Bernadette |
| To: | Andrea Garber |
| Subject: | RE: "Dig" Season 1 Application/Declaration |
| Date: | Thursday, December 12, 2013 10:12:14 AM |
| Attachments: | image001.png |
| | image002.png |

As soon as she gets back from her meeting

**Bernadette Milinovic**
**OneBeacon Entertainment**
telephone: 212.440.6581 | fax: 212.307.0598 | onebeaconentertainment.com
bmilinovic@onebeacon.com
A Member of OneBeacon Insurance Group

**From:** Andrea Garber [mailto:andrea.garber@aon.com]
**Sent:** Thursday, December 12, 2013 1:11 PM
**To:** Milinovic, Bernadette
**Subject:** RE: "Dig" Season 1 Application/Declaration

Hi, Bernadette —

Do you think we will have further confirmation today? Production is anxious about this one.

Thanks so much,

- Andrea

**Andrea Garber | Account Executive**
**Aon/Albert G. Ruben Insurance Services, Inc.**
15303 Ventura Blvd., Suite 1200
Sherman Oaks, CA 91403-5817
CA License: 0806034
Tel: +1 818.777.5179 | Mobile: +1 818.399.0358 | Fax: +1 847.953.2846
Email: andrea.garber@aon.com | http://www.aonagr.com



This email message, including any attachment(s), is intended only for the named recipient(s) and may contain confidential, proprietary or legally privileged information. Unauthorized individuals or entities are not permitted access to this information. Any dissemination, distribution, disclosure, or copying of this information is unauthorized and strictly prohibited. If you have received this message in error please advise the sender by reply email, and delete this message and any attachments.

**From:** Milinovic, Bernadette [mailto:BMilinovic@OneBeacon.com]
**Sent:** Thursday, December 12, 2013 10:02 AM
**To:** Andrea Garber
**Subject:** RE: "Dig" Season 1 Application/Declaration

I will get back to you on that — I will have to speak to Wanda

**Bernadette Milinovic**
**OneBeacon Entertainment**
telephone: 212.440.6581 | fax: 212.307.0598 | onebeaconentertainment.com
bmilinovic@onebeacon.com
A Member of OneBeacon Insurance Group

**From:** Andrea Garber [mailto:andrea.garber@aon.com]
**Sent:** Thursday, December 12, 2013 1:01 PM
**To:** Milinovic, Bernadette
**Subject:** RE: "Dig" Season 1 Application/Declaration



EXHIBIT 9
Deponent GARBER
Date 4/14 Rptr.
WWW.DEPOBOOK.COM

CONFIDENTIAL

AONNBCU0001494

Hi, Bernadette –

I know that we just gave confirmation to renew the policy for next year, but can I advise NBC that coverage will roll over into the next policy period with no additional terms based on the information I provided? Please let me know.

Best Regards,
- Andrea

**Andrea Garber | Account Executive**
**Aon/Albert G. Ruben Insurance Services, Inc.**
15303 Ventura Blvd., Suite 1200
Sherman Oaks, CA 91403-5817
CA License: 0806034
Tel: +1 818.777.5179 | Mobile: +1 818.399.0358 | Fax: +1 847.953.2846
Email: andrea.garber@aon.com | http://www.aonagr.com



This email message, including any attachment(s), is intended only for the named recipient(s) and may contain confidential, proprietary or legally privileged information. Unauthorized individuals or entities are not permitted access to this information. Any dissemination, distribution, disclosure or copying of this information is unauthorized and strictly prohibited. If you have received this message in error please advise the sender by reply email, and delete this message and any attachments.

**From:** Milinovic, Bernadette [mailto:BMilinovic@OneBeacon.com]
**Sent:** Thursday, December 12, 2013 7:53 AM
**To:** Andrea Garber
**Subject:** RE: "Dig" Season 1 Application/Declaration

Hi Andrea,

Ok to declare "DIG" season 1 to the current policy.

