# Exhibit 21

**From:** Binke, Mark (NBCUniversal)
**To:** Andrea Garber; Richmond, Randi (NBCUniversal)
**Cc:** Ford, Kurt B (NBCUniversal); Williams, Curt (NBCUniversal)
**Subject:** Re: "Dig" potential Morocco shoot
**Date:** Friday, December 13, 2013 6:00:38 PM
**Attachments:** image001.png
image002.png

Very good news and way to start the weekend! Thanks gang

**From:** Andrea Garber [mailto:andrea.garber@aon.com]
**Sent:** Friday, December 13, 2013 05:57 PM Pacific Standard Time
**To:** Richmond, Randi (NBCUniversal); Binke, Mark (NBCUniversal)
**Cc:** Ford, Kurt B (NBCUniversal); Williams, Curt (NBCUniversal)
**Subject:** RE: "Dig" potential Morocco shoot

Hi, Randi and Mark —

I spoke today with our underwriter and she has advised that she will not be imposing any additional premium or additional coverage terms on "Dig" relating to the work in Israel. The primary reason for this is our insurer's confidence in the safety and security measures that will be taken during the production. Our underwriter did stress that Jerusalem is a fluctuating environment and that she would like periodic updates on production's activities leading up to and during principal photography. Once the scripts are written and more of the production team is on board, perhaps we can provide further details on production's plans for their work in Jerusalem. This will not be a burdensome matter and I can work with Kurt and Curt to get periodic information as things develop.

Regarding Morocco, there are numerous locations that are low risk and will not present an issue for our underwriter regarding coverage. She is doing research to let me know what areas of the country they might take issue with. Since you are just beginning to look at Morocco as an alternative, perhaps this information will assist you in your upcoming scout. A lot of filming does take place in Morocco and there apparently is some infrastructure there that facilitates this work. I do not anticipate issues with a Morocco shoot that cannot be overcome with good information and confirmation your customary prudent procedures.

I'd like to point out that we have a good working relationship with our underwriter and the goal is to keep the standard terms in place. Our underwriter is not looking for reasons to increase premiums or narrow the terms of coverage. It is a process, however, to develop a comfort level with the risks involved when a project is in such a preliminary stage of development. I am quite sure that any outside production that boasts of not having issues with their coverage goes through this process to achieve that end and very likely a more onerous process than we are engaged in with "Dig".

We will be in touch.

Best Regards,
- Andrea

Δ π EXHIBIT *LL*
Deponent GARBER
Date 4/6/4 Rptr.____
WWW.DEPOBOOK.COM

CONFIDENTIAL

AONNBCU0001558

Andrea Garber | Account Executive
Aon/Albert G. Ruben Insurance Services, Inc.
15303 Ventura Blvd., Suite 1200
Sherman Oaks, CA 91403-5817
CA License: 0806034
Tel: +1 818.777.5179 | Mobile: +1 818.399.0358 | Fax: +1 847.953.2846
Email: andrea.garber@aon.com | http://www.aonagr.com



This email message, including any attachment(s), is intended only for the named recipient(s) and may contain confidential, proprietary or legally privileged information. Unauthorized individuals or entities are not permitted access to this information. Any dissemination, distribution, disclosure or copying of this information is unauthorized and strictly prohibited. If you have received this message in error, please advise the sender by reply email, and delete this message and any attachments.

---

**From:** Andrea Garber
**Sent:** Thursday, December 12, 2013 5:21 PM
**To:** 'Richmond, Randi (NBCUniversal)'
**Cc:** Ford, Kurt B (NBCUniversal); Williams, Curt (NBCUniversal); 'Markus, BJ (NBCUniversal)'
**Subject:** RE: "Dig" potential Morocco shoot

Hi, Randi —

I was hoping to hear something definitive today regarding any special terms our underwriter might impose on the Israel shoot but it looks like it will be tomorrow. I am not expecting an exorbitant additional premium over and above our standard rate. The standard rate for 2014 went up to $.11 per $100 (in 2013 it was $.10 per $100) of net insurable production costs. Your controller can run the formula for you and give you an idea of what the premium would be at the standard rate for the production package. I followed up several times today on this and will continue push further tomorrow to get better information for you.

