# Exhibit 22

| | |
|---|---|
| From: | Andrea Garber |
| To: | Phillips, Wanda M. |
| Cc: | Deborah Kizner; Milinovic, Bernadette |
| Subject: | "Dig" S1 |
| Date: | Friday, December 13, 2013 3:55:00 PM |
| Attachments: | image001.png |
| | image002.png |

**EXHIBIT 424 5-31-17**

Hi, Wanda –

Just confirming our discussion earlier today regarding coverage for the upcoming production entitled "Dig" season 1 under the renewal policy beginning 1/1/2014. You advised that you are not inclined to charge additional premium beyond our standard rate and are similarly not inclined to place coverage limits beyond our standard terms on this production at this time. Regarding the work in Jerusalem, you would like to be kept advised of what production is doing and what ongoing precautions are being taken to insure the safety of cast, crew and property. You do not have heightened concerns about the production working in Tel Aviv.

We further discussed Morocco as an alternative shooting location instead of Israel. You will let me know if there are certain locations in Morocco that present a higher risk to production from OneBeacon's point of view. I look forward to hearing further from you on this.

Please let me know if I've missed anything.

Best Regards,
- Andrea

**Andrea Garber | Account Executive**
**Aon/Albert G. Ruben Insurance Services, Inc.**
15303 Ventura Blvd., Suite 1200
Sherman Oaks, CA 91403-5817
CA License: 0806034
Tel: +1 818.777.5179 | Mobile: +1 818.399.0358 | Fax: +1 847.953.2846
Email: andrea.garber@aon.com | http://www.aonagr.com



This email message, including any attachment(s), is intended only for the named recipient(s) and may contain confidential, proprietary or legally privileged information. Unauthorized individuals or entities are not permitted access to this information. Any dissemination, distribution, disclosure, or copying of this information is unauthorized and strictly prohibited. If you have received this message in error, please advise the sender by reply email, and delete this message and any attachments.