UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| UNIVERSAL CABLE PRODUCTIONS LLC and NORTHERN ENTERTAINMENT PRODUCTIONS LLC,<br><br>    Plaintiffs,<br> v.<br><br>ATLANTIC SPECIALTY INSURANCE COMPANY,<br>    Defendant. | Case No.: 2:16-cv-4435-PA-MRW<br><br>The Honorable Percy Anderson<br><br>**[PROPOSED] ORDER RE JOINT MOTION *IN LIMINE* NO. 3: PLAINTIFFS' MOTION TO BAR EVIDENCE OR ARGUMENT THAT DEFENDANT'S DENIAL WAS REASONABLE BECAUSE OF ISRAEL'S CONDUCT DIRECTED TOWARD GAZA**<br><br>Hearing Date: February 10, 2020,<br>Time: 1:30 p.m.<br>Pretrial Conference: January 17, 2020<br>Place: Courtroom 9A<br>Trial Date: February 18, 2020 |

015825\7088594.v1

1   Having considered the Joint Motion *in Limine* No. 3: Plaintiffs' Motion to Bar
2   Evidence or Argument that Defendant's Denial Was Reasonable Because of Israel's
3   Conduct Directed Toward Gaza, the declaration in support thereof, and the exhibits
4   submitted by all parties, the motion is hereby GRANTED.  The Ninth Circuit held that
5   Israel's conduct was not the proximate cause of Plaintiffs' loss.  *Universal Cable
6   Prods., LLC v. Atl. Specialty Ins. Co.*, 929 F.3d 1143, 1161 (9th Cir. 2019).  Therefore,
7   such evidence is irrelevant.  Fed. R. Evid. 402, 403.

10  IT IS SO ORDERED.

12  DATED: _____

      _____
      Honorable Percy Anderson
      United States District Judge

1

015825\7088594.v1