UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| UNIVERSAL CABLE PRODUCTIONS LLC and NORTHERN ENTERTAINMENT PRODUCTIONS LLC,<br><br>                Plaintiffs,<br>   v.<br><br>ATLANTIC SPECIALTY INSURANCE COMPANY,<br><br>                Defendant. | Case No.: 2:16-cv-4435-PA-MRW<br><br>The Honorable Percy Anderson<br><br>**[PROPOSED] ORDER RE JOINT MOTION *IN LIMINE* NO. 2: PLAINTIFFS' MOTION TO PRECLUDE DEFENDANT FROM CONTRADICTING ITS DENIAL-OF-COVERAGE LETTER**<br><br>Hearing Date: February 10, 2020,<br>Time: 1:30 p.m.<br>Pretrial Conference: January 17, 2020<br>Place: Courtroom 9A<br>Trial Date: February 18, 2020 |

015825\7088593.v1

1  Having considered the Joint Motion *in Limine* No. 2: Plaintffs' Motion to
2  Preclude Defendant from Contradicting its Denial-Of-Coverage Letter, the declaration
3  in support thereof, and the exhibits submitted by all parties, the motion is hereby
4  GRANTED.  Defendant cannot rely on bases for denial not explained in its denial of
5  coverage letter. *Century Surety Co. v. Polisso*, 139 Cal. App. 4th 922, 951 (2006), *as
6  modified on denial of reh'g* (June 16, 2006). Such evidence is therefore irrelevant
7  under Federal Rule of Evidence 402.

10  IT IS SO ORDERED.

12  DATED: _____

Honorable Percy Anderson
United States District Judge

015825\7088593.v1