UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 16-04435 PA (MRWx) | Date | January 17, 2020 |
|---|---|---|---|
| Title | Universal Cable Productions LLC, et al., v. Atlantic Specialty Insurance Co. | | |

| Present: The Honorable | PERCY ANDERSON, UNITED STATES DISTRICT JUDGE | |
|---|---|---|
| T. Jackson | Not Reported | N/A |
| Deputy Clerk | Court Reporter | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None | None |

**Proceedings:**   IN CHAMBERS - COURT ORDER

<u>Designation of Deposition Testimony</u>.  If a party desires to offer deposition testimony into evidence at trial in its case-in-chief, on or before January 24, 2020, <u>it shall designate only those relevant portions of the testimony it wishes to offer at trial</u> and advise opposing counsel and the Court whether the testimony shall be read, played on videotape or on a computer, or submitted.  Those designations are to be shared electronically with opposing counsel.  All objections and responses to any such testimony shall be made in writing and filed on January 31, 2020, so the Court may consider whether ruling on such objections prior to trial will either facilitate the conduct of the trial or result in the disposition of certain evidentiary matters.

The parties should format the Designation of Deposition Testimony according to the following requirements:

1. The objecting party shall quote testimony with any objections arranged in a table immediately following the quoted testimony.  Objections should be organized **to track the page and line numbers of the deposition designations in sequence**.  The objecting party should identify the specific page and line numbers to which objection is made, the ground of the objection, and a citation to Federal Rules of Evidence **(you may instead attach the deposition transcript and note objections in the margin)**.  The party offering the testimony may submit a brief one or two line response to the objection.  The following is an example of the format required by the Court:

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 16-04435 PA (MRWx) | Date | January 17, 2020 |
|---|---|---|---|
| Title | Universal Cable Productions LLC, et al., v. Atlantic Specialty Insurance Co. | | |

| Deposition Designation | Objection & Response |
|---|---|
| <u>Plaintiff's Designation of Tom Jones (42:14-15, 22; 43:7-8, 17-25)</u>:<br><br>Page 42<br><br>14  Q.   How many managers overall at Ruiz &<br>15       Flint?<br><br>22  A.   I do not know.<br><br>Page 43<br><br>7   Q.   (Continuing by Mr. Scotten) How many<br>8        partners does Ruiz & Flint have?<br><br>17  A.   For a certainty, I do not know.<br>18  Q.   (Continuing by Mr. Scotten) Do you know<br>19       Mr. Eugene Ruiz?<br>20  A.   Yes, sir.<br>21  Q.   What's his position at Ruiz & Flint?<br>22  A.   I would speculate that he's a partner and<br>23       owner.<br>24  Q.   Anything else?<br>25  A.   Not -- that's just common sense.  I mean | Defendants' Objections:<br><br>Page 42:14-15, 22:  Irrelevant, Fed. R. Evid. 801, 802.; Page 43:21-25:  No foundation, Fed. R. Evid. 401.<br><br><u>Plaintiff's Response</u>:<br><br>Mr. Rosner was the corporate representative for Ruiz & Flint. |

2.  Do not submit blanket or boilerplate objections - these will be disregarded and overruled.

3.  If a party intends to offer counter-designations, the parties shall electronically exchange those counter-designations of deposition testimony on or before January 31, 2020.  Counter-designations are to be made only for completeness.  Counter-designations are not a substitute for deposition testimony a party wishes to play in its case-in-chief.  Objections to counter-designations are to be exchanged on or before 12:00 p.m. on February 5, 2020.

4.  Once the parties exchange counter-designations and objections to counter-designations, the parties shall combine the original designations and objections with the counter-designations and objections (and brief response to the objection from the party offering the counter-designation) into a single document formatted into a table as described above with the counter-designations inserted either immediately preceding or following the associated original designation.  The table

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 16-04435 PA (MRWx) | Date | January 17, 2020 |
|---|---|---|---|
| Title | Universal Cable Productions LLC, et al., v. Atlantic Specialty Insurance Co. | | |

should clearly identify the offering party and whether the offered testimony is a designation or counter-designation. The combined document with the table of designations, counter-designations, and their associated objections and responses shall be filed with the Court no later than 12:00 p.m. on February 7, 2020.

IT IS SO ORDERED.