UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 16-4435 PA (MRWx) | Date | January 19, 2020 |
|---|---|---|---|
| Title | Universal Cable Productions LLC, et al., v. Atlantic Specialty Insurance Co. | | |

| Present: The Honorable | PERCY ANDERSON, UNITED STATES DISTRICT JUDGE | |
|---|---|---|
| T. Jackson | Not Reported | N/A |
| Deputy Clerk | Court Reporter | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None | None |

**Proceedings:**   IN CHAMBERS - COURT ORDER

To assist the Court in performing its gatekeeper function under <u>Daubert</u>, any party seeking to offer expert testimony in its case-in-chief, shall file a written proffer of the expert's opinions, with citations to the expert witness disclosure for each such opinion.  See <u>Daubert v. Merrell Dow Pharms., Inc.</u>, 509 U.S. 579, 593-95 (1993); <u>Kumho Tire Co. v. Carmichael</u>, 526 U.S. 137, 148 (1999).

The proffers shall state separately each opinion that the expert will give at trial and explain why such testimony is relevant in this case.  The proffers shall state the basis for each such opinion and shall include an identification of each document by title, author and date relied on by the expert in forming the opinion he or she will give at trial.  Counsel shall attach a copy of each document to the offer of proof. If an expert will be relying on the statements of any person for his opinion, the offer of proof shall identify in full each such statement.  If the statement is recorded or written, counsel shall attach a copy of the statement to the offer of proof.  If an expert did not rely on any documents or statements in forming his opinion, the proffer shall include a representation confirming that fact.

To avoid the unnecessary waste of paper, and to facilitate the Court's review of the parties' expert witness proffers, the parties may submit an electronic version of the exhibits submitted in support of the expert's proffers in lieu of a paper copy.  A paper copy of the proffer itself shall still be submitted to the Chambers Courtesy Box.  The electronic version of the exhibits shall be supplied on either a flash or thumb drive or a CD-Rom disc.

The written proffer shall be filed no later than **12:00 p.m. on January 27, 2020.**  Counsel are advised that the experts will not be permitted to offer any opinion at trial that was not set forth in the proffers filed with the Court.

In addition to the proffer, the parties shall file, by **12:00 p.m. on January 27, 2020**, the curriculum vitae of each expert witness, the expert designation identifying the expert, and a copy of any written report prepared by the expert and disclosed to the other party.  The failure to comply with this order may result in the imposition of sanctions, which may include the exclusion of an expert witness's testimony if the required information is not provided by the deadline set by the Court.

IT IS SO ORDERED.