KALPANA SRINIVASAN (237460)
ksrinivasan@susmangodfrey.com
AMANDA K. BONN (270891)
abonn@susmangodfrey.com
CATRIONA LAVERY (310546)
clavery@susmangodfrey.com
SUSMAN GODFREY L.L.P.
1900 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067-6029
Tel: (310) 789-3100
Fax: (310) 789-3150

JACOB W. BUCHDAHL (*pro hac vice*)
jbuchdahl@susmangodfrey.com
SUSMAN GODFREY L.L.P.
1301 Avenue of the Americas, 32nd Floor
New York, NY 10019-6023
Tel: (212) 336-8330
Fax: (212) 336-8340

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNIVERSAL CABLE PRODUCTIONS LLC and NORTHERN ENTERTAINMENT PRODUCTIONS LLC,<br><br>                Plaintiffs,<br><br>v.<br><br>ATLANTIC SPECIALTY INSURANCE COMPANY,<br><br>    Defendant. | Case No.: 2:16-cv-4435-PA-MRW<br><br>The Honorable Percy Anderson<br>Dept. 9A<br><br>**DECLARATION OF AMANDA K. BONN IN SUPPORT OF JOINT STIPULATION REQUESTING REINSTATEMENT OF EXTENSION ON EXPERT PROFFERS**<br><br>Discovery Cutoff Date: June 2, 2017<br>Pretrial Conference Date: January 17, 2020<br>Trial Date: February 18, 2020<br><br>Existing Due Date: January 21, 2020<br>Requested Due Date: January 27, 2020 |

7091937v1/015825

I, Amanda Bonn, do hereby declare and state as follows:

1.    I am an active member in good standing with the State Bar of California. I maintain my office at 1900 Avenue of the Stars, Suite 1400, Los Angeles, California 90067.  I am a Partner of Susman Godfrey L.L.P., and one of the attorneys of record in this matter for the Plaintiffs.  I have personal knowledge of the matters set forth in this declaration, and if called upon as a witness I could and would testify competently.

2.    I respectfully submit this declaration in support of Joint Stipulation Requesting Reinstatement of Extension on Expert Proffers.

3.    On January 10, 2020, the Court issued a minute order requiring expert proffers to be filed no later than 12:00 p.m. on Tuesday, January 21, 2020. *See* Dkt. No. 186

4.    During the Final Pre-Trial Conference held on Friday, January 17, 2020, the Court ordered the parties to submit various revised pre-trial filings—the Joint Exhibit List Stipulation, jury instructions, special verdict forms, witness list and time estimates, and the Pre-Trial Conference Order—on Thursday, January 23, 2020.

5.    On Sunday, January 19, 2020, the Court issued a minute order extending the deadline to file expert proffers to 12:00 p.m. on Monday, January 27, 2020. Dkt. No. 210.

6.    Counsel for Plaintiffs believed that the Court was extending the expert proffer deadline in order to allow them to focus their attentions on the revised pre-trial filings due Thursday, January 23, 2020, appreciated that extension, and relied on that extension in conducting and prioritizing their work on this matter between the date the extension was issued and today.

7.    Counsel for Plaintiffs promptly alerted their expert witnesses that an extension had been granted with respect to expert proffers to Monday, January 27, 2020.

8.    At approximately 12:20 p.m. PST on Tuesday, January 21, 2020, the Court issued a minute order vacating Dkt. No. 210 (the extension on expert proffers)

2

and reinstating Dkt. 186—which originally set the expert proffer deadline for 12:00 p.m. on Tuesday, January 21, 2020. *See* Dkt. No. 215.

9.      Because the Court's Order re-instating the previous deadline was issued at 12:20 p.m. PST, it was impossible for the parties to have submitted the required expert proffers by the 12:00 p.m. deadline, which had already passed.

10.      Plaintiffs are unable to file expert proffers today (even after the 12:00 p.m. deadline) because (a) the proffers had not been completed, in light of the Court's extension and (b) Plaintiffs' experts, having been told that the deadline was extended, are not available to review and approve them for filing today.

11.      Counsel for the parties are holding an in-person conference tomorrow, Wednesday, January 22, 2020, to discuss (a) exhibits and objections thereto; (b) jury instructions; (c) verdict forms; (d) the final pre-trial conference order; and (e) the witness list and time estimates.

12.      The parties' revised pre-trial filings are due on Thursday, January 23, 2020.

13.      Plaintiffs are attempting in good faith to prepare their expert proffers for the Court's review.

14.      The parties have not previously requested an extension of this deadline.

15.      Plaintiffs respectfully request that the Court re-instate the minute order issued at Dkt. No. 210.

16.      Alternatively, Plaintiffs can be prepared to file their expert proffers on Friday, January 24, 2020 (as opposed to the previously-set deadline of Monday, January 27, 2020).

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 21st day of January, 2020, in Los Angeles, California.

*/s/ Amanda Bonn*
Amanda Bonn

3

1

## **CERTIFICATE OF SERVICE**

2

3          I certify that on January 21, 2020, I filed the foregoing with the Clerk of the

4   United States District Court for the Central District of California by using the Court's

5   CM/ECF system, which will send notifications of such filing to all counsel of record.

6

7                                      */s/ Amanda Bonn*
                                       Amanda Bonn

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

7091937v1/015825