UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| UNIVERSAL CABLE PRODUCTIONS LLC and NORTHERN ENTERTAINMENT PRODUCTIONS LLC,<br><br>             Plaintiffs,<br>   v.<br><br>ATLANTIC SPECIALTY INSURANCE COMPANY,<br>            Defendant. | Case No.: 2:16-cv-4435-PA-MRW<br><br>Honorable Percy Anderson<br>Dept. 9A<br><br>**[PROPOSED] ORDER GRANTING JOINT STIPULATION REQUESTING REINSTATEMENT OF EXTENSION ON EXPERT PROFFERS**<br><br>Discovery Cutoff Date: June 2, 2017<br>Pretrial Conference Date: January 17, 2020<br>Trial Date: February 18, 2020<br><br>Existing Due Date: January 21, 2020<br>Requested Due Date: January 27, 2020 |

015825\7091981.v1

1  Having considered the Joint Stipulation Requesting Reinstatement of Extension
2  on Expert Proffers and good cause having been shown, the Court GRANTS the Joint
3  Stipulation.  Dkt. 210 is hereby reinstated.
4
5
6  IT IS SO ORDERED.
7
8  DATED: _____
9
10                                          Honorable Percy Anderson
11                                          United States District Judge

015825\7091981.v1

1