MARC J. SHRAKE (SBN 219331)
mshrake@fmglaw.com
FREEMAN MATHIS & GARY, LLP
550 South Hope Street, Suite 2200
Los Angeles, California 90071
Telephone: (213) 615-7019
Facsimile: (213) 615-7000

CHRISTOPHER W. MARTIN *(Pro Hac Vice)*
martin@mdjwlaw.com
MELINDA R. BURKE *(Pro Hac Vice)*
burke@mdjwlaw.com
WILLIAM E. McMICHAEL *(Pro Hac Vice)*
mcmichael@mdiwlaw.com
MARTIN, DISIERE, JEFFERSON
& WISDOM LLP
9111 Cypress Waters Blvd., Suite 250
Dallas, Texas 75019
Telephone: (214) 420-5500
Facsimile: (214) 420-5501

Attorneys for Defendant
Atlantic Specialty Insurance Company

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| UNIVERSAL CABLE PRODUCTIONS LLC, a Delaware limited liability company, and NORTHERN ENTERTAINMENT PRODUCTIONS LLC, a Delaware limited liability company,<br><br>　　　　Plaintiffs,<br>　vs.<br><br>ATLANTIC SPECIALTY INSURANCE COMPANY, a New York insurance company,<br><br>　　　　Defendant. | CASE NO. 2:16-cv-4435-PA-MRW<br><br>**DECLARATION OF MARC J. SHRAKE IN SUPPORT OF THE PARTIES' JOINT STIPULATION REQUESTING REINSTATEMENT OF EXTENSION ON EXPERT PROFFERS**<br><br>Pretrial Conference: January 17, 2020<br>Time: 1:30 PM PST<br>Place: Courtroom 9A<br>Judge: Honorable Percy Anderson<br>Trial: February 18, 2020 |

## DECLARATION OF MARC J. SHRAKE

I, Marc J. Shrake, declare as follows:

1. I am an attorney authorized to practice before all California courts and before this Court and am a partner with the law firm of Freeman Mathis & Gary, LLP, attorneys for Defendant Atlantic Specialty Insurance Company ("ASIC").

Freeman Mathis & Gary, LLP
Attorneys at Law

**DECLARATION OF MARC J. SHRAKE IN SUPPORT OF THE PARTIES' JOINT STIPULATION REQUESTING REINSTATEMENT OF EXTENSION ON EXPERT PROFFERS**

2. I have personal knowledge of the matters set forth in this declaration, and if called upon to testify to them, could and would do so.

3. I make this declaration in conjunction with, and in support of, the parties' Joint Stipulation Requesting Reinstatement of Extension on Expert Proffers.

4. On January 10, 2020, the Court issued a minute order requiring expert proffers to be filed no later than 12:00 p.m. on Tuesday, January 21, 2020, see Dkt. No. 186.

5. During the Final Pre-Trial Conference held on Friday, January 17, 2020, the Court ordered the parties to submit various revised pre-trial filings—the Joint Exhibit List Stipulation, jury instructions, special verdict forms, witness list and time estimates, and the Pre-Trial Conference Order—on Thursday, January 23, 2020.

6. On Sunday, January 19, 2020, the Court issued a minute order extending the deadline to file expert proffers to 12:00 p.m. on Monday, January 27, 2020, Dkt. No. 210.

7. Upon seeing the Court's January 19 Order, ASIC's counsel believed that the Court was extending the expert proffer deadline in order to allow the parties to focus their attentions on the revised pre-trial filings due Thursday, January 23, 2020, appreciated that extension, and relied on that extension in conducting and prioritizing its work on this matter between the date the extension was issued and today.

8. ASIC's counsel promptly alerted the necessary parties that an extension had been granted with respect to expert proffers to Monday, January 27, 2020.

9. At approximately 12:20 p.m. on Tuesday, January 21, 2020, the Court issued a minute order vacating Dkt. No. 210 (the extension on expert proffers) and reinstating Dkt. 186—which originally set the expert proffer deadline for 12:00 p.m. on Tuesday, January 21, 2020.

10. Because the Court's Order re-instating the previous deadline was issued

1  at 12:20 p.m., it was impossible for the parties to have submitted the required expert proffers by the 12:00 p.m. deadline, which had already passed.

11.  ASIC is unable to file expert proffers today (even after the 12:00 p.m. deadline) because (a) the proffers have not been completed in light of the Court's extension; and (b) ASIC's counsel, in light of the Court's extension, have been focused on the revised pre-trial filings due this week Thursday, January 23, 2020.

12.  Counsel for the parties are holding an in-person conference tomorrow, Wednesday, January 22, 2020, to discuss (a) exhibits and objections thereto; (b) jury instructions; (c) verdict forms; (d) the final pre-trial conference order; and (e) the witness list and time estimates.

13.  The parties' revised pre-trial filings are due on Thursday, January 23, 2020.

14.  ASIC is attempting in good faith to prepare its expert proffers for the Court's review and has not previously requested an extension of this deadline.

15.   ASIC respectfully requests that the Court re-instate the minute order issued at Dkt. No. 210.  Alternatively, the parties can be prepared to file their expert proffers on Friday, January 24, 2020 (as opposed to the previously-set deadline of Monday, January 27, 2020).

I declare under penalty of perjury of the laws of the United States of America and the laws of the State of California that the foregoing is true and correct and that this declaration is executed this 21st day of January 2020 at Los Angeles, California.

DATED:  January 21, 2019            MARC J. SHRAKE

                                   By:  */s/ Marc J. Shrake*
                                        Marc J. Shrake

Freeman Mathis
& Gary, LLP
Attorneys at Law

-3-
**DECLARATION OF MARC J. SHRAKE IN SUPPORT OF THE PARTIES' JOINT STIPULATION REQUESTING REINSTATEMENT OF EXTENSION ON EXPERT PROFFERS**