UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 16-04435 PA (MRWx) | Date | January 21, 2020 |
|---|---|---|---|
| Title | Universal Cable Productions LLC, et al., v. Atlantic Specialty Insurance Co. | | |

| Present: The Honorable | PERCY ANDERSON, UNITED STATES DISTRICT JUDGE |
|---|---|

| T. Jackson | Not Reported | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None | None |

**Proceedings:**   IN CHAMBERS - COURT ORDER

The Court has reviewed the parties' Joint Stipulation Requesting Reinstatement of Extension on Expert Proffers. (Dkt. No. 217.) The Court inadvertently entered an Order on Sunday, January 19, 2020 at 6:00 pm, stating that the parties' expert proffers were due at noon on Monday, January 27, 2020. (Dkt. No. 210.) Due to this inadvertence, the Court grants the parties an additional two days to file their expert proffers - the amount of time the parties lost.

The written proffers shall be filed no later than **12:00 p.m. on Thursday, January 24, 2020**. Counsel are advised that the experts will not be permitted to offer any opinion at trial that was not set forth in the proffers filed with the Court.

In addition to the proffer, the parties shall file, by **12:00 p.m. on Thursday, January 24, 2020**, the curriculum vitae of each expert witness, the expert designation identifying the expert, and a copy of any written report prepared by the expert and disclosed to the other party. The failure to comply with this order may result in the imposition of sanctions, which may include the exclusion of an expert witness's testimony if the required information is not provided by the deadline set by the Court.

IT IS SO ORDERED.