**EXHIBIT A**

| PDF # | BATES | DATE | TITLE | AUTHOR |
|---|---|---|---|---|
| 1. | | 2017-05-24 | Amended Notice of Deposition of A. Clark and Requests for Production of Documents | Plaintiffs |
| 2. | | 2016-07-07 | First Amended Complaint for Breach. | Plaintiffs |
| 3. | | 2014-01-01 to 2015-01-01 | OneBeacon Insurance/Atlantic Specialty Insurance Company Policy | |
| 4. | | 2017-03-17 | Expert Report and CV of Anthony Clark | Anthony Clark |
| 5. | | | Rebuttal Report of Anthony Clark | Anthony Clark |
| 6. | | 2017-05-10 | Deposition 30(b)(6) Transcript of Aaron Stone | |
| 7. | AONNBCU0004132-AONNBCU0004195 | 2009-12-17 | Email between George Walden and Martin Ridgers – merged draft policy coverage form | |
| 8. | ATL00321 | 2016-07-03 | Email between Pam Johnson and Danny Gutterman – production move situation in Israel. | |
| 9. | ATL000001-ATL000086 | | FileNote History – Redacted; complaint (2016-06-20) and Onebeacon Policy. | |
| | ATL000087-ATL000093 | 2014-08-13 | Representation and response letter of NBCUniversal Media from from Mitchell, Silberberg & Knupp, LLP to P. Johnson of OneBeacon – denial letter | Lucia E. Coyoca |
| | ATL000094-ATL000101 | 2014-07-28 | Letter to Andrea Garber of NBC Universal Media from P. Johnson of OneBeacon. | Pamela Johnson |
| | ATL000102 | 2014-07-16 | OneBeacon Commercial Property Claim Summary | |
| | ATL000103 | 2014-07-16 | Email from Lucy Lopez to Susan Weiss of AON – claims acknowledgement. | Lucy Lopez |
| | ATL000104-ATL00106 | 2014-07-15 | Email from Lucy Lopez to OBE-Claims – new claim and email from S. Weiss to M. Arevalo and email from Andrea Garber to S. Weiss regarding Imminent Peril claim notification. | Lucy Lopez and S. Weiss |
| | ATL000107-ATL000161 | 2014-01-01 - 2015-06-30 | OneBeacon Motion Picture/Television Producers Portfolio Declarations | |
| 10. | | 2017-02-20 | Defendant's Second Amended Responses to First set of Interrogatories Propounded by Plaintiffs. | Michell, Silberger & Knupp, LLP |
| 11. | | 2017-03-17 | Expert Report of Ty R. Sagalow | |
| 12. | | 2014-09-03 | Article by William Booth entitle "Here's What Really Happened in the Gaza War (according to the Israelis" published by The Washington Post. | Reporter: William Booth |
| 13. | | 2014-08-29 | Article by Jodi Rudoren entitled "50 Days of War Leave Israelis and Palestinians Only More Entrenched published by The New York Times. | Reporter: Jodi Rudoren |

| | | | | |
|---|---|---|---|---|
| 14. | | 2014-07-30 | Article by Alastair Jamieson entitled "How Technology is Intensifying Gaza War Between Israel and Hamas. | Alastair Jamieson |
| 15. | | 1974-10-15 | Research: Pan American World Airways, Inc. v. Aetna Casualty & Surety 505 F.2d 989. | |
| 16. | | | California law Statute Civil Code Part 2 Contracts, Title 3 Interpretation of Contracts. | |
| 17. | | 2014-07-28 | Letter from P. Johnson of Onebeacon to Andrea Garber of NBC – denial letter | |
| 18. | | 2016-08-05 | Defendant's Original Answer to Plaintiffs' First Amended Complaint | Anderson McPharlin & Conners, LLP |
| 19. | | 2016-09-14 | Protective Order Concerning Confidential Information | |
