**A substantial number of documents relied upon by the expert have been designated "Confidential" and/or "Attorney's Eyes Only." In lieu of a motion to seal, the parties have agreed to lodge such exhibits electronically and to include them on the thumb drive being hand-delivered to the Court.**