**EXHIBIT C**



**Shannon Rusnak, CPA, CFE, MAFF**
**Senior Vice President**

As a forensic accountant for over 30 years, Shannon Rusnak has been retained in hundreds of engagements involving the evaluation and quantification of economic damages including lost profits, extra expenses, personal injury, product liability, professional liability, product recall and contamination, extortion, fidelity and financial condition analyses.

She has been recognized as expert witness in both State and Federal Courts and in arbitration. Shannon Rusnak has also been retained by the U.S. Department of Justice to aid as an expert witness in their court cases involving business interruption losses and environmental matters.

Shannon Rusnak's experience includes a wide variety of industries both domestic and international including oil and gas, petrochemical, ammonia plants, refineries, power generation, transportation, marine, shipbuilding, computer chips, medical centers, hotel & resort properties, food distribution, restaurants, newspaper production, printing companies, lumber, cement, terminal/storage facilities, biodiesel plants and other manufacturing, retail and service industries.

## Notable Projects

**Energy:**

Ormat PGV, Puna, Hawaii. Volcanic lava damage and shutdown of geothermal energy plant. Reviewed claim and prepared calculation for ensuing business interruption loss and extra expenses.

**Maritime:**

Kirby Oil Spill, Houston, TX Ship Channel. Oil spill in Houston Ship Channel resulting in over 1,500 claimants seeking damages. Retained as an expert in the bellwether trial and evaluated damages related to all 1,500 claimants.

**Retail:**

Hurricane damage to two area shopping malls, Houston, Texas.  Assisted in matter, including trial testimony, involving lost profits, deferred maintenance, financial condition and tracing of proceeds related to over 3 million square-feet of retail shopping space with top-end exposure of $200 million. Trial resulted in a take nothing judgment.

**Banking:**

Major U.S. Bank, Houston, Texas.  Retained as an expert in a matter involving the tracing of funds and deposits in relation to Government seizure orders and U.S. Treasury Reclamations.

**Healthcare:**

**Major Area Hospital, Houston, Texas.** Retained as an expert in a construction liability case pertaining to construction of a major hospital campus and two back-to-back weather events.

**Environmental:**

**Superfund Site, California.** Testified in an environmental contamination matter regarding the evaluation of claimed remediation costs.

**Labor:**

**Houston, Texas.** Retained as an expert in class action lawsuits to determine economic damages stemming from Fair Labor Standards Act


## Testimony (Over Last Four Years)

Kevin Chell v. General Marine Contractors, LLC, Harris County, TX. November 2015.
Judiciary: In the District Court of Harris County, Texas 333rd Judicial District - No. 2013-20977
Activity: Deposition

Nationsbuilders Insurance Services, Inc. v. Stephen Way, et al. February 2015.
Judiciary: JAMS Arbitration – Deposition February 2015 – Ref. No. 1310020866
Activity: Deposition

Boston Ship Repair, LLC v. Ocean Ships, Inc. August 2015.
Judiciary: In the United States District Court for the Southern District of Texas Houston Division –
C.A. 4:14-cv-00405
Activity: Deposition

Richard Benavides v. PHH Mortgage Services Corp. and HSBC Bank U.S.A., N.A., Harris County, Texas. October 2015.
Judiciary: In the District Court of Harris County, Texas 165th Judicial District – No. 2014-03021
Activity: Deposition

Tate & Lyle Americas LLC f/k/a Tate & Lyle Americas, Inc. and American Guarantee and Liability Insurance Company as Subrogee of Tate & Lyle Americas LLC v. Glatt Air Techniques Inc., Urbana, Illinois. October 2015 and June 2016.
Judiciary: United States District Court for the Central District of Illinois Urbana Division - C.A. 2:13-cv-2037
Activity: Deposition and Trial Testimony

