# EXHIBIT "A"

**Documents reviewed by Dr. de Frankopan**

| BATES | DATE | TITLE | AUTHOR |
|---|---|---|---|
| **A - Documents** | | | |
| N/A | 12/20/2016 | Plaintiffs' Response to Interrogatories | Plaintiffs |
| N/A | 07/07/2016 | First Amended Complaint | Plaintiffs |
| N/A | 08/05/2016 | Atlantic Specialty's Answer to First Amended Complaint | Defendant |
| N/A | 12/13/2016 | Atlantic Specialty's First Amended Responses to Plaintiffs Interrogatories | Defendant |
| N/A | 02/20/2017 | Atlantic Specialty's Second Amended Responses to Plaintiffs Interrogatories | Defendant |
| ATL000107 – ATL000161 | 01/01/2014 | Policy | Defendant |
| ATL000094 - ATL000101 | 07/28/2014 | OneBeacon's Denial Letter (07/28/2014) | Defendant |
| ATL000087 – ATL000093 | 08/13/2014 | NBC's Response to Denial Letter (08/13/2014) | Plaintiff |
| ATL000705 – ATL000708 | 09/19/2014 | OneBeacon's Reply (09/19/2014) | Defendant |
| UCP000137 – UCP000245 | Various | Plaintiffs' Production Bates-Numbered UCP000137-UCP000245 | Various |
| **B - News Articles** | | | |
| N/A | 07/18/2014 | MSNBC http://www.msnbc.com/msnbc/scenes-war-and-heartbreak-israel-hamas-conflict-intensifies | MSNBC |
| N/A | 07/13/2014 | NBC News http://www.nbcnews.com/storyline/middle-east-unrest/how-technology-intensifving-gaza-warbetween-israel-hamas-n 158536 | NBC News |
| | | The Wall Street Journal http://www.wsj.com/articles/israel-pulls-forces-from-gaza-as-cease-fire-begins-1407231543 | |
| N/A | 08/24/2016 | The New York Times https:///www.nytimes.com/2016/08/25/world/middleeast/israel-gaza-war.html | The New York Times |

| BATES | DATE | TITLE | AUTHOR |
|---|---|---|---|
| N/A | 08/29/2014 | The New York Times https://www.nytimes.com/2014/08/30/world/middleeast/50-days-of-war-leave-israelis-and-palestinians-only-more-entrenched.html | The New York Times |
| N/A | 08/03/2014 | Time Magazine http://time.com/3076594/israel-gaza-cease-fire-hamas-netanyahu/ | Time Magazine |
| N/A | 08/05/2014 | Time Magazine http://time.com/3082458/gaza-war-crimes-israel-palestine/ | Time Magazine |
| N/A | 09/03/2014 | The Washington Post https://www.washingtonpost.com/news/worldviews/wp/2014/09/03/heres-what-really-happened-in-the-gaza-war-according-to-the-israelis/?utm_terrn=.e7ccbabd8l02 | The Washington Post |
| N/A | 08/24/2016 | U.S. News and World Report http://www.usnews.com/news/world/articles/2016-08-24/israel-clears-forces-in-several-deadly-2014-gaza-war-cases | U.S. News and World Report |
| N/A | 08/07/2014 | U.S. News and World Report http://www.usnews.com/news/articles/2014/08/07/saudi-arabia-and-the-third-gaza-war | U.S. News and World Report |
| N/A | 08/27/2014 | The Independent http://www.independent.co.uk/news/world/middle-east/israel-gaza-conflict-50-day-war-by-numbers-9693310.html | The Independent |
| N/A | 10/13/2014 | The Los Angeles Times http://www.latimes.com/world/middleeast/la-hp-storygallery-middle-east-conflict-storygallery.html | The Los Angeles Times |
| N/A | 06/22/2015 | The Los Angeles Times http://www.latimes.com/world/middleeast/la-fg-un-report-gaza-war-20150622-story.html | The Los Angeles Times |
| N/A | 08/26/2014 | BBC News http://www.bbc.com/news/world-middle-east-28252155 | BBC News |
| N/A | 06/14/2015 | BBC News http://www.bbc.com/news/world-middle-east-33128955 | BBC News |

