# EXHIBIT "B"

## Professor Dr. Dr. Ingrid Detter de Frankopan

Summary *curriculum vitae*

Educated at Lyceum, Stockholm, Sweden & Mon Fertile, Morges, Switzerland;
and at the Universities of Stockholm, Oxford, Paris and Turin;

I. Academic Degrees

Doctor of Philosophy, Oxford University;
Juris Kandidat, Juris Licentiate and Juris Doctor, University of Stockholm;
Licence en droit, Université de Paris, Panthéon-Sorbonne, Paris I;
Diploma, Diritto Europeo, Università di Torino;

II. Legal Appointments

Judge, High Court of Stockholm;
Legal Adviser on International Law to H.H. Pope John Paul II;
Barrister-at-Law, Middle Temple and Lincoln's Inn, London;


Counsel and Adviser to the US Justice Department in two terrrorist trials in the US Supreme Court,
    in two terrorist trials, *Hamdi v Rumsfeld* and *Rumsfeld v Padilla*, in which my work on
    the *Law of War* was cited as the only academic authority;

Counsel in the *Freezing Assets Case* (settled), concerning rights of the UK Government to freeze
    assets of Iran in US Banks in London, pending the release of the hostages at the US
    Embassy in Teheran;

Counsel in the *Sir William Lithgow ad Others v the Government of the United Kingdom*,
    concerning the application of compensation rules under international law in the UK
    and the effect in the UK of prohibition of to retrospective legislation under international law;

Counsel in an ICC Arbitration in Geneva in a Case between a Multinational and and an Investment
    Company concerning international rules of agency;

Counsel in a Case on State immunity in the Swiss Supreme Court, presenting Pleadings in German;

Counsel, pleading in German, before the Swiss Data Protection Commission in a Case
    concerning State immunity;

Legal Adviser to the Swedish Delegation of the United Nations Disarmament Conference, Geneva,
    specialising in Chemical, Biological and Space Weapons;

Expert appointed by the European Commission of the United Nations to advise on Privatisation in
    Eastern Europe after the fall of Communism;

Expert engaged by the UK Minister of Justice for analysis of the Brexit situation;

III. Academic Appointments

Fellow of St. Antony's College, Oxford University;
Smedley-Maclean Scholar; British Council Scholar;
Talbot Research Fellow, Lady Margaret Hall, Oxford University;
University Lecturer and Tutor in International Law, Oxford University;
Lecturer in International Relations, London School of Economics;
Visiting Professor, University of Melbourne;
Research Professor in International Law of the Swedish State Council
Professor of International Law, University of Uppsala;
Lindhagen Professor of International Law, Stockholm University;


IV. Languages: Fluent English, French, German, Italian, Croatian and all Scandinavian languages;
Working knowledge of Russian, Spanish, Portugese and Dutch;


V. Membership of Distinguished Bodies:

| Member: | Life Fellow: |
|---|---|
| Royal Institute of International Affairs | Royal Academy of Art |
| International Institute of Strategic Studies | European Academy |
| Société française pour le droit international | International Academy of Astonautics |
| International Law Association | The Polish Hearth Club (*Ognisko polske*) |
| European Space Law Centre | |
| International Institute of Space Law | |


VI. Publications:


Books:

1. *Law Making by International Organisations*, Stockholm: Norstedt, 1965;
2. *Essays on the Law of Treaties*, London: Sweet & Maxwell, 1967;
3. *The East African Community and the Common Market*, London: Longman, 1970;
4. *Finance and Protection of Investments in Developing Countries*, London: Gower, 1974; 2nd ed. 1987;
5. *International Law and the Independent State*, London: Gower, 1974; 2nd ed. 1987;
6. *International Adoptions and the Conflict of Laws*, Uppsala: Almquist & Wiksell, 1975;
7. *Bibliography of International Law*, New York: Bowker, 1975;
8. *Ekonomisk integrationsrätt*, Stockholm: Almquist & Wiksell, 1976;
9. *International Law for Students*, Stockholm: Jagellonica, 1989;
10. *International Law*, Stockholm: Jagellonica, 1989;
11. *The Concept of International Law*, Stockholm: Norstedt, 1987; 2nd ed. 1995;
12. *The International Legal Order*, London: Gower, 2nd ed., 1995;
13. *The Law of War*, Cambridge: Cambridge University Press, 1987; 2nd ed. 2000; 3rd ed. by Ashgate, 2013;
14. *The Suicide of Europe*, London: Jagellonica, 2016.
15. *Philosophie du droit des gens*, (forthcoming), 2017;
16. *Theory of International Law*, (forthcoming), 2017;

