**EXHIBIT A**

| BATES | DATE | TITLE | AUTHOR |
|---|---|---|---|
| **A. DOCUMENTS** | | | |
| N/A | 12/30/2016 | Plaintiffs Response to Interrogatories | Plaintiff |
| N/A | 07/07/2016 | First Amended Complaint | Plaintiff |
| N/A | 08/05/2016 | Atlantic Specialty's Answer to First Amended Complaint | Defendant |
| N/A | 12/13/2016 | Atlantic Specialty's First Amended Responses to Plaintiffs Interrogatories | Defendant |
| N/A | 02/20/2017 | Atlantic Specialty's Second Amended Responses to Plaintiff's Interrogatories | Defendant |
| ATL000107-161 | 01/01/2014 – 06/30/2015 | Policy | Defendant |
| ATL000094-101 | 07/28/2014 | OneBeacon's Denial Letter (07/28/2014) | Defendant |
| ATL000087-000093 | 08/13/2014 | NBC's Response to Denial Letter (08/13/20 14) | Plaintiff |
| ATL000706-708 | 09/19/2014 | OneBeacon's Reply (09/19/2014) | Defendant |
| UCP000137-245 | N/A | Plaintiffs' Production Bates-Numbered UCP000162- UCP000245 | Plaintiff |
| **B. NEWS ARTICLES** | | | |
| N/A | 07/18/2014 | Scenes of war and heartbreak as Israel-Hamas conflict intensifies | MSNBC |
| N/A | 07/30/2014 | How Technology Is Intensifying Gaza War Between Israel and Hamas | NBC News |
| N/A | 08/24/2016 | Israel Clears Troops in Airstrike | New York Times |
| N/A | 08/29/2014 | 50 Days of War | New York Times |
| N/A | 08/03/2014 | Israel Seeks to gain Advantage by Reversing Course in Gaza | Time Magazine |
| N/A | 08/05/2014 | No Easy Answers to Charges of War Crimes in Gaza | Time Magazine |
| N/A | 09/03/2014 | Here's what really happened in the Gaza war (according to the Israelis) | The Washington Post |
| N/A | 08/24/2016 | Israel clears forces in several deadly 2014 Gaza War Cases | US News |
| N/A | 08/07/2014 | Saudi Arabia and Third Gaza War | US News |
| N/A | 08/27/2014 | Israel-Gaza conflict: 50-day war by numbers | Independent |
| N/A | 10/13/2014 | Full Coverage: Israel's war in Gaza | World & Nation |
| N/A | 06/22/2015 | Israel and Hamas may have committed war Crimes in Gaza, U.N. report says | World & Nation |
| N/A | 08/26/14 | Gaza-Israel conflict: Is the fighting over? | BBC News |
| N/A | 06/14/15 | Israel 2014 Gaza War actions lawful, report says | BBC News |
| N/A | 08/26/2014 | After seven weeks of Gaza war, Hamas 1,... - Haaretz - Israel News _ Haaretz | Haaretz |
| N/A | Spring 2015 | Rethinking Operation Protective Edge_ The 2014 Gaza War __ | Middle East Quarterly |
| N/A | July 2014 | Key Moments in a 50-Day War_ A Timeline | Jerusalem Center for Public Affairs |

