KALPANA SRINIVASAN (237460)
ksrinivasan@susmangodfrey.com
AMANDA K. BONN (270891)
abonn@susmangodfrey.com
CATRIONA LAVERY (310546)
clavery@susmangodfrey.com
SUSMAN GODFREY L.L.P.
1900 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067-6029
Tel: (310) 789-3100
Fax: (310) 789-3150

JACOB W. BUCHDAHL (*pro hac vice*)
jbuchdahl@susmangodfrey.com
SUSMAN GODFREY L.L.P.
1301 Avenue of the Americas, 32nd Floor
New York, NY 10019-6023
Tel: (212) 336-8330
Fax: (212) 336-8340

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| UNIVERSAL CABLE PRODUCTIONS LLC and NORTHERN ENTERTAINMENT PRODUCTIONS LLC,<br><br>Plaintiffs,<br><br>v.<br><br>ATLANTIC SPECIALTY INSURANCE COMPANY,<br><br>Defendant. | Case No.: 2:16-cv-4435-PA-MRW<br><br>The Honorable Percy Anderson<br>Dept. 9A<br><br>**DECLARATION OF AMANDA K. BONN IN SUPPORT OF PROFFERS OF PLAINTIFFS' EXPERTS ROBERT WUNDERLICH AND TY SAGALOW**<br><br>Trial Date: February 18, 2020 |

I, Amanda Bonn, do hereby declare and state as follows:

1. I am an active member in good standing with the State Bar of California. I maintain my office at 1900 Avenue of the Stars, Suite 1400, Los Angeles, California 90067. I am a Partner of Susman Godfrey L.L.P., and one of the attorneys of record in this matter for the Plaintiffs. I have personal knowledge of the matters set forth in this declaration, and if called upon as a witness I could and would testify competently.

2. I respectfully submit this declaration in support of the Proffers of Plaintiffs' Experts Robert Wunderlich and Ty Sagalow.

3. Attached hereto as **Exhibit A** is a true and correct copy of Plaintiffs' Expert Witness designations, including the CVs of Robert Wunderlich and Ty Sagalow.

4. Attached hereto as **Exhibit B** is a true and correct copy of the Report of Ty Sagalow, dated March 17, 2017.

5. Attached hereto as **Exhibit C** is a true and correct copy of Plaintiffs' Rebuttal Expert Witness designation, including the Rebuttal Report of Ty Sagalow, dated April 28, 2017.

6. Attached hereto as **Exhibit D** is a true and correct copy of the Report of Robert Wunderlich, dated March 17, 2017.

7. Attached hereto as **Exhibit E** is a true and correct copy of the Supplemental Report of Robert Wunderlich, dated May 11, 2017.

8. Electronic versions of the exhibits cited in the proffers of Robert Wunderlich and Ty Sagalow will be lodged electronically with the Court per the Court's January 10, 2020 Order. Dkt. 186 at 3.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 23rd day of January, 2020, in Los Angeles, California.

*/s/ Amanda Bonn*
Amanda Bonn