# Exhibit A

1  LUCIA E. COYOCA (SBN 128314)
     lec@msk.com
2  VALENTINE A. SHALAMITSKI (SBN 236061)
     vas@msk.com
3  MITCHELL SILBERBERG & KNUPP LLP
   11377 West Olympic Boulevard
4  Los Angeles, CA 90064-1683
   Telephone:  (310) 312-2000
5  Facsimile:  (310) 312-3100

6  Attorneys for Plaintiffs
   Universal Cable Productions LLC and
7  Northern Entertainment Productions LLC

8                UNITED STATES DISTRICT COURT

9              CENTRAL DISTRICT OF CALIFORNIA

10                    WESTERN DIVISION

11

12 UNIVERSAL CABLE                    CASE NO. 2:16-cv-4435-PA-MRW
   PRODUCTIONS LLC, *et al.*,
13                                    **PLAINTIFFS' EXPERT WITNESS**
                  Plaintiffs,         **DESIGNATION**
14
         v.
15
   ATLANTIC SPECIALTY
16 INSURANCE COMPANY,

17                Defendant.

18

19

20

21

22

23

24

25

26

27

28

Mitchell
Silberberg &
Knupp LLP

8542855.1

_____
              PLAINTIFFS' EXPERT WITNESS DESIGNATION

Pursuant to Rule 26 of the Federal Rules of Civil Procedure and the parties' agreement, Plaintiffs Universal Cable Productions LLC and Northern Entertainment Productions LLC (collectively, "Plaintiffs") hereby disclose the following expert witnesses that Plaintiffs currently anticipate will testify at trial and/or any other hearing or proceedings in the above-referenced matter.

1.   **Ty Sagalow** – Mr. Sagalow is a designated expert witness anticipated to testify for Plaintiffs in this matter with respect to industry custom and practice as to certain insurance issues relating to Plaintiffs' claims for breach of insurance contract and breach of the implied covenant of good faith and fair dealing.  A copy of Mr. Sagalow's Curriculum Vitae is attached hereto as Exhibit 1.  Mr. Sagalow's compensation for his analysis and testimony in the case is $725 per hour.  Without limitation, it is anticipated that Mr. Sagalow will testify as to insurance industry custom and practice as it relates to war exclusions, terrorism coverage and exclusions, the underwriting and drafting of insurance policies, including the war exclusions at issue, the lack of terrorism exclusion in the policy at issue, and other related issues.  Mr. Sagalow may also be called to testify as to insurance industry custom and practice as it relates to claims handling and investigation, as well as the inadequacy of Atlantic's handling of the claim at issue, including the inadequacy and unreasonableness of Atlantic's limited investigation before its decision to deny the claim, and other related issues.  Plaintiffs also anticipate Mr. Sagalow may rebut any expert testimony offered by Defendant expert witness(es) with respect to the foregoing and any other attendant issues.

2.   **Dr. Matthew Levitt** – Dr. Levitt is a designated expert witness anticipated to testify for Plaintiffs in this matter as to certain issues relating to the Middle East, Hamas, terrorism, and the events in the summer of 2014 in and around Israel and the Gaza Strip.  A copy of Dr. Levitt's Curriculum Vitae is attached hereto as Exhibit 2.  Dr. Levitt's compensation for his analysis and testimony in the case is $550 per hour.  Without limitation, it is anticipated that Dr.

1

Levitt will testify regarding Hamas, its designation as a foreign terrorist organization by the United States government, the history, role and conduct of Hamas in the Gaza Strip and the Middle East region, its relationship with Israel and also with other Palestinian groups and organizations, the events that took place during the summer of 2014 in and around Israel and the Gaza Strip, and other related issues.  Among other things, Dr. Levitt will testify as to Hamas' tactics including its use of indiscriminate and arbitrary acts of violence directed against civilians and other Palestinian groups, and other related issues.  Plaintiffs also anticipate Dr. Levitt may rebut any expert testimony offered by Defendant expert witness(es) with respect to the foregoing and any other attendant issues.

3.  **Professor Harold Koh** – Professor Koh is a designated expert witness anticipated to testify for Plaintiffs in this matter as to certain issues relating to international and/or foreign law.  A copy of Professor Koh's Curriculum Vitae is attached hereto as Exhibit 3.  Professor Koh's compensation for his analysis and testimony in the case is $16,750 for his initial expert written report, and a daily rate of $8,000 for future work thereafter.  Without limitation, it is anticipated that Professor Koh will testify as to the reasons why Hamas' actions directed towards Israel during the summer of 2014 were terrorist acts rather than acts of "war" or any similar designation when considered in the context of international law and conflicts between and among state(s) and non-state actor(s).  Professor Koh will also testify as to the "rules of war" in the international law context, and the factors which demonstrate that Hamas' terrorist attacks against Israel during the summer of 2014 do not constitute "war" or any other similar designation, and related issues thereto.  Among other factors, Professor Koh will testify as to the significance under international law of Hamas' designation as a foreign terrorist organization by the United States government, Hamas' status as a non-state actor, the lack of a theater of armed conflict vis-à-vis Hamas, Hamas' use of indiscriminate and arbitrary acts of violence directed against civilians, and other related issues.

Mitchell
Silberberg &
Knupp LLP

2

1   Plaintiffs also anticipate Professor Koh may rebut any expert testimony offered by

2   Defendant expert witness(es) with respect to the foregoing and any other attendant

3   issues.

4       4.    **Ambassador Dennis Ross** – Ambassador Ross is a designated expert

5   witness anticipated to testify for Plaintiffs in this matter as to certain issues relating

6   to United States foreign policy regarding Israel and the Middle East region.  A

7   copy of Ambassador Ross' Curriculum Vitae is attached hereto as Exhibit 4.

8   Ambassador Ross' compensation for his analysis and testimony in the case is $750

9   per hour.  Without limitation, it is anticipated that Ambassador Ross will testify as

10  to United States foreign policy regarding state and non-state actors, and other sub-

11  state entities, the foreign policy import of determinations by the executive branch

12  of the United States government about statehood, non-state status, and terrorist

13  entities, and the United States government's involvement and role in connection

14  with international agreements relating to the West Bank and the Gaza Strip.  It is

15  anticipated that Ambassador Ross may also testify as to historical foreign policy

16  issues regarding the question of establishment of a Palestinian state and the impact

17  as to United States' foreign policy as it relates to potential judicial recognition of

18  Hamas as a quasi-state actor, and other related issues.  Plaintiffs also anticipate

19  Ambassador Ross may rebut any expert testimony offered by Defendant expert

20  witness(es) with respect to the foregoing and any other attendant issues.

21      5.    **Dr. Robert Wunderlich** – Dr. Wunderlich is a designated expert

22  witness anticipated to testify for Plaintiffs in this matter as to certain economic

23  issues related to this case, including damages.  A copy of Dr. Wunderlich's

24  Curriculum Vitae is attached hereto as Exhibit 5.  Dr. Wunderlich's compensation

25  for his analysis and testimony in the case is $475 per hour.  Without limitation, it is

26  anticipated that Dr. Wunderlich will testify as to Plaintiffs' claim for the extra

27  expenses and other damages incurred by Plaintiffs in connection with the

28  postponement, delay, and relocation of the *Dig* production out of Israel, the claim's

Mitchell
Silberberg &
Knupp LLP

3

calculation and substantiation, the accounting and related standards in connection therewith, Plaintiffs' damages in this matter, and other related issues.  Plaintiffs also anticipate Dr. Wunderlich may rebut any expert testimony offered by Defendant expert witness(es) with respect to the foregoing and any other attendant issues.

Plaintiffs hereby reserve the right to supplement, amend, or modify this Expert Witness Designation, including based on the expert witnesses identified by Defendant and their opinions, based on further information or documents which become available to Plaintiffs that reveal the need for additional expert witnesses to be identified, based on the outcome of potential law and motion proceedings, or as circumstances of the case may otherwise make appropriate.  Plaintiffs also reserve the right to supplement, amend or modify this Expert Witness Designation to designate an expert witness or witnesses who will testify in rebuttal to any expert witnesses designated by Defendant.

Plaintiffs also reserve the right not to call any expert witness identified above, and to call in their case expert witnesses identified by Defendant who have been deposed.  Plaintiffs also reserve the right to call any expert witnesses, whether or not designated, for purposes of impeaching the testimony of any expert witness offered by Defendant.  Further, Plaintiffs reserve the right to call any lay witness as to any matter on which said lay witness may be qualified to give opinion testimony.

DATED:  January 17, 2017

LUCIA E. COYOCA
VALENTINE A. SHALAMITSKI
MITCHELL SILBERBERG & KNUPP LLP


By:   /s/ Lucia E. Coyoca
Lucia E. Coyoca
Attorneys for Plaintiffs
Universal Cable Productions LLC and
Northern Entertainment
Productions LLC

Mitchell
Silberberg &
Knupp LLP

4

# EXHIBIT 1

# TY R. SAGALOW

2 World Financial Center, 30th Floor, N.Y. N.Y. 10281• (917) 620-2174 • tysagalow@innovationinsurancegroup.com

## SUMMARY

**President, Innovation Insurance Group, LLC**, a premier consulting firm to the insurance industry specializing in expert witness services focused in management and professional liability, and product development. (www.innovationinsurancegroup.com).  Former senior executive for large global insurance companies with proven track record of management success. Expertise in new product development, management/professional liability products, cyber-risk and reputational risk products.  Customer Focused, Results-oriented, entrepreneurial, visionary, inventive.

## KEY POSITIONS

- President of insurance consulting firm specializing in new product development and expert witness services.
- Former chief innovation officer of AIG, Zurich North America and Tower Group.
- Former chief underwriting officer and general counsel for National Union (world's largest D&O/E&O underwriter)
- Former chief operating officer for AIG eBusiness Risk Solutions (largest US based cyber-risk insurance company)

## KEY ACHIEVEMENTS

- Over 30 successful client engagements in its first 24 months (Innovation Insurance Group, LLC) including major insurance companies, insurance brokers, law firms (representing both carrier and policyholder) and entrepreneurs.
- Exclusive "*Ask the Expert*" senior advisor for Advisen (D&O, E&O and Cyber)
- Host of "*Innovations in Insurance with Ty Sagalow*" for World Risk and Insurance News
- No 1 "New Product Innovator of the Year " for 2011 for first time in company 180 year history (Zurich)
- Produced $1.5B+ GWP from products enhanced from 2009 to 2011; (Zurich)
-  Created new products in 2011 representing 23.2% of company's current products producing 18.8% of all GWP;
- Improved development to launch cycle time by 33% (Zurich)
- Chief designer of cyber-insurance, a $1B industry premium business in 2012 (AIG)
- Chief designer of reputational risk insurance for Zurich and AIG
- Chief designer of Y2k Insurance (AIG)
- Chief designer of Coverage C (Entity Coverage) in Directors and Officers liability insurance (AIG)
- Authored several published works
- Frequent Speaker before industry forums
- Testified before Congress and Chaired Congressional committees

## PROFESSIONAL EXPERIENCE

**Innovation Insurance Group, LLC** *Principal* **(3/12 .to Present) (4/11/-8/11)**
Founded first known consulting company designed to provide broad array of product development services to the insurance industry. In 2013, firm created a second major practice group providing expert witness services specialized in management and professional liability (including cyber).  Engaged by over 30 companies in less than 24 months. (www.innovationinsurancegroup.com). Engagements from $500 (one hour consulting) to $100,000 plus. Services include product development, expert witness services, specialty insurance underwriting, draft and legal services and public.  For a list of clients and partners, go to www.innovationinsurancegroup.com/clientsandpartners.html  For testimonials, go to http://www.innovationinsurancegroup.com/testimonials.html.

**Tower Group,** *Chief Innovation Officer (8/11 . 3/12)*
Responsible for shepherding #40 P&C company to its next evolution of organic growth thru the development of new products.

**Zurich North America,** *Chief Innovation Officer (1/09 . 4/11)*

**RESUME OF TY R. SAGALOW PAGE 2**

- $1.5B in premium generated from products created new or enhanced from January 2009 (over $250M in new business)
- Launched 66 products in 2010 presenting 22.7% of all current products generating 17% of all GWP in December 2010
- Launched 12 "national Sales campaigns" in various industry verticals with minimum annual GWP of $50M each.

**AIG, *President, Product Development . Worldwide*** (2004-2009)
Responsible for department charged with creating new products for all member companies of AIG in General Insurance
- Launched new insurance product every 15 days. Both foreign and US product launches. Multiple general insurance lines.
- Profit Center average time to market cut by more than 50% to 7.2 months from idea inception to final product launch.
- Called "a unit without peer in the insurance industry"
- Chair of AIG IP Task force headed up 70+ person group discovering and evaluating AIG intellectual property

**AIG, *Chief Operating Officer, AIG e-Business Risk Solutions*** (2000-2003)
Found and created cyber-risk insurance, a new market niche producing $20M in sales in year 1 climbing to $70M in year four.

**AIG, *Chief Underwriting Officer and General Counsel, National Union*** (1988-1994) (1994-1999)
Responsible for all major underwriting decisions for largest management liability insurance carrier producing approximately $4 billion in sales annually. Responsible for managing in-house attorneys.

