# Exhibit E

# SUPPLEMENTAL EXPERT REPORT OF ROBERT WUNDERLICH: ANALYSIS OF ECONOMIC DAMAGES

**UNIVERSAL CABLE PRODUCTIONS LLC and NORTHERN ENTERTAINMENT PRODUCTIONS LLC**

vs.

**ATLANTIC SPECIALTY INSURANCE COMPANY**

Prepared by:

Robert Wunderlich
Discovery Economics Inc.

Prepared on behalf of:

Universal Cable Productions LLC and
Northern Entertainment Productions LLC

U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

Case No. 2:16-cv-04435-PA-MRW

May 11, 2017

Confidential – Attorney's Eyes Only

**EXHIBIT 270**
5-15-17
WUNDERLICH - 1
Lori Scinta, RPR, CSR 4811

Universal Cable Productions LLC et al. vs. Atlantic Specialty Insurance Company
SUPPLEMENTAL EXPERT REPORT OF ROBERT WUNDERLICH:
ANALYSIS OF ECONOMIC DAMAGES

**TABLE OF CONTENTS**

| | |
|---|---:|
| INTRODUCTION | 1 |
| UPDATES TO ANALYSIS OF CLAIMED DAMAGES | 1 |
|     Summary | 1 |
|     Updated Extra Compensation Expenses in New Mexico | 2 |
|     Extra Push Expenses in Israel | 3 |
| ADDITIONAL MATERIALS REVIEWED, COMPENSATION AND QUALIFICATIONS. | 3 |

Universal Cable Productions LLC et al. vs. Atlantic Specialty Insurance Company

SUPPLEMENTAL EXPERT REPORT OF ROBERT WUNDERLICH:
ANALYSIS OF ECONOMIC DAMAGES

**SCHEDULES**

| | |
|---|---|
| A1-R | Summary of Claim for Extra Expenses |
| B4-R | Extra Expenses - New Mexico Compensation |
| F1 | Extra Expenses – Israel Push Costs |
| F2 | Israel Salaries |
| D2 | Additional Documents, Data, and Materials Reviewed |

Universal Cable Productions LLC et al. vs. Atlantic Specialty Insurance Company

SUPPLEMENTAL EXPERT REPORT OF ROBERT WUNDERLICH:
ANALYSIS OF ECONOMIC DAMAGES

## INTRODUCTION

This litigation concerns an insurance claim related to the extra expense incurred to relocate production of a television program, *Dig*, from its initial location in Israel to New Mexico and Croatia. Plaintiffs Universal Cable Productions LLC ("UCP") and Northern Entertainment Productions LLC ("Northern Entertainment") are television production companies. Defendant Atlantic Specialty Insurance Company ("Atlantic") is an insurance company. Plaintiffs allege that the extra expense incurred to relocate the production of *Dig* is a covered loss under an insurance policy issued by Atlantic. Plaintiffs submitted an insurance claim to Atlantic to cover this extra expense. Atlantic denied the claim and this litigation ensued.[1]

I was engaged by Plaintiffs. I was asked to evaluate Plaintiffs' extra expense claim. I previously provided an expert report in this matter, dated March 17, 2017.[2] This supplemental report contains two updates to my prior analysis, based on data that I received after my initial report.

My analysis is based on documents, data, and information available to me as of the date of my report. I may update my analysis as appropriate, should additional information become available, and to respond to assertions made by Defendant or expert witnesses on its behalf.

## UPDATES TO ANALYSIS OF CLAIMED DAMAGES

### Summary

I received updated data related to two components of Plaintiffs' insurance claim:

1. Extra Compensation Expenses in New Mexico – I reduced my analysis of damages by $37,461 based on newly received data regarding payroll taxes and fringes incurred for certain cast members.

2. Extra "Push" Expenses in Israel – Push expenses are the extra expenses incurred in Israel for a one week period ending July 19, 2014 while production was on hold. I referred to, but did

---

[1] First Amended Complaint, pp. 2 -4, 11 – 15.

[2] Expert Report of Robert Wunderlich: Analysis of Economic Damages, March 17, 2017.

Confidential – Attorney's Eyes Only　　　　　　　　　　　　　　　　　　　　Page 1

not quantify, these expenses in my initial report.[3] Based on data received after my initial report, I determined the Plaintiffs' Extra Push expenses equal $S6,627.

