**EXHIBIT A**

| BATES | DATE | TITLE | AUTHOR |
|---|---|---|---|
| | | **DOCUMENTS** | |
| | 6/20/16 | Plaintiffs Response to Interrogatories | Plaintiff |
| | 7/7/16 | First Amended Complaint | Plaintiff |
| | 8/5/16 | Atlantic Specialty's Answer to First Amended Complaint | Atlantic |
| | 12/13/16 | Atlantic Specialty's First Amended Responses to Plaintiffs Interrogatories | Atlantic |
| | 2/20/17 | Atlantic Specialty's Second Amended Responses to Plaintiff's Interrogatories | Atlantic |
| | 1/1/14 | Policy | Atlantic |
| | 7/28/14 | OneBeacon's Denial Letter (07/28/2014) | Atlantic |
| | 8/13/14 | NBC's Response to Denial Letter (08/13/20 14) | Plaintiff |
| | 9/19/14 | OneBeacon's Reply (09/19/2014) | Atlantic |
| | 7/8/14 | Plaintiffs' Production Bates-Numbered UCP000162-UCP000245 | Plaintiff |
| | | | |
| | | **NEWS ARTICLES** | |
| | 7/18/14 | Scenes of war and heartbreak as Israel-Hamas conflict intensifies | MSNBC |
| | 7/30/14 | How Technology Is Intensifying Gaza War Between Israel and Hamas | NBC News |
| | | Israel pulls Forces from Gaza as cease fire begins | Wall Street Journal |
| | 8/24/16 | Israel Clears Troops in Airstrike | New York Times |
| | 8/29/16 | 50 Days of War | New York Times |
| | 8/3/14 | Israel Seeks to gain Advantage by Reversing Course in Gaza | Time Magazine |
| | 8/5/14 | No Easy Answers to Charges of War Crimes in Gaza | Time Magazine |
| | 9/3/14 | Here's what really happened in the Gaza war (according to the Israelis) | The Washington Post |
| | 8/24/16 | Israel clears forces in several deadly 2014 Gaza War Cases | US News |
| | 8/7/14 | Saudi Arabia and Third Gaza War | US News |
| | 8/27/14 | Israel-Gaza conflict: 50-day war by numbers | Independent |
| | 10/13/14 | Full Coverage: Israel's war in Gaza | World & Nation |
| | 6/22/15 | Israel and Hamas may have committed war Crimes in Gaza, U.N. report says | World & Nation |
| | 8/26/14 | Gaza-Israel conflict: Is the fighting over? | BBC News |
| | 6/14/15 | Israel 2014 Gaza War actions lawful, report says | BBC News |

| | Date | Title | Source |
|---|---|---|---|
| | 8/26/14 | After seven weeks of Gaza war, Hamas - Haaretz - Israel News _ Haaretz | Haaretz |
| | Spring 2015 | Rethinking Operation Protective Edge_ The 2014 Gaza War __ | Middle East Quarterly |
| | | | |
| | 7/14 | Key Moments in a 50-Day War_ A Timeline | Jerusalem Center for Public Affairs |
| | 8/10/16 | 13,000 families in Gaza still displaced two years after war with Israel | USA Today |
| | 1/29/15 | Children suffer and die in Gaza. Who notices | Chicago Tribune |
| | 9/05/14 | Decimated Hamas makes ludicrous claims | Chicago Sun-Times |
| | 8/26/14 | Israel and Hamas reach an uneasy cease-fire in 50-day Gaza war | The Denver Post |
| | 8/27/14 | Gaza cease-fire reached after 50-day war that killed 2,200 and settled little | Dallas Morning News |
| | 9/22/16 | Israeli, Palestinian leaders air differences at United Nations _ | Newsday |
| | 2/13/15 | Israeli house strikes killed mostly civilians | Houston Chronicle |
| | 8/27/14 | Gaza ceasefire_ Israel and Palestinians | The Guardian |
| | | | |
| | 8/8/14 | Why Israel lost the war in Gaza | Sydney Morning Herald |
| | 8/28/14 | In photos_ Gaza healing from war after ceasefire | Chinadaily.com |
| | 9/2/14 | Inside bombed-out Gaza_ One weekend on 50 day war | Daily Mail |
| | 7/29/15 | Israel 'may have committed crimes against humanity | Amnesty Telegraph |
| | | HARD COPY | |
| | | Israel and Hamas may have committed war | UN Report |
| | 8/3/2014 | Israel Pulls Most Troops Out of Gaza but Air Strikes Continue | Time |
| | | ADDITIONAL news Articles | |
| | 7/16/14 | As cease-fire with Hamas fails to take Shape | Washington Post |
| | 7/18/14 | Obama points to rebels in downed Malaysian jet | MSNBC |
| | 7/16/14 | In Israel and Palestine, children imagine a world without war _ MSNBC | MSNBC |
| | 7/16/14 | Ground incursion in Gaza said 'very likely | The Times of Israel |
| | 7/7/14 | Israel launches 'Protective Edge' count | LiveBlog |
| | 7/9/14 | UPDATE_ Israel hits key Hamas targets Hama in Gaza offensive | National _ Globalnews |

