**EXHIBIT B**

# Frank G. Lowenstein

3810 Argyle Terrace, NW, Washington, D.C. 20011 / 202.255.0123 (c) / frankglowenstein@gmail.com

---

**UNITED STATES DEPARTMENT OF STATE**      Washington, DC
*Special Envoy for Israeli-Palestinian Negotiations*      6/14 -1/17
*Deputy Special Envoy and Senior Advisor to the Secretary*      3/13-5/14
- Responsible for Israeli and Palestinian issues, including policy, speeches and press guidance
- Directly engaged in Israeli-Palestinian negotiations (2013/14)
- Accompanied Secretary Kerry on all travel related to Middle East peace process.
- Represented the U.S. in international diplomatic engagements, including through Middle East Quartet.
- Received Distinguished Service Award, highest honor offered by the State Department.

**PODESTA GROUP**      Washington, DC
*Principal, International Sector*      10/11–2/13
- Developed strategic messaging and government outreach campaign for firm clients.
- Helped build global government relations practice.

**U.S. SENATE COMMITTEE ON FOREIGN RELATIONS**      Washington, DC
*Staff Director*      1/9–9/11
*Chief Counsel and Deputy Staff Director*
- Managed over 40 professional staff members and Committee budget.
- Responsible for Committee agenda, oversight activities, and legal and legislative matters, including ratification of New START treaty.

**SENATOR JOHN F. KERRY (D-MA)**      Washington, DC
*Senior Foreign Policy Advisor*      10/05–12/8
- Drafted policy speeches, floor statements, op-eds, and press releases; development of legislation on Iraq, Afghanistan, Pakistan and Burma; organized and staffed foreign travel.
- Sole staff to Chairman of SFRC Subcommittee on Near East and South and Central Asian Affairs.

**ARENT FOX LLP**      Washington, DC
*Associate, Business Department*      3/05–9/05

**KERRY-EDWARDS PRESIDENTIAL CAMPAIGN/DNC**      Washington, DC
*Director of National Security Policy*      5/03–11/04

**HILL & BARLOW, P.C.**      Boston, MA
*Associate, Real Estate Department*      10/97–1/03

**SENATOR J. ROBERT KERREY (D-NE)**      Washington, DC
*Legislative Assistant for Foreign Policy and Defense Issues*      9/90–6/94

---

**BOSTON COLLEGE LAW SCHOOL**      Newton, MA
*Juris Doctor*, 1997

**YALE LAW SCHOOL**      New Haven, CT
*Visiting Student* (3rd year), 1996-1997
Allard K. Lowenstein International Human Rights Law Clinic

**YALE UNIVERSITY**      New Haven, CT
*Bachelor of Arts* (History), 1990

EXHIBIT B