# EXHIBIT D

Frank G. Lowenstein
3810 Argyle Terrace, NW
Washington, D.C. 20011

April 26, 2017

Dear Mr. Keeley:

I write in response to your request to provide a rebuttal to certain issues raised by Mr. Dennis Ross's Expert Report, including the question of whether the Court's decision in this case could impact the policy positions of the United States regarding Hamas or our support for a peaceful resolution to the Israeli-Palestinian conflict.

By submitting this rebuttal to the specific issues below, it should not be construed that I am agreeing to accept the remainder of the opinions set forth by Mr. Ross, Dr. Harold Koh or Mr. Matthew Levitt. Accordingly, I fully incorporate my original report in its entirety as a rebuttal to the reports of not only Mr. Ross, but Dr. Koh and Mr. Levitt which I have reviewed.

First of all, it is important to note that the Court's ruling in this case would not have to address the question of whether Hamas could be considered a sovereign or semi-sovereign in Gaza. The everyday meaning of "war" does not require that Hamas be found to be a sovereign or quasi-sovereign. In fact, the decision could well be based on a finding or findings entirely unrelated to the standing of Hamas in Gaza.

Specifically, the basis for the Court's ruling could well be that the extended conflict between Israel and Hamas in the summer of 2014 was a "war" under common usage and understanding of the term, even if Hamas was viewed as nothing more than a terrorist organization; that the conflict clearly involved warlike action by a military force, including in defending against attacks by any authority using military personnel or other agents; and/or that the conflict unquestionably involved the use of weapons of war, whether in time of peace or war.



EXHIBIT D

Moreover, even if the Court's decision did address this question, the only way that could -- even theoretically -- impact international perceptions of Hamas would be if that specific aspect of the ruling was publicized. Even in the very unlikely event this made it into the news internationally, it is hard to see how reporting on a U.S. civil court ruling in an insurance case would have any discernable effect on the standing of Hamas around the world.

In any event, no ruling by a U.S. court in a civil case would have any impact on the U.S. position with respect to Hamas. The U.S. policy is based on the interests of the U.S. and our closest allies, including Israel. The Court's decision on an insurance claim would have no effect on that position or the longstanding view of U.S. policy makers toward Hamas.

Similarly, U.S. administrations of both parties have long supported a peaceful resolution of the Israeli-Palestinian conflict. This position would not be influenced in any way by the Court's ruling in an insurance case.

Sincerely,

*Frank G. Lowen* [signature]

Frank Lowenstein