KALPANA SRINIVASAN (237460)
ksrinivasan@susmangodfrey.com
AMANDA K. BONN (270891)
abonn@susmangodfrey.com
CATRIONA LAVERY (310546)
clavery@susmangodfrey.com
CHELSEA V. SAMUELS (315257)
csamuels@susmangodfrey.com
SUSMAN GODFREY L.L.P.
1900 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067-6029
Tel: (310) 789-3100
Fax: (310) 789-3150

JACOB W. BUCHDAHL (*pro hac vice*)
jbuchdahl@susmangodfrey.com
SUSMAN GODFREY L.L.P.
1301 Avenue of the Americas, 32nd Floor
New York, NY 10019-6023
Tel: (212) 336-8330
Fax: (212) 336-8340

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

| | |
|---|---|
| UNIVERSAL CABLE PRODUCTIONS LLC and NORTHERN ENTERTAINMENT PRODUCTIONS LLC, <br><br> Plaintiffs, <br><br> v. <br><br> ATLANTIC SPECIALTY INSURANCE COMPANY, <br> Defendant. | Case No.: 2:16-cv-4435-PA-MRW <br><br> **WRITTEN EXPERT PROFFER OF PLAINTIFFS' DAMAGES EXPERT ROBERT WUNDERLICH** <br><br> The Honorable Percy Anderson <br> Dept. 9A <br><br> Trial Date: February 18, 2020 |

1

In accordance with this Court's Order dated January 10, 2020, Dkt. 186, Plaintiffs submit the following written proffer of the opinions of Dr. Robert Wunderlich, whom Plaintiffs have designated as an expert witness in their case-in-chief.

## I.     DR. WUNDERLICH'S OPINIONS AND THEIR RELEVANCE

Each of Dr. Wunderlich's opinions, the bases therefore, and its relevance are set forth in detail in the attached chart below. In addition, and at a high level, Plaintiffs proffer that Dr. Wunderlich's ultimate opinions are as follows:

1.     Plaintiffs' claim for extra expenses under the Policy totals $7,112,011. *See* Supplemental Report at 2, A1-R. This opinion is relevant to Plaintiffs' claim for damages for Defendant's breach of the Policy. *See* Plaintiffs' Expert Witness Designation at 3-4.  At trial, Dr. Wunderlich will explain his analysis with reference to the documents, data, and materials he relied upon in that analysis, as described in greater detail in the chart below.

2.     Dr. Wunderlich will also offer testimony that his qualifications provide a basis for his expert opinions in this case. Dr. Wunderlich's qualifications are relevant because they will assist in establishing his credibility, expertise, and basis for his opinions with the jury.

3.     If the Court permits Defendant to present the testimony of Ms. Shannon Rusnak—Defendant's new damages expert—Dr. Wunderlich may offer testimony to rebut Ms. Rusnak's opinions.  Plaintiffs received Ms. Rusnak's report on January 17, 2020. Dr. Wunderlich is reviewing Ms. Rusnak's report and reserves the right to rely on or rebut Ms. Rusnak's analysis.  At this time, Ms. Rusnak's quantification of Plaintiffs' maximum extra expense claim ($6,899,094) appears to be similar to Mr. Wunderlich's quantification ($7,112,011) with the notable exception that Ms. Rusnak subsequently and improperly deducts for (1) tax credits/rebates and (2) New Mexico amortization relating to episodes 7-10.

///

4. Dr. Wunderlich may attend trial and reserves the right to amend his opinions in light of the evidence and arguments presented.

## II. BASES FOR MR. WUNDERLICH'S OPINIONS

Dr. Wunderlich bases all of his opinions on his educational background and more than 20 years of consulting, business analysis, financial analysis, research, and teaching experience. *See* Report at 9, E1; *Kumho Tire Co. v. Carmichael*, 119 S.Ct. 1167, 1178 (1999) (stating that "no one denies that an expert might draw a conclusion from a set of observations based on extensive and specialized experience") (quoted by Fed. R. Evid. 702 Advisory Committee Notes).

In addition, Dr. Wunderlich bases his opinions on the documents, data, and materials identified below. To assist the Court in performing its gatekeeper function under *Daubert*, Plaintiffs have identified the sources relied upon for specific opinions as set forth in the chart below. Dkt. 186; *Daubert v. Merrell Dow Pharmaceuticals, Inc.*, 509 U.S. 579, 593-95 (1993); *see Kumho Tire Co.*, 526 U.S. at 148.

The entirety of Dr. Wunderlich's expert opinion regarding the quantification of Plaintiffs' extra expense claim is based upon his overall understanding and analysis of the following key documents, data, and materials relied upon:

- PX 535, UCP018225, Ledger Detail (also referred to as the "Full Cost Bible");
- PX 536, UCP018223, DIG - CROATIA Cost Report 11 TOPSHEET - PE 06242016;
- PX 537, UCP018224, Dig Croatia (06 24 16 Cost Report);
- PX 538, UCP000001, DIG - Extra Expense Insurance Claim (8297428-2);
- PX 540, UCP018222, DIG - Day Cost Workbook - 10282014;
- PX 541, UCP035215, DIG U.S. - Cast Salary spreadsheet;
- PX 542, UCP035216, Israel Estimated Salary spreadsheet;
- PX 547, UCP036901, Ledgers.xlsx;

- PX 553, UCP004048-4075, COA Listing Report;
- PX 602, UCP035217-35238, Series recap 11.14.14 Israel;
- Plaintiffs' First Amended Complaint (including the Policy, which is attached thereto);
- Discussions with Randi Richmond, Senior Vice President Production, NBCUniversal Cable Productions; Barbara-Ann "BJ" Markus, Vice President Production Finance, NBCUniversal Cable Productions; and Eric Gray, Chief Financial Officer, NBCUniversal Cable Entertainment Studios and Content.  There are no notes from these discussions.

The above documents—save Plaintiffs' First Amended Complaint—were produced from Plaintiffs' files and are Plaintiffs' financial business records.

| Opinion | Basis for opinion[1] | Why such testimony is relevant |
|---|---|---|
| **INTRODUCTION** | | |
| 1. My understanding underlying my damages analysis is that this litigation concerns an insurance claim related to the extra expense incurred to relocate production of a television program, Dig, from its initial location in Israel to New Mexico and Croatia.<br><br>[Report at 1]. | Plaintiffs' First Amended Complaint | Aids the jury in understanding the facts Expert believed were pertinent to the damages issue and the basis for his opinion. |
| 2. Plaintiffs Universal Cable Productions LLC ("UCP") and Northern Entertainment Productions LLC ("Northern Entertainment") are television production companies. UCP and Northern Entertainment are subsidiaries of NBCUniversal Media, LLC ("NBCUniversal"), one of the world's leading media and entertainment companies.1<br><br>[Report at 1]. | Plaintiffs' First Amended Complaint | Aids the jury in understanding the facts Expert believed were pertinent to the damages issue and the basis for his opinion. |

---

[1] Unless otherwise specified, Mr. Wunderlich relied on the documents cited in February, March, April, and/or May of 2017.

| Opinion | Basis for opinion[1] | Why such testimony is relevant |
|---|---|---|
| 3. Defendant Atlantic Specialty Insurance Company ("Atlantic") is an insurance company.<br><br>[Report at 1]. | Plaintiffs' First Amended Complaint | Provides relevant background for Expert's opinion. |
| 4. *Dig* is a television program produced by Plaintiffs. Dig initially aired on the USA Network during the spring of 2015. Dig is set in Israel. The plot of Dig involves a Jerusalem-based FBI agent who investigates the murder of an archeology student taking part in an archeological dig in Israel. The murder investigation leads to the discovery of a two thousand year-old conspiracy. Dig was originally scheduled to be a six episode mini-series. [Report at 1]. | Plaintiffs' First Amended Complaint; Discussions with Randi Richmond, BJ Markus, and Eric Gray | Aids the jury in understanding the background facts Expert believed were pertinent to the damages issue. |
| 5. The number of episodes was later increased to ten. I was asked to evaluate only episodes two through six for this report.<br><br>[Report at 1]. | | Relevant to helping jury understand the scope of Expert's assignment. |
| 6. Production of the pilot episode of Dig commenced in Israel on or about June 1, 2014 and was completed on June 26, 2014. The show went on hiatus while pre-production and | Discussions with Randi Richmond, BJ Markus, and Eric Gray; First Amended Complaint. | Aids the jury in understanding the background facts Expert believed were |

| Opinion | Basis for opinion[1] | Why such testimony is relevant |
|---|---|---|
| preparation for the remaining episodes took place. Production of the remaining episodes was scheduled to begin on July 20, 2014. However, as a result of a deteriorating security situation precipitated by Hamas terrorist attacks against Israel, Plaintiffs were forced to postpone and ultimately move production of Dig out of Israel. The production was ultimately completed in New Mexico and Croatia.<br><br>[Report at 1] | | pertinent to the damages issue and the basis for his opinion. |
| 7. Plaintiffs allege that the extra expense incurred to relocate the production of Dig from its initial location in Israel to locations in New Mexico and Croatia is a covered loss under an insurance policy issued by Atlantic. Plaintiffs submitted an insurance claim to Atlantic to cover this extra expense. Atlantic denied the claim and this litigation ensued.<br><br>[Report at 1]. | First Amended Complaint, pp. 2 -4, 11 – 15. | Aids the jury in understanding the background facts Expert believed were pertinent to the damages issue and the basis for his opinion. |

| Opinion | Basis for opinion[1] | Why such testimony is relevant |
|---|---|---|
| 8. I was engaged by Plaintiffs. I was asked to evaluate Plaintiffs' extra expense claim.<br><br>[Report at 2]. | Personal knowledge of scope of assignment. | Relevant to helping jury understand the scope of Expert's assignment. |
| 9. My analysis is based on documents, data, and information available to me as of the date of my report. I may update my analysis as appropriate, should additional information become available, and to respond to assertions made by Defendant or expert witnesses on its behalf.<br><br>[Report at 2]. | PX 535, UCP018225; PX 536, UCP018223; PX 537, UCP018224; PX 538, UCP000001; PX 540, UCP018222; PX 547, UCP036901; PX 553, UCP004048-4075; Discussions with Randi Richmond, BJ Markus, and Eric Gray | Relevant to helping jury understand the scope of Expert's assignment and the basis for his opinion. |
| **OVERALL OPINIONS** | | |
| 10. I compiled the extra expenses incurred to move production of episodes two through six of *Dig* from Israel to locations in New Mexico and Croatia. I determined that extra expenses due to relocating production totaled $7,092,845.<br><br>[Report at 2]. | PX 535, UCP018225; PX 536, UCP018223; PX 537, UCP018224; PX 538, UCP000001; PX 540, UCP018222; PX 547, UCP036901; PX 553, UCP004048-4075; Discussions with Randi Richmond, BJ Markus, and Eric Gray | Extra expenses are relevant to damages. |
| 11. My analysis does not include any expenses incurred in Israel due to the initial postponement | PX 535, UCP018225; PX 536, UCP018223; PX 537, UCP018224; PX 538, UCP000001; | Details on expert analysis are relevant |

| Opinion | Basis for opinion[1] | Why such testimony is relevant |
|---|---|---|
| of production or prejudgment interest on the amount of the insurance claim, both of which I understand Plaintiffs are seeking as part of their damages. I may supplement my analysis should I receive additional information or be asked to calculate prejudgment interest and/or the total damages claim (including, but not limited to, extra expenses, postponement costs, and prejudgment interest).<br><br>[Report at 2]. | PX 540, UCP018222; PX 547, UCP036901; PX 553, UCP004048-4075; Discussions with Randi Richmond, BJ Markus, and Eric Gray | to understanding and explaining damages calculations. |
| 12. My analysis is summarized in the table below and in Schedule A1 to my report. Supporting information is contained in Schedules B1 – E1 to my report. The underlying accounting data are provided in an Excel file ("Ledgers.xlsx") accompanying this report due to the voluminous amount of accounting data.<br><br>[Report at 2]. | PX 535, UCP018225; PX 536, UCP018223; PX 537, UCP018224; PX 538, UCP000001; PX 540, UCP018222; PX 547, UCP036901; PX 553, UCP004048-4075; Discussions with Randi Richmond, BJ Markus, and Eric Gray | Details on expert analysis are relevant to understanding aand explaining damages calculations. |

