| | |
|---|---|
| 1 | MARC J. SHRAKE (SBN 219331) |
|   | mshrake@fmglaw.com |
| 2 | FREEMAN MATHIS & GARY, LLP |
|   | 550 South Hope Street, Suite 2200 |
| 3 | Los Angeles, California 90071 |
|   | Telephone: (213) 615-7019 |
| 4 | Facsimile: (213) 615-7000 |
| 5 | CHRISTOPHER W. MARTIN *(Pro Hac Vice)* |
|   | martin@mdjwlaw.com |
| 6 | MELINDA R. BURKE *(Pro Hac Vice)* |
|   | burke@mdjwlaw.com |
| 7 | WILLIAM E. McMICHAEL *(Pro Hac Vice)* |
|   | mcmichael@mdiwlaw.com |
| 8 | MARTIN, DISIERE, JEFFERSON & WISDOM LLP |
| 9 | 9111 Cypress Waters Blvd., Suite 250 |
|   | Dallas, Texas 75019 |
| 10 | Telephone: (214) 420-5500 |
|   | Facsimile: (214) 420-5501 |
| 11 | |
| 12 | Attorneys for Defendant Atlantic Specialty Insurance Company |

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION**

| | |
|---|---|
| UNIVERSAL CABLE PRODUCTIONS LLC, a Delaware limited liability company, and NORTHERN ENTERTAINMENT PRODUCTIONS LLC, a Delaware limited liability company, <br><br> Plaintiffs, <br> vs. <br><br> ATLANTIC SPECIALTY INSURANCE COMPANY, a New York insurance company, <br><br> Defendant. | CASE NO. 2:16-cv-4435-PA-MRW <br><br> **DEFENDANT ATLANTIC SPECIALTY INSURANCE COMPANY'S NOTICE OF ERRATA REGARDING *EXHIBIT D* TO PROFFER OF EXPERT OPINION OF ASIC DAMAGE EXPERT SHANNON RUSNAK** <br><br> Hearing Date:   TBD <br><br> File Date: 6/20/2016 <br> Pre-Trial Conference: 1/17/2020 <br> Trial Date:   2/18/2020 |

///

///

///

///

-2-

1   PLEASE TAKE NOTICE that the previously filed Defendant Atlantic Specialty
2  Insurance Company's Written Proffer of Expert Opinion of ASIC Damage Expert
3  Shannon Rusnak, Docket Number 221, attached an incomplete version of Exhibit D
4  that was not intended to be filed.
5   The correct Exhibit D is attached and filed with this Notice.
6   Atlantic Specialty Insurance Company respectfully asks the Court to attach this
7  correct Exhibit D to Docket Number 221 and remove the other version of Exhibit D.
8
9  DATED: January 23, 2020          By:  /s/ Christopher W. Martin
10
                                    MARC J. SHRAKE
11                                  FREEMAN MATHIS & GARY, LLP
12                                          -and-
13                                  CHRISTOPHER W. MARTIN *(Pro Hac Vice)*
                                    MELINDA R. BURKE *(Pro Hac Vice)*
14                                  WILLIAM E. McMICHAEL *(Pro Hac Vice)*
                                    MARTIN, DISIERE, JEFFERSON
15                                  & WISDOM LLP
16                                  Attorneys for Defendant ATLANTIC
                                    SPECIALTY INSURANCE COMPANY
17
18
19
20
21
22
23
24
25
26
27
28

**Freeman Mathis & Gary, LLP**
Attorneys at Law