## Documents Relied On Shannon Rusnak and Statements (Depositions)

| BATES | DATE | TITLE | AUTHOR |
|---|---|---|---|
| UCP000001 | 08/31/16 | Cost Detail – DIG (Season One): Croatia 01080; Israel 01096; NM Prep 01085; NM Wrap 01088; NM All Series 01086; SAG Span; Top Sheet: DIG Extra Expense Insurance Claim | Plaintiff |
| UCP458 | 07/25/14 | Email from Markus to Garber Cc: Binke; Richmond; Ford; Markus Subject: Re: Dig - insurance claim | Markus |
| UCP1141-1147 | 01/14/14 | Letter(s) to the following from NBCUniversal: The Honorable Mickey; Ms. Anna Oliker, Adv; The Honorable Hilik Bar; The Honorable Dr. Uzi Landau; The Honorable Naftali Bennett; The Honorable Ron Huldai re: filming in Israel in financial incentives | Plaintiff |
| UCP1148-1151 | 02/19/14 | Email chain - Jay Footlik; Rick Smotkin; brachie@jerusalem.muni.il re: Following up Israeli government and Jerusalem municipality and willingness to invest in the production.. | Footlik |
| UCP1363 | 07/08/14 | Email from Paige Potter to Randi Richmond: subject NM Tax Credit | Potter |
| UCP1480-1481 | 07/14/14 | Email chain – Binke; Richmond; Markus; subject: DIG costs | Binke |
| UCP3732-34 | 12/06/14-12/10/13 | Exhibit 4 to Shapiro's Deposition: Email chain – Gaskin; Richmond; Winemaker; Greig: with attached: DIG Amort | Gaskin |
| UCP4504 | 08/11/16 | DIG - New Mexico Season 1 - Back 4 episodes | Plaintiff |
| UCP4506-4512 | 08/11/16 | Dig US: Cost Report – Summary/Detail NM AMORT 01086 COST RPT 9 – PE 08/11/2016 | Plaintiff |
| UCP4514-4515 | 08/06/16 | Dig US: Cost Report – Summary NM AMORT 01091 COST RPT 10 – PE 08/06/16 | Plaintiff |
| UCP4516-4520 | 08/06/16 | Dig US: Cost Report – Detail NM AMORT 01091 COST RPT 10 – PE 08/06/16 | Plaintiff |
| UCP4522-29 | 08/07/16 | Dig US: Cost Report - Summary/Detail NM PREP O 1085 COST RPT 8 - PE 08/07/16 | Plaintiff |
| UCP4531-4537 | 08/07/16 | Dig US: Cost Report – Summary/Detail NM WRAP 01088 COST RPT 9 – PE 08/07/16 | Plaintiff |
| UCP4613 | 10/22/14 | Email from Dease to Richmond; Markus cc: Winemaker; Greig | Dease |

| | | | |
|---|---|---|---|
| | | Subject: DIG - Croatia Cost Report 4 Documents - Period Ending 10/18/2014 Attachments: DIG- Croatia Cost Report 4 DETAIL- PE, DIG- Croatia Cost Report 4 SUMMARY - PE, DIG - Croatia Cost Report 4 TOPSHEET | |
| UCP4786 | 12/02/15 | Email from Dease to Richmond; Markus re: DIG- New Mexico Recap and Cost Report Documents, with attached: DIG - New Mexico Series Recap - PE, DIG-NM Amort 01086 Cost Report 7 Documents - PE, DIG Amort O 1091 Cost Report 8 Documents - PE, DIG - Prep 01085 Cost Report 7 Documents - PE, DIG - Wrap O 1088 Cost Report 8 Documents - PE | Dease |
| UCP4797 | 11/23/15 | DIG - New Mexico Season 1 - First 5 episodes: Production Recap Report: 2014/2015 Season 1 Period Ending: 11/22/2015 | Plaintiff |
| UCP5161 | 04/20/15 | Email from Dease to Richmond; Markus Subject: DIG- Croatia (102-106) Cost Report 9 Documents- PE 04/10/2015 Attachments: DIG- CROATIA Cost Report 9 Documents- PE | Dease |
| UCP6123 | 10/23/16 | DIG: Production Recap Report 2014/2015 Season 1 -Israel Unit Period Ending: 10/22/15 | Plaintiff |
| UCP8188 | 11/12/14 | Email from Dease to Richmond; Markus cc: Winemaker; Greig Subject: DIG - Croatia Cost Report 5 Documents - PE 11/08/2014 Attachments: DIG - Cost Report 5 TOPSHEET - PE, DIG - Croatia Cost Report 5 DETAIL - PE, DIG - Croatia Cost Report 5 SUMMARY - PE | Dease |
| UPC9963-65 | 08/14/14 | Email from Richmond to Cleaver; Walpole; cc: Markus; Winemaker Subject: DIG Budget notes Attachments: Dig Amort ABQ 08-01, Dig Amort ABQ 08-01 top; Dig Patt ABQ 08-01, Dig Patt ABQ 08-01 top | Richmond |
| UCP10946 | 05/01/15 | Email from Dease to Richmond; Markus Subject: DIG - New Mexico Series Recap and Amort 01091 Cost Report Documents - PE 04/29/2015 | Dease |

