# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 16-04435 PA (MRWx) | Date | January 22, 2020 |
|---|---|---|---|
| Title | Universal Cable Productions LLC, et al. v. Atlantic Specialty Insurance Co. | | |

| Present: The Honorable | PERCY ANDERSON, UNITED STATES DISTRICT JUDGE |
|---|---|

| T. Jackson | Not Reported | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None | None |

**Proceedings:**     IN CHAMBERS - ORDER

    The parties are ordered to submit a Confidential Settlement Conference Statement ("statement") no later than 12:00 p.m. on Monday, January 27, 2020, to Judge Anderson's chambers courtesy box. The statement shall be in the form of a letter and shall not exceed five pages in length, and include a chronology of the parties' prior settlement negotiations, including the last offer or demand made by that party as well as the minimum amount the parties will accept and maximum amount the parties will pay. The statement shall be submitted in a sealed envelope clearly marked confidential, for the purposes of the settlement conference only. The statement shall not be filed and shall not be exchanged with the other side. The statement shall also contain the following information:

(a) a summary of the factual background of the case;
(b) a summary of the important legal and factual issues presented by the case and the submitting party's position on each issue;
(c) a description of the damages or other relief sought by or against the submitting party;
(d) Rule 34 expert reports; and
(e) any other relevant circumstances that counsel believe will assist the Court.

    The Statement will be provided to another judicial officer to determine the probability of a settlement and whether the Court should require the parties to attend an additional settlement conference.

    IT IS SO ORDERED.