UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 16-4435 PA (MRWx) | Date | January 17, 2020 |
|---|---|---|---|
| Title | Universal Cable Productions LLC., et al. v. Atlantic Specialty Insurance Company | | |

| Present: The Honorable | PERCY ANDERSON, UNITED STATES DISTRICT JUDGE | |
|---|---|---|
| Christine Chung | Marea Woolrich | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Kalpana Srinivasan | Marc J. Shrake |
| Catriona M. Lavery | Christopher W. Martin |
| Amanda K. Bonn | Melinda R. Burke |
| Jacob W. Buchdahl | William E. McMichael |
| Chelsea Victoria Samuels | |

**Proceedings:**   Final Pretrial Conference

Cause called; appearances made. The Court grants defendants' motion to substitute in a new expert. The parties are ordered to meet and confer re: expert disclosure reports and a date for the deposition of the new expert. Court and counsel confer regarding the remaining issues to be tried, the witnesses each side will call for trial, the time estimates for each side, the parties' motions in limine, and the pretrial documents.

The Court orders both sides to meet and confer, and work out their disputes over the exhibits and jury instructions. Lead trial counsel are ordered to engage in the process.

The Court orders the partes to submit the following documents on or before Thursday, January 23, 2020: new pretrial exhibit stipulation, new pretrial conference order, new list of witnesses and time estimates for each witness, a revision of the disputed jury instructions, the new designations, and a new verdict form. A minute order setting out the requirements of how to lodge designation of experts will issue.

Court and counsel confer regarding the trial schedule and jury impanelment. The Court sets a further final pretrial conference on January 31, 2020 at 1:30 p.m. The jury trial remains scheduled for February 18, 2020, at 8:30 a.m.

|  | 1 | : | 10 |
|---|---|---|---|
| Initials of Preparer | | | CC |