KALPANA SRINIVASAN (237460)
ksrinivasan@susmangodfrey.com
AMANDA K. BONN (270891)
abonn@susmangodfrey.com
CATRIONA LAVERY (310546)
clavery@susmangodfrey.com
CHELSEA V. SAMUELS (315257)
csamuels@susmangodfrey.com
SUSMAN GODFREY L.L.P.
1900 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067-6029
Tel: (310) 789-3100
Fax: (310) 789-3150

JACOB W. BUCHDAHL (*pro hac vice*)
jbuchdahl@susmangodfrey.com
SUSMAN GODFREY L.L.P.
1301 Avenue of the Americas, 32nd Floor
New York, NY 10019-6023
Tel: (212) 336-8330
Fax: (212) 336-8340

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| UNIVERSAL CABLE PRODUCTIONS LLC, a Delaware limited liability company, and NORTHERN ENTERTAINMENT PRODUCTIONS LLC, a Delaware limited liability company, <br><br> Plaintiffs, <br><br> v. <br><br> ATLANTIC SPECIALTY INSURANCE COMPANY, a New York insurance company, <br><br> Defendant. | CASE NO. 2:16-cv-4435-PA-MRW <br><br> **JOINT EXHIBIT STIPULATION** <br><br> Trial Date:  February 18, 2020 |

1   Plaintiffs' Exhibit List is attached as **Exhibit A**.

2   Defendant's Exhibit List is attached as **Exhibit B**.

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

JOINT EXHIBIT STIPULATION

1  DATED:    January 23, 2020          SUSMAN GODFREY L.L.P.

2
                                       By */s/ Amanda Bonn*
3                                        KALPANA SRINIVASAN (237460)
                                         ksrinivasan@susmangodfrey.com
4                                        AMANDA K. BONN (270891)
                                         abonn@susmangodfrey.com
5                                        CATRIONA LAVERY (310546)
                                         clavery@susmangodfrey.com
6                                        CHELSEA V. SAMUELS (315257)
                                         csamuels@susmangodfrey.com
7                                        SUSMAN GODFREY L.L.P.
8                                        1900 Avenue of the Stars, Suite 1400
                                         Los Angeles, CA 90067-6029
9                                        Tel: (310) 789-3100
                                         Fax: (310) 789-3150
10

11
                                         JACOB W. BUCHDAHL
12                                       (*pro hac vice*)
                                         jbuchdahl@susmangodfrey.com
13                                       SUSMAN GODFREY L.L.P.
                                         1301 Avenue of the Americas,
14                                       32nd Floor
                                         New York, NY 10019-6023
15                                       Tel: (212) 336-8330
                                         Fax: (212) 336-8340
16

17                                       *Attorneys for Plaintiffs*
18

19

20

21

22

23

24

25

26

27

28

JOINT EXHIBIT STIPULATION

1    DATED:  January 23, 2020                MARC J. SHRAKE
                                            FREEMAN MATHIS & GARY, LLP
2                                                -and-
                                            CHRISTOPHER W. MARTIN (Pro
3                                           Hac Vice)
                                            MELINDA R. BURKE (Pro Hac
4                                           Vice)
                                            MARTIN, DISIERE, JEFFERSON
5                                           & WISDOM LLP

6                                           By */s/   Christopher W. Martin*
                                            *Attorneys for Defendant*
7                                           ATLANTIC SPECIALTY
                                            INSURANCE COMPANY
8

9                          **Attestation Regarding Signatures**

10

11         I, Amanda K. Bonn attest that all signatories listed, and on whose behalf the
     filing is submitted, concur in the filing's content and have authorized the filing.

12

13                                          By: */s/ Amanda Bonn*

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

                                            4
     JOINT EXHIBIT STIPULATION

# EXHIBIT A

| *[1] | EXHIBIT NO.[2] | DESCRIPTION | BATES NO. | OBJECTION | RESPONSE TO OBJECTION |
|---|---|---|---|---|---|
| | **PX WILLIAMS 1** | Policy | ATL003073-3127 | No objection. | Deemed admitted. |
| * | **PX WILLIAMS 5** | 12/3/13 email from W. Phillips to P. Williams re: Tentative 2014 Production – "Dig" | ATL000794-796 | No objection. | Deemed admitted. |
| * | **PX WILLIAMS 6** | 12/12/13 email from A. Garber to B. Milinovic re: "Dig" Season 1 Application/Declaration | AONNBCU0001478-1483, AONNBCU0001568 | No objection. | Deemed admitted. |
| * | **PX WILLIAMS 9** | 7/10/14 email from W. Phillips to S. Weiss, P. Williams, D. Kizner Re: Urgent – NBCU's "Dig" Claim Question | AONNBCU0000145-150 | No objection. | Deemed admitted. |

---

[1] * Indicates that Plaintiffs only intend to use the exhibit if the need arises.

[2] In accordance with Local Rule 16.6.1, exhibits numbered at a deposition are referenced by the same exhibit number herein. References to witnesses are for purposes of exhibit identification only; Plaintiffs reserve the right to ask any witness at trial about any exhibit designated herein.

PLAINTIFFS' EXHIBIT LIST

| *[1] | EXHIBIT NO.[2] | DESCRIPTION | BATES NO. | OBJECTION | RESPONSE TO OBJECTION |
|---|---|---|---|---|---|
| * | **PX WILLIAMS 10** | 7/15/14 email from M. Arevalo to S. Weiss cc P. Williams, D. Kizner Re: NBCU's "DIG" Season 1 – Imminent claim notification | AONNBCU0000128-130 | No objection. | Deemed admitted. |
| | **PX WILLIAMS 11** | 7/16/14 email from D. Gutterman to P. Johnson, P. Williams cc D. Gutterman Re: NBCU's "DIG" Season 1 – Imminent claim notification | ATL001132-1137, ATL001138-1192 | No objection. | Deemed admitted. |
| * | **PX WILLIAMS 12** | 7/16/14 email from P. Johnson to P. Williams, D. Gutterman cc D. Gutterman re: "DIG" Season 1 – Imminent Peril claim notification (Also Richmond 358) | ATL001101-1105 | No objection. | Deemed admitted. |
| | **PX GUTTERMAN 15** | General Claims Practices | ATL000735-744 | No objection. | Deemed admitted. |

7

| *[1] | EXHIBIT NO.[2] | DESCRIPTION | BATES NO. | OBJECTION | RESPONSE TO OBJECTION |
|---|---|---|---|---|---|
| | **PX GUTTERMAN 16** | Core Principles | ATL000731-732 | No objection. | Deemed admitted. |
| | **PX GUTTERMAN 18** | 7/28/14 coverage letter | ATL000094-101 | No objection. | Deemed admitted. |
| | **PX GUTTERMAN 19** | 8/13/14 Letter from Plaintiffs' Counsel to Atlantic, c/o Pamela Johnson Re: denial of claim. | ATL000087-93 | No objection so long as a limiting instruction is given that the document is offered for the effect on the listener, and not for the truth of the matter asserted. | Deemed admitted, subject to limiting instruction. |
| | **PX GUTTERMAN 20** | 9/19/14 Coverage Letter | ATL000705-708 | No objection. | Deemed admitted. |

| *[1] | EXHIBIT NO.[2] | DESCRIPTION | BATES NO. | OBJECTION | RESPONSE TO OBJECTION |
|---|---|---|---|---|---|
| | **PX GUTTERMAN 21** | File Note History | ATL000001-000161 | No objection so long as:(1) A limiting instruction is given that the letter from Plaintiffs' counsel in the file is offered for the effect on the listener, and not for the truth of the matter asserted; and (2) The portion of the claim file that includes the Complaint in this action shall show the Complaint cover sheet and the Complaint shall otherwise be redacted. | Deemed admitted, subject to limiting instruction. |
| * | **PX GUTTERMAN 22** | 7/16/14 email from D. Gutterman to D. Gutterman re: "DIG" Season 1 – Imminent Peril claim notification | ATL001391-1396 | No objection. | Deemed admitted. |

9

| *[1] | EXHIBIT NO.[2] | DESCRIPTION | BATES NO. | OBJECTION | RESPONSE TO OBJECTION |
|---|---|---|---|---|---|
| * | **PX GUTTERMAN 23** | 7/17/14 email from P. Johnson to S. Weiss, A. Garber, D. Gutterman cc P. Williams re: Claim Acknowledgment for NBCU's "DIG" Season 1 – Imminent Peril claim notification | AONNBCU0003252-3255 | No objection. | Deemed admitted. |
| * | **PX GUTTERMAN 24** | 7/17/14 calendar invite from D. Gutterman to D. Gutterman re: Dig Conf Call Dial In | ATL001723 | No objection. | Deemed admitted. |
| * | **PX GUTTERMAN 25** | 7/22/14 email from P. Johnson to S. Weiss, A. Garber, D. Gutterman re: Claim 0AB097918 NBCU Dig | AONNBCU0003242-3243 | No objection. | Deemed admitted. |
| * | **PX GUTTERMAN 26** | 7/20/14 John Kerry Interview (Cited in Tab 96 Coverage Letter) | | No objection. | Deemed admitted. |

| *[1] | EXHIBIT NO.[2] | DESCRIPTION | BATES NO. | OBJECTION | RESPONSE TO OBJECTION |
|---|---|---|---|---|---|
| * | PX GUTTERMAN 27 | 7/15/14 John Kerry Press Statement – U.S. Condemns Kidnapping of Three Israeli Teenagers (Cited in Tab 96 Coverage Letter) | | No objection. | Deemed admitted. |
| | PX GUTTERMAN 28 | 7/3/16 email draft to P. Johnson re: 0AB097918 | ATL003211 | No objection. | Deemed admitted. |
| | PX GUTTERMAN 29 | 7/16/14 email from W. Phillips to D. Gutterman cc R. McFadden re: NBCU's "Dig" | ATL001547-1550 | No objection. | Deemed admitted. |
| | PX GUTTERMAN 30 | 7/16/14 email from P. Johnson to D. Gutterman re: "DIG" Season 1 – Imminent Peril claim notification | ATL001077-1081 | No objection. | Deemed admitted. |
| * | PX GOOLEY 31 | 7/17/14 email from T. Gooley to P. Johnson re: Act of War exclusion – Are you available for a short call? | ATL001571-1572 | No objection. | Deemed admitted. |

11

| *[1] | EXHIBIT NO.[2] | DESCRIPTION | BATES NO. | OBJECTION | RESPONSE TO OBJECTION |
|---|---|---|---|---|---|
| * | **PX GOOLEY 32** | 7/18/14 email from S. Duffy to T. Gooley re: Privileged and Confidential | ATL001800-1801 | No objection. | Deemed admitted. |
| * | **PX GOOLEY 33** | 7/28/14 email from P. Johnson to T. Gooley, P. Williams cc C. Paar re: NBC Coverage determination – they want it this morning | ATL001847-1855 | No objection. | Deemed admitted. |
| * | **PX GOOLEY 34** | 7/28/14 email from T. Gooley to P. Johnson re: NBC – DIG – coverage determination.docx | ATL001858-1866 | No objection. | Deemed admitted. |
| * | **PX CROSBY 30(b)(6) 1** | 5/5/17 Amended Notice of Rule 30(b)(6) Deposition of Defendant Atlantic Specialty Insurance Company | | No objection. | Deemed admitted. |

PLAINTIFFS' EXHIBIT LIST

| PX CROSBY 2 | 2/17/16 One Beacon Insurance Group PowerPoint Presentation Dated February 17, 2015(Also Crosby 3) | ATL006957- 6988 | This document was created at least 2 years after the facts giving rise to Plaintiffs' claims. Furthermore, the exhibit contains information regarding future projections and goals that concern dates falling far after Plaintiffs' claims. Therefore, it has no relevance to any of the Plaintiffs' causes of action (Fed. R. Evid. 401, 402). Furthermore, information contained in the exhibit is far more prejudicial to ASIC than it is probative to Plaintiffs' claims and, therefore, should be excluded under Fed. R. Evid. 403. | Relevant to Defendant's financial motive to deny the claim regardless of the merits, thus relevant to bad faith. Exhibit contains historical loss data regarding Plaintiffs' Policy and Defendant's entertainment division, despite being dated after Defendant's denial of the Dig claim. |
|---|---|---|---|---|

PLAINTIFFS' EXHIBIT LIST

| *[1] | EXHIBIT NO.[2] | DESCRIPTION | BATES NO. | OBJECTION | RESPONSE TO OBJECTION |
|---|---|---|---|---|---|
| * | PX CROSBY 4 | 7/23/14 E-mail from Dennis Crosby to Peter Williams | ATL001829-1831 | No objection. | Deemed admitted. |
| * | PX CROSBY 5 | 7/23/14 E-mail from Dennis Crosby to Sean Duffy | ATL006946-6948 | No objection. | Deemed admitted. |
| * | PX CROSBY 6 | 7/31/14 E-mail from Theresa Gooley to Kristin Boller | ATL001923-1938 | No objection. | Deemed admitted. |
| * | PX CROSBY 7 | 6/5/15 E-mail from Peter Williams to Susan Weiss | ATL002507-2508 | No objection. | Deemed admitted. |
| * | PX CROSBY 8 | 6/8/48 E-mail from Peter Williams to Dennis Crosby | ATL002514-515 | No objection. | Deemed admitted. |
| * | PX CROSBY 10 | 6/4/15 E-mail from Dennis Crosby to Michael Miller | ATL006949 | No objection. | Deemed admitted. |
| * | PX CROSBY 11 | 7/23/14 E-mail from Peter Williams to Dennis Crosby | ATL001832-1834 | No objection. | Deemed admitted. |
| * | PX STONE 3 | 12/17/12 DICE Producers Portfolio Declarations | | No objection. | Deemed admitted. |
| * | PX STONE 11 | CWS Notes | ATL000733-734 | No objection. | Deemed admitted. |

14

| * | **PX STONE 12** | Atlantic Exclusion of Other Acts of Terrorism Committed Outside of the United States; Cap on Losses from Certified Acts of Terrorism | ATL005269-5274 | Irrelevant [FRE 401, 402], more prejudicial than probative [FRE 403], improper extrinsic or parol evidence. Estate of Black, 211 Cal. App. 2d 75, 84 (Cal. Ct. App. 1962). ISO Forms, or other alleged forms, are not at issue in this case. The Policy speaks for itself, and Plaintiffs have not alleged that ASIC engaged in bad faith conduct vis-à-vis underwriting, etc. As such, exhibits seeking to show what the Policy could have said have no probative value to this case, and will only seek to confuse the jury as to the facts at issue in this case. | Relevant to show facts that Atlantic would have discovered had it conducted an adequate investigation into Plaintiffs' claim—namely, that Atlantic knows how to draft terrorism exclusions and that terrorism and war exclusions are mutually exclusive. Thus, relevant to Plaintiffs' bad faith claim. |

PLAINTIFFS' EXHIBIT LIST

| * | **PX STONE 14** | Electronic Data Processing Policy | ATL005278-5281 | Irrelevant [FRE 401, 402], more prejudicial than probative [FRE 403], improper extrinsic or parol evidence. Estate of Black, 211 Cal. App. 2d 75, 84 (Cal. Ct. App. 1962). ISO Forms, or other alleged forms, are not at issue in this case. The Policy speaks for itself, and Plaintiffs have not alleged that ASIC engaged in bad faith conduct vis-à-vis underwriting, etc. As such, exhibits seeking to show what the Policy could have said have no probative value to this case, and will only seek to confuse the jury as to the facts at issue in this case. | To the extent Defendant is permitted to introduce evidence concerning Exclusion 4 ("weapons of war including atomic fission"), relevant to showing that Defendant altered "employing atomic fission" language from the standard exclusion to "including atomic fission," without notifying Plaintiffs. Relevant to showing Defendant's bad faith in relying on this distinction to suggest that the exclusion is broader than nuclear weapons. |

| * | **PX STONE 15** | Production Portfolio Policy | ATL005275-5276 | Irrelevant [FRE 401, 402], more prejudicial than probative [FRE 403], improper extrinsic or parol evidence. Estate of Black, 211 Cal. App. 2d 75, 84 (Cal. Ct. App. 1962). ISO Forms, or other alleged forms, are not at issue in this case. The Policy speaks for itself, and Plaintiffs have not alleged that ASIC engaged in bad faith conduct vis-à-vis underwriting, etc. As such, exhibits seeking to show what the Policy could have said have no probative value to this case, and will only seek to confuse the jury as to the facts at issue in this case. | To the extent Defendant is permitted to introduce evidence concerning Exclusion 4 ("weapons of war including atomic fission"), relevant to showing that Defendant altered "employing atomic fission" language from the standard exclusion to "including atomic fission," without notifying Plaintiffs. Relevant to showing Defendant's bad faith in relying on this distinction to suggest that the exclusion is broader than nuclear weapons. |

| * | **PX DUFFY 5** | 4/18/17 Defendant Atlantic Specialty Insurance Company's Third Amended Responses To First Set Of Interrogatories #1-17 Propounded By Plaintiffs Universal Cable Productions LLC And Northern Entertainment Productions LLC | | Discovery requests and responses are not proper evidence; lack of relevance (401, 402); more prejudicial than probative, cumulative, confusing and wasting the jury's time (403); lack of foundation (901). | "Answers to interrogatories may be offered as evidence at trial, subject to the Federal Rules of Evidence." 7 Moore's Fed. Prac. – Civil § 33.160. Interrogatory responses provide Defendant's representations as to the circumstances surrounding Defendant's denial of the claim, including documents/facts relied upon, persons involved, and investigative steps taken. Defendant's objection is |

18

| *[1] | EXHIBIT NO.[2] | DESCRIPTION | BATES NO. | OBJECTION | RESPONSE TO OBJECTION |
|---|---|---|---|---|---|
| | | | | | improper boilerplate. |
| * | **PX DUFFY 9** | Excel Spreadsheet "Discontinued Opps" | ATL001695-1709 | MIL 2/MIL 3 – F.R.E. 401, 402, 403 | Relevant to Plaintiffs' bad faith claim. Document shows that claim was flagged for superior's review and that Plaintiffs were included on "Discontinued" list. |
| * | **PX DUFFY 11** | 7/22/14 E-mail from Theresa Gooley to Sean Duffy | ATL001826-1827 | No objection. | Deemed admitted. |
| * | **PX DUFFY 13** | 7/23/14 E-mail from Sean Duffy to Theresa Gooley | ATL001835-1836 | No objection. | Deemed admitted. |
| * | **PX JOHNSON 2** | 7/15/14 E-mail from Michael Arevalo to Pamela Johnson | ATL000982-985 | No objection. | Deemed admitted. |
| * | **PX JOHNSON 3** | 7/15/14 E-mail from Pamela Johnson to Daniel Gutterman | ATL000304-309 | No objection. | Deemed admitted. |

19

| *[1] | EXHIBIT NO.[2] | DESCRIPTION | BATES NO. | OBJECTION | RESPONSE TO OBJECTION |
|---|---|---|---|---|---|
| * | **PX JOHNSON 4** | Internet Archive: Wayback Machine, Israel Travel Advice Accessed January 30, 2017 | | No objection. | Deemed admitted. |
| * | **PX JOHNSON 6** | Israel, The West Bank and Gaza Travel Warning | | No objection. | Deemed admitted. |
| * | **PX JOHNSON 7** | 7/16/14 E-mail from Pamela Johnson to Pamela Johnson | ATL01529-1530 | No objection. | Deemed admitted. |
| * | **PX JOHNSON 12** | 7/28/14 E-mail from Pamela Johnson to Susan Weiss and Andrea Garber | AONNBCU0003085-3093 | No objection. | Deemed admitted. |
| * | **PX JOHNSON 13** | 9/30/14 E-mail from Pamela Johnson to Lucia Coyoca | ATL002217-2222 | No objection. | Deemed admitted. |
| * | **PX GARBER 6** | 4/24/14 email from A. Gerber to T. Peete and S. Weiss RE: Policy #MP00163-04 for /NBC Universal T_MP00163-04_14_Full.pdf | AONNBCU0000787 | No objection. | Deemed admitted. |

PLAINTIFFS' EXHIBIT LIST

| *[1] | EXHIBIT NO.[2] | DESCRIPTION | BATES NO. | OBJECTION | RESPONSE TO OBJECTION |
|---|---|---|---|---|---|
| * | **PX GARBER 8** | 12/11/13 email from Andrea Garber to Bernadette Milinovic and Wanda Phillips Re: "Dig" Season 1 Application/Declaration | AONNBCU0001748-50 | No objection. | Deemed admitted. |
| * | **PX GARBER 9** | 12/12/13 email from Bernadette Milinovic to Andrea Garber Re: "Dig" Season 1 Application/Declaration | AONNBCU0001494-97 | No objection. | Deemed admitted. |
| * | **PX GARBER 10** | 12/12/13 email from Bernadette Milinovic to Andrea Garber Re: "Dig" Season 1 Application/Declaration | AONNBCU0001501-02 | No objection. | Deemed admitted. |
| * | **PX GARBER 11** | 12/13/13 email from M. Binke to A. Garber, R. Richmond cc. K. Ford, C. Williams Re: "Dig" potential Morocco shoot | AONNBCU0001558-1561 | No objection. | Deemed admitted. |

| *[1] | EXHIBIT NO.[2] | DESCRIPTION | BATES NO. | OBJECTION | RESPONSE TO OBJECTION |
|---|---|---|---|---|---|
| * | **PX GARBER 19** | 11/15/13 email from Wanda Phillips to Susan Weiss and others with attachments Re: NBC 2013 Renewal Quote as of 11-13-13 | AONNBCU0000341-351 | No objection. | Deemed admitted. |
| * | **PX GARBER 25** | 7/11/14 email from Andrea Garber to Kurt Ford Re: call with Peter | UCP000859 | No objection. | Deemed admitted. |
| * | **PX GARBER 26** | 7/11/14 email from Jeff Wachtel to Mark Binke Re: "Dig" S1 Insurance Claim/Imminent Peril | UCP018048-49 | No objection. | Deemed admitted. |
| * | **PX GARBER 31** | 2014 - 6/30/2015 NBCU TV Claims – OneBeacon | ATL00459 | No objection. | Deemed admitted. |
| * | **PX GARBER 33** | 7/17/14 email from Mark Binke to Andrea Garber Re: Security update TIMELY | UCP000440 | No objection. | Deemed admitted. |

PLAINTIFFS' EXHIBIT LIST

| *[1] | EXHIBIT NO.[2] | DESCRIPTION | BATES NO. | OBJECTION | RESPONSE TO OBJECTION |
|---|---|---|---|---|---|
| * | **PX GARBER 34** | 7/17/14 email from Pamela Johnson to Susan Weiss and others Re: Claim Acknowledgement for NBCU's "DIG" Season 1 – Imminent Peril claim notification | UCP000455-57 | No objection. | Deemed admitted. |
| * | **PX GARBER 36** | 7/28/14 email from Pamela Johnsons to Susan Weiss and Andrea Garber Re: NBC – DIG – coverage determination letter | UCP000374-82 | No objection. | Deemed admitted. |
| * | **PX GARBER 37** | 7/28/14 email from P. Johnson to S. Weiss and A. Garber, Cc. D. Gutterman, DIG - coverage determination | AONNBCU0002769-2777 | No objection. | Deemed admitted. |
| * | **PX GARBER 38** | Motion Picture/Television Producers Portfolio Declarations OneBeacon Insurance | ATL001575-1629 | No objection. | Deemed admitted. |

23

| *[1] | EXHIBIT NO.[2] | DESCRIPTION | BATES NO. | OBJECTION | RESPONSE TO OBJECTION |
|---|---|---|---|---|---|
| * | **PX GARBER 39** | 11/24/09 email from Susan Weiss to George Walden and Rafael Rivera Re: Policy Language | AONNBCU0000916-946 | No objection. | Deemed admitted. |
| * | **PX WEISS 42** | 12/16/09 email from Martin Ridgers to George Walden, Susan Weiss Re: Martin's Final Form Policy | AONNBCU0003965-66 | No objection. | Deemed admitted. |
| * | **PX WEISS 45** | 3/11/10 email from Susan Weiss to Wanda Phillips Re: NBCU Policy Form mistakes | AONNBCU0001109-1115 | No objection. | Deemed admitted. |
| * | **PX SMITH 157** | 7/8/14 email from S. Smith to R. Richmond, E. Noordeloos cc M. Binke Re: DIG tel aviv in the morning (Also Richmond 379) | UCP001669 | No objection. | Deemed admitted. |
| * | **PX JOHNSON 246** | 7/15/14 E-mail from Pamela Johnson to Peter Williams, Daniel Gutterman | ATL000393-397 | No objection. | Deemed admitted. |

PLAINTIFFS' EXHIBIT LIST

| *[1] | EXHIBIT NO.[2] | DESCRIPTION | BATES NO. | OBJECTION | RESPONSE TO OBJECTION |
|---|---|---|---|---|---|
| * | **PX JOHNSON 253** | 7/31/14 E-mail from Andrea Garber to Pamela Johnson copying Susan Weiss and Daniel Gutterman | ATL001917-1918 | No objection. | Deemed admitted. |
| * | **PX FORD 290** | 10/31/14 email from K. Ford to P. Williams RE: DIG Insurance Meeting | ATL002421-423 | No objection. | Deemed admitted. |
| * | **PX FORD 294** | 12/10/13 email from R. Richmond to A. Garber, K. Ford, and C. Williams RE: "Dig" - "cast" insurance concerns | UCP_003149 - 151 | No objection. | Deemed admitted. |
| * | **PX FORD 304** | 7/10/14 email from M. Binke to K. Ford Fw: Security Summary | UCP_003312 - 313 | No objection. | Deemed admitted. |
| * | **PX FORD 314** | 7/25/14 email from B. Markus to A. Garber RE: Dig - Insurance claim | UCP000458 | No objection. | Deemed admitted. |

PLAINTIFFS' EXHIBIT LIST

| *[1] | EXHIBIT NO.[2] | DESCRIPTION | BATES NO. | OBJECTION | RESPONSE TO OBJECTION |
|---|---|---|---|---|---|
| * | PX FORD 318 | Collection of documents of photocopies of a cancelled check, an invoice, an Authority of Payment document, email, and a document entitled, "Regarding Compensation and Taxes" | UCP000310 - 315 | No objection. | Deemed admitted. |
| * | PX FORD 319 | Collection of documents of photocopies of a cancelled check, an invoice, an Authority of Payment document, email, and a document entitled, "Regarding Compensation and Taxes" | UCP000296 - 302 | No objection. | Deemed admitted. |
| * | PX FORD 320 | Collection of documents of photocopies of a cancelled check, an invoice, an Authority of Payment document, email, and a document entitled, "Regarding Compensation and Taxes" | UCP000303 - 309 | No objection. | Deemed admitted. |

26

| *[1] | EXHIBIT NO.[2] | DESCRIPTION | BATES NO. | OBJECTION | RESPONSE TO OBJECTION |
|---|---|---|---|---|---|
| * | **PX FORD 321** | Collection of documents of photocopies of a cancelled check, an invoice, an Authority of Payment document, email, and a document entitled, "Regarding Compensation and Taxes" | UCP000316 - 322 | No objection. | Deemed admitted. |
| * | **PX FORD 322** | Collection of documents of photocopies of a cancelled check, an invoice, an Authority of Payment document, email, and a document entitled, "Regarding Compensation and Taxes" | UCP000329 - 327 | No objection. | Deemed admitted. |
| * | **PX MARKUS-CAFFREY 342** | 6/12/14 email form B. Markus to M. Binke FW: DIG - LOCKED BUDGETS - AMORT, PATTERN, PILOT | UCP005411 - 5506 | No objection. | Deemed admitted. |
| * | **PX MARKUS-CAFFREY 343** | 8/14/14 email from R. Richmond to D. Cleaver, DIG budget notes | UCP009963 - 965 | No objection. | Deemed admitted. |

27

| *[1] | EXHIBIT NO.[2] | DESCRIPTION | BATES NO. | OBJECTION | RESPONSE TO OBJECTION |
|---|---|---|---|---|---|
| * | **PX MARKUS-CAFFREY 344** | "DIG - New Mexico Season 1 - First 5 episodes" | UCP018226 - 227 | No objection. | Deemed admitted. |
| * | **PX RICHMOND 355** | 6/16/14 email from R. Richmond to M. Binke and R. Rothstein, Dig issues !!!!! | UCP001082 | No objection. | Deemed admitted. |
| * | **PX RICHMOND 365** | 7/2/14 email from R. Richmond to S. Smith, Cc. M. Binke, Re: Dig locations | UCP000925 - 926 | No objection. | Deemed admitted. |
| * | **PX RICHMOND 376** | 7/8/14 email from R. Richmond to S. Smith, Cc. M. Binke, DIG !!!!!! | UCP000953 | No objection. | Deemed admitted. |
| * | **PX RICHMOND 377** | 7/8/14 email from R. Richmond to M. Binke, E. Noordeloos, Cc. S. Smith, Re: quick call | UCP002802 - 803 | No objection. | Deemed admitted. |
| * | **PX RICHMOND 378** | 7/8/14 email from R. Richmond to A. Nawi, Cc. L. Benasuly, M. Winemaker, A. Navon, S. Smith, M. Binke, DIG alert Tel Aviv tonight !! | UCP_003498 - 499 | No objection. | Deemed admitted. |

28

| *[1] | EXHIBIT NO.[2] | DESCRIPTION | BATES NO. | OBJECTION | RESPONSE TO OBJECTION |
|---|---|---|---|---|---|
| * | PX RICHMOND 380 | 7/8/14 email from R. Richmond to J. Footlik, M. Binke, R. Smotkin, RE: Sirens in Jerusalem | UCP000652 | No objection. | Deemed admitted. |
| * | PX RICHMOND 381 | 7/8/14 email from R. Richmond to S. Smith, E. Noordeloos, Cc. M. Binke, Dig today!!! | UCP000994 | No objection. | Deemed admitted. |
| * | PX RICHMOND 385 | 7/9/14 email from R. Rothstein to R. Richmond, Cc. M. Binke, S. O'Neill, S. Fung, Re: more DIG CAST | UCP001068 - 069 | No objection. | Deemed admitted. |
| * | PX RICHMOND 388 | 7/9/14 email from R. Richmond to J. Footlik, M. Binke, and R. Smotkin Re: Sirens in Tel Aviv | UCP000992 | No objection. | Deemed admitted. |
| * | PX RICHMOND 390 | 7/9/14 email from R. Richmond to J. Footlik, M. Binke, Cc. R. Smotkin, R. Rothstein, S. Dolcemaschio, Re: Sirens in Tel Aviv | UCP000767 - 768 | No objection. | Deemed admitted. |

| *[1] | EXHIBIT NO.[2] | DESCRIPTION | BATES NO. | OBJECTION | RESPONSE TO OBJECTION |
|---|---|---|---|---|---|
| * | **PX RICHMOND 393** | 7/10/14 email form M. Binke to R. Richmond, Re: DIG scenarios | UCP_003585 - 586 | No objection. | Deemed admitted. |
| * | **PX RICHMOND 394** | 7/11/14 email form T. Cowley to R. Richmond, B. Grey, M. Cowley, A. Grey, Cc. Bob Scwartz, Coming home form Israel | UCP_003493 | No objection. | Deemed admitted. |
| * | **PX RICHMOND 395** | 7/11/14 email from M. Binke to A. Garber, J. Wachtel, Cc. R. Richmond, T. McCarthy, and K. Ford, RE: "Dig" S1 Insurance Claim/Imminent Peril | UCP_003951 | No objection. | Deemed admitted. |
| * | **PX RICHMOND 396** | 7/14/14 email from R. Richmond to M. Binke and B. Markus, RE: DIG costs | UCP_003356 - 357 | No objection. | Deemed admitted. |
| * | **PX RICHMOND 401** | 7/21/14 email from S. Smith to R. Richmond, Re: DIG Security | UCP001606 | No objection. | Deemed admitted. |

