KALPANA SRINIVASAN (237460)
ksrinivasan@susmangodfrey.com
AMANDA K. BONN (270891)
abonn@susmangodfrey.com
CATRIONA LAVERY (310546)
clavery@susmangodfrey.com
CHELSEA SAMUELS (315257)
csamuels@susmangodfrey.com
SUSMAN GODFREY L.L.P.
1900 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067-6029
Tel: (310) 789-3100
Fax: (310) 789-3150

JACOB W. BUCHDAHL (*pro hac vice*)
jbuchdahl@susmangodfrey.com
SUSMAN GODFREY L.L.P.
1301 Avenue of the Americas, 32nd Floor
New York, NY 10019-6023
Tel: (212) 336-8330
Fax: (212) 336-8340

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| UNIVERSAL CABLE PRODUCTIONS LLC and NORTHERN ENTERTAINMENT PRODUCTIONS LLC,<br><br>                    Plaintiffs,<br><br>        v.<br><br>ATLANTIC SPECIALTY INSURANCE COMPANY,<br><br>                    Defendant. | Case No.: 2:16-cv-4435-PA-MRW<br><br>The Honorable Percy Anderson<br>Dept. 9A<br><br>**ADDITIONAL AGREED UPON JURY INSTRUCTION**<br><br>Pretrial Conference: January 31, 2020<br>Time: 1:30 PM PST<br>Place: Courtroom 9A<br>Judge: Honorable Percy Anderson<br>Trial Date: February 18, 2020 |

7096812v1/015825

1     Plaintiffs Universal Cable Productions LLC and Northern Entertainment

2    Productions LLC ("Universal" or "Plaintiffs") together with Defendant Atlantic

3    Specialty Insurance Company ("Atlantic" or "Defendant") submit this additional

4    agreed upon jury instruction.  The parties previously submitted Agreed Upon Jury

5    Instructions, Dkt. 167, and intend to file a complete set of agreed upon jury

6    instructions following the further final pretrial conference on January 31, 2020, at

7    1:30 p.m, *see* Dkt. 233.

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

7096812v1/015825

## AGREED INSTRUCTION NO. 14

## DAMAGES FOR BAD FAITH

If you decide that Plaintiffs have proved their claim against Atlantic, you also must decide how much money will reasonably compensate Plaintiffs for the harm. This compensation is called "damages."

The amount of damages must include an award for all harm that was caused by Atlantic, even if the particular harm could not have been anticipated.

Plaintiffs must prove the amount of their damages.

However, Plaintiffs do not have to prove the exact amount of damages that will provide reasonable compensation for the harm. You must not speculate or guess in awarding damages.

The following are the specific items of damages claimed by Plaintiffs:

Attorneys' fees and costs incurred to recover the insurance policy benefits.

To recover attorney fees, Plaintiffs must prove that because of Atlantic's breach of the obligation of good faith and fair dealing it was reasonably necessary for them to hire attorneys to recover the policy benefits. Plaintiffs may recover attorney fees they incurred to obtain policy benefits but not attorney fees they incurred for other purposes.

Source: CACI NO. 2350 (modified); CACI 3288 (modified).

2

7096812v1/015825

1

DATED:      January 23, 2020              SUSMAN GODFREY L.L.P.

2

By */s/ Amanda Bonn*

3
              KALPANA SRINIVASAN (237460)
              ksrinivasan@susmangodfrey.com

4
              AMANDA K. BONN (270891)
              abonn@susmangodfrey.com

5
              CATRIONA LAVERY (310546)

6
              clavery@susmangodfrey.com
              CHELSEA V. SAMUELS (315257)

7
              csamuels@susmangodfrey.com

8
              SUSMAN GODFREY L.L.P.
              1900 Avenue of the Stars, Suite 1400

9
              Los Angeles, CA 90067-6029

10
              Tel: (310) 789-3100
              Fax: (310) 789-3150

11

12
              JACOB W. BUCHDAHL

13
              (*pro hac vice*)
              jbuchdahl@susmangodfrey.com

14
              SUSMAN GODFREY L.L.P.
              1301 Avenue of the Americas,

15
              32nd Floor
              New York, NY 10019-6023

16
              Tel: (212) 336-8330

17
              Fax: (212) 336-8340

18

19
              *Attorneys for Plaintiffs*

20

21

22

23

24

25

26

27

28

3

7096812v1/015825

DATED:  January 23, 2020

MARC J. SHRAKE
FREEMAN MATHIS & GARY, LLP
-and-
CHRISTOPHER W. MARTIN (Pro Hac Vice)
MELINDA R. BURKE (Pro Hac Vice)
MARTIN, DISIERE, JEFFERSON & WISDOM LLP

By */s/   Christopher W. Martin*
*Attorneys for Defendant*
ATLANTIC SPECIALTY INSURANCE COMPANY

## Attestation Regarding Signatures

I, Amanda K. Bonn attest that all signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

By: */s/ Amanda Bonn*

7096812v1/015825

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**CERTIFICATE OF SERVICE**

I certify that on January 23, 2020, I filed the foregoing with the Clerk of the United States District Court for the Central District of California by using the Court's CM/ECF system, which will send notifications of such filing to all counsel of record.

By: */s/ Amanda Bonn*

5

7096812v1/015825