KALPANA SRINIVASAN (237460)
ksrinivasan@susmangodfrey.com
AMANDA K. BONN (270891)
abonn@susmangodfrey.com
CATRIONA LAVERY (310546)
clavery@susmangodfrey.com
SUSMAN GODFREY L.L.P.
1900 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067-6029
Tel: (310) 789-3100
Fax: (310) 789-3150

JACOB W. BUCHDAHL (*pro hac vice*)
jbuchdahl@susmangodfrey.com
SUSMAN GODFREY L.L.P.
1301 Avenue of the Americas, 32nd Floor
New York, NY 10019-6023
Tel: (212) 336-8330
Fax: (212) 336-8340

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNIVERSAL CABLE PRODUCTIONS LLC and NORTHERN ENTERTAINMENT PRODUCTIONS LLC, <br><br>               Plaintiffs, <br><br>     v. <br><br> ATLANTIC SPECIALTY INSURANCE COMPANY, <br><br>               Defendant. | Case No.: 2:16-cv-4435-PA-MRW <br><br> The Honorable Percy Anderson <br> Dept. 9A <br><br> **SECOND REVISED JOINT TRIAL WITNESS ESTIMATE FORM** |

1    Pursuant to Local Rule 16-5, the parties hereby submit the following Second

2

3    Revised Joint Trial Witness List and Estimate Form.

4    DATED:  January 23, 2020                SUSMAN GODFREY L.L.P.

5                                             */s/ Kalpana Srinivasan*

6                                             KALPANA SRINIVASAN (237460)
                                              ksrinivasan@susmangodfrey.com
7                                             AMANDA K. BONN (270891)
                                              abonn@susmangodfrey.com
8                                             CATRIONA LAVERY (310546)
                                              clavery@susmangodfrey.com
9
                                              SUSMAN GODFREY L.L.P.
10                                            1900 Avenue of the Stars, Suite 1400
                                              Los Angeles, CA 90067-6029
11                                            Tel: (310) 789-3100
                                              Fax: (310) 789-3150
12

13

14                                           JACOB W. BUCHDAHL (*pro hac
                                             vice*)
15                                           jbuchdahl@susmangodfrey.com
                                             SUSMAN GODFREY L.L.P.
16                                           1301 Avenue of the Americas, 32nd
                                             Floor
17                                           New York, NY 10019-6023
                                             Tel: (212) 336-8330
18                                           Fax: (212) 336-8340
19

20                                           *Attorneys for Plaintiffs*

21

22                                           */s/ Melinda R. Burke*
                                             MARC J. SHRAKE
23                                           FREEMAN MATHIS & GARY, LLP
                                             550 South Hope Street, Suite 2200
24                                           Los Angeles, CA 90071-2631
                                             Tel: (213) 615-7039
25                                           -and-
26                                           MICHAEL KEELEY (*pro hac vice*)
                                             JOHN R. RIDDLE (*pro hac vice*)
27                                           TONI SCOTT REED (*pro hac vice*)
28

1

7096813v1/015825

CLARK HILL STRASBURGER PLC
901 Main Street, Suite 6000
Dallas, TX 75202
Tel: (214) 651-4718

MELINDA R. BURKE (*pro hac vice*)
MARTIN DISIERE JEFFERSON
AND WISDOM LLP
9111 Cypress Waters Boulevard, Suite 250
Dallas, TX 75019
Tel: (214) 420-5500
Fax: (214) 420-5501
burke@mdjwlaw.com

*Attorneys for Defendant*

## Attestation Regarding Signatures

I, Kalpana Srinivasan, attest that all signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

*/s/ Kalpana Srinivasan*
Kalpana Srinivasan

## CERTIFICATE OF SERVICE

I certify that on January 23, 2020, I filed the foregoing with the Clerk of the United States District Court for the Central District of California by using the Court's CM/ECF system, which will send notifications of such filing to all counsel of record.

*/s/ Kalpana Srinivasan*
Kalpana Srinivasan

7096813v1/015825

## JOINT TRIAL WITNESS ESTIMATE FORM

CASE:       2:16-cv-04435-PA-MRW                TRIAL DATE:       February 18, 2020

In making the following estimates, the parties reserve all rights, including all objections and all rights and arguments asserted in pending motions.

