MARC J. SHRAKE (SBN 219331)
mshrake@fmglaw.com
FREEMAN MATHIS & GARY, LLP
550 South Hope Street, Suite 2200
Los Angeles, California 90071
Telephone: (213) 615-7019
Facsimile: (213) 615-7000

CHRISTOPHER W. MARTIN *(Pro Hac Vice)*
martin@mdjwlaw.com
MELINDA R. BURKE *(Pro Hac Vice)*
burke@mdjwlaw.com
WILLIAM E. McMICHAEL *(Pro Hac Vice)*
mcmichael@mdiwlaw.com
MARTIN, DISIERE, JEFFERSON
& WISDOM LLP
9111 Cypress Waters Blvd., Suite 250
Dallas, Texas 75019
Telephone: (214) 420-5500
Facsimile: (214) 420-5501

Attorneys for Defendant
Atlantic Specialty Insurance Company

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| UNIVERSAL CABLE PRODUCTIONS LLC, a Delaware limited liability company, and NORTHERN ENTERTAINMENT PRODUCTIONS LLC, a Delaware limited liability company,<br><br>Plaintiffs,<br><br>vs.<br><br>ATLANTIC SPECIALTY INSURANCE COMPANY, a New York insurance company,<br><br>Defendant. | CASE NO. 2:16-cv-4435-PA-MRW<br><br>**DEFENDANT ATLANTIC SPECIALTY'S NOTICE OF DEPOSITION DESIGNATIONS AND CURRENT INTENTION FOR PRESENTING AT TRIAL**<br><br>Pretrial Conference: January 31, 2020<br>Time: 1:30 PM PST<br>Place: Courtroom 9A<br>Judge: Honorable Percy Anderson<br>Trial: February 18, 2020 |

Under the Court's minute order dated January 19, 2020 (Dkt. No. 211), Defendant Atlantic Specialty Insurance Company ("Atlantic Specialty") is today emailing Plaintiffs' counsel designations of deposition testimony of witnesses it will or may call in its case-in-chief. Atlantic Specialty currently intends to present any such testimony at trial by playing it on a videotape or computer. However, trial

preparation continues, and Atlantic Specialty reserves the right to read the deposition testimony or present the witness live, and to cross-examine live any witness called Plaintiffs.

1. Malika Adams
2. Mark Binke
3. Dennis Crosby
4. Sean Duffy
5. Kurt Ford
6. Andrea Garber
7. Teresa Gooley-Wolf
8. Daniel Gutterman
9. Pamela Johnson
10. BJ Marcus
11. Thomas McCarthy
12. Wanda Phillips
13. Randi Richmond
14. Stephen Smith
15. Susan Weiss
16. Peter Williams

DATED: January 24, 2020

MARC J. SHRAKE
FREEMAN MATHIS & GARY, LLP

-and-

CHRISTOPHER W. MARTIN *(Pro Hac Vice)*
MELINDA R. BURKE *(Pro Hac Vice)*
WILLIAM E. McMICHAEL *(Pro Hac Vice)*
MARTIN, DISIERE, JEFFERSON
& WISDOM LLP

By:  */s/ Christopher W. Martin*
Attorneys for Defendant ATLANTIC SPECIALTY INSURANCE COMPANY