KALPANA SRINIVASAN (237460)
ksrinivasan@susmangodfrey.com
AMANDA K. BONN (270891)
abonn@susmangodfrey.com
CATRIONA LAVERY (310546)
clavery@susmangodfrey.com
CHELSEA SAMUELS (315257)
csamuels@susmangodfrey.com
SUSMAN GODFREY L.L.P.
1900 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067-6029
Tel: (310) 789-3100
Fax: (310) 789-3150

JACOB W. BUCHDAHL (*pro hac vice*)
jbuchdahl@susmangodfrey.com
SUSMAN GODFREY L.L.P.
1301 Avenue of the Americas, 32nd Floor
New York, NY 10019-6023
Tel: (212) 336-8330
Fax: (212) 336-8340

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNIVERSAL CABLE PRODUCTIONS LLC and NORTHERN ENTERTAINMENT PRODUCTIONS LLC,<br><br>　　　　　Plaintiffs,<br><br>　v.<br><br>ATLANTIC SPECIALTY INSURANCE COMPANY,<br><br>　　　　　Defendant. | Case No.: 2:16-cv-4435-PA-MRW<br><br>The Honorable Percy Anderson<br>Dept. 9A<br><br>**PLAINTIFFS' NOTICE OF DESIGNATION OF DEPOSITION TESTIMONY**<br><br>Pretrial Conference: January 31, 2020<br>Time: 1:30 p.m.<br>Trial Date: February 18, 2020 |

1

7098369v1/015825

Pursuant to the Court's Minute Order dated January 19, 2020, Dkt. 211, Plaintiffs Universal Cable Productions LLC and Northern Entertainment Productions LLC ("Plaintiffs") are today notifying opposing counsel of the deposition testimony Plaintiffs intend to present at trial in their case-in-chief.  Plaintiffs intend to present such testimony by video, but Plaintiffs reserve the right to read or submit deposition testimony, to present witnesses live, and to cross-examine witnesses called by Defendant.

1. Pamela Johnson
2. Teresa Gooley Wolf
3. Daniel Gutterman*
4. Dennis Crosby
5. Wanda Phillips
6. Peter Williams*
7. Shannon Rusnak**

* Plaintiffs seek to examine Mr. Gutterman and Mr. Williams live at trial but have provided Defendant with designations of their testimony in case they are unavailable.  Plaintiffs are meeting and conferring with Defendant regarding Mr. Gutterman and Mr. Williams' availability for trial.

** Ms. Rusnak has not yet been deposed in this case.  In the event Plaintiffs take her deposition, Plaintiffs reserve the right to designate and present her deposition testimony at trial.

Plaintiffs have informed Defendant that counsel for Susan Weiss, a third party, has indicated she will be available to testify live at trial. Based on that representation from Ms. Weiss's counsel, Plaintiffs are not designating Ms. Weiss's deposition and instead intend to call her live at trial. However, should Ms. Weiss's availability change, Plaintiffs reserve the right to designate her deposition (Plaintiffs previously served designations for Ms. Weiss's deposition on the Court's original deadline).

7098369v1/015825

The above list and the designations shared with Defendant today are provided in good faith but may change based on further meet-and-confer efforts or the Court's rulings on motions in limine.

DATED:   January 24, 2020          SUSMAN GODFREY L.L.P.

By: */s/ Amanda K. Bonn*
KALPANA SRINIVASAN (237460)
ksrinivasan@susmangodfrey.com
AMANDA K. BONN (270891)
abonn@susmangodfrey.com
CATRIONA LAVERY (310546)
clavery@susmangodfrey.com
CHELSEA SAMUELS (315257)
csamuels@susmangodfrey.com
SUSMAN GODFREY L.L.P.
1900 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067-6029
Tel: (310) 789-3100
Fax: (310) 789-3150

JACOB W. BUCHDAHL (*pro hac vice*)
jbuchdahl@susmangodfrey.com
SUSMAN GODFREY L.L.P.
1301 Avenue of the Americas, 32nd Floor
New York, NY 10019-6023
Tel: (212) 336-8330
Fax: (212) 336-8340

*Attorneys for Plaintiffs*

7098369v1/015825