KALPANA SRINIVASAN (237460)
ksrinivasan@susmangodfrey.com
AMANDA K. BONN (270891)
abonn@susmangodfrey.com
CATRIONA LAVERY (310546)
clavery@susmangodfrey.com
CHELSEA SAMUELS (315257)
csamuels@susmangodfrey.com
SUSMAN GODFREY L.L.P.
1900 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067-6029
Tel: (310) 789-3100
Fax: (310) 789-3150

JACOB W. BUCHDAHL (*pro hac vice*)
jbuchdahl@susmangodfrey.com
SUSMAN GODFREY L.L.P.
1301 Avenue of the Americas, 32nd Floor
New York, NY 10019-6023
Tel: (212) 336-8330
Fax: (212) 336-8340

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA — WESTERN DIVISION

| | |
|---|---|
| UNIVERSAL CABLE PRODUCTIONS LLC and NORTHERN ENTERTAINMENT PRODUCTIONS LLC,<br><br>Plaintiffs,<br><br>v.<br><br>ATLANTIC SPECIALTY INSURANCE COMPANY,<br><br>Defendant. | Case No.: 2:16-cv-4435-PA-MRW<br>The Honorable Percy Anderson<br>Dept. 9A<br><br>**JOINT STIPULATION REQUESTING EXPEDITED BRIEFING AND HEARING SCHEDULE RE PLAINTIFFS' MOTION TO STRIKE OR EXCLUDE PORTIONS OF MS. RUSNAK'S DAMAGES OPINIONS**<br><br>Discovery Cutoff Date: June 2, 2017<br>Pretrial Conference Date: January 31, 2020<br>Trial Date: February 18, 2020<br>Existing Hearing Date: February 24, 2020<br>Requested Hearing Date: February 10, 2020 |

Plaintiffs Universal Cable Productions LLC and Northern Entertainment Productions LLC ("Universal" or "Plaintiffs") together with Defendant Atlantic Specialty Insurance Company ("Atlantic" or "Defendant") submit this Joint Stipulation Requesting Expedited Briefing and Hearing Schedule re Plaintiffs' Motion to Strike or Exclude Portions of Ms. Rusnak's Damages Opinions ("Motion to Strike").

1. WHEREAS, at the Pretrial Conference on January 17, 2020, the Court granted Defendant's Motion for Leave to Amend Court's Scheduling Order to Allow Substitution of Expert Witness on Account of Death of Jay Shapiro, CPA, Dkt 233, 160;

2. WHEREAS, Defendant served the expert report of Shannon Rusnak on Plaintiffs on January 17, 2020, following the Pretrial Conference;

3. WHEREAS, Plaintiffs met and conferred in person with Defendant on January 22, 2020, regarding Plaintiffs' Motion to Strike, as well as exhibits, jury instructions, verdict form, and witness lists;

4. WHEREAS, Plaintiffs will file their Motion to Strike on January 27, 2020;

5. WHEREAS, the Court would therefore hear Plaintiffs' motion on February 24, 2020;

6. WHEREAS, this case is set for trial on February 18, 2020;

7. WHEREAS, the parties agree that the motion should be heard prior to trial;

8. THEREFORE, the parties respectfully request that the Court institute the following schedule for Plaintiffs' Motion to Strike:

| | |
|---|---|
| Monday, 1/27/20: | Plaintiffs' Motion Filed |
| Tuesday, 2/4/20, 2:00 p.m.: | Defendant's Opposition Due |
| Thursday, 2/6/20: | Plaintiffs' Reply Due |
| Monday, 2/10/20, 1:30 p.m.: | Hearing |

| | | |
|---|---|---|
| DATED: | January 27, 2020 | SUSMAN GODFREY L.L.P. |

By */s/ Amanda K. Bonn*
KALPANA SRINIVASAN (237460)
ksrinivasan@susmangodfrey.com
AMANDA K. BONN (270891)
abonn@susmangodfrey.com
CATRIONA LAVERY (310546)
clavery@susmangodfrey.com
CHELSEA V. SAMUELS (315257)
csamuels@susmangodfrey.com
SUSMAN GODFREY L.L.P.
1900 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067-6029
Tel: (310) 789-3100
Fax: (310) 789-3150

JACOB W. BUCHDAHL
(*pro hac vice*)
jbuchdahl@susmangodfrey.com
SUSMAN GODFREY L.L.P.
1301 Avenue of the Americas,
32nd Floor
New York, NY 10019-6023
Tel: (212) 336-8330
Fax: (212) 336-8340

*Attorneys for Plaintiffs*

DATED:  January 27, 2020

MARC J. SHRAKE
FREEMAN MATHIS & GARY, LLP
-and-
CHRISTOPHER W. MARTIN (Pro Hac Vice)
MELINDA R. BURKE (Pro Hac Vice)
MARTIN, DISIERE, JEFFERSON & WISDOM LLP

By */s/  Marc J. Shrake*
*Attorneys for Defendant*
ATLANTIC SPECIALTY INSURANCE COMPANY

### Attestation Regarding Signatures

I, Amanda K. Bonn attest that all signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

By: */s/ Amanda Bonn*