KALPANA SRINIVASAN (237460)
ksrinivasan@susmangodfrey.com
AMANDA K. BONN (270891)
abonn@susmangodfrey.com
CATRIONA LAVERY (310546)
clavery@susmangodfrey.com
CHELSEA SAMUELS (315257)
csamuels@susmangodfrey.com
SUSMAN GODFREY L.L.P.
1900 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067-6029
Tel: (310) 789-3100
Fax: (310) 789-3150

JACOB W. BUCHDAHL (*pro hac vice*)
jbuchdahl@susmangodfrey.com
SUSMAN GODFREY L.L.P.
1301 Avenue of the Americas, 32nd Floor
New York, NY 10019-6023
Tel: (212) 336-8330
Fax: (212) 336-8340

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA — WESTERN DIVISION

| | |
|---|---|
| UNIVERSAL CABLE PRODUCTIONS LLC and NORTHERN ENTERTAINMENT PRODUCTIONS LLC, <br><br> Plaintiffs, <br><br> v. <br><br> ATLANTIC SPECIALTY INSURANCE COMPANY, <br><br> Defendant. | Case No.: 2:16-cv-4435-PA-MRW <br> The Honorable Percy Anderson <br> Dept. 9A <br><br> **DECLARATION OF AMANDA K. BONN IN SUPPORT OF JOINT STIPULATION REQUESTING EXPEDITED BRIEFING AND HEARING SCHEDULE RE PLAINTIFFS' MOTION TO STRIKE OR EXCLUDE PORTIONS OF MS. RUSNAK'S DAMAGES OPINIONS** <br><br> Trial Date: February 18, 2020 <br> Discovery Cutoff Date: June 2, 2017 <br> Pretrial Conference Date: January 31, 2020 <br> Trial Date: February 18, 2020 <br> Existing Hearing Date: February 24, 2020 <br> Requested Due Date: February 10, 2020 |

I, Amanda Bonn, do hereby declare and state as follows:

1.      I am an active member in good standing with the State Bar of California. I maintain my office at 1900 Avenue of the Stars, Suite 1400, Los Angeles, California 90067.  I am a Partner of Susman Godfrey L.L.P., and one of the attorneys of record in this matter for the Plaintiffs.  I have personal knowledge of the matters set forth in this declaration, and if called upon as a witness I could and would testify competently.

2.      I respectfully submit this declaration in support of the Joint Stipulation Requesting Expedited Briefing and Hearing Schedule re Plaintiffs' Motion to Strike or Exclude Portions of Ms. Rusnak's Damages Opinions ("Motion to Strike").

3.      At the Pretrial Conference on January 17, 2020, the Court granted Defendant's Motion for Leave to Amend Court's Scheduling Order to Allow Substitution of Expert Witness on Account of Death of Jay Shapiro, CPA, Dkt 233, 160.

4.      Later that day, Defendant served the expert report of Shannon Rusnak on Plaintiffs.

5.      Plaintiffs worked diligently to analyze Ms. Rusnak's report and identified serious problems in her analysis.

6.      Plaintiffs met and conferred in person with Defendant on January 22, 2020, regarding Plaintiffs' Motion to Strike, as well as exhibits, jury instructions, verdict form, and witness lists.

7.      Plaintiffs will file their Motion to Strike on January 27, 2020.

8.      The hearing date assigned per the local rules would then be February 24, 2020, but this case is set to begin trial on February 18, 2020.

9.      Plaintiffs and Defendant agree that the Motion to Strike should be heard prior to trial.

10.      Therefore, Plaintiffs respectfully request the following briefing and hearing schedule, to which Defendant has agreed:

| | | |
|---|---|---|
| 1 | Monday, 1/27/20: | Plaintiffs' Motion Filed |
| 2 | Tuesday, 2/4/20, 2:00 p.m.: | Defendant's Opposition Due |
| 3 | Thursday, 2/6/20: | Plaintiffs' Reply Due |
| 4 | Monday, 2/10/20, 1:30 p.m.: | Hearing |

11.     The above schedule gives Defendant an additional one-half business day to oppose Plaintiffs' motion than it would have if the motion were heard on the regularly-noticed motion calendar. Plaintiffs will have 2.5 business days to submit their reply, as opposed to one week under the regularly-noticed motion schedule.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 27th day of January, 2020, in Los Angeles, California.


*/s/ Amanda Bonn*
Amanda Bonn