UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| UNIVERSAL CABLE PRODUCTIONS LLC and NORTHERN ENTERTAINMENT PRODUCTIONS LLC,<br><br>          Plaintiffs,<br><br>   v.<br><br>ATLANTIC SPECIALTY INSURANCE COMPANY,<br>          Defendant. | Case No.: 2:16-cv-4435-PA-MRW<br><br>Honorable Percy Anderson<br>Dept. 9A<br><br>**[PROPOSED] ORDER GRANTING JOINT STIPULATION REQUESTING EXPEDITED BRIEFING AND HEARING SCHEDULE RE PLAINTIFFS' MOTION TO STRIKE OR EXCLUDE PORTIONS OF MS. RUSNAK'S DAMAGES OPINIONS**<br><br>Discovery Cutoff Date: June 2, 2017<br>Pretrial Conference Date: Jan. 17, 2020<br>Trial Date: Feb. 18, 2020<br><br>Existing Hearing Date: Feb. 24, 2020<br>Requested Hearing Date: Feb. 10, 2020 |

Having considered the Joint Stipulation Requesting Expedited Briefing and Hearing Schedule re Plaintiffs' Motion to Strike or Exclude Portions of Ms. Rusnak's Damages Opinions ("Motion to Strike") and good cause having been shown, the Court GRANTS the Joint Stipulation. The parties' requested schedule will allow the motion to be heard prior to trial. Therefore, the briefing deadlines and hearing date for Plaintiffs' Motion to Strike are as follows:

| | |
|---|---|
| Monday, 1/27/20: | Plaintiffs' Motion Filed |
| Tuesday, 2/4/20, 2:00 p.m.: | Defendant's Opposition Due |
| Thursday, 2/6/20: | Plaintiffs' Reply Due |
| Monday, 2/10/20, 1:30 p.m.: | Hearing |

IT IS SO ORDERED.

DATED: _____

_____
Honorable Percy Anderson
United States District Judge