KALPANA SRINIVASAN (237460)
ksrinivasan@susmangodfrey.com
AMANDA K. BONN (270891)
abonn@susmangodfrey.com
CATRIONA LAVERY (310546)
clavery@susmangodfrey.com
CHELSEA SAMUELS (315257)
csamuels@susmangodfrey.com
SUSMAN GODFREY L.L.P.
1900 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067-6029
Tel: (310) 789-3100
Fax: (310) 789-3150

JACOB W. BUCHDAHL (*pro hac vice*)
jbuchdahl@susmangodfrey.com
SUSMAN GODFREY L.L.P.
1301 Avenue of the Americas, 32nd Floor
New York, NY 10019-6023
Tel: (212) 336-8330
Fax: (212) 336-8340

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNIVERSAL CABLE PRODUCTIONS LLC and NORTHERN ENTERTAINMENT PRODUCTIONS LLC,<br><br>    Plaintiffs,<br><br>    v.<br><br>ATLANTIC SPECIALTY INSURANCE COMPANY,<br><br>    Defendant. | Case No.: 2:16-cv-4435-PA-MRW<br><br>The Honorable Percy Anderson<br>Dept. 9A<br><br>**PLAINTIFFS' NOTICE OF MOTION AND MOTION TO STRIKE OR EXCLUDE PORTIONS OF MS. RUSNAK'S DAMAGES OPINIONS**<br><br>Current Hr'g Date: Monday, Feb. 24, 2020<br>Requested Date: Monday, Feb. 10, 2020<br>Time: 1:30 p.m.<br>Place: Courtroom 9A<br>Trial Date: February 18, 2020 |

7093867v1/015825

**TO:  ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that on Monday, February 24, 2020, at 1:30 p.m., in the courtroom of the Honorable Percy Anderson, United States District Judge, at the United States Courthouse, 312 North Spring Street, Los Angeles, California 90012, Plaintiffs will move the Court, pursuant to Rule 30 of the Federal Rules of Civil Procedure, for an order excluding portions of Ms. Rusnak's damages opinions. Should the Court grant the parties' stipulation being filed concurrently herewith, Plaintiffs' motion will instead be heard on Monday, February 10, 2020, at 1:30 p.m. in the same location.

This motion is based upon this Notice, Plaintiff's Memorandum of Points and Authorities in Support of Plaintiffs' Motion To Strike, the Declaration of Amanda Bonn in Support thereof, the Declaration of Barbara-Ann ("BJ") Markus-Caffrey in support thereof, the proposed Order granting Plaintiffs' motion, all of the pleadings, documents and records on file herein, and on such other evidence and argument as may be presented at the hearing on this motion.

DATED:      January 27, 2020                    SUSMAN GODFREY L.L.P.

*/s/ Amanda K. Bonn*
KALPANA SRINIVASAN (237460)
ksrinivasan@susmangodfrey.com
AMANDA K. BONN (270891)
abonn@susmangodfrey.com
CATRIONA LAVERY (310546)
clavery@susmangodfrey.com
CHELSEA SAMUELS (315257)
csamuels@susmangodfrey.com
SUSMAN GODFREY L.L.P.
1900 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067-6029
Tel: (310) 789-3100
Fax: (310) 789-3150

7093867v1/015825

JACOB W. BUCHDAHL (*pro hac vice*)
jbuchdahl@susmangodfrey.com
SUSMAN GODFREY L.L.P.
1301 Avenue of the Americas, 32nd Floor
New York, NY 10019-6023
Tel: (212) 336-8330
Fax: (212) 336-8340

*Attorneys for Plaintiffs*

7093867v1/015825