# EXHIBIT A

**"DIG"   Locked Budget**
**PATTERN: 5 Episode - (8) Days in Israel**

| | |
|---|---|
| Exec Producer: T.Kring/G.Raff/Keshet/G.Berman/G.Stein/J.Glazier | Budget Date:   Ver 4, 06/08/14 |
| Producer       : M.Winemaker/Liat Benasuly | Start Shoot :   June 1, 2014 |
| Director       : TBD | Work Week :   (1.6)  5-Day Weeks - 12.5 lapse hours |
| | Israel Holidays: Israel Independence Day, Shavous |
| | US Holidays:  Memorial Day, July 4th, Labor Day |
| | Post Production : Los Angeles |

US$ Budget: US$1.0=ILS3.45; US$1.0=CAD$0.91

| Acct# | Category Description | Page | Total |
|---|---|---|---|
| 600 | PRODUCERS | 1 | $275,138 |
| 610 | STORY | 2 | $47,808 |
| 620 | DIRECTOR | 3 | $35,767 |
| 630 | CAST | 3 | $475,012 |
| 640 | CAST OTHERS | 5 | $65,131 |
| 660 | STUNTS | 5 | $24,984 |
| 670 | CASTING AND OTHER STAFF | 6 | $21,003 |
| 680 | ATL TRAVEL AND LIVING | 6 | $65,553 |
| 690 | ATL FRINGES | 8 | $27,760 |
| **690** | **Total Fringes** | | **$65,560** |
| | **TOTAL ABOVE-THE-LINE** | | **$1,103,716** |
| 700 | EXTRA TALENT | 10 | $40,087 |
| 705 | PRODUCTION STAFF | 10 | $102,242 |
| 710 | CAMERA | 14 | $92,914 |
| 715 | ART DIRECTION | 17 | $28,650 |
| 720 | SET CONSTRUCTION | 18 | $87,912 |
| 721 | SET STRIKE | 18 | $1,410 |
| 725 | GRIPS/SET OPERATIONS | 18 | $99,941 |
| 730 | ELECTRICAL | 21 | $84,557 |
| 735 | SPECIAL EFFECTS | 23 | $13,291 |
| 740 | OTHER SHOOTING UNITS | 24 | $8,703 |
| 745 | SET DRESSING | 24 | $67,174 |
| 750 | PROPERTY | 25 | $46,694 |
| 755 | WARDROBE | 26 | $61,161 |
| 760 | MAKEUP AND HAIR | 28 | $26,602 |
| 765 | PRODUCTION SOUND | 29 | $14,722 |
| 770 | TRANSPORTATION | 30 | $179,200 |
| 775 | LOCATION EXPENSE | 32 | $205,177 |
| 780 | SPECIAL PHOTOGRAPHY | 35 | $30,000 |
| 799 | PRODUCTION DAILIES | 35 | $19,070 |
| **795** | **Total Fringes** | | **$21,317** |
| | **TOTAL PRODUCTION** | | **$1,230,824** |
| 801 | EDITING | 37 | $94,107 |
| 802 | MUSIC | 38 | $20,000 |
| 803 | POST PRODUCTION SOUND | 38 | $19,960 |
| 804 | STOCK SHOTS | 39 | $5,000 |
| 805 | TITLES | 39 | $2,575 |
| 806 | OPTICALS | 39 | $1,000 |
| 807 | IMAGE MASTERING | 40 | $11,560 |
| 808 | COMPLETION DELIVERABLES | 40 | $4,334 |
| | **TOTAL POST PRODUCTION** | | **$158,536** |

PATTERN - Locked Budget  Dig Srs  June 8, 2014

| Acct# | Category Description | Page | Total |
|---|---|---|---|
| 910 | ADMINISTRATIVE EXPENSES | 41 | $40,903 |
| 940 | AMORT | 41 | $942,768 |
| 981 | RESIDUALS | 41 | $62,656 |
| 982 | AGENCY PACKAGING FEE | 42 | $21,000 |
| 985 | COST RECOUPMENT | 43 | $(18,905) |
|  | **TOTAL OTHER** |  | **$1,048,422** |
|  | **Total Above-The-Line** |  | **$1,103,716** |
|  | **Total Below-The-Line** |  | **$2,437,782** |
|  | **Total Above and Below-The-Line** |  | **$3,541,498** |
|  | **Grand Total** |  | **$3,541,498** |