KALPANA SRINIVASAN (237460)
ksrinivasan@susmangodfrey.com
AMANDA K. BONN (270891)
abonn@susmangodfrey.com
CATRIONA LAVERY (310546)
clavery@susmangodfrey.com
CHELSEA SAMUELS (315257)
csamuels@susmangodfrey.com
SUSMAN GODFREY L.L.P.
1900 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067-6029
Tel: (310) 789-3100
Fax: (310) 789-3150

JACOB W. BUCHDAHL (*pro hac vice*)
jbuchdahl@susmangodfrey.com
SUSMAN GODFREY L.L.P.
1301 Avenue of the Americas, 32nd Floor
New York, NY 10019-6023
Tel: (212) 336-8330
Fax: (212) 336-8340

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA — WESTERN DIVISION

| | |
|---|---|
| UNIVERSAL CABLE PRODUCTIONS LLC and NORTHERN ENTERTAINMENT PRODUCTIONS LLC,<br><br>Plaintiffs,<br><br>v.<br><br>ATLANTIC SPECIALTY INSURANCE COMPANY,<br><br>Defendant. | Case No.: 2:16-cv-4435-PA-MRW<br><br>The Honorable Percy Anderson<br>Dept. 9A<br><br>**DECLARATION OF AMANDA K. BONN IN SUPPORT OF PLAINTIFFS' MOTION TO STRIKE OR EXCLUDE PORTIONS OF MS. RUSNAK'S DAMAGES OPINIONS**<br><br>Pretrial Conference Date: January 31, 2020<br>Trial Date: February 18, 2020<br>Existing Hearing Date: February 24, 2020<br>Requested Hearing Date: February 10, 2020 |

I, Amanda Bonn, do hereby declare and state as follows:

1. I am an active member in good standing with the State Bar of California. I maintain my office at 1900 Avenue of the Stars, Suite 1400, Los Angeles, California 90067. I am a Partner of Susman Godfrey L.L.P., and one of the attorneys of record in this matter for the Plaintiffs. I have personal knowledge of the matters set forth in this declaration, and if called upon as a witness I could and would testify competently.

2. I respectfully submit this declaration in support of Plaintiffs' Motion to Strike or Exclude Portions of Ms. Rusnak's Damages Opinions.

3. I met and conferred with counsel for Defendant in advance of filing this motion. Counsel for Defendant advised that Defendant opposes the motion.

4. Attached hereto as **Exhibit 1** is a true and correct highlighted copy of excerpts of Policy MP00163-04, which was produced with a beginning bates number of ATL003073.

5. Attached hereto as **Exhibit 2** is a true and correct copy of the expert report of Jay Shapiro, dated April 25, 2017.

6. Attached hereto as **Exhibit 3** is a true and correct copy of excerpts of the deposition of Jay Shapiro.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 27th day of January, 2020, in Los Angeles, California.

/s/ Amanda Bonn
Amanda Bonn

1