KALPANA SRINIVASAN (237460)
ksrinivasan@susmangodfrey.com
AMANDA K. BONN (270891)
abonn@susmangodfrey.com
CATRIONA LAVERY (310546)
clavery@susmangodfrey.com
SUSMAN GODFREY L.L.P.
1900 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067-6029
Tel: (310) 789-3100
Fax: (310) 789-3150

JACOB W. BUCHDAHL (*pro hac vice*)
jbuchdahl@susmangodfrey.com
SUSMAN GODFREY L.L.P.
1301 Avenue of the Americas, 32nd Floor
New York, NY 10019-6023
Tel: (212) 336-8330
Fax: (212) 336-8340

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNIVERSAL CABLE PRODUCTIONS LLC and NORTHERN ENTERTAINMENT PRODUCTIONS LLC,<br><br>Plaintiffs,<br><br>v.<br><br>ATLANTIC SPECIALTY INSURANCE COMPANY,<br><br>Defendant. | Case No.: 2:16-cv-4435-PA-MRW<br><br>The Honorable Percy Anderson<br>Dept. 9A<br><br>**NOTICE OF LODGING [PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION TO STRIKE OR EXCLUDE PORTIONS OF MS. RUSNAK'S DAMAGES OPINIONS** |

1     PLEASE TAKE NOTICE that Plaintiffs UNIVERSAL CABLE PRODUCTIONS LLC and NORTHERN ENTERTAINMENT PRODUCTIONS LLC lodge the [Proposed] Order Granting Plaintiffs' Motion to Strike or Exclude Portions of Ms. Rusnak's Damages Opinions (dkt # 244).

DATED: January 27, 2020          SUSMAN GODFREY L.L.P.

                                         */s/ Amanda K. Bonn*
                                         KALPANA SRINIVASAN (237460)
                                         ksrinivasan@susmangodfrey.com
                                         AMANDA K. BONN (270891)
                                         abonn@susmangodfrey.com
                                         CATRIONA LAVERY (310546)
                                         clavery@susmangodfrey.com
                                         SUSMAN GODFREY L.L.P.
                                         1900 Avenue of the Stars, Suite 1400
                                         Los Angeles, CA 90067-6029
                                         Tel: (310) 789-3100
                                         Fax: (310) 789-3150

                                         JACOB W. BUCHDAHL (*pro hac vice*)
                                         jbuchdahl@susmangodfrey.com
                                         SUSMAN GODFREY L.L.P.
                                         1301 Avenue of the Americas, 32nd Floor
                                         New York, NY 10019-6023
                                         Tel: (212) 336-8330
                                         Fax: (212) 336-8340

                                         *Attorneys for Plaintiffs*