1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| UNIVERSAL CABLE PRODUCTIONS LLC and NORTHERN ENTERTAINMENT PRODUCTIONS LLC,<br><br>           Plaintiffs,<br><br>    v.<br><br>ATLANTIC SPECIALTY INSURANCE COMPANY,<br>           Defendant. | Case No.: 2:16-cv-4435-PA-MRW<br><br>Honorable Percy Anderson<br>Dept. 9A<br><br>**ORDER GRANTING JOINT STIPULATION REQUESTING EXPEDITED BRIEFING AND HEARING SCHEDULE RE PLAINTIFFS' MOTION TO STRIKE OR EXCLUDE PORTIONS OF MS. RUSNAK'S DAMAGES OPINIONS**<br><br>Discovery Cutoff Date: June 2, 2017<br>Pretrial Conference Date: Jan. 17, 2020<br>Trial Date: Feb. 18, 2020<br><br>Existing Hearing Date: Feb. 24, 2020<br>Requested Hearing Date: Feb. 10, 2020 |

1         Having considered the Joint Stipulation Requesting Expedited Briefing and

2   Hearing Schedule re Plaintiffs' Motion to Strike or Exclude Portions of Ms. Rusnak's

3   Damages Opinions ("Motion to Strike") and good cause having been shown, the Court

4   GRANTS the Joint Stipulation. The parties' requested schedule will allow the motion

5   to be heard prior to trial. Therefore, the briefing deadlines and hearing date for

6   Plaintiffs' Motion to Strike are as follows:

7                     Monday, 1/27/20:          Plaintiffs' Motion Filed

8                     Tuesday, 2/4/20, 2:00 p.m.:   Defendant's Opposition Due

9                     Thursday, 2/6/20:        Plaintiffs' Reply Due

10                    Monday, 2/10/20, 1:30 p.m.:  Hearing

11

12       IT IS SO ORDERED.

13

14  DATED:  January 28, 2020

15

16                                   Honorable Percy Anderson

                                    United States District Judge

17

18

19

20

21

22

23

24

25

26

27

28