MARC J. SHRAKE (SBN 219331)
mshrake@fmglaw.com
WAYNE H. HAMMACK (SBN 202709)
whammack@fmglaw.com
FREEMAN MATHIS & GARY, LLP
550 South Hope Street, Suite 2200
Los Angeles, California 90071
Telephone: (213) 615-7019
Facsimile: (213) 615-7000

CHRISTOPHER W. MARTIN *(Pro Hac Vice)*
martin@mdjwlaw.com
MELINDA R. BURKE *(Pro Hac Vice)*
burke@mdjwlaw.com
WILLIAM E. McMICHAEL *(Pro Hac Vice)*
mcmichael@mdiwlaw.com
MARTIN, DISIERE, JEFFERSON
& WISDOM LLP
9111 Cypress Waters Blvd., Suite 250
Dallas, Texas 75019
Telephone: (214) 420-5500
Facsimile: (214) 420-5501

Attorneys for Defendant
Atlantic Specialty Insurance Company

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| UNIVERSAL CABLE PRODUCTIONS LLC, a Delaware limited liability company, and NORTHERN ENTERTAINMENT PRODUCTIONS LLC, a Delaware limited liability company,<br><br>Plaintiffs,<br>vs.<br><br>ATLANTIC SPECIALTY INSURANCE COMPANY, a New York insurance company,<br><br>Defendant. | CASE NO. 2:16-cv-4435-PA-MRW<br><br>**DECLARATION OF MARC J. SHRAKE IN SUPPORT OF DEFENDANT'S UNOPPOSED MOTION FOR LEAVE TO AMEND COURT'S SCHEDULING ORDER TO ALLOW SUBSTITUTION OF EXPERT WITNESS ON ACCOUNT OF DEATH OF ANTHONY CLARK**<br><br>Pretrial Conference: January 31, 2020<br>Time: 1:30 PM PST<br>Place: Courtroom 9A<br>Judge: Honorable Percy Anderson<br>Trial: February 18, 2020 |

## DECLARATION OF MARC J. SHRAKE

I, Marc J. Shrake, declare as follows:

1. I am an attorney authorized to practice before all California courts and

Freeman Mathis & Gary, LLP
Attorneys at Law

DECLARATION OF MARC J. SHRAKE IN SUPPORT OF DEFENDANT'S UNOPPOSED MOTION FOR LEAVE TO AMEND COURT'S SCHEDULING ORDER TO ALLOW SUBSTITUTION OF EXPERT WITNESS

before this Court and am a partner with the law firm of Freeman Mathis & Gary, LLP, attorneys for Defendant Atlantic Specialty Insurance Company ("ASIC").

2. I have personal knowledge of the matters set forth in this declaration, and if called upon to testify to them, could and would do so.

3. I make this declaration in conjunction with, and in support of, Atlantic Specialty's Unopposed Motion for Leave to Amend Court's Scheduling Order to Allow Substitution of "Bad Faith" Expert Witness following Death of Anthony Clark.

4. Early in the afternoon yesterday, January 28, 2020, I learned that ASIC's designated "bad faith" expert, Anthony Clark, had suddenly passed away over the weekend following an accidental fall.

5. Within several hours of learning this information, my co-counsel Melinda Burke advised Plaintiffs' counsel of this development.

6. Also, within several hours, we had retained a substitute expert, Peter Evans, for Mr. Clark and began sending him case materials.

7. Today counsel for Plaintiffs sent me an email containing the following statement regarding its non-opposition to ASIC's motion: "Plaintiffs do not oppose the substitution so long as Defendant's new expert does not go beyond the scope of Mr. Clark's March 17, 2017 Report and April 28, 2017 Rebuttal Report and is bound by Mr. Clark's prior admissions. Plaintiffs do not waive any rights to challenge the relevance of the opinions stated in Mr. Clark's reports, to argue that the opinions stated in Mr. Clark's proffer or any proffer submitted by Mr. Evans go beyond the scope of Mr. Clark's originally disclosed reports, or to object to Mr. Evan's qualifications."

8. I and my co-counsel do not yet know when Mr. Evans can complete his review and prepare his report.

9. Based on preliminary conversations with Mr. Evans, ASIC is hopeful this can be done by February 10, 2020. Mr. Evans will then be available for

Freeman Mathis & Gary, LLP
Attorneys at Law

1  deposition immediately after his report is produced.

2      I declare under penalty of perjury of the laws of the United States of America
3  and the laws of the State of California that the foregoing is true and correct and that
4  this declaration is executed this 29th day of January 2020, at Los Angeles,
5  California.

7                          By: */s/ Marc J. Shrake*
                              MARC J. SHRAKE

**Freeman Mathis & Gary, LLP**
Attorneys at Law