Freeman Mathis
& Gary, LLP
Attorneys at Law

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION**

| | |
|---|---|
| UNIVERSAL CABLE PRODUCTIONS LLC, a Delaware limited liability company, and NORTHERN ENTERTAINMENT PRODUCTIONS LLC, a Delaware limited liability company, <br><br> Plaintiffs, <br><br> vs. <br><br> ATLANTIC SPECIALTY INSURANCE COMPANY, a New York insurance company, <br><br> Defendant. | CASE NO. 2:16-cv-04435-PA-MRW <br> [*Hon. Percy Anderson; Ctrm. 9A*] <br><br> **[PROPOSED] ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION FOR LEAVE TO AMEND COURT'S SCHEDULING ORDER TO ALLOW SUBSTITUTION OF "BAD FAITH" EXPERT WITNESS FOLLOWING DEATH OF ANTHONY CLARK** <br><br> Pretrial Conference:  January 17, 2020 <br> Time:  1:30 PM PST <br> Trial:  February 18, 2020 |

CAME ON FOR CONSIDERATION this ____ day of January 2020, Atlantic Specialty's Unopposed Motion for Leave to Amend Court's Scheduling Order to Allow Substitution of "Bad Faith" Expert Witness following Death of Anthony Clark. The Court, having considered the arguments and evidence presented by the parties, is of the opinion that the motion should be and hereby is GRANTED.

IT IS HEREBY ORDERED AS FOLLOWS:

        1.      ASIC shall be allowed to substitute Peter Evans, Executive General Adjuster at Evans Adjusters**,** in place of now-deceased

Anthony Clark and to designate Mr. Evans as ASIC's expert with respect to Plaintiffs' bad faith claim and in rebuttal to the anticipated testimony of Plaintiffs' expert and fact witnesses regarding alleged bad faith conduct.

2.     Mr. Evans shall be permitted to submit an expert report and such report shall be provided to Plaintiffs' counsel as soon as possible.

3.     Mr. Evans may be deposed on a date mutually agreeable to counsel.

4.     Plaintiffs shall be permitted to submit an expert report in rebuttal to Mr. Evans's report, and that report shall be provided no later than seven days after the completion of Mr. Evans' deposition

Dated:  _____, 2020          _____

                                                                    HONORABLE PERCY ANDERSON

Freeman Mathis
& Gary, LLP
Attorneys at Law

-2-
[PROPOSED] ORDER GRANTED DEFENDANT'S UNOPPOSED MOTION FOR LEAVE TO AMEND
COURT'S SCHEDULING ORDER TO ALLOW SUBSTITUTION OF EXPERT WITNESS