UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 16-4435 PA (MRWx) | Date | January 31, 2020 |
|---|---|---|---|
| Title | Universal Cable Productions LLC., et al. v. Atlantic Specialty Insurance Company | | |

| Present: The Honorable | PERCY ANDERSON, UNITED STATES DISTRICT JUDGE | |
|---|---|---|
| T. Jackson | Katie Thibodeaux | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Kalpana Srinivasan | Marc J. Shrake |
| Catriona M. Lavery | Christopher W. Martin |
| Amanda K. Bonn | William E. McMichael |
| Chelsea Victoria Samuels | |

**Proceedings:**  FINAL PRETRIAL CONFERENCE

Cause called; appearances made. Counsel are ordered to file a revised pretrial conference order and disputed jury instruction re judicial notice by noon, on February 6, 2020.

|  | 1 | : | 15 |
|---|---|---|---|
| Initials of Preparer | | | TJ |