MARC J. SHRAKE (SBN 219331)
mshrake@fmglaw.com
FREEMAN MATHIS & GARY, LLP
550 South Hope Street, Suite 2200
Los Angeles, California 90071
Telephone: (213) 615-7019
Facsimile: (213) 615-7000

CHRISTOPHER W. MARTIN *(Pro Hac Vice)*
martin@mdjwlaw.com
MELINDA R. BURKE *(Pro Hac Vice)*
burke@mdjwlaw.com
WILLIAM E. McMICHAEL *(Pro Hac Vice)*
mcmichael@mdiwlaw.com
MARTIN, DISIERE, JEFFERSON
& WISDOM LLP
9111 Cypress Waters Blvd., Suite 250
Dallas, Texas 75019
Telephone: (214) 420-5500
Facsimile: (214) 420-5501

Attorneys for Defendant
Atlantic Specialty Insurance Company

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| UNIVERSAL CABLE PRODUCTIONS LLC, a Delaware limited liability company, and NORTHERN ENTERTAINMENT PRODUCTIONS LLC, a Delaware limited liability company,<br><br>　　　　　Plaintiffs,<br>　v.<br>ATLANTIC SPECIALTY INSURANCE COMPANY, a New York insurance company,<br><br>　　　　　Defendant. | CASE NO. 2:16-cv-4435-PA-MRW<br><br>**NOTICE OF LODGING [PROPOSED] ORDER DENYING PLAINTIFFS' MOTION TO STRIKE OR EXCLUDE PORTIONS OF MS. RUSNAK'S DAMAGES OPINIONS**<br><br>Hearing Date: February 10, 2020<br>Time: 1:30 p.m.<br>Place: Courtroom 9A<br>Judge: Honorable Percy Anderson<br>Trial: February 18, 2020 |

PLEASE TAKE NOTICE that Defendant ATLANTIC SPECIALTY INSURANCE COMPANY lodge the [Proposed] Order Denying Plaintiffs' Motion to Strike or Exclude Portions of Ms. Rusnak's Damages Opinions (Docket #244).

///

///

Freeman Mathis & Gary, LLP
Attorneys at Law

NOTICE OF LODGING [PROPOSED] ORDER DENYING PLAINTIFFS' MOTION TO STRIKE OR EXCLUDE PORTIONS OF MS. RUSNAK'S DAMAGES OPINIONS

| | |
|---|---|
| DATED:  February 4, 2020 | MARC J. SHRAKE<br>FREEMAN MATHIS & GARY, LLP<br><br>-and-<br><br>CHRISTOPHER W. MARTIN (*Pro Hac Vice*)<br>MELINDA R. BURKE (*Pro Hac Vice*)<br>WILLIAM E. McMICHAEL (*Pro Hac Vice*)<br>MARTIN, DISIERE, JEFFERSON<br>& WISDOM LLP<br><br>By:    */s/ Christopher W. Martin*<br>Attorneys for Defendant ATLANTIC<br>SPECIALTY INSURANCE COMPANY |

**Freeman Mathis & Gary, LLP**
Attorneys at Law

-2-
NOTICE OF LODGING [PROPOSED] ORDER DENYING PLAINTIFFS' MOTION TO STRIKE OR EXCLUDE PORTIONS OF MS. RUSNAK'S DAMAGES OPINIONS