# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| UNIVERSAL CABLE PRODUCTIONS LLC, a Delaware limited liability company, and NORTHERN ENTERTAINMENT PRODUCTIONS LLC, a Delaware limited liability company,<br><br>        Plaintiffs,<br>v.<br><br>ATLANTIC SPECIALTY INSURANCE COMPANY, a New York insurance company,<br><br>        Defendant. | CASE NO. 2:16-cv-4435-PA-MRW<br><br>**[PROPOSED] ORDER DENYING PLAINTIFFS' MOTION TO STRIKE OR EXCLUDE PORTIONS OF MS. RUSNAK'S DAMAGES OPINIONS**<br><br>Hearing Date: February 10, 2020<br>Time: 1:30 p.m.<br>Place: Courtroom 9A<br>Judge: Honorable Percy Anderson<br>Trial: February 18, 2020 |

CAME ON FOR CONSIDERATION this 10th day of February 2020, Plaintiff's Motion to Strike or Exclude Portions of Ms. Rusnak's Damages Opinions. The Court, having considered the arguments and evidence presented by the parties, is of the opinion that the motion should be and hereby is DENIED.

Dated: February ____, 2020

                                              HONORABLE PERCY ANDERSON

**Freeman Mathis & Gary, LLP**
Attorneys at Law