KALPANA SRINIVASAN (237460)
ksrinivasan@susmangodfrey.com
AMANDA K. BONN (270891)
abonn@susmangodfrey.com
CATRIONA LAVERY (310546)
clavery@susmangodfrey.com
CHELSEA SAMUELS (315257)
csamuels@susmangodfrey.com
SUSMAN GODFREY L.L.P.
1900 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067-6029
Tel: (310) 789-3100
Fax: (310) 789-3150

JACOB W. BUCHDAHL (*pro hac vice*)
jbuchdahl@susmangodfrey.com
SUSMAN GODFREY L.L.P.
1301 Avenue of the Americas, 32nd Floor
New York, NY 10019-6023
Tel: (212) 336-8330
Fax: (212) 336-8340

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNIVERSAL CABLE PRODUCTIONS LLC and NORTHERN ENTERTAINMENT PRODUCTIONS LLC,<br><br>　　　　　　　Plaintiffs,<br><br>　　v.<br><br>ATLANTIC SPECIALTY INSURANCE COMPANY,<br><br>　Defendant. | Case No.: 2:16-cv-4435-PA-MRW<br><br>The Honorable Percy Anderson<br>Dept. 9A<br><br>**NOTICE OF LODGING OF SECOND REVISED PROPOSED FINAL PRETRIAL CONFERENCE ORDER**<br><br>Trial Date: February 18, 2020 |

015825\7125315

1      PLEASE TAKE NOTICE that Plaintiffs Universal Cable Productions LLC

2  and Northern Entertainment Productions LLC lodge the Second Revised Proposed

3  Final Pretrial Conference Order, pursuant to Local Rule 16-7.

4

5  DATED:  February 6, 2020        SUSMAN GODFREY L.L.P.

6                             */s/ Kalpana Srinivasan*

7                             KALPANA SRINIVASAN (237460)
                               ksrinivasan@susmangodfrey.com

8                             AMANDA K. BONN (270891)

9                             abonn@susmangodfrey.com
                             CATRIONA LAVERY (310546)

10                           clavery@susmangodfrey.com

11                           CHELSEA SAMUELS (315257)
                           csamuels@susmangodfrey.com

12                           SUSMAN GODFREY L.L.P.

13                           1900 Avenue of the Stars, Suite 1400
                           Los Angeles, CA 90067-6029

14                           Tel: (310) 789-3100

15                           Fax: (310) 789-3150

16

17                           JACOB W. BUCHDAHL (*pro hac vice*)
                           jbuchdahl@susmangodfrey.com

18                           SUSMAN GODFREY L.L.P.
                           1301 Avenue of the Americas, 32nd Floor

19                           New York, NY 10019-6023

20                           Tel: (212) 336-8330
                           Fax: (212) 336-8340

21

22                           *Attorneys for Plaintiffs*

23

24

25

26

27

28

015825\7125315

## **CERTIFICATE OF SERVICE**

I certify that on February 6, 2020, I filed the foregoing with the Clerk of the United States District Court for the Central District of California by using the Court's CM/ECF system, which will send notifications of such filing to all counsel of record.

*/s/ Kalpana Srinivasan*
Kalpana Srinivasan

015825\7125315