1

2

3

4

5

6

7

8               **UNITED STATES DISTRICT COURT**

9        **CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION**

10  UNIVERSAL CABLE PRODUCTIONS          ) CASE NO. 2:16-cv-4435-PA-MRW
    LLC, a Delaware limited liability    )
11  company, and NORTHERN                ) **[PROPOSED] ORDER**
    ENTERTAINMENT PRODUCTIONS            ) **GRANTING DEFENDANT**
12  LLC, a Delaware limited liability    ) **ATLANTIC SPECIALTY'S**
    company,                             ) **MOTION TO STRIKE**
13                                       ) **PLAINTIFFS' EXPERT PHILIP**
                    Plaintiffs,          ) **KINE'S OPINION**
14          vs.                          )
                                         ) Hearing Date:    February 10, 2020
15  ATLANTIC SPECIALTY INSURANCE         ) Hearing Time:  1:30 p.m.
    COMPANY, a New York insurance        ) File Date: 6/20/2016
16  company,                             ) Pre-Trial Conference: 1/17/2020
                                         ) Trial Date:   2/18/2020
17                  Defendant.           )
    ─────────────────────────────────── )

18

19          The Court having read and considered Defendant's Motion to Strike Expert

20  Philip Kline's Opinions and good cause appearing therefor, GRANTS Defendant's

21  Motion, and ORDERS that Plaintiff's late-disclosed expert witness, Philip Kline, may

22  not testify, or otherwise offer any opinions, at trial of this matter.

23

24

25

26  Dated: February _____, 2020

27                                          _____
                                            HONORABLE PERCY ANDERSON
28

Freeman Mathis
& Gary, LLP
Attorneys at Law