KALPANA SRINIVASAN (237460)
ksrinivasan@susmangodfrey.com
AMANDA K. BONN (270891)
abonn@susmangodfrey.com
CATRIONA LAVERY (310546)
clavery@susmangodfrey.com
CHELSEA SAMUELS (315257)
csamuels@susmangodfrey.com
SUSMAN GODFREY L.L.P.
1900 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067-6029
Tel: (310) 789-3100
Fax: (310) 789-3150

JACOB W. BUCHDAHL (*pro hac vice*)
jbuchdahl@susmangodfrey.com
SUSMAN GODFREY L.L.P.
1301 Avenue of the Americas, 32nd Floor
New York, NY 10019-6023
Tel: (212) 336-8330
Fax: (212) 336-8340

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNIVERSAL CABLE PRODUCTIONS LLC and NORTHERN ENTERTAINMENT PRODUCTIONS LLC,<br><br>Plaintiffs,<br><br>v.<br><br>ATLANTIC SPECIALTY INSURANCE COMPANY,<br><br>Defendant. | Case No.: 2:16-cv-4435-PA-MRW<br><br>The Honorable Percy Anderson<br>Dept. 9A<br><br>**NOTICE OF LODGING OF PX PHILLIPS 428**<br><br>Trial Date: February 18, 2020 |

7135502/015825

PLEASE TAKE NOTICE that Plaintiffs Universal Cable Productions LLC and Northern Entertainment Productions LLC lodge PX PHILLIPS 428.

At the hearing on Motions in Limine held on February 10, 2020 at 1:30 p.m., the Court requested that Plaintiffs submit a copy of PX PHILLIPS 428, a powerpoint presentation that Defendant seeks to exclude.  *See* Dkt. 201, Defendant's MIL #2.

PX PHILLIPS 248 includes Plaintiffs' policy in a list of Significant Business Non-Renewed and includes loss information specific to Plaintiffs' policy.  PX PHILLIPS 428 at 14; *see* Dkt. 234 at 37 (Joint Exhibit Stipulation).  The exhibit also demonstrates that Defendant's Entertainment Division was struggling and that Defendant was refocusing its underwriting to improve profitability.

Plaintiffs lodge two version of PX PHILLIPS 428 – one as produced by Defendant (Attachment A) and another with additional redactions applied by Plaintiffs (Attachment B).  Plaintiffs' redactions are in grey.  The exhibit also references other divisions of OneBeacon, but Plaintiffs have redacted these portions as Plaintiffs do not seek to present those sections to the jury.[1]

DATED: February 12, 2020           SUSMAN GODFREY L.L.P.

*/s/ Kalpana Srinivasan*
KALPANA SRINIVASAN (237460)
ksrinivasan@susmangodfrey.com
AMANDA K. BONN (270891)
abonn@susmangodfrey.com
CATRIONA LAVERY (310546)
clavery@susmangodfrey.com
CHELSEA SAMUELS (315257)
csamuels@susmangodfrey.com
SUSMAN GODFREY L.L.P.
1900 Avenue of the Stars, Suite 1400

---

[1] In meeting and conferring with Defendant in advance of filing the most recent Joint Exhibit Stipulation, Dkt. 234, Plaintiffs proposed redacting information regarding other lines of business from this exhibit.  Defendant did not agree to this compromise.

2

| | |
|---|---|
| 1 | Los Angeles, CA 90067-6029 |
| 2 | Tel: (310) 789-3100 |
|   | Fax: (310) 789-3150 |
| 3 | |
| 4 | JACOB W. BUCHDAHL (*pro hac vice*) |
|   | jbuchdahl@susmangodfrey.com |
| 5 | SUSMAN GODFREY L.L.P. |
| 6 | 1301 Avenue of the Americas, 32nd Floor |
|   | New York, NY 10019-6023 |
| 7 | Tel: (212) 336-8330 |
| 8 | Fax: (212) 336-8340 |
| 9 | *Attorneys for Plaintiffs* |