| | |
|---|---|
| 1 | KALPANA SRINIVASAN (237460)<br>ksrinivasan@susmangodfrey.com |
| 2 | AMANDA K. BONN (270891)<br>abonn@susmangodfrey.com |
| 3 | CATRIONA LAVERY (310546)<br>clavery@susmangodfrey.com |
| 4 | CHELSEA SAMUELS (315257)<br>csamuels@susmangodfrey.com |
| 5 | SUSMAN GODFREY L.L.P.<br>1900 Avenue of the Stars, Suite 1400 |
| 6 | Los Angeles, CA 90067-6029<br>Tel: (310) 789-3100 |
| 7 | Fax: (310) 789-3150 |
| 8 | JACOB W. BUCHDAHL (*pro hac vice*)<br>jbuchdahl@susmangodfrey.com |
| 9 | SUSMAN GODFREY L.L.P.<br>1301 Avenue of the Americas, 32nd Floor |
| 10 | New York, NY 10019-6023<br>Tel: (212) 336-8330 |
| 11 | Fax: (212) 336-8340 |

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA — WESTERN DIVISION

| | |
|---|---|
| UNIVERSAL CABLE PRODUCTIONS LLC and NORTHERN ENTERTAINMENT PRODUCTIONS LLC,<br><br>Plaintiffs,<br><br>v.<br><br>ATLANTIC SPECIALTY INSURANCE COMPANY,<br><br>Defendant. | Case No.: 2:16-cv-4435-PA-MRW<br>The Honorable Percy Anderson<br>Dept. 9A<br><br>**DECLARATION OF AMANDA K. BONN IN SUPPORT OF PLAINTIFFS' OPPOSITION TO MOTION TO STRIKE PHILIP KLINE'S OPINION**<br><br>Noticed Hearing Date: Feb. 10, 2020<br>Trial Date: Feb. 18, 2020 |

I, Amanda Bonn, do hereby declare and state as follows:

1. I am an active member in good standing with the State Bar of California. I maintain my office at 1900 Avenue of the Stars, Suite 1400, Los Angeles, California 90067. I am a Partner of Susman Godfrey L.L.P., and one of the attorneys of record in this matter for the Plaintiffs. I have personal knowledge of the matters set forth in this declaration, and if called upon as a witness I could and would testify competently.

2. I respectfully submit this declaration in support of Plaintiffs' Opposition to Motion to Strike Philip Kline's Opinion.

3. Plaintiffs received Ms. Shannon Rusnak's expert report on January 17, 2020.

4. Plaintiffs retained Mr. Kline on Thursday, January 30, 2020.

5. Mr. Kline began reviewing Ms. Rusnak's report on Friday, January 31, 2020.

6. Mr. Kline did not agree to provide a rebuttal report until Monday, February 3, 2020.

7. Plaintiffs did not receive a first draft of Mr. Kline's rebuttal report until Tuesday, February 4, 2020.

8. Plaintiffs deposed Ms. Rusnak on February 5, 2020.

9. Later that same day, Plaintiffs informed Defendant that they would be offering a rebuttal expert to Ms. Rusnak in redlined revisions to the draft Second Revised Pretrial Conference Order.

10. On Friday, February 7, 2020, Plaintiffs served Mr. Kline's rebuttal report.

11. Defendant did not confer with Plaintiffs in advance of filing its Motion to Strike Philip Kline's Opinion on February 10, 2020.

12. Plaintiffs reached out to Defendant to meet-and-confer and offered to make Mr. Kline available for deposition this week. Plaintiffs proposed filing a stipulation requesting that the motion be heard this Friday, February 14, 2020.

1

13. Defendant's counsel indicated that they were not available on Friday. Defendant refused to alter its position, to take Mr. Kline's deposition, or to schedule its motion for a hearing date in advance of trial.

14. Should Ms. Rusnak's amortization opinions be excluded, Plaintiffs will not call Mr. Kline as a witness at trial.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 12th day of February, 2020, in Los Angeles, California.

　　　　　　　　　　　*/s/ Amanda Bonn*
　　　　　　　　　　　Amanda Bonn