1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| UNIVERSAL CABLE PRODUCTIONS LLC and NORTHERN ENTERTAINMENT PRODUCTIONS LLC,<br><br>Plaintiffs,<br><br>v.<br><br>ATLANTIC SPECIALTY INSURANCE COMPANY,<br><br>Defendant. | Case No.: 2:16-cv-4435-PA-MRW<br><br>The Honorable Percy Anderson<br>Dept. 9A<br><br>**[PROPOSED] ORDER DENYING DEFENDANT'S MOTION TO STRIKE EXPERT PHILIP KLINE'S OPINION (DKT. 258)**<br><br>Trial Date: February 18, 2020 |

7138658/015825

Having considered Defendant Atlantic Specialty Insurance Company's Motion to Strike Plaintiffs' Expert Philip Kline's Opinion (Docket No. 258) and the supporting and opposing memoranda, declarations, and exhibits submitted by all parties, the motion is hereby DENIED.

Defendant's Motion for Leave to Amend Court's Scheduling Order to Allow Substitution of Expert Witness on Account of Death of Jay Shapiro, CPA, Dkt. 160, did not state that Plaintiffs, in rebutting Defendant's proposed substitute expert's opinions, should be limited to offering rebuttal opinions from Dr. Robert Wunderlich. Rather, Defendant stated that Plaintiffs should be allowed to rebut Ms. Shannon Rusnak's opinions through "any supplemental damages expert rebuttal report Plaintiffs wish to produce." Dkt. 160 at 4.

On January 17, 2020, Defendant served the expert report of Ms. Rusnak, which included new, amortization-related opinions and methodology. Plaintiffs may offer Mr. Kline's testimony solely to rebut Ms. Rusnak's new amortization opinions and methodology.

IT IS SO ORDERED.

DATED: _____

Honorable Percy Anderson
United States District Judge

1

7138658/015825