UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 16-04435 PA (MRWx) | Date | February 12, 2020 |
|---|---|---|---|
| Title | Universal Cable Productions, LLC, et al. v. Atlantic Specialty Insurance Co. | | |

| Present: The Honorable | PERCY ANDERSON, UNITED STATES DISTRICT JUDGE | |
|---|---|---|
| T. Jackson | Not Reported | N/A |
| Deputy Clerk | Court Reporter | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None | None |

**Proceedings:**    IN CHAMBERS – COURT ORDER

On its own motion, the Court continues the trial currently scheduled for Tuesday, February 18, 2020 at 9:00 a.m.  The Court anticipates that trial will begin on Tuesday, March 3, 2020 at 8:30 a.m., and will inform the parties once that date is confirmed as a date certain.

IT IS SO ORDERED.