KALPANA SRINIVASAN (237460)
ksrinivasan@susmangodfrey.com
AMANDA K. BONN (270891)
abonn@susmangodfrey.com
CATRIONA LAVERY (310546)
clavery@susmangodfrey.com
CHELSEA V. SAMUELS (315257)
csamuels@susmangodfrey.com
SUSMAN GODFREY L.L.P.
1900 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067-6029
Tel: (310) 789-3100
Fax: (310) 789-3150

JACOB W. BUCHDAHL (*pro hac vice*)
jbuchdahl@susmangodfrey.com
SUSMAN GODFREY L.L.P.
1301 Avenue of the Americas, 32nd Floor
New York, NY 10019-6023
Tel: (212) 336-8330
Fax: (212) 336-8340

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| UNIVERSAL CABLE PRODUCTIONS LLC, a Delaware limited liability company, and NORTHERN ENTERTAINMENT PRODUCTIONS LLC, a Delaware limited liability company,<br><br>Plaintiffs,<br><br>v.<br><br>ATLANTIC SPECIALTY INSURANCE COMPANY, a New York insurance company,<br><br>Defendant. | CASE NO. 2:16-cv-4435-PA-MRW<br><br>The Honorable Percy Anderson<br><br>Dept. 9A<br><br>**JOINT EXHIBIT STIPULATION**<br><br>Trial Date: March 3, 2020 |

1    The parties are in receipt of the Court's order continuing the trial date.  Dkt.
2  264.  The parties submit this Joint Exhibit Stipulation pursuant to the deadline listed
3  in Dkt. 157, which had set a trial date of February 18, 2020.  In light of the continued
4  trial date, the parties intend to file a Final Trial Exhibit Stipulation five days before
5  trial.  *See* Court's Standing Order at p.16.

7    Plaintiffs' Exhibit List is attached as **Exhibit A**.
8    Defendant's Exhibit List is attached as **Exhibit B**.

10  DATED:    February 13, 2020         SUSMAN GODFREY L.L.P.

By */s/ Amanda K. Bonn*
KALPANA SRINIVASAN (237460)
ksrinivasan@susmangodfrey.com
AMANDA K. BONN (270891)
abonn@susmangodfrey.com
CATRIONA LAVERY (310546)
clavery@susmangodfrey.com
CHELSEA V. SAMUELS (315257)
csamuels@susmangodfrey.com
SUSMAN GODFREY L.L.P.
1900 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067-6029
Tel: (310) 789-3100
Fax: (310) 789-3150

JACOB W. BUCHDAHL
(*pro hac vice*)
jbuchdahl@susmangodfrey.com
SUSMAN GODFREY L.L.P.
1301 Avenue of the Americas,
32nd Floor
New York, NY 10019-6023
Tel: (212) 336-8330
Fax: (212) 336-8340

*Attorneys for Plaintiffs*

| | |
|---|---|
| DATED:  February 13, 2020 | MARC J. SHRAKE<br>FREEMAN MATHIS & GARY, LLP<br>-and-<br>CHRISTOPHER W. MARTIN (Pro Hac Vice)<br>MELINDA R. BURKE (Pro Hac Vice)<br>MARTIN, DISIERE, JEFFERSON & WISDOM LLP |
| | By */s/  Christopher W. Martin*<br>*Attorneys for Defendant*<br>ATLANTIC SPECIALTY INSURANCE COMPANY |

**Attestation Regarding Signatures**

I, Amanda K. Bonn attest that all signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

By: */s/ Amanda K. Bonn*