# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| UNIVERSAL CABLE PRODUCTIONS LLC, a Delaware limited liability company, and NORTHERN ENTERTAINMENT PRODUCTIONS LLC, a Delaware limited liability company,<br><br>Plaintiffs,<br>vs.<br><br>ATLANTIC SPECIALTY INSURANCE COMPANY, a New York insurance company,<br><br>Defendant. | CASE NO. 2:16-cv-4435-PA-MRW<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT ATLANTIC SPECIALTY'S MOTION TO STRIKE PLAINTIFFS' EXPERT PHILIP KINE'S OPINION**<br><br>Hearing Date:  February 10, 2020<br>Hearing Time: 1:30 p.m.<br>File Date: 6/20/2016<br>Pre-Trial Conference: 1/17/2020<br>Trial Date:  2/18/2020 |

The Court having read and considered Defendant's Motion to Strike Expert Philip Kline's Opinions and good cause appearing therefor, GRANTS Defendant's Motion, and ORDERS that Plaintiff's late-disclosed expert witness, Philip Kline, may not testify, or otherwise offer any opinions, at trial of this matter.

Dated: February ____, 2020

_____
HONORABLE PERCY ANDERSON