| | |
|---|---|
| MARC J. SHRAKE (SBN 219331)<br>mshrake@fmglaw.com<br>FREEMAN MATHIS & GARY, LLP<br>550 South Hope Street, Suite 2200<br>Los Angeles, California 90071<br>Telephone: (213) 615-7019<br>Facsimile: (213) 615-7000<br><br>CHRISTOPHER W. MARTIN *(Pro Hac Vice)*<br>martin@mdjwlaw.com<br>MELINDA R. BURKE *(Pro Hac Vice)*<br>burke@mdjwlaw.com<br>WILLIAM E. McMICHAEL *(Pro Hac Vice)*<br>mcmichael@mdiwlaw.com<br>MARTIN, DISIERE, JEFFERSON<br>& WISDOM LLP<br>9111 Cypress Waters Blvd., Suite 250<br>Dallas, Texas 75019<br>Telephone: (214) 420-5500<br>Facsimile: (214) 420-5501<br><br>Attorneys for Defendant<br>Atlantic Specialty Insurance Company | |

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION**

| | |
|---|---|
| UNIVERSAL CABLE PRODUCTIONS LLC, a Delaware limited liability company, and NORTHERN ENTERTAINMENT PRODUCTIONS LLC, a Delaware limited liability company,<br><br>                    Plaintiffs,<br>          v.<br><br>ATLANTIC SPECIALTY INSURANCE COMPANY, a New York insurance company,<br><br>                    Defendant. | CASE NO. 2:16-cv-4435-PA-MRW<br><br>**NOTICE OF LODGING [PROPOSED] ORDER GRANTING DEFENDANT ATLANTIC SPECIALTY'S MOTION TO STRIKE PLAINTIFFS' EXPERT PHILIP KLINE'S OPINION**<br><br>Hearing Date: February 10, 2020<br>Time: 1:30 p.m.<br>Place: Courtroom 9A<br>Judge: Honorable Percy Anderson<br>Trial: February 18, 2020 |

PLEASE TAKE NOTICE that Defendant ATLANTIC SPECIALTY INSURANCE COMPANY lodge the [Proposed] Order Granting Defendant Atlantic Specialty's Motion to Strike Plaintiffs' Expert Philip Kline's Opinion.

///

///

DATED: February 18, 2020

MARC J. SHRAKE
FREEMAN MATHIS & GARY, LLP

-and-

CHRISTOPHER W. MARTIN (*Pro Hac Vice*)
MELINDA R. BURKE (*Pro Hac Vice*)
WILLIAM E. McMICHAEL (*Pro Hac Vice*)
MARTIN, DISIERE, JEFFERSON
& WISDOM LLP

By: */s/ Christopher W. Martin*
Attorneys for Defendant ATLANTIC
SPECIALTY INSURANCE COMPANY