KALPANA SRINIVASAN (237460)
ksrinivasan@susmangodfrey.com
AMANDA K. BONN (270891)
abonn@susmangodfrey.com
CATRIONA LAVERY (310546)
clavery@susmangodfrey.com
CHELSEA SAMUELS (315257)
csamuels@susmangodfrey.com
SUSMAN GODFREY L.L.P.
1900 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067-6029
Tel: (310) 789-3100
Fax: (310) 789-3150

JACOB W. BUCHDAHL (*pro hac vice*)
jbuchdahl@susmangodfrey.com
SUSMAN GODFREY L.L.P.
1301 Avenue of the Americas, 32nd Floor
New York, NY 10019-6023
Tel: (212) 336-8330
Fax: (212) 336-8340

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA — WESTERN DIVISION

| | |
|---|---|
| UNIVERSAL CABLE PRODUCTIONS LLC and NORTHERN ENTERTAINMENT PRODUCTIONS LLC,<br><br>Plaintiffs,<br><br>v.<br><br>ATLANTIC SPECIALTY INSURANCE COMPANY,<br><br>Defendant. | Case No.: 2:16-cv-4435-PA-MRW<br>The Honorable Percy Anderson<br>Dept. 9A<br><br>**JOINT STATEMENT REGARDING HEARING DATE FOR DEFENDANT'S MOTION TO STRIKE PLAINTIFFS' EXPERT PHILIP KLINE'S OPINION**<br><br>Noticed Hearing Date: Feb. 10, 2020<br>Plaintiffs' Requested Hearing Date: Feb. 24, 2020<br>Trial Date: March 3, 2020 (anticipated) |

7159160v1/015825

The Parties jointly submit this Statement Regarding the Hearing Date for Defendant's Motion to Strike Plaintiffs' Expert Philip Kline's Opinion, Dkt. 258 ("Motion to Strike" or "Motion").

1. WHEREAS, Defendant filed the Motion to Strike on February 10, 2020 with a noticed hearing time of February 10, 2020 at 1:30 p.m., Dkt 258;

2. WHEREAS, at the hearing on Motions in Limine on February 10, 2020, the Court ordered the parties to meet and confer regarding the Motion to Strike, Dkt. 265;

3. WHEREAS, the parties met and conferred but were unable to come to an agreement regarding the Motion, Dkt. 262-1 at ¶¶ 12-13;

4. WHEREAS, Plaintiffs filed their Opposition to the Motion to Strike on February 12, 2020, Dkt. 262;

5. WHEREAS, Defendant filed its Reply in Support of the Motion to Strike on February 18, 2020, Dkt. 268;

6. WHEREAS, this case is anticipated to begin trial on March 3, 2020, Dkt. 264;

7. WHEREAS, Plaintiffs respectfully request that the Court schedule the Motion to Strike for hearing on Monday, February 24, 2020 at 1:30 p.m. so that Defendant's Motion may be heard before trial and so that the Parties may arrange for the deposition of Mr. Kline, which Plaintiffs have offered to schedule;

8. WHEREAS, Defendant is opposed to a further hearing based on its position that the Court admonished the Parties at the February 10, 2020, hearing that Mr. Kline would not be permitted to testify, stating its rationale on the record, and, Defendant therefore respectfully requests that the Court grant its Motion to Strike without an additional oral hearing, Dkt. 265;

9. THEREFORE, the Parties, having met and conferred and been unable to reach agreement, respectfully ask the Court hold a hearing on Defendant's Motion to Strike on February 24, 2020, at 1:30 P.M., or alternatively, decide the Motion

1

based on the papers submitted and proceedings to date.

DATED: February 20, 2020

SUSMAN GODFREY L.L.P.

By */s/ Amanda K. Bonn*
KALPANA SRINIVASAN (237460)
ksrinivasan@susmangodfrey.com
AMANDA K. BONN (270891)
abonn@susmangodfrey.com
CATRIONA LAVERY (310546)
clavery@susmangodfrey.com
CHELSEA V. SAMUELS (315257)
csamuels@susmangodfrey.com
SUSMAN GODFREY L.L.P.
1900 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067-6029
Tel: (310) 789-3100
Fax: (310) 789-3150

JACOB W. BUCHDAHL
(*pro hac vice*)
jbuchdahl@susmangodfrey.com
SUSMAN GODFREY L.L.P.
1301 Avenue of the Americas,
32nd Floor
New York, NY 10019-6023
Tel: (212) 336-8330
Fax: (212) 336-8340

*Attorneys for Plaintiffs*

7159160v1/015825

DATED:  February 20, 2020

MARC J. SHRAKE
FREEMAN MATHIS & GARY, LLP
-and-
CHRISTOPHER W. MARTIN (Pro Hac Vice)
MELINDA R. BURKE (Pro Hac Vice)
MARTIN, DISIERE, JEFFERSON & WISDOM LLP

By */s/   Christopher W. Martin*
*Attorneys for Defendant*
ATLANTIC SPECIALTY INSURANCE COMPANY

## Attestation Regarding Signatures

I, Amanda K. Bonn attest that all signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

By: */s/ Amanda Bonn*