**EXHIBIT 2**

# EVANS ADJUSTERS

119, Underhill Road,
Mill Valley, CA 94941
Phone: 415-381-9223
Fax: 415-388-6510
PSEvans@comcast.net

---

## PETER S. EVANS
Curriculum Vitae

**PROFESSIONAL EXPERIENCE**

Evans Adjusters                                                             2003 -

   *Executive General Adjuster/Owner*
      Large/complex loss adjuster, First party claims
      Appraiser or Umpire for Policy Appraisals
      Consultant/Expert Witness in disputed matters.
      California License #2D26665
      Washington License #749072
      Arizona License #1094830
      Texas License #1759390 (Lapsed 2014)

The ASU Group, Novato, CA (Successor to D.L. Glaze Co.)                     1999-2003

   *Vice President General Adjuster Operations/Executive General Adjuster*
   Responsible for supervision of adjusters and promotion of all aspects of the business, with special emphasis on property lines.
   Executive General Adjuster involved in property related losses of all types.
   Director, ASU Group General Adjuster program
   Consultation with attorneys and retention as expert for file review, deposition and testimony on claims handling practices in First Party and Concurrent Causation cases.
   Appraiser or Umpire when selected for Insurance Code 2071 Appraisals.

   Speaker/panelist at educational Seminars and Conferences, including the following groups:
      Loss Executives Association
      National Forum for Property Loss Professionals
      Property Loss Research Bureau
      California Association of Independent Insurance Adjusters
      Property Claims Association of the Pacific
      San Francisco Insurance Claims Forum
      R.I.M.S. Santa Clara Valley Chapter
      Defense Research Institute
      A.B.A. – T.I.P.S. Section
      Claims Conference of Northern California
      U.S. Dept of Commerce, Hurricane Mitch Insurance Conference, El Salvador
      U.S. Delegate to OECD Insurance Committee, Paris, France

D. L. Glaze Company, Inc., Mill Valley, CA                                  1978-1999
   *Executive Vice President/Executive General Adjuster*
      Duties and responsibilities as above.

## PETER S. EVANS
Curriculum Vitae
Page Two

| | |
|---|---|
| Cunningham, Hart & Co., Chartered Loss Adjusters, London, England<br>*Senior adjuster*<br>     Involved predominantly with First Party and Bond Losses. | 1975-1978 |
| Chandler, Hargreaves, Whittall & Co., Lloyds' Brokers, London, England<br>*Senior Claims Broker* | 1974-1975 |
| Bishop, Skinner & Co., Ltd, Insurance Brokers, London, England<br>*Account/Claims Executive* | 1972-1974 |
| Hart & Co., Chartered Loss Adjusters, London, England<br>*First Party Claims Adjuster* | 1967-1972 |
| Bland Welch & Co., Lloyds' Brokers, London, England<br>*Placing Broker at Lloyds'* | 1964-1967 |
| General Accident Fire & Life Assurance Corporation, London, England<br>*Insurance Trainee* | 1963-1964 |

**EDUCATION**

General Certificate of Education – Advanced Level, Ardingly College, Sussex, England

**PROFESSIONAL AFFILIATIONS**

   Registered Professional Adjusters (Founding Director)
   Leading International Property Adjusters
   Loss Executives Association (Associate Member)
   Property Claims Association of the Pacific (President 1994-1995)
   California Association of Independent Insurance Adjusters (President 1999-2000)
   National Association of Independent Insurance Adjusters (2004 – 2014)
   Federation of Defense & Corporate Counsel (Associate Member)

**PERSONAL**

   Married, two sons
   Interests – outdoor sports, sailing and yacht racing.