# EXHIBIT 4

**PETER EVANS – TRIAL TESTIMONY IN THE PAST FOUR YEARS**

MKB Constructors vs American Zurich – Federal Court, Seattle, Washington, Case #CV-12-1811-NC, Defense Counsel Mound Cotton, et al, Emeryville, CA

Star Insurance vs. Sunwest Metals – Federal Court, Orange County, CA, Case No. SACV 13-1930 DOC (DFMx), Plaintiff Counsel Woolls & Peer, Los Angeles, CA

SST Hospitality vs. Gordon Associates – San Mateo County, CA, Case No. CIV521502, Defense Counsel Cresswell, Echeguren et al., Oakland, CA

Action Response Team Inc. vs. Big Bear Enterprises Inc. – San Bernardino, CA Case No. CIVDS 1413192, Defense Counsel (for Western Heritage Insurance Company) Cozen O'Connor, Los Angeles, CA