**EXHIBIT 6**

## Curriculum Vitae

Anthony "Tony" Clark
Clark Insurance Arbitration & Consulting, LLC
2100 Pebble Beach Drive
Plainfield, IL 60586-8384
815-260-3140
tclark112@sbcglobal.net

Tony has experience as a field adjuster, claim management officer, and insurance instructor. Additional experience has been gained through active participation in claim industry trade associations. Tony is also a certified arbitrator with ARIAS-US.

Tony retired as Head of the Property Claims Division for Allianz Global Corporate & Specialty North America where he managed claims arising from Property, Energy, and Engineering (Builder's Risk) lines of business for large multinational corporate insureds.

Besides being a certified arbitrator with ARIAS-US, he is available to act as a consultant to the claims industry either as an auditor, coverage and claim handling expert or consultant, appraisal umpire, or arbitrator in various other matters where he has a particular interest and feels that he can contribute. The practice is not limited to representation of either the client or company side of the business.

History:

February 2014 to Present – Self-employed as Principal, Clark Insurance Arbitration and Consulting, LLC.

Tony has been retained in sixteen litigation matters as an expert providing opinions regarding industry custom and practice in the application of coverage provisions and the appropriateness of the claim handling activity. He has also been retained as a party arbitrator in three reinsurance disputes. One matter, a boiler and machinery reinsurance coverage dispute, has been concluded with an award. Another boiler and machinery matter is still open. A third reinsurance dispute recently settled just prior to the scheduled arbitration hearings. Finally, he was retained as a party arbitrator in a direct insurance arbitration regarding application of code issues, building valuations, and business interruption value and coverage, but that matter settled prior to any action by the arbitration panel. Tony will be providing lessons plans and seminars for an independent adjusting company as well.

Expert report and deposition for defendants. United States District Court for the Western District of Missouri at Kansas City, Case No. 4:13-cv-00945-ODS, Performing Arts Community Improvement District, Plaintiff v. Ace American Insurance Company, Defendant.

Expert deposition for defendant. Superior Court of the State of California, County of Los Angeles, Case No. BC45397. Northrop Grumman Corp., Plaintiff vs. Aon Risk Insurance Services West, Inc., Defendant. (Matter settled before deposition was transcribed.)

Expert report and deposition for defendant. United States District Court for the Northern District of Illinois, Eastern Division, Case No. 13-CV-03482, PQ Corporation, Plaintiff, vs. Lexington Insurance Company, Defendant.

October 2003 to January 2014 - Vice President Property Claims - Allianz Global Corporate & Specialty (AGCS)
- Head of Property Claims Department for Americas
  - Included US, Canada, Mexico, Brazil
  - Responsible for Property/Energy/Engineering (Builders Risk and Power Generation) Lines of Business
  - Member of Executive Management Team
  - Manage claims staff
  - Manage litigation
  - Negotiate and conclude claims with clients, brokers, and representative counsel
  - Interact with Underwriting Department on coverage and lessons learned
  - Provide Local/Global Management reports
  - Participate in Global projects and Global Claims Council
  - Participate in Market Management Client/Broker Meetings
  - Presenter at Global Managers meetings – Business Income 2010 and Thailand Flood Lessons Learned Supply Chain Coverage 2012

May, 1999 to Sept. 2003 - Manager Professional Development – VeriClaim (formerly McLarens Toplis)
- Conduct Educational Seminars for all level of adjusters, internal and client
  - Basic Adjusting Skills, e.g., estimating, investigating, reporting
  - Advanced Commercial Adjusting
  - Business Income, incl., Gross Earnings, Loss of Profits, Extra Expense, Expediting Expense, Rental Income and Value, Stated Value Forms
  - Specialized Coverage, e.g., Boiler and Machinery, Inland Marine

    Conduct Internal Audits and Client External Audits
        Function as Executive General Adjuster on assigned losses

July 1976 – April 1999 - Progression from Adjuster Trainee to Assistant Vice President Property, Continental Insurance Company – CNA purchased Continental 1996
    Supervision of 18 member General Adjusting Staff
    Home Office Supervision Responsibility for claims over $5M for marine and international divisions.
    Home Office responsibility for subrogation/salvage recovery 1993 - 1994
    Catastrophe Coordinator – Responsibility for initial survey, set-up, and supervision of major losses. (Andrew, Northridge Earthquake, various Hurricanes / Catastrophes 1990 through 1999)
    Setup Project for evaluation of third party business income losses resulting from Exxon Valdez oil spill on behalf of Trans-Alaska Pipeline Fund - 1991. Evaluated claims for lost income presented by Native American Tribes and several major fishing/canning operations.
    Primary Developer and Instructor for Advanced Property Training Program 1984 - 1999
        Eight week course of study over two year period covering over 20 topics relating to Commercial Adjusting – Trained over 60 participants

Industry Involvement:
    AIC designation granted June 1981
    RPA (Registered Professional Adjuster) designation granted December 1998, Retired 2014
    Member RPA Board of Directors 2007 to 2013
    Member RPA Education Committee 2000 to 2005
    Member – LEA (Loss Executives Association) – 1996 to 2013 (Retired 2014)
    Panelist LEA Education Conference
        Response to Dirty Bomb Attack - 2005
        Appraisal in Major Losses - 2007
    Member PLRB Claims Conference Planning Committee 2000 to 2007
    PLRB Claims Conference Vice-Chairman - 2006, Chairman - 2007
    Member PLRB Regional Advisory Board 2004 to 2005
    Member PLRB Property and Liability Advisory Board 2006 to 2013
    Workshop Panelist PLRB Claims Conference
        Catastrophe Review 1986 through 1998 inclusive
        Most Asked Coverage Questions 1999 & 2000
        Property Communication 2003
        Appraising Large Commercial Losses 2008-2009
        Equipment Losses, A Different Adjustment Challenge 2011
        Dram Shop Mock Trial – Role as the Judge 2014
        Mediation – Removing the Mystique 2015 and 2016

Business Income Presentation
    NJ Chapter of CPCU Society – 1994
    Chicago Chapter of IMUA - 2005
Ethics Presentation
    RPA meeting - 2000 and 2004
    ISO Catastrophe Conference – 2001
    Combined Claims Conference in California – 2002
    Combined regional meeting NAIIA & RPA – 2007
Earthquake Preparation Seminar Memphis I-Day – 1995
Panelist – IFAA (International Federation of Adjusting Associations),
    Educational Conference – Catastrophe Claims - 2015
Panelist on Inland Marine Insurance topic at CPCU annual meeting 2004
Faculty Member at ARIAS-US Spring Conference – Supply Chain Coverage Issues – 2013
Vericlaim Inc., Instructor, Generation Next development seminars, 2016 through 2017
Member – Boiler and Machinery Association of Chicago 1996 - 2003
Member – Western Loss Association - 2010 - 2013
Member Arbitration Panel (5 member) for two arbitrations representing Boiler and Machinery aspect – Boiler and Machinery vs. Property – 1993
Party Arbitration (3 member) representing property carrier – Boiler and Machinery vs. Property – 2002

Education:
    St. Mary's Seminary, Perryville, MO
        Bachelor of Science - 1971
        Major - Philosophy
        Minors – Mathematics and Education
    Catholic University, Washington, DC
        Graduate Studies in Philosophy
    DeAndreis Seminary, Lemont, IL
        Graduate Studies in Theology