# EXHIBIT 12

## DOCUMENTS REVIEWED BY ASIC's EXPERT PETER EVANS

| BATES | DATE | TITLE | AUTHOR |
|---|---|---|---|
| | 03/17/2017 | Clark's Expert Report | Clark |
| | 01/16/2020 | Clark's Rebuttal Report | Clark |
| | 06/02/2017 | Anthony Clark's Deposition with exhibits | |
| | 06/02/2017 | Deposition of Ty R. Sagalow | |
| | 05/18/2017 | Deposition of Pamela Johnson with exhibits | |
| ATL000735 - ATL000744 | | Johnson Exh. 1: General Claims Practice | |
| ATL000982 - ATL000985 | 07/15/2014 | Johnson Exh. 2: E-mail Chain Subject: Imminent Peril Claim Notification | Arevalo |
| ATL000304 - ATL000309 | 07/15/2014 | Johnson Exh. 3: E-mail Chain Subject: Imminent Peril Claim Notification | Johnson |
| | 07/05/2014 | Johnson Exh. 4: Internet Archive: Wayback Machine: Israel Travel Advice | |
| ATL001329 - ATL001335 | 07/16/2014 | Johnson Exh. 5: E-mail Chain Subject: Imminent Peril Claim Notification | Gutterman |
| | 02/03/2014 | Johnson Exh. 6: Internet Archive: Wayback Machine: Israel, The West Bank and Gaza: Travel Warning | |
| ATL001529 - ATL001530 | 07/16/2014 | Johnson Exh. 7: E-mail 22 Subject: Hamas | Johnson |
| ATL001564 | 07/16/2014 | Johnson Exh. 8: Meeting Invite Subject: War Exclusion - Israel/Hamas Conflict | Johnson |
| ATL001635 - ATL001686 | 07/17/2014 | Johnson Exh. 9: E-mail Subject: War Exclusion Westlaw Research | Johnson |
| ATL001814 | 07/22/2014 | Johnson Exh. 10: Meeting Invite: Subject: Accepted: Call to discuss: War Exclusion | Gooley |
| | 04/03/2017 | Johnson Exh. 11: Affidavit of Pamela Johnson | Johnson |
| AONNBCU0003085 - 3093 | 07/28/2014 | Johnson Exh. 12: E-mail Subject: NBC - DIG Coverage Determination Letter Attachment: NBC- DIG- coverage determination | Johnson |

| | | | |
|---|---|---|---|
| ATL002217 - ATL002222 | 09/30/2014 | Johnson Exh. 13: E-mail Subject: NBC DIG Claim Attachments: NBC- DIG - supplemental coverage ltr. | Johnson |
| ATL003073 - ATL003127 | | Previously Marked Johnson: Exhibit 1 -Motion Picture/Television Producers Portfolio Declarations | |
| ATL001101 - ATL001105 | 07/16/2014 | Previously Marked Johnson: Exhibit 12 - E-mail Chain Subject: Imminent Peril Claim Notification | Johnson |
| ATL000731 - ATL000732 | | Previously Marked Johnson: Exhibit 16 – Core Principals | |
| AONNBCU0003242 - 3243 | 06/22/2014 | Previously Marked Johnson: Exhibit 25: E-mail Chain Subject: NBCU Dig | Johnson |
| ATL001571 - ATL001572 | 07/17/2014 | Previously Marked Johnson: Exhibit 31: Act of war exclusion - Are you available for a short call? | Gooley |
| ATL001847 - ATL001855 | 07/28/2014 | Previously Marked Johnson: Exhibit 33: E-mail Subject: NBC Coverage determination - They want it this morning Attachments: NBC - DIG - coverage determination | Johnson |
| ATL001858 - ATL001866 | 07/28/2014 | Previously Marked Johnson: Exhibit 34: E-mail Subject: NBC - DIG - Coverage determination Attachments: NBC - DIG - coverage determination | Gooley |
| UCP000374-382 | 07/28/2014 | Previously Marked Johnson: Exhibit 36: Email Subject: NBC- DIG- coverage determination letter Attachments: NBC- DIG- coverage determination | Johnson |
| AONNBCU0002769 -2777 | 07/28/2014 | Previously Marked Johnson: Exhibit 37: Email Subject: NBC - DIG - coverage determination Attachments: NBC - DIG - coverage determination | Johnson |

