KALPANA SRINIVASAN (237460)
ksrinivasan@susmangodfrey.com
AMANDA K. BONN (270891)
abonn@susmangodfrey.com
CATRIONA LAVERY (310546)
clavery@susmangodfrey.com
CHELSEA V. SAMUELS (315257)
csamuels@susmangodfrey.com
SUSMAN GODFREY L.L.P.
1900 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067-6029
Tel: (310) 789-3100
Fax: (310) 789-3150

JACOB W. BUCHDAHL (*pro hac vice*)
jbuchdahl@susmangodfrey.com
SUSMAN GODFREY L.L.P.
1301 Avenue of the Americas, 32nd Floor
New York, NY 10019-6023
Tel: (212) 336-8330
Fax: (212) 336-8340

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| UNIVERSAL CABLE PRODUCTIONS LLC, a Delaware limited liability company, and NORTHERN ENTERTAINMENT PRODUCTIONS LLC, a Delaware limited liability company,<br><br>Plaintiffs,<br><br>v.<br><br>ATLANTIC SPECIALTY INSURANCE COMPANY, a New York insurance company,<br><br>Defendant. | CASE NO. 2:16-cv-4435-PA-MRW<br><br>The Honorable Percy Anderson<br><br>Dept. 9A<br><br>**JOINT EXHIBIT STIPULATION**<br><br>Trial Date: 3/3/2020 (anticipated) |

Plaintiffs' Exhibit List is attached as **Exhibit A**.

Defendant's Exhibit List is attached as **Exhibit B**.

DATED: February 27, 2020

SUSMAN GODFREY L.L.P.

By */s/ Amanda K. Bonn*
KALPANA SRINIVASAN (237460)
ksrinivasan@susmangodfrey.com
AMANDA K. BONN (270891)
abonn@susmangodfrey.com
CATRIONA LAVERY (310546)
clavery@susmangodfrey.com
CHELSEA V. SAMUELS (315257)
csamuels@susmangodfrey.com
SUSMAN GODFREY L.L.P.
1900 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067-6029
Tel: (310) 789-3100
Fax: (310) 789-3150

JACOB W. BUCHDAHL
(*pro hac vice*)
jbuchdahl@susmangodfrey.com
SUSMAN GODFREY L.L.P.
1301 Avenue of the Americas,
32nd Floor
New York, NY 10019-6023
Tel: (212) 336-8330
Fax: (212) 336-8340

*Attorneys for Plaintiffs*

| | | |
|---|---|---|
| 1 | DATED:  February 27, 2020 | MARC J. SHRAKE |
| 2 | | FREEMAN MATHIS & GARY, LLP |
| | | -and- |
| 3 | | CHRISTOPHER W. MARTIN (Pro Hac Vice) |
| 4 | | MELINDA R. BURKE (Pro Hac Vice) |
| 5 | | MARTIN, DISIERE, JEFFERSON & WISDOM LLP |
| 6 | | By */s/   Christopher W. Martin* |
| 7 | | *Attorneys for Defendant* ATLANTIC SPECIALTY INSURANCE COMPANY |

### Attestation Regarding Signatures

I, Amanda K. Bonn attest that all signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

By: */s/ Amanda K. Bonn*

---

3
JOINT EXHIBIT STIPULATION