EXHIBIT A

| *[1] | EXHIBIT NO.[2] | DESCRIPTION | BATES NO. | OBJECTION | RESPONSE TO OBJECTION |
|---|---|---|---|---|---|
| | **PX WILLIAMS 1** | Policy | ATL003073-3127 | No objection. | Deemed admitted. |
| * | **PX WILLIAMS 5** | 12/3/13 email from W. Phillips to P. Williams re: Tentative 2014 Production – "Dig" | ATL000794-796 | No objection. | Deemed admitted. |
| * | **PX WILLIAMS 6** | 12/12/13 email from A. Garber to B. Milinovic re: "Dig" Season 1 Application/Declaration | AONNBCU0001478-1483, AONNBCU0001568 | No objection. | Deemed admitted. |
| * | **PX WILLIAMS 9** | 7/10/14 email from W. Phillips to S. Weiss, P. Williams, D. Kizner Re: Urgent – NBCU's "Dig" Claim Question | AONNBCU0000145-150 | No objection. | Deemed admitted. |

---

[1] * Indicates that Plaintiffs only intend to use the exhibit if the need arises.

[2] In accordance with Local Rule 16.6.1, exhibits numbered at a deposition are referenced by the same exhibit number herein. References to witnesses are for purposes of exhibit identification only; Plaintiffs reserve the right to ask any witness at trial about any exhibit designated herein.

1

7176128v1/015825

| *[1] | EXHIBIT NO.[2] | DESCRIPTION | BATES NO. | OBJECTION | RESPONSE TO OBJECTION |
|---|---|---|---|---|---|
| * | **PX WILLIAMS 10** | 7/15/14 email from M. Arevalo to S. Weiss cc P. Williams, D. Kizner Re: NBCU's "DIG" Season 1 – Imminent claim notification | AONNBCU0000128-130 | No objection. | Deemed admitted. |
| | **PX WILLIAMS 11** | 7/16/14 email from D. Gutterman to P. Johnson, P. Williams cc D. Gutterman Re: NBCU's "DIG" Season 1 – Imminent claim notification | ATL001132-1137, ATL001138-1192 | No objection. | Deemed admitted. |
| * | **PX WILLIAMS 12** | 7/16/14 email from P. Johnson to P. Williams, D. Gutterman cc D. Gutterman re: "DIG" Season 1 – Imminent Peril claim notification (Also Richmond 358) | ATL001101-1105 | No objection. | Deemed admitted. |

7176128v1/015825

| *1 | EXHIBIT NO.[2] | DESCRIPTION | BATES NO. | OBJECTION | RESPONSE TO OBJECTION |
|---|---|---|---|---|---|
| | **PX GUTTERMAN 14** | 12/03/13 Draft email from Danny Gutterman, no subject | ATL000785-0793 | F.R.E. 401, 402. Email involves another claim; has no bearing on facts alleged in this matter; merely shows recognition of potential application of policy exclusion to separate set of facts; contrary to Court's ruling on MIL No.3 regarding other "claims…in which Atlantic was involved; not likely to make any fact at issue more or less probative. | Relevant and admissible to prove bad faith. Establishes a pattern or practice and witnesses' experience with relevant policy language. The Court's ruling on MIL No. 3 is tentative. *See* Dkt. 265. |
| | **PX GUTTERMAN 15** | General Claims Practices | ATL000735-744 | No objection. | Deemed admitted. |

3

7176128v1/015825

| *[1] | EXHIBIT NO.[2] | DESCRIPTION | BATES NO. | OBJECTION | RESPONSE TO OBJECTION |
|---|---|---|---|---|---|
| | **PX GUTTERMAN 16** | Core Principles | ATL000731-732 | No objection. | Deemed admitted. |
| | **PX GUTTERMAN 18** | 7/28/14 coverage letter | ATL000094-101 | No objection. | Deemed admitted. |
| | **PX GUTTERMAN 19** | 8/13/14 Letter from Plaintiffs' Counsel to Atlantic, c/o Pamela Johnson Re: denial of claim. | ATL000087-93 | No objection so long as a limiting instruction is given that the document is offered for the effect on the listener, and not for the truth of the matter asserted. | Deemed admitted, subject to limiting instruction. |
| | **PX GUTTERMAN 20** | 9/19/14 Coverage Letter | ATL000705-708 | No objection. | Deemed admitted. |

4

| *[1] | EXHIBIT NO.[2] | DESCRIPTION | BATES NO. | OBJECTION | RESPONSE TO OBJECTION |
|---|---|---|---|---|---|
| | **PX GUTTERMAN 21** | File Note History | ATL000001-000161 | No objection so long as:(1) A limiting instruction is given that the letter from Plaintiffs' counsel in the file is offered for the effect on the listener, and not for the truth of the matter asserted; and (2) The portion of the claim file that includes the Complaint in this action shall show the Complaint cover sheet and the Complaint shall otherwise be redacted. | Deemed admitted, subject to limiting instruction. |
| * | **PX GUTTERMAN 22** | 7/16/14 email from D. Gutterman to D. Gutterman re: "DIG" Season 1 – Imminent Peril claim notification | ATL001391-1396 | No objection. | Deemed admitted. |

5

7176128v1/015825

| *[1] | EXHIBIT NO.[2] | DESCRIPTION | BATES NO. | OBJECTION | RESPONSE TO OBJECTION |
|---|---|---|---|---|---|
| * | **PX GUTTERMAN 23** | 7/17/14 email from P. Johnson to S. Weiss, A. Garber, D. Gutterman cc P. Williams re: Claim Acknowledgment for NBCU's "DIG" Season 1 – Imminent Peril claim notification | AONNBCU0003252-3255 | No objection. | Deemed admitted. |
| * | **PX GUTTERMAN 24** | 7/17/14 calendar invite from D. Gutterman to D. Gutterman re: Dig Conf Call Dial In | ATL001723 | No objection. | Deemed admitted. |
| * | **PX GUTTERMAN 25** | 7/22/14 email from P. Johnson to S. Weiss, A. Garber, D. Gutterman re: Claim 0AB097918 NBCU Dig | AONNBCU0003242-3243 | No objection. | Deemed admitted. |
| * | **PX GUTTERMAN 26** | 7/20/14 John Kerry Interview (Cited in Tab 96 Coverage Letter) | | No objection. | Deemed admitted. |

6

| *[1] | EXHIBIT NO.[2] | DESCRIPTION | BATES NO. | OBJECTION | RESPONSE TO OBJECTION |
|---|---|---|---|---|---|
| * | **PX GUTTERMAN 27** | 7/15/14 John Kerry Press Statement – U.S. Condemns Kidnapping of Three Israeli Teenagers (Cited in Tab 96 Coverage Letter) | | No objection. | Deemed admitted. |
| | **PX GUTTERMAN 28** | 7/3/16 email draft to P. Johnson re: 0AB097918 | ATL003211 | No objection. | Deemed admitted. |
| | **PX GUTTERMAN 29** | 7/16/14 email from W. Phillips to D. Gutterman cc R. McFadden re: NBCU's "Dig" | ATL001547-1550 | No objection. | Deemed admitted. |
| | **PX GUTTERMAN 30** | 7/16/14 email from P. Johnson to D. Gutterman re: "DIG" Season 1 – Imminent Peril claim notification | ATL001077-1081 | No objection. | Deemed admitted. |

7

PLAINTIFFS' EXHIBIT LIST

| *[1] | EXHIBIT NO.[2] | DESCRIPTION | BATES NO. | OBJECTION | RESPONSE TO OBJECTION |
|---|---|---|---|---|---|
| * | **PX GOOLEY 31** | 7/17/14 email from T. Gooley to P. Johnson re: Act of War exclusion – Are you available for a short call? | ATL001571-1572 | No objection. | Deemed admitted. |
| * | **PX GOOLEY 32** | 7/18/14 email from S. Duffy to T. Gooley re: Privileged and Confidential | ATL001800-1801 | No objection. | Deemed admitted. |
| * | **PX GOOLEY 33** | 7/28/14 email from P. Johnson to T. Gooley, P. Williams cc C. Paar re: NBC Coverage determination – they want it this morning | ATL001847-1855 | No objection. | Deemed admitted. |
| * | **PX GOOLEY 34** | 7/28/14 email from T. Gooley to P. Johnson re: NBC – DIG – coverage determination.docx | ATL001858-1866 | No objection. | Deemed admitted. |

8

| *[1] | EXHIBIT NO.[2] | DESCRIPTION | BATES NO. | OBJECTION | RESPONSE TO OBJECTION |
|---|---|---|---|---|---|
| * | **PX CROSBY 30(b)(6) 1** | 5/5/17 Amended Notice of Rule 30(b)(6) Deposition of Defendant Atlantic Specialty Insurance Company | | No objection. | Deemed admitted. |

PLAINTIFFS' EXHIBIT LIST

| | PX CROSBY 2 | 2/17/16 One Beacon Insurance Group PowerPoint Presentation Dated February 17, 2015(Also Crosby 3) | ATL006957- 6988 | This document was created at least 2 years after the facts giving rise to Plaintiffs' claims. Furthermore, the exhibit contains information regarding future projections and goals that concern dates falling far after Plaintiffs' claims. Therefore, it has no relevance to any of the Plaintiffs' causes of action (Fed. R. Evid. 401, 402). Furthermore, information contained in the exhibit is far more prejudicial to ASIC than it is probative to Plaintiffs' claims and, therefore, should be | Relevant to Defendant's financial motive to deny the claim regardless of the merits, thus relevant to bad faith. Exhibit contains historical loss data regarding Plaintiffs' Policy and Defendant's entertainment division, despite being dated after Defendant's denial of the Dig claim. |

PLAINTIFFS' EXHIBIT LIST

| *[1] | EXHIBIT NO.[2] | DESCRIPTION | BATES NO. | OBJECTION | RESPONSE TO OBJECTION |
|---|---|---|---|---|---|
| | | | | excluded under Fed. R. Evid. 403. | |
| * | **PX CROSBY 4** | 7/23/14 E-mail from Dennis Crosby to Peter Williams | ATL001829-1831 | No objection. | Deemed admitted. |
| * | **PX CROSBY 5** | 7/23/14 E-mail from Dennis Crosby to Sean Duffy | ATL006946-6948 | No objection. | Deemed admitted. |
| * | **PX CROSBY 6** | 7/31/14 E-mail from Theresa Gooley to Kristin Boller | ATL001923-1938 | No objection. | Deemed admitted. |
| * | **PX CROSBY 7** | 6/5/15 E-mail from Peter Williams to Susan Weiss | ATL002507-2508 | No objection. | Deemed admitted. |
| * | **PX CROSBY 8** | 6/8/48 E-mail from Peter Williams to Dennis Crosby | ATL002514-515 | No objection. | Deemed admitted. |
| * | **PX CROSBY 10** | 6/4/15 E-mail from Dennis Crosby to Michael Miller | ATL006949 | No objection. | Deemed admitted. |
| * | **PX CROSBY 11** | 7/23/14 E-mail from Peter Williams to Dennis Crosby | ATL001832-1834 | No objection. | Deemed admitted. |
| * | **PX STONE 3** | 12/17/12 DICE Producers Portfolio Declarations | | No objection. | Deemed admitted. |
| * | **PX STONE 11** | CWS Notes | ATL000733-734 | No objection. | Deemed admitted. |

11

7176128v1/015825

| * | PX STONE 12 | Atlantic Exclusion of Other Acts of Terrorism Committed Outside of the United States; Cap on Losses from Certified Acts of Terrorism | ATL005269-5274 | Irrelevant [FRE 401, 402], more prejudicial than probative [FRE 403], improper extrinsic or parol evidence. Estate of Black, 211 Cal. App. 2d 75, 84 (Cal. Ct. App. 1962). ISO Forms, or other alleged forms, are not at issue in this case. The Policy speaks for itself, and Plaintiffs have not alleged that ASIC engaged in bad faith conduct vis-à-vis underwriting, etc. As such, exhibits seeking to show what the Policy could have said have no probative value to this case, and will only seek to confuse the | Relevant to show facts that Atlantic would have discovered had it conducted an adequate investigation into Plaintiffs' claim—namely, that Atlantic knows how to draft terrorism exclusions and that terrorism and war exclusions are mutually exclusive. Thus, relevant to Plaintiffs' bad faith claim. |
|---|---|---|---|---|---|

PLAINTIFFS' EXHIBIT LIST

| *[1] | EXHIBIT NO.[2] | DESCRIPTION | BATES NO. | OBJECTION | RESPONSE TO OBJECTION |
|---|---|---|---|---|---|
| | | | | jury as to the facts at issue in this case. | |

PLAINTIFFS' EXHIBIT LIST

7176128v1/015825

| * | **PX STONE 14** | Electronic Data Processing Policy | ATL005278-5281 | Irrelevant [FRE 401, 402], more prejudicial than probative [FRE 403], improper extrinsic or parol evidence. Estate of Black, 211 Cal. App. 2d 75, 84 (Cal. Ct. App. 1962). ISO Forms, or other alleged forms, are not at issue in this case. The Policy speaks for itself, and Plaintiffs have not alleged that ASIC engaged in bad faith conduct vis-à-vis underwriting, etc. As such, exhibits seeking to show what the Policy could have said have no probative value to this case, and will only seek to confuse the | To the extent Defendant is permitted to introduce evidence concerning Exclusion 4 ("weapons of war including atomic fission"), relevant to showing that Defendant altered "employing atomic fission" language from the standard exclusion to "including atomic fission," without notifying Plaintiffs. Relevant to showing Defendant's bad faith in relying on this distinction to suggest that the exclusion is |
|---|---|---|---|---|---|

| *[1] | EXHIBIT NO.[2] | DESCRIPTION | BATES NO. | OBJECTION | RESPONSE TO OBJECTION |
|---|---|---|---|---|---|
| | | | | jury as to the facts at issue in this case. | broader than nuclear weapons. |

PLAINTIFFS' EXHIBIT LIST

| * | **PX STONE 15** | Production Portfolio Policy | ATL005275-5276 | Irrelevant [FRE 401, 402], more prejudicial than probative [FRE 403], improper extrinsic or parol evidence. Estate of Black, 211 Cal. App. 2d 75, 84 (Cal. Ct. App. 1962). ISO Forms, or other alleged forms, are not at issue in this case. The Policy speaks for itself, and Plaintiffs have not alleged that ASIC engaged in bad faith conduct vis-à-vis underwriting, etc. As such, exhibits seeking to show what the Policy could have said have no probative value to this case, and will only seek to confuse the | To the extent Defendant is permitted to introduce evidence concerning Exclusion 4 ("weapons of war including atomic fission"), relevant to showing that Defendant altered "employing atomic fission" language from the standard exclusion to "including atomic fission," without notifying Plaintiffs. Relevant to showing Defendant's bad faith in relying on this distinction to suggest that the exclusion is |
|---|---|---|---|---|---|

PLAINTIFFS' EXHIBIT LIST

| *[1] | EXHIBIT NO.[2] | DESCRIPTION | BATES NO. | OBJECTION | RESPONSE TO OBJECTION |
|---|---|---|---|---|---|
| | | | | jury as to the facts at issue in this case. | broader than nuclear weapons. |

17

| * | **PX DUFFY 5** | 4/18/17 Defendant Atlantic Specialty Insurance Company's Third Amended Responses To First Set Of Interrogatories #1-17 Propounded By Plaintiffs Universal Cable Productions LLC And Northern Entertainment Productions LLC | | Discovery requests and responses are not proper evidence; lack of relevance (401, 402); more prejudicial than probative, cumulative, confusing and wasting the jury's time (403); lack of foundation (901). | "Answers to interrogatories may be offered as evidence at trial, subject to the Federal Rules of Evidence." 7 Moore's Fed. Prac. – Civil § 33.160. Interrogatory responses provide Defendant's representations as to the circumstances surrounding Defendant's denial of the claim, including documents/facts relied upon, persons involved, and investigative steps taken. Defendant's objection is |

| *[1] | EXHIBIT NO.[2] | DESCRIPTION | BATES NO. | OBJECTION | RESPONSE TO OBJECTION |
|---|---|---|---|---|---|
| | | | | | improper boilerplate. |
| * | **PX DUFFY 9** | Excel Spreadsheet "Discontinued Opps" | ATL001695-1709 | MIL 2/MIL 3 – F.R.E. 401, 402, 403 | Relevant to Plaintiffs' bad faith claim. Document shows that claim was flagged for superior's review and that Plaintiffs were included on "Discontinued" list. |
| * | **PX DUFFY 11** | 7/22/14 E-mail from Theresa Gooley to Sean Duffy | ATL001826-1827 | No objection. | Deemed admitted. |
| * | **PX DUFFY 13** | 7/23/14 E-mail from Sean Duffy to Theresa Gooley | ATL001835-1836 | No objection. | Deemed admitted. |
| * | **PX JOHNSON 2** | 7/15/14 E-mail from Michael Arevalo to Pamela Johnson | ATL000982-985 | No objection. | Deemed admitted. |
| * | **PX JOHNSON 3** | 7/15/14 E-mail from Pamela Johnson to Daniel Gutterman | ATL000304-309 | No objection. | Deemed admitted. |

PLAINTIFFS' EXHIBIT LIST

7176128v1/015825

| *[1] | EXHIBIT NO.[2] | DESCRIPTION | BATES NO. | OBJECTION | RESPONSE TO OBJECTION |
|---|---|---|---|---|---|
| * | **PX JOHNSON 4** | Internet Archive: Wayback Machine, Israel Travel Advice Accessed January 30, 2017 | | No objection. | Deemed admitted. |
| * | **PX JOHNSON 6** | Israel, The West Bank and Gaza Travel Warning | | No objection. | Deemed admitted. |
| * | **PX JOHNSON 7** | 7/16/14 E-mail from Pamela Johnson to Pamela Johnson | ATL01529-1530 | No objection. | Deemed admitted. |
| * | **PX JOHNSON 12** | 7/28/14 E-mail from Pamela Johnson to Susan Weiss and Andrea Garber | AONNBCU0003085-3093 | No objection. | Deemed admitted. |
| * | **PX JOHNSON 13** | 9/30/14 E-mail from Pamela Johnson to Lucia Coyoca | ATL002217-2222 | No objection. | Deemed admitted. |
| * | **PX GARBER 6** | 4/24/14 email from A. Gerber to T. Peete and S. Weiss RE: Policy #MP00163-04 for /NBC Universal T_MP00163-04_14_Full.pdf | AONNBCU0000787 | No objection. | Deemed admitted. |

