| | |
|---|---|
| 1 | KALPANA SRINIVASAN (237460) |
| | ksrinivasan@susmangodfrey.com |
| 2 | AMANDA K. BONN (270891) |
| | abonn@susmangodfrey.com |
| 3 | CATRIONA LAVERY (310546) |
| | clavery@susmangodfrey.com |
| 4 | SUSMAN GODFREY L.L.P. |
| | 1900 Avenue of the Stars, Suite 1400 |
| 5 | Los Angeles, CA 90067-6029 |
| | Tel: (310) 789-3100 |
| 6 | Fax: (310) 789-3150 |
| 7 | JACOB W. BUCHDAHL (*pro hac vice*) |
| | jbuchdahl@susmangodfrey.com |
| 8 | SUSMAN GODFREY L.L.P. |
| | 1301 Avenue of the Americas, 32nd Floor |
| 9 | New York, NY 10019-6023 |
| | Tel: (212) 336-8330 |
| 10 | Fax: (212) 336-8340 |
| 11 | *Attorneys for Plaintiffs* |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNIVERSAL CABLE PRODUCTIONS LLC and NORTHERN ENTERTAINMENT PRODUCTIONS LLC, <br><br> Plaintiffs, <br><br> v. <br><br> ATLANTIC SPECIALTY INSURANCE COMPANY, <br><br> Defendant. | Case No.: 2:16-cv-4435-PA-MRW <br><br> The Honorable Percy Anderson Dept. 9A <br><br> **REVISED FINAL JOINT TRIAL WITNESS ESTIMATE FORM** <br><br> Trial Date: 3/3/2020 (anticipated) |

7176125v1/015825

Pursuant to Section IV.D. of the Court's Civil Trial Scheduling Order, the parties hereby submit the following Revised Final Joint Trial Witness List and Estimate Form.

DATED: February 28, 2020

SUSMAN GODFREY L.L.P.

*/s/ Kalpana Srinivasan*
KALPANA SRINIVASAN (237460)
ksrinivasan@susmangodfrey.com
AMANDA K. BONN (270891)
abonn@susmangodfrey.com
CATRIONA LAVERY (310546)
clavery@susmangodfrey.com
SUSMAN GODFREY L.L.P.
1900 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067-6029
Tel: (310) 789-3100
Fax: (310) 789-3150

JACOB W. BUCHDAHL
(*pro hac vice*)
jbuchdahl@susmangodfrey.com
SUSMAN GODFREY L.L.P.
1301 Avenue of the Americas
32nd Floor
New York, NY 10019-6023
Tel: (212) 336-8330
Fax: (212) 336-8340

*Attorneys for Plaintiffs*

*/s/ Melinda R. Burke*
MARC J. SHRAKE
FREEMAN MATHIS & GARY, LLP
550 South Hope Street, Suite 2200
Los Angeles, CA 90071-2631
Tel: (213) 615-7039

1

MELINDA R. BURKE (*pro hac vice*)
MARTIN DISIERE JEFFERSON
AND WISDOM LLP
9111 Cypress Waters Boulevard
Suite 250
Dallas, TX 75019
Tel: (214) 420-5500
Fax: (214) 420-5501
burke@mdjwlaw.com

*Attorneys for Defendant*

### Attestation Regarding Signatures

I, Kalpana Srinivasan, attest that all signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

*/s/ Kalpana Srinivasan*
Kalpana Srinivasan

2

7176125v1/015825

## JOINT TRIAL WITNESS ESTIMATE FORM

CASE:  2:16-cv-04435-PA-MRW          TRIAL DATE:  March 3, 2020 (anticipated)

In making the following estimates, the parties reserve all rights, including all objections and all rights and arguments asserted in pending motions.

