UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

JS-6

**CIVIL MINUTES - GENERAL**

| Case No. | CV 16-04435 PA (MRWx) | Date | March 3, 2020 |
|---|---|---|---|
| Title | Universal Cable Productions LLC, et al. v. Atlantic Specialty Insurance Company | | |

Present: The Honorable   PERCY ANDERSON, UNITED STATES DISTRICT JUDGE

| T. Jackson | Miranda Algorri |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Kalpana Srinivasan | Marc J. Shrake |
| | Christopher W. Martin |
| | Melinda Burke |
| | William E. McMichael |

**Proceedings:**     JURY TRIAL

    The parties enter their appearances on the record.  The parties have reached a settlement.  The parties recite the essential terms of the settlement on the record.  Each party states their understanding and approval of the essential terms of the settlement.  The Court administratively closes this case and takes the matter off the Court's active trial calendar.  If for any reason, the settlement is not consummated within the next 60 days, either party may apply to have the matter restored to the Court's active calendar for the purpose of enforcing the terms of the settlement.  Upon consummation of the settlement, the Plaintiffs shall file a dismissal of the action with prejudice.  If neither party seeks to reopen the case within the next 60 days, the clerk is directed to dismiss the action with prejudice.  All other dates in this action, including the trial date are vacated.  The Court confers with each side at sidebar.  That portion of the transcript is ordered sealed.

    The Court assesses the cost of the jury panel to be $3,150.00 to be split equally among the parties and to be made payable to the United States Treasury.

cc: Fiscal

|  | : | 14 |
|---|---|---|
| Initials of Preparer | | TJ |