cc: Fiscal

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 16-04435 PA (MRWx) | Date | March 4, 2020 |
|---|---|---|---|
| Title | Universal Cable Productions, LLC, et al. v. Atlantic Specialty Insurance Co. | | |

| Present: The Honorable | PERCY ANDERSON, UNITED STATES DISTRICT JUDGE |
|---|---|

| T. Jackson | Not Reported | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None | None |

**Proceedings:** IN CHAMBERS – COURT ORDER

On March 3, 2020, the parties placed their settlement on the record. (Dkt. No. 277.) The Court assessed the cost of the jury panel to be $3,150.00, to be split equally among the parties. The Court informs the parties that the cost of the jury panel was $2,827.27, not $3,150.00. The amount of $2,827,27 is to be split equally among the parties and made payable to the United States Treasury.

IT IS SO ORDERED.