1  KALPANA SRINIVASAN (237460)
   ksrinivasan@susmangodfrey.com
2  AMANDA K. BONN (270891)
   abonn@susmangodfrey.com
3  CATRIONA LAVERY (310546)
   clavery@susmangodfrey.com
4  CHELSEA SAMUELS (315257)
   csamuels@susmangodfrey.com
5  SUSMAN GODFREY L.L.P.
   1900 Avenue of the Stars, Suite 1400
6  Los Angeles, CA 90067-6029
   Tel: (310) 789-3100
7  Fax: (310) 789-3150

8  JACOB W. BUCHDAHL (*pro hac vice*)
   jbuchdahl@susmangodfrey.com
9  SUSMAN GODFREY L.L.P.
   1301 Avenue of the Americas, 32nd Floor
10 New York, NY 10019-6023
   Tel: (212) 336-8330
11 Fax: (212) 336-8340

12 *Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNIVERSAL CABLE PRODUCTIONS LLC and NORTHERN ENTERTAINMENT PRODUCTIONS LLC,<br><br>    Plaintiffs,<br><br>v.<br><br>ATLANTIC SPECIALTY INSURANCE COMPANY,<br><br>    Defendant. | Case No.: 2:16-cv-4435-PA-MRW<br><br>The Honorable Percy Anderson<br>Dept. 9A<br><br>**NOTICE OF VOLUNTARY DISMISSAL** |

1

7261067v1/015825

**NOTICE IS HEREBY GIVEN** that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiffs Universal Cable Productions LLC and Northern Entertainment Productions LLC ("Plaintiffs") and Defendant Atlantic Specialty Insurance Company ("Defendant"), by and through their counsel of record, hereby stipulate that all of Plaintiffs' claims against Defendant in this action shall be dismissed with prejudice. The parties shall bear their respective fees and costs.

DATED: April 10, 2020                           SUSMAN GODFREY L.L.P.

*/s/ Kalpana Srinivasan*
KALPANA SRINIVASAN (237460)
ksrinivasan@susmangodfrey.com
AMANDA K. BONN (270891)
abonn@susmangodfrey.com
CATRIONA LAVERY (310546)
clavery@susmangodfrey.com
CHELSEA SAMUELS (315257)
csamuels@susmangodfrey.com
SUSMAN GODFREY L.L.P.
1900 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067-6029
Tel: (310) 789-3100
Fax: (310) 789-3150

JACOB W. BUCHDAHL (*pro hac vice*)
jbuchdahl@susmangodfrey.com
SUSMAN GODFREY L.L.P.
1301 Avenue of the Americas, 32nd Floor
New York, NY 10019-6023
Tel: (212) 336-8330
Fax: (212) 336-8340

*Attorneys for Plaintiffs*

7261067v1/015825

| | | |
|---|---|---|
| 1 | DATED: April 10, 2020 | */s/ Marc J. Shrake* |
| 2 | | MARC J. SHRAKE |
| | | FREEMAN MATHIS & GARY, LLP |
| 3 | | -and- |
| 4 | | CHRISTOPHER W. MARTIN |
| | | *(Pro Hac Vice)* |
| 5 | | MELINDA R. BURKE |
| 6 | | *(Pro Hac Vice)* |
| | | MARTIN, DISIERE, JEFFERSON |
| 7 | | & WISDOM LLP |

*Attorneys for Defendant*

### Attestation Regarding Signatures

I, Kalpana Srinivasan, attest that all signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

By: */s/ Kalpana Srinivasan*

3

7261067v1/015825