Thank you


**Bernadette Milinovic**
**OneBeacon Entertainment**
telephone: 212.440.6581 | fax: 212.307.0598 | onebeaconentertainment.com
bmilinovic@onebeacon.com
A Member of OneBeacon Insurance Group

**From:** Andrea Garber [mailto:andrea.garber@aon.com]
**Sent:** Wednesday, December 11, 2013 9:36 PM
**To:** Milinovic, Bernadette; Phillips, Wanda M.
**Cc:** Deborah Kizner
**Subject:** "Dig" Season 1 Application/Declaration

Hi, Bernadette and Wanda –

Attached is the application/declaration for Season 1 of a new straight-to-series production entitled "Dig". This is the production that I briefly discussed with Wanda and Peter the week before last that is shooting in Israel. It has now been officially greenlit.

In addition to the information that is provided on the form, I have the following further details. While in Israel, the production will be based in Tel Aviv and the majority of filming will be done in that city. Of the total 70 day shoot, approximately 20 days will involve shooting only on the west side of Jerusalem. These will not be 20 continuous days but will follow the needs of each episode. The work in Jerusalem will be mostly exterior shooting and will involve public streets and areas that will look like archaeological dig sites. The NBCU Security team is already involved in the prepping of this project and they are meeting weekly with the production folks that are currently on board to discuss precautions and procedures that need to be taken as the project develops. These discussions include people from the production services company, Keshet. I have been advised that the mayor of Jerusalem and the local police have been contacted and are assisting in assuring the safety of the production company when they are working in Jerusalem.

The work in Toronto, Canada will be done at the beginning of March, 2014, prior to the start of principal photography in Israel. They think the location will be Toronto at this time but it could change to another snowy location. It only involves approximately one week of shooting.

Although the current order is 6 episodes, there is a possibility for the season to be extended to 13 episodes. The first episode of the season order will serve as the pilot episode. Casting has just begun and I have not been advised of any committed cast yet.

Please let me know if you need any further information. We would like to avoid any deviation from our standard policy terms if possible. Since the project is in the early stages of pre-production now, we will need coverage under the current policy. The majority of exposure will fall into the policy term starting 1/1/2014. Please confirm coverage at your earliest opportunity.

Thanks and Regards,
- Andrea

**Andrea Garber | Account Executive**
**Aon/Albert G. Ruben Insurance Services, Inc.**
15303 Ventura Blvd., Suite 1200
Sherman Oaks, CA 91403-5817
CA License: 0806034
Tel: +1 818.777.5179 | Mobile: +1 818.399.0358 | Fax: +1 847.953.2846
Email: andrea.garber@aon.com | http://www.aonagr.com



This email message, including any attachment(s), is intended only for the named recipient(s) and may contain confidential, proprietary or legally privileged information. Unauthorized individuals or entities are not permitted access to this information. Any dissemination, distribution, disclosure, or copying of this information is unauthorized and strictly prohibited. If you have received this message in error, please advise the sender by reply email, and delete this message and any attachments.

Confidentiality notice:

The information contained in this email message including attachments is confidential and is intended only for the use of the individual or entity named above and others who have been specifically authorized to receive it. If you are not the intended recipient, you are hereby notified that any use, unauthorized dissemination, distribution, or copying of this communication is strictly prohibited. If you have received this communication in error, please delete immediately or if any problems occur with transmission, please notify me immediately

by telephone.

Thank you.
Confidentiality notice:

The information contained in this email message including attachments is confidential and is intended only for the use of the individual or entity named above and others who have been specifically authorized to receive it. If you are not the intended recipient, you are hereby notified that any use, unauthorized dissemination, distribution, or copying of this communication is strictly prohibited. If you have received this communication in error, please delete immediately or if any problems occur with transmission, please notify me immediately by telephone.

Thank you.
Confidentiality notice:

The information contained in this email message including attachments is confidential and is intended only for the use of the individual or entity named above and others who have been specifically authorized to receive it. If you are not the intended recipient, you are hereby notified that any use, unauthorized dissemination, distribution, or copying of this communication is strictly prohibited. If you have received this communication in error, please delete immediately or if any problems occur with transmission, please notify me immediately by telephone.

Thank you.

CONFIDENTIAL

AONNBCU0001497