Best Regards,

- Andrea

Andrea Garber | Account Executive
Aon/Albert G. Ruben Insurance Services, Inc.
15303 Ventura Blvd., Suite 1200
Sherman Oaks, CA 91403-5817
CA License: 0806034
Tel: +1 818.777.5179 | Mobile: +1 818.399.0358 | Fax: +1 847.953.2846
Email: andrea.garber@aon.com | http://www.aonagr.com



This email message, including any attachment(s), is intended only for the named recipient(s) and may contain confidential, proprietary or legally privileged information. Unauthorized individuals or entities are not permitted access to this information. Any dissemination, distribution, disclosure or copying of this information is unauthorized and strictly prohibited. If you have received this message in error, please advise the sender by reply email, and delete this message and any attachments.

---

**From:** Richmond, Randi (NBCUniversal) [mailto:Randi.Richmond@nbcuni.com]
**Sent:** Thursday, December 12, 2013 4:06 PM
**To:** Andrea Garber
**Cc:** Ford, Kurt B (NBCUniversal); Williams, Curt (NBCUniversal)
**Subject:** Re: "Dig" potential Morocco shoot

Andrea do you know when you may have a premium cost for Israel?
We are curious as many things are jumping out at us. Do u anticpate a huge cost ? Any idea would

be helpful.

**From**: Andrea Garber [mailto:andrea.garber@aon.com]
**Sent**: Thursday, December 12, 2013 01:00 PM Pacific Standard Time
**To**: Richmond, Randi (NBCUniversal)
**Cc**: Ford, Kurt B (NBCUniversal); Williams, Curt (NBCUniversal)
**Subject**: RE: "Dig" potential Morocco shoot

Thanks, Randi –

I will see if there are specific concerns about Morocco as a whole.

Best Regards,

- Andrea

**Andrea Garber | Account Executive**
**Aon/Albert G. Ruben Insurance Services, Inc.**
15303 Ventura Blvd., Suite 1200
Sherman Oaks, CA 91403-5817
CA License: 0806034
Tel: +1 818.777.5179 | Mobile: +1 818.399.0358 | Fax: +1 847.953.2846
Email: andrea.garber@aon.com | http://www.aonagr.com



This email message, including any attachment(s), is intended only for the named recipient(s) and may contain confidential, proprietary or legally privileged information. Unauthorized individuals or entities are not permitted access to this information. Any dissemination, distribution, disclosure or copying of this information is unauthorized and strictly prohibited. If you have received this message in error, please advise the sender by reply email, and delete this message and any attachments.

**From**: Richmond, Randi (NBCUniversal) [mailto:Randi.Richmond@nbcuni.com]
**Sent**: Thursday, December 12, 2013 12:56 PM
**To**: Andrea Garber
**Cc**: Ford, Kurt B (NBCUniversal); Williams, Curt (NBCUniversal)
**Subject**: Re: "Dig" potential Morocco shoot

Do not know what region yet. And yes, morocco would be for entire shoot instead of israel.

**From**: Andrea Garber [mailto:andrea.garber@aon.com]
**Sent**: Thursday, December 12, 2013 10:29 AM Pacific Standard Time
**To**: Richmond, Randi (NBCUniversal)
**Cc**: Ford, Kurt B (NBCUniversal); Williams, Curt (NBCUniversal)
**Subject**: "Dig" potential Morocco shoot

Hi, Randi –

I understand that you will be scouting locations in Morocco for the upcoming production "Dig". I'd like to run this alternative scenario past the underwriter to see what, if any, concerns there might be. Are you considering shooting the entire project in Morocco instead of Israel (except for the snowy scenes) or would this be a short diversion to a Morocco location keeping the main body of work in Israel? Do you have an idea of what region in Morocco you are looking at?

Best Regards,

- Andrea

**Andrea Garber | Account Executive**
**Aon/Albert G. Ruben Insurance Services, Inc.**
15303 Ventura Blvd., Suite 1200
Sherman Oaks, CA 91403-5817
CA License: 0806034
Tel: +1 818.777.5179 | Mobile: +1 818.399.0358 | Fax: +1 847.953.2846
Email: andrea.garber@aon.com | http://www.aonagr.com



This email message, including any attachment(s), is intended only for the named recipient(s) and may contain confidential, proprietary or legally privileged information. Unauthorized individuals or entities are not permitted access to this information. Any dissemination, distribution, disclosure, or copying of this information is unauthorized and strictly prohibited. If you have received this message in error, please advise the sender by reply email, and delete this message and any attachments.

CONFIDENTIAL

AONNBCU0001561