| 20. | | 2016-06-20 | Plaintiffs' Response to Defendant's First Set of Interrogatories | |
| 21. | UCP000155 – UCP000158 | 2014-09-19 | Letter from P. Johnson of OneBeacon to Lucia Coyoca of Mitch, Silberger & Knupp in response to August 13, 2014 letter. | |
| 22. | | 2017-02-20 | ASIC's Second Amended Response to First set of Interrogatories propounded by Plaintiffs. | Mike Keeley of Strasburger & Price, LLP |
| 23. | | 2017-02-08 | Deposition Transcript of Theresa A. Gooley Wolf, Volume 1. | |
| 24. | | 2017-02-03 | Deposition Transcript of Daniel Spencer Gutterman. | |
| 25. | | 2017-03-17 | Expert Witness Report of Ty R Sagalow | |
| 26. | | 2017-05-08 | Deposition Transcript of Pamela A. Johnson. Vol. 1 | |
| 27. | | 2017-05-09 | Deposition Transcript of Pamela A. Johnson. Vol. 2 | |
| 28. | | 2017-10-06 | Civil Minutes – In Chambers – Court Order | Judge Percy Anderson |
| 29. | | 2012-09-12 | Memorandum and Order Granting In Part Motion to Dismiss in the USDC Eastern District of New York; *Mati Gill v. Arab Bank, PLC. – Court of Appeals* | Judge Jack Weinstein |
| 30. | | 2017-04-18 | Deposition Transcript of Susan Weiss. Vol. 1 | |
| 31. | | 2014-01-31 | Congressional Research Service: The Palestinians: Background and U.S. Relations by Jim Zanoitt, Specialist in Middle Eastern Affairs | Jim Zanotti |
| 32. | | 2017-02-01 | Deposition Transcript of Peter Donald Williams. Vol 1. | |
| 33. | ATL004138 - ATL004172 | 2017-01-30 | Policy Loss Summary Analysis Summary | |

| | | | | |
|---|---|---|---|---|
| 34. | | 2017-04-14 | Deposition Transcript of Andrea Garber. Vol. 1 | |
| 35. | ATL000513-ATL002282 | | Claim File – to/from email communications with OneBeacon, AON and NBC – DIG Claim – Imminent Peril Claim Notification | |
| 36. | ATL000393-ATL000399 | 2014-July (15-22) | Claim File – to/from email communications with OneBeacon and NBC – DIG Claim – Imminent Peril Claim Notification | |
| 37. | ATL000322-ATL000328 | 2014-July (14-16) | Claim File – to/from email communications with OneBeacon and NBC – DIG Claim – Imminent Peril Claim Notification | |
| 38. | ATL000294-ATL000319 | 2014-July (17-18 | Claim File – to/from email communications with OneBeacon and NBC – DIG Claim – Imminent Peril Claim Notification | |
| 39. | | 2017-02-01 | Exhibit 1 - Deposition Transcript of Peter Donald Williams. Vol 1. | |
| 40. | | 2017-02-01 | Exhibit 2 - Deposition Transcript of Peter Donald Williams. Vol 1. | |
| 41. | | 2017-02-01 | Exhibit 3 - Deposition Transcript of Peter Donald Williams. Vol 1. | |
| 42. | | 2017-02-01 | Exhibit 4 - Deposition Transcript of Peter Donald Williams. Vol 1. | |
| 43. | | 2017-02-01 | Exhibit 5 - Deposition Transcript of Peter Donald Williams. Vol 1. | |
| 44. | | 2017-02-01 | Exhibit 6 - Deposition Transcript of Peter Donald Williams. Vol 1. | |
| 45. | | 2017-02-01 | Exhibit 7 - Deposition Transcript of Peter Donald Williams. Vol 1. | |
| 46. | | 2017-02-01 | Exhibit 8 - Deposition Transcript of Peter Donald Williams. Vol 1. | |
| 47. | | 2017-02-01 | Exhibit 9 - Deposition Transcript of Peter Donald Williams. Vol 1. | |