In the matter of the complaint of Kirby Inland Marine, LP Owner of the M/V Miss Susan, Kirby 27705, Kirby 27706 petitioning for exoneration from or limitation of liability No. 14-1321. Consolidated with Sea Galaxy Marine SA as owner of the M/V Summer Wind petitioning for exoneration from or limitation of liability No. 14-134, Harris County, Texas. February 2016.
Judiciary: In the United States District Court for the Southern District of Texas Galveston Division
Activity: Deposition

Palm Place, LLC v. Kittrell Garlock & Associates, Architects, AIA, LTD, et al., Las Vegas, NV. March 2016.
Judiciary: District Court Clark County, Nevada – Case No. A-11-645150-c Dept. II
Activity: Deposition

Joby A. Hughes, PLLC and Joby A. Hughes v. Chandler, Mathis & Zivley, P.C., Harris County, Texas. March 2016 and September 2016.
Judiciary: District Court of Harris County, Texas 165th Judicial District - Cause No. 2014-67442
Activity: Deposition and Trial Testimony

Air Liquide S. De R. L. De C. V. et al. v. Talleres Willie, Inc. et al., Houston, Texas. April 2016.
Judiciary: In the United States District Court for the Southern District of Texas, Houston Division – C. A. H-14-211
Activity: Deposition

National Surety Corporation, as subrogee of Metropolitan Apartments at Camp Springs, LLC v. WCS Construction, LLC et al., Prince George County, Maryland. April 2016.
Judiciary: In the Circuit Court for Prince George's
County – Case No.: CAL13-23508 Consolidated with Case No.: CAL13-24853
Activity: Deposition

Fremak Industries, Inc. (USA) Claimant and ISMT Limited (India) Respondent. New York, NY. August 2016 and November 2016.
Judiciary: International Chamber of Commerce, International Court of Arbitration – Case No. 20784/RD
Activity: Arbitration Testimony

Baker Hughes Oilfield Operations, Inc. Claimant vs. Intrepid Drilling, L.L.C. Respondent, Houston, TX. November 2016.
Judiciary: American Arbitration Association Case: AAA No: 01-15-0004-5465
Activity: Deposition

Farmassure LLC, Claimant and Counter-Respondent, vs. MDOW Insurance Company and Columbia Lloyds Insurance Company, Houston, TX. January 2017.
Judiciary: American Arbitration Association Cause No. 01-16-0001-1237
Activity: Deposition and Arbitration Testimony

Cranbury Brick Yard, LLC v. United States of America, et al., Cranbury, New Jersey. August 2017.
Judiciary: U.S. District Court for the District of New Jersey Civil Action No. 3:15-cv-02789
Activity: Deposition

**Certain Underwriters at Lloyd's London and Certain Insurance Companies, et al, vs. Cameron International Corporation, et al., Houston, TX. December 2017.**
Judiciary: U.S. District Court Southern District of Texas, Houston Division Civil Action No. 4:14-CV-2015
Activity: Deposition

**Modern Material Services. LLC vs. Southton Rail Yard, LLC, Texas. January 2018 and April 2018.**
Judiciary: American Arbitration Association Case No. 01-15-0004-7941
Activity: Deposition and Arbitration Testimony

**EEOC vs. Nabors Corporate Services, San Antonio, TX. October 2018.**
Judiciary: In the United States District Court for the Western District of Texas, San Antonio Division Civil Action No.5:16-cv-00758-FB-RBF
Activity: Deposition

**William C. Enloe vs. ASIC, et al., Consolidated with Trinity Capital Corporation, et al. vs. ASIC, et al., Consolidated with Mark Pierce vs. ASIC, et al. June 2019**
Judiciary: First District Court County of Los Alamos, State of New Mexico, Case No. D-132-CV-2015-00082
Activity: Deposition

## Education

B.S. in Business Administration, University of Texas at Dallas, May 1984

## Professional Certifications, Registrations & Licenses

Certified Public Accountant
Certified Fraud Examiner
Master Analyst in Financial Forensics

## Professional Memberships

Texas Society of Certified Public Accountants
American Institute of Certified Public Accountants
Association of Certified Fraud Examiners
National Association of Certified Valuation Analysts