| BATES | DATE | TITLE | AUTHOR |
|---|---|---|---|
| N/A | 08/26/2014 | Haaretz News (Israeli News Outlet) http://www.haaretz.com/israel-news/.premium-1.612437 | Haaretz News |
| N/A | Spring 2015 | Middle East Quarterly http://www.meforum.org/5084/rethinking-operation-protective-edge | Middle East Quarterly |
| | | Associated Press http://bigstory.ap.org/article/3caf434feda5453dbd9df7477363489a/israel-clears-forces-several-deadly-2014-gaza-war-cases | |
| N/A | Undated | Jerusalem Center for Public Affairs http://jcpa.org/timeline-key-moments-gaza-war/ | Jerusalem Center for Public Affairs |
| N/A | 08/12/2016 | USA Today http://www.usatoday.com/storylnews/world/2016108/10/gaza-city-families-displaced-war-israel/88002220/ | USA Today |
| N/A | 01/29/2015 | Chicago Tribune http://www.chicagotribune.com/news/opinion/commentary/ct-deaths-babies-gaza-war-palestinians-perspec-0129-20150128-story.html | Chicago Tribune |
| N/A | 09/05/2014 | Chicago Sun Times http://chicago.suntimes.com/politics/decimated-hamas-makes-ludicrous-claims/ | Chicago Sun Times |
| N/A | 08/26/2014 | The Denver Post http://www.denverpost.com/2014/08/26/israel-and-hamas-reach-an-uneasy-cease-fire-in-50-day-gaza-war/ | The Denver Post |
| N/A | 08/27/2014 | The Dallas Morning News http://www.dallasnews.com/news/news/2014/08/26/gaza-cease-fire-reached-after-50-day-war-that-killed-2200-and-settled-little | The Dallas Morning News |
| N/A | 09/22/2016 | Newsday http://www.newsday.com/news/world/at-un-israeli-and-palestinian-leaders-air-differences-1.12354379 | Newsday |

| BATES | DATE | TITLE | AUTHOR |
|---|---|---|---|
| N/A | 02/13/2015 | The Houston Chronicle http://www.houstonchronicle.com/news/nation-world/world/article/Israeli-house-strikes-killed-mostly-civilians-6080436.php | The Houston Chronicle |
| N/A | 08/27/2014 | The Guardian https://www.theguardian.com/world/2014/aug/26/gaza-ceasefire-israel-palestinians-halt-fighting | The Guardian |
| | | The Times of India http://timesofindia.indiatimes.com/world/middle-east/lsrael-Gaza-conflict-50-day-war-by-numbers/articleshow/4100078l.cms | |
| N/A | 08/08/2014 | The Sydney Morning Herald http://www.smh.corn.au/comment/why-israel-lost-the-war-in-gaza-20140808-101ruh.html | The Sydney Morning Herald |
| N/A | 08/28/2014 | China Daily http://www.chinadaily.com.cn/world/2014-08/28/content_18500736.htm | China Daily |
| N/A | 09/02/2014 | The Daily Mail http://www.dailymail.co.uk/news/article-2740643/lnside-bombed-Gaza-One-week-end-50-day-war-true-scale-devastation-revealed.html | The Daily Mail |
| N/A | 07/29/2015 | The Telegraph http://www.telegraph.co.uk/news/worldnews/middleeast/israel/11769685/Israel-may-have-committed-crimes-against-humanity-says-Amnesty.html | The Telegraph |
| **C - Hard copies of articles associated with links** | | | |
| N/A | 08/10/2016 | 13,000 families in Gaza still displaced two years after war with Israel USA Today- August 10, 2016 | USA Today |
| N/A | 08/29/2014 | 50 days of War Leave Israelis and Palestinians Only More Entrenched The New York Times - August 29, 2014 | The New York Times |