3

Articles:

1. 'Aspects institutionnels de l'Association de Libre Echange (EFTA)', *Annuaire français de droit international*, 1960;
2. 'Organs of international organizations exercising their treaty making power', *British Yearbook of International Law*, 1962;
3. 'The problem of unequal treaties', *International and Comparative Law Quarterly*, 1966;
4. 'South West Africa and the dilemma of the International Court', *Newman Yearbook, University of Melbourne*, 1966;
5. 'Land-locked States and the Law of the Sea', *Acta Scandinavia Juris Gentium*, 1976;
6. 'Super-tankers and international straits', *Festschrift Schmidt*, 1976;
7. 'Foreign warships and immunity for espionage', *American Journal of international Law*, 1984;
8. 'Ubåtsspionaget och folkrätten' (Submarine espionage and international law), *Svensk juristtidning*, 1985;
9. 'Ubåtsspionaget: missförstånd på missförstånd'('Submarine espionage: misunderstanding upon misunderstanding'), *Svensk juristtidning*, 1985;
10. 'Treaties of the modern era', *Oxford World Encyclopedia*, Oxford, 1986;
11. 'Legal value of recommendations of international organizations', *University College London-Moscow Symposium*, 1987;
12. 'International straits and UNCLOS ', *Ezegodnik mezdunarodnovo pravo*, Moscow, 1986;
13. 'What is international law and what is international relations? ', *Journal of International Studies*, 1987;
14. 'The human environment: Stockholm and its follow-up', in Taylor & Groom, *Global Issues in the UN Framework*, London and New York, 1989;
15. 'Legal issues of privatisation in Eastern Europe', *SIRIL Occasional Papers*, 1990;
16. 'Implementation of environmental conventions', *SIRIL Occasional Papers*, 1990;
17. 'Space satellites, jurisdiction and militarisation of Outer Space', *Rome Space Symposium*', 1993;
18. 'The role of States in international environmental regulation', in *International Environmental Negotiations, Process, Issues and Contexts*, Swedish Council for Planning and Coordination of Research, Forskningsrådsnämnden & Swedish Institute of International Affairs, Stockholm, 1993;
19. 'The effect of resolutions of international organizations', *Mélanges Krzysztof Skubiszewski*, ed. Jerzy Makarczyk, Nijhoff 1996;
20. 'Illegal combatants and the Law of War', *Law Journal of George Washington University*, 2007;
21. 'Extraordinary rendition', *University of North Carolina Law Journal*, 2008;
22. 'New Aspects of Sovereignty and the Right to Protect – R2P', published by St. Thomas More Institute, London, 2011, available at http://thomasmoreinstitute.org.uk/papers/1890/

and numerous book reviews, minor articles and notes;
Status: married with five children.

4

Contact:

Address:

Montesa Sàrl,
58 Route de la Fin,
CH-1874 Champéry,
Switzerland;

Frankopan@aol.com;   or
idfrankopan@gmail.com; or
Ingrid.Detter@aol.com.
tel.: +41 79 603 7125

or:

*Academy of War Studies, (AWS),*
Château de Verrey, F- 21690 Verrey,
Bourgogne,
France;

AcaWars@aol.com
tel.:+33 380 35 86 47

or:

Three Stone Barristers' Chambers,
Lincoln's Inn, London WC2A 3XL,

idetter@threestone.law
tel.: +44 (0)20 7242 4937