| BATES | DATE | TITLE | AUTHOR |
|---|---|---|---|
| N/A | 08/10/2016 | 13,000 families in Gaza still displaced two years after war with Israel | USA Today |
| N/A | 01/29/2015 | Children suffer and die in Gaza. Who notices | Chicago Tribune |
| N/A | 9/05/2014 | Decimated Hamas makes ludicrous claims | Chicago Sun-Times |
| N/A | 08/26/2014 | Israel and Hamas reach an uneasy cease-fire in 50-day Gaza war | The Denver Post |
| N/A | 08/26/2014 | Gaza cease-fire reached after 50-day war that killed 2,200 and settled little | Dallas Morning News |
| N/A | 09/22/2016 | Israeli, Palestinian leaders air differences at United Nations _ | Newsday |
| N/A | 02/13/2015 | Israeli house strikes killed mostly civilians | Houston Chronicle |
| N/A | 08/27/3014 | Gaza ceasefire_ Israel and Palestinians.. | The Guardian |
| N/A | 08/08/14 | Why Israel lost the war in Gaza | Sydney Morning Herald |
| N/A | 08/28/2014 | In photos_ Gaza healing from war after ceasefire[1] | Chinadaily.com |
| N/A | 09/02/2014 | Inside bombed-out Gaza_ One week on from.. | Daily Mail |
| N/A | 07/29/2015 | Israel 'may have committed crimes against humanity | Amnesty Telegraph |
| **C. HARD COPY** | | | |
| N/A | 08/12/2016 | 13,000 families in Gaza still displaced two years after war with Israel | USA Today |
| N/A | 08/29/2014 | 50 Days of War Leave Israelis and Palestinians Only More Entrenched | The New York Times |
| N/A | 08/26/2014 | After Seven Weeks of Gaza War, Hamas 1, Israel 0 | Haaretz |
| N/A | 01/29/2015 | Children Suffer and die in Gaza. Who Notices? | Chicago Tribune |
| N/A | 09/05/2014 | Decimated Hamas makes ludicrous claims | Chicago Sun Times |
| N/A | 08/27/2014 | Gaza ceasefire: Israel and Palestinians agree to halt weeks of fighting | The Guardian |
| N/A | 08/26/2014 | Gaza cease-fire reached after 50-day war that killed 2,200 and settled little | The Dallas Morning News |
| N/A | 08/26/2014 | Gaza-Israel conflict: Is the fighting over? | BBC |
| N/A | 09/03/2014 | Here's what really happened in the Gaza war (according to the Israelis) | The Washington Post |
| N/A | 07/30/2014 | How Technology is Intensifying the Gaza War Between Israel and Hamas. | NBC |
| N/A | 09/02/2014 | Inside bombed-out Gaza: One week on from end of 50-day war and the true scale of devastation is revealed | Daily Mail |
| N/A | 06/22/2015 | Israel and Hamas may have committed war crimes in Gaza, U.N. report says | Los Angeles Times |
| N/A | 08/26/2014 | Israel and Hamas reach an uneasy cease-fire in 50-day Gaza war | Associated Press |
| N/A | 08/24/2016 | Israel Clears Troops in Airstrike Near School in 2014 Gaza War | The New York Times |

| BATES | DATE | TITLE | AUTHOR |
|---|---|---|---|
| N/A | 07/29/2015 | Israel 'may have committed crimes against humanity', says Amnesty | The Telegraph |
| N/A | 08/03/2014 | Israel Seeks to Gain Advantage by Reversing Course in Gaza | Time |
| N/A | 08/27/2014 | Israel-Gaza conflict: 50-day war by numbers | The Independent |
| N/A | 06/14/2015 | Israeli 2014 Gaza war actions lawful, report says | BBC |
| N/A | 02/13/2015 | Israeli house strikes killed mostly civilians | Associated Press |
| **D. ADDITIONAL NEWS ARTICLES** | | | |
| N/A | 07/16/2014 | As cease-fire with Hamas fails to take shape, Netanyahu says, 'Our answer is fire' | The Washington Post |
| N/A | 07/30/2014 | Scenes of war and heartbreak as Israel-Hamas conflict intensifies | MSNBC |
| N/A | 07/18/2014 | Obama points to rebels in downed Malaysian jet | MSNBC |
| N/A | 07/16/2014 | In Israel and Palestine, children imagine a world without war | MSNBC |
| N/A | 07/16/2014 | Ground incursion in Gaza said 'very likely' | The Times of Israel |
| N/A | 07/07/2014 | Israel launches 'Protective Edge' counteroffensive on Gaza, Jewish suspects reenact teen's murder | The Times of Israel |
| N/A | 07/09/2014 | Israel hits key Hamas targets in Gaza offensive | Global News |
| N/A | 07/15/2014 | Israel: Hamas to pay price for its 'no' to truce | Global News |
| N/A | 07/15/2014 | Operation Protective Edge, Day 7 | Haaretz |
| **E. LINKS** | | | |
| N/A | 07/08/2014 | Israel and Hamas Exchange Missile Fire as Gaza War Looms | NBC |
| N/A | 07/29/2014 | Benjamin Netanyahu Says Israel's War in Gaza Will Be 'Prolonged' | Associated Press |
| N/A | 07/30/2014 | Public Support for Israel Shifting Amid Gaza War, Britain Warns | NBC |
| N/A | 07/31/2014 | Gaza Death Toll Nears 1,500 as 72-Hour Truce With Israel Begins | NBC |
| N/A | 07/01/2014 | Gaza War: Hamas Admits Kidnapping Three Israeli Teens | Associated Press |
| N/A | 08/27/2014 | Gaza Cease-Fire Holds Between Hamas and Israel After 50-Day War | Associated Press |
| N/A | 11/13/2014 | Gaza War: Israel Opens Eight New Investigations Into Military Operations | Reuters |
| N/A | 06/22/2015 | Israel, Palestinians May Be Guilty of Gaza War Crimes: UN Report | Reuters |
| N/A | 02/28/2017 | Gaza war: 11 key headlines from scathing military - Israel News - | Haaretz |
| N/A | 02/28/2017 | State comptroller report on 2014 Gaza war due today - The Jerusalem Post | The Jerusalem Post |
| N/A | 02/28/2017 | Israeli report criticizes handling of 2014 Gaza war | CNN |
| **F. NEWS CLIPS** | | | |
| N /A | 07/20/2014 | What it means to live in a War Zone | MSNBC |
| N /A | 07/17/2014 | Ground war begins | MSNBC |