**AIG, *Staff Counsel*** (1983-1988) Responsible for cases under portfolio as staff litigation counsel.

## PUBLIC POLICY EXPERIENCE

*Public Policy Advocacy* (2000 -Present) Experienced in public policy, lobbying and legislative process in cyber-risk security.

## EDUCATION

**New York University Law School**, New York, NY (L.L.M, 1987)
**Georgetown University Law Center**, Washington, DC (J.D. *cum laude,* 1983)
**Long Island University**, Brookville, NY (B.A. *summa cum laude,* 1980)

## BAR

New York (1983)
U.S. Supreme Court (2003)

## BOARDS AND CHAIRS

Chairman, Internet Security Alliance (2007-2011); Board Member, Financial Services Information, Sharing and Analysis Center (FS/ISAC) (2004-2009);  Chaired various congressional committee and private sector task forces

## SELECTIVE MAJOR PUBLICATIONS

Directors and Officers Liability and Insurance Handbook, National Association of Corporate Directors, 1999; Director and Officer Liability: Indemnification and Insurance (with Josiah Hatch and John Olson), Clark Boardman Callaghan, 1990, 1994; @ Risk, The definitive guide to legal issues of insurance and reinsurance of internet, e-commerce, cyber

## APPEARANCES

Have appeared on CNBC, Bloomberg Radio, World Business Review and National Press Club. Have appeared at the White House, Departments of Treasury, Defense, Homeland Security, and Congress in addition to regular industry forums.

## ADDITIONAL INFORMATION

www.innovationinsurancegroup.com/principal.html;    www.linkedin.com/in/tysagalow

# EXHIBIT 2

Jump to:

- Bio

# Areas of Expertise

Lebanon, Palestinians, Terrorism

Back to Top

---

# Biography

Matthew Levitt is the Fromer-Wexler fellow and director of The Washington Institute's Stein Program on Counterterrorism and Intelligence. From 2005 to early 2007, he served as deputy assistant secretary for intelligence and analysis at the U.S. Department of the Treasury. In that capacity, he served both as a senior official within the department's terrorism and financial intelligence branch and as deputy chief of the Office of Intelligence and Analysis, one of sixteen U.S. intelligence agencies coordinated under the Office of the Director of National Intelligence. During his tenure at Treasury, Dr. Levitt played a central role in efforts to protect the U.S. financial system from abuse and to deny terrorists, weapons proliferators, and other rogue actors the ability to finance threats to U.S. national security. In 2008-2009, he served as a State Department counterterrorism advisor to the special envoy for Middle East regional security (SEMERS), General James L. Jones.

From 2001 to 2005, Dr. Levitt served the Institute as founding director of its Terrorism Research Program (now renamed as above), which was established in the wake of the September 11 attacks. Previously, he served as a counterterrorism intelligence analyst at the Federal Bureau of Investigation (FBI), where he provided tactical and strategic analytical support for counterterrorism operations, focusing on fundraising and logistical support networks for Middle Eastern terrorist groups. During his FBI service, Dr. Levitt participated as a team member in a number of crisis situations, including the terrorist threat surrounding the turn of the millennium and the September 11 attacks. He has earned numerous awards and commendations for his government service at both the FBI and the Treasury Department.

Dr. Levitt holds a bachelor's degree in political science from Yeshiva University, as well as a master's degree in law and diplomacy and a doctorate from Tufts University's Fletcher School of Law and Diplomacy. He was a graduate research fellow at Harvard Law School's Program on Negotiation and has taught at both Johns Hopkins University's Paul H. Nitze School of Advanced International Studies and Zanvyl Krieger School of Arts and Sciences.

Dr. Levitt has served as an expert witness in several criminal and civil cases, lectured on international terrorism on behalf of the Departments of State, Justice, Defense, and Homeland Security, consulted for various U.S. government agencies and private industry, and testified before the Senate and House on matters relating to international terrorism. He has held fellowships with the Combating Terrorism Center (CTC) at the U.S. Military Academy at West Point and the Center for Cyber and Homeland Security (CCHS) at the George Washington University, is a term member of the Council on Foreign Relations, and serves as a member of the international advisory board for both the Institute for Counter-Terrorism in Israel and the International Centre for Political Violence & Terrorism Research in Singapore. He serves on the advisory board of Foundation for Defense of Democracies' Center on Sanctions and Illicit Finance (CSIF) and the academic advisory board for the Emirati Center for Strategic Studies and Research (ECSSR).

Dr. Levitt has written extensively on terrorism, countering violent extremism, illicit finance and sanctions, the Middle East, and Arab-Israeli peace negotiations, with articles appearing in peer-reviewed journals, policy

magazines, and the press, including the *Wall Street Journal*, *Washington Post*, *Foreign Affairs*, *Foreign Policy*, and numerous other publications. He is also a frequent guest on the national and international media, and the author of several books and monographs, including *Hamas: Politics, Charity and Terrorism in the Service of Jihad* (Yale University Press, 2006), *Negotiating Under Fire: Preserving Peace Talks in the Face of Terror Attacks* (Rowman & Littlefield, 2008), and *Hezbollah: The Global Footprint of Lebanon's Party of God* (Georgetown University Press, 2013).

Back to Top

---

# Publications



From the Boston Marathon to the Islamic State: Countering Violent Extremism

April 1, 2015

Policy Focus



Hezbollah: The Global Footprint of Lebanon's Party of God

March 4, 2013

Monographs



No Good Outcome:

November 26, 2013

Policy Focus



Hizballah and the Qods Force in Iran's Shadow War with the West

January 29, 2013

Policy Focus



Obama's National Security Vision:

October 13, 2010

Policy Focus



Fighting the Ideological Battle

July 8, 2010

Strategic Reports

Back to Top

## Most Recent Analysis

Iranian-Backed Terrorism in Bahrain: Finding a Sustainable Solution

January 11, 2017

Hezbollah's 'Diplomats' Go Operational

December 2, 2016

Post 'Caliphate': The Future of the Salafi-Jihadi Movement

November 1, 2016

Middle East 2017: Challenges and Choices - Terrorism

October 28, 2016

Hezbollah's Criminal Networks: Useful Idiots, Henchmen, and Organized Criminal Facilitators

October 25, 2016

Iran's 'Resistance Economy' -- and Stalled Reform Efforts

September 23, 2016

The New York Bomber Was Not a Lone Wolf

September 21, 2016

Hezbollah's Pivot Toward the Gulf

August 22, 2016

Iran and Hezbollah Remain Hyperactive in Latin America

August 11, 2016

Don't Forget, or Deny, Hezbollah's Brutal Crimes

July 20, 2016

See all analysis by this author

## Selected Outside Publications

"Hamas's Ideological Crisis," in *Current Trends in Islamist Ideology* (2009)

"Foreign Fighters and Their Economic Impact: A Case Study of Syria and al-Qaeda in Iraq (AQI)," in *Perspectives on Terrorism September* (2009)

"Hezbollah Finances: Funding the Party of God," in *Terrorism Financing and State Responses: a Comparative Perspective* (Stanford University Press, 2007)

"Hamas Social Welfare: In the Service of Terror," in *The Making of a Terrorist: Recruitment, Training, and Root Causes* (New York: Praeger Publishers, 2005)

"The Impact of Acute Security Crises on the Process of Ongoing Negotiations: Lessons from the Palestinian-Israeli Peace Process, 1993-1996" (Ph.D. dissertation, Fletcher School of Law and Diplomacy, Tufts University, 2005).

Back to Top

# EXHIBIT 3

Harold Hongju Koh

**Employment**

2009: Legal Adviser, U.S. Department of State (on leave as Martin R. Flug '55 Professor of International Law at Yale Law School)

2004-2009: Dean of Yale Law School

1993: Gerard C. and Bernice Latrobe Smith Professor of International Law, Yale Law School (Procedure, International Human Rights, International Business Transactions, Constitution and Foreign Affairs, International Trade, International Organizations, International Law and Political Science)

1998-2001: Assistant Secretary of State for Democracy, Human Rights and Labor United States Department of State; Commissioner, Commission for Security and Cooperation in Europe; U.S. Delegate or Head of Delegation to United Nations General Assembly (Third Committee), the United Nations Human Rights Commission, the Organization of American States, the Council of Europe, the Organization for Security and Cooperation in Europe, the U.N. Committee Against Torture, Inaugural Community of Democracies Meeting (Warsaw 2000); U.N. Conference on New and Restored Democracies (Cotonou, Benin 2000)

1993-1998: Director, Orville H. Schell Jr., Center for International Human Rights, Yale Law School

1996-97: Visiting Fellow, All Souls College, Oxford University and Waynflete Lecturer, Magdalen College, Oxford University

1993: Visiting Professor, Hague Academy of International Law

1990-93: Professor, Yale Law School

1990, 2002: Visiting Professor of International Law, Faculty of Law, University of Toronto (intensive courses in international business and human rights law)

1985-90: Associate Professor, Yale Law School

1983-85: Attorney-Adviser, Office of Legal Counsel, United States Department of Justice

1982-85: Adjunct Assistant Professorial Lecturer in Law, George Washington University National Law Center

1982-83: Associate, Covington & Burling, Washington, DC

1981-82: Law Clerk to Hon. Harry A. Blackmun, Associate Justice, United States Supreme Court

1980-81: Law Clerk to Hon. Malcolm Richard Wilkey, Circuit Judge, United States Court of Appeals, D.C. Circuit

1978-79: Teaching Fellow, First-Year Legal Methods Program, Harvard Law School (Contracts and Civil Procedure)

**Degrees**
1980:  Harvard Law School, J.D. *cum laude*
Developments Editor, *Harvard Law Review*; Tutor, Mather House, Harvard College

1977:  Magdalen College, Oxford University, Honours B.A. in Philosophy, Politics & Economics with *First-Class Honours*; (M.A. 1996); Marshall Scholar; Magdalen College Underhill Exhibitioner; President, Magdalen College Middle Common Room

1975:  Harvard College, Harvard University A.B. in Government, *Summa Cum Laude*; Phi Beta Kappa; Harvard National Scholar; Charles Bonaparte Scholar (Outstanding Junior Government Major); Harvard Club of Southern Connecticut Distinguished Senior; National Merit Scholar; State of Connecticut Scholar

**Honorary Degrees**
2010: Doctor of Laws, Wayne State University; Northeastern University
2009: New School for Social Research
2008: Iona College
2008: Jewish Theological Seminary
2005: University of Hartford
2005: Widener School of Law
2002: Doctor of Laws, Skidmore College
2001: Doctor of Laws, Connecticut College
2000: Doctor of Laws, University of Connecticut; Doctor of Humane Letters, Dickinson College
1999: Doctor of Laws, Suffolk Law School; Doctor of Humane Letters, Albertus Magnus College
1998: Doctor of Laws, CUNY-Queens Law School
1990: M.A., Yale University

**Medals**
2008: Western New England School of Law
2004: Presidential Medal, Central Connecticut State College
2000: Villanova Medal, Villanova Law School
2000: Arthur J. Goldberg Award, Jacob Fuchsberg Law Center, Touro Law School

**Other Honors and Awards**
2010: Library of Congress George Wickersham Award for Outstanding Public Service
2008: Judith Lee Stronach Human Rights Award, given for outstanding contribution to global justice by the Center for Justice and Accountability, San Francisco

7th Annual Sengbe Pieh Award, First and Summerfield United Methodist Church ·
IRIS Human Rights Award
2007: Green Bag Award for "exemplary writing In a long article" Green Bag Almanac and Reader (2007)
2007, 8, 9 Lawdragon 500 Leading Lawyers in America
2007-08: Connecticut Bar Association Young Lawyers Section Diversity Award
2007: Pacific Islander, Asian, and Native American (PANA) Distinguished Service Award
2006: Philip Burton Award for Advocacy, Immigrant Legal Resource Center
2006: Boston College 75th Anniversary Celebration Law School's Distinguished Service Award
Asian American Bar Association of New York Award
The Asian American Law Students Association (Pace Law School) Award of Distinction
2006: Named one of the Top Connecticut Super Lawyers by Connecticut Magazine (International Law)
2005: Louis B. Sohn Award, given by the International Law Section of the American Society of International Law for Lifetime Achievement in International Law
2005: Equal Access to Justice Award, New Haven Legal Assistance
2005: Allies for Justice Award
ABA National Lesbian and Gay Law Association
100 Most Influential Asian Americans of the 1990s, A Magazine
2002: Wolfgang Friedmann Award, given by Columbia Journal of Transnational Law "to an individual who has made outstanding contributions to the field of international law"
2002: Connecticut Bar Association Distinguished Public Service Award
2002: John Quincy Adams Freedom Award, Amistad America
2001: Korean American Coalition Public Service Award
2000: Institute for Corean-American Studies Liberty Award
1999; 1994: FACE (Facts About Cuban Exiles) Excellence Award
1997: Public Sector 45" (45 leading American Public Sector Lawyers Under the Age of 45), American Lawyer Magazine
1997: Named one of nation's leading Asian-American Educators, Avenue Asia Magazine
Asian-American Lawyer of the Year, Asian-American Bar Association of New York
1995: Trial Lawyer of the Year Award, Trial Lawyers for Public Justice (co-recipient)
1994: Cuban-American Bar Association
1994: Political Asylum Immigration Representation Project
1994: Asian-American Lawyers of Massachusetts
1994: Haiti 2004
1994: Korean-American Alliance
1993: Asian Law Caucus
1993: Asian-American Legal Defense & Education Fund, Justice in Action Award
1992: Co-recipient, American Immigration Lawyers' Association Human Rights Award
1991: Richard E. Neustadt Award, Presidency Research Section, American Political Science Association