The net impact of decreasing Extra Compensation expenses by $37,461 and adding Extra Push expenses of $S6,627 is an increase in my analysis of Plaintiffs' insurance claim equal to $19,166. My updated analysis is summarized in the table below and in Schedule A1-R of this supplemental report.

### Summary of Claim for Extra Expenses

| | |
|---|---:|
| **New Mexico** | |
| Prep Extra Expenses | $1,477,S88 |
| Wrap Extra Expenses | $819,239 |
| All Series Extra Expenses | $2,8SS,0S6 |
| Compensation Extra Expenses | $174,397 |
| Subtotal | $S,326,280 |
| | |
| **Croatia** | |
| Prep, Wrap & All Series Extra Expenses | $1,686,343 |
| Compensation Extra Expenses | $42,761 |
| Subtotal | $1,729,104 |
| | |
| **Push Expenses** | |
| Israel Crew | $31,716 |
| Other | $24,912 |
| Subtotal | $S6,627 |
| | |
| **Total** | $7,112,011 |

### Updated Extra Compensation Expenses in New Mexico

I updated my analysis of Extra Compensation expenses in New Mexico to reflect newly received information regarding payroll taxes and fringe benefits. In my prior analysis, I estimated payroll taxes as equal to 1S% of compensation. Since my initial report, I have received data regarding the actual payroll tax and payroll fee expenses incurred by Plaintiffs. I also received updated data regarding the SAG Pension Health & Welfare benefits received by certain cast members. My analysis of Extra Compensation expenses decreased by $37,461, from $211,8S9 to $174,397, based on the newly received data. My updated analysis is in Schedule B4-R.

---

[3] Footnote 4 on page 2 of my initial report.

**Extra Push Expenses in Israel**

I referred to, but did not quantify, Extra Push expenses in my initial report. Push expenses represent the extra expenses incurred in Israel for a one week period while production was on hold. Based on data received after my initial report, I determined that Plaintiffs' extra Push Expenses equal $56,627.

My analysis of Extra Push Expenses is divided into three components:[4]

1. Push expenses for members of the Israeli crew paid in New Israeli Shekels (NIS). I determined this amount by compiling the compensation for the Israeli crew paid in NIS for a four week period and then dividing that amount by four to determine extra compensation expenses for a one week Push period.

2. Push expenses for members of the crew paid in Canadian dollars. I determined this amount based on the extra compensation for certain individuals during the period while production was on hold.

3. Push expenses for members of the crew paid in U.S. dollars. I determined this amount based on the extra compensation for certain individuals during the period while production was on hold.

This analysis is summarized in Schedule F1. Details of Israeli payroll are in Schedule F2.

**ADDITIONAL MATERIALS REVIEWED, COMPENSATION AND QUALIFICATIONS**

Materials reviewed prior to my initial report are listed in Schedule D1 of that report. Documents reviewed since my initial report are listed in Schedule D2 of this supplemental report. My qualifications as an expert and my compensation were described in my first report. My complete resume was provided Schedule E1 to my first report.

Dated this 11th day of May 2017

*Robert Wunderlich*

ROBERT WUNDERLICH

---

[4] Personnel for whom extra compensation was incurred during the period while production was on hold were identified by BJ Markus, Vice President Production Finance, NBCUniversal Cable Productions.

## Summary of Claim for Extra Expenses
Updated 5/5/17

**New Mexico**
| | |
|---|---|
| Prep Extra Expenses | $1,477,588 |
| Wrap Extra Expenses | $819,239 |
| All Series Extra Expenses | $2,855,056 |
| Compensation Extra Expenses | $174,397 |
| Subtotal | $5,326,280 |

**Croatia**
| | |
|---|---|
| Prep, Wrap & All Series Extra Expenses | $1,686,343 |
| Compensation Extra Expenses | $42,761 |
| Subtotal | $1,729,104 |

**Israel Push Expenses** [1]
| | |
|---|---|
| Israel Crew | $31,716 |
| Other Personnel | $24,912 |
| Subtotal | $56,627 |

| Total | $7,112,011 |
|---|---|

[1] Extra expenses for personnel In Israel for one week period while production was on hold