| | Date | Title | Source |
|---|---|---|---|
| | 7/15/14 | Israel_ Hamas to pay price for its 'no' to truce | Global Chicago news |
| | 7/15/14 | LIVE UPDATES_ Operation Protective Edge... | Haaretz |
| | 6/22/15 | Report of the independent commission of inquiry established pursuant to Human Rights Council resolution S-21/1 (A/HRC/29/52) | UN Human Rights Council |
| | 7/8/14 | Hamas rockets reach Jerusalem and Tel Aviv | The Jerusalem Post |
| | 8/10/14 | Hillary Clinton: 'Failure' to Help Syrian Rebels Led to the Rise of ISIS | The Atlantic |
| | | LINKS | |
| | 7/8/14 | Israel and Hamas Exchange Missile Fire as Gaza War Looms | NBC |
| | 7/29/14 | Benjamin Netanyahu Says Israel's War in Gaza Will Be 'Prolonged' | Associated Press |
| | 7/30/14 | Public Support for Israel Shifting Amid Gaza War, Britain Warns | NBC |
| | 7/31/14 | Gaza Death Toll Nears 1,500 as 72-Hour Truce With Israel Begins | NBC |
| | 7/1/14 | Gaza War_ Hamas Admits Kidnapping Three Israeli Teens | Associated Press |
| | 8/27/14 | Gaza Cease-Fire Holds Between Hamas and Israel After 50-Day War | Associated Press |
| | 11/13/14 | Gaza War_ Israel Opens Eight New Investigations Into Military Operations | Reuters |
| | 6/22/15 | Israel, Palestinians May Be Guilty of Gaza War Crimes_ UN Report | Reuters |
| | 2/28/17 | Gaza war_ 11 key headlines from scathing military - Israel News - | Haaretz |
| | 2/28/17 | State comptroller report on 2014 Gaza war due today - The Jerusalem Post | The Jerusalem Post |
| | 2/28/17 | Israeli report criticizes handling of 2014 Gaza war | CNN |
| | 7/8/14 | Hamas rockets reach Jerusalem and Tel Aviv | The Jerusalem Post |
| | 8/10/14 | Hillary Clinton: Failure to Help Syrian Rebels Led to the Rise of Isis | The Atlantic |
| | 8/5/14 | The One Place Where Israel and Hamas Are Communicating | The Atlantic |
| | 2/9/16 | 74% of Gaza homes destroyed by Israel in summer 2014 war have not been rebuilt | Salon |
| | 12/19/14 | Rocket fired from Gaza hits southern Israel, military says | CBS News |
| | 8/28/14 | New extended Israel-Hamas cease-fire reached | CBS News |
| | | NEW CLIPS | |
| | | http://www.nbcncws.com/videolmsnbc2/56804549#56804549 | |