| Opinion | Basis for opinion[1] | Why such testimony is relevant |
|---|---|---|
| 13. A chart summarizing my overall financial analysis is shown below and I intend to explain how I arrived at those numbers to the jury:<br><br>**Summary of Claim for Extra Expenses**<br><br>**New Mexico**<br>Prep Extra Expenses $1,477,588<br>Wrap Extra Expenses $819,239<br>All Series Extra Expenses $2,855,056<br>Compensation Extra Expenses $211,859<br>Subtotal $5,363,741<br><br>**Croatia**<br>Prep, Wrap & All Series Extra Expenses $1,686,343<br>Compensation Extra Expenses $42,761<br>Subtotal $1,729,104<br><br>Total $7,092,845<br><br>[Report at 2]. | PX 535, UCP018225; PX 536, UCP018223; PX 537, UCP018224; PX 538, UCP000001; PX 540, UCP018222; PX 547, UCP036901; PX 553, UCP004048-4075; Discussions with Randi Richmond, BJ Markus, and Eric Gray | Extra expenses are relevant to calculating Plaintiffs' damages. |
| **ANALYSIS OF CLAIMED DAMAGES** | | |
| **Overview of Insurance Claim** | | |
| 14. I determined the extra expenses incurred to move production of episodes two through six of Dig from Israel to locations in New Mexico and | PX 535, UCP018225; PX 536, UCP018223; PX 537, UCP018224; PX 538, UCP000001; PX 540, UCP018222; PX 547, UCP036901; | Extra expenses are relevant to calculating damages. |

| Opinion | Basis for opinion[1] | Why such testimony is relevant |
|---|---|---|
| Croatia. The claim does not include expenses associated with the pilot, because the pilot was completed in Israel.<br><br>[Report at 3]. | PX 553, UCP004048-4075; Discussions with Randi Richmond, BJ Markus, and Eric Gray | |
| 15. My analysis is based on summary and detailed ledgers, cost reports, production recap reports, budgets, and other financial data regarding the New Mexico and Croatia production of *Dig*. The starting point for my analysis was the Full Cost Bible for production of episodes two through six of *Dig* in New Mexico and Croatia. The Full Cost Bible is a ledger, a type of accounting document prepared in the ordinary course of business, detailing expenses incurred in connection with production of a television program such as *Dig*. I supplemented the data available from the Full Cost Bible with data from other ledgers, budgets, and cost reports. I also reviewed Plaintiffs' First Amended Complaint and consulted with Randi Richmond, Senior Vice President Production, NBCUniversal Cable Productions; BJ Markus, Vice President Production Finance, NBCUniversal Cable | PX 535, UCP018225; PX 536, UCP018223; PX 537, UCP018224; PX 538, UCP000001; PX 540, UCP018222; PX 547, UCP036901; PX 553, UCP004048-4075; Discussions with Randi Richmond, BJ Markus, and Eric Gray | Details on expert analysis are relevant to understanding and explaining damages calculations. |

| Opinion | Basis for opinion[1] | Why such testimony is relevant |
|---|---|---|
| Productions; and Eric Gray, Chief Financial Officer, NBCUniversal Cable Entertainment Studios and Content. A complete listing of the documents and data I reviewed is in Schedule D1.<br><br>[Report at 3]. | | |
| 16. In overview, I identified the additional expenses that would not have been incurred had the production been completed in Israel. These expenses fall into four categories outlined below.<br><br>[Report at 3]. | PX 535, UCP018225; PX 536, UCP018223; PX 537, UCP018224; PX 538, UCP000001; PX 540, UCP018222; PX 547, UCP036901; PX 553, UCP004048-4075; Discussions with Randi Richmond, BJ Markus, and Eric Gray | Extra expenses are relevant to damages calculations. |
| 17. Category 1: Duplicated "Prep" Expenses –<br><br>Prep expenses correspond to expenses necessary to prepare for production at a given location. Prep expenses had already been incurred in Israel, because production had started in Israel.<br><br>Additional Prep expenses were incurred in preparing for production in both New Mexico and Croatia. These additional Prep expenses | PX 535, UCP018225; PX 536, UCP018223; PX 537, UCP018224; PX 538, UCP000001; PX 540, UCP018222; PX 547, UCP036901; PX 553, UCP004048-4075; Discussions with Randi Richmond, BJ Markus, and Eric Gray | Additional prep expenses incurred as a result of preparing for production in New Mexico and Croatia are relevant to Plaintiffs' damages calculations. |

12

| Opinion | Basis for opinion[1] | Why such testimony is relevant |
|---|---|---|
| would not have been necessary had the production remained in Israel.<br><br>[Report at 3]. | | |
| 18. <u>Category 2</u>: Duplicated "Wrap" Expenses –<br><br>Wrap expenses correspond to expenses necessary to close production at a given location. Wrap expenses were incurred in Israel, because the production had started in Israel and had to be closed prematurely.<br><br>Additional Wrap expenses were incurred closing the moved production in both New Mexico and Croatia. These additional Wrap expenses would not have been necessary had the production remained in Israel.<br><br>[Report at 3]. | PX 535, UCP018225; PX 536, UCP018223; PX 537, UCP018224; PX 538, UCP000001; PX 540, UCP018222; PX 547, UCP036901; PX 553, UCP004048-4075; Discussions with Randi Richmond, BJ Markus, and Eric Gray; background and experience in conducting financial analyses in the film & television industry (*see* CV). | Duplicated wrap expenses incurred as a result of production moving from Israel to Plaintiffs' damages calculations. |
| 19. <u>Category 3</u>: Duplicated "All Series" Expenses<br><br>All Series expenses correspond to expenses incurred in connection with the series as a whole, | PX 535, UCP018225; PX 536, UCP018223; PX 537, UCP018224; PX 538, UCP000001; PX 540, UCP018222; PX 547, UCP036901; PX 553, UCP004048-4075; Discussions with | Duplicated expenses incurred as a result of production moving from Israel are |

| Opinion | Basis for opinion[1] | Why such testimony is relevant |
|---|---|---|
| and then amortized against individual episodes, as opposed to expenses incurred in connection with a single episode.<br><br>As examples, All Series expenses include expenses related to set construction, rentals, set dressing, and travel incurred in connection with the entirety of the series as opposed to a single episode.<br><br>Plaintiffs incurred All Series expenses in connection with production in New Mexico and Croatia, which they would not have incurred had the production remained in Israel.<br><br>[Report at 3]. | Randi Richmond, BJ Markus, and Eric Gray; background and experience in conducting financial analyses in the film & television industry (*see* CV). | relevant to Plaintiffs' damages calculations. |
| 20. <u>Category 4</u>: Extra Compensation Expenses<br><br>Extra expenses were incurred in New Mexico for certain cast members, reflecting additional SAG-required compensation and higher negotiated compensation due to the longer timespan of production. | PX 535, UCP018225; PX 536, UCP018223; PX 537, UCP018224; PX 538, UCP000001; PX 540, UCP018222; PX 547, UCP036901; PX 553, UCP004048-4075; Discussions with Randi Richmond, BJ Markus, and Eric Gray | Extra compensation expenses incurred as a result of production moving from Israel are relevant to Plaintiffs' damages calculations. |

14

| Opinion | Basis for opinion[1] | Why such testimony is relevant |
|---|---|---|
| Extra Compensation expenses were incurred in Croatia due to additional travel days for certain cast members and stunt crew.<br><br>These Extra Compensation expenses would not have been incurred had the production been completed in Israel.<br><br>[Report at 4]. | | |
| 21. I did not include expenses associated with the production of individual episodes two through six (other than the Extra Compensation expenses), because these expenses would have been incurred whether the production had been completed in Israel, or in New Mexico and Croatia, as actually occurred.<br><br>[Report at 4]. | Discussions with Randi Richmond, BJ Markus, and Eric Gray | Understanding the expenses included in the expert's report is relevant to Plaintiffs' damages calculations. |
| 22. I analyzed extra expenses in New Mexico and Croatia separately, because the underlying accounting data for New Mexico and Croatia were captured in different formats. However, I | PX 535, UCP018225; PX 536, UCP018223; PX 537, UCP018224; PX 538, UCP000001; PX 540, UCP018222; PX 547, UCP036901; PX 553, UCP004048-4075 | Understanding the expenses included in the expert's report is relevant to Plaintiffs' damages calculations. |

| Opinion | Basis for opinion[1] | Why such testimony is relevant |
|---|---|---|
| employed the same conceptual approach in both New Mexico and Croatia. For both New Mexico and Croatia, the starting point of my calculation is the Full Cost Bible, detailing the costs of production in New Mexico and Croatia. I then separate out the extra expenses associated with Prep, Wrap, and All Series and add the Extra Compensation expenses.<br><br>[Report at 4]. | | |
| 23. I determined that extra expenses due to relocating production totaled $7,092,845. My analysis is summarized in the table below and in Schedule A1 to this report: | PX 535, UCP018225; PX 536, UCP018223; PX 537, UCP018224; PX 538, UCP000001; PX 540, UCP018222; PX 547, UCP036901; PX 553, UCP004048-4075 | Extra expenses are relevant to Plaintiffs' damages calculations. |

| Opinion | Basis for opinion[1] | Why such testimony is relevant |
|---|---|---|
| **Summary of Claim for Extra Expenses**<br><br>**New Mexico**<br>Prep Extra Expenses  $1,477,588<br>Wrap Extra Expenses  $819,239<br>All Series Extra Expenses  $2,855,056<br>Compensation Extra Expenses  $211,859<br>Subtotal  $5,363,741<br><br>**Croatia**<br>Prep, Wrap & All Series Extra Expenses  $1,686,343<br>Compensation Extra Expenses  $42,761<br>Subtotal  $1,729,104<br><br>Total  $7,092,845<br><br>[Report at 4]. | | |
| 24. Supporting information is contained in Schedules B1 – E1 to this report. The underlying accounting data are provided in an Excel file ("Ledgers.xlsx") accompanying this report due to the voluminous amount of accounting data.<br><br>[Report at 5]. | PX 547, UCP036901; *see also* PX 535, UCP018225; PX 536, UCP018223; PX 537, UCP018224; PX 538, UCP000001; PX 540, UCP018222; PX 553, UCP004048-4075; Discussions with Randi Richmond, BJ Markus, and Eric Gray | Accounting data is relevant to Plaintiffs' damages calculations. |

| Opinion | Basis for opinion[1] | Why such testimony is relevant |
|---|---|---|
| **New Mexico Component of Claim** | | |
| 25. I compiled the extra expenses incurred as part of the New Mexico production of Dig by identifying the expenses which were made necessary due to the relocation of production away from Israel. My analysis of the New Mexico component of the claim is summarized in Schedules B1 – B4, with supporting data in the Excel file accompanying this report.<br><br>[Report at 5]. | PX 547, UCP036901; *see also* PX 535, UCP018225; PX 536, UCP018223; PX 537, UCP018224; PX 538, UCP000001; PX 540, UCP018222; PX 553, UCP004048-4075; Discussions with Randi Richmond, BJ Markus, and Eric Gray | Extra expenses incurred as a result of the relocation of production away from Israel are relevant to Plaintiffs' damages calculations. |
| 26. My analysis proceeded by the following steps:  1. I started with the Full Cost Bible for episodes two through six of Dig. The Full Cost Bible is provided as worksheet Cost Bible in Excel file Ledgers. Expenses in the Full Cost Bible total $21,297,435.<br><br>[Report at 5]. | PX 535, UCP018225; PX 547, UCP036901 | Expert's methodology and ledgers of expenses are both relevant to calculating and explaining Plaintiffs' damages. |
| 27. Step 2: The Full Cost Bible identified New Mexico Prep expenses by the Show# code 01085. I compiled New Mexico Prep expenses by extracting the expenses identified as code 01085. | PX 547, UCP036901 | New Mexico Prep expenses are relevant to calculating Plaintiffs' damages. |

| Opinion | Basis for opinion[1] | Why such testimony is relevant |
|---------|----------------------|-------------------------------|
| New Mexico Prep expenses are listed in Excel worksheet NM Prep 01085. New Mexico Prep expenses total $1,477,588.<br><br>[Report at 5]. | | |
| 28. Step 3. The Full Cost Bible identified New Mexico Wrap expenses by Show# code 01088. I compiled New Mexico Wrap expenses by extracting the expenses identified as code 01088. New Mexico Wrap expenses are listed in Excel worksheet NM Wrap 01088. New Mexico Wrap expenses total $935,277.<br><br>[Report at 5]. | PX 547, UCP036901 | New Mexico Wrap expenses are relevant to calculating Plaintiffs' damages. |
| 29. Step 4. The New Mexico Wrap expenses include certain expenses that would have been incurred if the production had been completed in Israel. I removed these expenses from my compilation of Plaintiffs' insurance claim. In particular, I removed all expenses related to above-the-line expenses, the expenses for extras, and the expenses for post-production editing. This analysis is in Schedule B2. The remaining | PX 547, UCP036901; Discussions with BJ Markus. | New Mexico Wrap expenses are relevant to calculating Plaintiffs' damages. |