2

| | | | |
|---|---|---|---|
| | | Attachments: DIG - New Mexico Series Recap - PE, DIG - Amort 01091 Cost Report 5 Documents -PE | |
| UCP14838-39 | 06/08/14 | "DIG" Locked Budget PATTERN: 5 Episode - (8) Days in Israel | Plaintiff |
| UCP18006-18008 | 03/16/15 | Hrvatski audiovizualni centar: Croatian Audiovisual Centre CLASS: 444-011-008: REFERENCE NUMBER: 1158- 2015: Payment Decision | Hrvoje Hribar |
| UCP18019 | 10/13/16 | New Mexico Taxation and Revenue audit worksheets | Plaintiff |
| UCP18020-21 | 10/27/2016 | Letter from Taxation & Revenue New Mexico to NBC Universal LLC – application for film production tax credit /with enclosed application | New Mexico M |
| UCP18022-18026 | No date (but post-Croatia "Wrap") | DIG - CROATIA COSTS; DIG - ISRAEL COSTS; DIG - PREP COSTS; DIG - WRAP COSTS; DIG - ALL SERIES | Plaintiff |
| UCP18222 | No date | Croatia Budgeted Shooting Costs Per Day | Plaintiff |
| UCP18223 | 06/24/2016 | Dig – Croatia Unit (Episodes 102-106 6/24/16 Cost Report 11 Topsheet) | Plaintiff |
| UCP18224 | 06/24/16 | Dig – Croatia Unit (Episodes 102-106 6/24/16 Cost Report 11) | Plaintiff |
| UCP18225 | 10/04/2014 – 5/09/2015 | Ledger Detail (Accounts 1002 thru 1006, 1080, 1085, 1086, 1088) | Plaintiff |
| UCP18226-18227 | 8/11/16 | DIG New Mexico Production Series Recap First Five Episodes and Back 4 Episodes | Plaintiff |
| UCP18228 | 03/17/17 | DIG Cast in Croatia; | Plaintiff |
| UCP18229-35 | 09/02/14 | Dig episodes 102-106; Croatia Unit; Locked Budget (USD) | Plaintiff |
| UCP018236 | No date | Cast Account | Plaintiff |
| UCP18237-38 | No date | DIG Fringes (expense(s)) | Plaintiff |
| UCP18239-43 | No date | DIG Stunts in Croatia (budget/expense) | Plaintiff |
| UCP18416 | No date | Pilot 15 (folder name) | |
| UCP18417 | 12/01/14 | DIG: locked critical assumptions 90 min/2hr Israel pilot + ABQ/Croatia 5 eps + back 4 ABQ/Croatia eps | Plaintiff |
| UCP18418-19 | 06/05/14 | "DJG" Locked: Pilot- (19) Days in Israel | Plaintiff |
| UCP18420-64 | 06/05/14 | "DIG" Locked: Pilot- (19) Days in Israel | Plaintiff |
| UCP18465-503 | 06/08/14 | "DIG" Locked Budget AMORT: 5 Episode• (8) Days in Israel | Plaintiff |

3

| | | | |
|---|---|---|---|
| UCP18504-05 | No date | Croatia: 102-106 (folder name) | |
| UCP18506-619 | 09/02/14 | DIG – EPISODES 102-106 CROATIA UNIT LOCKED   BUDGET | Plaintiff |
| UCP18620 | No date | 107-110 (folder names) | Plaintiffs |
| UCP18621 | No date | 740 ABQ Amort Croatia (folder names) | Plaintiff |
| UCP18622 | 01/26/15 | DIG 2 AMORT Worksheet CROATIA SHOOT JAN 26, 2015 | Plaintiff |
| UCP18623-29 | 01/27/15 | Continuation of Account 740-02 | Plaintiff |
| UCP18630 | 01/27/15 | DIG2 BUDGET COMPARISON REPORT IN KUNA | Plaintiff |
| UCP18631-18766 | 01/26/15 | DIG – EPISODES 107-110 CROATIA UNIT PRELIMINARY   BUDGET (Locked) | Plaintiff |
| UCP18767 | No date | ABQ (folder name) | Plaintiff |
| UCP18768-72 | 10/03/14-10/30/14 | "DIG" – SEASON 1 – Albuquerque, NM DATE:  10/3/14 | Plaintiff |
| UCP18773 | 10/30/14 | "DIG" SEASON 1 – EPISODE 01006 "The Well of Souls" (6 Day) – (3) Stage+ (3) Location= (6) Days in Albuquerque, NM | Plaintiff |
| UCP18774 | 10/07/14 | DIG: locked critical assumptions 90 min/2hr Israel pilot + ABQ/ Croatia  5 eps | Plaintiff |
| UCP18775-76 | 10/03/14 | "DIG" – SEASON 1 – Albuquerque, NM DATE:  10/3/14 Epis#01002, 01003 | Plaintiff |
| UCP18777 | No date | Pattern (folder name) | Plaintiff |
| UCP18778-79 | 10/02/14 | "DIG" (5 Episodes) SERIES 10.02.14 (5 Day): FINAL SERIES PATTERN· (2) Stage+ (3) Location= (5) Days in Albuquerque, NM | Plaintiff |
| UCP18780-18838 | 10/02/14 | "DIG" (5 Episodes) SERIES 10.02.14 (5 Day): FINAL SERIES PATTERN· (2) Stage+ (3) Location= (5) Days in Albuquerque, NM | Plaintiff |
| UCP18839 | No date | Amort (folder name) | Plaintiff |
| UCP18840-98 | 10/02/14 | "DIG" (5 Episodes) AMORT BUDGET 10.02.14: FINAL AMORT (2) Stage+ (3) Location= (5) Days in Albuquerque, NM | Plaintiff |
| UCP18899 | No date | Back 4 (folder name) | Plaintiff |
| UCP18900 | 02/02/15 | DIG: locked critical assumptions 90 min/2hr Israel pilot+ ABQ/Croatia 5 eps + back 4 ABQ/Croatia eps | Plaintiff |
| UCP18901 | 12/01/14 | DIG: locked critical assumptions 90 min/2hr Israel pilot+ ABQ/Croatia 5 eps + back 4 ABQ/Croatia eps | Plaintiff |