PLAINTIFFS' EXHIBIT LIST

| *[1] | EXHIBIT NO.[2] | DESCRIPTION | BATES NO. | OBJECTION | RESPONSE TO OBJECTION |
|---|---|---|---|---|---|
| * | **PX RICHMOND 403** | 7/25/14 email from B. markus ot A. Garber, Cc. M. Binke, R. Richmond, and B. Markus, Dig - insurance claim | UCP000880 | No objection. | Deemed admitted. |
| * | **PX RIDGERS 408** | 12/7/09 email from G. Walden to G. Walden RE: NBC Wording – Coverage Summary/Affidavit Form | AONNBCU0003795-3865 | MIL 2/MIL 3 – F.R.E. 401, 402, 403 | Correspondence from drafting/ negotiation of Policy and draft policies are relevant to show the reasonable expectations of the parties at the time of drafting. See Plaintiffs' Oppo. to MIL 2/3. |

| *[1] | EXHIBIT NO.[2] | DESCRIPTION | BATES NO. | OBJECTION | RESPONSE TO OBJECTION |
|---|---|---|---|---|---|
| * | **PX RIDGERS 409** | 12/17/09 email from G. Walden to W. Phillips, M. Ridgers RE: NBC Martin 12-16 final | AONNBCU 0004125-0004131 | MIL 2/MIL 3 – F.R.E. 401, 402, 403 | Correspondence from drafting/ negotiation of Policy and draft policies are relevant to show the reasonable expectations of the parties at the time of drafting. See Plaintiffs' Oppo. to MIL2/3. |
| * | **PX RIDGERS 413** | 12/16/09 email from G. Walden to M. Ridgers RE: Martin's_Final_Form_12-15-09 (2). Doc | AONNBCU 0004090-0004124 | MIL 2/MIL 3 – F.R.E. 401, 402, 403 | Correspondence from drafting/ negotiation of Policy and draft policies are relevant to show the reasonable expectations of the parties at the time of drafting. See Plaintiffs' Oppo. to MIL2/3. |

| *[1] | EXHIBIT NO.[2] | DESCRIPTION | BATES NO. | OBJECTION | RESPONSE TO OBJECTION |
|---|---|---|---|---|---|
| * | **PX RIDGERS 414** | 12/16/09 email from M. Ridgers to G. Walden , S. Weiss RE: Martin's_Final_Form Rev 1_2009 1216.doc | AONNBCU 0003965-0003997 | MIL 2/MIL 3 – F.R.E. 401, 402, 403 | Correspondence from drafting/ negotiation of Policy and draft policies are relevant to show the reasonable expectations of the parties at the time of drafting. See Plaintiffs' Oppo. to MIL 2/3. |
| * | **PX RIDGERS 415** | 12/17/09 email from S. Weiss to G. Walden RE: NBC Martin 12-16 final THIS IS IT | AONNBCU 0003998-0004030 | MIL 2/MIL 3 – F.R.E. 401, 402, 403 | Correspondence from drafting negotiation of Policy and draft policies are relevant to show the reasonable expectations of the parties at the time of drafting. See Plaintiffs' Oppo. to MIL 2/3. |

| *[1] | EXHIBIT NO.[2] | DESCRIPTION | BATES NO. | OBJECTION | RESPONSE TO OBJECTION |
|---|---|---|---|---|---|
| * | **PX RIDGERS 416** | 12/17/09 email from G. Walden to G. Walden RE: Martin's_Final_Form Rev 1_2009 1217.doc | AONNBCU 0004132-0004195 | MIL 2/MIL 3 – F.R.E. 401, 402, 403 | Correspondence from drafting/ negotiation of Policy and draft policies are relevant to show the reasonable expectations of the parties at the time of contracting. See Plaintiffs' Oppo. to MIL2/3. |
| * | **PX PHILLIPS 422** | 1/15/2010 email from W. Phillips to S. Weiss NBC Studios Policy-Draft | AONNBCU 0004383-0004410 | MIL 2/MIL 3 – F.R.E. 401, 402, 403 | Correspondence from drafting/ negotiation of Policy and draft policies are relevant to show the reasonable expectations of the parties at the time of contracting. See Plaintiffs' Oppo. to MIL 2/3. |

PLAINTIFFS' EXHIBIT LIST

| *[1] | EXHIBIT NO.[2] | DESCRIPTION | BATES NO. | OBJECTION | RESPONSE TO OBJECTION |
|---|---|---|---|---|---|
| * | **PX PHILLIPS 423** | 12/3/13 email from W. Phillips to A. Garber RE: Tentative 2014 Production – "Dig" | AONNBCU 0003622-0003625 | MIL 2/MIL 3 – F.R.E. 401, 402, 403 | Correspondence from underwriting process to add Dig as an insured production is relevant to show the reasonable expectations of the parties at the time of contracting. See Plaintiffs' Oppo. to MIL 2/3. |
| | **PX PHILLIPS 424** | 12/13/13 email from A. Garber to W. Phillips RE: "Dig" S1 | AONNBCU 0001747 | MIL 2/MIL 3 – F.R.E. 401, 402, 403 | Correspondence from underwriting process to add Dig as an insured production is relevant to show the reasonable expectations of the parties at the time of contracting. See Plaintiffs' Oppo. to MIL 2/3. |

PLAINTIFFS' EXHIBIT LIST

| *[1] | EXHIBIT NO.[2] | DESCRIPTION | BATES NO. | OBJECTION | RESPONSE TO OBJECTION |
|---|---|---|---|---|---|
| * | **PX PHILLIPS 425** | 10/13/14 email from B. Milinovic to D. Kizner, W. Phillips RE: DIG "state of the union" 9-19 | ATL002231-002211 | No objection. | Deemed admitted. |
| * | **PX PHILLIPS 427** | 11/7/14 email from J. Morris to B. Milinovic RE: DIG state of the union 10-29 revised | ATL 002439-002444 | No objection. | Deemed admitted. |

PLAINTIFFS' EXHIBIT LIST

| PX PHILLIPS 428 | One Beacon Insurance Group PowerPoint Presentation Dated February 17, 2016 | ATL006989-007020 | This document was created at least 2 years after the facts giving rise to Plaintiffs' claims. Furthermore, the exhibit contains information regarding future projections and goals that concern dates falling far after Plaintiffs' claims. Therefore, it has no relevance to any of the Plaintiffs' causes of action (Fed. R. Evid. 401, 402). Furthermore, information contained in the exhibit is far more prejudicial to ASIC than it is probative to Plaintiffs' claims and, therefore, should be excluded under Fed. R. Evid. 403. | Relevant to Defendant's financial motive to deny the claim regardless of the merits, thus relevant to bad faith. Exhibit contains historical loss data regarding Plaintiffs' Policy and Defendant's entertainment division, despite being dated after Defendant's denial of the Dig claim. |
|---|---|---|---|---|

PLAINTIFFS' EXHIBIT LIST

| *[1] | EXHIBIT NO.[2] | DESCRIPTION | BATES NO. | OBJECTION | RESPONSE TO OBJECTION |
|---|---|---|---|---|---|
| * | **PX 486** | 12/20/13 E-mail chain between Andrea Garber, Wanda Phillips and Bernadette Milinovic | AONNBCU0001462-1466 | No objection. | Deemed admitted. |
| * | **PX 487** | 1/13/14 E-mail and attachment to from Andrea Garber to Bernadette Milinovic | AONNBCU0001567-1568 | No objection. | Deemed admitted. |
| * | **PX 489** | 01/29/15 Dig Planned and Actual Shoot Schedule | UCP018245 | No objection. | Deemed admitted. |
| * | **PX 490** | 7/09/14 E-mail chain among Stephen Smith, Randi Richmond and Mark Binke | UCP002521-2522 | No objection. | Deemed admitted. |
| * | **PX 491** | U.S. Dept of State Listing of Foreign Terrorist Organization | UCP000162-165 | No objection. | Deemed admitted. |
| * | **PX 492** | U.S. Dept. of Treasury Press Release Titled "U.S. Designates Five Charities Funding Hamas and Six Senior Hamas Leaders as Terrorist Entities | UCP000178-182 | No objection. | Deemed admitted. |

38

| *[1] | EXHIBIT NO.[2] | DESCRIPTION | BATES NO. | OBJECTION | RESPONSE TO OBJECTION |
|------|----------------|-------------|-----------|-----------|------------------------|
| * | **PX 493** | U.S. Department of State Fact Sheet | UCP000183-200 | No objection. | Deemed admitted. |
| * | **PX 494** | U.S. Department of State Travel Warning Re Travel to Israel, The West Bank and Gaza, updated 02/03/2014 | UCP035240 – 35243 | No objection. | Deemed admitted. |
| * | **PX 495** | 6/18/14 U.S. Dept of State Daily Press Briefing | UCP000201-215 | No objection. | Deemed admitted. |
| * | **PX 496** | 6/30/14 U.S. Dept of State Daily Press Briefing | UCP000216-229 | No objection. | Deemed admitted. |
| * | **PX 497** | 7/09/14 U.S. Dept of State Daily Press Briefing | UCP000166-177 | No objection. | Deemed admitted. |
| * | **PX 498** | 7/08/14 U.S. Dept of State Daily Press Briefing | UCP000230-245 | No objection. | Deemed admitted. |
| * | **PX 499** | 7/08/14 Daily Briefing by the Department of State Press Secretary | UCP000246-273 | No objection. | Deemed admitted. |
| * | **PX 500** | 7/16/14 U.S. Dept. of State Daily Press Briefing | UCP000279-291 | No objection. | Deemed admitted. |
| * | **PX 501** | Sample of OneBeacon Insurance Policy | UCP035244-35315 | No objection. | Deemed admitted. |

PLAINTIFFS' EXHIBIT LIST

| *[1] | EXHIBIT NO.[2] | DESCRIPTION | BATES NO. | OBJECTION | RESPONSE TO OBJECTION |
|---|---|---|---|---|---|
| * | **PX 502** | Merriam Webster Dictionary Definition of "War" | UCP035316 | No objection. | Deemed admitted. |
| * | **PX 503** | Encyclopedia Britannic Online Definition of "Atomic Bomb" | UCP035317-35326 | No objection. | Deemed admitted. |
| * | **PX 504** | U.S. Nuclear Regulatory Commission Glossary Definition of "Radioactivity" | UCP035327 | No objection. | Deemed admitted. |
| * | **PX 505** | U.S. Nuclear Regulatory Commission Glossary Definition of "Atomic Energy" | UCP035328 | No objection. | Deemed admitted. |
| * | **PX 506** | Article "How Much did the September 11 Terrorist attack cost America" | UCP035329-35330 | No objection. | Deemed admitted. |
| * | **PX 507** | Article Timeline: Terror Attacks Linked to Islamists Since 9/11 | UCP035331-35337 | No objection. | Deemed admitted. |

PLAINTIFFS' EXHIBIT LIST

| *[1] | EXHIBIT NO.[2] | DESCRIPTION | BATES NO. | OBJECTION | RESPONSE TO OBJECTION |
|---|---|---|---|---|---|
| * | **PX 508** | 7/16/14 Remarks of the President on Foreign Policy | UCP000274-278 | No objection. | Deemed admitted. |
| * | **PX 509** | 7/21/14 US Department of State Travel Warning entitled "Israel, The West Bank and Gaza Travel Warning. | UCP000292-295 | No objection. | Deemed admitted. |
| * | **PX 510** | Hamas Founding Charter (1988) The Covenant of the Islamic Resistance Movement | UCP035336-35346 | No objection. | Deemed admitted. |
| * | **PX 511** | 12/13/09 E-mail from Martin Ridgers to George Walden and Wanda Phillips | AONNBCU0003902-3903 | MIL 2/MIL 3 – F.R.E. 401, 402, 403 | Correspondence from drafting/ negotiation of Policy and draft policies are relevant to show the reasonable expectations of the parties at the time of contracting. See |

| *[1] | EXHIBIT NO.[2] | DESCRIPTION | BATES NO. | OBJECTION | RESPONSE TO OBJECTION |
|---|---|---|---|---|---|
| | | | | | Plaintiffs' Oppo. to MIL 2/3. |
| * | PX 512 | Insurance Service Office form number CG 00 02 04 13 | UCP035347-UCP035374 | Irrelevant [FRE 401, 402], more prejudicial than probative [FRE 403], improper extrinsic or parol evidence. Estate of Black, 211 Cal. App. 2d 75, 84 (Cal. Ct. App. 1962). ISO Forms, or other alleged forms, are not at issue in this case. The Policy speaks for itself, and Plaintiffs have not alleged that ASIC engaged in bad faith conduct vis-à-vis underwriting, etc. As such, exhibits seeking to show what the Policy could have said have no | Alternative version of war exclusion is relevant to Defendant's understanding of their meaning. And by extension, Defendant's bad faith. |

PLAINTIFFS' EXHIBIT LIST

| *¹ | EXHIBIT NO.² | DESCRIPTION | BATES NO. | OBJECTION | RESPONSE TO OBJECTION |
|---|---|---|---|---|---|
| | | | | probative value to this case, and will only seek to confuse the jury as to the facts at issue in this case. | |
| * | **PX 513** | Insurance Service Office form number CG00 20 03 10 | UCP035375-UCP035397 | Irrelevant [FRE 401, 402], more prejudicial than probative [FRE 403], improper extrinsic or parol evidence. Estate of Black, 211 Cal. App. 2d 75, 84 (Cal. Ct. App. 1962). ISO Forms, or other alleged forms, are not at issue in this case. The Policy speaks for itself, and Plaintiffs have not alleged that ASIC engaged in bad faith conduct vis-à-vis underwriting, etc. As such, exhibits seeking | Alternative version of war exclusion is relevant to Defendant's understanding of their meaning. And by extension, Defendant's bad faith. |

PLAINTIFFS' EXHIBIT LIST

| *1 | EXHIBIT NO.[2] | DESCRIPTION | BATES NO. | OBJECTION | RESPONSE TO OBJECTION |
|---|---|---|---|---|---|
| | | | | to show what the Policy could have said have no probative value to this case, and will only seek to confuse the jury as to the facts at issue in this case. | |
| * | PX 514 | 10/28/72 Richard Nixon: Campaign Statement About Crime and Drug Abuse | UCP035398-35399 | No objection. | Deemed admitted. |
| * | PX 515 | 10/02/82 Ronald Reagan Radio Address to the Nation on Federal Drug Policy | UCP035400-35401 | No objection. | Deemed admitted. |
| * | PX 516 | 01/08/64 Lyndon B. Johnson Annual Message to the Congress on the State of the Union | UCP035402-35406 | No objection. | Deemed admitted. |
| * | PX 517 | 12/15/16 Bill O' Reilly: War on Christmas won by | UCP 035407 | No objection. | Deemed admitted. |

PLAINTIFFS' EXHIBIT LIST

| *[1] | EXHIBIT NO.[2] | DESCRIPTION | BATES NO. | OBJECTION | RESPONSE TO OBJECTION |
|---|---|---|---|---|---|
| | | the good guys, but insurgents remain | | | |
| * | PX 518 | 12/22/16 Article: Three reasons why the New York Times' War on Christmas denial is all wrong | UCP035408-35409 | No objection. | Deemed admitted. |
| * | PX 519 | 12/19/16 How the War on Christmas Controversy Was Created | UCP035410-35415 | No objection. | Deemed admitted. |
| * | PX 520 | Attack on America: The Insurance Coverage Issue | UCP035416-35424 | No objection. | Deemed admitted. |
| * | PX 521 | 09/17/01 LA Times Article Act of War Exclusion Doesn't Apply to Attacks Insurers Say | UCP035425 | No objection. | Deemed admitted. |
| * | PX 522 | Insurance Journal – A look at Invoking War Exclusions | UCP035426 | No objection. | Deemed admitted. |
| * | PX 523 | 7/18/14 E-mail from Daniel Gutterman to Himself | ATL00294 | No objection. | Deemed admitted. |

45

| *[1] | EXHIBIT NO.[2] | DESCRIPTION | BATES NO. | OBJECTION | RESPONSE TO OBJECTION |
|---|---|---|---|---|---|
| * | **PX 524** | 7/16/14 E-mail chain among Daniel Gutterman and Pamela Johnson | ATL000501 | No objection. | Deemed admitted. |
| * | **PX 525** | 7/16/14 E-mail chain among Daniel Gutterman and Pamela Johnson | ATL001560-1561 | No objection. | Deemed admitted. |
| * | **PX 526** | 7/17/14 Westlaw Cover E-mail to Pamela Johnson re War Exclusion | ATL001635 | No objection. | Deemed admitted. |
| * | **PX 527** | 8/28/14 Foreign Policy – Take Away Their Guns – Then We'll Talk | UCP035432-35433 | No objection. | Deemed admitted. |
| * | **PX 528** | 8/9/14 National Post – Gaza's Marvels Of Engineering; Hamas Gunmen Can Live In Tunnels For Weeks | UCP035434-35436 | No objection. | Deemed admitted. |
| * | **PX 529** | 1/7/14 Jerusalem Post – IDF Announces Major Operation in Gaza as Rocket Fire Escalates in South | UCP035437-35439 | No objection. | Deemed admitted. |

PLAINTIFFS' EXHIBIT LIST

| *[1] | EXHIBIT NO.[2] | DESCRIPTION | BATES NO. | OBJECTION | RESPONSE TO OBJECTION |
|---|---|---|---|---|---|
| * | **PX 531** | 12/16/09 E-mail from Martin Ridgers to George Walden, Susan Weiss and Wanda Phillips | AONNBCU0004055-4089 | MIL 2/MIL 3 – F.R.E. 401, 402, 403 | Correspondence from drafting/ negotiation of Policy and draft policies are relevant to show the reasonable expectations of the parties at the time of contracting. See Plaintiffs' Oppo. to MIL 2/3. |
| * | **PX 534** | 3/26/10 E-mail from Susan Weiss to Kurt Ford | UCP032892-32935 | MIL 2/MIL 3 – F.R.E. 401, 402, 403 | Correspondence from drafting/ negotiation of Policy and draft policies are relevant to show the reasonable expectations of the parties at the time of contracting. See Plaintiffs' Oppo. to MIL 2/3. |

47

| *[1] | EXHIBIT NO.[2] | DESCRIPTION | BATES NO. | OBJECTION | RESPONSE TO OBJECTION |
|---|---|---|---|---|---|
| * | PX 535 | Ledger Detail (17.54-01002 thru 01006, 01080,01085,01086,01088) | UCP018225 | No objection. | Deemed admitted. |
| * | PX 536 | DIG - CROATIA Cost Report 11 TOPSHEET - PE 06242016 | UCP018223 | No objection. | Deemed admitted. |
| * | PX 537 | Dig Croatia (06 24 16 Cost Report) | UCP018224 | No objection. | Deemed admitted. |
| * | PX 538 | (8297428-2) | UCP000001 | No objection. | Deemed admitted. |
| * | PX 539 | DIG - Croatia Locked Budget - 09022014 | UCP013943 | No objection. | Deemed admitted. |
| * | PX 540 | DIG - Day Cost Workbook - 10282014 | UCP018222 | No objection. | Deemed admitted. |
| * | PX 541 | DIG U.S. - Cast Salary spreadsheet | UCP035215 | No objection. | Deemed admitted. |
| * | PX 542 | Israel Estimated Salary spreadsheet | UCP035216 | No objection. | Deemed admitted. |
| * | PX 547 | Ledgers.xlsx | UCP036901 | No objection. | Deemed admitted. |
| * | PX 548 | DIG Croatia - Cast | UCP 18228-18236 | No objection. | Deemed admitted. |
| * | PX 549 | DIG Croatia - Fringe | UCP 18237-18238 | No objection. | Deemed admitted. |

48

| *[1] | EXHIBIT NO.[2] | DESCRIPTION | BATES NO. | OBJECTION | RESPONSE TO OBJECTION |
|---|---|---|---|---|---|
| * | **PX 550** | DIG Croatia - Stunts | UCP 18239-18243 | No objection. | Deemed admitted. |
| * | **PX 551** | Financial document | UCP 18022 | No objection. | Deemed admitted. |
| * | **PX 552** | Financial document | UCP 18003-18021 | No objection. | Deemed admitted. |
| * | **PX 553** | COA Listing Report | UCP 4048-4075 | No objection. | Deemed admitted. |
| * | **PX 554** | Financial document | UCP 18125-18221 | No objection. | Deemed admitted. |
| * | **PX 555** | Pilot Locked | UCP 14882-14928 | No objection. | Deemed admitted. |
| * | **PX 556** | Pattern Locked | UCP 14836-14881 | No objection. | Deemed admitted. |
| * | **PX 557** | Amort Locked | UCP 14780-14818 | No objection. | Deemed admitted. |
| * | **PX 558** | Financial document | UCP 5398-5405 | No objection. | Deemed admitted. |
| * | **PX 559** | Financial document | UCP 15850 | No objection. | Deemed admitted. |
| * | **PX 560** | DIG ALL SERIES LOCKED BUDGET | UCP014765-014779 | No objection. | Deemed admitted. |

49

| *[1] | EXHIBIT NO.[2] | DESCRIPTION | BATES NO. | OBJECTION | RESPONSE TO OBJECTION |
|---|---|---|---|---|---|
| * | PX 562 | DIG HOLIDAY_HIATUS LOCKED BUDGET 6_8_14 | UCP014819-014835 | No objection. | Deemed admitted. |
| * | PX 565 | DIG PREP PUSH LOCKED BUDGET | UCP014929-014953 | No objection. | Deemed admitted. |
| * | PX 566 | DIG WRAP LOCKED BUDGET | UCP014954-014972 | No objection. | Deemed admitted. |
| * | PX 567 | PATTERN BUDGET-S1 Amort | UCP014973-014995 | No objection. | Deemed admitted. |
| * | PX 568 | PATTERN BUDGET-S1 B4 Amort | UCP014996-015023 | No objection. | Deemed admitted. |
| * | PX 569 | PATTERN BUDGET-S1 B4 Series Pattern | UCP015024-015083 | No objection. | Deemed admitted. |
| * | PX 570 | PATTERN BUDGET-S1 Prep | UCP015084-015117 | No objection. | Deemed admitted. |
| * | PX 571 | PATTERN BUDGET-S1 Series Pattern Ep.2-6 | UCP015118-015178 | No objection. | Deemed admitted. |
| * | PX 572 | PATTERN BUDGET-S1 Wrap | UCP015179-015208 | No objection. | Deemed admitted. |
| * | PX 573 | DIG - Israel Series Recap - 04292015 | UCP016315-016367 | No objection. | Deemed admitted. |

50

| *1 | EXHIBIT NO.2 | DESCRIPTION | BATES NO. | OBJECTION | RESPONSE TO OBJECTION |
|---|---|---|---|---|---|
| * | **PX 574** | DIG - Israel Series Recap - PE 10222015 | UCP016368-016420 | No objection. | Deemed admitted. |
| * | **PX 575** | DIG - New Mexico Series Recap - PE 03192015 | UCP016421-016482 | No objection. | Deemed admitted. |
| * | **PX 576** | DIG - New Mexico Series Recap - PE 04172015 | UCP016483-016542 | No objection. | Deemed admitted. |
| * | **PX 577** | DIG - New Mexico Series Recap - PE 04272015 | UCP016543-016602 | No objection. | Deemed admitted. |
| * | **PX 578** | DIG - New Mexico Series Recap - PE 05082015 | UCP016603-016662 | No objection. | Deemed admitted. |
| * | **PX 579** | DIG - New Mexico Series Recap - PE 05142015 | UCP016663-016722 | No objection. | Deemed admitted. |
| * | **PX 580** | DIG - New Mexico Series Recap - PE 06142015 | UCP016723-016781 | No objection. | Deemed admitted. |
| * | **PX 581** | DIG - New Mexico Series Recap - PE 06272015 | UCP016782-016842 | No objection. | Deemed admitted. |
| * | **PX 582** | DIG - New Mexico Series Recap - PE 07062016 | UCP016843-016904 | No objection. | Deemed admitted. |
| * | **PX 583** | DIG - New Mexico Series Recap - PE 08112016 | UCP016905-016966 | No objection. | Deemed admitted. |

PLAINTIFFS' EXHIBIT LIST

| *[1] | EXHIBIT NO.[2] | DESCRIPTION | BATES NO. | OBJECTION | RESPONSE TO OBJECTION |
|---|---|---|---|---|---|
| * | **PX 584** | DIG - New Mexico Series Recap - PE 08222015 | UCP016967-017025 | No objection. | Deemed admitted. |
| * | **PX 585** | DIG - New Mexico Series Recap - PE 09042015 | UCP017026-017084 | No objection. | Deemed admitted. |
| * | **PX 586** | DIG - New Mexico Series Recap - PE 11222015 | UCP017085-017146 | No objection. | Deemed admitted. |
| * | **PX 587** | DIG Israel Series recap 12 30 14 | UCP017147-017200 | No objection. | Deemed admitted. |
| * | **PX 588** | Dig Series recap NM 010915 | UCP017201-017254 | No objection. | Deemed admitted. |
| * | **PX 589** | Dig Series recap NM 12114 | UCP017255-017308 | No objection. | Deemed admitted. |
| * | **PX 590** | Dig Series recap NM 012315 | UCP017309-017362 | No objection. | Deemed admitted. |
| * | **PX 591** | Dig Series recap NM 020415 | UCP017363-017416 | No objection. | Deemed admitted. |
| * | **PX 592** | Dig Series recap NM 021315 | UCP017417-017468 | No objection. | Deemed admitted. |
| * | **PX 593** | Dig Series recap NM 110114 | UCP017469-017520 | No objection. | Deemed admitted. |

PLAINTIFFS' EXHIBIT LIST

| *₁ | EXHIBIT NO.² | DESCRIPTION | BATES NO. | OBJECTION | RESPONSE TO OBJECTION |
|---|---|---|---|---|---|
| * | **PX 594** | Dig Series recap NM 110614 | UCP017521-017572 | No objection. | Deemed admitted. |
| * | **PX 595** | Dig Series recap NM 110814 | UCP017573-017624 | No objection. | Deemed admitted. |
| * | **PX 596** | Dig Series recap NM 111414 | UCP017625-017679 | No objection. | Deemed admitted. |
| * | **PX 597** | Dig Series recap NM 120614 | UCP017680-017734 | No objection. | Deemed admitted. |
| * | **PX 598** | Dig Series recap NM 121314 | UCP017735-017789 | No objection. | Deemed admitted. |
| * | **PX 599** | Dig Series recap NM 122014 | UCP017790-017842 | No objection. | Deemed admitted. |
| * | **PX 600** | Israel DIG  Nov 22nd Recap | UCP017843-017892 | No objection. | Deemed admitted. |
| * | **PX 601** | Israel DIG Nov 1 Recap-1 | UCP017893-018001 | No objection. | Deemed admitted. |
| * | **PX 602** | Series recap 11.14.14 Israel | UCP035217-035238 | No objection. | Deemed admitted. |
| * | **PX 603** | Cost and Variance Reports | UCP015209-16223 | No objection. | Deemed admitted. |

| *[1] | EXHIBIT NO.[2] | DESCRIPTION | BATES NO. | OBJECTION | RESPONSE TO OBJECTION |
|---|---|---|---|---|---|
| * | **PX 604** | AL-ASQSA TV Filler Tallies Terror Attacks by Hamas (Memri TV) | UCP036891-036892 | No objection. | Deemed admitted. |
| * | **PX 605** | Hamas TV Children's Show Encourages Killing of Jews (Memri TV) | UCP036893-036894 | No objection. | Deemed admitted. |
| * | **PX 606** | Hamas TV Song in Hebrew: Annihilate All the Zionists Exterminate the Cockroaches' Nest (Memri TV) | UCP036895-036896 | No objection. | Deemed admitted. |
| * | **PX 607** | Hamas PM Haniya Extols Martyrdom, Says: We Shall Rock Tel Aviv (Memri TV) | UCP036897-036898 | No objection. | Deemed admitted. |
| * | **PX 608** | A Mickey Mouse Character on Hamas TV Teaches Children About Islamic Rule of the World (Memri TV) | UCP036899-036325 | No objection. | Deemed admitted. |
| * | **PX 609** | First Amended Complaint in the case of *Federal Insurance Company, et al.* | UCP036326-036525 | No objection. | Deemed admitted. |

PLAINTIFFS' EXHIBIT LIST

| *¹ | EXHIBIT NO.² | DESCRIPTION | BATES NO. | OBJECTION | RESPONSE TO OBJECTION |
|---|---|---|---|---|---|
| | | *v. Al Qaida, et al.*, Case No. 1:03-cv-06978-GBD-SN S.D.N.Y.) | | | |
| * | **PX 610** | 08/12/2014 Letter from Tania Hoff, NBCUniversal to Lucia Coyoca, Mitchell Silberberg & Knupp LLP re: DIG Insurance Claim/One Beacon | UCP036526-036527 | No objection so long as a limiting instruction is given that the document is offered for the effect on the listener, and not for the truth of the matter asserted. | Deemed admitted, subject to limiting instruction. |
| * | **PX 611** | Mitchell, Silberberg & Knupp invoices to NBC Universal for legal fees and costs re: *Dig* matter | UCP036528-036890 | MIL 1 – Hearsay [FRE 801- 802], failure to timely produce, irrelevant [FRE 401, 402], not properly authenticated [FRE 901]; improper opinions (FRE 701, 702), more prejudicial than probative, cumulative, and likely to confuse the jury (FRE 403), lacks | See Plaintiffs' Oppo. to MIL 1. Defendant's objection is improper boilerplate. Invoices are business records, relevant to Plaintiffs' claim for attorney fees, were timely produced, and will |

PLAINTIFFS' EXHIBIT LIST

| *[1] | EXHIBIT NO.[2] | DESCRIPTION | BATES NO. | OBJECTION | RESPONSE TO OBJECTION |
|---|---|---|---|---|---|
| | | | | foundation and not properly authenticated [FRE 901]. | be authenticated at trial.  Invoices are not opinions. |
| * | **PX 613** | OneBeacon 2011 Form 10-K Statement | UCP036083-036325 | Pursuant to conversations between counsel, the Parties believe that they can resolve the need for these exhibits via factual stipulations. However, should Plaintiff not consent to the factual stipulations necessary, ASIC objects on the basis of hearsay [FRE 801-802], failure to timely produce, more prejudicial than probative, waste of time, cumulative (FRE 403). irrelevant | Plaintiffs hope to reach an agreement with Defendant on a factual stipulation that would eliminate the need for this exhibit.<br><br>If the parties cannot agree, Plaintiffs respond: Defendants objection is improper boilerplate. Exhibit is the statement and business record of party opponent. |