**Plaintiffs' Overall Estimate:** Based on the Court's comments at the Pre-Trial Conference—and assuming Defendant will need to narrow its witness list for trial—Plaintiffs estimate 10 hours total to try their case (inclusive of opening statement and closing argument, direct examination of witnesses, and cross-examination of Defendant's witnesses). Plaintiffs request equal time with Defendant.

| PLAINTIFFS' "WILL CALL" FACT WITNESS LIST (LIVE) | | | | | |
|---|---|---|---|---|---|
|  | WITNESS NAME | PLAINTIFFS' ESTIMATE (DIRECT-EXAM) | DEFENDANT'S ESTIMATE (CROSS-EXAM) | DESCRIPTION OF TESTIMONY | COMMENTS |
| 1. | Coyoca, Lucia | .25 hour | 0.25 hour | Plaintiffs' damages (attorneys' fees and costs) in connection with their bad faith claim. |  |
| 2. | Gutterman, Daniel | .50 hour | 0.25 hour | Atlantic's investigation, coverage determination, and denial of the *Dig* claim. |  |

3

| | WITNESS NAME | PLAINTIFFS' ESTIMATE (DIRECT-EXAM) | DEFENDANT'S ESTIMATE (CROSS-EXAM) | DESCRIPTION OF TESTIMONY | COMMENTS |
|---|---|---|---|---|---|
| **PLAINTIFFS' "WILL CALL" FACT WITNESS LIST (LIVE)** | | | | | |
| 3. | Markus-Caffrey, BJ | .75 hour | 0.75hour | The production of *Dig*, delay, postponement, and relocation of the *Dig* production out of Israel, the *Dig* claim, expenses and costs in connection with the production of *Dig*, Plaintiffs' damages (including attorneys' fees and costs). | Alternatively, Plaintiffs may Randi Richmond in lieu of Ms. Markus-Caffrey (described on Plaintiffs' "May Call" list below). |
| 4. | Richmond, Randi | .25 hour | 0.75 hour | The production of *Dig*, delay, postponement, and relocation of the *Dig* production out of Israel, the *Dig* claim, expenses and costs in connection with the production of *Dig*, Plaintiffs' damages (including attorneys' fees and costs). | May call in the alternative to Ms. Markus-Caffrey on Plaintiffs' "will call" list. |

| | WITNESS NAME | PLAINTIFFS' ESTIMATE (DIRECT-EXAM) | DEFENDANT'S ESTIMATE (CROSS-EXAM) | DESCRIPTION OF TESTIMONY | COMMENTS |
|---|---|---|---|---|---|
| PLAINTIFFS' "WILL CALL" FACT WITNESS LIST (LIVE) | | | | | |
| 5. | Weiss, Susan | .75 hour | .75 hour | Negotiation, drafting, and issuance of the insurance policy, addition of *Dig* as an Insured Production, premiums and self-insured retention, submission and denial of the *Dig* claim, non-renewal of the policy. | By agreement, since Ms. Weiss is a third-party, Defendant can go "outside the scope" on cross of Ms. Weiss rather than re-calling her in their case-in-chief. |
| 6. | Williams, Peter | .25 hour | 0.25 hour | Atlantic's investigation, coverage determination, denial of the *Dig* claim, policy profitability and non-renewal. | Defendant has indicated that Mr. Williams may appear live at trial. Alternatively, Plaintiffs reserve the right to play his videotaped deposition if he is unavailable. |

| | | | | | |
|---|---|---|---|---|---|
| **PLAINTIFFS' "WILL CALL" FACT WITNESS LIST (LIVE)** | | | | | |
| | WITNESS NAME | PLAINTIFFS' ESTIMATE (DIRECT-EXAM) | DEFENDANT'S ESTIMATE (CROSS-EXAM) | DESCRIPTION OF TESTIMONY | COMMENTS |
| 7. | Defendant's Corporate Representative | .25 hour | 0.25hour | Atlantic's investigation, coverage, determination, denial of the *Dig* claim, policy profitability and non-renewal, and Atlantic's financial condition. | |
| **Total Estimate for Plaintiffs' Will Call Fact Witnesses (Live)** | | **3  hours** | **3.25 hours** | | |