| | | | |
|---|---|---|---|
| ATL001575-1629 | 01/01/2014 – 06/30/2015 | Previously Marked Johnson: Exhibit 38: Policy Number: MP00163-04 | OneBeacon |
| UCP000854- 855 | 07/17/2014 | Previously Marked Johnson: Exhibit 62: Email Subject: FW: Claim Acknowledgement for NBCU's "DIG" Season 1- Imminent Peril claim notification | Weiss |
| AONNBCU0003240- 3241 | 07/25/2014 | Previously Marked Johnson: Exhibit 65: E-mail Chain Subject: NBCU Dig | Garber |
| | 05/24/2017 | Clark Depo Exhibit 1: Amended Notice of Taking Deposition of Anthony Clark and Requests for Production of Documents | Coyoca |
| | 07/07/2016 | Clark Depo Exhibit 2: First Amended Complaint | Coyoca |
| ATL003073-3127 | | Clark Depo Exhibit 3: NBC Universal Media, LLC's Insurance Policy | |
| | 03/17/2017 | Clark Depo Exhibit 4: Clark's Expert Report | Clark |
| | 01/16/2020 | Clark Depo Exhibit 5 Clark's Rebuttal Report | Clark |
| | 05/10/2017 | Clark Depo Exhibit 6: 30(b)(6) deposition of Aaron Stone | |
| AONNBCU0004132-4195 | 12/17/2009 | Clark Depo Exhibit 7: Email chain between George Walden, Martin Ridgers, Susan Weiss, Wanda Phillips; with attached Martin's Final Form Rev 1 2009 2017 | Ridgers |
| ATL003211 | 07/03/2016 | Clark Depo Exhibit 8: Email from Gutterman to Pamela Johnson; subject: 0AB097918 | Gutterman |
| ATL000001-161 | | Clark Depo Exhibit 9: Claim File | |
| | 02/20/2017 | Clark Depo Exhibit 10: Defendant's Second Amended Responses to First Set of Interrogatories Propounded by UCP and Northern Entertainment Production | Michael Keeley |
| | 03/17/2017 | Clark Depo Exhibit 11: Ty R. Sagalow's Expert Witness | Sagalow |

|  |  | Report |  |
|---|---|---|---|
|  | 09/14/2016 | Protective Order Concerning Confidential Information: Case 2:16-cv-04435 | The Honorable Percy Anderson |
|  | 05/09/2017 | Deposition of Pamela Johnson Volume 2 |  |
|  | 02/08/2017 | Deposition of Theresa Gooley Wolf with exhibits |  |
| ATL001571-72 | 07/17/2014 | Gooley Depo Exhibit 31: Email chain between Johnson and Gooley; Subject: Act of War exclusion | Johnson |
| ATL001800-01 | 07/18/2014 | Gooley Depo Exhibit 32: Email from Duffy to Gooley: subject: Privileged & Confidential | Duffy |
| ATL001847-55 | 07/28/2014 | Gooley Depo Exhibit 33: Email from Johnson to Gooley; Williams; cc: Paar Subject: NBC Coverage determination: Attachments: NBC-DIG-coverage determination | Johnson |
| ATL001858-66 | 07/28/2014 | Gooley Depo Exhibit 34: Email from Gooley to Johnson: subject: NBC-DIG- Coverage determination: Attachments: NBC-DIG-coverage determination | Gooley |
| AONNBCU0000079-80 | 10/22/2014 | Gooley Depo Exhibit 35: Email chain between: Ford; Garber; Weiss; Williams: Subject: Theresa Gooley's Contact | Williams |
| AONNBCU0003533-34 | 10/13/2014-10/23/2014 | Gooley Depo Exhibit 36: Email chain between: Kizner; Garber; Weiss Subject: Dig Claim | Kizner |
| ATL002459 | 03/09/2015 | Gooley Depo Exhibit 37: Email from Gooley to Williams Subject: NBC | Gooley |
| ATL002435-38, ATL002429-31 | 11/07/2014 | Gooley Depo Exhibit 38: Email from Gooley to Weiss; Gutterman; cc: Kizner Subject: re: NBCU TV Claims Process Attached: EAS | Gooley |
| ATL002495-96 | 06/02/2015 | Gooley Depo Exhibit 39: Email | Phillips |