PLAINTIFFS' EXHIBIT LIST

7176128v1/015825

| *[1] | EXHIBIT NO.[2] | DESCRIPTION | BATES NO. | OBJECTION | RESPONSE TO OBJECTION |
|---|---|---|---|---|---|
| * | **PX GARBER 8** | 12/11/13 email from Andrea Garber to Bernadette Milinovic and Wanda Phillips Re: "Dig" Season 1 Application/Declaration | AONNBCU0001748-50 | No objection. | Deemed admitted. |
| * | **PX GARBER 9** | 12/12/13 email from Bernadette Milinovic to Andrea Garber Re: "Dig" Season 1 Application/Declaration | AONNBCU0001494-97 | No objection. | Deemed admitted. |
| * | **PX GARBER 10** | 12/12/13 email from Bernadette Milinovic to Andrea Garber Re: "Dig" Season 1 Application/Declaration | AONNBCU0001501-02 | No objection. | Deemed admitted. |
| * | **PX GARBER 11** | 12/13/13 email from M. Binke to A. Garber, R. Richmond cc: K. Ford, C. Williams Re: "Dig" potential Morocco shoot | AONNBCU0001558-1561 | No objection. | Deemed admitted. |

PLAINTIFFS' EXHIBIT LIST

7176128v1/015825

| *[1] | EXHIBIT NO.[2] | DESCRIPTION | BATES NO. | OBJECTION | RESPONSE TO OBJECTION |
|---|---|---|---|---|---|
| * | **PX GARBER 19** | 11/15/13 email from Wanda Phillips to Susan Weiss and others with attachments Re: NBC 2013 Renewal Quote as of 11-13-13 | AONNBCU000034 1-351 | No objection. | Deemed admitted. |
| * | **PX GARBER 25** | 7/11/14 email from Andrea Garber to Kurt Ford Re: call with Peter | UCP000859 | No objection. | Deemed admitted. |
| * | **PX GARBER 26** | 7/11/14 email from Jeff Wachtel to Mark Binke Re: "Dig" S1 Insurance Claim/Imminent Peril | UCP018048-49 | No objection. | Deemed admitted. |
| * | **PX GARBER 31** | 2014 - 6/30/2015 NBCU TV Claims – OneBeacon | ATL00459 | No objection. | Deemed admitted. |
| * | **PX GARBER 33** | 7/17/14 email from Mark Binke to Andrea Garber Re: Security update TIMELY | UCP000440 | No objection. | Deemed admitted. |

PLAINTIFFS' EXHIBIT LIST

| *[1] | EXHIBIT NO.[2] | DESCRIPTION | BATES NO. | OBJECTION | RESPONSE TO OBJECTION |
|---|---|---|---|---|---|
| * | **PX GARBER 34** | 7/17/14 email from Pamela Johnson to Susan Weiss and others Re: Claim Acknowledgement for NBCU's "DIG" Season 1 – Imminent Peril claim notification | UCP000455-57 | No objection. | Deemed admitted. |
| * | **PX GARBER 36** | 7/28/14 email from Pamela Johnsons to Susan Weiss and Andrea Garber Re: NBC – DIG – coverage determination letter | UCP000374-82 | No objection. | Deemed admitted. |
| * | **PX GARBER 37** | 7/28/14 email from P. Johnson to S. Weiss and A. Garber, Cc. D. Gutterman, DIG - coverage determination | AONNBCU0002769-2777 | No objection. | Deemed admitted. |
| * | **PX GARBER 38** | Motion Picture/Television Producers Portfolio Declarations OneBeacon Insurance | ATL001575-1629 | No objection. | Deemed admitted. |

PLAINTIFFS' EXHIBIT LIST

7176128v1/015825

| *[1] | EXHIBIT NO.[2] | DESCRIPTION | BATES NO. | OBJECTION | RESPONSE TO OBJECTION |
|---|---|---|---|---|---|
| * | **PX GARBER 39** | 11/24/09 email from Susan Weiss to George Walden and Rafael Rivera Re: Policy Language | AONNBCU0000916-946 | No objection. | Deemed admitted. |
| * | **PX WEISS 42** | 12/16/09 email from Martin Ridgers to George Walden, Susan Weiss Re: Martin's Final Form Policy | AONNBCU0003965-66 | No objection. | Deemed admitted. |
| * | **PX WEISS 45** | 3/11/10 email from Susan Weiss to Wanda Phillips Re: NBCU Policy Form mistakes | AONNBCU0001109-1115 | No objection. | Deemed admitted. |
| * | **PX SMITH 157** | 7/8/14 email from S. Smith to R. Richmond, E. Noordeloos cc M. Binke Re: DIG tel aviv in the morning (Also Richmond 379) | UCP001669 | No objection. | Deemed admitted. |

PLAINTIFFS' EXHIBIT LIST

7176128v1/015825

| *[1] | EXHIBIT NO.[2] | DESCRIPTION | BATES NO. | OBJECTION | RESPONSE TO OBJECTION |
|---|---|---|---|---|---|
| * | **PX JOHNSON 246** | 7/15/14 E-mail from Pamela Johnson to Peter Williams, Daniel Gutterman | ATL000393-397 | No objection. | Deemed admitted. |
| * | **PX JOHNSON 253** | 7/31/14 E-mail from Andrea Garber to Pamela Johnson copying Susan Weiss and Daniel Gutterman | ATL001917-1918 | No objection. | Deemed admitted. |
| * | **PX FORD 290** | 10/31/14 email from K. Ford to P. Williams RE: DIG Insurance Meeting | ATL002421-423 | No objection. | Deemed admitted. |
| * | **PX FORD 294** | 12/10/13 email from R. Richmond to A. Garber, K. Ford, and C. Williams RE: "Dig" - "cast" insurance concerns | UCP_003149 - 151 | No objection. | Deemed admitted. |
| * | **PX FORD 304** | 7/10/14 email from M. Binke to K. Ford Fw: Security Summary | UCP_003312 - 313 | No objection. | Deemed admitted. |
| * | **PX FORD 314** | 7/25/14 email from B. Markus to A. Garber RE: Dig - Insurance claim | UCP000458 | No objection. | Deemed admitted. |

PLAINTIFFS' EXHIBIT LIST

7176128v1/015825

| *[1] | EXHIBIT NO.[2] | DESCRIPTION | BATES NO. | OBJECTION | RESPONSE TO OBJECTION |
|---|---|---|---|---|---|
| * | PX FORD 318 | Collection of documents of photocopies of a cancelled check, an invoice, an Authority of Payment document, email, and a document entitled, "Regarding Compensation and Taxes" | UCP000310 - 315 | No objection. | Deemed admitted. |
| * | PX FORD 319 | Collection of documents of photocopies of a cancelled check, an invoice, an Authority of Payment document, email, and a document entitled, "Regarding Compensation and Taxes" | UCP000296 - 302 | No objection. | Deemed admitted. |

PLAINTIFFS' EXHIBIT LIST

7176128v1/015825

| *[1] | EXHIBIT NO.[2] | DESCRIPTION | BATES NO. | OBJECTION | RESPONSE TO OBJECTION |
|---|---|---|---|---|---|
| * | **PX FORD 320** | Collection of documents of photocopies of a cancelled check, an invoice, an Authority of Payment document, email, and a document entitled, "Regarding Compensation and Taxes" | UCP000303 - 309 | No objection. | Deemed admitted. |
| * | **PX FORD 321** | Collection of documents of photocopies of a cancelled check, an invoice, an Authority of Payment document, email, and a document entitled, "Regarding Compensation and Taxes" | UCP000316 - 322 | No objection. | Deemed admitted. |

PLAINTIFFS' EXHIBIT LIST

7176128v1/015825

| *[1] | EXHIBIT NO.[2] | DESCRIPTION | BATES NO. | OBJECTION | RESPONSE TO OBJECTION |
|---|---|---|---|---|---|
| * | **PX FORD 322** | Collection of documents of photocopies of a cancelled check, an invoice, an Authority of Payment document, email, and a document entitled, "Regarding Compensation and Taxes" | UCP000329 - 327 | No objection. | Deemed admitted. |
| * | **PX MARKUS-CAFFREY 342** | 6/12/14 email form B. Markus to M. Binke FW: DIG - LOCKED BUDGETS - AMORT, PATTERN, PILOT | UCP005411 - 5506 | No objection. | Deemed admitted. |
| * | **PX MARKUS-CAFFREY 343** | 8/14/14 email from R. Richmond to D. Cleaver, DIG budget notes | UCP009963 - 965 | No objection. | Deemed admitted. |
| * | **PX MARKUS-CAFFREY 344** | "DIG - New Mexico Season 1 - First 5 episodes" | UCP018226 - 227 | No objection. | Deemed admitted. |

PLAINTIFFS' EXHIBIT LIST

7176128v1/015825

| *¹ | EXHIBIT NO.² | DESCRIPTION | BATES NO. | OBJECTION | RESPONSE TO OBJECTION |
|---|---|---|---|---|---|
| | **PX RICHMOND 345** | 11/11/13 email from Curt Williams to Kurt Ford, Mark Binke, and Randi Richmond Re: Possible TV Production in Jerusalem Israel - Medical and Security | UCP000791 - 0797 | No objection. | Deemed admitted. |
| | **PX RICHMOND 352** | 4/16/14 Email from S. Smith to R. Richmond, cc M. Winemaker, re: DIG Crisis and Security Planning | UCP002227 - 2237 | No objection. | Deemed admitted. |
| * | **PX RICHMOND 355** | 6/16/14 email from R. Richmond to M. Binke and R. Rothstein, Dig issues !!!!! | UCP001082 | No objection. | Deemed admitted. |
| * | **PX RICHMOND 365** | 7/2/14 email from R. Richmond to S. Smith, Cc. M. Binke, Re: Dig locations | UCP000925 - 926 | No objection. | Deemed admitted. |
| * | **PX RICHMOND 376** | 7/8/14 email from R. Richmond to S. Smith, Cc. M. Binke, DIG !!!!!! | UCP000953 | No objection. | Deemed admitted. |

29

7176128v1/015825

| *[1] | EXHIBIT NO.[2] | DESCRIPTION | BATES NO. | OBJECTION | RESPONSE TO OBJECTION |
|---|---|---|---|---|---|
| * | PX RICHMOND 377 | 7/8/14 email from R. Richmond to M. Binke, E. Noordeloos, Cc. S. Smith, Re: quick call | UCP002802 - 803 | No objection. | Deemed admitted. |
| * | PX RICHMOND 378 | 7/8/14 email from R. Richmond to A. Nawi, Cc. L. Benasuly, M. Winemaker, A. Navon, S. Smith, M. Binke, DIG alert Tel Aviv tonight !! | UCP_003498 - 499 | No objection. | Deemed admitted. |
| * | PX RICHMOND 380 | 7/8/14 email from R. Richmond to J. Footlik, M. Binke, R. Smotkin, RE: Sirens in Jerusalem | UCP000652 | No objection. | Deemed admitted. |
| * | PX RICHMOND 381 | 7/8/14 email from R. Richmond to S. Smith, E. Noordeloos, Cc. M. Binke, Dig today!!! | UCP000994 | No objection. | Deemed admitted. |
| * | PX RICHMOND 385 | 7/9/14 email from R. Rothstein to R. Richmond, Cc. M. Binke, S. O'Neill, S. Fung, Re: more DIG CAST | UCP001068 - 069 | No objection. | Deemed admitted. |

PLAINTIFFS' EXHIBIT LIST

7176128v1/015825

| *[1] | EXHIBIT NO.[2] | DESCRIPTION | BATES NO. | OBJECTION | RESPONSE TO OBJECTION |
|---|---|---|---|---|---|
| * | PX RICHMOND 388 | 7/9/14 email from R. Richmond to J. Footlik, M. Binke, and R. Smotkin Re: Sirens in Tel Aviv | UCP000992 | No objection. | Deemed admitted. |
| * | PX RICHMOND 390 | 7/9/14 email from R. Richmond to J. Footlik, M. Binke, Cc. R. Smotkin, R. Rothstein, S. Dolcemaschio, Re: Sirens in Tel Aviv | UCP000767 - 768 | No objection. | Deemed admitted. |
| * | PX RICHMOND 393 | 7/10/14 email form M. Binke to R. Richmond, Re: DIG scenarios | UCP_003585 - 586 | No objection. | Deemed admitted. |
| * | PX RICHMOND 394 | 7/11/14 email form T. Cowley to R. Richmond, B. Grey, M. Cowley, A. Grey, Cc. Bob Scwartz, Coming home form Israel | UCP_003493 | No objection. | Deemed admitted. |

7176128v1/015825

| *[1] | EXHIBIT NO.[2] | DESCRIPTION | BATES NO. | OBJECTION | RESPONSE TO OBJECTION |
|---|---|---|---|---|---|
| * | PX RICHMOND 395 | 7/11/14 email from M. Binke to A. Garber, J. Wachtel, Cc. R. Richmond, T. McCarthy, and K. Ford, RE: "Dig" S1 Insurance Claim/Imminent Peril | UCP_003951 | No objection. | Deemed admitted. |
| * | PX RICHMOND 396 | 7/14/14 email from R. Richmond to M. Binke and B. Markus, RE: DIG costs | UCP_003356 - 357 | No objection. | Deemed admitted. |
| * | PX RICHMOND 401 | 7/21/14 email from S. Smith to R. Richmond, Re: DIG Security | UCP001606 | No objection. | Deemed admitted. |
| * | PX RICHMOND 403 | 7/25/14 email from B. markus ot A. Garber, Cc. M. Binke, R. Richmond, and B. Markus, Dig - insurance claim | UCP000880 | No objection. | Deemed admitted. |

PLAINTIFFS' EXHIBIT LIST

7176128v1/015825

| *[1] | EXHIBIT NO.[2] | DESCRIPTION | BATES NO. | OBJECTION | RESPONSE TO OBJECTION |
|---|---|---|---|---|---|
| * | **PX RIDGERS 408** | 12/7/09 email from G. Walden to G. Walden RE: NBC Wording – Coverage Summary/Affidavit Form | AONNBCU0003795-3865 | MIL 2/MIL 3 – F.R.E. 401, 402, 403 | Correspondence from drafting/ negotiation of Policy and draft policies are relevant to show the reasonable expectations of the parties at the time of drafting. See Plaintiffs' Oppo. to MIL 2/3. |
| * | **PX RIDGERS 409** | 12/17/09 email from G. Walden to W. Phillips, M. Ridgers RE: NBC Martin 12-16 final | AONNBCU 0004125-0004131 | MIL 2/MIL 3 – F.R.E. 401, 402, 403 | Correspondence from drafting/ negotiation of Policy and draft policies are relevant to show the reasonable expectations of the parties at the time of drafting. See Plaintiffs' Oppo. to MIL2/3. |

33

| *[1] | EXHIBIT NO.[2] | DESCRIPTION | BATES NO. | OBJECTION | RESPONSE TO OBJECTION |
|---|---|---|---|---|---|
| * | **PX RIDGERS 413** | 12/16/09 email from G. Walden to M. Ridgers RE: Martin's_Final_Form_12-15-09 (2). Doc | AONNBCU 0004090-0004124 | MIL 2/MIL 3 – F.R.E. 401, 402, 403 | Correspondence from drafting/ negotiation of Policy and draft policies are relevant to show the reasonable expectations of the parties at the time of drafting. See Plaintiffs' Oppo. to MIL2/3. |
| * | **PX RIDGERS 414** | 12/16/09 email from M. Ridgers to G. Walden , S. Weiss RE: Martin's_Final_Form Rev 1_2009 1216.doc | AONNBCU 0003965-0003997 | MIL 2/MIL 3 – F.R.E. 401, 402, 403 | Correspondence from drafting/ negotiation of Policy and draft policies are relevant to show the reasonable expectations of the parties at the time of drafting. See Plaintiffs' Oppo. to MIL 2/3. |

PLAINTIFFS' EXHIBIT LIST

| *[1] | EXHIBIT NO.[2] | DESCRIPTION | BATES NO. | OBJECTION | RESPONSE TO OBJECTION |
|---|---|---|---|---|---|
| * | **PX RIDGERS 415** | 12/17/09 email from S. Weiss to G. Walden RE: NBC Martin 12-16 final THIS IS IT | AONNBCU 0003998-0004030 | MIL 2/MIL 3 – F.R.E. 401, 402, 403 | Correspondence from drafting negotiation of Policy and draft policies are relevant to show the reasonable expectations of the parties at the time of drafting. See Plaintiffs' Oppo. to MIL 2/3. |
| * | **PX RIDGERS 416** | 12/17/09 email from G. Walden to G. Walden RE: Martin's_Final_Form Rev 1_2009 1217.doc | AONNBCU 0004132-0004195 | MIL 2/MIL 3 – F.R.E. 401, 402, 403 | Correspondence from drafting/ negotiation of Policy and draft policies are relevant to show the reasonable expectations of the parties at the time of contracting. See Plaintiffs' Oppo. to MIL2/3. |

PLAINTIFFS' EXHIBIT LIST

| *[1] | EXHIBIT NO.[2] | DESCRIPTION | BATES NO. | OBJECTION | RESPONSE TO OBJECTION |
|---|---|---|---|---|---|
| * | **PX PHILLIPS 422** | 1/15/2010 email from W. Phillips to S. Weiss NBC Studios Policy-Draft | AONNBCU 0004383-0004410 | MIL 2/MIL 3 – F.R.E. 401, 402, 403 | Correspondence from drafting/ negotiation of Policy and draft policies are relevant to show the reasonable expectations of the parties at the time of contracting. See Plaintiffs' Oppo. to MIL 2/3. |
| * | **PX PHILLIPS 423** | 12/3/13 email from W. Phillips to A. Garber RE: Tentative 2014 Production – "Dig" | AONNBCU 0003622-0003625 | MIL 2/MIL 3 – F.R.E. 401, 402, 403 | Correspondence from underwriting process to add Dig as an insured production is relevant to show the reasonable expectations of the parties at the time of contracting. See Plaintiffs' Oppo. to MIL 2/3. |