**Plaintiffs' Overall Estimate:** Based on the Court's comments at the Pre-Trial Conferences, Plaintiffs estimate 10 hours total to try their case (inclusive of opening statement and closing argument, direct examination of witnesses, and cross-examination of Defendant's witnesses). Plaintiffs request equal time with Defendant.

| | WITNESS NAME | PLAINTIFFS' ESTIMATE (DIRECT-EXAM) | DEFENDANT'S ESTIMATE (CROSS-EXAM) | DESCRIPTION OF TESTIMONY | COMMENTS |
|---|---|---|---|---|---|
| | **PLAINTIFFS' WITNESS LIST** | | | | |
| 1. | Richmond, Randi | .33 hour | 0.75 hour | The production of *Dig*, delay, postponement, and relocation of the *Dig* production out of Israel, the *Dig* claim, expenses and costs in connection with the production of *Dig*, Plaintiffs' damages (including attorneys' fees and costs). | Ms. Richmond will appear live. |

3

| | \multicolumn{5}{c|}{**PLAINTIFFS' WITNESS LIST**} |

| | WITNESS NAME | PLAINTIFFS' ESTIMATE (DIRECT-EXAM) | DEFENDANT'S ESTIMATE (CROSS-EXAM) | DESCRIPTION OF TESTIMONY | COMMENTS |
|---|---|---|---|---|---|
| 2. | Garber, Andrea | .5 hour | 0.25 hour | Addition of *Dig* as an Insured Production, policy premiums, the *Dig* claim, submission and denial of the *Dig* claim, non-renewal of the policy. | Ms. Garber will appear live. |
| 3. | Phillips, Wanda | .25 hour | 0.25 hour | Negotiation, drafting, and issuance of the insurance policy, addition of Dig as an Insured Production. | Plaintiffs will play Ms. Phillips's videotaped deposition testimony. The witness lives outside of California and Plaintiffs assume she will not travel for trial. May call live if she voluntarily appears live. |

4

| | PLAINTIFFS' WITNESS LIST | | | | |
|---|---|---|---|---|---|
| | WITNESS NAME | PLAINTIFFS' ESTIMATE (DIRECT-EXAM) | DEFENDANT'S ESTIMATE (CROSS-EXAM) | DESCRIPTION OF TESTIMONY | COMMENTS |
| 4. | Weiss, Susan | .33 hour | .75 hour | Negotiation, drafting, and issuance of the insurance policy, addition of *Dig* as an Insured Production, premiums and self-insured retention, submission and denial of the *Dig* claim, non-renewal of the policy. | Ms. Weiss will appear live. By agreement, since Ms. Weiss is a third-party, Defendant can go "outside the scope" on cross of Ms. Weiss rather than re-calling her in their case-in-chief. |
| 5. | Johnson, Pamela | .50 hour | 0.50 hour | Atlantic's investigation, coverage determination, denial of the *Dig* claim, policy profitability and non-renewal. | Plaintiffs will play Ms. Johnson's videotaped deposition testimony. Lives outside of California and Plaintiffs assume she will not travel for trial. May call live if she voluntarily appears live. |

5

7176125v1/015825

| PLAINTIFFS' WITNESS LIST | | | | | |
|---|---|---|---|---|---|
| | WITNESS NAME | PLAINTIFFS' ESTIMATE (DIRECT-EXAM) | DEFENDANT'S ESTIMATE (CROSS-EXAM) | DESCRIPTION OF TESTIMONY | COMMENTS |
| 6. | Gooley Wolf, Theresa | .25 hour | 0.25 hour | Atlantic's coverage determination and denial of the Dig claim. | Plaintiffs will play Ms. Gooley Wolf's videotaped deposition testimony. Lives outside of California and Plaintiffs assume she will not travel for trial. May call live if she voluntarily appears live. |
| 7. | Markus-Caffrey, BJ | .75 hour | 0.75 hour | The production of *Dig*, delay, postponement, and relocation of the *Dig* production out of Israel, the *Dig* claim, expenses and costs in connection with the production of *Dig*, Plaintiffs' damages (including attorneys' fees and costs). | Ms. Markus-Caffrey will appear live. |