| 48. | | 2017-02-01 | Exhibit 10 - Deposition Transcript of Peter Donald Williams. Vol 1. | |
| 49. | | 2017-02-01 | Exhibit 11 - Deposition Transcript of Peter Donald Williams. Vol 1. | |
| 50. | | 2017-02-01 | Exhibit 12 - Deposition Transcript of Peter Donald Williams. Vol 1. | |
| 51. | | 2017-02-03 | Exhibit 13 - Deposition Transcript of Daniel Spencer Gutterman. | |
| 52. | | 2017-02-03 | Exhibit 14 - Deposition Transcript of Daniel Spencer Gutterman. | |
| 53. | | 2017-02-03 | Exhibit 15 - Deposition Transcript of Daniel Spencer Gutterman. | |
| 54. | | 2017-02-03 | Exhibit 16 - Deposition Transcript of Daniel Spencer Gutterman. | |

| | | | | |
|---|---|---|---|---|
| 55. | | 2017-02-03 | Exhibit 17 - Deposition Transcript of Daniel Spencer Gutterman. | |
| 56. | | 2017-02-03 | Exhibit 18 - Deposition Transcript of Daniel Spencer Gutterman. | |
| 57. | | 2017-02-03 | Exhibit 19 - Deposition Transcript of Daniel Spencer Gutterman. | |
| 58. | | 2017-02-03 | Exhibit 20 - Deposition Transcript of Daniel Spencer Gutterman. | |
| 59. | | 2017-02-03 | Exhibit 21 - Deposition Transcript of Daniel Spencer Gutterman. | |
| 60. | | 2017-02-03 | Exhibit 22 - Deposition Transcript of Daniel Spencer Gutterman. | |
| 61. | | 2017-02-03 | Exhibit 23 - Deposition Transcript of Daniel Spencer Gutterman. | |
| 62. | | 2017-02-03 | Exhibit 24 - Deposition Transcript of Daniel Spencer Gutterman. | |
| 63. | | 2017-02-03 | Exhibit 25 - Deposition Transcript of Daniel Spencer Gutterman. | |
| 64. | | 2017-02-03 | Exhibit 26 - Deposition Transcript of Daniel Spencer Gutterman. | |
| 65. | | 2017-02-03 | Exhibit 27 - Deposition Transcript of Daniel Spencer Gutterman. | |
| 66. | | 2017-02-03 | Exhibit 28 - Deposition Transcript of Daniel Spencer Gutterman. | |
| 67. | | 2017-02-03 | Exhibit 29 - Deposition Transcript of Daniel Spencer Gutterman. | |
| 68. | | 2017-02-03 | Exhibit 30 - Deposition Transcript of Daniel Spencer Gutterman. | |
| 69. | | 2017-02-08 | Exhibit 1 - Deposition Transcript of Theresa A. Gooley Wolf, Volume 1. | |
| 70. | | 2017-02-08 | Exhibit 15 - Deposition Transcript of Theresa A. Gooley Wolf, Volume 1. | |
| 71. | | 2017-02-08 | Exhibit 16 - Deposition Transcript of Theresa A. Gooley Wolf, Volume 1. | |
| 72. | | 2017-02-08 | Exhibit 18 - Deposition Transcript of Theresa A. Gooley Wolf, Volume 1. | |
| 73. | | 2017-02-08 | Exhibit 19 - Deposition Transcript of Theresa A. Gooley Wolf, Volume 1. | |
| 74. | | 2017-02-08 | Exhibit 20 - Deposition Transcript of Theresa A. Gooley Wolf, Volume 1. | |
| 75. | | 2017-02-08 | Exhibit 31 - Deposition Transcript of Theresa A. Gooley Wolf, Volume 1. | |
| 76. | | 2017-02-08 | Exhibit 32 - Deposition Transcript of Theresa A. Gooley Wolf, Volume 1. | |
| 77. | | 2017-02-08 | Exhibit 33 - Deposition Transcript of Theresa A. Gooley Wolf, Volume 1. | |
| 78. | | 2017-02-08 | Exhibit 34 - Deposition Transcript of Theresa A. Gooley Wolf, Volume 1. | |
| 79. | | 2017-02-08 | Exhibit 35 - Deposition Transcript of Theresa A. Gooley Wolf, Volume 1. | |

| | | | | |
|---|---|---|---|---|
| 80. | | 2017-02-08 | Exhibit 36 - Deposition Transcript of Theresa A. Gooley Wolf, Volume 1. | |