| BATES | DATE | TITLE | AUTHOR |
|---|---|---|---|
| N/A | 01/11/2017 | After Seven Weeks of Gaza War, Hamas 1, Israel 0<br>Hareetz - January 11, 2017 | Hareetz |
| N/A | 01/29/2015 | Children suffer and die in Gaza. Who notices?<br>Chicago Tribune - January 29, 2015 | Chicago Tribune |
| N/A | 09/05/2014 | Decimated Hamas makes ludicrous claims<br>Chicago Sun Times - September 5, 2014 | Chicago Sun-Times |
| N/A | 08/27/2014 | Gaza case fire: Israel and Palestinians agree to halt weeks of fighting<br>The Guardian - August 27, 2014 | The Guardian |
| N/A | 08/24/2016 | Gaza cease-fire reached after 50-day war that killed 2,200 and settled little<br>Dallas News - August 24, 2016 | Dallas Morning News |
| N/A | 08/26/2014 | Gaza-Israel conflict: Is the fighting over?<br>BBC - August 26, 2014 | BBC News |
| N/A | 09/02/2014 | Here's what really happened in the Gaza war (according to the Israelis)<br>The Washington Post - September 3, 2014 | The Washington Post |
| N/A | 07/30/2014 | How Technology Is Intensifying Gaza War Between Israel and Hamas<br>NBC News - July 30, 2014 | NBC News |
| N/A | 09/02/2014 | Inside bombed-out Gaza: One week on from end of 50-day war and the true scale of devastation is revealed<br>Daily Mail - September 2, 2014 | Daily Mail |
| N/A | 06/22/2015 | Israel and Hamas may have committed war crimes in Gaza, U.N. report says<br>Los Angeles Times - June 22, 2015 | Los Angeles Times |
| N/A | 08/26/2014 | Israel and Hamas reach an uneasy cease-fire in 50-day Gaza war<br>The Denver Post - August 26, 2014 | The Denver Post |
| | | Israel clears forces in several deadly 2014 Gaza war cases<br>Associated Press - August 24, 2016 | |

| BATES | DATE | TITLE | AUTHOR |
|---|---|---|---|
| N/A | 08/24/2016 | Israel Clears Troops in Airstrike Near School in 2014 Gaza War<br>The New York Times - August 24, 2016 | The New York Times |
| N/A | 07/29/2015 | Israel may have committed crimes against humanity, says Amnesty<br>Telegraph UK - July 29, 2015 | Telegraph UK |
| N/A | 08/03/2014 | Israel Seeks to Gain Advantage by Reversing Course in Gaza<br>Time Magazine - August 3, 2014 | Time Magazine |
| | | Israel, Hamas Set Out Demands on Gaza<br>Wall Street Journal- August 6, 2014 | |
| | | Israel - Gaza conflict: 50-day war by numbers<br>The Times of India- August 27, 2014 | |
| N/A | 08/27/2014 | Israel-Gaza conflict: 50-days war by numbers<br>The Independent - August 27, 2014 | The Independent |
| N/A | 06/14/2014 | Israeli 2014 Gaza war actions lawful, report says<br>BBC - June 14, 2014 | BBC News |
| N/A | 02/13/2015 | Israeli house strikes killed mostly civilians<br>Houston Chronicle - February 13, 2015 | Houston Chronicle |
| **D - Additional News Articles** | | | |
| N/A | 07/16/2014 | A news article published by the Washington Post, dated July 10, 2014, by Griff Witte and William Booth, entitled "As cease-fire with Hamas fails to take shape, Netanyahu says, 'Our answer is fire.'" This article is available at: https://www.washingtonpost.com/world/israel-accepts-truce-plan-hamas-balks/2014/07/15/04373008-0bf5-11e4-8c9a-923ecc0c7d23_story.html?utm_term=.e99302eb1314. | The Washington Post |

| BATES | DATE | TITLE | AUTHOR |
|---|---|---|---|
| N/A | 07/18/2014 | A news article published by MSNBC dated July 18, 2014, by Benjamin Landy and Maria Lokke, entitled "Scenes of war and heartbreak as Israeli ground forces invade Gaza." This article is available at: http://www.msnbc.com/msnbc/scenes-war-and-heartbreak-israel-hamas-contlict-intensifies. | MSNBC |
| N/A | 07/18/2014 | A news article published by MSNBC dated July 18, 2014, by David Taintor, entitled "Obama points to rebels in downed Malaysian jet." This article is available at: http://www.msnbc.com/msnbc/obama-american-dead-malaysia-airlines-crash. | MSNBC |
| N/A | 07/16/2014 | A news article published by MSNBC dated July 16, 2014, by Donna Stefano, entitled "In Israel and Palestine, children imagine a world without war." This article is available at: http://www.msnbc.com/msnbc/israel-and-palestine-children-imagine-world-without-war. | MSNBC |
| N/A | 07/16/2014 | A news article published by the Times of Israel by Adiv Sterman, dated July 16, 2014, entitled "Ground incursion in Gaza said 'very likely.'" This article is available at: http://www.timesofisrael.com/idf-ground-incursion-in-gaza-very-likely/. | Times of Israel |