4

| BATES | DATE | TITLE | AUTHOR |
|---|---|---|---|
| N/A | 07/17/2014 | Ground war begins | MSNBC |
| N/A | 06/22/2015 | From Aug. 2, 2014: Ayman Mohyeldin Reports on Gaza War | NBC News |
| N/A | 07/20/2014 | Bloodiest Day in Israel's Fight in Gaza Kills More Than 70 | NBC News |
| N/A | 07/08/2014 | Israeli-Palestinian Conflict Brings Heaviest Fighting in Years | NBC News |
| N/A | 07/30/2014 | How Technology is Intensifying Gaza War Between Israel and Hamas | NBC News |
| N/A | 07/30/2014 | How Technology is Intensifying Gaza War Between Israel and Hamas | NBC News |
| N/A | 07/09/2014 | Israeli airstrikes shake Gaza while Hamas persists with rocket attacks – video | The Guardian |
| **G. ADDITIONAL MATERIALS** | | | |
| N/A | 11/21/2018 | The Palestinians: Background and U.S. Relations | Jim Zanotti |
| N/A | 12/02/2010 | Hamas: Background and Issues for Congress | Jim Zanotti |
| N/A | 2014 | Israel 2014 Human Rights Report | US Department of State |
| N/A | 2014 | Key Moments in a 50-Day War: A Timeline | Jerusalem Center for Public Affairs |
| **H. REFERENCES IN REPORT** | | | |
| N/A | 6/8/1977 | Protocol additional to the Geneva Conventions of 12 August 1949, and relating to the protection of victims of international armed conflicts (Protocol 1) | United Nations |
| N/A | 10/21/1950 | Geneva Convention relative to the Protection of Civilian Persons in Time of War | United Nations |
| N/A | 07/28/2014 | Statement by President of the Security Council | United Nations |
| N/A | 08/29/2014 | 50 Days of War Leave Israelis and Palestinians Only More Entrenched | The New York Times |
| N/A | 11/14/2016 | Report on Preliminary Examination Activities | International Criminal Court |
| N/A | 11/29/2012 | Resolution adopted by the General Assembly on 29 November 2012 | United Nations |
| N/A | 07/28/2014 | Be ready for 'prolonged' Gaza war, Netanyahu says | Washington Examiner |
| N/A | N/A | Chapter V: The Security Council | United Nations |
| N/A | 01/31/2014 | The Palestinians: Background and US Relations | Jim Zanotti |
| N/A | 03/26/2015 | Fragmented Lives: Humanitarian Overview 2014 | United Nations Office for the Coordination of Humanitarian Affairs |
| N/A | 07/23/2014 | Resolution adopted by the Human Rights Council (A/HRC/RES/S-21/1) | United Nations |
| N/A | 06/24/2015 | Report of the independent commission of inquiry established pursuant to Human Rights Council resolution S/21/1 | United Nations |

5

| BATES | DATE | TITLE | AUTHOR |
|---|---|---|---|
| N/A | 06/24/2015 | Report of the independent commission of inquiry established pursuant to Human Rights Council resolution S/21/1 | United Nations |
| N/A | 08/27/2014 | Gaza Cease-Fire Holds Between Hamas and Israel After 50-Day War | NBC News |
| N/A | 02/28/2017 | Gaza War: 11 Key Headlines From Scathing Report Rattling Israel's Politicians and Military | Haaretz |
| N/A | 07/01/2014 | Gaza War: Hamas Admits Kidnapping Three Israeli Teens | NBC News |
| N/A | 11/13/2014 | Gaza War; Israel Opens Eight New Investigations Into Military Operations | NBC News |
| N/A | 01/01/2014 | The Geneva Conventions of 1949 and their Additional Protocols | ICRC |
| N/A | 1995 | Law Among Nations | Gerhard von Glahn |
| N/A | 09/03/2014 | Here's what really happened in the Gaza war (according to the Israelis) | The Washington Post |
| N/A | 07/30/2014 | How Technology is Intensifying Gaza War Between Israel and Hamas | NBC News |
| N/A | 08/24/2016 | 2014 Gaza War Cases | Associated Press |
| N/A | 06/03/2016 | Israel provides ICC with information on 2014 Gaza War | The Times of Israel |
| N/A | 08/27/2014 | Israel-Gaza conflict: 50-day war by numbers | The Independent |
| N/A | 08/17/2014 | Khaled Meshaal: 'Not a war of choice' | Al Jazeera |
| N/A | N/A | CIA World Factbook: Gaza Strip | Central Intelligence Agency |
| N/A | 05/07/2003 | Letter dated 7 May 2003 from Secretary-General addressed to the President of the Security Council | United Nations |
| N/A | 07/22/2014 | United Nations Security Council: 7222nd meeting minutes | United Nations |
| N/A | 10/08/1993 | Letter dated 8 October 1993 from the Permanent Representatives of the Russian Federation and the United States of America to the United Nations addressed to Secretary | 10/08/1993 |
| N/A | 08/05/2014 | Operation Protective Edge by numbers | The Jerusalem Post |
| N/A | 11/06/2014 | Situation on Registered Vessels of Comoros, Greece and Cambodia Article 53(1) Report | International Criminal Court |
| N/A | 07/30/2014 | Public Support for Israel Shifting Amid Gaza War, Britain Warns | NBC News |
| N/A | 12/02/2010 | Hamas: Background and Issues for Congress | Jim Zanotti |
| N/A | 07/18/2014 | Scenes of war and heartbreak as Israel-Hamas conflict intensifies | MSNBC |
| N/A | N/A | Press Release | United Nations |
| N/A | N/A | Signs of destruction, war still visible in Gaza | MSNBC |
| N/A | 06/14/2015 | The 2014 Gaza Conflict: Factual and Legal Aspects | Consulate General of Israel in Los Angeles |