**Fellowships**
Fellow, American Philosophical Society (2007-); Honorary Fellow, Magdalen College (2002-); Fellow, American Academy of Arts and Sciences (2000-); Guggenheim Fellow (1996-97); Twentieth Century Fund Fellow (1996-), Visiting Fellow, All Souls College, Oxford (1996-97); James Cooper Lifetime Fellow, Connecticut Bar Association (2006-)

**Publications:**
**Books and Monographs**
Transnational Litigation in United States Courts (2008) (Foundation Press)

Transnational Business Problems (4th ed. 2008) (Foundation Press), with Detlev F. Vagts & William S. Dodge

Foundations of International Law and Politics (with Oona A. Hathaway)

The International Human Rights of Persons with Intellectual Disabilities: Different but Equal (Oxford University Press 2002) (with Stanley Herr and Lawrence Gostin, eds)

Deliberative Democracy and Human Rights (with Ronald C. Slye) (Yale University Press 1999) (translated into Spanish)

International Business Transactions in United States Courts, Recueil des Cours (Martinus Nijhoff 1998) (Monograph of Lectures in Private International Law at The Hague Academy of International Law)

Transnational Legal Problems (with Henry Steiner & Detlev Vagts) (Foundation Press 4th ed. 1994) and Documentary Supplement (1994)

The National Security Constitution: Sharing Power After the Iran-Contra Affair (Yale University Press 1990) (Winner, Richard E. Neustadt Award, awarded by the Presidency Research Section, American Political Science Association, to the best book published in 1990 that contributed most to research and scholarship on the American Presidency)

Justice Harry A. Blackmun Supreme Court Oral History Project, Federal Judicial Center/Supreme Court Historical Society (Editor 1996) (public release 2004)

**Articles and Book Chapters**
Commentary in Michael W. Doyle, Striking First: Preemption and Prevention in International Conflict 99 (2008)

Human Rights and National Security: Chapter in Mark Green, et al., eds, Change for America: Progressive Blueprint for the Next Administration (2008)

Keynote Address: A Community of Reason and Rights, 77 Fordham L. Rev. 583 (2008)

A Day in Court Denied The Washington Post, Monday, March 31, 2008 Page A19

No Torture. No Exceptions. The Washington Monthly, January/February/March 2008

Tom Eagleton: True Senator, 52 St. Louis U. L Journal 25 (2008)

Mirjan Damaska: A Bridge Between Two Cultures, in Maximo Langer, et al., Festschrift for Mirjan Damaska (2008)

Sale v. Haitian Centers Council: Guantanamo and Refoulement (with Michael J. Wishnie), in Ford, Hurwitz & Satterthwaite, Human Rights Advocacy Stories (2000)

Repairing America's Human Rights Reputation, 40 Cornell Int'l L.J. 635 (2007)

Is there a "New" New Haven School of International Law? 32 Yale J. Int'l L. 559 (2007)

"Repair America's Human Rights Reputation"—op-ed appeared in the Summer 2007 issue of the Yale Law Report as part of a collection of op-eds written by Yale Law School faculty members

Filártiga v. Pena-Irala: Judicial Internalization of the Customary International Law Norm Against Torture in International Law Stories (Noyes, Dickinson & Janis, eds.; Law Stories Series, Foundation Press 2007)

Tom Eagleton: True Senator, 52 SLU L. Rev. 1 (2007)

Preface to Eugene Fidell, Beth Hillman & Dwight Sullivan, Military Justice: Cases and Materials (2007)

Preface to William J. Aceves, The Anatomy of Torture: A Documentary History of Filártiga v. Peña-Irala (2007)

The Future of Lou Henkin's Human Rights, Movement, 38 Col. H.Rts Rev. 487 (2007)

The Bright Lights of Freedom, NPR: THIS I BELIEVE, Jay Allison & Dan Gediman, eds., (New York: Henry Holt & Company, 2006) 141-143; paperback edition (2007)

America and the World, 2020, in THE CONSTITUTION IN 2020 (Siegel & Balkin eds. 2009)

In Memoriam: Robert F. Drinan, S.J. (1920-2007) 95 Georgetown Law Journal 1709 (2007)

The Activist: Robert S. Drinan S.J., Stirring the Human Rights Revolution, BC Law Magazine 7 (Summer 2007) (tribute to Father Drinan)

A World Drowning in Guns, INTERNATIONAL LAW AND INTERNATIONAL RELATIONS: BRIDGING THEORY AND PRACTICE, Thomas J. Biersteker, Peter J. Spiro, Chandra Lekha Sriram, and Veronica Raffo, eds., (London: Routledge Press, 2006) 59

Louis B. Sohn: Present at the Creation, Harvard International Law Journal, 2006

Unveiling Justice Blackmun, 72 Brooklyn L. Rev. 9 (2006)

Setting the World Right, 115 Yale L.J. 2350 (2006)

Why Transnational Law Matters, 24 Penn State Int'l L.Rev. 745 (2006)

The Healing Wisdom of Jay Katz, 6 Yale J. Health Policy, Law and Ethics 397 (Spring 2006)

Harry Andrew Blackmun, in Yale Biographical Dictionary of American Law (2007)

"The New Global Slave Trade," Displacement, Asylum, Migration 232 (Oxford Amnesty Lectures) (Kate Tunstall ed. 2006)

"A Law Unto Itself?," Yale L.J. (The Pocket Part), March 2006

Tribute to President Francis Daly Fergusson, upon her retirement from Vassar College, Vassar Quarterly, "Energy in the Executive"

"Can the President Be Torturer in Chief?," Ind. L. Rev. 81:1145 (winner 2007 Green Bag Award for "exemplary writing in a long article" Green Bag Almanac and Reader (2007)

"Mark Janis and the American Tradition of International Law," Conn. J. Int'l L.

"Captured by Guantanamo"

Choosing Heroes Carefully (Tribute to John Hart Ely), 57 Stan. L. Rev. 723 (2005)

"The Bright Lights of Freedom," This I Believe, NPR

"The Value of Process," in Why Obey International Law?, 10 Int' Legal Theory 1 (2004)

"Standing Together," 15 Law & Sexuality, 15:1

"Internalization Through Socialization," Duke L.J. 54: 975 (2005)

"Commentary: A World Drowning in Guns," in International Law and International Relations 59-76 (Thomas Biersteker, Veronica Raffo, Peter Spiro and Chandra Sriram, eds Routledge 2006)

Preface to Jaya Ramji & Beth van Schaack, Bringing the Khmer Rouge to Justice: Prosecuting Mass Violence Before the Cambodian Courts

The Ninth Annual John W. Hager Lecture, The 2004 Term:  The Supreme Court Meets International Law, Tulsa Journal of Comparative & International Law 12: 1 (2004)

"The Wolfgang Friedmann Lecture: A World Without Torture," Columbia Journal of Transnational Law (2005)

International Law as Part of Our Law, 98 Am. J. Int'l Law 43 (2004)

Separating Myth and Reality about Corporate Responsibility Litigation, 7 J. Intl Econ. L. 263 (2004)

Snatched in Sudan, Captive in Khartoum, Times Higher Education Supplement, Feb. 20, 2004

Advice to the Next High Commissioner, Columbia Human Rights L. Rev. 2003

Transnational Legal Process After September 11, 22 Berkeley J. Int'l L. (2004)

Rights to Remember, Economist, November 2003 at 24

American Diplomacy and the Death Penalty (with Thomas Pickering) 80 Foreign Service Journal 19 (October 2003)

"On America's Double Standard: The Good and Bad Faces of American Exceptionalism," American Prospect (October 2004)

"America's Jekyll and Hyde Exceptionalism," chapter in Michael Ignatieff, American Exceptionalism and Human Rights (Princeton University Press 2005)

On American Exceptionalism, 55 Stan. L. Rev. (2003)

A World Drowning in Guns, 71 Fordham L. Rev. (2003)

Why the United States should ratify the Convention for the Elimination of Discrimination Against Women (CEDAW), 34 Case W. Res. L. Rev. 258 (2002)

Tribute to John Sexton, 60 Annual Survey of American Law (2003) (tribute to John Sexton)

A Tribute to Tom the Frank, 35 NYU Journal Int'l L. & Pol. (2003) (tribute to Thomas Franck)

The Law Under Stress After September 11, 31 Int'l Legal Info. 317 (2003)

International Human Rights of Persons with Mental Disabilities, 63Md. L. Rev. 1 (2004)

Wrong on Rights, Yaleglobal Online (2004)

In Memoriam: Dean Eugene V. Rostow, Yale Law Report 16 (Summer 2003)

Paying "Decent Respect" to the World Opinion on the Death Penalty, 35 U.C. Davis L. Rev. 1085 (2002)

Paying Decent Respect to International Tribunal Rulings, 2002 Proceedings of the American Society of International Law

Against Military Tribunals, Dissent Magazine 58 (Fall 2002)

One Year Later, America Deserves Mixed Reviews, Yale Daily News (September 13, 2002)

A Better Way to Deal with Iraq, Hartford Courant, October 20, 2002

"Preserving Our Values: The Challenge At Home and Abroad," chapter 6 in The Age of Terror: America and the World After September 11 at 143 (Strobe Talbott & Nayan Chanda, eds. Basic Books 2002)

"The Spirit of the Laws," 43 Harv. Int'l L.J. 23 (2002)

"The 2001 Richard Childress Memorial Lecture: A United States Human Rights Policy for the 21st Century," 46 St. Louis U. L. J. 293 (2002) (special issue with nine commentators)

"The Case Against Military Commissions," 96 Am. J. Int'l L. 337 (April 2002)

"Transnational Legal Process Illuminated,"in Transnational Legal Processes: Globalisation and Power Disparities 327 (Michael Likosky ed. Butterworths Press 2001)

"The Globalization of Freedom,"26 Yale J. Int'l L. 305 (2001)

"A Passion for Service," 45 N.Y.L.S. L. Rev. 17 (2001) (tribute to Harry Wellington)

"An Uncommon Lawyer," 42 Harv. Int'l L.J. 7 (2001) (tribute to Abram Chayes)

"We Have The Right Courts for Bin Laden," N.Y. Times, Nov. 23, 2001 at A39

Six Civil Rights Experts Weigh in on Sept. 11, Time.com, 12-1-01

"The U.S. Can't Allow Justice to Be Another War Casualty," The Los Angeles Times; Dec. 17, 2001 at B11

"The Best Defense: Article I," The Hartford Courant (September 16, 2001)

"America the Pariah," Project Syndicate (August 2001) (op ed piece published in 20 foreign newspapers)

"Estados Unidos y Europa, divididos por la pena de muerte," LA NACION (Argentina) July 23, 2001

"A Dismal Record on Executing the Retarded," New York Times (June 14, 2001)

"A Wake Up Call on Human Rights" Washington Post (May 8, 2001)

"A Breakthrough in North Korea," Washington Post (November 2, 2000)

"Complementarity Between International Organisations on Human Rights/The Rise of Transnational Networks as the "Third Globalization," 21 Human Rights Journal 307 (2000)

"The Third Globalization: Transnational Human Rights Networks," Introduction to the 1999 Human Rights Report, U.S. Dept. of State, Country Reports on Human Rights Practices for 1999 at xv (vol.1) (2000)

"The Right to Democracy,"  Introduction to the 1998 Human Rights Report, U.S. Dept. of State, Country Reports on Human Rights Practices for 1998 at xv (vol.1) (1999)

"1998 Harris Lecture: How Is International Human Rights Law Enforced?" 74 Indiana L. J. 1397 (1999)

"1998 Frankel Lecture: Bringing International Law Home," 35 Houston L. Rev. 623 (1998)

"Is International Law Really State Law?", 111 Harv. L. Rev. 1824 (1998)

"Why Do Nations Obey International Law?", 106 Yale L.J. 2599 (1997)

"Ten Lessons About Appellate Oral Argument,"71 Connecticut Bar Journal 218 (1997)

"Congressional Protection of International Human Rights,"170 Fed. R. D. 285 (1997)

"Book Review, Chayes & Chayes, The New Sovereignty," 91 American Journal of International Law 389 (1997)

"War and Responsibility in the Dole/Gingrich Congress," 50 Miami L. Rev. 1 (1996)

"Transnational Legal Process," 75 Neb. L. Rev. 181 (1996)

"The Constitution,"in Encyclopedia of U.S. Foreign Relations (Oxford University Press 1996)

"A World Transformed," 20 Yale Journal of International Law vii (1995)

"America's Offshore Refugee Camps," 29 Richmond L. Rev. 139 (Allen Chair 1994)

"Refugees, The Courts, and the New World Order," 1994 Utah L. Rev. 999

"The 'Haiti Paradigm' in United States Human Rights Policy," 103 Yale L.J. 2391 (1994)

"Democracy and Human Rights in U.S. Foreign Policy?: Lessons from the Haitian Crisis," 48 SMU L. Rev. 189 (1994)

"The Haitian Refugee Litigation: A Case Study in Transnational Public Law Litigation," 18 Md. J. Int'l L & Trade 1 (1994)