Confidential - Attorney's Eyes Only

EXHIBIT
271
5-15-17
WUNDERLICH - I
Lori Scinta, RPR, CSR 4811

A1-R

# Extra Expenses - New Mexico Compensation
Updated 5/5/17

| Cast Member | Episode | Actual Compensation ||||| Compensation if Produced in Israel ||||| Difference |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Actual Salary | Overtime | SAG PH&W¹ | Payroll Tax (U.S.)² | Total | Salary | SAG PH&W¹ | Payroll Tax/Fee | Total | Extra Comp. |
| "GOLAN" - Ori Pfeffer | 1002 | $21,000 | $110 | $3,255 | $1,746 | $26,111 | $20,307 | $0 | | $20,307 | $5,804 |
| | 1003 | $21,000 | $60 | $3,255 | $1,636 | $25,951 | $20,307 | $0 | | $20,307 | $5,644 |
| | 1004 | $21,000 | $3,185 | $3,255 | $1,634 | $29,074 | $20,307 | $0 | | $20,307 | $8,767 |
| | 1005 | $21,000 | $0 | $3,255 | $1,628 | $25,883 | $20,307 | $0 | | $20,307 | $5,576 |
| | 1006 | $21,000 | $60 | $3,255 | $619 | $24,934 | $20,307 | $0 | | $20,307 | $4,627 |
| | | $105,000 | $3,415 | $16,275 | $7,263 | $131,953 | $101,535 | $0 | | $101,535 | $30,418 |
| "FAYE" - Angela Bettis | 1002 | $20,000 | $85 | $3,100 | $1,640 | $24,825 | $15,000 | $2,325 | $1,393 ³ | $18,718 | $6,107 |
| | 1003 | $20,000 | $45 | $3,100 | $1,640 | $24,785 | $15,000 | $2,325 | $1,393 ³ | $18,718 | $6,067 |
| | 1004 | $20,000 | $0 | $3,100 | $1,640 | $24,740 | $15,000 | $2,325 | $1,393 ³ | $18,718 | $6,022 |
| | 1005 | $20,000 | $60 | $3,100 | $1,682 | $24,842 | $15,000 | $2,325 | $1,393 ³ | $18,718 | $6,124 |
| | 1006 | $20,000 | $0 | $3,100 | $1,640 | $24,740 | $15,000 | $2,325 | $1,393 ³ | $18,718 | $6,022 |
| | | $100,000 | $190 | $15,500 | $8,243 | $123,933 | $75,000 | $11,625 | $6,965 | $93,590 | $30,343 |
| "EMMA" - Alison Sudol | 1002 | $20,000 | $0 | $3,100 | $1,488 | $24,588 | $15,000 | $2,325 | | $17,325 | $7,263 |
| | 1003 | $20,000 | $25 | $3,100 | $1,394 | $24,519 | $15,000 | $2,325 | | $17,325 | $7,194 |
| | 1004 | $20,000 | $0 | $3,100 | $1,394 | $24,494 | $15,000 | $2,325 | | $17,325 | $7,169 |
| | 1005 | $20,000 | $0 | $3,100 | $1,394 | $24,494 | $15,000 | $2,325 | | $17,325 | $7,169 |
| | 1006 | $20,000 | $0 | $3,100 | $1,488 | $24,588 | $15,000 | $2,325 | | $17,325 | $7,263 |
| | | $100,000 | $25 | $15,500 | $7,159 | $122,684 | $75,000 | $11,625 | | $86,625 | $36,059 |
| "JOSH" - Zen McGrath | 1002 | $20,000 | $0 | $3,100 | $3,410 | $26,510 | $10,000 | $0 | $137 ⁴ | $10,137 | $16,373 |
| | 1003 | $20,000 | $60 | $3,100 | $2,458 | $25,618 | $10,000 | $0 | $137 ⁴ | $10,137 | $15,481 |
| | 1004 | $20,000 | $0 | $3,100 | $2,278 | $25,378 | $10,000 | $0 | $137 ⁴ | $10,137 | $15,241 |
| | 1005 | $20,000 | $0 | $3,100 | $2,278 | $25,378 | $10,000 | $0 | $137 ⁴ | $10,137 | $15,241 |
| | 1006 | $20,000 | $0 | $3,100 | $2,278 | $25,378 | $10,000 | $0 | $137 ⁴ | $10,137 | $15,241 |
| | | $100,000 | $60 | $15,500 | $12,703 | $128,263 | $50,000 | $0 | $685 | $50,685 | $77,578 |
| Total | | $405,000 | $3,690 | $62,775 | $35,367 | $506,832 | $301,535 | $23,250 | $7,650 | $332,435 | $174,397 |