| | | | |
|---|---|---|---|
| | | http://www.msnbc.com/the-last-word/watch/mh I 7 -mystery-and-war-in-gaza-30824 7107963 | |
| | | http://www. msnbc.com/melissa-harris-perry/watch/what -it -means-to-live-in-a-war-zone-309370947801 | |
| | | http://www.msnbc.com/all-in-with-chris-hayes/watchlday-breaks-in-gaza-tollowing-invasion-307348035939 | |
| | | http://www.msnbc.com/all-in-with-chris-haves/watch/Ground-war-in-gaza-307290179722 | |
| | | http://www .nbcnews.com\video/from-au g-2-20 14-ayman-moh yeldin-reports-on-gaza-war-469303875925 | |
| | | http://www.nbcnews.comlwatchlnightlv-news/bloodiest-day-in-israels-fight-in-gaza-kiHs-morethan-70-309590595847- uses the word "war" at about 2:53 | |
| | | http://www.nbcncws.com/watchlnightly-ncwslisraeli-palestinian-conflict-brings-heaviesttighting-in-years-299767363744 - broadcast on July 8, the first day of Operation Protective Edge, notes that this "could easily become the next war" | |
| | | http://www.nbcnews.com/storyline/middle-cast-unrcst/how-technology-intensifying-gaza-warbctween-israel-hamas-n 158536 | |
| | | http://timesofindia.indiatimes.comtworld!middle-eastllsrael-Gaza-conflict-50-day-war-bynumbers/articleshow/41 000078l.cms | |
| | | http://www.nbcnews.com/storyline/middle-east-unrest/how-technology-intensitVing-gaza-warbetween-israel-hamas-n 158536 | |
| | | https://www.theguardian.com/world/video/2014/jul/09/Israeli-airstrikes-gaza-hamas-rocket-attacks-video | |
| | | Additional Materials | |
| | 6/24/15 | Report of detailed findings of the Independent Commision | UN |
| | 12/28/16 | John Kerry Remarks on Middle East Peace | John Kerry |
| | 12/5/15 | Brookings Institution's 2015 Saban Forum Keynote Address Joh Kerry | John Kerry |
| | 10/12/14 | US Sec of State Kerry's remarks at the Cairo Donors Conference- USDoS remark | Joh Kerry |
| | 12/15/15 | HLMG Assessment of the 2014 Gaza Conflict Dec 2015 | HLMG |
| | 3/01/15 | AnnualHumanitarianOverview2014Englishfinal | OCHA |
| | 10/29/14 | Gaza civil servants receive pay in boost to Palestinian unity | Reuters |
| | 01/01/204 | Hamas' Order of Battle_ Weapons, Training, and Targets | Jerusalem Center for Public Affairs |
| | 7/12/14 | Operation 'Protective Edge'_ A Detailed Summary of Events | ICT |

|  | 6/2/14 | Obama administration to work with Palestinian unity government | Reuters |
|---|---|---|---|
|  | 2/19/09 | Israel and Hamas Conflict in Gaza (2008-2009) | CRS |
|  | 11/22/12 | Operation Pillar of Defense-IDF updates | Israel Ministry of Foreign Affairs |
|  | 9/1/14 | Gaza crisis_ Toll of operations in Gaza | BBC News |
|  | 7/20/14 | This Week' Transcript_ Sec. John Kerry and PM Benjamin Netanyahu | ABC News |
|  | 8/26/15 | No Exit_ Gaza & Israel Between Wars | Crisis Group |
|  | 10/23/14 | Toward a Lasting Ceasefire in Gaza | Crisis Group |
|  | 12/10/14 | A Classical Analysis of the 2014 Israel Hamas Conflict | Eliad Popovich |
|  | 7/17/14 | Israel Launches Ground Invasion of Gaza | Time |
|  | 7/17/14 | Israeli ground troops enter Gaza after 10 days of bombings and airstrikes | Reuters |