| Opinion | Basis for opinion[1] | Why such testimony is relevant |
|---|---|---|
| extra expenses total $819,239. The expenses that were removed total $116,038.<br><br>[Report at 5]. | | |
| 30. Step 5. The Full Cost Bible used Show# code 01086 to identify both New Mexico All Series expenses and Croatia production expenses. The Croatia production expenses were further identified by MAJMN code 74001. I compiled New Mexico All Series expenses by extracting the expenses identified as Show# code 01086 and then removing the Croatia expenses identified by MAJMN code 74001. All expenses associated by Show# code 01086 are listed in Excel worksheet 01086. The New Mexico All Series expenses are listed separately in Excel worksheet NM All Series 01086. The Croatia expenses are listed separately in Excel worksheet Croatia 01086. All expenses identified under Show# code 01086 total $6,326,534. The New Mexico All Series expenses total $3,683,077. The Croatia production expenses total $2,643,457.<br><br>[Report at 5-6]. | PX 547, UCP036901 | New Mexico All Series expenses and Croatia production expenses are relevant to calculating Plaintiffs' damages. |

| Opinion | Basis for opinion[1] | Why such testimony is relevant |
|---|---|---|
| 31. Step 6. The New Mexico All Series expenses include certain expenses that would have been incurred if the production had been completed in Israel. I removed these expenses from my compilation of Plaintiffs' insurance claim. As an example, travel expenses are a common All Series expense. Many individuals had to travel twice because of the relocation of the production: to Israel and to New Mexico. If the production had been completed in Israel, the second set of travel expenses would not have been incurred and are included as extra expenses in my analysis. However, some individuals who had been scheduled to travel to Israel had not yet completed their travel. For these individuals there was only a single set of travel expenses. I removed these expenses from my compilation of extra All Series expenses. The remaining extra expenses that are included in my compilation are listed in Excel worksheet Net NM All Series 010816. The expenses ($665,035) that were excluded from my analysis are listed in Excel worksheet Excl NM All Series 010816. I also removed casting expenses, all post-production expenses, the Keshet production fee, and a | PX 547, UCP036901; Discussions with BJ Markus; *see also* PX 535, UCP018225; PX 536, UCP018223; PX 537, UCP018224; PX 538, UCP000001; PX 540, UCP018222; PX 553, UCP004048-4075 | New Mexico All Series expenses and the analysis thereof are relevant to calculating Plaintiffs' damages and explaining them to a jury. |

| Opinion | Basis for opinion[1] | Why such testimony is relevant |
|---|---|---|
| portion of telephone expenses. This analysis is summarized in Schedule B3. Expenses for casting, post-production, Keshet, and telephone that were removed from my calculation total $162,986. The remaining extra expenses total $2,855,056.<br><br>[Report at 6]. | | |
| 32. Step 7. I also compiled Extra Compensation expenses that were incurred for certain cast members due to relocation of the production from Israel. Two cast members, Ori Pfeffer and Zen McGrath, were not members of SAG (the Screen Actors Guild). If the production had been completed in Israel, their compensation would not have been subject to SAG requirements. Their compensation had to be adjusted to required SAG compensation levels when the production was relocated to New Mexico, resulting in increased expenses for compensation, contributions to SAG Public Health & Welfare ("PH&W") benefits, and payroll taxes. Two other cast members, Angela Bettis and Alison Sudol, negotiated increased compensation due to the extended timespan of the production, resulting in | PX 535, UCP018225; PX 536, UCP018223; PX 537, UCP018224; PX 538, UCP000001; PX 540, UCP018222; PX 547, UCP036901; PX 553, UCP004048-4075; Discussions with Randi Richmond, BJ Markus, and Eric Gray | Extra compensation expenses incurred due to relocation of the production from Israel are relevant to calculating Plaintiffs' damages. |

| Opinion | Basis for opinion[1] | Why such testimony is relevant |
|---|---|---|
| increased expenses for compensation, SAG PH&W, and payroll taxes. This analysis is in Schedule B4. Extra Compensation expenses total $211,589.<br><br>[Report at 6]. | | |
| **Croatia Component of Claim** | | |
| 33. I compiled the extra expenses incurred as part of the Croatia production of Dig by identifying the expenses which were made necessary due to the relocation of production away from Israel. My analysis of the Croatia component of the claim is summarized in Schedules C1 – C4, with supporting data in the Excel file accompanying this report.<br><br>[Report at 6]. | PX 535, UCP018225; PX 536, UCP018223; PX 537, UCP018224; PX 538, UCP000001; PX 540, UCP018222; PX 547, UCP036901; PX 553, UCP004048-4075; Discussions with Randi Richmond, BJ Markus, and Eric Gray | Extra expenses incurred as a part of the production relocation are relevant to calculating Plaintiffs' damages. |
| 34. Similar to my analysis of New Mexico expenses, my analysis begins with all expenses and then separates out extra expenses incurred because of relocating the production. However, because the accounting for expenses in Croatia was maintained in a different format than in New | PX 535, UCP018225; PX 536, UCP018223; PX 537, UCP018224; PX 538, UCP000001; PX 540, UCP018222; PX 547, UCP036901; PX 553, UCP004048-4075; Discussions with Randi Richmond, BJ Markus, and Eric Gray | Analysis of extra expenses incurred due to relocating the production is relevant to calculating Plaintiffs' damages. |

| Opinion | Basis for opinion[1] | Why such testimony is relevant |
|---|---|---|
| Mexico, my analysis differs in some of the specifics. In particular, the accounting for expenses in Croatia did not include a code designating Prep, Wrap, and All Series expenses. I identified these expenses by starting with all expenses in Croatia and subtracting the expenses other than those associated with Prep, Wrap, and All Series, based on the locked production budget5 for the Croatia production. My analysis is summarized in Schedule C1.<br><br>[Report at 7]. | | |
| 35. The locked production budget is the final production budget.<br><br>[Report at 7]. | Discussions with BJ Markus. | The final production budget is relevant to calculating Plaintiffs' damages and explaining them to the jury. |
| 36. My analysis proceeded by the following steps: Step 1. I started with the Full Cost Bible for episodes two through six of Dig. The Full Cost Bible is provided as worksheet Cost Bible in Excel file Ledgers. Expenses in the Full Cost Bible total $21,297,435. | PX 535, UCP018225; PX 536, UCP018223; PX 537, UCP018224; PX 538, UCP000001; PX 540, UCP018222; PX 547, UCP036901; PX 553, UCP004048-4075; Discussions with Randi Richmond, BJ Markus, and Eric Gray | The Full Cost Bible and its contents are relevant to calculating Plaintiffs' damages and explaining them to the jury. |

| Opinion | Basis for opinion[1] | Why such testimony is relevant |
|---|---|---|
| [Report at 7]. | | |
| 37. Step 2. The Full Cost Bible used Show# code 01086 to identify both New Mexico All Series expenses and Croatia production expenses. The Croatia production expenses were further identified by MAJMN code 74001. I compiled Croatia production expenses by extracting the expenses identified as Show# code 01086 and further identified by MAJMN code 74001. All expenses associated by Show# code 01086 are listed in Excel worksheet 01086. The New Mexico All Series expenses are listed separately in Excel worksheet NM All Series 01086. The Croatia expenses are listed separately in Excel worksheet Croatia 01086. All expenses identified under Show# code 01086 total $6,326,534. The New Mexico All Series expenses total $3,683,077. The Croatia production expenses total $2,643,457.

[Report at 7]. | PX 535, UCP018225; PX 536, UCP018223; PX 537, UCP018224; PX 538, UCP000001; PX 540, UCP018222; PX 547, UCP036901; PX 553, UCP004048-4075; Discussions with Randi Richmond, BJ Markus, and Eric Gray | The Full Cost bible and its contents are relevant to calculating Plaintiffs' damages and explaining them to the jury. |
| 38. Step 3. I subtracted from the Full Cost Bible above-the-line expenses associated with cast, | PX 535, UCP018225; PX 536, UCP018223; PX 537, UCP018224; PX 538, UCP000001; | The expert's expense calculations are |

| Opinion | Basis for opinion[1] | Why such testimony is relevant |
|---|---|---|
| stunts, and fringes, except for a relatively minor component of compensation for cast and stunts stemming from additional required travel days in Croatia. I removed the predominant portion of expenses associated with cast, stunts, and fringes (all expenses other than for additional required travel) because these expenses would have been incurred if the production had been completed in Israel. This analysis is in Schedule C2. The remaining production costs after adjusting for cast, stunts, and fringes total $2,509,684.<br><br>[Report at 7]. | PX 540, UCP018222; PX 547, UCP036901; PX 553, UCP004048-4075; Discussions with Randi Richmond, BJ Markus, and Eric Gray | relevant to understanding Plaintiffs' damages and explaining them to the jury. |
| 39. Step 4. The production in Croatia incurred a relatively small amount of Prep and Wrap expenses associated with Israeli crew members who performed services in Croatia, but who were compensated in Israel. I compiled these expenses using a ledger that included data for expenses paid in Israel.6 These expenses are listed in Excel worksheet Croatia Paid in Israel. I added these expenses to Croatia production expenses identified by Show# code 01086 and MAJMN code 74001 to determine total Croatia production | PX 535, UCP018225; PX 536, UCP018223; PX 537, UCP018224; PX 538, UCP000001; PX 540, UCP018222; PX 547, UCP036901; PX 553, UCP004048-4075; Discussions with Randi Richmond, BJ Markus, and Eric Gray | Expenses associated with Israeli crew members who performed services in Croatia, but who were compensated in Israel are relevant to calculating Plaintiffs' damages. |

| Opinion | Basis for opinion[1] | Why such testimony is relevant |
|---|---|---|
| expenses. The expenses associated with the Israeli crew total $49,980.<br><br>[Report at 7-8]. | | |
| 40. The Full Cost Bible that I used covered expenses paid in New Mexico and Croatia, but not expenses for services provided in Croatia but paid in Israel.<br><br>[Report at 7]. | PX 535, UCP018225; PX 547, UCP036901 | The Full Cost Bible and its contents are relevant to calculating Plaintiffs' damages and explaining them to the jury. |
| 41. I identified expenses other than Prep, Wrap, and All Series expenses based on the locked production budget for the Croatia production. Budgeted expenses for other than Prep, Wrap, and All Series totaled $88,638 per day of production. However, actual costs incurred in Croatia were lower than the budgeted amount. After adjusting for cost savings relative to the budgeted amount, expenses for other than Prep, Wrap, and All Series totaled $67,179 per day of production. I then multiplied this by the 13 days of production in Croatia to determine that expenses for the Croatia production, other than for Prep, Wrap, and All Series, totaled $873,321. | PX 535, UCP018225; PX 536, UCP018223; PX 537, UCP018224; PX 538, UCP000001; PX 540, UCP018222; PX 547, UCP036901; PX 553, UCP004048-4075; Discussions with Randi Richmond, BJ Markus, and Eric Gray | Expenses for the Croatia production are relevant to calculating Plaintiffs' damages. |

| Opinion | Basis for opinion[1] | Why such testimony is relevant |
|---|---|---|
| I refer to this quantity as the Croatia Shoot expenses. This analysis is in Schedules C3 and C4.<br><br>[Report at 8]. | | |
| 42. Step 6. I subtracted the Croatia Shoot expenses from all Croatia expenses, net of the adjustment for cast, stunts, and fringes, to quantify the extra expenses for the Croatia production. This analysis is summarized in Schedule C1.<br><br>[Report at 8]. | PX 535, UCP018225; PX 536, UCP018223; PX 537, UCP018224; PX 538, UCP000001; PX 540, UCP018222; PX 547, UCP036901; PX 553, UCP004048-4075; Discussions with Randi Richmond, BJ Markus, and Eric Gray | Croatia expenses and the analysis thereof are relevant to calculating Plaintiffs' damages. |
| 43. Step 7. I also compiled Extra Compensation expenses that were incurred due to extra required travel days for certain cast members due to relocation of the production from Israel. I determined that Extra Compensation expenses total $42,761. This Extra Compensation is summarized in Schedule C2.<br><br>[Report at 8]. | PX 535, UCP018225; PX 536, UCP018223; PX 537, UCP018224; PX 538, UCP000001; PX 540, UCP018222; PX 547, UCP036901; PX 553, UCP004048-4075; Discussions with Randi Richmond, BJ Markus, and Eric Gray | Extra compensation expenses incurred due to relocation of the production from Israel are relevant to calculating Plaintiffs' damages. |