4

| | | | |
|---|---|---|---|
| UCP18902-05 | 11/19/14-12/01/14 | "DIG" – SEASON 1 – Albuquerque, NM DATE: 11/19/14 Epis#01007, 01008, 01009, 01010 | Plaintiff |
| UCP18906 | No date | Pattern (4) (folder name) | Plaintiff |
| UCP18907-66 | 11/17/14 | "DIG" (4 Episodes) SERIES PATTERN: (2) Stage + (2) Location = (4) Days in Albuquerque, NM | Plaintiff |
| UCP18967 | No date | Amort (4) hand-written note | Plaintiff |
| UCP18968-95 | 11/17/14 | "DIG" (4 Episodes) AMORT BUDGET 11.17.14: AMORT- (2) Stage+ (2) Location= (4) Days in Albuquerque, NM/ HOLIDAY:11/27-28 CROATIA HOLIDAY: 2/16/15 | Plaintiff |
| UCP18996-19008 | No date | Dalmatia Split Walking Tour Brochure, Photographs, Map of Israel Tel-Aviv | Plaintiff |
| UCP19009-19011 | 05/09/14, 03/14/14 | DIG USA: 90 min Pilot, 5 eps, potential 6 eps: tentative calendar | Plaintiff |
| UCP19012 | 04/18/14-04/24/14 | DIG CN Dig Pilot (Gep Prod – CAD Costs) For Posted 04/18/14-04/24/14 | Plaintiff |
| UCP19013-19 | 03/11/14 | DIG (6 episodes) Pattern: Presented in NIS: Amort Presented in NIS | Plaintiff |
| UCP19020 | 03/07/14 | DIG USA: 90 min Pilot, 5 eps, potential 6 eps: tentative calendar | Plaintiff |
| UCP19021 | 02/19/14 | DIG USA: 90 min Pilot, 5 eps, potential 6 eps: tentative calendar | Plaintiff |
| UCP19022 | 02/12/14 | DIG USA: 90 min Pilot, 5 eps, potential 6 eps: tentative calendar | Plaintiff |
| UCP19023 | 01/28/14 | DIG USA: 90 min Pilot, 5 eps, potential 6 eps: tentative calendar | Plaintiff |
| UCP19024 | 12/20/13 | DIG USA: 90 min Pilot, 5 eps, potential 6 eps: tentative calendar | Plaintiff |
| UCP19025 | No date | Cost Reports (folder name) | Plaintiff |
| UCP19026 | 10/23/15 | DIG: Production Recap Report 2014/2015 Season 1 – Israel Unit Period Ending: 10/22/15 | Plaintiff |
| UCP19027 | 10/22/15 | Dig Season 1: Pilot Episode 01001, Cost Report 8• Period Ending: 10/22/2015 | Plaintiff |
| UCP19028-35 | 10/22/15 | DIG Series: Production Cost Report: Period Ending 10/22/15 | Plaintiff |
| UCP19036 | 10/15/15 | DIG Season 1: Israel Prep – 1095 Cost Report 8 – Period Ending: 10/15/2015 | Plaintiff |
| UCP19037-38 | 10/15/15 | DIG SERIES PRODUCTION COST REPORT Summary Period Ending 10/15/15 | Plaintiff |

5

| UCP19039-42 | 10/15/15 | DIG SERIES PRODUCTION COST REPORT Detail Period Ending 10/15/15 | Plaintiff |
|---|---|---|---|
| UCP19043 | 10/21/15 | DIG Season 1: Israel All Series – 1096 Cost Report 8 – Period Ending: 10/21/2015 | Plaintiff |
| UCP19044-45 | 10/21/15 | DIG SERIES PRODUCTION COST REPORT Summary Period Ending 10/21/15 | Plaintiff |
| UCP19046-48 | 10/21/15 | DIG SERIES PRODUCTION COST REPORT Detail Period Ending 10/21/15 | Plaintiff |
| UCP19049 | 10/21/15 | DIG SERIES PRODUCTION COST REPORT Summary Period Ending 10/21/15 | Plaintiff |
| UCP19050 | 10/16/15 | DIG Season 1: Israel Hiatus – 1097 Cost Report 8 – Period Ending: 10/16/2015 | Plaintiff |
| UCP19051-52 | 10/16/15 | DIG SERIES PRODUCTION COST REPORT Summary Period Ending 10/16/15 | Plaintiff |
| UCP19053-55 | 10/16/15 | DIG SERIES PRODUCTION COST REPORT Detail Period Ending 10/16/15 | Plaintiff |
| UCP19056 | 10/15/15 | DIG Season 1: Israel Wrap – 1098 Cost Report 8 – Period Ending: 10/15/2015 | Plaintiff |
| UCP19057-58 | 10/15/15 | DIG SERIES PRODUCTION COST REPORT Summary Period Ending 10/15/15 | Plaintiff |
| UCP19059-61 | 10/15/15 | DIG SERIES PRODUCTION COST REPORT Detail Period Ending 10/15/15 | Plaintiff |
| UCP19062 | No date | Budgets (folder name) | Plaintiff |
| UCP19063-19064 | 06/05/14 | DIG: Season 1 – 2014/2015 Estimated Series Cost | Plaintiff |
| UCP19065 | 06/05/14 | "DIG" Locked Nis Only: Pilot- (19) Days in Israel | Plaintiff |
| UCP19066 | 06/08/14 | "DIG" Locked Budget – Total Amort NIS All episodes: 5 Episode – (8) Days in Israel | Plaintiff |
| UCP19067 | 06/01/14 | "DIG" Locked Budget NIS only | Plaintiff |