56

| *[1] | EXHIBIT NO.[2] | DESCRIPTION | BATES NO. | OBJECTION | RESPONSE TO OBJECTION |
|---|---|---|---|---|---|
| | | | | [FRE 401, 402]. Nothing about OneBeacon's financial data has any tendency to make a fact at issue in this case more or less likely. To the extent Plaintiffs wish to introduce information regarding ASIC's net worth, Plaintiffs have means of obtaining this data without introducing these exhibits, and the information contained therein would only serve to prejudice the jury against ASIC. | Relevant to punitive damages. |
| * | **PX 614** | Atlantic Specialty Insurance Company Annual Statement 2014 | UCP035834-036082 | Pursuant to conversations between counsel, the Parties believe that | Plaintiffs hope to reach an agreement with Defendant on a factual |

| *1 | EXHIBIT NO.[2] | DESCRIPTION | BATES NO. | OBJECTION | RESPONSE TO OBJECTION |
|---|---|---|---|---|---|
| | | | | they can resolve the need for these exhibits via factual stipulations. However, should Plaintiff not consent to the factual stipulations necessary, ASIC objects on the basis of hearsay [FRE 801-802], failure to timely produce, more prejudicial than probative, waste of time, cumulative (FRE 403). irrelevant [FRE 401, 402]. Nothing about OneBeacon's financial data has any tendency to make a fact at issue in this case more or less likely. To the extent | stipulation that would eliminate the need for this exhibit.<br><br>If the parties cannot agree, Plaintiffs respond: Defendants objection is improper boilerplate. Exhibit is the statement and business record of party opponent. Relevant to punitive damages. |

| *[1] | EXHIBIT NO.[2] | DESCRIPTION | BATES NO. | OBJECTION | RESPONSE TO OBJECTION |
|---|---|---|---|---|---|
| | | | | Plaintiffs wish to introduce information regarding ASIC's net worth, Plaintiffs have means of obtaining this data without introducing these exhibits, and the information contained therein would only serve to prejudice the jury against ASIC. | |
| * | **PX 615** | Atlantic Specialty Insurance Company Annual Statement 2015 | UCP035440-035633 | Pursuant to conversations between counsel, the Parties believe that they can resolve the need for these exhibits via factual stipulations. However, should Plaintiff not consent to the factual | Plaintiffs hope to reach an agreement with Defendant on a factual stipulation that would eliminate the need for this exhibit. |

| *1 | EXHIBIT NO.2 | DESCRIPTION | BATES NO. | OBJECTION | RESPONSE TO OBJECTION |
|---|---|---|---|---|---|
| | | | | stipulations necessary, ASIC objects on the basis of hearsay [FRE 801-802], failure to timely produce, more prejudicial than probative, waste of time, cumulative (FRE 403). irrelevant [FRE 401, 402]. Nothing about OneBeacon's financial data has any tendency to make a fact at issue in this case more or less likely. To the extent Plaintiffs wish to introduce information regarding ASIC's net worth, Plaintiffs have means of obtaining this data without introducing these | If the parties cannot agree, Plaintiffs respond: Defendants objection is improper boilerplate. Exhibit is the statement and business record of party opponent. Relevant to punitive damages. |

PLAINTIFFS' EXHIBIT LIST

| *[1] | EXHIBIT NO.[2] | DESCRIPTION | BATES NO. | OBJECTION | RESPONSE TO OBJECTION |
|---|---|---|---|---|---|
| | | | | exhibits, and the information contained therein would only serve to prejudice the jury against ASIC. | |
| * | PX 617 | 2018-12-31 10-K White Mountains Insurance Group, LTD. | | Pursuant to conversations between counsel, the Parties believe that they can resolve the need for these exhibits via factual stipulations. However, should Plaintiff not consent to the factual stipulations necessary, ASIC objects on the basis of hearsay [FRE 801-802], failure to timely produce, more prejudicial than probative, waste of | Plaintiffs hope to reach an agreement with Defendant on a factual stipulation that would eliminate the need for this exhibit. If the parties cannot agree, Plaintiffs respond: Defendants objection is improper boilerplate. Exhibit is the statement and business record of party |

PLAINTIFFS' EXHIBIT LIST

| *[1] | EXHIBIT NO.[2] | DESCRIPTION | BATES NO. | OBJECTION | RESPONSE TO OBJECTION |
|---|---|---|---|---|---|
| | | | | time, cumulative (FRE 403). irrelevant [FRE 401, 402]. Nothing about White Mountain's financial data has any tendency to make a fact at issue in this case more or less likely. To the extent Plaintiffs wish to introduce information regarding ASIC's net worth, Plaintiffs have means of obtaining this data without introducing these exhibits, and the information contained therein would only serve to prejudice the jury against ASIC. | opponent. Relevant to punitive damages. |
| * | **PX 618** | 2017-12-31 10-K White Mountains Insurance Group, LTD. | | Pursuant to conversations between counsel, the | Plaintiffs hope to reach an agreement with Defendant on |

| *¹ | EXHIBIT NO.² | DESCRIPTION | BATES NO. | OBJECTION | RESPONSE TO OBJECTION |
|----|--------------|-------------|-----------|-----------|------------------------|
|    |              |             |           | Parties believe that they can resolve the need for these exhibits via factual stipulations. However, should Plaintiff not consent to the factual stipulations necessary, ASIC objects on the basis of hearsay [FRE 801-802], failure to timely produce, more prejudicial than probative, waste of time, cumulative (FRE 403). irrelevant [FRE 401, 402]. Nothing about White Mountain's financial data has any tendency to make a fact at issue in this case more or less likely. To the | a factual stipulation that would eliminate the need for this exhibit.<br><br>If the parties cannot agree, Plaintiffs respond: Defendants objection is improper boilerplate. Exhibit is the statement and business record of party opponent. Relevant to punitive damages. |

PLAINTIFFS' EXHIBIT LIST

| *[1] | EXHIBIT NO.[2] | DESCRIPTION | BATES NO. | OBJECTION | RESPONSE TO OBJECTION |
|---|---|---|---|---|---|
| | | | | extent Plaintiffs wish to introduce information regarding ASIC's net worth, Plaintiffs have means of obtaining this data without introducing these exhibits, and the information contained therein would only serve to prejudice the jury against ASIC. | |
| * | PX 619 | 2016-12-31 10-K White Mountains Insurance Group, LTD. | | Pursuant to conversations between counsel, the Parties believe that they can resolve the need for these exhibits via factual stipulations. However, should Plaintiff not consent to the factual stipulations | Plaintiffs hope to reach an agreement with Defendant on a factual stipulation that would eliminate the need for this exhibit. If the parties cannot agree, Plaintiffs respond: |

| *1 | EXHIBIT NO.[2] | DESCRIPTION | BATES NO. | OBJECTION | RESPONSE TO OBJECTION |
|---|---|---|---|---|---|
| | | | | necessary, ASIC objects on the basis of hearsay [FRE 801-802], failure to timely produce, more prejudicial than probative, waste of time, cumulative (FRE 403). irrelevant [FRE 401, 402]. Nothing about White Mountain's financial data has any tendency to make a fact at issue in this case more or less likely. To the extent Plaintiffs wish to introduce information regarding ASIC's net worth, Plaintiffs have means of obtaining this data without introducing these exhibits, and the information contained | Defendants objection is improper boilerplate. Exhibit is the statement and business record of party opponent. Relevant to punitive damages. |

| *[1] | EXHIBIT NO.[2] | DESCRIPTION | BATES NO. | OBJECTION | RESPONSE TO OBJECTION |
|---|---|---|---|---|---|
| | | | | therein would only serve to prejudice the jury against ASIC. | |
| * | PX 620 | 2015-12-31 10-K White Mountains Insurance Group, LTD. | | Pursuant to conversations between counsel, the Parties believe that they can resolve the need for these exhibits via factual stipulations. However, should Plaintiff not consent to the factual stipulations necessary, ASIC objects on the basis of hearsay [FRE 801-802], failure to timely produce, more prejudicial than probative, waste of time, cumulative (FRE 403). irrelevant | Plaintiffs hope to reach an agreement with Defendant on a factual stipulation that would eliminate the need for this exhibit. If the parties cannot agree, Plaintiffs respond: Defendants objection is improper boilerplate. Exhibit is the statement and business record of party opponent. Relevant to punitive damages. |

PLAINTIFFS' EXHIBIT LIST

| *¹ | EXHIBIT NO.² | DESCRIPTION | BATES NO. | OBJECTION | RESPONSE TO OBJECTION |
|---|---|---|---|---|---|
| | | | | [FRE 401, 402]. Nothing about White Mountain's financial data has any tendency to make a fact at issue in this case more or less likely. To the extent Plaintiffs wish to introduce information regarding ASIC's net worth, Plaintiffs have means of obtaining this data without introducing these exhibits, and the information contained therein would only serve to prejudice the jury against ASIC. | |
| * | PX 621 | 2014-12-31 10-K White Mountains Insurance Group, LTD. | | Pursuant to conversations between counsel, the Parties believe that they can resolve the | Plaintiffs hope to reach an agreement with Defendant on a factual stipulation that |

PLAINTIFFS' EXHIBIT LIST

| *[1] | EXHIBIT NO.[2] | DESCRIPTION | BATES NO. | OBJECTION | RESPONSE TO OBJECTION |
|---|---|---|---|---|---|
| | | | | need for these exhibits via factual stipulations. However, should Plaintiff not consent to the factual stipulations necessary, ASIC objects on the basis of hearsay [FRE 801-802], failure to timely produce, more prejudicial than probative, waste of time, cumulative (FRE 403). irrelevant [FRE 401, 402]. Nothing about White Mountain's financial data has any tendency to make a fact at issue in this case more or less likely. To the extent Plaintiffs wish to introduce | would eliminate the need for this exhibit. If the parties cannot agree, Plaintiffs respond: Defendants objection is improper boilerplate. Exhibit is the statement and business record of party opponent. Relevant to punitive damages. |

| *[1] | EXHIBIT NO.[2] | DESCRIPTION | BATES NO. | OBJECTION | RESPONSE TO OBJECTION |
|---|---|---|---|---|---|
| | | | | information regarding ASIC's net worth, Plaintiffs have means of obtaining this data without introducing these exhibits, and the information contained therein would only serve to prejudice the jury against ASIC. | |
| * | **PX 640** | 6/12/14 Dig Locked Critical Assumptions | UCP007998 | No objection. | Deemed admitted. |
| * | **PX 641** | 6/5/14 "Dig" Locked Pilot | UCP005460-5506 | No objection. | Deemed admitted. |
| * | **PX 642** | 4/30/14 Production Recap Report, Israel Unit | UCP004488 | No objection. | Deemed admitted. |
| * | **PX 643** | 10/23/15 Production Recap Report, Israel Unit | UCP006123 | No objection. | Deemed admitted. |
| * | **PX 644** | 7/8/16 Production Recap Report, First 5 Episodes | UCP010735-736 | No objection. | Deemed admitted. |
| * | **PX 645** | 8/11/16 Production Recap Report, First 5 Episodes | UCP004503-504 | No objection. | Deemed admitted. |

| *[1] | EXHIBIT NO.[2] | DESCRIPTION | BATES NO. | OBJECTION | RESPONSE TO OBJECTION |
|---|---|---|---|---|---|
| * | **PX 647** | Black's Law Dictionary (10th ed. 2014), definition of "war" | | No objection. | Deemed admitted. |
| * | **PX 648** | Black's Law Dictionary (10th ed. 2014), definition of "mixed war" | | No objection. | Deemed admitted. |
| * | **PX 649** | BLACK'S LAW DICTIONARY (10th ed. 2014), definition of "military" | | No objection. | Deemed admitted. |
| * | **PX 650** | BLACK'S LAW DICTIONARY (10th ed. 2014), definition of "authority" | | No objection. | Deemed admitted. |
| * | **PX 651** | Military & Armed Forces, MERRIAM-WEBSTER'S COLLEGIATE DICTIONARY (11th ed. 2003), definition of "military" | | No objection. | Deemed admitted. |
| * | **PX 652** | 10A COUCH ON INSURANCE § 152:3 (3d ed. 2017), Definition of War | | No objection. | Deemed admitted. |

| *[1] | EXHIBIT NO.[2] | DESCRIPTION | BATES NO. | OBJECTION | RESPONSE TO OBJECTION |
|---|---|---|---|---|---|
| * | **PX 653** | 10A COUCH ON INSURANCE § 152:4 (3d ed. 2017), Definition of Warlike Operations | | No objection. | Deemed admitted. |
| * | **PX 654** | 10A COUCH ON INSURANCE § 152:18 (3d ed. 2017), War Risk Exclusion in the Context of Terrorism, In General | | No objection. | Deemed admitted. |
| * | **PX 655** | 6/24/15 UN Report of the Independent Commission of Inquiry Established Pursuant to Human Rights Council resolution S-21/1 | ATL004914-5097 | No objection. | Deemed admitted. |

PLAINTIFFS' EXHIBIT LIST

| *[1] | EXHIBIT NO.[2] | DESCRIPTION | BATES NO. | OBJECTION | RESPONSE TO OBJECTION |
|---|---|---|---|---|---|
| * | PX 656 | 2/10/17 Plaintiff Universal Cable Productions Llc's First Set Of Requests For Admissions #1-33 To Defendant Atlantic Specialty Insurance Company | | Discovery requests and responses are not proper evidence; lack of relevance (401, 402); more prejudicial than probative, cumulative, confusing and wasting the jury's time (403); lack of foundation (901). | "Admissions obtained under Rule 36 may be offered in evidence at the trial…." § 2264 Use and Effect of Admissions, 8B Fed. Prac. & Proc. Civ. § 2264 (3d ed.).  Requests are relevant to bad faith and address Defendant's bases and process for denying the claim. Requests provide relevant definitions and context for Defendant's admissions. |

PLAINTIFFS' EXHIBIT LIST

| *[1] | EXHIBIT NO.[2] | DESCRIPTION | BATES NO. | OBJECTION | RESPONSE TO OBJECTION |
|---|---|---|---|---|---|
| * | **PX 657** | 3/13/17 Defendant Atlantic Specialty Insurance Company's Objections And Responses To Plaintiff Universal Cable Productions Llc's First Set Of Requests For Admissions #1-33 | | Discovery requests and responses are not proper evidence; lack of relevance (401, 402); more prejudicial than probative, cumulative, confusing and wasting the jury's time (403); lack of foundation (901). | "Admissions obtained under Rule 36 may be offered in evidence at the trial…." § 2264 Use and Effect of Admissions, 8B Fed. Prac. & Proc. Civ. § 2264 (3d ed.).  Admissions are relevant to bad faith and address Defendant's bases and process for denying the claim. |

| *[1] | EXHIBIT NO.[2] | DESCRIPTION | BATES NO. | OBJECTION | RESPONSE TO OBJECTION |
|---|---|---|---|---|---|
| * | PX 658 | 3/6/17 Plaintiff Universal Cable Productions Llc's Second Set Of Requests For Admissions #34-35 To Defendant Atlantic Specialty Insurance Company | | Discovery requests and responses are not proper evidence; lack of relevance (401, 402); more prejudicial than probative, cumulative, confusing and wasting the jury's time (403); lack of foundation (901). | "Admissions obtained under Rule 36 may be offered in evidence at the trial…." § 2264 Use and Effect of Admissions, 8B Fed. Prac. & Proc. Civ. § 2264 (3d ed.).  Requests are relevant to bad faith and address Defendant's bases and process for denying the claim. Requests provide relevant definitions and context for Defendant's admissions. |

| *[1] | EXHIBIT NO.[2] | DESCRIPTION | BATES NO. | OBJECTION | RESPONSE TO OBJECTION |
|---|---|---|---|---|---|
| * | **PX 659** | 4/7/17 Defendant Atlantic Specialty Insurance Company's Objections And Responses To Plaintiff Universal Cable Productions Llc's Second Set Of Requests For Admissions # 34-35 | | Discovery requests and responses are not proper evidence; lack of relevance (401, 402); more prejudicial than probative, cumulative, confusing and wasting the jury's time (403); lack of foundation (901). | "Admissions obtained under Rule 36 may be offered in evidence at the trial…." § 2264 Use and Effect of Admissions, 8B Fed. Prac. & Proc. Civ. § 2264 (3d ed.).  Admissions are relevant to bad faith and address Defendant's bases and process for denying the claim. |

PLAINTIFFS' EXHIBIT LIST

| * | **PX 660** | 10/5/16 Plaintiffs' First Set Of Interrogatories #1-17 To Defendant Atlantic Specialty Insurance Company | | Discovery requests and responses are not proper evidence; lack of relevance (401, 402); more prejudicial than probative, cumulative, confusing and wasting the jury's time (403); lack of foundation (901). | "Answers to interrogatories may be offered as evidence at trial, subject to the Federal Rules of Evidence." 7 Moore's Fed. Prac. – Civil § 33.160. Interrogatory responses provide Defendant's representations as to the circumstances surrounding Defendant's denial of the claim, including documents/facts relied upon, persons involved, and investigative steps taken. Interrogatories provide relevant definitions and |

PLAINTIFFS' EXHIBIT LIST

| *[1] | EXHIBIT NO.[2] | DESCRIPTION | BATES NO. | OBJECTION | RESPONSE TO OBJECTION |
|---|---|---|---|---|---|
| | | | | | context for Defendant's responses. Defendant's objection is improper boilerplate. |

PLAINTIFFS' EXHIBIT LIST

| * | PX 661 | 11/11/16 Defendant Atlantic Specialty Insurance Company's Responses To First Set Of Interrogatories #1-17 Propounded By Plaintiffs Universal Cable Productions Llc And Northern Entertainment Productions Llc | | Discovery requests and responses are not proper evidence; lack of relevance (401, 402); more prejudicial than probative, cumulative, confusing and wasting the jury's time (403); lack of foundation (901). | "Answers to interrogatories may be offered as evidence at trial, subject to the Federal Rules of Evidence." 7 Moore's Fed. Prac. – Civil § 33.160. Interrogatory responses provide Defendant's representations as to the circumstances surrounding Defendant's denial of the claim, including documents/facts relied upon, persons involved, and investigative steps taken. Defendant's objection is |

PLAINTIFFS' EXHIBIT LIST

| *[1] | EXHIBIT NO.[2] | DESCRIPTION | BATES NO. | OBJECTION | RESPONSE TO OBJECTION |
|---|---|---|---|---|---|
|  |  |  |  |  | improper boilerplate. |

| * | PX 662 | 12/13/16 Defendant Atlantic Specialty Insurance Company's First Amended Responses To First Set Of Interrogatories #1-17 Propounded By Plaintiffs Universal Cable Productions Llc And Northern Entertainment Productions Llc | | Discovery requests and responses are not proper evidence; lack of relevance (401, 402); more prejudicial than probative, cumulative, confusing and wasting the jury's time (403); lack of foundation (901). | "Answers to interrogatories may be offered as evidence at trial, subject to the Federal Rules of Evidence." 7 Moore's Fed. Prac. – Civil § 33.160. Interrogatory responses provide Defendant's representations as to the circumstances surrounding Defendant's denial of the claim, including documents/facts relied upon, persons involved, and investigative steps taken. Defendant's objection is |

| *[1] | EXHIBIT NO.[2] | DESCRIPTION | BATES NO. | OBJECTION | RESPONSE TO OBJECTION |
|---|---|---|---|---|---|
| | | | | | improper boilerplate. |

PLAINTIFFS' EXHIBIT LIST

| * | **PX 663** | 2/20/17 Defendant Atlantic Specialty Insurance Company's Second Amended Responses To First Set Of Interrogatories #1-17 Propounded By Plaintiffs Universal Cable Productions Llc And Northern Entertainment Productions Llc | | Discovery requests and responses are not proper evidence; lack of relevance (401, 402); more prejudicial than probative, cumulative, confusing and wasting the jury's time (403); lack of foundation (901). | "Answers to interrogatories may be offered as evidence at trial, subject to the Federal Rules of Evidence." 7 Moore's Fed. Prac. – Civil § 33.160. Interrogatory responses provide Defendant's representations as to the circumstances surrounding Defendant's denial of the claim, including documents/facts relied upon, persons involved, and investigative steps taken. Defendant's objection is |

| *[1] | EXHIBIT NO.[2] | DESCRIPTION | BATES NO. | OBJECTION | RESPONSE TO OBJECTION |
|---|---|---|---|---|---|
| | | | | | improper boilerplate. |

PLAINTIFFS' EXHIBIT LIST

| * | **PX 664** | 2/10/17 Plaintiff Universal Cable Productions Llc's Second Set Of Interrogatories #18-25 To Defendant Atlantic Specialty Insurance Company | | Discovery requests and responses are not proper evidence; lack of relevance (401, 402); more prejudicial than probative, cumulative, confusing and wasting the jury's time (403); lack of foundation (901). | "Answers to interrogatories may be offered as evidence at trial, subject to the Federal Rules of Evidence." 7 Moore's Fed. Prac. – Civil § 33.160. Interrogatory responses provide Defendant's representations as to the circumstances surrounding Defendant's denial of the claim, including documents/facts relied upon, persons involved, and investigative steps taken. Interrogatories provide relevant definitions and |

PLAINTIFFS' EXHIBIT LIST

| *[1] | EXHIBIT NO.[2] | DESCRIPTION | BATES NO. | OBJECTION | RESPONSE TO OBJECTION |
|---|---|---|---|---|---|
| | | | | | context for Defendant's responses. Defendant's objection is improper boilerplate. |

PLAINTIFFS' EXHIBIT LIST

| * | PX 665 | 3/13/17 Defendant Atlantic Specialty Insurance Company's Responses To Second Set Of Interrogatories #18-25 Propounded By Plaintiffs Universal Cable Productions Llc And Northern Entertainment Productions Llc | | Discovery requests and responses are not proper evidence; lack of relevance (401, 402); more prejudicial than probative, cumulative, confusing and wasting the jury's time (403); lack of foundation (901). | "Answers to interrogatories may be offered as evidence at trial, subject to the Federal Rules of Evidence." 7 Moore's Fed. Prac. – Civil § 33.160. Interrogatory responses provide Defendant's representations as to the circumstances surrounding Defendant's denial of the claim, including documents/facts relied upon, persons involved, and investigative steps taken. Defendant's objection is |

PLAINTIFFS' EXHIBIT LIST

| *[1] | EXHIBIT NO.[2] | DESCRIPTION | BATES NO. | OBJECTION | RESPONSE TO OBJECTION |
|---|---|---|---|---|---|
| | | | | | improper boilerplate. |

| * | **PX 666** | OneBeacon Ins. Co. v. T. Wade Welch & Assocs., 841 F.3d 669, 674 (5th Cir. 2016) | | This exhibit is an opinion in a case involving allegations against an ASIC-affiliated company for breaches of the duty of good faith and fair dealing. However, this judicial opinion is inadmissible. First, there is no cognizable interest under California law vis-à-vis alleged breaches of the duty of good faith and fair dealing that falls outside of its borders, or conduct that allegedly constitutes a violation of other states' laws. Therefore, any evidence of alleged wrongdoing in other jurisdictions is improper character evidence and violates | Pattern and practice evidence is relevant to Plaintiffs' bad faith claim and request for punitive damages; it is not improper character evidence. *See Colonial Life & Accident Ins. Co. v. Superior Court*, 31 Cal. 3d 785, 792 (1982) (in bank) ("Indirect evidence of the elements of punitive damages may be suggested by a pattern of unfair practices."). The case is similar because it involves Defendant's erroneous use of an exclusion to deny coverage. *OneBeacon Ins.* |

| | | | | the due process clause of the 14th amendment (Fed. R. Evid. 404). Additionally, to the extent Plaintiffs offer this opinion for the truth of any assertions by the Fifth Circuit Court of Appeals (i.e. One Beacon or ASIC acted in bad faith), it is inadmissible hearsay [FRE 801, 802]. Furthermore, this opinion is irrelevant [FRE 401, 402]. Nothing from this judicial opinion is likely to make any fact at issue in this case more or less likely, and the holding comes after the facts giving rise to Plaintiffs' claims. Finally, the exhibit is more prejudicial than | *Co.*, 841 F.3d at 674. Therefore, there is sufficient similarity to permit the jury to learn of Defendant's conduct, even if subject to the laws of a different jurisdiction. *See State Farm Mut. Auto. Ins. Co. v. Campbell*, 538 U.S. 408, 422 (2003) (stating that even "[l]awful out-of-state conduct may be probative when it demonstrates the deliberateness and culpability of the defendant's action in the State where it is tortious…."). Opinion is res judicata against |
|---|---|---|---|---|---|

PLAINTIFFS' EXHIBIT LIST

| *[1] | EXHIBIT NO.[2] | DESCRIPTION | BATES NO. | OBJECTION | RESPONSE TO OBJECTION |
|---|---|---|---|---|---|
| | | | | probative; any probative value is far outweighed by the prejudice such opinion would present to ASIC [FRE 403]. | Defendant. Plaintiffs are not intending to offer the opinion itself but instead request that the Court take judicial notice of the facts therein and instruct the jury. |
| * | **PX 667** | 2/10/15 Congressional Research Service, The Palestinians: Background and U.S. Relations | ATL005135-5183 | No objection. | Deemed admitted. |

90

| * | **PX 669** | Atlantic's profit / paid claims figures in connection with the Insured's policies for the years 2010 through 2015. | ATL005268 | Pursuant to conversations between counsel, the Parties believe that they can resolve the need for these exhibits via factual stipulations. However, should Plaintiff not consent to the factual stipulations necessary, ASIC objects on the basis of hearsay [FRE 801-802], failure to timely produce, more prejudicial than probative, waste of time, cumulative (FRE 403). irrelevant [FRE 401, 402]. Nothing about OneBeacon's financial data has any tendency to make a fact at issue in this | Relevant to Defendant's financial motive to deny the claim regardless of the merits, thus relevant to bad faith and punitive damages. Document is a statement of party opponent and a business record. |

| *[1] | EXHIBIT NO.[2] | DESCRIPTION | BATES NO. | OBJECTION | RESPONSE TO OBJECTION |
|---|---|---|---|---|---|
| | | | | case more or less likely. To the extent Plaintiffs wish to introduce information regarding ASIC's net worth, Plaintiffs have means of obtaining this data without introducing these exhibits, and the information contained therein would only serve to prejudice the jury against ASIC. | |
| * | **PX 673** | 11/15/13 email from W. Phillips to S. Weiss, A. Garber, and T. Peete, NBC 2013 Renewal Quote as of 11-13-2013 | ATL000764-766 | No objection. | Deemed admitted. |
| * | **PX 674** | 12/11/13 email from B. Milinovic to A. Garber, RE: "Dig" Season 1 Application/Declaration | ATL000405-406 | No objection. | Deemed admitted. |

| *[1] | EXHIBIT NO.[2] | DESCRIPTION | BATES NO. | OBJECTION | RESPONSE TO OBJECTION |
|---|---|---|---|---|---|
| * | **PX 675** | 1/13/14 email from B. Milinovic to A. Garber, RE: "Dig" S1 - 2014 Application/Declaration | ATL000438 | No objection. | Deemed admitted. |
| * | **PX 676** | 7/17/14 Event invitaiton organized by P. Johnson, "Canceled: War Exclusion - Israel/Hamas Conflict" | ATL001567 | No objection. | Deemed admitted. |
| * | **PX 677** | 7/17/14 Event invitaiton organized by P. Johnson, "War Exclusion - Israel/Hamas Conflict" | ATL001568 | No objection. | Deemed admitted. |
| * | **PX 678** | Background & Overview of Hamas <http://www.jewishvirtuallibrary.org/background-and-overview-of-hamas)> | _ | No objection. | Deemed admitted. |
| * | **PX 679** | Designated Foreign Terrorist Organizations <http://www.state.gov/j/ct/rls/other/des/123085.htm> | _ | No objection. | Deemed admitted. |

93

| *[1] | EXHIBIT NO.[2] | DESCRIPTION | BATES NO. | OBJECTION | RESPONSE TO OBJECTION |
|---|---|---|---|---|---|
| * | **PX 680** | Australian National Security - Terrorist Organizations <https://www.nationalsecurity.gov.au/Listedterroristorganisations/Pages/Hamass Izzal-Dinal-QassamBrigades.aspx> | _ | No objection. | Deemed admitted. |
| * | **PX 681** | https://www.publicsafety.gc.ca/cnt/ntnl-scrt/cntrtrrrsm/lstd-ntts/crrnt-lstd-ntts-en.aspx | _ | No objection. | Deemed admitted. |
| * | **PX 682** | http://eur-lex.europa.eu/legalcontent/EN/TXT/PDF/?uri=CELEX:32017D0154&from=EN | _ | No objection. | Deemed admitted. |

PLAINTIFFS' EXHIBIT LIST

| *[1] | EXHIBIT NO.[2] | DESCRIPTION | BATES NO. | OBJECTION | RESPONSE TO OBJECTION |
|---|---|---|---|---|---|
| * | PX 683 | List of Terrorist Organizations and Individuals (Israel) <http://www.justice.gov.il/En/Units/FBPS/DNFBPDuties/Pages/List-of-Terrorist-Organizations-and-Individuals.aspx> | _ | No objection. | Deemed admitted. |
| * | PX 684 | Implementation of the Measures including the Freezing of Assets against Terrorists and the Like (Japan) <http://www.mofa.go.jp/announce/announce/2002/7/0705.html> | _ | No objection. | Deemed admitted. |
| * | PX 685 | Q&A: What is Hamas? <http://www.cnn.com/2012/11/16/world/meast/hamas-explainer/> | _ | No objection. | Deemed admitted. |

| *[1] | EXHIBIT NO.[2] | DESCRIPTION | BATES NO. | OBJECTION | RESPONSE TO OBJECTION |
|---|---|---|---|---|---|
| * | PX 686 | The National Counterterrorism Center <https://www.nctc.gov/site/groups/hamas.html> | - | No objection. | Deemed admitted. |
| * | PX 687 | 7/16/14 email from P. Johnson to T. Gooley, Act of War exclusion - Are you available for a short call? | ATL001555 | No objection. | Deemed admitted. |
| * | PX 688 | Holiday Inns Inc. v. Aetna Insurance Company et al | ATL001636-686 | No objection. | Deemed admitted. |
| * | PX 689 | No longer on website-- U.S. Department of State, Daily Press Briefing, Washington, DC, June 16, 2014 <http://www.state.gov/r/pa/prs/dpb/2014/07/229360.htm> | - | No objection. | Deemed admitted. |