| | | | | | |
|---|---|---|---|---|---|
| **PLAINTIFFS' "WILL CALL" FACT WITNESS LIST (VIDEO DEPOSITION)** | | | | | |
| | WITNESS NAME | PLAINTIFFS' ESTIMATE (DIRECT-EXAM) | DEFENDANT'S ESTIMATE (CROSS-EXAM) | DESCRIPTION OF TESTIMONY | COMMENTS |
| 8. | Johnson, Pamela | .50 hour | 0.50hour | Atlantic's investigation, coverage determination, denial of the *Dig* claim, policy profitability and non-renewal. | Lives outside of California and Plaintiffs assume she will not travel for trial. May call live if she voluntarily appears live. |

| | WITNESS NAME | PLAINTIFFS' ESTIMATE (DIRECT-EXAM) | DEFENDANT'S ESTIMATE (CROSS-EXAM) | DESCRIPTION OF TESTIMONY | COMMENTS |
|---|---|---|---|---|---|
| | | | | PLAINTIFFS' "WILL CALL" FACT WITNESS LIST (VIDEO DEPOSITION) | |
| 9. | Gooley Wolf, Theresa | .25 hour | 0.25 hour | Atlantic's coverage determination and denial of the Dig claim. | Lives outside of California and Plaintiffs assume she will not travel for trial. May call live if she voluntarily appears live. |
| 10. | Crosby, Dennis | .25 hour | 0.25 hour | Atlantic's investigation, coverage determination, and denial of the *Dig* claim, policy profitability and non-renewal. | Lives outside of California and Plaintiffs assume he will not travel for trial. May call live if he voluntarily appears live. |
| 11. | Phillips, Wanda | .25 hour | 0.25 hour | Negotiation, drafting, and issuance of the insurance policy, addition of Dig as an Insured Production. | Lives outside of California and Plaintiffs assume she will not travel for trial. May call live if she voluntarily appears live. |

7

| PLAINTIFFS' "WILL CALL" FACT WITNESS LIST (VIDEO DEPOSITION) | | | | | |
|---|---|---|---|---|---|
| | WITNESS NAME | PLAINTIFFS' ESTIMATE (DIRECT-EXAM) | DEFENDANT'S ESTIMATE (CROSS-EXAM) | DESCRIPTION OF TESTIMONY | COMMENTS |
| 12. | Williams, Peter (Rule 30(b)(6) Deposition) | .25 hour | 0.25 hour | Atlantic's investigation, coverage determination, denial of the *Dig* claim, policy profitability and non-renewal. | |
| **Total Estimate for Plaintiffs' Will Call Fact Witnesses (Depo.)** | | **1.5 hours** | **1.50 hours** | | |

8

| | WITNESS NAME | PLAINTIFFS' ESTIMATE (DIRECT-EXAM) | DEFENDANT'S ESTIMATE (CROSS-EXAM) | DESCRIPTION OF TESTIMONY | COMMENTS |
|---|---|---|---|---|---|
| | | | PLAINTIFFS' "WILL CALL" EXPERT WITNESS LIST (LIVE) | | |
| 13. | Sagalow, Ty R. | .75 hour | 1.0 hour | Expert on insurance industry custom and practice, in connection with Plaintiffs' claims against Atlantic for breach of insurance contract and breach of the implied covenant of good faith and fair dealing.  Insurance industry custom and practice as it relates to war exclusions, terrorism coverage and exclusions, the underwriting and drafting of insurance policies, including the war exclusions and terrorism exclusion, and claims handling and investigation.  Rebuttal of Atlantic's expert opinions regarding the foregoing and related issues. | |

| | | PLAINTIFFS' "WILL CALL" EXPERT WITNESS LIST (LIVE) | | | |
|---|---|---|---|---|---|
| | WITNESS NAME | PLAINTIFFS' ESTIMATE (DIRECT-EXAM) | DEFENDANT'S ESTIMATE (CROSS-EXAM) | DESCRIPTION OF TESTIMONY | COMMENTS |
| 14. | Wunderlich, Robert | .50 hour | 1.0 hour | Expert on economic issues and damages.  Plaintiffs' claim for the extra expenses and other damages incurred by Plaintiffs, the claim's calculation and substantiation, the accounting and related standards in connection therewith.  Rebuttal of Atlantic's expert opinions regarding the foregoing and related issues. | |
| | **Total Estimate for Plaintiffs' Will Call Expert Witnesses** | **1.25 hours** | **2.00 hours** | | |
| | **Total Estimate for Plaintiffs' Will Call Witnesses (Fact & Expert)** | **6 hours** | **6.75 hours** | | |