|  |  | from Phillips to Williams<br>Subject: NBCU – Meeting |  |
| --- | --- | --- | --- |
|  | 07/12/2019 | 9th Circuit Opinion: United States Court of Appeals: Case: 17-56672 | The Honorable A. Wallace Tashima |
|  | 10/06/2017 | District Court Summary Judgment Order: Case 2:16-cv-04435 | The Honorable Percy Anderson |
|  | 11/30/2019 | Order for Trial | The Honorable Percy Anderson |
|  | 03/17/2017 | Ty R. Sagalow's Report | Sagalow |
|  | 04/28/2017 | Ty R. Sagalow's Rebuttal Report | Sagalow |
|  | 04/18/2017 | Deposition of Susan Weiss with exhibits |  |
| ATL-ALL 000021-75 | 01/01/2014 | Weiss Depo Exhibit 20-A: NBC Policy |  |
| AONNBCU0000912 | 12/04/2009 | Weiss Depo Exhibit 41: Email from Weiss to wdiaz@ffic.com (Wendy)<br>Subject: NBCU Loss Runs in Excel<br>Attached: NBCU TV claims Summary 2004-2009 | Weiss |
| AONNBC00003965-66 | 12/16/2009 | Weiss Depo Exhibit 42: Email from Ridgers to Walden; cc: Phillips<br>Subject: Martin's Final Form Rev 1 2009 1216<br>Attached: Image, Martin's Final Form Rev 1 2009 1216 | Weiss |
| AONNBC00000970-72 | 01/07/2010 | Weiss Depo Exhibit 43: Email from Weiss to Ford<br>Subject: Peter Williams<br>Attached NBC Medical Affidavits | Weiss |
| AONNBCU0001048 | 01/17/2010 | Weiss Depo Exhibit 44: Email from Weiss to Phillips; cc: Walden; Beckles; Perez; Garber; Comerford<br>Subject: NBCU TV Outstanding Items | Weiss |
| AONNBC00001109-1115 | 03/10/2010-03/11/2010 | Weiss Depo Exhibit 45: Email chain between: Weiss; Phillips; Walden cc: Beckles<br>Subject: NBC Policy Form | Weiss |

| | | | |
|---|---|---|---|
| AONNBCU0000914-15 | 04/19/2010 | Weiss Depo Exhibit 46: Email from Weiss to Walden<br>Subject: NBCTV Program | Weiss |
| AONNBC00004043-50 | | Weiss Depo Exhibit 47: Document entitled, "Motion Picture Television Portfolio General Conditions," | |
| | 04/11/2017 | Weiss Depo Exhibit 48: Document entitled, "About AON," | |
| AONNBCU0000216 - 218 | 10/15/2013 | Weiss Depo Exhibit 49: Email chain<br>Subject: 2014 Comcast/NBCU Renewal Recap | Weiss |
| AONNBCU0000500 - 506 | 10/28/2013-11/05/2013 | Weiss Depo Exhibit 50: Email Chain: Phillip; Garber<br>Subject: NBCU -TV In -House TV Policy Renewal | Garber |
| AONNBCU0000361-379 | 12/05/2013 | Weiss Depo Exhibit 51: Email from Toni Peete to Weiss; cc: Garber<br>Subject: NBCU In -House TV Proposal<br>Attached: 2014 In House Proposal<br>Collection of documents re 83 current in-house proposal | Peete |
| AONNBCU0000455 - 472 | 12/06/2013 | Weiss Depo Exhibit 52: Email chain<br>Subject: RE: NBCU In-House TV Attachments: 2014 In House Pr000saLpdf Renewal | Peete |
| AONNBCU0000188 - 189 | 06/07/2014 | Weiss Depo Exhibit 53: Email chain<br>Subject: Re: Urgent - NBCU "s "Dig" Claim Question<br>Attachments: imaae001-006 | Weiss |
| AONNBCU0000181 - 185 | 06/26/2014 | Weiss Depo Exhibit 54: Email chain: Richmond to Weiss; Binke; Kizner<br>Subject: Insurance Question | Richmond |
| UCP0000413-417 | 06/15/2014-07/01/2014 | Weiss Depo Exhibit 55: Email chain: Ford; Weiss; Smith; Richmond; Binke, Brady | Smith |