36

**PLAINTIFFS' EXHIBIT LIST**

| *¹ | EXHIBIT NO.² | DESCRIPTION | BATES NO. | OBJECTION | RESPONSE TO OBJECTION |
|---|---|---|---|---|---|
|  | **PX PHILLIPS 424** | 12/13/13 email from A. Garber to W. Phillips RE: "Dig" S1 | AONNBCU 0001747 | MIL 2/MIL 3 – F.R.E. 401, 402, 403 | Correspondence from underwriting process to add Dig as an insured production is relevant to show the reasonable expectations of the parties at the time of contracting. See Plaintiffs' Oppo. to MIL 2/3. |
| * | **PX PHILLIPS 425** | 10/13/14 email from B. Milinovic to D. Kizner, W. Phillips RE: DIG "state of the union" 9-19 | ATL002231-2233 & ATL002211 | No objection. | Deemed admitted. |
| * | **PX PHILLIPS 427** | 11/7/14 email from J. Morris to B. Milinovic RE: DIG state of the union 10-29 revised | ATL 002439-002444 | No objection. | Deemed admitted. |

PLAINTIFFS' EXHIBIT LIST

7176128v1/015825

| **PX PHILLIPS 428** | One Beacon Insurance Group PowerPoint Presentation Dated February 17, 2016 | ATL006989-007020 | This document was created at least 2 years after the facts giving rise to Plaintiffs' claims. Furthermore, the exhibit contains information regarding future projections and goals that concern dates falling far after Plaintiffs' claims. Therefore, it has no relevance to any of the Plaintiffs' causes of action (Fed. R. Evid. 401, 402). Furthermore, information contained in the exhibit is far more prejudicial to ASIC than it is probative to Plaintiffs' claims and, therefore, should be | Relevant to Defendant's financial motive to deny the claim regardless of the merits, thus relevant to bad faith. Exhibit contains historical loss data regarding Plaintiffs' Policy and Defendant's entertainment division, despite being dated after Defendant's denial of the Dig claim. |

| *¹ | EXHIBIT NO.² | DESCRIPTION | BATES NO. | OBJECTION | RESPONSE TO OBJECTION |
|---|---|---|---|---|---|
| | | | | excluded under Fed. R. Evid. 403. | |
| * | PX 486 | 12/20/13 E-mail chain between Andrea Garber, Wanda Phillips and Bernadette Milinovic | AONNBCU0001462-1466 | No objection. | Deemed admitted. |
| * | PX 487 | 1/13/14 E-mail and attachment to from Andrea Garber to Bernadette Milinovic | AONNBCU0001567-1568 | No objection. | Deemed admitted. |
| * | PX 489 | 01/29/15 Dig Planned and Actual Shoot Schedule | UCP018245 | No objection. | Deemed admitted. |
| * | PX 490 | 7/09/14 E-mail chain among Stephen Smith, Randi Richmond and Mark Binke | UCP002521-2522 | No objection. | Deemed admitted. |
| * | PX 491 | U.S. Dept of State Listing of Foreign Terrorist Organization | UCP000162-165 | No objection. | Deemed admitted. |
| * | PX 492 | U.S. Dept. of Treasury Press Release Titled "U.S. | UCP000178-182 | No objection. | Deemed admitted. |

PLAINTIFFS' EXHIBIT LIST

7176128v1/015825

| *[1] | EXHIBIT NO.[2] | DESCRIPTION | BATES NO. | OBJECTION | RESPONSE TO OBJECTION |
|---|---|---|---|---|---|
| | | Designates Five Charities Funding Hamas and Six Senior Hamas Leaders as Terrorist Entities | | | |
| * | PX 493 | U.S. Department of State Fact Sheet | UCP000183-200 | No objection. | Deemed admitted. |
| * | PX 494 | U.S. Department of State Travel Warning Re Travel to Israel, The West Bank and Gaza, updated 02/03/2014 | UCP035240 – 35243 | No objection. | Deemed admitted. |
| * | PX 495 | 6/18/14 U.S. Dept of State Daily Press Briefing | UCP000201-215 | No objection. | Deemed admitted. |
| * | PX 496 | 6/30/14 U.S. Dept of State Daily Press Briefing | UCP000216-229 | No objection. | Deemed admitted. |
| * | PX 497 | 7/09/14 U.S. Dept of State Daily Press Briefing | UCP000166-177 | No objection. | Deemed admitted. |
| * | PX 498 | 7/08/14 U.S. Dept of State Daily Press Briefing | UCP000230-245 | No objection. | Deemed admitted. |

PLAINTIFFS' EXHIBIT LIST

| *[1] | EXHIBIT NO.[2] | DESCRIPTION | BATES NO. | OBJECTION | RESPONSE TO OBJECTION |
|---|---|---|---|---|---|
| * | PX 499 | 7/08/14 Daily Briefing by the Department of State Press Secretary | UCP000246-273 | No objection. | Deemed admitted. |
| * | PX 500 | 7/16/14 U.S. Dept. of State Daily Press Briefing | UCP000279-291 | No objection. | Deemed admitted. |
| * | PX 501 | Sample of OneBeacon Insurance Policy | UCP035244-35315 | No objection. | Deemed admitted. |
| * | PX 502 | Merriam Webster Dictionary Definition of "War" | UCP035316 | No objection. | Deemed admitted. |
| * | PX 503 | Encyclopedia Britannic Online Definition of "Atomic Bomb" | UCP035317-35326 | No objection. | Deemed admitted. |
| * | PX 504 | U.S. Nuclear Regulatory Commission Glossary Definition of "Radioactivity" | UCP035327 | No objection. | Deemed admitted. |
| * | PX 505 | U.S. Nuclear Regulatory Commission Glossary Definition of "Atomic Energy" | UCP035328 | No objection. | Deemed admitted. |

41

| *[1] | EXHIBIT NO.[2] | DESCRIPTION | BATES NO. | OBJECTION | RESPONSE TO OBJECTION |
|---|---|---|---|---|---|
| * | **PX 506** | Article "How Much did the September 11 Terrorist attack cost America" | UCP035329-35330 | No objection. | Deemed admitted. |
| * | **PX 507** | Article Timeline: Terror Attacks Linked to Islamists Since 9/11 | UCP035331-35337 | No objection. | Deemed admitted. |
| * | **PX 508** | 7/16/14 Remarks of the President on Foreign Policy | UCP000274-278 | No objection. | Deemed admitted. |
| * | **PX 509** | 7/21/14 US Department of State Travel Warning entitled "Israel, The West Bank and Gaza Travel Warning. | UCP000292-295 | No objection. | Deemed admitted. |
| * | **PX 510** | Hamas Founding Charter (1988) The Covenant of the Islamic Resistance Movement | UCP035336-35346 | No objection. | Deemed admitted. |
| * | **PX 511** | 12/13/09 E-mail from Martin Ridgers to George | AONNBCU0003902-3903 | MIL 2/MIL 3 – F.R.E. 401, 402, 403 | Correspondence from drafting/ negotiation of |

PLAINTIFFS' EXHIBIT LIST

| *[1] | EXHIBIT NO.[2] | DESCRIPTION | BATES NO. | OBJECTION | RESPONSE TO OBJECTION |
|---|---|---|---|---|---|
| | | Walden and Wanda Phillips | | | Policy and draft policies are relevant to show the reasonable expectations of the parties at the time of contracting. See Plaintiffs' Oppo. to MIL 2/3. |
| * | PX 512 | Insurance Service Office form number CG 00 02 04 13 | UCP035347-UCP035374 | Irrelevant [FRE 401, 402], more prejudicial than probative [FRE 403], improper extrinsic or parol evidence. Estate of Black, 211 Cal. App. 2d 75, 84 (Cal. Ct. App. 1962). ISO Forms, or other alleged forms, are not at issue in this case. The Policy speaks for itself, and Plaintiffs | Alternative version of war exclusion is relevant to Defendant's understanding of their meaning. And by extension, Defendant's bad faith. |

43

7176128v1/015825

| *[1] | EXHIBIT NO.[2] | DESCRIPTION | BATES NO. | OBJECTION | RESPONSE TO OBJECTION |
|---|---|---|---|---|---|
| | | | | have not alleged that ASIC engaged in bad faith conduct vis-à-vis underwriting, etc. As such, exhibits seeking to show what the Policy could have said have no probative value to this case, and will only seek to confuse the jury as to the facts at issue in this case. | |
| * | PX 513 | Insurance Service Office form number CG00 20 03 10 | UCP035375-UCP035397 | Irrelevant [FRE 401, 402], more prejudicial than probative [FRE 403], improper extrinsic or parol evidence. Estate of Black, 211 Cal. App. 2d 75, 84 (Cal. Ct. App. 1962). ISO Forms, or other | Alternative version of war exclusion is relevant to Defendant's understanding of their meaning. And by extension, Defendant's bad faith. |

44

7176128v1/015825

| *[1] | EXHIBIT NO.[2] | DESCRIPTION | BATES NO. | OBJECTION | RESPONSE TO OBJECTION |
|---|---|---|---|---|---|
| | | | | alleged forms, are not at issue in this case. The Policy speaks for itself, and Plaintiffs have not alleged that ASIC engaged in bad faith conduct vis-à-vis underwriting, etc. As such, exhibits seeking to show what the Policy could have said have no probative value to this case, and will only seek to confuse the jury as to the facts at issue in this case. | |
| * | PX 514 | 10/28/72 Richard Nixon: Campaign Statement About Crime and Drug Abuse | UCP035398-35399 | No objection. | Deemed admitted. |
| * | PX 515 | 10/02/82 Ronald Reagan Radio Address to the | UCP035400-35401 | No objection. | Deemed admitted. |

PLAINTIFFS' EXHIBIT LIST

| *[1] | EXHIBIT NO.[2] | DESCRIPTION | BATES NO. | OBJECTION | RESPONSE TO OBJECTION |
|---|---|---|---|---|---|
| | | Nation on Federal Drug Policy | | | |
| * | PX 516 | 01/08/64 Lyndon B. Johnson Annual Message to the Congress on the State of the Union | UCP035402-35406 | No objection. | Deemed admitted. |
| * | PX 517 | 12/15/16 Bill O' Reilly: War on Christmas won by the good guys, but insurgents remain | UCP 035407 | No objection. | Deemed admitted. |
| * | PX 518 | 12/22/16 Article: Three reasons why the New York Times' War on Christmas denial is all wrong | UCP035408-35409 | No objection. | Deemed admitted. |
| * | PX 519 | 12/19/16 How the War on Christmas Controversy Was Created | UCP035410-35415 | No objection. | Deemed admitted. |
| * | PX 520 | Attack on America: The Insurance Coverage Issue | UCP035416-35424 | No objection. | Deemed admitted. |
| * | PX 521 | 09/17/01 LA Times Article Act of War Exclusion | UCP035425 | No objection. | Deemed admitted. |

PLAINTIFFS' EXHIBIT LIST

| *[1] | EXHIBIT NO.[2] | DESCRIPTION | BATES NO. | OBJECTION | RESPONSE TO OBJECTION |
|---|---|---|---|---|---|
| | | Doesn't Apply to Attacks Insurers Say | | | |
| * | **PX 522** | Insurance Journal – A look at Invoking War Exclusions | UCP035426 | No objection. | Deemed admitted. |
| * | **PX 523** | 7/18/14 E-mail from Daniel Gutterman to Himself | ATL00294 | No objection. | Deemed admitted. |
| * | **PX 524** | 7/16/14 E-mail chain among Daniel Gutterman and Pamela Johnson | ATL000501 | No objection. | Deemed admitted. |
| * | **PX 525** | 7/16/14 E-mail chain among Daniel Gutterman and Pamela Johnson | ATL001560-1561 | No objection. | Deemed admitted. |
| * | **PX 526** | 7/17/14 Westlaw Cover E-mail to Pamela Johnson re War Exclusion | ATL001635 | No objection. | Deemed admitted. |
| * | **PX 527** | 8/28/14 Foreign Policy – Take Away Their Guns – Then We'll Talk | UCP035432-35433 | No objection. | Deemed admitted. |

PLAINTIFFS' EXHIBIT LIST

7176128v1/015825

| *[1] | EXHIBIT NO.[2] | DESCRIPTION | BATES NO. | OBJECTION | RESPONSE TO OBJECTION |
|---|---|---|---|---|---|
| * | PX 528 | 8/9/14 National Post – Gaza's Marvels Of Engineering; Hamas Gunmen Can Live In Tunnels For Weeks | UCP035434-35436 | No objection. | Deemed admitted. |
| * | PX 529 | 1/7/14 Jerusalem Post – IDF Announces Major Operation in Gaza as Rocket Fire Escalates in South | UCP035437-35439 | No objection. | Deemed admitted. |
| * | PX 531 | 12/16/09 E-mail from Martin Ridgers to George Walden, Susan Weiss and Wanda Phillips | AONNBCU0004055-4089 | MIL 2/MIL 3 – F.R.E. 401, 402, 403 | Correspondence from drafting/ negotiation of Policy and draft policies are relevant to show the reasonable expectations of the parties at the time of contracting. See Plaintiffs' Oppo. to MIL 2/3. |

PLAINTIFFS' EXHIBIT LIST

7176128v1/015825

| *[1] | EXHIBIT NO.[2] | DESCRIPTION | BATES NO. | OBJECTION | RESPONSE TO OBJECTION |
|---|---|---|---|---|---|
| * | **PX 534** | 3/26/10 E-mail from Susan Weiss to Kurt Ford | UCP032892-32935 | MIL 2/MIL 3 – F.R.E. 401, 402, 403 | Correspondence from drafting/ negotiation of Policy and draft policies are relevant to show the reasonable expectations of the parties at the time of contracting. See Plaintiffs' Oppo. to MIL 2/3. |
| * | **PX 535** | Ledger Detail (17.54-01002 thru 01006, 01080,01085,01086,01088) | UCP018225 | No objection. | Deemed admitted. |
| * | **PX 536** | DIG - CROATIA Cost Report 11 TOPSHEET - PE 06242016 | UCP018223 | No objection. | Deemed admitted. |
| * | **PX 537** | Dig Croatia (06 24 16 Cost Report) | UCP018224 | No objection. | Deemed admitted. |
| * | **PX 538** | (8297428-2) | UCP000001 | No objection. | Deemed admitted. |

PLAINTIFFS' EXHIBIT LIST

7176128v1/015825

| *[1] | EXHIBIT NO.[2] | DESCRIPTION | BATES NO. | OBJECTION | RESPONSE TO OBJECTION |
|---|---|---|---|---|---|
| * | **PX 539** | DIG - Croatia Locked Budget - 09022014 | UCP013943 | No objection. | Deemed admitted. |
| * | **PX 540** | DIG - Day Cost Workbook - 10282014 | UCP018222 | No objection. | Deemed admitted. |
| * | **PX 541** | DIG U.S. - Cast Salary spreadsheet | UCP035215 | No objection. | Deemed admitted. |
| * | **PX 542** | Israel Estimated Salary spreadsheet | UCP035216 | No objection. | Deemed admitted. |
| * | **PX 547** | Ledgers.xlsx | UCP036901 | No objection. | Deemed admitted. |
| * | **PX 548** | DIG Croatia - Cast | UCP 18228-18236 | No objection. | Deemed admitted. |
| * | **PX 549** | DIG Croatia - Fringe | UCP 18237-18238 | No objection. | Deemed admitted. |
| * | **PX 550** | DIG Croatia - Stunts | UCP 18239-18243 | No objection. | Deemed admitted. |
| * | **PX 551** | Financial document | UCP 18022 | No objection. | Deemed admitted. |

PLAINTIFFS' EXHIBIT LIST

| *[1] | EXHIBIT NO.[2] | DESCRIPTION | BATES NO. | OBJECTION | RESPONSE TO OBJECTION |
|---|---|---|---|---|---|
| * | PX 552 | Financial document | UCP 18003-18021 | No objection. | Deemed admitted. |
| * | PX 553 | COA Listing Report | UCP 4048-4075 | No objection. | Deemed admitted. |
| * | PX 554 | Financial document | UCP 18125-18221 | No objection. | Deemed admitted. |
| * | PX 555 | Pilot Locked | UCP 14882-14928 | No objection. | Deemed admitted. |
| * | PX 556 | Pattern Locked | UCP 14836-14881 | No objection. | Deemed admitted. |
| * | PX 557 | Amort Locked | UCP 14780-14818 | No objection. | Deemed admitted. |
| * | PX 558 | Financial document | UCP 5398-5405 | No objection. | Deemed admitted. |
| * | PX 559 | Financial document | UCP 15850 | No objection. | Deemed admitted. |
| * | PX 560 | DIG ALL SERIES LOCKED BUDGET | UCP014765-014779 | No objection. | Deemed admitted. |
| * | PX 562 | DIG HOLIDAY_HIATUS LOCKED BUDGET 6_8_14 | UCP014819-014835 | No objection. | Deemed admitted. |
| * | PX 565 | DIG PREP PUSH LOCKED BUDGET | UCP014929-014953 | No objection. | Deemed admitted. |
| * | PX 566 | DIG WRAP LOCKED BUDGET | UCP014954-014972 | No objection. | Deemed admitted. |
| * | PX 567 | PATTERN BUDGET-S1 Amort | UCP014973-014995 | No objection. | Deemed admitted. |

51

| *[1] | EXHIBIT NO.[2] | DESCRIPTION | BATES NO. | OBJECTION | RESPONSE TO OBJECTION |
|---|---|---|---|---|---|
| * | PX 568 | PATTERN BUDGET-S1 B4 Amort | UCP014996-015023 | No objection. | Deemed admitted. |
| * | PX 569 | PATTERN BUDGET-S1 B4 Series Pattern | UCP015024-015083 | No objection. | Deemed admitted. |
| * | PX 570 | PATTERN BUDGET-S1 Prep | UCP015084-015117 | No objection. | Deemed admitted. |
| * | PX 571 | PATTERN BUDGET-S1 Series Pattern Ep.2-6 | UCP015118-015178 | No objection. | Deemed admitted. |
| * | PX 572 | PATTERN BUDGET-S1 Wrap | UCP015179-015208 | No objection. | Deemed admitted. |
| * | PX 573 | DIG - Israel Series Recap - 04292015 | UCP016315-016367 | No objection. | Deemed admitted. |
| * | PX 574 | DIG - Israel Series Recap - PE 10222015 | UCP016368-016420 | No objection. | Deemed admitted. |
| * | PX 575 | DIG - New Mexico Series Recap - PE 03192015 | UCP016421-016482 | No objection. | Deemed admitted. |
| * | PX 576 | DIG - New Mexico Series Recap - PE 04172015 | UCP016483-016542 | No objection. | Deemed admitted. |
| * | PX 577 | DIG - New Mexico Series Recap - PE 04272015 | UCP016543-016602 | No objection. | Deemed admitted. |