6

| | PLAINTIFFS' WITNESS LIST | | | | |
|---|---|---|---|---|---|
| | WITNESS NAME | PLAINTIFFS' ESTIMATE (DIRECT-EXAM) | DEFENDANT'S ESTIMATE (CROSS-EXAM) | DESCRIPTION OF TESTIMONY | COMMENTS |
| 8. | Williams, Peter | .25 hour | 0.25 hour | Atlantic's investigation, coverage determination, denial of the *Dig* claim, policy profitability and non-renewal. | Defendant has indicated that Mr. Williams may appear live at trial. Alternatively, Plaintiffs reserve the right to play his videotaped deposition if he is unavailable. |
| 9. | Williams, Peter (Rule 30(b)(6) Deposition) | .25 hour | 0.25 hour | Atlantic's investigation, coverage determination, denial of the *Dig* claim, policy profitability and non-renewal. | Plaintiffs will play Mr. Williams's videotaped deposition testimony. |
| 10. | Gutterman, Daniel | .50 hour | 0.25 hour | Atlantic's investigation, coverage determination, and denial of the *Dig* claim. | Mr. Gutterman will appear live. |

7176125v1/015825

| PLAINTIFFS' WITNESS LIST | | | | | |
|---|---|---|---|---|---|
| | WITNESS NAME | PLAINTIFFS' ESTIMATE (DIRECT-EXAM) | DEFENDANT'S ESTIMATE (CROSS-EXAM) | DESCRIPTION OF TESTIMONY | COMMENTS |
| 11. | Sagalow, Ty R. | .75 hour | 1.0 hour | Expert on insurance industry custom and practice, in connection with Plaintiffs' claims against Atlantic for breach of insurance contract and breach of the implied covenant of good faith and fair dealing. Insurance industry custom and practice as it relates to war exclusions, terrorism coverage and exclusions, the underwriting and drafting of insurance policies, including the war exclusions and terrorism exclusion, and claims handling and investigation. Rebuttal of Atlantic's expert opinions regarding the foregoing and related issues. | Mr. Sagalow will appear live. |

7176125v1/015825

| | PLAINTIFFS' WITNESS LIST | | | | |
|---|---|---|---|---|---|
| | WITNESS NAME | PLAINTIFFS' ESTIMATE (DIRECT-EXAM) | DEFENDANT'S ESTIMATE (CROSS-EXAM) | DESCRIPTION OF TESTIMONY | COMMENTS |
| 12. | Coyoca, Lucia | .25 hour | 0.25 hour | Plaintiffs' damages (attorneys' fees and costs) in connection with their bad faith claim. | Ms. Cocoya will appear live. |
| 13. | Crosby, Dennis | .25 hour | 0.25 hour | Atlantic's investigation, coverage determination, and denial of the *Dig* claim, policy profitability and non-renewal. | Plaintiffs will play Mr. Crosby's deposition testimony. Lives outside of California and Plaintiffs assume he will not travel for trial. May call live if he voluntarily appears live. |

7176125v1/015825

| | PLAINTIFFS' WITNESS LIST | | | | |
|---|---|---|---|---|---|
| | WITNESS NAME | PLAINTIFFS' ESTIMATE (DIRECT-EXAM) | DEFENDANT'S ESTIMATE (CROSS-EXAM) | DESCRIPTION OF TESTIMONY | COMMENTS |
| 14. | Crosby, Dennis (Rule 30(b)(6) Deposition) | .1 hour | .25 hour | Atlantic's investigation, coverage determination, and denial of the *Dig* claim, policy profitability and non-renewal. | Plaintiffs will play Mr. Crosby's deposition testimony. Lives outside of California and Plaintiffs assume he will not travel for trial. May call live if he voluntarily appears live. |
| 15. | Defendant's Corporate Representative | .25 hour | 0.25 hour | Atlantic's investigation, coverage, determination, denial of the *Dig* claim, policy profitability and non-renewal, and Atlantic's financial condition. | |