| 81. | | 2017-02-08 | Exhibit 37 - Deposition Transcript of Theresa A. Gooley Wolf, Volume 1. | |
| 82. | | 2017-02-08 | Exhibit 38 - Deposition Transcript of Theresa A. Gooley Wolf, Volume 1. | |
| 83. | | 2017-02-08 | Exhibit 39 - Deposition Transcript of Theresa A. Gooley Wolf, Volume 1. | |
| 84. | | 2014-07-18 | Article: Scenes of War and Heartbreak as Israel-Hamas Conflict Intensifies by Benjamin Landy and Maria Lokke published by MSNBC | Benjamin Landry and Maria Lokke |
| 85. | | 2014-08-03 | Article: Israel Seeks to Gain Advantage by Reversing Course in Gaza by Ilene Prusher published by Time | Ilene Prusher |
| 86. | | 2017-08-17 | Deposition Transcript of Pamela A. Johnson, Vol. 1. | |
| 87. | | 2017-05-09 | Deposition Transcript of Pamela A. Johnson, Vol. 2. | |
| 88. | | 2017-08-17 | Exhibit 1 Deposition Transcript of Pamela A. Johnson, Vol. 1. | |
| 89. | | 2017-08-17 | Exhibit 2 Deposition Transcript of Pamela A. Johnson, Vol. 1. | |
| 90. | | 2017-08-17 | Exhibit 3 Deposition Transcript of Pamela A. Johnson, Vol. 1. | |
| 91. | | 2017-08-17 | Exhibit 4 Deposition Transcript of Pamela A. Johnson, Vol. 1. | |
| 92. | | 2017-08-17 | Exhibit 5 Deposition Transcript of Pamela A. Johnson, Vol. 1. | |
| 93. | | 2017-08-17 | Exhibit 6 Deposition Transcript of Pamela A. Johnson, Vol. 1. | |
| 94. | | 2017-08-17 | Exhibit 7 Deposition Transcript of Pamela A. Johnson, Vol. 1. | |
| 95. | | 2017-08-17 | Exhibit 8 Deposition Transcript of Pamela A. Johnson, Vol. 1. | |
| 96. | | 2017-08-17 | Exhibit 9 Deposition Transcript of Pamela A. Johnson, Vol. 1. | |
| 97. | | 2017-08-17 | Exhibit 10 Deposition Transcript of Pamela A. Johnson, Vol. 1. | |
| 98. | | 2017-08-17 | Exhibit 11 Deposition Transcript of Pamela A. Johnson, Vol. 1. | |
| 99. | | 2017-08-17 | Exhibit 12 Deposition Transcript of Pamela A. Johnson, Vol. 1. | |
| 100. | | 2017-08-17 | Exhibit 13 Deposition Transcript of Pamela A. Johnson, Vol. 1. | |
| 101. | | 2017-08-17 | Exhibit PM-1 Deposition Transcript of Pamela A. Johnson, Vol. 1. | |
| 102. | | 2017-08-17 | Exhibit PM-12 Deposition Transcript of Pamela A. Johnson, Vol. 1. | |

| | | | | |
|---|---|---|---|---|
| 103. | | 2017-08-17 | Exhibit PM-16 Deposition Transcript of Pamela A. Johnson, Vol. 1. | |
| 104. | | 2017-08-17 | Exhibit PM-25 Deposition Transcript of Pamela A. Johnson, Vol. 1. | |
| 105. | | 2017-08-17 | Exhibit PM-31 Deposition Transcript of Pamela A. Johnson, Vol. 1. | |
| 106. | | 2017-08-17 | Exhibit PM-33 Deposition Transcript of Pamela A. Johnson, Vol. 1. | |
| 107. | | 2017-08-17 | Exhibit PM-34 Deposition Transcript of Pamela A. Johnson, Vol. 1. | |
| 108. | | 2017-08-17 | Exhibit PM-36 Deposition Transcript of Pamela A. Johnson, Vol. 1. | |
| 109. | | 2017-08-17 | Exhibit PM-37 Deposition Transcript of Pamela A. Johnson, Vol. 1. | |
| 110. | | 2017-08-17 | Exhibit PM-38 Deposition Transcript of Pamela A. Johnson, Vol. 1. | |
| 111. | | 2017-08-17 | Exhibit PM-62 Deposition Transcript of Pamela A. Johnson, Vol. 1. | |
| 112. | | 2017-08-17 | Exhibit PM-65 Deposition Transcript of Pamela A. Johnson, Vol. 1. | |