| BATES | DATE | TITLE | AUTHOR |
|---|---|---|---|
| N/A | 07/07/2014 | A collection of "LiveBlogs" published by the Times of Israel on July 7, 2014, by Itamar Sharon, Marissa Newman, and Ilan Ben Zion, entitled "Israel launches 'Protective Edge' counteroffensive on Gaza, Jewish suspects reenact teen's murder." This collection is available at: http://www.timesofisrael.com/as-israel-grapples-with-homegrown-killers-violence-continues/#!. | Times of Israel |
| | | A news article published by Middle East Eye dated July 8, 2014, entitled "Hamas claims responsibility for rockets fired at Jerusalem, Tel Aviv and Haifa." This article is available at: http://www.middleeasteye.net/news/israels-army-prepared-ground-assault-gaza-official-275282816. | |
| N/A | 07/09/2014 | A news article published by the Global News, dated July 9, 2014, entitled "UPDATE: Israel hits key Hamas targets in Gaza offensive." This article is available at: http://globalnews.ca/news/1438089/israel-strikes-hamas-targets-in-gaza-to-stop-rocket-fire/. | Global News |
| N/A | 07/15/2014 | A news article published by the Global News, dated July 15, 2014, entitled "Israel: Hamas to pay price for its 'no' to truce." This article is available at: http://globalnews.ca/news/1451058/israel-hamas-to-pay-price-for-its-no-to-truce/. | Global News |
| N/A | 07/15/2014 | The news article entitled "LIVE UPDATES: Operation Protective Edge, Day 7," published by Haaretz on July 15, 2014. The article is available at: http://www.haaretz.com/israel-news/1.604898#!. | Haaretz |
| **E - Links to Additional News Articles** | | | |

| BATES | DATE | TITLE | AUTHOR |
|---|---|---|---|
| N/A | 07/08/2014 | http://www.nbcnews.com/news/world/israel-hamas-exchange-missile-fire-gaza-war-looms-n151111 | NBC News |
| N/A | 07/29/2014 | http://www.nbcnews.com/storyline/middle-east-unrest/benjamin-netanyahu-says-israels-war-gaza-will-be-prolonged-n167286 | NBC News |
| N/A | 07/30/2014 | http://www.nbcnews.com/storyline/middle-east-unrest/public-support-israel-shifting-amid-gazawar-britain-warns-n168366 | NBC News |
| N/A | 08/01/2014 | http://www.nbcnews.com/storyline/middle-east-unrest/gaza-death-toll-nears-1-500-72-hourtruce-israel-n170236 | NBC News |
| N/A | 07/01/2014 | http://www.nbcnews.com/storyline/west-bank-kidnappings/gaza-war-hamas-admits-kidnapping-three-israeli-teens-n186176 | NBC News |
| N/A | 08/27/2014 | http://www.nbcnews.com/storyline/middle-east-unrest/gaza-cease-fire-holds-between-hamas-israel-after-50-day-n189821 | NBC News |
| N/A | 12/07/2014 | http://www.nbcnews.com/storyline/middle-east-unrest/gaza-war-israel-opens-eight-new-investigations-military-operations-n263241 | NBC News |
| N/A | 06/22/2015 | http://www.nbcnews.com/news/world/israel-palestinians-committed-possible-gaza-war-crimes-u-n-report-n379636 | NBC News |
| N/A | 02/28/2017 | http://www.haaretz.com/israel-news/LIVE-1.774365/Gaza-war-hamas-humanitarian-crisis | Haaretz |
| N/A | 02/28/2017 | http://www.jpost.com/lsrael-News/Politics-And-Diplomacy/State-comptroller-report-on-2014-Gaza-war-due-today-482789 | Jerusalem Post |
| N/A | 02/28/2017 | http://www.cnn.com/2017/02/28/middleeast/israel-gaza-report/ | CNN |
| | | https://www.ft.com/content/a4291a06-fdcc-11e6-96f8-3700c5664d30 | |
| **F - News Clips** | | | |