| BATES | DATE | TITLE | AUTHOR |
|---|---|---|---|
| N/A | N/A | The International Law of Belligerent Occupation | Yoram Dinstein |
| N/A | 2014 | The Legal War; Hamas' Crimes against Humanity and Israel's Right to Self-Defense | Jerusalem Center for Public Affairs |
| N/A | N/A | The Statehood of Palestine, International Law in the Middle East Conflict | John Quigley |
| N/A | 07/24/1923 | Treaty of Lausanne | N/A |
| N/A | 07/28/2014 | UN Security Council calls for immediate Gaza ceasefire | DW |
| **I. REFERENCES IN REBUTTAL** | | | |
| N/A | 2017 | The Emerging Law of 21st Century War | Harold Hongju Koh |
| N/A | February 1965 | Aggression From the North: The Record of North Vietnam's Campaign to Conquer South Vietnam | US Department of State |
| N/A | 05/23/2014 | Ending the Forever War: One Year After President Obama's NDU Speech | Harold Hongju Koh |
| N/A | 2006 | Hamdan v. Rumsfeld, 548 US 557 (2006) | SCOTUS |
| N/A | 03/17/2017 | Report of Professor Harold Hongju Kohn | Harold Hongju Kohn |
| N/A | 03/17/2017 | Report of Dr. Matthew Levitt | Dr. Matthew Levitt |
| N/A | 03/17/2017 | Report of Ambassador Dennis Ross | Dennis Ross |
| N/A | 03/02/1979 | UN Security Council Official Records, 2119th Meeting | United Nations |
| N/A | 1950 | Resolution of 25 June 1950, Resolution of 27 June 1950, and Resolution of 7 July 1950 | |
| N/A | 1950 | Resolution of 27 June 1950, Resolution of 7 July 1950 and Resolution of 31 July 1950 | United Nations |
| N/A | 2/22/1979 | The Situation in South-East Asia and its Implications for International Peace and Security. | United Nations |
| N/A | 11/23/1979 | Complaint by Zambia | United Nations |
| N/A | 2014 | The Legal War: Hamas' Crimes against Humanity and Israel's Right to Self-Defense | Jerusalem Center for Public Affairs |
| N/A | N/A | A Guide to the United States' History of Recognition, Diplomatic and Consular Relations, by Country, Since 1776: Vietnam | US Department of State |
| **J. REFERENCES IN DEPOSITION** | | | |
| N/A | 03/16/2017 | Report by Frank G. Lowenstein | Lowenstein |
| N/A | 04/26/2017 | Rebuttal by Frank G. Lowenstein | Lowenstein |
| N/A | 03/17/2017 | Report by Dr. Ingrid Detter de Frankopan | de Frankopan |
| **K. DEPOSITION EXHIBITS** | | | |
| N/A | 05/26/2017 | Exhibit 1: Amended Notice of Taking Deposition of John Quigley and RFP | Plaintiff |
| N/A | 09/30/2008 | Exhibit 2: Sokolow v. PLO | USDC SDNY |
| N/A | 04/14/2017 | Exhibit 3: Report of John Quigley | John Quigley |
| N/A | 03/17/2017 | Exhibit 4: Rebuttal of John Quigley | John Quigley |
| N/A | 01/10/2017 | Exhibit 5: Email from Joseph Turano to John Quigley re: NBC Case – News Articles | Joseph Turano |