"Reflections on Refoulement and Haitian Centers Council," 35 Harv. Int'l L.J. 1 (1994)

"Who Are the Archetypal 'Good' Aliens?" 88 American Society of International Law Proc. 450 (1994)

"Justice Blackmun and the 'World Out There'," 104 Yale L.J. 23 (1994)

Broadening Access to International Law Resources Through New Technology," 89 American Society of International Law Proc. -- (1995)

"Aliens in Our 'Beloved Community,'" Smithsonian Working Paper (1995)

"One Step Forward, One Step Back," Miami Herald, May 4, 1995 A27

Alliance for Justice, "First Monday," October 3, 1994 (video panel)

"Terms for Assessment," Roundtable on Justice Blackmun, ABA Journal 52 (July 1994)

"Justice Done," New York Times, Apr. 8, 1994, at A27

"The Justice Who Grew," 1994 J. S.Ct. Hist. 5 (1994)

"DIANA: A Human Rights Data Base," 16 Human Rights Quarterly 753 (1994) (with N. Finke, T. Fitchett, and R. Slye)

"Bitter Fruit of the Asian Immigration Cases," 6 Constitution 68 (1994) (reproduced in Cong. Record, Jan. 6, 1995 at S569)

"Standing Up for Principle: A Personal Journey," 5 Korean and Korean-American Studies Bulletin 4 (1994)

"A Tribute to Justice Harry A. Blackmun," 108 Harv. L. Rev. 20 (1994)

Remarks at Proceedings Held on the Occasion of the Induction of Jose A. Cabranes As U.S. Circuit Judge, 2d Cir. (Sept. 26, 1994)

"The New New International Economic Order," 87 American Society of International Law Proc. 259 (1994)

"Aliens and the Duty of Nonrefoulement:  Haitian Centers Council, Inc. v. McNary," 6 Harvard Human Rights Journal 1 (1993) (with the Lowenstein Human Rights Clinic)

"The Role of the Courts in War Powers Cases," in Constitutional Government and Military Intervention After the Cold War (M. Halperin & G. Stern eds.) (Westview Press 1993)

"The President Versus the Senate in Treaty Interpretation: What's all the Fuss About?" 15 Yale Journal of International Law 331 (1990)

"Reply to Book Reviews of The National Security Constitution: Sharing Power After the Iran Contra Affair, 15 Yale Journal of International Law 382 (1990)

"A History of the Fast Track Approval Mechanism," Chap. 1, A. Holmer & J. Bello, eds., The Legislative Fast Track: Its Illustrative Use for the U.S.-Canada Free Trade Agreement (Prentice Hall 1990)

"The Iran-Contra Affair," The Guide to American Law Yearbook 1990 (West 1990)

"The Human Face of the Haitian Interdiction Program," 33 Virginia Journal of International Law 483 (1993)

"Two Cheers for Feminist Procedure," 61 University of Cincinnati Law Review 1201 (1993)

"Protecting the Office of Legal Counsel from Itself," 15 Cardozo Law Review 1601 (1993)

"The War Powers Resolution," in Cold War Patriot and Statesman:  Richard M. Nixon 321 (L. Friedman and W. Levantrosser, eds.) (Greenwood Press, 1993)

"Against Specialization in The Teaching of International Law," Contemporary International Law Issues: Sharing Pan-European and American Perspectives 198 (1992)

"The Fast Track and United States Trade Policy," 18 Brooklyn J. Int'l L. 143 (1992)

"Dollar Diplomacy/Dollar Defense:  The Fabric of Economics and National Security Law," 26 International Lawyer 715 (1992) (with John Choon Yoo)

"Los regímenes de formulacion de politica comercial del Congreso y del Ejecutivo estadunidenses y su relacion con un posible acuerdo de libre comercio entre Canada, México y Estados Unidos," México/Estado Unidos 1990 at 193 (G. Vega ed. 1992)
Remarks at Presentation of the Portrait of the Honorable Malcolm R. Wilkey, 992 F.2d lxxi (1993) (U.S. Ct. App. D.C. Dec 17, 1992)

Selections, Encyclopedia of the American Presidency (1993)

Closed Door Policy for Refugees," Legal Times 36 (July 26, 1993)

"We the People --and Congress-- Have Yet to Be Heard" (with Bruce Ackerman), L.A. Times (May 5, 1993)

"Reflections on Kissinger," Constitution (Winter 1993)

"The War Powers Debate," Ending the Cold War at Home 41 (1992)

"The Constitution and the Bill of Rights," 85 American Society of International Law Proc. 199 (1991)

"Foreword," Asian Americans and the Supreme Court:  A Documentary History ix (H.C. Kim ed.) (Greenwood Press 1992)

"Begging Bush's Pardon," 29 Hous. L. Rev. 889 (1992)

Conversation/By Steve Kemper," Northeast Magazine, July 26, 1992

"Good News, Bad News," Constitution 13 (Spring-Summer 1991)

"Bush Honors the Law When It Pleases Him," Newsday (January 20, 1991)

"A Justice for Passion," 1990 Annual Survey of American Law (1991)

"Transnational Public Law Litigation," 100 Yale L.J. 2347 (1991)

"The Constitutional Roles of Congress, the Executive and the Courts in the Conduct of U.S. Foreign Policy," (with K. Stith-Cabranes and S.Y. Koh) (Woodrow Wilson Center monograph) (Fall 1991)

"The Coase Theorem and the War Power:  A Response," 1991 Duke L.J. 122(1991)

"Presidential War and Congressional Consent:  The Law Professors' Memorandum in Dellums v. Bush," 27 Stanford J. Int'l L. 247 (1991)

"Summary Remarks, Conference on The Dynamics of U.S.-Korea Trade Relations: Economic, Political, Legal and Cultural," (East Rock Press, 1991)

"A Level Playing Field for Global Problems:  Section 337 of the Tariff Act -- A Case Study," Proceedings of the Eighth Annual Judicial Conference of the U.S.Court of Appeals for the Federal Circuit, 133 F.R.D. 257 (1990)

"The Liberal Constitutional Internationalism of Justice Douglas," He Shall Not Pass This Way Again: The Legacy of Justice William O. Douglas 297 (S. Wasby ed., U. of Pittsburgh Press 1990)

"The Responsibility of the Importer State," Chapter 8, in G. Handl & R. Lutz, eds., Transferring Hazardous Technologies and Substances: The International Legal Challenge 171 (Graham & Trotman/Martinus Nijhoff 1989)

"Don't Close the Books on Iran-Contra Mess," New Haven Register (May 13, 1990)

"Graduation Address to Yale Law School," (May 1989), excerpted in S. Lee & M. Fox, Learning Legal Skills 207 (1991) and Yale Law Report 14 (Fall 1989)

"What Congress Must Do To Reassert National Security Power," First Principles 5 (September 1988)

"Why the President (Almost) Always Wins in Foreign Affairs:  Lessons of the Iran-Contra Affair," 97 Yale Law Journal 1255 (1988) (republished as Chapter 6 in The Constitution and the Conduct of American Foreign Policy (David Gray Adler & Larry N. George eds. 1996)

"The Palestine Liberation Organization Mission Controversy," 82 American Society of International Law Proc. 534 (1988)

"Four Dichotomies in American Trade Policy," in Symposium, American Trade Policy: Actors, Issues, and Options, Special Issue No. 1, Yale L. & Pol'y Rev. 4 (1988)

"Introduction," Focus: Foreign Affairs Under the Constitution, 13 Yale J. Int'l L. 1 (1988)

"Rebalancing the Medical Triad: Justice Blackmun's Contributions to Law and Medicine," 13 Am. J. L. & Med. 201 (1988)

"The Treaty Power," 43 U. Miami L. Rev. 106 (1988)

"A Legal Perspective," Chapter 5, in Perspectives On A U.S.-Canadian Free Trade Agreement (R. Stern, P. Trezise & J. Whalley, eds.) (Brookings Institution 1987) (based on 12 Yale J. Int'l L. 193 (1987)

"The Legal Markets of International Trade: A Perspective on the Proposed United States-Canada Free Trade Agreement," 12 Yale Journal of International Law 193 (1987)

"Civil Remedies for Uncivil Wrongs:  Combatting Terrorism Through Transnational Public Law Litigation," 22 Texas Int'l.L.J. 169 (1987)

"Why the President (Almost) Always Wins in Foreign Affairs," 81 American Society of International Law Proc. 248 (1987)

Looking Beyond Achievement:  After `the Model Minority,' Then What?"," 3 Korean And Korean-American Studies Bulletin 15 (Fall/Winter 1987)

"Thoughts on Being a Korean-American Legal Academic," 1 Korean-American Journal 5 (May 1986)

"Asians in American Law", Yale Law Report 28 (Fall 1986)

Book Review, H. Steiner & D. Vagts, Transnational Legal Problems and D.Vagts, Transnational Business Problems, 20 Int'l.Law 1417 (1986)

"Judge Wilkey's Contributions to International Law and the Foreign Relations Law of the United States," 1985 B.Y.U. Law Rev. 647 (1985)

"Malcolm R. Wilkey:  Jurist and Scholar," 19 Int'l Law. 1289 (1985)

"Congressional Controls on Presidential Trade Policymaking after INS v. Chadha," 18 N.Y.U.J.Int'l.L.& Pol. 1191 (1986)

"Equality with a Human Face:  Justice Blackmun and the Equal Protection of Aliens," 8 Hamline Law Rev. 51 (1985)

Note, "The Constitutionality of Municipal Advocacy in Statewide Referendum Campaigns," 93 Harv.L.Rev. 535 (1980)

Case Comment, "Discovery from Media Defendants in Public Figure Defamation Actions: Herbert v. Lando," 93 Harv.L.Rev. 149 (1979)

**Selected Congressional Testimony**

Testimony before the Senate Judiciary Committee Subcommittee on the Constitution regarding Restoring the Rule of Law (September 16, 2008)

Testimony before the House Foreign Relations Committee regarding "The 2006 Country Reports on Human Rights Practices and the Promotion of Human Rights in U.S. Foreign Policy" (March 29, 2007)

Testimony before the Senate Committee on the Judiciary regarding "Hamdan v. Rumsfeld: Establishing a Constitutional Process" (July 11, 2006)

Testimony before the Senate Committee on the Judiciary regarding "Wartime Executive Power and the National Security Agency's Surveillance Authority" (February 28, 2006)

Testimony before the Senate Judiciary Committee regarding "The Nomination of the Honorable Alberto R. Gonzales as Attorney General of the United States" (January 7, 2005)

Testimony before the House Committee on International Relations regarding "A survey and analysis of supporting human rights and democracy:  The U.S. record 2002–2003" (July 9, 2003)

 "United States Ratification of the Convention on the Elimination of All Forms of Discrimination Against Women," Hearing Before the U.S. Senate Foreign Relations Committee (June 13, 2002)

"Human Rights in Turkey," Hearing before the Commission on Security and Cooperation in Europe, Washington, DC (March 9, 2000).

"Country Reports on Human Rights Conditions," Testimony before the Subcommittee on International Operations and Human Rights, U.S. House of Representatives Washington, DC, (March 8, 2000).

"The Global Problem of Trafficking in Persons: Breaking the Vicious Cycle," Hearing Before the House Committee on International Relations (Sept. 14, 1999)

"Human Rights at the End of the 20th Century," Hearing before the Commission on Security and Cooperation in Europe; Washington, DC, (March 17, 1999).

"Country Reports on Human Rights Conditions," Testimony "Country Reports on Human Rights Conditions," Testimony before the Subcommittee on International Operations and Human Rights, U.S. House of Representatives (March 3, 1999)

"Human Rights in China," Testimony International Operations and Human Rights, U.S. House of Representatives, Washington DC (January 20, 1999)

"U.S. Policy Toward Haiti": Hearing Before the Subcommittee on Western Hemisphere and Peace Corps Affairs of the Senate Committee on Foreign Relations, 103d Cong. 2d Sess. (Mar. 8, 1994)

"The Nonrefoulement Reaffirmation Act of 1992," House Foreign Affairs Committee (June 11, 1992)

"U.S. Human Rights Policy Toward Haiti," Hearing before Legislation and National Security Subocmmittee; House Government Operations Committee, 102nd Cong., 2nd Sess. 97 (April 9, 1992)

"The Constitutional Roles of Congress and the President in Waging and Delcaring War," Senate Judiciary Committee (January 8, 1991)

"Executive-Congressional Relations in a Multipolar World," Hearings Before the Senate Foreign Relations Committee, 101st Cong., 2d Sess. 92 (Nov. 26, 1990)

Testimony on H.R. 3665, the Official Accountability Act, before the House Judiciary Committee, Subcommittee on Criminal Justice, (June 15, 1988)

**Awards and Honors:**

100 Most Influential Asian Americans of the 1990s, A Magazine; Named to the APublic Sector 45" (45 leading American Public Sector Lawyers Under the Age of 45), American Lawyer Magazine (1997); Connecticut Bar Association Distinguished Public Service Award (2002); John Quincy Adams Freedom Award, Amistad America (2002); Korean American Coalition Public Service Award (2001); Honorary Citizenship, Pukcheju, Republic of Korea (1999); Institute for Corean-American Studies Liberty Award (2000); FACE (Facts About Cuban Exiles) Excellence Award (1999, 1994); Named one of nation's leading Asian-American Educators,Avenue Asia Magazine (1997); Asian-American Lawyer of the Year, Asian-American Bar Association of New York; 1995 Trial Lawyer of the Year Award, Trial Lawyers for Public Justice (co-recipient); Cuban-American Bar Association (1994); Political Asylum Immigration Representation Project (1994); Asian-American Lawyers of Massachusetts (1994); Haiti 2004 (1994); Korean-American Alliance (1994); Asian Law Caucus (1993);Asian-American Legal Defense & Education Fund, Justice in Action Award (1993); Co-recipient, American Immigration Lawyers' Association 1992 Human Rights Award; Richard
E. Neustadt Award, Presidency Research Section, American Political Science Association (1991)

**Selected Legal Activities:**

Secretary of State's Advisory Committee on Public International Law (1994-98)

Editor, Justice Harry A. Blackmun Supreme Court Oral History Project, Federal Judicial Center/Supreme Court Historical Society (1994-96)

Co-author, Law Professors= Letter to Senate Judiciary Committee Regarding Military Commission, December 5, 2001, available at http://www.yale.edu/lawweb/liman/letterleahy.pdf

Counsel for U.S. Diplomats Morton Abramowitz, et al, Amicus Curiae in *McCarver v. North Carolina*, No. 00-8727 (U.S. cert. Dismissed Sept. 25, 2001) and *Atkins v. Virginia* (No. 00-8452) (U.S. argued Feb. 20, 2002) (arguing that execution of those with mental retardation violates Eighth Amendment's cruel and unusual punishments clause)

Consultant, United Nations High Commissioner on Refugees Global Consultations on reformation of the UN Refugee Convention, Cambridge University (Summer 2001)

Arbitrator, Binational Dispute Settlement Panel Convened Under Chapter 19 of the U.S.-Canada Free Trade Agreement, No. U.S.A.-93-1904-05, In re Certain Flat-Rolled Carbon Steel Products from Canada (Nov. 4, 1994).