¹ Pension Health & Welfare 15.5%
² Actual Payroll Tax per Entertainment Partners
³ Payroll Tax - Hired as individual, not through loan out company
⁴ Payroll handling fee

EXHIBIT
272
5-15-17
WUNDERLICH - I
Lori Scinta, RPR, CSR 4811

B4-R

Confidential - Attorney's Eyes Only

## Extra Expenses - Israel Push Costs
Extra Expenses for Period while Production was on Hold

| | | Amount<br>Local Currency | Currency<br>Conversion | Amount<br>USD |
|---|---|---|---|---|
| **Israel Crew Compensation (NIS)** | | NIS [1] | | |
| Payroll (1 week) | | 109,419 | 3.45 | $31,716 |
| | | | | |
| **Other Compensation & Benefits (CAD)** | | CAD [2] | | |
| Pinnacle Pictures f/s/o David Forsyth (CAD) | | 3,887 | | |
| Penelope Williams (CAD) | | 2,600 | | |
| P.O.O. Films f/s/o Pierre Quellet (CAD) | | 1,288 | | |
| Veritas Construction Ont. Inc. f/s/o William Vance (CAD) | | 3,955 | | |
| Canadian Fringes (CAD) | | 1,044 | | |
| Subtotal | | 12,774 | 1.10 | $11,624 |
| | | | | |
| **Other Compensation & Benefits (USD)** | | USD | | |
| Meryle Selinger | | 3,640 | | |
| Christine Sanders | | 2,184 | | |
| Fringes for Meryle Selinger & Christine Sanders @ 32% | 32% | 1,864 | | |
| Per Diem (5 person @ $420/wk) [3] | 420  5 | 2,100 | | |
| Car rental, taxis, fuel @ $500 day @ 7 days | 500  7 | 3,500 | | |
| Subtotal | | 13,288 | n.a. | $13,288 |
| | | | | |
| Total | | | | $56,627 |

[1] New Israeli Shekel (NIS)
[2] Canadian Dollar (CAD)
[3] David Forsyth, Penelope Williams, Pierre Quellet, William Vance, and Christine Sanders

EXHIBIT
274
5-15-17
WUNDERLICH - 1
Lori Scinta, RPR, CSR 4811

Confidential - Attorney's Eyes Only

F1

Israel Salaries
4 Weeks - New Israeli Shekels (NIS)