| Opinion | Basis for opinion[1] | Why such testimony is relevant |
|---|---|---|
| 44. Step 8. I added together the various elements of extra expenses as discussed above to determine total extra expenses in Croatia. I determined that the extra expenses in Croatia total $1,729,104. This analysis is in Schedule C1.<br><br>[Report at 8]. | PX 535, UCP018225; PX 536, UCP018223; PX 537, UCP018224; PX 538, UCP000001; PX 540, UCP018222; PX 547, UCP036901; PX 553, UCP004048-4075; Discussions with Randi Richmond, BJ Markus, and Eric Gray | Extra expenses and the analysis thereof are relevant to calculating Plaintiffs' damages. |
| **Combined Claim** | | |
| 45. I added together my analysis of extra expenses in New Mexico and in Croatia to determine the total amount of extra expenses. I determined that extra expenses in New Mexico and Croatia combined total $7,092,845. This analysis is summarized in Schedule A1.<br><br>[Report at 8]. | PX 535, UCP018225; PX 536, UCP018223; PX 537, UCP018224; PX 538, UCP000001; PX 540, UCP018222; PX 547, UCP036901; PX 553, UCP004048-4075; Discussions with Randi Richmond, BJ Markus, and Eric Gray | Extra expenses and the analysis thereof are relevant to calculating Plaintiffs' damages. |
| **Assurance of Expense Documentation** | | |
| 46. I reviewed the sources and documentation of the data used in my analysis to provide assurance that the data provide a reliable and accurate basis for determining an insurance claim. | PX 535, UCP018225; PX 536, UCP018223; PX 537, UCP018224; PX 538, UCP000001; PX 540, UCP018222; PX 547, UCP036901; PX 553, UCP004048-4075; Discussions with Randi Richmond, BJ Markus, and Eric Gray | Reliability and accuracy of data are relevant to calculating Plaintiffs' damages and Expert's credibility. |

| Opinion | Basis for opinion[1] | Why such testimony is relevant |
|---|---|---|
| Based on my review as described below, I conclude that the data do provide a reliable and accurate basis.<br><br>[Report at 8]. | | |
| 47. The Full Cost Bible and ledgers used in my analysis are the fundamental accounting information that NBCUniversal maintains in the ordinary course of business.<br><br>In particular, these data were recorded at the time, in the ordinary course of business, as opposed to data that were generated in connection with litigation.<br><br>The data used in my analysis are the accounting data that are rolled up to NBCUniveral's SEC filings and other required financial filings and are subject to audit by NBCUniveral's outside auditors.<br><br>I confirmed my understanding that the data in the Full Cost Bible and ledgers used in my analysis are the same data that are rolled up to | PX 535, UCP018225; PX 536, UCP018223; PX 537, UCP018224; PX 538, UCP000001; PX 540, UCP018222; PX 547, UCP036901; PX 553, UCP004048-4075; Discussions with Randi Richmond, BJ Markus, and Eric Gray | Fundamental accounting data and the analysis thereof are relevant to calculating Plaintiffs' damages. |

| Opinion | Basis for opinion[1] | Why such testimony is relevant |
|---|---|---|
| NBCUniversal's SEC filings in a discussion with Eric Gray, Chief Financial Officer, NBCUniversal Cable Entertainment Studios and Content.<br><br>[Report at 8-9]. | | |
| 48. I confirmed that the detailed information provided in the Full Cost Bible and ledgers used in my analysis reconciled with the higher level, summary financial information, recorded in NBCUniversal's production recap reports, a standard format report, regularly generated in the ordinary course of business. I also confirmed that the Full Cost Bible and ledgers used in my analysis contained references to supporting documentation for the expense items.<br><br>[Report at 9]. | PX 535, UCP018225; PX 536, UCP018223; PX 537, UCP018224; PX 538, UCP000001; PX 540, UCP018222; PX 547, UCP036901; PX 553, UCP004048-4075; Discussions with Randi Richmond, BJ Markus, and Eric Gray | Detailed accounting information and the analysis thereof are relevant to calculating Plaintiffs' damages. |
| 49. The expense data used in my analysis were independently audited for the purpose of tax credit applications that were submitted to and | PX 535, UCP018225; PX 536, UCP018223; PX 537, UCP018224; PX 538, UCP000001; PX 540, UCP018222; PX 547, UCP036901; | Expense data is relevant to calculating Plaintiffs' damages. |

| Opinion | Basis for opinion[1] | Why such testimony is relevant |
|---|---|---|
| approved by the tax authorities in New Mexico and Croatia.<br><br>[Report at 9]. | PX 553, UCP004048-4075; Discussions with Randi Richmond, BJ Markus, and Eric Gray | |
| **MATERIALS REVIEWED, COMPENSATION AND QUALIFICATIONS** | | |
| 50. In preparing this report, I reviewed summary and detailed ledgers, cost reports, production recap reports, budgets, and other financial data regarding the New Mexico and Croatia production of Dig. I also reviewed Plaintiffs' First Amended Complaint and consulted with Randi Richmond, Senior Vice President Production, NBCUniversal Cable Productions; BJ Markus, Vice President Production Finance, NBCUniversal Cable Productions; and Eric Gray, Chief Financial Officer, NBCUniversal Cable Entertainment Studios and Content. A complete list of the documents and data I reviewed is in Schedule D1.<br><br>[Report at 9]. | PX 535, UCP018225; PX 536, UCP018223; PX 537, UCP018224; PX 538, UCP000001; PX 540, UCP018222; PX 547, UCP036901; PX 553, UCP004048-4075; Discussions with Randi Richmond, BJ Markus, and Eric Gray | Documents reviewed reflecting financial data are relevant to calculating Plaintiffs' damages. |

| Opinion | Basis for opinion[1] | Why such testimony is relevant |
|---|---|---|
| 51. My qualifications as an expert are summarized below. My complete resume is in Schedule E1. Discovery Economics Inc. is compensated at a rate of $475 per hour for my consulting services. [Report at 9]. | *See* Schedule E1 to Expert Report of Robert Wunderlich: Analysis of Economic Damages, March 17, 2017. | Qualifications as an expert are relevant to establishing credibility with the jury. |
| 52. I am a Principal at Discovery Economics Inc., a professional services firm that provides consulting regarding economic, financial and accounting issues. Prior to co-founding Discovery Economics in 1999, I was a Principal at LECG (Law & Economics Consulting Group) and, prior to that, a Senior Manager in the Dispute Consulting Group at Deloitte & Touche LLP. I have over 20 years of consulting, business analysis, financial analysis, research, and teaching experience. I have frequently provided economic, financial, and accounting consulting for matters in dispute, and have served as an expert witness and a court-appointed expert regarding these issues. I have also instructed classes for incoming M.B.A. students covering quantitative methods for management and | *See* Schedule E1 to Expert Report of Robert Wunderlich: Analysis of Economic Damages, March 17, 2017. | Qualifications as an expert are relevant to establishing credibility with the jury. |

| Opinion | Basis for opinion[1] | Why such testimony is relevant |
|---|---|---|
| continuing education classes for attorneys and accountants regarding various accounting, finance, and economic issues.<br><br>[Report at 9]. | | |
| **Supplemental Report**<br>**INTRODUCTION** | | |
| 53. This litigation concerns an insurance claim related to the extra expense incurred to relocate production of a television program, Dig, from its initial location in Israel to New Mexico and Croatia. Plaintiffs Universal Cable Productions LLC ( "UCP ") and Northern Entertainment Productions LLC ( "Northern Entertainment ") are television production companies.<br><br>Defendant Atlantic Specialty Insurance Company ( "Atlantic ") is an insurance company. Plaintiffs allege that the extra expense incurred to relocate the production of Dig is a covered loss under an insurance policy issued by Atlantic. | First Amended Complaint, pp. 2 -4, 11- 15 | Provides relevant background and establishes basis for expert's opinion. |

| Opinion | Basis for opinion[1] | Why such testimony is relevant |
|---|---|---|
| Plaintiffs submitted an insurance claim to Atlantic to cover this extra expense. Atlantic denied the claim and this litigation ensued.<br><br>[Supplemental Report at 1]. | | |
| 54. I was engaged by Plaintiffs. I was asked to evaluate Plaintiffs' extra expense claim. I previously provided an expert report in this matter, dated March 17, 2017.1 This supplemental report contains two updates to my prior analysis, based on data that I received after my initial report.<br><br>[Supplemental Report at 1]. | Expert Report of Robert Wunderlich: Analysis of Economic Damages, March 17, 2017 | Relevant to explain basis for Supplemental Report on damages to jurors. |
| 55. My analysis is based on documents, data, and information available to me as of the date of my report. I may update my analysis as appropriate, should additional information become available, and to respond to assertions made by Defendant or expert witnesses on its behalf.<br><br>[Supplemental Report at 1]. | PX 535, UCP018225; PX 536, UCP018223; PX 537, UCP018224; PX 538, UCP000001; PX 540, UCP018222; PX 541, UCP035215; PX 542, UCP035216; PX 547, UCP036901; PX 553, UCP004048-4075; PX 602, UCP035217-35238; Discussions with Randi Richmond, BJ Markus, and Eric Gray. | Provides jurors with background information required to understand the basis of Expert's opinion relevant to damages. |

| Opinion | Basis for opinion[1] | Why such testimony is relevant |
|---|---|---|
| **UPDATES TO ANALYSIS OF CLAIMED DAMAGES** | | |
| **Summary** | | |
| 56. I received updated data related to two components of Plaintiffs' insurance claim:<br><br>[Supplemental Report at 1]. | PX 541, UCP035215; PX 542, UCP035216; PX 602, UCP035217-35238 | Provides jurors with background information required to understand the basis of Expert's opinion relevant to damages. |
| 57. Step 1. Extra Compensation Expenses in New Mexico - I reduced my analysis of damages by $37,461 based on newly received data regarding payroll taxes and fringes incurred for certain cast members.<br><br>[Supplemental Report at 1]. | PX 535, UCP018225; PX 538, UCP000001; PX 541, UCP035215; PX 547, UCP036901 | Extra compensation expenses are relevant to calculating Plaintiffs' damages. |
| 58. Step 2. Extra "Push" Expenses in Israel - Push expenses are the extra expenses incurred in Israel for a one week period ending July 19, 2014 while production was on hold. I referred to, but did not quantify, these expenses in my initial report. Based on data received after my initial report, I | PX 535, UCP018225; PX 538, UCP000001; PX 542, UCP035216; PX 547, UCP036901 | Extra push expenses are relevant to calculating Plaintiffs' damages. |

| Opinion | Basis for opinion[1] | Why such testimony is relevant |
|---|---|---|
| determined the Plaintiffs' Extra Push expenses equal $56,627.<br><br>[Supplemental Report at 1-2]. | | |
| 59. The net impact of decreasing Extra Compensation expenses by $37,461 and adding Extra Push expenses of $56,627 is an increase in my analysis of Plaintiffs' insurance claim equal to $19,166. My updated analysis is summarized in the table below and in Schedule Al -R of this supplemental report. | PX 535, UCP018225; PX 536, UCP018223; PX 537, UCP018224; PX 538, UCP000001; PX 540, UCP018222; PX 541, UCP035215; PX 542, UCP035216; PX 547, UCP036901; PX 553, UCP004048-4075; PX 602, UCP035217-35238; Discussions with Randi Richmond, BJ Markus, and Eric Gray. | The Expert's updated analysis on expenses is relevant to calculating Plaintiffs' damages. |