| | | | |
|---|---|---|---|
| | | PATTERN: 5 Episode – (8) Days in Israel | |
| UCP19068-70 | 06/13/14 | Dig- Limited Series/ Season 1 – budget walk from Greenlight | Plaintiff |
| UCP19071-117 | 06/05/14 | "DIG" Locked: Pilot- (19) Days in Israel | Plaintiff |
| UCP19118-119 | 06/08/14 | "DIG" Locked Budget PATTERN: 5 Episode – (8) Days in Israel | Plaintiff |
| UCP19120-163 | 06/08/14 | DIG: Locked Budget: Pattern: 5 Episodes – (8) Days in Israel | Plaintiff |
| UCP19164-202 | 06/08/14 | "DIG" Locked Budget – Amort: 5 Episodes – (8) Days in Israel | Plaintiff |
| UCP19203-227 | 06/08/14 | "DIG" Locked Budget – PREP/PUSH: 5 Episodes – (8) Days in Israel | Plaintiff |
| UCP19228-242 | 06/08/14 | "DIG" Locked Budget – All Series: 5 Episodes – (8) Days in Israel | Plaintiff |
| UCP19243-259 | 06/08/14 | "DIG" Locked Budget – Holiday/Hiatus: 5 Episodes – (8) Days in Israel | Plaintiff |
| UCP19260-278 | 06/08/14 | "DIG" Locked Budget – WRAP: 5 Episodes – (8) Days in Israel | Plaintiff |
| UCP19279 | 03/20/14 | DIG – SNOW SHOOT # OF EPISODES Based on budget dated: March 20, 2014 Based in Ontario | Plaintiff |
| UCP19280-284 | 03/24/14 | Dig Snow Shoot Budget | Plaintiff |
| UCP19285-330 | 03/20/14 | "DIG" 2ND UNIT ("Snow Shoot") Distant Location= (4) Days in Sault St Marie, Ontario | Plaintiff |
| UCP19331 | 03/20/14 | "DIG" 2ND UNIT ("Snow Shoot") Distant Location= (4) Days in Sault St Marie, Ontario | Plaintiff |
| UCP19332 | "Current as of 4/28/14" | Dig- Limited Series/ Season 1 – budget walk from Greenlight | Plaintiff |
| UCP19333 | 07/15/14 | DIG 5 eps Scenarios | Plaintiff |
| UCP19334 | No date | DIG NEW MEXICO (folder name) | Plaintiff |
| UCP19335-336 | 09/19/14-10/29/14 | {USA} DIG: ABQ and Croatia: 9 eps March 5 launch | Plaintiff |
| UCP19337 | 09/18/14 | {USA} DIG: ABQ and Croatia: plus back 4 eps March 5 launch A+B push week versions | Plaintiff |
| UCP19338 | 09/03/14 | {USA} DIG: 5 eps calendar in ABQ | Plaintiff |
| UCP19339 | 08/27/14 | {USA} DIG: ABQ and Croatia: plus back 4 or 6 tentative March launch | Plaintiff |
| UCP19340-341 | 07/23/14 | {USA} DIG: 5 eps in ABQ calendar: plus potential 6 tentative calendar | Plaintiff |
| UCP19342 | 07/16/14 | DIG 5 eps ABQ | Plaintiff |
| UCP19343 | 08/2014 | DIG ACTOR CONRACT CHART | Plaintiff |
| UCP19344 | No date | Cost Reports (folder name) | Plaintiff |