PLAINTIFFS' EXHIBIT LIST

| *[1] | EXHIBIT NO.[2] | DESCRIPTION | BATES NO. | OBJECTION | RESPONSE TO OBJECTION |
|---|---|---|---|---|---|
| * | **PX 690** | The White House, Remarks by the President on Foreign Policy, July 16, 2014 <https://www.whitehouse.gov/the-press-office/2014/07/16/remarks president-foreign-policy link expired but available at https://www.politico.com/story/2014/07/obamas-foreign-policy-remarks-transcript-video-109014 > | | No objection. | Deemed admitted. |
| * | **PX 691** | 7/18/14 email to/from D. Gutterman | ATL000294 | No objection. | Deemed admitted. |
| * | **PX 692** | The Impact of 9/11 on Politics and War: The Day that Changed Everything? Palgrave Macmillan. p. 222. ISBN 0-230-60763-2. Carter, Shan; Cox, A. "One 9/11 Tally: $3.3 Trillion." Retrieved September 14, 2015. | | No objection. | Deemed admitted. |

| *[1] | EXHIBIT NO.[2] | DESCRIPTION | BATES NO. | OBJECTION | RESPONSE TO OBJECTION |
|---|---|---|---|---|---|
| * | **PX 693** | Wikipedia- Sponsors of Terrorism <https://en.wikipedia.org/wiki/State_Sponsors_of_Terrorism> | _ | No objection. | Deemed admitted. |
| * | **PX 694** | Hamas: Government or Terrorist Organization (NPR) <http://www.npr.org/2006/12/06/6583080/hamas-government-or-terroristorganization> | _ | No objection. | Deemed admitted. |
| * | **PX 695** | Op-ed: Hamas has the blood of three young boys on its hands, dated 7/5/14 (Ted Cruz) <https://www.cruz.senate.gov/?p=press_release&id=1860> | _ | No objection. | Deemed admitted. |
| * | **PX 696** | Wikipedia- War as a metaphor <https://en.wikipedia.org/wiki/War_as_metaphor> | _ | No objection. | Deemed admitted. |

| *[1] | EXHIBIT NO.[2] | DESCRIPTION | BATES NO. | OBJECTION | RESPONSE TO OBJECTION |
|---|---|---|---|---|---|
| * | **PX 697** | Television Insurance Application | ATL000437 | No objection. | Deemed admitted. |
| * | **PX 698** | 7/15/14 email from P. Johnson to P. Williams, FW: NBCU's "DIG" season 1 - Imminent Peril claim application | ATL000518-523 | No objection. | Deemed admitted. |
| * | **PX 699** | 11/15/13 email from W. Philips to A. Garber, S. Weiss, and T. Peete, FW NBV 2013 Renewal Quote as of 11-13-2013 | ATL000749-751 | No objection. | Deemed admitted. |
| * | **PX 700** | 12/10/13 email from R. Richmond to A. Garber, K. Ford, and C. Williams, RE: "Dig" - "cast" insurance concerns | AONNBCU0001399-1401 | No objection. | Deemed admitted. |
| * | **PX 701** | 12/13/13 email from A. Garber to R. Richmond, RE: "Dig" potential Morocco shoot | AONNBCU0001516-519 | No objection. | Deemed admitted. |

99

| *[1] | EXHIBIT NO.[2] | DESCRIPTION | BATES NO. | OBJECTION | RESPONSE TO OBJECTION |
|---|---|---|---|---|---|
| * | **PX 702** | 2/20/14 email from B. Milinovic to A. Garber, RE: "Dig" - Further production dates | ATL000402-403 | No objection. | Deemed admitted. |
| * | **PX 703** | 7/15/14 email from P. Johnson to D. Gutterman, RE: NBCU's "DIG" Season 1 - Imminent Peril claim notification | ATL000295-299 | No objection. | Deemed admitted. |
| * | **PX 704** | 7/15/14 email from D. Williams to D. Gutterman Re: NBCU's "DIG" Season 1 - Imminent Peril claim notification | ATL000300-303 | No objection. | Deemed admitted. |
| * | **PX 705** | 7/15/14 Email from D. Gutterman to P. Johnson FW: NBCU's "DIG" Season 1 - Imminent Peril claim notification | ATL000325-328 | No objection. | Deemed admitted. |
| * | **PX 706** | 7/15/14 email from M. Arevalo to S. Weiss FW: NBCU's "DIG" Season 1 - Imminent Peril claim notification | ATL000986-989 | No objection. | Deemed admitted. |

100

| *[1] | EXHIBIT NO.[2] | DESCRIPTION | BATES NO. | OBJECTION | RESPONSE TO OBJECTION |
|---|---|---|---|---|---|
| * | **PX 707** | 7/16/14 email from P. Johnson to D. Gutterman, "Sources on Israel/Hamas conflict" | ATL000322 | No objection. | Deemed admitted. |
| * | **PX 708** | 7/16/14 email from D. Williams to D. Gutterman RE: NBCU's "DIG" Season 1 - Imminent Peril claim notification | ATL001111-115 | No objection. | Deemed admitted. |
| * | **PX 709** | 7/16/14 Email to/from D. Gutterman, FW: NBCU's "DIG" Season 1 - Imminent Peril claim notification | ATL001329-335 | No objection. | Deemed admitted. |
| * | **PX 711** | 7/16/14 Invitation from D. Gutterman, NBC - DIG Claim | ATL001531 | No objection. | Deemed admitted. |
| * | **PX 712** | 7/16/14 Invitation from S. Duffy, Accepted: War Exclusion - Israel/Hamas Conflict | ATL001565 | No objection. | Deemed admitted. |

PLAINTIFFS' EXHIBIT LIST

| *[1] | EXHIBIT NO.[2] | DESCRIPTION | BATES NO. | OBJECTION | RESPONSE TO OBJECTION |
|---|---|---|---|---|---|
| * | **PX 713** | 7/17/14 email from S. Weiss to D. Gutterman and P. Johnson, FW: Claim Acknowledgement for NBCU's "DIG" Season 1 - Imminent Peril claim notification | ATL000310-311 | No objection. | Deemed admitted. |
| * | **PX 714** | 7/17/14 Invitation from T. Gooley, "Declined: War Exclusion - Israel/Hamas conflict" | ATL001566 | No objection. | Deemed admitted. |
| * | **PX 715** | NBCU's Insurance Policy | ATL001744-1798 | No objection. | Deemed admitted. |
| * | **PX 716** | 7/18/14 email to/from D. Gutterman | ATL000502 | No objection. | Deemed admitted. |
| * | **PX 717** | 7/20/14, MSNBC search: "gaza war" | ATL000312-319 | No objection. | Deemed admitted. |
| * | **PX 718** | 7/21/14 Invitation from P. Johnson to T. Gooley, "Call to discuss War Exclusion" | ATL001808 | No objection. | Deemed admitted. |
| * | **PX 719** | 7/23/14 email from D. Gutterman to P. Johnson, "Some interesting articles…" | ATL001828 | No objection. | Deemed admitted. |

PLAINTIFFS' EXHIBIT LIST

| *[1] | EXHIBIT NO.[2] | DESCRIPTION | BATES NO. | OBJECTION | RESPONSE TO OBJECTION |
|---|---|---|---|---|---|
| * | **PX 720** | 7/25/14 email from P. Johnson to S. Weiss RE: 0AB097918 NBCU "Dig" | ATL000323-324 | No objection. | Deemed admitted. |
| * | **PX 721** | 7/25/14 email from S. Weiss to P. Johnson RE: 0AB097918 NBCU "Dig" | ATL000398-399 | No objection. | Deemed admitted. |
| * | **PX 722** | 7/28/14 email from P. Johnson to S. Weiss and A. Garber, "DIG - coverage determination" | ATL000384 | No objection. | Deemed admitted. |
| * | **PX 723** | 7/28/14 email from P. Johnson to S. Weiss and A. Garber, "NBC - DIG - coverage determination letter" | ATL000503 | No objection. | Deemed admitted. |
| * | **PX 724** | 7/28/14 Email to/from P. Johnson, "DIG" | ATL001877 | No objection. | Deemed admitted. |
| * | **PX 725** | 7/29/14 email from P. Johnson to T. Gooley, "OBE- LLRT - July 2014.xlsm" | ATL001907 | MIL 2/MIL 3 – F.R.E. 401, 402, 403 | See Plaintiffs' Oppo. to MIL 2/3; relevant to bad faith. |

| *[1] | EXHIBIT NO.[2] | DESCRIPTION | BATES NO. | OBJECTION | RESPONSE TO OBJECTION |
|---|---|---|---|---|---|
| * | **PX 726** | OBE - LLRT - July 2014.xlsm | ATL001908-909 | MIL 2/MIL 3 – F.R.E. 401, 402, 403 | See Plaintiffs' Oppo. to MIL 2/3; relevant to bad faith. |
| * | **PX 727** | 7/30/14 email from A. Garber to P. Johnson, "NBC - DIG - coverage determination letter" | ATL000512 | No objection. | Deemed admitted. |
| * | **PX 728** | 7/30/14 email from P. Johnson to S. Weiss, "NBCU - DIG claim" | ATL001910 | No objection. | Deemed admitted. |
| * | **PX 729** | 9/10/14 email from W. Philips to D. Kizner, RE: "DIG" - Season 1 -update Croatia/Albuquerque | ATL000267-268 | No objection. | Deemed admitted. |
| * | **PX 730** | 9/10/14 email from B. Milinovic to W. Phillips, FW: "DIG" - Season 1 - update Croatia/Albuquerque | ATL000269-271 | No objection. | Deemed admitted. |

| *[1] | EXHIBIT NO.[2] | DESCRIPTION | BATES NO. | OBJECTION | RESPONSE TO OBJECTION |
|---|---|---|---|---|---|
| * | PX 731 | 9/12/14 email from B. Milinovic to W. Phillips, FW: "DIG" - Season 1 - update Croatia/Albuquerque | ATL000276-278 | No objection. | Deemed admitted. |
| * | PX 732 | 9/15/14 email from P. Johnson to S. Weiss, RE: DIG Extra Expense Claim | ATL002139-145 | No objection. | Deemed admitted. |
| * | PX 733 | 10/10/14 email from B. Milinovic to D. Kizner and W. Philips RE: DIG 'state of the union' 9-19 | ATL000453-455 | No objection. | Deemed admitted. |
| * | PX 734 | 11/6/14 email from J. Morris to B. Milinovic RE: DIG state of the union 10-29 revised | ATL000460 | No objection. | Deemed admitted. |
| * | PX 735 | Television Insurance Application | ATL000293 | No objection. | Deemed admitted. |
| * | PX 736 | 12/20/13 email from A. Garber to B. Milinovic RE: "Dig" Season 1 Application/Declaration | ATL000407-411 | No objection. | Deemed admitted. |

PLAINTIFFS' EXHIBIT LIST

| * | **PX 774** | OneBeacon 2013 Form 10-K Statement <http://www.annualreports.com/HostedData/AnnualReportArchive/o/NYSE_OB_2013.pdf> | _ | Pursuant to conversations between counsel, the Parties believe that they can resolve the need for these exhibits via factual stipulations. However, should Plaintiff not consent to the factual stipulations necessary, ASIC objects on the basis of hearsay [FRE 801-802], failure to timely produce, more prejudicial than probative, waste of time, cumulative (FRE 403). irrelevant [FRE 401, 402]. Nothing about OneBeacon's financial data has any tendency to make a fact at issue in this | Plaintiffs hope to reach an agreement with Defendant on a factual stipulation that would eliminate the need for this exhibit.<br><br>If the parties cannot agree, Plaintiffs respond: Defendants objection is improper boilerplate. Exhibit is the statement and business record of party opponent. Relevant to punitive damages. |

| *[1] | EXHIBIT NO.[2] | DESCRIPTION | BATES NO. | OBJECTION | RESPONSE TO OBJECTION |
|---|---|---|---|---|---|
| | | | | case more or less likely. To the extent Plaintiffs wish to introduce information regarding ASIC's net worth, Plaintiffs have means of obtaining this data without introducing these exhibits, and the information contained therein would only serve to prejudice the jury against ASIC. | |

| * | **PX 775** | OneBeacon 2014 Form 10-K Statement <http://www.annualreports.com/HostedData/AnnualReportArchive/o/NYSE_OB_2014.pdf> | _ | Pursuant to conversations between counsel, the Parties believe that they can resolve the need for these exhibits via factual stipulations. However, should Plaintiff not consent to the factual stipulations necessary, ASIC objects on the basis of hearsay [FRE 801-802], failure to timely produce, more prejudicial than probative, waste of time, cumulative (FRE 403). irrelevant [FRE 401, 402]. Nothing about OneBeacon's financial data has any tendency to make a fact at issue in this | Plaintiffs hope to reach an agreement with Defendant on a factual stipulation that would eliminate the need for this exhibit.\n\nIf the parties cannot agree, Plaintiffs respond: Defendants objection is improper boilerplate. Exhibit is the statement and business record of party opponent. Relevant to punitive damages. |

108

| *₁ | EXHIBIT NO.² | DESCRIPTION | BATES NO. | OBJECTION | RESPONSE TO OBJECTION |
|---|---|---|---|---|---|
| | | | | case more or less likely. To the extent Plaintiffs wish to introduce information regarding ASIC's net worth, Plaintiffs have means of obtaining this data without introducing these exhibits, and the information contained therein would only serve to prejudice the jury against ASIC. | |

| * | **PX 776** | OneBeacon 2015 Form 10-K Statement <http://www.annualreports.com/HostedData/AnnualReportArchive/o/NYSE_OB_2015.pdf> | _ | Pursuant to conversations between counsel, the Parties believe that they can resolve the need for these exhibits via factual stipulations. However, should Plaintiff not consent to the factual stipulations necessary, ASIC objects on the basis of hearsay [FRE 801-802], failure to timely produce, more prejudicial than probative, waste of time, cumulative (FRE 403). irrelevant [FRE 401, 402]. Nothing about OneBeacon's financial data has any tendency to make a fact at issue in this | Plaintiffs hope to reach an agreement with Defendant on a factual stipulation that would eliminate the need for this exhibit.<br><br>If the parties cannot agree, Plaintiffs respond: Defendants objection is improper boilerplate. Exhibit is the statement and business record of party opponent. Relevant to punitive damages. |

PLAINTIFFS' EXHIBIT LIST

| *[1] | EXHIBIT NO.[2] | DESCRIPTION | BATES NO. | OBJECTION | RESPONSE TO OBJECTION |
|---|---|---|---|---|---|
| | | | | case more or less likely. To the extent Plaintiffs wish to introduce information regarding ASIC's net worth, Plaintiffs have means of obtaining this data without introducing these exhibits, and the information contained therein would only serve to prejudice the jury against ASIC. | |

PLAINTIFFS' EXHIBIT LIST

| * | **PX 777** | OneBeacon 2016 Form 10-K Statement <http://www.annualreports.com/HostedData/AnnualReports/PDF/NYSE_OB_2016.pdf> | _ | Pursuant to conversations between counsel, the Parties believe that they can resolve the need for these exhibits via factual stipulations. However, should Plaintiff not consent to the factual stipulations necessary, ASIC objects on the basis of hearsay [FRE 801-802], failure to timely produce, more prejudicial than probative, waste of time, cumulative (FRE 403). irrelevant [FRE 401, 402]. Nothing about OneBeacon's financial data has any tendency to make a fact at issue in this | Plaintiffs hope to reach an agreement with Defendant on a factual stipulation that would eliminate the need for this exhibit.<br><br>If the parties cannot agree, Plaintiffs respond: Defendants objection is improper boilerplate. Exhibit is the statement and business record of party opponent. Relevant to punitive damages. |

| *[1] | EXHIBIT NO.[2] | DESCRIPTION | BATES NO. | OBJECTION | RESPONSE TO OBJECTION |
|---|---|---|---|---|---|
| | | | | case more or less likely. To the extent Plaintiffs wish to introduce information regarding ASIC's net worth, Plaintiffs have means of obtaining this data without introducing these exhibits, and the information contained therein would only serve to prejudice the jury against ASIC. | |
| * | PX 779 | New Mexico Taxation & Revenue Division audit report | UCP018019 | No objection. | Deemed admitted. |
| * | PX 780 | 8/14/14 Croatia invoice | UCP033019 | No objection. | Deemed admitted. |
| * | PX 781 | Receipts for expenses from Croatia | UCP033020-3041 | No objection. | Deemed admitted. |
| * | PX 782 | 9/15/14 Croatia Cost Breakdown | UCP033601-3603 | No objection. | Deemed admitted. |
| * | PX 783 | 9/15/14 Receipts from Croatia | UCP033604-3668 | No objection. | Deemed admitted. |

| *[1] | EXHIBIT NO.[2] | DESCRIPTION | BATES NO. | OBJECTION | RESPONSE TO OBJECTION |
|---|---|---|---|---|---|
| * | **PX 784** | Receipts for expenses from Croatia | UCP033669-3724 | No objection. | Deemed admitted. |
| * | **PX 785** | 9/15/14 Croatia Cost Breakdown | UCP033725 | No objection. | Deemed admitted. |
| * | **PX 786** | Receipts for expenses from Croatia | UCP033726-3750 | No objection. | Deemed admitted. |
| * | **PX 787** | 9/15/14  Croatia Cost Breakdown | UCP033751 | No objection. | Deemed admitted. |
| * | **PX 788** | Receipts for expenses from Croatia | UCP033752-3762 | No objection. | Deemed admitted. |
| * | **PX 789** | 9/15/14 Croatia Cost Breakdown | UCP033763 | No objection. | Deemed admitted. |
| * | **PX 790** | Receipts for expenses from Croatia | UCP033764-3772 | No objection. | Deemed admitted. |
| * | **PX 791** | 9/15/14 Croatia Cost Breakdown | UCP033773-3774 | No objection. | Deemed admitted. |
| * | **PX 792** | 9/15/14 receipts for expenses from Croatia | UCP033775-3827 | No objection. | Deemed admitted. |
| * | **PX 793** | Receipts for expenses from Croatia | UCP033828-3885 | No objection. | Deemed admitted. |
| * | **PX 794** | Receipt for expenses from Croatia | UCP033886 | No objection. | Deemed admitted. |

114

| *[1] | EXHIBIT NO.[2] | DESCRIPTION | BATES NO. | OBJECTION | RESPONSE TO OBJECTION |
|---|---|---|---|---|---|
| * | **PX 795** | 9/30/14 Croatia cost breakdown | UCP033887 | No objection. | Deemed admitted. |
| * | **PX 796** | 9/30/14 receipts for expenses from Croatia | UCP033888-3890 | No objection. | Deemed admitted. |
| * | **PX 797** | 9/30/14 Croatia cost breakdown | UCP033891 | No objection. | Deemed admitted. |
| * | **PX 798** | 9/17/14 Croatia cost breakdown | UCP033892-3894 | No objection. | Deemed admitted. |
| * | **PX 799** | 9/30/14 Croatia receipts and cost breakdown | UCP033896-3918 | No objection. | Deemed admitted. |
| * | **PX 800** | 9/15/14 Croatia Cost Breakdown | UCP033919 | No objection. | Deemed admitted. |
| * | **PX 801** | Receipts for expenses from Croatia | UCP033920-3958 | No objection. | Deemed admitted. |
| * | **PX 802** | Receipts for expenses from Croatia | UCP033959-3998 | No objection. | Deemed admitted. |
| * | **PX 803** | 10/15/14 receipts and expenses from Croatia | UCP034792-4850 | No objection. | Deemed admitted. |

PLAINTIFFS' EXHIBIT LIST

| *[1] | EXHIBIT NO.[2] | DESCRIPTION | BATES NO. | OBJECTION | RESPONSE TO OBJECTION |
|---|---|---|---|---|---|
| * | PX 804 | 11/29/09 email from G. Walden to M. Ridgers and W. Philipps, corrected nbc form | AONNBCU0004275-4312 | MIL 2/MIL 3 – F.R.E. 401, 402, 403 | Correspondence from drafting/ negotiation of Policy and draft policies are relevant to show the reasonable expectations of the parties at the time of contracting. See Plaintiffs' Oppo. to MIL 2/3. |

PLAINTIFFS' EXHIBIT LIST

| *[1] | EXHIBIT NO.[2] | DESCRIPTION | BATES NO. | OBJECTION | RESPONSE TO OBJECTION |
|---|---|---|---|---|---|
| * | **PX 805** | 01/22/2018 Susman Godfrey Fee Agreement | UCP037494-37513 | MIL 1 – FRE 801-802], failure to timely produce, irrelevant [FRE 401, 402], not properly authenticated [FRE 901]; improper opinions (FRE 701, 702), more prejudicial than probative, cumulative, and likely to confuse the jury (FRE 403), lacks foundation and not properly authenticated [FRE 901]. | See Plaintiffs' Oppo. to MIL 1. Document was produced in a timely manner; will be authenticated at trial; not an opinion; relevant to bad faith, damages and Plaintiffs' claim for attorney fees. |

PLAINTIFFS' EXHIBIT LIST

| *[1] | EXHIBIT NO.[2] | DESCRIPTION | BATES NO. | OBJECTION | RESPONSE TO OBJECTION |
|---|---|---|---|---|---|
| * | **PX 806** | MSK Invoices | UCP036902-37493 | MIL 1 – FRE 801-802], failure to timely produce, irrelevant [FRE 401, 402], not properly authenticated [FRE 901]; improper opinions (FRE 701, 702), more prejudicial than probative, cumulative, and likely to confuse the jury (FRE 403), lacks foundation and not properly authenticated [FRE 901]. | See Plaintiffs' Oppo. to MIL 1. Document was produced in a timely manner; will be authenticated at trial; not an opinion; relevant to bad faith, damages and Plaintiffs' claim for attorney fees. |

| *[1] | EXHIBIT NO.[2] | DESCRIPTION | BATES NO. | OBJECTION | RESPONSE TO OBJECTION |
|---|---|---|---|---|---|
| * | **PX 807** | MSK Invoice Summary Chart | UCP037514 | MIL 1 – FRE 801-802], failure to timely produce, irrelevant [FRE 401, 402], not properly authenticated [FRE 901]; improper opinions (FRE 701, 702), more prejudicial than probative, cumulative, and likely to confuse the jury (FRE 403), lacks foundation and not properly authenticated [FRE 901]. | See Plaintiffs' Oppo. to MIL 1. Document was produced in a timely manner; will be authenticated at trial; not an opinion; relevant to bad faith, damages and Plaintiffs' claim for attorney fees. |

119

| *[1] | EXHIBIT NO.[2] | DESCRIPTION | BATES NO. | OBJECTION | RESPONSE TO OBJECTION |
|---|---|---|---|---|---|
| * | **PX 808** | 11/27/10 email from G. Walden to M. Ridgers and W. Philips, Cc. G. Walden, L. Comerfield, S. Weiss, F. Milstein, and S. Carroll, NBC Form. | AONNBCU000420 1-4266 | MIL 2/MIL 3 – F.R.E. 401, 402, 403 | Correspondence from drafting/ negotiation of Policy and draft policies are relevant to show the reasonable expectations of the parties at the time of contracting. See Plaintiffs' Oppo. to MIL 2/3. |
| * | **PX 810** | 12/17/09 email from A. Garber to K. Ford, FW: (No subject). | UCP032855-2887 | MIL 2/MIL 3 – F.R.E. 401, 402, 403 | Correspondence from drafting/ negotiation of Policy and draft policies are relevant to show the reasonable expectations of the parties at the time of contracting. See Plaintiffs' Oppo. to MIL 2/3. |

PLAINTIFFS' EXHIBIT LIST

# EXHIBIT B

| Exhibit No. | Description | Objection | Response to Objection |
|---|---|---|---|
| DX 2 | 10/03/13 Email string between Susan Weiss and Andrea Garber, et al (Garber Depo Ex 2) (AONNBCU0000229-0231) | No objection. | Deemed admitted. |
| DX 3 | 11/26/13 Email from Susan Weiss to Kurt Ford, with attachment (Garber Depo Ex 3) (AONNBCU0000232-0240) | No objection. | Deemed admitted. |
| DX 4 | 04/24/14 Email string between Andrea Garber, Toni Peete and Susan Weiss (Garber Depo Ex 6) (AONNBCU0000787-0788) | No objection. | Deemed admitted. |
| DX 5 | 12/06/13 Email from Andrea Garber to Kurt Ford, Randi Richmond and Curt Williams (Garber Depo Ex 7) (AONNBCU0001564-1565) | No objection. | Deemed admitted. |
| DX 6 | 12/11/13 Email from Andrea Garber to Bernadetta Milinovic and Wanda Phillips (Garber Depo Ex 8) AONNBCU0001748-1750) | No objection. | Deemed admitted. |
| DX 7 | 12/11-12/13 Email string between Bernadette Milinovic, Andrea Garber and Wanda confidential Phillips (Garber Depo Ex 9) (AONNBCU0001494-1497) | No objection. | Deemed admitted. |
| DX 8 | 12/12-13/13 Email string between Mark Binke and Andrea Garber, et al (Garber Depo Ex 11) (AONNBCU0001558-1561) | No objection. | Deemed admitted. |
| DX 9 | 06/15-16/14 Email string between Andrea Garber and Susan Weiss, et al (Garber Depo Ex 13) (AONNBCU0000106-110) | MIL 2; MIL 3 | Opp. to MILs 2-3 |

| Exhibit No. | Description | Objection | Response to Objection |
|---|---|---|---|
| DX 10 | 06/15-16/14 Email string between Andrea Garber and Curt Williams, et al (Garber Depo Ex 14) (AONNBCU0000102-105) | MIL 2; MIL 3 | Opp. to MILs 2-3 |
| DX 11 | 07/01/14 and 06/15-16/14 Email string between Susan Weiss and Kurt Ford, et al (Garber Depo Ex 15) (UCP000475-479) | MIL 2; MIL 3 | Opp. to MILs 2-3 |
| DX 12 | 07/01/14 and 06/15-16/14 Email string between Susan Weiss and Kurt Ford, et al (Garber Depo Ex 16) (UCP000361-366) | MIL 2; MIL 3 | Opp. to MILs 2-3 |
| DX 13 | 07/01-02/14 and 06/15-16/14 Email string between Malika Adams and Kurt Ford, et al (Garber Depo Ex 17) (UCP000860-866) | MIL 2; MIL 3.<br><br>Additional Objections: Speculating about potential terrorism coverage under a different Policy held by Comcast (*See* Weiss Depo. 151-56).<br><br>Substantially more prejudicial than probative and likely to confuse the issues and | Opp. to MIL 2 – 3<br><br>Not speculation, but rather statement responding to direct question; potentiality of coverage goes to show state of mind of declarant and that Plaintiffs did not believe coverage existed. Any prejudice is self-induced. Declarant is |

| Exhibit No. | Description | Objection | Response to Objection |
|---|---|---|---|
| | | mislead the jury under F.R.E. 403. No evidence that Ms. Adams was familiar with or speaking about the War Exclusions in this Policy or their special meaning. | knowledgeable of situation and coverages in play and did not believe coverage existed under the facts and circumstances. Therefore, these statements are directly relevant to show good faith assessment and action by ASIC. |
| DX 14 | 07/01-03/14 and 06/15-16/14 Email string between Malika Adams and Kurt Ford, et al (Garber Depo Ex 18) (UCP000870-877) | MIL 2; MIL 3.<br><br>Additional Objections: Speculating about potential terrorism coverage under a different Policy held by Comcast (*See* Weiss Depo. 151-56). | Opp. to MIL 2 – 3<br><br>Not speculation, but rather statement responding to direct question; potentiality of coverage goes to show state of mind of declarant |

| Exhibit No. | Description | Objection | Response to Objection |
|---|---|---|---|
| | | Substantially more prejudicial than probative and likely to confuse the issues and mislead the jury under F.R.E. 403. No evidence that Ms. Adams was familiar with or speaking about the War Exclusions in this Policy or their special meaning. | and that Plaintiffs did not believe coverage existed. Any prejudice is self-induced. Declarant is knowledgeable of situation and coverages in play and did not believe coverage existed under the facts and circumstances. Therefore, these statements are directly relevant to show good faith assessment and action by ASIC. |
| DX 15 | 11/15/13 Email from Wanda Phillips to Susan Weiss, Andrea Garber and Toni Peete, with attachment (Garber Depo Ex 19) (AONNBCU0000341-351) | No objection. | Deemed admitted. |

| Exhibit No. | Description | Objection | Response to Objection |
|---|---|---|---|
| DX 16 | 03/23/15 Email from Susan Weiss to Wendy Diaz (Garber Depo Ex 20) (ATL 000003-000004) | No objection. | Deemed admitted. |
| DX 17 | Chart:  NBCUniversal Ground Up Scripted TV Losses – Actual Deductibles – March 2015 (Garber Depo Ex 22) (ATL 000011-000016) | No objection. | Deemed admitted. |
| DX 18 | 07/15/14 Max Security Intelligence Email to Stephen Smith (Garber Depo Ex 24) (UCP002094-2098) | MIL 2; MIL 3 | Opp. to MILs 2-3 |
| DX 19 | 07/14/14 9:31 a.m. Email from Randi Richmond to Andrea Garber (Garber Depo Ex 27) (UCP000604) | MIL 2; MIL 3 | Opp. to MILs 2-3 |
| DX 20 | 07/14/14  9:41 a.m. Email from Andrea Garber to Randi Richmond (Garber Depo Ex 28) (UCP001793) | MIL 2; MIL 3 | Opp. to MILs 2-3 |
| DX 21 | 07/14/14 Email string between Mark Binke, Andrea Garber and Randi Richmond (Garber Depo Ex 29) (UCP000418) | MIL 2; MIL 3 | Opp. to MILs 2-3 |
| DX 22 | 07/14/14 Email string between Andrea Garber, Mark Binke and Randi Richmond (Garber Depo Ex 30) (UCP000442-443) | MIL 2; MIL 3 | Opp. to MILs 2-3 |
| DX 23 | Chart:  2014 – 6/30/2015 NBCU TV Claims – One Beacon – Last Updated 12/29/16 (Garber Depo Ex 31) (ATL004549) | No objection. | Deemed admitted. |
| DX 24 | 07/28/14 Email from Pamela Johnson to Susan Weiss and Andrea Garber, with attached letter (Garber Depo Ex 36) (UCP000374-382) | No objection. | Deemed admitted. |

| Exhibit No. | Description | Objection | Response to Objection |
|---|---|---|---|
| DX 25 | 07/28/14  Email from Pamela Johnson to Susan Weiss and Andrea Garber, with attached letter (Garber Depo Ex 37) (AONNBCU0002769-2777) | No objection. | Deemed admitted. |
| DX 26 | Motion Picture/Television Producers Portfolio Declarations, Policy Number MP00163-04, Period 01/01/14 to 06/30/15 (Garber Depo Ex 38) (ATL001575-1629) (referenced in Johnson's Deposition). | No objection. | Deemed admitted. |
| DX 27 | 10/26/09 and 11/24/09 Email string between Susan Weiss and Kurt Ford, with attachments (Garber Depo Ex 39) (AONNBCU0000916-946) | No objection. | Deemed admitted. |
| DX 28 | 07/17/14 Email string between Susan Weiss and Andrea Garber (Garber Depo Ex 40) (UCP000367-368) | No objection. | Deemed admitted. |
| DX 29 | Motion Picture/Television Producers Portfolio Declarations for Period 01/01/14 to 06/30/15 (Weiss Depo Ex 20-A) (ATL 000021-75) | No objection. | Deemed admitted. |
| DX 30 | Email from Martin Ridgers to George Walden and Susan Weiss (Weiss Depo Ex 42) (AONNBCU0003965-3966) | No objection. | Deemed admitted. |
| DX 31 | 01/17/10 Email from Susan Weiss to Wanda Phillips (Weiss Depo Ex 44) (AONNBCU0001048) | No objection. | Deemed admitted. |
| DX 32 | Motion Picture Television Portfolio General Conditions (Weiss Depo Ex 47) (AONNBC&0004043-4050) | No objection. | Deemed admitted. |

| Exhibit No. | Description | Objection | Response to Objection |
|---|---|---|---|
| DX 34 | 06/07/14 Email string between Susan Weiss and Andrea Garber (Weiss Depo Ex 53) (AONNBCU0000188-189) | Irrelevant. Deals with a different and unrelated claim under the Policy in June 2014. | Relevant to show good faith claims handling and relationship with Plaintiffs amidst production. |
| DX 35 | 06/07-26/14 Email string between Randi Richmond and Susan Weiss, et al (Weiss Depo Ex 54) (AONNBCU0000181-185) | Irrelevant. Deals with a different and unrelated claim under the Policy in June 2014. | Relevant to show good faith claims handling and relationship with Plaintiffs amidst production. |
| DX 36 | 07/01/14 and 06/15-16/14 Email string between Susan Weiss, Kurt Ford and Andrea Garber, et al (Weiss Depo Ex 55) (UCP000413-417) | MIL 2; MIL 3.<br><br>Additional Objections: Speculating about potential terrorism coverage under a different Policy held by Comcast (*See* Weiss Depo. 151-56). | Opp. to MIL 2 – 3<br><br>Not speculation, but rather statement responding to direct question; potentiality of coverage goes to show state of mind of declarant and that Plaintiffs did not believe coverage existed. |