7096813v1/015825

| PLAINTIFFS' "MAY CALL" FACT WITNESS LIST | | | | | |
|---|---|---|---|---|---|
| | WITNESS NAME | PLAINTIFFS' ESTIMATE (DIRECT-EXAM) | DEFENDANT'S ESTIMATE (CROSS-EXAM) | DESCRIPTION OF TESTIMONY | COMMENTS |
| 15. | Garber, Andrea | .50 hour | 0.25 hour | Addition of *Dig* as an Insured Production, policy premiums, the *Dig* claim, submission and denial of the *Dig* claim. | May call in the alternative to Susan Weiss on Plaintiffs' "will call" list. |
| **Total Estimate for Plaintiffs' May Call Fact Witnesses** | | **.50 hours** | **0.25 hour** | | |

11

| | WITNESS NAME | PLAINTIFFS' ESTIMATE (DIRECT-EXAM) | DEFENDANT'S ESTIMATE (CROSS-EXAM) | DESCRIPTION OF TESTIMONY | COMMENTS |
|---|---|---|---|---|---|
| | | **PLAINTIFFS' "MAY CALL" EXPERT WITNESS LIST (LIVE)** | | | |
| 17. | Prof. Koh, Harold Hongju | .50 hour | 0.50 hour | Expert on issues relating to international/foreign law.  Hamas' actions directed towards Israel during the summer of 2014 were terrorist acts rather than acts of "war" or any similar or different (e.g., insurrection) designation when considered in the context of international law and conflicts between and among state(s) and non-state actor(s).  Rebuttal of Atlantic's expert opinions regarding the foregoing and related issues. | Defendant indicated during the Final Pre-Trial Conference that it only intended to call experts Rusnak (damages) and Clark (insurance). Plaintiffs therefore told Prof. Koh he was released.

Defendant subsequently submitted proffers for other experts on sovereignty. Plaintiffs reserve the right to call Prof. Koh if Defendant is allowed to do so (and if he is available). |

| | WITNESS NAME | PLAINTIFFS' ESTIMATE (DIRECT-EXAM) | DEFENDANT'S ESTIMATE (CROSS-EXAM) | DESCRIPTION OF TESTIMONY | COMMENTS |
|---|---|---|---|---|---|
| | **PLAINTIFFS' "MAY CALL" EXPERT WITNESS LIST (LIVE)** | | | | |
| 18. | Ambassador Ross, Dennis | .50 hour | 0.50 hour | Expert on issues relating to United States foreign policy regarding Israel, the Middle East region, state and non-state actors and other sub-state entities, the foreign policy import of the government determinations about statehood, non-state status, and terrorist entities, and potential import of this case in connection therewith.  Rebuttal of Atlantic's experts regarding the foregoing and related issues. | Defendant indicated during the Final Pre-Trial Conference that it only intended to call experts Rusnak (damages) and Clark (insurance). Plaintiffs therefore told Amb. Ross he was released.<br><br>Defendant subsequently submitted proffers for other experts on sovereignty. Plaintiffs reserve the right to call Amb. Ross if Defendant is allowed to do so (and if he is available). |

13

| | | PLAINTIFFS' "MAY CALL" EXPERT WITNESS LIST (LIVE) | | | |
|---|---|---|---|---|---|
| | WITNESS NAME | PLAINTIFFS' ESTIMATE (DIRECT-EXAM) | DEFENDANT'S ESTIMATE (CROSS-EXAM) | DESCRIPTION OF TESTIMONY | COMMENTS |
| **Total Estimate for Plaintiffs' May Call Expert Witnesses (Live)** | | **1 hour** | **1 hour** | | |