|  |  | Subject: RE: DIG. Security Situation |  |
|---|---|---|---|
| UCP000344 - 349 | 06/15/2014- | Weiss Depo Exhibit 56: Email chain: Smith; Richmond; Binke; Brady; Erin Noordeloos; Richard Rothstein; Curt Williams<br>Subject: DIG. Security Situation | Smith |
| AONNBCU0001874 - 875 | 07/14/2014 | Weiss Depo Exhibit 57: Email from Weiss to Garber; Kizner<br>Subject: FW: Israeli- Palestinian Fighting Puts Entertainment Biz on Edge<br>enclosing a Variety 157 Breaking News article | Weiss |
| AONNBCU0002087 - 089 | 07/14/2014 | Weiss Depo Exhibit 58: Email Garber to Weiss<br>Subject: RE: Israeli -Palestinian Fighting Puts Entertainment Biz on Edge<br>enclosing a Variety 164 Breaking News article | Garber |
| AONNBCU0003788 - 789 | 07/14/2014 | Weiss Depo Exhibit 59 Email Variety Daily Headlines to Weiss<br>Subject: Dig' on USA: Producers Debut Trailer, Talk Israel Filming Difficulties and Limited Series Model<br>enclosing a Variety 164 Breaking News article | Variety Daily Headlines |
| AONNBCU0000128 - 130 | 07/14/2014-<br>07/15/2014 | Weiss Depo Exhibit 60: Email chain: Richmond; Garber; Weiss; Arevalo<br>Subject: RE: NBC's "DIG' Season 1 - Imminent Peril claim notification | Richmond |
| AONNBCU0003640 - 643 | 07/14/2014-<br>07/15/2014 | Weiss Depo Exhibit 61 Email chain: Richmond; Garber; Weiss<br>Subject: DIG | Richmond |
| UCP000854 - 855 | 07/16/2014-<br>07/17/2014 | Weiss Depo Exhibit 62: Email chain: Lopez; Weiss; Gutterman; Johnson<br>Subject: FW: Claim | Lopez |