PLAINTIFFS' EXHIBIT LIST

| *[1] | EXHIBIT NO.[2] | DESCRIPTION | BATES NO. | OBJECTION | RESPONSE TO OBJECTION |
|---|---|---|---|---|---|
| * | **PX 578** | DIG - New Mexico Series Recap - PE 05082015 | UCP016603-016662 | No objection. | Deemed admitted. |
| * | **PX 579** | DIG - New Mexico Series Recap - PE 05142015 | UCP016663-016722 | No objection. | Deemed admitted. |
| * | **PX 580** | DIG - New Mexico Series Recap - PE 06142015 | UCP016723-016781 | No objection. | Deemed admitted. |
| * | **PX 581** | DIG - New Mexico Series Recap - PE 06272015 | UCP016782-016842 | No objection. | Deemed admitted. |
| * | **PX 582** | DIG - New Mexico Series Recap - PE 07062016 | UCP016843-016904 | No objection. | Deemed admitted. |
| * | **PX 583** | DIG - New Mexico Series Recap - PE 08112016 | UCP016905-016966 | No objection. | Deemed admitted. |
| * | **PX 584** | DIG - New Mexico Series Recap - PE 08222015 | UCP016967-017025 | No objection. | Deemed admitted. |
| * | **PX 585** | DIG - New Mexico Series Recap - PE 09042015 | UCP017026-017084 | No objection. | Deemed admitted. |
| * | **PX 586** | DIG - New Mexico Series Recap - PE 11222015 | UCP017085-017146 | No objection. | Deemed admitted. |
| * | **PX 587** | DIG Israel Series recap 12 30 14 | UCP017147-017200 | No objection. | Deemed admitted. |

53

**PLAINTIFFS' EXHIBIT LIST**

| *[1] | EXHIBIT NO.[2] | DESCRIPTION | BATES NO. | OBJECTION | RESPONSE TO OBJECTION |
|---|---|---|---|---|---|
| * | **PX 588** | Dig Series recap NM 010915 | UCP017201-017254 | No objection. | Deemed admitted. |
| * | **PX 589** | Dig Series recap NM 12114 | UCP017255-017308 | No objection. | Deemed admitted. |
| * | **PX 590** | Dig Series recap NM 012315 | UCP017309-017362 | No objection. | Deemed admitted. |
| * | **PX 591** | Dig Series recap NM 020415 | UCP017363-017416 | No objection. | Deemed admitted. |
| * | **PX 592** | Dig Series recap NM 021315 | UCP017417-017468 | No objection. | Deemed admitted. |
| * | **PX 593** | Dig Series recap NM 110114 | UCP017469-017520 | No objection. | Deemed admitted. |
| * | **PX 594** | Dig Series recap NM 110614 | UCP017521-017572 | No objection. | Deemed admitted. |
| * | **PX 595** | Dig Series recap NM 110814 | UCP017573-017624 | No objection. | Deemed admitted. |
| * | **PX 596** | Dig Series recap NM 111414 | UCP017625-017679 | No objection. | Deemed admitted. |
| * | **PX 597** | Dig Series recap NM 120614 | UCP017680-017734 | No objection. | Deemed admitted. |

PLAINTIFFS' EXHIBIT LIST

7176128v1/015825

| *[1] | EXHIBIT NO.[2] | DESCRIPTION | BATES NO. | OBJECTION | RESPONSE TO OBJECTION |
|---|---|---|---|---|---|
| * | PX 598 | Dig Series recap NM 121314 | UCP017735-017789 | No objection. | Deemed admitted. |
| * | PX 599 | Dig Series recap NM 122014 | UCP017790-017842 | No objection. | Deemed admitted. |
| * | PX 600 | Israel DIG  Nov 22nd Recap | UCP017843-017892 | No objection. | Deemed admitted. |
| * | PX 601 | Israel DIG Nov 1 Recap-1 | UCP017893-018001 | No objection. | Deemed admitted. |
| * | PX 602 | Series recap 11.14.14 Israel | UCP035217-035238 | No objection. | Deemed admitted. |
| * | PX 603 | Cost and Variance Reports | UCP015209-16223 | No objection. | Deemed admitted. |
| * | PX 604 | AL-ASQSA TV Filler Tallies Terror Attacks by Hamas (Memri TV) | UCP036891-036892 | No objection. | Deemed admitted. |
| * | PX 605 | Hamas TV Children's Show Encourages Killing of Jews (Memri TV) | UCP036893-036894 | No objection. | Deemed admitted. |
| * | PX 606 | Hamas TV Song in Hebrew: Annihilate All the Zionists Exterminate the | UCP036895-036896 | No objection. | Deemed admitted. |

PLAINTIFFS' EXHIBIT LIST

7176128v1/015825

| *[1] | EXHIBIT NO.[2] | DESCRIPTION | BATES NO. | OBJECTION | RESPONSE TO OBJECTION |
|---|---|---|---|---|---|
| | | Cockroaches' Nest (Memri TV) | | | |
| * | **PX 607** | Hamas PM Haniya Extols Martyrdom, Says: We Shall Rock Tel Aviv (Memri TV) | UCP036897-036898 | No objection. | Deemed admitted. |
| * | **PX 608** | A Mickey Mouse Character on Hamas TV Teaches Children About Islamic Rule of the World (Memri TV) | UCP036899-036325 | No objection. | Deemed admitted. |
| * | **PX 609** | First Amended Complaint in the case of *Federal Insurance Company, et al. v. Al Qaida, et al.*, Case No. 1:03-cv-06978-GBD-SN S.D.N.Y.) | UCP036326-036525 | No objection. | Deemed admitted. |
| * | **PX 610** | 08/12/2014 Letter from Tania Hoff, NBCUniversal to Lucia Coyoca, Mitchell Silberberg & Knupp LLP | UCP036526-036527 | No objection so long as a limiting instruction is given that the document is offered for the effect | Deemed admitted, subject to limiting instruction. |

PLAINTIFFS' EXHIBIT LIST

| *1 | EXHIBIT NO.[2] | DESCRIPTION | BATES NO. | OBJECTION | RESPONSE TO OBJECTION |
|---|---|---|---|---|---|
| | | re: DIG Insurance Claim/One Beacon | | on the listener, and not for the truth of the matter asserted. | |
| * | **PX 611** | Mitchell, Silberberg & Knupp invoices to NBC Universal for legal fees and costs re: *Dig* matter | UCP036528-036890 | Hearsay [FRE 801-802], failure to timely produce, irrelevant [FRE 401, 402], not properly authenticated [FRE 901]; improper opinions (FRE 701, 702), more prejudicial than probative, cumulative, and likely to confuse the jury (FRE 403), lacks foundation and not properly authenticated [FRE 901]. | See Plaintiffs' Oppo. to MIL 1. Defendant's objection is improper boilerplate. Invoices are business records, relevant to Plaintiffs' claim for attorney fees, were timely produced, and will be authenticated at trial.  Invoices are not opinions. |
| * | **PX 613** | OneBeacon 2011 Form 10-K Statement | UCP036083-036325 | Pursuant to conversations between counsel, the Parties believe that | Plaintiffs hope to reach an agreement with Defendant on a factual |

PLAINTIFFS' EXHIBIT LIST

| *[1] | EXHIBIT NO.[2] | DESCRIPTION | BATES NO. | OBJECTION | RESPONSE TO OBJECTION |
|------|----------------|-------------|-----------|-----------|------------------------|
|      |                |             |           | they can resolve the need for these exhibits via factual stipulations. However, should Plaintiff not consent to the factual stipulations necessary, ASIC objects on the basis of hearsay [FRE 801-802], failure to timely produce, more prejudicial than probative, waste of time, cumulative (FRE 403). irrelevant [FRE 401, 402]. Nothing about OneBeacon's financial data has any tendency to make a fact at issue in this case more or less | stipulation that would eliminate the need for this exhibit. If the parties cannot agree, Plaintiffs respond: Defendants objection is improper boilerplate. Exhibit is the statement and business record of party opponent. Relevant to punitive damages. |

7176128v1/015825

| *[1] | EXHIBIT NO.[2] | DESCRIPTION | BATES NO. | OBJECTION | RESPONSE TO OBJECTION |
|---|---|---|---|---|---|
| | | | | likely. To the extent Plaintiffs wish to introduce information regarding ASIC's net worth, Plaintiffs have means of obtaining this data without introducing these exhibits, and the information contained therein would only serve to prejudice the jury against ASIC. | |
| * | **PX 614** | Atlantic Specialty Insurance Company Annual Statement 2014 | UCP035834-036082 | Pursuant to conversations between counsel, the Parties believe that they can resolve the need for these exhibits via factual stipulations. However, should Plaintiff not consent | Plaintiffs hope to reach an agreement with Defendant on a factual stipulation that would eliminate the need for this exhibit. |

59

PLAINTIFFS' EXHIBIT LIST

| *¹ | EXHIBIT NO.² | DESCRIPTION | BATES NO. | OBJECTION | RESPONSE TO OBJECTION |
|---|---|---|---|---|---|
| | | | | to the factual stipulations necessary, ASIC objects on the basis of hearsay [FRE 801-802], failure to timely produce, more prejudicial than probative, waste of time, cumulative (FRE 403). irrelevant [FRE 401, 402]. Nothing about OneBeacon's financial data has any tendency to make a fact at issue in this case more or less likely. To the extent Plaintiffs wish to introduce information regarding ASIC's net worth, Plaintiffs have means of obtaining | If the parties cannot agree, Plaintiffs respond: Defendants objection is improper boilerplate. Exhibit is the statement and business record of party opponent. Relevant to punitive damages. |

7176128v1/015825

| *[1] | EXHIBIT NO.[2] | DESCRIPTION | BATES NO. | OBJECTION | RESPONSE TO OBJECTION |
|---|---|---|---|---|---|
| | | | | this data without introducing these exhibits, and the information contained therein would only serve to prejudice the jury against ASIC. | |
| * | PX 615 | Atlantic Specialty Insurance Company Annual Statement 2015 | UCP035440-035633 | Pursuant to conversations between counsel, the Parties believe that they can resolve the need for these exhibits via factual stipulations. However, should Plaintiff not consent to the factual stipulations necessary, ASIC objects on the basis of | Plaintiffs hope to reach an agreement with Defendant on a factual stipulation that would eliminate the need for this exhibit.<br><br>If the parties cannot agree, Plaintiffs respond: Defendants objection is |

61

PLAINTIFFS' EXHIBIT LIST

| *[1] | EXHIBIT NO.[2] | DESCRIPTION | BATES NO. | OBJECTION | RESPONSE TO OBJECTION |
|---|---|---|---|---|---|
| | | | | hearsay [FRE 801-802], failure to timely produce, more prejudicial than probative, waste of time, cumulative (FRE 403). irrelevant [FRE 401, 402]. Nothing about OneBeacon's financial data has any tendency to make a fact at issue in this case more or less likely. To the extent Plaintiffs wish to introduce information regarding ASIC's net worth, Plaintiffs have means of obtaining this data without introducing these exhibits, and the information contained | improper boilerplate. Exhibit is the statement and business record of party opponent. Relevant to punitive damages. |

7176128v1/015825

| *[1] | EXHIBIT NO.[2] | DESCRIPTION | BATES NO. | OBJECTION | RESPONSE TO OBJECTION |
|---|---|---|---|---|---|
| | | | | therein would only serve to prejudice the jury against ASIC. | |
| * | PX 617 | 2018-12-31 10-K White Mountains Insurance Group, LTD. | | Pursuant to conversations between counsel, the Parties believe that they can resolve the need for these exhibits via factual stipulations. However, should Plaintiff not consent to the factual stipulations necessary, ASIC objects on the basis of hearsay [FRE 801-802], failure to timely produce, more prejudicial than probative, waste of time, cumulative | Plaintiffs hope to reach an agreement with Defendant on a factual stipulation that would eliminate the need for this exhibit.<br><br>If the parties cannot agree, Plaintiffs respond: Defendants objection is improper boilerplate. Exhibit is the statement and business record of party opponent. |

PLAINTIFFS' EXHIBIT LIST

| *₁ | EXHIBIT NO.² | DESCRIPTION | BATES NO. | OBJECTION | RESPONSE TO OBJECTION |
|---|---|---|---|---|---|
| | | | | (FRE 403). irrelevant [FRE 401, 402]. Nothing about White Mountain's financial data has any tendency to make a fact at issue in this case more or less likely. To the extent Plaintiffs wish to introduce information regarding ASIC's net worth, Plaintiffs have means of obtaining this data without introducing these exhibits, and the information contained therein would only serve to prejudice the jury against ASIC. | Relevant to punitive damages. |
| * | **PX 618** | 2017-12-31 10-K White Mountains Insurance Group, LTD. | | Pursuant to conversations between counsel, the | Plaintiffs hope to reach an agreement with Defendant on |

PLAINTIFFS' EXHIBIT LIST

| *1 | EXHIBIT NO.[2] | DESCRIPTION | BATES NO. | OBJECTION | RESPONSE TO OBJECTION |
|---|---|---|---|---|---|
| | | | | Parties believe that they can resolve the need for these exhibits via factual stipulations. However, should Plaintiff not consent to the factual stipulations necessary, ASIC objects on the basis of hearsay [FRE 801-802], failure to timely produce, more prejudicial than probative, waste of time, cumulative (FRE 403). irrelevant [FRE 401, 402]. Nothing about White Mountain's financial data has any tendency to make a fact at issue in this case more or | a factual stipulation that would eliminate the need for this exhibit.<br><br>If the parties cannot agree, Plaintiffs respond: Defendants objection is improper boilerplate. Exhibit is the statement and business record of party opponent. Relevant to punitive damages. |

65

PLAINTIFFS' EXHIBIT LIST

| *₁ | EXHIBIT NO.² | DESCRIPTION | BATES NO. | OBJECTION | RESPONSE TO OBJECTION |
|----|--------------|-------------|-----------|-----------|------------------------|
|    |              |             |           | less likely. To the extent Plaintiffs wish to introduce information regarding ASIC's net worth, Plaintiffs have means of obtaining this data without introducing these exhibits, and the information contained therein would only serve to prejudice the jury against ASIC. | |
| *  | **PX 619**   | 2016-12-31 10-K White Mountains Insurance Group, LTD. | | Pursuant to conversations between counsel, the Parties believe that they can resolve the need for these exhibits via factual stipulations. However, should Plaintiff not consent | Plaintiffs hope to reach an agreement with Defendant on a factual stipulation that would eliminate the need for this exhibit. |

PLAINTIFFS' EXHIBIT LIST

7176128v1/015825

| *[1] | EXHIBIT NO.[2] | DESCRIPTION | BATES NO. | OBJECTION | RESPONSE TO OBJECTION |
|---|---|---|---|---|---|
| | | | | to the factual stipulations necessary, ASIC objects on the basis of hearsay [FRE 801-802], failure to timely produce, more prejudicial than probative, waste of time, cumulative (FRE 403). irrelevant [FRE 401, 402]. Nothing about White Mountain's financial data has any tendency to make a fact at issue in this case more or less likely. To the extent Plaintiffs wish to introduce information regarding ASIC's net worth, Plaintiffs have means of obtaining this data | If the parties cannot agree, Plaintiffs respond: Defendants objection is improper boilerplate. Exhibit is the statement and business record of party opponent. Relevant to punitive damages. |

| *[1] | EXHIBIT NO.[2] | DESCRIPTION | BATES NO. | OBJECTION | RESPONSE TO OBJECTION |
|---|---|---|---|---|---|
| | | | | without introducing these exhibits, and the information contained therein would only serve to prejudice the jury against ASIC. | |
| * | **PX 620** | 2015-12-31 10-K White Mountains Insurance Group, LTD. | | Pursuant to conversations between counsel, the Parties believe that they can resolve the need for these exhibits via factual stipulations. However, should Plaintiff not consent to the factual stipulations necessary, ASIC objects on the basis of hearsay [FRE 801-802], failure to timely produce, more | Plaintiffs hope to reach an agreement with Defendant on a factual stipulation that would eliminate the need for this exhibit. If the parties cannot agree, Plaintiffs respond: Defendants objection is improper boilerplate. Exhibit is the statement and business |

68

| *[1] | EXHIBIT NO.[2] | DESCRIPTION | BATES NO. | OBJECTION | RESPONSE TO OBJECTION |
|---|---|---|---|---|---|
| | | | | prejudicial than probative, waste of time, cumulative (FRE 403). irrelevant [FRE 401, 402]. Nothing about White Mountain's financial data has any tendency to make a fact at issue in this case more or less likely. To the extent Plaintiffs wish to introduce information regarding ASIC's net worth, Plaintiffs have means of obtaining this data without introducing these exhibits, and the information contained therein would only serve to prejudice the jury against ASIC. | record of party opponent. Relevant to punitive damages. |

PLAINTIFFS' EXHIBIT LIST

| *₁ | EXHIBIT NO.² | DESCRIPTION | BATES NO. | OBJECTION | RESPONSE TO OBJECTION |
|---|---|---|---|---|---|
| * | **PX 621** | 2014-12-31 10-K White Mountains Insurance Group, LTD. | | Pursuant to conversations between counsel, the Parties believe that they can resolve the need for these exhibits via factual stipulations. However, should Plaintiff not consent to the factual stipulations necessary, ASIC objects on the basis of hearsay [FRE 801-802], failure to timely produce, more prejudicial than probative, waste of time, cumulative (FRE 403). irrelevant [FRE 401, 402]. Nothing about White Mountain's financial | Plaintiffs hope to reach an agreement with Defendant on a factual stipulation that would eliminate the need for this exhibit.<br><br>If the parties cannot agree, Plaintiffs respond: Defendants objection is improper boilerplate. Exhibit is the statement and business record of party opponent. Relevant to punitive damages. |