10

| | PLAINTIFFS' WITNESS LIST | | | | |
|---|---|---|---|---|---|
| | WITNESS NAME | PLAINTIFFS' ESTIMATE (DIRECT-EXAM) | DEFENDANT'S ESTIMATE (CROSS-EXAM) | DESCRIPTION OF TESTIMONY | COMMENTS |
| 16. | Binke, Mark | .25 | 0.5 Hour | The production of *Dig*, delay, postponement, and relocation of the *Dig* production out of Israel, the *Dig* claim, expenses and costs in connection with the production of *Dig*, Plaintiffs' damages (including attorneys' fees and costs). | Mr. Binke will appear live. |
| **Total Estimate for Plaintiffs' Witnesses** | | **5.75 hours** | **6.75 hours** | | |

11

## DEFENDANT'S WILL CALL/MAY CALL LIST

Defendant's current time estimates for witness examinations total approximately 17.5 hours if all "will call" and "may call" witnesses testify, including roughly 7.0 hours for cross examinations, and 8.75 hours for direct examinations.

|   | WITNESS NAME | DEFENDANT'S ESTIMATE (DIRECT EXAM) | PLAINTIFFS' ESTIMATE (CROSS-EXAM) | DESCRIPTION OF TESTIMONY | COMMENTS |
|---|---|---|---|---|---|
| 1. | Adams, Malika WILL CALL | 0.25 hour | 0.25 hour | Fact witness on NBC policy and assessment of policy exclusions. | In Person or by video or reading Deposition |
| 2. | Binke, Mark WILL CALL | 0.50 hour | 0.25 hour | Fact witness on DIG production and security decisions. | In Person or by video or reading Deposition |
| 3. | Ford, Kurt WILL CALL | 0.25 hour | 0.25 hour | Fact witness on DIG production and insurance. | In Person or by video or reading Deposition |
| 4. | Garber, Andrea WILL CALL | 0.25 hour | 0.25 hour | Fact witness on AON role, NBC policy, and DIG claim. | In Person or by video or reading Deposition |
| 5. | Johnson, Pamela A. WILL CALL | 1.0 hours | 0.75 hour | Fact witness on DIG claim. | In Person or by video or reading Deposition |

7176125v1/015825

|   | WITNESS NAME | DEFENDANT'S ESTIMATE (DIRECT EXAM) | PLAINTIFFS' ESTIMATE (CROSS-EXAM) | DESCRIPTION OF TESTIMONY | COMMENTS |
|---|---|---|---|---|---|
| 6. | Markus-Caffrey, Barbara-Ann (BJ) WILL CALL | .25 hour | 0.25 hour | Fact witness on plaintiffs' computation of extra expense and records of expense. | In Person or by video or reading Deposition |
| 7. | Smith, Stephen WILL CALL | .50 hours | 0.25 hour | Fact witness on NBC security for DIG and security decisions for DIG. | In Person or by video or reading Deposition |
| 8. | Evans, Peter WILL CALL | 1.0 hour | 0.50 hour | Expert on Insurance and Claims Handling. Also rebuttal expert. | In Person |
| 9. | Rusnak, Shannon WILL CALL | 1.5 hours | 1.0 hour | Expert on damages. Also rebuttal expert. | In Person |
| 10. | Gooley Wolf, Theresa A. MAY CALL | 0.50 hours | 0.25 hour | Fact witness on DIG claim. | In Person or by video or reading Deposition |
| 11. | Gutterman, Daniel S. MAY CALL | 0.25 hour | 0.50 hour | Fact witness on DIG claim. | In Person or by video or reading Deposition |
| 12. | McCarthy, Tom MAY CALL | 0.25 hour | 0.25 hour | Fact witness on NBC Security for DIG and security decisions for DIG. | In Person or by video or reading Deposition |