| 113. | | 2017-05-09 | Exhibit 232 Deposition Transcript of Pamela A. Johnson, Vol. 2. | |
| 114. | | 2017-05-09 | Exhibit 234 Deposition Transcript of Pamela A. Johnson, Vol. 2. | |
| 115. | | 2017-05-09 | Exhibit 235 Deposition Transcript of Pamela A. Johnson, Vol. 2. | |
| 116. | | 2017-05-09 | Exhibit 236 Deposition Transcript of Pamela A. Johnson, Vol. 2. | |
| 117. | | 2017-05-09 | Exhibit 237 Deposition Transcript of Pamela A. Johnson, Vol. 2. | |
| 118. | | 2017-05-09 | Exhibit 238 Deposition Transcript of Pamela A. Johnson, Vol. 2. | |
| 119. | | 2017-05-09 | Exhibit 239 Deposition Transcript of Pamela A. Johnson, Vol. 2. | |
| 120. | | 2017-05-09 | Exhibit 240 Deposition Transcript of Pamela A. Johnson, Vol. 2. | |
| 121. | | 2017-05-09 | Exhibit 241 Deposition Transcript of Pamela A. Johnson, Vol. 2. | |
| 122. | | 2017-05-09 | Exhibit 243 Deposition Transcript of Pamela A. Johnson, Vol. 2. | |
| 123. | | 2017-05-09 | Exhibit 244 Deposition Transcript of Pamela A. Johnson, Vol. 2. | |
| 124. | | 2017-05-09 | Exhibit 245 Deposition Transcript of Pamela A. Johnson, Vol. 2. | |
| 125. | | 2017-05-09 | Exhibit 246 Deposition Transcript of Pamela A. Johnson, Vol. 2. | |
| 126. | | 2017-05-09 | Exhibit 247 Deposition Transcript of Pamela A. Johnson, Vol. 2. | |
| 127. | | 2017-05-09 | Exhibit 248 Deposition Transcript of Pamela A. Johnson, Vol. 2. | |

| | | | | |
|---|---|---|---|---|
| 128. | | 2017-05-09 | Exhibit 249 Deposition Transcript of Pamela A. Johnson, Vol. 2. | |
| 129. | | 2017-05-09 | Exhibit 250 Deposition Transcript of Pamela A. Johnson, Vol. 2. | |
| 130. | | 2017-05-09 | Exhibit 251 Deposition Transcript of Pamela A. Johnson, Vol. 2. | |
| 131. | | 2017-05-09 | Exhibit 252 Deposition Transcript of Pamela A. Johnson, Vol. 2. | |
| 132. | | 2017-05-09 | Exhibit 253 Deposition Transcript of Pamela A. Johnson, Vol. 2. | |
| 133. | | 2017-05-09 | Exhibit 254 Deposition Transcript of Pamela A. Johnson, Vol. 2. | |
| 134. | | 2017-05-09 | Exhibit 255 Deposition Transcript of Pamela A. Johnson, Vol. 2. | |
| 135. | | 2017-05-09 | Exhibit 256 Deposition Transcript of Pamela A. Johnson, Vol. 2. | |
| 136. | | 2017-04-18 | Exhibit 020-A Deposition Transcript of Susan Weiss. Vol. 1 | |
| 137. | | 2017-04-18 | Exhibit 041 Deposition Transcript of Susan Weiss. Vol. 1 | |
| 138. | | 2017-04-18 | Exhibit 042 Deposition Transcript of Susan Weiss. Vol. 1 | |
| 139. | | 2017-04-18 | Exhibit 043 Deposition Transcript of Susan Weiss. Vol. 1 | |
| 140. | | 2017-04-18 | Exhibit 044 Deposition Transcript of Susan Weiss. Vol. 1 | |
| 141. | | 2017-04-18 | Exhibit 045 Deposition Transcript of Susan Weiss. Vol. 1 | |
| 142. | | 2017-04-18 | Exhibit 046 Deposition Transcript of Susan Weiss. Vol. 1 | |
| 143. | | 2017-04-18 | Exhibit 047 Deposition Transcript of Susan Weiss. Vol. 1 | |
| 144. | | 2017-04-18 | Exhibit 048 Deposition Transcript of Susan Weiss. Vol. 1 | |
| 145. | | 2017-04-18 | Exhibit 049 Deposition Transcript of Susan Weiss. Vol. 1 | |
| 146. | | 2017-04-18 | Exhibit 050 Deposition Transcript of Susan Weiss. Vol. 1 | |