| BATES | DATE | TITLE | AUTHOR |
|---|---|---|---|
| N/A | 01/16/2015 | http://www.nbcnews.com/video/msnbc2/56804549#56804549 | NBC News |
| N/A | 07/18/2014 | http://www.msnbc.com/the-last-word/watch/mh17-mystery-and-war-in-gaza-3082471 07963 | MSNBC |
| N/A | | http://www.msnbc.com/melissa-harris-perry/watch/what-it-means-to-live-in-a-war-zone-309370947801 | MSNBC |
| N/A | | http://www.msnbc.com/all-in-with-chris-hayes/watch/day-breaks-in-gaza-following-invasion-307348035939 | MSNBC |
| N/A | | http://www.msnbc.com/all-in-with-chris-hayes/watcll/ground-war-in-gaza-307290179722 | MSNBC |
| N/A | | http://www.nbcnews.com/video/from-aug-2-2014-ayman-mohyeldin-reports-on-gaza-war-469303875925 | NBC News |
| N/A | | http://www.nbcnews.com/watch/nightly-news/bloodiest-day-in-israels-fight-in-gaza-kills-more-than-70-309590595847 - uses the word "war" at about 2:53 | NBC News |
| 8 | | http://www.nbcnews.com/watch/nightly-news/israeli-palestinian-conflict-brings-heaviest-fighting-in-years-299767363744 - broadcast on July 8, the first day of Operation Protective Edge, notes that this "could easily become the next war" | NBC News |
| N/A | | http://www.nbcnews.com/storyline/middle-east-unrestlhow-technology-intensifying-gaza-war-between-israel-hamas-n158536 | NBC News |
| | | http://timesofindia.indiatimes.com/world/middle-east!lsrael-Gaza-contlict-50-day-war-by-numbers/articleshow/41000781.cms | |
| N/A | | http://www.nbcnews.com/storyline/middle-east-unrestlhow-technology-intensifying-gaza-war-between-israel-hamas-n158536 | NBC News |

| BATES | DATE | TITLE | AUTHOR |
|---|---|---|---|
| N/A | | https://www.theguardian.com/world/video/2014/jul/09/israeli-airstrikes-gaza-hamas-rocket-attacks-video | The Guardian |
| **G - Additional Materials** | | | |
| N/A | 01/31/2014 | Congressional Research Service Reports https://fas.org/sgp/crs/mideast/RL34074.pdf January 31, 2014 by Jim Zanotti | Congressional Research Service Reports |
| N/A | 12/02/2010 | Congressional Research Service Reports https://fas.org/sgp/crs/mideast/R41514.pdf December 2, 2010 by Jim Zanotti | Congressional Research Service Reports |
| N/A | 2014 | US State Department Human Rights Report Israel 2014 https://www.state.gov/documents/organization/2368 t4.pdf | US State Department Human Rights Report |
| N/A | Undated | Jerusalem Center for Public Affairs Key Moments in a 50-Day War: A Time by Daniel Rubenstein http://jcpa.org/timeline-key-moments-gaza-war/ | Jerusalem Center for Public Affairs |
| N/A | 06/24/2015 | Report of the independent commission of inquiry established pursuant to Human Rights Council resolution S-21/1 * ** ***United Nations General Assembly Human Rights Council, Twenty-ninth session, Human rights situation in Palestine and other occupied Arab territories, 24 June 2015. | United Nations General Assembly Human Rights Council |
| N/A | 06/23/2015 | Report of the detailed findings of the independent commission of inquiry established pursuant to Human Rights Council resolution S-21/1 * ** ***United Nations General Assembly Human Rights Council, Twenty-ninth session, Human rights situation in Palestine and other occupied Arab territories, 23 June 2015 | United Nations General Assembly Human Rights Council |