Co-founder (with Michael Ratner), Allard K. Lowenstein International Human Rights Clinic at Yale Law School (1991-)

Counsel for respondents, *Royal Dutch Petroleum Co. v. Ken Wiwa, et al.*, (U.S. S.Ct., No. 00-1168, cert. denied March 26, 2001)

Of counsel and oralist for plaintiffs, *Cuban-American Bar Ass'n v. Christopher*, 43 F.3d 1413 (11th Cir. 1995) (For work done on this case, received 1994 Human Rights Award from Cuban-American Bar Ass'n)

Lead counsel for plaintiffs, *Sale v. Haitian Centers Council, Inc.*, 113 S.Ct. 2549 (1993), 823 F.Supp. 1028 (E.D.N.Y. 1993), and 969 F.2d 1326 (2nd Cir. 1992) (For work done on this case, recognized by Haiti 2004, Korean-American Alliance, Political Asylum Immigration Representation Project and as co-recipient, 1993 Justice in Action Award, Asian-American Legal Defense and Education Fund; Co-recipient, 1992 Human Rights Award, American Immigration Lawyers' Association; Asian Law Caucus)

Co-counsel for petitioners, In re civilian population of Chiapas, Mexico and certain Members of the Ejercito Zapatista de Liberacion Nacional (Inter-American Commission on Human Rights) (filed January 27, 1994); In re Haitian population of Bahamas

Co-counsel for plaintiffs, *Doe v. Karadzic*, 70 F. 3d 232 (1995); 176 F.R.D. 458 (S.D.N.Y. 1997) (represented from filing of complaint until 1998, when withdrew from representation to join U.S. government; after a two-week jury trial in September 2000, a jury awarded plaintiffs approximately $ 4.5 billion in compensatory and punitive damages); *Greenpeace, Inc. (U.S.A.) v. France*, 946 F. Supp. 773

(C.D. Cal. 1996);*Paul v. Avril*, 812 F. Supp. 207 (S.D. Fla. 1993) ($41 million judgment awarded); *Todd v. Panjaitan*, No 92-12255WD (D. Mass. decided October 25, 1994) ($14 million judgment awarded); *Xuncax v. Gramajo*, No. 91-11564WD (D.Mass., filed June 6, 1991); *Ortiz v. Gramajo*(D.Mass. 1992)($47.5 million judgment awarded); *Doe v. Karadzic*, 866 F. Supp. 734 (1994); No. 94-9035 (2d Cir. 1995); *Belance v. FRAPH*, No. 94-2619 (E.D.N.Y.) (Nickerson, J.) (For work done on *Avril* and*Gramajo* cases, named as co-recipient, 1995 Trial Lawyer of the Year Award, by the Trial Lawyers for Public Justice).

Amicus Curiae, U.S. Supreme Court, *Argentine Republic v. Amerada Hess* (1990); *United States v. Alvarez-Machain*, (1992); *Nelson v. Saudi Arabia*, No. 91-522 (1993); *Jaffe v. Snow*, No. 93-241 (1993); *Trajano v. Marcos*, 978 F.2d 493, 499¬500 (9th Cir. 1992), cert. denied, 113 S. Ct. 2960 (1993); No. 93-9133 *Negewo v. Abebe-Jira*, 11th Cir. 1995; *Abebe-Jiri v. Negewo*, No. 90-2010, Slip Op. at 7 (N.D. Ga. Aug. 20, 1993).

Co-author (with ten other constitutional law scholars) of Memorandum Amicus Curiae of Law Professors in *Ronald v. Dellums v. George Bush*(D.D.C. 1990), reprinted in 27 <u>Stanford Journal International Law</u> 257 (1991); (with nine other constitutional law scholars) of Correspondence With Assistant Attorney General Walter Dellinger re Legality of United States Military Action in Haiti, reprinted in 89 <u>American Journal International Law</u> 127 (1995)

Co-author (with David Cole and Jules Lobel), "Interpreting the Alien Tort Statute: Amicus Curiae Memorandum of International Law Scholars and Practitioners in *Trajano v. Marcos*," 12 <u>Hastings Int'l & Comp. L. Rev</u>. 1 (1988) (published Amicus Curiae Brief on behalf of nineteen international law scholars and practitioners in international human rights case).

Co-author, Brief Amicus Curiae Urging Denial of Certiorari, *Tel-Oren v. Libyan Arab Republic*, reprinted in 24 <u>I.L.M</u>. 427 (1985) (as Justice Department Attorney)

Litigation before Iran-U.S. Claims Tribunal, Case No. 55, *Amoco Iran v. Islamic Republic of Iran* (as Private Practitioner)

Co-counsel for *Iranian Hostages in Persinger v. Iran* (D.C. Cir. 1982) and *Cooke v. United States* (Cl. Ct. 1982) (as Private Practitioner)

Litigation before International Court of Justice in *Nicaragua v. United States*, 1986 I.C.J. 14 (as Justice Department Attorney)

**Named Lectures:**
Cecil Wright Lecture, University of Toronto School of Law (2002); Korematsu Lecture, New York University School of Law (2002); George Wythe Lecture, William and Mary College of Law (2002); Robert Levine Lecture, Fordham Law School (2002); Frank Strong Lecture, Ohio State University School of Law (2002); Barbara Harrell-Bond Lecture, Oxford University (2001); Edward Barrett Lecture, University of California at Davis School of Law (2001); Bruce Klatsky Lecture, Case Western Reserve University School of Law (2001); Richard Childress Lecture, St. Louis University School of Law (2001); Frankel Lecture, University

of Houston Law Center (1998); Harris Lecture, University of Indiana Law School (1998); Scuola Santa Anna (Pisa, Italy) (1997); Bartlett Lecture, Yale Divinity School (1997); Waynflete Lectures, Magdalen College, Oxford University (1996); Enrichment Lecturer, George Washington University National Law Center (1995); Scholar-in-Residence, Hofstra University (1995); Ralph Kharas Lecture, Syracuse University (1995); Mason Ladd Lecture, Florida State University (1995); 1995 Martin Luther King Lecture, Smithsonian Institution (1995); Roscoe Pound Lecture, University of Nebraska College of Law (1994); Emmanuel Emroch Lecture, University of Richmond Law School (1994); George Allen Distinguished Visiting Professor, University of Richmond Law School (1994); Roy R. Ray Lecture, Southern Methodist University School of Law (1994); William H. Leary Lecture, University of Utah Law School (1993); Convocation Lecturer, Duke Law School (1993); McGill Law School (1993); Gerber Lecture, University of Maryland (Baltimore) (1993). Commencement Addresses at Yale Law School (1987, 1989, 2000), Skidmore College (2002); University of Connecticut School of Law (2000); Dickinson College (2000); Villanova Law School (2000); Touro College of Law (2000); Albertus Magnus College (1999); NYU Law School (1999); University of Maryland (Baltimore) School of Law (1995).

**Teaching Activities:**
Faculty Member, Oxford/George Washington University Joint Programme in International Human Rights Law, New College Oxford, 1996, 1998, 2002; American University Human Rights Academy 2001; Aspen Institute, Law and Society Program (Moderator 2001; Harry Blackmun Fellow, 1992); Aspen Institute, Seminar for Judges on International Human Rights: Its Application in National Jurisprudence, Wye Plantation (1994, 95, 98); Federal Judicial Center, "The Role of International Law in the U.S. Courts (March 1994); Faculty Member, American Law and Legal Institutions, Salzburg Seminar, Salzburg, Austria (1991); Center for National Security Studies National Security Law Institute for Professors (1991, 1992); Distinguished Visitor, The Policy Study Group, Tokyo, Japan (1990).

**Boards of Editors:**
Editorial Board, University Casebook Series, Foundation Press (1993-98, 2001-); American Journal of International Law (1992-); Editorial Review Board, Human Rights Quarterly (1994-96); Advisory Committee, Journal of Legal Education (1991-94); Editorial Advisory Board, Human Rights Watch World Report (Yale University Press).

**Professional Affiliations:**
Executive Council, American Society of International Law (1998-present); Chair, Nominating Committee, American Society of International Law (1998); National Council, Lawyers Committee for Human Rights (1997-98); Legal Advisory Committee, Connecticut Civil Liberties Union (1997-98); The Benchers (1994-); Coordinating Committee for Immigration, American Bar Association (1993-5); Oversight Committee, University of California at Berkeley School of Law (1991); American Society of International Law Board of Review and Development (1989–91); Advisory Board, Center for National Security Studies, American Civil Liberties Union (1991-93); Member, Executive Committee of International Law Section of American Association of Law Schools (1988-90); Member, Executive Committee of Civil Procedure Section of American Association of Law Schools (1991-93); Vice-Chair, International Legal Education Committee, American Bar Association Section of International Law and Practice (1991-93); Liaison Between ABA International Law Section and AALS (1990-91); Advisory Committee, Yale Center for International and Area Studies, Center for Western European Studies, International Security Program, International Relations Program, and Allard K. Lowenstein International Human Rights Project; Fellow, Timothy

Dwight College.

**Presentations and Workshops:**
Faculty Workshops at more than twenty schools; scores of lectures and presentations on International Human Rights Law, U.S. Trade Policy and International Economic Law; International Litigation and Procedure; International and Foreign Affairs Law; European Community Law; Law Teaching; Immigration and Refugee Law; Asian-American Issues; and invited presentations at numerous judicial conferences and bar associations.

**Boards:**
Brookings Institution Board of Directors (2004-); Connecticut Bar Foundation Board of Directors (2004-05); Harvard University Overseer (2001-); Visiting Committee, Harvard Law School (1996-2002); Visiting Committee, Harvard Kennedy School of Government (2007-); Visiting Committee, University of Toronto Faculty of Law (2004); Board of Directors, American Arbitration Association (2007-); Board of Directors, Human Rights in China (2002-5); Member of Council, American Law Institute (2006-); Counselor, American Society of International Law, Washington, DC (honorary post; 2008-); Thomas J. Dodd Research Center National Advisory Board (2001-); Board, National Democratic Institute (2001-); Board of Human Rights First (formerly Lawyers Committee for Human Rights) (2001-); Board of Human Rights in China (2001-); Board of International Campaign for Tibet (2001-); Human Rights Watch (1994-98); Hopkins School (1997-); Interights (1996-98); St. Thomas's Day School (1993-96); Connecticut Civil Liberties Union (1993-7); Initiative for Public Interest Law at Yale (Chair, 1988-90); East Rock Institute (Secretary); YLS Early Learning Center (Treasurer 1987-88).

**Bars:**
New York (1981); District of Columbia (1981); Connecticut (1985); U.S. Supreme Court (1985); U.S. Ct. App., Eleventh Circuit (1995); D.C. Circuit (1981); U.S. Dist. Ct., D.C. (1981); D. Conn. (1985); U.S. Claims Ct. (1983).

**References:**
Hon. Malcolm R. Wilkey (ret.), Santiago, Chile, U.S. Ct. App. DC Cir. (Ret.)
Sen. Russell Feingold Washington, D.C.
Sen. Daniel Patrick Moynihan (ret.) Washington, D.C.
Judge Guido Calabresi U.S. Ct. App., 2d Cir.
Prof. Arthur R. Miller Harvard Law School
Larry L. Simms, Esq. Gibson, Dunn; Crutcher, D.C.
Peter D. Trooboff, Esq. Covington; Burling, D.C.