| ID | Expense Account | Dept. | Department | Account | Item | Created | Amount (NIS) | Document | Origin Doc |
|---|---|---|---|---|---|---|---|---|---|
| 1 | UNIT PRODUCTION MANAGER | 97 | HIATUS/HOLIDAY | 1171005531 | payroll 1-15.7.14 | 7/27/14 | 17,600.00 | 710170.1402168 | K0651 |
| 2 | TRANSPORTATION COORD/CAPT | 97 | HIATUS/HOLIDAY | 1171006178 | payroll 01-13-7.14 | 7/30/14 | 4,695.00 | 710170.1402278 | K0690 |
| 3 | SECRETARY TO DIRECTOR | 101 | PILOT | 1171005536 | payroll 01-14.7.14 | 7/24/14 | 4,244.00 | 710170.1402114 | K0633 |
| 4 | location manager/assist | 97 | HIATUS/HOLIDAY | 1171005611 | payroll 01-15.7.14 | 7/20/14 | 10,800.00 | 710170.1401876 | K0560 |
| 5 | PRODUCTION COORDINATOR&assistant | 97 | HIATUS/HOLIDAY | 1171005544 | payroll 01-15.7.14 | 7/21/14 | 4,695.00 | 710170.1401989 | K0597 |
| 6 | UNIT PRODUCTION MANAGER | 95 | PREP | 1171006103 | payroll 06-15.7.14 | 7/16/14 | 31,200.00 | 710170.1401789 | K0537 |
| 7 | PRODUCTION COORDINATOR&assistant | 97 | HIATUS/HOLIDAY | 1171005599 | payroll 07.14 | 7/31/14 | 6,696.00 | 710170.1402342 | K0701-1 |
| 8 | ART DIRECTOR | 98 | WRAP | 1171006224 | payroll 07.14 | 9/4/14 | 565.00 | 710170.1402815 | K0919 |
| 9 | TRANSPORTATION COORD/CAPT | 97 | HIATUS/HOLIDAY | 1171005956 | payroll 07.2014 | 7/14/14 | 13,200.00 | 710170.1401657 | K0499 |
| 10 | assistant producers | 97 | HIATUS/HOLIDAY | 1171006083 | payroll 07.2014 | 7/14/14 | 1,500.00 | 710170.1401698 | K0510 |
| 11 | TRANSPORTATION COORD/CAPT | 97 | HIATUS/HOLIDAY | 1171005614 | payroll 07.2014 | 7/20/14 | 10,800.00 | 710170.1401904 | K0578 |
| 12 | PROP LABOR | 97 | HIATUS/HOLIDAY | 1171005552 | payroll 07.2014 | 7/21/14 | 11,400.00 | 710170.1401974 | K0588 |
| 13 | assistant producers | 97 | HIATUS/HOLIDAY | 1171005586 | payroll 07.2014 | 7/24/14 | 978.00 | 710170.1402113 | K0632 |
| 14 | SCRIPT SUPERVISOR | 97 | HIATUS/HOLIDAY | 1171005740 | payroll 07.2014 | 7/24/14 | 4,800.00 | 710170.1402116 | K0635 |
| 15 | location manager/assist | 97 | HIATUS/HOLIDAY | 1171006163 | payroll 07.2014 | 7/24/14 | 10,000.00 | 710170.1402122 | K0641-1 |
| 16 | CONSTRUCTION LABOR | 101 | PILOT | 1171005550 | payroll 07.2014 | 7/29/14 | 5,000.00 | 710170.1402224 | K0672 |
| 17 | location manager/assist | 97 | HIATUS/HOLIDAY | 1171005648 | payroll 07.2014 | 7/29/14 | 5,100.00 | 710170.1402238 | K0680 |