**Summary of Claim for Extra Expenses**

| New Mexico | |
|---|---|
| Prep Extra Expenses | $1,477,588 |
| Wrap Extra Expenses | $819,239 |
| All Series Extra Expenses | $2,855,056 |
| Compensation Extra Expenses | $174,397 |
| Subtotal | $5,326,280 |

| Croatia | |
|---|---|
| Prep, Wrap & All Series Extra Expenses | $1,686,343 |
| Compensation Extra Expenses | $42,761 |
| Subtotal | $1,729,104 |

| Push Expenses | |
|---|---|
| Israel Crew | $31,716 |
| Other | $24,912 |
| Subtotal | $56,627 |

| Total | $7,112,011 |
|---|---|

| Opinion | Basis for opinion[1] | Why such testimony is relevant |
|---|---|---|
| [Supplemental Report at 2]. | | |
| **Updated Extra Compensation Expenses in New Mexico** | | |
| 60. I updated my analysis of Extra Compensation expenses in New Mexico to reflect newly received information regarding payroll taxes and fringe benefits. In my prior analysis, I estimated payroll taxes as equal to 15% of compensation. Since my initial report, I have received data regarding the actual payroll tax and payroll fee expenses incurred by Plaintiffs. I also received updated data regarding the SAG Pension Health & Welfare benefits received by certain cast members.  My analysis of Extra Compensation expenses decreased by $37,461, from $211,859 to $174,397, based on the newly received data. My updated analysis is in Schedule B4 -R.<br><br>[Supplemental Report at 2]. | PX 535, UCP018225; PX 536, UCP018223; PX 537, UCP018224; PX 538, UCP000001; PX 540, UCP018222; PX 541, UCP035215; PX 547, UCP036901; PX 553, UCP004048-4075; Discussions with Randi Richmond, BJ Markus, and Eric Gray. | Analysis of extra compensation expenses is relevant to Plaintiffs' damages claim. |
| **Extra Push Expenses in Israel** | | |
| 61. I referred to, but did not quantify, Extra Push expenses in my initial report. Push expenses represent the extra expenses incurred in Israel for | PX 535, UCP018225; PX 536, UCP018223; PX 537, UCP018224; PX 538, UCP000001; PX 540, UCP018222; PX 542, UCP035216; | Push expenses are relevant to calculating Plaintiffs' damages. |

| Opinion | Basis for opinion[1] | Why such testimony is relevant |
|---|---|---|
| a one week period while production was on hold. Based on data received after my initial report, I determined that Plaintiffs' extra Push Expenses equal $56,627.<br><br>[Supplemental Report at 3]. | PX 547, UCP036901; PX 553, UCP004048-4075; Discussions with Randi Richmond, BJ Markus, and Eric Gray. | |
| 62. My analysis of Extra Push Expenses is divided into three components:<br>Personnel for whom extra compensation was incurred during the period while production was on hold were identified by BJ Markus, Vice President Production Finance, NBCUniversal Cable Productions.<br><br>[Supplemental Report at 3]. | Discussions with BJ Markus. | Expert's breakdown and analysis of expenses are relevant to calculating Plaintiffs' damages. |
| 63. Component 1. Push expenses for members of the Israeli crew paid in New Israeli Shekels (NIS). I determined this amount by compiling the compensation for the Israeli crew paid in NIS for a four week period and then dividing that amount by four to determine extra compensation expenses for a one week Push period.<br><br>[Supplemental Report at 3]. | PX 535, UCP018225; PX 536, UCP018223; PX 537, UCP018224; PX 538, UCP000001; PX 540, UCP018222; PX 542, UCP035216; PX 547, UCP036901; PX 553, UCP004048-4075; Discussions with Randi Richmond, BJ Markus, and Eric Gray. | Push expenses and compensation expenses are relevant to calculating Plaintiffs' damages. |

| Opinion | Basis for opinion[1] | Why such testimony is relevant |
|---|---|---|
| 64. Component 2. Push expenses for members of the crew paid in Canadian dollars. I determined this amount based on the extra compensation for certain individuals during the period while production was on hold.<br><br>[Supplemental Report at 3]. | PX 535, UCP018225; PX 536, UCP018223; PX 537, UCP018224; PX 538, UCP000001; PX 540, UCP018222; PX 542, UCP035216; PX 547, UCP036901; PX 553, UCP004048-4075; Discussions with Randi Richmond, BJ Markus, and Eric Gray. | Push expenses and compensation expenses are relevant to calculating Plaintiffs' damages. |
| 65. Component 3. Push expenses for members of the crew paid in U.S. dollars. I determined this amount based on the extra compensation for certain individuals during the period while production was on hold.<br><br>[Supplemental Report at 3]. | PX 535, UCP018225; PX 536, UCP018223; PX 537, UCP018224; PX 538, UCP000001; PX 540, UCP018222; PX 542, UCP035216; PX 547, UCP036901; PX 553, UCP004048-4075; Discussions with Randi Richmond, BJ Markus, and Eric Gray. | Push expenses and compensation expenses are relevant to calculating Plaintiffs' damages. |
| 66. This analysis is summarized in Schedule F1. Details of Israeli payroll are in Schedule F2.<br><br>[Supplemental Report at 3]. | PX 535, UCP018225; PX 536, UCP018223; PX 537, UCP018224; PX 538, UCP000001; PX 540, UCP018222; PX 542, UCP035216; PX 547, UCP036901; PX 553, UCP004048-4075; Discussions with Randi Richmond, BJ Markus, and Eric Gray. | Payroll and expense analyses are relevant to calculating Plaintiffs' damages. |

| Opinion | Basis for opinion[1] | Why such testimony is relevant |
|---|---|---|
| **ADDITIONAL MATERIALS REVIEWED, COMPENSATION AND QUALIFICATIONS** | | |
| 67. Materials reviewed prior to my initial report are listed in Schedule D1 of that report.<br><br>[Supplemental Report at 3].<br><br>Documents reviewed since my initial report are listed in Schedule D2 of this supplemental report. My qualifications as an expert and my compensation were described in my first report. My complete resume was provided Schedule E1 to my first report.<br><br>[Supplemental Report at 3]. | PX 535, UCP018225; PX 536, UCP018223; PX 537, UCP018224; PX 538, UCP000001; PX 540, UCP018222; PX 541, UCP035215; PX 542, UCP035216; PX 547, UCP036901; PX 553, UCP004048-4075; PX 602, UCP035217-35238; Discussions with Randi Richmond, BJ Markus, and Eric Gray. *See* Schedule E1 Expert Report of Robert Wunderlich: Analysis of Economic Damages, March 17, 2017 at 9, E1 | Aids the jury in understanding the facts Expert believed were pertinent to the damages issue, his expert qualifications, and the basis for his opinion. |

**Schedules to Expert Report of Robert Wunderlich: Analysis of Economic Damages, March 17, 2017**

**A1: Summary of Claim for Extra Expenses**

## Summary of Claim for Extra Expenses

| | |
|---|---|
| **New Mexico** | |
| Prep Extra Expenses | $1,477,588 |
| Wrap Extra Expenses | $819,239 |
| All Series Extra Expenses | $2,855,056 |
| Compensation Extra Expenses | $211,859 |
| Subtotal | $5,363,741 |
| | |
| **Croatia** | |
| Prep, Wrap & All Series Extra Expenses | $1,686,343 |
| Compensation Extra Expenses | $42,761 |
| Subtotal | $1,729,104 |
| | |
| Total | $7,092,845 |

**Materials Relied Upon:** PX 535, UCP018225; PX 536, UCP018223; PX 537, UCP018224; PX 538, UCP000001; PX 540, UCP018222; PX 547, UCP036901; PX 553, UCP004048-4075; Discussions with Randi Richmond, BJ Markus, and Eric Gray

**Why Testimony is Relevant:** Extra expenses are relevant to calculating Plaintiffs' damages.

## B1: Extra Expenses – New Mexico Prep

**Extra Expenses - New Mexico Prep**

| MAJMN | Description | Expenses |
|-------|------------|----------|
| Above-the-Line | | |
| 600 | Producers | $24,714 |
| 610 | Story | $10,940 |
| 670 | Casting/Other | $4,320 |
| 690 | Fringes | $6,006 |
| Subtotal | | $45,980 |
| | | |
| Below-the-Line | | |
| 700 | Extras | $4,661 |
| 705 | Prod. Staff | $239,526 |
| 710 | Camera | $24,982 |
| 715 | Art Direction | $116,513 |
| 720 | Construction | $143,397 |
| 725 | Grip/Set Operation | $35,991 |
| 730 | Electrical | $46,584 |
| 735 | Special Effects | $2,318 |
| 745 | Set Dressing | $68,550 |
| 750 | Property | $27,558 |
| 755 | Wardrobe | $56,374 |
| 760 | Make Up & Hair | $5,069 |
| 765 | Prod. Sound | $1,937 |
| 770 | Transportation | $155,807 |
| 775 | Locations | $121,005 |
| 795 | Fringes | $367,182 |
| Subtotal | | $1,417,454 |
| | | |
| Post-Production | | |
| 801 | Editing | $6,209 |
| | | |
| Administration | | |
| 910 | Administration | $7,945 |
| Total | | $1,477,588 |

**Materials Relied Upon:** PX 535, UCP018225; PX 536, UCP018223; PX 537, UCP018224; PX 538, UCP000001; PX 540, UCP018222; PX 547, UCP036901; PX 553, UCP004048-4075; Discussions with Randi Richmond, BJ Markus, and Eric Gray

**Why Testimony is Relevant:** Extra expenses are relevant to calculating Plaintiffs' damages.

## B2: Extra Expenses – New Mexico Wrap

**Extra Expenses - New Mexico Wrap**

| MAJMN | Description | Expenses | Exclude | Extra Expenses | Note |
|---|---|---|---|---|---|
| Above-the-Line | | | | | |
| 600 | Producers | $48,287 | ($48,287) | $0 | Not incremental |
| 610 | Story | $6,824 | ($6,824) | $0 | Not incremental |
| 690 | Fringes | $8,715 | ($8,715) | $0 | Not incremental |
| Subtotal | | $63,827 | ($63,827) | $0 | |
| | | | | | |
| Below-the-Line | | | | | |
| 700 | Extras | $750 | ($750) | $0 | Not incremental |
| 705 | Prod. Staff | $247,934 | ($2,950) | $244,984 | Wrap party |
| 710 | Camera | $9,830 | | $9,830 | |
| 715 | Art Direction | $11,172 | | $11,172 | |
| 720 | Construction | $25,307 | | $25,307 | |
| 721 | Set Strike | $80,722 | | $80,722 | |
| 725 | Grip/Set Operation | $22,446 | | $22,446 | |
| 730 | Electrical | $18,361 | | $18,361 | |
| 735 | Special Effects | $700 | | $700 | |
| 745 | Set Dressing | $28,960 | | $28,960 | |
| 750 | Property | $17,303 | | $17,303 | |
| 755 | Wardrobe | $33,120 | | $33,120 | |
| 760 | Make Up & Hair | $1,703 | | $1,703 | |
| 765 | Prod. Sound | $996 | | $996 | |
| 770 | Transportation | $109,289 | | $109,289 | |
| 775 | Locations | $32,995 | | $32,995 | |
| 795 | Fringes | $181,509 | ($407) | $181,102 | Wrap party |
| Subtotal | | $823,097 | ($4,108) | $818,989 | |
| | | | | | |
| Post-Production | | | | | |
| 801 | Editing | $48,104 | ($48,104) | $0 | Not incremental |
| | | | | | |
| Administration | | | | | |
| 910 | Administration | $250 | | $250 | |
| | | | | | |
| Total | | $935,277 | ($116,038) | $819,239 | |

**Material Relied Upon:** PX 535, UCP018225; PX 536, UCP018223; PX 537, UCP018224; PX 538, UCP000001; PX 540, UCP018222; PX 547, UCP036901; PX 553, UCP004048-4075; Discussions with Randi Richmond, BJ Markus, and Eric Gray