| | | | |
|---|---|---|---|
| UCP19345 | 08/11/16 | DIG – New Mexico Season l – First 5 episodes: Production Recap Report 2014/2015 Season 1: Period Ending: 08/11/2016 | Plaintiff |
| UCP19346 | 8/2015-8/2016 | DIG – New Mexico Season I – Back 4 episodes | Plaintiff |
| UCP19347 | 08/07/16 | DIG – Season-one: New Mexico Unit Prep – 01085: Cost Report I – Period Ending: 08/07/16 | Plaintiff |
| UCP19348-49 | 08/07/16 | Dig US: Cost Report – Summary:  NM PREP 01085 COST RPT 8 – PE 08/07/16 | Plaintiff |
| UCP19350-55 | 08/07/16 | Dig US: Cost Report – Detail:  NM PREP 01085 COST RPT 8 – PE 08/07/16 | Plaintiff |
| UCP19356 | 08/11/16 | DIG – Season-one: Amort – 01086 (Episodes 102-106): Cost Report 9 Period Ending: 08/11/16 | Plaintiff |
| UCP19357-58 | 08/11/16 | Dig US: Cost Report – Summary NM AMORT 01086 COST RPT 9 – PE 08/11/2016 | Plaintiff |
| UCP19359-63 | 08/11/16 | Dig US: Cost Report – Detail NM AMORT 01086 COST RPT 9 – PE 08/11/2016 | Plaintiff |
| UCP19364 | 08/07/16 | DIG – Season-one: New Mexico Unit Wrap – 01088: Cost Report 9 Period Ending: 08/07/16 | Plaintiff |
| UCP19365-66 | 08/07/16 | Dig US: Cost Report – Summary NM WRAP 01088 COST RPT 9 – PE 08/07/2016 | Plaintiff |
| UCP19367-71 | 08/07/16 | Dig US: Cost Report – Detail NM WRAP 01088 COST RPT 9 – PE 08/07/2016 | Plaintiff |
| UCP19372 | 08/16/16 | DIG – Season-one: Amort – 01091 (Episodes 107-110): Cost Report 10 Period Ending: 08/06/16 | Plaintiff |
| UCP19373-74 | 08/06/16 | Dig US: Cost Report – Summary NM AMORT 01091 COST RPT 10 – PE 08/06/2016 | Plaintiff |
| UCP19375-79 | 08/06/16 | Dig US: Cost Report – Detail NM AMORT 01091 COST RPT 10 – PE 08/06/2016 | Plaintiff |
| UCP19380 | 06/24/16 | DIG – Season-one: Croatia Unit (Episodes 102-106): Cost Report 11 Period Ending: 06/24/16 | Plaintiff |
| UCP19381-82 | 06/24/16 | Dig US: Cost Report – Summary Croatia 1 COST RPT 11 – PE 06/24/2016 | Plaintiff |
| UCP19383-19401 | 06/24/16 | Dig US: Cost Report – Detail | Plaintiff |

8

|  |  | Croatia 1 COST RPT 11 – PE 06/24/2016 |  |
|---|---|---|---|
| UCP19402 | No date | Budgets (folder name) | Plaintiff |
| UCP19403 | 10/03/14 | DIG – SEASON 1 PILOT AND 5 EPS | Plaintiff |
| UCP19404 | 09/02/14 | DIG Production Recap Report 2014/2015 Season 1: Week Ending 08/30/14 | Plaintiff |
| UCP19405 | 10/07/14 | DIG: locked critical assumptions: 90 min/2hr Israel pilot + ABQ/Croatia 5 eps | Plaintiff |
| UCP19406 | "Current as of 9/30/14" | Dig – Limited Series/ Season 1 – budget walk from Green light | Plaintiff |
| UCP19407-467 | 10/02/14 | "DIG" (5 Episodes) SERIES 10.02.14 (5 Day) FINAL SERIES PATTERN – (2) Stage+ (3) Location= (5) Days in Albuquerque, NM | Plaintiff |
| UCP19468-526 | 10/02/14 | "DIG" (5 Episodes) AMORT BUDGET 10.02.14: FINAL AMORT – (2) Stage+ (3) Location= (5) Days in Albuquerque, NM | Plaintiff |
| UCP19527-60 | 10/02/14 | "DIG" (5 Episodes) 01085 PREP BUDGET 10.02.14: FINAL AMORT – (2) Stage+ (3) Location= (5) Days in Albuquerque, NM | Plaintiff |
| UCP19561-83 | 10/02/14 | "DIG" (5 Episodes) 01086 – AMORT BUDGET 10.02.14: FINAL AMORT – (2) Stage+ (3) Location= (5) Days in Albuquerque, NM | Plaintiff |
| UCP19584-613 | 10/02/14 | "DIG" (5 Episodes) 01088 – WRAP BUDGET 10.02.14: FINAL AMORT – (2) Stage+ (3) Location= (5) Days in Albuquerque, NM | Plaintiff |
| UCP19614-15 | 09/02/14 | DIG – EPISODES 102-106: CROATIA UNIT: LOCKED BUDGET | Plaintiff |
| UCP19616-727 | 09/02/14 | DIG – EPISODES 102-106: CROATIA UNIT: LOCKED BUDGET | Plaintiff |
| UCP19728-19729 | No date | DIG Croatia: (folder name) | Plaintiff |
| UCP19730 | 11/10/15 | DIG Season One: Croatia Unit (Episodes 102-106): Cost Report 10-? Ending: 11/10/2015 | Plaintiff |
| UCP19731 | 11/10/15 | Dig US: Cost Report – Summary CROATIA PART 1 01080- PE 11/10/2015 | Plaintiff |
| UCP19732-50 | 11/10/15 | Dig US: Cost Report – Detail CROATIA PART 1 01080- PE 11/10/2015 | Plaintiff |