DEFENDANT'S EXHIBIT LIST

| Exhibit No. | Description | Objection | Response to Objection |
|---|---|---|---|
| | | | Any prejudice is self-induced. Declarant is knowledgeable of situation and coverages in play and had questions about applicability of coverage under the circumstances. Therefore, these statements are directly relevant to show good faith assessment and action by ASIC. |
| DX 37 | 07/01/14 and 06/15-16/14 Email string between Susan Weiss, Kurt Ford and Andrea Garber, et al (Weiss Depo Ex 56) (UCP000344-349) | MIL 2; MIL 3.<br><br>Additional Objections: Speculating about potential terrorism coverage under a different Policy | Opp. to MIL 2 – 3<br><br>Not speculation, but rather statement responding to direct question; potentiality of |

| Exhibit No. | Description | Objection | Response to Objection |
|---|---|---|---|
| | | held by Comcast (*See* Weiss Depo. 151-56). | coverage goes to show state of mind of declarant and that Plaintiffs did not believe coverage existed. Any prejudice is self-induced. Declarant is knowledgeable of situation and coverages in play and had questions about applicability of coverage under the circumstances. Therefore, these statements are directly relevant to show good faith assessment and action by ASIC. |

DEFENDANT'S EXHIBIT LIST

| Exhibit No. | Description | Objection | Response to Objection |
|---|---|---|---|
| DX 38 | 07/14/14 Email between Susan Weiss, Andrea Garber and Deborah Kizner, with attachment (Weiss Depo Ex 57) (AONNBCU0001874) | No objection. | Deemed admitted. |
| DX 41 | 07/14-15/14 Email string between Michael Arevalo and Susan Weiss (Weiss Depo Ex 60) (AONNBCU0000128-130) | No objection. | Deemed admitted. |
| DX 42 | 07/14-15/14 Email string between Andrea Garber and Susan Weiss (Weiss Depo Ex 61) (AONNBCU0003640-3643) | No objection. | Deemed admitted. |
| DX 43 | 07/16-17/14 Email string between Susan Weiss and Danny Gutterman, et al (Weiss Depo Ex 62) (UCP000854-855) | No objection. | Deemed admitted. |
| DX 44 | 07/17/14 Max Security Email to Stephen Smith (Atlantic/Smith Depo Ex 102) (UCP018093-18097) | MIL 2; MIL 3 | Opp. to MILs 2-3 |
| DX 45 | 07/09/14 Travel Tracker Proactive Email to Stephen Smith (Atlantic/Smith Depo Ex 103) (UCP002306-2307) | MIL 2; MIL 3 | Opp. to MILs 2-3 |
| DX 46 | Travel Tracker Proactive Email to Stephen Smith (Atlantic/Smith Depo Ex 104) (UCP002606-2607) | MIL 2: MIL 3 | Opp. to MILs 2-3 |
| DX 47 | 05/01/14 and 04/30/14 Email string between Stephen Smith and Randi Richmond (Atlantic/Smith Depo Ex 105) (UCP003562-3564) | MIL 2; MIL 3 | Opp. to MILs 2-3 |
| DX 48 | 05/22/14 Email string between Stephen Smith and Randi Richmond, with attachment (Atlantic/Smith Depo Ex 106) (UCP001877-2887) | MIL 2; MIL 3 | Opp. to MILs 2-3 |

| Exhibit No. | Description | Objection | Response to Objection |
|---|---|---|---|
| DX 49 | 06/14/14 Email string between Randi Richmond, Stephen Smith and Jay Footlik (Atlantic/Smith Depo Ex 107) (UCP001873-1876) | MIL 2; MIL 3 | Opp. to MILs 2-3 |
| DX 50 | 06/13/14 The Times of Israel article: PM to Kerry:  Feared abductions a result of Hamas entry into government (Atlantic/Smith Dep Ex 108) (No Bates Stamp) | MIL 2;  MIL 3; Hearsay. | Opp. to MIL 2 – 3 Not hearsay, but offered to show state of mind of declarant and, therefore, good faith conduct or assessment by ASIC. |
| DX 51 | 06/15/14 Max Security Intelligence Email to Stephen Smith (Atlantic/Smith Depo Ex 111) (UCP 002524 – 2529) | MIL 2; MIL 3 | Opp. to MILs 2-3 |
| DX 52 | 06/15/14 Email string between Randi Richmond and Stephen Smith (Atlantic/Smith Depo Ex 112) (UCP 002160 – 2161) | MIL 2; MIL 3 | Opp. to MILs 2-3 |
| DX 53 | 06/15/14 Email string between Randi Richmond and Stephen Smith (Atlantic/Smith Depo Ex 113) (UCP001091-001092) | MIL 2; MIL 3 | Opp. to MILs 2-3 |
| DX 54 | 06/15/14 Email string between Stephen Smith and Max Security (Smith Depo Ex 114) (UCP002491-2495) | MIL 2; MIL 3 | Opp. to MILs 2-3 |
| DX 55 | 06/15/14 Email string between Stephen Smith and Randi Richmond (Smith Depo Ex 115) (UCP000815-817) | MIL 2; MIL 3 | Opp. to MILs 2-3 |

DEFENDANT'S EXHIBIT LIST

| Exhibit No. | Description | Objection | Response to Objection |
|---|---|---|---|
| DX 57 | 06/06/14 Max Security Intelligence Email to Stephen Smith (Smith Depo Ex 117)(UCP002337-2340) | MIL 2; MIL 3 | Opp. to MILs 2-3 |
| DX 58 | 06/16/14 Email string between Stephen Smith, Paige Potter, Whitney Hallock and Warren Yass (Smith Depo Ex 118) (UCP001155-1157) | MIL 2; MIL 3 | Opp. to MILs 2-3 |
| DX 59 | 06/17/14 Email string between Stephen Smith and Randi Richmond (Smith Depo Ex 119) (UCP001129-1130) | MIL 2; MIL 3 | Opp. to MILs 2-3 |
| DX 61 | 06/23/14 and 06/19/14 Email string between Randi Richmond, Stephen Smith and Mark Binke (Smith Depo Ex 121) (UCP002576-2578) | MIL 2; MIL 3 | Opp. to MILs 2-3 |
| DX 63 | 06/24/14 Max Security Intelligence Email to Stephen Smith (Smith Depo Ex 123) (UCP002205-2207) | MIL 2; MIL 3 | Opp. to MILs 2-3 |
| DX 64 | 06/29/14 Max Security Intelligence Email to Stephen Smith (Smith Depo Ex 124) (UCP002704-2706) | MIL 2; MIL 3 | Opp. to MILs 2-3 |
| DX 65 | 06/30/14 Email from Randi Richmond to Stephen Smith (Smith Depo Ex 125) (UCP002518) | MIL 2; MIL 3 | Opp. to MILs 2-3 |
| DX 66 | 06/30/14 Max Security Intelligence Email to Stephen Smith (Smith Depo Ex126) (UCP002579-2582) | MIL 2; MIL 3 | Opp. to MILs 2-3 |
| DX 67 | 06/30/14 Email string between Stephen Smith and Randi Richmond (Smith Depo Ex 127) (UCP002092-2093) | MIL 2; MIL 3 | Opp. to MILs 2-3 |

DEFENDANT'S EXHIBIT LIST

| Exhibit No. | Description | Objection | Response to Objection |
|---|---|---|---|
| DX 70 | 07/01/14 Max Security Intelligence Email to Stephen Smith (Smith Depo Ex 130) (UCP002473-2476) | MIL 2; MIL 3 | Opp. to MILs 2-3 |
| DX 71 | 07/01/14 and 06/30/14 Email string between Mark Binke and Stephen Smith (Smith Depo Ex 131) (UCP001971-1972) | MIL 2; MIL 3 | Opp. to MILs 2-3 |
| DX 72 | 07/01/14 Email from Stephen Smith to Mark Binke (Smith Depo Ex 132) (UCP001065-1067) | MIL 2; MIL 3 | Opp. to MILs 2-3 |
| DX 75 | 07/02/154 Email from Chris Biggs to Stephen Smith (Smith Depo Ex 135) (UCP002363-2367) | MIL 2; MIL 3 | Opp. to MILs 2-3 |
| DX 76 | 07/02/14 Email string between Mark Binke, Randi Richmond and Stephen Smith (Smith Depo Ex 136) (UCP_003672-3674) | MIL 2; MIL 3 | Opp. to MILs 2-3 |
| DX 78 | 07/03/14 Max Security Intelligence Email to Stephen Smith (Smith Depo Ex 138) (UCP002219-2593) | MIL 2; MIL 3 | Opp. to MILs 2-3 |
| DX 80 | 07/03/14 Email from Stephen Smith to Erin Noordeloos (Smith Depo Ex 140) (UCP002099) | MIL 2 | Opp. to MILs 2-3 |
| DX 81 | 07/03/14 Max Security Email string to Stephen Smith (Smith Depo Ex 141) (UCP002727-2731) | MIL 2; MIL 3 | Opp. to MILs 2-3 |
| DX 83 | 07/03/14 Email from Penelope Kennedy to Stephen Smith (Smith Depo Ex 143) (UCP001975-1976) | MIL 2; MIL 3 | Opp. to MILs 2-3 |

| Exhibit No. | Description | Objection | Response to Objection |
|---|---|---|---|
| DX 85 | 07/04-05/14 Email string between Stephen Smith and Erin Noordeloos (Smith Depo Ex 145) (UCP_003971-3972) | MIL 2; MIL 3 | Opp. to MILs 2-3 |
| DX 86 | 07/05/14 Max Security Intelligence Email to Stephen Smith (Smith Depo Ex 146) (UCP002149-2154) | MIL 2; MIL 3 | Opp. to MILs 2-3 |
| DX 87 | 07/07/14 Max Security Intelligence Email to Stephen Smith (Smith Depo Ex 147) (UCP002422-2426) | MIL 2; MIL 3 | Opp. to MILs 2-3 |
| DX 90 | 07/07/14 Max Security Intelligence Email to Stephen Smith (Smith Depo Ex 150) (UCP002816-2820) | MIL 2; MIL 3 | Opp. to MILs 2-3 |
| DX 91 | 07/08/14 Email from Stephen Smith to Randi Richmond (Smith Depo Ex 151) (UCP001855-1856) | MIL 2; MIL 3 | Opp. to MILs 2-3 |
| DX 92 | 07/08/14 Max Security Intelligence Email to Stephen Smith (Smith Depo Ex 152) (UCP001845-1849) | MIL 2; MIL 3 | Opp. to MILs 2-3 |
| DX 93 | 07/08/14 Email from Chris Biggs to Stephen Smith, with attachment (Smith Depo Ex 153) (UCP002813) | MIL 2; MIL 3 | Opp. to MILs 2-3 |
| DX 96 | 07/08/14 TravelTracker Proactive Email to Stephen Smith (Smith Depo Ex 156) UCP002681-2682) | MIL 2; MIL 3 | Opp. to MILs 2-3 |
| DX 101 | 07/09/14 Email string between Mark Winemaker and Stephen Smith (Smith Depo Ex 161) (UCP000913-914) | MIL 2; MIL 3 | Opp. to MILs 2-3 |
| DX 109 | 07/09/14 Email from Stephen Smith to Brian Brady (Smith Depo Ex 169) (UCP002324) | MIL 2; MIL 3 | Opp. to MILs 2-3 |

| Exhibit No. | Description | Objection | Response to Objection |
|---|---|---|---|
| DX 110 | 07/09/14 Max Security Intelligence Email to Stephen Smith (Smith Depo Ex 170) (UCP002372-2376) | MIL 2; MIL 3 | Opp. to MILs 2-3 |
| DX 114 | 07/10/14 Email from Stephen Smith to Tom McCarthy and Erin Noordeloos (Smith Depo Ex 174) (UCP_004026-4027) | MIL 2; MIL 3 | Opp. to MILs 2-3 |
| DX 115 | 07/10/14 Email string between Erin Noordeloos, Stephen Smith and Tom McCarthy (Smith Depo Ex 175) (UCP_004034-4036) | MIL 2; MIL 3 | Opp. to MILs 2-3 |
| DX 116 | 07/10/14 Email from Stephen Smith to Erin Noordeloos (Smith Depo Ex 176) (UCP001955) | MIL 2; MIL 3 | Opp. to MILs 2-3 |
| DX 117 | 07/10/14 Email from Stephen Smith to Mark Binke (Smith Depo Ex 177) (UCP000993) | MIL 2; MIL 3 | Opp. to MILs 2-3 |
| DX 119 | 07/11/14 Max Security Intelligence Email to Stephen Smith (Smith Depo Ex 179) (UCP002288-2292) | MIL 2; MIL 3 | Opp. to MILs 2-3 |
| DX 121 | 07/11/14 Email from Stephen Smith to Mark Binke (Smith Depo Ex 181) (UCP001678-1679) | MIL 2; MIL 3 | Opp. to MILs 2-3 |
| DX 131 | 07/16/14 Email from Stephen Smith to Mark Binke (Smith Depo Ex 192) (UCP001286) | MIL 2; MIL 3 | Opp. to MILs 2-3 |
| DX 132 | 07/16/14 12:53 p.m. Max Security Intelligence Email to Stephen Smith (Smith Depo Ex 193) (UCP002332-2336) | MIL 2; MIL 3 | Opp. to MILs 2-3 |

DEFENDANT'S EXHIBIT LIST

| Exhibit No. | Description | Objection | Response to Objection |
|---|---|---|---|
| DX 133 | 07/17/14 Email from Stephen Smith to Mark Binke (Smith Depo Ex 194) (UCP000736) | MIL 2; MIL 3 | Opp. to MILs 2-3 |
| DX 134 | 07/17/14 Email from Stephen Smith to Mark Binke and Randi Richmond (Smith Depo Ex 195) (UCP_003612) | MIL 2; MIL 3 | Opp. to MILs 2-3 |
| DX 135 | 07/18/14 Email from Stephen Smith to Mark Binke and Randi Richmond (Smith Depo Ex 196) (UCP001462) | MIL 2; MIL 3 | Opp. to MILs 2-3 |
| DX 136 | 07/19/14 6:31 a.m. Max Security Intelligence Email to Stephen Smith (Smith Depo Ex 197) (UCP002557-2561) | MIL 2; MIL 3 | Opp. to MILs 2-3 |
| DX 137 | 07/20/14 1:43 a.m. Max Security Intelligence Email to Stephen Smith (Smith Depo Ex 198) (UCP002054-2058) | MIL 2; MIL 3 | Opp. to MILs 2-3 |
| DX 138 | 07/20/14 6:39 a.m. Max Security Intelligence Email to Stephen Smith (Smith Depo Ex 199) (UCP002612-2615) | MIL 2; MIL 3 | Opp. to MILs 2-3 |
| DX 139 | 07/21/14 5:38 a.m. Max Security Intelligence Email to Stephen Smith (Smith Depo Ex 200) (UCP002824-2827) | MIL 2; MIL 3 | Opp. to MILs 2-3 |
| DX 140 | 07/21/14 6:38 a.m. TravelTracker Proactive Email to Stephen Smith (Smith Depo Ex 201) (UCP002707-2709) | MIL 2; MIL 3 | Opp. to MILs 2-3 |
| DX 141 | 07/21/14 12:38 p.m. Max Security Intelligence Email to Stephen Smith (Smith Depo Ex 202) (UCP001958-1962) | MIL 2; MIL 3 | Opp. to MILs 2-3 |
| DX 142 | 07/22/14 1:45 a.m. Max Security Intelligence Email to Stephen Smith (Smith Depo Ex 203) (UCP002762-2766) | MIL 2; MIL 3 | Opp. to MILs 2-3 |

DEFENDANT'S EXHIBIT LIST

| Exhibit No. | Description | Objection | Response to Objection |
|---|---|---|---|
| DX 143 | 07/22/14 11:42 a.m. Max Security Intelligence Email to Stephen Smith (Smith Depo Ex 204) (UCP002625-2628) | MIL 2; MIL 3 | Opp. to MILs 2-3 |
| DX 144 | 07/23/14 7:33 a.m. Max Security Intelligence Email to Stephen Smith (Smith Depo Ex 205) (UCP002212-2215) | MIL 2; MIL 3 | Opp. to MILs 2-3 |
| DX 145 | 07/23/14 12:25 p.m. Max Security Intelligence Email to Stephen Smith (Smith Depo Ex 206) (UCP002843-002846) | MIL 2; MIL 3 | Opp. to MILs 2-3 |
| DX 146 | 06/24/14 12:42 a.m. Max Security Intelligence Email to Stephen Smith (Smith Depo Ex 207) (UCP002319-2323) | MIL 2; MIL 3 | Opp. to MILs 2-3 |
| DX 147 | 07/24/14 7:36 a.m. Max Security Intelligence Email to Stephen Smith (Smith Depo Ex 208) (UCP002669-2673) | MIL 2; MIL 3 | Opp. to MILs 2-3 |
| DX 148 | 07/24/14 1:39 a.m. Max Security Intelligence Email to Stephen Smith (Smith Depo Ex 209) (UCP002479-2483) | MIL 2; MIL 3 | Opp. to MILs 2-3 |
| DX 149 | 07/25/14 9:58 a.m. Max Security Intelligence Email to Stephen Smith (Smith Depo Ex 210) (UCP002698-2702) | MIL 2; MIL 3 | Opp. to MILs 2-3 |
| DX 150 | 07/26/14 12:32 a.m. Max Security Intelligence Email to Stephen Smith (Smith Depo Ex 211) (UCP001966-1970) | MIL 2; MIL 3 | Opp. to MILs 2-3 |
| DX 151 | 07/26/14 12:49 p.m. Max Security Intelligence Email to Stephen Smith (Smith Depo Ex 212) (UCP002535-2539) | MIL 2; MIL 3 | Opp. to MILs 2-3 |
| DX 152 | 07/27/14 1:19 p.m. Max Security Intelligence Email to Stephen Smith (Smith Depo Ex 213) (UCP_003769-3773) | MIL 2; MIL 3 | Opp. to MILs 2-3 |

| Exhibit No. | Description | Objection | Response to Objection |
|---|---|---|---|
| DX 153 | 07/28/14 12:44 p.m. Max Security Intelligence Email to Stephen Smith (Smith Depo Ex 214) (UCP002176-2180) | MIL 2; MIL 3 | Opp. to MILs 2-3 |
| DX 154 | 07/29/14 12:33 p.m. Max Security Intelligence Email to Stephen Smith (Smith Depo Ex 215) (UCP002104-2017) | MIL 2; MIL 3 | Opp. to MILs 2-3 |
| DX 155 | 07/18/14 12:18 a.m. Max Security Intelligence Email to Stephen Smith (Smith Depo Ex 216) (UCP018104-18107) | MIL 2; MIL 3 | Opp. to MILs 2-3 |
| DX 156 | 07/26/14 9:54 a.m. Max Security Intelligence Email to Stephen Smith (Smith Depo Ex 217) (No Bates Number) | MIL 2; MIL 3 | Opp. to MILs 2-3 |
| DX 157 | 07/21/14 7:00 a.m. Max Security Intelligence Email to Stephen Smith (Smith Depo Ex 218) (No Bates Number) | MIL 2; MIL 3 | Opp. to MILs 2-3 |
| DX 158 | 07/20/14 1:43 a.m. Max Security Intelligence Email to Stephen Smith (Smith Depo Ex 219) (No Bates Number) | MIL 2; MIL 3 | Opp. to MILs 2-3 |
| DX 159 | 07/21/14 Email from Stephen Smith to Randi Richmond (Smith Depo Ex 220) (UCP001419-1420) | MIL 2; MIL 3 | Opp. to MILs 2-3 |
| DX 160 | 07/24/14 Email from Stephen Smith to Mark Binke (Smith Depo Ex 221) (UCP001252-1253) | MIL 2; MIL 3 | Opp. to MILs 2-3 |
| DX 161 | 07/28/14 Email from Stephen Smith to Mark Binke and Randi Richmond (Smith Depo Ex 222) (UCP001274-1275) | MIL 2; MIL 3 | Opp. to MILs 2-3 |
| DX 162 | 07/29/14 Email from Stephen Smith to Mark Binke and Randi Richmond (Smith Depo Ex 223) (UCP_003545) | MIL 2; MIL 3 | Opp. to MILs 2-3 |

DEFENDANT'S EXHIBIT LIST

| Exhibit No. | Description | Objection | Response to Objection |
|---|---|---|---|
| DX 163 | 08/05/14 Email from Stephen Smith to Mark Binke (Smith Depo Ex 224) (UCP_003252-3253) | MIL 2; MIL 3 | Opp. to MILs 2-3 |
| DX 164 | 08/08/14 Email from Stephen Smith to Mark Binke (Smith Depo Ex 225) (UCP001277-1279) | MIL 2; MIL 3 | Opp. to MILs 2-3 |
| DX 165 | 08/19/14 Email from Stephen Smith to Mark Binke, with attachment (Smith Depo Ex 231) (UCP001268-1273) | MIL 2; MIL 3 | Opp. to MILs 2-3 |
| DX 167 | 06/15/14-07/02/14 Email string between Kurt Ford and Susan Weiss, et al (Adams Depo Ex 241A) UCP000385-390) | MIL 2; MIL 3.<br><br>Additional Objections: Speculating about potential terrorism coverage under a different Policy held by Comcast (*See* Weiss Depo. 151-56).<br><br>As a result, substantially more prejudicial than probative and likely to confuse the issues and | Opp. to MIL 2 – 3<br><br>Not speculation, but rather statement responding to direct question; potentiality of coverage goes to show state of mind of declarant and that Plaintiffs did not believe coverage existed. Any prejudice is self-induced. Declarant is knowledgeable of |

DEFENDANT'S EXHIBIT LIST

| Exhibit No. | Description | Objection | Response to Objection |
|---|---|---|---|
| | | mislead the jury under F.R.E. 403. | situation and coverages in play and did not believe coverage existed under the facts and circumstances. Therefore, these statements are directly relevant to show good faith assessment and action by ASIC. |
| DX 168 | 06/15/14-07/03/14 Email string between Malika Adams and Kurt Ford, et al (Adams Depo Ex 242A) (UCP003254-3261) | MIL 2; MIL 3.<br><br>Additional Objections: Speculating about potential terrorism coverage under a different Policy held by Comcast (*See* Weiss Depo. 151-56). | Opp. to MIL 2 – 3<br><br>Not speculation, but rather statement responding to direct question; potentiality of coverage goes to show state of mind of declarant and that Plaintiffs |

| Exhibit No. | Description | Objection | Response to Objection |
|---|---|---|---|
| | | Substantially more prejudicial than probative and likely to confuse the issues and mislead the jury under F.R.E. 403. No evidence that Ms. Adams was familiar with or speaking about the War Exclusions in this Policy or their special meaning. | did not believe coverage existed. Any prejudice is self-induced. Declarant is knowledgeable of situation and coverages in play and did not believe coverage existed under the facts and circumstances. Therefore, these statements are directly relevant to show good faith assessment and action by ASIC. |
| DX 169 | 06/15/14-07/07/14 Email string between Malika Adams and Randi Richmond (Adams Depo Ex 243A) (UCP_002866-2872) | MIL 2; MIL 3.<br><br>Additional Objections: Speculating about potential terrorism | Opp. to MIL 2 – 3<br><br>Not speculation, but rather statement responding to |

| Exhibit No. | Description | Objection | Response to Objection |
|---|---|---|---|
| | | coverage under a different Policy held by Comcast (*See* Weiss Depo. 151-56).<br><br>Substantially more prejudicial than probative and likely to confuse the issues and mislead the jury under F.R.E. 403. No evidence that Ms. Adams was familiar with or speaking about the War Exclusions in this Policy or their special meaning. | direct question; potentiality of coverage goes to show state of mind of declarant and that Plaintiffs did not believe coverage existed. Any prejudice is self-induced. Declarant is knowledgeable of situation and coverages in play and did not believe coverage existed under the facts and circumstances. Therefore, these statements are directly relevant to show good faith assessment and action by ASIC. |

DEFENDANT'S EXHIBIT LIST

| Exhibit No. | Description | Objection | Response to Objection |
|---|---|---|---|
| DX 170 | 06/15/14-07/07/14 Email string between Mark Binke and Malika Adams, et al (Adams Depo Ex 244A) (UCP_003189-3196) | MIL 2; MIL 3.<br><br>Additional Objections: Speculating about potential terrorism coverage under a different Policy held by Comcast (*See* Weiss Depo. 151-56).<br><br>Substantially more prejudicial than probative and likely to confuse the issues and mislead the jury under F.R.E. 403. No evidence that Ms. Adams was familiar with or speaking about the War Exclusions in this Policy or their special meaning. | Opp. to MIL 2 – 3<br><br>Not speculation, but rather statement responding to direct question; potentiality of coverage goes to show state of mind of declarant and that Plaintiffs did not believe coverage existed. Any prejudice is self-induced. Declarant is knowledgeable of situation and coverages in play and did not believe coverage existed under the facts and circumstances. Therefore, these |

| Exhibit No. | Description | Objection | Response to Objection |
|---|---|---|---|
| | | | statements are directly relevant to show good faith assessment and action by ASIC. |
| DX 171 | 07/07-08/14 Email string between Kurt Ford, Mark Binke and Randi Richmond (Adams Depo Ex 245A) (UCP000708) | MIL 2; MIL 3.<br><br>Additional Objections: Speculating about potential terrorism coverage under a different Policy held by Comcast (*See* Weiss Depo. 151-56).<br><br>Substantially more prejudicial than probable and likely to confuse the issues and mislead the jury under F.R.E. 403. No evidence that | Opp. to MIL 2 – 3<br><br>Not speculation, but rather statement responding to direct question; potentiality of coverage goes to show state of mind of declarant and that Plaintiffs did not believe coverage existed. Any prejudice is self-induced. Declarant is knowledgeable of situation and coverages in play |

| Exhibit No. | Description | Objection | Response to Objection |
|---|---|---|---|
| | | Ms. Adams was familiar with or speaking about the War Exclusions in this Policy or their special meaning. | and did not believe coverage existed under the facts and circumstances. Therefore, these statements are directly relevant to show good faith assessment and action by ASIC. |
| DX 172 | General Claims Practices (Johnson Depo Ex 1) (ATL000735-744) | No objection. | Deemed admitted. |
| DX 173 | 7/15/14 Email chain from Pamela Johnson to Daniel Gutterman (Johnson Depo Ex 3) (ASIC/NBC Dig Claim File – Bates No. ATL 304 - 308) | No objection, so long as limiting instruction that document is offered for Defendant's state of mind and not the truth of the matter asserted. | Deemed admitted, subject to limiting instruction. |

| Exhibit No. | Description | Objection | Response to Objection |
|---|---|---|---|
| DX 174 | United Kingdom's website regarding travel to Israel, as it existed on 1/30/17 (https://www.gov.uk/foreign-travel-advice/israel) (Johnson Depo Ex 4) (No Bates Number) | MIL 2; MIL 3 | Opp. to MILs 2-3 |
| DX 175 | 7/16/14 Email chain from Daniel Gutterman to Daniel Gutterman (ASIC/NBC Dig Claim File – Bates No. ATL 1329 - 1335) | No objection, so long as limiting instruction that document is offered for Defendant's state of mind and not the truth of the matter asserted. | Deemed admitted, subject to limiting instruction. |
| DX 176 | United Kingdom's website update regarding travel to Israel, The West Bank and Gaza Travel Warning published on 2/3/14, as it existed on 7/15/14 (https://www.gov.uk/foreign-travel-advice/israel) (Johnson Depo Ex 6) (No Bates Number) | MIL 2; MIL 3 | Opp. to MILs 2-3 |
| DX 177 | 07/16/14 Email from Pamela Johnson to Pamela Johnson (Johnson Depo Ex 7) (ATL001529-1530) | No objection, so long as limiting instruction that document is offered for Defendant's state of mind and not the truth of the matter asserted. | Deemed admitted, subject to limiting instruction. |

| Exhibit No. | Description | Objection | Response to Objection |
|---|---|---|---|
| DX 178 | 7/16/14 Calendar Entry – Meeting to Discuss War Exclusion with Gooley, T., Duffy, S., and Johnson, P. (Johnson Depo Ex 8) (ATL 001564) | No objection. | Deemed admitted. |
| DX 179 | Westlaw: Holiday Inns Inc. v. Aetna Insurance Company (Johnson Depo Ex 9) (ATL001635-1686) | Substantially more prejudicial than probative under FRE 403, risks confusing the issues and misleading the jury to have the jury read a legal decision.<br><br>The Court should handle the *Holiday Inns* case through an instruction to the jury based on the 9th Circuit's conclusion that "*Holiday Inns* therefore supports the conclusion that Hamas is not the de facto sovereign | Offered to show that ASIC conducted a thorough investigation into Plaintiffs' claims before reaching claims decision. Relevant to show good faith conduct by ASIC. |

DEFENDANT'S EXHIBIT LIST

| Exhibit No. | Description | Objection | Response to Objection |
|---|---|---|---|
| | | of Palestine." *Universal Cable Prods. v. Atlantic Specialty Ins. Co.*, 929 F.3d 1143, 1158 (9th Cir. 2019). | |
| DX 180 | 7/22/14 Email chain communicating acceptance of meeting invitation from Pamela Johnson to Theresa Gooley (Johnson Depo Ex 10) (Bates No. ATL 001814) | No objection. | Deemed admitted. |
| DX 182 | 7/28/14 Email communication from Pamela Johnson to Susan Weiss containing 7/28/14 letter from Pamela Johnson to Andrea Garber (Johnson Depo Ex 12) (AONNBCU0003805 – 3093) | No objection. | Deemed admitted. |
| DX 183 | Motion Picture/Television Producers Portfolio Declarations, Policy Number MP00163-04, Period 1/1/14 to 6/30/15 (Williams Dep 2/1/17, Ex 1) (ATL003073-3127) | No objection. (Duplicate) | Deemed admitted. |
| DX 184 | Duplicative of Johnson Depo Ex 248 (ATL001101-1105) | No objection, so long as limiting instruction that document is offered for Defendant's state of mind and not the | Deemed admitted, subject to limiting instruction. |

DEFENDANT'S EXHIBIT LIST

| Exhibit No. | Description | Objection | Response to Objection |
|---|---|---|---|
| | | truth of the matter asserted. | |
| DX 185 | Core Principles – Version 09/01/12 (Gutterman Depo Ex 16) (ATL000731-732) | No objection, so long as limiting instruction that document is offered for Defendant's state of mind and not the truth of the matter asserted. | Deemed admitted, subject to limiting instruction. |
| DX 186 | 07/21-22/14 Email string between Pamela Johnson and Susan Weiss, et al (Gutterman Depo Ex 25) (AONNBCU0003242-3243) | No objection. | Deemed admitted. |
| DX 187 | 7/17/14 Email between Theresa Gooley and Pamela Johnson (Wolf Depo Ex 31) (ATL 001571 – 001572) | No objection, so long as limiting instruction that document is offered for Defendant's state of mind and not the truth of the matter asserted. | Deemed admitted subject to limiting instruction. |