| | | PLAINTIFFS' "MAY CALL" EXPERT WITNESS LIST (DEPOSITION) | | | |
|---|---|---|---|---|---|
| | WITNESS NAME | PLAINTIFFS' ESTIMATE (DIRECT-EXAM) | DEFENDANT'S ESTIMATE (CROSS-EXAM) | DESCRIPTION OF TESTIMONY | COMMENTS |
| 19. | Shapiro, Jay | 0.25 hour | 0.25 hour | Defendant's expert on economic issues and damages, now deceased. Plaintiffs' claims for extra expenses, the claim's calculation and substantiation. | |
| **Total Estimate for Plaintiffs' May Call Expert Witnesses (Depo.)** | | **0.25 hour** | **.25 hour** | | |

| PLAINTIFFS' "MAY CALL" EXPERT WITNESS LIST (DEPOSITION) | | | | | |
|---|---|---|---|---|---|
|  | WITNESS NAME | PLAINTIFFS' ESTIMATE (DIRECT-EXAM) | DEFENDANT'S ESTIMATE (CROSS-EXAM) | DESCRIPTION OF TESTIMONY | COMMENTS |
| **Total Estimate for Plaintiffs' May Call Witnesses (Fact & Expert)** | | **2 hours** | **1.5 hours** | | |
| **Total Estimate for Plaintiffs' Will Call and May Call Witnesses** | | **8 hours** | **8.25 hours** | | |

15

## DEFENDANT'S WILL CALL/MAY CALL LIST

Defendant's current time estimates for witness examinations total approximately 17 hours if all "will call" and "may call" witnesses testify:  8.25 hours for cross examinations, and 8.75 hours for direct examinations.

|  | WITNESS NAME | DEFENDANT'S ESTIMATE (DIRECT EXAM) | PLAINTIFFS' ESTIMATE (CROSS-EXAM) | DESCRIPTION OF TESTIMONY | COMMENTS |
|---|---|---|---|---|---|
| 1. | Adams, Malika WILL CALL | 0.25hour | 0.25 hour | Fact witness on NBC policy and assessment of policy exclusions. | In Person or by video or reading Deposition |
| 2. | Binke, Mark WILL CALL | 0.50 hour | 0.25 hour | Fact witness on DIG production and security decisions. | In Person or by video or reading Deposition |
| 3. | Ford, Kurt WILL CALL | 0.25hour | 0.25 hour | Fact witness on DIG production and insurance. | In Person or by video or reading Deposition |
| 4. | Garber, Andrea WILL CALL | 0.25 hour | 0.25 hour | Fact witness on AON role, NBC policy, and DIG claim. | In Person or by video or reading Deposition |
| 5. | Johnson, Pamela A. WILL CALL | 1.0 hours | 0.75 hour | Fact witness on DIG claim. | In Person or by video or reading Deposition |

16

| | WITNESS NAME | DEFENDANT'S ESTIMATE (DIRECT EXAM) | PLAINTIFFS' ESTIMATE (CROSS-EXAM) | DESCRIPTION OF TESTIMONY | COMMENTS |
|---|---|---|---|---|---|
| 6. | Markus-Caffrey, Barbara-Ann (BJ) WILL CALL | .25 | .25 hour | Fact witness on plaintiffs' computation of extra expense and records of expense. | In Person or by video or reading Deposition |
| 7. | Smith, Stephen WILL CALL | .50 hours | 0.25 hour | Fact witness on NBC security for DIG and security decisions for DIG. | In Person or by video or reading Deposition |
| 8. | Clark, Anthony WILL CALL | 1.0 hour | 0.50 hour | Expert on Insurance and Claims Handling.  Also rebuttal expert. | In Person |
| 9. | Rusnak, Shannon WILL CALL | 1.5 hours | 1.0 hour | Expert on damages.  Also rebuttal expert. | In Person |
| 10. | Gooley Wolf, Theresa A. MAY CALL | 0.50 hours | .25 hour | Fact witness on DIG claim. | In Person or by video or reading Deposition |
| 11. | Gutterman, Daniel S. MAY CALL | 0.25 hour | 0.50 hour | Fact witness on DIG claim. | In Person or by video or reading Deposition |
| 12. | McCarthy, Tom MAY CALL | 0.25 hour | 0.25 hour | Fact witness on NBC Security for DIG and security decisions for DIG. | In Person or by video or reading Deposition |