| | | | |
|---|---|---|---|
| | | Acknowledgement for NBCU's "DIG" Season 1 - Imminent Peril claim notification | |
| UCP000481 | 07/17/2014 | Weiss Depo Exhibit 63: Email Weiss to Garber Subject: A Thought | Weiss |
| AONNBCU0000190 | 07/18/20144 | Weiss Depo Exhibit 64: Email Weiss to Curtis, Ingram Subject Urgent Question on NBCU Terrorism Attachments: image007-009 | |
| AONNBCU0003240 - 241 | 07/21/2014-07/25/2014 | Weiss Depo Exhibit 65: Email chain: Gutterman; Garber; Johnson; Weiss Subject: Re: 0AB097918 NBCU "Dig" | Gutterman |
| ATL002427 - 431 | 11/05/2014 | Weiss Depo Exhibit 66: Email from Weiss to Gooley; Gutterman with an attachment NBCU TV 2014 to 6-30-15 Claim Log | Weiss |
| AONNBCU0000421 - 424 | 10/22/2013- | Weiss Depo Exhibit 67: Email chain: Garber; Weiss; Peete; Subject: RE: In-House TV policy renewal specs Attachments: irnage003-005 | Garber |
| ATL002476 | 06/01/2015 | Weiss Depo Exhibit 68: Email Subject: NBCU TV Pre Renewal Meeting | Weiss |
| ATL002503 - 504 | | Weiss Depo Exhibit 69: Email from Weiss to Williams Cc: Phillips, Joe Addison Subject: Declination of Renewal Terms for NBCU TV | Weiss |
| | 02/01/2017 | Depositions of Peter Williams with exhibits | |
| ATL003073-3127 | | Williams Exhibit 1: Policy | |
| ATL000745 - ATL000748 | 10/28/2013 | Williams Exhibit 2: Email chain from Phillips to Williams | Phillips |
| ATL000780 - ATL000784 ATL000752 - ATL000763 | 11-15-2013 | Williams Exhibit 3: E-mail chain ending 11-15-2013 to Andrea Garber, Susan Weiss, Toni Peete; attachment | Phillips |
| AONNBCU0000666 -670 | 12/05/2013-12/11/2013 | Williams Exhibit 4: E-mail chain ending December 11, 2013, to Wanda Phillips and | Phillips |

| | | Toni Peete from Peter D. Williams | |
|---|---|---|---|
| ATL000794 - ATL000796 | 12/03/2013 | Williams Exhibit 5: E-mail chain ending 12-3-2013 to Peter D. Williams from Wanda Phillips<br>Subject: Tentative 2014 Production – "Dig" | Phillips |
| AONNBCU0001478-1483, AONNBCU0001568 | 12/12/2013 | Williams Exhibit 6: E-mail chain ending December 12, 2013, to Bernadette Milinovic from Andrea Garber<br>Subject: RE: "Dig" Season 1 Application/Declaration<br>Attachments: image001, image002 | Garber |
| AONNBCU0000188-189 | 06/07/2014 | Williams Exhibit 7: E-mail chain ending June 7, 2014, to Andrea Garber from Susan Weiss | Weiss |
| AONNBCU0000141-144 | 06/13/2014 | Williams Exhibit 8: E-mail chain ending June 13, 2014, to Wanda Phillips and Peter Williams from Susan Weiss | Weiss |
| AONNBCU0000145-150 | 07/10/2014 | Williams Exhibit 9: E-mail chain ending July 10, 2014, to Susan Weiss and Peter Williams from Wanda Phillips | Phillips |
| AONNBCU0000128-130 | 07/15/2014 | Williams Exhibit 10: E-mail chain ending July 15, 2014, to Susan Weiss from Michael Arevalo | Arevalo |
| ATL001132 - ATL001192 | 07/16/2014 | Williams Exhibit 11: E-mail chain ending 7-16-2014 to Pamela Johnson and Peter Williams from Daniel Gutterman; attachment | Gutterman |
| ATL001101 - ATL001105 | 07/16/2014 | Williams Exhibit 12: E-mail chain ending 7-16-2014 to Peter Williams and Daniel Gutterman from Pamela Johnson | Johnson |
| | 05/19/2017 | FRCP 30(b)(6) of Peter Williams with exhibits | |
| | | Plaintiff Universal Cable Productions LLC's Amended | Coyoca |