PLAINTIFFS' EXHIBIT LIST

| *[1] | EXHIBIT NO.[2] | DESCRIPTION | BATES NO. | OBJECTION | RESPONSE TO OBJECTION |
|---|---|---|---|---|---|
| | | | | data has any tendency to make a fact at issue in this case more or less likely. To the extent Plaintiffs wish to introduce information regarding ASIC's net worth, Plaintiffs have means of obtaining this data without introducing these exhibits, and the information contained therein would only serve to prejudice the jury against ASIC. | |
| * | **PX 640** | 6/12/14 Dig Locked Critical Assumptions | UCP007998 | No objection. | Deemed admitted. |
| * | **PX 641** | 6/5/14 "Dig" Locked Pilot | UCP005460-5506 | No objection. | Deemed admitted. |
| * | **PX 642** | 4/30/14 Production Recap Report, Israel Unit | UCP004488 | No objection. | Deemed admitted. |
| * | **PX 643** | 10/23/15 Production Recap Report, Israel Unit | UCP006123 | No objection. | Deemed admitted. |

PLAINTIFFS' EXHIBIT LIST

7176128v1/015825

| *[1] | EXHIBIT NO.[2] | DESCRIPTION | BATES NO. | OBJECTION | RESPONSE TO OBJECTION |
|---|---|---|---|---|---|
| * | **PX 644** | 7/8/16 Production Recap Report, First 5 Episodes | UCP010735-736 | No objection. | Deemed admitted. |
| * | **PX 645** | 8/11/16 Production Recap Report, First 5 Episodes | UCP004503-504 | No objection. | Deemed admitted. |
| * | **PX 647** | Black's Law Dictionary (10th ed. 2014), definition of "war" | | No objection. | Deemed admitted. |
| * | **PX 648** | Black's Law Dictionary (10th ed. 2014), definition of "mixed war" | | No objection. | Deemed admitted. |
| * | **PX 649** | BLACK'S LAW DICTIONARY (10th ed. 2014), definition of "military" | | No objection. | Deemed admitted. |
| * | **PX 650** | BLACK'S LAW DICTIONARY (10th ed. 2014), definition of "authority" | | No objection. | Deemed admitted. |

PLAINTIFFS' EXHIBIT LIST

7176128v1/015825

| *[1] | EXHIBIT NO.[2] | DESCRIPTION | BATES NO. | OBJECTION | RESPONSE TO OBJECTION |
|---|---|---|---|---|---|
| * | **PX 651** | Military & Armed Forces, MERRIAM-WEBSTER'S COLLEGIATE DICTIONARY (11th ed. 2003), definition of "military" | | No objection. | Deemed admitted. |
| * | **PX 652** | 10A COUCH ON INSURANCE § 152:3 (3d ed. 2017), Definition of War | | No objection. | Deemed admitted. |
| * | **PX 653** | 10A COUCH ON INSURANCE § 152:4 (3d ed. 2017), Definition of Warlike Operations | | No objection. | Deemed admitted. |
| * | **PX 654** | 10A COUCH ON INSURANCE § 152:18 (3d ed. 2017), War Risk Exclusion in the Context of Terrorism, In General | | No objection. | Deemed admitted. |

PLAINTIFFS' EXHIBIT LIST

| *[1] | EXHIBIT NO.[2] | DESCRIPTION | BATES NO. | OBJECTION | RESPONSE TO OBJECTION |
|---|---|---|---|---|---|
| * | **PX 655** | 6/24/15 UN Report of the Independent Commission of Inquiry Established Pursuant to Human Rights Council resolution S-21/1 | ATL004914-5097 | No objection. | Deemed admitted. |

PLAINTIFFS' EXHIBIT LIST

| *[1] | EXHIBIT NO.[2] | DESCRIPTION | BATES NO. | OBJECTION | RESPONSE TO OBJECTION |
|---|---|---|---|---|---|
| * | **PX 656** | 2/10/17 Plaintiff Universal Cable Productions Llc's First Set Of Requests For Admissions #1-33 To Defendant Atlantic Specialty Insurance Company | | Discovery requests and responses are not proper evidence; lack of relevance (401, 402); more prejudicial than probative, cumulative, confusing and wasting the jury's time (403); lack of foundation (901). | "Admissions obtained under Rule 36 may be offered in evidence at the trial…." § 2264 Use and Effect of Admissions, 8B Fed. Prac. & Proc. Civ. § 2264 (3d ed.). Requests are relevant to bad faith and address Defendant's bases and process for denying the claim. Requests provide relevant definitions and context for Defendant's admissions. |

PLAINTIFFS' EXHIBIT LIST

7176128v1/015825

| *[1] | EXHIBIT NO.[2] | DESCRIPTION | BATES NO. | OBJECTION | RESPONSE TO OBJECTION |
|---|---|---|---|---|---|
| * | **PX 657** | 3/13/17 Defendant Atlantic Specialty Insurance Company's Objections And Responses To Plaintiff Universal Cable Productions Llc's First Set Of Requests For Admissions #1-33 | | Discovery requests and responses are not proper evidence; lack of relevance (401, 402); more prejudicial than probative, cumulative, confusing and wasting the jury's time (403); lack of foundation (901). | "Admissions obtained under Rule 36 may be offered in evidence at the trial…." § 2264 Use and Effect of Admissions, 8B Fed. Prac. & Proc. Civ. § 2264 (3d ed.).  Admissions are relevant to bad faith and address Defendant's bases and process for denying the claim. |

PLAINTIFFS' EXHIBIT LIST

7176128v1/015825

| *[1] | EXHIBIT NO.[2] | DESCRIPTION | BATES NO. | OBJECTION | RESPONSE TO OBJECTION |
|---|---|---|---|---|---|
| * | **PX 658** | 3/6/17 Plaintiff Universal Cable Productions Llc's Second Set Of Requests For Admissions #34-35 To Defendant Atlantic Specialty Insurance Company | | Discovery requests and responses are not proper evidence; lack of relevance (401, 402); more prejudicial than probative, cumulative, confusing and wasting the jury's time (403); lack of foundation (901). | "Admissions obtained under Rule 36 may be offered in evidence at the trial…." § 2264 Use and Effect of Admissions, 8B Fed. Prac. & Proc. Civ. § 2264 (3d ed.).  Requests are relevant to bad faith and address Defendant's bases and process for denying the claim. Requests provide relevant definitions and context for Defendant's admissions. |

PLAINTIFFS' EXHIBIT LIST

7176128v1/015825

| *[1] | EXHIBIT NO.[2] | DESCRIPTION | BATES NO. | OBJECTION | RESPONSE TO OBJECTION |
|---|---|---|---|---|---|
| * | **PX 659** | 4/7/17 Defendant Atlantic Specialty Insurance Company's Objections And Responses To Plaintiff Universal Cable Productions Llc's Second Set Of Requests For Admissions # 34-35 | | Discovery requests and responses are not proper evidence; lack of relevance (401, 402); more prejudicial than probative, cumulative, confusing and wasting the jury's time (403); lack of foundation (901). | "Admissions obtained under Rule 36 may be offered in evidence at the trial…." § 2264 Use and Effect of Admissions, 8B Fed. Prac. & Proc. Civ. § 2264 (3d ed.).  Admissions are relevant to bad faith and address Defendant's bases and process for denying the claim. |

7176128v1/015825

| * | **PX 660** | 10/5/16 Plaintiffs' First Set Of Interrogatories #1-17 To Defendant Atlantic Specialty Insurance Company | | Discovery requests and responses are not proper evidence; lack of relevance (401, 402); more prejudicial than probative, cumulative, confusing and wasting the jury's time (403); lack of foundation (901). | "Answers to interrogatories may be offered as evidence at trial, subject to the Federal Rules of Evidence." 7 Moore's Fed. Prac. – Civil § 33.160. Interrogatory responses provide Defendant's representations as to the circumstances surrounding Defendant's denial of the claim, including documents/facts relied upon, persons involved, and investigative steps taken. Interrogatories provide relevant |

| *[1] | EXHIBIT NO.[2] | DESCRIPTION | BATES NO. | OBJECTION | RESPONSE TO OBJECTION |
|---|---|---|---|---|---|
| | | | | | definitions and context for Defendant's responses. Defendant's objection is improper boilerplate. |

| * | **PX 661** | 11/11/16 Defendant Atlantic Specialty Insurance Company's Responses To First Set Of Interrogatories #1-17 Propounded By Plaintiffs Universal Cable Productions Llc And Northern Entertainment Productions Llc | | Discovery requests and responses are not proper evidence; lack of relevance (401, 402); more prejudicial than probative, cumulative, confusing and wasting the jury's time (403); lack of foundation (901). | "Answers to interrogatories may be offered as evidence at trial, subject to the Federal Rules of Evidence." 7 Moore's Fed. Prac. – Civil § 33.160. Interrogatory responses provide Defendant's representations as to the circumstances surrounding Defendant's denial of the claim, including documents/facts relied upon, persons involved, and investigative steps taken. Defendant's objection is |

| *[1] | EXHIBIT NO.[2] | DESCRIPTION | BATES NO. | OBJECTION | RESPONSE TO OBJECTION |
|---|---|---|---|---|---|
| | | | | | improper boilerplate. |

PLAINTIFFS' EXHIBIT LIST

7176128v1/015825

| * | PX 662 | 12/13/16 Defendant Atlantic Specialty Insurance Company's First Amended Responses To First Set Of Interrogatories #1-17 Propounded By Plaintiffs Universal Cable Productions Llc And Northern Entertainment Productions Llc | | Discovery requests and responses are not proper evidence; lack of relevance (401, 402); more prejudicial than probative, cumulative, confusing and wasting the jury's time (403); lack of foundation (901). | "Answers to interrogatories may be offered as evidence at trial, subject to the Federal Rules of Evidence." 7 Moore's Fed. Prac. – Civil § 33.160. Interrogatory responses provide Defendant's representations as to the circumstances surrounding Defendant's denial of the claim, including documents/facts relied upon, persons involved, and investigative steps taken. Defendant's objection is |

7176128v1/015825

| *[1] | EXHIBIT NO.[2] | DESCRIPTION | BATES NO. | OBJECTION | RESPONSE TO OBJECTION |
|---|---|---|---|---|---|
| | | | | | improper boilerplate. |

84

| * | **PX 663** | 2/20/17 Defendant Atlantic Specialty Insurance Company's Second Amended Responses To First Set Of Interrogatories #1-17 Propounded By Plaintiffs Universal Cable Productions Llc And Northern Entertainment Productions Llc | | Discovery requests and responses are not proper evidence; lack of relevance (401, 402); more prejudicial than probative, cumulative, confusing and wasting the jury's time (403); lack of foundation (901). | "Answers to interrogatories may be offered as evidence at trial, subject to the Federal Rules of Evidence." 7 Moore's Fed. Prac. – Civil § 33.160. Interrogatory responses provide Defendant's representations as to the circumstances surrounding Defendant's denial of the claim, including documents/facts relied upon, persons involved, and investigative steps taken. Defendant's objection is |

| *[1] | EXHIBIT NO.[2] | DESCRIPTION | BATES NO. | OBJECTION | RESPONSE TO OBJECTION |
|---|---|---|---|---|---|
|  |  |  |  |  | improper boilerplate. |

PLAINTIFFS' EXHIBIT LIST

7176128v1/015825

| * | **PX 664** | 2/10/17 Plaintiff Universal Cable Productions Llc's Second Set Of Interrogatories #18-25 To Defendant Atlantic Specialty Insurance Company | | Discovery requests and responses are not proper evidence; lack of relevance (401, 402); more prejudicial than probative, cumulative, confusing and wasting the jury's time (403); lack of foundation (901). | "Answers to interrogatories may be offered as evidence at trial, subject to the Federal Rules of Evidence." 7 Moore's Fed. Prac. – Civil § 33.160. Interrogatory responses provide Defendant's representations as to the circumstances surrounding Defendant's denial of the claim, including documents/facts relied upon, persons involved, and investigative steps taken. Interrogatories provide relevant |

| *[1] | EXHIBIT NO.[2] | DESCRIPTION | BATES NO. | OBJECTION | RESPONSE TO OBJECTION |
|---|---|---|---|---|---|
| | | | | | definitions and context for Defendant's responses. Defendant's objection is improper boilerplate. |

7176128v1/015825

| * | PX 665 | 3/13/17 Defendant Atlantic Specialty Insurance Company's Responses To Second Set Of Interrogatories #18-25 Propounded By Plaintiffs Universal Cable Productions Llc And Northern Entertainment Productions Llc | | Discovery requests and responses are not proper evidence; lack of relevance (401, 402); more prejudicial than probative, cumulative, confusing and wasting the jury's time (403); lack of foundation (901). | "Answers to interrogatories may be offered as evidence at trial, subject to the Federal Rules of Evidence." 7 Moore's Fed. Prac. – Civil § 33.160. Interrogatory responses provide Defendant's representations as to the circumstances surrounding Defendant's denial of the claim, including documents/facts relied upon, persons involved, and investigative steps taken. Defendant's objection is |

| *[1] | EXHIBIT NO.[2] | DESCRIPTION | BATES NO. | OBJECTION | RESPONSE TO OBJECTION |
|---|---|---|---|---|---|
| | | | | | improper boilerplate. |

PLAINTIFFS' EXHIBIT LIST

| * | PX 666 | OneBeacon Ins. Co. v. T. Wade Welch & Assocs., 841 F.3d 669, 674 (5th Cir. 2016) | | This exhibit is an opinion in a case involving allegations against an ASIC-affiliated company for breaches of the duty of good faith and fair dealing. However, this judicial opinion is inadmissible. First, there is no cognizable interest under California law vis-à-vis alleged breaches of the duty of good faith and fair dealing that falls outside of its borders, or conduct that allegedly constitutes a violation of other states' laws. Therefore, any evidence of alleged wrongdoing in other jurisdictions is improper character | Pattern and practice evidence is relevant to Plaintiffs' bad faith claim and request for punitive damages; it is not improper character evidence. *See Colonial Life & Accident Ins. Co. v. Superior Court*, 31 Cal. 3d 785, 792 (1982) (in bank) ("Indirect evidence of the elements of punitive damages may be suggested by a pattern of unfair practices."). The case is similar because it involves Defendant's erroneous use of an exclusion to deny coverage. |
|---|---|---|---|---|---|

| | | | | evidence and violates the due process clause of the 14th amendment (Fed. R. Evid. 404). Additionally, to the extent Plaintiffs offer this opinion for the truth of any assertions by the Fifth Circuit Court of Appeals (i.e. One Beacon or ASIC acted in bad faith), it is inadmissible hearsay [FRE 801, 802]. Furthermore, this opinion is irrelevant [FRE 401, 402]. Nothing from this judicial opinion is likely to make any fact at issue in this case more or less likely, and the holding comes after the facts giving rise to Plaintiffs' claims. | *OneBeacon Ins. Co.*, 841 F.3d at 674. Therefore, there is sufficient similarity to permit the jury to learn of Defendant's conduct, even if subject to the laws of a different jurisdiction. *See State Farm Mut. Auto. Ins. Co. v. Campbell*, 538 U.S. 408, 422 (2003) (stating that even "[l]awful out-of-state conduct may be probative when it demonstrates the deliberateness and culpability of the defendant's action in the State where it is tortious…."). |
|---|---|---|---|---|---|

PLAINTIFFS' EXHIBIT LIST

| *¹ | EXHIBIT NO.² | DESCRIPTION | BATES NO. | OBJECTION | RESPONSE TO OBJECTION |
|---|---|---|---|---|---|
| | | | | Finally, the exhibit is more prejudicial than probative; any probative value is far outweighed by the prejudice such opinion would present to ASIC [FRE 403]. | Opinion is res judicata against Defendant. Plaintiffs are not intending to offer the opinion itself but instead request that the Court take judicial notice of the facts therein and instruct the jury. |
| * | **PX 667** | 2/10/15 Congressional Research Service, The Palestinians: Background and U.S. Relations | ATL005135-5183 | No objection. | Deemed admitted. |

PLAINTIFFS' EXHIBIT LIST

7176128v1/015825

| * | PX 669 | Atlantic's profit / paid claims figures in connection with the Insured's policies for the years 2010 through 2015. | ATL005268 | Pursuant to conversations between counsel, the Parties believe that they can resolve the need for these exhibits via factual stipulations. However, should Plaintiff not consent to the factual stipulations necessary, ASIC objects on the basis of hearsay [FRE 801-802], failure to timely produce, more prejudicial than probative, waste of time, cumulative (FRE 403). irrelevant [FRE 401, 402]. Nothing about OneBeacon's financial data has any tendency to make a | Relevant to Defendant's financial motive to deny the claim regardless of the merits, thus relevant to bad faith and punitive damages. Document is a statement of party opponent and a business record. |

PLAINTIFFS' EXHIBIT LIST

7176128v1/015825

| *₁ | EXHIBIT NO.² | DESCRIPTION | BATES NO. | OBJECTION | RESPONSE TO OBJECTION |
|---|---|---|---|---|---|
| | | | | fact at issue in this case more or less likely. To the extent Plaintiffs wish to introduce information regarding ASIC's net worth, Plaintiffs have means of obtaining this data without introducing these exhibits, and the information contained therein would only serve to prejudice the jury against ASIC. | |
| * | **PX 673** | 11/15/13 email from W. Phillips to S. Weiss, A. Garber, and T. Peete, NBC 2013 Renewal Quote as of 11-13-2013 | ATL000764-766 | No objection. | Deemed admitted. |

PLAINTIFFS' EXHIBIT LIST

7176128v1/015825

| *[1] | EXHIBIT NO.[2] | DESCRIPTION | BATES NO. | OBJECTION | RESPONSE TO OBJECTION |
|---|---|---|---|---|---|
| * | **PX 674** | 12/11/13 email from B. Milinovic to A. Garber, RE: "Dig" Season 1 Application/Declaration | ATL000405-406 | No objection. | Deemed admitted. |
| * | **PX 675** | 1/13/14 email from B. Milinovic to A. Garber, RE: "Dig" S1 - 2014 Application/Declaration | ATL000438 | No objection. | Deemed admitted. |
| * | **PX 676** | 7/17/14 Event invitaiton organized by P. Johnson, "Canceled: War Exclusion - Israel/Hamas Conflict" | ATL001567 | No objection. | Deemed admitted. |
| * | **PX 677** | 7/17/14 Event invitaiton organized by P. Johnson, "War Exclusion - Israel/Hamas Conflict" | ATL001568 | No objection. | Deemed admitted. |
| * | **PX 678** | Background & Overview of Hamas <http://www.jewishvirtuallibrary.org/background-and-overview-of-hamas)> | _ | No objection. | Deemed admitted. |