13

|     | WITNESS NAME | DEFENDANT'S ESTIMATE (DIRECT EXAM) | PLAINTIFFS' ESTIMATE (CROSS-EXAM) | DESCRIPTION OF TESTIMONY | COMMENTS |
| --- | --- | --- | --- | --- | --- |
| 13. | Phillips, Wanda MAY CALL | 0.25 hour | 0.25 hour | Fact witness on DIG claim | In Person or by video or reading Deposition |
| 14. | Richmond, Randi MAY CALL | 0.75 hour | 0.25 hour | Fact witness on DIG production and security decisions. | In Person or by video or reading Deposition |
| 15. | Ridgers, Martin MAY CALL | 0.25 hour | 0.25 hour | Fact witness on DIG claim | In Person or by video or reading Deposition |
| 16. | Stone, Aaron MAY CALL | 0.250 hour | 0.25 hour | Fact witness, corporate representative on DIG claim and NBC policy, and custodian of records | In Person or by video or reading Deposition |
| 17. | Williams, Peter D. MAY CALL | 0.50 hour | 0.75 hour | Fact witness on policy, insured production, and claim. Non-retained expert on insurance industry for entertainment and on policy terms and exclusions. | In Person or by video or reading Deposition |

| | WITNESS NAME | DEFENDANT'S ESTIMATE (DIRECT EXAM) | PLAINTIFFS' ESTIMATE (CROSS-EXAM) | DESCRIPTION OF TESTIMONY | COMMENTS |
|---|---|---|---|---|---|
| 18. | Crosby, Dennis DO NOT CURRENTLY PLAN TO CALL | .25 hour | 0.25 hour | Fact witness on Atlantic entertainment insurance business and conduct of insurance business and NBC policy. | In Person or by video or reading Deposition |
| 19. | Duffy Sean DO NOT CURRENTLY PLAN TO CALL | | | Fact witness on DIG claim. | In Person or by video or reading Deposition |
| 20. | Detter de Frankopan, Dr. Ingrid DO NOT CURRENTLY PLAN TO CALL | | | Expert witness in armed conflict and 50 day War. Also rebuttal expert. | In Person (Plaintiffs object based on Defendant's statement at the Pre-Trial Conference that it would only call experts Rusnak and Clark). |

15

| | WITNESS NAME | DEFENDANT'S ESTIMATE (DIRECT EXAM) | PLAINTIFFS' ESTIMATE (CROSS-EXAM) | DESCRIPTION OF TESTIMONY | COMMENTS |
|---|---|---|---|---|---|
| 21. | Lowenstein, Frank DO NOT CURRENTLY PLAN TO CALL | | | Expert on Middle East facts/history, plain meaning of war, and U.S. Government involvement with 50-day War. Also rebuttal expert. | In Person (Plaintiffs object based on Defendant's statement at the Pre-Trial Conference that it would only call experts Rusnak and Clark). |
| 22. | Quigley, Professor John B. DO NOT CURRENTLY PLAN TO CALL | | | Expert witness in nature of war, state actors, sovereignty, plain meaning of war, and 50-day War. Also rebuttal expert. | In Person (Plaintiffs object based on Defendant's statement at the Pre-Trial Conference that it would only call experts Rusnak and Clark). |

16

| | WITNESS NAME | DEFENDANT'S ESTIMATE (DIRECT EXAM) | PLAINTIFFS' ESTIMATE (CROSS-EXAM) | DESCRIPTION OF TESTIMONY | COMMENTS |
|---|---|---|---|---|---|
| | **TOTAL WILL CALL (Def's):** fact/percipient expert | **5.5 hours** 3.0 hours 2.50 hours | **3.75 hours** 2.25 hours 1.50 hours | | |
| | **TOTAL MAY CALL (Def's):** fact/percipient expert | **3.25 hours** 3.25 hours 0.0 hours | **2.75 hours** 2.75 hours 0.0 hours | | |

Instructions:

(1) List witnesses (last name first); (2) For description, be extremely brief, e.g., "eyewitness to accident." Or "expert on standard of care." (3) Use estimates within fractions of an hour, rounded off to closest quarter of an hour. E.g., if you estimate 20 minutes, make it .25. An estimate of one and one-half hours would be 1.5. An estimate of three-quarters of an hour would be .75; (4) Note special factors in "Comments" column. E.g., "Need interpreter." (5) Entries may be in handwriting if very neat and legible.

17