| 147. | | 2017-04-18 | Exhibit 051 Deposition Transcript of Susan Weiss. Vol. 1 | |
| 148. | | 2017-04-18 | Exhibit 052 Deposition Transcript of Susan Weiss. Vol. 1 | |
| 149. | | 2017-04-18 | Exhibit 053 Deposition Transcript of Susan Weiss. Vol. 1 | |
| 150. | | 2017-04-18 | Exhibit 054 Deposition Transcript of Susan Weiss. Vol. 1 | |
| 151. | | 2017-04-18 | Exhibit 055 Deposition Transcript of Susan Weiss. Vol. 1 | |
| 152. | | 2017-04-18 | Exhibit 056 Deposition Transcript of Susan Weiss. Vol. 1 | |

| | | | |
|---|---|---|---|
| 153. | | 2017-04-18 | Exhibit 057 Deposition Transcript of Susan Weiss. Vol. 1 |
| 154. | | 2017-04-18 | Exhibit 058 Deposition Transcript of Susan Weiss. Vol. 1 |
| 155. | | 2017-04-18 | Exhibit 059 Deposition Transcript of Susan Weiss. Vol. 1 |
| 156. | | 2017-04-18 | Exhibit 060 Deposition Transcript of Susan Weiss. Vol. 1 |
| 157. | | 2017-04-18 | Exhibit 061 Deposition Transcript of Susan Weiss. Vol. 1 |
| 158. | | 2017-04-18 | Exhibit 062 Deposition Transcript of Susan Weiss. Vol. 1 |
| 159. | | 2017-04-18 | Exhibit 063 Deposition Transcript of Susan Weiss. Vol. 1 |
| 160. | | 2017-04-18 | Exhibit 064 Deposition Transcript of Susan Weiss. Vol. 1 |
| 161. | | 2017-04-18 | Exhibit 065 Deposition Transcript of Susan Weiss. Vol. 1 |
| 162. | | 2017-04-18 | Exhibit 066 Deposition Transcript of Susan Weiss. Vol. 1 |
| 163. | | 2017-04-18 | Exhibit 067 Deposition Transcript of Susan Weiss. Vol. 1 |
| 164. | | 2017-04-18 | Exhibit 068 Deposition Transcript of Susan Weiss. Vol. 1 |
| 165. | | 2017-04-18 | Exhibit 069 Deposition Transcript of Susan Weiss. Vol. 1 |
| 166. | | 2017-04-18 | Exhibit 002 Deposition Transcript of Susan Weiss. Vol. 1 |
| 167. | | 2017-04-18 | Exhibit 003 Deposition Transcript of Susan Weiss. Vol. 1 |
| 168. | | 2017-04-18 | Exhibit 013 Deposition Transcript of Susan Weiss. Vol. 1 |
| 169. | | 2017-04-18 | Exhibit 016 Deposition Transcript of Susan Weiss. Vol. 1 |
| 170. | | 2017-04-18 | Exhibit 018 Deposition Transcript of Susan Weiss. Vol. 1 |
| 171. | | 2017-04-18 | Exhibit 020 Deposition Transcript of Susan Weiss. Vol. 1 |
| 172. | | 2017-04-18 | Exhibit 022 Deposition Transcript of Susan Weiss. Vol. 1 |
| 173. | | 2017-04-18 | Exhibit 023 Deposition Transcript of Susan Weiss. Vol. 1 |
| 174. | | 2017-04-18 | Exhibit 034 Deposition Transcript of Susan Weiss. Vol. 1 |
| 175. | | 2017-04-18 | Exhibit 035 Deposition Transcript of Susan Weiss. Vol. 1 |
| 176. | | 2017-04-18 | Exhibit 038 Deposition Transcript of Susan Weiss. Vol. 1 |
| 177. | | 2017-04-18 | Exhibit 039 Deposition Transcript of Susan Weiss. Vol. 1 |

| 178. | | 2017-04-18 | Exhibit 040 Deposition Transcript of Susan Weiss. Vol. 1 | |
|---|---|---|---|---|
| 179. | | 2017-04-14 | Exhibit 001 Deposition Transcript of Andrea Garber. Vol. 1 | |
| 180. | | 2017-04-14 | Exhibit 002 Deposition Transcript of Andrea Garber. Vol. 1 | |
| 181. | | 2017-04-14 | Exhibit 003 Deposition Transcript of Andrea Garber. Vol. 1 | |
| 182. | | 2017-04-14 | Exhibit 004 Deposition Transcript of Andrea Garber. Vol. 1 | |
| 183. | | 2017-04-14 | Exhibit 005 Deposition Transcript of Andrea Garber. Vol. 1 | |