| BATES | DATE | TITLE | AUTHOR |
|---|---|---|---|
| | | An Assessment of the 2014 Gaza Conflict, High Level Military Group, October 2015 http://www.high-level-military-group.org/pdflhlmg-assessment-2014-gaza-contlict.pdf | |
| N/A | 2014 | Fragmented Lives Humanitarian Overview 2014 https://www.ochaopt.org/documents/annual_humanitarian_overview_2014_english_final.pdf | United Nations Office for Coordination of Humanitarian Affairs |
| **H – Dr. de Frankopan Deposition Exhibits** | | | |
| ATL003073 – ATL003127 | 01/01/2014 | 1 - Policy | Defendant |
| N/A | 05/17/2017 | 400 – Deposition Notice | Plaintiffs |
| N/A | 05/19/2017 | 401 – Defendant's Objections to Deposition Notice | Defendant |
| N/A | 03/17/2017 | 402 – Expert Report | Dr. Ingrid Detter de Frankopan |
| ATL005135 – ATL005183 | 02/10/2015 | 403 – Congressional Research Service Report: The Palestinians: Background and U.S. Relations, dated February 10, 2015 | Congressional Research Service |
| N/A | 05/19/2017 | 404 – UCDP information on Israeli-Hamas conflict, dated May 19, 2017 | Uppsala Conflict Data Program |
| **I - Documents mentioned in report** | | | |
| | | Detter, I., *The Law of War,* 1st ed., Cambridge: Cambridge University Press, (CUP). 1989; 2nd ed., Cambridge: Cambridge University Press, (CUP), 2000; 3rd ed., London: Ashgate. 2013 | |
| N/A | August 2007 | 'Illegal combatants and the Law of War', *Law Journal of George Washington University,* 2007 | Dr. Ingrid Detter de Frankopan |
| N/A | Summer 2008 | 'Extraordinary rendition'. *University of North Carolina Law Journal.* 2008 | Dr. Ingrid Detter de Frankopan |
| | | *The International Legal Order,* London: Gower, 2nd ed., 1995 | |

| BATES | DATE | TITLE | AUTHOR |
|---|---|---|---|
| | | *International Law and the Independent State,* London: Gower. 2nd ed. 1987 | |
| | | 'New aspects of sovereignty and the Right to Protect - R2P', *St. Thomas More Institute, London,* 2011, available at http://thomasmoreinstitutc.org.uk/papers/1890 | |
| N/A | 06/28/2004 | *Hamdi v. Rumsfeld.* (2004) 542 U.S. 507, 509 | Supreme Court of the United States |
| N/A | 06/28/2004 | *Rumsfeld v. Padilla,* (2004) 542 U.S. 426. 430 | Supreme Court of the United States |
| N/A | 07/18/2004 | MSNBC http://www.msnbc.com/msnbc/scenes-war-and-heartbreak-israel-hamas-conflict-intensifies | MSNBC |
| N/A | 07/30/2014 | NBC News http://www.nbcnews.com/storyline/middle-east-unrest/how-technology-intensifving-gaza-warbetween-israel-hamas-n 158536 | NBC News |
| | | The Wall Street Journal http://www.wsj.com/articles/israel-pulls-forces-from-gaza-as-cease-fire-begins-1407231543 | |
| N/A | 08/24/2016 | The New York Times https:///www.nytimes.com/2016/08/25/world/middleeast/israel-gaza-war.html | The New York Times |
| N/A | 08/29/2014 | The New York Times https://www.nytimes.com/2014/08/30/world/middleeast/50-days-of-war-leave-israelis-and-palestinians-only-more-entrenched.html | The New York Times |
| N/A | 08/03/2014 | Time Magazine http://time.com/3076594/israel-gaza-cease-fire-hamas-netanyahu/ | Time Magazine |
| N/A | 08/05/2014 | Time Magazine http://time.com/3082458/gaza-war-crimes-israel-palestine/ | Time Magazine |

| BATES | DATE | TITLE | AUTHOR |
|---|---|---|---|
| N/A | 09/03/2014 | The Washington Post https://www.washingtonpost.com/news/worldviews/wp/2014/09/03/heres-what-really-happened-in-the-gaza-war-according-to-the-israelis/?utm_terrn=.e7ccbabd8l02 | The Washington Post |
| N/A | 08/24/2016 | U.S. News and World Report http://www.usnews.com/news/world/articles/2016-08-24/israel-clears-forces-in-several-deadly-2014-gaza-war-cases | U.S. News and World Report |
| N/A | 08/07/2014 | U.S. News and World Report http://www.usnews.com/news/articles/2014/08/07/saudi-arabia-and-the-third-gaza-war | U.S. News and World Report |
| N/A | 08/27/2014 | The Independent http://www.independent.co.uk/news/world/middle-east/israel-gaza-conflict-50-day-war-by-numbers-9693310.html | The Independent |
| N/A | 10/13/2014 | The Los Angeles Times http://www.latimes.com/world/middleeast/la-hp-storygallery-middle-east-conflict-storygallery.html | The Los Angeles Times |
| N/A | 06/22/2015 | The Los Angeles Times http://www.latimes.com/world/middleeast/la-fg-un-report-gaza-war-20150622-story.html | The Los Angeles Times |
| N/A | 08/24/2014 | BBC News http://www.bbc.com/news/world-middle-east-28252155 | BBC News |
| N/A | 06/14/2015 | BBC News http://www.bbc.com/news/world-middle-east-33128955 | BBC News |
| N/A | 08/26/2014 | Haaretz News (Israeli News Outlet) http://www.haaretz.com/israel-news/.premium-1.612437 | Haaretz |
| N/A | Spring 2015 | Middle East Quarterly http://www.meforum.org/5084/rethinking-operation-protective-edge | Middle East Quarterly |
| | | Associated Press http://bigstory.ap.org/article/3caf434feda5453dbd9df7477363489a/israel-clears-forces-several-deadly-2014-gaza-war-cases | |