# EXHIBIT 4

Jump to:

- Bio

# Areas of Expertise

Iraq, Israel, Palestinians, Arab-Israeli Relations, Democracy and Reform, Peace Process, U.S. Policy

Back to Top

---

# Biography

Ambassador Dennis Ross is counselor and William Davidson Distinguished Fellow at The Washington Institute for Near East Policy. Prior to returning to the Institute in 2011, he served two years as special assistant to President Obama and National Security Council senior director for the Central Region, and a year as special advisor to Secretary of State Hillary Rodham Clinton.

For more than twelve years, Ambassador Ross played a leading role in shaping U.S. involvement in the Middle East peace process and dealing directly with the parties in negotiations. A highly skilled diplomat, Ambassador Ross was U.S. point man on the peace process in both the George H. W. Bush and Bill Clinton administrations. He was instrumental in assisting Israelis and Palestinians to reach the 1995 Interim Agreement; he also successfully brokered the 1997 Hebron Accord, facilitated the 1994 Israel-Jordan peace treaty, and intensively worked to bring Israel and Syria together.

A scholar and diplomat with more than two decades of experience in Soviet and Middle East policy, Ambassador Ross worked closely with Secretaries of State James Baker, Warren Christopher, and Madeleine Albright. Prior to his service as special Middle East coordinator under President Clinton, Ambassador Ross served as director of the State Department's Policy Planning Staff in the first Bush administration. In that capacity, he played a prominent role in U.S. policy toward the former Soviet Union, the unification of Germany and its integration into NATO, arms control negotiations, and the 1991 Gulf War coalition.

During the Reagan administration, he served as director of Near East and South Asian affairs on the National Security Council staff and deputy director of the Pentagon's Office of Net Assessment. Ambassador Ross was awarded the Presidential Medal for Distinguished Federal Civilian Service by President Clinton, and Secretaries Baker and Albright presented him with the State Department's highest award.

A 1970 graduate of UCLA, Ambassador Ross wrote his doctoral dissertation on Soviet decisionmaking, and from 1984 to 1986 served as executive director of the Berkeley-Stanford program on Soviet International Behavior. He received UCLA's highest medal and has been named UCLA alumnus of the year. He has also received honorary doctorates from Brandeis, Amherst, Jewish Theological Seminary, and Syracuse University. Ambassador Ross was named a 2016-2017 senior fellow by Yale University's Jackson Institute for Global Affairs.

Ambassador Ross has published extensively on the former Soviet Union, arms control, and the greater Middle East, contributing numerous chapters to anthologies. In the 1970s and 1980s, his articles appeared in World Politics, Political Science Quarterly, Orbis, International Security, Survival, and Journal of Strategic Studies. Since leaving government at the end of 2011, he has authored many op-eds in the *New York Times*, *Washington Post*, and *Wall Street Journal*.

Ross is the author of several influential books on the peace process, most recently _Doomed to Succeed: The U.S.-Israel Relationship from Truman to Obama_ (Farrar, Straus, and Giroux, October 2015). That book was awarded the 2015 National Jewish Book Award for history. Previously, he coauthored _Myths, Illusions, and Peace: Finding a New Direction for America in the Middle East_ with Institute peace process expert David Makovsky. An earlier study, _The Missing Peace: The Inside Story of the Fight for Middle East Peace_ (Farrar, Straus, and Giroux, 2004), offers comprehensive analytical and personal insight into the Middle East peace process. The _New York Times_ praised his 2007 publication, _Statecraft, And How to Restore America's Standing in the World_ (Farrar, Straus and Giroux, 2007), as "important and illuminating."

Back to Top

# Publications



Doomed to Succeed:

October 31, 2015

Monographs



Myths, Illusions, and Peace:

April 29, 2009

Monographs



Statecraft, And How to Restore America's Standing in the World

June 12, 2007

Monographs



The Missing Peace

January 15, 2005

Monographs

Back to Top

## Most Recent Analysis

Here's What Plan B in the Middle East Should Look Like

January 12, 2017

President Obama Has Been Against Israel Settlements Since Taking Office

December 23, 2016

Will Trump Strengthen Iran's Hand?

December 21, 2016

A New President and the Middle East with Norman Ornstein and Dennis Ross

December 9, 2016

How Trump Could Surprise the World on Israeli-Palestinian Peacemaking

November 30, 2016

A Syria Policy for Trump: How Washington Can Get to a Settlement

November 28, 2016

A New President and the Middle East

November 15, 2016

Middle East 2017: Challenges and Choices with Dennis Ross

October 7, 2016

America's Anxious Allies: Trip Report from Saudi Arabia, Turkey, and Israel

September 28, 2016

Dennis Ross Reflects on Peres, the Strategic Thinker

September 28, 2016

<u>See all analysis by this author</u>

## Selected Outside Publications

*Statecraft, And How to Restore America's Standing in the World* (Farrar, Straus and Giroux, June 2007)

*The Missing Peace: The Inside Story of the Fight for Middle East Peace* (Farrar, Straus and Giroux, August 2004)

<u>Back to Top</u>

# EXHIBIT 5

# Discovery Economics

ECONOMICS, FINANCE, AND ACCOUNTING FOR BUSINESS AND LEGAL ISSUES

350 S. Grand Avenue, Suite 2200
Los Angeles, CA 90071
Tel 213.621.7780
Fax 213.621.2871
www.discoveryeconomics.com

**ROBERT W. WUNDERLICH, Ph.D.**

DISCOVERY ECONOMICS, INC.
350 S. Grand Avenue
Suite 2200
Los Angeles, CA 90071
Tel: 213-617-6153

**EDUCATION**

M.B.A., Finance Emphasis, UCLA ANDERSON SCHOOL OF MANAGEMENT, Los
Angeles CA, 1990, Carter Fellow (the School of Management's highest academic honor),
Venture Capital Fellow

Ph.D., Chemical Physics, HARVARD UNIVERSITY, Cambridge, MA, 1981.

M.A., Physics, HARVARD UNIVERSITY, Cambridge, MA, 1978

B.A., Chemistry, Secondary Emphasis in English, COLUMBIA UNIVERSITY, New York,
NY, 1975

**PRESENT POSITION**

DISCOVERY ECONOMICS, Los Angeles, CA, 1999-present
Principal

**PRIOR PROFESSIONAL EXPERIENCE**

LECG (Law and Economics Consulting Group), Los Angeles, CA, 1998-1999
Principal

DELOITTE AND TOUCHE, Dispute Consulting Group, Los Angeles, CA, 1994-1998
Senior Manager, Dispute Consulting

INTERA WEST Consultants, Los Angeles, CA, 1991-1994
Vice President

CHEVRON CORPORATION, La Habra, CA, 1981-1991
Group Leader & Senior Research Physicist

HARVARD UNIVERSITY, Cambridge, MA, 1975-1981
Teaching Fellow

**SELECTED PROJECT EXPERIENCE**

Dr. Wunderlich specializes in economic, financial, and accounting analysis, often for matters in litigation or dispute. His litigation experience includes evaluating economic damages, analyzing lost profits, performing valuation analysis, evaluating plans of reorganization, performing forensic accounting, analyzing claimed costs, tracing cash flows, performing pricing studies, and analyzing businesses, markets and industries. As part of business consulting, Dr. Wunderlich has performed market, profitability, pricing and valuation studies, assisted with acquisitions/sales, and provided financial consulting to investors and industry groups. He has often applied statistical and other quantitative methods to support his analyses, and has taught classes for incoming M.B.A. students covering statistics, probability, and other mathematical methods for management. Dr. Wunderlich has frequently served as an expert witness and a court-appointed expert.

Dr. Wunderlich is also a Director of Metropolitan Water District of Southern California, the water wholesaler for approximately 20 million residents of Southern California, where he serves on the Legal & Claims, Audit & Ethics, Finance, and Real Property Committees.

Dr. Wunderlich has consulted regarding a broad range of business issues in diverse legal contexts. He has assisted with matters involving a variety of industries, including entertainment, fashion, technology-related, health care, gaming, environmental, real estate, chemical, petroleum, financial institutions, manufacturing, distribution, and retail. Selected project examples to illustrate Dr. Wunderlich's experience are described below.

**Project Examples**

Financing and distribution of slate of films – Quantified damages from fraud related to financing of dozens of films. Analyzed budgets, financing, and all sources of proceeds.

Financing for studio slate of dozens of films – Evaluated claimed damages due to alleged misrepresentation of financing practices in private placement memorandum.

Expected box office performance – Analyzed box office, audience surveys, critical reviews, cast composition, competition, and promotion for hundreds of film titles.

Earnings from film production – Quantified production and management fees from theatrical exhibition, video, and television for dozens of studio and independent releases.

Horror film proceeds – Analyzed past and future proceeds from well-known horror films.

Film copyright infringement – Evaluated damages due to alleged infringement of claimed source materials for well-known, critically acclaimed film.

Film copyright infringement – Evaluated damages due to alleged infringing uses of copyrighted material from well-known film for advertising purposes.

Proceeds from TV programming – Analyzed license fees and proceeds for several successful prime-time series in connection with claimed self-dealing by integrated studio.

Participation from TV programming – Analyzed contingent compensation for successful prime-time TV programs, including allocation of revenue from group of licensed programs.

Proceeds from television spinoff and/or sequel - Evaluated proceeds due from claimed spinoff and/or sequel of top-rated family of prime time TV series.

Proceeds from alleged breach of implied-in-fact TV contract - Analyzed claimed damages in connection with development and production of popular, prime time television series.

Television/merchandise copyright infringement – Analyzed claimed damages related to popular children's television program and related merchandise.

Television retransmission royalties – Evaluated claimed damages related to collection of retransmission royalties for popular late-night television programming.

TV distribution - Evaluated broadcast, cable, and on-line distribution, including electronic-sell-through, video-on-demand (VOD), subscription VOD, and ad-supported VOD.

License fees for TV programming – Consulted regarding license fees for network, cable, and on-line distribution of TV content on behalf of studio.

Television flash sales – Evaluated claimed damages in connection with alleged theft of trade secrets and interference with economic opportunities.

Earnings/value from television programming / trademark – Quantified value of trademark and expected earnings from global TV licensing and merchandising rights.

Buy/sell agreement for television station – Quantified value of Southern California television station and economic damages from breach of purchase agreement.

Bankruptcy of entertainment entities – Analyzed disbursements of funds and value of film production and other entities prior to and while in bankruptcy on behalf of lender/creditor.

Video game franchise – Evaluated claimed lost profits and other damages in connection with alleged breach of contract regarding an extremely successful video game franchise.

Video game copyright infringement – Evaluated claimed damages due to alleged infringement of tattoo copyright incorporated into successful series of video games.

Video game trade secrets - Analyzed claimed damages due to alleged misappropriation of trade secrets related to merchandise included in collector's edition of popular video game.

Video game development – Analyzed claimed damages due to alleged fraud and breach of contract related to development of free-to-play video games.

Value of podcast business - Analyzed value of successful podcast business featuring well-known comedian in connection with ownership dispute.

Global video distribution – Quantified damages from breach of distribution agreement. Analyzed sales of thousands of titles by genre, release date, box office, and other attributes.

VHS/DVD proceeds – Analyzed sales, marketing and distribution expenses, profits, and royalty statements from VHS/DVD distribution in connection with a dispute over proceeds.

Market study of the home video industry – Analyzed home video market.  Analyzed profitability by various attributes of films.

Concerts and events – Evaluated payments and related P&L under licensing, performance and promotion agreements for events featuring well-known artists at prominent venue.

Charity concert event – Evaluated claimed lost donations for concert featuring well-known artists related to alleged failure of donation web site and telephone bank.

Recording copyright infringement – Quantified revenue and expenses for top-selling CD.

Record distribution earnings – Analyzed expected income from alternative music artists.

Recording royalties - Determined income including sales royalties, performance royalties, mechanical royalties, live performances, and merchandising.

Recording studio – Evaluated damages due to alleged business interruption, preventing recording of prominent international musician.

Film-related merchandising and promotional products – Quantified proceeds from licensed products related to a series of successful feature films.

Entertainment-themed promotional products – Evaluated damages due to misappropriation of assets incurred by supplier of promotional products to major theme parks.

Celebrity fashion line – Evaluated claimed damages due to alleged breach of agreement.

Film-related merchandise rights – Analyzed damages due to claimed business interference and trademark infringement related to merchandising rights for a successful cult film.

Recording artist-related fragrance products – Analyzed claimed damages related to sales of fragrance products associated with a prominent recording artist.

Value of digital effects business – Evaluated value of business creating digital effects for commercials and other applications in connection with a shareholder dispute.

Post-production services – Analyzed lost profits and value of business providing post-production services in connection with an alleged wrongful termination of an agreement.

Market study of post-production industry - Evaluated market size, market segmentation, company performance, and profitability by segment.

Value of 3-D production studio - Analyzed value of disputed ownership interests in leading 2D to 3D conversion post-production studio.

Art auction – Evaluated economic ownership of prominent art work prior to auction.

Value of talent management company – Analyzed value of talent management company in connection with dispute among partners.

Entertainment agent compensation – Evaluated claimed lost compensation of successful talent agent resulting from alleged interference with client base.

Ticket broker breach of agreement – Analyzed damages stemming from alleged breach of agreement within the entertainment ticket brokerage industry.

Pari-mutuel wagering – Evaluated damages due to lost opportunity of dozens of Nevada casinos to provide pari-mutuel wagering on races at a prominent track.