| 18 | SWING GANG | 97 | HIATUS/HOLIDAY | 1171005919 | payroll 07.2014 | 7/29/14 | 1,300.00 | 710170.1402240 | K0682-1 |
| 19 | PRODUCTION COORDINATOR&assistant | 98 | WRAP | 1171005599 | payroll 07.2014 | 7/31/14 | 2,000.00 | 710170.1402342 | K0701-1 |
| 20 | UNIT PRODUCTION MANAGER | 98 | WRAP | 1171005722 | payroll 07.2014 | 7/31/14 | 1,750.00 | 710170.1402344 | K0703-1 |
| 21 | COSTUME DESIGNER | 97 | HIATUS/HOLIDAY | 1171005503 | payroll 07.2014 | 7/31/14 | 7,500.00 | 710170.1402346 | K0706 |
| 22 | COSTUMERS | 97 | HIATUS/HOLIDAY | 1171005503 | payroll 07.2014 | 7/31/14 | 7,000.00 | 710170.1402346 | K0706 |
| 23 | UNIT PRODUCTION MANAGER | 98 | WRAP | 1171005543 | payroll 07.2014 | 7/31/14 | 6,400.00 | 710170.1402350 | K0708-1 |
| 24 | UNIT PRODUCTION MANAGER | 97 | HIATUS/HOLIDAY | 1171005543 | payroll 07.2014 | 7/31/14 | 6,400.00 | 710170.1402350 | K0708-1 |
| 25 | SWING GANG | 101 | PILOT | 1171005639 | payroll 07-2014 end | 7/10/14 | 3,600.00 | 710170.1401576 | K0454 |
| 26 | SWING GANG | 97 | HIATUS/HOLIDAY | 1171005615 | payroll 07-2014 end | 7/14/14 | 800.00 | 710170.1401647 | K0491-1 |
| 27 | SWING GANG | 96 | ALL SERIES | 1171005615 | payroll 07-2014 end | 7/14/14 | 4,000.00 | 710170.1401647 | K0491-1 |
| 28 | SWING GANG | 101 | PILOT | 1171005534 | payroll 07-2014 end | 7/23/14 | 3,600.00 | 710170.1402054 | K0458 |
| 29 | LEGAL COSTS/ACCOUNTING | 96 | ALL SERIES | 1171005515 | payroll 07/14 | 9/2/14 | 20,000.00 | 710170.1402772 | K0781 |
| 30 | ASST PRODUCTION ACCOUNTANT | 97 | HIATUS/HOLIDAY | 1171005609 | payroll 1-15.7.14 | 7/16/14 | 3,183.00 | 710170.1401785 | K0527 |
| 31 | assistant producers | 97 | HIATUS/HOLIDAY | 1171005564 | payroll 1-15.7.14 | 7/16/14 | 4,603.00 | 710170.1401786 | K0528 |
| 32 | CONSTRUCTION LABOR | 101 | PILOT | 1171005841 | payroll 1-15.7.14 | 7/16/14 | 2,400.00 | 710170.1401787 | K0533 |
| 33 | DRAFSMEN\SKETCH ARTISTS | 97 | HIATUS/HOLIDAY | 1171005578 | payroll 1-15.7.14 | 7/16/14 | 7,774.00 | 710170.1401788 | K0535 |
| 34 | SWING GANG | 97 | HIATUS/HOLIDAY | 1171005955 | payroll 1-15.7.14 | 7/16/14 | 10,800.00 | 710170.1401790 | K0539-1 |
| 35 | SPECIAL EFFECTS man | 97 | HIATUS/HOLIDAY | 1171005920 | payroll 1-15.7.14 | 7/16/14 | 21,600.00 | 710170.1401797 | K0546 |