**Why Testimony is Relevant:** Extra expenses are relevant to calculating Plaintiffs' damages.

## B3: Extra Expenses – New Mexico All Series

**Extra Expenses - New Mexico All Series**

| MAJMN | Description | Expenses | Exclude | Extra Expenses | Note |
|---|---|---|---|---|---|
| **Above-the-Line** | | | | | |
| 600 | Producers | $50,000 | | $50,000 | |
| 610 | Story | $63 | | $63 | |
| 630 | Cast | $31,078 | | $31,078 | |
| 670 | Casting/Other | $541 | ($541) | $0 | Not incremental |
| 680 | Travel/Living | $35,238 | | $35,238 | |
| 690 | Fringes | $642 | | $642 | |
| Subtotal | | $117,561 | ($541) | $117,020 | |
| **Below-the-Line** | | | | | |
| 715 | Art Direction | $13,679 | | $13,679 | |
| 720 | Construction | $764,512 | | $764,512 | |
| 721 | Set Strike | $1,015 | | $1,015 | |
| 725 | Grip/Set Operation | $29,496 | | $29,496 | |
| 730 | Electrical | $1,590 | | $1,590 | |
| 740 | Additional Shooting Unit | $621,785 | | $621,785 | |
| 745 | Set Dressing | $173,889 | | $173,889 | |
| 750 | Property | $45,759 | | $45,759 | |
| 755 | Wardrobe | $9,255 | | $9,255 | |
| 765 | Prod. Sound | $2,282 | | $2,282 | |
| 770 | Transportation | $65,824 | | $65,824 | |
| 775 | Locations | $364,589 | ($8,036) | $356,553 | Telephone not incremental |
| 780 | Visual Effects | $92,318 | | $92,318 | |
| 795 | Fringes | $282,888 | | $282,888 | |
| 796 | Studio Stages | $223,421 | | $223,421 | |
| Subtotal | | $2,692,303 | ($8,036) | $2,684,267 | |
| **Post-Production** | | | | | |
| 801 | Editing | $90,910 | ($90,910) | $0 | Not incremental |
| 802 | Composer | $10,000 | ($10,000) | $0 | Not incremental |
| 805 | Main Titles | $28,500 | ($28,500) | $0 | Not incremental |
| Subtotal | | $129,410 | ($129,410) | $0 | |
| **Administration** | | | | | |
| 910 | Administration | $78,768 | ($25,000) | $53,768 | Keshet fee not incremental |
| Total | | $3,018,042 | ($162,986) | $2,855,056 | |

**Materials Relied Upon:** PX 535, UCP018225; PX 536, UCP018223; PX 537, UCP018224; PX 538, UCP000001; PX 540, UCP018222; PX 547, UCP036901; PX 553, UCP004048-4075; Discussions with Randi Richmond, BJ Markus, and Eric Gray

**Why Testimony is Relevant:** Extra expenses are relevant to calculating Plaintiffs' damages.

## B4: Extra Expenses – New Mexico Compensation

### Extra Expenses - New Mexico Compensation

| Cast Member | Episode | Actual Compensation | | | | | Israel | Extra |
| | | Actual Salary | Overtime | SGA PH&W[1] | Payroll Tax (U.S.)[2] | Total | Salary | Difference |
|---|---|---|---|---|---|---|---|---|
| "GOLAN" - Ori Pfeffer | 1002 | $21,000 | $110 | $3,255 | $3,167 | $27,532 | $20,307 | $7,225 |
| | 1003 | $21,000 | $60 | $3,255 | $3,159 | $27,474 | $20,307 | $7,167 |
| | 1004 | $21,000 | $3,185 | $3,255 | $3,628 | $31,068 | $20,307 | $10,761 |
| | 1005 | $21,000 | $0 | $3,255 | $3,150 | $27,405 | $20,307 | $7,098 |
| | 1006 | $21,000 | $60 | $3,255 | $3,159 | $27,474 | $20,307 | $7,167 |
| | | $105,000 | $3,415 | $16,275 | $16,262 | $140,952 | $101,535 | $39,417 |
| "FAYE" - Angela Bettis | 1002 | $20,000 | $85 | $3,100 | $3,013 | $26,198 | $15,000 | $11,198 |
| | 1003 | $20,000 | $45 | $3,100 | $3,007 | $26,152 | $15,000 | $11,152 |
| | 1004 | $20,000 | $0 | $3,100 | $3,000 | $26,100 | $15,000 | $11,100 |
| | 1005 | $20,000 | $60 | $3,100 | $3,009 | $26,169 | $15,000 | $11,169 |
| | 1006 | $20,000 | $0 | $3,100 | $3,000 | $26,100 | $15,000 | $11,100 |
| | | $100,000 | $190 | $15,500 | $15,029 | $130,719 | $75,000 | $55,719 |
| "EMMA" - Alison Sudol | 1002 | $20,000 | $0 | $775 | $3,000 | $23,775 | $15,000 | $8,775 |
| | 1003 | $20,000 | $25 | $775 | $3,004 | $23,804 | $15,000 | $8,804 |
| | 1004 | $20,000 | $0 | $775 | $3,000 | $23,775 | $15,000 | $8,775 |
| | 1005 | $20,000 | $0 | $775 | $3,000 | $23,775 | $15,000 | $8,775 |
| | 1006 | $20,000 | $0 | $775 | $3,000 | $23,775 | $15,000 | $8,775 |
| | | $100,000 | $25 | $3,875 | $15,004 | $118,904 | $75,000 | $43,904 |
| "JOSH" - Zen McGrath | 1002 | $20,000 | $0 | $1,550 | $3,000 | $24,550 | $10,000 | $14,550 |
| | 1003 | $20,000 | $60 | $1,550 | $3,009 | $24,619 | $10,000 | $14,619 |
| | 1004 | $20,000 | $0 | $1,550 | $3,000 | $24,550 | $10,000 | $14,550 |
| | 1005 | $20,000 | $0 | $1,550 | $3,000 | $24,550 | $10,000 | $14,550 |
| | 1006 | $20,000 | $0 | $1,550 | $3,000 | $24,550 | $10,000 | $14,550 |
| | | $100,000 | $60 | $7,750 | $15,009 | $122,819 | $50,000 | $72,819 |
| Total | | $405,000 | $3,690 | $43,400 | $61,304 | $513,394 | $301,535 | $211,859 |

[1] SAG Pension Health & Welfare   15.5%

[2] U.S. Payroll Tax   15.0%

**Materials Relied Upon:** PX 535, UCP018225; PX 536, UCP018223; PX 537, UCP018224; PX 538, UCP000001; PX 540, UCP018222; PX 547, UCP036901; PX 553, UCP004048-4075; Discussions with Randi Richmond, BJ Markus, and Eric Gray

**Why Testimony is Relevant:** Extra expenses are relevant to calculating Plaintiffs' damages.

## C1: Summary of Extra Expenses – Croatia

### Summary of Extra Expenses - Croatia

| | |
|---|---|
| All Expenses other than Paid-in-Israel | $2,643,457 |
| Less Non-Incremental Expenses | ($3,808) |
| Subtotal of Above | $2,639,648 |
| | |
| Less Cast, Stunts and Fringes | ($129,965) |
| Subtotal of Above | $2,509,684 |
| | |
| Plus Paid-in-Israel Expenses | $49,980 |
| Subtotal of Above | $2,559,664 |
| | |
| Less Episode 2 - 6 Shooting Expense | ($873,321) |
| | |
| Extra Prep, Wrap and All Series Expenses | $1,686,343 |
| | |
| Extra Compensation Expenses | $42,761 |
| | |
| Total | $1,729,104 |

**Materials Relied Upon:** PX 535, UCP018225; PX 536, UCP018223; PX 537, UCP018224; PX 538, UCP000001; PX 540, UCP018222; PX 547, UCP036901; PX 553, UCP004048-4075; Discussions with Randi Richmond, BJ Markus, and Eric Gray

**Why Testimony is Relevant:** Extra expenses are relevant to calculating Plaintiffs' damages.

47

## C2: Extra Expenses - Croatia Prep, Wrap & All Series and Extra Compensation

### Extra Expenses - Croatia Prep, Wrap & All Series and Extra Compensation

| MAJMN | Description | Expenses | Exclude | Extra Prep, Wrap & All Series | Extra Travel Compensation | Note |
|---|---|---|---|---|---|---|
| **Above-the-Line** | | | | | | |
| 600 | Producers | $82,962 | | $82,962 | | |
| 630 | Cast | $97,457 | ($97,457) | $0 | $25,195 | Not incremental other than extra travel days |
| 660 | Stunts | $11,726 | ($11,726) | $0 | $6,461 | Not incremental other than extra travel days |
| 670 | Casting/Other | $25,322 | | $25,322 | | |
| 680 | Travel/Living | $106,094 | | $106,094 | | |
| 690 | Fringes | $20,781 | ($20,781) | $0 | $11,105 | Not incremental other than extra travel days |
| Subtotal | | $344,342 | ($129,965) | $214,377 | $42,761 | |
| **Below-the-Line** | | | | | | |
| 700 | Extras | $33,910 | | $33,910 | | |
| 705 | Prod. Staff | $121,763 | | $121,763 | | |
| 710 | Camera | $226,305 | | $226,305 | | |
| 715 | Art Direction | $32,174 | | $32,174 | | |
| 720 | Construction | $79,123 | | $79,123 | | |
| 725 | Grip/Set Operation | $66,863 | | $66,863 | | |
| 730 | Electrical | $82,243 | | $82,243 | | |
| 735 | Special Effects | $11,316 | | $11,316 | | |
| 740 | Additional Shooting Unit | $7,578 | | $7,578 | | |
| 745 | Set Dressing | $70,775 | | $70,775 | | |
| 750 | Property | $84,827 | | $84,827 | | |
| 755 | Wardrobe | $27,991 | | $27,991 | | |
| 760 | Make Up & Hair | $17,340 | | $17,340 | | |
| 765 | Prod. Sound | $19,969 | | $19,969 | | |
| 770 | Transportation | $430,174 | | $430,174 | | |
| 775 | Locations | $655,595 | | $655,595 | | |
| 795 | Fringes | $100,438 | | $100,438 | | |
| Subtotal | | $2,068,383 | $0 | $2,068,383 | | |
| **Administration** | | | | | | |
| 910 | Administration | $226,924 | | $226,924 | | |
| Total | | $2,639,648 | ($129,965) | $2,509,684 | $42,761 | |

**Materials Relied Upon:** PX 535, UCP018225; PX 536, UCP018223; PX 537, UCP018224; PX 538, UCP000001; PX 540, UCP018222; PX 547, UCP036901; PX 553, UCP004048-4075; Discussions with Randi Richmond, BJ Markus, and Eric Gray

**Why Testimony is Relevant:** Extra expenses are relevant to calculating Plaintiffs' damages.

## C3: Croatia Shoot Expenses

### Croatia Shoot Expenses

| | | |
|---|---|---|
| Daily Shoot Budget | | $88,638 |
| Adjusted Daily Shoot Expenses [1] | 75.8% | $67,179 |
| Number of Days | | 13 |
| Total Shoot Expenses | | $873,321 |

[1] Adjustment between Actual and Budget

| | |
|---|---|
| Total Expenses | $2,643,457 |
| Total Budget | $3,487,871 |
| Ratio | 75.8% |

Sources:
UCP018222 - CONFIDENTIAL
Dig Croatia (06 24 16 Cost Report)(UCP018224-CONFIDENTIAL)
DIG - CROATIA Cost Report 11 TOPSHEET - PE 06242016(UCP018223-CONFIDENTIAL)
Ledger Detail (17.54-01002 thru 01006, 01080,01085,01086,01088)(UCP018225-CONFIDENTIAL)

**Materials Relied Upon:** PX 535, UCP018225; PX 536, UCP018223; PX 537, UCP018224; PX 538, UCP000001; PX 540, UCP018222; PX 547, UCP036901; PX 553, UCP004048-4075; Discussions with Randi Richmond, BJ Markus, and Eric Gray

**Why Testimony is Relevant:** Shoot expenses are relevant to calculating Plaintiffs' damages.

## C4: Croatia - Daily Shoot Budget

**Croatia - Daily Shoot Budget**

| Account | Category Description | HRK Amount | USD Amount |
|---|---|---|---|
| **Above-the-Line** | | | |
| 600-00 | PRODUCERS | 9,830 | $1,725 |
| 630-00 | ACTORS/PERFORMERS | 0 | $0 |
| 660-00 | STUNTS | 0 | $0 |
| 670-00 | CASTING & OTHER STAFF | 6,480 | $1,137 |
| 680-00 | ATL TRAVEL & LIVING | 0 | $0 |
| 690-00 | ABOVE-THE-LINE FRINGES | 2,502 | $439 |
| Subtotal | ABOVE-THE-LINE TOTAL | 18,812 | $3,300 |
| **Before-the-Line** | | | |
| 700-00 | EXTRA TALENT | 0 | $0 |
| 705-00 | PRODUCTION STAFF | 16,060 | $2,818 |
| 710-00 | CAMERA | 70,098 | $12,298 |
| 715-00 | ART DIRECTION | 5,104 | $895 |
| 720-00 | SET CONSTRUCTION | 21,761 | $3,818 |
| 725-00 | GRIPS/SET OPERATIONS | 23,117 | $4,056 |
| 730-00 | ELECTRIC | 34,986 | $6,138 |
| 735-00 | SPECIAL EFFECTS | 0 | $0 |
| 740-00 | ADDITIONAL UNITS | 0 | $0 |
| 745-00 | SET DRESSING | 22,613 | $3,967 |
| 750-00 | PROPERTY | 9,817 | $1,722 |
| 755-00 | WARDROBE | 11,301 | $1,983 |
| 760-00 | MAKEUP & HAIR | 8,646 | $1,517 |
| 765-00 | PRODUCTION SOUND | 7,460 | $1,309 |
| 770-00 | TRANSPORTATION | 78,360 | $13,747 |
| 775-00 | LOCATIONS | 154,464 | $27,099 |
| 795-00 | BELOW-THE-LINE FRINGES | 22,636 | $3,971 |
| Subtotal | BELOW-THE-LINE TOTAL | 486,423 | $85,337 |
| **Other** | | | |
| 910-00 | ADMINISTRATION | 0 | $0 |
| 920-00 | PUBLICITY | 0 | $0 |
| Subtotal | OTHER COSTS TOTAL | 0 | $0 |
| **Total** | | 505,235 | $88,638 |