9

| | | | |
|---|---|---|---|
| UCP19751 | 04/10/15 | DIG – Season One Croatia Unit (Episodes 102-106): Cost Report 8 – Period Ending: 04/10/2015 | Plaintiff |
| UCP19752-53 | 04/10/15 | Dig US: Cost Report – Summary CROATIA 102-106- PE 04/10/2015 | Plaintiff |
| UCP19754-72 | 04/10/15 | Dig US: Cost Report – Detail: CROATIA 102-106- PE 04/10/2015 | Plaintiff |
| UCP19773 | No date | Croatia 2 Cost Reports (folder name) | Plaintiff |
| UCP19774 | 07/06/15 | DIG – Season One Croatia Unit (Episode, 107-110) Cost Report 7 -Period Ending: 07/06/2016 | Plaintiff |
| UCP19775-76 | 07/06/15 | Dig US: Cost Report – Summary CROATIA PART 2 COST REPORT 7 - PE 07/06/2016 | Plaintiff |
| UCP19777-91 | 07/06/15 | Dig US: Cost Report - Detail CROATIA PART 2 COST REPORT 7 - PE 07/06/2016 | Plaintiff |
| UCP19792 | 09/04/15 | DIG - Season One Croatia Unit (Episodes 107-110) Cost Report 6 - Period Ending: 09/04/2015 | Plaintiff |
| UCP19793-94 | 09/04/15 | Dig US: Cost Report - Summary CROATIA (107-110) - PE 09/04/2015 | Plaintiff |
| UCP19795-801 | 09/04/15 | Dig US: Cost Report – Detail CROATIA (107-110) - PE 09/04/2015 | Plaintiff |
| UCP19802 | 04/23/15 | DIG 2 - FIRST SEASON: CROATIA SHOOT: Week Ending: 04/24/15 | Plaintiff |
| UCP19803-04 | Post Date From 04/10/2015 To 04/23/2015 | Dig US: Cost Report - Summary Post Date From 04/10/2015 To 04/23/2015 | Plaintiff |
| UCP19805-14 | Post Date From 04/10/2015 To 04/23/2015 | Dig US: Cost Report - Detail Post Date From 04/10/2015 To 04/23/2015 | Plaintiff |
| UCP19815 | 04/10/15: Week Ending: 04/11/15 | DIG 2 - FIRST SEASON: CROATIA SHOOT: Week Ending: 04/11/15 | Plaintiff |
| UCP19816-17 | Post Date From 03/12/2015 To 04/10/2015 | Dig US: Cost Report - Summary Post Date From 03/12/2015 To 04/10/2015 | Plaintiff |
| UCP19818-25 | Post Date From 03/12/2015 To 04/10/2015 | Dig US: Cost Report – Detail Post Date From 03/12/2015 To 04/10/2015 | Plaintiff |
| UCP19826 | 03/14/15 | DIG2 - Cost Report #6 / Week Ending 03/14/15 | Plaintiff |

| UCP19827 | 03/14/15 Week Ending: 03/14/15 | DIG 2 - FIRST SEASON: CROATIA SHOOT: Week Ending: 03/14/15 | Plaintiff |
|---|---|---|---|
| UCP19828-29 | Post Date From 03/03/2015 To 03/13/2015 | Dig US: Cost Report - Summary Post Date From 03/03/2015 To 03/13/2015 | Plaintiff |
| UCP19830-37 | Post Date From 03/03/2015 To 03/13/2015 | Dig US: Cost Report - Detail Post Date From 03/03/2015 To 03/13/2015 | Plaintiff |
| UCP19838 | 03/14/15 | DIG2 - Cost Report #6 / Week Ending 03/14/15 | Plaintiff |
| UCP19839 | 02/28/15 | DIG2 - Cost Report #5 / Week Ending 02/28/15 | Plaintiff |
| UCP19840 | 02/28/15 | DIG 2 - FIRST SEASON: CROATIA SHOOT: Week Ending: 02/28/15 | Plaintiff |
| UCP19841-42 | Post Date From 02/24/2015 To 03/03/2015 | Dig US: Cost Report - Summary Post Date From 02/24/2015 To 03/03/2015 | Plaintiff |
| UCP19843-50 | Post Date From 02/24/2015 To 03/03/2015 | Dig US: Cost Report - Detail Post Date From 02/24/2015 To 03/03/2015 | Plaintiff |
| UCP19851 | 02/16/15 | DIG 2 - FIRST SEASON: CROATIA SHOOT: Week Ending: 02/21/15 | Plaintiff |
| UCP19852-53 | 02/17/2015 To 02/24/2015 | Dig US: Cost Report - Summary Post Date From 02/17/2015 To 02/24/2015 | Plaintiff |
| UCP19854-69 | Post Date From 02/17/2015 To 02/24/2015 | Dig US: Cost Report - Detail Post Date From 02/17/2015 To 02/24/2015 | Plaintiff |
| UCP19870 | 02/21/15 | DIG2 - Cost Report #4 / Week Ending 02/21/15 | Plaintiff |
| UCP19871 | 02/16/15 | DIG 2 - FIRST SEASON: CROATIA SHOOT: Week Ending: 02/14/15 | Plaintiff |
| UCP19872 | 02/14/15 | DIG2 - Cost Report #3 / Week Ending 02/14/15 | Plaintiff |
| UCP19873-74 | Post Date From 02/10/2015 To 02/17/2015 | Dig US: Cost Report - Summary Post Date From 02/10/2015 To 02/17/2015 | Plaintiff |
| UCP19875-82 | Post Date From 02/10/2015 To 02/17/2015 | Dig US: Cost Report - Detail Post Date From 02/10/2015 To 02/17/2015 | Plaintiff |
| UCP19883 | 02/07/15 | DIG2 - Cost Report #2 / Week Ending 02/07/15 | Plaintiff |