DEFENDANT'S EXHIBIT LIST

| Exhibit No. | Description | Objection | Response to Objection |
|---|---|---|---|
| DX 188 | DUPLICATIVE OF JOHNSON DEPO EX 252 (ATL 001847 – 1855) | No objection, so long as limiting instruction that document is offered for Defendant's state of mind and not the truth of the matter asserted. | Deemed admitted subject to limiting instruction. |
| DX 189 | DUPLICATIVE OF Gooley Depo Ex 34 (ATL 001858 – 1866) | No objection, so long as limiting instruction that document is offered for Defendant's state of mind and not the truth of the matter asserted. | Deemed admitted subject to limiting instruction. |
| DX 190 | 07/28/14 Email from Pamela Johnson to Susan Weiss and Andrea Garber, with attached letter (Garber Depo Ex 36) (UCP000374-382) | No objection. | Deemed admitted. |
| DX 191 | 07/28/14  Email from Pamela Johnson to Susan Weiss and Andrea Garber, with attached letter (Garber Depo Ex 37) (AONNBCU0002769-2777) | No objection. | Deemed admitted. |

| Exhibit No. | Description | Objection | Response to Objection |
|---|---|---|---|
| DX 192 | Motion Picture/Television Producers Portfolio Declarations, Policy Number MP00163-04, Period 01/01/14 to 06/30/15 (Garber Depo Ex 38) (ATL001575-1629) | No objection. | Deemed admitted. |
| DX 193 | 07/16-17/14 Email string between Susan Weiss and Danny Gutterman, et al (Weiss Depo Ex 62) (UCP000854-855) | No objection. | Deemed admitted. |
| DX 194 | 07/21-25/14 Email string between Andrea Garber and Susan Weiss, et al (Weiss Depo Ex 65) (AONNBCU0003240-3241) | No objection. | Deemed admitted. |
| DX 195 | 07/14-15/14 Email string between Daniel Gutterman and Peter Williams, et al (Johnson Depo Ex 232) (ATL000513-516) | No objection, so long as limiting instruction that document is offered for Defendant's state of mind and not the truth of the matter asserted. | Deemed admitted subject to limiting instruction. |
| DX 196 | Video (Johnson Depo Ex 233) (ATL004496) | MIL 2; MIL 3; Hearsay | Opp. to MIL 2 – 3 Offered to show state of mind of the declarant and, therefore, constitute an exception to |

| Exhibit No. | Description | Objection | Response to Objection |
|---|---|---|---|
| | | | hearsay. Relevant to show good faith decisions by ASIC. |
| DX 197 | 07/16/14 Email string between Pamela Johnson and Daniel Gutterman (Johnson Depo Ex 234) (ATL000501) | No objection, so long as limiting instruction that document is offered for Defendant's state of mind and not the truth of the matter asserted. | Deemed admitted subject to limiting instruction. |
| DX 198 | Middle East Eye Article:  Hamas claims responsibility for rockets fired at Jerusalem, Tel Aviv and Haifa (Johnson Depo Ex 235) (ATL004312-4318) | MIL 2;  MIL 3; hearsay | Opp. to MIL 2 – 3 Offered to show state of mind of the declarant and, therefore, constitute an exception to hearsay. Relevant to show good faith decisions by ASIC. |

| Exhibit No. | Description | Objection | Response to Objection |
|---|---|---|---|
| DX 199 | 07/09/14 Global News:  UPDATE:  Israel hits key Hamas targets in Gaza offensive (Johnson Depo Ex 236) (ATL004487-4495) | MIL  2;  MIL  3; hearsay | Opp. to MIL 2 – 3 Offered to show state of mind of the declarant and, therefore, constitute an exception to hearsay. Relevant to show good faith decisions by ASIC. |
| DX 200 | 07/15/14 Global News:  Israel: Hamas to pay price for its 'no' truce (Johnson Depo Ex 237) (ATL004426-4429) | MIL  2;  MIL  3; hearsay | Opp. to MIL 2 – 3 Offered to show state of mind of the declarant and, therefore, constitute an exception to hearsay. Relevant to show good faith decisions by ASIC. |
| DX 201 | 07/16/14 The Washington Post:  As cease-fire with Hamas fails to take shape, Netanyahu says, 'Our answer is fire' (Johnson Depo Ex 238) (ATL004305-4309) | MIL  2;  MIL  3; hearsay | Opp. to MIL 2 – 3 Offered to show state of mind of the declarant and, |

DEFENDANT'S EXHIBIT LIST

| Exhibit No. | Description | Objection | Response to Objection |
|---|---|---|---|
| | | | therefore, constitute an exception to hearsay. Relevant to show good faith decisions by ASIC. |
| DX 202 | 07/16/14 Email from Pamela Johnson to Pamela Johnson (Johnson Depo Ex 239) (ATL001529-1530) | No objection, so long as limiting instruction that document is offered for Defendant's state of mind and not the truth of the matter asserted. | Deemed admitted subject to limiting instruction |
| DX 203 | 07/16/14 at 5:04 Hamas From Wikipedia (Johnson Depo Ex 240) (no document numbers) | MIL 2; MIL 3; hearsay; authentication.<br><br>This appears to be a Wikipedia article pulled off the internet on 1/5/2017. There is no evidence that | Offered to show that ASIC conducted a thorough investigation into Plaintiffs' claims before reaching claims decision. Relevant to show good faith |

| Exhibit No. | Description | Objection | Response to Objection |
|---|---|---|---|
| | | the content would have been the same in 2014 at the time the claim was considered. The contents are hearsay without an available exception. The document cannot be properly authenticated. | conduct by ASIC. P. Johnson states in her deposition that Wikipedia was consulted as means of obtaining additional sources of information to research and make claims decision. |
| DX 204 | 12/02/10 Congressional Research Service:  Hamas: Background and Issues for Congress (Johnson Depo Ex 241) (ATL000431-438) | No objection, so long as limiting instruction that document is offered for Defendant's state of mind and not the truth of the matter asserted. | Deemed admitted. |
| DX 205 | Video – News Clip:  MSNBC – 07/17/14 Ground war in Gaza (ATL004498) | MIL 2; MIL 3; hearsay, 403.  Video concerns potential for Israel | Opp. to MIL 2 – 3; statement of party opponent and therefore, not hearsay; goes to |

| Exhibit No. | Description | Objection | Response to Objection |
|---|---|---|---|
| | | to conduct a war in Gaza in the future, after the decision to relocate *Dig* had been made. Irrelevant and substantially more prejudicial than probative under FRE 403. | show state of mind of the declarant. Any prejudice is self-induced. Relevant to show reasonableness of ASIC's assessment of situation giving rise to Plaintiffs' claims. |
| DX 206 | Westlaw:  Holiday Inns Inc. v. Aetna Insurance Company (Johnson Depo Ex 243) (ATL001635-1686) | Substantially more prejudicial than probative under FRE 403, risks confusing the issues and misleading the jury to have the jury read a legal decision.<br><br>The Court should handle the *Holiday Inns* case through | Offered to show that ASIC conducted a thorough investigation into Plaintiffs' claims before reaching claims decision. Relevant to show good faith conduct by ASIC. |

DEFENDANT'S EXHIBIT LIST

| Exhibit No. | Description | Objection | Response to Objection |
|---|---|---|---|
| | | an instruction to the jury based on the 9th Circuit's conclusion that "*Holiday Inns* therefore supports the conclusion that Hamas is not the de facto sovereign of Palestine." *Universal Cable Prods. v. Atlantic Specialty Ins. Co.*, 929 F.3d 1143, 1158 (9th Cir. 2019). | |
| DX 207 | 07/16/14 Email from Pamela Johnson to Theresa Gooley (Johnson Depo Ex 244) (ATL001555) | No objection, so long as limiting instruction that document is offered for Defendant's state of mind and not the truth of the matter asserted. | Deemed admitted subject to limiting instruction. |

| Exhibit No. | Description | Objection | Response to Objection |
|---|---|---|---|
| DX 208 | 07/14-15/14 Email string between Pamela Johnson and Daniel Gutterman, et al  (Johnson Depo Ex 245) (ATL000295-299) | No objection, so long as limiting instruction that document is offered for Defendant's state of mind and not the truth of the matter asserted. | Deemed admitted subject to limiting instruction. |
| DX 209 | 7/15/14 Email string between Pamela Johnson and Peter Williams (Johnson Depo Ex 246) (ATL 00393 – 00397) | No objection, so long as limiting instruction that document is offered for Defendant's state of mind and not the truth of the matter asserted. | Deemed admitted subject to limiting instruction. |
| DX 210 | 7/15/14 Email string between Pamela Johnson and Peter Williams (Johnson Depo Ex 247) (ATL 000518 - 000523) | No objection, so long as limiting instruction that document is offered for Defendant's state of mind and not the | Deemed admitted subject to limiting instruction. |

| Exhibit No. | Description | Objection | Response to Objection |
|---|---|---|---|
| | | truth of the matter asserted. | |
| DX 211 | 7/16/14 Email string between Pamela Johnson and Peter Williams (Johnson Depo Ex 248) (ATL 001101 – 001105) | No objection, so long as limiting instruction that document is offered for Defendant's state of mind and not the truth of the matter asserted. | Deemed admitted subject to limiting instruction. |
| DX 212 | 7/17/14 Email string between Susan Weiss and Andrea Garber, Pamela Johnson (Johnson Depo Ex 249) (ATL 001724 – 001728) | No objection. | Deemed admitted. |
| DX 213 | 7/22/14 Email string between Pamela Johnson and Susan Weiss, Andrea Garber (Johnson Depo Ex 250) (ATL 1818 – 1819) | No objection. | Deemed admitted. |
| DX 214 | 7/25/14 Email string between Susan Weiss and Pamela Johnson (Johnson Depo Ex 251) (ATL 000398 – 000399) | No objection. | Deemed admitted. |
| DX 215 | 7/28/14 Email string between Pamela Johnson and Theresa Gooley (Johnson Depo Ex 252) (ATL 001847 – 001855) | No objection. | Deemed admitted. |
| DX 216 | 7/31/14 Email string between Andrea Garber and Pamela Johnson (Johnson Depo Ex 253) (ATL 001917 – 001918) | No objection. | Deemed admitted. |

| Exhibit No. | Description | Objection | Response to Objection |
|---|---|---|---|
| DX 217 | 8/14/14 Email string between Mitchell Sillberberg & Knupp LLP and Pamela Johnson (Johnson Depo Ex 254) (ATL 002025 – 2032) | No objection. | Deemed admitted. |
| DX 218 | 9/18/14 Email string between Pamela Johnson and Susan Weiss (Johnson Depo Ex 255) (ATL 2177 – 2181) | No objection. | Deemed admitted. |
| DX 219 | 9/30/14 Email string between Pamela Johnson and Mitchell Sillberberg & Knupp LLP (Johnson Depo Ex 256) (ATL 002217 – 002222) | No objection. | Deemed admitted. |
| DX 220 | 12/06-10/13 Email string between Randi Richmond, Andrea Garber and Kurt Ford, et al (Ford Depo Ex 294) (UCP_003149-3151) | No objection. | Deemed admitted. |
| DX 224 | 06/15/14-07/02/14 Email string between Kurt Ford and Susan Weiss, et al (Ford Depo Ex 299) (UCP_003112-3116) | MIL 2; MIL 3.<br><br>Additional Objections: Speculating about potential terrorism coverage under a different Policy held by Comcast (*See* Weiss Depo. 151-56).<br><br>Substantially more prejudicial than | Opp. to MIL 2 – 3<br><br>Not speculation, but rather statement responding to direct question; potentiality of coverage goes to show state of mind of declarant and that Plaintiffs did not believe coverage existed. |

| Exhibit No. | Description | Objection | Response to Objection |
|---|---|---|---|
| | | probative and likely to confuse the issues and mislead the jury under F.R.E. 403. No evidence that Ms. Adams was familiar with or speaking about the War Exclusions in this Policy or their special meaning. Ms. Adams addressing voluntary withdrawal in early July 2014 rather than in response to "imminent peril" and addressing questions about a different policy. | Any prejudice is self-induced. Declarant is knowledgeable of situation and coverages in play and did not believe coverage existed under the facts and circumstances. Therefore, these statements are directly relevant to show good faith assessment and action by ASIC. |
| DX 225 | 06/15/16-07/07/14 Email string between Malika Adams and Randi Richmond, et al (Ford Depo Ex 300) (UCP_002996-3003) | MIL 2; MIL 3. | Opp. to MIL 2 – 3 |

| Exhibit No. | Description | Objection | Response to Objection |
|---|---|---|---|
| | | Additional Objections: Speculating about potential terrorism coverage under a different Policy held by Comcast (*See* Weiss Depo. 151-56).<br><br>Substantially more prejudicial than probative and likely to confuse the issues and mislead the jury under F.R.E. 403. No evidence that Ms. Adams was familiar with or speaking about the War Exclusions in this Policy or their special meaning. Ms. Adams addressing | Not speculation, but rather statement responding to direct question; potentiality of coverage goes to show state of mind of declarant and that Plaintiffs did not believe coverage existed. Any prejudice is self-induced. Declarant is knowledgeable of situation and coverages in play and did not believe coverage existed under the facts and circumstances. Therefore, these statements are directly relevant |

DEFENDANT'S EXHIBIT LIST

| Exhibit No. | Description | Objection | Response to Objection |
|---|---|---|---|
| | | voluntary withdrawal in early July 2014 rather than in response to "imminent peril" and addressing questions about a different policy. | to show good faith assessment and action by ASIC. |
| DX 227 | 07/09/14 Email string between Paige Potter and Kurt Ford, et al (Ford Depo Ex 303) (UCP001415; UCP000881) | No objection. | Deemed admitted. |
| DX 228 | 07/10/14 Email string between Mark Binke and Kurt Ford (Ford Depo Ex 304) (UCP_003312-3313) | MIL 2; MIL 3 | Opp. to MILs 2-3 |
| DX 229 | 07/10/14 Email string between Curt Williams and Kurt Ford, et al (Ford Depo Ex 305) (UCP_003212-3214) | MIL 2; MIL 3 | Opp. to MILs 2-3 |
| DX 230 | 07/10/14 Email string between Brian Brady and Kurt Ford, et al (Ford Depo Ex 306) (UCP_003307-3308) | No objection. | Deemed admitted. |
| DX 231 | 07/10/14 Email string between Mark Binke and Stephen Smith, et al (Ford Depo Ex 307) (UCP001866-1867) | MIL2; MIL 3 | Opp. to MILs 2-3 |
| DX 232 | 07/10/14 Email string between Andrea Garber and Kurt Ford (Ford Depo Ex 308) (UCP_003304-3306) | MIL 2; MIL 3 | Opp. to MILs 2-3 |

| Exhibit No. | Description | Objection | Response to Objection |
|---|---|---|---|
| DX 233 | 07/14/14 Email string between Kurt Ford and Randi Richmond (Ford Depo Ex 309) (UCP001473) | No objection. | Deemed admitted. |
| DX 234 | 07/14/14 Email string between Mark Binke and Randi Richmond (Ford Depo Ex 310) (UCP000454) | No objection. | Deemed admitted. |
| DX 235 | 07/10/14 Email string between Jeff Wachtel and Mark Binke, et al (Ford Depo Ex 311) (UCP018046) | No objection. | Deemed admitted. |
| DX 236 | 07/14-15/14 Email string between Kurt Ford and Curt Williams, et al (Ford Depo Ex 312) (UCP_003111; UCP_003072) | MIL 4 | Opp. to MIL 4. |
| DX 237 | 07/17/14 Email string between Andrea Garber and Kurt Ford, et al (Ford Depo Ex 313) (UCP000359-360) | MIL 2; MIL 3.<br><br>Irrelevant. Internal e-mail goes to cause of relocation, which has already been determined by the Ninth Circuit. | Opp. to MIL 2 – 3<br><br>Directly relevant to cause of Plaintiffs' claim and subsequent denial by ASIC; goes to show good faith assessment by ASIC in light of the facts of the situation as acknowledged by Plaintiffs. |

DEFENDANT'S EXHIBIT LIST

| Exhibit No. | Description | Objection | Response to Objection |
|---|---|---|---|
| DX 238 | 07/25/14 Email string between BJ Markus and Andrea Garber (Ford Depo Ex 314) (UCP000458) | No objection. | Deemed admitted. |
| DX 245 | 06/12/14 Email from BJ Markus to Mark Binke, et al (Markus Depo Ex 342) (UCP005411-5506) | No objection. | Deemed admitted. |
| DX 246 | 08/14/14 Email from Randi Richmond to Debbie Cleaver (Markus Depo Ex 343) (UCP009963-9965) | MIL 4 | Opp. to MIL 4 |
| DX 247 | 08/11/16 Chart:  Production Recap Report (Markus Depo Ex 344) (UCP018226-18227) | No objection. | Deemed admitted. |
| DX 250 | 04/16/14 Email between Stephen Smith and Randi Richmond, with attachment (Richmond Depo Ex 352) (UCP002227-2237) | No objection. | Deemed admitted. |
| DX 253 | 06/16/14 Email from Randi Richmond to Mark Binke (Richmond Depo Ex 355) (UCP001082) | No objection. | Deemed admitted. |
| DX 254 | 06/16/14 Email string between Randi Richmond and Mark Binke, et al (Richmond Depo Ex 356) (UCP001223-1226) | No objection. | Deemed admitted. |
| DX 256 | 06/15-16/14 Email string between Randi Richmond and Curt Williams, et al (Richmond Depo Ex 358) (UCP001101-1103) | No objection. | Deemed admitted. |
| DX 259 | 06/18/14 Email string between Stephen Smith and Randi Richmond (Richmond Depo Ex 361) (UCP002773) | MIL 2; MIL 3 | Opp. to MILs 2-3 |

DEFENDANT'S EXHIBIT LIST

| Exhibit No. | Description | Objection | Response to Objection |
|---|---|---|---|
| DX 264 | 07/01/14 Email string between Mark Binke and Stephen Smith, et al (Richmond Depo Ex 366) (UCP001942-1944) | MIL 2; MIL 3 | Opp. to MILs 2-3 |
| DX 265 | 07/02/14 Email from Stephen Smith to Mark Binke and Randi Richmond (Richmond Depo Ex 368) (UCP002224-2226) | MIL 2; MIL 3 | Opp. to MILs 2-3 |
| DX 266 | 07/07/14 Email from Stephen Smith to Randi Richmond (Richmond Depo Ex 369)(UCP001379) | No objection. | Deemed admitted. |
| DX 267 | 07/07/14 Email from Randi Richmond to Stephen Smith (Richmond Depo Ex 370) (UCP001835) | No objection. | Deemed admitted. |
| DX 268 | 07/07/14 Email from Randi Richmond to Mark Binke (Richmond Depo Ex 371) (UCP_003330) | No objection. | Deemed admitted. |
| DX 269 | 06/15/14-07/07/14 Email string between Randi Richmond and Mark Binke, et al (Richmond Depo Ex 373) (UCP_002979-2985) | MIL 2; MIL 3. Additional Objections: Speculating about potential terrorism coverage under a different Policy held by Comcast (*See* Weiss Depo. 151-56). | Opp. to MIL 2 – 3 Not speculation, but rather statement responding to direct question; potentiality of coverage goes to show state of mind of declarant and that Plaintiffs did not believe |

| Exhibit No. | Description | Objection | Response to Objection |
|---|---|---|---|
| | | Substantially more prejudicial than probative and likely to confuse the issues and mislead the jury under F.R.E. 403. No evidence that Ms. Adams was familiar with or speaking about the War Exclusions in this Policy or their special meaning. Ms. Adams addressing voluntary withdrawal in early July 2014 rather than in response to "imminent peril" and addressing questions about a different policy. | coverage existed. Any prejudice is self-induced. Declarant is knowledgeable of situation and coverages in play and did not believe coverage existed under the facts and circumstances. Therefore, these statements are directly relevant to show good faith assessment and action by ASIC. |

DEFENDANT'S EXHIBIT LIST

| Exhibit No. | Description | Objection | Response to Objection |
|---|---|---|---|
| DX 270 | 06/15/14 – 07/07/14 Email string between Mark Binke and Randi Richmond, et al (Richmond Depo Ex 374) (UCP_003265-3272) | MIL 2; MIL 3.<br><br>Additional Objections: Speculating about potential terrorism coverage under a different Policy held by Comcast (*See* Weiss Depo. 151-56).<br><br>Substantially more prejudicial than probative and likely to confuse the issues and mislead the jury under F.R.E. 403. No evidence that Ms. Adams was familiar with or speaking about the War Exclusions in this Policy or their special meaning. | Opp. to MIL 2 – 3<br><br>Not speculation, but rather statement responding to direct question; potentiality of coverage goes to show state of mind of declarant and that Plaintiffs did not believe coverage existed. Any prejudice is self-induced. Declarant is knowledgeable of situation and coverages in play and did not believe coverage existed under the facts and circumstances. Therefore, these |

DEFENDANT'S EXHIBIT LIST

| Exhibit No. | Description | Objection | Response to Objection |
|---|---|---|---|
| | | | statements are directly relevant to show good faith assessment and action by ASIC. |
| DX 271 | 07/08/14 Email string between Randi Richmond and Mark Binke, et al (Richmond Depo Ex 375) (UCP000552-553) | MIL 2; MIL 3 | Opp. to MILs 2-3 |
| DX 272 | 07/08/14 Email from Randi Richmond to Stephen Smith (Richmond Depo Ex 376) (UCP000953) | No objection. | Deemed admitted. |
| DX 273 | 07/08/14 Email string between Randi Richmond and Mark Binke (Richmond Depo Ex 377) (UCP002802-2803) | No objection. | Deemed admitted. |
| DX 274 | 07/08/14 Email from Randi Richmond to Asaf Nawi (Richmond Depo Ex 378) (UCP_003498-3499) | MIL 2; MIL 3 | Opp. to MILs 2-3 |
| DX 275 | 07/08/14 Email string between Randi Richmond and Jay Footlik, et al (Richmond Depo Ex 380) (UCP000652) | No objection. | Deemed admitted. |
| DX 276 | 07/08/14 Email from Randi Richmond to Stephen Smith, et al (Richmond Depo Ex 381) (UCP000994) | No objection. | Deemed admitted. |
| DX 277 | 07/09/14 Email from Stephen Smith to Mark Winemaker, et al (Richmond Depo Ex 382) (UCP000942-943) | MIL 2; MIL 3 | Opp. to MILs 2-3 |

| Exhibit No. | Description | Objection | Response to Objection |
|---|---|---|---|
| DX 278 | 07/09/14 Email from Stephen Smith to Randi Richmond and Mark Binke, with attachment (Richmond Depo Ex 383) (UCP000888-896) | MIL 2; MIL 3 | Opp. to MILs 2-3 |
| DX 279 | 07/09/14 Email string between Mark Binke and Stephen Smith, et al (Richmond Depo Ex 384) (UCP_003490-3492) | MIL 2; MIL 3 | Opp. to MILs 2-3 |
| DX 280 | 07/09/14 Email string between Richard Rothstein and Randi Richmond, et al (Richmond Depo Ex 385) (UCP001068-1069) | No objection. | Deemed admitted. |
| DX 281 | 07/09/14 Email string between Richard Rothstein and Mark Binke, et al (Richmond Depo Ex 386) (UCP001033-1036) | MIL 2.<br><br>Irrelevant and wastes time under F.R.E. 403. E-mail discusses PR messaging about *Dig* filming in Israel. Not relevant to Defendant's bad faith denial. | Opp to MIL 2.<br><br>Relevant to show Plaintiffs' assessment of the situation in Israel and Gaza in real time; goes to show assessment of level of danger, supports good faith assessment of ASIC. |
| DX 282 | 07/09/14 Email from Mark Winemaker to Mark Binke and Randi Richmond (Richmond Depo Ex 387) (UCP_003695) | MIL 3 | Opp. to MIL 3 |

| Exhibit No. | Description | Objection | Response to Objection |
|---|---|---|---|
| DX 283 | 07/09/14 Email string between Randi Richmond and Jay Footlik, et al (Richmond Depo Ex 388) (UCP000992) | No objection. | Deemed admitted. |
| DX 284 | 07/09/14 Email string between Jay Footlik and Mark Binke, et al (Richmond Depo Ex 389) (UCP000513) | No objection. | Deemed admitted. |
| DX 285 | 07/09/14 Email string between Randi Richmond and Jay Footlik, et al (Richmond Depo Ex 390) (UCP000767-768) | No objection. | Deemed admitted. |
| DX 286 | 07/10/14 Email string between Mark Binke and Stephen Smith, et al (Richmond Depo Ex 391) (UCP002121-2122) | MIL 2; MIL 3 | Opp. to MILs 2-3 |
| DX 287 | 07/10/14 Email string between Randi Richmond and Mark Binke, et al (Richmond Depo Ex 392) (UCP000653-654) | MIL 2; MIL 3 | Opp. to MILs 2-3 |
| DX 288 | 07/10/14 Email string between Mark Binke and Randi Richmond (Richmond Depo Ex 393) (UCP_003585-3586) | No objection. | Deemed admitted. |
| DX 289 | 07/11/14 Email from Tony Crowley to Randi Richmond, et al (Richmond Depo Ex 394) (UCP_003493) | No objection. | Deemed admitted. |
| DX 290 | 07/11/14 Email string between Mark Binke and Andrea Garber, et al (Richmond Depo Ex 395) (UCP_003951) | No objection. | Deemed admitted. |
| DX 291 | 07/14/14 Email string between Randi Richmond and Mark Binke, et al (Richmond Depo Ex 396) (UCP_003356-003357) | No objection. | Deemed admitted. |

DEFENDANT'S EXHIBIT LIST

| Exhibit No. | Description | Objection | Response to Objection |
|---|---|---|---|
| DX 292 | 07/14/14 Email from Paige Potter to Randi Richmond (Richmond Depo Ex 397) (UCP001788) and video referenced in email | MIL 2; MIL 3 | Opp. to MILs 2-3 |
| DX 293 | 07/15/14 Email string between Mark Binke and Randi Richmond (Richmond Depo Ex 398) (UCP001380) | MIL 2; MIL 3 | Opp. to MILs 2-3 |
| DX 294 | 07/15/14 Email from Randi Richmond to Stephen Smith, et al (Richmond Depo Ex 399) (UCP000903) | No objection. | Deemed admitted. |
| DX 295 | 07/17/14 Email from Stephen Smith to Mark Binke and Randi Richmond (Richmond Depo Ex 400) (UCP_003467) | MIL 2; MIL 3 | Opp. to MILs 2-3 |
| DX 296 | 07/21/14 Email string between Stephen Smith and Randi Richmond (Richmond Depo Ex 401) (UCP001606) | No objection. | Deemed admitted. |
| DX 297 | 07/24/14 Email string between Mark Binke and Stephen Smith (Richmond Depo Ex 402) (UCP002403-2404) | MIL 2; MIL 3 | Opp. to MILs 2-3 |
| DX 298 | 07/25/14 Email from BJ Markus to Andrea Garber, et al (Richmond Depo Ex 403) (UCP000880) | No objection. | Deemed admitted. |
| DX 299 | 08/01/14 Email from Stephen Smith to Mark Binke (Richmond Depo Ex 404) (UCP_003544) | MIL 2; MIL 3 | Opp. to MILs 2-3 |
| DX 300 | 08/05/14 Email string between Mark Binke and Stephen Smith (Richmond Depo Ex 405) (UCP_003620-3621) | MIL 2; MIL 3 | Opp. to MILs 2-3 |

DEFENDANT'S EXHIBIT LIST

| Exhibit No. | Description | Objection | Response to Objection |
|---|---|---|---|
| DX 301 | 07/17/14 Email string between Jay Footlik and Mark Binke, et al (Richmond Depo Ex 406) (UCP000912) | MIL 2; MIL 3 | Opp. to MILs 2-3 |
| DX 302 | 07/08/14 Email string between Erin Noordeloos and Mark Binke (Binke Depo Ex 408) (UCP000485) | No objection. | Deemed admitted. |
| DX 303 | 07/17/14 Email from Tom McCarthy to Mark Binke (Binke Depo Ex 409) (UCP000503) | MIL 2; MIL 3 | Opp. to MILs 2-3 |
| DX 304 | 12/10/13 Email from Erin Noordeloos to Tom McCarthy, with attachment (UCP_003907-3914) (McCarthy Depo 455) | No objection. | Deemed admitted. |
| DX 305 | 06/16/14 Email from Erin Noordeloos to Tom McCarthy (UCP_003970) (McCarthy Depo 456) | No objection. | Deemed admitted. |
| DX 306 | 07/02/14 Email from Tom McCarthy to John Wallace (UCP_004047) (McCarthy Depo 457) | No objection. | Deemed admitted. |
| DX 307 | 07/02/14 Email from Erin Noordeloos to Tom McCarthy (UCP_003920) (McCarthy Depo 458) | No objection. | Deemed admitted. |
| DX 308 | 07/03/14 Email from Erin Noordeloos to Tom McCarthy (UCP_003978) (McCarthy Depo 459) | No objection. | Deemed admitted. |
| DX 309 | 07/04-05 Email string between Erin Noordeloos and Stephen Smith (UCP_003921) (McCarthy Depo 460) | MIL3 | Opp. to MIL 3 |
| DX 310 | 07/04-06/14 Email string between Stephen Smith and Tom McCarthy, et al (UCP_003961-3962) (McCarthy Depo 461) | MIL 2; MIL 3 | Opp. to MILs 2-3 |

| Exhibit No. | Description | Objection | Response to Objection |
|---|---|---|---|
| DX 311 | 07/08/14 Email string between Stephen Smith and Mark Binke, et al (UCP000613-614) (McCarthy Depo 462) | MIL 2; MIL 3 | Opp. to MILs 2-3 |
| DX 312 | 07/08-09/14 Email string between Erin Noordeloos and Tom McCarthy, et al (UCP_003949-3950) (McCarthy Depo 463) | MIL 2; MIL 3 | Opp. to MILs 2-3 |
| DX 313 | 07/09/14 Email string between Donald Barclay and Patti McConnell, et al (UCP_004022-4023) (McCarthy Depo 464) | No objection. | Deemed admitted. |
| DX 314 | 07/10/14 Email string between Erin Noordeloos and Tom McCarthy, et al (UCP_004016-4017) (McCarthy Depo 465) | MIL 2; MIL 3 | Opp. to MILs 2-3 |
| DX 315 | 07/10/14 Email string between Tom McCarthy and Erin Noordeloos, et al (UCP_004044-4046) (McCarthy Depo 455) (McCarthy Depo 466) | MIL 2; MIL 3 | Opp. to MILs 2-3 |
| DX 316 | 07/10/14 Email from Brian Brady to Kurt Ford (UCP_003291) (McCarthy Depo 467) | No objection. | Deemed admitted. |
| DX 317 | 07/10/14 Email string between Tom McCarthy and Michael Moore, et al (UCP_004041-4043) (McCarthy Depo 468) | MIL 2; MIL 3 | Opp. to MILs 2-3 |
| DX 318 | 07/10/14 Email string between Tom McCarthy lon@augustenborg.com (UCP_004039-4040) (McCarthy Depo 469) | MIL 3 | MIL 3 |
| DX 319 | 07/10/14 Email string between Erin Noordeloos and Tom McCarthy, et al (UCP_003938-3940) (McCarthy Depo 470) | No objection. | Deemed admitted. |