17

|  | WITNESS NAME | DEFENDANT'S ESTIMATE (DIRECT EXAM) | PLAINTIFFS' ESTIMATE (CROSS-EXAM) | DESCRIPTION OF TESTIMONY | COMMENTS |
|---|---|---|---|---|---|
| 13. | Phillips, Wanda MAY CALL | 0.25 hour | 0.25 hour | Fact witness on DIG claim | In Person or by video or reading Deposition |
| 14. | Richmond, Randi MAY CALL | 0.75 hour | 0.25 hour | Fact witness on DIG production and security decisions. | In Person or by video or reading Deposition |
| 15. | Ridgers, Martin MAY CALL | 0.25 hour | 0.25 hour | Fact witness on DIG claim | In Person or by video or reading Deposition |
| 16. | Stone, Aaron MAY CALL | 0.250 hour | 0.25 hour | Fact witness, corporate representative on DIG claim and NBC policy, and custodian of records | In Person or by video or reading Deposition |
| 17. | Williams, Peter D. MAY CALL | 0.50 hour | 0.75 hour | Fact witness on policy, insured production, and claim.  Non-retained expert on insurance industry for entertainment and on policy terms and exclusions. | In Person or by video or reading Deposition |

| | WITNESS NAME | DEFENDANT'S ESTIMATE (DIRECT EXAM) | PLAINTIFFS' ESTIMATE (CROSS-EXAM) | DESCRIPTION OF TESTIMONY | COMMENTS |
|---|---|---|---|---|---|
| 18. | Crosby, Dennis DO NOT CURRENTLY PLAN TO CALL | .25 | | Fact witness on Atlantic entertainment insurance business and conduct of insurance business and NBC policy. | In Person or by video or reading Deposition |
| 19. | Duffy Sean DO NOT CURRENTLY PLAN TO CALL | | | Fact witness on DIG claim. | In Person or by video or reading Deposition |
| 20. | Detter de Frankopan, Dr. Ingrid DO NOT CURRENTLY PLAN TO CALL | | | Expert witness in armed conflict and 50 day War. Also rebuttal expert. | In Person (Plaintiffs object based on Defendant's statement at the Pre-Trial Conference that it would only call experts Rusnak and Clark). |

19

7096813v1/015825

| | WITNESS NAME | DEFENDANT'S ESTIMATE (DIRECT EXAM) | PLAINTIFFS' ESTIMATE (CROSS-EXAM) | DESCRIPTION OF TESTIMONY | COMMENTS |
|---|---|---|---|---|---|
| 21. | Lowenstein, Frank DO NOT CURRENTLY PLAN TO CALL | | | Expert on Middle East facts/history, plain meaning of war, and U.S. Government involvement with 50-day War.  Also rebuttal expert. | In Person (Plaintiffs object based on Defendant's statement at the Pre-Trial Conference that it would only call experts Rusnak and Clark). |
| 22. | Quigley, Professor John B. DO NOT CURRENTLY PLAN TO CALL | | | Expert witness in nature of war, state actors, sovereignty, plain meaning of war, and 50-day War. Also rebuttal expert. | In Person (Plaintiffs object based on Defendant's statement at the Pre-Trial Conference that it would only call experts Rusnak and Clark). |

20

| | WITNESS NAME | DEFENDANT'S ESTIMATE (DIRECT EXAM) | PLAINTIFFS' ESTIMATE (CROSS-EXAM) | DESCRIPTION OF TESTIMONY | COMMENTS |
|---|---|---|---|---|---|
| **TOTAL WILL CALL (Def's):** fact/percipient expert | | **5.5 hours** 3.0 hours 2.50 hours | **3.75 hours** 2.25 hours 1.50 hours | | |
| **TOTAL MAY CALL (Def's):** fact/percipient expert | | **3.25 hours** 3.25 hours 0.0 hours | **2.75 hours** 2.75 hours 0.0 hours | | |

<u>Instructions</u>:
(1) List witnesses (last name first); (2) For description, be extremely brief, <u>e.g.</u>, "eyewitness to accident." Or "expert on standard of care." (3) Use estimates within fractions of an hour, rounded off to closest quarter of an hour. <u>E.g.</u>, if you estimate 20 minutes, make it .25. An estimate of one and one-half hours would be 1.5. An estimate of three-quarters of an hour would be .75; (4) Note special factors in "Comments" column. <u>E.g.</u>, "Need interpreter." (5) Entries may be in handwriting <u>if very neat and legible</u>.

7096813v1/015825