| | | | |
|---|---|---|---|
| | | Notice of Rule 30(b)6 Deposition of Defendant Atlantic Specialty Insurance Company | |
| ATL003073 - ATL003127 | | Williams 30(b)(6) Exh. 2: Motion Picture/Television Producers Portfolio Declarations | |
| ATL001121 - ATL001126 | 07/16/2014 | Williams 30(b)(6) Exh. 3: E-mail chain ending 7-16-14 to Peter D. Williams from Pamela A. Johnson | Johnson |
| ATL004098 - ATL004101 | | Williams 30(b)(6) Exh. 4: DICE Producers Portfolio Declarations | OneBeacon |
| ATL001547 - ATL001550 | 07/16/20145 | Williams 30(b)(6) Exh. 5: E-mail chain ending 7-16-14 to Daniel Gutterman from Wanda Phillips | Phillips |
| | 05/01/2017 | Williams 30(b)(6) Exh. 6: Declaration of Peter D. Williams | Williams |
| AONNBCU0004125-4131 | 12/17/2009 | Williams 30(b)(6) Exh. 7: E-mail chain ending 12-17-09 to Wanda Phillips and Martin Ridgers from George Walden | Walden |
| AONNBCU0004132-4195 | 12/17/2009 | Williams 30(b)(6) Exh. 8: E-mail chain ending 12-17-09 to George Walden from George Walden; attachment | Walden |
| | 05/01/2017 | Williams 30(b)(6) Exh. 9: Declaration of George Walden in Support of Opposition to Defendant's Motion for Summary Judgment | Walden |
| ATL000094-101 | 07/28/2014 | Defendant's Exhibit 327 – Letter from OneBeacon to Andrea Garber | Pamela Johnson |
| ATL0001-161 | | Defendant's Exhibit 487 – ASIC/NBC DIG Electronic Claim Notes Bates ATL0001-161 | |
| ATL000087-93 | 08/13/2014 | Letter from Lucia E. Coyoca to Pamela Johnson | Coyoca |
| ATL000705-708 | 09/19/2014 | Letter from OneBeacon to Lucia | Pamela Johnson |

|  |  | E. Coyoca, Esq. |  |
|---|---|---|---|
|  | 07/07/2016 | Document 10: First Amended Complaint | Coyoca |
|  | 08/05/2016 | Document 14: Defendant's Original Answer to Plaintiffs' First Amended Complaint | Shrake |
|  | 01/03/2020 | Document 165: Atlantic Specialty's Memorandum of Contentions of Fact and Law | Shrake |
|  | 01/31/2020 | Document 249: Revised Joint List of Deposition Testimony to be Offered at Trial | Parties |
|  | 02/03/2017 | Deposition of Daniel Gutterman Volume 1 and Volume 2 with exhibits |  |
|  | 01/30/2017 | Gutterman Exhibit 13: Daniel Gutterman LinkedIn |  |
| ATL000785 - ATL000793 | 12/03/2013 | Gutterman Exhibit 14: E-mail, 12-3-13 to Daniel S. Gutterman from Daniel S. Gutterman | Gutterman |
| ATL000735 - ATL000744 |  | Gutterman Exhibit 15: General Claims Practices |  |
| ATL000731 - ATL000732 |  | Gutterman Exhibit 16: Core Principles |  |
| AONNBCU0003277 | 07/28/2014 | Gutterman Exhibit 17: E-mail chain ending July 28, 2014, to Pamela Johnson and Susan Weiss from Andrea Garber | Garber |
| ATL000094 - ATL000101 | 07/28/2014 | Gutterman Exhibit 18: Letter, July 28, 2014, to Andrea Garber from Pamela Johnson | Johnson |
| ATL000087 - ATL000093 | 08/13/2014 | Gutterman Exhibit 19: Letter, August 13, 2014, to Pamela Johnson from Lucia E. Coyoca | Coyoca |
| ATL000705 through ATL000708 | 09/19/2014 | Gutterman Exhibit 20: Letter, September 19, 2014, to Lucia E. Coyoca from Pamela Johnson | Johnson |
| ATL000001 - ATL000161 |  | Gutterman Exhibit 21: File Note History |  |
| ATL001391 - ATL001396 | 07/16/2014 | Gutterman Exhibit 22: E-mail chain ending 7-16-14 to Daniel S. Gutterman from Daniel S. Gutterman |  |
| AONNBCU0003252 -3255 | 07/17/2014 | Gutterman Exhibit 23: E-mail chain ending July 17, 2014, to Susan Weiss, Andrea Garber, | Johnson |