PLAINTIFFS' EXHIBIT LIST

7176128v1/015825

| *[1] | EXHIBIT NO.[2] | DESCRIPTION | BATES NO. | OBJECTION | RESPONSE TO OBJECTION |
|---|---|---|---|---|---|
| * | **PX 679** | Designated Foreign Terrorist Organizations <http://www.state.gov/j/ct/rls/other/des/123085.htm> | _ | No objection. | Deemed admitted. |
| * | **PX 680** | Australian National Security - Terrorist Organizations <https://www.nationalsecurity.gov.au/Listedterroristorganisations/Pages/HamassIzzal-Dinal-QassamBrigades.aspx> | _ | No objection. | Deemed admitted. |
| * | **PX 681** | https://www.publicsafety.gc.ca/cnt/ntnl-scrt/cntrtrrrsm/lstd-ntts/crrnt-lstd-ntts-en.aspx | _ | No objection. | Deemed admitted. |
| * | **PX 682** | http://eur-lex.europa.eu/legalcontent/EN/TXT/PDF/?uri=CELEX:32017D0154&from=EN | _ | No objection. | Deemed admitted. |

PLAINTIFFS' EXHIBIT LIST

7176128v1/015825

| *[1] | EXHIBIT NO.[2] | DESCRIPTION | BATES NO. | OBJECTION | RESPONSE TO OBJECTION |
|---|---|---|---|---|---|
| * | PX 683 | List of Terrorist Organizations and Individuals (Israel) <http://www.justice.gov.il/En/Units/FBPS/DNFBPDuties/Pages/List-of-Terrorist-Organizations-and-Individuals.aspx> | _ | No objection. | Deemed admitted. |
| * | PX 684 | Implementation of the Measures including the Freezing of Assets against Terrorists and the Like (Japan) <http://www.mofa.go.jp/announce/announce/2002/7/0705.html> | _ | No objection. | Deemed admitted. |
| * | PX 685 | Q&A: What is Hamas? <http://www.cnn.com/2012/11/16/world/meast/hamas-explainer/> | _ | No objection. | Deemed admitted. |

PLAINTIFFS' EXHIBIT LIST

7176128v1/015825

| *[1] | EXHIBIT NO.[2] | DESCRIPTION | BATES NO. | OBJECTION | RESPONSE TO OBJECTION |
|---|---|---|---|---|---|
| * | **PX 686** | The National Counterterroism Center <https://www.nctc.gov/site/groups/hamas.html> | _ | No objection. | Deemed admitted. |
| * | **PX 687** | 7/16/14 email from P. Johnson to T. Gooley, Act of War exclusion - Are you available for a short call? | ATL001555 | No objection. | Deemed admitted. |
| * | **PX 688** | Holiday Inns Inc. v. Aetna Insurance Company et al | ATL001636-686 | No objection. | Deemed admitted. |
| * | **PX 689** | No longer on website--U.S. Department of State, Daily Press Briefing, Washington, DC, June 16, 2014 <http://www.state.gov/r/pa/prs/dpb/2014/07/229360.htm> | _ | No objection. | Deemed admitted. |

99

PLAINTIFFS' EXHIBIT LIST

| *¹ | EXHIBIT NO.² | DESCRIPTION | BATES NO. | OBJECTION | RESPONSE TO OBJECTION |
|---|---|---|---|---|---|
| * | **PX 690** | The White House, Remarks by the President on Foreign Policy, July 16, 2014 <https://www.whitehouse.gov/the-press-office/2014/07/16/remarks-president-foreign-policy link expired but available at https://www.politico.com/story/2014/07/obamas-foreign-policy-remarks-transcript-video-109014 > | | No objection. | Deemed admitted. |
| * | **PX 691** | 7/18/14 email to/from D. Gutterman | ATL000294 | No objection. | Deemed admitted. |

100

| *[1] | EXHIBIT NO.[2] | DESCRIPTION | BATES NO. | OBJECTION | RESPONSE TO OBJECTION |
|---|---|---|---|---|---|
| * | **PX 692** | The Impact of 9/11 on Politics and War: The Day that Changed Everything? Palgrave Macmillan. p. 222. ISBN 0-230-60763-2. Carter, Shan; Cox, A. "One 9/11 Tally: $3.3 Trillion." Retrieved September 14, 2015. | | No objection. | Deemed admitted. |
| * | **PX 693** | Wikipedia- Sponsors of Terrorism <https://en.wikipedia.org/wiki/State_Sponsors_of_Terrorism> | _ | No objection. | Deemed admitted. |
| * | **PX 694** | Hamas: Government or Terrorist Organization (NPR) <http://www.npr.org/2006/12/06/6583080/hamas-government-or-terroristorganization> | _ | No objection. | Deemed admitted. |

101

7176128v1/015825

| *[1] | EXHIBIT NO.[2] | DESCRIPTION | BATES NO. | OBJECTION | RESPONSE TO OBJECTION |
|---|---|---|---|---|---|
| * | **PX 695** | Op-ed: Hamas has the blood of three young boys on its hands, dated 7/5/14 (Ted Cruz) <https://www.cruz.senate.gov/?p=press_release&id=1860> | _ | No objection. | Deemed admitted. |
| * | **PX 696** | Wikipedia- War as a metaphor <https://en.wikipedia.org/wiki/War_as_metaphor> | _ | No objection. | Deemed admitted. |
| * | **PX 697** | Television Insurance Application | ATL000437 | No objection. | Deemed admitted. |
| * | **PX 698** | 7/15/14 email from P. Johnson to P. Williams, FW: NBCU's "DIG" season 1 - Imminent Peril claim application | ATL000518-523 | No objection. | Deemed admitted. |
| * | **PX 699** | 11/15/13 email from W. Philips to A. Garber, S. Weiss, and T. Peete, FW NBV 2013 Renewal Quote as of 11-13-2013 | ATL000749-751 | No objection. | Deemed admitted. |

PLAINTIFFS' EXHIBIT LIST

| *[1] | EXHIBIT NO.[2] | DESCRIPTION | BATES NO. | OBJECTION | RESPONSE TO OBJECTION |
|---|---|---|---|---|---|
| * | **PX 700** | 12/10/13 email from R. Richmond to A. Garber, K. Ford, and C. Williams, RE: "Dig" - "cast" insurance concerns | AONNBCU0001399-1401 | No objection. | Deemed admitted. |
| * | **PX 701** | 12/13/13 email from A. Garber to R. Richmond, RE: "Dig" potential Morocco shoot | AONNBCU0001516-519 | No objection. | Deemed admitted. |
| * | **PX 702** | 2/20/14 email from B. Milinovic to A. Garber, RE: "Dig" - Further production dates | ATL000402-403 | No objection. | Deemed admitted. |
| * | **PX 703** | 7/15/14 email from P. Johnson to D. Gutterman, RE: NBCU's "DIG" Season 1 - Imminent Peril claim notification | ATL000295-299 | No objection. | Deemed admitted. |
| * | **PX 704** | 7/15/14 email from D. Williams to D. Gutterman Re: NBCU's "DIG" Season 1 - Imminent Peril claim notification | ATL000300-303 | No objection. | Deemed admitted. |

PLAINTIFFS' EXHIBIT LIST

7176128v1/015825

| *[1] | EXHIBIT NO.[2] | DESCRIPTION | BATES NO. | OBJECTION | RESPONSE TO OBJECTION |
|---|---|---|---|---|---|
| * | **PX 705** | 7/15/14 Email from D. Gutterman to P. Johnson FW: NBCU's "DIG" Season 1 - Imminent Peril claim notification | ATL000325-328 | No objection. | Deemed admitted. |
| * | **PX 706** | 7/15/14 email from M. Arevalo to S. Weiss FW: NBCU's "DIG" Season 1 - Imminent Peril claim notification | ATL000986-989 | No objection. | Deemed admitted. |
| * | **PX 707** | 7/16/14 email from P. Johnson to D. Gutterman, "Sources on Israel/Hamas conflict" | ATL000322 | No objection. | Deemed admitted. |
| * | **PX 708** | 7/16/14 email from D. Williams to D. Gutterman RE: NBCU's "DIG" Season 1 - Imminent Peril claim notification | ATL001111-115 | No objection. | Deemed admitted. |

PLAINTIFFS' EXHIBIT LIST

7176128v1/015825

| *[1] | EXHIBIT NO.[2] | DESCRIPTION | BATES NO. | OBJECTION | RESPONSE TO OBJECTION |
|---|---|---|---|---|---|
| * | **PX 709** | 7/16/14 Email to/from D. Gutterman, FW: NBCU's "DIG" Season 1 - Imminent Peril claim notification | ATL001329-335 | No objection. | Deemed admitted. |
| * | **PX 711** | 7/16/14 Invitation from D. Gutterman, NBC - DIG Claim | ATL001531 | No objection. | Deemed admitted. |
| * | **PX 712** | 7/16/14 Invitation from S. Duffy, Accepted: War Exclusion - Israel/Hamas Conflict | ATL001565 | No objection. | Deemed admitted. |
| * | **PX 713** | 7/17/14 email from S. Weiss to D. Gutterman and P. Johnson, FW: Claim Acknowledgement for NBCU's "DIG" Season 1 - Imminent Peril claim notification | ATL000310-311 | No objection. | Deemed admitted. |
| * | **PX 714** | 7/17/14 Invitation from T. Gooley, "Declined: War Exclusion - Israel/Hamas conflict" | ATL001566 | No objection. | Deemed admitted. |

PLAINTIFFS' EXHIBIT LIST

7176128v1/015825

| *[1] | EXHIBIT NO.[2] | DESCRIPTION | BATES NO. | OBJECTION | RESPONSE TO OBJECTION |
|---|---|---|---|---|---|
| * | PX 715 | NBCU's Insurance Policy | ATL001744-1798 | No objection. | Deemed admitted. |
| * | PX 716 | 7/18/14 email to/from D. Gutterman | ATL000502 | No objection. | Deemed admitted. |
| * | PX 717 | 7/20/14, MSNBC search: "gaza war" | ATL000312-319 | No objection. | Deemed admitted. |
| * | PX 718 | 7/21/14 Invitation from P. Johnson to T. Gooley, "Call to discuss War Exclusion" | ATL001808 | No objection. | Deemed admitted. |
| * | PX 719 | 7/23/14 email from D. Gutterman to P. Johnson, "Some interesting articles…" | ATL001828 | No objection. | Deemed admitted. |
| * | PX 720 | 7/25/14 email from P. Johnson to S. Weiss RE: 0AB097918 NBCU "Dig" | ATL000323-324 | No objection. | Deemed admitted. |
| * | PX 721 | 7/25/14 email from S. Weiss to P. Johnson RE: 0AB097918 NBCU "Dig" | ATL000398-399 | No objection. | Deemed admitted. |

106

| *[1] | EXHIBIT NO.[2] | DESCRIPTION | BATES NO. | OBJECTION | RESPONSE TO OBJECTION |
|---|---|---|---|---|---|
| * | **PX 722** | 7/28/14 email from P. Johnson to S. Weiss and A. Garber, "DIG - coverage determination" | ATL000384 | No objection. | Deemed admitted. |
| * | **PX 723** | 7/28/14 email from P. Johnson to S. Weiss and A. Garber, "NBC - DIG - coverage determination letter" | ATL000503 | No objection. | Deemed admitted. |
| * | **PX 724** | 7/28/14 Email to/from P. Johnson, "DIG" | ATL001877 | No objection. | Deemed admitted. |
| * | **PX 725** | 7/29/14 email from P. Johnson to T. Gooley, "OBE- LLRT - July 2014.xlsm" | ATL001907 | MIL 2/MIL 3 – F.R.E. 401, 402, 403 | See Plaintiffs' Oppo. to MIL 2/3; relevant to bad faith. |
| * | **PX 726** | OBE - LLRT - July 2014.xlsm | ATL001908-909 | MIL 2/MIL 3 – F.R.E. 401, 402, 403 | See Plaintiffs' Oppo. to MIL 2/3; relevant to bad faith. |
| * | **PX 727** | 7/30/14 email from A. Garber to P. Johnson, "NBC - DIG - coverage determination letter" | ATL000512 | No objection. | Deemed admitted. |

107

PLAINTIFFS' EXHIBIT LIST

| *[1] | EXHIBIT NO.[2] | DESCRIPTION | BATES NO. | OBJECTION | RESPONSE TO OBJECTION |
|---|---|---|---|---|---|
| * | **PX 728** | 7/30/14 email from P. Johnson to S. Weiss, "NBCU - DIG claim" | ATL001910 | No objection. | Deemed admitted. |
| * | **PX 729** | 9/10/14 email from W. Philips to D. Kizner, RE: "DIG" - Season 1 -update Croatia/Albuquerque | ATL000267-268 | No objection. | Deemed admitted. |
| * | **PX 730** | 9/10/14 email from B. Milinovic to W. Phillips, FW: "DIG" - Season 1 - update Croatia/Albuquerque | ATL000269-271 | No objection. | Deemed admitted. |
| * | **PX 731** | 9/12/14 email from B. Milinovic to W. Phillips, FW: "DIG" - Season 1 - update Croatia/Albuquerque | ATL000276-278 | No objection. | Deemed admitted. |
| * | **PX 732** | 9/15/14 email from P. Johnson to S. Weiss, RE: DIG Extra Expense Claim | ATL002139-145 | No objection. | Deemed admitted. |

PLAINTIFFS' EXHIBIT LIST

7176128v1/015825

| *[1] | EXHIBIT NO.[2] | DESCRIPTION | BATES NO. | OBJECTION | RESPONSE TO OBJECTION |
|---|---|---|---|---|---|
| * | **PX 733** | 10/10/14 email from B. Milinovic to D. Kizner and W. Philips RE: DIG 'state of the union' 9-19 | ATL000453-455 | No objection. | Deemed admitted. |
| * | **PX 734** | 11/6/14 email from J. Morris to B. Milinovic RE: DIG state of the union 10-29 revised | ATL000460 | No objection. | Deemed admitted. |
| * | **PX 735** | Television Insurance Application | ATL000293 | No objection. | Deemed admitted. |
| * | **PX 736** | 12/20/13 email from A. Garber to B. Milinovic RE: "Dig" Season 1 Application/Declaration | ATL000407-411 | No objection. | Deemed admitted. |

PLAINTIFFS' EXHIBIT LIST

7176128v1/015825

| * | **PX 774** | OneBeacon 2013 Form 10-K Statement <http://www.annualreports.com/HostedData/AnnualReportArchive/o/NYSE_OB_2013.pdf> | _ | Pursuant to conversations between counsel, the Parties believe that they can resolve the need for these exhibits via factual stipulations. However, should Plaintiff not consent to the factual stipulations necessary, ASIC objects on the basis of hearsay [FRE 801-802], failure to timely produce, more prejudicial than probative, waste of time, cumulative (FRE 403). irrelevant [FRE 401, 402]. Nothing about OneBeacon's financial data has any tendency to make a | Plaintiffs hope to reach an agreement with Defendant on a factual stipulation that would eliminate the need for this exhibit.<br><br>If the parties cannot agree, Plaintiffs respond: Defendants objection is improper boilerplate. Exhibit is the statement and business record of party opponent. Relevant to punitive damages. |

PLAINTIFFS' EXHIBIT LIST

7176128v1/015825

| *[1] | EXHIBIT NO.[2] | DESCRIPTION | BATES NO. | OBJECTION | RESPONSE TO OBJECTION |
|---|---|---|---|---|---|
| | | | | fact at issue in this case more or less likely. To the extent Plaintiffs wish to introduce information regarding ASIC's net worth, Plaintiffs have means of obtaining this data without introducing these exhibits, and the information contained therein would only serve to prejudice the jury against ASIC. | |

7176128v1/015825

| * | **PX 775** | OneBeacon 2014 Form 10-K Statement <http://www.annualreports.com/HostedData/AnnualReportArchive/o/NYSE_OB_2014.pdf> | _ | Pursuant to conversations between counsel, the Parties believe that they can resolve the need for these exhibits via factual stipulations. However, should Plaintiff not consent to the factual stipulations necessary, ASIC objects on the basis of hearsay [FRE 801-802], failure to timely produce, more prejudicial than probative, waste of time, cumulative (FRE 403). irrelevant [FRE 401, 402]. Nothing about OneBeacon's financial data has any tendency to make a | Plaintiffs hope to reach an agreement with Defendant on a factual stipulation that would eliminate the need for this exhibit.<br><br>If the parties cannot agree, Plaintiffs respond: Defendants objection is improper boilerplate. Exhibit is the statement and business record of party opponent. Relevant to punitive damages. |

PLAINTIFFS' EXHIBIT LIST

7176128v1/015825

| *[1] | EXHIBIT NO.[2] | DESCRIPTION | BATES NO. | OBJECTION | RESPONSE TO OBJECTION |
|---|---|---|---|---|---|
| | | | | fact at issue in this case more or less likely. To the extent Plaintiffs wish to introduce information regarding ASIC's net worth, Plaintiffs have means of obtaining this data without introducing these exhibits, and the information contained therein would only serve to prejudice the jury against ASIC. | |

| * | **PX 776** | OneBeacon 2015 Form 10-K Statement <http://www.annualreports.com/HostedData/AnnualReportArchive/o/NYSE_OB_2015.pdf> | _ | Pursuant to conversations between counsel, the Parties believe that they can resolve the need for these exhibits via factual stipulations. However, should Plaintiff not consent to the factual stipulations necessary, ASIC objects on the basis of hearsay [FRE 801-802], failure to timely produce, more prejudicial than probative, waste of time, cumulative (FRE 403). irrelevant [FRE 401, 402]. Nothing about OneBeacon's financial data has any tendency to make a | Plaintiffs hope to reach an agreement with Defendant on a factual stipulation that would eliminate the need for this exhibit.<br><br>If the parties cannot agree, Plaintiffs respond: Defendants objection is improper boilerplate. Exhibit is the statement and business record of party opponent. Relevant to punitive damages. |

PLAINTIFFS' EXHIBIT LIST

| *[1] | EXHIBIT NO.[2] | DESCRIPTION | BATES NO. | OBJECTION | RESPONSE TO OBJECTION |
|---|---|---|---|---|---|
| | | | | fact at issue in this case more or less likely. To the extent Plaintiffs wish to introduce information regarding ASIC's net worth, Plaintiffs have means of obtaining this data without introducing these exhibits, and the information contained therein would only serve to prejudice the jury against ASIC. | |