| 184. | | 2017-04-14 | Exhibit 006 Deposition Transcript of Andrea Garber. Vol. 1 | |
| 185. | | 2017-04-14 | Exhibit 007 Deposition Transcript of Andrea Garber. Vol. 1 | |
| 186. | | 2017-04-14 | Exhibit 008 Deposition Transcript of Andrea Garber. Vol. 1 | |
| 187. | | 2017-04-14 | Exhibit 009 Deposition Transcript of Andrea Garber. Vol. 1 | |
| 188. | | 2017-04-14 | Exhibit 010 Deposition Transcript of Andrea Garber. Vol. 1 | |
| 189. | | 2017-04-14 | Exhibit 011 Deposition Transcript of Andrea Garber. Vol. 1 | |
| 190. | | 2017-04-14 | Exhibit 012 Deposition Transcript of Andrea Garber. Vol. 1 | |
| 191. | | 2017-04-14 | Exhibit 013 Deposition Transcript of Andrea Garber. Vol. 1 | |
| 192. | | 2017-04-14 | Exhibit 014 Deposition Transcript of Andrea Garber. Vol. 1 | |
| 193. | | 2017-04-14 | Exhibit 015 Deposition Transcript of Andrea Garber. Vol. 1 | |
| 194. | | 2017-04-14 | Exhibit 016 Deposition Transcript of Andrea Garber. Vol. 1 | |
| 195. | | 2017-04-14 | Exhibit 017 Deposition Transcript of Andrea Garber. Vol. 1 | |
| 196. | | 2017-04-14 | Exhibit 018 Deposition Transcript of Andrea Garber. Vol. 1 | |
| 197. | | 2017-04-14 | Exhibit 019 Deposition Transcript of Andrea Garber. Vol. 1 | |
| 198. | | 2017-04-14 | Exhibit 020 Deposition Transcript of Andrea Garber. Vol. 1 | |
| 199. | | 2017-04-14 | Exhibit 021 Deposition Transcript of Andrea Garber. Vol. 1 | |
| 200. | | 2017-04-14 | Exhibit 022 Deposition Transcript of Andrea Garber. Vol. 1 | |
| 201. | | 2017-04-14 | Exhibit 023 Deposition Transcript of Andrea Garber. Vol. 1 | |
| 202. | | 2017-04-14 | Exhibit 024 Deposition Transcript of Andrea Garber. Vol. 1 | |

| | | | | |
|---|---|---|---|---|
| 203. | | 2017-04-14 | Exhibit 025 Deposition Transcript of Andrea Garber. Vol. 1 | |
| 204. | | 2017-04-14 | Exhibit 026 Deposition Transcript of Andrea Garber. Vol. 1 | |
| 205. | | 2017-04-14 | Exhibit 027 Deposition Transcript of Andrea Garber. Vol. 1 | |
| 206. | | 2017-04-14 | Exhibit 028 Deposition Transcript of Andrea Garber. Vol. 1 | |
| 207. | | 2017-04-14 | Exhibit 029 Deposition Transcript of Andrea Garber. Vol. 1 | |
| 208. | | 2017-04-14 | Exhibit 030 Deposition Transcript of Andrea Garber. Vol. 1 | |
| 209. | | 2017-04-14 | Exhibit 031 Deposition Transcript of Andrea Garber. Vol. 1 | |
| 210. | | 2017-04-14 | Exhibit 032 Deposition Transcript of Andrea Garber. Vol. 1 | |
| 211. | | 2017-04-14 | Exhibit 033 Deposition Transcript of Andrea Garber. Vol. 1 | |
| 212. | | 2017-04-14 | Exhibit 034 Deposition Transcript of Andrea Garber. Vol. 1 | |
| 213. | | 2017-04-14 | Exhibit 035 Deposition Transcript of Andrea Garber. Vol. 1 | |
| 214. | | 2017-04-14 | Exhibit 036 Deposition Transcript of Andrea Garber. Vol. 1 | |
| 215. | | 2017-04-14 | Exhibit 037 Deposition Transcript of Andrea Garber. Vol. 1 | |
| 216. | | 2017-04-14 | Exhibit 038 Deposition Transcript of Andrea Garber. Vol. 1 | |
| 217. | | 2017-04-14 | Exhibit 039 Deposition Transcript of Andrea Garber. Vol. 1 | |
| 218. | | 2017-04-14 | Exhibit 040 Deposition Transcript of Andrea Garber. Vol. 1 | |
| 219. | ATL000162-ATL004003 | | Claim File | |