| BATES | DATE | TITLE | AUTHOR |
|---|---|---|---|
| N/A | Undated | Jerusalem Center for Public Affairs http://jcpa.org/timeline-key-moments-gaza-war/ | Jerusalem Center for Public Affairs |
| N/A | 08/12/2016 | USA Today http://www.usatoday.com/storylnews/world/2016108/10/gaza-city-families-displaced-war-israel/88002220/ | USA Today |
| N/A | 01/29/2015 | Chicago Tribune http://www.chicagotribune.com/news/opinion/commentary/ct-deaths-babies-gaza-war-palestinians-perspec-0129-20150128-story.html | Chicago Tribune |
| | | Blumenthal, M., *The 51-Day War: Ruin and Resistance in Gaza,* New York: Nation books, 2016. | |
| N/A | Undated | Jerusalem Center for Public Affairs Key Moments in a 50-Day War: A Time by Daniel Rubenstein http://jcpa.org/timeline-key-moments-gaza-war/ | Jerusalem Center for Public Affairs |
| | | Kaldor, M., *New and Old Wars,* 1st ed., New York: John Wiley, 1991; *cf* 3rd ed., 2012 | |
| | | Small, M. & Singer, J.D., *Resort to Arms: International and Civil War. 1816-1980,* Beverley Hills: Sage. 1982, 205-206. | |
| | | Singer, J.D., & Small, M., *The Wages of War 1816-1965: A Statistical Handbook,* New York: John Wiley, 1972 | |
| | | Sarkees, M. R. & Wayman, F., Sarkees, M.R., 'Defining and categorizing wars,' in Sarkees, M.R., and Whelon Wayman, F., *Resort to War: A Data Guide to InterState, Extra- State, Intra-State, and Non-State Wars, 1816-2007.* Washington, DC: CQ Press, 2010: 39-73. | |

| BATES | DATE | TITLE | AUTHOR |
|---|---|---|---|
| N/A | 08/01/2014 | http://www.nbcnews.com/storyline/middle-east-unrest/gaza-death-toll-nears-1-500-72-hourtruce-israel-n170236 | NBC News |
| | | *U.S. State Department Report,* 53, https://www.state.gov/documents/organization/236814.pdf | |
| N/A | 02/28/2017 | http://www.haaretz.com/israel-news/LIVE-1.774365/Gaza-war-hamas-humanitarian-crisis | Haaretz |
| N/A | 02/28/2017 | http://www.jpost.com/lsrael-News/Politics-And-Diplomacy/State-comptroller-report-on-2014-Gaza-war-due-today-482789 | Jerusalem Post |
| | | https://www.ft.com/content/a4291a06-fdcc-11 e6-96f8-3 700c5664d30 | |
| N/A | 02/28/2017 | http://www.cnn.com/2017/02/28/middleeast/israel-gaza-report/ | CNN |
| N/A | 07/29/2014 | http://www.nbcnews.com/storyline/middle-east-unrest/benjamin-netanyahu-says-israels-war-gaza-will-be-prolonged-n167286 | NBC News |
| N/A | 07/30/2014 | http://www.nbcnews.com/storyline/middle-east-unrest/public-support-israel-shifting-amid-gazawar-britain-warns-n168366 | NBC News |
| N/A | 08/21/2014 | http://www.nbcnews.com/storyline/west-bank-kidnappings/gaza-war-hamas-admits-kidnapping-three-israeli-teens-n186176 | NBC News |
| N/A | 12/07/2014 | http://www.nbcnews.com/storyline/middle-east-unrest/gaza-war-israel-opens-eight-new-investigations-military-operations-n263241 | NBC News |
| N/A | 06/22/2015 | http://www.nbcnews.com/news/world/israel-palestinians-committed-possible-gaza-war-crimes-u-n-report-n379636 | NBC News |