Business projection for card casino – Analyzed factors leading to bankruptcy of California card casino.  Projected operations under different scenarios.

On-line and board game trademark infringement - Analyzed damages due to alleged infringement of trademark for popular game.

Children's products and apparel alleged fraud - Analyzed damages related to claimed fraudulent inducement to enter into representation agreement for line of products.

Recapitalization of publisher – Evaluated damages due to transactions including preferred stock redemption, repayment of debt, and issuance of new classes of common stock.

Publishing antitrust class action – Evaluated class issues and claimed economic damages.

Petroleum industry patent/antitrust matter – Evaluated reasonable royalty, invent-around costs, noninfringing alternatives, market size, and prices for certain gasoline blends.

Pharmaceutical patent/antitrust damages – Evaluated claimed economic damages related to patents covering AZT-containing drugs used in the treatment of HIV/AIDS.

Patents for automated telephone technology - Evaluated economic damages from alleged infringement of patents for telephone technology. Evaluated reasonable royalty.

Patents for pharmaceuticals – Evaluated economic damages from alleged infringement of patents for glaucoma products.  Evaluated lost profits and reasonable royalty.

Patents for therapy packs – Evaluated claimed lost profits and reasonable royalty from alleged failure to obtain overseas patents for medical products.

Breach of clinical testing agreement – Evaluated damages and lost patent value due to delayed market entry of patented drug.

Patents for cosmetic/health care product – Evaluated lost profits and reasonable royalty related to claimed infringement of patents for a cosmetic/health care product.

Patents for notebook displays – Evaluated economic damages related to LCD displays.

Patents for portable, collapsible structures - Evaluated economic damages from alleged infringement of patents for recreational equipment. Evaluated reasonable royalty.

Software copyright infringement and theft of trade secrets – Evaluated damages from alleged copyright infringement and theft of trade secrets in the computer services industry.

Software copyright infringement – Evaluated damages from alleged copyright infringement related to data backup, recovery, and management software.

Fashion trade dress & copyright infringement – For several projects, evaluated damages due to claimed infringement of fashion and accessories products.

Teen and young woman apparel brand – Analyzed claimed damages in connection with alleged false designation of origin.

Textile copyright infringement – Evaluated damages related to textiles used for apparel.

Jewelry copyright, trademark and trade dress – For several projects, analyzed damages due to alleged infringement.

Copyrights for lamps/decorative products – Analyzed damages from claimed infringement.

Trademark infringement of Asian food products – Evaluated damages due to distributor.

Medical device trademark – Evaluated damages due to alleged trademark infringement of device use to locate and avoid nerves during spine surgery.

Claimed trademark infringement by distributor of diet products – Evaluated damages due to claimed infringement by former distributor who started selling a competing product.

Winery trademark – Analyzed damages from alleged trademark infringement.

Energy drink distribution and trademark infringement – Evaluated claimed damages related to alleged wrongful termination of distribution agreement for branded energy drink.

Beauty care trade secrets – Analyzed damages due to alleged breach of agreement and theft of trade secrets related to international expansion of prominent beauty care provider.

Theft of biomedical trade secrets - Analyzed sales and pricing of home pregnancy test kits.

Spinal implant valuation & fraudulent conveyance – Evaluated lost profits of surgical parts distributor due to breach of marketing and intellectual property agreements. Analyzed value of adverse spinal company in connection with alleged fraudulent conveyance.

Venture capital investments - Analyzed investments in dozens of bio-medical and advanced materials start-ups on behalf of venture capital firm.

Medical insurer/hospital group disputes – Evaluated disputed HMO/PPO claim structure, capitation payments, chargemaster changes, stop loss payments, and drug charges.

Independent Physician Associations dispute – Analyzed claimed lost capitation payments due to alleged misappropriation of trade secrets and interference with patient base.

Medicare Managed Care Organization (MCO) -Assisted MCO in developing its bid to provide Medicare Parts A/B and prescription drug coverage to its members. Analyzed health care costs and utilization to estimate future costs and potential plan liability.

Capitation payments – Evaluated disputed payments between a hospital and insurer.

Student Health Insurance Program – Evaluated claimed damages related to design and establishment of system-wide, self-funded insurance program for large public university.

Pension and Medical Benefits – Analyzed City's liability for pension and OPEB obligations. Evaluated City's future revenue sources and ability to fund liabilities.

Ambulatory Surgical Centers (ASCs) – Analyzed billed and allowed amounts at out-of-network and in-network ASCs and claimed damages for dispute between ASCs and insurer.

R. Wunderlich
Page 6

Radiology imaging centers and services - Analyzed claimed damages due to alleged breach of agreement to provide MRI, CT scans, and other radiology services.

Dermatology practice valuation & reconciliation – Analyzed value of medical practice and reconciled revenue, expenses, and distributions for a dispute between practice members.

Dental practice valuation – Evaluated claimed damages related to alleged misrepresentation regarding continuation of state funding and capitation payments following acquisition.

Bandages and healthcare products distribution - Analyzed claimed damages due to breach and inducement to breach agreement to distribute bandages and other healthcare products.

Software distribution – Analyzed claimed lost profits from distribution of software licenses and related consulting services due to claimed interference with customers and resellers.

Acquisition of software company – Evaluated financial data of software company to determine post-acquisition payment adjustments.

Software royalties – Quantified royalties due from sale of OEM-installed server software.

Software company fraud investigation – Investigated and documented compensation fraud, improper payments, and circumvention of financial controls at software company.

Claimed failed software implementation – Analyzed claimed damages resulting from alleged failed scheduling software installation at trucking firm.

Premium jean manufacturing – Evaluated claimed damages for dispute between well-known premium jean company and sewing contractor.

Fashion industry breach of contract – For several projects, evaluated damages due to claimed breaches related to promotion and distribution of fashion products.

Apparel manufacturer lost profits - Analyzed damage claims by determining incremental costs of production, investigating capacity constraints, and identifying mitigating savings.

Fragrance industry breach of contract – Evaluated lost profits related to a line of fragrances. Analyzed financial statements, ledgers, alter ego issues and related-party contracts.

Home furnishings – Evaluated lost profits claimed by manufacturer and wholesaler of home furnishings due to alleged breach of agreement.

Restaurant value – Analyzed value related to trademark and trade dress infringement.

Bar income – Analyzed damages related to claimed breach of contract to operate high profile bars in prominent hotel.

Disputed proceeds from restaurant development - Evaluated proceeds from development of dozens of restaurants in connections with a partnership dispute

Court-appointed expert to evaluate compensation for expansion of Burbank airport – Evaluated property value and environmental remediation costs for eminent domain action.

Court-appointed expert to evaluate compensation for subway construction – Evaluated compensation for taking, including allocating incremental construction costs.

Trustee for Superfund site - Serve as Trustee and provide financial and accounting services for Potentially Responsible Parties (PRPs) at a major Western Superfund site.

Trustee for environmental cleanup group - Serve as Trustee and provide financial and accounting services related to remediation of chromium-contaminated groundwater.

Merger of large shopping center developer and large holder of real property – Evaluated payouts to holders of common and preferred stock per merger agreement.

Claimed damages from school development - Analyzed claimed economic damages related to development of high school near downtown Los Angeles on site above depleted oil field.

Economic benefit of manufacturer – Analyzed public benefits of pet food manufacturer and claimed impacts on nearby residential values and rent for a dispute over claimed odors.

Proposed commercial development – Analyzed development on city-donated land.

Real estate private equity dispute – Evaluated claimed damages due to alleged fraudulent activities by private equity firm.

Proposed real estate development – Analyzed damages claimed by developer of largest housing development in Los Angeles County, allegedly resulting from oil & gas operations.

Commercial development – Analyzed claimed lost profits due to breaches of agreement.

Real estate development alternatives – Analyzed historical performance of low-income housing.  Projected future performance as proposed mixed-use development.

Disputed proceeds from commercial and residential development – Evaluated proceeds from large developments in connection with a series of limited partnerships.

Construction defect in upscale residences – Evaluated claimed damages.

Consumer Credit Reports – Evaluated damages claimed by reseller of credit reports.

Check 21 – Analyzed lost profits and lost value related to electronic check processing.

Financial fraud – Evaluated damages related to trust deed investments by numerous LPs.

Banking securities – Analyzed damages due to alleged fraud regarding loan portfolio.

Securities damages – Quantified loss due to alleged misrepresentations in stock agreement.

Aviation parts distribution – Evaluated damages due to breach of distribution agreement.

Electricity restructuring – Evaluated damages incurred by large commercial purchaser of electricity related to price and supply upsets following deregulation of electricity markets.

Ammunition antitrust/contract damages – Analyzed damages and value related to contract to supply 100% of small and 50% of medium caliber ammunition to US armed forces.

Subway construction alleged false claims – Analyzed billings, overhead charges, SG&A charges, and labor pools in connection with construction of Los Angeles-area subway.

Defense contractor claim - Analyzed claim submitted by defense contractor related to alleged extra costs incurred in fulfilling Air Force production contract for radar devices.

Airline market entry – Evaluated claims that airline entered market based on confidential information.  Analyzed market economics and claimed damages resulting from lower fares.

Sale of metals business – Analyzed value of business and assisted in structuring sale.

Value of IT consulting business – Analyzed value in connection with shareholder dispute.

Alleged fraud by government contractor – Analyzed lost value related to alleged fraud.

Value of document storage business - Analyzed value for a shareholder dispute.

Value of satellite testing/ calibration company – Analyzed value for a shareholder dispute.

Valuation of dairy – Valued large processor in connection with taking of property.

Oil pricing/ supply – Evaluated pricing of imported crude oil, relative to benchmark crudes.

Dairy industry cooperative – Evaluated damages incurred by large cooperative due to breaches by one of its members.  Analyzed effects on customers, prices, and sales volume.

Superfund site cost recovery - Compiled several hundred million dollar insurance claim.

Statistics of disabled access – Analyzed statistics of availability of compliant sidewalk ramps at intersections maintained state-wide by the State of California.

Statistics of sober living facilities – Analyze statistics of city compliance actions and claimed disparate treatment for a dispute regarding sober living facilities.

Fraudulent employment services – Evaluated statistical methods used to estimate dollar amount of claimed fraudulent billing by government contractor.

Fraudulent invoice charges - Applied statistical methods to determine aggregate excessive charges on thousands of invoices based on examination of a sample of invoices.

Class action compensation claims – Analyzed variety of claims related to compensation of class of cellular telephone sales representatives.

Call center staffing - Analyzed scheduling of part-time and full-time employees.  Analyzed employment statistics and developed linear programming scheduling model.

Customer service staffing - Analyzed scheduling of part-time and full-time employees. Developed alternative employee schedules.

Lost individual earnings - Evaluated lost earnings in a variety of industries in connection with claims of wrongful death, personal injury, and wrongful termination.

**PUBLICATIONS**

"Guidelines Will Help Quantify Potential Liabilities", *Los Angeles Daily Journal*, 1/6/95

"Natural Resource Damage Assessment", *Deloitte & Touche Litigation Notes*, 11/95

**TESTIMONY**

| | | |
|---|---|---|
| Brighton Collectibles, Inc. vs. Believe Productions, Inc. | 2016 | Deposition |
| Play Beverages, LLC vs. Playboy Enterprises International | 2016 | Trial |
| Frank Darabont et al. v. AMC Network Entertainment et al. | 2016 | Deposition |
| Tatung Company v. Shu Tze Hsu et al. | 2016 | Deposition |
| John Porter et al. v. Steven Wyner et al. | 2016 | Deposition |
| Trinity Sports et al. v. Oheck, Citizens of Humanity et al. | 2016 | Trial |
| Aetna Life Insurance Co. v. Bay Area Surgical Management et al. | 2016 | Deposition |
| ROAR, LLC v. Jay Froberg | 2016 | Deposition |
| Trinity Sports et al. v. Oheck, Citizens of Humanity et al. | 2016 | Deposition |
| Min Productions Pte. v. FireForge, Inc. et al. | 2015 | Deposition |
| Sophia & Chloe, Inc. v. Brighton Collectibles, Inc. | 2015 | Trial |
| Play Beverages, LLC vs. Playboy Enterprises International | 2015 | Deposition |
| Regents of the University of California vs. Aon Hewitt | 2015 | Deposition |
| John Ahn et al. vs. Hanmi Financial Corporation et al. | 2015 | Deposition |
| Excela Creative et al. vs. Deal Segments dba Chic Treat et al. | 2015 | Deposition |
| Emmett McDonough et al.  v. James Knell et al. | 2014 | Trial |
| Emmett McDonough et al.  v. James Knell et al. | 2014 | Deposition |
| Donny Misraje et al. v. Adam Carolla and Lotzi Digital, Inc. | 2014 | Deposition |
| Allianz Risk Transfer AG et al. v. Paramount Pictures Corporation | 2014 | Deposition |
| Sophia & Chloe, Inc. v. Brighton Collectibles, Inc. | 2014 | Deposition |
| Daniel Solin v. Index Fund Advisors, Inc. | 2014 | Deposition |
| Memory Lane, Inc. v. Memory Lane, Inc. d/b/a Classmates et al. | 2014 | Trial |
| OrthoTec, LLC v. Surgiview, SAS et al. | 2014 | Trial |
| Columbia Data Products, Inc. v. Autonomy Corporation et al. | 2013 | Deposition |
| Active Sports Lifestyle, LLC d/b/a Active Ride Shop v. Old Navy | 2013 | Trial |
| Brighton Collectibles v. Texas Leather et al | 2013 | Trial |