EXHIBIT 275
5-15-17
WUNDERLICH - 1
Lori Scinta, RPR, CSR 4811

F2

F2

## Israel Salaries
### 4 Weeks - New Israeli Shekels (NIS)

| ID | Expense Account | Dept. | Department | Account | Item | Created | Amount (NIS) | Document | Origin Doc |
|---|---|---|---|---|---|---|---|---|---|
| 36 | DRAFSMEN\SKETCH ARTISTS | 97 | HIATUS/HOLIDAY | 1171005545 | payroll 1-15.7.14 | 7/16/14 | 4,430.00 | 710170.1401799 | K0548 |
| 37 | LAMP OPERATORS | 97 | HIATUS/HOLIDAY | 1171005675 | payroll 1-15.7.14 | 7/16/14 | 1,100.00 | 710170.1401821 | K0540 |
| 38 | PROP LABOR | 97 | HIATUS/HOLIDAY | 1171005613 | payroll 1-15.7.14 | 7/17/14 | 6,000.00 | 710170.1401861 | K0530 |
| 39 | SWING GANG | 97 | HIATUS/HOLIDAY | 1171005739 | payroll 1-15.7.14 | 7/20/14 | 1,200.00 | 710170.1401866 | K0531 |
| 40 | SWING GANG | 97 | HIATUS/HOLIDAY | 1171005848 | payroll 1-15.7.14 | 7/20/14 | 8,400.00 | 710170.1401867 | K0538 |
| 41 | SWING GANG | 97 | HIATUS/HOLIDAY | 1171005549 | payroll 1-15.7.14 | 7/20/14 | 6,300.00 | 710170.1401872 | K0555 |
| 42 | PRODUCTION COORDINATOR&assistant | 97 | HIATUS/HOLIDAY | 1171005766 | payroll 1-15.7.14 | 7/20/14 | 2,278.60 | 710170.1401873 | K0557 |
| 43 | location manager/assist | 97 | HIATUS/HOLIDAY | 1171005957 | payroll 1-15.7.14 | 7/20/14 | 4,912.00 | 710170.1401874 | K0558 |
| 44 | location manager/assist | 101 | PILOT | 1171005596 | payroll 1-15.7.14 | 7/20/14 | 4,860.60 | 710170.1401877 | K0561 |
| 45 | ART DIRECTOR | 97 | HIATUS/HOLIDAY | 1171005581 | payroll 1-15.7.14 | 7/21/14 | 5,000.00 | 710170.1401975 | K0589 |
| 46 | assistant producers | 97 | HIATUS/HOLIDAY | 1171005586 | payroll 1-15.7.14 | 7/21/14 | 3,750.00 | 710170.1401976 | K0590 |
| 47 | WARDROBE SUPERVISOR | 101 | PILOT | 1171005633 | payroll 1-15.7.14 | 7/23/14 | 7,800.00 | 710170.1402071 | K0532 |
| 48 | PRODUCTION COORDINATOR&assistant | 97 | HIATUS/HOLIDAY | 1171005533 | payroll 1-15.7.14 | 7/23/14 | 5,454.54 | 710170.1402092 | K0627 |
| 49 | 2ND ASSISTANT DIRECTOR | 97 | HIATUS/HOLIDAY | 1171005632 | payroll 1-15.7.14 | 7/30/14 | 8,450.00 | 710170.1402288 | K0529 |
| 50 | location manager/assist | 97 | HIATUS/HOLIDAY | 1171005634 | payroll 1-15.7.14 | 8/18/14 | 7,043.00 | 710170.1402628 | K0549 |
| 51 | location manager/assist | 97 | HIATUS/HOLIDAY | 1171005598 | payroll 1-15.7\.14 | 7/20/14 | 7,272.70 | 710170.1401879 | K0563 |
| 52 | UNIT PRODUCTION MANAGER | 97 | HIATUS/HOLIDAY | 1171005722 | payroll 1-31.7.14 | 7/31/14 | 5,250.00 | 710170.1402344 | K0703-1 |
| 53 | GUEST CAST | 101 | PILOT | 1171006194 | payroll 15.7 | 8/3/14 | 800.00 | 710170.1402361 | K0718 |
| 54 | PRODUCTION COORDINATOR&assistant | 98 | WRAP | 1171005533 | payroll 15-31.7.14 | 8/3/14 | 5,454.54 | 710170.1402360 | K0716 |
| 55 | UNIT PRODUCTION MANAGER | 98 | WRAP | 1171005531 | payroll 15-31.7.14 | 8/7/14 | 16,000.00 | 710170.1402410 | K0750-1 |
| 56 | UNIT PRODUCTION MANAGER | 97 | HIATUS/HOLIDAY | 1171005531 | payroll 15-31.7.14 | 8/7/14 | 1,600.00 | 710170.1402410 | K0750-1 |
| 57 | ART DIRECTOR | 97 | HIATUS/HOLIDAY | 1171005581 | payroll 16-17.07.2014 | 8/10/14 | 834.00 | 710170.1402440 | K0764-1 |
| 58 | assistant producers | 98 | WRAP | 1171005564 | payroll 16-24-7.14 | 7/30/14 | 2,685.00 | 710170.1402276 | K0688 |
| 59 | ART DIRECTOR | 97 | HIATUS/HOLIDAY | 1171006015 | payroll 16-31.7.14 | 8/3/14 | 3,600.00 | 710170.1402375 | K0721-1 |
| 60 | ART DIRECTOR | 98 | WRAP | 1171006015 | payroll 16-31.7.14 | 8/3/14 | 18,000.00 | 710170.1402375 | K0721-1 |
| 61 | PRODUCTION COORDINATOR&assistant | 98 | WRAP | 1171005544 | payroll 16-31.7.14 | 8/5/14 | 2,878.00 | 710170.1402386 | K0733-1 |
| 62 | PRODUCTION COORDINATOR&assistant | 97 | HIATUS/HOLIDAY | 1171005544 | payroll 16-31.7.14 | 8/5/14 | 1,440.00 | 710170.1402386 | K0733-1 |
| 63 | ART DIRECTOR | 98 | WRAP | 1171005509 | payroll 24-31.7.14 | 8/5/14 | 10,800.00 | 710170.1402387 | K0734 |
| 64 | ART DIRECTOR | 96 | ALL SERIES | 1171006015 | payroll 29.6-15.7.14 | 7/27/14 | 26,100.00 | 710170.1402178 | K0654 |

Total for 4 Weeks     437,675.98

Compensation per Week     109,419.00

## Additional Documents, Data, and Materials Reviewed

1. UCP035215
2. UCP035216
3. UCP035217-UCP035221
4. UCP035222
5. UCP035223-UCP035235
6. UCP035236-UCP035238
7. Consultation with BJ Markus, Vice President Production Finance, NBCUniversal Cable Productions

Confidential - Attorney's Eyes Only

EXHIBIT 273
5-15-17
WUNDERLICH - I
Lori Scinta, RPR, CSR 4811

D2