Source: UCP018222 - CONFIDENTIAL

**Materials Relied Upon:** PX 535, UCP018225; PX 536, UCP018223; PX 537, UCP018224; PX 538, UCP000001; PX 540, UCP018222; PX 547, UCP036901; PX 553, UCP004048-4075; Discussions with Randi Richmond, BJ Markus, and Eric Gray

**Why Testimony is Relevant:** Daily shoot budgets are relevant to calculating Plaintiffs' damages.

**Schedules from Supplemental Report:**

**A1-R: Summary of Claims for Extra Expenses**

**Summary of Claim for Extra Expenses**
Updated 5/5/17

**New Mexico**

| | |
|---|---|
| Prep Extra Expenses | $1,477,588 |
| Wrap Extra Expenses | $819,239 |
| All Series Extra Expenses | $2,855,056 |
| Compensation Extra Expenses | $174,397 |
| Subtotal | $5,326,280 |

**Croatia**

| | |
|---|---|
| Prep, Wrap & All Series Extra Expenses | $1,686,343 |
| Compensation Extra Expenses | $42,761 |
| Subtotal | $1,729,104 |

**Israel Push Expenses** [1]

| | |
|---|---|
| Israel Crew | $31,716 |
| Other Personnel | $24,912 |
| Subtotal | $56,627 |

| | |
|---|---|
| Total | $7,112,011 |

[1] Extra expenses for personnel In Israel for one week period
while production was on hold

**Materials Relied Upon:** PX 535, UCP018225; PX 536, UCP018223; PX 537, UCP018224; PX 538, UCP000001; PX 540, UCP018222; PX 541, UCP035215; PX 542, UCP035216; PX 547, UCP036901; PX 553, UCP004048-4075; PX 602, UCP035217-35238; Discussions with Randi Richmond, BJ Markus, and Eric Gray

**Why Testimony is Relevant:** Extra expenses are relevant to calculating Plaintiffs' damages.

## B4-R: Extra Expenses – New Mexico Compensation

**Extra Expenses - New Mexico Compensation**
Updated 5/5/17

| Cast Member | Episode | Actual Compensation | | | | | Compensation if Produced in Israel | | | | Difference |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Actual Salary | Overtime | SAG PH&W[1] | Payroll Tax (U.S.)[2] | Total | Salary | SAG PH&W[1] | Payroll Tax/Fee | Total | Extra Comp. |
| "GOLAN" - Ori Pfeffer | 1002 | $21,000 | $110 | $3,255 | $1,746 | $26,111 | $20,307 | $0 | | $20,307 | $5,804 |
| | 1003 | $21,000 | $60 | $3,255 | $1,636 | $25,951 | $20,307 | $0 | | $20,307 | $5,644 |
| | 1004 | $21,000 | $3,185 | $3,255 | $1,634 | $29,074 | $20,307 | $0 | | $20,307 | $8,767 |
| | 1005 | $21,000 | $0 | $3,255 | $1,628 | $25,883 | $20,307 | $0 | | $20,307 | $5,576 |
| | 1006 | $21,000 | $60 | $3,255 | $619 | $24,934 | $20,307 | $0 | | $20,307 | $4,627 |
| | | $105,000 | $3,415 | $16,275 | $7,263 | $131,953 | $101,535 | $0 | | $101,535 | $30,418 |
| "FAYE" - Angela Bettis | 1002 | $20,000 | $85 | $3,100 | $1,640 | $24,825 | $15,000 | $2,325 | $1,393 [3] | $18,718 | $6,107 |
| | 1003 | $20,000 | $45 | $3,100 | $1,640 | $24,785 | $15,000 | $2,325 | $1,393 [3] | $18,718 | $6,067 |
| | 1004 | $20,000 | $0 | $3,100 | $1,640 | $24,740 | $15,000 | $2,325 | $1,393 [3] | $18,718 | $6,022 |
| | 1005 | $20,000 | $60 | $3,100 | $1,682 | $24,842 | $15,000 | $2,325 | $1,393 [3] | $18,718 | $6,124 |
| | 1006 | $20,000 | $0 | $3,100 | $1,640 | $24,740 | $15,000 | $2,325 | $1,393 [3] | $18,718 | $6,022 |
| | | $100,000 | $190 | $15,500 | $8,243 | $123,933 | $75,000 | $11,625 | $6,965 | $93,590 | $30,343 |
| "EMMA" - Alison Sudol | 1002 | $20,000 | $0 | $3,100 | $1,488 | $24,588 | $15,000 | $2,325 | | $17,325 | $7,263 |
| | 1003 | $20,000 | $25 | $3,100 | $1,394 | $24,519 | $15,000 | $2,325 | | $17,325 | $7,194 |
| | 1004 | $20,000 | $0 | $3,100 | $1,394 | $24,494 | $15,000 | $2,325 | | $17,325 | $7,169 |
| | 1005 | $20,000 | $0 | $3,100 | $1,394 | $24,494 | $15,000 | $2,325 | | $17,325 | $7,169 |
| | 1006 | $20,000 | $0 | $3,100 | $1,488 | $24,588 | $15,000 | $2,325 | | $17,325 | $7,263 |
| | | $100,000 | $25 | $15,500 | $7,159 | $122,684 | $75,000 | $11,625 | | $86,625 | $36,059 |
| "JOSH" - Zen McGrath | 1002 | $20,000 | $0 | $3,100 | $3,410 | $26,510 | $10,000 | $0 | $137 [4] | $10,137 | $16,373 |
| | 1003 | $20,000 | $60 | $3,100 | $2,458 | $25,618 | $10,000 | $0 | $137 [4] | $10,137 | $15,481 |
| | 1004 | $20,000 | $0 | $3,100 | $2,278 | $25,378 | $10,000 | $0 | $137 [4] | $10,137 | $15,241 |
| | 1005 | $20,000 | $0 | $3,100 | $2,278 | $25,378 | $10,000 | $0 | $137 [4] | $10,137 | $15,241 |
| | 1006 | $20,000 | $0 | $3,100 | $2,278 | $25,378 | $10,000 | $0 | $137 [4] | $10,137 | $15,241 |
| | | $100,000 | $60 | $15,500 | $12,703 | $128,263 | $50,000 | $0 | $685 | $50,685 | $77,578 |
| Total | | $405,000 | $3,690 | $62,775 | $35,367 | $506,832 | $301,535 | $23,250 | $7,650 | $332,435 | $174,397 |

[1] Pension Health & Welfare   15.5%
[2] Actual Payroll Tax per Entertainment Partners
[3] Payroll Tax - Hired as individual, not through loan out company
[4] Payroll handling fee

EXHIBIT 272 5-15-17 WUNDERLICH - J Lori Solas, RPR, CSR 4811   B4-R

Confidential - Attorney's Eyes Only

**Materials Relied Upon:** PX 535, UCP018225; PX 536, UCP018223; PX 537, UCP018224; PX 538, UCP000001; PX 540, UCP018222; PX 541, UCP035215; PX 547, UCP036901; PX 553, UCP004048-4075; Discussions with Randi Richmond, BJ Markus, and Eric Gray

**Why Testimony is Relevant:** Extra expenses are relevant to calculating Plaintiffs' damages.

## F1: Extra Expenses – Israel Push Costs

**Extra Expenses - Israel Push Costs**

Extra Expenses for Period while Production was on Hold

| | | | Amount Local Currency | Currency Conversion | Amount USD |
|---|---|---|---|---|---|
| **Israel Crew Compensation (NIS)** | | | NIS [1] | | |
| Payroll (1 week) | | | 109,419 | 3.45 | $31,716 |
| | | | | | |
| **Other Compensation & Benefits (CAD)** | | | CAD [2] | | |
| Pinnacle Pictures f/s/o David Forsyth (CAD) | | | 3,887 | | |
| Penelope Williams (CAD) | | | 2,600 | | |
| P.O.O. Films f/s/o Pierre Quellet (CAD) | | | 1,288 | | |
| Veritas Construction Ont. Inc. f/s/o William Vance (CAD) | | | 3,955 | | |
| Canadian Fringes (CAD) | | | 1,044 | | |
| Subtotal | | | 12,774 | 1.10 | $11,624 |
| | | | | | |
| **Other Compensation & Benefits (USD)** | | | USD | | |
| Meryle Selinger | | | 3,640 | | |
| Christine Sanders | | | 2,184 | | |
| Fringes for Meryle Selinger & Christine Sanders @ 32% | 32% | | 1,864 | | |
| Per Diem (5 person @ $420/wk) [3] | 420 | 5 | 2,100 | | |
| Car rental, taxis, fuel @ $500 day @ 7 days | 500 | 7 | 3,500 | | |
| Subtotal | | | 13,288 | n.a. | $13,288 |
| | | | | | |
| Total | | | | | $56,627 |

[1] New Israeli Shekel (NIS)

[2] Canadian Dollar (CAD)

[3] David Forsyth, Penelope Williams, Pierre Quellet, William Vance, and Christine Sanders

**Materials Relied Upon:** PX 535, UCP018225; PX 536, UCP018223; PX 537, UCP018224; PX 538, UCP000001; PX 540, UCP018222; PX 542, UCP035216; PX 547, UCP036901; PX 553, UCP004048-4075; Discussions with Randi Richmond, BJ Markus, and Eric Gray