| UCP19884 | 02/09/15: Week Ending: 02/07/15 | DIG 2 - FIRST SEASON: CROATIA SHOOT: Week Ending: 02/07/15 | Plaintiff |
|---|---|---|---|
| UCP19885-86 | Post Date From 02/02/2015 To 02/02/2015 | Dig US: Cost Report - Summary Post Date From 02/02/2015 To 02/02/2015 | Plaintiff |
| UCP19887-94 | Post Date From 02/02/2015 To 02/02/2015 | Dig US: Cost Report - Detail Post Date From 02/02/2015 To 02/02/2015 | Plaintiff |
| UCP19895 | 01/31/15 | DIG2 - Cost Report #1 / Week Ending 01/31/15 | Plaintiff |
| UCP19896 | 02/03/15 | DIG 2 - FIRST SEASON: CROATIA SHOOT: Week Ending: 01/31/15 | Plaintiff |
| UCP19897-98 | Post Date From 10/01/14 To 02/03/2015 | Dig US: Cost Report - Summary Post Date From 10/01/14 To 02/03/2015 | Plaintiff |
| UCP19899-19913 | Post Date From 10/01/14 To 02/03/2015 | Dig US: Cost Report - Detail Post Date From 10/01/14 To 02/03/2015 | Plaintiff |
| UCP19914 | No date | Croatia Budget (folder name) | Plaintiff |
| UCP19915-19 | 01/27/15 | DIG2 BUDGET COMPARISON REPORT IN KUNA | Plaintiff |
| UCP19920-26 | 01/26/15 | DIG 2 AMORT LOCKED CROATIA SHOOT JAN 26, 2015 | Plaintiff |
| UCP19927 | Jan. 30, 2015 (f | Group Report (chart) | Plaintiff |
| UCP19928-29 | 01/30/15 | DIG - New Mexico Season 1 - First 5 episodes: Production Recap Report: 2014/2015 Season 1: Week Ending: 01/31/15 | Plaintiff |
| UCP19930 | No date | DIG-BACK 4 BUDGETS (folder name): | Plaintiff |
| UCP19931 | 01/23/15 | DIG - SEASON 1 PILOT + 5 EPS+ 4 EPS | Plaintiff |
| UCP19932 | Week Ending: 12/27/14 | DIG: Production Recap Report: 2014/2015 Season 1: Week Ending:  12/27/14 | Plaintiff |
| UCP19933-34 | 01/21/15 | DIG - New Mexico Season 1 - First 5 episodes: Production Recap Report: 2014/2015 Season 1: Week Ending: 01/24/15 | Plaintiff |
| UCP19935 | No date | Back 4 Pattern (folder name) | Plaintiff |
| UCP19936 | 10/03/14-12/05/14 | DIG - SEASON 1 PILOT + 5 EPS+ 4 EPS | Plaintiff |
| UCP19937 | 12/10/14 | Dig- Limited Series/ Season 1 - budget walk from Greenlight | Plaintiff |
| UCP19938-97 | 11/17/14 | "DIG" (4 Episodes) SERIES PATTERN | Plaintiff |

12

| | | (2) Stage+ (2) Location = (4) Days in Albuquerque, NM | |
|---|---|---|---|
| UCP19998 | No date | Back 4 Amort (folder name) | Plaintiff |
| UCP19999-20026 | 11/17/14 | "DIG" (4 Episodes) AMORT BUDGET 11.17.14: AMORT- (2) Stage+ (2) Location= (4) Days in Albuquerque, NM/ HOLIDAY:11/27-28 CROATIA HOLIDAY: 2/16/15 | Plaintiff |
| UCP20027 | No date | "Other" (folder name) | Plaintiff |
| UCP20028-29 | 1/22/15-2/4/15 | DIG - VISUAL EFFECTS BASED ON STARGATE BID OF: Feb 4, 2015 | Plaintiff |
| UCP20030-31 | 1/22/15-2/4/15 | DIG - VISUAL EFFECTS BASED ON STARGATE BID OF:  Jan 28, 2015 | Plaintiff |
| UCP20032 | 10/3/14-1/23/15 | DIG - SEASON 1 PILOT+ 5 EPS+ 4 EPS | Plaintiff |
| UCP20033-34 | 1/22/15-1/28/15 | DIG - VISUAL EFFECTS BASED ON STARGATE BID OF: Jan 28, 2015 | Plaintiff |
| UCP20035 | 01/23/15 | DIG - DAILIES ACCOUNT | Plaintiff |
| UCP20036-39 | 02/12/14 | Dig US: Cost Report – Detail: Year Period From 2014/02/12 To 2014/02/12 | Plaintiff |
| UCP20040-41 | 01/22/15 | DIG - VISUAL EFFECTS BASED ON STARGATE BID OF: Jan 19, 2015 | Plaintiff |
| UCP20042 | UPDATED January 5th, 2015 REVISIONS | DIG2 - CASH FLOW as of Monday 8th of December DIG2 - CASH FLOW as of UPDATED January 5th, 2015 REVISIONS | Plaintiff |
| UCP032750-51 | 09/24/14 | DIG (New Mexico) - Ep 102 & 103 Day Out of Days Report for Cast Members | Plaintiff |
| UCP032752-53 | 08/08/14 | DIG: Day Out of Days Report for Cast Members | Plaintiff |
| UCP032754-55 | 03/12/14-03/20/14 | Dig (Snow Unit): Day Out of Days Report for Cast Members | Plaintiff |
| UCP032756-63 | 06/07/14 | "DIG -102-103" Day Out of Days Report for Cast Members | Plaintiff |
| UCP32764-67 | 03/30/14 | "DIG - PILOT" Day Out of Days Report for Cast Members | Plaintiff |
| UCP32768-69 | 10/21/14 | DIG - Ep#104 "Prayer of David"/ Ep#105 "Uti11ed" *REVISED* CAST Day_ out of Days PART 1 (PINK) 10/21/14 | Plaintiff |
| UCP32770-71 | 11/12/14 | DIG – Ep#107, "Untitled"/ Ep#108, "Sisters of Dinah" | Plaintiff |