DEFENDANT'S EXHIBIT LIST

| Exhibit No. | Description | Objection | Response to Objection |
|---|---|---|---|
| DX 320 | 07/11/14 Email string between Tom McCarthy and Andrew Jordan, et al (UCP_003991-3993) (McCarthy Depo 471) | MIL 2; MIL 3 | Opp. to MILs 2-3 |
| DX 321 | 07/15-16/14 Email string between Erin Noordeloos and Tom McCarthy (UCP_003980-3982) (McCarthy Depo 472) | MIL 2 | Opp. to MIL 2 |
| DX 322 | 07/22/14 Email string between Tom McCarthy and Stephen Smith, et al (UCP_003987) (McCarthy Depo 473) | No objection. | Deemed admitted. |
| DX 323 | Email from Sean Duffy to Theresa Gooley (Duffy Depo Ex 10) (ATL 1800 – 1801) | No objection, so long as limiting instruction that document is offered for Defendant's state of mind and not the truth of the matter asserted. | Deemed admitted subject to limiting instruction. |
| DX 324 | Email from Theresa Gooley to Sean Duffy (Duffy Depo Ex 11) (ATL 1826 – 1827) | No objection, so long as limiting instruction that document is offered for Defendant's state of mind and not the truth of the matter asserted. | Deemed admitted subject to limiting instruction. |

DEFENDANT'S EXHIBIT LIST

| Exhibit No. | Description | Objection | Response to Objection |
|---|---|---|---|
| DX 325 | Email from Peter Williams to Dennis Crosby (Duffy Depo Ex 12) (ATL 1832 – 1834) | No objection, so long as limiting instruction that document is offered for Defendant's state of mind and not the truth of the matter asserted. | Deemed admitted subject to limiting instruction. |
| DX 326 | Email from Sean Duffy to Theresa Gooley (Duffy Depo Ex 13) (ATL 1835 – 1836) | No objection, so long as limiting instruction that document is offered for Defendant's state of mind and not the truth of the matter asserted. | Deemed admitted subject to limiting instruction. |
| DX 327 | July 28, 2014 Denial Letter (Stone Depo Ex 4) (ATL 000094 – ATL 000101) | No objection. | Deemed admitted. |
| DX 328 | Typewritten Notes (Stone Depo Ex 11) (ATL 000733-000734) | No objection, so long as limiting instruction that document is offered for | Deemed admitted subject to limiting instruction. |

DEFENDANT'S EXHIBIT LIST

| Exhibit No. | Description | Objection | Response to Objection |
|---|---|---|---|
| | | Defendant's state of mind and not the truth of the matter asserted. | |
| DX 333 | 7/17/14 Email between Theresa Gooley and Pamela Johnson (Wolf Depo Ex 31) (ATL 001571 – 001572) | No objection, so long as limiting instruction that document is offered for Defendant's state of mind and not the truth of the matter asserted. | Deemed admitted subject to limiting instruction. |
| DX 334 | 7/28/19 Email from Theresa Gooley to Pamela Johnson (ATL 001858 – 1866) | No objection, so long as limiting instruction that document is offered for Defendant's state of mind and not the truth of the matter asserted. | Deemed admitted subject to limiting instruction. |
| DX 338 | Deposition Notice for Peter Williams (Williams 30b6 Depo Ex 1) | Objections withdrawn | Deemed admitted? |

| Exhibit No. | Description | Objection | Response to Objection |
|---|---|---|---|
| DX 340 | Motion Picture/Television Producers Portfolio Declarations, Policy Number MP00163-04, Period 1/1/14 to 6/30/15 (Williams Dep 2/1/17, Ex 1) (ATL003073-3127) | No objection. | Deemed admitted. |
| DX 342 | 07/14-16/14 Email string between Daniel Gutterman and Pamela Johnson, et al (Williams Dep 2/1/17, Ex 11) (ATL001132-1192) | No objection, so long as limiting instruction that document is offered for Defendant's state of mind and not the truth of the matter asserted. | Deemed admitted subject to limiting instruction. |
| DX 343 | 12/03/13 Email from Daniel Gutterman to Daniel Gutterman (Gutterman Depo Ex 14) (ATL000785-793) | No objection. | Deemed admitted. |
| DX 344 | General Claims Practices (Gutterman Depo Ex 15) (ATL000735-744) | No objection. | Deemed admitted. |
| DX 345 | Core Principles – Version 09/01/12 (Gutterman Depo Ex 16) (ATL000731-732) | No objection. | Deemed admitted. |
| DX 346 | 07/28/14 Email string between Andrea Garber and Daniel Gutterman, et al (Gutterman Depo Ex 17) (AONNBCU0003277) | No objection. | Deemed admitted. |

179

| Exhibit No. | Description | Objection | Response to Objection |
|---|---|---|---|
| DX 347 | 07/28/14 Letter from Pamela Johnson to Andrea Garber (Gutterman Depo Ex 18) (ATL000094-101) | No objection. | Deemed admitted. |
| DX 348 | 09/19/14 Letter from Pamela Johnson to Mitchell Silberberg & Knupp LLP (Gutterman Depo Ex 20) (ATL000705-708) | No objection. | Deemed admitted. |
| DX 349 | Portions of Claim File (Gutterman Depo Ex 21) (ATL000001-161) | No objection. | Deemed admitted. |
| DX 350 | 07/14-16/14 Email string between Daniel Gutterman Pamela Johnson, et al (Gutterman Depo Ex 22) (ATL001391-1396) | No objection, so long as limiting instruction that document is offered for Defendant's state of mind and not the truth of the matter asserted. | Deemed admitted subject to limiting instruction. |
| DX 351 | 07/16-17/14 Email string between Pamela Johnson and Susan Weiss, et al (Gutterman Depo Ex 23) (AONNBCU0003252-3255) | No objection. | Deemed admitted. |
| DX 352 | 07/21-22/14 Email string between Pamela Johnson and Susan Weiss, et al (Gutterman Depo Ex 25) (AONNBCU0003242-3243) | No objection. | Deemed admitted. |

DEFENDANT'S EXHIBIT LIST

| Exhibit No. | Description | Objection | Response to Objection |
|---|---|---|---|
| DX 353 | John Kerry Comments on Ukraine, Gaza (No Bates No.) (Gutterman Depo Ex. 26) | No objection. | Deemed admitted. |
| DX 354 | John Kerry Comments Condemning Kidnapping (No Bates No.)<br><br>(Gutterman Depo Ex. 27) | No objection. | Deemed admitted. |
| DX 355 | 07/03/16 Email to from Gutterman to Pamela Johnson (Gutterman Depo Ex 28) (ATL003211) | No objection, so long as limiting instruction that document is offered for Defendant's state of mind and not the truth of the matter asserted. | Deemed admitted, subject to limiting instruction. |
| DX 356 | 07/16/14 Email string between Wanda Phillips and Daniel Gutterman, et al (Gutterman Depo Ex 29) (ATL001547 - 1550) | No objection, so long as limiting instruction that document is offered for Defendant's state of mind and not the truth of the matter asserted. | Deemed admitted, subject to limiting instruction. |

DEFENDANT'S EXHIBIT LIST

| Exhibit No. | Description | Objection | Response to Objection |
|---|---|---|---|
| DX 357 | 07/14-16/14 Email string between Pamela Johnson and Daniel Gutterman, et al (Gutterman Depo Ex 30) (ATL001077-1081) | No objection, so long as limiting instruction that document is offered for Defendant's state of mind and not the truth of the matter asserted. | Deemed admitted, subject to limiting instruction. |
| DX 358 | Jim Zanotti, Cong. Research Serv., RL34074, The Palestinians: Background and U.S. Relations (2015) (ATL005135-5183) | MIL 2; MIL 3; Dupe of DX 537. | Opp. to MILs 2-3 |
| DX 362 | Jim Zanotti, Cong. Research Serv., RL41514, Hamas: Background and Issue for Congress 1-3 (2010) (ATL005184-5250) | No objection, so long as limiting instruction that document is offered for Defendant's state of mind and not the truth of the matter asserted. | Deemed admitted. |
| DX 364 | Universal Cable Productions, http://www.nbcuniversal.com/business/universal-cable-productions ("Universal Cable Productions is a part of | Cumulative and substantially more prejudicial than | Opp. to MIL 2 – 3. Goes to show that all statements made by |

DEFENDANT'S EXHIBIT LIST

| Exhibit No. | Description | Objection | Response to Objection |
|---|---|---|---|
| | NBCUniversal Cable Entertainment, a division of NBCUniversal.") (ATL004786) | probative under F.R.E. 403. Plaintiffs have stipulated to the relationship between UCP and NBCU. | NBC/MSNBC are statements of Plaintiffs. |
| DX 365 | 05/14/14 E-mail from Jay Radzinski to Stephen Smith, with attachments (UCP_003882-3896) | No objection. | Deemed admitted. |
| DX 366 | 07/10/14 E-mail from Max Security Intelligence to Stephen Smith (UCP003798-3804) | MIL 2; MIL 3 | Opp. to MILs 2-3 |
| DX 368 | 08/01/14 E-mail from Chris Biggs to Stephen Smith (UCP002155-2157) | MIL 2; MIL 3 | Opp. to MILs 2-3 |
| DX 369 | 08/01/14 E-mail from Chris Biggs to Stephen Smith (UCP_003777) | MIL 2; MIL 3 | Opp. to MILs 2-3 |
| DX 371 | 07/21/14 E-mail from Max Security Intelligence to Stephen Smith (UCP002136-2142) | MIL 2; MIL 3 | Opp. to MILs 2-3 |
| DX 372 | 07/14-15/14 Email string between Susan Weiss and Andrea Garber, et al (UCP000340-343) | No objection. | Deemed admitted. |
| DX 373 | Atlantic Specialty Insurance Company Policy Number No. MP00163-04 (UCP000056-000110) | No objection. | Deemed admitted. |

| Exhibit No. | Description | Objection | Response to Objection |
|---|---|---|---|
| DX 374 | *Gaza cease-fire holds between Hamas and Israel after 50-day war*, NBC News, Aug. 27, 2014, http://www.nbcnews.com/storyline/middle-east-unrest/gaza-cease-fire-holds-between-hamas-israel-after-50-day-n189821 (ATL005260; ATL004745) | MIL 2; MIL 3 | Opp. to MILs 2-3 |
| DX 375 | 07/30/14 Alastair Jamieson, *How technology is intensifying Gaza War between Israel and Hamas*, NBC News (ATL004726-4729; ATL004730 and ATL004731) | MIL 2; MIL 3 | Opp. to MILs 2-3 |
| DX 376 | 07/08/14 *Israel and Hamas exchange missile fire as Gaza War looms*, NBC News, July 8, 2014 (ATL4732; ATL004734) | MIL 2; MIL 3 | Opp. to MILs 2-3 |
| DX 377 | 07/30/14 *Public support for Israel shifting amid Gaza War, Britain warns*, NBC News (ATL004736-004738; ATL004739) | MIL 2; MIL 3 | Opp. to MILs 2-3 |
| DX 378 | 08/01/14 *Gaza death toll nears 1,500 as 72-hour truce with Israel begins*, NBC News (ATL004741; ATL004742) | MIL 2; MIL 3 | Opp. to MILs 2-3 |
| DX 379 | 07/18/14 Benjamin Landy & Maria Lokke, *Scenes of war and heartbreak as Israel-Hams conflict intensifies*, MSNBC (ATL004588-004597) | MIL 2; MIL 3 | Opp. to MILs 2-3 |
| DX 380 | 07/06/14 Donna Stefano, *In Israel and Palestine, children imagine a world without war*, MSNBC (ATL004598-004602) | MIL 2; MIL 3 | Opp. to MILs 2-3 |

| Exhibit No. | Description | Objection | Response to Objection |
|---|---|---|---|
| DX 381 | MSNBC, http://www.nbcuniversal.com/business/msnbc ("MSNBC is part of the NBCUniversal News Group, a division of NBCUniversal, which is owned by Comcast Corporation.") (ATL004784) | MIL 2; MIL 3;<br><br>Irrelevant, substantially more prejudicial than probative under F.R.E. 403. | Opp. to MIL 2 – 3. Goes to show that all statements made by NBC/MSNBC are statements of Plaintiffs. |
| DX 382 | NBC News, http://www.nbcuniversal.com/business/nbc-news ("NBC News is part of the NBCUniversal News Group, a division of NBCUniversal, which is owned by Comcast Corporation.") (ATL004785) | IMIL 2; MIL 3;<br><br>Irrelevant, substantially more prejudicial than probative under F.R.E. 403. | Opp. to MIL 2 – 3. Goes to show that all statements made by NBC/MSNBC are statements of Plaintiffs. |
| DX 383 | 08/06/14 Nicholas Casey, Joshua Mitnick & Nicholas Casey, *Israel, Hamas set out demands on Gaza*, The Wall Street Journal (ATL005261-5267; ATL004783) | MIL 2; MIL 3; Hearsay. | Opp. to MILs 2-3. Not hearsay; goes to show state of mind of the declarant. Directly relevant to show good faith assessment and conduct by ASIC. |

| Exhibit No. | Description | Objection | Response to Objection |
|---|---|---|---|
| DX 386 | 09/03/14 William Booth, *Here's what really happened in the Gaza war (according to the Israelis)*, The Washington Post (ATL004776-4779; ATL004781) | MIL 2; MIL 3; Hearsay. | Opp. to MILs 2-3. Not hearsay; goes to show state of mind of the declarant. Directly relevant to show good faith assessment and conduct by ASIC. |
| DX 390 | 06/22/15 Batsheva Sobelman, *Israel and Hamas may have committed war crimes in Gaza*, U.N. report says, The Los Angeles Times (ATL004631-4634) | MIL 2; MIL 3; Hearsay.<br><br>Irrelevant and substantially more prejudicial than probative under F.R.E. 403—after-the-fact article addresses Israel's conduct in Gaza, not Hamas's rocket fire toward Israel. | Opp. to MILs 2-3. Not hearsay; goes to show state of mind of the declarant. Directly relevant to show good faith assessment and conduct by ASIC. |

| Exhibit No. | Description | Objection | Response to Objection |
|---|---|---|---|
| DX 392 | 08/26/14 Amir Oren, *After seven weeks of Gaza War, Hamas 1, Israel 0*, Haaretz News (ATL004648-4651) | MIL 2; MIL 3 | Opp. to MILs 2-3 |
| DX 411 | 10/12/14 John Kerry, Secretary of State, Remarks at the Gaza Donors Conference (ATL004584-4587) | MIL 2; MIL 3 | Opp. to MILs 2-3 |
| DX 412 | 12/05/15 John Kerry, Secretary of State, Brookings Institution's 2015 Saban Forum Keynote Address (ATL004567-004583) | MIL 2; MIL 3<br><br>Irrelevant comments over 1 year after claim denied. | Opp. to MIL 2 – 3 Relevant to show that ASIC's assessment of facts is supported by historical acknowledgement of the events. Supports findings of good faith conduct by ASIC. |
| DX 413 | 12/28/16 John Kerry, Secretary of State, Remarks on Middle East Peace (ATL004550-4566) | MIL 2; MIL 3<br><br>Irrelevant comments over 2 years after claim denied. | Opp. to MIL 2 – 3 Relevant to show that ASIC's assessment of facts is supported by historical acknowledgement of the events. Supports findings |

| Exhibit No. | Description | Objection | Response to Objection |
|---|---|---|---|
| | | | of good faith conduct by ASIC. |
| DX 419 | 07/07/14 Al-Qassam Brigades Information Office: Military Communique, Al Qassam Brigades retaliate with 35 missiles on Israeli military bases (ATL004787) | MIL 2; MIL 3 | Opp. to MILs 2-3 |
| DX 420 | 07/08/14 Al-Qassam Brigades Information Office: Military Communique, Al Qassam Brigades retaliate with 8 missiles on Israeli military bases (ATL004788) | MIL 2; MIL 3 | Opp. to MILs 2-3 |
| DX 421 | 08/20/14 Al-Qassam Brigades Information Office: Military Communique, Press Release of Abu Obeida, Al Qassam spokesperson (ATL005255) | MIL 2; MIL 3 | Opp. to MILs 2-3 |
| DX 422 | Al Qassam Brigades Information Office, About Us, available at http://www.qassam.ps/aboutus.html (ATL005251-5252) | MIL 2 | Opp. to MIL 2 |
| DX 423 | *Melissa Harris-Perry* (MSNBC television broadcast July 20, 2014), available at http://www.msnbc.com/melissa-harris-perry/watch/what-it-means-to-live-in-a-war-zone-309370947801 (ATL006507) | MIL 2; MIL 3<br><br>Irrelevant and substantially more prejudicial than probative under F.R.E. 403. Addressing conditions in Gaza after decision to | Opp. to MIL 2 – 3. Final claims decision not made for several days after this news broadcast. Relevant to show assessment and description of facts in real time. |

| Exhibit No. | Description | Objection | Response to Objection |
|---|---|---|---|
| | | relocate *Dig* had been made. | Any prejudice to Plaintiffs is self-induced and goes to show good faith claims handling by ASIC. |
| DX 424 | *All in with Chris Hayes* (MSNBC television broadcast July 17, 2014), available at http://www.msnbc.com/all-in-with-chris-hayes/watch/ground-war-in-gaza-307290179722 (ATL006510) | MIL 2; MIL 3<br><br>Irrelevant and substantially more prejudicial than probative under F.R.E. 403. Addressing conditions in Gaza after decision to relocate *Dig* had been made. | Opp. to MIL 2 – 3. Final claims decision not made for several days after this news broadcast. Relevant to show assessment and description of facts in real time. Any prejudice to Plaintiffs is self-induced and goes to show good faith claims handling by ASIC. |

DEFENDANT'S EXHIBIT LIST

| Exhibit No. | Description | Objection | Response to Objection |
|---|---|---|---|
| DX 425 | *Today* (NBC News television broadcast July 30, 2014), available at http://www.nbcnews.com/storyline/middle-east-unrest/how-technology-intensifying-gaza-war-between-israel-hamas-n158536 (ATL004730; ATL4726-4729) | MIL 2; MIL 3<br><br>Irrelevant and substantially more prejudicial than probative under F.R.E. 403. Addressing conditions in Gaza after decision to relocate *Dig* had been made. | Opp. to MIL 2 – 3. Final claims decision not made for several days after this news broadcast. Relevant to show assessment and description of facts in real time. Any prejudice to Plaintiffs is self-induced and goes to show good faith claims handling by ASIC. |
| DX 426 | *The Last Word with Lawrence O'Donnell* (MSNBC television broadcast July 18, 2014), available at http://www.msnbc.com/the-last-word/watch/mh17-mystery-and-war-in-gaza-308247107963 (ATL006505) | MIL 2; MIL 3<br><br>Irrelevant and substantially more prejudicial than probative under F.R.E. 403. Addressing conditions in Gaza | Opp. to MIL 2 – 3. Final claims decision not made for several days after this news broadcast. Relevant to show assessment and description of |

DEFENDANT'S EXHIBIT LIST

| Exhibit No. | Description | Objection | Response to Objection |
|---|---|---|---|
| | | after decision to relocate *Dig* had been made. | facts in real time. Any prejudice to Plaintiffs is self-induced and goes to show good faith claims handling by ASIC. |
| DX 427 | 06/16/14 Email string between Stephen Smith and Paige Potter, et al (UCP001595-1597) | MIL 2; MIL 3 | Opp. to MILs 2-3 |
| DX 428 | 07/16/14 Email between Stephen Smith and Mark Binke (UCP002797-2800) | MIL 2; MIL 3; Description does not match documents found at bates range; Plaintiffs reserve the right to object to this exhibit upon receiving this exhibit from Defendant. | Description should read: "7/1/14 Email from Chris Biggs to Stephen Smith (UCP 1475 – 1485) |
| DX 429 | 06/15/14 E-mail from Stephen Smith to Randi Richmond (UCP002343-2344) | MIL 2; MIL 3 | Opp. to MILs 2-3 |

DEFENDANT'S EXHIBIT LIST

| Exhibit No. | Description | Objection | Response to Objection |
|---|---|---|---|
| DX 430 | 07/03/14 E-mail from Penelope Kennedy to Randi Richmond (UCP003591-3592) | MIL 2; MIL 3 | Opp. to MILs 2-3 |
| DX 431 | 07/10/14 E-mail from Stephen Smith to Mark Binke (UCP000940) | No objection. | Deemed admitted |
| DX 432 | 07/08/14 Email string between Randi Richmond and Stephen Smith (UCP002710-2711) | MIL 2; MIL 3 | Opp. to MILs 2-3 |
| DX 433 | 07/02/14 E-mail from Randi Richmond to Stephen Smith (UCP001013-1014) | MIL 2 | Opp. to MIL 2 |
| DX 434 | 06/15-07/07/14 Email string between Mark Binke and Randi Richmond, et al (UCP000422-429) | MIL 2; MIL 3. <br><br> Additional Objections: Speculating about potential terrorism coverage under a different Policy held by Comcast (*See* Weiss Depo. 151-56). <br><br> Substantially more prejudicial than probative and likely to confuse | Opp. to MIL 2 – 3 <br><br> Not speculation, but rather statement responding to direct question; potentiality of coverage goes to show state of mind of declarant and that Plaintiffs did not believe coverage existed. Any prejudice is self-induced. |

DEFENDANT'S EXHIBIT LIST

| Exhibit No. | Description | Objection | Response to Objection |
|---|---|---|---|
| | | the issues and mislead the jury under F.R.E. 403. No evidence that Ms. Adams was familiar with or speaking about the War Exclusions in this Policy or their special meaning. Ms. Adams addressing voluntary withdrawal in early July 2014 rather than in response to "imminent peril" and addressing questions about a different policy. | Declarant is knowledgeable of situation and coverages in play and did not believe coverage existed under the facts and circumstances. Therefore, these statements are directly relevant to show good faith assessment and action by ASIC. |
| DX 435 | 07/02/14 Email from Stephen Smith to Mark Binke and Randi Richmond (UCP001037-1039) | MIL 2; MIL 3 | Opp. to MILs 2-3 |
| DX 436 | 07/09-15/14 Email string between Jacob Fenton and Lori Lynem, et al (UCP020043-20047) | MIL 2 | Opp. to MIL 2 |

DEFENDANT'S EXHIBIT LIST

| Exhibit No. | Description | Objection | Response to Objection |
|---|---|---|---|
| DX 437 | 05/13/14 Email from Stephen Smith to Randi Richmond, with attachments (UCP003687-3694) | No objection. | Deemed admitted. |
| DX 441 | United Nations General Assembly Resolution adopted by the Human Rights Council – A/HRC/RES/S-21/1 (no Bates Nos.) | MIL 2; MIL 3 | Opp. to MILs 2-3 |
| DX 442 | Congressional Research Service Careers https://www.loc.gov/crsinfo/ (no Bates Nos.) | Hearsay. | Not offered for the truth, but rather to show information acted upon/state of mind of ASIC or reader; relevant to show good faith reasonableness of ASIC's conduct. |
| DX 457 | 10/13/14 The LA Times:  Full Coverage Israel's war in Gaza http://www.latimes.com/world/middleeast/la-hp-storygallery-middle-east-conflict-storygallery.html (ATL006192-6195) | MIL 2; MIL 3 Irrelevant and substantially more prejudicial than probative under F.R.E. 403. Addressing conditions in Gaza after decision to | Opp. to MILs 2-3 Documents are relevant to show conditions in Israel and Gaza during events giving rise to Plaintiffs' claims; likely to make |

DEFENDANT'S EXHIBIT LIST

| Exhibit No. | Description | Objection | Response to Objection |
|---|---|---|---|
| | | relocate *Dig* had been made. | ASIC's good faith conduct more probable; goes to show the good faith and reasonableness of ASIC's claims decisions. |
| DX 461 | 07/18/14 MSNBC:  Obama points to rebels in downed Malaysian jet http://www.msnbc.com/msnbc/obama-american-dead-malaysia-airlines-crash (ATL004441-4443) | MIL 2 | Opp. to MIL 2 |
| DX 462 | 07/16/14 The Times of Israel:  Ground incursion in Gaza said 'very likely' http://www.timesofisrael.com/idf-ground-incursion-in-gaza-very-likely (ATL004310-4311) | MIL 2; MIL 3 | Opp. to MILs 2-3 |
| DX 463 | 07/07/14 The Times of Israel: Israel launches 'Protective Edge' counteroffensive on Gaza, Jewish suspects reenact teen's murder http://www.timesofisrael.com/as-israel-grapples-with-homegrown-killers-violence-continues/#! (ATL004389-004419) | MIL 2; MIL 3 | Opp. to MILs 2-3 |

DEFENDANT'S EXHIBIT LIST

| Exhibit No. | Description | Objection | Response to Objection |
|---|---|---|---|
| DX 464 | 07/15/14 Haaretz:  LIVE UPDATES: Operation Protective Edge, Day 7 http://www.haaretz.com/israel-news/1.604898#! (ATL004430-4440) | MIL 2; MIL 3 | Opp. to MILs 2-3 |
| DX 465 | 07/29/14 NBC News:  Benjamin Netanyahu Says Israel's War in Gaza Will Be 'Prolonged' http://www.nbcnews.com/storyline/middle-east-unrest/benjamin-netanyahu-says-israels-war-gaza-will-be-prolonged-n167286 (ATL006255) | MIL 2; MIL 3 Irrelevant and substantially more prejudicial than probative under F.R.E. 403. Addressing conditions in Gaza after decision to relocate *Dig* had been made. | Opp. to MILs 2-3 Documents are relevant to show conditions in Israel and Gaza during events giving rise to Plaintiffs' claims; likely to make ASIC's good faith conduct more probable; goes to show the good faith and reasonableness of ASIC's claims decisions |
| DX 466 | 08/21/14 NBC News: Gaza War: Hamas Admits Kidnapping Three Israeli Teens | MIL 2; MIL 3 | Opp. to MILs 2-3 |

| Exhibit No. | Description | Objection | Response to Objection |
|---|---|---|---|
| | http://www.nbcnews.com/storyline/west-bank-kidnappings/gaza-war-hamas-admits-kidnapping-three-israeli-teens-n186176 (ATL006256-6257) | Irrelevant and substantially more prejudicial than probative under F.R.E. 403. Addressing conditions in Gaza after decision to relocate *Dig* had been made. | Documents are relevant to show conditions in Israel and Gaza during events giving rise to Plaintiffs' claims; likely to make ASIC's good faith conduct more probable; goes to show the good faith and reasonableness of ASIC's claims decisions. |
| DX 467 | 12/07/14 NBC News:  Gaza War:  Israel Opens Eight New Investigations Into Military Operations http://www.nbcnews.com/storyline/middle-east-unrest/gaza-war-israel-opens-eight-new-investigations-military-operations-n263241 (ATL006258) | MIL 2; MIL 3  Irrelevant and substantially more prejudicial than probative under F.R.E. 403. Addressing conditions in Gaza | Opp. to MILs 2-3  Documents are relevant to show conditions in Israel and Gaza during events |

| Exhibit No. | Description | Objection | Response to Objection |
|---|---|---|---|
| | | after decision to relocate *Dig* had been made. | giving rise to Plaintiffs' claims; likely to make ASIC's good faith conduct more probable; goes to show the good faith and reasonableness of ASIC's claims decisions. |
| DX 468 | 06/22/15 NBC News:  Israel, Palestinians May Be Guilty of Gaza War Crimes: UN Report http://www.nbcnews.com/news/world/israel-palestinians-committed-possible-gaza-war-crimes-u-n-report-n379636 (ATL006259-6260) | MIL 2; MIL 3<br><br>Irrelevant and substantially more prejudicial than probative under F.R.E. 403. Addressing conditions in Gaza after decision to relocate *Dig* had been made. | Opp. to MILs 2-3<br><br>Documents are relevant to show conditions in Israel and Gaza during events giving rise to Plaintiffs' claims; likely to make ASIC's good faith conduct more probable; goes to show the good |

DEFENDANT'S EXHIBIT LIST

| Exhibit No. | Description | Objection | Response to Objection |
|---|---|---|---|
| | | | faith and reasonableness of ASIC's claims decisions. |
| DX 469 | Haaretz:  Gaza War:  11 Key Headlines From Scathing Report Rattling Israel's Politicians and Military http://www.haaretz.com/israel-news/LIVE-1.774365/Gaza-war-hamas-humanitarian-crisis (ATL006261-6276) | MIL 2; MIL 3 Irrelevant and substantially more prejudicial than probative under F.R.E. 403. Addressing conditions in Gaza after decision to relocate *Dig* had been made. | Opp. to MILs 2-3 Documents are relevant to show conditions in Israel and Gaza during events giving rise to Plaintiffs' claims; likely to make ASIC's good faith conduct more probable; goes to show the good faith and reasonableness of ASIC's claims decisions. |

| Exhibit No. | Description | Objection | Response to Objection |
|---|---|---|---|
| DX 475 | Video: http://www.nbcnews.com/video/msnbc2/56804549#56804549 (ATL006503) | MIL 2; MIL 3 | Opp. to MILs 2-3 |
| DX 476 | Video:  http://www.msnbc.com/all-in-with-chris-hayes/watch/day-breaks-in-gaza-following-invasion-307348035939 (ATL006509) | MIL 2; MIL 3 | Opp. to MILs 2-3 |
| DX 477 | Video:  http://www.nbcnews.com/video/from/aug-2/2014-ayman-mohyeldin-reports-on-gaza-war-469303875925 (ATL006511) | MIL 2; MIL 3 | Opp. to MILs 2-3 |
| DX 478 | Video:  http://www.nbcnews.com/watch/nightly-news-bloddiest-day-in-israels-fight-in-gaza-kills-more-than-70-309590595847 (ATL006007) | MIL 2; MIL 3 | Opp. to MILs 2-3 |
| DX 479 | Video:  http://www.nbcnews.com/watch/nightly-news/israeli-palestinian-conflict-brings-heaviest-fighting-in-years-299767363744 (ATL006254) | MIL 2; MIL 3 | Opp. to MILs 2-3 |
| DX 487 | ASIC/NBC Dig Electronic Claim Notes – Bates No. ATL 00001 – ATL 00161 | No objection. | Deemed admitted. |
| DX 488 | ASIC/NBC Dig Claim File – Bates No. ATL 000162 – ATL 4101 | Description does not match | Documents are claims |

DEFENDANT'S EXHIBIT LIST

| Exhibit No. | Description | Objection | Response to Objection |
|---|---|---|---|
| | | documents found at bates range; Plaintiffs reserve the right to object to this exhibit upon receiving this exhibit from Defendant. | communications found in ASIC files – all relevant to show claims communications and establish good faith conduct of ASIC. Not hearsay, as statements are either all business records or those of a party opponent. |
| DX 489 | Claim Notes – Bates No. ATL 000733-0734 (Stone Exhibit No. 11) | No objection. | Deemed admitted. |
| DX 497 | Plaintiff's Damages Evidence – Bates No. UCP 004076-UCP018002 | No objection. | Deemed admitted. |
| DX 498 | Plaintiff's Damages Evidence – Bates No. UCP 18003-18124 | No objection. | Deemed admitted. |
| DX 499 | Plaintiff's Damages Evidence – Bates No. UCP 018125-018221 | No objection. | Deemed admitted. |

| Exhibit No. | Description | Objection | Response to Objection |
|---|---|---|---|
| DX 500 | Plaintiff's Damages Evidence – Bates No. UCP 018228-020052 | No objection. | Deemed admitted. |
| DX 501 | Plaintiff's Damages Evidence – Bates No. UCP 020063-032854 | This exhibit appears to be a compilation of multiple files, spanning a combined total of 12,000+ pages. Plaintiffs do not object to their "Damages Evidence" to the extent Defendant does not intend to reference any tax credit/rebate references that might be contained therein. See MIL 4. | Opp. to MIL 4. To the extent Plaintiffs do not object, ASIC believes these documents to be deemed admitted. |
| DX 502 | Plaintiff's Damages Evidence – Bates No. UCP 0004971 | No objection. | Deemed admitted. |
| DX 503 | Plaintiff's Damages Evidence – Bates No. UCP 004504 | No objection. | Deemed admitted. |