|  |  | and Daniel Gutterman from Pamela Johnson |  |
|---|---|---|---|
| ATL001723 | 07/17/2014 | Gutterman Exhibit 24: Conference call invitation | Gutterman |
| AONNBCU0003242-3253 | 07/22/2014 | Gutterman Exhibit 25: E-mail chain ending July 22, 2014, to Susan Weiss, Andrea Garber, and Daniel Gutterman from Pamela Johnson | Johnson |
|  | 07/20/2014 | Gutterman Exhibit 26: Kerry Comments on Ukraine, Gaza to CBS News | Sec. John Kerry/Bob Schieffer |
|  | 06/15/2014 | Gutterman Exhibit 27: U.S. Department of State Diplomacy in Action U.S. Condemns Kidnapping of Three Israeli Teenagers | Sec. John Kerry |
| ATL003211 | 07/13/2016 | Gutterman Exhibit 28: E-mail, 7-3-16, to Pamela Johnson from Danny Gutterman | Gutterman |
| ATL001547 - ATL001550 | 07/16/2014 | Gutterman Exhibit 29: E-mail chain ending 7-16-14 to Daniel Gutterman from Wanda Phillips | Phillips |
| ATL001977 - ATL001081 | 07/16/2014 | Gutterman Exhibit 30: E-mail chain ending 7-16-14 to Daniel Gutterman from Pamela Johnson | Johnson |
|  | 01/23/2020 | Document 227: Written Expert Proffer of Plaintiffs' Insurance Expert Ty Sagalow | Bonn |
|  | 04/18/2017 | Atlantic's 3rd Amended Responses to Plaintiff's 1st Interrogatories | Keeley |
| ATL004496 |  | Johnson Vol 2 Exhibit 233 9 Video - News Clip |  |
| ATL000513 - ATL000516 | 07/15/2014 | Exhibit 232 July 2014 E-mail Chain Subject: Imminent Peril Claim Notification | Gutterman |
| ATL000501 | 07/16/2014 | Exhibit 234 E-mail Subject: Sources on Israel/Hamas Conflict | Johnson |
| ALT00431 | 07/08/2014 | Johnson Vol 2 Exhibit 235 Middle East Eye Articles |  |
| ATL004487 - | 07/09/2014 | Johnson Vol 2 Exhibit 236 |  |

| | | | |
|---|---|---|---|
| ATL004495 | | Global News Articles | |
| ATL00442 | 07/15/2014 | Johnson Vol 2 Exhibit 237<br>Global News Articles | |
| ATL00430 | 07/16/2014 | Johnson Vol 2 Exhibit 238<br>The Washington Post Articles | Griff Witte and William Booth |
| ATL001529 - ATL001530 | 07/16/2014 | Johnson Vol 2 Exhibit 239<br>E-mail<br>22 Subject: Hamas | Johnson |
| | 07/16/2014 | Johnson Vol 2 Exhibit 240<br>24 Wikipedia - Hamas | |
| ATL00431 - ATL00438 | 12/02/2010 | Johnson Vol 2 Exhibit 241<br>Congressional Research Service Report<br>December 2010 | Jim Zanotti |
| ATL004498 | | Johnson Vol 2 Exhibit 242<br>6 Video of News Clip | |
| ATL001635 - ATL001686 | 07/17/2017 | Johnson Vol 2 Exhibit 243<br>July 2014 Westlaw Delivery Summary Report | |
| ATL001555 | 07/16/2014 | Johnson Vol 2 Exhibit 244<br>July 2014 E-mail<br>Subject: Act of War Exclusion - Are you available for a short call? | Johnson |
| ATL000295 - ATL000299 | 07/15/2014 | Johnson Vol 2 Exhibit 245<br>July 2014 E-mail Chain<br>Subject: Imminent Peril Claim Notification | Johnson |
| ATL000393 - ATL000397 | 07/15/2014 | Johnson Vol 2 Exhibit 246<br>July 2014 E-mail Chain<br>Subject: Imminent Peril Claim Notification | Johnson |
| ATL000518 - ATL000523 | 07/15/2014 | Johnson Vol 2 Exhibit 247<br>July 2014 E-mail Chain<br>Subject: Imminent Peril Claim Notification | Johnson |
| ATL001101 - ATL001105 | 7/16/2014 | Johnson Vol 2 Exhibit 248<br>July 2014 E-mail Chain<br>21 Subject: Imminent Peril Claim Notification | Johnson |
| ATL001724 - ATL001728 | 7/17/2014 | Johnson Vol 2 Exhibit 249<br>July 2014 E-mail Chain<br>Subject: Imminent Peril Claim Notification | Weiss |
| ATL001818 - ATL001820 | 7/22/2014 | Johnson Vol 2 Exhibit 250<br>July 2014 E-mail Chain | Johnson |