PLAINTIFFS' EXHIBIT LIST

| * | **PX 777** | OneBeacon 2016 Form 10-K Statement <http://www.annualreports.com/HostedData/AnnualReports/PDF/NYSE_OB_2016.pdf> | _ | | Pursuant to conversations between counsel, the Parties believe that they can resolve the need for these exhibits via factual stipulations. However, should Plaintiff not consent to the factual stipulations necessary, ASIC objects on the basis of hearsay [FRE 801-802], failure to timely produce, more prejudicial than probative, waste of time, cumulative (FRE 403). irrelevant [FRE 401, 402]. Nothing about OneBeacon's financial data has any tendency to make a | Plaintiffs hope to reach an agreement with Defendant on a factual stipulation that would eliminate the need for this exhibit.<br><br>If the parties cannot agree, Plaintiffs respond: Defendants objection is improper boilerplate. Exhibit is the statement and business record of party opponent. Relevant to punitive damages. |

PLAINTIFFS' EXHIBIT LIST

7176128v1/015825

| *[1] | EXHIBIT NO.[2] | DESCRIPTION | BATES NO. | OBJECTION | RESPONSE TO OBJECTION |
|---|---|---|---|---|---|
| | | | | fact at issue in this case more or less likely. To the extent Plaintiffs wish to introduce information regarding ASIC's net worth, Plaintiffs have means of obtaining this data without introducing these exhibits, and the information contained therein would only serve to prejudice the jury against ASIC. | |
| * | PX 779 | New Mexico Taxation & Revenue Division audit report | UCP018019 | No objection. | Deemed admitted. |
| * | PX 780 | 8/14/14 Croatia invoice | UCP033019 | No objection. | Deemed admitted. |
| * | PX 781 | Receipts for expenses from Croatia | UCP033020-3041 | No objection. | Deemed admitted. |
| * | PX 782 | 9/15/14 Croatia Cost Breakdown | UCP033601-3603 | No objection. | Deemed admitted. |

117

| *[1] | EXHIBIT NO.[2] | DESCRIPTION | BATES NO. | OBJECTION | RESPONSE TO OBJECTION |
|---|---|---|---|---|---|
| * | **PX 783** | 9/15/14 Receipts from Croatia | UCP033604-3668 | No objection. | Deemed admitted. |
| * | **PX 784** | Receipts for expenses from Croatia | UCP033669-3724 | No objection. | Deemed admitted. |
| * | **PX 785** | 9/15/14 Croatia Cost Breakdown | UCP033725 | No objection. | Deemed admitted. |
| * | **PX 786** | Receipts for expenses from Croatia | UCP033726-3750 | No objection. | Deemed admitted. |
| * | **PX 787** | 9/15/14  Croatia Cost Breakdown | UCP033751 | No objection. | Deemed admitted. |
| * | **PX 788** | Receipts for expenses from Croatia | UCP033752-3762 | No objection. | Deemed admitted. |
| * | **PX 789** | 9/15/14 Croatia Cost Breakdown | UCP033763 | No objection. | Deemed admitted. |
| * | **PX 790** | Receipts for expenses from Croatia | UCP033764-3772 | No objection. | Deemed admitted. |
| * | **PX 791** | 9/15/14 Croatia Cost Breakdown | UCP033773-3774 | No objection. | Deemed admitted. |
| * | **PX 792** | 9/15/14 receipts for expenses from Croatia | UCP033775-3827 | No objection. | Deemed admitted. |
| * | **PX 793** | Receipts for expenses from Croatia | UCP033828-3885 | No objection. | Deemed admitted. |

PLAINTIFFS' EXHIBIT LIST

7176128v1/015825

| *[1] | EXHIBIT NO.[2] | DESCRIPTION | BATES NO. | OBJECTION | RESPONSE TO OBJECTION |
|---|---|---|---|---|---|
| * | **PX 794** | Receipt for expenses from Croatia | UCP033886 | No objection. | Deemed admitted. |
| * | **PX 795** | 9/30/14 Croatia cost breakdown | UCP033887 | No objection. | Deemed admitted. |
| * | **PX 796** | 9/30/14 receipts for expenses from Croatia | UCP033888-3890 | No objection. | Deemed admitted. |
| * | **PX 797** | 9/30/14 Croatia cost breakdown | UCP033891 | No objection. | Deemed admitted. |
| * | **PX 798** | 9/17/14 Croatia cost breakdown | UCP033892-3894 | No objection. | Deemed admitted. |
| * | **PX 799** | 9/30/14 Croatia receipts and cost breakdown | UCP033896-3918 | No objection. | Deemed admitted. |
| * | **PX 800** | 9/15/14 Croatia Cost Breakdown | UCP033919 | No objection. | Deemed admitted. |
| * | **PX 801** | Receipts for expenses from Croatia | UCP033920-3958 | No objection. | Deemed admitted. |
| * | **PX 802** | Receipts for expenses from Croatia | UCP033959-3998 | No objection. | Deemed admitted. |
| * | **PX 803** | 10/15/14 receipts and expenses from Croatia | UCP034792-4850 | No objection. | Deemed admitted. |

PLAINTIFFS' EXHIBIT LIST

7176128v1/015825

| *[1] | EXHIBIT NO.[2] | DESCRIPTION | BATES NO. | OBJECTION | RESPONSE TO OBJECTION |
|---|---|---|---|---|---|
| * | **PX 804** | 11/29/09 email from G. Walden to M. Ridgers and W. Philipps, corrected nbc form | AONNBCU0004275-4312 | MIL 2/MIL 3 – F.R.E. 401, 402, 403 | Correspondence from drafting/ negotiation of Policy and draft policies are relevant to show the reasonable expectations of the parties at the time of contracting. See Plaintiffs' Oppo. to MIL 2/3. |

| *[1] | EXHIBIT NO.[2] | DESCRIPTION | BATES NO. | OBJECTION | RESPONSE TO OBJECTION |
|---|---|---|---|---|---|
| * | **PX 805** | 01/22/2018 Susman Godfrey Fee Agreement | UCP037494-37513 | Hearsay [FRE 801-802], failure to timely produce, irrelevant [FRE 401, 402], not properly authenticated [FRE 901]; improper opinions (FRE 701, 702), more prejudicial than probative, cumulative, and likely to confuse the jury (FRE 403), lacks foundation and not properly authenticated [FRE 901]. | See Plaintiffs' Oppo. to MIL 1. Document was produced in a timely manner; will be authenticated at trial; not an opinion; relevant to bad faith, damages and Plaintiffs' claim for attorney fees. |

121

PLAINTIFFS' EXHIBIT LIST

| *[1] | EXHIBIT NO.[2] | DESCRIPTION | BATES NO. | OBJECTION | RESPONSE TO OBJECTION |
|---|---|---|---|---|---|
| * | **PX 806** | MSK Invoices | UCP036902-37493 | Hearsay [FRE 801-802], failure to timely produce, irrelevant [FRE 401, 402], not properly authenticated [FRE 901]; improper opinions (FRE 701, 702), more prejudicial than probative, cumulative, and likely to confuse the jury (FRE 403), lacks foundation and not properly authenticated [FRE 901]. | See Plaintiffs' Oppo. to MIL 1. Document was produced in a timely manner; will be authenticated at trial; not an opinion; relevant to bad faith, damages and Plaintiffs' claim for attorney fees. |

**PLAINTIFFS' EXHIBIT LIST**

| *[1] | EXHIBIT NO.[2] | DESCRIPTION | BATES NO. | OBJECTION | RESPONSE TO OBJECTION |
|---|---|---|---|---|---|
| * | **PX 807** | MSK Invoice Summary Chart | UCP037514 | Hearsay [FRE 801-802], failure to timely produce, irrelevant [FRE 401, 402], not properly authenticated [FRE 901]; improper opinions (FRE 701, 702), more prejudicial than probative, cumulative, and likely to confuse the jury (FRE 403), lacks foundation and not properly authenticated [FRE 901]. | See Plaintiffs' Oppo. to MIL 1. Document was produced in a timely manner; will be authenticated at trial; not an opinion; relevant to bad faith, damages and Plaintiffs' claim for attorney fees. |

**PLAINTIFFS' EXHIBIT LIST**

| *[1] | EXHIBIT NO.[2] | DESCRIPTION | BATES NO. | OBJECTION | RESPONSE TO OBJECTION |
|---|---|---|---|---|---|
| * | **PX 808** | 11/27/10 email from G. Walden to M. Ridgers and W. Philips, Cc. G. Walden, L. Comerfield, S. Weiss, F. Milstein, and S. Carroll, NBC Form. | AONNBCU0004201-4266 | MIL 2/MIL 3 – F.R.E. 401, 402, 403 | Correspondence from drafting/ negotiation of Policy and draft policies are relevant to show the reasonable expectations of the parties at the time of contracting. See Plaintiffs' Oppo. to MIL 2/3. |
| * | **PX 810** | 12/17/09 email from A. Garber to K. Ford, FW: (No subject). | UCP032855-2887 | MIL 2/MIL 3 – F.R.E. 401, 402, 403 | Correspondence from drafting/ negotiation of Policy and draft policies are relevant to show the reasonable expectations of the parties at the time of contracting. See Plaintiffs' Oppo. to MIL 2/3. |

124

**PLAINTIFFS' EXHIBIT LIST**

| *1 | EXHIBIT NO.[2] | DESCRIPTION | BATES NO. | OBJECTION | RESPONSE TO OBJECTION |
|---|---|---|---|---|---|
| | **PX 811** | 08/19/10 email from Andrea Garber to Peter Williams cc Susan Weiss, Val Beckles, Re: NBC Universal TV - Producer"s Portfolio claims update, with redactions | AONNBCU0001019 | No objection. | Deemed admitted. |
| | **PX 812** | 07/24/14 email from Mark Winemaker to Randi Richmond, Re: Quick brief on Croatia with Love | UCP001794 | No objection. | Deemed admitted. |
| | **PX 813** | 12/05/13 email from Wanda Phillips to Andrea Garber cc Susan Weiss; Toni Peete; Deborah Kizner; Isaac Ruvalcabq; Milinoyic. Bernadette; Schuchart, Amber; McFadden, Ryan, RE: NBCUniversal Renewal Discussion | AONNBCU0000580-0582 | No objection. | Deemed admitted. |

PLAINTIFFS' EXHIBIT LIST

| PX 814 | 02/20/17 Annual Statement of the Atlantic Specialty Insurance Company for the year ended December 31, 2016 | | F.R.E. 401, 402, 403. Irrelevant; not likely to make any fact at issue in this case more or less likely; financial data far more prejudicial than probative; purpose unclear based on exhibit; failure to timely produce. | Plaintiffs hope to reach an agreement with Defendant on a factual stipulation that would eliminate the need for this exhibit.

If the parties cannot agree, Plaintiffs respond: Relevant and admissible to prove punitive damages. Exhibit's probative value far outweighs any prejudice. Exhibit is a publicly available document authored by defendant.  No prejudice is demonstrated by any alleged delay. |

PLAINTIFFS' EXHIBIT LIST

| *[1] | EXHIBIT NO.[2] | DESCRIPTION | BATES NO. | OBJECTION | RESPONSE TO OBJECTION |
|---|---|---|---|---|---|
| | | | | | This exhibit was included per Defendant's suggestion that it may be willing to stipulate to financial data offered in Defendant's state regulatory filings. |

127

7176128v1/015825

| PX 815 | 02/21/17 Atlantic Specialty Insurance Company Statement of Actuarial Opinion As of December 31, 2016 | | F.R.E. 401, 402, 403. Irrelevant; not likely to make any fact at issue in this case more or less likely; financial data far more prejudicial than probative; purpose unclear based on exhibit; failure to timely produce. | Plaintiffs hope to reach an agreement with Defendant on a factual stipulation that would eliminate the need for this exhibit.<br><br>If the parties cannot agree, Plaintiffs respond: Relevant and admissible to prove punitive damages. Exhibit's probative value far outweighs any prejudice. Exhibit is a publicly available document authored by defendant.  No prejudice is demonstrated by any alleged delay. |

PLAINTIFFS' EXHIBIT LIST

| *[1] | EXHIBIT NO.[2] | DESCRIPTION | BATES NO. | OBJECTION | RESPONSE TO OBJECTION |
|---|---|---|---|---|---|
| | | | | | This exhibit was included per Defendant's suggestion that it may be willing to stipulate to financial data offered in Defendant's state regulatory filings. |

PLAINTIFFS' EXHIBIT LIST

7176128v1/015825

| | | | | |
|---|---|---|---|---|
| **PX 816** | 07/28/17 Atlantic Specialty Insurance Company Annual Statement for the Year Ended December 31, 2016, Amendment | | F.R.E. 401, 402, 403. Irrelevant; not likely to make any fact at issue in this case more or less likely; financial data far more prejudicial than probative; purpose unclear based on exhibit; failure to timely produce. | Plaintiffs hope to reach an agreement with Defendant on a factual stipulation that would eliminate the need for this exhibit.<br><br>If the parties cannot agree, Plaintiffs respond: Relevant and admissible to prove punitive damages. Exhibit's probative value far outweighs any prejudice. Exhibit is a publicly available document authored by defendant.  No prejudice is demonstrated by any alleged delay. |

PLAINTIFFS' EXHIBIT LIST

| *[1] | EXHIBIT NO.[2] | DESCRIPTION | BATES NO. | OBJECTION | RESPONSE TO OBJECTION |
|---|---|---|---|---|---|
| | | | | | This exhibit was included per Defendant's suggestion that it may be willing to stipulate to financial data offered in Defendant's state regulatory filings. |

PLAINTIFFS' EXHIBIT LIST

7176128v1/015825

| | | | | |
|---|---|---|---|---|
| **PX 817** | 02/22/18 Atlantic Specialty Insurance Company Statement of Actuarial Opinion as of December 31, 2017 | | F.R.E. 401, 402, 403. Irrelevant; not likely to make any fact at issue in this case more or less likely; financial data far more prejudicial than probative; purpose unclear based on exhibit; failure to timely produce. | Plaintiffs hope to reach an agreement with Defendant on a factual stipulation that would eliminate the need for this exhibit.

If the parties cannot agree, Plaintiffs respond: Relevant and admissible to prove punitive damages. Exhibit's probative value far outweighs any prejudice. Exhibit is a publicly available document authored by defendant.  No prejudice is demonstrated by any alleged delay. |

PLAINTIFFS' EXHIBIT LIST

| *[1] | EXHIBIT NO.[2] | DESCRIPTION | BATES NO. | OBJECTION | RESPONSE TO OBJECTION |
|---|---|---|---|---|---|
| | | | | | This exhibit was included per Defendant's suggestion that it may be willing to stipulate to financial data offered in Defendant's state regulatory filings. |

| | | | | |
|---|---|---|---|---|
| **PX 818** | 02/19/18 Annual Statement of the Atlantic Specialty Insurance Company for the year ended December 31, 2017 | | F.R.E. 401, 402, 403. Irrelevant; not likely to make any fact at issue in this case more or less likely; financial data far more prejudicial than probative; purpose unclear based on exhibit; failure to timely produce. | Plaintiffs hope to reach an agreement with Defendant on a factual stipulation that would eliminate the need for this exhibit.<br><br>If the parties cannot agree, Plaintiffs respond: Relevant and admissible to prove punitive damages. Exhibit's probative value far outweighs any prejudice. Exhibit is a publicly available document authored by defendant.  No prejudice is demonstrated by any alleged delay. |

PLAINTIFFS' EXHIBIT LIST

| *[1] | EXHIBIT NO.[2] | DESCRIPTION | BATES NO. | OBJECTION | RESPONSE TO OBJECTION |
|---|---|---|---|---|---|
| | | | | | This exhibit was included per Defendant's suggestion that it may be willing to stipulate to financial data offered in Defendant's state regulatory filings. |

135

7176128v1/015825

| **PX 819** | 02/21/19 Atlantic Specialty Insurance Company Statement of Actuarial Opinion as of December 31, 2018 | | F.R.E. 401, 402, 403. Irrelevant; not likely to make any fact at issue in this case more or less likely; financial data far more prejudicial than probative; purpose unclear based on exhibit; failure to timely produce. | Plaintiffs hope to reach an agreement with Defendant on a factual stipulation that would eliminate the need for this exhibit.