| BATES | DATE | TITLE | AUTHOR |
|---|---|---|---|
| N/A | 06/24/2015 | Report of the independent commission of inquiry established pursuant to Human Rights Council resolution S-21/1 * ** ***United Nations General Assembly Human Rights Council, Twenty-ninth session, Human rights situation in Palestine and other occupied Arab territories, 24 June 2015. | United Nations General Assembly Human Rights Council |
| N/A | 06/23/2015 | Report of the detailed findings of the independent commission of inquiry established pursuant to Human Rights Council resolution S-21/1 * ** ***United Nations General Assembly Human Rights Council, Twenty-ninth session, Human rights situation in Palestine and other occupied Arab territories, 23 June 2015 | United Nations General Assembly Human Rights Council |
| N/A | 08/27/2014 | http://www.nbcnews.com/storyline/middle-east-unrest/gaza-cease-fire-holds-between-hamas-israel-after-50-day-n189821 | NBC News |
| | | *The Fjeld.* Prize Court of Alexandria, 17 ILR 1950 345. | |
| | | *Diah v Attorney General,* Supreme Court of lsrael, 19 ILR 1952 550 | |
| N/A | 05/29/2009 | A/HRC/10/22, para. 21 | United Nations General Assembly Human Rights Council |
| N/A | 10/02/2006 | A/HRC/2/7, para. 19 | United Nations General Assembly Human Rights Council |

| BATES | DATE | TITLE | AUTHOR |
|---|---|---|---|
|  |  | Speech delivered by Prime Minister Ismail Haniya at the conference organized by the PCHR on 'The New Government and the Agenda for Human Rights'. Gaza, June 2006 |  |
|  |  | Text of the National Unity Government programme delivered by then Prime Minister Ismail Haniya before the Palestinian Legislative Council, 17 March 2007. http://www.islamicnews.net/Document/ShowDoc09.asp?DocID=91477&TypeID=9&TabIndex=2 |  |
| N/A | 2016 | Melander, E., Pettersson, T., & Themner, L., 'Organized violence, 1989- 2015', Uppsala Conflict Data Program, Uppsala University, *Journal of Peace Research* 2016, Vol. 53(5) 727- 742 | Journal of Peace Research |
| N/A | Undated | http://www.pcr.uu.se/research/ucdp/definitions/ | Uppsala University |
|  |  | http://ucdp.uu.se///country/666 |  |
| N/A | 2015 | 'Armed conflicts, 1946-2014' Therese Pettersson, T., & Wallensteen, P., Uppsala Conflict Data Program, Uppsala University, *Journal of Peace Research* 2015, Vol. 52(4) 536-550. | Journal of Peace Research |
|  |  | Lind. W., *4th Generation Warfare Handbook,* Castalia House. 2014. |  |
| N/A | 1975 | Mack, A.J.R., 'Why big nations lose small wars', *World Politics,* 1975, http://web.stanford.edu/class/polisci211z/2.2/Mack%20WP%201975%20Asymm%20Conf.pdf | World Politics |

| BATES | DATE | TITLE | AUTHOR |
|---|---|---|---|
| N/A | 08/21/1998 | U.S. Dep't of State, Fact Sheet, Usama bin Laden, (1998), http://www.state.gov/www/regions/africa/fs_bin_ladin.html | U.S. State Department |
| N/A | 02/23/1998 | World Islamic Front, *Jihad Against Jews and Crusaders*, (Feb. 23, 1998), http://www.ciaonet.org/cbr/cbr00/video/cbr_ctd/cbr_ctd_28.html | World Islamic Front |
| | | Michael Scheuer, Coalition Warfare: How al-Qaeda Uses the World Islamic Front Against Crusaders and Jews, Part 1, 2 *Terrorism Focus,* (March, 2005), http://www.jamestown.org/terrorism/news/article.php?articleid=2369530 | |