R. Wunderlich
Page 9

| | | |
|---|---|---|
| Archon Corporation v. Gibson Dunn & Crutcher, LLP | 2013 | Deposition |
| Active Sports Lifestyle, LLC d/b/a Active Ride Shop v. Old Navy | 2013 | Deposition |
| Joseph Silverman v. Burdge Cooper, Inc. et al. | 2013 | Trial |
| United Medical Devices, LLC v. PlaySafe, LLC et al. | 2013 | Trial |
| United Medical Devices, LLC v. PlaySafe, LLC et al. | 2013 | Deposition |
| Neurovision Medical Products v. NuVasive | 2013 | Deposition |
| Memory Lane, Inc. v. Memory Lane, Inc. d/b/a Classmates et al. | 2013 | Deposition |
| AFMS LLC v. United Parcel Service Co. and FedEx Corporation | 2013 | Deposition |
| Magnetic Imaging Medical Group, Inc. v. SimonMed Imaging, Inc. | 2013 | Arbitration |
| Allergan, Inc. et al. v. Athena Cosmetics, Cosmetic Alchemy et al. | 2013 | Deposition |
| Magnetic Imaging Medical Group, Inc. v. SimonMed Imaging, Inc. | 2013 | Deposition |
| D. Bellisario and Belisarius Productions, Inc. v. CBS Studios, Inc. | 2012 | Deposition |
| OrthoTec, LLC v. HealthpointCapital, LLC et al. | 2012 | Deposition |
| Aerokahn Industries et al. v. J. Michaelis et al. | 2012 | Deposition |
| Incubation et al. v. Isagenix et al. | 2012 | Deposition |
| Brighton Collectibles v. Texas Leather et al. | 2012 | Deposition |
| Project Concord, Inc. v. NBCUniversal, Inc. | 2012 | Arbitration |
| J. West et al. v. Activision and Related Cross-Complaints | 2012 | Deposition |
| Windward Associates et al. v. City of Hermosa Beach | 2011 | Deposition |
| Stop Staring Designs v. Tatyana, LLC | 2011 | Trial |
| Pixior, LLC et al. v. Joe's Jeans, Inc. et al. | 2011 | Deposition |
| Cher et al. v. UMG Recordings d/b/a Geffen Records | 2011 | Deposition |
| Findings New York et al. v. R.N'Ovate | 2011 | Deposition |
| David Phillips v. William Sherak & StereoD | 2011 | Deposition |
| Comerica Bank v. Intertainment Licensing GmbH | 2011 | Arbitration |
| Comerica Bank v. Intertainment Licensing GmbH | 2011 | Deposition |
| UWUA v. Southern California Gas Company | 2011 | Arbitration |
| Peace & Love Jewelry by Nancy Davis v. Kohl's Department Stores | 2011 | Deposition |
| Revelations Perfume v. Prince Rogers Nelson p/k/a Prince et al. | 2011 | Deposition |
| Stop Staring Designs v. Tatyana, LLC | 2011 | Deposition |
| Michael Bakst v. Community Memorial Health System | 2010 | Deposition |
| Neurovision Medical Products v. NuVasive | 2010 | Deposition |
| Brighton Collectibles v. Coldwater Creek | 2010 | Deposition |
| GA Escrow LLC v. Autonomy Corporation | 2010 | Deposition |
| Tarsadia Hotels v. After Midnight San Diego et al. | 2010 | Deposition |
| Leroy Allen et al. v Nutro Products, Inc. | 2010 | Trial |
| Leroy Allen et al. v Nutro Products, Inc. | 2010 | Deposition |
| Lucra Cars v. Swift Engineering | 2009 | Arbitration |
| The Stockroom v. XR, LLC | 2009 | Deposition |
| Lucra Cars v. Swift Engineering | 2009 | Deposition |
| Alex Khadavi, MD, v. Daniel Taheri, MD | 2009 | Arbitration |
| Alex Khadavi, MD, v. Daniel Taheri, MD | 2009 | Deposition |

R. Wunderlich
Page 10

| | | |
|---|---|---|
| Californians for Disability Rights v. CalTrans | 2009 | Deposition |
| Leaf Funding v. Unisen | 2009 | Deposition |
| Sotheby's v. Halsey Minor | 2009 | Deposition |
| Asia Concepts v. RSI | 2009 | Deposition |
| Brighton Collectibles v. Marc Chantal | 2009 | Trial |
| Brighton Collectibles v. Coldwater Creek | 2008 | Trial |
| Brighton Collectibles v. Renaissance Group et al. | 2008 | Trial |
| Brighton Collectibles v. Renaissance Group et al. | 2008 | Deposition |
| Fatburger Holdings, Inc. et al. v. Keith Warlick | 2008 | Deposition |
| Ronald A. Katz Technology Licensing v. Time Warner et al. | 2008 | Deposition |
| Patent Category Corp. v. Target Corp. and Franklin Sports | 2008 | Deposition |
| Richard Wolf, Wolf Entertainment et al. vs. NBC Universal et al. | 2008 | Arbitration |
| Brighton Collectibles v. Coldwater Creek | 2008 | Deposition |
| Brighton Collectibles v. Chantal | 2008 | Deposition |
| Brighton Collectibles v. Renaissance Group et al. | 2007 | Deposition |
| J.C. Uni-Tec. v. A.S. Naidu | 2007 | Deposition |
| Hawaiian Airlines v. Mesa Air Group | 2007 | Trial |
| AAA American Credit v. Experian Information Solutions | 2007 | Arbitration |
| Hawaiian Airlines v. Mesa Air Group | 2007 | Deposition |
| Vagenas vs. Keffalinos, Legends Classic Diner, et al. | 2007 | Deposition |
| San Diego Redevelopment Agency v. Mercado Alliance | 2007 | Deposition |
| Decision Warehouse v. Business Objects | 2007 | Trial |
| Ilshin Investment Co. v. Buena Vista Home Entertainment | 2007 | Trial |
| G. McCoy v. Matrix Engineers & Contractors | 2007 | Trial |
| Decision Warehouse v. Business Objects | 2007 | Deposition |
| Ilshin Investment Co. v. Buena Vista Home Entertainment | 2007 | Deposition |
| Shayegan v. Farmers Ranch Market. | 2007 | Deposition |
| D. Pikoos v. D. Greaves et al. | 2007 | Trial |
| D. Pikoos v. D. Greaves et al. | 2007 | Deposition |
| Methods Machine Tools v. West Irving Die Casting | 2006 | Arbitration |
| Vagenas vs. Keffalinos, Legends Classic Diner, et al. | 2006 | Arbitration |
| Vagenas vs. Keffalinos, Legends Classic Diner, et al. | 2006 | Deposition |
| G. McCoy vs. Matrix Engineers & Contractors | 2006 | Deposition |
| In re: Advanced Rehabilitation Technologies | 2006 | Deposition |
| Great River Food v. Kim Seng Company | 2006 | Trial |
| Great River Food v. Kim Seng Company | 2006 | Deposition |
| R. Ramirez v. County of Los Angeles et al | 2006 | Trial |
| Parlour Enterprises v. Kirin Inc. | 2005 | Trial |
| R. Ramirez v. County of Los Angeles et al. | 2005 | Deposition |
| Parlour Enterprises v. Kirin Inc. | 2005 | Deposition |
| AIDS Healthcare Foundation v. GlaxoSmithKline | 2005 | Deposition |
| UWUA v. Southern California Gas Company | 2005 | Arbitration |

R. Wunderlich
Page 11

| | | |
|---|---|---|
| D. Selleck et al. v. Special Devices, Inc. | 2005 | Deposition |
| LA Arena Funding,  v. Healthy World, Inc., dba Natural Solutions | 2004 | Arbitration |
| Biofem, Inc., v. Radiant Research, Inc., et al. | 2004 | Deposition |
| H. Portnoi et al. v. BH Cars, Inc., dba Beverly Hills Ford | 2004 | Arbitration |
| H. Portnoi et al. v. BH Cars, Inc., dba Beverly Hills Ford | 2004 | Deposition |
| Bullet Freight Systems v. Cheetah Software Systems | 2004 | Deposition |
| The People of the State of California v. UCRA, et al. | 2004 | Trial |
| Intertainment Licensing GmbH v. Franchise Pictures | 2004 | Trial |
| OrthoTec, LLC, v. Eurosurgical, S.A. | 2004 | Trial |
| National Metal Technologies v. Alliant Techsystems | 2004 | Deposition |
| OrthoTec, LLC, v. Eurosurgical, S.A. | 2004 | Deposition |
| The People of the State of California v. UCRA, et al. | 2004 | Pre-Trial Interview |
| GMPC v. L. Walker and Design Lab, Inc. | 2003 | Trial |
| GMPC v. L. Walker and Design Lab, Inc. | 2003 | Deposition |
| Newhall Land and Farming Company v. Kerr-McGee Corp., et al. | 2002 | Deposition |
| Astor Holdings v. Roski and Battlebots, Inc. | 2002 | Deposition |
| CT Matuzas Inc. v. 2030 Associates, LLC | 2002 | Deposition |
| Intertainment Licensing GmbH v. Franchise Pictures | 2002 | Deposition |
| Allergan, Inc., et al. v. Pharmacia Corp. et al. | 2002 | Deposition |
| Beckman Instruments, Inc., et al. vs. Cincom Systems | 2001 | Trial |
| G. Lloyd v. Conseco Finance Corp., et al. | 2001 | Trial |
| Western Milk Marketing Agency v. Security Milk Producers Assoc. | 2001 | Arbitration |
| G. Lloyd v. Conseco Finance Corp., et al. | 2001 | Deposition |
| Western Milk Marketing Agency v. Security Milk Producers Assoc. | 2001 | Deposition |
| Western Filter Corporation v. Vickers, Inc. | 2001 | Arbitration |
| Bolinder Real Estate vs. United States | 2001 | Trial |
| Reeves v. Hanlon | 2000 | Arbitration |
| In re: Compton Entertainment, Inc. | 2000 | Deposition |
| Reeves v. Hanlon | 2000 | Deposition |
| In re: Marc and Denise Thorpe | 2000 | Trial |
| Bolinder Real Estate vs. United States | 1999 | Deposition |
| Incomex, Inc. vs. Eilco Leasing Services, Inc. | 1999 | Arbitration |
| Burbank-Glendale-Pasadena Airport Authority v. Lockheed Corp. | 1999 | Trial |
| In re: Marc and Denise Thorpe | 1998 | Deposition |
| Los Angeles MTA vs. Children's Hospital of Los Angeles | 1998 | Trial |
| Grand Resorts et al. vs. Los Angeles Turf Club | 1998 | Deposition |
| Union Bank of California vs. Martin Schultz | 1997 | Trial |
| Alexander, et al. vs. Gage | 1994 | Deposition |
| In Matter regarding Disposal Control, Inc. | 1994 | Deposition |
| East County Partners vs. Southland Corporation | 1993 | Trial |
| East County Partners vs. Southland Corporation | 1993 | Deposition |
| In the Matter of the Prudhoe Bay Oil Field Arbitration | 1988 | Arbitration |

1         **<u>PROOF OF SERVICE</u>**

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

      I am employed in the County of Los Angeles, State of California, I am over the age of eighteen years and am not a party to this action; my business address is Mitchell Silberberg & Knupp LLP, 11377 West Olympic Boulevard, Los Angeles, CA 90064-1683, and my business email address is lec@msk.com.

      On January 17, 2017, I served a copy of the foregoing document(s) described as **PLAINTIFFS' EXPERT WITNESS DESIGNATION** on the interested parties in this action at their last known address as set forth below by taking the action described below:

Marc J. Shrake, Esq.
ANDERSON, MCPHARLIN & CONNERS LLP
707 Wilshire Boulevard, Suite 4000
Los Angeles, CA 90017-3623
Tel: (213) 236-1691
Fax: (213) 622-7594
Email: mjs@amclaw.com

*Attorneys for Defendant Atlantic Specialty Insurance Company*

Michael Keeley, Esq.
John R. Riddle, Esq.
Carla C. Crapster, Esq.
STRASBURGER & PRICE, LLP
901 Main Street, Suite 6000
Dallas, TX 75202
Tel: (214) 651-4300
Fax: (214) 651-4330
Email: michael.keeley@strasburger.com; john.riddle@strasburger.com; carla.crapster@strasburger.com

*Attorneys for Defendant Atlantic Specialty Insurance Company*

☑ **BY ELECTRONIC MAIL**: I served the above-mentioned document electronically before 5:00 p.m. on the parties listed at the email addresses above and, to the best of my knowledge, the transmission was complete and without error in that I did not receive an electronic notification to the contrary.

☑ **BY MAIL**: I placed the above-mentioned document(s) in sealed envelope(s) addressed as set forth above, and deposited each envelope in the mail at Los Angeles, California. Each envelope was mailed with postage thereon fully prepaid.

      I declare under penalty of perjury under the laws of the United States that the above is true and correct.

      Executed on January 17, 2017, at Los Angeles, California.

_____
                Lucia E. Coyoca