**Why Testimony is Relevant:** Extra expenses are relevant to calculating Plaintiffs' damages.

## F2: Israel Salaries

**Israel Salaries**
**4 Weeks - New Israeli Shekels (NIS)**

| ID | Expense Account | Dept. | Department | Account | Item | Created | Amount (NIS) | Document | Origin Doc |
|----|----|----|----|----|----|----|----|----|----|
| 1 | UNIT PRODUCTION MANAGER | 97 | HIATUS/HOLIDAY | 1171005531 | payroll 1-15.7.14 | 7/27/14 | 17,600.00 | 710170.1402168 | K0651 |
| 2 | TRANSPORTATION COORD/CAPT | 97 | HIATUS/HOLIDAY | 1171006178 | payroll 01-13-7.14 | 7/30/14 | 4,695.00 | 710170.1402278 | K0690 |
| 3 | SECRETARY TO DIRECTOR | 101 | PILOT | 1171005536 | payroll 01-14.7.14 | 7/24/14 | 4,244.00 | 710170.1402114 | K0633 |
| 4 | location manager/assist | 97 | HIATUS/HOLIDAY | 1171005611 | payroll 01-15.7.14 | 7/20/14 | 10,800.00 | 710170.1401876 | K0560 |
| 5 | PRODUCTION COORDINATOR&assistant | 97 | HIATUS/HOLIDAY | 1171005544 | payroll 01-15.7.14 | 7/21/14 | 4,695.00 | 710170.1401989 | K0597 |
| 6 | UNIT PRODUCTION MANAGER | 95 | PREP | 1171006103 | payroll 06-15.7.14 | 7/16/14 | 31,200.00 | 710170.1401789 | K0537 |
| 7 | PRODUCTION COORDINATOR&assistant | 97 | HIATUS/HOLIDAY | 1171005599 | payroll 07.14 | 7/31/14 | 6,696.00 | 710170.1402342 | K0701-1 |
| 8 | ART DIRECTOR | 98 | WRAP | 1171006224 | payroll 07.14 | 9/4/14 | 565.00 | 710170.1402815 | K0919 |
| 9 | TRANSPORTATION COORD/CAPT | 97 | HIATUS/HOLIDAY | 1171005956 | payroll 07.2014 | 7/14/14 | 13,200.00 | 710170.1401657 | K0499 |
| 10 | assistant producers | 97 | HIATUS/HOLIDAY | 1171006083 | payroll 07.2014 | 7/14/14 | 1,500.00 | 710170.1401698 | K0510 |
| 11 | TRANSPORTATION COORD/CAPT | 97 | HIATUS/HOLIDAY | 1171005614 | payroll 07.2014 | 7/20/14 | 10,800.00 | 710170.1401904 | K0578 |
| 12 | PROP LABOR | 97 | HIATUS/HOLIDAY | 1171005552 | payroll 07.2014 | 7/21/14 | 11,400.00 | 710170.1401974 | K0588 |
| 13 | assistant producers | 97 | HIATUS/HOLIDAY | 1171005586 | payroll 07.2014 | 7/24/14 | 978.00 | 710170.1402113 | K0632 |
| 14 | SCRIPT SUPERVISOR | 97 | HIATUS/HOLIDAY | 1171005740 | payroll 07.2014 | 7/24/14 | 4,800.00 | 710170.1402116 | K0635 |
| 15 | location manager/assist | 97 | HIATUS/HOLIDAY | 1171006163 | payroll 07.2014 | 7/24/14 | 10,000.00 | 710170.1402122 | K0641-1 |
| 16 | CONSTRUCTION LABOR | 101 | PILOT | 1171005550 | payroll 07.2014 | 7/29/14 | 5,000.00 | 710170.1402224 | K0672 |
| 17 | location manager/assist | 97 | HIATUS/HOLIDAY | 1171005648 | payroll 07.2014 | 7/29/14 | 5,100.00 | 710170.1402238 | K0680 |
| 18 | SWING GANG | 97 | HIATUS/HOLIDAY | 1171005919 | payroll 07.2014 | 7/29/14 | 1,300.00 | 710170.1402240 | K0682-1 |
| 19 | PRODUCTION COORDINATOR&assistant | 98 | WRAP | 1171005599 | payroll 07.2014 | 7/31/14 | 2,000.00 | 710170.1402342 | K0701-1 |
| 20 | UNIT PRODUCTION MANAGER | 98 | WRAP | 1171005722 | payroll 07.2014 | 7/31/14 | 1,750.00 | 710170.1402344 | K0703-1 |
| 21 | COSTUME DESIGNER | 97 | HIATUS/HOLIDAY | 1171005503 | payroll 07.2014 | 7/31/14 | 7,500.00 | 710170.1402346 | K0706 |
| 22 | COSTUMERS | 97 | HIATUS/HOLIDAY | 1171005503 | payroll 07.2014 | 7/31/14 | 7,000.00 | 710170.1402346 | K0706 |
| 23 | UNIT PRODUCTION MANAGER | 98 | WRAP | 1171005543 | payroll 07.2014 | 7/31/14 | 6,400.00 | 710170.1402350 | K0708-1 |
| 24 | UNIT PRODUCTION MANAGER | 97 | HIATUS/HOLIDAY | 1171005543 | payroll 07.2014 | 7/31/14 | 6,400.00 | 710170.1402350 | K0708-1 |
| 25 | SWING GANG | 101 | PILOT | 1171005639 | payroll 07.2014 end | 7/10/14 | 3,600.00 | 710170.1401576 | K0454 |
| 26 | SWING GANG | 97 | HIATUS/HOLIDAY | 1171005615 | payroll 07.2014 end | 7/14/14 | 800.00 | 710170.1401647 | K0491-1 |
| 27 | SWING GANG | 96 | ALL SERIES | 1171005615 | payroll 07.2014 end | 7/14/14 | 4,000.00 | 710170.1401647 | K0491-1 |
| 28 | SWING GANG | 101 | PILOT | 1171005534 | payroll 07.2014 end | 7/23/14 | 3,600.00 | 710170.1402054 | K0458 |
| 29 | LEGAL COSTS/ACCOUNTING | 96 | ALL SERIES | 1171005515 | payroll 07/14 | 9/2/14 | 20,000.00 | 710170.1402772 | K0781 |
| 30 | ASST PRODUCTION ACCOUNTANT | 97 | HIATUS/HOLIDAY | 1171005609 | payroll 1-15.7.14 | 7/16/14 | 3,183.00 | 710170.1401785 | K0527 |
| 31 | assistant producers | 97 | HIATUS/HOLIDAY | 1171005564 | payroll 1-15.7.14 | 7/16/14 | 4,603.00 | 710170.1401786 | K0528 |
| 32 | CONSTRUCTION LABOR | 101 | PILOT | 1171005841 | payroll 1-15.7.14 | 7/16/14 | 2,400.00 | 710170.1401787 | K0533 |
| 33 | DRAFSMEN\SKETCH ARTISTS | 97 | HIATUS/HOLIDAY | 1171005578 | payroll 1-15.7.14 | 7/16/14 | 7,774.00 | 710170.1401788 | K0535 |
| 34 | SWING GANG | 97 | HIATUS/HOLIDAY | 1171005955 | payroll 1-15.7.14 | 7/16/14 | 10,800.00 | 710170.1401790 | K0539-1 |
| 35 | SPECIAL EFFECTS man | 97 | HIATUS/HOLIDAY | 1171005920 | payroll 1-15.7.14 | 7/16/14 | 21,600.00 | 710170.1401797 | K0546 |

## F2 (cont.): Israel Salaries

### Israel Salaries
4 Weeks - New Israeli Shekels (NIS)

| ID | Expense Account | Dept. | Department | Account | Item | Created | Amount (NIS) | Document | Origin Doc |
|----|-----------------|-------|------------|---------|------|---------|-------------|----------|------------|
| 36 | DRAFSMEN\SKETCH ARTISTS | 97 | HIATUS/HOLIDAY | 1171005545 | payroll 1-15.7.14 | 7/16/14 | 4,430.00 | 710170.1401799 | K0548 |
| 37 | LAMP OPERATORS | 97 | HIATUS/HOLIDAY | 1171005675 | payroll 1-15.7.14 | 7/16/14 | 1,100.00 | 710170.1401821 | K0540 |
| 38 | PROP LABOR | 97 | HIATUS/HOLIDAY | 1171005613 | payroll 1-15.7.14 | 7/17/14 | 6,000.00 | 710170.1401861 | K0530 |
| 39 | SWING GANG | 97 | HIATUS/HOLIDAY | 1171005739 | payroll 1-15.7.14 | 7/20/14 | 1,200.00 | 710170.1401866 | K0531 |
| 40 | SWING GANG | 97 | HIATUS/HOLIDAY | 1171005848 | payroll 1-15.7.14 | 7/20/14 | 8,400.00 | 710170.1401867 | K0538 |
| 41 | SWING GANG | 97 | HIATUS/HOLIDAY | 1171005549 | payroll 1-15.7.14 | 7/20/14 | 6,300.00 | 710170.1401872 | K0555 |
| 42 | PRODUCTION COORDINATOR&assistant | 97 | HIATUS/HOLIDAY | 1171005766 | payroll 1-15.7.14 | 7/20/14 | 2,278.60 | 710170.1401873 | K0557 |
| 43 | location manager/assist | 97 | HIATUS/HOLIDAY | 1171005957 | payroll 1-15.7.14 | 7/20/14 | 4,912.00 | 710170.1401874 | K0558 |
| 44 | location manager/assist | 101 | PILOT | 1171005596 | payroll 1-15.7.14 | 7/20/14 | 4,860.60 | 710170.1401976 | K0561 |
| 45 | ART DIRECTOR | 97 | HIATUS/HOLIDAY | 1171005581 | payroll 1-15.7.14 | 7/21/14 | 5,000.00 | 710170.1401975 | K0589 |
| 46 | assistant producers | 97 | HIATUS/HOLIDAY | 1171005586 | payroll 1-15.7.14 | 7/21/14 | 3,750.00 | 710170.1401976 | K0590 |
| 47 | WARDROBE SUPERVISOR | 101 | PILOT | 1171005633 | payroll 1-15.7.14 | 7/23/14 | 7,800.00 | 710170.1402071 | K0532 |
| 48 | PRODUCTION COORDINATOR&assistant | 97 | HIATUS/HOLIDAY | 1171005533 | payroll 1-15.7.14 | 7/23/14 | 5,454.54 | 710170.1402092 | K0627 |
| 49 | 2ND ASSISTANT DIRECTOR | 97 | HIATUS/HOLIDAY | 1171005632 | payroll 1-15.7.14 | 7/30/14 | 8,450.00 | 710170.1402288 | K0529 |
| 50 | location manager/assist | 97 | HIATUS/HOLIDAY | 1171005634 | payroll 1-15.7.14 | 8/18/14 | 7,043.00 | 710170.1402628 | K0549 |
| 51 | location manager/assist | 97 | HIATUS/HOLIDAY | 1171005598 | payroll 1-15.7\.14 | 7/20/14 | 7,272.70 | 710170.1401879 | K0563 |
| 52 | UNIT PRODUCTION MANAGER | 97 | HIATUS/HOLIDAY | 1171005722 | payroll 1-31.7.14 | 7/31/14 | 5,250.00 | 710170.1402344 | K0703-1 |
| 53 | GUEST CAST | 101 | PILOT | 1171006194 | payroll 15.7 | 8/3/14 | 800.00 | 710170.1402361 | K0718 |
| 54 | PRODUCTION COORDINATOR&assistant | 98 | WRAP | 1171005533 | payroll 15-31.7.14 | 8/3/14 | 5,454.54 | 710170.1402360 | K0716 |
| 55 | UNIT PRODUCTION MANAGER | 98 | WRAP | 1171005531 | payroll 15-31.7.14 | 8/7/14 | 16,000.00 | 710170.1402410 | k0750-1 |
| 56 | UNIT PRODUCTION MANAGER | 97 | HIATUS/HOLIDAY | 1171005531 | payroll 15-31.7.14 | 8/7/14 | 1,600.00 | 710170.1402410 | k0750-1 |
| 57 | ART DIRECTOR | 97 | HIATUS/HOLIDAY | 1171005581 | payroll 16-17.07.2014 | 8/10/14 | 834.00 | 710170.1402440 | K0764-1 |
| 58 | assistant producers | 98 | WRAP | 1171005564 | payroll 16-24-7.14 | 7/30/14 | 2,685.00 | 710170.1402276 | K0688 |
| 59 | ART DIRECTOR | 97 | HIATUS/HOLIDAY | 1171006015 | payroll 16-31.7.14 | 8/3/14 | 3,600.00 | 710170.1402375 | K0721-1 |
| 60 | ART DIRECTOR | 98 | WRAP | 1171006015 | payroll 16-31.7.14 | 8/3/14 | 18,000.00 | 710170.1402375 | K0721-1 |
| 61 | PRODUCTION COORDINATOR&assistant | 98 | WRAP | 1171005544 | payroll 16-31.7.14 | 8/5/14 | 2,878.00 | 710170.1402386 | K0733-1 |
| 62 | PRODUCTION COORDINATOR&assistant | 97 | HIATUS/HOLIDAY | 1171005544 | payroll 16-31.7.14 | 8/5/14 | 1,440.00 | 710170.1402386 | K0733-1 |
| 63 | ART DIRECTOR | 98 | WRAP | 1171005509 | payroll 24-31.7.14 | 8/5/14 | 10,800.00 | 710170.1402387 | K0734 |
| 64 | ART DIRECTOR | 96 | ALL SERIES | 1171006015 | payroll 29.6-15.7.14 | 7/27/14 | 26,100.00 | 710170.1402178 | K0654 |

Total for 4 Weeks — 437,675.98

Compensation per Week — 109,419.00

**Materials Relied Upon:** PX 535, UCP018225; PX 536, UCP018223; PX 537, UCP018224; PX 538, UCP000001; PX
540, UCP018222; PX 542, UCP035216; PX 547, UCP036901; PX 553, UCP004048-4075; Discussions with Randi
Richmond, BJ Markus, and Eric Gray.

**Why Testimony is Relevant:** Salaries are relevant to calculating Plaintiffs' damages.

1

DATED:   January 23, 2020

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

KALPANA SRINIVASAN
JACOB W. BUCHDAHL
AMANDA K. BONN
CATRIONA LAVERY
CHELSEA V. SAMUELS
SUSMAN GODFREY L.L.P.

By:  */s/ Amanda  Bonn*
Amanda K. Bonn
*Attorneys for Plaintiffs*