| | | Cast Day out of Days – (WHITE)- 11/12/14 | |
|---|---|---|---|
| UCP32772-75 | 05/25/14 | DIG – Pilot | Plaintiff |
| UCP32776-77 | 05/12/14-05/20/14 | Dig (Snow Unit) | Plaintiff |
| UCP32778-82 | 06/18/18 | "DIG - PILOT" | Plaintiff |
| UCP32783-84 | 06/18/15 | Dig- BLUE Day Out of Days Report for Cast Members | Plaintiff |
| UCP35216 | Revised Israel Salaries Oct 4th | Detail for Wunderlich's Supplemental Report: Israel estimated salary; Recap Push Costs; Revised Israel Salaries Oct 4th | Plaintiff |
| UCP35222 | No date | Croatian Costs By Account | Plaintiff |
| UCP36901 | March 17, 2017; May 12, 2017 | Wunderlich Spreadsheets including Cost Bible and Adjustments thereto | Plaintiff and Wunderlich |
| Fed Doc #10 | 07/07/2016 | Plaintiff's First Amended Complaint | Plaintiff |
| ATL002231-2233, 002211 | 09/25/14-10/10/14 | Exhibit 425 to Wanda Phillips' Deposition (email chain: Milinovic; Kizner; Phillips); DIG ABQ and Croatia 9 eps March 5 launch | Milinovic |
| ATL002439-002444 | 10/29/14- | Exhibit 427 to Wanda Phillips' Deposition: Email chain: Williams; Kizner; Morris; Phillips; Milinovic Subject: DIG state of the union 10-29; attached: DIG S1 NBCU Declaration Form (Updated) (5) | Morris |
| ATL3073-3127 | 01/01/2014 | Motion Picture Television Producers Portfolio Policy number: Mp001063-04 | |
| | 04/25/17 | Jay Shapiro's Report dated April 25, 2017 with attachments | Shapiro |
| | 05/23/17 | Jay Shapiro's May 23, 2017 Deposition with Exhibits 4-10<br>Exh. 4: UCP 3732-3734; email chain between Garber/Richmond (Dec. 10, 2013)<br>Exh. 5: AONNBC 1748-1750; Dec. 11, 2013 email from Garber with application;<br>Exh. 6: UCP 4971-4972; email chain between Richmond/BJ Markus regarding budgets; March 11, 12, 2013;<br>Exh 7: UCP 14836-14881; budget; authored by Plaintiffs;<br>Exh. 8: Shapiro Report; 4-25-17; authorized by Shapiro;<br>Exh. 9: UCP 18226-18227; Production Recap Report ; 8/2016; author; J. Dease/Plaintiffs<br>Exh. 10: Wunderlich Report 3-17-17; authorized by Wunderlich. | Shapiro |

14

| | | | |
|---|---|---|---|
| | 03/17/17 | Robert Wunderlich Report dated March 17, 2017 with attachments/schedules | Wunderlich |
| | 05/12/17 | Robert Wunderlich Report dated May 12, 2017 with attachments/schedules | Wunderlich |
| | 05/15/17 | Robert Wunderlich's May 15, 2017 Deposition with Exhibits<br>Exh. 258: Wunderlich 3-17-17 report;<br>Exh. 270: 5-11-17 Wunderlich report<br>Exh. 276 "Cost Bible"; prepared by Plaintiffs<br>Exh. 277 "NM Prep" Prepared by Plaintiffs<br>Exh. 278 "NM Wrap" Prepared by Plaintiffs<br>Exh. 279 "01086" Acct. summary prepared by Plaintiffs<br>Exh. 280 NM "All Series" acct summary prepared by Plaintiffs<br>Exh. 281 NM "All Series" acct summary 01086 prepared by Plaintiffs<br>Exh. 282 "Net NM All Series" prepared by Plaintiffs<br>Exh. 283 Budget Croatia, prepared by Plaintiffs<br>Exh. 284 Budget Croatia, prepared by Plaintiffs<br>Exh. 285 Croatia acct. 01086, prepared by Plaintiffs<br>Exh. 286 Net Croatia acctg. Prepared by Plaintiffs<br>Exh. 287 "Croatia Paid In Israel" acctg. Doc. prepared by Plaintiffs<br>Exh. 288 acct. summary Croatia, prepared by Plaintiffs | Wunderlich |
| | 05/23/17 | BJ Markus' Deposition on May 23, 2017 with exhibits 342, 343, 344, 38, 258, 314 [cited elsewhere in this Chart by bates #] | BJ Markus |
| | 05/23/17 | BJ Markus' 30 (b) (6) Deposition May 23, 2017, with Exhibits 38, 258, 314, 342 [cited elsewhere in this Chart by bates #] | BJ Markus |
| | 1/17/2020 | Schedules To Rusnak Report Summary of Extra Expenses<br><br>1   Possible Incremental Costs Considering Episodes 2 through 6 Costs | Rusnak |

|  |  | 1a Cost Report—Israeli Prep Account 01095<br>1b Cost Report—Israelie All Series/Amort Account 01096<br>1c Cost Report-Israeli Hiatus Account 01097<br>1d Cost Report-Israeli Wrap Account 01098<br>2 Calculated Additional Tax Credit/Rebate Savings<br>3 New Mexico Amortization Reallocation<br>3a Cost Report-New Mexico Prep Account 01085-Front 5<br>3b Cost Report-New Mexico All Series/Amort Account 01086-Front Five<br>3c Cost Report-New Mexico Wrap Account 01088-Front Five<br>3d Cost Report-New Mexico Amort Account 01091-Back Four |  |
|---|---|---|---|
|  |  |  |  |