DEFENDANT'S EXHIBIT LIST

| Exhibit No. | Description | Objection | Response to Objection |
|---|---|---|---|
| DX 506 | Plaintiff's Damages Evidence – Bates No. UCP 003732-3734 (Shapiro Depo Ex 4) | No objection. (Dupe of DX 624, DX 1397) | Deemed admitted. |
| DX 508 | Plaintiff's Damages Evidence – Bates No. UCP 004971 (Shapiro Depo Ex 6) | No objection. | Deemed admitted. |
| DX 509 | Plaintiff's Damages Evidence – Bates No UCP 014836-014881 (Shapiro Depo Ex 7) | No objection. | Deemed admitted. |
| DX 511 | Plaintiff's Damages Evidence – Bates No. UCP 018226-18227 (Shapiro Depo Ex 9) | No objection. (Dupe of Markus Ex. 344) | Deemed admitted. |
| DX 516 | ASIC Policy No. MP 00163-04 (UCP000056-000110) | No objection. (Dupe of DX 373) | Deemed admitted. |
| DX 517 | 07/28/14 Letter from Pamela Johnson to Andrea Garber (Gutterman Depo Ex 18) (ATL000094-101) | No objection. (Dupe of DX 347) | Deemed admitted. |
| DX 518 | NBC Claim File Material – Bates No. UCP 000162 – 000245 | Description does not match documents found at bates range; Plaintiffs reserve the right to object to this exhibit | Documents are all produced by Plaintiffs – all relevant to show claims communications and establish |

| Exhibit No. | Description | Objection | Response to Objection |
|---|---|---|---|
| | | upon receiving this exhibit from Defendant. | good faith conduct of ASIC. |
| DX 523 | ASIC Policy No. MP 00163-04 | No objection. (Duplicate) | Deemed admitted. |
| DX 524 | ASIC/NBC Dig Claim File – Bates No. ATL 000294-000319 | MIL 3; Hearsay; Description does not match documents found at bates range; Plaintiffs reserve the right to object to this exhibit upon receiving this exhibit from Defendant. | Opp. to MIL 3. Not hearsay, as statements are either all business records or those of a party opponent. Documents are claims communications found in ASIC files – all relevant to show claims communications and establish good faith conduct of ASIC. |
| DX 525 | ASIC/NBC Dig Claim File – Bates No. ATL 000322-000328 | MIL 3; Hearsay; Description does not match | Opp. to MIL 3. Not hearsay, as statements are |

DEFENDANT'S EXHIBIT LIST

| Exhibit No. | Description | Objection | Response to Objection |
|---|---|---|---|
| | | documents found at bates range; Plaintiffs reserve the right to object to this exhibit upon receiving this exhibit from Defendant. | either all business records or those of a party opponent. Documents are claims communications found in ASIC files – all relevant to show claims communications and establish good faith conduct of ASIC. |
| DX 537 | Jim Zanotti, Cong. Research Serv., RL34074, The Palestinians: Background and U.S. Relations (2015) (ATL005135-5183) (de Frankopan Depo Ex 403) | MIL 2; MIL 3; Dupe of DX 358 | Opp. to MILs 2-3 |
| DX 538 | Upsala Conflict Data Program Information – Government of Israel and Hamas (de Frankopan Depo Ex 404) | MIL 2; MIL 3 | Opp. to MILs 2-3 |
| DX 539 | *Sokolow v. PLO*, Cause No 04-CV-397 (GBD), *in the United States District Court for the Southern District of New York*, 9/30/08 (Quigley Depo Ex 2) | MIL 2<br><br>Substantially more prejudicial than probative under FRE 403, risks | Opp to MIL 2. Data relied on in reaching opinions relevant to establishing ASIC's good faith |

| Exhibit No. | Description | Objection | Response to Objection |
|---|---|---|---|
| | | confusing the issues and misleading the jury to have the jury read a legal decision. | and reasonableness. |
| DX 540 | Email Communication (Quigley Depo Ex 5) (JQ 000012 – 000014) | MIL 2; MIL 3. Appears to be back-up for Defendant's former expert Professor Quigley, who is no longer being called. | Opp. to MILs 2-3 |
| DX 541 | Various Email Communications contained in NBC Claim File Material (Bates No. UCP 000137-000245) | Description does not match documents found at bates range; Plaintiffs reserve the right to object to this exhibit upon receiving this exhibit from Defendant. | All documents objected to produced by Plaintiffs in response to discovery requests relevant to this claim. To the extent Email communications made by ASIC |

DEFENDANT'S EXHIBIT LIST

| Exhibit No. | Description | Objection | Response to Objection |
|---|---|---|---|
| | | | are business records (i.e. not hearsay) and all Plaintiffs' statements made by party opponents. |
| DX 551 | Washington Post News Article on Armed Conflict between Hamas and the State of Israel (https://www.washingtonpost.com/world/israel-accepts-truce-plan-hamas-balks/2014/07/15/04373008-0bf5-11e4-8c9a-923ecc0c7d23_story.html?utm_term=.e99302eb1314.) | MIL 3 | Opp. to MIL 3 |
| DX 554 | 7/16/14 Email chain from Pamela Johnson to Daniel Gutterman re: References to Foreign Travel Advice (ATL 001458 – 1463) | No objection, so long as limiting instruction that document is offered for Defendant's state of mind and not the truth of the matter asserted. | Deemed admitted subject to limiting instruction. |
| DX 555 | 7/16/14 Email chain from Pamela Johnson to Peter Williams re: Reference to U.S. Travel Warning (ATL 001199 – 001204) | No objection, so long as limiting instruction that document is | Deemed admitted subject to limiting instruction. |

DEFENDANT'S EXHIBIT LIST

| Exhibit No. | Description | Objection | Response to Objection |
|---|---|---|---|
| | | offered for Defendant's state of mind and not the truth of the matter asserted. | |
| DX 556 | 7/16/14 Email communication from Pamela Johnson to Daniel Gutterman re: References to News Stories specified in links stated (ATL 001562 – 001563) | No objection, so long as limiting instruction that document is offered for Defendant's state of mind and not the truth of the matter asserted. | Deemed admitted subject to limiting instruction. |
| DX 557 | 7/18/14 Email from Daniel Gutterman to Daniel Gutterman re: Reference to News Article (ATL 000502) | No objection, so long as limiting instruction that document is offered for Defendant's state of mind and not the truth of the matter asserted. | Deemed admitted subject to limiting instruction. |

DEFENDANT'S EXHIBIT LIST

| Exhibit No. | Description | Objection | Response to Objection |
|---|---|---|---|
| DX 558 | 7/24/14 Email from Daniel Gutterman to Pamela Johnson re: reporting on facts and developments and mentions of *DIG* (ATL 001828) | No objection, so long as limiting instruction that document is offered for Defendant's state of mind and not the truth of the matter asserted. | Deemed admitted subject to limiting instruction. |
| DX 559 | 7/28/14 Letter from ASIC to NBCUniversal re: coverage and References to Facts (ATL 00385 – 00392) | No objection. | Deemed admitted. |
| DX 560 | 7/28/14 Email from Pamela Johnson to Pamela Johnson re: References to Articles (ATL 001877) | Hearsay | No statements contained in email and, therefore, cannot be hearsay; also, official ASIC email and therefore, a business record under 803(6); furthermore, not offered for the truth, but rather to show state of |

DEFENDANT'S EXHIBIT LIST

| Exhibit No. | Description | Objection | Response to Objection |
|---|---|---|---|
| | | | mind of P. Johnson. |
| DX 561 | 9/19/14 Email from Pamela Johnson to Susan Weiss re: References to Facts (ATL 002171 – 2175) | | No response. Deemed admitted? |
| DX 562 | "War," Blacks Law Dictionary | No objection. | Deemed admitted. |
| DX 563 | "War," Dictionary of International and Comparative Law | No objection. | Deemed admitted. |
| DX 564 | "War," Handbook of Humanitarian Law in Armed Conflicts | No objection. | Deemed admitted. |
| DX 565 | United States Travel Warning 2/3/14 | MIL 2; Irrelevant, months before filming in summer 2014 in Israel. | Opp. to MIL 2. Relevant to show background information underlying situation in Israel and Gaza and, therefore, information to show good faith claims handling or reasonableness by ASIC. |

| Exhibit No. | Description | Objection | Response to Objection |
|---|---|---|---|
| DX 566 | United Kingdom's website regarding travel to Israel, as it existed on 7/15/14 (https://www.gov.uk/foreign-travel-advice/israel) | MIL 2 | Opp. to MIL 2. |
| DX 575 | Shapiro Exhibit 04 (UCP 003732-3734) | No objection. (Dupe of DX 506, 1397) | Deemed admitted. |
| DX 576 | Shapiro Exhibit 05 (AONNBCU 1748-1750) | No objection. (Dupe of DX 6) | Deemed admitted. |
| DX 577 | Shapiro Exhibit 06 (UCP 4971-4972) | No objection. | Deemed admitted. |
| DX 578 | Shapiro Exhibit 07 (UCP 14836-14881) | No objection. | Deemed admitted. |
| DX 580 | Shapiro Exhibit 09 (UCP 18226-18227) | No objection. | Deemed admitted. |
| DX 582 | Wunderlich - Exhibit 259 (Summary of Claim for Extra Expenses) | No objection. | Deemed admitted. |
| DX 583 | Wunderlich - Exhibit 260 (Extra Expenses – New Mexico Prep) | No objection. | Deemed admitted. |
| DX 584 | Wunderlich - Exhibit 261 (Extra Expenses – New Mexico Wrap) | No objection. | Deemed admitted. |
| DX 585 | Wunderlich - Exhibit 262 (Extra Expenses – New Mexico All Series) | No objection. | Deemed admitted. |

DEFENDANT'S EXHIBIT LIST

| Exhibit No. | Description | Objection | Response to Objection |
|---|---|---|---|
| DX 586 | Wunderlich Exhibit 263 (Extra Expenses – New Mexico Compensation) | No objection. | Deemed admitted. |
| DX 587 | Wunderlich Exhibit 264 (Summary of Extra Expenses – Croatia) | No objection. | Deemed admitted. |
| DX 588 | Wunderlich Exhibit 265 (Extra Expenses – Croatia Prep, Wrap & All Series and Extra Compensation) | No objection. | Deemed admitted. |
| DX 589 | Wunderlich Exhibit 266 (Croatia Shoot Expenses) | No objection. | Deemed admitted. |
| DX 590 | Wunderlich Exhibit 267 (Croatia – Daily Shoot Budget) | No objection. | Deemed admitted. |
| DX 591 | Wunderlich Exhibit 271 (Summary of Claim for Extra Expenses) | No objection. | Deemed admitted. |
| DX 592 | Wunderlich Exhibit 272 (Extra Expenses – New Mexico Compensation) | No objection. | Deemed admitted. |
| DX 593 | Wunderlich Exhibit 273 (Additional Documents, Data and Materials Reviewed) | No objection. | Deemed admitted. |
| DX 594 | Wunderlich Exhibit 274 (Extra Expenses – Israel Push Costs) | No objection. | Deemed admitted. |
| DX 595 | Wunderlich Exhibit 275 (Israel Salaries) | No objection. | Deemed admitted. |

DEFENDANT'S EXHIBIT LIST

| Exhibit No. | Description | Objection | Response to Objection |
|---|---|---|---|
| DX 596 | Wunderlich Exhibit 276 (Excel spreadsheet: Cost Bible – 602 pages) | No objection. | Deemed admitted. |
| DX 597 | Wunderlich Exhibit 277 (Excel spreadsheet: NM Prep – 82 pages) | No objection. | Deemed admitted. |
| DX 598 | Wunderlich Exhibit 278 (Excel spreadsheet: NM Wrap – 46 pages) | No objection. | Deemed admitted. |
| DX 599 | Wunderlich Exhibit 279 (Excel spreadsheet: 01086 – 121 pages) | No objection. | Deemed admitted. |
| DX 600 | Wunderlich Exhibit 280 (NM All Series 01086 – 106 pages) | No objection. | Deemed admitted. |
| DX 601 | Wunderlich Exhibit 281 (Excel spreadsheet: Excl NM All Series 010816 – 16 pages) | No objection. | Deemed admitted. |
| DX 602 | Wunderlich Exhibit 282 (Excel spreadsheet: Net NM All Series 010816 – 102 pages) | No objection. | Deemed admitted. |
| DX 603 | Wunderlich Exhibit 283 (UCP014569-014704) | No objection. | Deemed admitted. |
| DX 604 | Wunderlich Exhibit 284 (Estimated Shooting Day Cost Summary – Dig Croatia Unit – 10 pages) | No objection. | Deemed admitted. |
| DX 605 | Wunderlich Exhibit 285 (Excel Spreadsheet: 01086 – 9 pages) | No objection. | Deemed admitted. |

DEFENDANT'S EXHIBIT LIST

| Exhibit No. | Description | Objection | Response to Objection |
|---|---|---|---|
| DX 606 | Wunderlich Exhibit 286 (Excel spreadsheet: Net Croatia – 101 pages) | No objection. | Deemed admitted. |
| DX 607 | Wunderlich Exhibit 287 (Excel spreadsheet: Croatia Paid in Israel – 1 page) | No objection. | Deemed admitted. |
| DX 608 | Wunderlich Exhibit 288 (Excel spreadsheet: DIG Croatia Part 1 – 14 pages) | No objection. | Deemed admitted. |
| DX 609 | Wunderlich Exhibit 289 (RW000001-000029) | No objection. | Deemed admitted. |
| DX 610 | Protective Order (Doc 25) dated 9/14/16 | No objection. | Deemed admitted. |
| DX 613 | DIG Croatia - Cast (UCP018228-18236) | No objection. | Deemed admitted. |
| DX 614 | DIG Croatia - Fringe (UCP018237-18238) | No objection. | Deemed admitted. |
| DX 615 | DIG Croatia - Stunts (UCP018239-18243) | No objection. | Deemed admitted. |
| DX 616 | Dig Extra Expense Categories (UCP018022-018026) | No objection. | Deemed admitted. |
| DX 643 | 8/11/2016 DIG – New Mexico Season 1 – First 5 episodes Production Recap Report 2014/2015 Season 1 Period Ending: 8/11/2016 (UCP004503) | No objection. | Deemed admitted. |

214
DEFENDANT'S EXHIBIT LIST

| Exhibit No. | Description | Objection | Response to Objection |
|---|---|---|---|
| DX 644 | 8/11/2016 DIG – Season One Amort 01086 (Episodes 102-106) Cost Report 9 (UCP004505) | No objection. | Deemed admitted. |
| DX 645 | 8/6/2016 DIG – Season One Amort 01091 Cost Report 10 (UCP004513) | No objection. | Deemed admitted. |
| DX 646 | 8/7/2016 DIG Season One New Mexico Unit Prep – 01085 Cost Report 8 (UCP004521) | No objection. | Deemed admitted. |
| DX 647 | 8/7/2016 DIG Season One New Mexico Unit Wrap – 01088 Cost Report 9 (UCP004530) | No objection. | Deemed admitted. |
| DX 648 | Email from BJ Markus to Randi Richmond re: Emailing: DIG Israel Series recap 12 30 14.xlsx (UCP004538) | No objection. | Deemed admitted. |
| DX 652 | 10/22/2014 Email from Joshua P. Dease to Randi Richmond , BJ Markus, Mark Winemaker, and Ryan Greig re: DIG – Croatia Cost Report 4 Documents – Period Ending 10/18/2014 (UCP004613) | No objection. | Deemed admitted. |
| DX 670 | 12/02/2015 email from Joshua Dease to Randi Richmond and BJ Markus re: DIG – New Mexico Recap and Cost Report Documents (01085/01086/01088/01091) – PE 11/22/2015 (UCP004786) | MIL 4 | Opp. to MIL 4 |
| DX 672 | 11/23/2015 DIG – New Mexico Season 1 – First 5 Episodes Production Recap Report (UCP004797) | No objection. | Deemed admitted. |

DEFENDANT'S EXHIBIT LIST

| Exhibit No. | Description | Objection | Response to Objection |
|---|---|---|---|
| DX 676 | 10/3/2014 email from Debbie Cleaver to BJ Markus, Randi Richmond, Alton, and "MW" re: DIG Budget 102 & 103 (UCP004826) | No objection. | Deemed admitted. |
| DX 679 | 5/10/2014 emails exchanged between BJ Markus, Randi Richmond, Meryle Sellinger, and Richard Winnie re: Post Budgets for Review (UCP004829) | No objection. | Deemed admitted. |
| DX 683 | 5/4/2014 "DIG" Pattern: 5 Episode (8) Days in Israel (UCP004839) | No objection. | Deemed admitted. |
| DX 693 | 3/11/2014 – 3/12/2014 emails exchanged between John Gaskin, Mark Winemaker, Ryan Greig, Randi Richmond, and BJ Markus re: DIG – Budgets as at 3/11/2014 (UCP004971) | No objection. | Deemed admitted. |
| DX 694 | DIG Amort (UCP004972) | No objection. | Deemed admitted. |
| DX 705 | 4/20/2015 email from Joshua Dease to Randi Richmond and BJ Markus re; DIG – Croatia (102-106) Cost Report 9 Documents – PE 4/10/2015 (UCP005161) | No objection. | Deemed admitted. |
| DX 781 | 6/1/2014 "DIG" Locked Budget Pattern: 5 Episode – (8) Days in Israel (UCP014836) | No objection. | Deemed admitted. |
| DX 1023 | Hribar, Director Payment Decision Letter – English (UCP018006 - UCP018008) | No objection. | Deemed admitted. |

| Exhibit No. | Description | Objection | Response to Objection |
|---|---|---|---|
| DX 1034 | Document Produced Natively (UCP018019) | MIL 4 | Opp. to MIL 4 |
| DX 1035 | Audit & Compliance Division October 27, 2016 (UCP018020) | MIL 4 | Opp. to MIL 4 |
| DX 1036 | Application for Film Production Tax Credit UCP018021 | MIL 4 | Opp. to MIL 4 |
| DX 1038 | Excel Worksheets (UCP018222 – CONFIDENTIAL) | No objection. | Deemed admitted. |
| DX 1040 | DIG - CROATIA PART 1 Excel Worksheet (UCP018224-CONFIDENTIAL) | No objection. | Deemed admitted. |
| DX 1041 | Ledger Detail Excel Worksheet (UCP018225-CONFIDENTIAL) | No objection. | Deemed admitted. |
| DX 1042 | Cost Detail - DIG (Season One) Dates Represented: All Open Detail (Committed Costs) / Inception Through 08/31/2015 (Posted Items) (UCP000001) | No objection. | Deemed admitted. |
| DX 1106 | 10/21/2015 DIG – Season One Israel All Series – 01096 Cost Report 8 – Period Ending: 10/21/2015 (UCP006098) | No objection. | Deemed admitted. |
| DX 1107 | 10/16/2016 DIG – Season One, Israel Hiatus – 01097, Cost Report 8 – Period Ending: 10/16/2015 (UCP006104) | No objection. | Deemed admitted. |
| DX 1108 | 10/22/2015 DIG – Season One, Pilot – Episode 01001, Cost Report 8 – Period Ending: 10/22/2015 (UCP006109) | No objection. | Deemed admitted. |

DEFENDANT'S EXHIBIT LIST

| Exhibit No. | Description | Objection | Response to Objection |
|---|---|---|---|
| DX 1109 | 10/15/2015 DIG – Season One Israel Prep – 01095, Cost Report 8 – Period Ending: 10/15/2015 (UCP006117) | No objection. | Deemed admitted. |
| DX 1110 | 10/23/2015 DIG Production Recap Report 2014/2015 Season 1 – Israel Unit, Period Ending: 10/22/15 (UCP006123) | No objection. | Deemed admitted. |
| DX 1142 | 11/12/14 EMAIL: Joshua Dease to Randi Richmond RE: DIG- Croatia Cost Report 5 Documents – PE 11/08/2014 (UCP008188) | No objection. | Deemed admitted. |
| DX 1156 | Dig season 1 #01004 (UCP008419) | No objection. | Deemed admitted. |
| DX 1251 | 6/8/14 Email From Meryle Selinger to Randi Richmond; Re: DIG – NIS BUDGETS  (UCP010593) | No objection. | Deemed admitted. |
| DX 1252 | 6/8/14 "DIG" Locked Budget – NIS ONLY All Episodes: 5 Episode – (8) Days in Israel (UCP010594) | No objection. | Deemed admitted. |
| DX 1253 | 6/8/14 DIG Locked Budget – NIS ONLY Holiday Hiatus: 5 Episode – (8) Days in Israel (UCP010607) | No objection. | Deemed admitted. |
| DX 1254 | 6/8/14 DIG Locked Budget – NIS ONLY Prep & Push: 5 Episode – (8) Days in Israel (UCP010622) | No objection. | Deemed admitted. |
| DX 1255 | 6/8/14 DIG Locked Budget – Total Amort NIS ONLY  All Episodes: 5 Episode – (8) Days in Israel (UCP010645) | No objection. | Deemed admitted. |

DEFENDANT'S EXHIBIT LIST

| Exhibit No. | Description | Objection | Response to Objection |
|---|---|---|---|
| DX 1256 | 6/1/14 DIG Locked Budget – NIS ONLY  Wrap: 5 Episode – (8) Days in Israel (UCP010679) | No objection. | Deemed admitted. |
| DX 1282 | 5/1/2015 8:14pm<br>EMAIL: Joshua Dease to Randi Richmond<br>RE: DIG – New Mexico Series Recap and Amort 01091 Cost Report Documents – PE 4/29/15<br>UCP010946 | No objection. | Deemed admitted. |
| DX 1391 | Financial Spreadsheet (UCP018222 – CONFIDENTIAL) | No objection. | Deemed admitted. |
| DX 1392 | Spreadsheets (UCP018223 CONFIDENTIAL -UCP018225 CONFIDENTIAL) | MIL 4 | Opp. to MIL 4 |
| DX 1396 | Plaintiff's financial data and communications – part 8 (UCP032750-32854) | This is not a proper exhibit. This is apparently a compilation of 42 unrelated, separate documents. It is unclear which documents Atlantic intends to use as exhibits. Plaintiffs object on | ASIC's financial expert relied on all documents contained in this bates range, including the communications and data contained herein, as basis for forming her opinions. Directly |

| Exhibit No. | Description | Objection | Response to Objection |
|---|---|---|---|
| | | grounds of F.R.E. 401, 402, 403, 801, 802, and subject of a pending Motion in Limine.  Plaintiffs reserve the right to raise any other objection when Atlantic identifies which specific documents it actually intends to introduce. | relevant to rebutting Plaintiffs' damages claim; documents contained herein are not hearsay, as they are drafted and produced by party opponent. |
| DX 1397 | 12/10/2013 e-mail from Andrea Garber to Randi Richmond re "Dig" - "cast" insurance concerns (UCP_003732) | No objection. (Duplicate of DX 506, DX 624) | Deemed admitted. |
| DX 1398 | 12/10/2013 e-mail from Randi Richmond to Andrea Garber and Kurt Ford re "Dig" - "cast" insurance concerns (UCP_003733) | No objection. | Deemed admitted. |
| DX 1399 | 12/06/2013 e-mail from Andrea Garber to Kurt Ford, Randi Richmond, and Curt Williams re "Dig" - "cast" insurance concerns (UCP_003734) | No objection. | Deemed admitted. |

| Exhibit No. | Description | Objection | Response to Objection |
|---|---|---|---|
| DX 1400 | UCP 019728-019929 | MIL 4 | Opp. to MIL 4 |
| DX 1401 | UCP 019930-020042 | MIL 4 | Opp. to MIL 4 |
| DX 1402 | Spreadsheet - DIG Production Costs (UCP 018222) | No objection. | Deemed admitted. |
| DX 1403 | Spreadsheet - DIG Season One Cost Report 11 (UCP 018223) | MIL 4 | Opp. to MIL 4 |
| DX 1404 | Spreadsheet - DIG Croatia Summary and Detail (UCP 018224) | No objection. | Deemed admitted. |
| DX 1405 | Spreadsheet - Ledger Detail (UCP 018225) | No objection. | Deemed admitted. |
| DX 1406 | Spreadsheet - Israel Salary and Recap (UCP 035216) | No objection. | Deemed admitted. |
| DX 1407 | Spreadsheet (UCP 035222 (NATIVE EXCEL) | No objection. | Deemed admitted. |
| DX 1408 | Spreadsheet (Confidential) – Cost Bible (UCP 036901) | No objection. | Deemed admitted. |
| DX 1409 | Spreadsheet – DIG Extra Expense Insurance Claim (UCP 000001) | No objection. | Deemed admitted. |
| DX 1411 | Letters from Mark Binke to Mickey Levy, Anna Oliker, Nir Barkat, Hilik Bar, Uzi Landau, Naftali Bennett, and Ron Huldai re filming in Israel; 02/19/2014 e-mail from Jay | MIL 4 | Opp. to MIL 4 |

| Exhibit No. | Description | Objection | Response to Objection |
|---|---|---|---|
| | Footlik to Rick Smotkin re following up; (UCP 001141-001151) | | |
| DX 1412 | 07/08/2014 e-mail from Paige Potter to Randi Richmond re New Mexico Tax Credit (UCP 001363) | MIL 4 | Opp. to MIL 4 |
| DX 1413 | 07/14/2014 e-mail from Mark Binke to Randi Richmond and BJ Markus re DIG costs (UCP 001480-001481) | MIL 4 | Opp. to MIL 4 |
| DX 1416 | Spreadsheet (UCP 018018) | MIL 4 | Opp. to MIL 4 |
| DX 1417 | Spreadsheet – Credit Index (UCP 018019) | MIL 4 | Opp. to MIL 4 |
| DX 1418 | 10/27/2016 letter from New Mexico Taxation & Revenue to NBC Universal re film production tax credit (UCP 018020-018021) | MIL 4 | Opp. to MIL 4 |
| DX 1419 | Spreadsheet – DIG – Episodes 102-106, Croatia Unit, Locked Budget (UCP 018125-018221) | No objection. | Deemed admitted. |
| DX 1420 | Spreadsheet –DIG Production Costs (UCP 018222) | No objection. | Deemed admitted. |
| DX 1421 | Spreadsheet - DIG Season One Cost Report 11 (UCP 018223) | No objection. | Deemed admitted. |
| DX 1422 | Spreadsheet - DIG Croatia Summary and Detail (UCP 018224) | No objection. | Deemed admitted. |

| Exhibit No. | Description | Objection | Response to Objection |
|---|---|---|---|
| DX 1423 | Spreadsheet - Ledger Detail (UCP 018225) | No objection. | Deemed admitted. |
| DX 1424 | Spreadsheet – DIG Croatia - Cast (UCP 018228-018236) | No objection. | Deemed admitted. |
| DX 1425 | Spreadsheet – DIG Croatia – Fringe (UCP 018237-018238) | No objection. | Deemed admitted. |
| DX 1426 | Spreadsheet – DIG Croatia – Stunts (UCP 018239-018243) | No objection. | Deemed admitted. |
| DX 1427 | File: DIG (UCP 018244-019008) | MIL 4 | Opp. to MIL 4 |
| DX 1428 | File: DIG – ISRAEL (UCP 019009-019333) | MIL 4 | Opp. to MIL 4 |
| DX 1429 | File: DIG – NEW MEXICO (UCP 019334-019727) | MIL 4 | Opp. to MIL 4 |
| DX 1430 | File: DIG CROATIA (UCP 019728-019929) | MIL 4 | Opp. to MIL 4 |
| DX 1431 | File: DIG – BACK 4 BUDGETS (UCP 019930-020042) | MIL 4 | Opp. to MIL 4 |
| DX 1435 | Insurance Cost Bible | No objection. | Deemed admitted. |
| DX 1436 | Full Cost Bible | No objection. | Deemed admitted. |

DEFENDANT'S EXHIBIT LIST

| Exhibit No. | Description | Objection | Response to Objection |
|---|---|---|---|
| DX 1437 | NBCUniversal Tax Credit data (UCP 001811 – 001817) | MIL 4 | Opp. to MIL 4 |
| DX 1438 | NBCUniversal Tax Credit data (UCP 000543 – 000547) | MIL 4 | Opp. to MIL 4 |
| DX 1439 | NBCUniversal Tax Credit data (UCP 001183) | MIL 4 | Opp. to MIL 4 |
| DX 1440 | NBCUniversal Tax Credit data (UCP 004400-004404) | MIL 4 | Opp. to MIL 4 |
| DX 1441 | NBCUniversal Tax Credit data (UCP 004408-004409) | MIL 4 | Opp. to MIL 4 |
| DX 1442 | NBCUniversal Tax Credit data (UCP 004410-004467) | MIL 4 | Opp. to MIL 4 |
| DX 1443 | 09/25/2014 – 10/10/2014 Exhibit 425 to Wanda Phillips' Deposition (email chain: Milinovic; Kizner; Phillips); DIG ABQ and Croatia 9 eps March 5 launch (ATL002211; ATL002231-ATL002233) | Plaintiffs do not object | Deemed admitted? |
| DX 1444 | 10/29/2014 Exhibit 427 to Wanda Phillips' Deposition: Email chain: Williams; Kizner; Morris; Phillips; Milinovic<br><br>Subject: DIG state of the union 10-29; attached: DIG S1 NBCU Declaration Form (Updated) (5) (ATL002439-ATL002444) | No objection. | Deemed admitted. |

DEFENDANT'S EXHIBIT LIST

| Exhibit No. | Description | Objection | Response to Objection |
|---|---|---|---|
| DX 1445 | Dig US: Cost Report – Summary/Detail NM AMORT 01086 COST RPT 9 – PE 08/11/2016 (UCP004506-UCP004512) | No objection. | Deemed admitted. |
| DX 1446 | Dig US: Cost Report – Summary NM AMORT 01091 COST RPT 10 – PE 08/06/16 (UCP004514-UCP004515) | No objection. | Deemed admitted. |
| DX 1447 | Dig US: Cost Report – Detail NM AMORT 01091 COST RPT 10 – PE 08/06/16 (UCP004516-UCP004520) | No objection. | Deemed admitted. |
| DX 1448 | Dig US: Cost Report - Summary/Detail NM PREP O 1085 COST RPT 8 – PE 08/07/16 (UCP004522-UCP004529) | No objection. | Deemed admitted. |
| DX 1449 | Dig US: Cost Report – Summary/Detail NM WRAP 01088 COST RPT 9 – PE 08/07/16 (UCP004531-UCP004537) | No objection. | Deemed admitted. |
| DX 1450 | Exhibit 3 to Report of Shannon Rusnak: Report schedules (25 pages) | Hearsay; Subject to forthcoming motion to strike | Witness will be live to offer statements to attest to accuracy of calculations; ASIC has yet to see contents of motion to strike and will respond upon receipt. |