| | | | |
|---|---|---|---|
| | | 4 Subject: NBCU Dig | |
| ATL000398 - ATL000399 | 7/25/2014 | Johnson Vol 2 Exhibit 251 July 2014 E-mail Chain Subject: NBCU Dig | Weiss |
| ATL001847 - ATL001855 | 7/28/2014 | Johnson Vol 2 Exhibit 252 July 2014 E-mail 9 Subject: NBC Coverage Determination | Johnson |
| ATL001917 - ATL001918 | 7/31/2014 | Johnson Vol 2 Exhibit 253 July 2014 E-mail Subject: NBC - DIG - Coverage Determination Letter | Garber |
| ATL002025 - ATL002032 | 8/14/2014 | Johnson Vol 2 Exhibit 254 August 2014 E-mail Subject: NBCUniversal Media, LLC | Garcia |
| ATL002177 - ATL002181 | 9/19/2014 | Johnson Vol 2 Exhibit 255 September 2014 E-mail Subject: NBC DIG Claim | Johnson |
| ATL002217 - ATL002222 | 9/30/2014 | Johnson Vol 2 Exhibit 256 September 2014 E-mail Chain Subject: NBC DIG Claim | Johnson |
| | | Doc 25 - Protective Order | |
| | | California Code of Regulations, Fair Claims Settlement Practice Regulations | |
| | | California Insurance Code § 790.03(h) | |
| | 06/20/2016 | Doc 1 - Complaint | Coyoca |
| AONNBC00000106 - 110 | 06/16/2014 | Exhibit 13 Ty R Sagalow – Email re: DIG Security Situation | Garber |
| AONNBC00000102 - 105 | 06/16/2014 | Exhibit 14 Ty R Sagalow – Email chain Subject: DIG Security Situation | Garber |
| UCP000475 - UCP000479 | 07/01/2014 | Exhibit 15 Ty R Sagalow – email chain Subject: re: DIG Security Situation | Weiss |
| UCP000370 - UCP000877 | 07/03/2014 | Exhibit 18 Ty R Sagalow – Email Chain Subject: re: DIG Security Situation | Adams |
| UCP001793 | 07/14/2014 | Exhibit 28 Ty R Sagalow – Email Subject: re: DIG | Garber |

| | | | |
|---|---|---|---|
| ATL001575 - ATL001629 | | Exhibit 38 Ty R Sagalow – Policy | |
| UCP_002996 - UCP_003003 | 07/07/2014 | Exhibit 300 Ty R Sagalow – Email chain Subject: re: DIG Security Situation | Adams |
| UCP002224 – UCP002226 | 07/02/2014 | Exhibit 368 Ty R Sagalow – Email, Subject: Security Updated and analysis | Smith |
| | 01/17/2017 | Exhibit 474 Ty R Sagalow – Plaintiffs' Expert Witness Designation | Coyoca |
| | 03/17/2017 | Exhibit 475 Ty R Sagalow – Sagalow's Report | Sagalow |
| | 04/28/2017 | Exhibit 476 Ty R Sagalow – Sagalow's Rebuttal Report | Sagalow |