If the parties cannot agree, Plaintiffs respond: Relevant and admissible to prove punitive damages. Exhibit's probative value far outweighs any prejudice. Exhibit is a publicly available document authored by defendant.  No prejudice is demonstrated by any alleged delay. |

PLAINTIFFS' EXHIBIT LIST

| *[1] | EXHIBIT NO.[2] | DESCRIPTION | BATES NO. | OBJECTION | RESPONSE TO OBJECTION |
|---|---|---|---|---|---|
| | | | | | This exhibit was included per Defendant's suggestion that it may be willing to stipulate to financial data offered in Defendant's state regulatory filings. |

7176128v1/015825

| **PX 820** | 02/20/19 Annual Statement of the Atlantic Specialty Insurance Company for the year ended December 31, 2018 | | F.R.E. 401, 402, 403. Irrelevant; not likely to make any fact at issue in this case more or less likely; financial data far more prejudicial than probative; purpose unclear based on exhibit; failure to timely produce. | Plaintiffs hope to reach an agreement with Defendant on a factual stipulation that would eliminate the need for this exhibit. |
|---|---|---|---|---|
| | | | | If the parties cannot agree, Plaintiffs respond: Relevant and admissible to prove punitive damages. Exhibit's probative value far outweighs any prejudice. Exhibit is a publicly available document authored by defendant.  No prejudice is demonstrated by any alleged delay. |

138

PLAINTIFFS' EXHIBIT LIST

| *[1] | EXHIBIT NO.[2] | DESCRIPTION | BATES NO. | OBJECTION | RESPONSE TO OBJECTION |
|---|---|---|---|---|---|
| | | | | | This exhibit was included per Defendant's suggestion that it may be willing to stipulate to financial data offered in Defendant's state regulatory filings. |

139

7176128v1/015825

| | | | | |
|---|---|---|---|---|
| **PX 821** | 04/26/19 Annual Statement for the year ended December 31, 2018 of the condition and affairs of the Atlantic Specialty Insurance Company, Amendment | | F.R.E. 401, 402, 403. Irrelevant; not likely to make any fact at issue in this case more or less likely; financial data far more prejudicial than probative; purpose unclear based on exhibit; failure to timely produce. | Plaintiffs hope to reach an agreement with Defendant on a factual stipulation that would eliminate the need for this exhibit.<br><br>If the parties cannot agree, Plaintiffs respond: Relevant and admissible to prove punitive damages. Exhibit's probative value far outweighs any prejudice. Exhibit is a publicly available document authored by defendant.  No prejudice is demonstrated by any alleged delay. |

PLAINTIFFS' EXHIBIT LIST

| *[1] | EXHIBIT NO.[2] | DESCRIPTION | BATES NO. | OBJECTION | RESPONSE TO OBJECTION |
|---|---|---|---|---|---|
| | | | | | This exhibit was included per Defendant's suggestion that it may be willing to stipulate to financial data offered in Defendant's state regulatory filings. |

| *[1] | EXHIBIT NO.[2] | DESCRIPTION | BATES NO. | OBJECTION | RESPONSE TO OBJECTION |
|---|---|---|---|---|---|
| | **PX 822** | 12/01/13 (date of loss), Publicis claim documents | ATL004102-4137 | F.R.E. 401, 402, 403. Exhibit involves another claim; has no bearing on facts alleged in this matter; merely shows recognition of potential application of policy exclusion to separate set of facts. Contrary of Court's ruling on MIL No.3 regarding other "claims…in which Atlantic was involved; not likely to make any fact at issue more or less probative; probative value of statements outweighed by prejudicial value. | Exhibit is relevant and admissible to prove bad faith and punitive damages. The Court's ruling on MIL No. 3 is tentative. *See* Dkt. 265. Exhibit establishes Defendant's pattern and practice and witnesses' experience with relevant policy language. Exhibit's probative value far outweighs any prejudicial value. |

PLAINTIFFS' EXHIBIT LIST

7176128v1/015825

| *¹ | EXHIBIT NO.² | DESCRIPTION | BATES NO. | OBJECTION | RESPONSE TO OBJECTION |
|---|---|---|---|---|---|
| | **PX 823** | 12/01/13 (date of loss), Claim File, Claim # 0TB067247, Publicis | ATL004005-4097 | F.R.E. 401, 402, 403. Exhibit involves another claim; has no bearing on facts alleged in this matter; merely shows recognition of potential application of policy exclusion to separate set of facts. Contrary of Court's ruling on MIL No.3 regarding other "claims…in which Atlantic was involved; not likely to make any fact at issue more or less probative; probative value of statements outweighed by prejudicial value. | Exhibit is relevant and admissible to prove bad faith and punitive damages. The Court's ruling on MIL No. 3 is tentative. *See* Dkt. 265. Exhibit establishes Defendant's pattern and practice and witnesses' experience with relevant policy language. Exhibit's probative value far outweighs any prejudicial value. |

PLAINTIFFS' EXHIBIT LIST

| *[1] | EXHIBIT NO.[2] | DESCRIPTION | BATES NO. | OBJECTION | RESPONSE TO OBJECTION |
|---|---|---|---|---|---|
| | **PX 824** | 01/17/13 (date of loss), Claim File, Claim # 0TB065690, Publicis | ATL004173-4304 | F.R.E. 401, 402, 403. Exhibit involves another claim; has no bearing on facts alleged in this matter; merely shows recognition of potential application of policy exclusion to separate set of facts. Contrary of Court's ruling on MIL No.3 regarding other "claims…in which Atlantic was involved; not likely to make any fact at issue more or less probative; probative value of statements outweighed by prejudicial value. | Exhibit is relevant and admissible to prove bad faith and punitive damages. The Court's ruling on MIL No. 3 is tentative. *See* Dkt. 265. Exhibit establishes Defendant's pattern and practice and witnesses' experience with relevant policy language. Exhibit's probative value far outweighs any prejudicial value. |

144

| **PX 825** | 08/13/14 - 04/30/17 Unredacted MSK invoices | UCP037515-37845 | Hearsay [801-802], Failure to timely produce, irrelevant [FRE 401, 402], not properly authenticated [FRE 901]; improper opinions (FRE 701, 702), more prejudicial than probative, cumulative, and likely to confuse the jury (FRE 403), lacks foundation and not properly authenticated [FRE 901]. | Exhibit was added following Defendant's request for unredacted fee records.  The Court has tentatively denied Defendant's MIL No.1 re: attorney fees. Dkt. 265. Invoices are relevant and admissible to prove damages and bad faith. Exhibit is not an improper opinion or hearsay, it is set of business records. Exhibit offered for a non-hearsay purpose. Not cumulative. Objections to authentication and foundation are premature. Exhibit |

**PLAINTIFFS' EXHIBIT LIST**

| *[1] | EXHIBIT NO.[2] | DESCRIPTION | BATES NO. | OBJECTION | RESPONSE TO OBJECTION |
|---|---|---|---|---|---|
| | | | | | will be properly authenticated and introduced with a proper foundation at trial. Exhibit is more probative than prejudicial and will be useful to the jury without causing confusion. |

146

| **PX 826** | 06/20/17 - 03/30/18 Unredacted, annotated MSK invoices | UCP037847-38096 | Hearsay [801-802], Failure to timely produce, irrelevant [FRE 401, 402], not properly authenticated [FRE 901]; improper opinions (FRE 701, 702), more prejudicial than probative, cumulative, and likely to confuse the jury (FRE 403), lacks foundation and not properly authenticated [FRE 901]. | Exhibit was added following Defendant's request for unredacted fee records.  The Court has tentatively denied Defendant's MIL No.1 re: attorney fees. Dkt. 265. Invoices are relevant and admissible to prove damages and bad faith. Exhibit is not an improper opinion or hearsay, it is set of business records. Exhibit offered for a non-hearsay purpose. Not cumulative. Objections to authentication and foundation are premature. Exhibit |
|---|---|---|---|---|

**PLAINTIFFS' EXHIBIT LIST**

| *[1] | EXHIBIT NO.[2] | DESCRIPTION | BATES NO. | OBJECTION | RESPONSE TO OBJECTION |
|---|---|---|---|---|---|
| | | | | | will be properly authenticated and introduced with a proper foundation at trial. Exhibit is more probative than prejudicial and will be useful to the jury without causing confusion. |

PLAINTIFFS' EXHIBIT LIST

7176128v1/015825

| **PX 827** | 05/16/18 – 11/12/19 Unredacted, annotated MSK invoices | UCP038097-38109 | Hearsay [801-802], Failure to timely produce, irrelevant [FRE 401, 402], not properly authenticated [FRE 901]; improper opinions (FRE 701, 702), more prejudicial than probative, cumulative, and likely to confuse the jury (FRE 403), lacks foundation and not properly authenticated [FRE 901]. | Exhibit was added following Defendant's request for unredacted fee records.  The Court has tentatively denied Defendant's MIL No.1 re: attorney fees. Dkt. 265. Invoices are relevant and admissible to prove damages and bad faith. Exhibit is not an improper opinion or hearsay, it is set of business records. Exhibit offered for a non-hearsay purpose. Not cumulative. Objections to authentication and foundation are premature. Exhibit |

PLAINTIFFS' EXHIBIT LIST

7176128v1/015825

| *[1] | EXHIBIT NO.[2] | DESCRIPTION | BATES NO. | OBJECTION | RESPONSE TO OBJECTION |
|---|---|---|---|---|---|
| | | | | | will be properly authenticated and introduced with a proper foundation at trial. Exhibit is more probative than prejudicial and will be useful to the jury without causing confusion. |
| | **PX 828** | Damages Summary – Budget Comparison | | Proposed exhibit has not been produced or exchanged. ASIC reserves its rights to amend its objection pending receipt and review of the proposed exhibit. | Plaintiffs will provide Defendant the summary exhibit in advance of trial. |

PLAINTIFFS' EXHIBIT LIST

| *1 | EXHIBIT NO.[2] | DESCRIPTION | BATES NO. | OBJECTION | RESPONSE TO OBJECTION |
|---|---|---|---|---|---|
| | **PX 829** | Damages Summary – Amount of Claim | | Proposed exhibit has not been produced or exchanged. ASIC reserves its rights to amend its objection pending receipt and review of the proposed exhibit. | Plaintiffs will provide Defendant the summary exhibit in advance of trial. |
| | **PX 830** | Attorney Fees Summary | | Proposed exhibit has not been produced or exchanged. ASIC reserves its rights to amend its objection pending receipt and review of the proposed exhibit. | Plaintiffs will provide Defendant the summary exhibit in advance of trial. |
| | **PX 831** | https://www.gov.uk/foreign-travel-advice/israel, as preserved by the Wayback Machine as of July 5, 2014 (accessed February 22, 2020) | | No objection. | Deemed admitted. |

151

7176128v1/015825

| *1 | EXHIBIT NO.[2] | DESCRIPTION | BATES NO. | OBJECTION | RESPONSE TO OBJECTION |
|---|---|---|---|---|---|
| | PX 832 | https://www.gov.uk/foreign-travel-advice/israel, as preserved by the Wayback Machine as of October 13, 2013 (accessed February 22, 2020) | | No objection. | Deemed admitted. |
| | PX 833 | https://www.gov.uk/foreign-travel-advice/israel, as preserved by the Wayback Machine as of December 13, 2013 (accessed February 22, 2020) | | No Objection. | Deemed admitted. |
| | PX 834 | https://www.gov.uk/foreign-travel-advice/israel/terrorism, as preserved by the Wayback Machine as of June 13, 2014 (accessed February 18, 2020) | | No objection. | Deemed admitted. |
| | PX 835 | 7/16/14 Email from P. Johnson to D. Gutterman RE: Sources on Israel/Hamas conflict | ATL000501 | No objection. | Deemed admitted. |

PLAINTIFFS' EXHIBIT LIST

| *1 | EXHIBIT NO.2 | DESCRIPTION | BATES NO. | OBJECTION | RESPONSE TO OBJECTION |
|---|---|---|---|---|---|
| | **PX 836** | 7/15/14 Email from S. Weiss to M. Arevalo, cc P. Williams, D. Kizner, NBCU's "DIG" Season 1 – Imminent Peril claim notification | ATL000913 - 0915 | No objection. | Deemed admitted. |
| | **PX 837** | 7/15/14 Email from L. Lopez to D. Gutterman and P. Johnson, FW: NBCU's "DIG" Season 1 – Imminent Peril claim notification | ATL000919 - 0922 | No objection. | Deemed admitted. |
| | **PX 838** | 7/15/14 Email from M. Arevalo to P. Johnson, FW: NBCU's "DIG" Season 1 – Imminent Peril claim notification | ATL000982 - 0985 | No objection. | Deemed admitted. |
| | **PX 839** | 7/15/14 Email from P. Johnson to M. Arevalo, RE: NBCU's "DIG" Season 1 – Imminent Peril claim notification | ATL001002 - 1005 | No objection. | Deemed admitted. |

PLAINTIFFS' EXHIBIT LIST

| *1 | EXHIBIT NO.2 | DESCRIPTION | BATES NO. | OBJECTION | RESPONSE TO OBJECTION |
|---|---|---|---|---|---|
| | **PX 840** | 7/16/14 Email from P. Williams to D. Gutterman, cc P. Johnson, D. Gutterman, Re: NBCU'S "DIG" Season 1 – Imminent Peril claim notification | ATL001087 - 1090 | No objection. | Deemed admitted. |
| | **PX 841** | 7/16/14 Email from P. Johnson to P. Williams, D. Gutterman RE: NBCU's "DIG" Season 1 – Imminent Peril claim notification | ATL001091 - 1095 | No objection. | Deemed admitted. |
| | **PX 842** | 7/16/14 Email from P. Johnson to P. Williams, cc D. Gutterman, RE: NBCU's "DIG" Season 1 – Imminent Peril claim notification. | ATL001127 - 1131 | No objection. | Deemed admitted. |

PLAINTIFFS' EXHIBIT LIST

7176128v1/015825

| *[1] | EXHIBIT NO.[2] | DESCRIPTION | BATES NO. | OBJECTION | RESPONSE TO OBJECTION |
|---|---|---|---|---|---|
| | **PX 843** | 7/16/14 Email from D. Gutterman to P. Johnson, P. Williams, RE: NBCU's "DIG" Season 1 – Imminent Peril claim notification | ATL001132 - 1137 | No objection. | Deemed admitted. |
| | **PX 844** | 7/16/14 Email from P. Johnson to P. Williams, D. Gutterman, FW: NBCU's "DIG" Season 1 – Imminent Peril claim notification | ATL001199 - 1204 | No objection. | Deemed admitted. |
| | **PX 845** | 7/16/14 Invitation from P. Johnson to P. Johnson, D. Gutterman, P. Williams, NBC – DIG Claim | ATL001527 | No objection. | Deemed admitted. |
| | **PX 846** | 7/16/14 Email from D. Gutterman to W. Phillips, NBCU's "Dig" | ATL001532 | No objection. | Deemed admitted. |
| | **PX 847** | 7/16/14 Email from W. Phillips to D. Gutterman, RE: NBCU's "Dig" | ATL001540 - 1541 | No objection. | Deemed admitted. |

PLAINTIFFS' EXHIBIT LIST

7176128v1/015825

| *1 | EXHIBIT NO.[2] | DESCRIPTION | BATES NO. | OBJECTION | RESPONSE TO OBJECTION |
|---|---|---|---|---|---|
| | **PX 848** | 7/16/14 Email from D. Gutterman to W. Phillips, RE: NBCU's "Dig" | ATL001544 - 1546 | No objection. | Deemed admitted. |
| | **PX 849** | 7/16/14 Email from D. Gutterman to P. Johnson, RE: Sources on Israel/Hamas conflict | ATL001558 - 1559 | No objection. | Deemed admitted. |
| | **PX 850** | 7/17/14 Email from P. Johnson to T. Gooley, NBC Policy | ATL001574 | No objection. | Deemed admitted. |
| | **PX 851** | 7/17/14 Email from S. Weiss to D. Gutterman, P. Johnson, cc A. Garber, P. Williams, FW: Claim Acknowledgement for NBCU's "DIG" Season 1 – Imminent Peril claim notification | ATL001630 - 1631 | No objection. | Deemed admitted. |

PLAINTIFFS' EXHIBIT LIST

7176128v1/015825

| *₁ | EXHIBIT NO.² | DESCRIPTION | BATES NO. | OBJECTION | RESPONSE TO OBJECTION |
|---|---|---|---|---|---|
| | **PX 852** | 7/17/14 Email from D. Gutterman to P. Johnson, FW: Claim Acknowledgement for NBCU's "DIG" Season 1 – Imminent Peril claim notification | ATL001687 - 1689 | No objection. | Deemed admitted. |
| | **PX 853** | 7/17/14 Email from P. Johnson to T. Gooley, OBE LIST for Sean 7-2014.xlsx | ATL001694 | No objection. | Deemed admitted. |
| | **PX 854** | 7/17/14 Email from P. Johnson to S. Weiss, D. Gutterman, cc A. Garber, P. Williams, RE: Claim Acknowledgement for NBCU'S "DIG" Season 1 – Imminent Peril claim notification | ATL001710 - 1712 | No objection. | Deemed admitted. |
| | **PX 855** | 7/18/14 Email from T. Gooley to S. Duffy, J. Schmitt, Privileged & Confidential | ATL001799 | No objection. | Deemed admitted. |

PLAINTIFFS' EXHIBIT LIST

7176128v1/015825

| *1 | EXHIBIT NO.2 | DESCRIPTION | BATES NO. | OBJECTION | RESPONSE TO OBJECTION |
|---|---|---|---|---|---|
| | **PX 856** | 7/19/14 Email from D. Gutterman to D. Gutterman, [No Subject] | ATL001804 - 1805 | No objection. | Deemed admitted. |
| | **PX 857** | 7/22/14 Email from D. Gutterman to A. Garber, S. Weiss, cc P. Johnson, D. Gutterman, 0AB097918 NBCU "Dig" | ATL001810 | No objection. | Deemed admitted. |
| | **PX 858** | 7/22/14 Invitation for meeting between T. Gooley and P. Johnson, Accepted: Call to discuss War Exclusion | ATL001814 | No objection. | Deemed admitted. |
| | **PX 859** | 7/22/14 Invitation for meeting between P. Johnson and T. Gooley, Out of Office: Accepted: Call to discuss War Exclusion | ATL001815 | No objection. | Deemed admitted. |
| | **PX 860** | 7/22/14 Invitation for call with D. Gutterman, A. Garber, S. Weiss, P. Johnson, NBCU Dig | ATL001824 | No objection. | Deemed admitted. |

PLAINTIFFS' EXHIBIT LIST

7176128v1/015825

| *[1] | EXHIBIT NO.[2] | DESCRIPTION | BATES NO. | OBJECTION | RESPONSE TO OBJECTION |
|---|---|---|---|---|---|
| | **PX 861** | 7/22/14 Email from T. Gooley to S. Duffy, OBE – NBC 0AB097918 | ATL001826 - 1827 | No objection. | Deemed admitted. |
| | **PX 862** | 7/23/14 Email from D. Gutterman to P. Johnson, Some interesting articles… | ATL001828 | No objection. | Deemed admitted. |
| | **PX 863** | 7/16/14 Email from D. Gutterman to P. Johnson, FW: NBCU's "DIG" Season 1 – Imminent Peril claim notification | ATL003291 - 3294 | No objection. | Deemed admitted. |
| | **PX 864** | 7/16/14 Email from P. Johnson to D. Gutterman, RE: NBCU's "DIG" Season 1 – Imminent Peril claim notification | ATL003350 - 3354 | No objection. | Deemed admitted. |
| | **PX 865** | 7/11/14 Email from A. Garber to M. Binke, cc R. Richmond, T. McCarthy, K. Ford, "Dig" S1 Insurance Claim/Imminent Peril | UCP001580 | Hearsay (F.R.E. 801, 802). | Offered for non-hearsay purpose. |

PLAINTIFFS' EXHIBIT LIST

7176128v1/015825

| *[1] | EXHIBIT NO.[2] | DESCRIPTION | BATES NO. | OBJECTION | RESPONSE TO OBJECTION |
|---|---|---|---|---|---|
| | **PX 866** | 9/19/14 Email from Pamela Johnson to Susan Weiss, cc Peter Williams re: NBC DIG Claim | ATL002199 - 2201 | No objection. | Deemed admitted. |

PLAINTIFFS' EXHIBIT LIST

7176128v1/015825